# EXHIBIT 8

# ENVIRONMENTAL PROTECTION AGENCY

# NATIONAL CONTINGENCY PLAN

# PRODUCT SCHEDULE

# NOVEMBER 2011
# (11/10/2011)



Prepared by:

U.S. Environmental Protection Agency
NCP Product Schedule Manager
Office of Emergency Management (OEM)
Regulation and Policy Development Division
Ariel Rios Building
1200 Pennsylvania Avenue, NW (Room 6450L, Mail Code 5104A)
Washington, DC  20460

For Information Contact:

NCP Information Line, at (202) 260-2342

*Disclaimer: [Product Name] is on the U.S. Environmental Protection Agency's NCP Product Schedule.  This listing does NOT mean that EPA approves, recommends, licenses, certifies, or authorizes the use of [Product Name] on an oil discharge.  The listing means only that data have been submitted to EPA as required by Subpart J of the National Contingency Plan, Section 300.915.  (Source: 40 CFR §300.920 (e))*

Abbreviations of Product Types:

| | |
|---|---|
| D | Dispersant |
| SW | Surface Washing Agent |
| S | Surface Collecting Agent |
| B | Bioremediation Agent |
| MC | Microbiological Culture |
| EA | Enzyme Additive |
| NA | Nutrient Additive |
| M | Miscellaneous Oil Spill Control Agent |

## PRODUCTS THAT HAVE BEEN REMOVED FROM THE NCP PRODUCT SCHEDULE:

### DISPERSANTS
ANTECO OIL SPILL DISPERSANT
BIOGENESIS BG-CLEAN 401
COLD CLEAN 500
COREXIT 8667
COREXIT 9550
COREXIT 9554
DISPERSANT 11
EC.O ATLAN'TOL AT7
ECO/+
ENERGY III
ENERSPERSE 700
ENERSPERSE 1100
FINASOL OSR-7
FORMULA 98
GOLD CREW DISPERSANT
HAZCLEAN-ER
INIPOL IP 90
INPROVE COLLOIDAL
M.C. #1 DISPERSANT
MAGNOTOX
MICRO-BLAZE OUT
NAXCHEM DISPERSANT K
NK-3
NURTURE BIO-EMULSIFIER
OFC D-609
OIL SPILL ELIMINATOR
OSD/LT OIL SPILL DISPERSANT
PETROMEND MP-900-W
PETROTECH PTI-25
PETROTECH II
PROFORM-POLLUTION
SDS-300
SEA MASTER NS-555
SEACARE ECOSPERSE
SEACARE OSD
SLICKGONE NS
SLIK-A-WAY
TOXIGON-2000
VALUE 100
VECLEAN OIL DISPERSANT
WELLAID 3316
WITCOMUL 4016
WITCOMUL 4078
WITCOMUL 3234

WITCOMUL 3235
YCC BLUECLEAN

### SURFACE WASHING AGENTS
COREXIT® EC7664A (SW-1), Voluntary Removal
CRUDEX (SW-5)
EDF EMULSA FIRE (SW-6)
FM-186-2SW (SW-29), Voluntary Removal
GRANCONTROL-O (SW-14)
JANSOLV-60 (SW-3)
OMNI-CLEAN OSD (SW-13)
PETRO TITE M.M.E. (SW-7)
RUFFNEK (SW-4)
SX-100 (SW-27), Voluntary Removal

### SURFACE COLLECTING AGENT
COREXIT OC-5 (S-1)
OIL COMPRESS/BINDER (S-2)
OIL HERDER (S-3)
OIL SPILL REMOVER (S-4)

### BIOREMEDIATION AGENT
ABR BI-CHEM PETROLEUM BLEND (B-20)
ADVANCED BIO CULTURES L-103 (B-25)
ADVANCED BIO CULTURES L-104 (B-26)
AE-BIOSEA PROCESS (B-15)
BACTOZYME (B-9)
BIOGEE HC (B-35)
BIO-ZYME 1000-HC (B-11)
BIOMAX (B-49)
BR (B-37)
DBC PLUS TYPE R-5 (B-8)
DBC PLUS TYPE L (B-7)
EEC BIOLOGICAL MEDIA (B-14)
EN-2000 CONCENTRATE (B-27)
ENZYT (LIQUID/CRYSTAL) (B-52)
HYDROBAC (B-1)
KBC 100 (B-46)
LRC-1 (B-50)

LRC-4 (B-51)
MAX BAC CUSTOMBLEN (B-13)
MEDINA MICROBIAL ACTIVATOR (B-44)
MICROPRO D (B-22)
MICROPRO NOW BAC (B-21)
MICROPRO SUPER CEE (B-23)
MICROPRO G (B-24)
MUNOX 212 (B-17)
MUNOX 512 (B-18)
MUNOX 112 (B-16)
NO-SCUM (B-2)
NUTRI-BIO 1000 (B-30)
PES-31 (B-39)
PETROBAC (B-3)
PETRODEG-100 (B-5)
PETRODEG-200 (B-6)
PETROVORE (B-47)
PHENOBAC (B-4)
PRP (B-29)
PUTIDOIL (B-40)
WOODACE BRIQUETTES (B-12)
WST BIOBLEND H-JM (B-31)
WST BIOBLEND M-B4W (B-32)
WST BIOBLEND M-B4C (B-34)
WST BIOBLEND M-5 (B-38)
WST BIOBLEND M-4 (B-33)

### MISCELLANEOUS OIL SPILL CONTROL AGENTS
ENVIRO-BOND 403 (M-11)
LIQUID OIL BOND-200 (M-3)
NOCHAR'S A610/A650 (M-9)
OIL BOND-100 (M-2)
OMNI-ZORB #8000 (M-16)
OMNI-ZORB #4000 (M-15)
OMNI-ZORB #2000 (M-14)
RE-ENTRY KNI (M-5)
RE-ENTRY D SOLVENT (M-8)
SEE-JELL (M-1)
SPILCAT (M-13)
WASTE-SET AGGLOMERATE (M-21)

2

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

Currently Listed Products by Category:

| | |
|---|---|
| Dispersants | **17** |
| Surface Washing Agents | 50 |
| Surface Collecting Agents | 0 |
| Bioremediation Agents | 25 |

    Biological Additives (18)
        Microbiological Cultures (17)
        Enzyme Additives (1)
    Nutrient Additives (7)

| | |
|---|---|
| Miscellaneous Oil Spill Control Agents | 13 |

    Solidifiers (8)

| | |
|---|---|
| **Total Products** | **105** |


| | |
|---|---|
| <u>Note changes to the Schedule:</u> | VB591™, VB997™, BINUTRIX® (B-42), updated contact information |
| <u>Note new listings to the Schedule:</u> | FFT-SOLUTION™ (D-17) |
| <u>Note deletions from the Schedule:</u> | None |
| <u>Note no longer manufactured:</u> | INIPOL EAP (B-10) and PRISTINE SEA II (B-54) |
| <u>Note contact information could not be verified as of 12/08/08:</u> | NEOS AB3000 (D-2); MARE CLEAN (D-3); INIPOL EAP (B-10); BET BIOPETRO (B-48); PRISTINE SEA II (B-54); and LAND AND SEA RESTORATION PRODUCT 001 (VELITE) (B-55) |

**All updates and additions to the NCP Product Schedule are indicated in bold.**

**Updated: 11/10/2011**

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | DISPERSANTS | |
| D-1 | D | COREXIT® EC9527A (formerly COREXIT 9527) | Nalco Environmental Solutions LLC 7705 Highway 90-A Sugar Land, TX  77487-0087 PRODUCT MANAGEMENT: OFFICE: (281) 263-7709 MOBILE: (832) 851-5164 E-MAIL: dalbright@nalco.com (Ms. Debby Albright) | 03/10/78 12/18/95* |
| D-2 | D | NEOS AB3000 (Hydrocarbon Solvent Based) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | NEOS Company Limited Daisan Kendai Building 1-2, 3-chome Isobedori Chuo-ku, Kobe, Japan  651-0084 PHONE: (81) 78-331-9384 FAX: (81) 78-272-4649 (Mr. T. Ishii, Manager) | 04/22/85 01/26/96* |
| D-3 | D | MARE CLEAN 200 (formerly MARE CLEAN 505) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Taiho Industries Co., Ltd. 21-44, 2-chome, Takanawa Minatoku, Tokyo, Japan PHONE: (81) 33-445-8111 FAX: (81) 33-443-6333 (Mr. Y. Abe) | 02/23/88 01/26/96* |
| D-4 | D | COREXIT® EC9500A (formerly COREXIT 9500) | Nalco Environmental Solutions LLC 7705 Highway 90-A Sugar Land, TX  77487-0087 PRODUCT MANAGEMENT: OFFICE: (281) 263-7709 MOBILE: (832) 851-5164 E-MAIL: dalbright@nalco.com (Ms. Debby Albright) | 04/13/94 12/18/95* |
| D-5 | D | DISPERSIT SPC 1000™ (aka, SEACARE E.P.A. (ECOSPERSE™ POLLUTION ABATEMENT)) | U.S. Polychemical Corp. 584 Chestnut Ridge Road Chestnut Ridge, NY 10977 PHONE: (845) 356-5530 FAX: (845) 356-6656 E-MAIL: bruceg@uspoly.com (Mr. Bruce Gebhardt) | 04/22/99 |
| D-6 | D | JD-109 | GlobeMark Resources Ltd. 1205 Pine Heights Drive Atlanta, GA 30324 MOBILE: (254) 231-2251 E-MAIL: joannie@globemarkresources.com or mikeclmail@gmail.com WEBSITE: www.globemarkresources.com (Ms. Joannie Docter or Mr. Mike Peterson) | 09/20/00 |

4

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency NCP Product Schedule NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | DISPERSANTS (continued) | | |
| D-7 | D | JD-2000™ | GlobeMark Resources Ltd. 1205 Pine Heights Drive Atlanta, GA 30324 MOBILE: (254) 231-2251 E-MAIL: joannie@globemarkresources.com or mikeclmail@gmail.com WEBSITE: www.globemarkresources.com (Ms. Joannie Docter or Mr. Mike Peterson) | 08/06/01 |
| D-8 | D | NOKOMIS 3-F4 | Mar-Len Supply, Inc. 23159 Kidder Street Hayward, CA 94545 PHONE: (510) 782-3555 FAX: (510) 782-2032 (Mr. Frank Winter) | 03/04/02 |
| D-9 | D | BIODISPERS (formerly PETROBIODISPERS) | Petrotech America Corporation P.O. Box 46 108 Younghill Road Newport, NH 03773 PHONE: (203) 966-4573 FAX: (561) 966-7548 E-MAIL: ptaww@aol.com (Mrs. Frances Sullivan) | 06/28/02 |
| D-10 | D | SEA BRAT #4 | Alabaster Corp. 6921 Olson Lane Pasadena, TX 77505 PHONE: (281) 487-5482 PHONE: (800) 609-2728 FAX: (281) 487-9014 E-MAIL: alabastercorp@aol.com (Mr. Charles A. Sheffield) | 11/26/02 |
| D-11 | D | FINASOL® OSR 52 (aka, SEACARE ECOSPERSE 52) | TOTAL FLUIDES 51, Esplande de Général de Gaulle 92907 Paris La Défense France PHONE: +33-141-356-101 PHONE U.S.: (713) 483-5712 24-HOUR EMERGENCY NUMBER: +33-1-41-35-65-00 E-MAIL: abdallah.bouhlassi@total.com WEBSITE: www.totalspecialfluids.com (Mr. Abdallah Bouhlassi) | 01/30/03 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | DISPERSANTS (continued) | | |
| D-12 | D | SAF-RON GOLD (aka, SF-GOLD DISPERSANT) | Sustainable Environmental Technologies, Inc. P.O. Box 30516 Mesa, AZ 85275 CUSTOMER SERVICES: PHONE: (877) 853-2947 / (800) 347-8950 FAX: (877) 853-2947 / (480) 461-8798 24-HOUR EMERGENCY NUMBER: PHONE: (877) 853-2947 E-MAIL: info@sustainable-corp.com or bruce@sustainable-corp.com WEBSITE: www.sustainable-copr.com or www.saf-ron.com (Mr. Bruce Richards) | 01/03/05 |
| D-13 | D | ZI-400 (aka, ZI-400 OIL SPILL DISPERSANT) | Z.I. Chemicals 8605 Santa Monica Boulevard, #38201 Los Angeles, CA 90069 PHONE: (818) 827-1301 E-MAIL: sales@zichemicals.com WEBSITE: www.zichemicals.com (Mr. Barnaby Zelman) | 06/16/05 |
| D-14 | D | NOKOMIS 3-AA | Mar-Len Supply, Inc. 23159 Kidder Street Hayward, CA 94545 PHONE: (510) 782-3555 FAX: (510) 782-2032 (Mr. Frank Winter) | 07/31/08 |
| D-15 | D | SUPERSPERSE™ WAO2500 | Baker Petrolite Corporation 12645 West Airport Boulevard Sugar Land, TX 77478-6120 CUSTOMER SERVICES: Phone: (800) 231-3606 PRODUCT MANAGEMENT: PHONE: (281) 276-5444 MOBILE: (832) 344-6722 E-MAIL: rebecca.goff@bakerhughes.com (Mrs. Rebecca Goff) | 03/23/11 |
| D-16 | D | ACCELL CLEAN™ DWD | Advanced BioCatalytics Corporation 18010 Skypark Circle, #130 Irvine, California 92614-6456 OFFICE: (949) 442-0880 GENERAL E-MAIL: info@abiocat.com WEBSITE: www.abiocat.com PRODUCT MANAGEMENT: MOBILE: (940) 887-9509 E-MAIL: rchickering@abiocat.com (Mr. Robert Chickering) | 07/18/11 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency NCP Product Schedule NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | DISPERSANTS (continued) | | |
| **D-17** | **D** | **FFT-SOLUTION™** | **Fog Free Technologies, LLC**<br>**4365 Dorchester Road**<br>**Building 300, Suite 301**<br>**North Charleston, SC 29405**<br>**PRODUCT MANAGEMENT**<br>**OFFICE PHONE: (843) 735-6626**<br>**MOBILE: (478) 697-2588**<br>**E-MAIL: doc@fogfreetechnologies.com**<br>**WEBSITE: www.fogfreetechnologies.com**<br>**(Ms. Anna Shepherd)** | **11/01/11** |
| | | SURFACE WASHING AGENTS | | |
| SW-2 (formerly D-20) | SW | TOPSALL #30 (Oil and Petroleum Cleaning Agent) (aka, SUPERALL #38) | Stutton North Corporation<br>P.O. Box 724<br>Mandeville, LA 70470<br>PHONE: (985) 626-3900<br>FAX: (985) 674-0476<br>(Mr. David Anton)<br><br>Superall Products LLP<br>22215 Tuwa Road<br>Tomball, TX 77375<br>PHONE: (281) 351-4800<br>FAX: (281) 351-4855<br>(Mr. Sammy Roberts) | 01/07/85<br>08/21/95* |
| SW-9 (formerly D-37) | SW | CN-110 | Chemex, Incorporated<br>107-B Balboa Drive<br>Broussard, LA 70518<br>PHONE: (337) 837-9148<br>FAX: (337) 837-2648<br>E-MAIL: chemex@msn.com<br>(Mr. Gale Campbell) | 05/25/89<br>04/16/96* |
| SW-10 (formerly D-38) | SW | COREXIT® EC9580A (formerly COREXIT 9580 SHORELINE CLEANER) | Nalco Environmental Solutions LLC<br>7705 Highway 90-A<br>Sugar Land, TX 77487-0087<br>PRODUCT MANAGEMENT:<br>OFFICE: (281) 263-7709<br>MOBILE: (832) 851-5164<br>E-MAIL: dalbright@nalco.com<br>(Ms. Debby Albright) | 07/21/89<br>09/27/95* |
| SW-11 (formerly D-40) | SW | DE-SOLV-IT INDUSTRIAL FORMULA | Orange-Sol Blending and Packaging<br>1400 N Fiesta Boulevard<br>Gilbert, AZ 85233<br>PHONE: (800) 877-7771<br>FAX: (480) 497-0444<br>E-MAIL: amf@orange-sol.com<br>WEBSITE: www.orange-sol.com<br>(Mr. Albert Farnsworth or<br>Mr. Jack Farnsworth (480) 319-0141)) | 06/26/89<br>09/15/94#<br>07/07/10* |

*Listing maintained per requirements of the revised<br>Subpart J, Federal Register, Volume 59, Number 17,<br>September 15, 1994

U.S. Environmental Protection Agency<br>NCP Product Schedule<br>NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-12 (formerly D-41) | SW | PREMIER 99 | Gold Coast Chemical Products 2790 South Park Road Pembroke Park, FL  33009 PHONE: (954) 893-0044 FAX: (954) 893-8884 E-MAIL: noslime@goldcoastchemical.com (Mr. Eli Finkelberg or Ms. Sue Freid) | 08/11/89 11/02/95* |
| SW-15 (formerly D-46) | SW | SIMPLE GREEN® (Water Based) | Sunshine Makers, Inc. 15922 Pacific Coast Highway Huntington Harbor, CA  92649 PHONE: (800) 228-0709 PHONE: (562) 795-6000 FAX: (562) 592-3830 (Ms. Carol Chapin) | 04/23/90 08/30/95* |
| SW-16 (formerly D-52) | SW | AQUACLEAN | Madison Chemical Company, Inc. 3141 Clifty Drive Madison, IN  47250 PHONE: (812) 273-6000 FAX: (812) 273-6002 E-MAIL: cara.cyrus@madchem.com (Ms. Cara Cyrus) | 07/08/91 06/14/95* |
| SW-17 (formerly D-14) | SW | PETRO-GREEN ADP-7 | Petro-Green, Inc. P.O. Box 814665 Dallas, TX  75381 PHONE: (972) 484-7336 FAX: (972) 484-7336 E-MAIL: petrogreen@hotmail.com (Mr. Arnold Paddock) | 09/30/84 07/25/96* |
| SW-18 | SW | NATURE'S WAY HS (aka, MICRO CLEAN; NATURE'S WAY PC; POWERCLEAN) | Integra Environmental, Ltd. 5825 Centralcrest Houston, TX  77092 PHONE: (713) 680-1234 FAX: (713) 680-1608 E-MAIL: info@integraenvironmental.com (Ms. Cathy Kaiser) | 10/23/96 |
| SW-19 | SW | CYTOSOL | CytoCulture International, Inc. 249 Tewksbury Avenue Point Richmond, CA  94801-3829 PHONE: (510) 233-0102 MOBILE: (561) 762-5440 FAX: (510) 233-3777 EMERGENCY E-MAIL: vwedel@aol.com E-MAIL: rwedel@cytoculture.com WEBSITE: www.cytoculture.com (Dr. Randall von Wedel) | 01/30/97 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | **SURFACE WASHING AGENTS (continued)** | | |
| SW-20 | SW | BIOSOLVE® HYDROCARBON MITIGATION™ AGENT | The BioSolve® Company<br>329 Massachusetts Avenue<br>Lexington, MA 02420<br>PHONE: (781) 482-7900<br>PHONE: (800) 225-3909<br>FAX: (781) 482-7909<br>E-MAIL: info@biosolve.com<br>WEBSITE: www.biosolve.com<br>(Mr. Karl Loos or Mr. James Edgerly) | 03/21/97 |
| SW-21 | SW | PETROTECH 25 | Petrotech America Corporation<br>P.O. Box 46<br>108 Younghill Road<br>Newport, NH 03773<br>PHONE: (203) 966-4573<br>FAX: (561) 966-7548<br>E-MAIL: ptaww@aol.com<br>(Mrs. Frances Sullivan) | 03/02/98 |
| SW-22 | SW | SPLIT DECISION SC (formerly known as SPLIT DECISION) (aka, CLEAN SPLIT; DUO-SPLIT) | Mantek<br>Division of NCH Corporation<br>P.O. Box 660196<br>Dallas, TX 75266-0196<br>PHONE: (972) 438-0202<br>PHONE: (800) 527-9919 ext. 2020<br>E-MAIL: gzimmerm@nch.com<br>(Mr. George Zimmerman) | 11/12/98 |
| SW-23 | SW | PETRO-CLEAN | Alabaster Corp.<br>6921 Olson Lane<br>Pasadena, TX  77505<br>PHONE: (281) 487-5482 / (800) 609-2728<br>FAX: (281) 487-9014<br>E-MAIL: alabastercorp@aol.com<br>(Mr. Charles Sheffield) | 03/01/99 |
| SW-24 | SW | DO-ALL #18 | Radcob Solutions, Inc.<br>4800 North State Road 7<br>Suite #105<br>Lauderdale Lakes, FL 33319<br>PHONE: (954) 249-2178<br>FAX: (954) 894-6826<br>E-MAIL: adam@doall18.com<br>WEBSITE: www.doall18.com<br>(Mr. Adam Goldberg) | 07/14/00 |
| SW-25 | SW | SC-1000™ | GEMTEK® Products<br>3808 North 28th Avenue<br>Phoenix, AZ 85017<br>EMERGENCY NUMBER: (602) 265-8586<br>PHONE: (800) 331-7022<br>FAX: (602) 265-7241<br>E-MAIL: techsupport@infogemtek.com<br>(Ms. Kim Kristoff) | 07/09/01 |

9

*Listing maintained per requirements of the revised<br>Subpart J, Federal Register, Volume 59, Number 17,<br>September 15, 1994

U.S. Environmental Protection Agency<br>NCP Product Schedule<br>NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-26 | SW | GOLD CREW SW | Gold Crew Products & Services, LLC<br>P.O. Box 12032<br>Orange, CA 92859<br>PHONE: (714) 288-8781<br>FAX: (714) 288-8730<br>E-MAIL: jfigueira@goldcrew.net<br>WEBSITE: www.goldcrew.net<br>(Mr. Jim Figueira)<br><br>ECS<br>10421 Burnham Drive NW<br>Building 1-B<br>P.O. Box 2029<br>Gig Harbor, WA 98335<br>Phone: (877) 253-2665<br>(Mr. Jim Grubbs) | 08/06/01 |
| SW-28 | SW | NALE-IT | SPL Control LLC<br>P.O. Box 627<br>Elemore City, OK 73433<br>PHONE: (580) 788-2187<br>E-MAIL: splcontrol@aol.com<br>(Mr. Tom Lester) | 11/05/01 |
| SW-30 | SW | F-500 | Hazard Control Technologies, Inc.<br>150 Walter Way<br>Fayetteville, GA 30214<br>PHONE: (770) 719-5112<br>FAX: (770) 719-5117<br>(Mr. Brian Balmes) | 07/24/02 |
| SW-31 | SW | ENVIROCLEAN<br>(formerly Enviro Clean 165) | Enviro Clean Services, LLC<br>P.O. Box 721090<br>Oklahoma City, OK 73172-1090<br>PHONE: (405) 373-4545<br>FAX: (405) 373-4549<br>EMAIL: info@envirocleanps.com<br>(Mr. Jonathan Behymer) | 10/27/03 |
| SW-32 | SW | BG-CLEAN™ 401 | BioGenesis Enterprises, Inc.<br>610 W Rawson Avenue<br>Oak Creek, WI 53154<br>PHONE: (414) 571-6230<br>FAX: (414) 571-6231<br>(Dr. Mohsen Amiran)<br>PHONE: (414) 768-7100<br>FAX: (414) 768-7106<br>E-MAIL: skelling@aol.com<br>(Mr. Scott Kelling) | 07/21/05 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-33 | SW | E-SAFE© | PLUTUS Environmental Technologies, Inc. P.O. Box 5104 Sevierville, TN 37864-5104 PHONE : (865) 453-0060 FAX: (865) 908-6652 E-MAIL: CEO@plutusonline.com (Mr. James Hatcher) | 11/27/06 |
| SW-34 | SW | SHEEN-MAGIC© | PLUTUS Environmental Technologies, Inc. P.O. Box 5104 Sevierville, TN 37864-5104 PHONE : (865) 453-0060 FAX: (865) 908-6652 E-MAIL: CEO@plutusonline.com (Mr. James Hatcher) | 11/27/06 |
| SW-35 | SW | PROCLEANS | Eximco International, Inc. 5250 Gulfton, #2-B Houston, TX 77081 PHONE: (713) 432-7899 E-MAIL: procleans@procleans.com (Mr. Nat Brown) | 06/16/08 |
| SW-36 | SW | SPILLCLEAN SPILLCLEAN ["Concentrate"] (aka, FIREMAN'S BRAND SPILLCLEAN) | Super Sat Ventures, Inc. 611 Riverview Drive Thiensville, WI 53092 PHONE: (414) 840-9223 (Mr. Daniel W. Klein) | 03/30/09 |
| SW-37 | SW | TXCHEM HE-1000™ | Texas EnviroChem, Inc. 11659 Jones Road, PMB #348 Houston, TX 77070 PHONE: (281) 728-3217 (Mr. Pete Franks) | 03/15/10 |
| SW-38 | SW | NOKOMIS 5-W | Mar-Len Supply, Inc. 23159 Kidder Street Hayward, CA 94545 PHONE: (510) 782-3555 FAX: (510) 782-2032 (Mr. Frank Winter) | 05/11/10 |
| SW-39 | SW | G-MARINE OSC-1809 (aka, OIL SPILL CLEANUP) | Green Earth Technologies 1208 Celebration Avenue Celebration, FL 34347 PHONE: (330) 540-4220 FAX: (815) 331-0931 E-MAIL: mlukco@getg.com E-MAIL: jloch@getg.com WEBSITE: www.getg.com (Mr. Michael Lukco) | 07/02/10 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-40 | SW | GREEN BEAST™ OIL SPILL & ODOR REMEDIATOR (aka, GREEN BEAST WASHING AGENT) | BioFusion Corporation 310 Godwin Avenue Ridgewood, NJ 07450 PHONE: (201) 447-6241 FAX: (201) 444-2307 E-MAIL: gubb@msn.com (Mr. David Gubb) | 07/06/10 |
| SW-41 | SW | TULXA | Grupo Arthuriana S.A. de C.V. Cuernavaca No. 43 Colonia Condesa Delegación Cuauhtémoc Mexico, Distrito Federal C.P. 06140 PHONE: 01 52 (55) 52 41 11 90 FAX: 01 52 (55) 53 61 13 54 E-MAIL: sgarcia@arthuriana.com.mx or bescorcia@arthuriana.com.mx WEBSITE: www.lancelotmexico.com (Ms. Susana Garcia Ballesteros or Ms. Bertha Escorcia Rodriguez) | 07/13/10 |
| SW-42 | SW | MARINE GREEN CLEAN™ | AGS Solutions, Inc. 5647 Nunn Street Houston, TX  77087 PHONE: (713) 645-4933 FAX: (713) 645-4903 E-MAIL: agssolutionsinc@gmail.com WEBSITE: www.agstx.com (Mrs. Linda Whiteley) | 07/28/10 |
| SW-43 | SW | MARINE GREEN CLEAN PLUS™ | AGS Solutions, Inc. 5647 Nunn Street Houston, TX  77087 PHONE: (713) 645-4933 FAX: (713) 645-4903 E-MAIL: agssolutionsinc@gmail.com WEBSITE: www.agstx.com (Mrs. Linda Whiteley) | 07/28/10 |
| SW-44 | SW | CLEAN GREEN (aka, CLEANGREEN® PLANET WASH) | U.S. AG, LLC P.O. Box 368 Luthersville, GA 30251 PHONE: (770) 927-3206 FAX: (770) 927-3968 E-MAIL: unitedstatesag@yahoo.com WEBSITE: www.unitedstatesag.org (Mr. Carl Schneider) | 08/05/10 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency NCP Product Schedule NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-45 | SW | SOC 10 (SURFACE OIL CLEANER) | Oil Treatment International AG<br>Seestrasse 5<br>CH-6300 Zug<br>Switzerland<br>PHONE: 01141-41-727-2100<br>FAX: 01141-41-727-2109<br>(Mr. Paul Schuler) | 08/05/10 |
| SW-46 | SW | BIOGRASS® EXTRA | Química del Desierto S. de R.L. de C.V.<br>Transvina y Retes 6103-2<br>Col. Panamericana<br>Chihuahua City, Chihuahua, Mexico<br>C.P. 31210<br>PHONE: (614) 413-3011<br>FAX: (555) 787-8560<br>E-MAIL: pedro.murillo@biograssextra.com<br>WEBSITE: www.biograssextra.com<br>(Sr. Pedro Murillo) | 08/17/10 |
| SW-47 | SW | ENVIRONMENTAL 1 CRUDE OIL CLEANER (aka, ENVIRONMENTAL 1 WASHING AGENT) | J and J Technology, LLC<br>3100 West End Avenue, Suite 450<br>Nashville, TN 37203<br>PHONE: (615) 269-0506<br>FAX: (615) 269-0025<br>E-MAIL: info@environmental-one.com or Jdb@environmental-one.com<br>WEBSITE: www.environmental-one.com<br>(Mr. Joe D. Blankenship, President/CEO) | 08/25/10 |
| SW-48 | SW | SANDKLENE 950 | MDEChem, Inc.<br>1000C Street<br>Floresville, TX 78114<br>PHONE: (830) 393-5293<br>E-MAIL: corporateoffice@mdechem.com<br>WEBSITE: www.mdechem.com<br>(Mr. Paul Sack) | 10/04/10 |
| SW-49 | SW | DE-SOLV-IT CLEAN AWAY APC SUPER CONCENTRATE | Orange-Sol Blending and Packaging<br>1400 N Fiesta Boulevard<br>Gilbert, AZ 85233<br>PHONE: (800) 877-7771<br>FAX: (480) 497-0444<br>E-MAIL: amf@orange-sol.com<br>WEBSITE: http://www.organge-sol.com<br>(Mr. Albert Farnsworth)<br>(Mr. Jack Farnsworth at (480) 319-0141)) | 11/10/10 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-50 | SW | EO ALL PURPOSE SOAP-LAVENDER | EO Products/Small World Trading Company<br>15 S Koch Road<br>Corte Madera, CA 94925<br>PHONE: (415) 945-1900<br>FAX: (415) 945-7117<br>E-MAIL: maggy@eoproducts.com or michael@eoproducts.com<br>WEBSITE: www.eoproducts.com<br>(Ms. Maggy Leonard or Mr. Michael Cronin) | 11/17/10 |
| SW-51 | SW | DYNAMIC GREEN™ | Wechem, Inc.<br>5734 Susitna Drive<br>Harahan, LA 70123<br>PHONE: (800) 426-0512<br>PHONE: (504) 733-1152<br>E-MAIL: mwisecarver@wechem.com or okropog@wechem.com<br>WEBSITE: www/wechemc.com<br>(Mr. Mike Wisecarver) | 12/07/10 |
| SW-52 | SW | VERU-SOLVE™ MARINE 200 HP | VeruTEK® Technologies<br>65 West Dudley Town Road, Suite 100<br>Bloomfield, CT 06002<br>PHONE: (860) 242-9800<br>FAX: (860) 242-9899<br>E-MAIL: bmcavoy@verutek.com<br>WEBSITE: www.verutek.com<br>(Ms. Bethany McAvoy) | 12/09/10 |
| SW-53 | SW | NATURAMA G3 A-5 | Merlin-Tao Ltd.<br>65 Yigal Alon Street POB 91<br>Tel Aviv, Israel  67443<br>PHONE: 972-3-562-8020<br>FAX: 972-3-562-8021<br>E-MAIL: asaf@merlin-tao.com<br>WEBSITE: www.merlin-tao.com<br>(Mr. Asaf Yaari, CEO) | 01/26/11 |
| SW-54 | SW | SAFE KLEEN | Anti Slip Solutions Ltd<br>Bridge House<br>Severn House<br>Riverside North, Bewdley, Worcestershire, DY12 1AB, UK<br>PHONE: 44(0)1299-406-011<br>FAX: 44(0)1299-406-023<br>E-MAIL: info@safe-grip.co.uk<br>(Mr. Dan Bayliss) | 02/25/11 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-55 | SW | CORIBA 700 SR (aka, CORIBA 700 ER, CORIBA 700 OS) | Coriba Technologies, LLC 5708 Cadron Creek North Little Rock, AR 72116 PHONE: (501) 834-1016 (Mr. Harvey G. Cobb) | 02/25/11 |
| SW-56 | SW | CORIBA 713 SR (aka, CORIBA 713 ER, CORIBA 713 OS) | Coriba Technologies, LLC 5708 Cadron Creek North Little Rock, AR 72116 PHONE: (501) 834-1016 (Mr. Harvey G. Cobb) | 02/25/11 |
| SW-57 | SW | JEP-MARINE CLEAN (aka, ECOVOOM-MARINE) | Nuance Solutions 900 E. 103rd Street, Suite D Chicago, IL 60628 PHONE: (800) 621-8553 FAX: (800) 621-1276 (Mr. Neil Houtsma) | 05/11/11 |
| SW-58 | SW | ETHOS CLEAN | MAG7 Venture Group, LLC 3800 Dewey Avenue, #103 Rochester, NY 14616-579 PHONE: (877) 717-6247 FAX: (315) 939-1320 E-MAIL: greg.goodell@mag7venturegroup.com or michelle.burgess@mag7venturegroup.com WEBSITE: www.mag7technologies.com/Ethos.index.htm (Mr. Greg Goodell or Ms. Michelle Burgess) | 06/28/11 |
| SW-59 | SW | OSR-10 | MAG7 Venture Group, LLC 3800 Dewey Avenue, #103 Rochester, NY 14616-579 PHONE: (877) 717-6247 FAX: (315) 939-1320 E-MAIL: greg.goodell@mag7venturegroup.com or michelle.burgess@mag7venturegroup.com WEBSITE: www.mag7technologies.com/OSR10/ (Mr. Greg Goodell or Ms. Michelle Burgess) | 06/28/11 |
| SW-60 | SW | ACCELL CLEAN™ | Advanced BioCatalytics Corporation 18010 Skypark Circle, #130 Irvine, CA 92614-6456 OFFICE: (949) 442-0880 GENERAL E-MAIL: info@abiocat.com WEBSITE: www.abiocat.com PRODUCT MANAGEMENT: MOBILE: (940) 887-9509 E-MAIL: rchickering@abiocat.com (Mr. Robert Chickering) | 07/13/11 |

15

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency NCP Product Schedule NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-61 | SW | EPA OIL FIELD SOLUTION™ (aka, HYDRO-CLEAN™, GLOBAL ENVIRONMENTAL CLEANER™, AWAN PRA OIL FIELD SOLUTION™) | Environmental Protection Associates, Inc. 2578 Enterprise Road, Suite 141 Orange City, FL 32763 PHONE: (407) 687-6742 E-MAIL: njrhall@epaworldwide.com WEBSITE: www.epaworldwide.com (Mr. Nathan Hall) | 10/13/11 |
| | | BIOREMEDIATION AGENTS | | |
| B-10 | NA | INIPOL EAP 22 *NO LONGER MANUFACTURED* *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Société CECA, S.A. 12 place de l'Iris - Cédex 54 92062 Paris-la-Défense France PHONE: 011-33-1-47-96-92-91 TELEX: CECAS 611444F FAX: 011-33-1-47-96-92-33 E-MAIL: serge.kuchto@ceca.fr (Mr. Serge Kuchto) | 07/09/85 01/11/96* |
| B-19 | MC | WMI-2000 | WMI International, Inc. 4901 Milwee, Suite 109 Houston, TX  77092 PHONE: (713) 956-4001 EVENING: (713) 526-5829 FAX: (713) 956-7305 E-MAIL: wmi.meor@yahoo.com (Mr. Joseph Jennings) | 06/18/90 01/11/96* |
| B-36 | MC | OPPENHEIMER FORMULA (aka, THE OPPENHEIMER FORMULA I, NATURAL ENVIRO 8000, MIGHTY MIKE BPT) | Oppenheimer Biotechnology, Inc. P.O. Box 5919 Austin, TX  78763 PHONE: (512) 474-1016 FAX: (512) 472-2909 E-MAIL: jen.neve@obio.com WEBSITE: www.obio.com (Ms. Jen Neve) | 07/17/91 10/06/96* |
| B-41 | MC | MICRO-BLAZE® | Verde Environmental, Inc. P.O. Box 8706 Houston, TX 77249-8706 PHONE: (713) 691-6468 (800) 626-6598 FAX: (713) 691-2331 E-MAIL: bscogin@micro-blaze.com WEBSITE: www.micro-blaze.com (Mr. William L. Scogin) | 12/18/91 01/21/97* |

16

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | BIOREMEDIATION AGENTS (continued) | | |
| B-42 | NA | VB591™, VB997™, BINUTRIX® (formerly MYCOBAC TX-20) | BioNutraTech, Inc. **P.O. Box 290 Porter, TX 77365 PHONE: (281) 394-5900 MOBILE: (713) 301-0254 FAX: (281) 394-1997** E-MAIL: shruza@bionutratech.com WEBSITE: www.bionutratech.com (Ms. Sandra L. Hruza) | 01/03/92 02/05/97* |
| B-43 | MC | STEP ONE (aka, B&S INDUSTRIAL) | B&S Research, Inc. 4345 Highway 21 Embarrass, MN  55732 PHONE: (218) 984-3757 FAX: (218) 984-3212 E-MAIL: soilplus@2z.net (Mr. H.W. Lashmett) | 03/12/92 03/21/97* |
| B-45 | MC | SYSTEM E.T. 20 (formerly MCW.B 20) | Environmental Restoration Services 9211 Lakewood Drive Windsor, CA 95492 PHONE: (619) 253-0664 E-MAIL: ERS.BTI@gmail.com (Mr. John Chase) PHONE: (760) 746-5145 FAX: (760) 746-2034 (Mr. Jack Roberts) | 01/28/93 11/14/95* |
| B-48 | MC | BET BIOPETRO (formerly BET BIOPETRO HEAVY) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | BioEnviroTech 14615 FM 2920 Tomball, TX  77375 (Mr. Warren Butler) | 11/10/93 08/31/00* |
| B-53 | EA | OIL SPILL EATER II (OSE II) | OSEI Corporation (Formerly Sky Blue Chems) P.O. Box 515429 Dallas, TX 75251-5429 PHONE: (972) 669-3390 E-MAIL: oseicorp@msn.com WEBSITE: www.osei.us (Mr. Steven Pedigo, Chairmen, CEO, Inventor) | 08/26/96; 08/16/05# 09/22/09* |
| B-54 | MC | PRISTINE SEA II (formerly MICROPRO D) *NO LONGER MANUFACTURED* *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT* | Fluid Tech, Inc. 6450 Spring Mountain Road, Suite 9 Las Vegas, NV  89146 PHONE: (702) 871-1884 FAX: (702) 871-3269 (Mr. Stan True) | 06/28/99 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | BIOREMEDIATION AGENTS (continued) | | |
| B-55 | NA | LAND AND SEA RESTORATION PRODUCT 001 (VELITE) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Land and Sea Restoration LLC 4147 Acorn Hill San Antonio, TX 78217 PHONE: (210) 650-5556 FAX: (210) 650-5567 (Mr. Shawn Parker) | 09/10/99 |
| B-56 | NA | S-200 (aka, S-200C, SHEENCLEAN, BILGE CLEAR) | International Environmental Products, LLC Two Villanova Center 795 E. Lancaster Ave., Suite 280 Villanova, PA 19085 PHONE: (610) 520-7665 FAX: (610) 520-7663 E-MAIL: info@iepusa.com (Mr. Jim Lynn) | 07/24/02 |
| B-57 | MC | SPILLREMED (MARINE)® | Sarva Bio Remed, LLC 11 North Willow Drive Trenton, NJ 08608 PHONE: (609) 695-4992 FAX: (419) 710-5831 E-MAIL: sales@sarvabioremed.com WEBSITE: www.sarvabioremed.com (Mr. Satya Ganti) | 01/08/07 |
| B-58 | NA | JE1058BS | Japan Energy Corporation Business Development Department, Bio Research Center 3-17-35 Niizo-Minami Toda-shi, Saitama 335-8502 Japan PHONE: (81) 48-433-2191 FAX: (81) 48-444-3223 E-MAIL: saeki@j-energy.co.jp (Mr. Hisashi Saeki) | 12/03/2007 |
| B-59 | MC | BIOWORLD BIOREMEDIATION HYDROCARBON TREATMENT PRODUCTS (BioWorld BHTP) | BioWorld Products International Headquarters P.O. Box 2920 8244 W. Hillsdale Court Visalia, CA 93279 PHONE: (559) 651-2042 FAX: (559) 651-9041 E-MAIL: mail@bioworldusa.com WEBSITE: www.bioworldusa.com (Ms. Diane R. Barnes) | 11/24/2008 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | BIOREMEDIATION AGENTS (continued) | | |
| B-60 | MC | MUNOX SR® | Osprey Biotechnics<br>1833-A 57th Street<br>Sarasota, FL 34243<br>PHONE: (941) 351-2700<br>FAX: (941) 351-0026<br>E-MAIL: ldanielson@ospreybiotechnics.com<br>or creuter@ospreybiotechnics.com<br>(Ms. Lauren Danielson, President & CEO<br>or Mr. Christopher J. Reuter, PhD, VP of<br>Science) | 10/28/2010 |
| B-61 | MC/NA | SOIL RX (aka, BIO-REGEN HYDROCARBON) | 3 Tier Technologies LLC<br>Worldwide Headquarters<br>2302 Mercator Drive, Suite 102<br>Orlando, FL 32807<br>PHONE: (877) 226-7498<br>FAX: (877) 540-0072<br>E-MAIL: dburdette@3tiertech.com<br>WEBSITE: www.3tiertech.com<br>(Mr. Daniel J. Burdette, President) | 11/17/10 |
| B-62 | MC/NA | PRO-ACT (aka, OILCLEAN w/ACTIVATOR) | Pro-Act Microbial, Inc.<br>P.O. Box 345<br>Warren, RI 02885<br>PHONE: (401) 245-7004<br>FAX: (401) 633-6270<br>E-MAIL: bd@proactbiotech.com<br>WEBSITE: www.oilclean.com<br>(Mr. William Donohue) | 12/15/10 |
| B-63 | MC | BIOREM-2000 OIL DIGESTER™ (aka, BIOREM-2000 SC) | Clift Industries, Inc.<br>P.O. Box 67153<br>Charlotte, NC 28226<br>CUSTOMER SERVICE:<br>PHONE: (800) 996-9901<br>PRODUCT MANAGEMENT:<br>PHONE: (704) 752-0031<br>FAX: (704) 544-2532<br>E-MAIL: matt@cliftindustries.com<br>(Mr. Matt Barnhill) | 12/15/10 |
| B-64 | MC | DRYLET™ MB BIOREMEDIATION | DryLet Technologies, Inc.<br>P.O. Box 730<br>601 North Coleman<br>Prosper, TX 75078<br>PHONE: (972) 347-2341<br>FAX: (972) 347-2816<br>E-MAIL: sellis@drylet.com<br>(Mr. Steve Ellis) | 02/22/11 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | BIOREMEDIATION AGENTS (continued) | | |
| B-65 | MC | DUALZORB® (aka, WHITZORB, TRAILZORB) | LBI Renewable<br>P.O. Box 637<br>22 Plains Drive<br>Buffalo, WY 82834<br>CUSTOMER SERVICE:<br>PHONE: (307) 684-9340<br>FAX: (307) 684-5815<br>E-MAIL: joseph@lbirenewable.com<br>(Mr. Joseph St. Pierre) | 05/18/11 |
| B-66 | NA | REMEDIADE™ (aka, SP 7010) | JDMV Holdings, LP<br>15995 N. Barkers Landing, Suite 143<br>Houston, TX 77079<br>PHONE: (281) 558-3433<br>FAX: (281) 8700-1200<br>E-MAIL: msuttle@jdmvholdings.com<br>WEBSITE: www.jdmvholdingslp.com<br>(Mr. Michael Suttle) | 06/08/11 |
| B-67 | MC/EA/NA | ERGOFIT MICRO MIX AQUA | ERGOFIT USA LLC<br>40 E. Main Street #379<br>Newark, DE 19711<br>PHONE: (302) 235-3085<br>FAX: (801) 846-8043<br>MOBILE: (985) 722-8882 or (310) 736-9773<br>E-MAIL: info@micromix-usa.com<br>WEBSITE: www.micromix-usa.com<br>(Mr. Warren Russell, Factory US Representative) | 07/27/11 |
| B-68 | NA | SHAMANTRA GREEN (aka, SHAMANTRA BIO) | Molecular Mediation PLC<br>3422 Old Capitol Trail<br>Suite 1627<br>Wilmington, DE 19808<br>PHONE: (302) 861-0400<br>FAX: (302) 861-0410<br>E-MAIL: info@molecularmediation.com<br>(Mr. Ronen Hazarika, Director) | 08/17/11 |
| B-69 | MC | SUMP SAFE BIO-RECLAIM | Teamwork Distributing<br>51311 Range Road 15<br>Stony Plain, Alberta<br>T2Z 1X<br>PHONE: (780) 968-5367<br>FAX: (780) 958-9070<br>E-MAIL: marlin@xplornet.com<br>E-MAIL: marlin@teamwrk.ca<br>(Mr. Marlin Rudolph) | 10/13/11 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | MISCELLANEOUS OIL SPILL CONTROL AGENTS | | |
| M-12 | M | PES-51 | Practical Environmental Solutions (formerly known as Petroleum Environmental Services) P.O. Box 12563 San Antonio, TX 78212 PHONE: (210) 493-7172 FAX: (210) 493-7172 E-MAIL: simsbi@aol.com (Mr. Bill Sims) | 08/31/92 09/13/95* |
| M-17 | M-Solidifier | CIAGENT (formerly CI AGENT, CHEAP INSURANCE, & PETRO-CAPTURE) | CIAGENT Solutions, LLC 11760 Commonwealth Drive Louisville, KY 40299 PHONE: (502) 267-0101 PHONE: (800) 255-6073 FAX: (502) 267-0181 E-MAIL: dan@ciagent.com WEBSITE: www.ciagent.com (Mr. Dan Parker) | 02/25/94 06/14/95* |
| M-18 | M | ZYME-FLOW (aka, ZYME-TREAT, MARI-ZYME, UNITED 658 PETRO-ZYME) | United Laboratories, Inc. 320 37th Avenue St. Charles, IL 60174 PHONE: (630) 377-0900 PHONE: (800) 323-2594 FAX: (630) 377-0960 E-MAIL: nsherrel@unitedlabsinc.com (Ms. Nancy Sherrel) | 03/29/94 03/12/97* |
| M-19 | M-Solidifier | WASTE-SET #3200® | Environmental & Fire Technology, LLC 3374 West River Drive NW Grand Rapids, MI 49544 PHONE: (616) 784-0770 FAX: (616) 784-5018 E-MAIL: eandft@comcast.net (Mr. Cal Blystra) | 04/22/96 |
| M-20 | M-Solidifier | WASTE-SET #3400® | Environmental & Fire Technology, LLC 3374 West River Drive NW Grand Rapids, MI 49544 PHONE: (616) 784-0770 FAX: (616) 784-5018 E-MAIL: eandft@comcast.net (Mr. Cal Blystra) | 04/22/96 |
| M-22 | M | PX700™ | Enviro-Tech 1907 Southwest 47th Street Cape Coral, FL 33914 PHONE: (239) 997-6300 FAX: (239) 549-8550 E-MAIL: envirotechusa@gmail.com WEBSITE: www.px700.com (Mr. Charlie Jones) | 02/27/98; 10/05/98* |

21

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | MISCELLANEOUS OIL SPILL CONTROL AGENTS (continued) | | |
| M-23 | M-Solidifier | ALSOCUP | REVCOM Associates 1550 Rimpau Avenue #53 Corona, CA 92881 PHONE: (951) 737-0104 FAX: (951) 737-5500 E-MAIL: revcom@sbcglobal.net (Mr. Dave Naylor, President) | 11/23/98 |
| M-24 | M-Solidifier | RAPIDGRAB 2000™ | GlobeMark Resources Ltd. 1205 Pine Heights Drive Atlanta, GA 30324 MOBILE: (254) 231-2251 E-MAIL: joannie@globemarkresources.com or mikeclmail@gmail.com WEBSITE: www.globemarkresources.com (Ms. Joannie Docter or Mr. Mike Peterson) | 01/26/01 |
| M-25 | M-Solidifier | AQUA N-CAP™ POLYMER (aka, OIL SOLUTIONS POWDER; SPILL GREEN LS) | RTA Systems, Inc. 8120 Mid America Boulevard Suite 200A Oklahoma City, OK 73135 PHONE: (405) 397-9108 FAX: (405) 610-2620 E-MAIL: bjohnson@RTASys.com (Mr. Bill Johnson, President) | 11/09/06 |
| M-26 | M | ELASTOL (aka, SEPARATE; LIQUID ELASTOL) | Action Additives, Inc. 205 Industrial Road P.O. Box 965 Ducktown, TN 37326 PHONE: (423) 496-5000 PHONE: (800) 496-5110 (Mr. Tim Kaylor) | 06/30/08* |
| M-27 | M-Solidifier | OIL BOND® | Solidification Products International, Inc. P.O. Box 35 215 Village Street Northford, CT 06472 PHONE: (203) 484-9494 PHONE: (800) 758-3634 FAX: (203) 484-9492 E-MAIL: dgannon@oilbarriers.com (Ms. Donna Gannon) | 06/03/10 |
| M-28 | M | OPFLEX® THE GREEN STUFF™ | Cellect Plastics, LLC P.O. Box 243 West Hyannisport, MA 02672 PHONE: (518) 568-7036 FAX: (518) 568-2614 E-MAIL: ssmith@cellectplastics.com WEBSITE: www.cellectplastics.com (Mr. Scott Smith) | 08/17/10 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | **MISCELLANEOUS OIL SPILL CONTROL AGENTS (continued)** | | |
| M-29 | M-Solidifier | GELCO 200 | UESS, Ltd. Box 6088 Drayton Valley, AB, Canada T7A 1R6 PHONE: (780) 621-6870 E-MAIL: hmorrison@uess.ca (Mr. Hugh Morrison) | 08/17/10 |

23

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

### ALPHABETICAL  LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| ACCELL CLEAN™ (SW-60) | Surface Washing Agent | 07/13/11 |
| ACCELL CLEAN™ DWD (D-16) | Dispersants | 07/18/11 |
| ALSOCUP (M-23) | Miscellaneous Oil Spill Control Agent | 11/23/98 |
| AQUACLEAN (SW-16) | Surface Washing Agent | 07/08/91; 06/14/95* |
| AQUA N-CAP™ POLYMER (M-25) | Miscellaneous Oil Spill Control Agent | 11/09/06 |
| AWAN PRA OIL FIELD SOLUTION™ (see EPA OIL FIELD SOLUTION™) | Surface Washing Agent | |
| BET BIOPETRO (B-48) | Bioremediation Agent | 11/10/93; 08/31/00* |
| BG-CLEAN™ 401 (SW-32) | Surface Washing Agent | 07/21/06 |
| BILGE CLEAR (see S-200) | Bioremediation Agent | |
| BIODISPERS (D-9; formerly PETROBIODISPERS) | Dispersant | 6/28/02 |
| BIOGRASS® EXTRA (SW-46) | Surface Washing Agent | 08/17/10 |
| BIO-REGEN HYDROCARBON (see SOIL RX) | Bioremediation Agent | |
| BIOREM-2000 OIL DIGESTER™ (B-63) | Bioremediation Agent | 12/15/10 |
| BIOREM-2000 SC (see BIOREM-2000 OIL DIGESTER™) | Bioremediation Agent | |
| BIOSOLVE® HYDROCARBON MITIGATION™ AGENT (SW-20) | Surface Washing Agent | 03/21/97 |
| BIOWORLD BHTP (B-59) | Bioremediation Agents | 11/24/08 |
| B&S INDUSTRIAL (see STEP ONE) | Bioremediation Agent | |
| CIAGENT (M-17) | Miscellaneous Oil Spill Control Agent | 02/25/94; 06/14/95* |
| CLEAN GREEN (SW-44) | Surface Washing Agent | 08/05/10 |
| CLEANGREEN® PLANET WASH (see CLEAN GREEN) | Surface Washing Agent | 08/05/10 |
| CLEAN SPLIT (see SPLIT DECISION SC) | Surface Washing Agent | |
| CN-110 (SW-9) | Surface Washing Agent | 05/25/89; 04/16/96* |
| COREXIT® EC9500A (D-4) | Dispersant | 04/13/94; 12/18/95* |
| COREXIT® EC9527A (D-1) | Dispersant | 03/10/78; 12/18/95* |
| COREXIT® EC9580A (SW-10) | Surface Washing Agent | 07/21/89; 09/27/95* |
| CORIBA 700 ER (see CORIBA 700 SR) | Surface Washing Agent | |
| CORIBA 700 OS (see CORIBA 700 SR) | Surface Washing Agent | |
| CORIBA 700 SR (SW-55) | Surface Washing Agent | 02/25/11 |
| CORIBA 713 ER (see CORIBA 713 SR) | Surface Washing Agent | |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

## ALPHABETICAL  LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| CORIBA 713 OS (see CORIBA 713 SR) | Surface Washing Agent | |
| CORIBA 713 SR (SW-56) | Surface Washing Agent | 02/25/11 |
| CYTOSOL (SW-19) | Surface Washing Agent | 01/30/97 |
| DE-SOLV-IT CLEAN AWAY APC SUPER CONCENTRATE (SW-49) | Surface Washing Agent | 10/07/10 |
| DE-SOLV-IT INDUSTRIAL FORMULA (SW-11) | Surface Washing Agent | 06/26/89; 09/15/94#; 07/07/10* |
| DISPERSIT SPC 1000™ (D-5) | Dispersant | 04/22/99 |
| DO-ALL #18 (SW-24) | Surface Washing Agent | 07/14/00 |
| DRYLET™ MB BIOREMEDIATION (B-64) | Bioremediation Agent | 02/22/11 |
| DUALZORB® (B-65) | Bioremediation Agent | 05/18/11 |
| DUO-SPLIT (see SPLIT DECISION SC) | Surface Washing Agent | |
| DYNAMIC GREEN™ (SW-51) | Surface Washing Agent | 12/07/10 |
| ECOVOOM-MARINE (see JEP-MARINE CLEAN) | Surface Washing Agent | |
| ELASTOL (M-26) | Miscellaneous Oil Spill Control Agent | 06/30/08 |
| ENVIROCLEAN (SW-31) | Surface Washing Agent | 10/27/03 |
| ENVIRONMENTAL 1 CRUDE OIL CLEANER (SW-47) | Surface Washing Agent | 08/25/10 |
| ENVIRONMENTAL 1 WASHING AGENT (see ENVIRONMENTAL 1 CRUDE OIL CLEANER) | Surface Washing Agent | |
| EO ALL PURPOSE SOAP-LAVENDER (SW-50) | Surface Washing Agent | 11/17/10 |
| EPA OIL FIELD SOLUTION™ (SW-61) | Surface Washing Agent | 10/13/11 |
| ERGOFIT MICRO MIX AQUA (B-67) | Bioremediation Agent | 07/27/11 |
| E-SAFE© (SW-33) | Surface Washing Agent | 11/27/06 |
| ETHOS CLEAN (SW-58) | Surface Washing Agent | 06/28/11 |
| F-500 (SW-30) | Surface Washing Agent | 07/24/02 |
| **FFT-SOLUTION™ (D-17)** | **Dispersant** | **11/01/11** |
| FINASOL® OSR 52 (D-11) | Dispersant | 01/30/03 |
| FIREMAN'S BRAND SPILLCLEAN  (see SPILLCLEAN) | Surface Washing Agent | |
| GELCO 200 (M-29) | Miscellaneous Oil Spill Control Agent | 08/17/10 |
| GLOBAL ENVIRONMENTAL CLEANER™ (see EPA OIL FIELD SOLUTION™) | Surface Washing Agent | |

25

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

### ALPHABETICAL  LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| G-MARINE OSC-1809 (SW-39) | Surface Washing Agent | 07/02/10 |
| GOLD CREW SW (SW-26) | Surface Washing Agent | 08/06/01 |
| GREEN BEAST™ OIL SPILL & ODOR REMEDIATOR (SW-40) | Surface Washing Agent | 07/06/10 |
| GREEN BEAST WASHING AGENT (see GREEN BEAST OIL SPILL & ODOR REMEDIATOR) | Surface Washing Agent | |
| HYDRO-CLEAN™ (see EPA OIL FIELD SOLUTION™) | Surface Washing Agent | |
| INIPOL EAP 22 (B-10), No Longer Manufactured | Bioremediation Agent | 07/09/85; 01/11/96* |
| JD-109 (D-6) | Dispersant | 09/20/00 |
| JD-2000™ (D-7) | Dispersant | 08/06/01 |
| JEP-MARINE CLEAN (SW-57) | Surface Washing Agent | 05/11/11 |
| JE1058BS (B-58) | Bioremediation Agent | 12/03/07 |
| LAND AND SEA RESTORATION PRODUCT 001 (VELITE) (B-55) | Bioremediation Agent | 09/10/99 |
| LIQUID ELASTOL (see ELASTOL) | Miscellaneous Oil Spill Control Agent | |
| MARE CLEAN 200 (D-3) | Dispersant | 02/23/88; 01/26/96* |
| MARINE GREEN CLEAN™ (SW-42) | Surface Washing Agent | 07/28/10 |
| MARINE GREEN CLEAN PLUS (SW-43) | Surface Washing Agent | 07/28/10 |
| MARI-ZYME (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |
| MICRO-BLAZE® (B-41) | Bioremediation Agent | 12/18/91; 01/21/97* |
| MICRO CLEAN (see NATURE'S WAY HS) | Surface Washing Agent | |
| MIGHTY MIKE BPT (see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| MUNOX SR® (B-60) | Bioremediation Agent | 10/28/10 |
| NALE-IT (SW-28) | Surface Washing Agent | 11/05/01 |
| NATURAL ENVIRO 8000 (see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| NATURAMA G3 A-5 (SW-53) | Surface Washing Agent | 01/26/11 |
| NATURE'S WAY HS (SW-18) | Surface Washing Agent | 10/23/96 |
| NATURE'S WAY PC (see NATURE'S WAY HS) | Surface Washing Agent | |
| NEOS AB3000 (D-2) | Dispersant | 04/22/85; 01/26/96* |
| NOKOMIS 3-AA (D-14) | Dispersant | 07/31/08 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

### ALPHABETICAL  LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
| --- | --- | --- |
| NOKOMIS 3-F4 (D-8) | Dispersant | 03/04/02 |
| NOKOMIS 5-W (SW-38) | Surface Washing Agent | 05/11/10 |
| OIL BOND® (M-27) | Miscellaneous Oil Spill Control Agent | 06/03/10 |
| OILCLEAN w/ACTIVATOR (see PRO-ACT) | Bioremediation Agent | |
| OIL SOLUTIONS POWDER (see AQUA N-CAP™ POLYMER) | Miscellaneous Oil Spill Control Agent | |
| OIL SPILL CLEANUP (see G-MARINE OSC-1809) | Surface Washing Agent | |
| OIL SPILL EATER II (OSE II; B-53) | Bioremediation Agent | 08/26/96; 08/16/05#; 09/22/09* |
| OPFLEX® THE GREEN STUFF™ (M-28) | Miscellaneous Oil Spill Control Agent | 08/17/10 |
| OPPENHEIMER FORMULA (B-36) | Bioremediation Agent | 07/17/91; 10/06/96* |
| OSR-10 (SW-59) | Surface Washing Agent | 06/28/11 |
| PES-51 (M-12) | Miscellaneous Oil Spill Control Agent | 08/31/92; 09/13/95* |
| PETRO-CLEAN (SW-23) | Surface Washing Agent | 03/01/99 |
| PETRO-GREEN ADP-7 (SW-17) | Surface Washing Agent | 09/30/84; 07/25/96* |
| PETROTECH 25 (SW-21) | Surface Washing Agent | 03/02/98 |
| POWERCLEAN (see NATURE'S WAY HS) | Surface Washing Agent | |
| PREMIER 99 (SW-12) | Surface Washing Agent | 08/11/89; 11/02/95* |
| PRISTINE SEA II (B-54; formerly MICROPRO D), No Longer Manufactured | Bioremediation Agent | 06/28/99 |
| PRO-ACT (B-62) | Bioremediation Agent | 12/15/10 |
| PROCLEANS (SW-35) | Surface Washing Agents | 06/16/08 |
| PX700™ (M-22) | Miscellaneous Oil Spill Control Agent | 02/27/98 |
| RAPIDGRAB 2000™ (M-24) | Miscellaneous Oil Spill Control Agent | 01/26/01 |
| REMEDIADE™ (B-66) | Bioremediation Agent | 06/08/11 |
| S-200 (B-56) | Bioremediation Agent | 07/24/02 |
| S-200C (see S-200) | Bioremediation Agent | |
| SAFE KLEEN (SW-54) | Surface Washing Agent | 02/2511 |
| SAF-RON GOLD (D-12) | Dispersant | 01/03/05 |
| SANDKLENE 950 (SW-20) | Surface Washing Agent | 10/04/10 |
| SC-1000™ (SW-25) | Surface Washing Agent | 07/09/01 |
| SEA BRAT #4 (D-10) | Dispersant | 11/26/02 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

**ALPHABETICAL  LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE**

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| SEACARE ECOSPERSE 52 (see FINASOL® OSR 52) | Dispersant | |
| SEACARE E.P.A. (see DISPERSIT SPC 1000™) | Dispersant | |
| SEPARATE (see ELASTOL) | Miscellaneous Oil Spill Control Agent | |
| SF-GOLD DISPERSANT (see SAF-RON GOLD) | Dispersant | |
| SHAMANTRA BIO (see SHAMANTRA GREEN) | Bioremediation Agent | |
| SHAMANTRA GREEN (B-68) | Bioremediation Agent | 08/17/11 |
| SHEENCLEAN (see S-200) | Bioremediation Agent | |
| SHEEN-MAGIC© (SW-34) | Surface Washing Agent | 11/27/06 |
| SIMPLE GREEN® (SW-15) | Surface Washing Agent | 04/23/90; 08/30/95* |
| SOC 10 (SW-45) | Surface Washing Agent | 08/05/10 |
| SOIL RX (B-61) | Bioremediation Agent | 11/17/10 |
| SP 7010 (see REMEDIADE™) | Bioremediation Agent | |
| SPILLCLEAN (SW-36) | Surface Washing Agent | 03/30/09 |
| SPILLCLEAN ["CONCENTRATE"] (see SPILLCLEAN) | Surface Washing Agent | |
| SPILLREMED (MARINE)® (B-57) | Bioremediation Agent | 01/08/07 |
| SPILL GREEN LS (see AQUA N-CAP™ POLYMER) | Miscellaneous Oil Spill Control Agent | |
| SPLIT DECISION SC (SW-22; formerly SPLIT DECISION) | Surface Washing Agent | 11/12/98 |
| STEP ONE (B-43) | Bioremediation Agent | 03/12/92; 03/21/97* |
| SUMP SAFE BIO-RECLAIM (B-69) | Bioremediation Agent | 10/13/11 |
| SUPERALL #38 (see TOPSALL #30) | Surface Washing Agent | |
| SUPERSPERSE™ WAO2500 (D-15) | Dispersant | 03/23/11 |
| SYSTEM E.T. 20 (B-45; formerly MCW.B 20) | Bioremediation Agent | 01/28/93; 11/14/95* |
| THE OPPENHEIMER FORMULA 1 (see OPPENHEIMER) | Bioremediation Agent | |
| TOPSALL #30 (SW-2) | Surface Washing Agent | 01/07/85; 08/21/95* |
| TRAILZORB (see DUALZORB®) | Bioremediation Agent | |
| TULXA (SW-41) | Surface Washing Agent | 07/13/10 |
| TXCHEM HE-1000™ (SW-37) | Surface Washing Agent | 03/15/10 |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011

**ALPHABETICAL  LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE**

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| UNITED 658 PETRO-ZYME (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |
| VERU-SOLVE™ MARINE 200 HP (SW-52) | Surface Washing Agent | 12/09/10 |
| **VB591™, VB997™, BINUTRIX® (B-42; formerly MYCOBAC TX-20)** | **Bioremediation Agent** | **01/03/92; 02/05/97*** |
| WASTE-SET #3200® (M-19) | Miscellaneous Oil Spill Control Agent | 04/22/96 |
| WASTE-SET #3400® (M-20) | Miscellaneous Oil Spill Control Agent | 04/22/96 |
| WHITZORB (see DUALZORB®) | Bioremediation Agent | |
| WMI-2000 (B-19) | Bioremediation Agent | 06/18/90; 01/11/96* |
| ZI-400 (D-13) | Dispersant | 06/16/2005 |
| ZI-400 OIL SPILL DISPERSANT (see ZI-400) | Dispersant | |
| ZYME-FLOW (M-18) | Miscellaneous Oil Spill Control Agent | 03/29/94; 03/12/97* |
| ZYME-TREAT (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |

*Listing maintained per requirements of the revised
Subpart J, Federal Register, Volume 59, Number 17,
September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
NOVEMBER 2011