# EXHIBIT 12

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

                                ) MDL NO. 2179
3     IN RE:  OIL SPILL          ) SECTION "J"
      by the OIL RIG,            )
4     DEEPWATER HORIZON in       ) JUDGE BARBIER
      the GULF OF MEXICO,        )
5     April 20, 2010             )
                                 ) MAG. JUDGE SHUSHAN
6

7

8

9

10

11

12

13

14

15

16

17

                    Deposition of ROBERT PFANNSTIEL, taken
18    at Pan-American Building, 601 Poydras Street,
      11th Floor, New Orleans, Louisiana, 70130, on
19    December 2, 2011.
20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1            Q.   And do you currently work for BP?
 2            A.   I do.
 3            Q.   What's your role at BP currently?
 4            A.   I'm a crisis and continuity advisor for
08:43  5    the Western Hemisphere for BP Corporate.
 6            Q.   Crisis and continuity...
 7            A.   Management advisor.
 8            Q.   How long have you held that role for?
 9            A.   This particular role I've held for
08:43 10    approximately six months now.
11            Q.   And what are your duties and
12       responsibilities in that role?
13            A.   I'm responsible for more or less
14       monitoring and assisting in the business entities
08:43 15    of BP for the whole Western Hemisphere to help in
16       seeing that the emergency management teams are
17       trained, that they have plans and procedures in
18       place, and that we periodically observe drills
19       and meet with the different businesses and the --
08:44 20    even the local governments to discuss BP's
21       response plans and things of that nature.
22            Q.   Now, when you refer to emergency
23       management teams being trained, what type of
24       emergency management are you referring to?
08:44 25            A.   For my responsibility, it's all risk, all
```

**PURSUANT TO CONFIDENTIALITY ORDER**

hazard responses.

Q.   Okay.  All risks.  All risks involving
every single aspect of BP's work, or certain
types of risks in BP's work?

08:44    A.   If it's from a corporate perspective,
it's all risk.

Q.   You said all risks and all something
else?

A.   All hazards.

08:44    Q.   All hazards.  Now, is it the case, then,
that how -- how BP would respond to oil spills in
the future would be subsumed in your role as
emergency management team training?

A.   That would be part of that, yes, ma'am.

08:45    Q.   Okay.  Would it also include managing
risks in drilling?

A.   My particular job, no, it would not do
that, no.

Q.   Okay.

08:45    A.   Not my job.

Q.   So what's your job limited to when you
mentioned all risks, all hazards?

A.   My job would be mostly to the response
side and to seeing my -- I guess my -- for lack
08:45   of a better word, expertise as oil spill

1    response.

2        Q.  Would that also -- when you refer to the

3    response side, would that also include

4    containment efforts or more -- well, let me just

08:45  5    stop at that.

6        A.  It would include tactical response to

7    some type of spill, either in the water, or on

8    land, or -- of that type -- of that nature.

9        Q.  Okay.  So maybe I should explain what I

08:45  10   mean by "containment," because I'm -- I may be

11   using the word in a way that you're not thinking

12   of it?

13            When I think of containment, for example,

14   in the context of the BP oil spill of the Macondo

08:46  15   well, I'm thinking of stopping the flow of oil

16   from the wellhead.  That's what I would mean by

17   "containment."  Maybe I'm not using the word

18   right.

19            But would your role on the response side

08:46  20   include efforts to stop the flow of oil if there

21   were a future spill?

22       A.  No, ma'am, it would not.

23       Q.  No.  So it would be more -- one of the

24   witnesses I took the deposition of referred to as

08:46  25   surface response?

```
 1        A.   Yes.
 2        Q.   Okay.  Now, in this crisis management, is
 3   there like a -- is there now an office of crisis
 4   management at BP?
08:46  5        A.   There's an increased number of us.
 6   There's been -- there was eight -- for the last
 7   couple of years there was eight people worldwide,
 8   and we're in the process of increasing that
 9   particular group to -- I think it's 24.  That's
08:47 10   for crisis management and business continuity.
11        Q.   So on April 20th of 2010, there were
12   eight people in that role?
13        A.   Yes, ma'am.  To the best of my knowledge,
14   that's right.
08:47 15        Q.   And you say "worldwide."  Are they all
16   located in Texas or are they located around the
17   world?
18        A.   They're located around the world.
19        Q.   Okay.  And how many people are in the
08:47 20   Texas office?
21        A.   There's four -- as of January the 1st,
22   there will be four folks plus an administrative
23   assistant.
24        Q.   As of January of 2012?
08:47 25        A.   Yes, ma'am.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

16

```
 1          Q.  Okay.
 2          A.  There's three of us right now.
 3          Q.  Did the Texas office exhibit on
 4     April 20th, 20- -- did the Texas office exist on
08:47  5     April 20th, 2010?
 6          A.  Yes, ma'am.
 7          Q.  It did.  And it was staffed with how many
 8     people at that time?
 9          A.  I don't know that.  I wasn't in that
08:47 10     group.
11          Q.  Okay.  All right.  Where else are
12     these -- what can I call it, the crisis center?
13     What should I be calling it for like a short
14     term -- short phrase?  What can we call this
08:48 15     group?
16          A.  Just call it the crisis group.
17          Q.  How many offices are there of this crisis
18     group currently today?
19          A.  I personally don't know how many there
08:48 20     are.  I know we have some folks in Sunbury, and
21     we have folks spread throughout the different
22     parts of Europe and in the Asia Pacific.
23          Q.  Okay.
24          A.  No, I don't know how -- how many.
08:48 25     Q.  Do you know -- okay.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    So other than -- and you said there are

2  three people in Texas and there's a fourth one

3  starting on January 1st.  Do all three of you

4  now, and four when the fourth person starts, deal

08:48   5  with risk management in the Western Hemisphere?

6    A.  Yes, ma'am.

7    Q.  And do you all work on the response side,

8  or do you work on different parts of crisis

9  management?

08:49   10    A.  We work on different parts.

11    Q.  All right.  And you're in charge of the

12  response side; is that right?

13    A.  One of my accountabilities are the

14  response side, yes.

08:49   15    Q.  Okay.  And what else besides the response

16  side?

17    A.  Attending audits, attending different

18  agency meetings, meeting with different business

19  units throughout BP to discuss any issues that

08:49   20  come up or give advice to, I guess.

21    Q.  And how about the other two people who

22  are currently there?

23    A.  We have --

24    Q.  What are their roles?

08:49   25    A.  Director of crisis management is my

PURSUANT TO CONFIDENTIALITY ORDER

1    supervisor and --

2         Q.   And who is that?

3         A.   A gentleman by the name of Jack Owen.

4         Q.   Jack Owen?

08:49   5    A.   Uh-huh.

6         Q.   Uh-huh.

7         A.   And then we just brought a gentleman in

8    from Alaska by the name of Tony Hout.

9         Q.   Hout?

08:50   10    A.   H-o-u-t.

11        Q.   Okay.  And what's his role?

12        A.   He is -- same title as I do as far as

13   crisis management advisor for Western Hemisphere.

14        Q.   So I believe you said that you are not

08:50   15   responsible for -- let me strike that.

16        Part of your role does not include crisis

17   management involved in drilling operations; is

18   that right?

19        A.   I believe the question you asked me was

08:50   20   the containment part, and I do not do that.

21        Q.   I'm sorry.  I thought I also -- I'll ask

22   it then.  I thought I had.

23        Is part of your role, crisis management,

24   relating to drilling operations in the Gulf of

08:50   25   Mexico?

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.  Part of my direct role is not.  Part of

2    our group's role is to help to verify that we

3    have all the things in place to mitigate any

4    situation that may arise.

08:50    5    Q.  Okay.  So who of this group, of Mr. Owens

6    [sic], Mr. Hout, and yourself -- which one of you

7    would be responsible for overseeing or managing

8    all hazards or all risks involved in drilling

9    operations in the Gulf of Mexico?

08:51   10    A.  There would be a separate group of

11   individuals that would do that.

12   Q.  So they're not part of your organization?

13   A.  They're part of our organization, but

14   they're not in Houston.

08:51   15   Q.  I see.  Where are they?

16   A.  There's one in Chicago and one in London.

17   Q.  So then am I correct that the three of

18   you, and soon to be four of you, in the Texas

19   office are focused on the response side in the

08:51   20   event of an oil spill?

21   A.  It's more of a -- like I said, it's all

22   hazards so we look at the process, the crisis

23   management process, we look at the business

24   continuity process.  It's for working -- if it's

08:51   25   a fire, if it's an evacuation, if it's hurricane

PURSUANT TO CONFIDENTIALITY ORDER

1    relief, any of those things.

2        Q.   Okay.

3        A.   Not just oil spills.

4        Q.   Okay.  I'm just going to ask you a couple

08:52  5    more questions about this and then we'll move on.

6            You said that part of it is process.

7    What do you mean by "process"?

8        A.   Under -- part of our activities fall

9    under the incident command system and the process

08:52  10   to work us through those things.

11       Q.   And how about the business continuity

12   aspect, what does that mean?

13       A.   The business continuity plans are when

14   it's anticipating loss of a building, loss of

08:52  15   power, loss of data, or whatever, and we have a

16   group that helps -- helps the other business

17   entities write the contingency plans if this

18   happened, what steps they would take to mitigate

19   the -- the lack of whatever, the lack of power to

08:52  20   be able to keep the business running in some form

21   or fashion.

22       Q.   Okay.  You said you've been in this

23   position for six months?

24       A.   On this particular one, yes, ma'am.

08:53  25       Q.   And who had the job before you, if you

1   know?

2       A.  Alberto -- I think it's Conseco was his

3   name.

4       Q.  And you said you don't know whether

08:53  5   this -- these positions existed on April 20,

6   2010.  Am I -- do I remember your answer right?

7       A.  I don't know what all the positions were,

8   no, ma'am.

9       Q.  Okay.  But it existed -- this office

08:53  10   existed --

11      A.  Yes, ma'am.

12      Q.  -- in April 2010?

13          Okay.  All right.  So before you were in

14   the crisis and continuity management role, what

08:53  15   was your role at BP?

16      A.  From the beginning or just recently?

17      Q.  Yeah, how did -- well, when did you start

18   at BP?

19      A.  April 4th, 1977.

08:53  20   Q.  Oh, wow.  Okay.  We don't have to go back

21   that far.

22          How about if you start when you -- when

23   you went from whatever -- what did you start as?

24   What were you -- what was your first role?  You

08:54  25   were ARCO -- were you at ARCO?

1      A.   I was --

2      Q.   Okay.

3      A.   -- at ARCO in Channelview, Texas.  I was

4  just a trainee operator.

08:54   5      Q.   Okay.  At what point did you -- did you

6  move into more of a -- of a managerial role or

7  some -- I don't want you to --

8      A.   I transferred --

9      Q.   -- go through 40 years.  It's a lot of

08:54  10  work to go through.

11      A.   I'm an old man.

12      Q.   Well, no.  I -- I've been doing law for

13  that long, but I couldn't tell you what I did

14  year to year.

08:54  15      A.   I transferred to Alaska in 1984.  I

16  worked in operations there as a senior operator

17  and then transferred into safety and health group

18  in 1986 in Alaska.  I worked in that and was part

19  of the original -- the original drill and spill

08:54  20  response efforts after the Exxon Valdez on the

21  north slope.  I was part of the first drill that

22  was ever on the north slope.

23          Transferred to Long Beach, California,

24  with ARCO Marine in --

08:55  25      Q.   When was -- I'm sorry.

**PURSUANT TO CONFIDENTIALITY ORDER**

A.   -- 1991.  I worked there for 18 months.

Q.   What did you do?

A.   I was a safety and health -- I was the
senior safety and health advisor.  I was also
part of the ARCO national response team --
emergency response team.

In '93 I transferred to ARCO Pipeline,
which was still in Long Beach, California.  Did
that for 18 months and then became a maintenance
supervisor -- or maintenance foreman in 1994, and
then progressed up through the ranks to
maintenance manager in 1998, I believe.

Q.   Still ARCO?

A.   It became BP in 2000.

Q.   Okay.

A.   2001, something like that.

Q.   Okay.

A.   2000 --

Q.   And you were still in Long Beach at that
point?

A.   Yes, ma'am.

Q.   Okay.

A.   2006 or '07 I actually came back -- went
into this particular group here, the crisis
management group, and I was responsible for the

**PURSUANT TO CONFIDENTIALITY ORDER**

1      West Coast.

2           Q.   And where were you stationed?

3           A.   In Long Beach, California.

4           Q.   You're still in Long Beach?  Okay.

08:56   5           A.   Yes.

6           Q.   I guess that makes sense.  Uh-huh.

7           A.   And then in 2009 I went back as the

8      maintenance and operations manager for marine

9      terminals and pipelines there in Long Beach.

08:56  10           Q.   Uh-huh.

11           A.   In April of 2010 until September, August

12      or September, I went to work on the spill.

13           Q.   Were you stationed in -- where were you

14      stationed when you were working on the spill?

08:56  15           A.   I was the operations section chief for

16      the mobile -- what they called the mobile sector.

17           Q.   Okay.  All right.

18           A.   When I went back home, they asked me to

19      move to Houston and take the director of crisis

08:57  20      management job for GCRO, which was the Gulf Coast

21      Restoration Organization.

22           Q.   And that was in September of 2010?

23           A.   I believe that's right,

24      September/October.

08:57  25           Q.   Uh-huh.

**PURSUANT TO CONFIDENTIALITY ORDER**

1      A.   And then in May of this year, they asked

2   me to take the --

3      Q.   Okay.

4      A.   -- role I have now.

08:57   5      Q.   Okay.  You mentioned a number of these

6   roles.  If I -- am I correct that your positions

7   have varied between working on -- I'm trying to

8   make -- put these in groups, if it works.  If it

9   doesn't work, just let me know.

08:57  10           Safety and health issues or maintenance

11   managers of either pipelines or terminals?  Is

12   that sort of the two groups of responsibilities,

13   if I could put them in big, large bundles?

14      A.   Yeah.  I mean, I did safety and health,

08:58  15   and then I did maintenance and operations.

16      Q.   Maintenance and -- okay.  So let me focus

17   on safety and health for a bit.

18           What train -- what do you mean by safety

19   and health?  A number of these positions have

08:58  20   involved safety and health.  Could you generally

21   explain to us what you mean -- what was entailed

22   in your various safety and health

23   responsibilities?  You don't have to do it by

24   job, if you could just sort of overall explain

08:58  25   it.

PURSUANT TO CONFIDENTIALITY ORDER

```
 1        A.   No.

 2        Q.   Did I have that wrong?

 3        A.   My understanding it was approximately

 4   27,000.

 5        Q.   27.  I added a hundred to that.  27's

 6   quite a lot.  I don't know how I added a hundred.

 7   Oh, well, got you a raise.

 8             You're right.  27,000.

 9             Okay.  Can you sort of break down the

10   component parts of operation, the sections within

11   operations?  I know you've already talked about

12   the VoO.

13        A.   For this particular spill?

14        Q.   Yes.  For this part -- all my questions

15   now are going to be related to the -- your

16   response efforts for the Macondo oil spill.

17        A.   We had an offshore group which was

18   anywhere between 20 to 50 miles offshore.  We had

19   what we called a near-shore group, which was 20

20   miles and inland.  We had branch directors set up

21   for each state, Mississippi, Alabama, and

22   Florida, or the Florida Panhandle at the time.

23   And within those groups, we had branches that

24   were onshore and near-shore activities.

25             We had staging area was a group.  We had
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    one of those.  We had an overall staging area

2    manager, deputy ops chief, and he -- he or she

3    was responsible for the multiple staging areas we

4    had across the AOR.

10:23  5         I had an air boss or an air ops group

6    which consisted of a deputy chief who was

7    responsible for seeing that we had all the -- you

8    know, we did all the flights and the stuff, and

9    all the scheduling came through our -- our air

10:23 10   boss or our air ops folks.

11       Q.  Can I stop you there for a minute?  I'll

12   go back to where we were, but I'm trying to

13   understand.

14        So you're -- part of your group was the

10:23 15   air ops, and those are the planes that both --

16   well, let me ask you.

17        What -- what type of airplane work are

18   you referring to when you have the air ops work?

19       A.  The majority -- for the Mobile sector for

10:23 20   an operations, the air ops were mostly

21   observation helicopters.

22       Q.  Do you know where the airplanes that

23   sprayed dispersants, what group they were part

24   of?

10:23 25       A.  They were part of the Houma incident

PURSUANT TO CONFIDENTIALITY ORDER

1   command system.

2       Q.   Were they were part of your group --

3       A.   No.

4       Q.   -- or were they part of logistics?

10:24   5   A.   They were not.

6       Q.   Or another --

7       A.   I don't know what -- under the ICS

8   system, the air ops would have been part of the

9   operations group in Houma.

10:24   10   Q.   So they didn't come out of Mobile, out of

11  your section at all?

12      A.   Not the dispersant group, no, ma'am.

13      Q.   Okay.  I didn't realize.  Okay.  So

14  now -- I'm sorry -- you've gone through offshore

10:24   15  group, near-shore group, branch director for each

16  state and then the subparts of that, staging

17  area, an air ops group, which I understand to be

18  the observation planes?

19      A.   Yes.

10:24   20   Q.   Okay.  What other groups were there under

21  your operations umbrella?

22      A.   There was the VoOs.

23      Q.   Uh-huh.

24      A.   I'm sure there is some I'm forgetting.

10:25   25   Q.   Okay.  So where would -- would reporting

**PURSUANT TO CONFIDENTIALITY ORDER**

1    been rulings that you only get a witness once

2    from BP.  And so if you have information that

3    doesn't relate to VoO, I would like to get some

4    of that out now to the extent I'm prepared to do

10:37  5    that.

6         So I want to ask you a little bit about

7    in-situ burning and ask you if that was part of

8    operations, the decision to do in-situ burning,

9    and then asking for the -- the necessary tools to

10:37  10   do in-situ burning.  So was in-situ burning part

11   of the operations?

12        A.  It was not part of my operations.

13        Q.  Well, who made the decision on in-situ

14   burning?

10:38  15        A.  You'll have to -- the in-situ burning was

16   part of the home operations, and I had no part of

17   that, so I can't answer those questions.

18        Q.  I was curious because -- I'm sorry.

19        Okay.  I think you marked -- if you can

10:39  20   go to Tab 31, which was marked as Exhibit -- let

21   me take a look -- 120 in this deposition, VoO

22   120.  In September of 2010 -- well, you were no

23   longer in Mobile at this time --

24        A.  That's correct.

10:39  25        Q.  -- right?  So in September of 2010, you

PURSUANT TO CONFIDENTIALITY ORDER

```
 1   them.
 2        Q.   And these are the only two sections he
 3   sent you?  Do you recall?  Did he send you any
 4   others?
 5        A.   I don't -- I really don't remember
 6   because it was in the time frame that I had -- I
 7   was kind of spinning around, moving back and
 8   forth, and --
 9        Q.   Okay.
10        A.   -- and doing a lot of stuff, so --
11        Q.   Okay.  So no in-situ burning was done out
12   of Mobile?
13        A.   That's correct.
14        Q.   And no dispersant spraying was done out
15   of Mobile?
16        A.   That is correct.
17        Q.   Okay.  Where -- what information did you
18   use in making your decisions for operations
19   standpoint on what needs you have going forward
20   in the next day to week for purposes of needing
21   vessels, skimmers, booms?  What information would
22   you use?
23        A.   On a daily basis, we -- like I said
24   earlier, we would use the overflight information,
25   because we had somebody in the air constantly
```

The timestamps in the left margin read: 10:43 (line 5), 10:43 (line 10), 10:44 (line 15), 10:44 (line 20), 10:44 (line 25).

**PURSUANT TO CONFIDENTIALITY ORDER**