# EXHIBIT 14

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# National Incident Command
# DEEPWATER HORIZON RESPONSE

### 21 May 2010, 0630 EDT



Produced by the National Incident Command
21 MAY 2010
UNCLASSIFIED//FOR OFFICIAL USE ONLY

NRC038374

**National Incident Commander Daily Situation Update**
**0630 – 21 May 2010**
**Deepwater Horizon Spill Response**
(Updates in RED)



For Official Use Only

**National Incident Commander Objectives:**
1. Establish and manage a coordinated interagency response effort to effectively employ all resources required to mitigate current and long term environmental and economic impacts of the incident.
2. Engage and inform the public, stakeholders and the media, keeping them apprised of response activities and plans.
3. Engage across all levels of government to develop courses of action for issues that span multiple agencies and departments.

**Unified Area Command Objectives:**
1. Ensure the safety and welfare of citizens and response personnel.
2. Control the source of the spill.
3. Continue to contain, recover, and dispose of spilled material.
4. Continue to maximize use and availability of advanced source control and response technologies.
5. Continue to maximize the protection, assessment, and response to environmentally, sensitive areas and wildlife risk.
6. Ensure stakeholders, government officials, and the public are kept informed of source control and response actions.
7. Minimize social, political, economic, and environmental impacts.
8. Continue to optimize critical resource utilization and effectiveness from all agencies and organizations across all response areas.
9. Ensure sustainability by conducting strategic planning to address long-range planning concerns; including worst case scenarios, contingencies, resources, logistics, and potential gaps.

Prepared by
National Incident Command - DC

Page 1

NRC038375

**National Incident Commander Daily Situation Update**
**0630 – 21 May 2010**
**Deepwater Horizon Spill Response**
(Updates in RED)

## Highlights of the Last Operational Period:
- The Riser Insertion Tube Tool (RITT) remains inserted into riser. Recovery rate is estimated at 5,000 bbls/day. Flow Rate Technical Team (FRTT) will deliver a flow rate plan this weekend giving a more accurate discharge rate. Skimming operations continue; 6 in situ burn operations conducted; 0 gallons of surface dispersants applied; 14,360 gallons of sub-sea dispersants applied. The EPA is directing BP to identify and begin using a new dispersant.

## On Scene Weather:
- Winds: East 5-10knots; Seas: 2ft or less.

## Source Control:
- The oil leak at the riser kink, above the BOP/LMRP assembly has developed an additional crack from which oil is leaking. The new crack is parallel with, and a few inches from, the original kink leak. (Source: DH/MC-252 source control update Houston Unified Command Post)
- Barge MASSACHUSETTS transferring oil from the ENTERPRISE to a processing facility. (Minerals Mgmt Service/Unified Incident Command (UIC) Houston – Source Control)
- RITT-2 has been loaded on a vessel for deployment; ETA to site: Friday, 21 May. (UAC)
- RITT-3 being designed and construction is scheduled to start this week. (UAC/UIC Houston-Source Control)
- Top Hat remains on the seabed and standing by pending effectiveness of the RITT.
- Top Kill equipment being staged. Kill attempt scheduled for 23-25 MAY. (UAC/UIC Houston-Source Control)
- Drill Rig DDII: Drilling operations remain on schedule. Current drill depth is 253 ft below sea floor.
- Drill Rig DDIII: Drilling operations resumed 19 May, current drill depth is 3762 ft below sea floor. (BP/Minerals Management Service/UAC)
- As backup to Top Kill option, BP considering a 2nd BOP to be placed on top of present BOP.

## Clean-Up/Response Operations:
- The Environmental Protection Agency (EPA) issued a directive requiring BP to identify and use a less toxic and more effective dispersant from the list of EPA authorized dispersants. BP has 24 hours to identify a new dispersant and 72 hours to begin using the new dispersant.
- 6 successful In-situ burns were conducted over the past 24 hours.
- 14,360 gallons of sub-sea dispersants applied in the last operational period.
- 0 aircraft dispersant sorties completed on 20 May due to weather.
- Skimming operations completed in the last operational period with a total of 13,600 barrels of oily water mixture recovered.

|  | Past 24 hours | Total to Date |
|---|---|---|
| Oily water mixture recovered | 13,600 bbls | 212,925 bbls |
| Surface dispersants applied | 0 gal | 604,066 gals (verified by UAC) |
| Subsea dispersants applied | 14,360 gal | 573,222 gals (verified by UAC) |

## Surface Operations:
- Total vessels assigned: 1,085 (Ships, Tugs & OSRV)
- Department of Defense (DoD): 2 Vessel Skimming Systems being shipped from AK; ETA 22 May.
- Offshore Support Vessel (OSV), WES BORDELON remains loaded with 4,000 ft of boom in port of Venice, LA due to weather.

Prepared by
National Incident Command - DC

Page 2

NRC038376

- OSV JOHN COGHILL continues supporting boom deployment to protect Mobile Bay.
- OSV VANGARD underway conducting skimming operations in vicinity of leak site.

**Resource Summary:**
Total Response Personnel assigned: 25,668
Field Responders: 20,891
Total Boom assigned: 1,452,900 ft
Sorbent Boom assigned: 418,390 ft
Total Fixed Wing Aircraft assigned: 25
Total Helo Aircraft assigned: 31
Incident Commands Post (ICP): 4 (including ICP Houston – Source Control.)
Staging areas: 17

**Environmental Impacts:**
- NOAA's latest observations indicate that a small portion of the oil has reached the Loop Current in the form of light to very light sheens. The main bulk of the oil remains dozens of miles away from the Loop Current. Any oil in the current would reach the Florida Straits in 8-10 days. (UAC External Affairs Summary, 20 MAY)
- ICP Houma reports a confirmed Shoreline Impact at Marsh Island. Moderate oil and isolated patties were found over 2,200 meters of shoreline at 12% distribution.
- Confirmed sighting on Long Beach, MS; 1,000 tar balls collected, sample collected and awaiting summary.
- Tarballs on Bahia Honda State Park in Big Pine, FL; samples collected and awaiting summary.
- Six hard tarballs found on Tyndall Air Force Base (Panama City, FL), Samples collected and awaiting summary.
- Heavy and light oil sighted at South Pass, LA; ongoing investigation.
- One tarball found in Bay County, FL; sample collected and awaiting summary.
- 7 tarballs found in Escambia, FL; samples collected and awaiting summary.

**Wildlife Impacts:**
Past 24 Hours: 72          Total: 123
- No specific information provided. (Department of Agriculture (USDA): Animal and plant Health Inspection Service supporting wildlife activities in LA.)

**Marine Transportation System:**
- All shipping channels and ports remain open in the Gulf Coast Region.
- No vessels have required cleaning or de-contamination; teams are on standby if the need arises.

**Financial Update:** (From: NPFC Executive Summary Report 19 May 10)

| | |
|---|---|
| OSLTF Emergency Fund Remaining | $34,441,473.00 |
| Fed Project Ceiling | $85,000,000.00 |
| Obligated funds to Date | $60,581,167.03 |
| Fed project Ceiling Remaining | $24,418,832.97 |
| Estimated Daily Burn Rate | $2,019,372.23 |



National Incident Commander Daily Situation Update
0630 – 21 May 2010
**Deepwater Horizon Spill Response**
(Updates in RED)

**Claims Summary:** (From NPFC Claims Summary Report, 20 May 10)

|  | No of Claims | Dollars Dispersed | Claims Denied | Claims Closed |
|---|---|---|---|---|
| Texas | 401 | $149,200.00 | 0 |  |
| Louisiana | 10,133 | $12,204,681.84 | 0 |  |
| Mississippi | 2,441 | $3,021,248.00 | 0 |  |
| Alabama | 4,635 | $4,029,653.00 | 0 | 1 |
| Florida | 2,058 | $979,308.92 | 0 |  |
| Georgia | 263 | $25,000.00 | 0 |  |
| **Overall** | 20,537 | **$20,573,591.76** | **0** | **1** |

**Claims Notes:**
- There are currently 383 managers/adjusters working in the field as of 17 May 10.

**International Assistance:**
- Offers of Assistance channeled through the Department of State or offers from foreign governments direct to BP:
  1. DOS Accepted: 1 (IMO, attached is the IMO's circular that was sent out to wide distribution to its members)
  2. Commercially procured by BP: 2 (BP purchased equipment from Mexico and Norway)
  3. Offers under serious consideration and initial procurement processes begun: 3 (Canada, Algeria, and the Netherlands)
  4. Offers tabled for potential future use: 14

**Future Plans (Next 24-48 hours):**
1. Flow Rate Technical Team (FRTT) will deliver a flow rate plan this weekend giving a more accurate discharge rate.
2. Top Kill preparations.

**NIC Strategic Efforts:** Draft loop current strategic plan under review.

**Enclosures:**
1. JIC Daily Report
2. DHS Senior Leadership Briefing
3. UAC External Affairs Report
4. Oil Extent & Loop Summary

DATE: May 20, 2010 19:08:45 CST

# The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill
Prepared by the Joint Information Center
UPDATED May 20, 2010 7 PM

## PAST 24 HOURS

### Admiral Allen Will Stay On as National Incident Commander

Secretary Napolitano today announced that U.S. Coast Guard Admiral Thad Allen has agreed to remain in his current role as National Incident Commander for the administration's continued, coordinated response to the Deepwater BP Oil Spill after stepping down from his post as Coast Guard Commandant later this month as planned—enabling him to focus solely on managing the unprecedented response effort. As planned and previously announced, Admiral Robert J. Papp, Jr., will relieve Admiral Allen as Commandant later this month.

### Secretary Napolitano and Administrator Jackson Demand Transparency from BP

Secretary Napolitano and EPA Administrator Jackson sent a letter to BP CEO Tony Hayward stressing their expectation that BP to conduct all actions in a transparent manner, with all data and information related to the spill readily available to the U.S. government and the American people. The letter stated that BP must promptly provide to the United States Government and the public all data and information regarding the Deepwater Horizon oil spill and update it daily.

### EPA Begins Posting Results from Monitoring of BP's Subsea Dispersant Use

EPA last night began posting results from the ongoing monitoring of BP's use of underwater dispersants in the Gulf of Mexico at http://www.epa.gov/bpspill. EPA received this data from BP last night and posted it within hours. Dispersants are a chemical used to break up oil into small droplets so that they are more easily degraded.

This is part of EPA's continued commitment to make air, water, sediment and dispersant monitoring data available to the public as quickly as possible and to ensure the citizens of the Gulf region have access to all relevant public and environmental health information relating to the BP oil spill.

### Directive Issued Requiring BP to Identify and Use Less Toxic, More Effective Dispersant

EPA issued a directive requiring BP to identify and use a less toxic and more effective dispersant from the list of EPA authorized dispersants. Dispersants are a chemical used to break up oil into small droplets so that they are more easily degraded.

The directive requires BP to identify a less toxic alternative—to be used both on the surface and under the water at the source of the oil leak—within 24 hours and to begin using the less toxic dispersant within 72 hours of submitting the alternative. If BP is unable to identify available alternative dispersant products, BP must provide the Coast Guard and EPA with a detailed description of the alternative dispersants investigated, and the reason they believe those products did not meet the required standards. EPA's directive to BP can be found here.

**Economic Cost and Societal Impact Modeling Continues**

The Department of Energy's national laboratories are working with DHS' National Infrastructure Simulation and Analysis Center (NISAC), which is modeling the economic costs and societal impact of the oil spill on energy and other industries in the Gulf and along the coast to support the response efforts of the National Incident Commander and the Unified Area Command. NISAC is a modeling, simulation, and analysis center within DHS that leverages national expertise to address infrastructure protection.

**Riser Insertion Tube Tool Continues to Divert Leaking Oil**

BP's riser insertion tube tool continues to capture a varying rate of leaking oil, bringing it to the surface for storage and disposal.

**Progress Continues in Drilling Relief Wells**

The *Development Driller III*, continues to drill the first relief well at approximately 30 feet per hour. The *Development Driller II* is being prepared to receive the blowout preventer, following which it will begin drilling the second relief well.

**Natural Resource Conservation Service Continues to Build Response**

USDA's Natural Resources Conservation Service has deployed personnel and multiple vessels to assist the Louisiana Department of Fisheries and Wildlife in monitoring oil making landfall in Terrebonne Bay and Breton Sound areas in Louisiana, and continues to assist the Louisiana National Guard with technical engineering recommendations for stabilizing beach and headland areas where sand and earthen material is being placed to plug openings to prevent the oil from entering the wetlands.

**Individual and Small Business Support Services Coordination Team Begins Work**

An interagency team is developing and overseeing a unified approach for coordinating supportive services to individuals and small businesses impacted by the BP oil spill. In support of the National Incident Command, the Interagency Integrated Services Team is building a coordination plan based on the operational concept of "no wrong door" to ensure individuals, families, and small business can easily access the claims process, benefits, and other services.

This team will work closely among all levels of government to ensure that BP, as a responsible party, meets its obligations and that impacted individuals are made whole. Leadership from the interagency team briefed Governors from Gulf Coast states and identified next steps for a coordinated effort to ensure all claims are properly addressed.

As part of these efforts, a central resource for information on how to obtain assistance for dealing with the impacts of the current oil spill should visit www.disasterassistance.gov.

**Navy Ocean Survey Vessels Assist in Boom Deployment and Skimming**

Three Navy ocean survey vessels—the Wes Bordelon, the John Coghill and the Vanguard—continue to support boom deployment and skimming activities along the Gulf Coast.

**_By the Numbers to Date:_**

- Personnel were quickly deployed and more than 24,000 are currently responding to protect the shoreline and wildlife.

- More than 1,000 vessels are responding on site, including skimmers, tugs, barges, and recovery vessels to assist in containment and cleanup efforts—in addition to dozens of aircraft, remotely operated vehicles, and multiple mobile offshore drilling units.

- More than 1.43 million feet of containment boom and 560,000 feet of sorbent boom have been deployed to contain the spill—and approximately 370,000 feet of containment boom and 1.28 million feet of sorbent boom are available.

- Approximately 8.3 million gallons of an oil-water mix have been recovered.

- Approximately 655,000 gallons of total dispersant have been deployed—600,000 on the surface and 55,000 subsea. More than 340,000 gallons are available.

- 17 staging areas are in place and ready to protect sensitive shorelines, including: Dauphin Island, Ala., Orange Beach, Ala., Theodore, Ala., Panama City, Fla., Pensacola, Fla., Port St. Joe, Fla., St. Marks, Fla., Amelia, La., Cocodrie, La., Grand Isle, La., Shell Beach, La., Slidell, La., St. Mary, La.; Venice, La., Biloxi, Miss., Pascagoula, Miss., and Pass Christian, Miss.

**_Resources:_**

- For information about the response effort, visit www.deepwaterhorizonresponse.com.
- For specific information about the federal-wide response, visit http://www.whitehouse.gov/deepwater-bp-oil-spill.
- To contact the Deepwater Horizon Joint Information Center, call (985) 902-5231.
- To volunteer, or to report oiled shoreline, call (866) 448-5816. Volunteer opportunities can also be found here.
- To submit your vessel as a vessel of opportunity skimming system, or to submit alternative response technology, services, or products, call 281-366-5511.
- To report oiled wildlife, call (866) 557-1401. Messages will be checked hourly.
- For information about validated environmental air and water sampling results, visit www.epa.gov/bpspill.
- For National Park Service updates about potential park closures, resources at risk, and NPS actions to protect vital park space and wildlife, visit http://www.nps.gov/aboutus/oil-spill-response.htm.
- For daily updates on fishing closures, visit http://sero.nmfs.noaa.gov.
- To file a claim, or report spill-related damage, call BP's helpline at (800) 440-0858. A BP fact sheet with additional information is available here. For those who have already pursued the BP claims process and are not satisfied with BP's resolution, can call the Coast Guard at (800) 280-7118. More information about what types of damages are eligible for compensation under the Oil Pollution Act as well as guidance on procedures to seek that compensation can be found here.

# DHS Senior Leadership Brief:
# DEEPWATER HORIZON RESPONSE
# Gulf of Mexico
## 0400 EDT 21 May 2010

Updates in bold blue

### Secretary of Homeland Security Priorities
- Ensure Responsible Party (RP) is doing everything it can to stop the oil leak.
- Ensure all capabilities (government, private, and commercial) and resources are being leveraged to protect the environment and facilitate a rapid, robust cleanup effort.
- Ensure every effort is being made to include and inform the local communities in support of response operations.

### Current Situation
- **Oil Stoppage**
    - **Riser Insertion Tube Tool (RITT)**
        - RITT remains inserted into riser. (USCG)
            - Drill Rig ENTERPRISE continuing recovery of an oil and gas mixture with no water; recovery rate is estimated at up to 5,000 barrels of oil and 15 million cubic ft of gas per day. (NIC)
            - Barge MASSACHUSETTS transferring oil from the ENTERPRISE to a processing facility. (USCG)
        - RITT-2 being loaded on a vessel for deployment; ETA to spill site 21 May. (USCG)
        - RITT-3 being designed; construction to start this week. (UAC)
    - **Top Hat Containment System**
        - Top Hat remains on the seabed; standing-by. (USCG)
    - **Top Kill**
        - Top Kill equipment staged; attempt scheduled for 23-25 May. (USCG)
    - **Relief Well**
        - Drill Rig DDIII has drilled to a depth of 3,762 ft below sea floor. (USCG)
        - Drill Rig DDII drill depth remains 253 ft below sea floor. (USCG)
    - **Blow Out Preventer (BOP)**
        - Additional crack near the riser kink, above the BOP assembly, has developed and is leaking oil. (USCG)
        - As a backup to the Top Kill option BP is considering a second BOP to be placed on top of the present BOP. (NRT)

- **Oil Landfall**
  - Department of Agriculture's Natural Resources Conservation Service (NRCS) personnel assisting the Louisiana Department of Fisheries and Wildlife in monitoring oil in Terrebonne Bay and Breton Sound. (USDA)

- **Shipping Channels/Ports**
  - All shipping channels and ports remain open in the Gulf Coast Region. (USCG)
    - No vessels have required cleaning or decontamination.

- **Operations**
  - Oily water mixture recovered to date: 199,325 barrels. (USCG)
  - Booming and skimming operations continue, weather permitting. (USCG)

- **Dispersants**
  - The Environmental Protection Agency (EPA) issued a directive requiring BP to identify and use a less toxic and more effective dispersant from the list of EPA authorized dispersants.
    - BP has 24-hours to identify a new dispersant and 72-hours to begin using the new dispersant.
  - 10 aerial dispersant flights scheduled for 20 May; 6 cancelled due to adverse sea conditions; 4 pending but expected to be cancelled. (DoD)
  - Subsea dispersant injection resumed 19 May. (USCG)

- **Assets on Scene**:
  - Personnel: 24,759 (USCG/NIC)
  - Boom deployed: 1,997,620 ft (1,436,500 ft regular/561,120 ft sorbent) (USCG)
  - Dispersants deployed to date: 660,928 gallons (604,066 gallons surface/56,862 gallons subsea) (USCG)
  - Total vessels assigned: 1,120* (USCG)
  - Fixed-wing aircraft: 17* (USCG/NIC)
  - Helicopters: 37* (USCG/NIC)
  
  *Number does not include staged or ordered assets.

**Federal Agencies/Departments**

- **U.S. Coast Guard (USCG)**
  - The Maritime Administration (MARAD) received a report from the Louisiana Offshore Oil Port (LOOP) that a vessel supplying LOOP reported subsurface oil plumes from the DEEPWATER HORIZON have penetrated LOOP's security zone. (USCG)
    - Vessel operator concerned about delivering oil to the LOOP.
    - No vessel has refused to call on the LOOP and the LOOP is fully operational. (UAC)
  - Unconfirmed reports of oil and tar balls at the following locations: East Dauphin Island, AL; Little Lagoon, AL; Panama City Beach, FL; Rest Beach, Key West, FL; Biscayne National Park, FL on the Atlantic Ocean side near Miami; Grand Isle, LA; Biloxi, MS; East Ship Island, MS; Long Beach, MS; Pascagoula, MS; and West Ship

UNCLASSIFIED//FOR OFFICIAL USE ONLY

  Island, MS; Bahia State Park in Big Pine, FL; Tyndall Air Force Base, FL; Marsh Island, LA; samples awaiting summary.
  - Heavy and light oil sighted at South Pass, LA; investigation ongoing.
  - Shoreline Cleanup and Assessment Teams (SCAT) are sampling oil and tar balls; clean up action being taken by BPs oil spill recovery organization.

- **Customs and Border Protection (CBP)**
  - 2 Office of Air and Marine aircraft providing advisory information to spotter and tanker aircraft conducting spray operations; 208 mission-hours to date.

- **Federal Emergency Management Agency (FEMA)**
  - Region IV at Level IV operations (Steady-State).
  - Has not received any requests for Federal assistance.

- **Interagency Remote Sensing Coordination Cell (IRSCC)**
  - Conducting a feasibility study to employ the Geospatial Information Interoperability Exploitation Portable (GIIEP) on a NOAA vessel.

- **Department of Agriculture (USDA)**
  - NRCS assisting Louisiana National Guard with technical engineering recommendations for stabilizing beach and headland areas where sand and earthen material is being placed to plug openings to prevent the oil from entering the wetlands.

- **Department of Defense (DoD)**
  - U.S. NAVY is providing skimming and salvage assistance.
  - U.S. Army Corps of Engineers working with NIC Interagency Solutions Workgroup on oil spill flow rate.

- **Environmental Protection Agency (EPA)**
  - Continue monitoring and sampling of air, water and sediment.

- **Health and Human Services (HHS)**
  - FDA continue coordinating the logistics and preparing 3 FDA field laboratories to implement the NOAA testing methods for future analysis of chemicals in seafood samples as part of reopening criteria.

- **Department of the Interior (DOI)**
  - MMS reports that BP is exploring a new supplier for dispersants due to a forthcoming shortage from the current manufacturer.
    - EPA will conduct tests on the new dispersants to determine if they are suitable for subsea use; already approved to aerial delivery.

- **National Oceanic and Atmospheric Administration (NOAA)**
  - Weather forecast:
    - Thursday, 20 May: South-southeast winds 10 knots; seas 2 ft or less.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

- Friday, 21 May: South-southeast winds 5-10 knots; seas 2 ft or less.
- Saturday 22 May: South-southeast winds 5-10 knots; seas 2 ft or less.
- Sunday 23 May: South-southeast winds 5 knots; seas 2 ft or less.

## Critical Infrastructure Key Resources (CIKR)
- National Infrastructure Coordinating Center (NICC)
  - Fishery area closures have been expanded to approximately 19 percent of the Gulf of Mexico exclusive economic zone.
    - The 19 May Homeland Infrastructure Threat and Risk Analysis Center (HITRAC) assessment expects significant expansion in the near future.

## State and Local Agencies
- Louisiana, Mississippi, Alabama, Texas, and Florida communicating daily with DHS.

## National Operations Center
- Current Posture: Phase 2 – Concern; Crisis Action Team activated.
- The next SLB is scheduled for 0600 EDT 21 May.

FOR INTERNAL USE ONLY
**UNIFIED AREA COMMAND EXTERNAL AFFAIRS SUMMARY**
**FRIDAY, MAY 21**

---

### SUBSEA DISPERSANT MONITORING

- Last night, the EPA began posting results from the ongoing monitoring of BP's use of underwater dispersants in the Gulf of Mexico at http://www.epa.gov/bpspill/dispersants to ensure the public has access to this data.

- Dispersants are a chemical used to break up oil into small droplets so that they are more easily degraded and are generally less toxic than the oils they break down.

- We are committed to making air, water, sediment and dispersant monitoring data available to the public as quickly as possible and to ensure the citizens of the Gulf region have access to all relevant public and environmental health information relating to the BP spill.

- While no significant effects on aquatic life have been identified, EPA today also directed BP to begin using a less toxic and more effective dispersant. Given the unprecedented use, EPA wants to ensure BP is using the least toxic approved product.

- We will continue to closely scrutinize the monitoring results and reserve the right to stop the use of subsea dispersants if the science indicates that this method has negative impacts on the environment that outweighs its benefits.

- On May 15, EPA and the U.S. Coast Guard authorized BP to use dispersants underwater at the source of the Deepwater Horizon leak. As the dispersant is used underwater, BP is required to do constant, scientifically rigorous monitoring so EPA scientists may determine the dispersants' effectiveness and impact on the environment, water and air quality, and human health.

### FLOW RATE

- The National Incident Command has established a Flow Rate Technical Group (FRTG)—designed to support the response and inform the public by providing scientifically validated information about the amount of oil flowing from BP's leaking oil well while ensuring the vital efforts to cap the leak are not impeded.

- With the source being 5,000 feet under the ocean's surface, this has been extremely difficult. But scientists and engineers are currently using the best, most advanced technology that exists to try to stop the flow of oil as quickly as possible.

- The new estimation by BP of 5,000 barrels per day of oil being collected by the riser insertion tube provides us better information on the rate of the leak and will inform our efforts.

- Our mobilization and response efforts have always been geared toward the possibility of a catastrophic event. We have not been constrained in our resources or our tactics by flow estimates.

- That said, we have understood from the beginning the long-term value of determining an oil flow rate—because it has value in the continued response and long-term recovery and will also play an important role in the final investigation of the failure of the blowout preventer and the resulting spill.

- The FRTG—co-chaired by MMS National Outer Continental Shelf Oil Spill Program Coordinator David Moore and Department of the Interior Office of Environmental Policy and Compliance Environmental Protection Specialist Catherine Cesnik—will draw on the experience of the best experts from the federal government, as well as academia to determine oil flow rates from the spill.

- This will be achieved by obtaining a wide variety of data available on the reservoir, wellbore, blowout preventer, subsea flowing pressures, leak points, discharge plums and surface discharge observations, and others, as well as video review; then using that data to identify and run state-of-the-art models to calculate flow rates and compare results.

- Within the Group are two teams—a Peer Review Team and a Modeling Team. The Modeling Team will collect and analyze data, and run state-of-the-art models. The Peer Review Team will conduct an independent review of all reports and findings of the modeling team under a contract with an independent organization.

- The FRTG will include representatives from the U.S. Coast Guard, Minerals Management Service, Department of Energy, NOAA and the U.S. Geologic Survey, as well as members from academia.

## LOOP CURRENT

- Both the location of the Loop Current and location of the oil from the Deepwater Horizon/BP oil spill are dynamic—they move around from day to day.

- NOAA's latest observations indicate that a small portion of the oil has reached the Loop Current in the form of light to very light sheens. The main bulk of the oil remains dozens of miles away from the Loop Current

- In the time it would take for oil to travel to the vicinity of the Florida Straits, any oil would be highly weathered and both the natural process of evaporation and the

NRC038387

- application of chemical dispersants would reduce the oil volume significantly. However, the oil may get caught in a clockwise eddy in the middle of the gulf, and not be carried to the Florida Straits at all.

- Oil entrained in the Loop Current would require persistent onshore winds or an eddy on the edge of the Loop Current for it to reach the Florida shoreline. If this were to occur, the weathered and diluted oil would likely appear in isolated locations in the form of tar balls. The Coast Guard has confirmed that the tar balls collected yesterday in the Florida Keys did not originate with the BP oil spill.

- NOAA tracks the location of the surface oil daily through analysis of satellite imagery, observer over flights with helicopters and air planes, as well as advanced sensing technology on aircraft.

- We also continue to assess the contingency plans in potentially impacted areas, and we are working with our state and local partners, as well as BP, as the responsible party, to pre-stage boom and other resources as we have been from the beginning of this response.

## OPERATIONAL UPDATE ON EFFORTS TO CONTAIN THE FLOW AND PROTECT THE SHORELINE

- BP continues to use the Riser Insertion Tube to contain some of the oil leaking from the source. BP has gradually increased the flow of oil and now estimates to be capturing approximately 5,000 barrels of oil and more than 14 million cubic feet of gas per day.

- This week, favorable weather conditions have allowed responders to conduct a successful controlled burn operation for the third consecutive day.

- Favorable weather has also contributed to improved success with skimming. To date, more than 8.37 million gallons of oily water have been recovered, and recent efforts have resulted in higher concentrations of oil.

- BP is also mobilizing equipment to conduct a top kill—which involves pumping heavy drilling mud into the BOP to seal the leak. BP anticipates that this option would be available on Sunday at the earliest or at the beginning of next week.

- BP continues to use dispersants underwater at the source of the leak to attempt to break down the oil and prevent it from reaching the surface or the U.S. shoreline. On Thursday, approximately [X] gallons of subsea dispersants were applied at the source of the leak. To date, approximately [X] gallons of subsea dispersants have been applied.

## THURSDAY, MAY 20 STATISTICS
Total response vessels: [X]

NRC038388

Containment boom deployed: [X]
Containment boom available: [X]
Sorbent boom deployed: [X]
Sorbent boom available: [X]
Total boom deployed: [X]
Total boom available: [X]
Oily water recovered: [X]
Surface dispersant used: [X]
Subsea dispersant used: [X]
Total dispersant used: [X]
Dispersant available: [X]
Overall personnel responding: [X]


**FRIDAY, MAY 21 (all times CST)**

| | |
|---|---|
| 0815 | Governor's Teleconference – RADM Landry and RADM Neffenger |
| 0900 | Teleconference with SMEs from NOAA, FWS and NPS |
| 1000 | Local Officials from Levy, Citrus, Sarasota, and Pinellas Counties visit to St. Petersburg ICP |
| 1400 | UAC press conference with RADM Landry |
| 1400 | Dr. Lutz Gorgens, Counsel General to German Ambassador, tour of Mobile ICP |
| 1400 | Congressman Bonner (AL) meeting with BP regarding claims process |
| 1400 | Congresswoman Debbie Wasserman Shultz call with St. Petersburg IC Captain Close and RADM Landry |
| 1400 | Local Officials Teleconference – CAPT Hanzalik |
| 1400 | Congressional Teleconference |
| TBD | Florida State Representatives Rick Kriseman and Keith Fitzgerald visit/tour of Mobile ICP (possible overflight) |


**METRICS**

- More than [X] followers on the Deepwater Horizon Response Facebook page.
- Twitter has more than [X] followers.
- The www.deepwaterhorizonresponse.com site has more than [X] million hits since it was initiated.
- Conducted first live blogging session during UAC press conference on coveritlive.com.
- Top Topics via website:
    - Volunteering
    - Jobs
    - Wildlife
    - [X] media queries, [X] media advisory, [X] press releases, and [X] multi media releases today.

## THURSDAY, MAY 20 EVENTS
**Open press events**
- Teleconference call with NOAA Administrator Jane Luchenco to discuss the BP oil spill's trajectory in relation to the Loop Current

**Engagement with Government Officials**
- Governors Teleconference
    - John Gray, Director of Legislative Affairs, NOAA reported on observations and trajectories.
    - RADM Peter Neffenger, NIC gave a situation and leak stabilization update
    - RADM Mary Landry, UAC reported on successful skimming operations and clean-up efforts
    - EPA Dep Admin Bob Perciasepe reported that EPA is currently reviewing the data collected from the subsurface dispersants
    - Eileen Sobeck, FWS, reported on wildlife relief teams
    - Dave Westerholm, NOAA reported on marine wildlife impacts and fisheries closures
    - Tracey Wareing, Lead, Federal Integrated Services Team, reported on the Establishment of Federal Integrated Services Team to develop a social services and small business assistance coordination plan
    - Paul Dioguardi, HHS Director of Intergovernmental Affairs reported on HHS' notification to the World Health Organization of a potential public health emergency of international concern
- Gov. Jindal took an overflight and conducted a press conference in Grand Isle.
- ADM Allen, Deputy Secretary Jane Holl Lute (DHS), Deputy Secretary Hayes (DOI) took overflight and toured operations at Mobile and Houma ICPs
- Mobile IC met with Mayor of Dauphin Island and John Gofarth of Claims. D
- Local Officials from Charlotte, Hillsborough, Lee and Sarasota Counties visit to St. Petersburg ICP
- Congressional Teleconference
    - Questions from Rep. Bill Cassidy (LA) and the offices of Sen. Roger Wicker (MS); Reps. Adam Putnam (FL); Jack Kingston (GA); Barbara Boxer (CA); Transportation and Infrastructure Committee

## FUTURE EVENTS AND ISSUES (all times CST)

**Saturday, May 22**
1000      Houma Town Hall meeting hosted by Congressman Melancon. CAPT Stanton and BP representative to attend.
TBD       Overflight with Congressman Melancon and CAPT Stanton.
1100      Brigadier General Charles Gails 31st Chemical Brigade Commander and COL David Brown Deputy Brigade Commander with Command Sergeants

|     |     |
| --- | --- |
|     | Major McKinley and COL David Brown, AL National Guard visit to Mobile ICP. |
| TBD | Suncoast League of Cities Luncheon with Rep. Kathy Castor/CAPT Close |

**Monday, May 24**
| | |
|---|---|
| 0900 | Vietnamese community town hall meeting hosted by Rep. Cao; CDR Dittman and BP rep to attend. |
| TBD | Secretary Salazar (DOI), Secretary Napolitano (DHS), Senator Durbin, Senator Menendez, Senator Whitehouse, Senator Bingaman, and Senator Landrieu overflight and visit Venice. |

**Wednesday, May 26**
| | |
|---|---|
| 0900 | House Natural Resources Committee Hearing – "Outer Continental Shelf Oil and Gas Strategy and Implications"; Invited Witnesses: USCG, DOI |

**Wednesday, June 10**
| | |
|---|---|
| TBD | Senate Homeland Security Subcommittee on State, Local, and Private Sector Preparedness and Integration |

**June**
| | |
|---|---|
| TBD | House Natural Resources Staff |

Oil Extent & Loop Current Graphic
Gulf of Mexico

NOAA Gulf Current Data 19 May 2010

NRC0383092