# EXHIBIT 15-B

# IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Mississippi Canyon 252 | Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) |

Approved by:

FOSC: _J. Sou Paradis_

BP Incident Commander: _[signature]_

Transocean IC: _____



# Incident Action Plan



| Prepared By: | Bradbury, Cody | Prepared Date/Time: | 4/24/2010 20:06 |
|---|---|---|---|
| IAP Cover Sheet | | Printed: 4/24/2010 20:07 | © 1997-2010 dbSoft, Inc. |

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Rodrigue, Chad | at 4/24/2010 17:09 |
|---|---|---|---|---|
| Period: | Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) | Version Name: | Period 5 Objectives- Combined IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **Ensure the Safety of Citizens and Response Personnel** | | |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop secondary options for well control | Houston Source Control | In Progress |
| • 2b.1- Drill shallow relief well | Houston Source Control | In Progress |
| • 2b.2- Drill deep relief well | Houston Source Control | In Progress |
| • 2b.3- Develop intervention strategies | Houston Source Control | In Progress |
| • 2c. Establish integrity of infrastructure in the area | Houston Source Control | In Progress |
| • 2d. Address subsurface oil release points as appropriate | Houston Source Control | In Progress |
| **3. Contain and Recover Spilled Material** | | |
| • 3a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 3b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 3c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Recover and Rehabilitate Injured Wildlife** | | |
| **6. Keep Stakeholders and Public Informed of Response Activities** | | |
| • 6a. Establish unified command and oil spill response organization in potentially affected Sector | Houston Source Control | In Progress |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

### Approved By

:  _____

| ICS 202 - General Response Objectives | Printed: 4/24/2010 18:37 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

14/137

HCG154-000205

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Bradbury, Cody | at 4/25/2010 00:02 |
|---|---|---|
| Period: Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) | Branch: Air Operations Branch | |
| | Division/Group/Staging: Air Operations Branch | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | O'Donnell, Bill | BP | 281-435-8581 |
| Air Ops Branch Director | Benson, Ben | Obriens | 985-960-2561 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Air Operations Branch* | | | | | |
| 11214 | Aircraft: Helo | EC 135 Spotter - 5 Passenger | 1 each | | Stand By |
| 11766 | Aircraft: Helo | S76 12 Passenger | 1 each | | Assigned |
| 11778 | Aircraft: Helo | S92 18 Passenger | 1 each | | Assigned |

### Assignments

Continue to conduct overflights and communicate data back to Houma TRT and Houston IMT.

### Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC):                                              (OSC):

| ICS 204 - Assignment List | Printed: 4/25/2010 00:20 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

21/137

# ICS 204 - Assignment List

| | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Davis, Zach | at 4/25/2010 00:09 |
| Period: Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) | Branch: Offshore Branch | |
| | Division/Group/Staging: Aerial Tactical Support Group | |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Offshore Branch | Dubach, Josh | Obriens | 281-330-9930 |
| Supervisor - Aerial Tactical Suppor | | | |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Aerial Tactical Support Group* | | | | | |
| 10836 | Aircraft: Helo | S76 12 Passenger (for USCG) | 1 each | | Assigned |
| 11836 | Aircraft: Helo | S76 12 Passenger (Skimming) | 1 each | | Assigned |
| 11773 | Aircraft: Helo | S76 12 Passenger (Surveillance) | 1 each | | Assigned |

## Assignments

Provide surveillance for tactical skimming operations and night time overflight on approval.
Make regular reports to the command post.
Follow FAA guidelines in regards to the TFR.

Reviewed By Signatures - (PSC):   (OSC):

ICS 204 - Assignment List   Printed: 4/25/2010 00:21   Page 1 of 1   © 1997-2010 dbSoft, Inc.

24/137

# ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Bradbury, Cody | at 4/24/2010 18:36 |
|---|---|---|
| Period: Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) | Branch: Offshore Branch | |
| | Division/Group/Staging: Task Force - NRC | |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Offshore Branch | Dubach, Josh | Obriens | 281-330-9930 |
| Supervisor - Task Force - NRC | Noel, Mike | NRC-Energy | 713-824-3991 |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| Task Force - NRC | | | | | |
| 11820 | Equipment: PPE | Crew PPE | 5 each | | Stand By |
| 11814 | Equipment: PPE | Crew PPE - Admiral | 3 each | | Stand By |
| 11802 | Miscellaneous | Stress Release for crew | 6 each | | Stand By |
| 11023 | OSRB | NRC Defender | 1 each | 18000 barrel( | Stand By |
| 10884 | OSRV | NRC Admiral | 1 each | | Stand By |
| 10854 | OSRV | NRC Energy | 1 each | | Stand By |
| 11030 | Vessel - Work Boat | Work Boat | 1 each | 21 feet | Stand By |

## Assignments

Contain and Recover spill material in "U" boom configuration.
Lead vessel will direct TF and report in to LA Responder as weather permits
Direction will be given to skimmers via aerial support.

## Special Instructions for Division / Group

All personnel are to follow guidelines set forth in the site safety plan.
Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

## Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.

## Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

Reviewed By Signatures - (PSC):   (OSC):

| ICS 204 - Assignment List | Printed: 4/25/2010 00:21 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

25/137

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Bradbury, Cody | at 4/24/2010 20:43 |
|---|---|---|
| Period: Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) | Branch: Offshore Branch | |
| | Division/Group/Staging: Task Force - MSRC 1 | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Offshore Branch | Dubach, Josh | Obriens | 281-330-9930 |
| On Water Recovery Group Supervi | Smith, Steve | MSRC | 832-283-4112 |
| Supervisor - Task Force - MSRC 1 | Howland, Ken | MSRC | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| Task Force - MSRC 1 | | | | | |
| 11061 | OSRV | Lousiana Responder (OSRV) | 1 each | 210 feet | Stand By |
| 11051 | OSRV | Mississippi Responder (OSRV) | 1 each | 210 feet | Stand By |
| 11853 | Vessel | Brody Paul | 1 each | | Enroute/Sourced |
| 11408 | Vessel - Supply Boat | Robin T | 1 each | 110 feet | Stand By |
| 11402 | Vessel - Supply Boat | Seafox | 1 each | 105 feet | Stand By |

### Assignments

Contain and Recover spill material in "U" boom configuration. Lead vessel will direct TF and report in to LA Responder. As weather permits
Direction will be given to skimmers via aerial support.

### Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/25/2010 00:22 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

26/137

# ICS 204 - Assignment List

**Incident:** Mississippi Canyon 252  
**Prepared By:** Bradbury, Cody at 4/24/2010 20:44  
**Period:** Period 5 (4/25/2010 06:00 - 4/26/2010 06:00)  
**Branch:** Offshore Branch  
**Division/Group/Staging:** Task Force - MSRC 2

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Offshore Branch | Dubach, Josh | Obriens | 281-330-9930 |
| On Water Recovery Group Supervi | Smith, Steve | MSRC | |
| Supervisor - Task Force - MSRC 2 | Brittenham, James | MSRC | |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| **Task Force - MSRC 2** | | | | | |
| 11065 | OSRV | Gulf Coast Responder (OSRV) | 1 each | 210 feet | Stand By |
| 11036 | OSRV | Texas Responder (OSRV) | 1 each | 210 feet | Stand By |

## Assignments

Contain and Recover spill material in "U" boom configuration. Lead vessel will direct TF and report in to LA Responder. As weather permits
Direction will be given to skimmers via aerial support.

## Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

## Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.

## Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

Reviewed By Signatures - (PSC): (OSC):

ICS 204 - Assignment List   Printed: 4/25/2010 00:22   Page 1 of 1   © 1997-2010 dbSoft, Inc.

27/137

HCG154-000218

# ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Hentrich, Dave    at 4/25/2010 00:07 |
| Period: Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) | Branch: Offshore Branch |
| | Division/Group/Staging: Dispersant Group |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Offshore Branch | Benson, Nick | Obriens | 281-467-9808 |
| Supervisor - Dispersant Group | Camlin, Theo | MSRC | 713-309-5758 |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| **Dispersant Group** | | | | | |
| 10890 | Aircraft: Fixed Wing | Aero Commander Spotter (2 Pass) | 1 each | | Assigned |
| | Dispersant | | 10915 gallon( | | Enroute/Sourced |
| | Dispersant | | 118258 gallor | | Stand By |
| 10878 | Dispersant: AppSystem | BT67 | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 11354 | Dispersant: AppSystem | DC-3 | 1 each | | Stand By |
| 11378 | Dispersant: AppSystem | DC-3 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10872 | Dispersant: AppSystem | King Air - Spotter | 1 each | | Stand By |

## Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

## Special Instructions for Division / Group

Vessel clearance from spray targets prior to deployment.

Dispersant aircraft to follow FAA procedures.

## Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.

## Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Dispersant Operations issues and considerations. Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC):                                                  (OSC):

| | | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/25/2010 00:23 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

30/137

HCG154-000221