# EXHIBIT 15-C

## IAP Cover Sheet

| | |
|---|---|
| Incident Name: Mississippi Canyon 252 | Operational Period to be covered by IAP: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) |

Approved by:

FOSC: _(signature)_

SOSC: _(signature)_

RPIC: _(signature)_

# Incident Action Plan





| Prepared By: Pallavicini, Sergio | Prepared Date/Time: 5/3/2010 18:10 | |
|---|---|---|
| Page 1 of 41 — IAP Cover Sheet | Printed: 5/3/2010 18:18 | © 1997-2010 dbSoft, Inc. |

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio at 5/3/2010 23:31 |
|---|---|---|---|
| Period: | Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Version Name: | Period 14 Objectives- Combined IMT |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1d. Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| **3. Manage a Coordinated Response Effort** | | |
| • 3a. Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • 3b. Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Contain and Recover Spilled Material** | | |
| • 5a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 5b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 5c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 5d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **6. Track Locations of Spill, Vessels, and Facilities** | | |
| **7. Recover and Rehabilitate Injured Wildlife** | | |
| **8. Remove Oil from Impacted Areas** | | |
| • 8a. Establish vessel cleaning stations | Operations | In Progress |
| **9. Minimize & Track Economic Impacts** | | |
| • 9a. Provide economic impact analysis (Robert/Houston) | MTSRU | In Progress |
| • 9b. Keep the ports open | MTSRU | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/4/2010 03:09 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio   at 5/3/2010 23:31 |
| Period: | Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Version Name: | Period 14 Objectives- Combined IMT |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 10. Keep Stakeholders and Public Informed of Response Activities | | |
| • 10a. Establish UC and oil spill response organization in potentially affected Sectors | Houston Source Control | In Progress |
| • 10b. Active engagement with State and Local Agencies and Communities | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety: Review and implement individual site safety plans as tactical operations resume.
2. Monitor, maintain, and report status of existing boom as weather allows. Further refine tactical plan for forward boom deployment. (deflection and absorption).
3. Prepare all offshore response for deployment of boom and commencement of skimming.
4. Continue to execute shoreline activities as required and safe to do so.
5. Maintain existing response momentum, and expanding state participation. (SCAT)
6. Outreach to communities - get resources to and coordinate with the LA parishes.
7. Resolve supply chain issues
8. Assess, repair, and reposition all moved or damaged previously deployed boom imparted by storm. Prioritize sensitive areas defined in ACP or specfically targeted by state and parishes.

Houston Source Control Priorities

Containment
 - Drill Pipe Overshot
Top Kill -
 - P/T Sensor from lower BOP
 - Yellow POD Prep.
Source
 - Oil Sampling at BOP
Misc.
 - Transponder Beacon Relocation
 - Survey for Hot Tap
 - Temperature Survey @ Riser & Trench Plume
 - TracerCO
Dispersant
 - Sonar Test of Trench Plume
 - Subsea dispersant injection
 - Transfer to ensure 13k gallons
Relief Well
 - DD3 drilling well

1. Continue to work towards Closure of BOP
 - Retrieve Pod from BOP
 - Prep for taking Pressures off of BOP Stack
 - Pressure up Lower Annular
2. Install Valve on End of Drill Pipe
3. Continue Injection of Subsea Dispersant, including Overflight to Ascertain Impact.
 - Hot Tap in Riser
4. Long-term containment (dome) - Continue to work Procedures, Materials, Equipment.
5. Continue to Drill Relief Well
6. Sampling - Ongoing
7. Survey - Temperature/Riser

### Approved By

:  _____

| ICS 202 - General Response Objectives | Printed:  5/4/2010 03:09 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List | | | | | |
|---|---|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: Planning | | at 5/3/2010 19:00 | |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | | Branch: Sector New Orleans | | | |
| | | Division/Group/Staging: Command & Control Task Force | | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Command & Control Task Force* | | | | | |
| 17190 | Vessel - Anchor Handling Boat | Vessel to aid Command & Control | 1 each | | Enroute/Sourced |

#### Assignments

Assist with coordination of air and vessel assets working in the offshore environment (Source Control, Skimming, Dispersant, In-situ Burn operations).

Upon arrival, transition command and control from Louisiana Responder

Reviewed By Signatures - (PSC):     (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 19:06 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001592

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command    at  5/3/2010 04:06 |
| Period: Period 14  (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Task Force - NRC |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Sector New Orleans | | | |
| Supervisor - Task Force - NRC | | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Task Force - NRC* | | | | | |
| | Boom | | 6100 feet | | Assigned |
| 11541 | Manpower: Operator | Crew - Admiral | 15 each | | Assigned |
| 11529 | Manpower: Operator | Crew - Defender | 8 each | | Assigned |
| 11547 | Manpower: Operator | Crew - Energy | 10 each | | Assigned |
| 11535 | Manpower: Operator | Crew - Lana Rose | 11 each | | Assigned |
| 11023 | OSRB | M/V Defender (OSRB) | 1 each | 18000 barrel( | Assigned |
| 10884 | OSRV | M/V Admiral (OSRV) | 1 each | | Assigned |
| 10854 | OSRV | M/V Energy (OSRV) | 1 each | | Assigned |
| 11294 | OSRV | M/V Lana Rose (OSRV) | 1 each | 100 barrel(s) | Assigned |
| 17112 | OSRV | M/V NRC Liberty | 1 each | | Enroute/Sourced |
| 11450 | Skimmer | Marco Skimmer | 1 each | | Assigned |
| 11456 | Skimmer | Marco Skimmer | 1 each | | Assigned |
| 11565 | Skimmer | Marco Skimmer | 1 each | | Assigned |
| 11462 | Skimmer | Sea Skimmer 50 | 1 each | | Assigned |
| 11559 | Tug | Helena Marie OSV (Defender Sup | 1 each | | Assigned |
| 11553 | Vessel | Tesla 1 - OSV (Defender Support) | 1 each | | Assigned |
| 19778 | Vessel - Anchor Handling Boat | M/V PIONEER (AHTS) | 1 each | 207 feet | At Staging |

### Assignments

Contain and Recover spill material in "U" boom configuration.
TF Leader report to On Water Recovery Group Supervisor. as weather permits
Direction will be given to skimmers via aerial support.

### Special Instructions for Division / Group

All personnel are to follow guidelines set forth in the site safety plan.
Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

### Special Environmental Considerations

All aircraft should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All aircrafts must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

Reviewed By Signatures - (PSC):                                                                 (OSC):

| ICS 204 - Assignment List | Printed:  5/3/2010 19:06 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

# ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command   at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Task Force - MSRC 1 |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Offshore Branch | | | |
| Supervisor - Task Force - MSRC 1 | | | |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Task Force - MSRC 1* | | | | | |
| | Boom | | 5280 feet | | Assigned |
| 11063 | Manpower: Responder | Crew - LA Responder | 17 each | | Assigned |
| 11053 | Manpower: Responder | Crew - MS Responder | 11 each | | Assigned |
| 11061 | OSRV | M/V Lousiana Responder (OSRV) | 1 each | 210 feet | Assigned |
| 11051 | OSRV | M/V Mississippi Responder (OSRV) | 1 each | 210 feet | Assigned |
| 11055 | Skimmer | Stress I Skimmer | 1 each | 15000 barrels | Assigned |
| 11190 | Skimmer | Stress1 Skimmer | 1 each | 15000 barrels | Assigned |
| 10788 | Vessel | M/V Sailfish | 1 each | | Assigned |
| 11643 | Vessel - Response Boat | M/V Ms. Addison | 1 each | 110 feet | Assigned |
| 12675 | Vessel - Response Boat | M/V Ms. Alissa | 1 each | | Assigned |
| 12378 | Vessel - Response Boat | M/V Sea Fox | 1 each | 110 feet | Assigned |

## Assignments

Contain and Recover spill material in "U" boom configuration. As weather permits
TF Leader report to On Water Recovery Group Supervisor.
Direction will be given to skimmers via aerial support.

## Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

## Special Environmental Considerations

All aircraft should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All aircrafts must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

## Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

Reviewed By Signatures - (PSC):                                    (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 19:07 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001595

## ICS 204 - Assignment List

**Incident:** Mississippi Canyon 252  
**Prepared By:** Unified Command  **at** 5/3/2010 04:06  
**Period:** Period 14 (5/4/2010 06:00 - 5/5/2010 06:00)  
**Branch:** Sector New Orleans  
**Division/Group/Staging:** Task Force - MSRC 2

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Sector New Orleans | | | |
| Supervisor - Task Force - MSRC 2 | | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Task Force - MSRC 2* | | | | | |
| | Boom | | 5280 feet | | Assigned |
| 11067 | Manpower: Responder | Crew - CG Responder | 16 each | | Assigned |
| 11065 | OSRV | M/V Gulf Coast Responder (OSRV) | 1 each | 210 feet | Assigned |
| 11036 | OSRV | M/V Texas Responder (OSRV) | 1 each | 210 feet | Assigned |
| 11184 | Skimmer | Stress1 | 1 each | 15000 barrels | Assigned |
| 11202 | Skimmer | Stress1 Skimmer | 1 each | 15000 barrels | Assigned |
| 11853 | Vessel - Response Boat | M/V Brody Paul | 1 each | | Assigned |
| 11408 | Vessel - Response Boat | M/V Robin T | 1 each | 110 feet | Assigned |
| 12711 | Vessel - Response Boat | M/V Sea Hawk | 1 each | | Assigned |
| 11631 | Vessel - Response Boat | M/V St. Ignatius | 1 each | 145 feet | Assigned |

### Assignments

Contain and Recover spill material in "U" boom configuration. Lead vessel will direct TF and report in to LA Responder. As weather permits  
Direction will be given to skimmers via aerial support.

### Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

### Special Environmental Considerations

All aircraft should be watching for marine mammals/sea turtles.  
*Whales have been spotted in the area*  
All aircrafts must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for On Water Recovery Operations issues and considerations.  
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.  
- Caution for debris fields (surface and sub-surface)

Reviewed By Signatures - (PSC):                                                  (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 19:07 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List |||||
|---|---|---|---|---|
| Incident: Mississippi Canyon 252 |||Prepared By: Unified Command | at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) |||Branch: Sector New Orleans ||
| Division/Group/Staging: Task Force - MSRC 3 |||||

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Sector New Orleans | | | |
| Supervisor - Task Force - MSRC 3 | | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Task Force - MSRC 3* | | | | | |
| | Boom | | 1980 feet | | Assigned |
| | Boom | | 1980 feet | | Enroute/Sourced |
| 13611 | Manpower: Responder | Manpower - Responder | 0 each | | Enroute/Sourced |
| 11688 | Manpower: Responder | Manpower - Responder | 15 each | | Assigned |
| 11686 | OSRV | M/V Florida Responder (OSRV) w. | 1 each | 210 feet | Assigned |
| 13609 | OSRV | M/V Southern Responder (OSRV) | 1 each | 210 feet | Enroute/Sourced |
| 13612 | Skimmer | Transrec 350 Skimmer | 1 each | 10567 barrels | Enroute/Sourced |
| 11687 | Skimmer | Transrec 350 Skimmer - Florida R | 1 each | 10567 barrels | Assigned |

### Assignments

Contain and Recover spill material in "U" boom configuration.
TF Leader report to On Water Recovery Group Supervisor. As weather permits
Direction will be given to skimmers via aerial support.

### Special Environmental Considerations

All aircraft should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All aircrafts must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                     (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 19:07 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001597

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | | at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans | | |
| Division/Group/Staging: Task Force - MSRC 4 | | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Sector New Orleans | | | |
| Supervisor - Task Force - MSRC 4 | | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Task Force - MSRC 4* | | | | | |
| | Boom | | 5280 feet | | Enroute/Sourced |
| 14233 | Manpower: Responder | Manpower - Responder | 10 each | | Enroute/Sourced |
| 14236 | Manpower: Responder | Manpower - Responder | 10 each | | Enroute/Sourced |
| 14235 | OSRV | M/V Delaware Responder (OSRV) | 1 each | 210 feet | Enroute/Sourced |
| 14231 | OSRV | M/V Virginia Responder (OSRV) | 1 each | 210 feet | Enroute/Sourced |
| 14234 | Skimmer | Transrec 350 Skimmer | 1 each | 10567 barrels | Enroute/Sourced |
| 14237 | Skimmer | Transrec 350 Skimmer | 1 each | 10567 barrels | Enroute/Sourced |

### Assignments

On arrival and weather depending, begin contain and Recover spill material operations in "U" boom configuration.
TF Leader report to On Water Recovery Group Supervisor. As weather permits
Direction will be given to skimmers via aerial support.

Reviewed By Signatures - (PSC):     (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 19:07 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001598

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Rodrigue, Chad at 5/3/2010 23:35 |
|---|---|
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: In-Situ Burn Group ||

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Sector New Orleans | | | |
| Supervisor - In-Situ Burn Group | | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *In-Situ Burn Group* | | | | | |
| | Boom | | 4000 feet | | Out-of-Service |
| | Boom | | 5000 feet | | Assigned |
| 13403 | Boom: Fire | Fire Boom | 1000 feet | | Assigned |
| 11390 | Boom: Fire | Fire boom - from Galveston | 500 feet | | Stand By |
| 11384 | Boom: Fire | Fire boom - from Pascagula | 500 feet | | Stand By |
| 13132 | Crane | Crane | 2 each | | Assigned |
| 18507 | Equipment: Comms | Radios/Chargers/Headsets | 6 each | | Assigned |
| 24064 | Equipment: Comms | Satellite Phones | 30 each | | Assigned |
| 13210 | Equipment: Safety | Air Monitoring Equipment | 1 each | | Assigned |
| 13168 | Equipment: Safety | Air Monitoring Equipment | 1 each | | Stand By |
| 14139 | Fire Fighting Equipment | Fire Retardent Coveralls | 11 each | | Assigned |
| 16402 | Manpower: Responder - Parame | Paramedic (Offshore) | 2 each | | Assigned |
| 13409 | Manpower: Responder - Spill Te | Spill Tech | 1 each | | Assigned |
| 13416 | Manpower: Responder - Spill Te | Spill Tech | 1 each | | Assigned |
| 13421 | Manpower: Responder - Spill Te | Spill Tech | 3 each | | Assigned |
| 13428 | Manpower: Responder - Spill Te | Spill Tech | 3 each | | Assigned |
| 13180 | Manpower: Responder - Spill Te | Spill Techs | 3 each | | Stand By |
| 13198 | Manpower: Responder - Spill Te | Spill Techs | 3 each | | Stand By |
| 19365 | Manpower: Responder - Spill Te | Spill Techs | 6 each | | Assigned |
| 13126 | Storage: Solid - Roll Off Box | Roll Off Box | 2 each | | Assigned |
| 13355 | Vessel - Crew Boat | M/V Braxton Perry | 1 each | 125 feet | Assigned |
| 13192 | Vessel - Crew Boat | M/V Gulf Honor | 1 each | 155 feet | Stand By |
| 13138 | Vessel - Crew Boat | M/V Gulf Protector | 1 each | 155 feet | Stand By |
| 13120 | Vessel - Fire Boat | M/V Forte - Fire Fighting Vessel | 1 each | | Assigned |
| 13252 | Vessel - Response Boat | M/V Coastal Mariner (SMART) | 1 each | 110 feet | Assigned |
| 13361 | Vessel - Supply Boat | M/V Papa John | 1 each | 150 feet | Assigned |

Reviewed By Signatures - (PSC):                              (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 23:43 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001602

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Rodrigue, Chad | at 5/3/2010 23:35 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: In-Situ Burn Group | | |

### Assignments

***SEE IN-SITU BURN PLAN****

OBJECTIVES:
ALL employees and contractors have the authority to stop work at any time for safety reasons.
Contain free floating oil in quantities sufficient for conducting in-situ burn.
Coordinate with SIM-OPS plan and Air Traffic Control to ensure area is safe before conducting burn.

TASKING:
All stand-by for improved weather and if weather permits: one dedicated S76 will be airborne to direct tactical aerial observers to intercept and collect oil, ignite and burn, and to remove oil from the water. S76 will also conduct surveillance sorties and should not impede ongoing source control operations

Fire Boat Chouest "Forte" will be assigned to both task forces. Chouest "Forte" will act as the ignition source and fire suppresion resource. Exclusion Zone will be communicated and delineated by the Chouest "Forte"

CTEH and SMART TEAM will be joining lessons learned sessions.

Utlize Operational Checklist in In-Situ Burn Plan for initial assessment.

Unified Command has mandated that while no burning will commence before sunrise, successful in-situ burn may continue past sunset if all control parameters are in place.

OPERATIONS:
A separate booming operation will be conducted upstream of the fire boom using two vessel and 2000 ft of containment boom in an open apex configuration. This will allow a greater within the collection area allowing the oil to collect faster in the fire boom stationed downstream.

All oil that is collected for the test burn will be collected in a U boom configuration with 500 foot sections of fire boom. Once the oil is collected and moved to a safe area it will be ignited by the M/V Chouest Forte in the by backing in to the slack of boom and igniting the oil with a handheld device.

### Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.
At no time will the burn operations put the source control vessels in a situation where they are impacted by the smoke plume.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Test Burn Site Saftey Plan for In-Situ Burn Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Each task force will have one EMT stationed on their lead vessel.

Reviewed By Signatures - (PSC):                              (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 23:43 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-001603

# ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Hill, David     at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging: Near Shore Oil Recovery Group - NOLA

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Sector New Orleans | | | |
| Supervisor - Near Shore Oil Recov( | | | |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| **Near Shore Oil Recovery Group - NOLA** | | | | | |
| | Boom | | 5000 feet | | Enroute/Sourced |
| 24842 | Sorbent: Boom | Sorbent Boom 8" or 5" | 8000 feet | | Enroute/Sourced |
| 24860 | Sorbent: Pads | Sorbent Pads | 100 bales | | Enroute/Sourced |
| **Task Force - Fishing Boat Sorbent Team 1** | | | | | |
| | Boom | | 5200 feet | | Enroute/Sourced |
| 23003 | Manpower: Responder - Spill Te | Techs on Seacor Quest | 3 each | | Assigned |
| 20544 | Manpower: Supervisor | F/V Task Leader - Mike Bales | 1 each | | Assigned |
| 22997 | Manpower: Supervisor | Supv of techs on Seacor Quest | 1 each | | Assigned |
| 20303 | Sorbent: Boom | Sorbent Boom | 26 pallets | | Enroute/Sourced |
| 20315 | Sorbent: Boom | Sorbent Rolls | 13 pallets | | Enroute/Sourced |
| 20309 | Sorbent: Boom | Sorbent Sweep | 13 pallets | | Enroute/Sourced |
| 21112 | Storage: Solid - Roll Off Box | Roll Off Box | 1 each | | Enroute/Sourced |
| 23950 | Storage: Solid - Roll Off Box | Roll off Box -absorbent material | 1 each | | Assigned |
| 22696 | Vessel - Crew Boat | M/V Brook P | 1 each | 50 feet | Enroute/Sourced |
| 20048 | Vessel - Fishing Vessel | F/V Amanda Marie 69' | 1 each | | Enroute/Sourced |
| 20024 | Vessel - Fishing Vessel | F/V Angela Marie 69' | 1 each | | Enroute/Sourced |
| 20054 | Vessel - Fishing Vessel | F/V Capt. David 64' | 1 each | | Enroute/Sourced |
| 20006 | Vessel - Fishing Vessel | F/V Capt. Stern 89' | 1 each | | Enroute/Sourced |
| 20042 | Vessel - Fishing Vessel | F/V Connie Ann 73' | 1 each | | Enroute/Sourced |
| 20000 | Vessel - Fishing Vessel | F/V Dusty James 60' | 1 each | | Enroute/Sourced |
| 19994 | Vessel - Fishing Vessel | F/V Green Dragon 89' | 1 each | | Enroute/Sourced |
| 20030 | Vessel - Fishing Vessel | F/V Kate Elizabeth 78' | 1 each | | Enroute/Sourced |
| 19988 | Vessel - Fishing Vessel | F/V Mariah Jade 73' | 1 each | | Enroute/Sourced |
| 20036 | Vessel - Fishing Vessel | F/V Oasis 62' | 1 each | | Enroute/Sourced |
| 20012 | Vessel - Fishing Vessel | F/V Sea Snake 81' | 1 each | | Enroute/Sourced |
| 20018 | Vessel - Fishing Vessel | F/V Way Maker 63' | 1 each | | Enroute/Sourced |
| 22991 | Vessel - Mini Supply | M/V Seacor Quest | 1 each | 159 feet | Assigned |
| **Task Force - Fishing Boat Sorbent Team 2** | | | | | |
| 24878 | Manpower: Responder - Spill Te | Spill Tech | 4 each | | Enroute/Sourced |
| 20090 | Manpower: Supervisor | F/V Fleet Unit Leader - Art Slaytor | 1 each | | Enroute/Sourced |
| 20435 | Vessel - Crew Boat | M/V Island Runner | 1 each | | Enroute/Sourced |
| 20453 | Vessel - Fishing Vessel | Fishing Vessels | 25 each | | Enroute/Sourced |
| 20399 | Vessel - Supply Boat | Supply Vessel | 1 each | 150 feet | Enroute/Sourced |
| **Task Force - Fishing Boat Sorbent Team 3** | | | | | |
| 24824 | Manpower: Responder - Spill Te | Spill Tech | 25 each | | Enroute/Sourced |

Reviewed By Signatures - (PSC):                                                      (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 19:09 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List | | | | | |
|---|---|---|---|---|---|
| Incident: Mississippi Canyon 252 | | | Prepared By: Hill, David | | at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | | | Branch: Sector New Orleans | | |
| Division/Group/Staging: Near Shore Oil Recovery Group - NOLA | | | | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Task Force - Fishing Boat Sorbent Team 3* | | | | | |
| 20066 | Manpower: Supervisor | F/V Fleet Unit Leader - Herb Netel | 1 each | | Enroute/Sourced |
| 24818 | Vessel - Crew Boat | M/V Crew Runner | 1 each | 20 person | Enroute/Sourced |
| 24830 | Vessel - Fishing Vessel | Fishing Vessel | 25 each | | Enroute/Sourced |
| 23884 | Vessel - Supply Boat | M/V Emily Bordelon | 1 each | 140 feet | Enroute/Sourced |
| *Task Force - Fishing Boat Sorbent Team 4* | | | | | |
| 24806 | Vessel - Supply Boat | M/V Odyssea Atlas | 1 each | | Enroute/Sourced |
| *Task Force - Fishing Boat Sorbent Team 5* | | | | | |
| 25381 | Manpower: Supervisor | TF Leader (B.Aaron) | 1 each | | Assigned |
| 24812 | Vessel - Supply Boat | M/V Hilton Joseph | 1 each | | Enroute/Sourced |

### Assignments

Utilize fishing vessels with sorbent boom as weather permits to recover sheen as needed.

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.

Reviewed By Signatures - (PSC):                               (OSC):

| ICS 204 - Assignment List | Printed: 5/3/2010 19:09 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001608