# EXHIBIT 15-D

| IAP Cover Sheet | |
|---|---|
| Incident Name:<br>Deepwater Horizon | Operational Period to be covered by IAP:<br>Period 26  (5/15/2010 06:00 - 5/16/2010 06:00) |

Approved by:

CGIC : _____ , CDR

SOSC : _____

RPIC : _____ BRIAN T. RAVEE   NIGHT IC BP

# Incident Action Plan





| Prepared By: | Sanderson, Glen | | Prepared Date/Time: | 5/15/2010 04:25 |
|---|---|---|---|---|
| | IAP Cover Sheet | | Printed: 5/15/2010 15:15 | © 1997-2010 dbSoft, Inc. |

HCG154-002959

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon | Prepared By: | odell, mike | at | 5/16/2010 00:56 |
|---|---|---|---|---|---|
| Period: | Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Version Name: | Period 26 Objectives - Houma IMT | | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Health, Safety, & Security of Citizens and Response Personnel** | | |
| • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| **2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material** | | |
| • a. OFF-SHORE DEEPER WATER | | |
| • a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| • a2. Overflight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| • a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| • a5. Evaluate efficacy of applied response methods (in-situ, dispersants, skimming, etc.) and communicate learnings(M) | Deputy Operations Chief | In Progress |
| • b. NEAR SHORE | | |
| • b1. Keep LOOP operational (O) | O P S | Planned |
| • b2. Keep Mississippi River operational (O) | O P S | Planned |
| • b3. Unify and efficiently utilize resources (M) | Near-shore recovery | In Progress |
| • b4. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| • b5. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| • b6. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| • b7. Maintain equipment decon and vessel cleaning stations (O) | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | |
| • c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| • c2. Priortize notification and response protocol of fast response teams (M) | | |
| • c3. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| • c4. Implement Waste Management Plan (O) | Environmental | In Progress |
| **3. Recover and Rehabilitate Injured Wildlife (O)** | | |
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | | |
| **4. Manage a Coordinated Response Effort  (M)** | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |

| ICS 202 - General Response Objectives | Printed:  5/16/2010 00:56 | Page 1 of 4 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-002984

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon | | Prepared By: | odell, mike | at 5/16/2010 00:56 |
|---|---|---|---|---|---|
| Period: | Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | | Version Name: | Period 26 Objectives - Houma IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| • 4b. Maintain communications with Area Command, Mobile & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| 5. Keep Stakeholders and Public Informed of Response Activities (M) | | |
| • 5a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill: educate public. | | |
| 6. Account for response-related costs and critical resources (M) | | |
| 7. Manage demobilization of all response assets (M) | | |

| ICS 202 - General Response Objectives | Printed: 5/16/2010 00:56 | Page 2 of 4 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-002985

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Deepwater Horizon | Prepared By: | odell, mike | at 5/16/2010 00:56 |
| Period: | Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Version Name: | Period 26 Objectives - Houma IMT |

| Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions) |
|---|

1. Ensure the Health, Safety, & Security of Citizens and Response Personnel
   - Continue to place high priority on safety; employ sound risk management principles to reduce risks and prevent injuries in all operations.
   - Better integrate law enforcement and National Guard into security for sites
   - No air/boat dispersant conflicts
   - Ensure air monitoring is being properly done in all areas of operations and for public health, and that it is reported to EPA and key stakeholders
   - Emphasize safety procedures - boat to boat transfers.
2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material
   OFFSHORE - DEEPER WATER
   - Continue to apply and improve aerial or surface dispersants to affected areas to prevent spread further East or West
   - Ensure rigourous adherence to dispersant operational protocols and optimazition of daily deployment.
   - Improve flow of monitoring and integration of data and provide timely communication of processes and results.
   - Continue to apply and improve In-situ burning to affected areas to prevent spread further East or West
   - Reduce amount of oil moving towards southwest pass, Rigolets, TX, MS, AL, FL, and Southeast of source.
   - Development of all booming strategies for source control.
   - Respond aggressively to pockets of sheen/ribbons of emulsion west of Timberleur.
   - Develop strategy for marine deployment of dispersants at source
   NEAR SHORE
   - Progress on protection of Rigolets, Chandeleur, Southwest Pass, Timbalier, & Racoon Island.
   - Continue boom deployment based on parish plans - emphasis on Rigolets, Chef Menteur, all channels leading to ICW
   - Aggressively obtain and track boom for staging areas to water
   - Reconfirm plans for protection of Mississippi River Delta
   - Assess Callilou Lake oiled shrimp report
   ON SHORE
   - Continue mobilization of SCAT resources in coordination with state and federal agencies
   - Ensure efficient ops and transportation support
   - Continue mobilizing resources for Whiskey Island/Trinity, Chandelier Island, South Pass and Pass a loutre and Fourchon cleanup responses.
   - Ensure timely receipt of data from onshore groups (SCAT, Wildlife, etc.) regarding situation status
   - Accelerate fingerprinting of recovered materials.
   - Provide visibility on Shoreline Cleanup Plan
3. Recover & Rehabilitate Injured Wildlife
   - Aggressively continue wildlife impact evaluation and rehab
   - Review efficiency of releasing of wildlife.
   - Provide information on natural vs. spill related effects on the wildlife.
4. Manage Coordinated Response
   - Optimize physical and personnel resources
   - Identify additional potential resource bottle-necks
   - Continue improving capabilities of night shift to properly support planning and operational activities
5. Keep Stakeholders and Public Informed
   - Be the best reliable source of information
   PIO
   - Improve management of requests for information.
   - Continue transparency and timely information and access to our stakeholders, the public and the media
   - Localize the Strategic Communications and talking points e.g. "Know your: Oil, Dispersant, and Community Support"
     - Maintain media access to the Houma Incident Commanders
     - Increase operational synergies between information operations and response operations
     - Provide appropriate information to manage expectations of the local population
   LIAISON
   - Increase Coordination/Communications between operations, liaison and community relations efforts, including volunteer coordination activities.
6. Account for response-related costs and critical resources
7. Manage demobilization of all response assets

| ICS 202 - General Response Objectives | Printed: 5/16/2010 00:56 | Page 3 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-002986

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Airborne Command & Control (P-3) | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| Operations Section Deputy | Weaver, Michael | U.S. Coast Guard | 609-351-7155 |
| Air Ops Branch Director | Wickware, Michael/Brian Verre | BP | 713-834-2723 / 337-578-242! |
| Air Ops Branch Director/USCG | Cromwell, John | U.S. Coast Guard | 214-300-1041 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Airborne Command & Control | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 2 each | |
| Airborne Command & Control | Manpower: Responder | Manpower: Responder | 6 each | |

### Assignments

De-conflict operational response air traffic and helicopter logistics traffic over the Gulf of Mexico .
Follow instructions for overflight restrictions over wildlife refuges.

### Special Environmental Considerations

Aerial support should also survey areas for marine mammals, turtles, and any oiled or distressed birds or other animals. If possible, a GPS location and photo are useful; sightings must be reported immediately to the Wildlife Reporting Hotline: 1-866-557-1401.

### Special Site-Specific Safety Considerations

See Site Saftey Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

In the case when In-Situ burning will be on-going in your area of operations, avoid smoke plumes and interference with their operations.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:34 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-002988

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Deepwater Horizon | | Prepared By: Unified Command       at 5/15/2010 04:25 | |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | | Branch: Sector New Orleans | |
| Division/Group/Staging: Aerial Surveillance Group | | | |

| Operations Personnel | | | |
|---|---|---|---|
| Title | Name | Affiliation | Contact Number(s) |
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425/985-493-7823 |
| Air Ops Branch Director/USCG | Cromwell , John | U.S. Coast Guard | 214-300-1041 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |

| Resources Required | | | | |
|---|---|---|---|---|
| Area of Operation | Resource Type | Description | Quantity | Size |
| Aerial Surveillance Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 18 each | |
| Aerial Surveillance Group | Aircraft: Helo | Aircraft: Helo | 13 each | |
| Aerial Surveillance Group | Manpower: Operator | | 41 each | |
| Aerial Surveillance Group | Manpower: Responder | Manpower: Responder | 28 each | |

**Assignments**

Make regular reports to the command post.
Follow FAA guidelines in regards to the NOTAM
Continue to monitor and report any impacted wildlife to the Wildlife Branch.
Provide overflights for NOAA trajectory validation support
Follow instructions for overflight restrictions over wildlife refuges.

Provide aerial surveillance and support for the following functions as weather permits:

Mapping of plume/source, monitoring extent of the slick, monitoring for shoreline impact, & quantification of boom deployed
     1 - fixed wing (Dash-8)

Offshore Surveillance/Recon:
     - Fly out to gather slick intel and report back to ICP on oil spill deminsions and colors
     1 - fixed wing (King Air)

Tactical skimming operations.
     Direct skimmers to heaviest concentrations of oil
     1 - helicopter

Nearshore/Shoreline Surveillance/Recon:
     - Fly shoreline to direct shoreline spill response needs
     4 - helicopters

In-situ burn monitoring by EPA
     1 - Fixed Wing

U.S. Army National Guard - Aerial surveillance and special aerial projects. (Coastal restoration, barrier island, and boom deployment reconnaissance.)

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:35 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-002989

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon | Prepared By: Unified Command | at 5/15/2010 04:25 |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Surveillance Group | |

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turtles.***

Notify the IC in the event of:
- MISHAP/injury
- oiled wildlife
- media issues
- VIP visits/requests
- waterways issues
- oil impacts beaches / communities

PI/Safety Officer report in at 251-445-8949. Personnel return to ICP by 15:00 with day's documentation.

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles.  Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings  to the Environmental Unit and Wildlife Reporting Hotline (866.557-1401).

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
- Safety briefing for all passengers is required.
- All incidents shall be immediately reported to your supervisor.  These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
- Everyone has the obligation to stop work that is unsafe.
- A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
- All appropriate PPE shall be worn when necessary.
- All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
- All pilots and passengers shall wear PFD's and seatbelts at all times.
- All pilots and passengers shall approach/depart from front of helicopters.
- All pilots and passengers shall be aware of rotating assemblies and engine intakes.
- All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
- All personnel shall protect themselves from severe weather.
- All passengers shall follow the pilots direction at all times.
- NO SMOKING, unless in a designated area.  Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc.  Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
- For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
- Review communication procedures prior to each task.
- Ensure communication equipment is in working rrder.
- Review Hand Signals with all response personnel.
- Review warning sirens and alarms daily.
- Check posting/location of first aid and medical support.
- Identify muster locations daily or as work area advances.
- Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:35 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. | |

HCG154-002990

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Unified Command | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Dispersant Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Weaver, Michael | U.S. Coast Guard | 609-351-7155 |
| Aerial Dispersant Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Cromwell, John CDR | U.S. Coast Guard | 214-300-1041 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| SMART Group Supervisor | Bond, Kenneth DC1 | U.S. Coast Guard | 251-680-7841 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 18 each | |
| Dispersant Group | Dispersant | Dispersant | 50000 gallon(s) | |
| Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 11 each | |
| Dispersant Group | Manpower: Responder | Manpower: Responder | 7 each | |
| Dispersant Group | Response Boat | Response Boat | 2 each | - 220 |
| Dispersant Group | Supply Boat | Supply Boat | 2 each | |
| On Water Tier 2/3 SMART Tea | Manpower: Responder | Manpower: Responder | 16 each | |
| On Water Tier 2/3 SMART Tea | Response Boat | Response Boat | 2 each | - 220 |
| On Water Tier 2/3 SMART Tea | Supply Boat | Supply Boat | 2 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:35 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-002993

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon | Prepared By: Unified Command     at 5/15/2010 04:25 |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging: Dispersant Group

## Assignments

Dispersant Group:

Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable near the 5 NM stand-off zone.
Ensure a no spray zone within 5 miles of the source and 2 miles from any vessel/platform.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (15 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Follow instructions for overflight restrictions over wildlife refuges.
Evaluating other NCP product schedule dispersants with boat spray system.
Deploying 2 Spray boat systems near the source.
Complete Safety stand-down and operational review as directed by Unified Command.

On-Water Tier 2/3 SMART Team:

- Establish base of operation at Camp Lighthouse.
- One Tier 3 Team and establish three additional Tier 2 Teams
- Collect Flourometer data on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.
- Conduct sampling for Environmental Unit as directed SSC
- Continue intigration of UC approval of activation.
- Provide air monitoring with SMART Tier 2/3 teams.
- Conduct dispersant testing and evaluate efficacy.
- Late runner to provide information from Venice to Houma ICP.
2 OSVs - Warrier
Dispersing testing platform - R/W Armstrong.

USCG SMART Aerial Tier 1:

Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveilance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group and Environmental Unit
Follow instructions for overflight restrictions over wildlife refuges.

## Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

## Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel as a Second: | | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:35 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-002994

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Unified Command | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Dispersant Group | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor. These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area. Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc. Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:35 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-002995

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: On Water Recovery Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| On Water Recovery Group Supervi | Mcfarland, Barry | MSRC | 281-352-4190 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Louisiana Fed. Resources Bo | Manpower: Responder | Manpower: Responder | 14 each | |
| Task Force - HOSS Barge | Manpower: Responder | Manpower: Responder | 14 each | |
| Task Force - HOSS Barge | OSRB | OSRB | 1 each | |
| Task Force - HOSS Barge | Tug | Tug | 3 each | |
| Task Force - On Water Storag | Barge: Offshore | Barge: Offshore | 4 each | |
| Task Force - On Water Storag | Manpower: Responder | Manpower: Responder | 20 each | |
| Task Force - On Water Storag | Tug | Tug | 4 each | |
| Task Force - Support | Manpower: Responder | Manpower: Responder | 25 each | |
| Task Force - Support | Response Boat | Response Boat | 5 each | - 220 |
| Task Force - MSRC 5 | OSRV | OSRV | 5 each | |
| Task Force - MSRC 4 | Boom | Boom | 5280 feet | - 72 |
| Task Force - MSRC 4 | Manpower: Responder | Manpower: Responder | 68 each | |
| Task Force - MSRC 4 | OSRV | OSRV | 3 each | |
| Task Force - MSRC 3 | Boom | Boom | 3960 feet | - 72 |
| Task Force - MSRC 3 | Manpower: Responder | Manpower: Responder | 66 each | |
| Task Force - MSRC 3 | OSRV | OSRV | 3 each | |
| Task Force - MSRC 2 | Boom | Boom | 5280 feet | - 72 |
| Task Force - MSRC 2 | Manpower: Responder | Manpower: Responder | 57 each | |
| Task Force - MSRC 2 | OSRV | OSRV | 2 each | |
| Task Force - MSRC 2 | Response Boat | Response Boat | 4 each | - 220 |
| Task Force - MSRC 1 | Boom | Boom | 5280 feet | - 72 |
| Task Force - MSRC 1 | Manpower: Responder | Manpower: Responder | 54 each | |
| Task Force - MSRC 1 | OSRV | OSRV | 2 each | |
| Task Force - MSRC 1 | Response Boat | Response Boat | 4 each | - 220 |
| Task Force - NRC 2 | Manpower: Responder | Manpower: Responder | 91 each | |
| Task Force - NRC 2 | OSRB | OSRB | 2 each | |
| Task Force - NRC 2 | OSRV | OSRV | 5 each | |
| Task Force - NRC 2 | Tug | Tug | 3 each | |
| Task Force - CGA/Ampol | Manpower: Responder | Manpower: Responder | 36 each | |
| Task Force - CGA/Ampol | OSRV | OSRV | 6 each | |
| Task Force - NRC 1 | Boom | Boom | 6100 feet | - 72 |
| Task Force - NRC 1 | Manpower: Responder | Manpower: Responder | 1 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:35 | Page 1 of 4 | © 1997-2010 dbSoft, Inc. | |

HCG154-002996

| ICS 204 - Assignment List | | | | |
|---|---|---|---|---|
| Incident: Deepwater Horizon | | Prepared By: Rodrigue, Chad | | at 5/15/2010 04:25 |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | | Branch: Sector New Orleans | | |
| | | | Division/Group/Staging: On Water Recovery Group | |
| Resources Required | | | | |
| Area of Operation | Resource Type | Description | Quantity | Size |
| Task Force - NRC 1 | OSRB | OSRB | 2 each | |
| Task Force - NRC 1 | OSRV | OSRV | 4 each | |
| Task Force - NRC 1 | Response Boat | Response Boat | 2 each | - 220 |
| Task Force - NRC 1 | Supply Boat | Supply Boat | 2 each | |
| Task Force - NRC 1 | Tug | Tug | 2 each | |
| Task Force - USCG 1 | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 1 each | |
| Task Force - USCG 1 | Aircraft: Helo | Aircraft: Helo | 1 each | |
| Task Force - USCG 1 | Barge: Offshore | Barge: Offshore | 1 each | |
| Task Force - USCG 1 | Manpower: Responder | Manpower: Responder | 22 each | |
| Task Force - USCG 1 | Response Boat | Response Boat | 3 each | - 220 |
| Task Force - USCG 1 | Skimmer | Skimmer | 4 each | |
| Task Force - USCG 1 | Supply Boat | Supply Boat | 1 each | |
| Task Force - Command & Cor | Manpower: Responder | Manpower: Responder | 4 each | |
| Task Force - Command & Cor | Response Boat | Response Boat | 1 each | - 220 |
| Task Force - Command & Cor | Supply Boat | Supply Boat | 1 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | | Printed: 5/15/2010 19:35 | Page 2 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-002997

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad | at 5/15/2010 04:25 |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: On Water Recovery Group | |

## Assignments

-Maximize in port time to conduct safety checks during inclement weather

Command & Control Task Force:
Assist with coordination of air and vessel assets working in the offshore environment (Source Control, Skimming, Dispersant, In-situ Burn operations).
Establish communications with all air and vessel assets.

Civilian Skimming Task Forces:
Maximize on-water recovery with available equipment.
Direction will be given to skimmers via command & Control Seacor vessel on-scene.
Utilize enhanced skimming techniques to maximize oil recovery as practical and weather permitted.
Individual TF Leaders are to report to On Water Recovery Group Supervisor, daily logs must be maintained.
Vessels are to decant to maximize on-water storage aboard each vessel.

Federal Skimming Task Force:
USCG 1:
-UPON INCHOP CGC ELM SHALL CONDUCT SKIMMING OPS 10NM FROM THE SHORELINE TO THE SOURCE OF THE SPILL AS DIRECTED BY CGC OAK.
-CGC HARRY CLAIBORNE SHALL CONDUCT SKIMMING OPS W/I 10NM FROM THE SHORELINE AS DIRECTED BY CGC OAK.
-THE THREE ASSIGNED COMMERCIAL VOSS EMBARKED SKIMMING VSLS WILL OPERATE *Approx* 10NM FROM THE SHORELINE TO THE SOURCE OF THE SPILL AS DIRECTED BY CGC OAK.
-TUG ANGELICA E W/ THE T/B VALIANT SHALL CONDUCT OPS IN DIRECT SUPPORT OF ALL FEDERAL ASSET SKIMMING OPS.
-THE OFFSHORE SUPPLY VSL (OSV) LADY NINA SHALL SUPPORT SKIMMING OPS BY SHUTTLING TOWED TSDs FROM FEDERAL RESOURCE SKIMMING VSLS TO THE T/B VALIANT FOR DISCHARGE OF SKIMMED PRODUCT IAW OIL TRANSFER PLANS.
C.7. ALL OPERATIONS SHALL BE CONDUCTED IAW THE SITE SAFETY, AIR MONITORING AND DECON PLANS.

Support Task Force:
Supply logistics support to on-scene vessels.

On-water Storage Task Force:
Storage of on water recovered material, Lead vessel will direct TF and report in to Command & Control Task Force. As weather permits
Direction will be given via aerial support.

## Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

## Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Situation Unit Comms Watch | | (985) 493-7807 | (985) 772-4475 |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:35 | Page 3 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-002998

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad | at 5/15/2010 04:25 |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: On Water Recovery Group | |

| Special Environmental Considerations |
|---|
| All aircraft and vessels should be watching for marine mammals/sea turtles.<br>*Whales have been spotted in the area*<br>All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401<br>Report spills and sheens 1-866-448-5816. |

| Special Site-Specific Safety Considerations |
|---|
| See Site Saftey Plan (ICS 208) for On Water Recovery Operations issues and considerations.<br>Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.<br>- Caution for debris fields (surface and sub-surface)<br><br>In the case when In-Situ burning will be on-going in your area of operations, avoid smoke plumes and interference with their operations. |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:35 | Page 4 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-002999

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26  (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: In-Situ Burn Group | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Chief | Altendorf, Jereme | U.S. Coast Guard | 619-933-0508 |
| Operations Section Deputy | Weaver, Michael | U.S. Coast Guard | 609-351-7155 |
| In-Situ Burn Operations Group Sup | Haugstad, Eric | Tesoro | 210-865-9018 |
| In-Situ Burn Operations Group Sup | Stevens, David | Obriens | 954-554-3887 |
| In-Situ Burn Operations Deputy Grc | Jaeger, Andrew SCPO | U.S. Coast Guard | 920-420-4497 |
| Technical Specialist (T/S) | Allen, Al | Spill Tech | 425-503-6111 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| In-Situ Burn Group | Boom | Boom | 6000 feet | - 72 |
| In-Situ Burn Group | Boom: Fire | Boom: Fire | 6000 feet | |
| In-Situ Burn Group | Manpower: Responder | Manpower: Responder | 28 each | |
| In-Situ Burn Group | OSRV | OSRV | 5 each | |

### Assignments

OBJECTIVES:
ALL employees and contractors have the authority to stop work at any time for safety reasons.
Contain free floating oil in quantities sufficient for conducting in-situ burn.
Coordinate with SIM-OPS plan and Air Traffic Control to ensure area is safe before conducting burn.

TASKING:
Implement In-situ Burn plan as weather permitting.  Monitor operations and optimize as needed.

Replenish task forces for next in-situ burn operation, conduct training, prep fire boom, service and re-supply vessels, conduct hotwash to develop lessons learned from last deployment, update in-situ burn plan to incorporate lessons learned/defficiencies identified.

Reorganize in-situ burn group to ensure key leadership and support personnel are clearly identified.

Identify resources needed to increase current capability. (4 Task Forces).  Maintain appropriate span of control by utilizing OSVs to assist with Command and Control.

Conduct SMART monitoring as determined by SSC and EPA air monitoring. (Aspec Plane Burn Task Forces include:
10 vessels (8 fishing vessels with 2 OSVs)
1 king air - surveillance for in-situ burn & training for more aerial observers.

Maintain proper crew rest in accordance to safety plans.

### Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.
At no time will the burn operations put the source control vessels in a situation where they are impacted by the smoke plume.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:36 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-003000

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad | at 5/15/2010 04:25 |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: In-Situ Burn Group | | |

## Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401
Report spills and sheens 1-866-448-5816.

## Special Site-Specific Safety Considerations

See Site Saftey Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

In the case when In-Situ burning will be on-going in your area of operations, avoid smoke plumes and interference with their operations.

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:36 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. | |

HCG154-003001

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Deepwater Horizon | Prepared By: Hill, David | | at 5/15/2010 04:25 |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring | | |

| Operations Personnel | | | |
|---|---|---|---|
| Title | Name | Affiliation | Contact Number(s) |
| Environmental Unit Leader | Fritz, David | BP | 630-917-5800 |
| Environmental Unit | Leidolph, KC | Obriens | 281-224-9925 |
| Environmental Unit | Moreno, Carlos | BP | 281-995-1170 |

| Resources Required | | | | |
|---|---|---|---|---|
| Area of Operation | Resource Type | Description | Quantity | Size |
| Air/Water/Product Sampling & | Aircraft: Helo | Aircraft: Helo | 1 each | |
| Air/Water/Product Sampling & | Manpower: Operator | | 6 each | |
| Air/Water/Product Sampling & | Manpower: Responder | Manpower: Responder | 8 each | |
| Air/Water/Product Sampling & | Office Trailer | Office Trailer | 1 each | |
| Air/Water/Product Sampling & | Refrigerated Trailer | Refrigerated Trailer | 1 each | |
| Air/Water/Product Sampling & | Vessel | Vessel | 3 each | - 240 |

### Assignments

- Community Health & Safety Air/Water quality monitoring and sampling
  - Real-time air monitoring; water sampling on Mississippi River on land Grand Isle to Panama City (4 responders)
  - - Real-time air monitoring; water sampling on water Venice to Grand Isle, Grand Isle to Terrebonne Bay (4 responders, 2 boat)

Submerged oil monitoring sample recovery (one boat, 2 responders, 4 crew)

| Communications | | | |
|---|---|---|---|
| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
| Situation Unit Comms Watch | | (985) 493-7807 | (985) 772-4475 |

### Special Environmental Considerations

Sampling or field support should also survey areas for any marine mammals or turtles and oiled or distressed birds or other animals. Record GPS location, attempt to get a picture and report immediately to the Wildlife Reporting Hotline: 1-866-557-1401. Please report any signs of spills/sheens to 1-866-448-5816. Please call 251-583-0804 or 251-583-0801 (Daytime) or 251-583-0791 (Nightime) to order Waste Management resources. All air monitoring should be conducted in accordance with the Incident Air Monitoring Plan.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:36 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-003003

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Salmen, Angelique | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Offshore Decon Group - LA | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| OPS Section Chief OSR | Benson, Nick | O Briens | 281-467-9808 |
| Decon Branch | Adam, Justin | O'Briens | 281-352-6346 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Port Fourchon Inbound Gross | Manpower: Operator | | 1 each | |
| Port Fourchon Inbound Gross | Manpower: Responder | Manpower: Responder | 2 each | 0 |
| Port Fourchon Inbound Gross | Vessel | Vessel | 1 each | 0 |
| Southwest Pass Offshore Dec | Manpower: Responder | Manpower: Responder | 6 each | 0 |
| Southwest Pass Offshore Dec | Manpower: Supervisor | Manpower: Supervisor | 2 each | |
| Southwest Pass Offshore Dec | Vessel | Vessel | 2 each | 0 |
| Outbound Offshore Decon | Manpower: Operator | | 1 each | |
| Outbound Offshore Decon | Manpower: Responder | Manpower: Responder | 4 each | 0 |
| Outbound Offshore Decon | Manpower: Supervisor | Manpower: Supervisor | 1 each | |
| Outbound Offshore Decon | Vessel | Vessel | 2 each | 0 |

### Assignments

Offshore Decon:
Implement Southwest Pass Offshore Decon (~3 miles) and Deep Offshore Gross Decon (~50 miles) -
Decon vessels in transit as identified by the Vessel Master & Bar Pilot
Hull cleaning and pressure washing

- Port Fourchon Inbound Gross Decon
- Southwest Pass Offshore Decon
- Outbound Offshore Decon

Ensure no oil tracked into port.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Situation Unit Comms Watch | | (985) 493-7807 | (985) 772-4475 |

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|

| ICS 204 - Assignment List | Printed: 5/15/2010 19:37 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003013

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: On Water Decon Group - LA | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| OPS Section Chief OSR | Benson, Nick | O Briens | 281-467-9808 |
| Decon Branch | Adam, Justin | O'Briens | 281-352-6346 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Rabbit Island On-Water Mobile | Barge: Inland | Barge: Inland | 4 each | |
| Rabbit Island On-Water Mobile | Boom | Boom | 200 feet | 0 |
| Rabbit Island On-Water Mobile | Equipment: Heavy | Equipment: Heavy | 1 each | 0 |
| Rabbit Island On-Water Mobile | Manpower: Operator | | 3 each | |
| Rabbit Island On-Water Mobile | Manpower: Responder | Manpower: Responder | 4 each | 0 |
| Rabbit Island On-Water Mobile | Manpower: Supervisor | Manpower: Supervisor | 1 each | |
| Rabbit Island On-Water Mobile | Pressure Washers | Pressure Washers | 8 each | |
| Rabbit Island On-Water Mobile | Pumps | Pumps | 2 each | 0 |
| Rabbit Island On-Water Mobile | Storage: Liquid | Decon Pools | 12 each | |
| Rabbit Island On-Water Mobile | Storage: Liquid | Frac Tanks | 12 each | 0 |
| Rabbit Island On-Water Mobile | Vessel | Vessel | 4 each | 0 |
| Fort Jackson On-Water Mobile | Barge: Inland | Barge: Inland | 3 each | |
| Fort Jackson On-Water Mobile | Boom | Boom | 5000 feet | 0 |
| Fort Jackson On-Water Mobile | Equipment: Heavy | Equipment: Heavy | 2 each | 0 |
| Fort Jackson On-Water Mobile | Manpower: Operator | | 3 each | |
| Fort Jackson On-Water Mobile | Manpower: Responder | Manpower: Responder | 6 each | 0 |
| Fort Jackson On-Water Mobile | Manpower: Supervisor | Manpower: Supervisor | 1 each | |
| Fort Jackson On-Water Mobile | Pressure Washers | Pressure Washers | 3 each | |
| Fort Jackson On-Water Mobile | Pumps | Pumps | 3 each | 0 |
| Fort Jackson On-Water Mobile | Storage: Liquid | Decon Pools | 5 each | |
| Fort Jackson On-Water Mobile | Storage: Liquid | Frac Tanks | 5 each | 0 |
| Fort Jackson On-Water Mobile | Storage: Solid | Rolloff Boxes | 2 each | 0 |
| Southwest Pass On-Water Mc | Boom | Boom | 5000 feet | 0 |
| Southwest Pass On-Water Mc | Manpower: Operator | | 3 each | |
| Southwest Pass On-Water Mc | Manpower: Responder | Manpower: Responder | 6 each | 0 |
| Southwest Pass On-Water Mc | Pressure Washers | Pressure Washers | 3 each | |
| Southwest Pass On-Water Mc | Pumps | Pumps | 3 each | 0 |
| Southwest Pass On-Water Mc | Vessel | Vessel | 3 each | 0 |
| Cocodrie - On-Water Mobile D | Barge: Inland | Barge: Inland | 2 each | |
| Cocodrie - On-Water Mobile D | Boom | Boom | 200 feet | 0 |
| Cocodrie - On-Water Mobile D | Equipment: Heavy | Equipment: Heavy | 2 each | 0 |
| Cocodrie - On-Water Mobile D | Manpower: Operator | | · 4 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:37 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. | |

HCG154-003014

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Rodrigue, Chad | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: On Water Decon Group - LA | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Cocodrie - On-Water Mobile D | Manpower: Responder | Manpower: Responder | 14 each | 0 |
| Cocodrie - On-Water Mobile D | Pressure Washers | Pressure Washers | 4 each | |
| Cocodrie - On-Water Mobile D | Pumps | Pumps | 4 each | 0 |
| Cocodrie - On-Water Mobile D | Vessel | Vessel | 2 each | 0 |

### Assignments

On-Water mobile Decon - Decon vessels in transit as identified by the Vessel Master & Bar Pilot. Ensure no oil tracked
into port.
- Rabbit Island On-Water Mobile Decon
- Fort Jackson On-Water Mobile Decon
- Southwest Pass On-Water Mobile Decon
- Cocodrie On-Water Mobile Decon

- Heritage contracted to handle "Disposal" of all wastes from Decon activities/Sites.

### Communications

| Name / Function | Radio:  Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Situation Unit Comms Watch | | (985) 493-7807 | (985) 772-4475 |
| | | | |

### Location of Work

Fourchon, LA - 570 Dudely Bernard Rd.
Venice, LA
Rabbit Island

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles.  Vessels must maintain appropriate speeds to
avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife
Branch.  Report spills and sheens 1-866-448-5816.

### Special Site-Specific Safety Considerations

It is important to drive carefully while going about your response duties. many responders are traveling major highways
and residential areas involved in the spill response. Drowsiness is a significant problem that increases a driver's risk of a
crash or near-crash by at least a factor of four. Between the hours of 10 PM and 6 AM ensure you not only watch your
driving, but be aware of others which may be impaired.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/15/2010 19:37 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-003015

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Hill, David | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Large Fishing Vessel Group 1 - LA | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Chief | Altendorf, Jereme | U.S. Coast Guard | 619-933-0508 |
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| Operations Section Deputy | Weaver, Michael | U.S. Coast Guard | 609-351-7155 |
| Shoreline Protection | Ploen, Mark | Obriens | 612-963-5222 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Large Fishing Vessel Group 1 | Boom | Boom | 10000 feet | - 24 |
| Large Fishing Vessel Group 1 | Crew Boat | Crew Boat | 10 each | |
| Large Fishing Vessel Group 1 | Fishing Vessel | Fishing Vessel | 125 each | |
| Large Fishing Vessel Group 1 | Manpower: Responder | Manpower: Responder | 500 each | - 29 |
| Large Fishing Vessel Group 1 | Sorbent: Boom | Sorbent: Boom | 10000 feet | |
| Large Fishing Vessel Group 1 | Supply Boat | Supply Boat | 5 each | - 200 |
| LA Fishing Boat TF 1 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 1 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 1 | Fishing Vessel | Fishing Vessel | 25 each | |
| LA Fishing Boat TF 1 | Manpower: Responder | Manpower: Responder | 103 each | - 29 |
| LA Fishing Boat TF 1 | Sorbent: Boom | Sorbent: Boom | 5200 feet | |
| LA Fishing Boat TF 1 | Supply Boat | Supply Boat | 1 each | - 200 |
| LA Fishing Boat TF 2 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 2 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 2 | Fishing Vessel | Fishing Vessel | 25 each | |
| LA Fishing Boat TF 2 | Manpower: Responder | Manpower: Responder | 105 each | - 29 |
| LA Fishing Boat TF 2 | Sorbent: Boom | Sorbent: Boom | 5200 feet | |
| LA Fishing Boat TF 2 | Supply Boat | Supply Boat | 1 each | - 200 |
| LA Fishing Boat TF 3 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 3 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 3 | Fishing Vessel | Fishing Vessel | 25 each | |
| LA Fishing Boat TF 3 | Manpower: Responder | Manpower: Responder | 105 each | - 29 |
| LA Fishing Boat TF 3 | Sorbent: Boom | Sorbent: Boom | 5200 feet | |
| LA Fishing Boat TF 3 | Supply Boat | Supply Boat | 1 each | - 200 |
| LA Fishing Boat TF 4 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 4 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 4 | Fishing Vessel | Fishing Vessel | 25 each | |
| LA Fishing Boat TF 4 | Manpower: Responder | Manpower: Responder | 100 each | - 29 |
| LA Fishing Boat TF 4 | Sorbent: Boom | Sorbent: Boom | 5200 feet | |
| LA Fishing Boat TF 4 | Supply Boat | Supply Boat | 1 each | - 200 |

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|

| ICS 204 - Assignment List | Printed: 5/15/2010 19:37 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003016

## ICS 204 - Assignment List

| Incident: Deepwater Horizon | Prepared By: Hill, David | at 5/15/2010 04:25 |
|---|---|---|
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Large Fishing Vessel Group 1 - LA | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA Fishing Boat TF 5 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 5 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 5 | Fishing Vessel | Fishing Vessel | 24 each | |
| LA Fishing Boat TF 5 | Manpower: Responder | Manpower: Responder | 96 each | - 29 |
| LA Fishing Boat TF 5 | Sorbent: Boom | Sorbent: Boom | 5200 feet | |
| LA Fishing Boat TF 5 | Supply Boat | Supply Boat | 1 each | - 200 |

### Assignments

Nearshore Oil Recovery VOO Group 1:

Task Force 1 - Continue skimming with sorbents in the Chandelier Islands area
Task Force 2 - Continue Sheen busting in the Timbalier Bay area
Task Force 3 - Continue skimming with sorbents in the Chandelier Islands  area
Task Force 4 - Continue skimming with sorbents in the Chandelier Islands and Riglets area
Task Force 5 - Vessels are due to deploy to South Pass area
Total: 125 vessels

Develop plan to deploy 1 vessel from one of the task forces above to test ARTES materials (500' Nochar solidifying Boom
- coming out of Venice) for recovering sheen.
(POC - Vince Mitchell & Mike Bales)


1. Utilize fishing vessels with sorbent boom as weather permits to recover sheen as needed.
2. Assisting in monitoring and maintenace of hard boom

Deployment Configurations attached.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Situation Unit Comms Watch | | (985) 493-7807 | (985) 772-4475 |

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles.  Vessels must maintain appropriate speeds to
avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings  to the Environmental Unit and Wildlife
Branch.
Report spills and sheens 1-866-448-5816.
Roll-Off box requests and other Waste Management resources call 251-583-0804 or 251-583-0801 daytime 251-583-0791
night.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:37 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003017

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon | Prepared By: Hill, David | at 5/15/2010 04:25 |
| Period: Period 26 (5/16/2010 06:00 - 5/17/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Large Fishing Vessel Group 1 - LA | |

| Special Site-Specific Safety Considerations |
|---|

**FATIGUE & SAFETY**

Long work hours and/or many consecutive days of work can fatigue workers and make them feel tired, sleepy, irritable, depressed, or giddy. They may lose their appetite and are more likely to catch a cold or flu.

Fatigued workers tend to:
react more slowly than usual
fail to respond to things going on around them or respond incorrectly
show poor logic and judgment
be unable to concentrate
be less motivated and more forgetful
have a greater tendency for taking risks

Poor performance due to fatigue is particularly apparent with tasks that are repetitive and take 30 or more minutes to complete or are complex and require concentration.

Workers commonly cope with their reduced level of function by:
working more slowly
checking and rechecking their work
relying on fellow workers
choosing to carry out less critical tasks

Most people need 7.5 to 8.5 uninterrupted hours of sleep each day; less than this amount leads to a sleep debt that adds up over time. A single night's shortened or disrupted sleep may not affect a worker's performance immediately, but repeated disruptions over days and weeks can affect performance.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/15/2010 19:37 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003018