# EXHIBIT 15-E

| IAP Cover Sheet | |
|---|---|
| **Incident Name:** | **Operational Period to be covered by IAP:** |
| Deepwater Horizon MC252 | Period 40  (5/30/2010 06:00 - 5/31/2010 06:00) |

**Approved by:**

CGIC : _Dan R ___ Deputy IC USCG_

SOSC : _____ SOSC R_

RPIC : _____ MgWt IC_

# Incident Action Plan



| Prepared By: | Sanderson, Glen | | Prepared Date/Time: | 5/29/2010 03:52 |
|---|---|---|---|---|
| | IAP Cover Sheet | | Printed: 5/29/2010 15:40 | © 1997-2010 dbSoft, Inc. |

HCG154-004965

| NOAA Trajectory Forecast | | | |
|---|---|---|---|
| Incident: | Deepwater Horizon MC252 | Prepared By: | Sanderson, Glen   at 5/30/2010 02:40 |
| Period: | Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Version Name: | NOAA - 060110 1200hrs Trajectory Forecas |

### 0060110 1200hrs NOAA Trajectory Forecast

THIS IS A COMPUTER MODEL ESTIMATION, NOT AN ACTUAL DESCRIPTION OF CONFIRMED OIL.

## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

**NOAA/NOS/OR&R**   [Nearshore]

Estimate for: 1200 CDT, Tuesday, 6/01/10
Date Prepared: 2100 CDT, Saturday, 5/29/10

This forecast is based on the NWS spot forecast from Saturday, May 29 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Friday and Saturday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil
on 01-June-10 at 1200 CDT

Mississippi Canyon 252
Incident Location

See Offshore Forecast for
trajectories of oil to the south

0  20  40    80
|———|———|
Miles

Moderate southerly winds are forecast through Tuesday at 5-10 kts. These winds may begin moving oil that has been tending to the southwest from the source towards the Delta. In addition to continued threats to shorelines in Breton and Chandeleur Sounds, model results indicate that some oil may move north to threaten the barrier islands off Mississippi and Alabama later in the forecast period. Note that the southern extent of the oil is not included in this forecast.

| Trajectory | |
|---|---|
| ☐ | Uncertainty |
| | Light |
| | Medium |
| | Heavy |
| ✕ | Potential beached oil |

Next Forecast:
May 30th PM

| NOAA Trajectory Forecast | Printed: 5/30/2010 02:40 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005157

## ICS 202 - General Response Objectives

| Incident: Deepwater Horizon MC252 | Prepared By: Sanderson, Glen at 5/29/2010 08:42 |
|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Version Name: LA - Houma IMT Objectives |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| • d. Develop and deliver a secure workplace | | |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | |
| • a. OFF-SHORE DEEPER WATER | | |
| • a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| • a2. Overflight/monitoring for situation awareness, integration into common operating picture and operations direction(O) | Air Ops Branch Director | In Progress |
| • a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| • a5. Continue to deploy, optimize and enhance controlled burn plan (O) | Deputy Operations Chief | In Progress |
| • a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boom). | | |
| • b. NEAR SHORE | | |
| • b1. Keep LOOP operational (O) | O P S | Planned |
| • b2, Deploy, track and verify proper personnel and equipment for optimal response (O) | Near-shore recovery | In Progress |
| • b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| • b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| • b5. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| • b6. Assess equipment decon and vessel cleaning stations capacities and enable sustainability including ongoing oil and gas processings facilitiies(O) | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | |
| • c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| • c2. Keep Mississippi River operational (O) | O P S | Planned |
| • c3. Priortize notification and response protocol of fast response teams, forensic assessment teams (FRAT), and SCAT (O) (M) | | |
| • c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | |
| • Identify threatend species and prepare to recover and rehabilitate injured wildlife (O) | | |

| ICS 202 - General Response Objectives | Printed: 5/29/2010 15:43 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005158

## ICS 202 - General Response Objectives

| Incident: Deepwater Horizon MC252 | Prepared By: Sanderson, Glen | at 5/29/2010 08:42 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Version Name: LA - Houma IMT Objectives | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | Environmental | In Progress |
| **4. Manage a Coordinated Response Effort  (M)** | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| • 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs, Parish presidents, and  EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| • 4d. Utilize local and tribal resources to the extent possible and distribute resource amongst the parishes | | |
| • 4e. Develop and ensure proper protocol is followed for evidence collection and protection | | |
| • 4f.  Ensure proper span of control at each staging area to allow proper alignment with IAP | | |
| • 4g. Effectively manage use of volunteer resources where appropriate | | |
| **5.  Maintain a proactive, responsive public affairs posture (M)** | | |
| • 5a.  Active engagement with State and Local Agencies, Communities, Parish presidents, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill: educate public.  (M) | Public Information Officer | In Progress |
| **6.  Account for response-related costs and critical resources (M)** | | |
| **7.  Manage demobilization of all response assets (M)** | | |
| **8. Responsibly Manage Waste Generated from spill clean up activities according to all applicable regulations** | | |
| • 8a. Use appropriate practices to minimize waste generated (M) | | |
| • 8b. Investigate options for in-situ mitigation (M) | | |
| • 8c. Manage resulting waste streams including proper permitting and documentation (M) | | |
| **9.  Manage Overall Information from ICP** | | |
| • From IMT - Consolidate all technical and scietific data for submission to Area Command | | |
| • Within IMT - Coordinate transfer of data transferred to/from the various agencies involved in response (M) | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

***See Attachment***

### Approved By

:  _____

| ICS 202 - General Response Objectives | Printed:  5/29/2010 15:43 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005159

## Priorities: Houma IMT (5/30/2010 0600 to 5/31/2010 0600)

1) Ensure the Health, Safety, & Security of Citizens and Response Personnel

   a) Ensure air and water monitoring is being properly done in all areas of operations and for public health, and that it is reported to key stakeholders

   b) Ensure proper procedures and monitoring are in place to proactively prevent heat related illness. Adjust activities levels as heat conditions dictate.

   c) Execute rapid follow through of Group 2 VOO investigation and communicate results broadly and proactively throughout the workforce

2) Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material

   OFFSHORE – DEEPER WATER

   a) Reduce amount of oil moving towards Southwest Pass, Rigolets, TX, MS, AL, FL, and Southeast of source.

   b) Investigate both short term tactical, and long term strategic opportunity to redeploy source skimming assets as skimmable oil decreases at source

   c) Execute tactical plan for northern emulsion streamers off MS and AL coast in conjunction with Mobile ICP

   NEAR SHORE

   d) Finalize UCCP approval with parishes and then continue boom deployment based on UCCP and most critical needs. Aggressively obtain and track boom from staging areas to water.

   e) Recover NOAA Sentinel water samples, analyze and recommend future path

   f) Skimming operation on oil emulsions around LOOP and towards Fourchon

   g) Develop forward plan to ensure constant skimming operations are on the water, factoring in expected downtime

   h) Enhance efficiency of aerial support for near shore skimming to ensure skimmer in optimal locations

HCG154-005160

ON SHORE

   i)   Develop structure for improved communication flow between Parish EOCs, staging areas/FOBs and ICP.  Execute revamped staging logistics plan at Venice and report progress.

   j)   Continue mobilizing resources for response in the impacted areas

   k)   Ensure timely receipt of data from onshore groups (SCAT, Wildlife, etc.) regarding situation status and communicate results.  Use this data to identify means to reduce cycle time from initial report to boots on the ground.

   l)   Accelerate fingerprinting of recovered materials.

   m)  Implement rapid mobilization of logistical support for ramped up Branch personel and on-location facilities  Report planned timing for bases to become operational

3) Recover & Rehabilitate Injured Wildlife

   a)   Continue wildlife impact evaluation and rehab.

   b)   Provide information on natural vs. spill related effects on the wildlife.

4) Manage Coordinated Response

   a)   Optimize physical and personnel resources

   b)   Identify additional potential resource bottle-necks

   c)   Continue improving capabilities of night shift to properly support planning and operational activities.

   d)   Integrate Houma ICP Strategic planning with area command.

   e)   Evaluate and execute plan to improve span of control at.

   f)   Establish appropriate milestones and metrics by section to show progress and continuous improvements

5) Keep Stakeholders and Public Informed

6) Be the best reliable source of information

   a)   Continue to expand visualization capabilities showing response plans and progress

   b)   Increase situational awareness being pushed to the parish EOCs including plans to embed SitL in EOC parishes.  Also increase situational awareness being pushed to the Forward Branch bases.

HCG154-005161

PIO

c) Continue transparency and timely information and access to our stakeholders, the public and the media.  Localize the Strategic Communications and talking points e.g. "Know your: Oil, Dispersant, Clean up process and criteria, and Community Support"

d) Enable forward media/liaison plans integrating with operations

e) Engage major media outlets to "tell the story" of the cleaning activities.  This should include offshore and shoreline clean up activities.

LIAISON

f) Increase Coordination/Communications between operations, liaison and community relations efforts, including volunteer coordination activities.

g) Establish protocol for protection and collection of evidence

   i)   Any debris from initial event (Deep Water Horizon)

   ii)  Evidence related to investigation due to response incidents

7) Account for response-related costs and critical resources

8) Manage demobilization of all response assets

9) Manage waste generated from spill response

   a) Develop visibility for tracking waste management samples, tests and actual waste disposed from all sites.

10) Manage Information from ICP

   a) Improve flow of monitoring and integration of data and provide timely communication of processes and results.

HCG154-005162

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: planning    at 5/29/2010 03:52 |
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging: Air Operations Branch - LA

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Deputy Operations Section Chief | Holton, Aaron | Obriens | 985-774-5208 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425/985-493-7823 |
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| Air Ops Branch Director/USCG | Cromwell , John | U.S. Coast Guard | 214-300-1041 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Airborne Command & Control | Manpower: Responder | | 6 each | |
| Airborne Command & Control | Military Fixed Wing | Military Fixed Wing | 2 each | |
| Aerial Mapping (Dash 8) | Civilian Fixed Wing | Civilian Fixed Wing | 1 each | |
| Aerial Mapping (Dash 8) | Civilian Helo | Civilian Helo | 1 each | |
| Aerial Mapping (Dash 8) | Manpower: Operator | | 2 each | |
| Nearshore/Shoreline Surveilla | Civilian Helo | Civilian Helo | 11 each | |
| Aerial - In-situ burn monitoring | Civilian Fixed Wing | Civilian Fixed Wing | 1 each | |
| Aerial Surveillance - U.S. Army | Military Fixed Wing | Military Fixed Wing | 4 each | |
| Aerial Surveillance - U.S. Army | Military Helo | Military Helo | 12 each | |
| Aerial - SCAT | Civilian Helo | Civilian Helo | 4 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:01 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005163

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: planning | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air Operations Branch - LA | |

### Assignments

Make regular reports to the command post.
Follow FAA guidelines in regards to the NOTAM
Continue to monitor and report any impacted wildlife to the Wildlife Branch.
Provide overflights for NOAA trajectory validation support
Follow instructions for overflight restrictions over wildlife refuges.


Airborne Command & Control (P-3):
- De-conflict operational response air traffic and helicopter logistics traffic over the Gulf of Mexico .
- Follow instructions for overflight restrictions over wildlife refuges.

Aerial Mapping (Dash 8):
- Mapping of plume/source, monitoring extent of the slick, monitoring for shoreline impact, & quantification of boom deployed
   - 2 - fixed wing (Dash-8)

Offshore Surveillance/Recon:
- Fly out to gather slick intel and report back to ICP on oil spill deminsions and colors
     1 - fixed wing (King Air)

Tactical skimming operations:
- Direct skimmers to heaviest concentrations of oil
     1 - helicopter

Nearshore/Shoreline Surveillance/Recon:
- Fly shoreline to direct shoreline spill response needs
     5 - helicopters

Aerial - Controlled burn monitoring:
- Monitoring by EPA
     1 - Fixed Wing

Aerial Surveilance - U.S. Army National Guard:
- U.S. Army National Guard - Aerial surveillance and special aerial projects. (Coastal restoration, barrier island, and boom deployment reconnaissance.)
     1 - helicopter

Aerial - SCAT:
- SCAT - Provide aerial support for SCAT personnel
     4 - helicopters

Aerial Transport/AFAM:

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/29/2010 21:01 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005164

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: planning | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |

Division/Group/Staging: Air Operations Branch - LA

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***

Notify the IC in the event of:
- MISHAP/injury
- oiled wildlife
- media issues
- VIP visits/requests
- waterways issues
- oil impacts beaches / communities

PI/Safety Officer report in at 251-445-8949. Personnel return to ICP by 15:00 with day's documentation.

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles.  Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings  to the Environmental Unit and Wildlife Reporting Hotline (866.557-1401).

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor.  These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area.  Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc.  Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:01 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005165

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 5/29/2010 10:47 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Controlled Burn Group | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| CG Ops Sec Chief Deputy | Weaver, Michael | USCG | 985-226-1550 |
| Operation Branch Director - Offshor | Jefferies, Jeremiah | O'Brien's | 206-817-5845 |
| In-Situ Burn Operations Group Sup | Schrader, Robert | USCG | 609-309-1740 |
| Asst In-Situ Burn Operations Group | Jaeger, Andrew | USCG | 920-420-4497 |
| Asst In-Situ Burn Operations Group | Madore, Richard | U.S. Coast Guard | 985-860-5412 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Technical Specialist (T/S) | Mabile, Nere | BP | 281-989-9566 |
| Public Information Officer | Stultz, Mark | BP | 832-623-9096 |
| Air Ops Branch Director | Russell, Virgil | BP | 281-382-3719 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Controlled Burn Group | Air Spotter | Spotter | 4 each | |
| Controlled Burn Group | Boom | Boom | 6000 feet | - 72 |
| Controlled Burn Group | Boom: Fire | Boom: Fire | 10000 feet | |
| Controlled Burn Group | Crew Boat | Crew Boat | 3 each | |
| Controlled Burn Group | Manpower: Responder | | 92 each | |
| Controlled Burn Group | Response Boat | Response Boat | 3 each | - 220 |
| Controlled Burn Group | RHIB | RHIB | 7 each | |
| Controlled Burn Group | Supply Boat | Supply Boat | 1 each | |
| Controlled Burn Group | Work Boat | Work Boat | 8 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/30/2010 02:11 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005166

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad      at  5/29/2010 10:47 |
|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Controlled Burn Group |

### Assignments

OBJECTIVES:
ALL employees and contractors have the authority to stop work at any time for safety reasons.
Contain free floating oil in quantities sufficient for conducting in-situ burn.
Coordinate with SIM-OPS plan and Air Traffic Control to ensure area is safe before conducting burn.

TASKING:
Implement Controlled Burn plan as weather permitting.  Monitor operations and optimize as needed.
Continue to evaluate if oil has sufficient properties to sustain burning.

Replenish task forces for next in-situ burn operation, conduct training, prep fire boom, service and re-supply vessels, conduct hotwash to develop lessons learned from last deployment, update in-situ burn plan to incorporate lessons learned/defficiencies identified.

Identify resources needed to increase current capability. (2 Task Forces).  Maintain appropriate span of control by utilizing OSVs to assist with Command and Control.
- 6 Fire teams / 2 vessels each task force

Conduct SMART monitoring as determined by SSC and EPA air monitoring. (Aspec Plane Burn Task Forces include:
8 vessels (6 fishing vessels with 2 OSVs)
1 king air - surveillance for in-situ burn & training for more aerial observers.
4 Ignition Vessels

Maintain proper crew rest in accordance to safety plans.
1 Command Vessel (Premium Explorer)

Night burn ops require safety voice broadcast.

### Special Instructions for Division / Group

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.
At no time will the burn operations put the source control vessels in a situation where they are impacted by the smoke plume.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401
Report spills and sheens 1-866-448-5816.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/30/2010 02:11 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005167

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 5/29/2010 10:47 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Controlled Burn Group | | |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Conduct a Safety Briefing for all team members.
• See the In-Situ Burn Safety and Health Plan
PERSONAL SAFETY
• During igniting operations, required PPE for workers on deck include fire resistant coveralls, fire resistant gloves, safety boots with textured bottoms, personal floatation devices, and safety glasses.
• PPE for workers involved in boom retrieval include oil resistant coveralls, safety boots with textured bottoms, leather gloves, personal floatation devices, and safety glasses.
• Keep fingers clear of lines that can tighten
• Keep all body parts clear of connection areas that move
• All personnel shall protect themselves from severe weather.  Vessel Captains have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• Take appropriate breaks in order to prevent fatigue.
• To prevent heat stress, wear a hat and tinted safety glasses.  Hydrate frequently.
COMMUNICATION
• Review communication procedures prior to each task
• Ensure communication equipment is in working order
• Notify chain of command of any health, safety, security, or environmental incidents.  These include near miss, first aid, security breaches, chemical spills, etc.

In Situ Burn Ops is coordinating with dispersant aerial OPS to ensure no overlap.

ALL employees and contractors have the authority to stop work at any time for safety reasons.

### Additional Information

Report sightings of displaced shore boom with detailed description of location to situation unit.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/30/2010 02:11 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005168

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | at 5/29/2010 10:23 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Dispersant Group | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| CG Ops Sec Chief Deputy | Lee, Chris | USCG | 808-258-1075 |
| Offshore Branch Director | King, Caleb | O'Brien's | 270-816-7065 |
| Dispersant Ops Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Dispersant Group Liaison - Stennis | Schacht, Ken | MSRC | 425-293-1218 |
| Dispersant Group Liaison - Houma | Gass, Michael | Clean Caribbean & Amer | 954-658-1321 |
| Dispersant Group Liaison - USAF | Teig, Don | U.S. Air Force | 850-896-8801 |
| Dispersant Group Liaison - AT802 | Rosenberg, Edward | O'Brien's RM | 207-577-5226 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Public Information Officer | Stultz, Mark | BP | 832-623-9096 |
| CG Air Ops Branch Director | Cromwell , John | U.S. Coast Guard | 214-300-1041 |
| Air Ops Branch Director | Russell , Virgil | BP | 281-382-3719 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Air Spotter | Spotter | 8 each | |
| Dispersant Group | Air Sprayer | Sprayer | 12 each | |
| Dispersant Group | Dispersant - EC9500A | Dispersant | 50000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 150 each | |

### Assignments

Aerial Dispersant Group:

Daily approval required before spraying.

Aerial spray with planes:
Approval to apply Nalco EC9500A continues
Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown dispersable oil.
Ensure a no spray zone within 5 nautical miles of the source (28° 44.21 N by 88° 21.99 W) and any Insitu Burn operations.
Ensure there is a 2 nautical mile separation zone from any vessel/platform and 3 nautical miles around mammal sightings.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to collect fluorometer data and coordinate with Tier 1 Team monitoring.
Monitor stockpile of dispersant for supply replenishment to maintain sutainability and stockpile.
Instructions from UC is to maintain a 85,000 gallon minimum inventory
Follow instructions for overflight restrictions over wildlife refuges.
AT-802 is still being evaluated for operational use for the 10m depth contour or 3-15nm from shoreline.
M/V International Peace to perform multi-role: SMART, Dispersant Application and testing.

AT-802 has been evaluated and approved by BP for nearshore operational use  (Three (3) to fifteen (15) nautical miles/water depths greater than 10 meters). The second AT-802 arrived in Houma 5/28/10.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/30/2010 02:11 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005169

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command      at 5/29/2010 10:23 |
|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging: Dispersant Group

### Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

### Communications

| Name / Function | Radio:  Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | W of 89 degrees: 126.4, E of 89 degrees: 132. | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |
| EPA | jones.nancy@epa.gov | 214-789-1527 | |

### Tactical Objective

 Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop, AT-802
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
Maintain 3 (three) NM No Spray Zone when marine mammals and sea turtles are identified.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/30/2010 02:11 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005170

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command    at 5/29/2010 10:23 |
|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging: Dispersant Group

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• A JSEA shall be completed prior to beginning work.
• See the Gulf of Mexico Contract Aircraft Guidelines and the MC252 Air Operations Plan.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• If In-Situ burning will be on-going in your area of operation, avoid smoke plumes.  Ensure your tasks do not interfere with
their operations.
• NO SMOKING, unless in a designated area.  Strict adherence to the smoking policy is required.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working order.
• Review Hand Signals with all response personnel.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting,
etc).
• Notify chain of command of any health, safety, security, or environmental incidents.  These include near miss, first aid,
security breaches, chemical spills, etc.
Everyone has the right and duty to stop a task that is recognized as unsafe.

### Additional Information

Report sightings of displaced shore boom with detailed description of location to situation unit.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/30/2010 02:11 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005171

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Fernley, Sean | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 – 5/31/2010 06:00) | Branch: Sector New Orleans | |

**Division/Group/Staging:** SMART Group

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| SmaRT Group Supervisor | Graf, Kevin | United States Coast Gua | 985-226-1283 |
| CG Ops Sec Chief Deputy | Weaver, Michael | USCG | 985-226-1550 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| Public Information Officer | Stultz, Mark | BP | 832-623-9096 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LOOP Oil Sampling Team (LC | Crew Boat | Crew Boat | 1 each | |
| LOOP Oil Sampling Team (LC | Manpower: Responder | | 2 each | |
| Aerial Tier 1 SMART Team | Aircraft: Helo | Aircraft: Helo | 1 each | |
| Aerial Tier 1 SMART Team | Manpower: Responder | | 2 each | |
| On Water Tier 2/3 SMART Tea | Manpower: Responder | | 21 each | |
| On Water Tier 2/3 SMART Tea | Response Boat | Response Boat | 2 each | - 220 |
| On Water Tier 2/3 SMART Tea | Work Boat | Work Boat | 1 each | |

### Assignments

USCG SMART On Water Tier 2/3:

- One Tier 3 Team and establish two (2) additional Tier 2 Teams
- Collect Fluorometer data on dispersant effectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.
- Conduct sampling for Environmental Unit as directed SSC
- Provide air monitoring with SMART Tier 2/3 teams.
- Late runner to provide information from Venice to Houma ICP.

2 OSVs - Warrior and International Peace (Int Peace crew change/restock) to be underway on 29 May 2010
Workboat - Mule


USCG SMART Aerial Tier 1:

Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveilance support as required.
Team in Houma to provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group and Environmental Unit
Follow instructions for overflight restrictions over wildlife refuges.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:01 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005172

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Fernley, Sean | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |

Division/Group/Staging: SMART Group

### Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

Implemented safety protocol for all members of sample team aboard the IP and Warrior. Teams are to wear APR (Air purifying Respirator) while doint sampling. Crew of vessel(s) are to remain inside vessel while sampling operations take place. Team to operate on a 45/15 work/rest ratio. Amendment to safety plan in process of being completed.

Venice Team Lead to provide plan of the day w/ personnel & vessel they are operating.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
Maintain 3 (three) NM No Spray Zone when marine mammals and sea turtles are identified.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:01 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005173

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Fernley, Sean | at 5/29/2010 03:52 |
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |

**Division/Group/Staging:** SMART Group

## Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• A JSEA shall be completed prior to beginning work.
• See the Gulf of Mexico Contract Aircraft Guidelines and the MC252 Air Operations Plan.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• Wear hearing and eye protection at all times around operating helicopters
• Approach and depart helicopters from the front
• Wear PFD's and seatbelts at all times.
• Stay away from rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• All passengers shall follow the pilots direction at all times.
• If In-Situ burning will be on-going in your area of operation, avoid smoke plumes. Ensure your tasks do not interfere with their operations.
• NO SMOKING, unless in a designated area. Strict adherence to the smoking policy is required.
• To prevent heat stress, wear a hat and tinted safety glasses. Hydrate frequently.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working order.
• Review Hand Signals with all response personnel.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.
Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | (OSC): | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:01 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005174

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Skimmer Group West VOSS TF (USCG-1) | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James (Jim) | BP | 713-562-6419 |
| Offshore Operations Branch Directo | Mcfarland, Barry | MSRC | 281-352-4190 |
| Skimming Group West VOSS TF Le | Altendorf, Jereme | USCG | 619-933-0508 |
| M/V Bumble Bee | LTJG Wyson, Mike | USCG | 617-283-4772;  337-513-006 |
| Task Force 2 | CWO Kuch | USCG | 415-225-2821;  881-622-427 |
| Task Force 3 | YN1 Herrera, Joseph | USCG | 850-496-4353;  881-622-427( |
| Task Force 4 | ET1 Casterisano / DC2 Isla | USCG | 881-622-4276/01 |
| Task Force 5 | TBD | | |
| M/V Transporter | | | |
| USCGC Harry Claiborne | CWO3 John Ward | USCG | 881-62281-923-5046;  713-3( |
| VOSS/SORS Equipment Support T | Hemenway, Dale | USCG | 252-267-2998 |
| VOSS/SORS Equipment Support T | Bendixen, Roald | USCG | 360-930-1161 |
| Aerial Observer | LT Dan Denham | USCG | 314-520-8107 |
| Aerial Observer | Calvin, John | LA Dept. Enviromental Q | 504-201-5942 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Skimmer Group West VOSS T | Aircraft: Helo | Aircraft: Helo | 1 each | |
| Skimmer Group West VOSS T | Barge: Offshore | Barge: Offshore | 2 each | |
| Skimmer Group West VOSS T | Manpower: Responder | | 54 each | |
| Skimmer Group West VOSS T | OSRV | OSRV | 5 each | |
| Skimmer Group West VOSS T | Support Vessel | Support Vessel | 2 each | |
| Skimmer Group West VOSS T | Tug | Tug | 4 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:02 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005190

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 5/29/2010 03:52 |
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Skimmer Group West VOSS TF (USCG-1) | |

| Assignments |
|---|

**SKIMMER GROUP WEST VOSS TF**
- Operate in a safe and deliberate manner to ensure safety of vessel and crew.
- Conduct skimming operations west of Mississippi River Delta from Port Fourchon via the area around the LOOP platform based on aircraft sightings while staging out of Port Fourchon, LA.
- Maximize on-scene time to skim maximum possible amounts of oil.
- Direction will be given to Task Force leaders via the Command and Control vessel.
- Task Force leaders are to ensure daily logs are maintained.
- Vessels are to decant to maximize on-water storage aboard each vessel.
- Maximize in-port time, perform safety checks, replenish supplies, and fix/correct equipment discrepancies

**USCGC HARRY CLAIBORNE:**
- Maintain communications with Command and Control vessel and Task Force leaders
- Remain immediately available to provide on-scene support to Task Force vessels where and when needed
- Ensure daily transmittal of OPSUM via normal CGMS channel
- Communicate list of necessary supply replenishment needs, equipment casualties and pier side service needs to Command and Control vessel (for situational awareness) and to Port Fourchon STAM prior to departure from oil skimming operations area for timely coordination of availability of supplies and services by Port Fourchon STAM
- CGC HARRY CLAIBORNE is 175ft long and has a draft of 9 feet, mooring assist arrangements should be made prior to arrival in Port Fourchon; CO may contact ICP Houma and/or Staging Area Manager at Port Fourchon to assist in arrangements.

**M/V BUMBLE BEE:**
- Maintain communications with all air and vessel assets, Port Fourchon Staging, and ICP Houma
- Coordinate vessel operations based on aerial observations:
- Receive recoverable oil location data from air platform and direct Task Forces to reported locations as appropriate
- Receive daily recovery updates (in barrels) from Task Force leaders and report to ICP Houma by 1700 daily
- Receive daily OPSUM data from all Task Force leaders, consolidate into one OPSUM and transmit to ICP Houma by 2000 daily
- Coordinate barge off-load rotation with skimming vessels and off-load barge
- Maintain situational awareness of skimming vessel off-load timing and rotation and communicate to off-load barge
- Coordinate vessel port calls with skimming vessels and Port Fourchon STAM
- Collect list of necessary supply replenishment needs, equipment casualties, and pier side service needs and communicate to STAM at the time of skimming vessel departure from skimming operations area to ensure necessary supplies and services are immediately available upon arrival

**Task Force Leaders:**
- Maintain communications with command and control vessel and task force vessel
- Carry out task directions given by command and control vessel
- Provide Task Force daily recovery updates in barrels to Command and Control vessel by 1630 daily
- Provide Task Force daily OPSUM data to Command and Control vessel by 1900 daily
- Receive recoverable oil location data from Command and Control vessel and direct Task Force to the locations as appropriate
- Communicate in advance of reaching recovery tank capacity need for barge off-load with Command and Control vessel for timely coordination withoff-load barge
- Communicate list of necessary supply replenishment needs, equipment casualties and pier side service needs to Command and Control vessel prior to departure from oil skimming operations area for timely coordination of availability of supplies and services by Port Fourchon STAM

**VOSS/SORS Equipment Support Task Force:**
- Task to be determined.

| Reviewed By Signatures - (PSC): | (OSC): | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:02 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005191

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad    at 5/29/2010 03:52 |
|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging: Skimmer Group West VOSS TF (USCG-1)

### Special Instructions for Division / Group

Report description, location, and number of distressed or deceased wildlife to the Wildlife Reporting Hotline:
1-866-557-1401.
PRE-TASK SAFETY: Perform safety brief prior to commencement of daily operations.
PERSONAL SAFETY: All appropriate PPE shall be worn when necessary. Remain aware of heat stress and dehydration, take appropriate amount of breaks in a cool shaded area and hydrate frequently. Notify chain of command of any health, safety, security, or environmental incidents. Everyone has the right and duty to stop a task that is recognized as unsafe.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| M/V Bumble Bee | VHF FM 16/122.85/123.45 | | |
| Safety Officer Craig DeVillier | | 281-217-3383 | |
| Additional SAT Phones | | 881-622-4276/03 | 881-622-4275/97 |

### Emergency Communications

| Medical | Evacuation | Other |
|---|---|---|
| VHF-FM 16 | VHF-FM 16 | |

### Special Environmental Considerations

Report spills and sheens 1-866-448-5816.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:02 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005192

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Fishing Vessel Group 1 - LA | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| CG Ops Sec Chief | Lee, Chris | TEAM | 985-774-5208 |
| CG Ops Sec Chief Deputy | Weaver, Michael USCG | USCG | 985-226-1550 |
| Offshore Operations Branch | Dubach, Josh | Obriens | 281-330-9930 |
| Offshore Branch Deputy Director | King, Caleb | Obriens | 270-816-7065 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Fishing Vessel Group 1 - LA | Aircraft: Helo | Aircraft: Helo | 1 each | |
| Fishing Vessel Group 1 - LA | Barge: Offshore | Quarters/Support | 5 each | |
| Fishing Vessel Group 1 - LA | Belt Skimmer | Belt/Brush Skimmer | 30 each | |
| Fishing Vessel Group 1 - LA | Boom | Boom | 50000 feet | - 24 |
| Fishing Vessel Group 1 - LA | Crew Boat | Crew Boat | 12 each | |
| Fishing Vessel Group 1 - LA | Deck Barge | Decon Jackup | 1 each | |
| Fishing Vessel Group 1 - LA | Fishing Vessel | Fishing Vessel | 125 each | |
| Fishing Vessel Group 1 - LA | Manpower: Responder | | 580 each | |
| Fishing Vessel Group 1 - LA | Pumps | Oil Loading Pumps | 4 each | |
| Fishing Vessel Group 1 - LA | Safety Boat | Safety Boat | 10 each | |
| Fishing Vessel Group 1 - LA | Storage Barge (Offshor | Storage Barge (Offshore) | 1 each | |
| Fishing Vessel Group 1 - LA | Supply Boat | Supply Boat | 8 each | - 200 |
| Fishing Vessel Group 1 - LA | Support Vessel | Decon Support Vessel | 5 each | |
| Fishing Vessel Group 1 - LA | Tug | Tug | 4 each | |
| Fishing Vessel Group 1 - LA | Work Boat | Liquid Waste Transfer Ves | 3 each | |
| LA Fishing Boat TF 1 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 1 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 1 | Fishing Vessel | Fishing Vessel | 25 each | |
| LA Fishing Boat TF 1 | Manpower: Responder | | 103 each | |
| LA Fishing Boat TF 1 | Sorbent: Boom | | 5200 feet | |
| LA Fishing Boat TF 1 | Supply Boat | Supply Boat | 1 each | - 200 |
| LA Fishing Boat TF 2 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 2 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 2 | Fishing Vessel | Fishing Vessel | 25 each | |
| LA Fishing Boat TF 2 | Manpower: Responder | | 105 each | |
| LA Fishing Boat TF 2 | Sorbent: Boom | | 5200 feet | |
| LA Fishing Boat TF 2 | Supply Boat | Supply Boat | 1 each | - 200 |
| LA Fishing Boat TF 3 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 3 | Crew Boat | Crew Boat | 2 each | |

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|

| ICS 204 - Assignment List | Printed: 5/30/2010 02:19 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005193

## ICS 204 - Assignment List

| | | | | |
|---|---|---|---|---|
| Incident: Deepwater Horizon MC252 | | Prepared By: Hill, David | | at 5/29/2010 03:52 |
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | | Branch: Sector New Orleans | | |
| Division/Group/Staging: Fishing Vessel Group 1 - LA | | | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA Fishing Boat TF 3 | Fishing Vessel | Fishing Vessel | 25 each | |
| LA Fishing Boat TF 3 | Manpower: Responder | | 105 each | |
| LA Fishing Boat TF 3 | Sorbent: Boom | | 5200 feet | |
| LA Fishing Boat TF 3 | Supply Boat | Supply Boat | 1 each | - 200 |
| LA Fishing Boat TF 4 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 4 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 4 | Fishing Vessel | Fishing Vessel | 25 each | |
| LA Fishing Boat TF 4 | Manpower: Responder | | 100 each | |
| LA Fishing Boat TF 4 | Sorbent: Boom | | 5200 feet | |
| LA Fishing Boat TF 4 | Supply Boat | Supply Boat | 1 each | - 200 |
| LA Fishing Boat TF 5 | Boom | Boom | 10000 feet | - 24 |
| LA Fishing Boat TF 5 | Crew Boat | Crew Boat | 2 each | |
| LA Fishing Boat TF 5 | Fishing Vessel | Fishing Vessel | 24 each | |
| LA Fishing Boat TF 5 | Manpower: Responder | | 96 each | |
| LA Fishing Boat TF 5 | Sorbent: Boom | | 5200 feet | |
| LA Fishing Boat TF 5 | Supply Boat | Supply Boat | 1 each | - 200 |

### Assignments

Oil Recovery F/V SG Group 1:
TF 1, 3, 4, & 5 - Continue working in Southwest Pass to Main Pass.
TF 2 - Being refitted with boom over the next few days & crew issues due to recent safety incident being resolved

Tasks:
1. Utilize fishing vessels with sorbent boom as weather permits to recover sheen as needed
2. Conduct aerial surveillance to ensure F/V SG are in recoverable oil

### Special Instructions for Division / Group

Guidelines for Nearshore On-Water
Response in Marsh Areas - MC 252

Rapid response to and cleanup of floating oil in nearshore waters is of high priority. Realizing that the distinction between the nearshore water and the shoreline can be confusing, the following guidelines are provided for on water recovery.

1. All work must be conducted from the boat; no walking on any shoreline.
2. Do not penetrate into any vegetation of any kind, either with the boat or any equipment. However, skimming can be conducted adjacent to the vegetation, assuming sufficient water depths.
3. Do not clean up oil on the shorelines until Shoreline Treatment Recommendation (STR) Operational Permit to Work is provided.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Situation Unit Comms Watch | | (985) 493-7807 | (985) 772-4475 |

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|

| ICS 204 - Assignment List | Printed: 5/30/2010 02:19 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-005194

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |

Division/Group/Staging: Fishing Vessel Group 1 - LA

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.
Report spills and sheens 1-866-448-5816.
Roll-Off box requests and other Waste Management resources call 251-583-0804 or 251-583-0801 daytime 251-583-0791 night. Recovered oil/waste management plan.

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Conduct a Safety Briefing for all crew members. Topics include lessons learned from prior missions, weather, PPE requirements, communications, and food and water.
• See the appropriate Safety Plan for work being performed.
• Obtain an updated weather report prior to deployment.

PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary. PPE during skimming operations include hearing protection, safety glasses, body protection (Tyvek/PVC), work boots, hard hats, PFDs, and work gloves
• Secure items on vessels to prevent movement while at sea.
• Keep fingers clear of lines that can tighten
• Keep all body parts clear of connection areas that move
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• Take appropriate breaks in order to prevent fatigue.
• To prevent heat stress, wear a hat and tinted safety glasses. Hydrate frequently.

COMMUNICATION
• Review communication procedures prior to each task
• Ensure communication equipment is in working order
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

If In-Situ burning will be on-going in your area of operation, avoid smoke plumes. Ensure your tasks do not interfere with their operations.
Everyone has the right and duty to stop a task that is recognized as unsafe.

### Additional Information

In case of inclement weather, prepare boom anchorage assembly if resources permit, otherwise consider safety stand-down and review safety procedures.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/30/2010 02:19 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | | Prepared By: Bradbury, Cody | | at 5/29/2010 03:52 |
|---|---|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | | Branch: Sector New Orleans | | |
| Division/Group/Staging: Shoreline Cleanup TF #1 | | | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, Jim | BP | 713-562-6419 |
| Branch Director | Neuhausen, Scott | BP | 409-771-1070 |
| Branch Director | Eiland, Pat | USCG | 757-660-1885 |
| Deputy Branch Director | Smith, Stephen | O'Briens | 504-382-8351 |
| Deputy Branch Director | Tieman, Jason | USCG | 409-256-5560 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Shoreline Cleanup TF #1 | Airboat | Large Airboat | 3 each | 21 - 36 feet |
| Shoreline Cleanup TF #1 | Airboat | Small Airboat | 6 each | 16 - 20 feet |
| Shoreline Cleanup TF #1 | Barge: Inland | 24' - 28' Barge Boats | 8 each | |
| Shoreline Cleanup TF #1 | Barge: Inland | 75' Storage Barge | 2 each | |
| Shoreline Cleanup TF #1 | Barge: Inland | Barge: Inland | 1 each | 120 feet |
| Shoreline Cleanup TF #1 | Barge: Inland | SBS Barge | 1 each | |
| Shoreline Cleanup TF #1 | Barge: Offshore | WITH Roll Offs | 1 each | |
| Shoreline Cleanup TF #1 | Crew Boat | Crew Boat | 4 each | |
| Shoreline Cleanup TF #1 | Manpower: Responder | | 179 each | |
| Shoreline Cleanup TF #1 | Roll Off Box | Roll Off Box | 1 each | |
| Shoreline Cleanup TF #1 | Tug | Tug | 2 each | |
| Shoreline Cleanup TF #1 | Vessel | Jon Boat | 2 each | |
| Shoreline Cleanup TF #1 | Vessel | Vessels | 2 each | 24 - 36 feet |

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:04 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005216

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Bradbury, Cody | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Shoreline Cleanup TF #1 | | |

### Assignments

Shoreline Clean-up TF #1 - Recovery 1 - Deploy from Plaquemines Pier, continue beach clean-up at South Pass outer and inner bars (Recover tar balls and oiled debris on the sand bar in accordance with assigned STR permit). Respond to reports of oil sightings.


Leader: Jerome Beloelo
Assignment Location: South Pass (Division 6 & 7)
LAPL09-S008, LAPL07-S001, LAPL07-S002, LAPL-S003, LAPL07-S004

R1 deploy from Plaquemines Pier, continue beach cleanup on South Pass Outer and Inner Bars. Recover tar balls and oiled debris on the sand bar in accordance w/ assigned STR work permit. Respond to reports of oil-sightings. USCG Response Teams continue to provide recon, site safety, contractor monitoring to support operations. Record observations and activities on ICS 214, recording GPS coordinates as necessary. Provide copy of 214 and photos from beginning and end of day's work to Situation Unit.
175 people
CG Personnel: MST1 Devine, MST2 Himmelein
EMTs: Chad Matt, Jason Hawkherd HSEs: Matt Colvin Tim Richard O'Brien's Rep: Josh Dubach

LA9766EM - OMI - Jerome Beloelo (8816-5144-8581) - 26' Barge
LA2177FF - USES/AIR
LA6309FU - USES/AIR - Kurt Gilbert - Air Boat
LA6307FN - USES/AIR - Jody Danos - Air Boat
LA6292FL - USES/AIR - Danny Danos - Air Boat
Large Air Boat
Large Air Boat
LA3634FS - Lawson - Joseph Callhan - 28' Barge
LA8092FH - USES - Kenneth Luquette - 28' Barge
1130883 - USES - Marco Castillo - 28' Barge
OR636ABX - USES - Fitzgerald Stewart - 26'
          USES/TLC - open deck spud barge
TX8446CT - USES/J2S - Rex Luongo - 28' Barge
          USES/FAB - FWD staging barge onsite:
LA2633EE - Lawson - Craig Domanague - 24' Work Barge
LA9893FR - Anthony Esteves - 30' Barge - 30' Barge
LA1395LV - USES/TLC - Lance Defiore - 30' Barge
LA5674FA

992302 George E. Baker - 52' Work Boat - 52' Work Barge
979481 Port of Nola - 52' Crew Boat - 52' Crew Barge
 Buds Boat - Crew
266313 Buds Boat Jared Gordy - Crew Boat
LA8180 USES/TLC - Mike Adams Jr - 24' Work Boat




### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Plaquemines Branch | VHF-FM CH 80 | (262) 249-5317 | |
| | | | |
| | | | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:04 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005217

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Bradbury, Cody          at 5/29/2010 03:52 |
|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: Shoreline Cleanup TF #1 | |

### Special Environmental Considerations

Report spills and sheens 1-866-448-5816.

### Special Site-Specific Safety Considerations

MAINTAIN SITUATIONAL AWARENESS AT ALL TIMES. Be mindful of slips, trips, and falls. Remain hydrated, wear sunscreen, watch for environmental hazards (wildlife,insects. etc.) Report all safety concerns to the Safety Officer. All vessels must maintain appropriate speeds to avoid collisions and should be watching for marine mammals.
Hard hats, safety glasses, steel toed boots must be worn as required when performing operations. While engaged in operations involving oil, tyvek suits and inner/outer nitrile or neoprene gloves are required. PFD's are required when working closer than 10 ft of a water depth of 3 ft or more.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:04 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005218

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Planning Section Chief | Isgren, John | BP | 281-686-6156 |
| Environmental Unit Leader | Condon, Michael | BP | 425-308-2901 |
| Environmental Unit | Jarrell, Melanie | O'Brien's RM | 904-537-3507 |
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Air/Water/Product Sampling & | Airboat | Airboat | 2 each | - 240 |
| Air/Water/Product Sampling & | Fishing Vessel | Fishing Vessel | 3 each | |
| Air/Water/Product Sampling & | Manpower: Responder | | 54 each | |
| Air/Water/Product Sampling & | Manpower: Supervisor | | 9 each | |
| Air/Water/Product Sampling & | Response Boat | Response Boat | 3 each | |

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:08 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005260

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 5/29/2010 03:52 |
|---|---|---|
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring | |

### Assignments

FRAT (Forensic Rapid Assessment Team) -
FRAT TEAM 1 - to Grand Isle State Park
FRAT TEAM 2 - to Point Chenier Roquille (barrier islands east of Grand Isle by skiff)
Venice - 2 Airboats
West - 2 Airboats
3 - 25' skiff for rapid sampling

Air Monitoring/Sampling Team from:
- Waveland, MS to St Bernard Parish
- New Orleans to Venice
- Houma to Grand Isle
- Houma to Franklin
- Franklin to Intracoastal City
- Venice to Grand Isle
- Grand Isle to Terrebonne Bay
- Atchafalaya Bay to Vermilion Bay

Staging area perimeter air monitoring in:
- Slidell
- Hopedale/Shell Beach
- Venice
- Grand Isle
- Port Fourchon
- Chauvin
- Franklin

CONTROL OPERATIONS
CTEH is conducting community air monitoring along Louisiana shoreline.  4 Air monitoring/sampling teams consisting of 2-3 people each (days/nights shift).  Conducting both real-time air monitoring and analytical air sampling at 6 fixed locations.
CTEH conducting shoreline air monitoring along Louisiana coast line, in areas not accessible by road.  Three teams consisting of 2 air monitoring personnel are conducting real-time air monitoring using vessels of opportunity (boats).
CTEH is conducting perimeter air monitoring around 5 staging areas from Slidell to Port Fourchon.  Five teams consisting of 2-3 people each (days/nights shift will be conducting both real-time air monitoring and analytical air sampling at 5 fixed locations.
CTEH will have two logistics personnel coordinating efforts, in addition to the air lead.

Each air monitoring team will have at mimimum: 1 MultiRAE Plus with H2S and SO2 sensors, calibration gases, regulators, AM510 with impactor and/or Dust Trak DRX, zero filter, Gastec pump with chemical specific detector tubes, and handheld PDA (MC-55 or equivalent). Each team may have an UltraRAE or ppbRAE with calibration gases and regulators. Each team may have additional equipment as needed, due to battery limitations or field conditions. Furthermore, GPS, camera, etc. may be on-site.

In addition, analytical sampling kits consist of each of the following at minimum: 5 SKC sampling pumps with appropriate media, 2 evacuated canisters with appropriate regulators, drycal, bank charger, tubing, and H2S passive sampling media and holder, clips, and tube.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Situation Unit Comms Watch | | (985) 493-7807 | (985) 772-4475 |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:08 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005261

## ICS 204 - Assignment List

| | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 5/29/2010 03:52 |
| Period: Period 40 (5/30/2010 06:00 - 5/31/2010 06:00) | Branch: Sector New Orleans | |

**Division/Group/Staging:** Air/Water/Product Sampling & Monitoring

### Special Environmental Considerations

Sampling or field support should also survey areas for any marine mammals or turtles and oiled or distressed birds or other animals. Record GPS location, attempt to get a picture and report immediately to the Wildlife Reporting Hotline: 1-866-557-1401. Please report any signs of spills/sheens to 1-866-448-5816. Please call 251-583-0804 or 251-583-0801 (Daytime) or 251-583-0791 (Nightime) to order Waste Management resources. All air monitoring should be conducted in accordance with the Incident Air Monitoring Plan.

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
•Conduct a Safety Briefing for all team members.
•See the Site Safety Plans for Oil Spill Containment and On Water Site Safety Plan by MSRC and NRC oil spill response vessels/barges.

The site-specific safety documents for the on-water oil recovery operations are listed below:
• MSRC Dispersant Group Site Safety Plan for Dispersant Staging Airport Operations
• MSRC Response Site Safety Plan (SSP)
• Site Safety Plan for Dispersant Operations (NRC Plan) Note: page header reads-O'Brien's Response Management
• NRC Site Safety Plan (vessels)
• MC 252 Air Monitoring Plan (BP)

PERSONAL SAFETY
• Keep fingers clear of boat lines that can tighten
• While on vessels, keep all body parts clear of connection areas that move
• All personnel shall protect themselves from severe weather. Vessel Captains have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• Take appropriate breaks in order to prevent fatigue.
• To prevent heat stress, wear a hat and tinted safety glasses. Hydrate frequently.

COMMUNICATION
• Review communication procedures prior to each task
• Ensure communication equipment is in working order
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

On-water oil recovery vessel activities to be coordinated by O'Brien's Oil Pollution Services.

If In-Situ burning will be on-going on near your area of operation, avoid smoke plumes. Ensure your tasks do not interfere with their operations.

Everyone has the right and duty to stop a task that is recognized as unsafe.

| | |
|---|---|
| Reviewed By Signatures - (PSC): | (OSC): |

| | | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/29/2010 21:08 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-005262