# EXHIBIT 15-F

| IAP Cover Sheet | |
|---|---|
| Incident Name: | Operational Period to be covered by IAP: |
| Deepwater Horizon MC252 | Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) |

Approved by:

CGIC :

SOSC :

RPIC :

7/5/10

# Incident Action Plan

Louisiana is following a 48 hour planning period.  This plan will cover the followings dates 07052010 to 07072010, periods "76 and 77" as a 48 hour operational period.



| Prepared By: | Sanderson, Glen | Prepared Date/Time: | 7/4/2010 15:47 |
|---|---|---|---|
| | IAP Cover Sheet | Printed: 7/4/2010 16:02 | © 1997-2010 dbSoft, Inc. |

HCG154-010640

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | | Prepared By: Allison, Brigette | at  7/4/2010 02:44 |
|---|---|---|---|
| Period: Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | | Branch: Sector New Orleans | |
| Division/Group/Staging: LA - Air Operations Branch | | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA - Air Operations Branch | Civilian Fixed Wing | Civilian Fixed Wing | 3 each | |
| LA - Air Operations Branch | Civilian Helo | Civilian Helo | 33 each | |
| LA - Air Operations Branch | LANG Helo | LANG Helo | 2 each | |
| LA - Air Operations Branch | Manpower: Operator | Manpower: Operator | 55 each | |
| LA - Air Operations Branch | Manpower: Responder | Manpower: Responder | 14 each | |
| LA - Air Operations Branch | Military Fixed Wing | Military Fixed Wing | 1 each | |
| LA - Air Operations Branch | USCG Helo | USCG Helo | 2 each | |
| LA - St. Bernard - Air Ops | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 2 each | |
| LA - St. Bernard - Air Ops | Aircraft: Helo | Aircraft: Helo | 2 each | |
| LA - St. Bernard - Air Ops | Manpower: Federal | USCG Personnel | 2 each | - 36 |
| LA - St. Bernard - Air Ops | Manpower: Responder | Technicians | 7 each | |
| LA - St. Bernard - Air Ops | Manpower: Supervisor | Response Supervisor | 2 each | - 28 |
| LA - St. Bernard - Air Ops | Safety Personnel | Safety Personnel | 4 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/4/2010 2:07 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-010830

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: LA - Air Operations Branch | | |

| Assignments |
|---|

Make regular reports to the command post.
Follow FAA guidelines in regards to the NOTAM
Continue to monitor and report any impacted wildlife to the Wildlife Branch.
Provide overflights for NOAA trajectory validation support
Follow instructions for overflight restrictions over wildlife refuges (500 ft. hard deck).

Airborne Command & Control (P-3):
- De-conflict operational response air traffic and helicopter logistics traffic over the Gulf of Mexico .
- Follow instructions for overflight restrictions over wildlife refuges.

Aerial Mapping (Dash 8):
- Mapping of plume/source, monitoring extent of the slick, monitoring for shoreline impact, & quantification of boom deployed
    - 1 fixed wing (Dash-8)
    - 1 fixed wing Cheyenne (PA-42)

Offshore Surveillance/Recon:
- Fly out to gather slick intel and report back to ICP on oil spill deminsions and colors
- Provide aerial photos of source location daily from minimum altitude of 6000 feet

Tactical skimming operations:
- Direct skimmers to heaviest concentrations of oil

Nearshore/Shoreline Surveillance/Recon:
- Fly shoreline to direct shoreline spill response needs
- Coast Guard helos concentrate on Chandeleur and Plaquemines areas.

Aerial - Controlled burn monitoring:
- Monitoring by EPA
    1 - Fixed Wing (King Air)

Aerial Surveilance - U.S. Army National Guard:
- U.S. Army National Guard - Aerial surveillance and special aerial projects. (Coastal restoration, barrier island, and boom deployment reconnaissance.)

Aerial - SCAT:

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 21:07 | Page 2 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-010832

| ICS 204 - Assignment List | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Allison, Brigette    at 7/4/2010 02:44 |
| **Period:** Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | **Branch:** Sector New Orleans |

| Division/Group/Staging: LA - Air Operations Branch |
|---|

| Special Instructions for Division / Group |
|---|

HIGHER than 1000'
1. SKIMMERS (5 miles from source)
2. CONTROLLED BURN (10 to 12 miles)
3. DISPERSANT (20 miles)
4. WILDLIFE (Barataria, Grand Terre, Cat Island) (rescue)

 LOW
5. VOO=1000'
6. VOO FIRST LIGHT  TF 8, 9, 10, 11 (Barataria, Timbalier, Terrebonne) OUT TO 10 NM
7. VOO TF 3, 4, 5 (delta)
8. VOO TF 1, 2, 6, 7 (Chandeleur, delta preserve/ Grand Isle)
9. SCAT 500' and below
10. RAT
11.* FRAT (forensic)
12. WILDLIFE (recon)
13. VIP
14. MEDIA
     OTHER

Notify the IC in the event of:
- MISHAP/injury
- oiled wildlife
- media issues
- VIP visits/requests
- waterways issues
- oil impacts beaches / communities

PI/Safety Officer report in at 251-445-8949. Personnel return to ICP by 15:00 with day's documentation.

All aircraft should be watching for marine mammals/sea turtles. All aircraft must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.

No flights below 500' over Wildlife Refuges/management areas.

No dispersant application ops within one mile of marine mammals and sea turtles.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/4/2010 21:07 | Page 3 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-010833

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette     at  7/4/2010 02:44 |
| Period: Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: LA - Air Operations Branch |

## Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members.  Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment.  Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (beaches accepted).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water.  Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move.  Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather.  Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen.  Drink water frequently.  Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest).  If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest).  Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

AIRCRAFT SAFETY
• Pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• Pilots and passengers shall wear seatbelts at all times.
• Pilots and passengers shall approach/depart helicopters from the front of the helicopter.
• Pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• Personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• No smoking; unless in a designated area.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/4/2010 21:07 | Page 4 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-010834

## ICS 204 - Assignment List

| | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | | Prepared By: Allison, Brigette | at 7/5/2010 01:36 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | | Branch: Sector New Orleans | |
| Division/Group/Staging: LA - Offshore Branch | | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Incident Commander | - | | 985-227-5577 |
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-414-9565 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA - Controlled Burn Group | Aircraft: Fixed Wing | FW | 2 each | |
| LA - Controlled Burn Group | Boom: Fire | Boom: Fire | 40000 feet | |
| LA - Controlled Burn Group | Manpower: Responder | Response Personnel | 260 each | |
| LA - Controlled Burn Group | Tug | Tug/Tow | 1 each | |
| LA - Controlled Burn Group | Vessel | Work Boat | 62 each | |
| LA - Controlled Burn Group | Vessel - Other | | 1 each | |
| LA - Dispersant Group | Aircraft: Fixed Wing | FW | 20 each | |
| LA - Dispersant Group | Dispersant - EC9500A | TRT | 200000 gallon(s) | |
| LA - Dispersant Group | Manpower: Responder | Response Personnel | 109 each | |
| LA - Dispersant Group - Rese: | Dispersant - EC9500A | TRT | 10000 gallon(s) | |
| LA - Dispersant Group - Rese: | Dispersant Delivery Equ | D | 2 each | |
| LA - Dispersant Group - Rese: | Manpower: Responder | Response Personnel | 10 each | |
| LA - Dispersant Group - Rese: | Vessel | Work Boat | 1 each | |
| LA - RAT Group | Aircraft: Helo | H | 2 each | |
| LA - RAT Group | Manpower: Responder | Response Personnel | 4 each | |
| LA - Offshore On Water Recov | Barge: Offshore | Tank Barge | 4 each | |
| LA - Offshore On Water Recov | Manpower: Responder | Response Personnel | 289 each | |
| LA - Offshore On Water Recov | OSRV | RV | 12 each | |
| LA - Offshore On Water Recov | Transfer Pump | TP | 15 each | |
| LA - Offshore On Water Recov | Tug | Tug/Tow | 4 each | |
| LA - Offshore On Water Recov | Vessel | Work Boat | 1 each | |
| LA - Offshore On Water Recov | Vessel - Other | | 4 each | |
| LA - Offshore On Water Recov | Aircraft: Helo | H | 1 each | |
| LA - Offshore On Water Recov | Barge: Offshore | Tank Barge | 5 each | |
| LA - Offshore On Water Recov | Barge: Offshore | TV A Whale | 1 each | |
| LA - Offshore On Water Recov | Boom | B | 60000 feet | - 72 |
| LA - Offshore On Water Recov | Manpower: Responder | Response Personnel | 443 each | |
| LA - Offshore On Water Recov | OSRV | RV | 25 each | |
| LA - Offshore On Water Recov | Tug | Tug/Tow | 8 each | |
| LA - Offshore On Water Recov | Vessel | Work Boat | 18 each | |

| | | | |
|---|---|---|---|
| Reviewed By Signatures - (PSC): | | (OSC) | |
| ICS 204 - Assignment List | Printed: 7/5/2010 01:38 | Page 1 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010838

| ICS 204 - Assignment List | | | | |
|---|---|---|---|---|
| Incident: Deepwater Horizon MC252 | | Prepared By: Allison, Brigette | | at 7/5/2010 01:36 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | | Branch: Sector New Orleans | | |
| Division/Group/Staging: LA - Offshore Branch | | | | |

| Resources Required | | | | |
|---|---|---|---|---|
| Area of Operation | Resource Type | Description | Quantity | Size |
| LA - Offshore On Water Reco | Vessel - Other | | 2 each | |
| LA - Offshore On Water Reco | Barge: Offshore | Tank Barge | 1 each | |
| LA - Offshore On Water Reco | Manpower: Responder | Response Personnel | 114 each | |
| LA - Offshore On Water Reco | OSRV | RV | 9 each | |
| LA - Offshore On Water Reco | Tug | Tug/Tow | 2 each | |
| LA - Offshore On Water Reco | Vessel | Work Boat | 3 each | |
| LA - FOSHO | Boom | B | 22500 feet | - 72 |
| LA - FOSHO | Manpower: Responder | Response Personnel | 18 each | |
| LA - FOSHO | OSRV | RV | 5 each | |
| LA - FOSHO | Vessel | Work Boat | 39 each | |
| LA - Port Fourchon Inbound G | Response Personnel | | 8 each | |
| LA - Port Fourchon Inbound G | Work Boat | Work Boat | 2 each | 0 |
| LA - Grand Isle Offshore Gros | Response Personnel | | 8 each | |
| LA - Grand Isle Offshore Gros | Work Boat | Work Boat | 2 each | 0 |
| LA - Southwest Pass Offshore | Response Personnel | | 6 each | |
| LA - Southwest Pass Offshore | Work Boat | Work Boat | 2 each | 0 |
| LA - Outbound Offshore Deco | Response Personnel | | 6 each | |
| LA - Outbound Offshore Deco | Work Boat | Work Boat | 2 each | 0 |
| LA - LOOP Outbound Decon | Response Personnel | | 6 each | |
| LA - LOOP Outbound Decon | Work Boat | Work Boat | 2 each | 0 |
| LA - Cameron Inbound Decon | Response Personnel | | 6 each | |
| LA - Cameron Inbound Decon | Work Boat | Work Boat | 2 each | 0 |
| LA - Orleans/St. Tammany Int | Response Personnel | | 6 each | |
| LA - Orleans/St. Tammany Int | Work Boat | Work Boat | 2 each | 0 |
| LA - The Jump On-Water Mob | Boom | Boom | 1000 feet | 0 |
| LA - The Jump On-Water Mob | Deck Barge | Deck Barge | 1 each | |
| LA - The Jump On-Water Mob | Equipment: Heavy | Forklift | 2 each | |
| LA - The Jump On-Water Mob | Response Personnel | | 14 each | |
| LA - The Jump On-Water Mob | Shoreline Cleaners | Pressure Washer | 8 each | |
| LA - The Jump On-Water Mob | Sorbent: Boom | Sorbent: Boom | 3500 feet | |
| LA - The Jump On-Water Mob | Storage: Solid | Storage: Solid | 3 each | |
| LA - The Jump On-Water Mob | Transfer Pump | Transfer Pump | 4 each | 0 |
| LA - The Jump On-Water Mob | Vehicle | Utility Truck | 1 each | 0 |
| LA - The Jump On-Water Mob | Work Boat | Work Boat | 3 each | 0 |
| LA - SW Pass On-Water Mobi | Boom | Boom | 500 feet | 0 |
| LA - SW Pass On-Water Mobi | Equipment: Heavy | Forklift | 1 each | |
| LA - SW Pass On-Water Mobi | Response Personnel | | 9 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/5/2010 01:38 | Page 2 of 6 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | | | | |
|---|---|---|---|---|
| **Incident:** Deepwater Horizon MC252 | | **Prepared By:** Allison, Brigette | | **at** 7/5/2010 01:36 |
| **Period:** Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | | **Branch:** Sector New Orleans | | |
| Division/Group/Staging: LA - Offshore Branch | | | | |
| Resources Required | | | | |
| **Area of Operation** | **Resource Type** | **Description** | **Quantity** | **Size** |
| LA - SW Pass On-Water Mobi | Shoreline Cleaners | Pressure Washer | 2 each | |
| LA - SW Pass On-Water Mobi | Transfer Pump | Transfer Pump | 4 each | 0 |
| LA - SW Pass On-Water Mobi | Work Boat | Work Boat | 3 each | 0 |
| LA - Cocodrie On-Water Mobil | Barge: Inland | Barge: Inland | 4 each | |
| LA - Cocodrie On-Water Mobil | Boom | Boom | 400 feet | 0 |
| LA - Cocodrie On-Water Mobil | Manpower: Operator | Manpower: Operator | 9 each | 0 |
| LA - Cocodrie On-Water Mobil | Manpower: Responder | Manpower: Responder | 24 each | 0 |
| LA - Cocodrie On-Water Mobil | Manpower: Supervisor | Manpower: Supervisor | 4 each | |
| LA - Cocodrie On-Water Mobil | Pressure Washers | Pressure Washers | 4 each | |
| LA - Cocodrie On-Water Mobil | Pumps | Pumps | 4 each | 0 |
| LA - Cocodrie On-Water Mobil | Vessel | Vessel | 9 each | 0 |
| LA - South Pass On-Water Mc | Response Personnel | | 8 each | |
| LA - South Pass On-Water Mc | Shoreline Cleaners | Pressure Washer | 2 each | |
| LA - South Pass On-Water Mc | Transfer Pump | Transfer Pump | 3 each | 0 |
| LA - South Pass On-Water Mc | Work Boat | Work Boat | 3 each | 0 |
| LA - Baptiste Collette Bayou C | Barge: Inland | Barge: Inland | 2 each | |
| LA - Baptiste Collette Bayou C | Boom | Boom | 650 feet | 0 |
| LA - Baptiste Collette Bayou C | Equipment: Heavy | Equipment: Heavy | 2 each | 0 |
| LA - Baptiste Collette Bayou C | Manpower: Operator | Manpower: Operator | 4 each | 0 |
| LA - Baptiste Collette Bayou C | Manpower: Responder | Manpower: Responder | 14 each | 0 |
| LA - Baptiste Collette Bayou C | Pressure Washers | Pressure Washers | 4 each | |
| LA - Baptiste Collette Bayou C | Pumps | Pumps | 4 each | 0 |
| LA - Baptiste Collette Bayou C | Vessel | Vessel | 5 each | 0 |
| LA - Bayou Denis On-Water N | Boom | Boom | 400 feet | 0 |
| LA - Bayou Denis On-Water N | Equipment: Heavy | Equipment: Heavy | 1 each | 0 |
| LA - Bayou Denis On-Water N | Manpower: Operator | Manpower: Operator | 4 each | 0 |
| LA - Bayou Denis On-Water N | Manpower: Responder | Manpower: Responder | 14 each | 0 |
| LA - Bayou Denis On-Water N | Pressure Washers | Pressure Washers | 2 each | |
| LA - Bayou Denis On-Water N | Pumps | Pumps | 2 each | 0 |
| LA - Bayou Denis On-Water N | Vessel | Vessel | 3 each | 0 |
| LA - St Mary's Parish On-Wate | Barge: Inland | Barge: Inland | 2 each | |
| LA - St Mary's Parish On-Wate | Boom | Boom | 400 feet | 0 |
| LA - St Mary's Parish On-Wate | Equipment: Heavy | Equipment: Heavy | 2 each | 0 |
| LA - St Mary's Parish On-Wate | Manpower: Operator | Manpower: Operator | 4 each | 0 |
| LA - St Mary's Parish On-Wate | Manpower: Responder | Manpower: Responder | 14 each | 0 |
| LA - St Mary's Parish On-Wate | Pressure Washers | Pressure Washers | 4 each | |
| LA - St Mary's Parish On-Wate | Pumps | Pumps | 4 each | 0 |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/5/2010 01:38 | Page 3 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010842

## ICS 204 - Assignment List

| | | |
|---|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Allison, Brigette | at 7/5/2010 01:36 |
| **Period:** Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | **Branch:** Sector New Orleans | |
| **Division/Group/Staging:** LA - Offshore Branch | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA - St Mary's Parish On-Wate | Vessel | Vessel | 3 each | 0 |
| LA - Intracoastal City On-Wate | Barge: Inland | Barge: Inland | 4 each | |
| LA - Intracoastal City On-Wate | Boom | Boom | 200 feet | 0 |
| LA - Intracoastal City On-Wate | Equipment: Heavy | Equipment: Heavy | 1 each | 0 |
| LA - Intracoastal City On-Wate | Manpower: Operator | Manpower: Operator | 5 each | 0 |
| LA - Intracoastal City On-Wate | Manpower: Responder | Manpower: Responder | 8 each | 0 |
| LA - Intracoastal City On-Wate | Manpower: Supervisor | Manpower: Supervisor | 1 each | |
| LA - Intracoastal City On-Wate | Pressure Washers | Pressure Washers | 4 each | |
| LA - Intracoastal City On-Wate | Pumps | Pumps | 2 each | 0 |
| LA - Intracoastal City On-Wate | Storage: Liquid | Decon Pools | 12 each | |
| LA - Intracoastal City On-Wate | Vessel | Vessel | 4 each | 0 |
| LA - Cameron On-Water Mobi | Boom | Boom | 200 feet | 0 |
| LA - Cameron On-Water Mobi | Equipment: Heavy | Equipment: Heavy | 1 each | 0 |
| LA - Cameron On-Water Mobi | Manpower: Operator | Manpower: Operator | 5 each | 0 |
| LA - Cameron On-Water Mobi | Manpower: Responder | Manpower: Responder | 8 each | 0 |
| LA - Cameron On-Water Mobi | Manpower: Supervisor | Manpower: Supervisor | 1 each | |
| LA - Cameron On-Water Mobi | Pressure Washers | Pressure Washers | 4 each | |
| LA - Cameron On-Water Mobi | Pumps | Pumps | 2 each | 0 |
| LA - Cameron On-Water Mobi | Storage: Liquid | Decon Pools | 6 each | |
| LA - Cameron On-Water Mobi | Vessel | Vessel | 5 each | 0 |

| | |
|---|---|
| **Reviewed By Signatures - (PSC):** | **(OSC):** |

| ICS 204 - Assignment List | Printed: 7/5/2010 01:38 | Page 4 of 6 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-010858

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette       at 7/5/2010 01:36 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: LA - Offshore Branch | |

## Assignments

Command & Control Task Force:
Assist with coordination of air and vessel assets working in the offshore environment (Source Control, Skimming, Dispersant, Controlled Burn operations).
Establish communications with all air and vessel assets.


Civilian Skimming Task Forces:
Maximize on-water recovery with available equipment.
Direction will be given to skimmers via command & Control Seacor vessel on-scene.
Utilize enhanced skimming techniques to maximize oil recovery as practical and weather permitted.
Individual TF Leaders are to report to On Water Recovery Group Supervisor, daily logs must be maintained.
Vessels are to decant to maximize on-water storage aboard each vessel.


Federal Skimming Task Force:
USCG 1:
-UPON INCHOP CGC ELM SHALL CONDUCT SKIMMING OPS 10NM FROM THE SHORELINE TO THE SOURCE OF THE SPILL AS DIRECTED BY CGC OAK.
-CGC HARRY CLAIBORNE SHALL CONDUCT SKIMMING OPS W/I 10NM FROM THE SHORELINE AS DIRECTED BY CGC OAK.
-THE THREE ASSIGNED COMMERCIAL VOSS EMBARKED SKIMMING VSLS WILL OPERATE 10NM FROM THE SHORELINE TO THE SOURCE OF THE SPILL AS DIRECTED BY CGC OAK.
-TUG ANGELICA E W/ THE T/B VALIANT SHALL CONDUCT OPS IN DIRECT SUPPORT OF ALL FEDERAL ASSET SKIMMING OPS.
-THE OFFSHORE SUPPLY VSL (OSV) LADY NINA SHALL SUPPORT SKIMMING OPS BY SHUTTLING TOWED TSDs FROM FEDERAL RESOURCE SKIMMING VSLS TO THE T/B VALIANT FOR DISCHARGE OF SKIMMED PRODUCT IAW OIL TRANSFER PLANS.
C.7. ALL OPERATIONS SHALL BE CONDUCTED IAW THE SITE SAFETY, AIR MONITORING AND DECON PLANS.


Support Task Force:
Supply logistics support to on-scene vessels.


On-water Storage Task Force:
Storage of on water recovered material, Lead vessel will direct TF and report in to Command & Control Task Force. As weather permits
Direction will be given via aerial support.

## Special Environmental Considerations

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 7/5/2010 01:38 | Page 5 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010859

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette          at 7/5/2010 01:36 |
| Period: Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: LA - Offshore Branch | |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members.  Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment.  Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (beaches accepted).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water.  Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move.  Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen.  Drink water frequently.  Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest).  If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest).  Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/5/2010 01:38 | Page 6 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010860

## ICS 204 - Assignment List

| | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Rodrigue, Chad   at 7/4/2010 02:44 |
| **Period:** Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | **Branch:** Sector New Orleans |

| | |
|---|---|
| **Division/Group/Staging:** LA - Controlled Burn Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA - Controlled Burn Group | Aircraft: Fixed Wing | FW | 2 each | |
| LA - Controlled Burn Group | Boom: Fire | Boom: Fire | 40000 feet | |
| LA - Controlled Burn Group | Manpower: Responder | Response Personnel | 260 each | |
| LA - Controlled Burn Group | Tug | Tug/Tow | 1 each | |
| LA - Controlled Burn Group | Vessel | Work Boat | 62 each | |
| LA - Controlled Burn Group | Vessel - Other | | 1 each | |

Reviewed By Signatures - (PSC): _____  (OSC) _____

| ICS 204 - Assignment List | Printed: 7/4/2010 21:09 | Page 1 of 6 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-010861

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: LA - Controlled Burn Group | | |

| Assignments |
|---|

OBJECTIVES:
ALL employees and contractors have the authority to stop work at any time for safety reasons.
Contain free floating oil in quantities sufficient for conducting in-situ burn.
Coordinate with SIM-OPS plan and Air Traffic Control to ensure area is safe before conducting burn.

TASKING:
Implement Controlled Burn plan as weather permitting. Monitor operations and optimize as needed.
Continue to evaluate if oil has sufficient properties to sustain burning.

Build Task Forces 3 and 4 w/ special consideration toward continous offshore presence.

Identify resources needed to increase current capability. 2 Task Force u/w; Maintain appropriate span of control by utilizing OSVs to assist with Command and Control.
- 7 Fire teams / 2 vessels each task force

Controlled BurnTask Force 1:
Command Vessel - M/V Premier Explorer, M/V Poppa John
Support Vessel - Kelly Joe
Ignition Team 1- 3 - RHIBs
Team 1 - F/V Dustin Michael, F/V Anna Marie
Team 2 - F/V Gulf Rambler, F/V Mark and Jace
Team 3 - F/V Mr. Jug, F/V Captain Craig
Team 4 - F/V Texas Lady, Die Hard
Team 9 - F/V-Victoria, Miss Yvette

Controlled Burn Task Force 2:
Command Vessel - M/V Patriot, M/V Coastal Mariner, M/V Mr. Andre
Support Vessel - Heather Marie
Ignition Team 2 - 3 RHIBs
Team 5 - F/V Big Bad Brad, F/V Lady Lynn
Team 6 - F/V Joshua John, F/V My Dad Whitney
Team 7 - F/V Night Shift, F/V Rebecca Lynn
Team 8 - F/V Bub-Poot-Nae, F/V Sea Flower
Team 10- F/V Joey Boy, St. Martin VI

Controlled Burn Task Forces 3 and 4:
Building in progress.

Conduct SMART monitoring as determined by SSC and EPA air monitoring. Aspec Plane Burn Task Forces include:
3 vessels, 6 fishing vessels with 2 OSVs
1 king air - surveillance for in-situ burn & training for more aerial observers.
4 Ignition Vessels

Maintain proper crew rest in accordance to safety plans.
1 Command Vessel (Premium Explorer)

Coordinating with aerial dispersants to insure area of operations do not conflict.

Night burn ops require safety voice broadcast.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 21:09 | Page 2 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010866

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |

Division/Group/Staging: LA - Controlled Burn Group

## Special Instructions for Division / Group

Coordinate with SIMOPS plan and Air Traffic Control to ensure area is safe before conducting burn.
Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.
At no time will the burn operations put the source control vessels in a situation where they are impacted by the smoke plume.

The Controlled Burn task force will operate in an area recommended by the aerial spotter team.

Daily burn operations will be coordinated with the Dispersant Task Force on a daily basis.

A 5 mile no fly exclusion zone will be initiated daily around the controlled burn task force by the Dispersant Task Force.

Marine Casualties: All reportable marine casualties need to be reported to the US Coast Guard via VHF Channel 16 radio when in distress and/or to the Sector New Orleans Command Center at (504) 846-5924/5923. All marine casualties or emergencies must be immediately reported to the Coast Guard, and then to ICP Houma or the Parish branches.

Specifically:
Response vessels >= 5 gross tons (boats that are required to maintain a valid COD- certificate of documentation) will have to follow the USCG marine reporting guideline in the brochure.
Vessels < 5 gross tons with a state registration number will only have to comply with state regulations for reporting.
Vessels with BOTH (state registration# & COD) will follow USCG marine casualty reporting guidelines.

***In addition, all vessels and personnel engaged in the Deepwater Horizon spill response who are unfamiliar with the local navigable waters or area of responsibility (AOR) should have an approved and compliant Emergency Position Indicating Radio Beacon (EPIRB) onboard or other position fixing devices to aid in Search and Rescue.

All vessels should be watching for marine mammals/sea turtles. All vessels must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Reporting Hotline (866-557-1401). Vessels must take prudent actions to avoid collisions with marine mammals/sea turtles.

All aircraft should be watching for marine mammals/sea turtles. All aircraft must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Reporting Hotline (866-557-1401).

No flights below 500' over Wildlife Refuges/management areas.

No dispersant application ops within one mile of marine mammals and sea turtles.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 21:09 | Page 3 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010880

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad    at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: LA - Controlled Burn Group | |
| Special Environmental Considerations | |

*Whales have been spotted in the area*

All personnel must attempt to capture injured or oiled sea turtles following the Sea Turtle At-Sea Retrieval Protocol, if safe to do so.  (See http://sero.nmfs.noaa.gov for a copy of the protocol).

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 21:09 | Page 4 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010884

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: LA - Controlled Burn Group | |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members. Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment. Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (beaches accepted).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water. Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move. Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen. Drink water frequently. Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest). If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest). Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 21:09 | Page 5 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010885

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: LA - Controlled Burn Group | |

### Additional Information

VESSEL SAFETY
• No vessel shall depart a Task Force without maintaining radio communications.
• Vessels will be recalled to an appropriate safe location when lightning is observed in the area.
• Vessel Captains and Coast Guard personnel will make recall decisions concerning vessel/personnel safety during rough water conditions or approaching weather.
• All vessel captains must conduct radio checks/status updates at least every hour.
• All vessel captains must receive area familiarization training with the technical specialist prior to navigating on the south coast of Marsh Island due to numerous shallow reefs.
• Vessel Captains shall ensure boat safety checklists are conducted and signed daily.
• Vessels must maintain appropriate speeds to avoid collision.
• Decon entry requirements will be waived during severe weather conditions.
• Secure items on vessels to prevent movement while at sea.

AIRCRAFT SAFETY
• Pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• Pilots and passengers shall wear seatbelts at all times.
• Pilots and passengers shall approach/depart helicopters from the front of the helicopter.
• Pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• Personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• No smoking; unless in a designated area.

The site-specific safety documents for the on water oil recovery operations are listed below:
- MSRC Dispersant Group Site Safety Plan for Dispersant Staging Airport Operations
- MSRC Response Site Safety Plan
- Site Safety Plan for Dispersant Operations
- NRC Site Safety Plan (vessels)
- MC252 Air Monitoring Plan (BP)

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 21:09 | Page 6 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-010886

| ICS 204 - Assignment List | | | | |
|---|---|---|---|---|
| Incident: Deepwater Horizon MC252 | | Prepared By: Davis, Zachary | | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | | Branch: Sector New Orleans | | |
| Division/Group/Staging: LA - Dispersant Group | | | | |

| Operations Personnel | | | | |
|---|---|---|---|---|
| Title | Name | Affiliation | Contact Number(s) | |
| Operations Section Chief | - | | 985-413-5303 | |
| Operations Section Deputy | - | | 985-413-9762 | |
| Operations Section Deputy 2 | - | | 985-414-1780 | |
| Situation Unit Leader | - | | 985-493-7808 | |

| Resources Required | | | | |
|---|---|---|---|---|
| Area of Operation | Resource Type | Description | Quantity | Size |
| LA - Dispersant Group | Aircraft: Fixed Wing | FW | 20 each | |
| LA - Dispersant Group | Dispersant - EC9500A | TRT | 200000 gallon(s) | |
| LA - Dispersant Group | Manpower: Responder | Response Personnel | 109 each | |

**Assignments**

Aerial Dispersant Group:

Daily approval required before spraying.

Aerial spray with planes: C130's (2-Lynden, 1-IAR, 1-OSRL), DC-3 (2-ASI) & DC 3 Turbo Prop (1-ASI), AT-802 (1-NRC), N802 BG, N950 HC (Both NRC),
King Air (2-Dynamic (MSRC))
Approval to apply Nalco EC9500A continues
Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds and 8+ inch wave height).
Target Black and Brown dispersable oil.
Ensure a no spray zone within 5 nautical miles of the source (28° 44.21 N by 88° 21.99 W) and any Controlled Burn operations. Ensure there is a 2 nautical mile separation zone from any vessel/platform and 3 nautical miles around mammal sightings.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 1 Teams to conduct Tier 1 Team monitoring.
Monitor stockpile of dispersant for supply replenishment to maintain sutainability and stockpile.
Instructions from UC is to maintain a 85,000 gallon minimum inventory of EC9500A.
Follow instructions for overflight restrictions over wildlife refuges.

AT-802 has been approved by BP for operational use (Three (3) to forty (40) nautical miles/water depths greater than 10 meters and 8+ inch wave height.).

Spotter aircraft perform early morning surveillance flights to ID dispersable oil in assigned zones. Additional spotting for spray aircraft and special assignment for scientific efforts.

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 21:09 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. | |

HCG154-010887

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Davis, Zachary   at 7/4/2010 02:44 |
| Period: Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging: LA - Dispersant Group

### Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.
*Pilots required to call Dispersant Group - Houma for discrete IFF code for entry into TFR.
Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor.

All aircraft should be watching for marine mammals/sea turtles. All aircraft must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Reporting Hotline (866-557-1401).

No flights below 500' over Wildlife Refuges/management areas.

### Communications

| Name / Function | Radio:  Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | W of 88 degrees 30': 126.4, E of 89 degrees: 1 | | |
| Surface to Air Frequency | 122.92 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |
| EPA | | 214-789-1527 | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop, AT-802, King Air, Aero Commander, Aztec.
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

*Whales have been spotted in the area*

| | |
|---|---|
| Reviewed By Signatures - (PSC): | (OSC): |

| ICS 204 - Assignment List | Printed:  7/4/2010 21:09 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-010888

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Davis, Zachary     at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |

**Division/Group/Staging:** LA - Dispersant Group

**Special Site-Specific Safety Considerations**

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members. Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment. Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (beaches accepted).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water. Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move. Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen. Drink water frequently. Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest). If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest). Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

AIRCRAFT SAFETY
• Pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• Pilots and passengers shall wear seatbelts at all times.
• Pilots and passengers shall approach/depart helicopters from the front of the helicopter.
• Pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• Personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• No smoking; unless in a designated area.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 21:09 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-010889

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette | at 7/4/2010 09:25 |
| Period: Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging:  SMART Group | | |

| Operations Personnel | | | |
|---|---|---|---|
| Title | Name | Affiliation | Contact Number(s) |
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

| Resources Required | | | | |
|---|---|---|---|---|
| Area of Operation | Resource Type | Description | Quantity | Size |
| Aerial Tier 1 SMART Team | Aircraft: Helo | Aircraft: Helo | 2 each | |
| Aerial Tier 1 SMART Team | Manpower: Responder | Responder | 10 each | |

**Assignments**

USCG SMART Aerial Tier 1:

Weather permitting, two SMART Air Teams to observe dispersant spray missions.  Data to be uploaded to the EPA OSC website where the NOAA processors will complete the processing.
For the next operational period, SMART will have Team 1 standing by at ( 0800) in Boothville while Team 2 will be on standby in Houma. When receive daily "green light" for dispersant mission(s) will coordinate team(s) accordingly.

MISSION:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveillance support as required.
Team in Houma to provide same function in areas as directed by SMART Group Supervisor.
Coordinate with Air Operations Group and Environmental Unit
Follow instructions for overflight restrictions over wildlife refuges.

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel notification from spray targets prior to deployment.

Report take off & landing times to assigned coordinator as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

Air Monitoring test results from NIOSH still pending lab analysis.

**Special Instructions for Division / Group**

All aircraft should be watching for marine mammals/sea turtles. All aircraft must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Reporting Hotline (866-557-1401).
No flights below 500' over Wildlife Refuges/management areas.
No dispersant application ops within one mile of marine mammals and sea turtles.

**Special Environmental Considerations**

All aircraft and vessels should be watching for marine mammals/sea turtles.
Maintain 3 (three) NM No Spray Zone when marine mammals and sea turtles are identified.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/4/2010 23:53 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette | at 7/4/2010 09:25 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |

| Division/Group/Staging: SMART Group |
|---|

| Special Site-Specific Safety Considerations |
|---|

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members.  Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment.  Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (beaches accepted).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water.  Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move.  Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen. Drink water frequently.  Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest).  If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest).  Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 23:53 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-011642

| ICS 204 - Assignment List | | |
|---|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Allison, Brigette | at  7/4/2010 09:25 |
| **Period:** Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | **Branch:** Sector New Orleans | |
| **Division/Group/Staging:** SMART Group | | |
| Additional Information | | |

AIRCRAFT SAFETY
• Pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• Pilots and passengers shall wear seatbelts at all times.
• Pilots and passengers shall approach/depart helicopters from the front of the helicopter.
• Pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• Personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• No smoking; unless in a designated area.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/4/2010 23:53 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-011643

| ICS 204 - Assignment List | | | | |
|---|---|---|---|---|
| **Incident:** Deepwater Horizon MC252 | | **Prepared By:** Hill, David | | at 7/4/2010 02:44 |
| **Period:** Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | | **Branch:** Sector New Orleans | | |
| **Division/Group/Staging:** Air/Water/Product Sampling & Monitoring Grou | | | | |

| Operations Personnel | | | | |
|---|---|---|---|---|
| **Title** | **Name** | **Affiliation** | **Contact Number(s)** | |
| Operations Section Chief | - | | 985-413-5303 | |
| Operations Section Deputy | - | | 985-413-9762 | |
| Operations Section Deputy 2 | - | | 985-414-1780 | |
| Situation Unit Leader | - | | 985-493-7808 | |

| Resources Required | | | | |
|---|---|---|---|---|
| **Area of Operation** | **Resource Type** | **Description** | **Quantity** | **Size** |
| Air/Water/Product Sampling & | Manpower: Operator | Operator | 16 each | |
| Air/Water/Product Sampling & | Manpower: Responder | Responder | 29 each | |
| Air/Water/Product Sampling & | Manpower: Supervisor | Supervisor | 21 each | |
| Air/Water/Product Sampling & | Response Boat | Response Boat | 7 each | |
| Air/Water/Product Sampling & | Small Boat | Airboat | 6 each | - 240 |
| Air/Water/Product Sampling & | Work Boat | Fishing Vessel | 3 each | |
| Air/Water/Product Sampling & | Work Boat | Survey Vessel | 12 each | |
| LOOP Oil Sampling Team (LC | Manpower: Responder | Responder | 2 each | |
| LOOP Oil Sampling Team (LC | Vessel - Other | | 1 each | |
| EPA Air/Water/Sediment Sam | Manpower: Operator | Operator | 3 each | |
| EPA Air/Water/Sediment Sam | Manpower: Responder | Responder | 29 each | |
| EPA Air/Water/Sediment Sam | Manpower: Supervisor | Supervisor | 21 each | |
| EPA Air/Water/Sediment Sam | Response Boat | Response Boat | 1 each | |
| EPA Air/Water/Sediment Sam | Wildlife Trailer | Trailer | 3 each | |
| EPA Air/Water/Sediment Sam | Work Boat | Fishing Vessel | 3 each | |
| NOAA Snare Sampling/Monito | Manpower: Operator | Operator | 6 each | |
| NOAA Snare Sampling/Monito | Manpower: Responder | Responder | 13 each | |
| NOAA Snare Sampling/Monito | Manpower: Supervisor | Supervisor | 1 each | |
| NOAA Snare Sampling/Monito | Response Boat | Response Boat | 10 each | |

| | | | | |
|---|---|---|---|---|
| Reviewed By Signatures - (PSC): | | | (OSC) | |
| ICS 204 - Assignment List | Printed: 7/4/2010 23:54 | Page 1 of 5 | © 1997-2010 dbSoft, Inc. | |

HCG154-011644

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring Grou | |

| Assignments |
|---|

PENDING WEATHER
July 5-6

SNARE SENTINELS - WEATHER PENDING

Snare Team 1 3-person team for deployment and retrieval in Barataria Bay        Lafourch   Parish
          Vessels:  Roger B / Derelict
Snare Team 2 3-persons team for deployment and retrieval in South Pass,
                    Southwest Pass, and Pass a Loutre                                Plaquemines Parish
          Vessel: Podzu
Snare Team 3 3-person team for deployment and retrieval in Chandeleur Islands        St. Bernard Parish
        Vessel:  Speckulator/Miss Lilly
Snare Team 4 3-person team for deployment and retrieval in Timbalier Bay        Terrebone Parish
          Vessels: BRK/ Blue Runner
Snare Team 5  3-person team for deployment and retrieval in Timbalier Bay        Plaquemines Parish
          Vessels:  Santa Barbara/ Croaker


Procedure for requesting Hot Shot Team:
1. Situation informs Environmental Unit Leader of need,
2. Sampling team is then assigned for next available opportunity (either that day or the next, pending time of report and weather conditions,
3. Samples returned to HOLC Lab for analysis, and,
4. Report submitted by EUL to SITU when final.

NOAA water column monitoring vessels - Average of 6 monitoring vessels usually out daily along Gulf Coast-coordinated through SIMOPS.

Air Monitoring/Sampling Team from:
- Waveland, MS to St Bernard Parish
- New Orleans to Venice
- Laffitte to Pearlington
- Houma to Grand Isle
- Houma to Franklin
- Franklin to Intracoastal City
- Venice to Grand Isle
- Grand Isle to Terrebonne Bay
- Atchafalaya Bay to Vermilion Bay
- Vermilion Bay to Cameron
- Cameron to Port Arthur, TX.
- Port Arthur, Tx to Galveston, Tx

Staging area perimeter air monitoring in:
- Slidell
- Hopedale/Shell Beach
- Venice
- Grand Isle
- Port Fourchon
- Chauvin
- Franklin


CONTROL OPERATIONS
CTEH is conducting community air monitoring along Louisiana shoreline.  6 Air monitoring/sampling teams consisting of 2-3 people each (days/nights shift).  Conducting both real-time air monitoring and analytical air sampling at 6 fixed

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/4/2010 23:54 | Page 2 of 5 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring Grou | |

locations.
CTEH conducting shoreline air monitoring along Louisiana coast line, in areas not accessible by road. Three teams consisting of 2 air monitoring personnel are conducting real-time air monitoring using vessels of opportunity (boats). CTEH is conducting perimeter air monitoring around 7 staging areas from Slidell to Franklin. 7 teams consisting of 1-2 people each (days/nights shift will be conducting both real-time air monitoring and analytical air sampling at 7 fixed locations.

CTEH will have three logistics personnel coordinating efforts, in addition to the air lead.
CTEH has two Field Operations Auditor coordinating efforts of consistency in the field.
CTEH has an equipment manager with one assistant avaliable to deploy ready equipment at a moment's notice.
CTEH has two teams on stand-by in the event additional air monitoring teams are needed.

Each air monitoring team will have at mimimum: 1 MultiRAE Plus with H2S and SO2 sensors, calibration gases, regulators, AM510 with impactor and/or Dust Trak DRX, zero filter, Gastec pump with chemical specific detector tubes, and handheld PDA (MC-55 or equivalent). Each team may have an UltraRAE or ppbRAE with calibration gases and regulators. Each team may have additional equipment as needed, due to battery limitations or field conditions. Furthermore, GPS, camera, etc. may be on-site.

In addition, analytical sampling kits consist of each of the following at minimum: 5 SKC sampling pumps with appropriate media, 2 evacuated canisters with appropriate regulators, drycal, bank charger, tubing, and H2S passive sampling media and holder, clips,

| Special Instructions for Division / Group |
|---|

Marine Casualties: All reportable marine casualties need to be reported to the US Coast Guard via VHF Channel 16 radio when in distress and/or to the Sector New Orleans Command Center at (504) 846-5924/5923. All marine casualties or emergencies must be immediately reported to the Coast Guard, and then to ICP Houma or the Parish branches.

Specifically:
Response vessels >= 5 gross tons (boats that are required to maintain a valid COD- certificate of documentation) will have to follow the USCG marine reporting guideline in the brochure.
Vessels < 5 gross tons with a state registration number will only have to comply with state regulations for reporting.
Vessels with BOTH (state registration# & COD) will follow USCG marine casualty reporting guidelines.

***In addition, all vessels and personnel engaged in the Deepwater Horizon spill response who are unfamiliar with the local navigable waters or area of responsibility (AOR) should have an approved and compliant Emergency Position Indicating Radio Beacon (EPIRB) onboard or other position fixing devices to aid in Search and Rescue.

All vessels should be watching for marine mammals/sea turtles. All vessels must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Reporting Hotline (866-557-1401). Vessels must take prudent actions to avoid collisions with marine mammals/sea turtles.

If controlled burning will be on-going in your area of operation, avoid smoke plumes.
Ensure your tasks do not interfere with their operations.

| Special Environmental Considerations |
|---|

Sampling or field support should also survey areas for any marine mammals or turtles and oiled or distressed birds or other animals. Record GPS location, attempt to get a picture and report immediately to the Wildlife Reporting Hotline: 1-866-557-1401. Please report any signs of spills/sheens to 1-866-448-5816. Please call 251-583-0804 or 251-583-0801 (Daytime) or 251-583-0791 (Nightime) to order Waste Management resources. All air monitoring should be conducted in accordance with the Incident Air Monitoring Plan.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 23:54 | Page 3 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-011655

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David    at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring Grou |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members. Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment. Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (beaches accepted).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water. Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move. Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen. Drink water frequently. Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest). If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest). Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 23:54 | Page 4 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-011656

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring Grou | |

| Additional Information | | |
|---|---|---|

VESSEL SAFETY
• No vessel shall depart a Task Force without maintaining radio communications.
• Vessels will be recalled to an appropriate safe location when lightning is observed in the area.
• Vessel Captains and Coast Guard personnel will make recall decisions concerning vessel/personnel safety during rough water conditions or approaching weather.
• All vessel captains must conduct radio checks/status updates at least every hour.
• All vessel captains must receive area familiarization training with the technical specialist prior to navigating on the south coast of Marsh Island due to numerous shallow reefs.
• Vessel Captains shall ensure boat safety checklists are conducted and signed daily.
• Vessels must maintain appropriate speeds to avoid collision.
• Decon entry requirements will be waived during severe weather conditions.
• Secure items on vessels to prevent movement while at sea.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 23:54 | Page 5 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-011657

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | | Prepared By: Kainer, Jonathan | | at 7/4/2010 02:44 |
|---|---|---|---|---|
| Period: Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | | Branch: Sector New Orleans | | |

Division/Group/Staging: EPA Air/Water/Sediment Sampling & Monitorii

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| EPA Air/Water/Sediment Sam | Manpower: Operator | Operator | 3 each | |
| EPA Air/Water/Sediment Sam | Manpower: Responder | Responder | 29 each | |
| EPA Air/Water/Sediment Sam | Manpower: Supervisor | Supervisor | 21 each | |
| EPA Air/Water/Sediment Sam | Response Boat | Response Boat | 1 each | |
| EPA Air/Water/Sediment Sam | Wildlife Trailer | Trailer | 3 each | |
| EPA Air/Water/Sediment Sam | Work Boat | Fishing Vessel | 3 each | |

### Assignments

1. St Bernard (Chalmette):  Chalmette consists of 3 air sampling and monitoring teams working in the St. Bernard Branch. Conduct air monitoring and sampling at Poydras, Chalmette, and Hopedale for VOCs (T015) via 24 hr summa canisters; SVOCs (T013) via high volume air sampler; 2.5 micron particulate sampling via PQ200 high volume air sampler; air monitoring for VOCs via PID; LEL, CO, and O2  via multi meter; 2.5 micron particulates via E-BAM particulate monitor.

2. Jefferson (Grand Isle):  Grand Isle consists of 4 air/water/sediment/oil sampling and monitoring teams that are working in the Jefferson Branch and Lafource Branches for air monitoring and sampling,  and  Jefferson, Lafourche, and Plaquemines Branches for water/sediment/oil sampling.  Conduct air monitoring and sampling at 2 locations in Grand Isle and 1 location in Port Fourchon for VOCs (T015) via 24 hr summa canisters; SVOCs (T013) via high volume air sampler; 2.5 micron particulate sampling via PQ200 high volume air sampler; air monitoring for VOCs via PID; 2.5 micron particulates via E-BAM particulate monitor.   Conduct water sampling at early detection points for chemical analysis; conduct sediment sampling at predetermined locations for chemical, physical, and toxicity analyses (as directed);  conduct oil sampling based upon opportunity for chemical analysis (as directed).

3. Plaquemines (Venice):  Venice consists of 4 air/water/sediment/oil sampling and monitoring teams that are working in Plaquemines Branch for air monitoring and sampling and both Plaquemines and St. Bernard Branches for water/sediment/oil sampling.  Conduct air monitoring and sampling a 3 locations in Venice for VOCs (T015) via 24 hr summa canisters; SVOCs (T013) via high volume air sampler; 2.5 micron particulate sampling via PQ200 high volume air sampler; air monitoring for VOCs via PID; H2S,  LEL, CO, and O2  via multi meter; 2.5 micron particulates via E-BAM particulate monitor.   Conduct water sampling at early detection points for chemical analysis; conduct sediment sampling at predetermined locations for chemical, physical, and toxicity analyses (as directed);  conduct oil sampling based upon opportunity for chemical analysis (as directed).

4.Terrebonne (Cocodrie):  Cocodrie consists of 1 water sampling team that is working in both Terrebonne Branch and LaFourche Branch.  Conduct water sampling at early detection points for chemical analysis; conduct sediment sampling at predetermined locations for chemical, physical, and toxicity analyses (as directed); conduct oil sampling based upon opportunity for chemical analysis (as directed).

5. Jefferson (Harahan):  Harrahan consists of 7 personnel providing supervisory, team coordination and data management support for the field assets in Chalmette, Grand Isle, Venice, and Cocodrie.  This information is provided to data manager in Environmental Unit at Houma ICP.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 23:55 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-011675

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Kainer, Jonathan      at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: EPA Air/Water/Sediment Sampling & Monitori |

### Special Instructions for Division / Group

Marine Casualties: All reportable marine casualties need to be reported to the US Coast Guard via VHF Channel 16 radio when in distress and/or to the Sector New Orleans Command Center at (504) 846-5924/5923. All marine casualties or emergencies must be immediately reported to the Coast Guard, and then to ICP Houma or the Parish branches.

Specifically:

Response vessels >= 5 gross tons (boats that are required to maintain a valid COD- certificate of documentation) will have to follow the USCG marine reporting guideline in the brochure.

Vessels < 5 gross tons with a state registration number will only have to comply with state regulations for reporting. Vessels with BOTH (state registration# & COD) will follow USCG marine casualty reporting guidelines.

***In addition, all vessels and personnel engaged in the Deepwater Horizon spill response who are unfamiliar with the local navigable waters or area of responsibility (AOR) should have an approved and compliant Emergency Position Indicating Radio Beacon (EPIRB) onboard or other position fixing devices to aid in Search and Rescue.

All vessels should be watching for marine mammals/sea turtles. All vessels must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Reporting Hotline (866-557-1401). Vessels must take prudent actions to avoid collisions with marine mammals/sea turtles.

If controlled burning will be on-going in your area of operation, avoid smoke plumes.

Ensure your tasks do not interfere with their operations.

### Special Environmental Considerations

Sampling or field support should also survey areas for any marine mammals or turtles and oiled or distressed birds or other animals. Record GPS location, attempt to get a picture and report immediately to the Wildlife Reporting Hotline: 1-866-557-1401. Please report any signs of spills/sheens to 1-866-448-5816. Please call 251-583-0804 or 251-583-0801 (Daytime) or 251-583-0791 (Nightime) to order Waste Management resources. All air monitoring should be conducted in accordance with the Incident Air Monitoring Plan.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 23:55 | Page 2 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-011676

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Kainer, Jonathan | at 7/4/2010 02:44 |
| Period: Period 76  (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: EPA Air/Water/Sediment Sampling & Monitorii | |

| Special Site-Specific Safety Considerations |
|---|

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members.  Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment.  Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (beaches accepted).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water.  Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move.  Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather.  Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen.  Drink water frequently.  Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest).  If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest).  Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/4/2010 23:55 | Page 3 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-011677

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Kainer, Jonathan | at 7/4/2010 02:44 |
| Period: Period 76 (7/5/2010 06:00 - 7/6/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: EPA Air/Water/Sediment Sampling & Monitori | |

| Additional Information |
|---|

VESSEL SAFETY

• No vessel shall depart a Task Force without maintaining radio communications.
• Vessels will be recalled to an appropriate safe location when lightning is observed in the area.
• Vessel Captains and Coast Guard personnel will make recall decisions concerning vessel/personnel safety during rough water conditions or approaching weather.
• All vessel captains must conduct radio checks/status updates at least every hour.
• All vessel captains must receive area familiarization training with the technical specialist prior to navigating on the south coast of Marsh Island due to numerous shallow reefs.
• Vessel Captains shall ensure boat safety checklists are conducted and signed daily.
• Vessels must maintain appropriate speeds to avoid collision.
• Decon entry requirements will be waived during severe weather conditions.
• Secure items on vessels to prevent movement while at sea.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/4/2010 23:55 | Page 4 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-011679