# EXHIBIT 15-G

| IAP Cover Sheet | |
|---|---|
| Incident Name:<br>Deepwater Horizon MC252 | Operational Period to be covered by IAP:<br>Period 88  (7/17/2010 06:00 - 7/18/2010 06:00) |

Approved by:

CGIC :  _Will Cant_  cor usca

SOSC :  _Kevin Natali_

RPIC :  _Mike Utsler_

# Incident Action Plan

Louisiana is following a 48 hour planning period.
This plan will cover the followings dates 07-17-2010 to 07-18-2010,  periods "88 and 89" as a 48 hour operational period.



| Prepared By: | Sanderson, Glen | Prepared Date/Time: | 7/16/2010 15:50 | |
|---|---|---|---|---|
| | IAP Cover Sheet | Printed: 7/16/2010 16:10 | © 1997-2010 dbSoft, Inc. | |

Page 1 of 788

HCG154-020923

| ICS 202 - General Response Objectives | | |
|---|---|---|
| Incident: | Deepwater Horizon MC252 | Prepared By: | | at  7/16/2010 09:11 |
| Period: | Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Version Name: | LA - Houma IMT Objectives |

| Overall and Strategic Objectives | | |
|---|---|---|
| | Assigned To | Status |
| 1.  Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas | | |
| 3. Continue to Contain and Recover Spilled Material; Expand and Maximize Capabilities | | |
| 4.  Recover and Rehabilitate Injured Wildlife (O) | | |
| 5.  Manage a Coordinated Response (M) | | |
| 6. Keep the Public, Stakeholders and the Media Informed of Response Activities(M) | | |
| 7. Manage Waste Streams Responsibly and Maintain Regulatory Compliance(O) | | |
| 8.  Ensure sustainability by conducting strategic planning to address mid-range planning concerns, including worst case scenarios, contingencies, resources and logistics | | |

| Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions) |
|---|

***See Attachment***

| Approved By |
|---|

:    _____

| ICS 202 - General Response Objectives | Printed:  7/16/2010 16:11 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-021149

**Priorities: Houma IMT (07/17/2010 0600 to 07/19/2010 0600)**

1) **Ensure the Health, Safety, & Security of Citizens and Response Personnel**

   a) Monitor weather conditions and aggressively enforce safe parameters and work practices

   b) Provide Safety and Health training for workers and volunteers, including heat, weather, stress management and review of current safety issues

   c) Security at all facilities and operating areas

2) **Maximize Protection of Environmentally and Economically Sensitive Areas**

   a) Maintain LOOP Operations

   b) Effective boom program including prioritization, maintenance, replenishment and reassessing deployment tactics versus long term marsh recovery

   c) Ensure compliance with Federal, State, and Local regulations

3) **Continue to Contain and Recover Spilled Material; Expand and Maximize Capabilities**
   *OFFSHORE – DEEPER WATER*

   a) Maximize deeper water recovery efficiency, using skimming, controlled burn, and dispersants (focus next 96 hours at source on optimizing recovery operations)
   *NEAR SHORE*

   b) LA Port Infrastructure sustainability (MRGO, Fourchon)

   c) Measure aerial support effectiveness and skimmers on oil across operations

   d) Measure additional clean-up methods (e.g. Vacs, skimmer selection, airboats)
   *ON SHORE*

   e) Rapid identification and verification of oil impacts

   f) Urgency on beach and marsh clean-up including reporting progress

   g) Deliver on agreed service standard

   h) Continue identification and prioritization of defensive protection strategies, considering long-term protection of marsh and stranded boom removal

   i) Maintenance, repair, and sustainment of response equipment and staging considering hurricane prep
   *ARTES*

   j) Timely evaluation, selection, feedback and appropriate implementation (e.g. alternative boom, pre-treatment, and clean-up methods), including situational awareness for on-going field trials

HCG154-021151

4) **Recover & Rehabilitate Injured Wildlife**

   a) Assessment and recovery capacity including assessing proper span of control

   b) Rehab capabilities

   c) Data collection and analysis

   d) Align and ensure effective MOC of Wildlife operations

5) **Manage Coordinated Response**

   a) Increase visibility of Mission and Status of Unified Effort issues to front line workers through situational awareness

   b) Resource identification, allocation, tracking and accountability utilizing IMT procedures standardization

   c) Severe weather preparedness including tactical planning for SWP

   d) Volunteer program management

   e) Evidence Collection and Preservation

   f) Manage to best response principles.

   g) Assure coordination with neighboring ICP's

6) **Keep the Public, Stakeholders and the Media Informed of Response Activities**

   a) Timely and accurate information, source of Truth to educate and inform

   b) Strategic outreach to media, community, and workforce

7) **Manage Waste Streams Responsibly and Maintain Regulatory Compliance**

   a) Continue implementation of ICP Houma Waste Management Plan and ensure compliance with the Waste Management Directive.

8) **Ensure sustainability by conducting mid-range planning**

   a) Perform tactical planning for next 3-10 days

   b) Re-examine long-term strategy and its sensitivities to incorporate capping stack kill sensitivity

HCG154-021154

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette    at 7/16/2010 04:22 |
|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: LA - Air Operations Branch |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA - Air Operations Branch | Civilian Fixed Wing | Civilian Fixed Wing | 5 each | |
| LA - Air Operations Branch | Civilian Helo | Civilian Helo | 34 each | |
| LA - Air Operations Branch | LANG Helo | | 4 each | |
| LA - Air Operations Branch | Manpower: Operator | | 83 each | |
| LA - Air Operations Branch | Manpower: Responder | | 35 each | |
| LA - Air Operations Branch | Military Fixed Wing | Military Fixed Wing | 2 each | |
| LA - Air Operations Branch | USCG Helo | USCG Helo | 4 each | |

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:41 | Page 1 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021156

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette    at 7/16/2010 04:22 |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |

| Division/Group/Staging: LA - Air Operations Branch |
|---|

| Assignments |
|---|

See Air Ops Attachment.

Daily flight stand-by schedule attached.

AIRBORNE EARLY WARNING
- Fixed  P-3 Orion

QUICK REACTION FORCE
- Helo  H65
- Helo  H65
- Helo  H65
- Helo  H65

RATⅡ
- Helo  S-76 (West)
- Helo  EC135 (East)

SCATⅡ
- Helo  B206 (West)
- Helo  S-76 (East)

PARRISH BRANCH AIR SUPPORT
Orleans/ St. Tammany
- Helo  S-76

St. Bernard
- Helo  AS350
- Helo  B206
- Fixed C172

Plaquemines
- Helo  A119 (East)
- Helo  B407 (West)
- Fixed C182

Grand Isle (Jefferson)
- Helo  B407
- Helo  B206

Lafourche
- Helo  B206

Terrebonne
- Helo  B206

St. Mary
- Helo  A119

Vermillion
- Helo  AS350

Cameron
- Helo  B206

Galveston
- Helo S-76

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|
| ICS 204 - Assignment List | Printed:  7/17/2010 03:41 | Page 2 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021158

| ICS 204 - Assignment List | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Allison, Brigette    **at** 7/16/2010 04:22 |
| **Period:** Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans |
| | **Division/Group/Staging:** LA - Air Operations Branch |

SMART
- Helo  S-76 (2)

NOAA SPILL TRAJECTORY
- Helo  S-76
OFFSHORE RECON / SKIMMING SUPPORT
- Offshore Groups 1,2,3 Helo  S-76 (2)
- Offshore Recon   Fixed  RC-26

FVSF (VOO)
- Helo  S-76

CONTROLLED BURN SUPPORT
- Fixed  King Air (2)

NOAA MARINE MAMMALS
- Helo  EC135
NOAA SEA TURTLE RESCUE
- Helo  B206

FISH & WILDLIFE
Chandeleurs
- Helo  B206
Mississippi Marsh
- Helo  B206
Plaquemines
- Helo  AS350
- Helo  B206
Lafourche & Terrebonne
- Helo  B206
Marsh, Delta, Chandeleurs
- Fixed  P68

AERIAL DISPERSANT FLEET
Spotters
- Fixed  King Air (7)
Sprayers
- Fixed  C-130
- Fixed  Aztec
- Fixed  PA28
- Fixed  BT67
- Fixed  Aztec
- Fixed  AT802 (3)
- Fixed  DC-3

SHORELINE PROTECTION
- Helo  H60
- Helo  H46
- Helo  S-61

REMOTE SENSING (see IRSCC slide show)

VIP/Media/Special Mission Transport
- Helo  H60 (1)
- Fixed  C144

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:41 | Page 3 of 6 | © 1997-2010 dbSoft, Inc. | |

HCG154-021162

## ICS 204 - Assignment List

| | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Allison, Brigette        at 7/16/2010 04:22 |
| **Period:** Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans |
| | **Division/Group/Staging:** LA - Air Operations Branch |

### Special Instructions for Division / Group

HIGHER than 1000'
1. SKIMMERS (5 miles from source)
2. CONTROLLED BURN (10 to 12 miles)
3. DISPERSANT (20 miles)
4. WILDLIFE (Barataria, Grand Terre, Cat Island) (rescue)

  LOW
5. VOO=1000'
6. VOO FIRST LIGHT  TF 8, 9, 10, 11 (Barataria, Timbalier, Terrebonne) OUT TO 10 NM
7. VOO TF 3, 4, 5 (delta)
8. VOO TF 1, 2, 6, 7 (Chandeleur, delta preserve/ Grand Isle)
9. SCAT 500' and below
10. RAT
11.* FRAT (forensic)
12. WILDLIFE (recon)
13. VIP
14. MEDIA
     OTHER

Notify the IC in the event of:
- MISHAP/injury
- oiled wildlife
- media issues
- VIP visits/requests
- waterways issues
- oil impacts beaches / communities

PI/Safety Officer report in at 251-445-8949. Personnel return to ICP by 15:00 with day's documentation.

### Special Environmental Considerations

BMP 1Watch for and report all distressed or dead birds/marine mammal/sea turtles/whale sharks/rays/manatees to wildlife (866-557-1401)
BMP 2Watch for and report all distressed or dead birds/marine mammal/sea turtles/whale sharks/rays/manatees to wildlife (866-557-1401)
BMP 13Avoid hovering or landing of aircraft near posted bird sites
BMP 22No flights below 500 feet over wildlife refuges/management areas
BMP 23No dispersant application within 2 nautical miles of sighted marine mammals/sea turtles

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:41 | Page 4 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021164

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette | at 7/16/2010 04:22 |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: LA - Air Operations Branch | |

| Special Site-Specific Safety Considerations |
|---|

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members. Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment. Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (except beaches).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water. Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move. Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen. Drink water frequently. Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest). If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest). Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task.
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc) All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

AIRCRAFT SAFETY
• Pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• Pilots and passengers shall wear seatbelts at all times.
• Pilots and passengers shall approach/depart helicopters from the front of the helicopter.
• Pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• Personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• No smoking; unless in a designated area.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:41 | Page 5 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021165

| ICS 204 - Assignment List | | | | |
|---|---|---|---|---|
| **Incident:** Deepwater Horizon MC252 | | **Prepared By:** Sanderson, Glen      **at** 7/16/2010 04:22 | | |
| **Period:** Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | | **Branch:** Sector New Orleans | | |
| **Division/Group/Staging:** LA - Fishing Vessel Group 1 | | | | |

| Operations Personnel | | | |
|---|---|---|---|
| Title | Name | Affiliation | Contact Number(s) |
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

| Resources Required | | | | |
|---|---|---|---|---|
| Area of Operation | Resource Type | Description | Quantity | Size |
| LA - Fishing Vessel Group 1 | Aircraft: Helo | H | 1 each | |
| LA - Fishing Vessel Group 1 | Boom | B | 50000 feet | - 24 |
| LA - Fishing Vessel Group 1 | Crew Boat | | 10 each | |
| LA - Fishing Vessel Group 1 | Deck Barge | VSO 1 | 1 each | |
| LA - Fishing Vessel Group 1 | Quarters Barge | VSO 8 | 5 each | 26 - 100 each |
| LA - Fishing Vessel Group 1 | Response Personnel | | 618 each | |
| LA - Fishing Vessel Group 1 | Skimmer | | 102 each | |
| LA - Fishing Vessel Group 1 | Small Boat | | 10 each | |
| LA - Fishing Vessel Group 1 | Sorbent: Boom | | 20000 feet | |
| LA - Fishing Vessel Group 1 | Spud Barge | VSO 4 | 3 each | |
| LA - Fishing Vessel Group 1 | Storage Barge (Inland) | VSO 2 | 2 each | |
| LA - Fishing Vessel Group 1 | Tank Vessel | | 2 each | |
| LA - Fishing Vessel Group 1 | Transfer Pump | TP | 8 each | |
| LA - Fishing Vessel Group 1 | Tug/Tow Boat | | 4 each | |
| LA - Fishing Vessel Group 1 | Work Boat | | 145 each | |

| Reviewed By Signatures - (PSC): | *(signature)* | (OSC): | *(signature)* |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:41 | Page 1 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021174

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Sanderson, Glen      at 7/16/2010 04:22 |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: LA - Fishing Vessel Group 1 |

| Assignments |
|---|

GROUP 1

**SEE ATTACHMENT FOR VESSEL LIST**

110 Shrimp boats with containment boom outfitted on outriggers. Sorbent boom to be placed within the boom apex to recover oil.
Group 1 skimmers:
5 boats, 10 skimmers TF1 ST1 - SK2
5 boats, 10 skimmers TF2 ST2 - SK3
5 boats 10 skimmers TF3 ST1 - SK3
5 boats 10 skimmers TF5 - SK3
17 and 18 July - Pending delivery of Minimax 30s from Amelia, install SK2 systems on TF1, ST 2

Work Area Location: Pending weather and sea state conditions.
Task Force 1  - West Bay Southwest Pass to South Pass
Task Force 2  -  South Pass to Pass a Loutre
Task Force 3 -  Pass a Loutre to Main Pass
Task Force 4 -  Main Pass to Baptiste Collette
Task Force 5 - Baptiste Collette to Breton Island
Days off:
17 July: TF1 ST1, TF2 ST4, TF3 ST1, TF4 ST2, TF5 ST2
18 July: TF1 ST2, TF2 ST5, TF3 ST2, TF4 ST3, TF5 ST3

Priority Protection area: Breton Island.
Task Force Leaders to monitor radio during aerial recon over flights and move strike teams into spotted recoverable oil. If weathered or mechanical delays prevent aerial recon, Strike Teams to conduct search patterns in their assigned work areas. Report encountered oil to On Water Commander and conduct containment at no more than 0.75 knots and recovery operations with skimmers or sorbent boom.

Monitor supply of sorbent boom and other consumables.

Report waste offloading needs to Heritage in Venice.  Report daily collected waste volumes to On Water Command and Branch office in Houma.
Conduct air monitoring and safety checks for all task forces. Keep records of all safety visits to FVs.

Report all stand downs to Houma FVSB and communicate reason for stand down to all FV's affected.  Also report stand downs to Houma situation (985) 414-9565 and Branch office in Houma.

Conduct JSEA's.  Stress the enforcement of the work-rest cycle, hydration guidelines and heat management plan, and vessel to vessel transfers, safety communications (no blame, open line of communication regarding safety concerns, safety stop is everyone's responsibility)
Report incidents immediately to Houma FVSB safety or deputy.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/17/2010 03:41 | Page 2 of 6 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Sanderson, Glen     at 7/16/2010 04:22 | |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: LA - Fishing Vessel Group 1 | |

### Special Instructions for Division / Group

Guidelines for Nearshore On-Water
Response in Marsh Areas - MC 252

Rapid response to and cleanup of floating oil in nearshore waters is of high priority. Realizing that the distinction between the nearshore water and the shoreline can be confusing, the following guidelines are provided for on water recovery.

1. All work must be conducted from the boat; no walking on any shoreline.
2. Do not penetrate into any vegetation of any kind, either with the boat or any equipment. However, skimming can be conducted adjacent to the vegetation, assuming sufficient water depths.
3. Do not clean up oil on the shorelines until Shoreline Treatment Recommendation (STR) Operational Permit to Work is provided.

Marine Casualties: All reportable marine casualties need to be reported to the US Coast Guard via VHF Channel 16 radio when in distress and/or to the Sector New Orleans Command Center at (504) 846-5924/5923. All marine casualties or emergencies must be immediately reported to the Coast Guard, and then to ICP Houma or the Parish branches.

Specifically:
Response vessels >= 5 gross tons (boats that are required to maintain a valid COD- certificate of documentation) will have to follow the USCG marine reporting guideline in the brochure.
Vessels < 5 gross tons with a state registration number will only have to comply with state regulations for reporting.
Vessels with BOTH (state registration# & COD) will follow USCG marine casualty reporting guidelines.

***In addition, all vessels and personnel engaged in the Deepwater Horizon spill response who are unfamiliar with the local navigable waters or area of responsibility (AOR) should have an approved and compliant Emergency Position Indicating Radio Beacon (EPIRB) onboard or other position fixing devices to aid in Search and Rescue.

All vessels should be watching for marine mammals/sea turtles. All vessels must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Reporting Hotline (866-557-1401). Vessels must take prudent actions to avoid collisions with marine mammals/sea turtles.

If controlled burning will be on-going in your area of operation, avoid smoke plumes.
Ensure your tasks do not interfere with their operations.

### Communications

| Name / Function | Radio:  Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Situation Unit Comms Watch | | (985) 493-7807 | (985) 772-4475 |
| Floating City 1 (FC1) | Ch. 18 | | |
| Task Force 1 Leader | Ch. 69 | | |
| Task Force 2 Leader | ch. 72 | | |
| Task Force 3 Leader | Ch . 71 | | |
| Task Force 4 Leader | Ch 73 | | |
| Task Force 5 Leader | Ch 68 | | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/17/2010 03:41 | Page 3 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021179

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Sanderson, Glen      at  7/16/2010 04:22 |
|---|---|
| Period: Period 88  (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |

Division/Group/Staging:  LA - Fishing Vessel Group 1

### Special Environmental Considerations

BMP 1  Watch for and avoid collisions with and report all distressed or dead birds/marine mammal/sea turtles/whale sharks/rays/manatees to wildlife (866-557-1401)
BMP 2  Retrieve injured/dead/oiled sea turtles using the sea turtle At-Sea Retrieval Protocol
BMP 4  Manage waste in compliance with the Waste Management Plan
BMP 5  Maintain compliance with the Decontamination Plan where applicable
BMP 14  If skimming, avoid skimming Sargassum that is not oiled or is only very lightly oiled

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/17/2010 03:41 | Page 4 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021181

| ICS 204 - Assignment List | | |
|---|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Sanderson, Glen | **at** 7/16/2010 04:22 |
| **Period:** Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans | |
| | **Division/Group/Staging:** LA - Fishing Vessel Group 1 | |

| Special Site-Specific Safety Considerations |
|---|

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members. Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment. Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (except beaches).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water. Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move. Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen. Drink water frequently. Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest). If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest). Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc) All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:41 | Page 5 of 6 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Sanderson, Glen     **at** 7/16/2010 04:22 |
| **Period:** Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans |

| **Division/Group/Staging:** LA - Fishing Vessel Group 1 |
|---|

| Additional Information |
|---|

VESSEL SAFETY
• No vessel shall depart a Task Force without maintaining radio communications.
• Vessels will be recalled to an appropriate safe location when lightning is observed in the area.
• Vessel Captains and Coast Guard personnel will make recall decisions concerning vessel/personnel safety during rough water conditions or approaching weather.
• All vessel captains must conduct radio checks/status updates at least every hour.
• All vessel captains must receive area familiarization training with the technical specialist prior to navigating on the south coast of Marsh Island due to numerous shallow reefs.
• Vessel Captains shall ensure boat safety checklists are conducted and signed daily.
• Vessels must maintain appropriate speeds to avoid collision.
• Decon entry requirements will be waived during severe weather conditions.
• Secure items on vessels to prevent movement while at sea.

The site-specific safety documents for the on water oil recovery operations are listed below:
- MSRC Dispersant Group Site Safety Plan for Dispersant Staging Airport Operations
- MSRC Response Site Safety Plan
- Site Safety Plan for Dispersant Operations
- NRC Site Safety Plan (vessels)
- MC252 Air Monitoring Plan (BP)

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:41    Page 6 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021184

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad | at 7/16/2010 04:22 |
|---|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: LA - Controlled Burn Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA - Controlled Burn Group | Barge: Offshore | Tank Barge | 1 each | |
| LA - Controlled Burn Group | Boom: Fire | Boom: Fire | 40000 feet | |
| LA - Controlled Burn Group | Manpower: Responder | | 276 each | |
| LA - Controlled Burn Group | Tug | | 3 each | |
| LA - Controlled Burn Group | Vessel | | 41 each | |

### Assignments

**ALL EMPLOYEES AND CONTRACTORS HAVE THE AUTHORITY TO STOP WORK AT ANYTIME FOR SAFTEY REASONS.**
**TASK FORCE LEADERS ENSURE SAFETY PERSONNEL MAINTAIN OPEN COMMUNICATIONS WITH ALL RESPONDERS.**

OBJECTIVES:
Contain free floating oil in quantities sufficient for conducting controlled burn.
Coordinate with SIM-OPS plan and Air Traffic Control to ensure area is safe before conducting burn.

TASKING:
Implement Controlled Burn plan as weather permitting. Monitor operations and optimize as needed.
Continue to evaluate if oil has sufficient properties to sustain burning.

All burns must be conducted within an 8 mile radius of the Command Vessel.

3 Task Force underway. Maintain appropriate span of control by utilizing OSVs to assist with Command and Control.

Maintain proper crew rest in accordance with safety plans.

Coordinate with aerial dispersants to insure area of operations do not conflict.

Each task force will continue to carry one turtle observer on each ignition vessel.

Ensure all vessels adhere to offshore tactics diagram.

| Reviewed By Signatures - (PSC): | (OSC): | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:42 | Page 1 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021604

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad      at 7/16/2010 04:22 |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: LA - Controlled Burn Group |

**Special Instructions for Division / Group**

Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

At no time will the burn operations put the source control vessels in a situation where they are impacted by the smoke plume.

The Controlled Burn Group will operate in an area recommended by the aerial spotter team.

A 5 mile no fly exclusion zone will be initiated daily around the Controlled Burn Group by the Dispersant Task Force.

Marine Casualties: All reportable marine casualties need to be reported to the US Coast Guard via VHF Channel 16 radio when in distress and/or to the Sector New Orleans Command Center at (504) 846-5924/5923.  All marine casualties or emergencies must be immediately reported to the Coast Guard, and then to ICP Houma or the Parish branches.

Specifically:
Response vessels >= 5 gross tons (boats that are required to maintain a valid COD- certificate of documentation) will have to follow the USCG marine reporting guideline in the brochure.
Vessels < 5 gross tons with a state registration number will only have to comply with state regulations for reporting.
Vessels with BOTH (state registration# & COD) will follow USCG marine casualty reporting guidelines.

***In addition, all vessels and personnel engaged in the Deepwater Horizon spill response who are unfamiliar with the local navigable waters or area of responsibility (AOR) should have an approved  and compliant Emergency Position Indicating Radio Beacon (EPIRB) onboard or other position fixing devices to aid in Search and Rescue.

| Reviewed By Signatures - (PSC): | (OSC): | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/17/2010 03:42 | Page 2 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021608

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad          at 7/16/2010 04:22 |
|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |

| Division/Group/Staging: LA - Controlled Burn Group |
|---|

### Special Environmental Considerations

BMP 1  Watch for and avoid collisions with and report all distressed or dead birds/marine mammal/sea turtles/whale sharks/rays/manatees to wildlife (866-557-1401)
BMP 2  Retrieve injured/dead/oiled sea turtles using the sea turtle At-Sea Retrieval Protocol
BMP 4  Manage waste in compliance with the Waste Management Plan
BMP 5  Maintain compliance with the Decontamination Plan where applicable
BMP 18  A trained sea turtle observer is required for all operations
BMP 19  Sea turtle observer on the ignition vessel will monitor 3 areas prior to the burn (the area in front of the trawlers, oil concentrated in the boom, and any oil trailing behind the boom)
BMP 20  A survey should be conducted in the burn area after the burn is complete and all dead sea turtles should be counted and if possible collected.
BMP 21  Avoid burning unoiled/lightly oiled sargassum

| Reviewed By Signatures - (PSC): | (OSC): | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:42 | Page 3 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021609

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Rodrigue, Chad        at 7/16/2010 04:22 |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging:  LA - Controlled Burn Group |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members.  Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment.  Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (except beaches).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water.  Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move.  Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather.  Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen.  Drink water frequently.  Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest).  If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest).  Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc) All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:42 | Page 4 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021611

| ICS 204 - Assignment List | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Rodrigue, Chad          **at** 7/16/2010 04:22 |
| **Period:** Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans |

| | |
|---|---|
| | **Division/Group/Staging:** LA - Controlled Burn Group |

**Additional Information**

VESSEL SAFETY
• No vessel shall depart a Task Force without maintaining radio communications.
• Vessels will be recalled to an appropriate safe location when lightning is observed in the area.
• Vessel Captains and Coast Guard personnel will make recall decisions concerning vessel/personnel safety during rough water conditions or approaching weather.
• All vessel captains must conduct radio checks/status updates at least every hour.
• All vessel captains must receive area familiarization training with the technical specialist prior to navigating on the south coast of Marsh Island due to numerous shallow reefs.
• Vessel Captains shall ensure boat safety checklists are conducted and signed daily.
• Vessels must maintain appropriate speeds to avoid collision.
• Decon entry requirements will be waived during severe weather conditions.
• Secure items on vessels to prevent movement while at sea.

AIRCRAFT SAFETY
• Pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• Pilots and passengers shall wear seatbelts at all times.
• Pilots and passengers shall approach/depart helicopters from the front of the helicopter.
• Pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• Personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• No smoking; unless in a designated area.

The site-specific safety documents for the on water oil recovery operations are listed below:
- MSRC Dispersant Group Site Safety Plan for Dispersant Staging Airport Operations
- MSRC Response Site Safety Plan
- Site Safety Plan for Dispersant Operations
- NRC Site Safety Plan (vessels)
- MC252 Air Monitoring Plan (BP)

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:42 | Page 5 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021614

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Davis, Zachary | at 7/16/2010 08:24 |
|---|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |

Division/Group/Staging: LA - Dispersant Group

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| LA - Dispersant Group | Aircraft: Fixed Wing | | 16 each | |
| LA - Dispersant Group | Dispersant - EC9500A | TRT | 200000 gallon(s) | |
| LA - Dispersant Group | Manpower: Responder | | 84 each | |

### Assignments

Aerial Dispersant Group:

Daily approval required before spraying.

Aerial spray with planes: C130's (1-IAR),  DC-3 (1-ASI) & DC 3 Turbo Prop (1-ASI), AT-802 (3-NRC)
King Air (2-Dynamic (MSRC). PLEASE SEE THE ATTACHED DOCUMENT FOR MORE DETAILED INFORMATION
RELATED TO THE DISPERSANT/SPOTTER AIRCRAFT.

Approval to apply Nalco EC9500A continues
Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds
and 8+ inch wave height).
Target Black and Brown dispersable oil.
Ensure a no spray zone within 5 nautical miles of the source (28° 45.12" N by -88° 18.53" W) and any Controlled Burn
operations. Ensure there is a 2 nautical mile separation zone from any vessel/platform and 3 nautical miles around
mammal sightings. ***REFER TO THE DAILY OFFSHORE TACTICS DIAGRAM FOR DISPERSANT OPERATION AREA
AS DESIGNATED EXCLUSION ZONE***
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 1 Teams to conduct Tier 1 Team monitoring.  SMARTas Scientific Support Mission (SSM)
may spray with 1nm of SMART/SSM vessel - positive ID required.
Monitor stockpile of dispersant for supply replenishment to maintain sutainability and stockpile.
Instructions from UC is to maintain a 85,000 gallon minimum inventory of EC9500A.
Follow instructions for overflight restrictions over wildlife refuges.

AT-802 has been approved by BP for operational use  (Three (3) to forty (40) nautical miles/water depths greater than 10
meters and 8+ inch wave height.).

Spotter aircraft perform early morning surveillance flights to ID dispersable oil in assigned zones. Additional spotting for
spray aircraft and special assignment for scientific efforts.

### Special Instructions for Division / Group

Vessel clearance from spray targets prior to deployment.
*Pilots required to call Dispersant Group - Houma for discrete IFF code for entry into TFR.  Contact Tyndall for each flight
to advise prior to take off  (850-282-0928)
Report take off & landing times to assigned coordinators as they occur.
Contact P3 aircraft "Omaha 99" for flight advisories.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency (Primary) | W of 89 degrees: 126.4 | | |

| Reviewed By Signatures - (PSC): | *G.D. Leichou* | (OSC): | *D Kinoaf* |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:42 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-021621

## ICS 204 - Assignment List

| | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Davis, Zachary    **at** 7/16/2010 08:24 |
| **Period:** Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans |

**Division/Group/Staging:** LA - Dispersant Group

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air-to-Air Frequency (Primary) | E of 89 degrees: 135.65 | | |
| Air-to-Air Frequency (Primary) | In Source Area: 132.6 | | |
| Air-to-Air Frequency (Secondary) | All Zones: 123.45 | | |
| Surface to Air Frequency | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |
| EPA | | 214-789-1527 | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop, AT-802, King Air, Aero Commander, Aztec.
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

BMP 2 Watch for and report all distressed or dead birds/marine mammal/sea turtles/whale sharks/rays/manatees to wildlife (866-557-1401)
BMP 22 No flights below 500 feet over wildlife refuges/management areas
BMP 23 No dispersant application within 2 nautical miles of sighted marine mammals/sea turtles

Reviewed By Signatures - (PSC):    (OSC):

| ICS 204 - Assignment List | Printed: 7/17/2010 03:42 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-021623

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Davis, Zachary | at 7/16/2010 08:24 |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: LA - Dispersant Group | | |

| Special Site-Specific Safety Considerations |
|---|

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members.  Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Check posting for location of first aid equipment and medical support
• Obtain an updated weather report prior to deployment.  Review steps to respond to severe weather event, including when to return to safe haven.
PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (except beaches).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water.  Coveralls are not required for work involving solid tar balls or tar patties.
• All personnel shall protect themselves from severe weather.  Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices when operating a vehicle.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen. Drink water frequently.  Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest).  If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest).  Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.


COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Notify chain of command of any health, safety, security, or environmental incidents.  These include near miss, first aid, security breaches, chemical spills, etc.
***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***


Everyone has the right and duty to stop a task that is recognized as unsafe.

• No vessel shall depart a Task Force without maintaining radio communications.
• Vessels will be recalled to an appropriate safe location when lightning is observed in the area.
• Vessel Captains and Coast Guard personnel will make recall decisions concerning vessel/personnel safety during rough water conditions or approaching weather.
• All vessel captains must conduct radio checks/status updates at least every hour.
• Vessel Captains shall ensure boat safety checklists are conducted and signed daily.
• Vessels must maintain appropriate speeds to avoid collision.
• Secure items on vessels to prevent movement while at sea.
• Keep all body parts clear of connection areas that move.  Identify areas on the JSEA.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/17/2010 03:42 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-021625

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette | at 7/16/2010 04:22 |
|---|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |

Division/Group/Staging: SMART Group

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Tier 1 SMART Team | Aircraft: Helo | Aircraft: Helo | 2 each | |
| Aerial Tier 1 SMART Team | Manpower: Responder | | 10 each | |

### Assignments

USCG SMART Aerial Tier 1:

Weather permitting, two SMART Air Teams to observe dispersant spray missions.  Data to be uploaded to the EPA OSC website where the NOAA processors will complete the processing.
For the next operational period, SMART will have Team 1 standing by at ( 0800) in Boothville while Team 2 will be on standby in Houma. When receive daily "green light" for dispersant mission(s) will coordinate team(s) accordingly.

MISSION:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveillance support as required.
Team in Houma to provide same function in areas as directed by SMART Group Supervisor.
Coordinate with Air Operations Group and Environmental Unit
Follow instructions for overflight restrictions over wildlife refuges.

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel notification from spray targets prior to deployment.

Report take off & landing times to assigned coordinator as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

Air Monitoring test results from NIOSH still pending lab analysis.

### Special Environmental Considerations

BMP 1  Watch for and avoid collisions with and report all distressed or dead birds/marine mammal/sea turtles/whale sharks/rays/manatees to wildlife (866-557-1401)
BMP 2  Retrieve injured/dead/oiled sea turtles using the sea turtle At-Sea Retrieval Protocol
BMP 4  Manage waste in compliance with the Waste Management Plan
BMP 5  Maintain compliance with the Decontamination Plan where applicable
BMP 14  If skimming, avoid skimming Sargassum that is not oiled or is only very lightly oiled
BMP 23  No dispersant application within 2 nautical miles of sighted marine mammals/sea turtles

| Reviewed By Signatures - (PSC): | _[signature]_ | (OSC): | _[signature]_ |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:44 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | | |
|---|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Allison, Brigette | **at** 7/16/2010 04:22 |
| **Period:** Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans | |
| Division/Group/Staging: SMART Group | | |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members. Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment. Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (except beaches).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water. Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move. Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather. Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous. Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen. Drink water frequently. Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest). If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest). Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:44 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-021861

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Allison, Brigette at 7/16/2010 04:22 |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: SMART Group | |
| Additional Information | |

AIRCRAFT SAFETY
• Pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• Pilots and passengers shall wear seatbelts at all times.
• Pilots and passengers shall approach/depart helicopters from the front of the helicopter.
• Pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• Personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• No smoking; unless in a designated area.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:44 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-021862

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 7/16/2010 04:22 |
|---|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring Grou | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Air/Water/Product Sampling & | Airboat | | 2 each | |
| Air/Water/Product Sampling & | Aircraft: Fixed Wing | | 1 each | |
| Air/Water/Product Sampling & | Manpower: Operator | | 16 each | |
| Air/Water/Product Sampling & | Manpower: Responder | | 58 each | |
| Air/Water/Product Sampling & | Manpower: Supervisor | | 18 each | |
| Air/Water/Product Sampling & | Response Boat | | 7 each | |
| Air/Water/Product Sampling & | Work Boat | | 18 each | |
| LOOP Oil Sampling Team (LC | Crew Boat | | 1 each | |
| LOOP Oil Sampling Team (LC | Manpower: Responder | | 2 each | |
| EPA Air/Water/Sediment Sam | Aircraft: Fixed Wing | | 1 each | |
| EPA Air/Water/Sediment Sam | Command Trailer | | 3 each | |
| EPA Air/Water/Sediment Sam | Manpower: Operator | | 15 each | |
| EPA Air/Water/Sediment Sam | Manpower: Responder | | 46 each | |
| EPA Air/Water/Sediment Sam | Manpower: Supervisor | | 24 each | |
| EPA Air/Water/Sediment Sam | Response Boat | | 1 each | |
| EPA Air/Water/Sediment Sam | Work Boat | | 5 each | |
| ARTES | Manpower: Supervisor | | 4 each | |
| ARTES | Vessel | | 1 each | |

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:44 | Page 1 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021874

| ICS 204 - Assignment List | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Hill, David          **at** 7/16/2010 04:22 |
| **Period:** Period 88  (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans |
| | **Division/Group/Staging:** Air/Water/Product Sampling & Monitoring Grou |

| Assignments |
|---|

**See Attachment**

FRAT (Air, Water...)
NOAA Research Vessels


Forensic Rapid Assessment Teams (FRAT)
JULY 17
Based on (OPS/SITU/or SCAT requests)

FRAT 1 -  St Bernard Chandeleurs
FRAT 2 -  TBD
FRAT 3 - TBD
FRAT 4 - Jefferson  - Grand Isle Sand Sampling
HOT SHOT 1 - as needed
HOT SHOT 2 - as needed


JULY 18
Based on (OPS/SITU/or SCAT requests)

FRAT 1 - TBD
FRAT 2 - TBD
FRAT 3 - TBD
FRAT 4 - Jefferson  - Grand Isle Sand Sampling
HOT SHOT 1 - as needed
HOT SHOT 2 - as needed

SPECIAL INSTRUCTIONS TO ALL FRAT TEAMS:  FRAT teams to identify and inform USCG Sector New Orleans sampling teams of impacted shorelines for opportunities to sample.


NOAA water column monitoring vessels - Average of 10 to 15 monitoring vessels usually out daily along coastline and offshore. Offshore Research Vessels must adhere to the daily offshore tactics diagram issued by the offshore operations branch director, and adhere to the research sampling waste protocol and maintain communications as required.

In Port
Gordon Gunter
Ocean Veritas
OregonII
Ridley Thomas

Conducting sampling
Brooks McCall
Bunny Bordelon
Jack Fitz
Meg Skansi
Pelican
Rachel Bordelon
Ryan Chouest
Seward Johnson
Wes Bordelon

Acoustic Ops
Pisces

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| **ICS 204 - Assignment List** | Printed:  7/17/2010 03:44 | Page 2 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021876

| ICS 204 - Assignment List | | |
|---|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Hill, David | at 7/16/2010 04:22 |
| **Period:** Period 88  (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans | |
| | **Division/Group/Staging:** Air/Water/Product Sampling & Monitoring Grou | |

Loop Current assessement
Nancy Foster


All offshore trials will adhere to the daily offshore tactics diagram issued by the offshore operations branch director.

Air Monitoring/Sampling Team from:
- Waveland, MS to St Bernard Parish
- New Orleans to Venice
- Laffitte to Pearlington
- Houma to Grand Isle
- Houma to Franklin
- Franklin to Intracoastal City
- Venice to Grand Isle
- Grand Isle to Terrebonne Bay
- Atchafalaya Bay to Vermilion Bay
- Vermilion Bay to Cameron
- Cameron to Port Arthur, TX.
- Port Arthur, Tx to Galveston, Tx

Staging area perimeter air monitoring in:
- Slidell
- Hopedale/Shell Beach
- Venice
- Grand Isle
- Port Fourchon
- Chauvin
- Franklin


CONTROL OPERATIONS
CTEH is conducting community air monitoring along Louisiana shoreline.  6 Air monitoring/sampling teams consisting of 2-3 people each (days/nights shift).  Conducting both real-time air monitoring and analytical air sampling at 6 fixed locations.
CTEH conducting shoreline air monitoring along Louisiana coast line, in areas not accessible by road.  Three teams consisting of 2 air monitoring personnel are conducting real-time air monitoring using vessels of opportunity (boats).
CTEH is conducting perimeter air monitoring around 7 staging areas from Slidell to Franklin.  7 teams consisting of 1-2 people each (days/nights shift will be conducting both real-time air monitoring and analytical air sampling at 7 fixed locations.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:44 | Page 3 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021878

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 7/16/2010 04:22 |
|---|---|---|

| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
|---|---|

Division/Group/Staging: Air/Water/Product Sampling & Monitoring Grou

### Special Instructions for Division / Group

Marine Casualties: All reportable marine casualties need to be reported to the US Coast Guard via VHF Channel 16 radio when in distress and/or to the Sector New Orleans Command Center at (504) 846-5924/5923. All marine casualties or emergencies must be immediately reported to the Coast Guard, and then to ICP Houma or the Parish branches.

Specifically:
Response vessels >= 5 gross tons (boats that are required to maintain a valid COD- certificate of documentation) will have to follow the USCG marine reporting guideline in the brochure.
Vessels < 5 gross tons with a state registration number will only have to comply with state regulations for reporting.
Vessels with BOTH (state registration# & COD) will follow USCG marine casualty reporting guidelines.

***In addition, all vessels and personnel engaged in the Deepwater Horizon spill response who are unfamiliar with the local navigable waters or area of responsibility (AOR) should have an approved and compliant Emergency Position Indicating Radio Beacon (EPIRB) onboard or other position fixing devices to aid in Search and Rescue.

If controlled burning will be on-going in your area of operation, avoid smoke plumes.
Ensure your tasks do not interfere with their operations.

### Special Environmental Considerations

BMP 1  Watch for and avoid collisions with marine mammals/sea turtles/whale sharks/rays/Manatees/Manatees
BMP 2  Watch for and report all distressed or dead birds/marine mammal/sea turtles/whale sharks/rays/manatees to wildlife (866-557-1401)
BMP 3  Retrieve injured/dead/oiled sea turtles using the sea turtle At-Sea Retrieval Protocol
BMP 4  Avoid disturbing vegetation, marsh soils, or peat with foot traffic/boats/equipment or consult a qualified biologist to minimize impact
BMP 5  Manage waste in compliance with the Waste Management Plan
BMP 6  Maintain compliance with the Decontamination Plan where applicable
BMP 7  All onshore work should be conducted during daylight hours except within 24 hours of projected oil landfall
BMP 8  Minimize on shore night operations and confine operations to landward of the intertidal zone
BMP 9  Observe a 10 foot buffer from marked sea turtle nests. If a nest area is contaminated/oiled, contact the onsite Wildlife Observer immediately. Follow the Wildlife Observer's direction for removing contaminated/oiled sand from within the nesting area.
BMP 10  Utilize existing access/egress areas and roadways
BMP 11  Begin on shore work after turtle nesting surveys/conservation activities are completed daily
BMP 12  Use low-pressure tire vehicles (e.g. ATVs, Gators) or consult with a qualified biologist to minimize impact'
BMP 13  Restore beach topography, if altered, to natural beach profile by 2000 each day
BMP 14  Minimize removal of clean sediments
BMP 15  Avoid hovering or landing of aircraft near posted bird sites
BMP 16  If skimming, avoid skimming Sargassum that is not oiled or is only very lightly oiled
BMP 33  Stakes or flagging should not be removed or destroyed anywhere on the beach or dune

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|

| ICS 204 - Assignment List | Printed: 7/17/2010 03:44 | Page 4 of 6 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-021882

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 7/16/2010 04:22 |
| Period: Period 88  (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring Grou | |

| Special Site-Specific Safety Considerations |
|---|

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members.  Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment.  Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (except beaches).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water.  Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move.  Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather.  Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen.  Drink water frequently.  Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest).  If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest).  Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task.
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:44 | Page 5 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021884

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Hill, David | at 7/16/2010 04:22 |
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Air/Water/Product Sampling & Monitoring Grou | |

| Additional Information |
|---|

VESSEL SAFETY
• No vessel shall depart a Task Force without maintaining radio communications.
• Vessels will be recalled to an appropriate safe location when lightning is observed in the area.
• Vessel Captains and Coast Guard personnel will make recall decisions concerning vessel/personnel safety during rough water conditions or approaching weather.
• All vessel captains must conduct radio checks/status updates at least every hour.
• All vessel captains must receive area familiarization training with the technical specialist prior to navigating on the south coast of Marsh Island due to numerous shallow reefs.
• Vessel Captains shall ensure boat safety checklists are conducted and signed daily.
• Vessels must maintain appropriate speeds to avoid collision.
• Decon entry requirements will be waived during severe weather conditions.
• Secure items on vessels to prevent movement while at sea.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:44 | Page 6 of 6 | © 1997-2010 dbSoft, Inc. |

HCG154-021887

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Kainer, Jonathan | at 7/16/2010 04:22 |
|---|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: EPA Air/Water/Sediment Sampling & Monitorii | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | - | | 985-413-5303 |
| Operations Section Deputy | - | | 985-413-9762 |
| Operations Section Deputy 2 | - | | 985-414-1780 |
| Situation Unit Leader | - | | 985-493-7808 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| EPA Air/Water/Sediment Sam | Aircraft: Fixed Wing | | 1 each | |
| EPA Air/Water/Sediment Sam | Command Trailer | | 3 each | |
| EPA Air/Water/Sediment Sam | Manpower: Operator | | 15 each | |
| EPA Air/Water/Sediment Sam | Manpower: Responder | | 46 each | |
| EPA Air/Water/Sediment Sam | Manpower: Supervisor | | 24 each | |
| EPA Air/Water/Sediment Sam | Response Boat | | 1 each | |
| EPA Air/Water/Sediment Sam | Work Boat | | 5 each | |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:45 | Page 1 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021917

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Kainer, Jonathan    at 7/16/2010 04:22 |
|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: EPA Air/Water/Sediment Sampling & Monitorin |

### Assignments

1. St Bernard (Chalmette):  Chalmette consists of 3 air sampling and monitoring teams working in the St. Bernard Branch. Conduct air monitoring and sampling at Poydras, Chalmette, and Hopedale for VOCs (T015) via 24 hr summa canisters; SVOCs (T013) via high volume air sampler; 2.5 micron particulate sampling via PQ200 high volume air sampler; air monitoring for VOCs via PID; LEL, CO, and O2  via multi meter; 2.5 micron particulates via E-BAM particulate monitor.

2. Jefferson (Grand Isle):  Grand Isle consists of 4 air/water/sediment/oil sampling and monitoring teams that are working in the Jefferson Branch and Lafourche Branches for air monitoring and sampling,  and  Jefferson, Lafourche, and Plaquemines Branches for water/sediment/oil sampling.  Conduct air monitoring and sampling at 2 locations in Grand Isle and 1 location in Port Fourchon for VOCs (T015) via 24 hr summa canisters; SVOCs (T013) via high volume air sampler; 2.5 micron particulate sampling via PQ200 high volume air sampler; air monitoring for VOCs via PID; 2.5 micron particulates via E-BAM particulate monitor.   Conduct water sampling at early detection points for chemical analysis; conduct sediment sampling at predetermined locations for chemical, physical, and toxicity analyses (as directed);  conduct oil sampling based upon opportunity for chemical analysis (as directed).

3. Plaquemines (Venice):  Venice consists of 4 air/water/sediment/oil sampling and monitoring teams that are working in Plaquemines Branch for air monitoring and sampling and both Plaquemines and St. Bernard Branches for water/sediment/oil sampling.  Conduct air monitoring and sampling a 3 locations in Venice for VOCs (T015) via 24 hr summa canisters; SVOCs (T013) via high volume air sampler; 2.5 micron particulate sampling via PQ200 high volume air sampler; air monitoring for VOCs via PID; H2S,  LEL, CO, and O2  via multi meter; 2.5 micron particulates via E-BAM particulate monitor. Additional H2S monitoring will be conducted using Teledyne API model 101E Fluorescent Analyses. Conduct water sampling at early detection points for chemical analysis; conduct sediment sampling at predetermined locations for chemical, physical, and toxicity analyses (as directed);  conduct oil sampling based upon opportunity for chemical analysis (as directed).

4.Terrebonne (Cocodrie):  Cocodrie consists of 1 water sampling team that is working in both Terrebonne Branch and LaFourche Branch.  Conduct water sampling at early detection points for chemical analysis; conduct sediment sampling at predetermined locations for chemical, physical, and toxicity analyses (as directed); conduct oil sampling based upon opportunity for chemical analysis (as directed).

5. Waste Sampling and Assessment Task Force: Waste Sampling and Assessment: Consists of crew working in Terrebonne Parish, Lafourche Parish, Jefferson Parish, Plaquemines Parish,
 and St. Bernard Parish performing assessments of waste staging areas and landfills and conducting bi-monthly sampling of liquid and solid waste.

6. NOAA Offshore sampling Crew consists of four EPA staff aboard the vessels Endeavor, RV Brooks McCall, RV Ocean Veritas, and International, where EPA is assisting with environmental sample preparation, and oversight of the sampling mission.

7.  EPA Offshore Dioxin Sampling Crew consists of three EPA personnel aboard the MV Allison and MV Jamie G. Crew is collecting air samples inside the burn plume during in-situ oil burning for
dioxin analysis.

8. Taga Crew consists of three EPA ERT Staff and three SERAS personnel staffing the Trace Atmospheric Gas Analyzer (TAGA mobile laboratory. TAGA Crew conducts mobile air monitoring
and sampling in areas potentially impacted by the Oil Spill and response operations.

9. ASPECT Crew consists of two EPA ERT Staff and four ARRAE personnel staffing the ASPECT aircraft. ASPECT Crew conducts aerial air monitoring and reconnaissance activities in areas potentially
impacted by

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/17/2010 03:45 | Page 2 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021918

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Kainer, Jonathan    at  7/16/2010 04:22 |
|---|---|
| Period: Period 88  (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: EPA Air/Water/Sediment Sampling & Monitorii |

### Special Instructions for Division / Group

Marine Casualties: All reportable marine casualties need to be reported to the US Coast Guard via VHF Channel 16 radio when in distress and/or to the Sector New Orleans Command Center at (504) 846-5924/5923.  All marine casualties or emergencies must be immediately reported to the Coast Guard, and then to ICP Houma or the Parish branches.

Specifically:

Response vessels >= 5 gross tons (boats that are required to maintain a valid COD- certificate of documentation) will have to follow the USCG marine reporting guideline in the brochure.

Vessels < 5 gross tons with a state registration number will only have to comply with state regulations for reporting. Vessels with BOTH (state registration# & COD) will follow USCG marine casualty reporting guidelines.

***In addition, all vessels and personnel engaged in the Deepwater Horizon spill response who are unfamiliar with the local navigable waters or area of responsibility (AOR) should have an approved  and compliant Emergency Position Indicating Radio Beacon (EPIRB) onboard or other position fixing devices to aid in Search and Rescue.

If controlled burning will be on-going in your area of operation, avoid smoke plumes.
Ensure your tasks do not interfere with their operations.

### Special Environmental Considerations

BMP 1  Watch for and avoid collisions with marine mammals/sea turtles/whale sharks/rays/Manatees/Manatees
BMP 2  Watch for and report all distressed or dead birds/marine mammal/sea turtles/whale sharks/rays/manatees to wildlife (866-557-1401)
BMP 3  Retrieve injured/dead/oiled sea turtles using the sea turtle At-Sea Retrieval Protocol
BMP 4  Avoid disturbing vegetation, marsh soils, or peat with foot traffic/boats/equipment or consult a qualified biologist to minimize impact
BMP 5  Manage waste in compliance with the Waste Management Plan
BMP 6  Maintain compliance with the Decontamination Plan where applicable
BMP 7  All onshore work should be conducted during daylight hours except within 24 hours of projected oil landfall
BMP 8  Minimize on shore night operations and confine operations to landward of the intertidal zone
BMP 9  Observe a 10 foot buffer from marked sea turtle nests.  If a nest area is contaminated/oiled, contact the onsite Wildlife Observer immediately. Follow the Wildlife Observer's direction for removing contaminated/oiled sand from within the nesting area.
BMP 10  Utilize existing access/egress areas and roadways
BMP 11  Begin on shore work after turtle nesting surveys/conservation activities are completed daily
BMP 12  Use low-pressure tire vehicles (e.g. ATVs, Gators) or consult with a qualified biologist to minimize impact'
BMP 13  Restore beach topography, if altered, to natural beach profile by 2000 each day
BMP 14  Minimize removal of clean sediments
BMP 15  Avoid hovering or landing of aircraft near posted bird sites
BMP 16  If skimming, avoid skimming Sargassum that is not oiled or is only very lightly oiled
BMP 33  Stakes or flagging should not be removed or destroyed anywhere on the beach or dune

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  7/17/2010 03:45 | Page 3 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021921

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Kainer, Jonathan        at 7/16/2010 04:22 |
|---|---|
| Period: Period 88 (7/17/2010 06:00 - 7/18/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: EPA Air/Water/Sediment Sampling & Monitori |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• All response workers must have the appropriate training prior to conducting the assigned task. You can request training via the Training Hotline at 866.647.2338 or horizonresponse@pecpremier.com.
• Complete a JSEA before beginning work.
• Conduct a Safety Briefing for all crew members.  Topics include JSEA issues, weather, PPE requirements, and communications.
• See the Site Safety Plan for the area and the tasks being performed.
• All personnel working with chemicals or contaminated materials shall review the appropriate MSDS prior to conducting the assigned task.
• Obtain an updated weather report prior to deployment.  Review steps to respond to severe weather event, including when to return to safe haven.

PERSONAL SAFETY
• Wear the appropriate PPE for the task. PFDs are required when working on or around water (except beaches).
• Wear coveralls (e.g. Tychem) when handling liquid oil. Tasks include vacuuming, decon flushing, oil mopping on shore or near shore, and removing contaminated booms from water.  Coveralls are not required for work involving solid tar balls or tar patties.
• Keep all body parts clear of connection areas that move.  Identify areas on the JSEA.
• All personnel shall protect themselves from severe weather.  Vessel captains, helo pilots, or team leaders have the authority to return to port without authorization from the ICP if the situation appears dangerous.  Such decisions must be followed up by a report to the supervisor as soon as it is feasible and safe to do so.
• When operating a vehicle, driver must be rested before beginning journey. Wear a seat belt at all times while vehicle is in motion. When backing up, use a spotter. Use defensive driving practices.
• To prevent heat stress, wear a hat and tinted safety glasses; use sunscreen.  Drink water frequently.  Keep shade within 100 yards of work activity. Rest in shaded environment for 20 minutes out of every hour (40 min work/20 min rest).  If work involves wearing protective coveralls, rest for 40 minutes out of every hour (20 min work/40 min rest).  Watch for signs of heat stress. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.).
• Be aware of potentially stinging or biting insects and reptiles and take necessary precautions.

COMMUNICATION
• Review communication procedures prior to each task
• Identify muster locations daily or as work area advances.
• Do not use cell phone or two way radios while driving, operating equipment, or other tasks requiring full attention (i.e. power tools, cutting, etc.).
• Ensure communication equipment is in working order
• Check posting for location of first aid equipment and medical support
• Notify chain of command of any health, safety, security, or environmental incidents. These include near miss, first aid, security breaches, chemical spills, etc.

***If there is a crew stand down, all crew members must be informed "why" by the person(s) standing them down (e.g. weather, safety, etc). All crew stand downs must be immediately reported to the Houma Situation Unit, (985) 414-9565, by the person(s) standing the crew down. ***

Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:45 | Page 4 of 5 | © 1997-2010 dbSoft, Inc. |

HCG154-021925

| ICS 204 - Assignment List | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Kainer, Jonathan        **at** 7/16/2010 04:22 |
| **Period:** Period 88  (7/17/2010 06:00 - 7/18/2010 06:00) | **Branch:** Sector New Orleans |
| | **Division/Group/Staging:** EPA Air/Water/Sediment Sampling & Monitorii |

| Additional Information |
|---|

VESSEL SAFETY

• No vessel shall depart a Task Force without maintaining radio communications.
• Vessels will be recalled to an appropriate safe location when lightning is observed in the area.
• Vessel Captains and Coast Guard personnel will make recall decisions concerning vessel/personnel safety during rough water conditions or approaching weather.
• All vessel captains must conduct radio checks/status updates at least every hour.
• All vessel captains must receive area familiarization training with the technical specialist prior to navigating on the south coast of Marsh Island due to numerous shallow reefs.
• Vessel Captains shall ensure boat safety checklists are conducted and signed daily.
• Vessels must maintain appropriate speeds to avoid collision.
• Decon entry requirements will be waived during severe weather conditions.
• Secure items on vessels to prevent movement while at sea.

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 7/17/2010 03:45 | Page 5 of 5 | © 1997-2010 dbSoft, Inc. | |

HCG154-021928