# EXHIBIT 17

# ICS 207 - Organization Chart

| | |
|---|---|
| Incident: | Mississippi Canyon 252 |
| Period: | Period 25 (5/15/2010 06:00 - 5/16/2010 06:00) |
| Prepared By: | Sanderson, Glen |
| Version Name: | Period 25 - Houma ICP (Day) |
| at | 5/15/2010 03:51 |

## Incident Command Post - Houma

**Federal On Scene Comma**: Stanton, Edwin
**State On Scene Command**: Guidry, Roland
**Deputy State On Scene Co**: Dauzat, Jeff
**Incident Commander**: Utsler, M. / Toth, S.

**Public Information Officer**: Colburn, Kim
**Liaison Officer**: Kreisher, Jon
**Safety Officer**: Rudolph, Scott

**Investigation Representativ**: USCG
**NRDA Representative**: Dimitry, John
**Agency Representative**: Wright, Rusty

### Command Staff (left column)
- Aide To Camp: Bush, Earnest
- Health & Safety Unit Leade: Brough, Jay
- On Scene Commander: Benson, Ben
- ICS Specialist: Rodrigue, Chad

### Operations
- Operations Section Chief: Armstrong, T./Sligh, K-CGE
- Operations Section Deputy: Benson, N./Weaver, M CG

- Source Control: Merchant, R./CG Civilian
- Offshore Operations Bra: Dubach, Josh
- On Water Recovery G: McFarland, Barry
- Dispersant Group: Huber, Charles
- Surveillance Group: Holton, Aaron
- Tactical Skimming Dir: Sutcliffe, Mike
- In-Situ Burn Operation: Jaeger, Andrew
- IAP/GIS Specialist: Gregory, Brandon

- On Shore Branch Directo: Hurst, Heidi
- Shoreline Protection 8: Ploen, M./Black, B. C(
- Staging - Hopedale: Nobeleski, Pete
- Staging - Slidell: Gunn, Larry
- Staging - Venice: Neuhauser, Scott
- IAP/GIS Specialist: Davis, Zachary
- IAP/GIS Specialist: Humphrey, Devon

- Wildlife Branch Director: Murgatroyd, Rhonda
- Wildlife Branch Deputy: Hebert, C/Baker, T.
- Air Ops Branch Director: Verrett, Brian
- CG Air Ops Branch Dire: Carpenter, John
- Decon Branch: Rod, T.
- Port Fouchon Decon

### Planning
- Planning Section Chief: Wise, T./Hanson, J. CG
- Planning Sec Deputy: Melton, John

- Situation Unit Leader: Summers, D../Koush, J.
- Resource Unit Leader: Rue, C./Jones, I CG
- Documentation Unit Lea: Cannon, Deborah
- Environmental Unit Lead: Condon, M./Fritz, D.
- IAP Specialist: Sanderson, G/Kainer, J.

- MTS Recovery Unit: Angelle, J./Lead Ops

### Logistics
- Logistics Section Chief: Henderso Bob
- Logistics Sec Deputy: Hildebrandt, Richard CG

- Air Ops Support: Verrett, Brian
- Comms Unit: Sharman, JoshuaOSC
- Houma Facilities: Patin, Lynwood
- IAP Support: Straatmann, Larry

### Finance
- Finance Section Chief: Kraus, M./Norman, H. MST
- Finance Section Deputy: Song, Diana

- Procurement Unit Leade: SK1 Glade CG
- Procurement Unit Leade: Wood, Clinton
- Cost Unit
- Admin Unit
- Claims: Smith, Greg

# ICS 207 - Organization Chart

| | | |
|---|---|---|
| **Incident:** Mississippi Canyon 252 | **Prepared By:** Sanderson, Glen | **at** 5/15/2010 03:55 |
| **Period:** Period 25 (5/15/2010 06:00 - 5/16/2010 06:00) | **Version Name:** Period 25 - Houma ICP (Night) | |

## Incident Command Post - Houma ICP(Night)

- **Incident Commander** — Bauer, Brian
  - **Public Information Officer** — French, Jason
    - Federal — Day, Michael CDR
    - State — Guidry, Roland
  - **Safety Officer** — Watson, Scott
    - Deputy State — Dauzat, Jeff
    - Health & Safety Unit Leader — Bennett, Mark
  - **Investigation Representative**
    - NRDA Representative
  - **Agency Representative** — Wright, Rusty

- **Operations Section Chief** — Gates, Mark
  - **Operations Section Deputy** — Fetgatter, Nelson
    - Source Control — Merchant, Robert
    - OCS Group — Carrera, Ray CG
    - Response Branch — Livingston, John CG
    - Offshore Operations Branch — Smiley, Daniel
    - On Water Recovery Group — Montague, Joe
    - Shoreline Branch Director — Myers, Artie
    - Strike Team/Task Force Leader — Marchione, Mark
  - IAP/GIS Specialist — Davis, Zachary
  - Air Ops Branch Director — Starr, Bryan

- **Planning Section Chief** — Shelton, Cory
  - **Planning Section Deputy** — Lynch, P./Romero, A. CG
    - Situation Unit Leader — McLain, G.
    - Resource Unit Leader — Heatherly, Keith
    - Documentation Unit — Williams, Jameson
    - H&S Specialist — Hall, Ronica
    - IH Specialist — Badmus, Naureen
    - Environmental — Norcross, Neil
    - Executive Summary/20? — Allison, Brigette

- **Logistics Section Chief** — Baren, Doug
  - **Logistics Section Deputy** — Sikora, Thomas
    - Air Ops Support
    - Comms Unit — Sharman, Joshua

- **Finance Section Chief**
  - Asst Finance — Hood, Daphne On Call

indicates initial contact point