# EXHIBIT 18

# ICS 207 - Organization Chart

| Incident: | Mississippi Canyon 252 | Prepared By: | Sanderson, Glen | at | 5/2/2010 03:53 |
|---|---|---|---|---|---|
| Period: | Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Version Name: | Period 12 - Houma Day Organization | | |

## Incident Command Post - Houma

**Aide To Camp**: Bush, Earnest
**Health & Safety Unit Leader**: Watson, Scott
**ICS Specialist**: Rodrigue, Chad

**Federal**: CAPT Edwin Stanton
**State**: Breaux, Patrick
**On Scene Commander**: Utsler, Mike

**Public Information Officer**: French, Jason
**Liaison Officer**: Ledet, Albert
**Safety Officer**: Thibodeaux, Rusty

**Investigation Representative**
- USCG
- NRDA Representative: Dimitry, John

**Agency Representative**: Rogers, B./Breeding, D.

### Operations Section
- **Operations Section Chief**: Black, J./Wike, O. CG
- **Operations Section Deputy**: Benson, N./Zauner, P. CG

**Source Control** — Merchant, R./CG Civilian

**Offshore Operations Branch**: Dubach, Josh
- On Water Recovery G: Mcfarland, Barry
- Dispersant Group: Schacht, Ken
- Surveillance Group: Holton, Aaron
- Tactical Skimming Dir: Sutcliffe, Mike
- In-Situ Burn Operation: Jaeger, Andrew
- IAP/GIS Specialist: Gregory, Brandon

**On Shore Branch Director**: Myers, Artie
- Shoreline Protection & Ploen, M./Black, B. CG
- Staging - Biloxi: Louviere, K./Spriggs
- Staging - Pensacola: Flores, Rutilo
- Staging - Venice: Neuhauser, Scott
- IAP/GIS Specialist: Davis, Zachary
- IAP/GIS Specialist: Humphrey, Devon

**Wildlife Branch Director**: Murgatroyd, Rhonda
- Wildlife Branch Deputy: Goatcher, Buddy

**Air Ops Branch Director**: Wickware, Michael
- CG Air Ops Branch Direc: Carpenter, John

**Decon Branch**: Rod, T.
- Port Fouchon Decon: Benson, Darren

### Planning Section
- **Planning Section Chief**: Wise, T./Hanson, J. CG
- **Planning Sec Deputy**: Isgren, John
- Situation Unit Leader: Skryja, P./Romero, A CG
- Resource Unit Leader: Bordian, R./Jones, I CG
- Documentation Unit Lead: Theiss, Vauna CG
- Environmental Unit Lead: Condon, Michael
- IAP Support: Marshall, Jeff/Sanderson

**MTS Recovery Unit** — Lead Ops

### Logistics Section
- **Logistics Section Chief**: Longmire, Tom
- **Logistics Sec Deputy**: Hildebrandt, Richard CG
- Air Ops Support: Wickware, Michael
- Comms Unit: Hunley, Donald LT CG
- Houma Facilities: Patin, Lynwood
- IAP Support: Straatmann, Larry

### Finance Section
- **Finance Section Chief**: Kraus, M./Norman, H. MST
- **Finance Section Deputy**: Hood, Daphne
- Procurement Unit Leader: SK1 Glade CG
- Procurement Unit Leader: Wood, Clinton
- Cost Unit: SK2 Williams CG
- Admin Unit: YN3 Whitaker CG