# EXHIBIT 19



OBR035772