# EXHIBIT 20

## Aerial Dispersants Operations - Houma Status Report
## Weekly Status Report
## May 23 - 29, 2010 (Operational Period 33 - 39)

This report presents a snapshot of the aerial dispersant applications conducted during the week of May 23 - May 29, 2010 and summarizes the associated support activities. Aerial application of dispersants are being conducted under the direction of Unified Command. All surface application of dispersants are approved daily by the FOSC and are targeted on dispersible oil to minimize surface oil slicks impacting the environmentally sensitive shoreline ecosystem.

| Dispersant Statistics Applied by Day for Operational Periods 33 - 39 ||||||
|---|---|---|---|---|---|
| Date | Dispersant Type (gallons) || Daily Totals | # Sorties | Acres Covered (5 gal/acre application rate) | Square Miles covered |
|      | 9500   | 9527* |        |    |         |      |
| 23 May 2010 | 18,104 | 0 | 18,104 | 11 | 3,620.8 | 5.66 |
| 24 May 2010 | 630    | 0 | 630    | 1  | 126     | 0.20 |
| 25 May 2010 | 200    | 0 | 200    | 1  | 40      | .06  |
| 26 May 2010 | 229    | 0 | 229    | 1  | 45.8    | .07  |
| 27 May 2010 | 200    | 0 | 200    | 1  | 40      | .06  |
| 28 May 2010 | 10,259 | 0 | 10,259 | 4  | 2051.8  | 3.21 |
| 29 May 2010 | 0      | 0 | 0      | 0  | 0       | 0    |
| TOTALS | 29,622 | 0 | 29,622 | 19 | 5924.4 | 9.26 |

*\* There is no additional Nalco EC9527A remaining in stockpiles and it is not expected to receive any additional supplies*

# *Dispersant Aerial Spray Summary:*

| | |
|---|---|
| 1. Total Amount of Dispersant Applied to date (gallons) 5.2910: | 695,076 |
| 2. Total Sorties to date 5.29.10: | 271 |
| 3. Total Area Covered by Dispersant Applications to date (mi2) 5.29.10: | 217 |
| 4. Total Dispersant Stockpiles on the ground as of 5.29.2010 – 1200 PM (gallons): | 272,285 |
| 5. Projected Days Operational at maximum rate of **20,000** gal/day (days): The 20,000 gpd is the daily capacity for the current aerial spray assets and is modified according to daily operation requirements and direction of the UC | 14 |

* Future estimates for the delivery of EC9500A are based on production schedules provided by Nalco on 5-31-10.

Page 1 of 7

OBR036351

| Asset Summary On Scene | |
|---|---:|
| **Spray Aircraft:** | |
| C-130 - Stennis (1 IAR, 1 Lynden, 3 USAF) | 5 |
| DC-3 - Houma | 2 |
| BT-67 - Houma | 1 |
| King Air - 2 - Stennis (can be used for spotting) | 2 |
| AT-802 - Houma | 2 |
| Total: | 12 |
| | |
| **Spotter Aircraft:** | |
| King Air - 5 - Stennis | 5 |
| Aztec - Houma | 1 |
| King Air - 1 - Houma | 1 |
| Aero COMDR - Houma | 1 |
| Total: | 8 |
| | |
| Total Aircraft: | 20 |



*Aerial Dispersants Operations - Houma Status Report*
*Week Ending May 29, 2010*



OBR036353





*Aerial Dispersants Operations - Houma Status Report*
*Week Ending May 29, 2010*



OBR036356



NOTE: Maps available for May 29, 2010 Ops Period.