# EXHIBIT 21

# Aerial Dispersants Operations - Houma Status Report
# May 12, 2010

Note:  This information is the reporting for aerial dispersant spraying

## Dispersant Aerial Spray Summary:

| | | |
|---|---|---|
| 1. | Total Amount of Dispersant Applied on May 12, 2010 (gallons): | 39,710 |
| 2. | Total Sorties on May 12, 2010465: | 12 |
| 3. | Total Amount of Dispersant Applied to date (gallons): | 475,957 |
| 4. | Total Sorties to date: | 177 |
| 5. | Total Area Covered by Dispersant Applications to date ($mi^2$): | 148.7 |
| 6. | Total Dispersant Stockpiles on the ground as of 5.12.2010 – 1200 PM (gallons): | 195,465* |
| 7. | Dispersant Stockpile Expected Arrival as of 5.13.10 – 1200 PM (gallons): | 22,000 |
| 8. | Estimated Total Dispersant as of 5.13.2010 - 1200 PM (gallons): | 217,465* |
| 9. | Projected Days Operational at maximum rate of 50,000 gal/day (days): | unlimited |

* This volume is still being reconciled and verified with procurement, staging, receiving and finance.

## Dispersant Stockpile Supply and Use Projections



*Includes stock pile arrivals from Hawaii.

OBR013639

| Asset Summary On Scene | |
|---|---|
| **Spray Aircraft:** | |
| C-130 – Stennis (1 IAR, 1 Lynden, 3 USAF) | 5 |
| DC-3 - Houma | 2 |
| BT-67 - Houma | 1 |
| King Air – 2 – Stennis (can be used for spotting) | 2 |
| AT-802 – Stennis | 1 |
| TOTAL: | 11 |
| **Spotter Aircraft:** | |
| King Air – 5 – Stennis | 5 |
| Aztec - Houma | 1 |
| Aero COMDR - Houma | 1 |
| TOTAL: | 7 |
| TOTAL AIRCRAFT: | 18 |
| **PRIORITY Spray Assets Identified*** | |
| **Spray Aircraft:** | **LEAD TIME** |
| C-130 – OSR-UK (20,000 gal/day) + 8-person support team with 2 flight crews | 1 – 28 hours |
| C-130 – OSR-Singapore - (20,000 gal/day) | 1 – 72 hours |
| C-130 – Lynden (Alaska) - (20,000 gal/day) | 1 – 5+days |
| C-130 – IAR (15,000 gal/day) | 1 – TBD |
| AT 802 (Agriculture Spray Planes) (5,000 gal/day) | 1 |
| *****NOTE**:  These assets will not be activated until sufficient stockpile of dispersants are available for their use.  Estimate that dispersant operations will need approximately 75,000 gallons per day of dispersant for these air craft spray systems. | |
| **Additional Spray Assets Identified** | |
| **Neat Sweep** | In area |

OBR013640

## Activity Update:

In response to the Operations Review conducted on 11 May 2010 the following actions were taken:
1. Dispersant spraying was revised to target black and brown dispersible oil near the source and not to spray the pinkish/reddish emulsions near shore.
2. ASI has arranged to have flow rate and droplet size calibration tests for the BT-67 and DC-3 conducted this week. ASI continues to provide spotter aircraft to support dispersant operations.
3. An Oil Dispersant Spotter Debrief Form was prepared to capture information on the results of spraying and the spotters will stay on scene after spraying to photograph the treated oil.
4. Arrangements will be made for the NOAA SSC to provide observer oil identification training to spotters.
5. Briefed Houma Dispersant Group and Stennis and Houma bases concerning the Operations Review and the changes being made.
6. Coordinated with USCG SMART members to share photographs of treated oil and dispersant operations, and fluorometry data.
    - Developed Boat Dispersant Spray procedures to use neat spraying systems. A copy of the procedures is attached.
    - Provided dispersant spray trajectories and flight plans for aerial spraying operations to address potential near shore human exposure issues. Records showed dispersant spraying was considerably distant from reported exposure and considered not responsible.
7. Dispersant Science Group worked on the following:
    - Providing scientific justification for continued dispersant use.
    - Developed final draft sampling plan for water chemistry needs.
    - Outfitted the International Peace for boat application of dispersant, SMART evaluation, and chemical and biological sampling.
    - Prepared organization charts for Aerial Dispersant Group. See Attached.

## Objectives

Objectives for May 12th were to focus spraying on thick oil areas outside of 5 nm radius around spill source. Additionally, boat spray testing of alternate dispersants will continue near the source area.

## Requirements

Aircraft spotters should be on site in their zone at 0800 and spray aircraft may pre-stage to the site at 0830. Spray operations to commence approximately 0900.

OBR013641

**DISPERSANT APPLICATION GUIDANCE FOR 12 MAY**

Maintain **3 nm** boundary separation if unable to coordinate air-to-air with other spotter or OMAHA 99.

Spotters should recon area inbound and outbound for subsequent targets. Report new targets to Dispersant Group via base manager.

**Notes:** Changes to previous orders are underlined.

1. FOSC approval has been granted since 22 April for application of dispersants in pre-approved areas.
2. No dispersant spraying within the greater of **3 nm** offshore or depths less than **10 meters**.
3. No dispersant flying within **5 nm** of the spill source at surface:
   28 45.2 N 88 18.9 W
4. Remain **2 nm** from boats, platforms, and marine mammals.
5. Target black and brown oil as this is the freshest and most dispersible oil. Rate is 5 gallons per acre. Quality versus Quantity. <u>Do not target Red/Pink emulsified oil</u>.
6. Spotter aircraft remain on site up to 30 minutes to visually assess effects on dispersed area and document with photographs.
7. Report takeoff and landing times to assigned coordinators as they occur to the best of your abilities. Report areas sprayed Latitude/Longitude, time stated spraying, number of passes, and gallons applied.
8. Primary air to air communication frequency is now 126.4. Secondary is 123.45. Primary surface to air frequency is 122.9. Secondary is 123.45.
   a. Contact P3 aircraft "Omaha 99" for flight advisories.
   b. Also SMART vessels, Surveillance "Transport 950", "Seacor Lee" command vessel, and other Spotters.
9. Use discreet IFF codes as provided on separate correspondence. This removes need to file DVFR flight plans.
10. Houma ASI tasking: Provide spotter for boat spray alternate dispersant testing. M/V "Armstrong" to depart South Pass at 0800 and remain 3 to 30 nm from shore to conduct vessel spray operations. Coordination on 122.9 primary, Marine Channel 81a Secondary.
11. Stennis tasking Smart Mission 04 Warrior. M/V "Warrior" will arrive at intersection of zone AN and AY at 28 30 N  88 30 W to conduct SMART dispersant effectiveness tests in vicinity. Stennis Base send spotter (with marine radio) to arrive at 1130 to coordinate. Coordination on 122.9 primary; Marine Channel 81a Secondary.

Primary emphasis is always on Safety: **Aviate, Navigate, Communicate!**

AFF Automatic Flight Following:
- Air Force North - https://www.aff.gov/afn/afnorth.kmz
- Civilian - https://www.aff.gov/cgi-bin/aff.dll

OBR013642

## Aerial Dispersant Operations Divisions:



OBR013643

## Dispersant Spray Assets

| Aircraft Information – May 11, 2010 | | | | | | |
|---|---|---|---|---|---|---|
| Type | Owner/ Operator | Tail # | Payload (gal) | Airport / Status | Purpose & Altitude | Comments |
| **Spotters** | | | | | | |
| King Air | MSRC (Dynamic) | N39Q | | Stennis | Spotter – 1,000' to 1,500' | |
| King Air | MSRC (Dynamic) | N98N | | Stennis | Spotter – 1,000' to 1,500' | |
| King Air | MSRC (Dynamic) | N41J | | Stennis | Spotter – 1,000' to 1,500' | |
| King Air | MSRC (Dynamic) | N79W | | Stennis | Spotter – 1,000' to 1,500' | |
| King Air | MSRC (Dynamic) | N37H | | Stennis | Spotter – 1,000' to 1,500' | |
| Aztec (PA 23) | ASI | N141183 | | Houma | Backup Spotter | |
| Aero COMDR | ASI | N38WA | | Houma | Spotter | |
| **Recon** | | | | | | |
| King Air | ASI | N275 | | Houma | Recon | |
| Helo | ASI | 759P | | Houma | Recon | |
| **Sprayers** | | | | | | |
| King Air | MSRC (Dynamic) | N7198Y | 240 | Stennis | Spray: 75' | Available for both Spray and Spotter duties |
| King Air | MSRC (Dynamic) | N71999D | 240 | Stennis | Spray: 75' | Available for both Spray and Spotter duties |
| C-130 | IAR | N117TG | 3,000 | Stennis | Spray: 75' | |
| C-130 | MSRC (Lynden) | N403LC | 5,000 | Stennis | Spray: 75' | Plus 5 other crew members |
| C-130 | Air Force | 105 | 1,675 | Stennis | Spray: 75' | |
| C-130 | Air Force | 106 | 1,675 | Stennis | Spray: 75' | Cargo ops with spray capability |
| C-130 | Air Force | 107 | 1,750 | Stennis | Spray: 75' | |
| AT-802 | | N9002K | 800 | Stennis | Spray: 50' | |
| BT-67 | ASI | N932H | 1,800 | Houma | Spray: 75' | |
| DC-3 | ASI | N64766 | 1,000 | Houma | Spray: 75' | |
| DC-3 | ASI | N64767 | 1,000 | Houma – Standby | Spray: 75' | |

## Dispersant Application Totals

| Dispersant Statistics Applied by Day | | | | | | |
|---|---|---|---|---|---|---|
| Date | Dispersant Type (gallons) | | Daily Totals | # Sorties | Acres Covered (5 gal/acre application rate) | Square Miles covered |
| | 9500 | 9527 | | | | |
| 21 April 2010 | Initial Response Date | | | | | |
| 22 April 2010 | 0 | 1,800 | 1,800 | 1 | 360 | 0.56 |
| 23 April 2010 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 April 2010 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 April 2010 | 0 | 11,604 | 11,604 | 9 | 2,320.8 | 3.7 |
| 26 April 2010 | 0 | 14,486 | 14,486 | 10 | 2,897.2 | 4.5 |
| 27 April 2010 | 11,191 | 15,887 | 27,078 | 5 | 5,415.6 | 8.5 |
| 28 April 2010 | 27,269 | 14,874 | 42,143 | 15 | 8,428.6 | 13.2 |
| 29 April 2010 | 36,913 | 4,000 | 40,913 | 13 | 8,182.6 | 12.8 |
| 30 April 2010 | 4,900 | 0 | 4,900 | 1 | 980.0 | 1.5 |
| 1 May 2010 | 3,550 | 8,103 | 11,653 | 4 | 2,330.6 | 3.6 |
| 2 May 2010 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 May 2010 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 May 2010 | 10,561 | 23,712 | 34,273 | 12 | 6,854.6 | 10.7 |
| 5 May 2010 | 30,905 | 18,670 | 49,575 | 18 | 9915 | 15.5 |
| 6 May 2010 | 13,032 | 15,738 | 28,770 | 11 | 5,754 | 9.0 |
| 7 May 2010 | 5,582 | 1,688 | 7,270 | 4 | 1,454 | 2.3 |
| 8 May 2010 | 17,813 | 23,877 | 41,690 | 17 | 8,338 | 13.0 |
| 9 May 2010 | 29,034 | 26,898 | 55,932 | 21 | 11,186.4 | 17.5 |
| 10 May 2010 | 29,240 | 26,980 | 56,220 | 22 | 11,244 | 17.6 |
| 11 May 2010 | 7,940 | 0 | 7,940 | 2 | 1,588 | 2.5 |
| 12 May 2010 | 39,710 | 0 | 39,710 | 12 | 7,942 | 12.4 |
| TOTALS | 267,640 | 208,317 | 475,957 | 177 | 95,191 | 148.86 |

# DAILY AERIAL DISPERSANT APPLICATION PLAN

| DATE: | 5/12/2010 | TIME: | 0530 local | STAGING AIRPORTS: | Stennis Int'l / Houma | AIRPORT ID: | KHSA / KHUM |
|---|---|---|---|---|---|---|---|

**DISP. STAGING APT SPVSR (Name & Phone #):** (Stennis)Tim Spoerl 757-619-1293 / (Houma) Mark Cochrane 504-812-1359

### SPILL SITE INFORMATION:

| SPILL LOCATION: | Latitude: | 28.55 N | N | Longitude: | 87.21 W | W | Size: | 40 mi radius |
|---|---|---|---|---|---|---|---|---|
| GEOGRAPHICAL REFERENCE: | | | | 112 nm SSE Stennis Airport | | | | |

### SPILL SITE APPROACH INFORMATION:

| | Latitude: | | N | Longitude: | | W | Altitude | | ft. |
|---|---|---|---|---|---|---|---|---|---|
| ENTRY POINT: | Latitude: | See OPS Chart | N | Longitude: | See OPS Chart | W | Altitude | See OPS Chart | ft. |
| EXIT POINT: | Latitude: | See OPS Chart | N | Longitude: | See OPS Chart | W | Altitude | See OPS Chart | ft. |
| HOLDING AREA: | Latitude: | See OPS Chart | N | Longitude: | See OPS Chart | W | Altitude | See OPS Chart | ft. |

| SPILL SITE WX: | WIND: | SSE 11-27 | CLG: | UNL | VIS: | 10 nm | SUNRISE: | 0605 | SUNSET: | 1937 |
|---|---|---|---|---|---|---|---|---|---|---|

(Attach Wilken's Weather Report for weather at the spill site and the staging airport)

| DOSAGE (GPA): | 5 | ADD'L INST: | See required setbacks and no fly area's on operational plan |
|---|---|---|---|

**COMMS:**
- PRIMARY VHF COM: 126.40 MHz   SECONDARY VHF COM: 123.45 MHz   EMERGENCY VHF COM: 121.5 MHz
- PRIMARY VHF COM: Surface to Air 127.85 MHz / SECONDARY VHF COM: Surface to Air 123.45 MHz
- MARINE RADIO: Channel 16 then switch to Channel 9/ SATELLITE PHONE: Aircraft will contact through the Disp. Staging Airport Supervisor.

### AIRCRAFT INFORMATION:

| Type: | Tail #: | Call Sign: | Airport ETA: | Purpose & Altitude: | PIC/Crew: | Passengers: |
|---|---|---|---|---|---|---|
| King Air Dynamic | N7198Y | 98Y | Stennis | Spotter: 1000'-1500' | PIC: Vince Kane  Kevin Smith | None |
| King Air Dynamic | N39Q | 39Q | Stennis | Spotter: 1000'-1500' | PIC: TBD  Co-pilot: | None |
| King Air Dynamic | N7199D | 99D | Stennis | Spotter: 1000'-1500' | PIC: TBD  Co-pilot: TBD | None |
| King Air Dynamic | N98N | 98N | Stennis | Spotter: 1000'-1500' | PIC: TBD  Co-pilot: TBD | None |
| King Air Dynamic | N41J | 41J | Stennis | Spotter: 1000'-1500' | PIC: TBD  Co-pilot: TBD | None |
| King Air Dynamic | N79W | 79W | Stennis | Spotter: 1000'-1500' | PIC: TBD  Co-pilot: TBD | None |
| King Air Dynamic | N37H | 37H | Stennis | Spotter: 1000'-1500' | PIC: TBD  Co-pilot: TBD | None |
| C-130 IAR | N117TG | 7TG | Stennis | Spray: 75' | PIC: Dave Kunz  Co-pilot: TBD | None |
| C-130 Lynden | N403LC | 3LC | Stennis | Spray: 75' | PIC: Capt Redman  Co-pilot: | plus 5 other crew members |
| AT 802 | N9002K | 02K | Stennis | Spray 90' | PIC: TBD  Co-pilot: TBD | None |
| C-130 USAFR | 105 | 105 | Stennis | Spray: 75' | PIC: TBD  Co-pilot: TBD | None |
| C-130 USAFR | 106 | 106 | Stennis | Spray: 75' | PIC: TBD  Co-pilot: TBD | None |
| C-130 USAFR | 107 | 107 | Stennis | Spray: 75' | PIC: TBD  Co-pilot: TBD | None |
| BT-67 ASI | N932H | 32H | Houma | Spray: 75' | Co-pilot: TBD | None |
| DC-3 ASI | N64767 | 767 | Houma Standby | Spray: 75' | PIC: TBD | None |
| DC-3 ASI | N64766 | 766 | Houma | Spray: 75' | PIC: TBD  Co-pilot: TBD | None |
| Aztec ASI | N141183 | 183 | Houma | Spotter | PIC: TBD  Co-pilot: TBD | None |
| Aero CMDRA ASI | N547GA | 7GA | Houma | Spotter | PIC: TBD  Co-pilot: TBD | None |
| **Aircraft below are not directly part of the Dispersant Group / Cordination and assistance from the aircraft below is nessasary.** | | | | | | |
| King Air | N275 | N275 | Houma Jet | Recon | | |
| Helo PHI | 759P | | Houma | Recon | | |
| NOAA | | NOAA 46 | | Surveillance | | |
| U.S. Customs | P-3 | Omaha 99 | | Communications | | |
| Canada | | Transport 950 | Houma | Surveillance | | |

OBR013646

| DAILY ACTIVITY SCHEDULE FOR  12 May 2010  (Date) | Dispersant Group Staging Airport Supervisor (DGSAS): |
|---|---|
| **TIME — ACTIVITY** | |
| Report to Airfield | All aircraft |
| Pilot and Support Team Daily Operational Briefing (mandatory) | 0600 local |
| Commence Flight Operations | 0630 local |
| Terminate Flight Operations | 2000 local |
| Pilot and Support Team Daily Debriefing on Operations | 2030 local |

**DAILY OPERATIONAL BRIEFING AGENDA:**

| | |
|---|---|
| Safety Issues: | SAR flights beware of and check in onsite |
| Weather: | See Wilkins Wx and airport weather service |
| Communications Air and Ground: | Sat Comm and standard freq |
| Application Dosage and Pattern to be used: | 5.0 gpa  racetrack |
| Approach Information: | TBD |
| Oil Spill Location and Description: | TBD |
| Operational Procedures and Changes: | None at this time |
| Flight Schedule: | See schedule page 2 |

**FUELING/FBO:**

Contact Name:   Tim Spoerl Stennis Airport acting as FBO     Business Hours Services: 0500 - 2000
Contact Phone: 757-619-1293                                   After Hours Services:

**DESIGNATED DISPERSANT LOADING AREA:**

Location:  ramp off the end of the runway
Contractor Name:   Steve Henne MSRC in charge
Contractor Phone: 228-990-6295

**REPORTING REQUIREMENTS AND PROCEDURES*:**

SatLoc Files:
Photographs and Videos:
Observation Logs:

* MSRC aircraft are responsible to ensure SatLoc files, photographs, videos and observation logs are provided to the Dispersant Group Staging Airport Supervisor (DGSAS) after every sortie or at the end of the operational period.  Other aircraft operators are responsible to maintain and submit logs after each sortie or daily which state the amount of dispersant applied, number of passes, dosage rates, altitude and speeds dispersant was applied and the time for starting and stopping dispersant application for each pass.

**TSA/AIRPORT SECURITY REQUIREMENTS:**   Hangar door to be kept locked, no entry without MSRC person escort

OBR013647

**DATE: May 12, 2010**

| Payload # | TYPE A/C | TAIL # | PURPOSE | FUEL LOAD (#/Hrs:Min) | PAYLOAD GAL & TYPE | TOTAL FLT TIME | DPT TIME EST/ACT | ENTRY ETA EST/ACT | EXIT ETA EST/ACT | RETURN ETA EST/ACT |
|---|---|---|---|---|---|---|---|---|---|---|
|   | BE99 | 79W | Spotter | 6 | 0 | 2:50 | 0530/0811 | 0615 | 0810 | 0850/1143 |
| 1 | C-130 | N117TG | Spray | 4 | 2885/9500 | 2:30 | 0620/0845 | 0640 | 0810 | 0830/1031 |
| 2 | C-130 | N403LC | Spray | 4 | 5082/9500 | 2:30 | 0625/0857 | 0645 | 0815 | 0835/1117 |
|   | Aztec | 14183 | Spotter | Spotter for vessel disp. Spray |   |   | 0740 | 0815 | 0905 | 0950 |
| 3 |   |   |   |   |   |   |   |   |   |   |
| 4 |   |   |   |   |   |   |   |   |   |   |
|   | BE99 | 98Y | Spotter | 4 | 0 | 2:50 | 846 |   |   | 1219 |
| 5 | C-130 | 105 | Spray | 4 | 1887/9500 | 2:30 | 0830/0925 | 0900 | 0930 | 1001/1138 |
|   |   |   |   |   |   |   |   |   |   |   |
| 6 | C-130 | 707 | Spray |   |   | 2:30 |   |   |   |   |
|   | BE99 | 37B | Spotter | 6 | 0 | 2:35 | 1033 |   |   | 1447 |
|   | BE99 | 39Q | Spotter | 6 | 0 | 2:35 | 0955/1043 | 0925 | 1205 | 1240/1418 |
| 7 | C-130 | N117TG | Spray | 4 | 3063/9500 | 2:30 | 1000/1123 | 1030 | 1200 | 1230/1327 |
| 8 | C-130 | N403LC | Spray | 4 | 5000/9500 | 2:30 | 1005/1206 | 1035 | 1205 | 1235/1352 |
|   | Aero Cmdr |   |   |   |   |   |   |   |   |   |
| 9 |   |   | Spray |   |   |   |   |   |   |   |
| 10 | DC-3 | N0478S | Spray |   |   | 2:30 |   |   |   |   |
|   | BE99 | 39Q | Spotter | 4 | 0 | 2:50 | 1150/1043 | 1220 | 1345 | 1430/1418 |
| 11 | C-130 | 105 | Spray | 4 | 1938/9500 | 2:30 | 1215/1218 | 1245 | 1320 | 1400/1435 |
|   |   |   |   |   |   |   |   |   |   |   |
| 12 | C-130 | 707 | Spray |   |   | 2:30 |   |   |   |   |
|   | BE99 | 79W | Spotter | 6 | 0 | 2:40 | 1355/1305 | 1425 | 1505 | 1540/1702 |
| 13 | C-130 | N117TG | Spray | 4 | 3053/9500 | 2:30 | 1400/1308 | 1430 | 1505 | 1540/1550 |
| 14 | C-130 | N403LC | Spray | 4 | 5082/9500 | 2:30 | 1400/1447 | 1430 | 1505 | 1535/1620 |
|   | Aero Cmdr | N52764 | Spotter |   |   |   | 1515 | 1605 | 1645 | 1730 |
| 15 |   |   |   |   |   |   |   |   |   |   |
| 16 | DC-3 | N0478S | Spray |   |   | 2:30 | 1505 | 1605 | 1650 | 1730 |
|   | BE99 | 37B | Spotter | 6 | 0 | 1:55 | 1655/1533 | 1725 | 1810 | 1845/1900 |
| 17 | C-130 | N117TG | Spray | 4 | 3032/9500 | 2:30 | 1700/1650 | 1730 | 1805 | 1835/1825 |
| 18 | C-130 | N403LC | Spray | 4 | 5082/9500 | 2:40 | 1700/1712 | 1735 | 1810 | 1840/1842 |
|   | BE99 | 39Q | Spotter | 4 | 0 | 2:50 | 1745/1539 | 1830 | 1907 | 2000/1856 |
| 19 | C-130 | 105 | Spray | 4 | 1963/9500 | 2:30 | 1805/1540 | 1835 | 1905 | 1945/1715 |
|   |   |   |   |   |   |   |   |   |   |   |
| 20 |   |   |   |   |   |   |   |   |   |   |
|   | BE99 | 39Q | Spotter | 4 | 0 | 2:50 | 1539 |   |   | 1856 |
| 21 | C-130 | 106 | Spray | 4 | 1990/9500 | 2:30 | 1645 |   |   | 1800 |

|   |   |   |
|---|---|---|
|   | 39,710 | 9500 | 9527 |
| Stennis | 39,710 | 0 | 39,710 |
| Bouns | 0 | 0 | 0 |

Flights in yellow were canceled.

## DAILY AERIAL DISPERSANT APPLICATION PLAN

| DATE: | 5/13/2010 | TIME: | 0530 local | STAGING AIRPORTS: | Stennis Int'l / Houma | AIRPORT ID: | KHSA / KHUM |
|---|---|---|---|---|---|---|---|

**DISP. STAGING APT SPVSR (Name & Phone #):** (Stennis) Tim Spoerl 757-619-1293 / (Houma) Mark Cochrane 504-812-1359

### SPILL SITE INFORMATION:

| SPILL LOCATION: | Latitude: | 28.55 N | N | Longitude: | 87.21 W | W | Size: | 40 mi radius |
|---|---|---|---|---|---|---|---|---|
| GEOGRAPHICAL REFERENCE: | | | | 112 nm SSE Stennis Airport | | | | |

### SPILL SITE APPROACH INFORMATION:

| | Latitude: | | | Longitude: | | | Altitude | | |
|---|---|---|---|---|---|---|---|---|---|
| ENTRY POINT: | Latitude: | See OPS Chart | N | Longitude: | See OPS Chart | W | Altitude | See OPS Chart | ft. |
| EXIT POINT: | Latitude: | See OPS Chart | N | Longitude: | See OPS Chart | W | Altitude | See OPS Chart | ft. |
| HOLDING AREA: | Latitude: | See OPS Chart | N | Longitude: | See OPS Chart | W | Altitude | See OPS Chart | ft. |

| SPILL SITE WX: | WIND: | SE 10-26 | CLG: | UNL | VIS: | 10 nm | SUNRISE: | 0605 | SUNSET: | 1937 |
|---|---|---|---|---|---|---|---|---|---|---|

(Attach Wilken's Weather Report for weather at the spill site and the staging airport)

| DOSAGE (GPA): | 5 | ADD'L INST: | See required setbacks and no fly area's on operational plan |
|---|---|---|---|

**COMMS:**
- PRIMARY VHF COM: 126.40 MHz    SECONDARY VHF COM: 123.45 MHz    EMERGENCY VHF COM: 121.5 MHz
- PRIMARY VHF COM: Surface to Air 122.9 MHz / SECONDARY VHF COM: Surface to Air 123.45 MHz
- MARINE RADIO: Channel 16 then switch to Channel 9/ SATELLITE PHONE: Aircraft will contact through the Disp. Staging Airport Supervisor.

### AIRCRAFT INFORMATION:

| Type: | Tail #: | Call Sign: | Airport ETA: | Purpose & Altitude: | PIC/Crew: | Passengers: |
|---|---|---|---|---|---|---|
| King Air Dynamic | N7198Y | 98Y | Stennis | Spotter: 1000'-1500' | PIC: Vince Kane / Kevin Smith | None |
| King Air Dynamic | N39Q | 39Q | Stennis | Spotter: 1000'-1500' | PIC: TBD / Co-pilot: | None |
| King Air Dynamic | N7199D | 99D | Stennis | Spotter: 1000'-1500' | PIC: TBD / Co-pilot: TBD | None |
| King Air Dynamic | N98N | 98N | Stennis | Spotter: 1000'-1500' | PIC: TBD / Co-pilot: TBD | None |
| King Air Dynamic | N41J | 41J | Stennis | Spotter: 1000'-1500' | PIC: TBD / Co-pilot: TBD | None |
| King Air Dynamic | N79W | 79W | Stennis | Spotter: 1000'-1500' | PIC: TBD / Co-pilot: TBD | None |
| King Air Dynamic | N37H | 37H | Stennis | Spotter: 1000'-1500' | PIC: TBD / Co-pilot: TBD | None |
| C-130 IAR | N117TG | 7TG | Stennis | Spray: 75' | PIC: Dave Kunz / Co-pilot: TBD | None |
| C-130 Lynden | N403LC | 3LC | Stennis | Spray: 75' | PIC: Capt Redman / Co-pilot: | plus 5 other crew members |
| AT 802 | N9002K | 02K | Stennis | Spray 50' | PIC: TBD / Co-pilot: TBD | None |
| C-130 USAFR | 105 | 105 | Stennis | Spray: 75' | PIC: TBD / Co-pilot: TBD | None |
| C-130 USAFR | 106 | 106 | Stennis | Spray: 75' | PIC: TBD / Co-pilot: TBD | None |
| C-130 USAFR | 107 | 107 | Stennis | Spray: 75' | PIC: TBD / Co-pilot: TBD | None |
| BT-67 ASI | N932H | 32H | Houma | Spray: 75' | Co-pilot: TBD | None |
| DC-3 ASI | N64767 | 767 | Houma Standby | Spray: 75' | PIC: TBD | None |
| DC-3 ASI | N64766 | 766 | Houma | Spray: 75' | PIC: TBD / Co-pilot: TBD | None |
| Aztec ASI | N141183 | 183 | Houma | Spotter | PIC: TBD / Co-pilot: TBD | None |
| Aero CMDRA ASI | N547GA | 7GA | Houma | Spotter | PIC: TBD / Co-pilot: TBD | None |
| **Aircraft below are not directly part of the Dispersant Group / Cordination and assistance from the aircraft below is nessasary.** | | | | | | |
| King Air | N275 | N275 | Houma Jet | Recon | | |
| Helo PHI | 759P | | Houma | Recon | | |
| NOAA | | NOAA 46 | | Surveillance | | |
| U.S. Customs | P-3 | Omaha 99 | | Communications | | |
| Canada | | Transport 950 | Houma | Surveillance | | |

OBR013649

| DAILY ACTIVITY SCHEDULE FOR _13 May_2010_ (Date) | | Dispersant Group Staging Airport Supervisor (DGSAS): |
|---|---|---|
| TIME | ACTIVITY | |
| | Report to Airfield | All aircraft |
| | Pilot and Support Team Daily Operational Briefing (mandatory) | 0600 local |
| | Commence Flight Operations | 0630 local |
| | Terminate Flight Operations | 2000 local |
| | Pilot and Support Team Daily Debriefing on Operations | 2030 local |
| DAILY OPERATIONAL BRIEFING AGENDA: | | |
| Safety Issues: | | SAR flights beware of and check in onsite |
| Weather: | | See Wilkins Wx and airport weather service |
| Communications Air and Ground: | | Sat Comm and standard freq |
| Application Dosage and Pattern to be used: | | 5.0 gpa racetrack |
| Approach Information: | | TBD |
| Oil Spill Location and Description: | | TBD |
| Operational Procedures and Changes: | | None at this time |
| Flight Schedule: | | See schedule page 2 |
| FUELING/FBO: | | |
| Contact Name: Tim Spoerl Stennis Airport acting as FBO | | Business Hours Services: 0500 - 2000 |
| Contact Phone: 757-619-1293 | | After Hours Services: |
| DESIGNATED DISPERSANT LOADING AREA: | | |
| Location: ramp off the end of the runway | | |
| Contractor Name: Steve Henne MSRC in charge | | |
| Contractor Phone: 228-990-6295 | | |
| REPORTING REQUIREMENTS AND PROCEDURES*: | | |
| SatLoc Files: | | |
| Photographs and Videos: | | |
| Observation Logs: | | |
| * MSRC aircraft are responsible to ensure SatLoc files, photographs, videos and observation logs are provided to the Dispersant Group Staging Airport Supervisor (DGSAS) after every sortie or at the end of the operational period. Other aircraft operators are responsible to maintain and submit logs after each sortie or daily which state the amount of dispersant applied, number of passes, dosage rates, altitude and speeds dispersant was applied and the time for starting and stopping dispersant application for each pass. | | |
| TSA/AIRPORT SECURITY REQUIREMENTS: Hangar door to be kept locked, no entry without MSRC person escort | | |

MASTER 090121 Daily Aerial Dispersant Application Plan.xls     Page 3     (Jan. 21, 2009)

OBR013650

DATE: May 13, 2010

| Payload # | TYPE A/C | TAIL # | PURPOSE | FUEL LOAD (#/Hrs:Min) | PAYLOAD GAL & TYPE | TOTAL FLT TIME | DPT TIME EST/ACT | ENTRY ETA EST/ACT | EXIT ETA EST/ACT | RETURN ETA EST/ACT |
|---|---|---|---|---|---|---|---|---|---|---|
|  | BE99 | 79W | Spotter | 6 | 0 | 2:50 | 0530 | 0615 | 0810 | 0850 |
| 1 | C-130 | N137TG | Spray | 4 | 3000 | 2:10 | 0620 | 0640 | 0810 | 0830 |
| 2 | C-130 | N403LC | Spray | 4 | 5000 | 2:10 | 0625 | 0645 | 0815 | 0835 |
|  | Aero Cmdr | N547GA | Spotter | 5 | 0 | 2:10 | 0740 | 0815 | 0905 | 0950 |
| 3 | BT-67 | N932H | Spray | 4 | 2000 | 2:15 | 0720 | 0820 | 0835 | 0935 |
| 4 | DC-3 | N64766 | Spray | 4 | 1000 | 2:30 | 0724 | 0824 | 0845 | 0945 |
|  | BE99 | 41J | Spotter | 4 | 0 | 2:50 | 0815 | 0900 | 1015 | 1135 |
| 5 | C-130 | 105 | Spray | 4 | 1900 | 2:30 | 0830 | 0900 | 0930 | 1000 |
|  | BE99 | 98N | Spotter | 4 | 0 | 2:50 | 0820 | 0902 | 1017 | 1145 |
| 6 | C-130 | 107 | Spray | 4 | 1900 | 2:30 | 0845 | 0915 | 0945 | 1015 |
|  | BE99 | 39Q | Spotter | 6 | 0 | 2:35 | 0955 | 0925 | 1205 | 1240 |
| 7 | C-130 | N137TG | Spray | 4 | 3000 | 2:30 | 1000 | 1030 | 1200 | 1230 |
| 8 | C-130 | N403LC | Spray | 4 | 5000 | 2:30 | 1005 | 1035 | 1205 | 1235 |
|  | Aero Cmdr | N547GA | Spotter | 5 | 0 | 2:10 | 1125 | 1205 | 1250 | 1335 |
| 9 | BT-67 | N932H | Spray | 4 | 2000 | 2:05 | 1100 | 1205 | 1220 | 1305 |
| 10 | DC-3 | N64766 | Spray | 4 | 1000 | 2:30 | 1105 | 1130 | 1230 | 1330 |
|  | BE99 | N7198D | Spotter | 4 | 0 | 2:50 | 1150 | 1220 | 1345 | 1430 |
| 11 | C-130 | 105 | Spray | 4 | 1900 | 2:30 | 1215 | 1245 | 1320 | 1400 |
|  | BE99 | 79W | Spotter | 4 | 0 | 2:50 | 1140 | 1222 | 1345 | 1410 |
| 12 | C-130 | 107 | Spray | 4 | 1900 | 2:30 | 1218 | 1247 | 1325 | 1355 |
|  | BE99 | N7198V | Spotter | 6 | 0 | 2:40 | 1355 | 1425 | 1505 | 1540 |
| 13 | C-130 | N137TG | Spray | 4 | 3000 | 2:30 | 1400 | 1430 | 1505 | 1540 |
| 14 | C-130 | N403LC | Spray | 4 | 5000 | 2:30 | 1400 | 1430 | 1505 | 1535 |
|  | Aero Cmdr | N547GA | Spotter | 5 | 0 | 2:20 | 1510 | 1605 | 1645 | 1730 |
| 15 | BT-67 | N932H | Spray | 4 | 2000 | 2:25 | 1500 | 1605 | 1625 | 1725 |
| 16 | DC-3 | N64766 | Spray | 4 | 1000 | 2:30 | 1505 | 1605 | 1640 | 1740 |
|  | BE99 | 39Q | Spotter | 6 | 0 | 1:55 | 1655 | 1725 | 1810 | 1845 |
| 17 | C-130 | N137TG | Spray | 4 | 3000 | 2:30 | 1700 | 1730 | 1805 | 1835 |
| 18 | C-130 | N403LC | Spray | 4 | 5000 | 2:40 | 1700 | 1735 | 1810 | 1840 |
|  | BE99 | 98N | Spotter | 4 | 0 | 2:50 | 1745 | 1830 | 1907 | 2000 |
| 19 | C-130 | 105 | Spray | 4 | 1900 | 2:30 | 1805 | 1835 | 1905 | 1945 |
|  | BE99 | 79W | Spotter | 4 | 0 | 2:50 | 1750 | 1830 | 1907 | 2030 |
| 20 | C-130 | 107 | Spray | 4 | 1900 | 2:30 | 1807 | 1835 | 1907 | 1937 |
|  |  |  |  |  | 2500 | 9527 |  |  |  |  |
|  |  |  |  |  | Stennis |  |  |  |  |  |
|  |  |  |  |  | Houma |  |  |  |  |  |

## Aerial Dispersant Ops
## Spotter Debrief Form

| Field | Value | Field | Value |
|---|---|---|---|
| Date | | Pilot/Copilot | |
| Spotter Aircraft # | | Take off | Land |
| Zone (s) | | | |
| Weather on scene | | | |
| Spray Aircraft # | | Spray commence time | |
| Payload # fm schedule | | Spray end time | |
| | | Zone | NW / NE |
| # of spray runs | | Gen'l location | SE |
| | | (circle) | Center |
| | | | SW / SE |
| Photos? | Y/N | | |
| Spotter Evaluation | | | |
| Spray Aircraft # | | Spray commence time | |
| Payload # fm schedule | | Spray end time | |
| | | Zone | NW / NE |
| # of spray runs | | Gen'l location | SE |
| | | | Center |
| | | | SW / SE |
| Photos? | Y/N | | |
| Spotter Evaluation | | | |
| Signature | | | |

## Aerial Dispersant Ops
## Spotter Debrief Form

| Field | Value | Field | Value |
|---|---|---|---|
| Date | | Pilot/Copilot | |
| Spotter Aircraft # | | Take off | Land |
| Zone (s) | | | |
| Weather on scene | | | |
| Spray Aircraft # | | Spray commence time | |
| Payload # fm schedule | | Spray end time | |
| | | Zone | NW / NE |
| # of spray runs | | Gen'l location | SE |
| | | (circle) | Center |
| | | | SW / SE |
| Photos? | Y/N | | |
| Spotter Evaluation | | | |
| Spray Aircraft # | | Spray commence time | |
| Payload # fm schedule | | Spray end time | |
| | | Zone | NW / NE |
| # of spray runs | | Gen'l location | SE |
| | | | Center |
| | | | SW / SE |
| Photos? | Y/N | | |
| Spotter Evaluation | | | |
| Signature | | | |

# Vessel Mounted Spray Ops Technical Sheet

## Objective

The ability to apply neat chemical dispersants to smaller, isolated patches of oil closer to shore, has been identified as part of the tactical action plan. The high degree of manoeuvrability offered by small vessels in comparison to large scale aerial application systems facilitates accurate targeting of slicks and better control of application rates. However these benefits have to be balanced with slower transit times and lower dispersant payloads. The spray systems at the disposal of the Operations Division Dispersants Group are designed to be fitted to vessels of opportunity and this document will attempt to identify the key parameters when selecting vessels for conducting boat spray operations.

## Outline

Due to the large coverage area of the MC 252 spill, the ability to be able to operate over a long range from the staging base would be beneficial. In addition the function to be able to operate in more confined waters or no-fly zones, such as areas of high oil platform density, will be advantageous. For this purpose the ideal vessel specifications below have been broken in to these two separate operating zones;

| Offshore | Near shore (1/2 mile pending approval) |
|---|---|
| • Large, clear working deck (minimum 60ft x 20ft) to store sufficient dispersant stock for prolonged operational periods | • Adequate working space to safely store a minimum of 2 tote tanks, spray pump & booms (approx 20ft x 12ft) |
| • Potential to fix spray booms at the forecastle (bow) | • Spray booms to be bow mounted. |
| • Minimal bow freeboard (max 10ft) in order to minimise the effect of wind drift. The use of drop tubes can help to minimise this effect. | • Reduced draught for shallow water transits. |
| • If possible sleeping quarters onboard will support prolonged operations without the need to return to port. | • Adequate shelter / welfare facilities on board for all day operations |

OBR013653

Once suitable vessels have been identified and requested, installation of the spray system should be supervised by a trained operative to ensure correct positioning and fitting. Prior to any untrained crews leaving port a detailed safety brief, in accordance with BP's dispersant safety document, & basic training in the operation of the system should be given. Copies of all relevant MSDS shall be made available to crews.  On a daily basis objectives should be set.

## Spray Boom Fixing Schematic



For best spraying results it is best to mount the spray arms as near to the bow as possible, this allows for better mixing of the dispersant through the bow wave. Drop height from nozzle end to sea surface should between three - nine (3-9) feet, this will maximise the effectiveness of the dispersant. For freeboards in excess of nine feet the use of drop tubes is recommended.

## Pre- Spray Summary

- Vessels to be audited for suitability, including potential for correct spray boom positioning.
- Training to be given to vessel crews by qualified staff prior to leaving port.
- MSDS and correct levels of PPE to be made available to spray crews (splash goggles, chemical resistant gloves, polycoated Tyvek suit, non skid rubber boots).

## Spray Operations

- Records of quantities of dispersant sprayed, position and visual evaluation to be kept.
- Once fitted spray systems to be calibration tested with water to confirm nozzle flow rate.
- Desired dosage rate and corresponding vessel speed, as prescribed in operating manual to be strictly observed. Particular attention to be paid to avoiding excessive bow wave and deflecting oil away from the spray.

- Boat spray operations to be co-ordinated with SMART team monitoring activities. Communication with aerial spotter aircraft to be conducted on air band radios channel 122.9.
- Future requirements for forward planning purposes to be kept and communicated to ICP
- Logistics chain and transfer systems for replenishing dispersant to be in place.

OBR013655

**Aerial Dispersant's Group Organization – Houma CP**
**May 12, 2010**

| Position | Agency |
|---|---|
| **Aerial Dispersants Group Supervisor ( 1 )** <br> • Charlie Huber  (John Joeckel relief) | Obrien's → C. A Huber, Inc. |
| **Dispersant Group Deputy Supervisor ( 2 )** <br> • Ken Schacht  (Jeff Jappe relief MSRC) <br> • Mike Gass  (Dave Garner relief CCA) | MSRC/ C. A Huber, Inc. <br> Clean Caribbean Cooperative |
| **Air Operations and Charting Documentation ( 7 )** <br>     o  Ken Schacht (Jeff Jappe relief) – Stennis Aviation Liaison <br>     o  Mike Gass (Dave Garner relief) – Houma Aviation Liaison <br>     o  Maj. Mark Breidenbaugh USAF Aviation Liaison <br>     o  Lt. Col Dan Sarachene USAF Aviation Liaison <br>     o  Ed Rosenberg - AT-802 | MSRC <br><br> Clean Caribbean Cooperative <br><br> USAF <br> USAF <br><br> C. A Huber, Inc. →Vervision, Inc |
| **Boat Spray and Boat Sampling Coordinator** <br>     o  Marcus Russell | OSR, Ltd |
| **Plotting / Tracking the Spray** <br>     ▪  John LaCaze | Obrien's |
| **Aviation Consultant and Air Operations ( 1 )** <br>     o  Rich Landrum  (Vern Albert relief) | C. A Huber, Inc. →AirWing, Inc. |
| **Report Preparation and Analysis ( 1 )** <br>     o  Debbie Scholz (Don Costanzo relief) | C. A Huber, Inc.→SEA Consulting Inc |
| **Stockpile Operations and Logistics ( 2 )** <br>     o  John Daigle <br>     o  Ed Rosenberg | <br> MSRC <br> C. A. Huber, Inc. →Vervision |
| **Stockpile Evaluation / Testing / Dispersant Impact ( 7 )** <br>     o  Randy Belore <br>     o  Marie BenKinney <br>     o  John Brown <br>     o  Tom Coolbaugh <br>     o  Alexis Steen <br>     o  Ken Trudel <br>     o  Ann Hayward Walker | <br> Swift → SL Ross <br> Exponent <br> Exponent <br> ExxonMobil <br> ExxonMobil <br> Swift → SL Ross <br> C. A. Huber, Inc. →SEA Consulting |

REMOTE BASES

| Position | Agency |
|---|---|
| **Stennis Air Base – Kiln, MS ( 102 personnel)** | |
| • Don Toenshoff – Base Manager (2) Brenda Wedge (admin) | MSRC |
|     o Tim Spoerl – Base Coordinator (13 MSRC personnel onsite) | MSRC |
|     o Linda Whitman (12 ) | Clean Caribbean Cooperative |
|     o Erik Demicco (Skip Przelomski relief) | Clean Caribbean Cooperative |
|     o Jason Heyn – GIS MapSTAR SME (1) | MSRC→Heynsight |
|     o Billy Grantham (8  IAR personnel onsite) | MSRC → IAR |
|     o Skip Przelomski | Clean Caribbean Cooperative |
|     o T.K. Rosolina (26 Dynamic Personnel onsite) | MSRC → Dynamic Aviation |
|     o Major Tancer USAF (40 USAFR onsite) | USAF |
| **Houma Air Base – Houma, LA  (25 personnel)** | |
| • Howard Barker – Base Manager | ASI, Inc. |
|     o Brad Barker – Base Coordinator | ASI, Inc |
|     o Mark Cochrane – Staging Manager | OBrien's |
| • Scotty Meador – AT -802  Base Manager AT-802  Crew  (2) | NRC - Lane Aviation NRC – Lane Aviation |