# EXHIBIT 33

| | |
|---|---|
| **From:** | steve.rupkey@us.bureauveritas.com [steve.rupkey@us.bureauveritas.com] |
| **Date:** | 6/24/2010 6:14:24 PM |
| **To:** | amorgan@semsinc.net [amorgan@semsinc.net], amanda.balint@bp.com [amanda.balint@bp.com], ajslayton@gmail.com [ajslayton@gmail.com], xoashbashox@yahoo.com [xoashbashox@yahoo.com], lester@seesconsultants.com [lester@seesconsultants.com], barbara.callahan@ibrrc.org [barbara.callahan@ibrrc.org], wadams@safex.us [wadams@safex.us], bcarter@deltaenv.com [bcarter@deltaenv.com], bhand47@yahoo.com [bhand47@yahoo.com], bob.seguy@team-EHS.com [bob.seguy@team-EHS.com], bobbie.echard@bp.com [bobbie.echard@bp.com], mc252safety@bp.com [mc252safety@bp.com], brent.haigood@bp.com [brent.haigood@bp.com], brett.hensley@us.bureauveritas.com [brett.hensley@us.bureauveritas.com], brian.killough@us.bureauveritas.com [brian.killough@us.bureauveritas.com], brianm@integratedriskandsafety.com [brianm@integratedriskandsafety.com], bruce.hanson3@gmail.com [bruce.hanson3@gmail.com], ctauzin@us-risk.com [ctauzin@us-risk.com], claire.loudis@bp.com [claire.loudis@bp.com], cheryl.metzler@bp.com [cheryl.metzler@bp.com], muzzy@msrc.org [muzzy@msrc.org], chris.sloffer@us.bureauveritas.com [chris.sloffer@us.bureauveritas.com], cellis@ellisenvironmentallllc.com [cellis@ellisenvironmentallllc.com], cthibalt@memphis.edu [cthibalt@memphis.edu], devic1@bp.com [devic1@bp.com], DCairney@gdiving.com [DCairney@gdiving.com], dhann91296@verizon.net [dhann91296@verizon.net], dale.smith@bp.com [dale.smith@bp.com], danielle.wojciechowski@us.bureauveritas.com [danielle.wojciechowski@us.bureauveritas.com], driggs@cteh.com [driggs@cteh.com], daverouse@oilspillresponse.com [daverouse@oilspillresponse.com], davesladek@gmail.com [davesladek@gmail.com], dburchett@semsinc.net [dburchett@semsinc.net], dakinsey8@earthlink.net [dakinsey8@earthlink.net], mr.cheramie@att.net [mr.cheramie@att.net], edoyle349@gmail.com [edoyle349@gmail.com], Ed Moore [waffen@comcast.net], ellen@clasconsulting.com [ellen@clasconsulting.com], erik.shamberger@us.bureauveritas.com [erik.shamberger@us.bureauveritas.com], ernestralston@ralston-research.com [ernestralston@ralston-research.com], gary.bangs@us.bureauveritas.com [gary.bangs@us.bureauveritas.com], george0120@yahoo.com [george0120@yahoo.com], gmillner@cteh.com [gmillner@cteh.com], howard.sullivan@us.bureauveritas.com [howard.sullivan@us.bureauveritas.com], icphoumasafety@uscg.mil [icphoumasafety@uscg.mil], ig.houmaicc@gmail.com [ig.houmaicc@gmail.com], jgonzalez@gdiving.com [jgonzalez@gdiving.com], MontgoJE2@bp.com [MontgoJE2@bp.com], jcangelosi@semsinc.net [jcangelosi@semsinc.net], james.thibodeaux@bp.com [james.thibodeaux@bp.com], jay.brough@bp.com [jay.brough@bp.com], jeffrey.adamczyk@bp.com [jeffrey.adamczyk@bp.com], jeffrey.milosch@us.bureauveritas.com [jeffrey.milosch@us.bureauveritas.com], jennifer.moulds@us.bureauveritas.com [jennifer.moulds@us.bureauveritas.com], james.kerr@stantec.com [james.kerr@stantec.com], jim.swatman@bp.com [jim.swatman@bp.com], Jimmy.Ginn@me1.bp.com [Jimmy.Ginn@me1.bp.com], jhonore@semsinc.net [jhonore@semsinc.net], joemccaffrey@cox.net [joemccaffrey@cox.net], john.r.cullum@bp.com [john.r.cullum@bp.com], john.glover@us.bureauveritas.com |

[john.glover@us.bureauveritas.com], antaresV53@aol.com
[antaresV53@aol.com], john.pavlik@us.bureauveritas.com
[john.pavlik@us.bureauveritas.com], john.stumpf@bp.com
[john.stumpf@bp.com], jpluskota@tampabay.rr.com
[jpluskota@tampabay.rr.com], josh.senter@us.bureauveritas.com
[josh.senter@us.bureauveritas.com], Koppler, Ken [KKoppler@nrces.com],
kwatson@gdiving.com [kwatson@gdiving.com], kc7aem@earthlink.com
[kc7aem@earthlink.com], kbodin@semsinc.net [kbodin@semsinc.net],
koja@deltaenv.com [koja@deltaenv.com], kenneth.rosamond@bp.com
[kenneth.rosamond@bp.com], kmuhlestein@rmec.net [kmuhlestein@rmec.net],
kevin.sheehan@hhs.gov [kevin.sheehan@hhs.gov], kevin.sugar@us.bureauverit
as.com [kevin.sugar@us.bureauveritas.com], ladella.whitaker@bp.com
[ladella.whitaker@bp.com], lamar.daniel@gmail.com
[lamar.daniel@gmail.com], laurenglushik@gmail.com
[laurenglushik@gmail.com], marc.safety@yahoo.com
[marc.safety@yahoo.com], margarito.bercilla@us.bureauveritas.com
[margarito.bercilla@us.bureauveritas.com], mark.bennett@bp.com
[mark.bennett@bp.com], mark.detroy@us.bureauveritas.com
[mark.detroy@us.bureauveritas.com], mathewsm@msrc.org
[mathewsm@msrc.org], mark.watts@us.bureauveritas.com
[mark.watts@us.bureauveritas.com], martin.hamper@us.bureauveritas.com
[martin.hamper@us.bureauveritas.com], mary.christopher@us.bureauveritas.com
[mary.christopher@us.bureauveritas.com], maryvreeland@yahoo.com
[maryvreeland@yahoo.com], matthew.konicek@us.bureauveritas.com
[matthew.konicek@us.bureauveritas.com], Michael.P.Weber@stantec.com
[Michael.P.Weber@stantec.com], Amen, Mike A. [MAmen@nrces.com],
mikebales@hotmail.com [mikebales@hotmail.com], mike.bush2@bp.com
[mike.bush2@bp.com], mr_mikeharris@hotmail.com
[mr_mikeharris@hotmail.com], mwhite@semsinc.net [mwhite@semsinc.net],
murphy.doty@us.bureauveritas.com [murphy.doty@us.bureauveritas.com],
nicholas.hagen@us.bureauveritas.com [nicholas.hagen@us.bureauveritas.com],
norman.bolivar@us.bureauveritas.com [norman.bolivar@us.bureauveritas.com],
pldevon@verizon.net [pldevon@verizon.net], peter.nowobilski@bp.com
[peter.nowobilski@bp.com], randy.clem@bp.com [randy.clem@bp.com],
rayloupe@yahoo.com [rayloupe@yahoo.com], richard.carman@us.bureauve
ritas.com [richard.carman@us.bureauveritas.com], oshatraining1@gmail.com
[oshatraining1@gmail.com], Robert.Raley@bp.com [Robert.Raley@bp.com],
robert.murphy@us.bureauveritas.com [robert.murphy@us.bureauveritas.com],
verretrodney@yahoo.com [verretrodney@yahoo.com], rpaulson@semsinc.net
[rpaulson@semsinc.net], ron.dobos@us.bureauveritas.com
[ron.dobos@us.bureauveritas.com], ronica.hall@bp.com [ronica.hall@bp.com],
russellachord@ymail.com [russellachord@ymail.com], scot-rudolph@bp.com
[scot-rudolph@bp.com], scott.watson3@bp.com [scott.watson3@bp.com],
sskelton@cteh.com [sskelton@cteh.com], steve53057@yahoo.com
[steve53057@yahoo.com], steve.rupkey@us.bureauveritas.com
[steve.rupkey@us.bureauveritas.com], thomas.schmelter@us.bureauveritas.com
[thomas.schmelter@us.bureauveritas.com], tdavis0970@hotmail.com
[tdavis0970@hotmail.com], timothy.bodkin@us.bureauveritas.com
[timothy.bodkin@us.bureauveritas.com], feecbrla@earthlink.net
[feecbrla@earthlink.net], troy.mayo@bp.com [troy.mayo@bp.com],
usa@oilspillresponse.com [usa@oilspillresponse.com], vercell.fiffie@bp.com

|  |  |
|---|---|
|  | [vercell.fiffie@bp.com], irvinegeo@gmail.com [irvinegeo@gmail.com], vikas.mathur@us.bureauveritas.com [vikas.mathur@us.bureauveritas.com], vince.mitchell@lamor.com [vince.mitchell@lamor.com], William_, Bill, _Moody@bureauveritas.com [_Moody@bureauveritas.com], william.clayton@us.bureauveritas.com [william.clayton@us.bureauveritas.com], william.elwell@us.bureauveritas.com [william.elwell@us.bureauveritas.com], Stephanie.Peters@stantec.com [Stephanie.Peters@stantec.com], aaronmontgomery@oilspillresponse.com [aaronmontgomery@oilspillresponse.com], glen230@yahoo.com [glen230@yahoo.com], Lushan.A.Hannah@uscg.mil [Lushan.A.Hannah@uscg.mil], pnony@cteh.com [pnony@cteh.com] |
| **Subject:** | Fact Sheets - Respiratory Protection/Dispersant Use |
| **Attachments:** | C3088144.jpg, Respiratory Protection Fact Sheet Final.pdf, UIC Dispersant Fact Sheet.pdf |

Attached are two public fact sheets developed by Unified Command - Houma Incident Command.

1. Respiratory Protection Employed in the MC252 Response

2. Dispersant Use.

(See attached file: Respiratory Protection Fact Sheet Final.pdf)(See attached file: UIC Dispersant Fact Sheet.pdf)

Please make copies of these fact sheets and post them in highly visible areas, such as mess tents, meeting rooms, etc and share them with workers. Also, make copies for off shore operations to post on their ships, on barges and flotels, etc.

Let me know if you think providing laminated copies would be helpful to your site.

Sincerely,


Steven A. Rupkey, CIH
Technical Director, IEQ
Bureau Veritas North America, Inc.
Technical Director – Indoor Environmental Quality
Health, Safety and Environmental Services
2211 Butterfield Road, Downers Grove, IL 60515
Phone: 630.795.3224 Fax: 630.795.1130 Cell: 630.779.5992
steve.rupkey@us.bureauveritas.com

<http://www.us.bureauveritas.com/> www.us.bureauveritas.com
ISO 9001:2008 Certified

NOTICE: This message contains information which is confidential and the copyright of our company or a third party. If you are not the intended recipient of this message please delete it and destroy all copies. If you are the intended recipient of this message you should not disclose or distribute this message to third parties without the consent of our company. Our company does not represent, warrant and/or guarantee that the integrity of this message has been maintained nor that the communication is free of virus, interception or interference. The liability of our company is limited by our General Conditions of Services.



NRC035066

**Fact Sheet: Respiratory Protection Employed in the MC-252 Response**

- The use of respiratory protection in the MC-252 response is based on measured or anticipated exposure to crude oil vapors. This is consistent with recommendations provided by the National Institute of Occupational Safety and Health (NIOSH) who state "*NIOSH recommends that air sampling be conducted to determine exposure levels found in the workplace… Ideally, this determination should be made by a professional industrial hygienist.*"

- Respirators are available to those working in locations with the potential for exposure to crude oil vapors above defined action levels.

- Respirators are worn when concentrations of crude oil constituents exceed health-protective action levels (see table below).

- The following table presents various work locations, the results of air monitoring data, and the respiratory protection required for each work location.

**Table 1. Levels of Respiratory Protection Employed in the MC-252 Response**

| Work Location | Air sampling results | Respirators Provided/Used |
|---|---|---|
| Onshore oil cleanup | Below action levels | No |
| Inshore oil recovery (skimming) | Below action levels | No |
| Offshore in-situ burning | Below action levels | No |
| Offshore skimming operations | Below action levels | No |
| Offshore dispersant boat spray operations | Sporadically above action levels (in calm seas and wind) | Yes |
| Source control vessels | Sporadically above action levels (in calm seas and wind) | Yes |

Respirators will be provided, if warranted. However, the following "precautionary measures" will be considered:

- The use of respirators places an additional load on the respiratory system and would lead to increased vulnerability to heat-related illnesses.
- All individuals must be properly fit tested and undergo a physical before wearing a respirator.
- Extensive air sampling data do not indicate the need for respirator use except on vessels around the source and during dispersant spraying from vessels.

# DEEPWATER HORIZON RESPONSE
## Unified Command - Houma Incident Command Post

## Dispersant Use



- Dispersants are being used in 4 ways on this incident: (1) subsea at the source to prevent or reduce oil on the surface of the Gulf of Mexico; (2) boat spray on oil on the water near the source to reduce vapors in the air from the fresh oil; (3) aerial spray of surface slicks which cannot be recovered by mechanical recovery or controlled burns; and (4) boat spray application for scientific studies.

- Dispersants were first pre-approved (standing approval) for use on marine oil spills 3 miles from shore and in waters deeper than 30 feet in the Gulf of Mexico in 1995 by the EPA, USCG, adjacent states, NOAA and DOI. This pre-approval has been renewed three times.

- The biological impacts of dispersants applied both under and on water are being monitored using standardized tests that evaluate the potential toxicity of the dispersed oil in the water. Toxicity tests are methods for determining the impact of a chemical or an effluent on living organisms and measure the degree of response using commonly tested species. Organisms which will be tested include, among others, rotifers are sensitive small invertebrates that occur in the Gulf of Mexico and are important to the food chain.

- To date, the toxicity data does not indicate any significant effects on aquatic life. Moreover, decreased size of the oil droplets as measured in monitoring is a good indication that, so far, the dispersants are effective, i.e., reducing the amount of oil on the surface of the Gulf of Mexico.

- Water monitoring is being performed following both subsea and aerial dispersant application in order to provide the best scientific information possible. Some of the monitoring parameters include:
    1. Identification of dispersed oil,
    2. Oil droplet size,
    3. Dissolved oxygen (DO) and other physical characteristics such as conductivity, temperature and depth (CTD) and,
    4. Toxicity information.

- EPA and other government scientists are independently verifying the alternative dispersant data presented by BP and are performing independent scientific verification of the data BP presented. BP is conducting its own tests to determine the least toxic, most effective dispersant available in the volumes necessary for a crisis of this magnitude and to understand if Corexit remains the most appropriate dispersant, as supported by the science for this situation.

- NIOSH, EPA, OSHA and BP are involved in monitoring the air around worksites and the public. EPA is conducting real time air monitoring along the coast. EPA's air monitoring conducted through June 10, 2010, has found that air quality levels for ozone and particulates are normal on the Gulf coastline for this time of year. EPA has observed odor-causing pollutants associated with petroleum

products along the coastline at low levels. Some of these chemicals may cause short-lived effects like headache, eye, nose and throat irritation, or nausea. People may be able to smell some of these chemicals at levels well below those that would cause short-term health problems.

- Thus far, preliminary results of EPA's initial air monitoring efforts have not shown risks to human health from dispersants.

- Extensive air monitoring data continues to be collected on all vessels at the source of the incident and on vessels representative across the response area. This extensive data has not indicated any adverse health impacts. Air monitoring data are available publicly daily http://www.airnow.gov/ ; http://gulfcoast.airnowtech.org/ and http://www.epa.gov/bpspill/air.html



