# EXHIBIT 35

| | |
|---|---|
| From: | Donald Williams |
| To: | Philip Turner; Ronnie Crossland; R6 DWH EUL@EPA; R6 DWH REOC ESC@EPA; R6 DWH REOC PSC@EPA.Gov |
| Subject: | Fw: BP Oil Spill Response Update:  EPA Releases First Round of Toxicity   Testing Data for Eight Oil Dispersants |
| Date: | 06/30/2010 03:12 PM |

Thanks,

Don Williams
Deputy Associate Director
Superfund Remedial Branch
EPA Region 6
(214) 665-2197

----- Forwarded by Donald Williams/R6/USEPA/US on 06/30/2010 03:11 PM -----

| | |
|---|---|
| From: | Glenn Adams/R4/USEPA/US |
| To: | Terry Smith/DC/USEPA/US@EPA, Brett Thomas/R4/USEPA/US@EPA, David Neleigh/R6/USEPA/US@EPA, Dennis Wesolowski/R5/USEPA/US@EPA, Diane Gregg/R6/USEPA/US@EPA, EOC Water@EPA, Gary Bennett/R4/USEPA/US@EPA, George Schupp/R5/USEPA/US@EPA, Glenn Adams/R4/USEPA/US@EPA, Joe Beaman/DC/USEPA/US@EPA, Jon Rauscher/R6/USEPA/US@EPA, KETTLERK@WestonSolutions.com, Marc Greenberg/ERT/R2/USEPA/US@EPA, Michele Burgess/DC/USEPA/US@EPA, Nardina Turner/R4/USEPA/US@EPA, Rick McMillin/R6/USEPA/US@EPA, Schatzi Fitz-James/DC/USEPA/US@EPA, Donald Williams/R6/USEPA/US@EPA, Lawrence Kaelin/CI/USEPA/US@EPA |
| Date: | 06/30/2010 03:06 PM |
| Subject: | Fw: BP Oil Spill Response Update:  EPA Releases First Round of Toxicity   Testing Data for Eight Oil Dispersants |

FYI

Glenn Adams, Chief
Technical Services Section
Superfund Division
US EPA Region 4
Atlanta, GA
404-562-8771 (office)

----- Forwarded by Glenn Adams/R4/USEPA/US on 06/30/2010 04:04 PM -----

**CONTACT:**
press@epa.gov

**FOR IMMEDIATE RELEASE**
June 30, 2010

# EPA Releases First Round of Toxicity Testing



6008120

# Data for Eight Oil Dispersants

**WASHINGTON** —The US Environmental Protection Agency today released peer reviewed results from the first round of its own independent toxicity testing on eight oil dispersants. EPA conducted testing to ensure that decisions about ongoing dispersant use in the Gulf of Mexico continue to be grounded in the best available science.

EPA's results indicated that none of the eight dispersants tested, including the product in use in the Gulf, displayed biologically significant endocrine disrupting activity. While the dispersant products alone – not mixed with oil - have roughly the same impact on aquatic life, JD-2000 and Corexit 9500 were generally less toxic to small fish and JD-2000 and SAF-RON GOLD were least toxic to mysid shrimp. While this is important information to have, additional testing is needed to further inform the use of dispersants.

"EPA is performing independent tests to determine the potential impacts of various dispersants. We will continue to conduct additional research before providing a final recommendation, " said EPA Administrator Lisa P. Jackson.  "We want to ensure that every tool is available to mitigate the impact of the BP spill and protect our fragile wetlands.  But we continue to direct BP to use dispersants responsibly and in as limited an amount as possible."

EPA continues to carefully monitor BP's use of dispersant in the Gulf. Dispersants are generally less toxic than oil and can prevent some oil from impacting sensitive areas along the Gulf Coast. EPA believes BP should use as little dispersant as necessary and, on May 23, Administrator Jackson and then-Federal On-Scene Coordinator Rear Admiral Mary Landry directed BP to reduce dispersant usage by 75 percent from peak usage. EPA and the Coast Guard formalized that order in a directive to BP on May 26. Over the next month BP reduced dispersant use 68 percent from that peak.

Before directing BP to ramp down dispersant use, EPA directed BP to analyze potential alternative dispersants for toxicity and effectiveness. BP reported to EPA that they were unable to find a dispersant that is less toxic than Corexit 9500, the product currently in use. Following that, EPA began its own scientific testing of eight dispersant products on the National Contingency Plan Product Schedule (NCP-PS). Those dispersant products are: Dispersit SPC 1000, Nokomis 3-F4, Nokomis 3-AA, ZI-400, SAF-RON Gold, Sea Brat #4, Corexit 9500 A and JD 2000. Today's results represent the first stage of that effort.

EPA tested these eight products for endocrine disrupting activity and potential impacts on small fish and mysid shrimp. The testing found:

- None of the eight dispersants tested displayed biologically significant endocrine disrupting activity.
- While all eight dispersants alone – not mixed with oil – showed

roughly the same effects, JD-2000 and Corexit 9500 proved to be the least toxic to small fish, and JD-2000 and SAF-RON GOLD were the least toxic to the mysid shrimp.

The next phase of EPA's testing will assess the acute toxicity of multiple concentrations of Louisiana Sweet Crude Oil alone and combinations of Louisiana Sweet Crude Oil with each of the eight dispersants for two test species.

To view the first round of test results please visit:
http://www.epa.gov/bpspill/dispersants

R232

BP Oil Spill Response: Web site | Get email updates

You can view or update your subscriptions or e-mail address at any time on your Subscriber Preferences Page. All you will need is your e-mail address. If you have any questions or problems e-mail support@govdelivery.com for assistance.

This service is provided to you at no charge by U.S. Environmental Protection Agency.



STAY CONNECTED:
facebook         twitter
YouTube          flickr

This email was sent to ##email##.

Sent by the U.S. Environmental Protection Agency · 1200 Pennsylvania Avenue NW · Washington DC 20460 · 202-564-4355