# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES IN PLEADING BUNDLE SECTION III.B(3) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### DECLARATION OF HOWARD BARKER IN SUPPORT OF AIRBORNE SUPPORT, INC. AND AIRBORNE SUPPORT INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

1. My name is Howard Barker. I am the President and Chief Pilot of Airborne Support, Inc., and the President of Airborne Support International, Inc., and have served in such capacities since before the April 20, 2010 explosion and fire on the *DEEPWATER HORIZON* mobile offshore drilling unit and throughout the ensuing oil spill response and clean-up efforts.

2. I submit this Declaration in support of Airborne Support, Inc. and Airborne Support International, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds. The facts set forth herein are based on my personal knowledge and/or the books and records of Airborne Support, Inc. and Airborne Support International, Inc.

3. Airborne Support, Inc. is a family-owned and operated small business based at the Houma-Terrebonne Airport in Houma, Louisiana which maintains and operates a fleet of specialized aircraft dedicated to emergency oil spill response.

4. Airborne Support International, Inc. and Airborne Support, Inc. are commonly owned, but separate and distinct legal entities. While the two companies share the same

Page 1 of 1

principals, they were independently incorporated and maintain separate books and records.

5. Airborne Support International, Inc. and had no involvement in any operations conducted during the *DEEPWATER HORIZON* oil spill response.

I declare under the penalties of perjury under the laws of the United States of America that the statements made in this declaration are true and correct.

EXECUTED on the __19th__ day of May, 2012.

_____
Howard Barker