## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG<br>           "DEEPWATER HORIZON" IN THE<br>           GULF OF MEXICO, ON<br>           APRIL 20, 2010 | MDL NO.  2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, pursuant to Pre-Trial Order No. 15 (Rec. Doc. 676), all motions are continued without date in this case unless a motion is specifically excepted from the continuance by the Court.   AIRBORNE SUPPORT, INC. and AIRBORNE SUPPORT INTERNATIONAL, INC.'S Motion for Summary Judgment on Derivative Immunity and Preemption Grounds is being filed in accordance with the Schedule for Limited B3 Discovery (Rec. Doc. 5000) and the Court's subsequent Order re-affirming that schedule (Rec. Doc. 6247) and, thus, has been specifically excepted from the general continuance established by Pre-Trial Order No. 15.

Dated: May 18, 2012

Respectfully submitted,

LABORDE & NEUNER

BY:   */s/ Ben L. Mayeaux*
     Frank X. Neuner, Jr.  (#7674)
     Ben L. Mayeaux  (#19041)
     Jed M. Mestayer  (#29345)
     One Petroleum Center, Suite 200
     1001 W. Pinhook Rd.
     Lafayette, Louisiana 70503
     Tel: (337) 237-7000
     Fax: (337) 233-9450

     ***Attorneys for Airborne Support, Inc. and***
     ***Airborne Support International, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

      */s/ Ben L. Mayeaux*
      COUNSEL