UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### MARINE SPILL RESPONSE CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON GROUNDS OF DERIVATIVE IMMUNITY AND PREEMPTION

Defendant Marine Spill Response Corporation ("MSRC") hereby respectfully moves this Court for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and upon the annexed declaration of Donald A. Toenshoff, Jr., the Rule 56.1 Statement of Undisputed Material Facts, the accompanying memorandum of law, the Joint Statement Of Undisputed Material Facts, the Joint Memorandum In Support Of Clean-Up Responder Defendants' Motions For Summary Judgment and all prior pleadings and proceedings herein, granting summary judgment dismissing with prejudice all of the remaining claims that have been asserted against MSRC in the First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812) ("B3 Complaint").

In the hours following the explosion, sinking, and discharge of oil from the Macondo well and the DEEPWATER HORIZON, MSRC responded to the Gulf of Mexico incident to

1

–2–

render care, assistance, and advice in the Oil Spill response efforts consistent with the National Contingency Plan ("NCP") and under the direction and control of the Federal On-Scene Coordinator ("FOSC"). For the reasons set forth in the attached Memorandum of Law, as well as the Joint Memorandum filed by the Clean-Up Responder Defendants, MSRC is entitled to derivative government immunity under the Clean Water Act and/or derivative discretionary function immunity under the Federal Tort Claims Act from all claims asserted against it in the B3 Complaint. In the alternative, the claims asserted against MSRC in the B3 Complaint are barred under the doctrines of implied conflict preemption and/or implied field pre-emption. Accordingly, MSRC is entitled to the entry of an order of summary judgment dismissing the B3 Complaint with prejudice and for such other relief as the Court deems just and proper.

Dated: May 18, 2012

Respectfully submitted,

**BLANK ROME LLP**

By: /s/*Alan M. Weigel*
Alan M. Weigel, Esq.
Attorneys for Marine Spill Response Corporation
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-885-5000
Facsimile: 917-332-3836
E-mail: aweigel@blankrome.com

–3–

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Marine Spill Response Corporation's Motion for Summary Judgment on Grounds of Derivative Immunity and Preemption has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May 2012.

/s/*Alan M. Weigel*
Alan M. Weigel