## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Civil Rule 78.1, Marine Spill Response Corporation hereby respectfully requests oral argument on its Motion for Summary Judgment on Grounds of Derivative Immunity and Preemption.

Dated: May 18, 2012

          Respectfully submitted,

          **BLANK ROME LLP**

          /s/*Alan M. Weigel*
          Alan M. Weigel

          Attorneys for Marine Spill Response Corporation
          The Chrysler Building
          405 Lexington Avenue
          New York, NY 10174
          Telephone: 212-885-5000
          Facsimile: 917-332-3836
          E-mail: aweigel@blankrome.com

–2–

810517.00025/7127674v.1

–3–

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

/s/*Alan M. Weigel*
Alan M. Weigel