UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT come Defendants, AIRBORNE SUPPORT, INC. and AIRBORNE SUPPORT INTERNATIONAL, INC., and pursuant to Local Civil Rule 78.1, respectfully request oral argument in connection with the Motion for Summary Judgment on Derivative Immunity and Preemption Grounds filed in the above captioned matter.

Dated: May 18, 2012

                        Respectfully submitted,

                        LABORDE & NEUNER

BY:      /s/ Ben L. Mayeaux
          Frank X. Neuner, Jr.  (#7674)
          Ben L. Mayeaux  (#19041)
          Jed M. Mestayer  (#29345)
          One Petroleum Center, Suite 200
          1001 W. Pinhook Rd.
          Lafayette, Louisiana 70503
          Tel:   (337) 237-7000
          Fax:  (337) 233-9450

***Attorneys for Airborne Support, Inc. and Airborne Support International, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

                        /s/ Ben L. Mayeaux
                        COUNSEL