MINUTE ENTRY
SHUSHAN, M.J.
MAY 18, 2012

**MJSTAR: 1:05**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE | CIVIL ACTION |
| OIL RIG "DEEPWATER HORIZON" | |
| IN THE GULF OF MEXICO, ON APRIL 20, 2010 | NUMBER: 10-MDL-2179 |
| | SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, MAY 18, 2012 AT 9:30 A.M.

CASE MANAGER:      Charles A. Armond

COURT REPORTER:   Toni Tusa

   A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.