## CONFERENCE ATTENDANCE RECORD

DATE: 5-18-12                    TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS    CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jimmy Williamson | PSC |
| Tony Fitch | Anadarko |
| David Jones | CAM |
| Sarah Iiams | Anadarko |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Gwen Richard | " |
| Stefanie Major | " |



| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sean Fleming | Halliburton |
| Lauren Mitchell | " |
| Rob Gasaway | BP |
| Ryan Babiuch | BP |
| Joe Hassinger | State of Louisiana |
| Steve Flynn | USA |
| Scott Cernich | USA |
| Andy Langan | BP |
| Corey Maze | Alabama + States |
| Winfield Sinclair | Alabama + States |
| Carmelite Bertaut | Cameron |
| Doug Kraus | Cameron |
| Brian Barr | PSC |
| Kerry Miller | TO |
| Luis L | TO |
| Steve Roberts | TO |
| | |



| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| ANTHONY IRPINO | PSC |
| PAUL STERBCOW | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Mark Nomillini

Alan Pixton

Nat Chakeris

Steve O'Rourke

Sharon Shutler

Jeff Ganaway

Joe Eisert

Sean Brennan

Ben Mayeaux

David Baay

Denise Scoffield

Bill Stradley