UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           *    MDL No. 2179
"Deepwater Horizon" in the Gulf           *
of Mexico, on April 20, 2010              *    SECTION: J
                                          *
Applies to: *All Cases*.                  *    JUDGE BARBIER
                                          *    MAGISTRATE SHUSHAN
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**[Regarding Protecting Confidential LDWF Fisheries Dependent Data]**

Pursuant to Pre-Trial Order Number 13 ("PTO 13"), the Plaintiff Steering Committee ("PSC") and the State of Louisiana agree that any documents or information produced by the Louisiana Department of Wildlife and Fisheries ("LDWF"), pursuant to the request of the PSC, shall be treated as "Confidential." The parties further agree that (1) the PSC seeks only the following data: Annual finfish and shellfish species landings data from 1999 through present (or most current Trip Ticket database information) as well as vessel information, including registration number and vessel size; and (2) the documents need not be processed to be marked "Confidential" as is generally required pursuant to PTO 13, nor are the parties interested in production of metadata.

This order constitutes a court order within the meaning of the Privacy Act, 5 U.S.C. §552a(b)(11); the Magnuson-Stevens Act, 16 U.S.C. § 1881a(b)(1)(D); the Health Insurance Portability and Affordability Act of 1996 ("HIPAA") implementing regulations, 45 C.F.R. §164.512(a), (e)(1)(i); the Drivers Privacy Protection Act, governing vessel registration information, 18 U.S.C. § 2721 *et seq.*; and pursuant to applicable Louisiana law, including the Database Security Breach Notification Law, La. R.S. 51:3071 *et seq.*, and the Fishing and Fish Industry Licensing law, La. R.S. 56:301 *et seq.*, as well as implementing regulations, LAC 76:I.321.

Pursuant to Federal Rule of Evidence 502(d), production of any record by the State of Louisiana in this litigation does not waive any Privacy Act protection of that record outside this litigation; any such record produced in this litigation must be strictly protected in accordance with this Order and PTO 13.

These data have been requested in connection with the proposed class action settlement on behalf of private plaintiffs and shall be provided solely to the Claims Administrator, Patrick Juneau, and the Designated Neutral, John W. Perry Jr. (collectively "Settlement Claims Administrators"), as well as their staff, only for the purpose of implementing/administering such a settlement. Any of those persons viewing the information under this Order must sign a certificate in a form attached as Appendix A to this Order, and the Settlement Claims Administrators shall maintain copies of the certificates and a log identifying such recipients. The Settlement Claims Administrators shall also provide the Louisiana Attorney General's office and LDWF with a copy of any executed certification. All other applicable portions of PTO 13 are adopted and incorporated herein.

Regarding the requested release of individual commercial fishermen LDWF Trip Ticket data, the Settlement Claims Administrators are also authorized to provide personal Trip Ticket data to an individual commercial fisherman or his/her attorney(s) or agent(s). Prior to releasing personal Trip Ticket data, the Settlement Claims Administrator shall first ensure the receipt of sufficient documentation, including verification of the identity of the requesting fisherman through government issued photo identification, as outlined in the "Authorization To Allow Release of Fishing Data and Waiver of Confidentiality" (for Release of data to Attorney or Agent) (attached as Appendix B to this Order) or "Certification of Individual Commercial Fisherman and Request For Release of Fishing Date (for Release of data to Individual

Commercial Fisherman) (attached as Appendix C to this Order) ("Request Forms"). These forms may be made electronically available and approved electronic signatures will be accepted. A copy of all executed Request Forms should be maintained and logged by the Settlement Claims Administrators and a copy of each Request Form shall be provided to the LDWF.

Notwithstanding any state or federal statute or regulation, no agency, officer, employee or attorney of the State of Louisiana shall be subject to any civil or criminal penalty or sanction relating to the disclosure of non-public information, provided that such disclosure is made pursuant to the terms of this Order and PTO 13. Individual Trip Ticket data containing personal information of a fisherman shall be maintained in strict confidentiality by the PSC. The PSC, and representatives thereof, shall be responsible for actions of its agents and subcontractors (if any) and shall take all steps necessary to ensure agents or subcontractors treat the data as proprietary and confidential. Trip Ticket data and/or information contained in the Request Form may be subject to federal and state privacy and confidentiality laws, including 18 U.S.C. §2721 *et seq.* and La. R.S. 51:3071 *et seq.*, and the regulations promulgated pursuant thereto. Persons releasing any protected data may be subject to state and federal civil and criminal penalties. PSC representatives, its agents, or subcontractors agree to indemnify and hold harmless LDWF for any and all damages resulting from any breaches attributable to PSC representatives, its agents, or subcontractors.

New Orleans, Louisiana, 18th day of May, 2012.

---
**SALLY SHUSHAN**
**U. S. MAGISTRATE JUDGE**

APPENDIX A
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATION

     I hereby certify that I have read Pretrial Order 13 entered in the above-captioned action as well as the Order regarding Protection of Confidential Information entered on May _____, 2012 (Document No. _____) and that I understand the terms of these orders.

     I hereby certify that I will review the data produced by the Louisiana Department of Wildlife and Fisheries solely for purposes of performing or reviewing analyses necessary for the allocation of settlement proceeds and will not use the data for any other purpose.

     I agree to be bound by Pretrial Order 13 and the Order of May\_\_\_\_, 2012, including the obligation to keep the information confidential and to destroy or return it to the Louisiana Department of Wildlife and Fisheries when it is no longer necessary for performing or reviewing analyses necessary for the allocation of settlement proceeds.

     I further agree to submit to the jurisdiction of this Court for purposes of enforcing Pretrial Order 13 and the Order of May \_\_\_\_, 2012.

     I understand that a copy of this certification will be provided to the office of the Louisiana Attorney General and the Louisiana Department of Wildlife and Fisheries and that except as necessary to enforce the terms of Pretrial Order 13 and the Order of May \_\_\_\_, 2012, the office of the Louisiana Attorney General and the Louisiana Department of Wildlife and Fisheries will not disclose the identities of the persons signing the certifications to any other person.

Date:

Name: (Signature)

(Typed or Printed)

*For Settlement Claims Administrators:* **My signature above also certifies that before releasing Fisherman specific data (under App. B or C to this Order) I will personally verify Fisherman's identity with a Driver's License or Louisiana ID if the verification has not previously been performed by Fisherman's agent and thus need not sign each Authorization or Certification individually.**

**APPENDIX B**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL-2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION "J" |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| *All Cases* | § | |

**AUTHORIZATION TO ALLOW RELEASE OF FISHING DATA**
**AND WAIVER OF CONFIDENTIALITY**

BE IT KNOWN, that _____ (Print name of Fisherman making request), a person of the full age of majority, and a resident of the Parish of _____, State of Louisiana, holds/held a Commercial Fishing License bearing number _____. He/She does by these presents authorize the Settlement Claims Administrators to release copies of **all Trip Ticket report data for the reference commercial fisherman license for the dates _____ (month/year) through _____ (month/year), inclusive,** as described in the Order Protecting Confidential LDWF Fisheries Dependent Data entered in the above captioned matter to:

Name: _____("Agent")
Address: _____
_____
Tel Number: _____

Fisherman's Driver's License Number or State ID Number is _____, State of Issuance _____ and Date of Birth is _____. He/She hereby authorizes Agent, and its employees or designees, to complete any authorizations or certifications necessary to take possession of the above-referenced data and records. Furthermore, he/she hereby waives all privileges and grants of confidentiality, statutory or otherwise, related to the above-referenced records and data for the purpose of releasing the data and records to Agent. I understand that providing false information on this document could result in criminal prosecution.

_____        _____
(Fisherman's Signature)                                       (Date)

Agent, and/or its employee or designee, certifies that he/she has verified the identity of the claimant by picture identification. When this form is submitted electronically, a copy of the Driver's License or State Issued Identification must be faxed, electronically submitted or mailed prior to the release of claimant's information.

_____        _____
(Print name-Agent Representative)                       (Date)

_____
(Agent Representative Signature)

**APPENDIX C**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *All Cases* § | | |

**CERTIFICATION OF INDIVIDUAL COMMERCIAL FISHERMAN**
**AND REQUEST FOR RELEASE OF FISHING DATA**

BE IT KNOWN, that _____ (Print name of Fisherman making request), a person of the full age of majority, and a resident of the Parish of _____, State of Louisiana, hold/held a Commercial Fishing License bearing number _____.

He/She requests the Settlement Claims Administrator to release of copies of **all Trip Ticket report data for the referenced commercial fisherman license for the dates of _____ (month/year) through \_\_\_\_\_ (month/year), inclusive,** as described in the Order Protecting Confidential LDWF Fisheries Dependent Data entered in the above captioned matter.

Fisherman's Driver's License Number or Louisiana ID Number is _____, State of Issuance _____ and Date of Birth is _____.

He/She does hereby authorize the Settlement Claims Administrator ("Agent"), and its employees or designees, to complete any authorizations or certifications necessary to take possession of the above-referenced data and records. Furthermore, he/she hereby waives all privileges and grants of confidentiality, statutory or otherwise, related to the above-referenced records and data for the purpose of releasing the data and records to Agent.

I understand that providing false information on this document could result in criminal prosecution.

_____      _____
(Fisherman's Signature)                                              (Date)

Agent, and/or its employee or designee, certifies that he/she has verified the identity of the claimant by government issued photo identification. When this form is submitted electronically, a copy of the Driver's License or State Issued Identification must be faxed, electronically submitted or mailed prior to the release of claimant's information.

_____      _____
(Print name-Agent Representative)                             (Date)

_____
(Agent Signature)