# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DYNAMIC AVIATION GROUP, INC'S MOTION FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1, Dynamic Aviation Group, Inc. respectfully incorporates herein, by reference, the Joint Statement of Undisputed Material Facts in Support of Clean-Up Responder Defendants' Motions for Summary Judgment on Derivative Immunity and Preemption Grounds [Rec. No. 6535-3], as if plead *in extenso*.

Respectfully submitted,

/s/ *Leo R. McAloon, III*
Leo R. McAloon , III (NO. 19044)
Email Address: lmcaloon@glllaw.com
Michael D. Cangelosi (NO. 30427)
Email Address: mcangelosi@glllaw.com
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*Attorneys for Dynamic Aviation Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

                 /s/ Leo R. McAloon, III