UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**REQUEST FOR ORAL ARGUMENT**

Dynamic Aviation Group, Inc., pursuant to Local Civil Rule 78.1, respectfully requests oral argument on its Motion for Summary Judgment on Derivative Immunity and Preemption Grounds.

Respectfully submitted,

/s/ *Leo R. McAloon, III*
Leo R. McAloon , III (NO. 19044)
Email Address: lmcaloon@glllaw.com
Michael D. Cangelosi (NO. 30427)
Email Address: mcangelosi@glllaw.com
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*Attorneys for Dynamic Aviation Group, Inc.*

1

–2–

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

                                                     /s/ Leo R. McAloon, III