## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### INTERNATIONAL AIR RESPONSE, INC.'S MOTION FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

Now into Court, through undersigned counsel, comes defendant International Air Response, Inc. to move this Court for summary judgment, holding that International Air Response, Inc. enjoys derivative immunity under the Clean Water Act and/or the Federal Tort Claims Act and/or that the doctrine of implied conflict preemption bars plaintiffs' claims asserted in the *First Amended Master Complaint (B3 Bundle)*.

Wherefore, defendant International Air Response, Inc. prays that after due proceedings are held that this Court enter an appropriate Order, granting International Air Response, Inc.'s motion for summary judgment and dismissing with prejudice the claims asserted against it in this litigation.

Respectfully submitted,

s/*Kevin R. Tully*

**KEVIN R. TULLY - BAR #1627**
**H. CARTER MARSHALL - BAR #28136**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorneys for International Air Response, Inc.

## CERTIFICATE

I hereby certify that the above and foregoing Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May 2012.

s/*Kevin R. Tully*
KEVIN R. TULLY
H. CARTER MARSHALL