UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * | MAG. JUDGE SHUSHAN |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No. 2:10-cv-02771-CJB-SS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE LIMITATION
## SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come Claimants, Bryant Voisin/ Superior Refrigeration, Inc. and Leroy Trosclair, who move this Court for acceptance of late-filed Short Form Joinders, filed May 18, 2012, Document Nos. 119087 and 119086, in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon.

Claimants state the following as basis for this motion:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding which was extended to September 16, 2011.

2. As claimants were unaware of this deadline, or had not yet fully realized their damages, they did not timely file in the Transocean Limitation proceeding and did not contact counsel until after the deadline.

4. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. Moreover, no action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

5. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order granting this Motion for Acceptance of Limitation Short Form Joinders Filed after the September 16, 2011 Deadline, Document Nos. 119087 and 119086, filed May 18, 2012 and that the Court deem said Short Form Joinders as timely filed in the Transocean limitation proceeding.

Respectfully submitted:

*/s/ Christine E. Sevin*
Walter J. Leger, Jr., Esq.
Walter J. Leger, III, Esq.
Christine E. Sevin, Esq.
LEGER & SHAW
600 Carondelet Street, Floor 9

2

New Orleans, Louisiana 70130  
Telephone: (504) 588-9043  
Facsimile: (504) 588-9980  
Email: csevin@legershaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Christine E. Sevin  
CHRISTINE E. SEVIN