UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * * | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come Claimants, Bryant Voisin/Superior Refrigeration, Inc. and Leroy Trosclair, who file this Memorandum in Support of the accompanying Motion for Leave to File Limitation Short Form Joinders Beyond the September 16, 2011 Deadline. Claimants seek this Honorable Court's permission to accept Claimants' late-filed joinders, filed May 18, 2012, Document Nos. 119087 and 119086, in the limitation proceeding for the following reasons:

1. As claimants were unaware of this deadline, or had not yet fully realized their damages, they did not timely file in the Transocean Limitation proceeding and did

    not contact counsel until after the deadline.

3. Upon a showing of good cause the Court should grant permission to file late claims if the "limitation proceeding is pending and undetermined, and the rights of the parties are not adversely affected." *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) (citing 3 Benedict on Admiralty § 518, p. 542 (Knauth ed. 1940)).

4. No prejudice will result from the acceptance of the Claimants' Short Form Joinders. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

5. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order accepting their late-filed Joinders, Nos. 119087 and 119086, filed May 18, 2012, and granting the accompanying Motion for Leave to File Limitation Short Form Joinders Beyond the September 16, 2011 Deadline. Respectfully submitted:

    */s/ Christine E. Sevin*
    Walter J. Leger, Jr., Esq.
    Christine E. Sevin, Esq.
    LEGER & SHAW
    600 Carondelet Street, Floor 9
    New Orleans, Louisiana 70130
    Telephone: (504) 588-9043
    Facsimile: (504) 588-9980
    Email: csevin@legershaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 18, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                                            */s/ Christine E. Sevin*
                                            CHRISTINE E. SEVIN