UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * | MAG. JUDGE SHUSHAN |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH<br>Case No. 2:10-cv-02771-CJB-SS | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Motion for Leave to File Limitation Short Form Joinders Beyond the September 16, 2011 Deadline:

IT IS ORDERED that the late-filed Short Form Joinders, Document Nos. 119087 and 119086, filed by Movants Bryant Voisin/ Superior Refrigeration, Inc. and Leroy Trosclair on May 18, 2012 shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this _____ day of _____ 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge