UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 <br> CIVIL ACTION NO. 2:10-CV-02771 |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * | JUDGE BARBIER <br> SECTION J <br> MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: All Cases in Pleading Bundle Section III.B(3) | * * * * | MAG. DIV. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DRC EMERGENCY SERVICES, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

Defendant, DRC Emergency Services, LLC ("DRC"), moves for summary judgment on all claims asserted against it in the First Amended Master Complaint, Section III.B(3) (Rec. Doc. 1812) (the "B3 Master Complaint") other than any VoO breach-of-contract claims. For the reasons set forth more fully in the (i) joint memorandum in support of clean-up/responder defendants' motions for summary judgment on derivative immunity and preemption grounds[1] and (ii) attached memorandum in support of this motion, all claims against DRC in the B3 Master Complaint other than any VoO breach-of-contract claims are barred by the doctrines of derivative immunity and preemption and, therefore, should be dismissed with prejudice.

---

[1] Rec. Doc. 6535-2. DRC adopts and incorporates the joint memorandum in its entirety pursuant to Fed. R. Civ. P. 10(c).

Respectfully submitted,

/s/     Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that he foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

/s/     Harold J. Flanagan