UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | CIVIL ACTION NO. 2:10-CV-02771 |
| | | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: All Cases in Pleading Bundle Section III.B(3) | * * * * * | SECTION J |
| | | MAGISTRATE JUDGE SHUSHAN |
| | | MAG. DIV. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF MARK STAFFORD

1. I am a person of the age of majority and a resident of the State of Louisiana. Each of the statements contained herein is based upon my personal knowledge.

2. I am the Chief Operating Officer of DRC Emergency Services, LLC ("DRC") and have held that position since September 2005. As part of its business, DRC provides disaster response and recovery services to federal, parish, and local government clients across the southeastern United States. DRC obtained Oil Spill Response Organization status in order to perform its work on the Deepwater Horizon response.

3. DRC entered into a contract with BP to conduct certain oil spill response activities on May 17, 2010. Though DRC was a contractor of BP throughout the Deepwater Horizon spill response, it was subject to the ultimate authority and direction of the federal government, as described below.

4. During the Deepwater Horizon response, DRC conducted operations in Jefferson, Terrebonne, Lafourche, St. Bernard and Plaquemines Parishes in Louisiana, and several counties

**Exhibit A**

in the Florida Panhandle. As Chief Operating Officer of DRC, I was aware of the operations the company was conducting in those areas.

5.  During the Deepwater Horizon response, DRC was called upon to mobilize its equipment, resources, employees, and contractors under the ultimate direction of the Unified Area Command ("UAC") and its representatives. The operations DRC performed under the ultimate direction of the UAC during the Deepwater Horizon response included (1) contracting with and mobilizing local vessel owners to perform oil spill response activities; (2) employing vessels to collect and contain spilled oil; and (3) beach and marsh clean-up operations.

6.  DRC personnel filled various roles within the Incident Command Structure ("ICS") in some of the areas in which DRC operated. DRC personnel also served in liaison posts to provide support to the Coast Guard officers directing the response efforts. In each capacity, DRC personnel acted under the ultimate leadership and direction of the UAC and its representatives.

7.  The Coast Guard, as part of the UAC, provided direction to DRC regarding what personal protective equipment ("PPE") DRC contractors and employees were to wear while performing their tasks. DRC complied with this direction.

8.  DRC employees and contractors were trained to perform oil spill response activities based on directives from the UAC, including the Coast Guard.

9.  DRC was not involved in any sub-sea, aerial, or vessel dispersant operations during the Deepwater Horizon response.

10. DRC was not involved in any *in situ* burning operations during the Deepwater Horizon response.

11.     DRC did not perform any vessel decontamination services during the Deepwater Horizon response.

12.     During the Deepwater Horizon response, DRC complied with the directives, instructions, and authorizations of the UAC and its representatives relating to DRC's spill response operations.

I declare under the penalties of perjury under the laws of the United States of America that the statements made in this declaration are true and correct.

EXECUTED on the 18th day of May, 2012.

_____
MARK STAFFORD