UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>CIVIL ACTION NO. 2:10-CV-02771 |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | JUDGE BARBIER<br><br>SECTION J<br><br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: All Cases in Pleading Bundle Section III.B(3) | * * * * | MAG. DIV. 1 |

* * * * * * * * * * * * * * * * * * * *

**DRC EMERGENCY SERVICES, LLC'S STATEMENT OF UNDISPUTED FACTS**

1. DRC Emergency Services, LLC ("DRC") adopts and incorporates, under Fed. R. Civ. P. 10(C), the joint statement of undisputed material facts in support of clean-up responder defendants' motions for summary judgment on derivative immunity and preemption grounds." Rec. Doc. 6535-3.

2. During the Deepwater Horizon response, DRC was called upon to mobilize its equipment, resources, employees, and contractors under the ultimate direction of the Unified Area Command ("UAC") and its representatives. The operations DRC performed under the ultimate direction of the UAC during the Deepwater Horizon response included (1) contracting with and mobilizing local vessel owners to perform oil spill response activities; (2) employing vessels to collect and contain spilled oil; and (3) beach and marsh clean-up operations.[1]

---

[1] Ex. A, declaration of Mark Stafford, ¶ 5.

3. The UAC set the strategy and direction for the response operations, monitored results, and intervened when necessary.[2]

4. Although the UAC system is intended to create consensus among all of the different stakeholders when making decisions, the Federal On-Scene Coordinator has 51 percent of the vote and the final word.[3]

5. DRC personnel filled various roles within the Incident Command Structure ("ICS") in some of the areas in which DRC operated. DRC personnel also served in liaison posts to provide support to the Coast Guard officers directing the response efforts. In each capacity, DRC personnel acted under the ultimate leadership and direction of the UAC and its representatives.[4]

6. The Coast Guard, as part of the UAC, provided direction to DRC regarding what personal protective equipment ("PPE") DRC contractors and employees were to wear while performing their tasks. DRC complied with this direction.[5]

7. DRC employees and contractors were trained to perform oil spill response activities based on directives from the UAC, including the Coast Guard.[6]

8. During the Deepwater Horizon response, DRC complied with the directives, instructions, and authorizations of the UAC and its representatives relating to DRC's spill response operations.[7]

9. The Clean-up Responder Defendants participated in the Deepwater Horizon oil spill response efforts in accordance with the roles, if any, assigned to them within the Unified Area Command system and the Incident Command Posts.[8]

10. DRC was not involved in any sub-sea, aerial, or vessel dispersant operations during the Deepwater Horizon response.[9]

---

[2] Rec. Doc. 6535-3, joint statement of undisputed material facts in support of clean-up/responder defendants' motions for summary judgment on derivative immunity and preemption grounds, ¶ 33.

[3] *Id*. at ¶ 34.

[4] Ex. A, declaration of Mark Stafford, ¶ 6.

[5] *Id*. at ¶ 7.

[6] *Id*. at ¶ 8.

[7] *Id.* at ¶ 12.

[8] Rec. Doc. 6535-3, joint statement of undisputed material facts in support of clean-up/responder defendants' motions for summary judgment on derivative immunity and preemption grounds, ¶ 52.

[9] Ex. A, declaration of Mark Stafford, ¶ 9.

11. DRC was not involved in any *in situ* burning operations during the Deepwater Horizon response.[10]

12. DRC did not perform any vessel decontamination services during the Deepwater Horizon response.[11]

        Respectfully submitted,

        /s/    Harold J. Flanagan
        Harold J. Flanagan (Bar No. 24091)
        Stephen M. Pesce (Bar No. 29380)
        Sean P. Brady (Bar No. 30410)
        Andy Dupre (Bar No. 32437)
        **FLANAGAN PARTNERS LLP**
        201 St. Charles Avenue, Suite 2405
        New Orleans, Louisiana 70170
        Telephone:  504-569-0235
        Facsimile:  504-592-0251
        hflanagan@flanaganpartners.com
        spesce@flanaganpartners.com
        sbrady@flanaganpartners.com
        adupre@flanaganpartners.com

        *Attorneys for DRC Emergency Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that he foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

        /s/    Harold J. Flanagan

---

[10]     *Id.* at ¶ 10.

[11]     *Id.* at ¶ 11.