UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Amendment to Order re: Completion of Phase Two Document Production (Rec. doc. 6510)]**

On May 11, 2012, an order was issued regarding the completion of Phase Two Document Production for the U.S. and BP. Rec. doc. 6510. At the working group conference on May 18, two issues were raised.

Schedule I provides, in part, that:

05/21/12      The MDL 2179 parties will serve any challenges to entries related to Phase 2 issues on the Schedule I Privilege Logs (aside from the 13,800 Entries).

As a result of the discussion, this is amended as follows:

05/21/12      BP and the U.S. will serve any challenges to entries related to Phase 2 issues on the Schedule I Privilege Logs (aside from the 13,800 Entries). The other MDL 2179 parties shall serve such challenges within forty-eight hours of that date.

The entry of 06/11/12 for Schedule II is amended in the same manner.

Schedule I provides, in part, that:

06/04/12      The challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents (not to exceed 50 documents per type of privilege challenged) for *in camera* review. In selecting documents for

>    *in camera* review, all challenging parties will confer and coordinate among themselves and agree on the same 50-document (or less) set.

As a result of the discussion, this is amended as follows:

06/04/12   The challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents for *in camera* review. The lists for BP and the U.S. may not exceed 50 documents per type of privilege challenged. The other MDL 2179 parties may submit supplemental lists (not to exceed 10 documents per type of privilege challenged). In selecting documents for *in camera* review, the other MDL 2179 parties will confer and coordinate among themselves and agree on the same 10-document (or less) set.

The entry of 06/25/12 for Schedule II is amended in the same manner.

The change in the number documents to be submitted for *in camera* review may be illustrated by reference to entries for the attorney-client privilege on privilege logs served by the U.S. on or after May 1, 2012 (Schedule II). On Monday, June 25, 2012, BP and the other challenging parties will file a joint brief on the attorney-client privilege entries asserted by the U.S. The requirement for a joint brief is not altered. Rec. doc. 6510 at 2-3. BP shall submit a list of representative documents (not to exceed 50 documents) for attorney-client privileges entries asserted by the U.S. The other challenging parties may supplement that list with 10 additional documents. Accordingly, the total number of documents that may be submitted for *in camera* review for attorney-client privilege entries asserted by the U.S. will be 60.

The deadline for the appeal of this order is **Thursday, May 24, 2012. Its effect will not be stayed unless ordered by Judge Barbier.**

New Orleans, Louisiana, this 21st day of May, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**