**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          *       **MDL No. 2179**
     "Deepwater Horizon" in the Gulf          *
     of Mexico, on April 20, 2010          *       **SECTION "J"**
                                            *

**Applies to:**          *       **JUDGE BARBIER**
**10-4536**          *
                                            *       **MAGISTRATE SHUSHAN**

## ORDER

Before the Court are two motions to intervene into member case, 10-4536, *United States v. BP Exploration & Production, Inc., et al.*   (Rec. Docs. 6344, 6376).  Movers state that they filed their motions to intervene because "the Proposed Consent Decree [between the United States and MOEX Offshore 2007 LLC]  is inadequate for the reasons stated in our Public Comment and the Department of Justice has never adequately responded to the Public Comment." (Rec. Docs. 6344-1 at 5, 6376-1 at 5).  The United States opposes both motions to intervene.  (Rec. Doc. 6508).  Movers did not file a reply, which was due on May 18, 2012.  (Rec. Doc. 6442).

Having considered the arguments of counsel, the record, and the applicable law,

**IT IS ORDERED** that the motions to intervene (Rec. Docs. 6344, 6376) are **DENIED** for the reasons expressed in the United States' opposition (Rec. Doc. 6508).

New Orleans, Louisiana, this 21st day of May, 2012.

United States District Judge