AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* O'Brien's Response Management Inc. c/o National Registered Agents Inc.
was received by me on *(date)* April 27, 2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Via Certified mail to; 1011 N. Causeway Blvd #3 Mandeville, LA. 70471 Accepted by Anne Arhart

My fees are $ _____ for travel and $ _____ for services, for a total of $ 45.00

I declare under penalty of perjury that this information is true.

Date: May 4, 2012

*Server's signature*

Joe Donalson, Private Process Server
*Printed name and title*

5326 West Bellport #113 Houston, TX 77035
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| DENNIS PREJEAN, on Behalf of Himself and Others Similarly Situated, <br><br> Plaintiff <br><br> v. <br><br> O'BRIEN'S RESPONSE MANAGEMENT, INC. <br><br> Defendant | ) ) ) ) ) ) ) ) <br><br> Civil Action No. 12-1045 "J" (1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   O'Brien's Response Management, Inc.
c/o National Registered Agents, Inc.
1011 N. Causeway Blvd., Ste. 3
Mandeville, Louisiana 70471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derrick G. Earles
Brian Caubarreaux & Associates
144 West Tunica Dr.
Marksville, Louisiana 71351

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Apr 26 2012__                                                            _____
                                                                                  Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                    *Server's signature*

                                    _____
                                    *Printed name and title*


                                    _____
                                    *Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ANNE AR HART   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   ANNE AR HA   C. Date of Delivery  5/2 |
| 1. Article Addressed to:<br><br>O Briens Response Management Inc<br>c/o National Registered Agents<br>1011 N. Causeway Blvd #3<br>Mandeville LA 70471 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Joe Donalson
c/o Legal Express Texas
5326 W. Bellfort #113
Houston, Tx 77035