IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MOTION FOR ENTRY OF ORDER TO FACILIATE THE IMPLEMENTATION OF SETTLEMENT

NOW INTO COURT come the Economic and Property Damages Settlement Class, through Lead Class Counsel, and respectfully pray for the entry of the proposed ORDER REGARDING SETTLEMENT IMPLEMENTATION submitted herewith, in accordance with the provisions of Section 4 of the ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT [Doc 6276-1]. Lead Class Counsel have conferred with Counsel for the BP Defendants, who concur in the entry of same.

This 22nd day of May, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ | DOMENGEAUX WRIGHT ROY |
| & COTLAR LLP | & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |

| | |
|---|---|
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| *Lead Class Counsel* | *Lead Class Counsel* |

**CERTIFICATE OF SERVICE**

      We hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of May, 2012.

                                        /s/ Stephen J. Herman and James Parkerson Roy