UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Briefing of Deliberative Process Challenges]**

Pursuant to the May 11, 2012 order (Rec. doc. 6510), the U.S. completed its review of the 13,800 entries. Of those, there are 119 documents for which the deliberative process privilege is the only privilege asserted.

05/29/12    BP shall submit a brief (not to exceed ten pages) challenging any of the remaining 119 deliberative process privilege entries.

06/05/12    The U.S. shall submit its brief (not to exceed ten pages) in opposition to BP's brief.

06/08/12    BP shall submit a reply brief (not to exceed five pages).

No other MDL party will be permitted to challenge any of the 119 entries or submit briefs. After the briefing schedule is completed, a party for **good cause** shown may move for leave to file a very limited brief (not to exceed two pages) on any issue raised by the U.S. and BP.[1]

New Orleans, Louisiana, this 22nd day of May, 2012.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] An example of "good cause" is either BP or the U.S. failed to cite a controlling authority.