UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Working Group Conference on Friday, May 18, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### BOP & Capping Stack.

Captain Engelbert reported that the BOP rams would be scanned during the week of May 21, 2012. A final set of photographs of the rams before cleaning was taken. Copies of the photographs will be provided with her May report.

If any party requests further testing or inspection of the BOP, Capping Stack and their parts, the party shall provide the Court, Captain Engelbert and all other parties with at least two weeks notice of their intent to do so.

BP and Transocean reported that while the issue of the ownership of the Capping Stack has not been resolved, they were in agreement that the Capping Stack should be left at Michoud until further notice.

Transocean reported that it had spare routine maintenance parts for the Deepwater Horizon. At BP's request, Transocean will send a letter to the parties outlining the nature of the parts so that

the parties can determine if they fall within the preservation provisions of PTO no. 1.

## PHASE ONE "CLEAN-UP"

**1.      Halliburton Computer.**

Halliburton reported that the 3D modeling should be complete in about two weeks.

**2.      Documents produced to the PSC**.

The PSC reported that it recently received Phase One documents which are being reviewed for relevancy.

## PHASE TWO

**1.      Phase Two Stipulations.**

On May 8, BP (Michael Occhuizzo) circulated by email: (a) the last version (February 3, 2012) of Phase Two Stipulations; (b) a tracking chart showing the parties' positions with respect to these stipulations; and (c) a February 21 counter-proposal from BP and the U.S.[1]  Before the June 1, 2012 conference, the parties shall review the areas of disagreement described on the tracking chart and attempt to reach complete agreement on these stipulations.  If agreement cannot be reached, by **noon on Thursday, May 31, 2012**, BP shall present a report on those items on which the parties were unable to agree.  After the June 1, 2012 conference, the Court will meet with the parties to resolve the remaining disagreements on the stipulations.

Transocean submitted proposed stipulations that it contends are related to the "person-in-charge" issue.  There is agreement that this is a separate matter from the stipulations discussed in the preceding paragraph.

---

[1] At the conference, the date of the email from Michael Occhuizzo was erroneously referred to as May 18 and April 18.  The email was sent to the Court on Tuesday, May 8, 2012, at 12:55 p.m.

The PSC submitted proposed stipulations on the spill preparation issue. Before the June 1 conference, the Court will review the additional stipulations proposed by Transocean and the PSC.

2.  **BP and U.S. discovery issues.**

BP and the U.S. continue to confer on technical issues. There was a telephone conference on Thursday and another is set for Tuesday. At the Thursday conference there was discussion on Unified Area Command laptops and mobile or "loose" media. It is anticipated that sampling will be used to determine the scope of the challenge.

3.  **Privilege Log Entries**.

The Court anticipates that because the U.S. and BP will look very carefully at each other's entries, it may not be necessary for other parties to make additional challenges.

BP explained that while the U.S. and BP were identifying privilege log entries which fell into the quantification category, it cannot be assumed that all remaining entries are for source control. Many of them may relate to Phase One or a later Phase. There is no list of source control entries.

Transocean raised the issue of its compliance with the May 21, 2012 deadline for Schedule 1 in the May 11, 2012 order (Rec. doc. 6510). The deadline for Transocean and similarly situated parties was extended by two days. Rec. doc. 6561.

Halliburton described its process for identification of quantification entries and requested authorization for the use of categories for challenges. It is acceptable to the Court.

The U.S. raised the issue of whether it would be required to share its 50 challenge entries with the defendants. This issue was addressed in a May 21, 2011 order (Rec. doc. 6561).

4.  **Document Production by Parties Other than BP and the U.S.**

There are no Phase Two document production issue with Alabama and M-I. At the June 1

conference, the parties shall report on the status of the production of Phase Two document production and service of privilege logs. Deadlines will be set for making and resolving challenges to privilege log entries.

      Anadarko    On May 16, it reported that it will complete its Phase Two document production by no later than July 1 and distribute its Phase Two privilege log, if any, by no later than July 15. The U.S. asked to move these dates forward. By May 21, 2012, the U.S. will issue a letter regarding the Anadarko/U.S. meet and confer. Anadarko will try to complete the production of its documents and service of its privilege logs by June 15.

      Transcoean    On May 11, it reported that it will complete the production of documents by May 31, 2012.

      Cameron    On May 11, it reported that it is producing Phase Two documents on a rolling basis.

      Louisiana    On May 11, it reported that its document production was complete except for the Department of Public Safety/Oil Spill Coordinator's Office and the Department of Natural Resources.

      HESI    On May 11, it reported that, subject to re-review, its production documents was complete.

**5.**    **<u>Rule 30(b)(6) notice for the deposition of BP.</u>**

By **May 30, 2012**, BP, the U.S. and the States will try to resolve the Rule 30(b)(6) notice for the deposition of BP, including source control topics. All parties shall be given an opportunity for input into the final draft of the notice. By **noon on Thursday, May 31, 2012**, BP and the U.S. will

report on any topics where disagreement remains.  The Court will resolve these on June 1.

**6.**     **Rule 30(b)(6) Notices for all parties other than BP.**

No Rule 30(b)(6) notices were proposed for Alabama, Louisiana, M-I Swaco and Dril-Quip. There is no need to depose them in connection with Phase Two.  At the request of the U.S., the deposition of MOEX has been deferred.

The Rule 30(b)(6) notices of the depositions of the U.S. and Transocean are final.

Cameron reported that it is working with the PSC to resolve the remaining issues with the Rule 30(b)(6) notice for the deposition of Cameron.  They expect to reach agreement before June 1, 2012.

Anadarko reported that within the next couple of weeks the PSC and it will submit letter briefs on the remaining unresolved issues for the Rule 30(b)(6) notice for Anadarko.

The Rule 30(b)(6) notice of the deposition of Weatherford is final.  The U.S. requested the Rule 30(b)(6) deposition of Isotech Laboratories, Inc. which was acquired by Weatherford.  While there was agreement that the Rule 30(b)(6) deposition of Weatherford could be taken in August, the U.S. suggested that Weatherford may prefer to have the depositions taken at the same time.  The U.S. was asked to circulate the draft notice for Isotech to Weatherford and determine whether it preferred a combined deposition.

The Rule 30(b)(6) notice of the deposition of Halliburton is final.  There is agreement that it can be deposed in August.  By mid-June it will identify its designees and determine dates for their availability in August.

**7.    Rule 30(b)(6) Notices for Depositions of Non-Parties.**

Parties have requested the following for Phase Two (quantification and source control) depositions.

|  | Party Responsible for Completing Notice |
|---|---|
| Add Energy | U.S. |
| BP Institute |  |
| Cudd Well Control |  |
| DNV |  |
| Exxon/Mobil |  |
| Gemini Solutions, Inc. | BP |
| Intertek Group, plc | U.S. |
| Isotech Laboratories, Inc. | U.S. |
| Kelkar and Associates. | BP |
| Oceaneering |  |
| Pencor |  |
| R.G. Hughes & Associates | BP |
| RRB |  |
| Schlumberger |  |
| Statoil |  |
| Stress Engineering |  |
| Wild Well Control |  |
| Woods Hole | BP |

|  |  |
|---|---|
| Worldwide Oilfield Machine, Inc. (WOM) | U.S. |
| Unidentified FRTG Plume and Mass Balance Teams | BP |

The parties are asked to designate the responsible party for each of the unassigned non-parties listed above so that all notices can be completed.

The U.S. reported that it agreed with BP on the form of the notice for Add Energy. The U.S. has communicated with Add Energy concerning the deposition. All of the documents for Add Energy were produced by it.

BP reported that Woods Hole was served with a Rule 30(b)(6) notice for its deposition. It will communicate with Woods Hole concerning objections to topics, designees and possible dates in August.

BP reported that where it is identified as the party responsible for preparing the notice, it will circulate notices by June 1.

There was agreement that: (a) no party is seeking privileged information from any person, including the above non-parties; and (b) no person, including non-parties, waives any privilege that it may have if it does not insist that the notice include a statement that the deposition is not seeking privileged information.

Once there is agreement among the parties on the Rule 30(b)(6) notices, the responsible party shall serve the notice on the non-party with the request that the non-party identify who it will designate to testify on its behalf. Courtesy copies of the subpoenas for documents will be served so that documents can be produced well in advance of the depositions. The Court will consider scheduling them for August subject to their availability.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| Friday, May 25, 2012 at 9:30 a.m. | **No Conference** (Memorial Day weekend) |
| Friday, June 1, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 8, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 15, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, June 22, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 29, 2012 at 9:30 a.m. | **No Conference** (Fourth of July weekend) |
| Friday, July 6, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 13, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, July 20, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 27, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 3, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 10, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 17, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, August 24, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 31, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |

| | |
|---|---|
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |
| Tuesday, December 18, 2012 at 8:30 a.m. | Final Pretrial Conference with Judge Barbier |
| Friday, December 21, 2012 at 9:30 a.m. | **No Conference** (Christmas) |
| Friday, December 28, 2012 at 9:30 a.m. | WGC meeting |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 22nd day of May, 2012.

_____
SALLY SHUSHAN
U.S. MAGISTRATE JUDGE