UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  CIVIL ACTION <br> *  NO. 2:10-MDL-02179 <br> * <br> *  SECTION "J" |
| THIS DOCUMENT RELATES TO: <br> CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * <br> * <br> *  JUDGE BARBIER <br> * <br> *  MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to File Short Form Joinder:

IT IS ORDERED that the motion is GRANTED and the Short Form Joinder of Christopher Young, attached to the Motion for Leave to File Short Form Joinder, is accepted by the Court and shall be considered as timely filed in the above-entitled proceedings.

Signed in New Orleans, Louisiana, this ____ day of _____, 2012.

HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE