UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | CIVIL ACTION NO. 2:10-MD-02179 |
| | | SECTION:  J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |

All cases
*********************************************************************

### MOTION FOR COURT TO APPOINT A PLAINTIFFS STEERING COMMITTEE FOR PERSONS AND ENTITIES EXCLUDED FROM THE PROPOSED ECONOMIC SETTLEMENT

NOW INTO COURT comes Daniel E. Becnel, Jr., as counsel of record in several cases in this litigation, and moves this Honorable Court to appoint a second Plaintiffs Steering Committee in this litigation, whose purpose will be to protect the interests of those persons and entities who will be excluded from the proposed settlement between the Plaintiffs Steering Committee and the BP defendants.[1]

It is respectfully submitted that such a committee is necessary, because there will be persons and entities to with economic claims against BP but are excluded from the PSC's revised class definition in its Amended Class Action Complaint For Private Economic Losses and Property Damages (Doc. #6412).

For the foregoing reasons, it is respectfully requested that this Honorable Court appoint a Plaintiffs Steering Committee to protect the interests persons and entities who claim economic

---

[1] The first Plaintiffs Steering Committee was appointed pursuant to Pre-Trail Order #1 (Doc. #2; August 10, 2010), for the purposes discussed Manual For Complex Litigation, (4th ), Sec. 10.22 ("Role of Counsel; Coordination in Multiparty Litigation – Lead/Liaison Counsel and Committees)

1

loss or damages as a result of the April 20, 2010 explosion on the Deepwater Horizon and resulting spill but have been excluded from the class definition in the PSC's Amended Class Action Complaint For Private Economic Losses and Property Damages.

Respectfully submitted,
/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
Attorney for Plaintiffs in:

| | |
|---|---|
| *Bill's Oyster House, et al. v BP, et al.* | 10-cv-1308 |
| *Rodrigue, et al* | 10-cv-1325 |
| *Gautreaux, et al* | 10-cv-1539 |
| *Harris* | 10-cv-2078 |
| *Loup* | 10-cv-2764 |
| *Key West Tiki Charters* | 10-cv-2976 |
| *Buras* | 10-cv-2994 |
| *Thigpen et al.* | 10-cv-3273 |

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of May, 2012.

/s/ Daniel E. Becnel, Jr.