UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG       *   MDL NO. 2179
"DEEPWATER HORIZON" in the             *
GULF OF MEXICO, on APRIL 20, 2010      *   CIVIL ACTION NO. 2:10-MD-02179
                                           SECTION: J
                                       *
THIS DOCUMENT RELATES TO:              *   JUDGE BARBIER
                                           MAG. JUDGE SHUSHAN
All cases
**********************************************************************

## ORDER

IT IS HEREBY ORDERED that this Court is appointing a second Plaintiffs' Steering Committee ("PSC") in this litigation, pertaining to those plaintiffs with economic claims against the BP defendants but who will be excluded from the current PSC's proposed settlement with the BP defendants, due to their exclusion from the definition of the class contained in the PSC's Amended Class Action Complaint For Private Economic Losses and Property Damages (Doc. #6412)

Applications/nominations for the PSC positions must be filed with the Eastern District of Louisiana's Clerk's Office electronically on or before _____ , **2012.** A copy must also be served upon counsel of record in accordance with Pre Trial Order #12. The main criteria for membership in the PSC will be: (a)willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with

1

others; and (c)professional experience in this type of litigation.

Applications/nominations should succinctly address each of the above criteria as well as any other relevant matters. No submissions longer than four (4) pages will be considered. The Court will only consider attorneys who have filed a civil action in this litigation.

Objections may be made to the appointment of a proposed applicant/nominee. Nevertheless, the Court will entertain only written objections to any application/nomination. These must be filed electronically with the Clerk on or before _____ **2012**. The objections, if there be any, must be short, yet thorough, and must be supported by necessary documentation. As with the application/nomination, any objection must be served on all counsel appearing on the attached list on the day of filing.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
JUDGE