UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Briefing of Objections to Rule 30(b)(6) Notice for Deposition of WHOI]**

On December 8, 2011, Woods Hole Oceanographic Institution ("WHOI") was served with a subpoena duces tecum for the production of documents by BP. This subpoena has been the subject of several rulings by the Court. See Rec. docs. 6304, 6517 and 6534. BP also served WHOI with a Rule 30(b)(6) notice and subpoena for its deposition. The parties are considering August 28 and 29, 2012 as the dates for the deposition. WHOI proposes that it file any objections to the Rule 30(b)(6) notice by June 29, 2011. BP proposes an earlier date and WHOI objects to the earlier date.

In addition to the resolution of objections to Rule 30(b)(6) notices by WHOI and other non-parties, the Court must address promptly the briefing on challenges to privilege log entries that will be completed on various dates in June and July to complete document production by August 15, 2012.

Before a discovery dispute is presented to the Court, the parties to the dispute are required to participate in a meet and confer process.

The schedule for WHOI and BP to resolve objections to the Rule 30(b)(6) notice of WHOI's deposition is as follows:

On **Friday, June 8, 2012**, WHOI shall serve BP with any objections to the topics contained in the Rule 30(b)(6) notice. WHOI and BP shall meet and confer on the objections. BP is responsible for initiating this process.

On **Friday, June 22, 2012**, WHOI shall file a motion to quash the portions of the Rule 30(b)(6) topics which were not resolved in the meet and confer process.

On **Monday, July 2, 2012**, BP shall file its opposition.

On **Monday, July 9, 2012**, WHOI shall file its reply. At that time WHOI's motion to quash will be submitted on briefs and without oral argument.

New Orleans, Louisiana, this 23rd day of May, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to Notify WHOI through its counsel:**

Dahlia S. Fetouh
dfetouh@goodwinprocter.com