**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | **SECTION J** |
| | |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

<u>ORDER</u>

**[Regarding Rule 30(b)(6) Depositions for Phase Two]**

Parties have requested the following Rule 30(b)(6) depositions for Phase Two (quantification

and source control). Below is the current status of each:

| | Notice Completed | Responsible Party | Deposition Length |
|---|---|---|---|
| **Add Energy** | Y | U.S. | One Day[1] |

The U.S. communicated with Add Energy concerning the deposition. All of the documents

for Add Energy were produced by it.

| | | | |
|---|---|---|---|
| **Anadarko** | N | PSC | |

By June 14, 2012, Anadarko and the PSC will submit letter briefs (no longer than 5 pages)

on the remaining unresolved issues for the Rule 30(b)(6) notice.

| | | | |
|---|---|---|---|
| **BP Institute** | Y | U.S. | |
| **BP** | N | U.S. | |

By May 30, 2012, BP, the U.S. and the States will try to resolve the Rule 30(b)(6) notice for

the deposition of BP, including source control topics. All parties shall be given an opportunity for

input into the final draft of the notice. By noon on Thursday, May 31, 2012, BP and the U.S. will

---

[1] On February 3, 2012, the Phase Two depositions of Add Energy Group and Statoil were each limited to one day. Rec. doc. 5575.

report on any topics where disagreement remains.  The Court will resolve those on June 1.

**Cameron**                           N              PSC

      Cameron and PSC report they will reach agreement on the notice.

**Cudd Well Control**                 Y              Anadarko

**DNV**                               Y              ?

**Exxon/Mobil**                       Y              PSC

**Gemini Solutions, Inc.**            N              BP

      The U.S. objects to this notice as untimely and duplicative of topics in the notice to it.  The parties are to confer on the objections.  If not resolved they will propose a briefing schedule.

**Halliburton**                       Y              ?

      There is agreement that HESI will be deposed in August.  By mid-June it will identify its designees and determine dates for their availability in August.

**Intertek Group, plc**              Y              U.S.

**Isotech Laboratories, Inc.**        Y              U.S.

      See Weatherford entry below.

**Kelkar and Associates**                            BP

      The U.S. objects to this notice as untimely and duplicative of topics in the notice to it.  The parties are to confer on the objections.  If not resolved they will propose a briefing schedule.

**MOEX**                              Y              BP

      Deferred at the request of the U.S.

**Oceaneering**                       Y              PSC

**Pencor**                            Y              U.S.

**R.G. Hughes & Associates**          N          BP

The U.S. objects to this notice as untimely and duplicative of topics in the notice to it.  The parties are to confer on the objections.  If not resolved they will propose a briefing schedule.

**RRB**                               Y          Transocean

**Schlumberger**                      Y          PSC

**Statoil**                           Y          ?                    One Day

**Stress Engineering**                Y          PSC

**United States**                     Y          BP

**Weatherford Laboratories**          Y          U.S.

The U.S. has requested the Rule 30(b)(6) deposition of Isotech which was acquired by Weatherford.  The U.S. will circulate the notice for Isotech to Weatherford and determine whether it prefers a combined deposition.

**Wild Well Control**                 Y          Anadarko

**Woods Hole**                        Y          BP

BP reported that Woods Hole has been served with a Rule 30(b)(6) notice for its deposition. A scheduling order for resolution of objections has been entered.

**Worldwide Oilfield Machine**, Inc.  Y          U.S.

**Unidentified FRTG**                 N          BP
**Plume and Mass Balance Teams**

*          *          *

No Rule 30(b)(6) notices were proposed for Alabama, Louisiana, M-I Swaco and Dril-Quip and therefore there is no need to depose them in connection with Phase Two.

New Orleans, Louisiana, this 23rd day of May, 2012.

_____
                    **SALLY SHUSHAN**
                    **U.S. MAGISTRATE JUDGE**