UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENNIS PREJEAN, on Behalf of Himself and Others Similarly Situated,**<br><br>    **Plaintiff**<br><br>versus<br><br>**O'BRIEN'S RESPONSE MANAGEMENT, INC.**<br><br>    **Defendants.** | CIVIL ACTION NO. 2:10-MD-02179<br><br>PERTAINING TO CASE NO. 2:12-cv-01045<br><br>SECTION: J<br><br>JUDGE: BARBIER<br><br>DIVISION: 1<br><br>MAGISTRATE JUDGE: SHUSHAN |

## DEFENDANT'S *EX PARTE* MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes O'Brien's Response Management Inc. ("O'Brien's" or "Defendant"), and pursuant to LR7.8, requests an extension of time of twenty-one (21) days beyond the arguably current response deadline of May 23, 2012 until June 13, 2012, to answer or otherwise respond to the Original Complaint for the following reasons:

1. Defendant has not previously filed with this Court a request for an extension of time;

2. Plaintiff has not filed in the record an objection to an extension of time; and

3. The Answer deadline is arguably May 23, 2012.

Counsel is in need of additional time in order to more adequately respond to the allegations of the Complaint and prepare an appropriate response.

WHEREFORE, Defendant O'Brien's, respectfully requests an extension of time of twenty-one (21) days beyond the current response deadline or until June 13, 2012, within which to file an answer, object to the sufficiency of service of process, or otherwise respond to Plaintiff's Complaint.

Dated this 23rd day of May, 2012.

                              Respectfully submitted,

                              */s/Keith M. Pyburn, Jr.*
                              KEITH M. PYBURN, JR
                              Louisiana Bar No. 10914
                              LARRY SOROHAN
                              Louisiana Bar No. 26120

                              FISHER & PHILLIPS LLP
                              201 St. Charles Avenue, Suite 3710
                              New Orleans, Louisiana  70170
                              Telephone:  (504) 522-3303
                              Facsimile:  (504) 529-3850
                              Email:  kpyburn@laborlawyers.com
                                            lsorohan@laborlawyers.com

JEFFREY S. KLEIN (pro hac vice forthcoming)
ALLAN DINKOFF (pro hac vice forthcoming)
JONATHAN SOKOTCH (pro hac vice forthcoming)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:  jeffrey.klein@weil.com
        allan.dinkoff@weil.com
        jonathan.sokotch@weil.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant's Ex Parte Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of May, 2012.

*/s/Keith M. Pyburn, Jr.*
KEITH M. PYBURN, JR.
