UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENNIS PREJEAN, on Behalf of Himself and Others Similarly Situated,**<br><br>　　**Plaintiff**<br><br>versus<br><br>**O'BRIEN'S RESPONSE MANAGEMENT, INC.**<br><br>　　**Defendants.** | **CIVIL ACTION NO.  2:10-MD-02179**<br><br>**PERTAINING TO CASE NO.  2:12-cv-01045**<br><br>**SECTION:  J**<br><br>**JUDGE:  BARBIER**<br><br>**DIVISION:  1**<br><br>**MAGISTRATE JUDGE:  SHUSHAN** |

### **O R D E R**

Considering Defendant's foregoing *Ex Parte* Motion For Extension Of Time;

IT IS ORDERED that Defendant's Motion is hereby granted and the deadline by which the responsive pleading shall be filed is extended until June 13, 2012.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE