```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: 5/23/12

Heber Morales

vs.

BP Exploration & Production, Inc., et al

Case No. 10-cv-04360   Section  J

Dear Sir:

Please (issue) ~~(re-issue)~~ summons on the (complaint) ~~(amended complaint)~~ ( ___ amended complaint) ~~(third party complaint)~~

(other : _____ ) to the following:

1. (name) BP p.l.c.
   (address) 1 St. James' Square, London SW1Y 4PD, UK

2. (name) Transocean Ltd.
   (address) Turmstrasse 30, CH-6300 Zug, Switzerland OR Chemin de Blandonnet 10, CH-1214 Vernier, Switzerland

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature" - Jimmy Williamson

Attorney for   Plaintiff

Address   Williamson & Rusnak
          4310 Yoakum Blvd.
          Houston, Texas 77006