UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] ] ] | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier<br>Mag. Judge Shushan |
| This Document Relates to: 2:12-cv-1045-CJB-SS | | | |

**PLAINTIFFS' MAY 23, 2012 NOTICE OF FILING CONSENTS**

Pursuant to 29 U.S.C. § 216(b), the following individuals submit a written Notice of Consent:

1. Ronald Barlup Sr.;
2. Daren Benandi;
3. Dennis D. Burnett;
4. Morgan Garnett Clark;
5. Dale Edward Croy III;
6. Emile P. DiGiovanni;
7. Alan Richard Erickson;
8. Leland Hales;
9. David Hamilton;
10. George Illiano;
11. Michael Leo Keating;
12. Ralph Angelo Martinez;
13. Donald R. Pearson;
14. John G. Sawicki;
15. Vicent Ray Soderland;
16. Marshall Scott Tew;
17. Ebbie Thigpen;
18. Lance Trochesset;
19. Alfredo Valentine; and
20. Thomas Philip Wright.

Respectfully submitted,

**/s/ David I. Moulton**
By: _____
David I. Moulton
State Bar No. 24051093
S.D. of Texas No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com


**/s/ Derrick Earles**
By: _____
Derrick Earles
Louisiana Bar No. 29570
Brian Caubarreaux & Associates
144 West Tunica Dr.
Marksville, Louisiana 71351
(318) 253-0900 – Phone
(318) 253-5666 – Fax
digger@caubarreaux.com


## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/s/ David I. Moulton**
_____
David I. Moulton

## CERTIFICATE OF SERVICE

      I hereby certify that he above and foregoing Plaintiffs' May 23, 2012 Notice of Filing Consents has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23 day of May, 2012.

      In addition, a copy of Plaintiffs' May 23, 2012 Notice of Filing Consents was served on Defendant via regular mail on May 23, 2012 as indicated below. A courtesy copy was sent via fax to: (504) 529-3850.

O'Brien's Response Management, Inc.
c/o National Registered Agents, Inc.
1011 N. Causeway Blvd., Ste. 3
Mandeville, Louisiana 70471

Fisher & Phillips LLP
c/o Keith M. Pyburn Jr.
201 St. Charles Avenue, Suite 3710
New Orleans, LA 70170
(504) 522-3303 – Tel
(504) 529-3850 – Fax

      **/s/ David I. Moulton**

      David I. Moulton