IN RE: FLSA CLAIMS AGAINST:  ]   COLLECTIVE ACTION
                                                          ]
**O'BRIEN'S RESPONSE MANAGEMENT,**  ]   **NOTICE OF CONSENT**
     **SEACOR, ET AL.**  ]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_Ronald K. Barlup Sr._
Signature

RONALD KEITH BARLUP Sr.
Full Legal Name (print)

**Exhibit 1**