IN RE: FLSA CLAIMS AGAINST:  ]   COLLECTIVE ACTION
                             ]
                             ]
O'BRIEN'S RESPONSE MANAGEMENT,  ]   **NOTICE OF CONSENT**
   SEACOR, ET AL.            ]

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

Daven Benandi
_____
Full Legal Name (print)

**Exhibit 2**