| | | |
|---|---|---|
| IN RE: FLSA CLAIMS AGAINST: | ] | COLLECTIVE ACTION |
| | ] | |
| O'BRIEN'S RESPONSE MANAGEMENT, SEACOR, ET AL. | ] ] ] | **NOTICE OF CONSENT** |

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

DALE EDWARD CROY III
Full Legal Name (print)

**Exhibit 5**