IN RE: FLSA CLAIMS AGAINST: } COLLECTIVE ACTION
}
}
O'BRIEN'S RESPONSE MANAGEMENT, } **NOTICE OF CONSENT**
SEACOR, ET AL. }

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

Emile P. DiGiovanni
Full Legal Name (print)

**Exhibit 6**