IN RE: FLSA CLAIMS AGAINST: ] COLLECTIVE ACTION
]
]
O'BRIEN'S RESPONSE MANAGEMENT, ] **NOTICE OF CONSENT**
SEACOR, ET AL. ]

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

ALAN RICHARD ERICKSON
Full Legal Name (print)

**Exhibit 7**