IN RE: FLSA CLAIMS AGAINST: ]   COLLECTIVE ACTION
]
]
**O'BRIEN'S RESPONSE MANAGEMENT,** ]   **NOTICE OF CONSENT**
**SEACOR, ET AL.** ]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

_DAVID D. HAMILTON_
Full Legal Name (print)

**Exhibit 9**