|   |   |
|---|---|
| IN RE: FLSA CLAIMS AGAINST: | ] COLLECTIVE ACTION |
| O'BRIEN'S RESPONSE MANAGEMENT, SEACOR, ET AL. | ] ] ] NOTICE OF CONSENT ] |

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

George Illiano
Full Legal Name (print)

**Exhibit 10**