| | |
|---|---|
| IN RE: FLSA CLAIMS AGAINST: ] | COLLECTIVE ACTION |
| ] | |
| O'BRIEN'S RESPONSE MANAGEMENT, ] | **NOTICE OF CONSENT** |
| SEACOR, ET AL. ] | |

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

VINCENT RAY SODERLUND
Full Legal Name (print)

**Exhibit 15**