| | |
|---|---|
| IN RE: FLSA CLAIMS AGAINST: ] | COLLECTIVE ACTION |
| ] | |
| **O'BRIEN'S RESPONSE MANAGEMENT,** ] | **NOTICE OF CONSENT** |
| **SEACOR, ET AL.** ] | |

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____Marshall_____
Signature

_____Marshall Scott Tew_____
Full Legal Name (print)

**Exhibit 16**