IN RE: FLSA CLAIMS AGAINST:     ]     COLLECTIVE ACTION
                                   ]

**O'BRIEN'S RESPONSE MANAGEMENT,**   ]     <u>**NOTICE OF CONSENT**</u>
     **SEACOR, ET AL.**               ]

     I consent to be a party plaintiff in an action to collect unpaid wages.  I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

_____
Full Legal Name (print)

**Exhibit 17**