**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 02179 |
| "DEEPWATER HORIZON" in the GULF | : | |
| OF MEXICO, on APRIL 20, 2010 | : | |
| | : | SECTION:  J |
| This Document Relates to 2:12-cv-01045 | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**O R D E R**

Considering Defendant's foregoing *Ex Parte* Motion For Extension Of Time;

IT IS ORDERED that Defendant's Motion is hereby granted and the deadline by which the responsive pleading shall be filed is extended until June 13, 2012.

New Orleans, Louisiana, this _____ day of May, 2012.

---
UNITED STATES DISTRICT JUDGE