UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater
Horizon" on the Gulf of Mexico, on
April 20, 2010

TTHEIR DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*

_____/

MDL No. 2179

Section J.

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER OF MELANIE G. MARTINEZ FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now into Court, through the undersigned counsel comes Melanie G. Martinez ("the Claimant") who moves this Court for acceptance of her attached Short Form Joinder which was filed beyond the September 16, 2011, deadline in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. as owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon. As this Honorable Court is aware, the Short Form Joinders were approved by the Court as a vehicle by which Claimants could both file a claim into the limitation proceeding filed by the above named party, as well as initiate litigation against all non-limitation defendants with regard to the April 20, 2010, oil spill. In filing their motion, Claimant confirms that her Short Form Joinder is timely as to all non-limitation defendants as there are no deadlines, prescriptive or otherwise, with regard to Claimant's right to file against non-limitation defendants set by their Honorable Court. However, as to the party to the limitation set forth and listed herein, Claimant recognizes that this Honorable Court did in fact set deadlines and Claimant would hereby show the court as follows:

1. The Court originally established a deadline for the filing of the claims in the Transocean proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitation to September 16, 2011.

3. As Claimant was unaware of the Court-established deadlines, or had not yet fully realized her damages, she did not timely file in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the Claimant's post-deadline Short Form Joinder, attached hereto as "Exhibit A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons explained more fully in the following Memorandum in Support, Movant respectfully requests that the Court grant Movant's Motion for Acceptance of her Limitation Short Form Joinder filed beyond the September 16, 2011, deadline and that the Court deem said Short Form Joinder as timely filed.

Respectfully submitted:

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
Facsimile: (301) 589-2644
kgoldberg@gfmlawllc.com

# Exhibit A

Case 2:10-cv-08888-CJB-SS   Document 119109   Filed 05/23/12   Page 1 of 3
Case 2:10-md-02179-CJB-SS   Document 983-3   Filed 01/12/11   Page 1 of 3

## IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179   SECTION: J   JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Martinez | Melanie | G. | |

| Phone Number | E-Mail Address |
|---|---|
| (985) 796-9456 | |

| Address | City / State / Zip |
|---|---|
| 10605 St. John Church Road | Folsom, LA 70437 |

INDIVIDUAL CLAIM ☑   BUSINESS CLAIM ☐

| Employer Name | Business Name |
|---|---|
| Estate of Jerry V. Guerra | |

| Job Title / Description | Type of Business |
|---|---|
| Executrice of Estate and Oyster Leaseholder | |

| Address | Address |
|---|---|
| 10605 St. John Church Road | |

| City / State / Zip | City / State / Zip |
|---|---|
| Folsom, LA. 70437 | |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| 2351 | |

| Attorney Name | Firm Name |
|---|---|
| Kevin I. Goldberg | Goldberg, Finnegan & Mester LLC |

| Address | City / State / Zip |
|---|---|
| 1010 Wayne Avenue Suite 950 | Silver Spring, MD 20910 |

| Phone Number | E-Mail Address |
|---|---|
| (301) 589-2999 | kgoldberg@gfmlawllc.com |

Claim filed with BP?   YES ☐   NO ☑
Claim Filed with GCCF?:   YES ☐   NO ☑

If yes, BP Claim No.:
If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**
- ☑ Damage or destruction to real or personal property
- ☐ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☑ Removal and/or clean-up costs
- ☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Case 2:10-md-02179-CJB-DPC Document 6584 Filed 05/24/12 Page 4 of 7

Case 2:10-cv-08888-CJB-SS Document 119109 Filed 05/23/12 Page 2 of 3
Case 2:10-md-02179-CJB-SS Document 983-3 Filed 01/12/11 Page 2 of 3

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Ms. Melanie G. Martinez of Folsom, Louisiana is executrice of the estate of Jerry Guerra, her late father which includes two water bottom leases with the state of Louisiana.

The leases were cultivated and harvested by the late Jerry Guerra and located at Bayou St. Malo and Little Halfmoon Bay off of coastal St. Bernard Parish Louisiana.

The Bayou St. Malo oyster lease has 23 acres and Little Halfmoon Bay oyster lease has 17 acres.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Case 2:10-cv-08888-CJB-SS   Document 119109   Filed 05/23/12   Page 3 of 3
Case 2:10-md-02179-CJB-SS   Document 983-3   Filed 01/12/11   Page 3 of 3

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: Inherited Louisiana Oyster leases at Bayou St. Malo, 23 acres and La. Oyster Lease at Littlemoon Halfmoon Bay, 17 acres.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Kevin I. Goldberg, Attorney for Melanie G. Martinez
Print Name

5/23/12
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

LAED CM/ECF - Live                                                                                     Page 1 of 1

## BP Oil Spill Short Claim Form, CA 10-8888

### U. S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Goldberg, Kevin on 5/23/2012 at 3:55 PM CDT and filed on 5/23/2012
**Case Name:**   In Re: Oil Spill by the Oil Rig "Deepwater Horizon" SHORT-FORM JOINDERS
**Case Number:**   2:10-cv-08888-CJB-SS
**Filer:**
**Document Number:** 119109

**Docket Text:**
**Short-Form Joinder of Melanie G. Martinez, 2351.(Goldberg, Kevin)**

**2:10-cv-08888-CJB-SS Notice has been electronically mailed to:**

**2:10-cv-08888-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/23/2012] [FileNumber=5759073-0
] [9b16e4e40f31c5e5f36a900cd4ac0b8661aa45a249135d98c59ca181b94296c98f5
2fdd750feb07ad714326bb842f4f0ff9afb603f1875d073a46073c2397591]]

https://ecf.laed.uscourts.gov/cgi-bin/Dispatch.pl?542980888770305                                      5/23/2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for the Acceptance of Limitation Short Form Joinder of Melanie G. Martinez Filed Beyond the September 16, 2011 deadline and Exhibit A, Claimant's Short Form Joinder have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the forgoing were electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th Day of May, 2012.

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
Facsimile: (301) 589-2644
kgoldberg@gfmlawllc.com