UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: | : : | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | : : : | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**CLEAN-UP RESPONDER DEFENDANT
LANE AVIATION, INC.'S
MOTION FOR LEAVE TO FILE
MOTION FOR SUMMARY JUDGMENT
<u>AFTER THE DEADLINE</u>**

**NOW INTO COURT**, through undersigned Counsel, comes Clean-up Responder Defendant, Lane Aviation, Inc., ("Lane") asking the Court to grant this Motion for Leave.

On Friday, May 18, 2012, at 4:08 p.m., through Counsel, Lane logged on to LexisNexis File and Serve ("LNFS") to file and serve its Motion for Summary Judgment. A receipt was issued by LNFS for the transaction. *See* Exhibit 1. Counsel, at that time, believed the filing and serving was complete.

However, Counsel did not also file its Motion with the United States District Court for the Eastern District of Louisiana by using the CM/ECF System. This failure was inadvertent and perhaps partly a misunderstanding of the filing system with LNFS.

On Monday, May 21, 2012, Counsel noticed that Lane's Motion for Summary Judgment was not listed on the LNFS daily summary sheet. On Tuesday, May 22, 2012, Counsel again noticed that Lane's Motion for Summary Judgment had not appeared on the LNFS daily

summary. On Wednesday morning, May 23, 2012, Counsel checked the PACER Docket Sheet and verified that Lane's Motion for Summary Judgement did not appear.

Counsel immediately called LNFS. Through the telephone conversation with LNFS, Counsel was reminded that the filing also had to be made with the United States District Court for the Eastern District of Louisiana by using the CM/ECF system. On the afternoon of Wednesday, May 23, 2012, Counsel had a telephone conversation with Mr. Ben Allums concerning what remedial action could be appropriate. Therefore, this Motion is filed.

The oversight on the part of Counsel was inadvertent. In the interest of fairness and justice to Lane Aviation, Inc., good cause exists to grant this Motion. Granting this Motion will not prejudice the Plaintiffs in this lawsuit.

A proposed Order accompanies this request.

RESPECTFULLY SUBMITTED

LAW OFFICE OF GEORGE E. CROW

/s/ George E. Crow
George E. Crow
TSBN 05151900
P.O. Box 30
Katy, TX  77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone:  (281) 391-9275
Email:  georgecrow@earthlink.net

ATTORNEY FOR DEFENDANT LANE AVIATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Clean-up Responder Defendant Lane Aviation, Inc.'s Motion for Leave to File Motion for Summary Judgment after the Deadline has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 25, 2012.

/s/ George E. Crow
George E. Crow