# Exhibit 1

## George E. Crow

**From:** "LexisNexis File & Serve" <TransactionReceipt@fileandserve.lexisnexis.com>
**To:** <georgecrow@earthlink.net>
**Sent:** Friday, May 18, 2012 4:08 PM
**Subject:** Case: MC MDL-2179; Transaction: 44351889 Transaction Receipt

To: George E Crow
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

Court: LA US District Court Eastern District E-Service-Oil Spill
Case Name: In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
Case Number: MC MDL-2179
Transaction ID: 44351889
Document Title(s):
Clean-up Responder Defendant Lane Aviation, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption (4 pages)
Exhibit 1, Daily Flight Log (4 pages)
Notice of Submission on Clean-up Responder Defendant Lane Aviation, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds (2 pages)
Authorized Date/Time: May 18 2012 4:07PM CDT
Authorizer: George E Crow
Authorizer's Organization: Crow, George E
Sending Parties:
Defendant
Served Parties:
10 parties

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

Exhibit 1                                                    5/18/2012