UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG           :    MDL NO. 2179
        "*DEEPWATER HORIZON*" in the       :
        GULF OF MEXICO, on                 :
        APRIL 20, 2010                     :    SECTION: J
                                           :
THIS DOCUMENT RELATES TO:                  :
                                           :
*ALL CASES IN PLEADING BUNDLE*             :    JUDGE BARBIER
*SECTION III.B(3)*                         :    MAG. JUDGE SHUSHAN
                                           :

## CLEAN-UP RESPONDER DEFENDANT LANE AVIATION, INC.'S MOTION FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

**NOW INTO COURT**, through undersigned counsel, comes Clean-up Responder Defendant, Lane Aviation, Inc., asking the Court to grant final summary judgment dismissing with prejudice all remaining claims asserted against it in the First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812). Lane Aviation, Inc. makes this motion pursuant to the "Schedule for Limited B3 Discovery" (Rec. Doc. 5000), the Court's subsequent Order re-affirming that schedule (Rec. Doc. 6247), Fed. R. Civ. P. 56, and Local Civil Rule 56.1.

### A. Introduction

1. Plaintiffs are all persons identified per Pleading Bundle Section III.B(3).

2. Defendant is Lane Aviation, Inc..

3. On December 15, 2010 Plaintiffs sued Defendant (Rec. Doc. 881).

4. On February 11, 2011, Defendant Lane Aviation, Inc. filed it answers and

affirmative defenses (Rec. Doc. 1194).

5. On May 18, 2012 Defendant files this motion for final summary judgment on plaintiff's First Amended Master Complaint and will show that summary judgment should be granted in this case as will be shown below.

### B. Statement of Facts

6. On May 18, 2012, Clean-up Responder Defendant, Lane Aviation, Inc., jointly filed <u>Clean-up Responder Defendants' Joint Statement of Undisputed Material Facts in Support of Their Individual Motions for Summary Judgment on Derivative Immunity and Preemption Grounds</u> (Rec. Doc. 6535-3) which is incorporated by reference to this motion.

7. **Lane Aviation, Inc.'s Specific Roll In the Response Effort** Lane Aviation was founded in 1945 by WWII veteran Marine Pilot George Lane. Today, Lane Aviation is the oldest and one of the most successful dealers of the world's leading agricultural aircraft, the Air Tractor. Today's Air Tractor is a highly sophisticated, Turbo-Propellor, GPS equipped and remarkably safe aircraft. Lane Aviation, Inc.'s President, Grant Lane, continues his father's legacy and was on scene during Lane's flight operations relevant to this lawsuit. Lane utilized 6 different Air Tractors. The follow is a summary of the Lane's Flight Activity as shown on the Attached Daily Flight Log. *See* Exhibit 1.

| | |
|---|---|
| Started flights on | May 12, 2010 |
| Finished fights on | July 17, 2010 |
| First Aerial Application flight on | May 18, 2010 |
| Last Aerial Application flight on | July 2, 2010 |
| Total All Flights | 152 |
|  Total Aerial Application Flights | 22 |
|  Total Reconnaissance Flights | 82 |
|  Total Other Flights (Training, Pilot Tests, etc.) | 48 |

Of the total flights made by Lane, 22 out of 152, means that 14.5% were actual aerial applications. 53.9% of the flights were for reconnaissance. The total payload for the 22 trips was 14,016 gallons. The average payload per aerial application flight was 637 gallons.

### C. Argument

8.  On May 18, 2012, Clean-up Responder Defendant, Lane Aviation, Inc., jointly filed Clean-up <u>Responder Defendants' Joint Memorandum In Support of Their Individual Motions for Summary Judgment on Derivative Immunity and Preemption Grounds</u> (Rec. Doc. 6535-2) which is incorporated by reference to this motion.

### Conclusion

For the foregoing reasons, Clean-up Responder Defendant, Lane Aviation, Inc., respectfully request that it be granted summary judgment such that the remaining claims against them in the B3 Bundle Master Complaint be dismissed with prejudice.

RESPECTFULLY SUBMITTED

LAW OFFICE OF GEORGE E. CROW

/s/ George E. Crow
George E. Crow
TSBN 05151900
P.O. Box 30
Katy, TX 77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone: (281) 391-9275
Email: georgecrow@earthlink.net

ATTORNEY FOR DEFENDANT LANE AVIATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Clean-up Responder Defendant Lane Aviation, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 18, 2012.

/s/ George E. Crow
George E. Crow