# Exhibit 1

| Daily Flight Logs | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| Date | Call Sign | Fuel Load (Hrs.) | Soles Onb. | Pay load | Time Off | Time On | Flt. Time Billable | Job File | Fuel | | Pilot | Co-Pilot |
| 5/12/10 | N9002K | 4 Hr. | 2 | | | | | | 54 Gal. | | Steve | Aldo |
| 5/13/10 | N9002K | 4 Hr. | 2 | | | | | | | Training | Steve | Chip |
| 5/13/10 | N9002K | 4 Hr. | 2 | | | | | | | Training | Aldo | Chip |
| 5/14/10 | N79W | 4 Hr. | 2 | | | | | | 152 Gal. | | Vince | Jessie |
| 5/14/10 | N9002K | 4 Hr. | 2 | | | | | | 95 Gal. | Training | Aldo | Chip |
| 5/15/10 | N9002K | 4 Hr. | 2 | | | | | | 97 Gal. | Training | Steve | Aldo |
| 5/17/10 | N79W | 4 Hr. | 2 | | 1213 | 1420 | 2.1 hrs. | | 247 Gal | | Vince | Jessie |
| 5/18/10 | N79W | 4 Hr. | 2 | | 1219 | 1544 | 3.4 hrs | | | | Vince | Jessie |
| 5/18/10 | N79W | 4 Hr. | 2 | | 1708 | 1953 | 2.7 hrs. | | 451 Gal. | | Vince | Jessie |
| 5/18/10 | N9002K | 4 Hr. | 2 | 204 | 1720 | 1952 | 2.5 hrs. | 5181715 | 203 Gal. | Spray | Steve | Bruce |
| 5/19/10 | N79W | 4 Hr. | 2 | | 1318 | 1556 | 2.6 hrs. | | 193 Gal. | | Vince | Jessie |
| 5/20/10 | N79W | 4 Hr. | 2 | | 719 | 952 | 2.5 hr. | | 215 Gal. | | Vince | Jessie |
| 5/21/10 | N79W | 4 Hr. | 2 | | 708 | 901 | 1.9 hr. | | 143 Gal. | | Vince | Jessie |
| 5/21/10 | N79W | 4Hr. | 2 | | 1020 | 1322 | 3 hr. | | 221 Gal. | | Vince | Jessie |
| 5/21/10 | N9002K | 4 Hr. | 2 | 650 | 1030 | 1310 | 2.7 hr. | 5210950 | 235 Gal. | Spray | Aldo | Steve |
| | | | | | | | | 5211106 | | | | |
| 5/22/10 | N79W | 4 Hr. | 2 | | 807 | 1041 | 2.6 Hr. | | 215 Gal. | | Vince | Jessie |
| 5/22/10 | N79W | 4 Hr. | 2 | | 1355 | 1644 | 2.9 Hr. | | 228 Gal. | | Vince | Jessie |
| 5/23/10 | N79W | 4 Hr. | 2 | | 639 | 844 | 2.1 Hr. | | 171 Gal. | | Vince | Jessie |
| 5/23/10 | N79W | 4 Hr. | 2 | | 1222 | 1438 | 2.3 Hr. | | 175 Gal. | | Vince | Jessie |
| 5/23/10 | N9002K | 4 Hr. | 2 | 654 | 1235 | 1435 | 2 Hr. | 5231213 | 173 Gal. | Spray | Steve | Aldo |
| 5/23/10 | N79W | 4 Hr. | 2 | | 1716 | 1955 | 2.7 Hr. | | | | Vince | Jessie |
| 5/23/10 | N9002K | 4 Hr. | 2 | 702 | 1713 | 1945 | 2.5 Hr. | | 245 Gal. | Spray | Aldo | Steve |
| 5/24/10 | N79W | | | | | | | | 200 Gal. | | Vince | Jessie |
| 5/26/10 | N9002K | 4 Hr. | 2 | 0 | 848 | 1005 | 1.3 Hr. | | 125 Gal. | Spray Test | Steve | Aldo |
| 5/26/10 | N79W | 4 Hr. | 2 | 0 | 1115 | 1155 | .7 Hr. | | | | Vince | Jessie |
| 5/26/10 | N79W | 4 Hr. | 2 | 0 | 1501 | 1558 | 1.0 Hr. | | | | Vince | Jessie |
| 5/26/10 | N9002K | 4 Hr. | 2 | 0 | 1503 | 1602 | 1.0 Hr. | | | Pilot Test | Aldo | Steve |
| 5/27/10 | N79W | 4 Hr. | 2 | 0 | 841 | 953 | 1.2 Hr. | | | Pilot Test | Vince | Grant |
| 5/27/10 | N9002K | 4 Hr. | 2 | 0 | 855 | 1017 | 1.4 Hr. | | | Pilot Test | Bruce | Steve |
| 5/27/10 | N79W | 4 Hr. | 2 | 0 | 1509 | 1802 | 2.9 Hr. | | | Recon | Vince | Grant |
| 5/27/10 | N9002K | 4 Hr. | 2 | 0 | 1510 | 1619 | 1.2 Hr. | | | Pilot Test | Steve | Bruce |
| 5/28/10 | N79W | 4 Hr. | 2 | 0 | 1209 | 1423 | 2.2 Hr. | | | Recon | Vince | Grant |
| 5/29/10 | N79W | 4 Hr. | 2 | 0 | 620 | 828 | 2.1 Hr. | | | Recon | Vince | Grant |
| 5/29/10 | N79W | 4 Hr. | 2 | 0 | 1121 | 1358 | 2.6 Hr. | | | Recon | Vince | Grant |
| 5/30/10 | N79W | 4 Hr. | 2 | 0 | 852 | 942 | .7 Hr. | | | Recon | Vince | Grant |
| 5/31/10 | N79W | 4 Hr. | 2 | 0 | 758 | 1017 | 2.3 Hr. | | | Recon | Vince | Grant |
| 5/31/10 | N9002K | 4 Hr. | 2 | 0 | 800 | 908 | 1.1 Hr. | | | Training | Jess | Steve |
| 5/31/10 | N79W | 4 Hr. | 2 | 0 | 1105 | 1305 | 2 Hr. | | | Recon | Vince | Grant |
| 5/31/10 | N9002K | 4 Hr. | 2 | 655 | 1130 | 1302 | 1.5 Hr. | 5311101 | | Spray | Bruce | Steve |
| 5/31/10 | N79W | 4 Hr. | 2 | | 1412 | 1646 | 2.6 Hr. | | | Recon | Vince | Grant |
| 5/31/10 | N9002K | 4 Hr. | 2 | 481 | 1434 | 1639 | 2.1 Hr. | 5311406 | | Spray | Bruce | Steve |
| 6/1/10 | N802BG | 4 Hr. | 1 | | | | .5 Hr. | | | Test | Steve | |
| 6/1/10 | N79W | 4Hr. | 2 | | 710 | 859 | 1.8 Hr. | | | Recon | Vince | Grant |

Exhibit 1

<7-22 002

| Date | Aircraft | | | | Start | End | Duration | | | Type | Pilot | Observer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/2/10 | N79W | 4 Hr. | 2 | | 808 | 1133 | 3.4 Hr. | | | Recon | Vince | Grant |
| 6/2/10 | N79W | 4 Hr. | 2 | | 1745 | 1819 | 0.6 Hr. | | Stennis | Houma | Vince | Grant |
| 6/3/10 | N79W | 4 Hr. | 2 | | 729 | 902 | 1.6 Hr. | | | Recon | Vince | Grant |
| 6/4/10 | N79W | 4 Hr. | 2 | | 658 | 825 | 1.5 Hr. | | | Recon | Vince | Grant |
| 6/5/10 | N79W | 4 Hr. | 2 | | 743 | 1018 | 2.6 Hr. | | | Recon | Vince | Grant |
| 6/6/10 | N79W | 4 Hr. | 2 | | 721 | 946 | 2.4 Hr. | | | Recon | Vince | Grant |
| 6/6/10 | N79W | 4 Hr. | 2 | | 1349 | 1448 | 1.0 Hr. | | | Recon | Vince | Grant |
| 6/7/10 | N79W | 4 Hr. | 2 | | 728 | 944 | 2.3 Hr. | | | Recon | Vince | Grant |
| 6/8/10 | N79W | 4 Hr. | 2 | | 722 | 1000 | 2.7 Hr. | | | Recon | Vince | Grant |
| 6/8/10 | N79W | 4 Hr. | 2 | | 1413 | 1630 | 2.3 Hr. | | | Recon | Vince | Grant |
| 6/9/10 | N79W | 4 Hr. | 2 | | 706 | 1029 | 3.4 Hr. | | | Recon | Vince | Grant |
| 6/9/10 | N79W | 4 Hr. | 2 | | 1413 | 1659 | 2.8 Hr. | | | Recon | Vince | Grant |
| 6/10/10 | N79W | 4 Hr. | 2 | | 743 | 918 | 1.6 Hr. | | | Recon | Vince | Grant |
| 6/10/10 | N79W | 4 Hr. | 3 | | 1314 | 1720 | 4.1 Hr. | | | Recon | Vince | Grant |
| 6/11/10 | N79W | 4 Hr. | 2 | | 715 | 1035 | 3.4 Hr. | | | Recon | Eric | Grant |
| 6/11/10 | N79W | 4 Hr. | 2 | | 1149 | 1530 | 3.7 Hr. | | | Recon | Eric | Grant |
| 6/11/10 | N9002K | 4 Hr. | 2 | 402 | 1209 | 1529 | 3.4 Hr. | 6111147 | | Spray | Bruce | Steve |
| 6/11/10 | N79W | 4 Hr. | 2 | | 1633 | 1906 | 2.6 Hr. | | | Recon | Eric | Grant |
| 6/11/10 | N9002K | 4 Hr. | 2 | 501 | 1656 | 1910 | 2.2 Hr. | 6111644 | | Spray | Steve | Bruce |
| 6/12/10 | N79W | 4 Hr. | 2 | | 722 | 955 | 2.6 Hr. | | | Recon | Eric | Grant |
| 6/13/10 | N79W | 4 Hr. | 2 | | 622 | 922 | 3.0 Hr. | | | Recon | Eric | Grant |
| 6/13/10 | N79W | 4 Hr. | 2 | | 1034 | 1324 | 2.8 Hr. | | | Recon | Eric | Grant |
| 6/13/10 | N9002K | 4 Hr. | 2 | 702 | 1100 | 1315 | 2.3 Hr. | 6131040 | | Spray | Aldo | Bruce |
| 6/13/10 | N79W | 4 Hr. | 2 | | 1354 | 1730 | 3.6 Hr. | | | Recon | Eric | Grant |
| 6/13/10 | N9002K | 4 Hr. | 2 | 705 | 1422 | 1716 | 2.9 Hr. | 6131401 | | Spray | Bruce | Aldo |
| 6/14/10 | N79W | 4 Hr. | 2 | | 616 | 900 | 2.8 Hr. | | | Recon | Eric | Grant |
| 6/14/10 | N79W | 4 Hr. | 2 | | 1322 | 1722 | 4 Hr. | | | Recon | Eric | Grant |
| 6/14/10 | N9002K | 4 Hr. | 2 | 701 | 1412 | 1652 | 2.7 Hr. | 6141319 | | Spray | Steve | Bruce |
| 6/15/10 | N79W | 4 Hr. | 2 | | 619 | 909 | 2.9 hr. | | | Recon | Eric | Grant |
| 6/16/10 | N79W | 4 Hr. | 2 | | 623 | 758 | 1.6 Hr. | | | Recon | Vince | Grant |
| 6/16/10 | N39Q | 4 Hr. | 2 | | 1139 | 1424 | 2.8 Hr. | | | Recon | Vince | Grant |
| 6/16/10 | N9002K | 4 Hr. | 2 | 702 | 1155 | 1430 | 2.6 Hr. | 6161132 | | Spray | Aldo | Steve |
| 6/16/10 | N39Q | 4 Hr. | 2 | | 1617 | 1908 | 2.9 Hr. | | | Recon | Vince | Grant |
| 6/16/10 | N9002K | 4 Hr. | 2 | 701 | 1627 | 1915 | 2.8 Hr. | 6161605 | | Spray | Steve | Aldo |
| 6/17/10 | N39Q | 4 Hr. | 2 | | 630 | 916 | 2.8 Hr. | | | Recon | Vince | Grant |
| 6/17/10 | N39Q | 4 Hr. | 2 | | 1308 | 1526 | 2.3 Hr. | | | Recon | Vince | Grant |
| 6/17/10 | N39Q | 4 Hr. | 2 | | 1653 | 1941 | 2.8 Hr. | | | Recon | Vince | Grant |
| 6/17/10 | N9002K | 4 Hr. | 2 | 602 | 1705 | 1943 | 2.7 hr. | 6171644 | | Spray | Aldo | Steve |
| 6/18/10 | N39Q | 4 Hr. | 2 | | 631 | 843 | 2.2 Hr. | | | Recon | Vince | Grant |
| 6/18/10 | N39Q | 4 Hr. | 2 | | 1037 | 1401 | 3.4 Hr. | | | Recon | Vince | Grant |
| 6/18/10 | N9002K | 4 Hr. | 2 | 704 | 1038 | 1410 | 3.6 Hr. | 6181014 | | Spray | Bruce | Aldo |
| 6/19/10 | N39Q | 4 Hr. | 2 | | 728 | 912 | 1.8 Hr. | | | Recon | Vince | Grant |
| 6/20/10 | N39Q | 4 Hr. | 2 | | 609 | 840 | 2.6 Hr. | | | Recon | Vince | Grant |
| 6/21/10 | N39Q | 4 Hr. | 2 | | 620 | 801 | 1.7 Hr. | | | Recon | Vince | Grant |
| 6/21/10 | N79W | 4 Hr. | 2 | | 1008 | 1127 | 1.3 Hr. | | | Recon | Vince | Grant |
| 6/22/10 | N79W | 4 Hr. | 3 | | 635 | 941 | 3.1 Hr. | | | Recon | Vince | Matt |
| 6/23/10 | N79W | 4 Hr. | 2 | | 1048 | 1242 | 1.9 Hr. | | | Recon | Vince | Matt |
| 6/24/10 | N79W | 4 Hr. | 2 | | 646 | 912 | 2.5 hrs. | | | Recon | Vince | Matt |
| 6/24/10 | N79W | 4 Hr. | 2 | | 1206 | 1433 | 2.5 hrs. | | | Recon | Vince | Matt |

| Date | Aircraft | Duration | | | Start | End | Flight Time | Ref1 | | Mission | Pilot | Observer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/24/10 | N9002K | 4 Hr. | 2 | 700 | 1215 | 1425 | 2.2 Hr. | 6241143 | | Spray | Steve | Aldo |
| 6/24/10 | N79W | 4 Hr. | 2 | | 1514 | 1740 | 2.5 hrs. | | | Recon | Vince | Matt |
| 6/24/10 | N9002K | 4 Hr. | 2 | 700 | 1525 | 1745 | 2.3 Hr. | 6241502 | | Spray | Aldo | Steve |
| 6/25/10 | N79W | 4 Hr. | 2 | | 617 | 858 | 2.7 hr. | | | Recon | Vince | Matt |
| 6/26/10 | N79W | 4 Hr. | 2 | | 631 | 900 | 2.5 hr. | | | Recon | Vince | Matt |
| 6/26/10 | N79W | 4 Hr. | 2 | | 1136 | 1251 | 2.3 Hr. | | | Recon | Vince | Matt |
| 6/26/10 | N9002K | 4 Hr. | 2 | 700 | 1205 | 1400 | 2 Hr. | | | Spray | Bruce | Aldo |
| 6/26/10 | N79W | 4 Hr. | 2 | | 1443 | 1627 | 1.3 Hr. | | | Recon | Vince | Matt |
| 6/26/10 | N9002K | 4 Hr. | 2 | 700 | 1445 | 1626 | 1.7 Hr. | | | Spray | Steve | Bruce |
| 6/26/10 | N79W | 4 Hr. | 2 | | 1706 | 1923 | 2.3 Hr. | | | Recon | Vince | Matt |
| 6/26/10 | N9002K | 4 Hr. | 2 | 750 | 1704 | 1922 | 2.3 Hr. | | | Spray | Aldo | Steve |
| 6/27/10 | N79W | 4 Hr. | 2 | | 750 | 1047 | 3.0 Hr. | | | Recon | Vince | Taylor |
| 6/27/10 | N79W | 4 Hr. | 2 | | 1430 | 1758 | 3.5 Hr. | | | Recon | Vince | Taylor |
| 6/27/10 | N9002K | 4 Hr. | 2 | 700 | 1440 | 1802 | 3.4 hrs | | | Spray | Bruce | Aldo |
| 6/28/10 | N79W | 4 Hr. | 2 | | 1211 | 1409 | 2.0 Hr. | | | Recon | Vince | Grant |
| 6/29/10 | N79W | 4 Hr. | 2 | | 834 | 1050 | 2.3 Hr. | | | Recon | Vince | Grant |
| 6/30/10 | | No Fly | | | | | | | | | | |
| 7/1/10 | N79W | 4 Hr. | 2 | | 841 | 925 | .8 Hr. | | | Recon | Vince | Grant |
| 7/2/10 | N79W | 4 Hr. | 2 | | 631 | 909 | 2.6 Hr. | | | Recon | Vince | Grant |
| 7/2/10 | N79W | 4 Hr. | 2 | | 1016 | 1330 | 3.3 Hr. | | | Recon | Vince | Grant |
| 7/2/10 | N9002K | 4 Hr. | 2 | 700 | 1002 | 1321 | 3.3 Hr. | | | Spray | Bruce | Denis |
| 7/3/10 | N79W | 4 Hr. | 2 | | 624 | 900 | 2.6 Hr. | | | Recon | Vince | Grant |
| 7/3/10 | N79W | 4 Hr. | 2 | | 1508 | 1629 | 1.4 Hr. | | | Recon | Vince | Grant |
| 7/4/10 | N79W | 4 Hr. | 2 | | 633 | 840 | 2.1 Hr. | | | Recon | Vince | Grant |
| 7/5/10 | N79W | 4 Hr. | 2 | | 620 | 903 | 2.7 Hr. | | | Recon | Vince | Grant |
| 7/6/10 | N79W | 4 Hr. | 2 | | 646 | 851 | 2.1 Hr. | | | Recon | Vince | Grant |
| 7/6/10 | N9002K | 4 Hr. | 2 | | 829 | 926 | 1.0 Hr. | | | Training | Denis | Bruce |
| 7/6/10 | N9002K | 4 Hr. | 2 | | 959 | 1053 | .9 Hr. | | | Training | Denis | Bruce |
| 7/6/10 | N9002K | 4 Hr. | 2 | | 1143 | 1238 | .9 Hr. | | | Training | Denis | Bruce |
| 7/7/10 | N79W | 4 Hr. | 2 | | 657 | 858 | 2.0 Hr. | | | Recon | Vince | Grant |
| 7/7/10 | N9002K | 4 Hr. | 2 | | 745 | 900 | 1.3 Hr. | | | Training | Alan | Steve |
| 7/8/10 | N79W | 4 Hr. | 2 | | 628 | 841 | 2.3 Hr. | | | Recon | Vince | Grant |
| 7/8/10 | N9002K | 4 Hr. | 2 | | 750 | 900 | 1.2 Hr. | | | Training | Alan | Steve |
| 7/8/10 | N9002K | 4 Hr. | 2 | | 915 | 1010 | 1.0 Hr. | | | Training | Alan | Steve |
| 7/8/10 | N9002K | 4 Hr. | 2 | | 1113 | 1212 | 1.0 Hr. | | | Training | Denis | Bruce |
| 7/8/10 | N9002K | 4 Hr. | 2 | | 1218 | 1330 | 1.2 Hr. | | | Training | Denis | Bruce |
| 7/8/10 | N79W | 4 Hr. | 2 | | 1254 | 1428 | 1.6 Hr. | | | Recon | Vince | Grant |
| 7/8/10 | N9002K | 4 Hr. | 2 | | 1400 | 1505 | 1.1 Hr. | | | Training | Alan | Steve |
| 7/8/10 | N9002K | 4 Hr. | 2 | | 1520 | 1612 | .9 Hr. | | | Training | Alan | Steve |
| 7/9/10 | N79W | 4 Hr. | 2 | | 622 | 839 | 2.3 Hr. | | | Recon | Vince | Grant |
| 7/10/10 | N79W | 4 Hr. | 2 | | 648 | 911 | 2.4 Hr. | | | Recon | Vince | Grant |
| 7/10/10 | N79W | 4 Hr. | 2 | | 1429 | 1641 | 2.2 Hr. | | | Recon | Vince | Grant |
| 7/11/10 | N79W | 4 Hr. | 2 | | 631 | 921 | 2.9 Hr. | | | Recon | Vince | Grant |
| 7/11/10 | N9002K | 4 Hr. | 2 | | 1038 | 1153 | 1.3 Hr. | | | Training | Claude | Bruce |
| 7/11/10 | N79W | 4 Hr. | 2 | | 1351 | 1732 | 3.7 Hr. | | | Recon | Vince | Grant |
| 7/12/10 | N79W | 4 Hr. | 2 | | 823 | 1041 | 2.3 Hr. | | | Recon | Eric | Grant |
| 7/12/10 | N9002K | 4 Hr. | 2 | | 905 | 1020 | 1.3 Hr. | | | Training | Claude | Bruce |
| 7/12/10 | N9002K | 4 Hr. | 2 | | 1310 | 1410 | 1.0 Hr. | | | Training | Claude | Bruce |
| 7/12/10 | N79W | 4 Hr. | 2 | | 1349 | 1619 | 2.5 hr. | | | Recon | Eric | Grant |

| 7/12/10 | N9002K | 3 Hr. | 2 | 1420 | 1520 | 1.0 Hr. | | | Training | Claude | Bruce |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/10 | N9002K | 2 Hr. | 2 | 1528 | 1630 | 1.0 Hr. | | | Training | Claude | Bruce |
| 7/13/10 | N79W | 4 Hr. | 2 | 633 | 902 | 2.5 hr. | | | Recon | Eric | Grant |
| 7/13/10 | N79W | 4 Hr. | 2 | 1255 | 1509 | 2.3 Hr. | | | Recon | Eric | Grant |
| 7/14/10 | N79W | 4 Hr. | 2 | 635 | 903 | 2.5 hr. | | | Recon | Eric | Grant |
| 7/14/10 | N79W | 4 Hr. | 2 | 1246 | 1509 | 2.4 Hr. | | | Recon | Eric | Grant |
| 7/15/10 | N79W | 4 Hr. | 2 | 649 | 848 | 2 Hr. | | | Recon | Eric | Grant |
| 7/15/10 | N79W | 4 Hr. | 2 | 1153 | 1327 | 1.6 Hr. | | | Recon | Eric | Grant |
| 7/15/10 | N9002K | 4 Hr. | 2 | 1205 | 1335 | 1.5 Hr. | | | Training | Bruce | Alan |
| 7/15/10 | N802BG | 4 Hr. | 1 | 1200 | 1340 | 1.7 Hr. | | | Training | Aldo | |
| 7/15/10 | N950HC | 4 Hr. | 1 | 1207 | 1337 | 1.5 Hr. | | | Training | Denis | |
| 7/17/10 | N89F | 4 Hr. | 2 | 743 | 951 | 2.2 Hr. | | | Recon | Jeff | Grant |