UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: | : : | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## NOTICE OF SUBMISSION ON CLEAN-UP RESPONDER DEFENDANT LANE AVIATION, INC.'S MOTION FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

PLEASE TAKE NOTICE, that the Court specifically excepted this motion from the general continuance established by Pre-Trial Order No. 15, and therefore sets this motion for submission on day _____ of _____, 20_____.

RESPECTFULLY SUBMITTED

LAW OFFICE OF GEORGE E. CROW

/s/ George E. Crow
George E. Crow
TSBN 05151900
P.O. Box 30
Katy, TX 77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone: (281) 391-9275

Email: georgecrow@earthlink.net

ATTORNEY FOR DEFENDANT LANE AVIATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission on Clean-up Responder Defendant Lane Aviation, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 18, 2012.

/s/ George E. Crow
George E. Crow