OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 5/25/12

Heber Morales

vs.

BP Exploration & Production, Inc., et al

Case No. 10-cv-04360  Section  J

Dear Sir:

Please (issue) (~~re-issue~~) summons on the (complaint) (~~amended complaint~~) ( ___ ~~amended complaint~~) (~~third party complaint~~) (other : _____ ) to the following:

1. (name) __BP, PLLC__
   (address) 1 St. James' Square, London SW1Y 4PD, UK
2. (name) Transocean Ltd.
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature" - Jimmy Williamson

Attorney for  Plaintiff

Address  Williamson & Rusnak
         4310 Yoakum Blvd.
         Houston, Texas 77006