UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: | | * * | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for Leave to File Limitation Short Form Joinders Beyond the September 16, 2011 Deadline:

IT IS ORDERED that the late-filed Short Form Joinders, Document Nos. 119123, 119124, 119125, 119126, 119127, 119129, and 119130, filed by Movants Daniel P. Cortez /Crystal Light, Inc., Marcia Jean/Harrington Bracken, Atha Eugene Curtis/Little Fish Inn, LLC, Jimmie (Rebecca-wife) Dale Eichelberger, Sr., Joe Phil Tubb/Tubb Equipment and Rental, Walter William Blain, Sr., and Grant E. Barrett on May 25, 2012 shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this _____ day of _____ 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge