# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SUSHAN |

## ORDER

Considering the foregoing Motion for Leave to File Short Form Joinders:

IT IS ORDERED that the motion is GRANTED and the short Form Joinders of Six Chuter Charters Inc., Shaun Chute and Patricia Chute attached to the Motion for Leave to File Short Form Joinders, are accepted by the Court and shall be considered as timely filed in the above entitled proceedings.

Signed in New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HON. CARL BARBIER
UNITED STATES DISTRICT JUDGE