IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § § | MDL NO. 2179 |
| | | SECTION: J(1) |
| This document relates to: *The St. Joe Company v. Halliburton Energy Services, Inc. and M-I L.L.C. a/k/a M-I SWACO*, E.D. La. Case No. 11-01990 D. Del. Case No. 11-00263 | § § § § § § | JUDGE BARBIER MAGISTRATE SHUSHAN |

**THE ST. JOE COMPANY'S NOTICE OF WITHDRAWAL
OF NOTICES OF INTENT TO OPT OUT OF POTENTIAL CLASSES**

Plaintiff The St. Joe Company ("St. Joe") files this Notice of Withdrawal of its six previously-filed Notices of Intent to Opt Out of Potential Classes (Rec. Docs. 461, 464, 616, 687, 704, 1144). The notices were filed by predecessor counsel, and were void when filed because no classes had been certified, much less preliminarily approved, at the time of filing. St. Joe withdraws these notices in their entirety, and does not wish at this time to opt out of any applicable classes that have been certified or may be certified in the future in this matter.

Dated:  May 30, 2012.

                                                                          Respectfully submitted,

                                                                          LEWIS TEIN PL
                                                                          3059 Grand Avenue, Suite 340
                                                                          Coconut Grove, Florida 33133
                                                                          Telephone: (305) 442-1101
                                                                          Facsimile: (305) 442-6744

          By:    <u>*/s/ Michael R. Tein*</u>
                  MICHAEL R. TEIN
                  Florida Bar No.: 993522
                  tein@lewistein.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of May, 2012.

                                    */s/ Michael R. Tein*
                                    MICHAEL R. TEIN