# ATTACHMENT A

# Roster of Documents

| First | Last | DocDate | Privileges | Author | Recipients | Attorney | Description | Basis | Family | Withheld | Redacted | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSE001-000431 | DSE001-000433 | 20100607 | DP | Allen, Thad W. ADM, DHS | McNutt, Marcia K., DOI; Hayes, David, DOI; Zichal, Heather R., EOP; O'Connor, Rod, DOE; Browner, Carol M., EOP; Watson, James RADM., DHS; Nash, Roy RDML, DHS; Neffenger, Peter RDML, DHS; Gautier, Peter W. CAPT, DHS; Parsons, Roger L., DOC; Hunter, Tom, DO | N/A | Email re Suggested Language from DOE | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-000431-DSE001-000433 | FW | | Log 13 |
| DSE001-000437 | DSE001-000440 | 20100607 | DP | Allen, Thad W. ADM, DHS | Browner, Carol M., EOP; Salazar, Kenneth, DOI; McNutt, Marcia K., DOI; Hayes, David, DOI; Zichal, Heather R., EOP; O'Connor, Rod, DOE; Watson, James RADM., DHS; Nash, Roy RDML, DHS; Neffenger, Peter RDML, DHS; Gautier, Peter W. CAPT, DHS; Parsons, Roger, | N/A | Email re Suggested Language from DOE | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-000437-DSE001-000440 | FW | | Log 13 |
| DSE001-002468 | DSE001-002471 | 20100607 | DP | Browner, Carol M., EOP | Salazar, Kenneth, DOI; Allen, Thad W. ADM., DHS; McNutt, Marcia K., DOI; Hayes, David, DOI; Zichal, Heather R., EOP; O'Connor, Rod, DOE; Watson, James A. RADM., DHS; Nash, Roy RDML, DHS; Neffenger, Peter V., DHS; Gautier, Peter W. CAPT, DHS; Parsons, Roge | N/A | Email re Suggested Language from DOE | Internal pre-decisional and deliberative discussion of proposed directive to BP relating to response actions | DSE001-002468-DSE001-002471 | FW | | Log 13 |
| DSE001-004782 | DSE001-004783 | 20100730 | DP | Holdren, John P., EOP | Chu, Steven, DOE; Hunter, Tom, DOE | N/A | Email re 5.0 Item Daily Report 29 Jul 1930 | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-004782-DSE001-004790 | FW | | Log 16 |
| DSE001-004791 | DSE001-004792 | 20100730 | DP | Holdren, John P., EOP | Chu, Steven, DOE; Hunter, Tom, DOE | N/A | Email re Differing Views about Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-004791-DSE001-004792 | FW | | Log 16 |
| DSE001-004793 | DSE001-004794 | 20100730 | DP | Holdren, John P., EOP | Chu, Steven, DOE; Hunter, Tom, DOE | N/A | Email re Differing Views about Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-004793-DSE001-004794 | FW | | Log 16 |
| DSE001-005829 | DSE001-005829 | 20100801 | DP | Moran, Kathryn, EOP | Blankenship, Douglas A., DOE; Moran, Kathryn, EOP; Chu, Steven, DOE; Hunter, Tom, DOE; Hunter, Tom, DOE; Hickman, Steve, DOI; O'Connor, Rod, DOE; Owens, Missy, DOE; Dredd, Travis, DOE; Majumdar, Arun, DOE; Slocum, Alexander, SA; Garwin, Richard L., SA; Co | N/A | Email re Test Protocol | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-005829-DSE001-005832 | FW | | Log 13 |

| First | Last | DocDate | Privileges | Author | Recipients | Attorney | Description | Basis | Family | Withheld | Redacted | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSE001-008598 | DSE001-008599 | 20100813 | DP | Moran, Kathryn, EOP | Garwin, Richard L., SA; Chu, Steven, DOE; Majumdar, Arun, DOE; Blankenship, Douglas A., DOE; Poneman, Daniel, DOE; Cooper, George, SA; Hunter, Tom, DOE; Hunter, Tom, DOE; Holdren, John P., EOP; Hurst, Kathleen T., DOE; McNutt, Marcia K., DOI; Owens, Missy | N/A | Email re Guidance to BP | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-008598-DSE001-008599 | FW | | Log 13 |
| DSE001-009191 | DSE001-009191 | 20100802 | DP | Slocum, Alexander | Blankenship, Douglas A., DOE; Moran, Kathryn, EOP; Chu, Steven, DOE; Hunter, Tom, DOE; Hunter, Tom, DOE; Hickman, Steve, DOI; O'Connor, Rod, DOE; Owens, Missy, DOE; Dredd, Travis, DOE; Majumdar, Arun, DOE; Slocum, Alexander, SA; Garwin, Richard L., SA; Co | N/A | Email re Test Protocol | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-009191-DSE001-009193 | FW | | Log 13 |
| DSE001-011331 | DSE001-011331 | 20100802 | DP | Garwin, Richard L., SA | Moran, Kathryn, EOP; Majumdar, Arun, DOE; Domangue, Bryan, DOI; Blankenship, Douglas A., DOE; Trocquet, David J., DOI; Cooper, George, SA; Hickman, Steve, DOI; Hunter, Tom, DOE; McCarroll, John, DOI; Cook, Kevin RADM., DHS; Sogge, Mark K., DOI; McNutt, Ma | N/A | Email re Test Protocol | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-011331-DSE001-011331 | FW | | Log 13 |
| DSE001-011841 | DSE001-011844 | 20100607 | DP | Chu, Steven, DOE | Allen, Thad W. ADM., DHS; McNutt, Marcia K., DOI; Hayes, David, DOI; Zichal, Heather R., EOP; O'Connor, Rod, DOE; Browner, Carol M., EOP; Watson, James RADM., DHS; Nash, Roy RDML, DHS; Neffenger, Peter RDML, DHS; Gautier, Peter W. CAPT, DHS; Parsons, Roge | N/A | Email re Suggested Language from DOE | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-011841-DSE001-011844 | FW | | Log 13 |
| DSE001-013017 | DSE001-013018 | 20100730 | DP | Chu, Steven, DOE | Holdren, John P., EOP; Hunter, Tom, DOE | N/A | Email re Differing Views about Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-013017-DSE001-013018 | FW | | Log 13 |
| DSE001-013019 | DSE001-013020 | 20100730 | DP | Chu, Steven, DOE | Holdren, John P., EOP; O'Connor, Rod, DOE; Hunter, Tom, DOE; Hunter, Tom, DOE | N/A | Email re Differing Views About Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-013019-DSE001-013020 | FW | | Log 13 |
| DSE001-013021 | DSE001-013022 | 20100730 | DP | Chu, Steven, DOE | Holdren, John P., EOP | N/A | Email re Differing Views about Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-013021-DSE001-013022 | FW | | Log 13 |

| First | Last | DocDate | Privileges | Author | Recipients | Attorney | Description | Basis | Family | Withheld | Redacted | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSE001-015877 | DSE001-015879 | 20100814 | DP | Utech, Dan G., EOP | Allen, Thad W. ADM., DHS; Chu, Steven, DOE; Salazar, Ken, DOI; Browner, Carol M., EOP; Hunter, Tom, DOE; Hunter, Tom, DOE; Lubchenco, Jane, DOC; Smith, Sean, DHS; O'Connor, Rod, DOE; Spring, Margaret, DOC; Hayes, David, DOI; Stevens, Clark, DOE; Gautier, | N/A | Email re Draft BP Directive | Internal pre-decisional and deliberative dicussion of proposed directive to BP related to response actions | DSE001-015877-DSE001-015880 | FW | | Log 13 |
| SAT007-001763 | SAT007-001765 | 20100813 | DP | Moran, Kathryn, EOP | Garwin, Richard L., DOE | N/A | Email re Long-term Future of Abandoned Wells--MC252 as a Case in Point | Internal pre-decisional advice provided to senior manager regarding policy issues related to future oil exploration | SAT007-001763-SAT007-001765 | | SAT007-001763-SAT007-001764 | Log 15 |
| SAT007-006643 | SAT007-006645 | 20100716 | DP | Moran, Kathryn, EOP | Holdren, John P., EOP; Garwin, Richard L., SA | N/A | Email re Today's Science Telecon | Internal pre-decisional and deliberative discussion of policy issues relating to the response | SAT007-006643-SAT007-006645 | FW | | Log 16 |
| SAT007-006667 | SAT007-006668 | 20100716 | DP | Moran, Kathryn, EOP | Garwin, Richard L., SA; Holdren, John P., EOP | N/A | Email re Query on Termination of Shut-in Test | Internal pre-decisional and deliberative discussion of policy issues relating to the response | SAT007-006667-SAT007-006668 | PR | SAT007-6668 | Log 16 |
| SAT007-008301 | SAT007-008303 | 20100721 | DP | Holdren, John P., EOP | Garwin, Richard L., SA | N/A | Email re Reservoir depletion? | Internal pre-decisional and deliberative discussion of policy issues relating to the response | SAT007-008301-SAT007-008303 | PR | SAT007-8301;SAT007-8302 | Log 16 |
| SAT007-009107 | SAT007-009107 | 20100802 | DP | Slocum, Alexander H., SA | Moran, Kate, EOP; Chu, Steven, DOE; Hunter, Tom, DOE; Hickman, Steve, DOI; O'Connor, Rod, DOE; Owens, Missy, DOE; Dredd, Travis, DOE; Majumdar, Arun, DOE; Garwin, Richard L., SA; Cooper, George, SA; McCarroll, John, DOI; Trocquet, David J., DOI; Sogge, Ma | N/A | Email re Test Protocol | Internal pre-decisional discussion of edits to proposed protocol | SAT007-009107-SAT007-009109 | PR | SAT007-9107 | Log 15 |
| SAT007-009353 | SAT007-009354 | 20100802 | DP | Garwin, Richard L., SA | Moran, Kathryn, EOP; Majumdar, Arun, DOE; Domangue, Bryan, DOI; Blankenship, Douglas A., DOE; Trocquet, David J., DOI; Cooper, George, SA; Hickman, Steve, DOI; Hunter, Tom, DOE; McCarroll, John, DOI; Cook, Kevin S. RADM, DHS; Sogge, Mark K., DOI; McNutt, | N/A | Email re Test Protocol | Internal pre-decisional discussion of edits to proposed protocol | SAT007-009353-SAT007-009354 | PR | SAT007-9353 | Log 15 |