MINUTE ENTRY
WILKINSON, M.J.
MAY 29, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>In re: Triton Asset Leasing</u>;<br>Civil Action No. 10-2771 (Wisner Donation Motion for Partial Summary Judgment) | SECTION "J" (1) |

Pursuant to my previous order, Record Doc. No. 6521, a status conference by telephone was conducted today in this matter. Participating were Robert Wiygul, representing the Edward Wisner Donation; Steve Herman, plaintiffs' liaison counsel; Shannon Holtzman, Greg Johnson and Christopher Esbrook, representing BP.

Counsel reported that substantial progress is occurring as to an agreed-upon order that would resolve the issues raised in the referenced motion. They requested additional time within which to finalize their agreement. Accordingly,

**IT IS ORDERED** that a follow-up telephone conference at which counsel must report on their ongoing settlement efforts will be conducted by me on **June 13, 2012 at**

MJSTAR:  0 : 15

**3:30 p.m.** Submission by counsel of an agreed-upon order for court approval before that date may render the conference unnecessary.

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member case, C.A. No. 10-2771.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**