UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *Pleading Bundle B3* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**[Amending the briefing schedule for the Motions for Summary Judgment in the B3 Pleading Bundle]**

Regarding Nalco's and the Clean-Up Defendants' Motions for Summary Judgment filed on May 18, 2012,

IT IS ORDERED that the deadline for Nalco and the Clean-Up Defendants to file reply briefs is CHANGED from July 13, 2012 to **July 6, 2012**.  The deadline for filing opposition briefs, June 18, 2012 (*see* Rec. Docs. 5000, 6427), is unchanged.  Oral argument on these motions, if the Court deems necessary, will occur immediately after the Status Conference scheduled for Friday, July 13. 2012.

New Orleans, Louisiana, this 31st day of May, 2012.

_____
United States District Judge