IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORDER AUTHORIZING TRANSFER OF CERTAIN DATA
TO THE CLAIMS ADMINISTRATOR FOR THE ECONOMIC
LOSS AND PROPERTY DAMAGE SETTLEMENT AGREEMENT

**CONSIDERING** the joint motion of Class Counsel and BP, the Economic and Property Damages Settlement Agreement, and the record in these proceedings:

**IT IS HEREBY ORDERED**:

1. BP may provide the Claims Administrator with the following data in connection with the Vessels of Opportunity ("VoO") program: (i) participants in the VoO program; ii) information allowing the Claims Administrator to properly identify participants in the VoO program such as address, tax identification number, and vessel registration number; (iii) contracts entered into in connection with the VoO program; (iv) attendees of training for the VoO program; (v) on-hire requests in connection with the VoO program; and (vi) payments made for services provided in the VoO program.

2. BP may provide the Claims Administrator with data regarding vessel damage claims made to and paid by BP.

3. BP may provide the Claims Administrator with data identifying entities that sell or have sold or marketed BP-branded fuel, including jobbers and branded dealers.

**SIGNED AND ENTERED** this 31st day of May, 2012.

_____
United States District Judge