UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *Bundle A* (10-1921, 10-4252, 10-1540, | * | |
| 10-3066, 10-1502, 10-3815) | * | MAGISTRATE SHUSHAN |

### ORDER

[Scheduling Order re Andarko & MOEX's Motions to Dismiss certain Bundle A cases]

To the extent Anadarko and MOEX's Motions to Dismiss (Rec. Docs. 1210, 1212, 1215, 1218, 1219, 1223) respecting certain cases in Pleading Bundle A have not been rendered moot by settlement, voluntary dismissal, or otherwise,

IT IS ORDERED that any oppositions to Anadarko and MOEX's Motions to Dismiss (Rec. Docs. 1210, 1212, 1215, 1218, 1219, 1223), shall be filed by Friday, June 29, 2012. Any replies shall be filed by Friday, July 6, 2012. Oral argument, if the Court deems necessary, will follow the Status Conference scheduled for Friday, July 13, 2012.

New Orleans, Louisiana, this 31st day of May, 2012.

_____
United States District Judge