

**U.S. Department of Justice**

Environment and Natural Resource Division

---

*P.O. Box 761*
*Washington, DC 20044*
*202-514-0180*
*Sarah.Himmelhoch@usdoj.gov*

May 30, 2012

**BY ELECTRONIC MAIL**

Robert Gasaway
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
rgasaway@kirkland.com

     Re:    MDL 2179: US Interrogatory Responses

Dear Mr. Gasaway:

     I write in response to your letter of this afternoon.  Unfortunately, I believe you have misunderstood or misstated the commitment made by the United States to BP and in the status conference yesterday. I will provide in some detail the proposal that we made and that BP largely accepted by email and in several meet and confer discussions.

     On May 21, 2012, BP served three excel spreadsheets containing several individual sheets that, in effect, challenged every single privilege claim made by the United States except for the approximately 13,000 addressed in our May 15, 2012 response.  These spreadsheets were further subdivided into several categories.  I will address each category in turn and present our offer and my understanding of whether BP has agreed to that offer:

Excel File 1:  BP Challenges to DPP Entries on US Privilege Logs

     Spreadsheet 1:  Quantification List – 5,027 documents

          This spreadsheet challenges deliberative process privilege assertions made by the United States over documents on its May 11, 2012 quantification list.  The United States has proposed completing the release or provision of declaration of these documents within thirty days of the Court's order on BP's challenge to the May 15, 2012 deliberative process assertions.  BP does not agree with this proposal.  The matter is under submission to Judge Shushan.

Spreadsheet 2: Remaining – 86,134 documents

This spreadsheet challenges every single privilege assertion made by the United States not addressed by BP's prior challenges or other challenges of May 21, 2012. These documents are those that appear on the United States' privilege log and have not been segregated into Phase 1, Phase 2, or Later Phases groups. Today you have proposed that the United States complete the categorization of these entries by June 7, 2012. We cannot accomplish the task in that time with the other matters we are addressing. We propose that this categorization be completed within 30 days of Judge Shushan's ruling. This issue is ripe for discussion tomorrow.

Spreadsheet 3: Zantaz – 3,472 documents.

The United States has proposed responding to these challenges by either releasing the documents, providing a declaration, identifying the document as a later phases document, or identifying the document as irrelevant by July 31, 2012. BP has tentatively agreed to this deadline.

Spreadsheet 4: 2,548 from May 15 – 2,458 documents.

These documents have been identified by the United States as later phases documents. BP has tentatively agreed that these documents can be addressed at the conclusion of the Phase 2 discovery period, but reserved the right to challenge whether a document has properly been categorized. The United States agrees that BP has that right, assuming that BP allows the United States the same right with respect to BP's privilege claims and that BP agrees challenges to these documents are not part of the existing schedule 1 or schedule 2 briefing cycles.

Excel File 2: BP Challenges to AC-WP Entries on US Privilege Logs

Spreadsheet 1: Quantification List – 19 documents

The United States has responded to all of these challenges, by committing to release a certain number and providing supplemented entries for the remainder. Those over which the United States continues to assert a privilege are ripe for BP to brief on June 4, 2012.

Spreadsheet 2: Remaining – 35 documents

The United States has responded to all of these challenges, by committing to release a certain number and providing supplemented entries for the remainder. Those over which the United States continues to assert a privilege are ripe for BP to brief on June 4, 2012.

        Spreadsheet 3:  Zantaz – 456 documents.

        The United States has proposed responding to these challenges by either releasing the documents, providing a declaration, identifying the document as a later phases document, or identifying the document as irrelevant by July 31, 2012.  BP has tentatively agreed to this deadline.

Excel File 3:  BP Technical Challenges to US Privilege Logs

        Spreadsheet 1:  BP and Non-Contractor 3rd Parties – 163 documents.

        The United States has responded to all of these challenges, by committing to release a certain number and providing supplemented entries for the remainder.  Those over which the United States continues to assert a privilege are ripe for BP to brief on June 4, 2012.

        Spreadsheet 2:  Other Blanks – 193 documents

        The United States will respond to all of these challenges by May 31, 2012, by committing to release a certain number and providing supplemented entries for the remainder.  Those over which the United States continues to assert a privilege will be ripe for BP to brief on June 4, 2012.

        Spreadsheet 3:  BP3-Tech-NoP – 206 documents

        The United States will respond to all of these challenges by May 31, 2012, by committing to release a certain number and providing supplemented entries for the remainder.  Those over which the United States continues to assert a privilege will be ripe for BP to brief on June 4, 2012.

With respect to BP's response to the United States' challenges to BP's privilege claims, I defer to Scott Cernich, with whom you have been meeting to confer on these challenges.

        Sincerely,

        /s/ Sarah D. Himmelhoch

        Sarah D. Himmelhoch

cc:    The Honorable Sally Shushan
       Liaison & Coordinating Counsel