# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

May 30, 2012

**By Electronic Mail**

Sarah D. Himmelhoch
Environment & Natural Resources Division
U.S. Department of Justice
RFK Main Building
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

　　　　　　　　　Re:　　United States' May 11 Challenges to BP's Privilege Logs

Dear Sarah:

　　　　As we discussed on yesterday's written discovery conference call, BP and the United States will each provide by Thursday, May 31, a response to the other party's privilege log challenges that were served on May 11.

　　　　For its part, the United States will respond on May 31 to BP's challenges of entries that are unrelated to the deliberative process privilege or its Zantaz log — approximately 617 entries. BP, in turn, will on that same date provide responses to all 8,281 of the May 11 challenges the United States lodged against BP's privilege logs.

　　　　To avoid unnecessary confusion and contention, we would like to make clear that BP's May 31 responses to the United States' 8,281 privilege log challenges will be comprised of at least the following three lists: (1) entries to be removed from the logs (in these cases, BP will promptly produce the underlying documents); (2) edited privilege log entries; and (3) privilege log entries that BP will newly identify as being related to Phases of this litigation other than Phase 2.  You will be able to assume that BP continues to assert privilege as before over any of the 8,281 privilege log entries that do not appear on one of these lists.

　　　　BP's review of the Untied States' 8,281 challenges is ongoing, but BP currently has identified approximately 1,500 entries on the United States' two challenge lists that appear related to Phases of the litigation other than Phase 2.  We will provide a list of these entries that is as accurate as possible on Thursday, as previously agreed.

Chicago　　　Hong Kong　　　London　　　Los Angeles　　　Munich　　　New York　　　Palo Alto　　　San Francisco　　　Shanghai

## KIRKLAND & ELLIS LLP

Sarah D. Himmelhoch
May 30, 2012
Page 2

      In addition, we would like to propose a schedule for addressing both BP's and the United States' "other Phase" entries that will be identified on May 31. Specifically, we propose that BP and the United States each provide the other side with updated "other Phase" lists, based on further quality assurance, one week later, on Thursday, June 7, 2012.

      Any challenges the Parties may wish to bring to challenged documents that remain on an opponents' "other Phase" list could then be briefed according to a briefing schedule that is mutually agreeable to the Court and parties.

      Please let me know if this approach to "other Phase" entries is agreeable to the United States.

                                    Sincerely,

                                    Robert R. Gasaway

cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
Scott M. Cernich
A. Nathaniel Chakeres
Bethany Engel
Tom Benson
Joel M. Gross
Allison B. Rumsey
Plaintiffs' Liaison Counsel
Defense Liaison Counsel (dsc2179@liskow.com)