UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | ) ) ) ) ) | MDL 2179 <br><br> JUDGE BARBIER <br><br> SECTION "J" |
| Member case: Duong, et al. v. BP America Production Company, et al., 12-814 | ) ) ) ) | MAGISTRATE JUDGE WILKINSON <br><br> MAG. DIV. 2 |

**MOTION TO STAY PROCEEDINGS PENDING IMPLEMENTATION OF BP DEEPWATER HORIZON SETTLEMENT**

NOW INTO COURT, through undersigned counsel, come defendants BP Exploration and Production Inc. and BP America Production Company, who respectfully move this Court to temporarily stay further proceedings and suspend all responsive pleading and answer deadlines in the above-captioned action, pending implementation of the BP Deepwater Horizon settlement agreements.

WHEREFORE, for the reasons more fully set forth in the attached memorandum, BP Exploration & Production Inc. and BP America Production Company respectfully moves for an order temporarily staying these proceedings and suspending all responsive pleading and answer deadlines, pending implementation of the Economic Damages Settlement Agreement.

Dated: May 31, 2012	Respectfully submitted,

/s/ Don Haycraft
Don Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
dkhaycraft@liskow.com

Sallie Smylie
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
ssmylie@kirkland.com

*Attorneys for BP Exploration and Production Inc. and BP America Production Co.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 31st day of May, 2012.

/s/ Don Haycraft