# EXHIBIT 1

```
 1        A.   No.
 2        Q.   Okay.  You weren't sure why BP
 3   was down here engaging in a -- in a vessel of
 4   opportunity program overall?
 5        MR. ESBROOK:
 6             Objection to form.
 7        A.   I can't say, you know, what BP
 8   was -- was thinking at the time.
 9   EXAMINATION BY MR. LUNDY:
10        Q.   Do you -- do you have your own
11   understanding of what the VoO program's
12   purpose was in general, not just your
13   section, but the purpose of the entire
14   program?
15        A.   Not a full understanding, no.
16        Q.   Well, what understanding do you
17   have?
18        A.   Well, I know that there was a
19   need to on-hire vessels and provide them to
20   operations so that operations could use them
21   in their capacity.  And I understand that
22   there were a number of activities within
23   operations that the vessels of opportunity
24   were undertaking, including skimming, towing
25   boom, transporting, and other various
```

1  were determining how many vessels they
2  needed.
3  EXAMINATION BY MR. LUNDY:
4          Q.     Were you ever involved in any
5  discussions about how that number was
6  determined?
7          A.     No. Not directly on how that
8  number was determined, no.
9          Q.     Well, indirectly were you
10 involved in any discussions?
11         A.     No. I was involved in
12 discussions around different uses of VoO
13 vessels. So the activities that they would
14 be used for, but not in the number that would
15 be required for those activities.
16         Q.     Okay. We've talked -- earlier
17 you mentioned that some of them would be used
18 for skimming, correct?
19         A.     Correct.
20         Q.     And some may be used for
21 booming?
22         A.     That's right.
23         Q.     What other uses were the vessels
24 used for?
25         A.     So boom tending, skimming,

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1    picking up tar balls was -- was one.  Just
 2    tending boom was one and, you know,
 3    transporting -- transporting material,
 4    transporting people.  And in that way they
 5    could have been helping, like, the in situ
 6    burning.  So . . .
 7         Q.    And that was -- you -- that's
 8    what I was going to ask you about, the in
 9    situ burning.
10              So VoO vessels were used in
11    connection with in situ burning?
12         A.    In operations I don't know how
13    all the VoO vessels were used, so I don't
14    know.
15         Q.    Do you recall sending out
16    vessels to be involved in in situ burning?
17         A.    No, I don't recall that.
18         Q.    Then why did you indicate that
19    VoO vessels were used for in situ burning?
20         A.    What I indicated is that they
21    would be used in support of in situ burning.
22         Q.    And how would they be used in
23    sports of in situ burning?
24         A.    The only way that I specifically
25    know that they would be used in support of in
```