# EXHIBIT 3

MINUTE ENTRY
WILKINSON, M.J.
MAY 3, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG           CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010          MDL 2179

Member Case: Duong et al. v. BP America        SECTION "J" (2)
                Production Company et al.; 12-814

The captioned case was recently reassigned and referred to me by Judge Barbier. Record Doc. No. 6203. A status conference was conducted before me on this date. Participating were: Ryan Beasley, representing plaintiffs (via telephone); Don Haycraft, Ryan Babiuch and Sallie Smylie (via telephone), representing the BP defendants; Sean Brady and Andy Dupre, representing the DRC/Danos defendants.

All parties do <u>not</u> currently consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). However, counsel will continue to consider and discuss Section 636(c) consent while the following preliminary proceedings occur:

Counsel for BP advised that it will file a motion to stay to this case in light of the tentative settlement and other ongoing discussions in the MDL proceeding affecting

MJSTAR: 0 : 30

Vessels of Opportunity program claims. Because the motion will address and impact matters pending before the presiding district judge, it appears that BP's motion to stay this case should be determined by the district judge. Accordingly,

**IT IS ORDERED** that BP must file its motion to stay no later than **June 8, 2012** and notice it for submission before Judge Barbier.

Counsel for defendants also advised that they will file a motion for extension of time to file their responsive pleadings to a time <u>after</u> the motion to stay is decided. Plaintiffs' counsel advised that he has no objection. That motion may be submitted to me.

If BP's motion to stay is denied, I will schedule another preliminary conference for purposes of setting pretrial and trial dates, if appropriate, and require counsel to confer before then for all purposes contemplated by Fed. R. Civ. P. 26(f).

The Clerk is directed to file this minute entry in the records of <u>both</u> MDL 2179 <u>and</u> C.A. No. 12-814.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

2