UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                                            MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Deliberative Process Privilege("DPP")]**[1]

On May 29, 2012, BP submitted a letter brief challenging 21 of the remaining 119 DPP entries from BP's lists of 13,800 entries assembled from privilege logs served by the U.S.[2] These DPP entries are for Quantification-related documents. Rec. doc. 6228 at 1-2.

Pursuant to the May 11 order regarding completion of Phase Two document production for the U.S. and BP (Rec. doc. 6510) and on that date, the US. and BP were to identify documents on privilege logs served before May 1, 2012 that relate to Quantification. On May 21, 2012, the MDL 2179 parties were to serve any challenges to entries related to the Phase Two issues (Source Control and Quantification) on pre-May 1 privilege logs (aside from the 13,800 entries).

The U.S. reports that BP challenged:

1.     5,027 DPP entries on its May 11 list of Quantification-related documents.

2.     All other DPP entries on the pre-May 1 privilege logs (aside from the 13,800 entries).

3.     DPP entries from the Zantaz server.

---

[1] Prior orders relating to the deliberative process privilege include orders dated April 12, 2012 (Rec. doc. 6228), May 11, 2012 (Rec. doc. 6510 at 3), and May 22, 2012 (Rec. doc. 6568).

[2] The U.S. withdrew its DPP entries for all but 119 of the 13,800 documents. On June 5, 2012, the U.S. is required to submit its opposition along with the 21 documents for *in camera* review. BP's reply brief is due on June 8, 2012. Rec. doc. 6568.

    4.    DPP entries identified by the U.S. as relevant to later phases and not relevant to Phase One or Phase Two.[3]

On June 11, 2012, the MDL 2179 parties are required to serve any challenges to entries related to Phase Two on privilege logs served on or after May 1, 2012. Rec. doc. 6510 at 5. It is assumed that BP will challenge DPP entries on these privilege logs.

The U.S. will be producing documents after May 31, 2012. For example, the U.S. was ordered to re-collect data from 33 DOE custodians. It is assumed that: (1) the U.S. will submit privilege logs with DPP assertions for some of these documents; and (2) BP will challenge these DPP entries. Deadlines are not currently set for the production of these documents, service of privilege logs, and service of challenges to entries on the privilege logs.

Except for the 13,800 DPP entries for Quantification-related documents, the U.S. must complete the following steps for DPP entries on **all** privilege logs:

    A.    Identify the Phase Three or later phase documents where the DPP was asserted and which do not have to be produced in Phase Two.[4]

    B.    Review remaining DPP entries and produce the documents for which the DPP designation has been withdrawn.

    C.    Extrapolate the ruling on BP's May 29 challenge to the 21 documents to all remaining DPP entries after the completion of Steps A and B.

---

[3] This report from the U.S. was supplied in a letter dated May 30, 2012 from Sarah Himmelhoch to Robert Gasaway which will be filed in the record.

[4] The parties' right to challenge the categorization of documents into Phase Three or later phases is reserved.

D. Produce further samples of documents the U.S. contends that it is not required to produce as a result of the Court's ruling on BP's May 29 challenge so that the Court can determine that the U.S. properly extrapolated the ruling to DPP entries remaining after the completion of Steps A and B.

E. Where necessary, the U.S. shall provide additional declarations.

The U.S. shall work **now** to complete Steps A and B on a rolling basis.

<u>Privilege Logs Served by May 31</u>

For privilege logs served by May 31, 2012, the U.S. shall **complete** Steps A and B within twenty (20) days of the entry of the order ruling on BP's May 29 challenge. After entry of the order, the U.S., BP and the Court shall confer on a schedule for the completion Steps C, D and E.

<u>Privilege Logs Served After May 31</u>

For privilege logs served after May 31, 2012, the U.S. shall **complete** Steps A and B within twenty (20) days of the service of the privilege logs. After entry of the order, the U.S., BP and the Court shall confer on a schedule for the completion Steps C, D and E.

New Orleans, Louisiana, this <u>31st</u> day of <u>May</u>, 2012.

          **SALLY SHUSHAN**
          **United States Magistrate Judge**