UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### FIRST AMENDED ORDER[1]

### [Regarding Rule 30(b)(6) Depositions for Phase Two]

Parties have requested the following Rule 30(b)(6) depositions for Phase Two (quantification and source control). Below is the current status of each:

| | Notice Completed | Responsible Party | Deposition Length |
|---|---|---|---|
| **Add Energy** | Y | U.S. | One Day[2] |

The U.S. communicated with Add Energy concerning the deposition. All of the documents for Add Energy were produced by it.

| | | | |
|---|---|---|---|
| **Anadarko** | N | PSC | |

By June 14, 2012, Anadarko and the PSC will submit letter briefs (no longer than 5 pages) on the remaining unresolved issues for the Rule 30(b)(6) notice.

---

[1] On May 23, 2012, an order regarding Rule 30(b)(6) Depositions for Phase Two (Rec. doc. 6578) was issued. Transocean was omitted from this order. On May 29, BP circulated draft subpoenas to non-parties. Draft subpoenas for the following were not on the May 23, 2012 order: (1) Columbia University; (2) Purdue University; (3) University of California, Santa Barbara; and (4) University of California, San Diego.

[2] On February 3, 2012, the Phase Two depositions of Add Energy Group and Statoil were each limited to one day. Rec. doc. 5575.

| | | |
|---|---|---|
| **BP Institute** | Y | U.S. |
| **BP** | N | U.S. |

The parties were to attempt to resolve the Rule 30(b)(6) notice for the deposition of BP, including source control topics. By noon on Wednesday, June 6, 2012, BP and the U.S. were to report on any topics where disagreement remains. The Court will resolve those on June 8.

| | | |
|---|---|---|
| **Cameron** | N | PSC |

Cameron and PSC report they will reach agreement on the notice.

| | | |
|---|---|---|
| **Columbia University** | N | PB |

It is assumed that the U.S. objects to this notice as untimely and duplicative of topics in the notice to it. The parties are to confer on any objections. If not resolved they will propose a briefing schedule.

| | | |
|---|---|---|
| **Cudd Well Control** | Y | Anadarko |
| **DNV** | Y | ? |
| **Exxon/Mobil** | Y | PSC |
| **Gemini Solutions, Inc.** | N | BP |

The U.S. objects to this notice as untimely and duplicative of topics in the notice to it. The parties are to confer on the objections. If not resolved they will propose a briefing schedule.

| | | |
|---|---|---|
| **Halliburton** | Y | ? |

There is agreement that HESI will be deposed in August. By mid-June it will identify its designees and determine dates for their availability in August.

| | | |
|---|---|---|
| **Intertek Group, plc** | Y | U.S. |

| | | | |
|---|---|---|---|
| **Isotech Laboratories, Inc.** | Y | U.S. | |

See Weatherford entry below.

| | | | |
|---|---|---|---|
| **Kelkar and Associates** | | BP | |

The U.S. objects to this notice as untimely and duplicative of topics in the notice to it.  The parties are to confer on the objections.  If not resolved they will propose a briefing schedule.

| | | | |
|---|---|---|---|
| **MOEX** | Y | BP | |

Deferred at the request of the U.S.

| | | | |
|---|---|---|---|
| **Oceaneering** | Y | PSC | |
| **Pencor** | Y | U.S. | |
| **Purdue University** | N | BP | |

It is assumed that the U.S. objects to this notice as untimely and duplicative of topics in the notice to it.  The parties are to confer on any objections.  If not resolved they will propose a briefing schedule.

| | | | |
|---|---|---|---|
| **R.G. Hughes & Associates** | N | BP | |

The U.S. objects to this notice as untimely and duplicative of topics in the notice to it.  The parties are to confer on any objections.  If not resolved they will propose a briefing schedule.

| | | | |
|---|---|---|---|
| **RRB** | Y | Transocean | |
| **Schlumberger** | Y | PSC | |
| **Statoil** | Y | ? | One Day |
| **Stress Engineering** | Y | PSC | |
| **Transocean** | Y | BP | |
| **United States** | Y | BP | |

| | | |
|---|---|---|
| **UC, San Diego** | N | BP |

It is assumed that the U.S. objects to this notice as untimely and duplicative of topics in the notice to it. The parties are to confer on any objections. If not resolved they will propose a briefing schedule.

| | | |
|---|---|---|
| **UC, Santa Barbara** | N | BP |

It is assumed that the U.S. objects to this notice as untimely and duplicative of topics in the notice to it. The parties are to confer on any objections. If not resolved they will propose a briefing schedule.

| | | |
|---|---|---|
| **Weatherford Laboratories** | Y | U.S. |

The U.S. has requested the Rule 30(b)(6) deposition of Isotech which was acquired by Weatherford. The U.S. will circulate the notice for Isotech to Weatherford and determine whether it prefers a combined deposition.

| | | |
|---|---|---|
| **Wild Well Control** | Y | Anadarko |
| **Woods Hole** | Y | BP |

BP reported that Woods Hole has been served with a Rule 30(b)(6) notice for its deposition. A scheduling order for resolution of objections has been entered.

| | | |
|---|---|---|
| **Worldwide Oilfield Machine**, Inc. | Y | U.S. |
| **Unidentified FRTG Plume and Mass Balance Teams** | N | BP |

\* \* \*

No Rule 30(b)(6) notices were proposed for Alabama, Louisiana, M-I Swaco and Dril-Quip and therefore there is no need to depose them in connection with Phase Two.

New Orleans, Louisiana, this <u>1st</u> day of <u>June</u>, 2012.

_____
**SALLY SHUSHAN**
**U.S. MAGISTRATE JUDGE**