MINUTE ENTRY
SHUSHAN, M.J.
JUNE 1, 2012

**MJSTAR: 0:35**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE | CIVIL ACTION |
| OIL RIG "DEEPWATER HORIZON" | |
| IN THE GULF OF MEXICO, ON APRIL 20, 2010 | NUMBER: 10-MDL-2179 |
| | SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, JUNE 1, 2012 AT 9:30 A.M.

CASE MANAGER:        Charles A. Armond

COURT REPORTER:    Karen Ibos

　　A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:    See attached sign-in sheets for attorneys who participated in person and via telephone.