# CONFERENCE ATTENDANCE RECORD

DATE: 6-1-12     TIME: 09:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY
STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Gwen Richard | " " |
| Sean Fleming | " " |
| Stefanie Major | " " |
| Lauren Mitchell | " " |
| David Jones | CAM |
| Sarah Fiams | Anadarko |
| Tony Fitch | " |
| Brian Barr | PSC |

## CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jimmy Williamson | PSC |
| Douglas Kraus | LA |
| Rob Gasaway | BP |
| Andy Langan | BP |
| Ryan Babiuch | BP |
| Scott Cernich | US |
| Steve O'Rourke | US |
| Corey Maze | AL |
| Win Sinclair | AL |

# CONFERENCE ATTENDANCE RECORD

DATE: _____    TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Daniel Dysart | Transocean |
| Steve O'Rourke | USA |
| Don Haycraft | BP |
| Rob Gasaway | BP |
| Steve Luxton | M-I |
| David Baay | TO |
| Luis Li | TO |
| Anthony Irpino | PSC |
| Steve Herman | PSC |

## JUNE 1, 2012 BP WGC FOR PHASE TWO CONFERENCE

Bill Stradley

Shawn Brennan

Mark Nomelini

Joe Eiserert

Nat Chakeris

Ted Srkerides

Jeremy Rush

Mike Petrino

Allan York

Abby Andre

Mike Underhill

Sarah Hemmelhoch

Jeff Clark

Joseph Russell

Allen Weigel

Steven Flynn

Aditya Bamzai

Tom Ganucheau

Grant Davis