**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * | HONORABLE CARL J. BARBIER |
| | * * * * | MAGISTRATE JUDGE SUSHAN |

_____

**MOTION FOR LEAVE TO FILE DIRECT FILE SHORT FORMS**

Now into Court, through undersigned counsel, comes Six Chuter Charters Inc., Shaun Raemund Chute, and Patricia Ann Chute ("Claimant's"), identified in the attached Direct Filing Short Forms, who move the court to allow the filing of the attached Direct Filing Short Forms in the limitation proceeding in MDL No. 2179, and as grounds therefore, assert the following:

1. No prejudice will result from the acceptance of these proposed filings;

2. The applicable limitations for Claimant's claims have not yet run;

3. Claimants have not previously sought relief from this Court;

4. Claimants have at all times prior to this filing attempted to resolve their respective claims exclusively by and through submissions made to the Golf Coast Claims Facility and have therefore abstained from seeking relief through the Court; and

5. Claimants have instructed undersigned counsel to assist in filing the attached Direct Filing Short Forms for their respective injuries and/or damages caused by the incidents sued upon in the aforementioned proceedings.

Wherefore Claimant's respectfully request that this Court grant this Motion For Leave to file Short Forms and deem said Direct Filing Short Forms as timely filed in this Action.

**DATED:  MAY 29, 2012**

Respectfully Submitted,


/s/ David M. Abercrombie
David M. Abercrombie
Hawai'i Bar # 2379
635 N. Barfield Dr.
Marco Island, FL 34145
239 – 206 – 4275
Aberlaw@cs.com

**ATTORNEY FOR CLAIMANTS**


**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May 2012, a copy of the foregoing has been served upon counsel of record in this action by electronic service through the Courts CM/ECF.


/s/ David M. Abercrombie
David M. Abercrombie