**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte  500 Camp St., Room C-151
Clerk  New Orleans, LA 70130

May 30, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit          APPEAL NO. 12-30012
200 South Maestri Street
New Orleans, LA  70130

    IN RE: In Re: Deepwater Horizon CA 10-9999 'J'

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

    ____ 1) Record on appeal consisting of:

        __ Volume(s) of record   __ Volume(s) of transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits___ Box ___ Envelope __ Folder

    ___ 2) Supplemental record, Docs. _____

    ___ 3) SEALED Doc. ____

    _X_ 4) Other: **1 vol of designated documents**

                                    Very truly yours,

                                    By____MMV_____
                                        Deputy Clerk