**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte                                              500 Camp St., Room C-151
Clerk                                                         New Orleans, LA 70130

May 30, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit          APPEAL NO. 12-30012
200 South Maestri Street
New Orleans, LA  70130


IN RE: In Re: Deepwater Horizon CA 10-1156 'J'


Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_\_    1) Record on appeal consisting of:

          \_\_ Volume(s) of record    \_\_ Volume(s) of transcript

          \_\_\_ Volume(s) of depositions

          \_\_\_ Container(s) of exhibits\_\_\_ Box  \_\_\_ Envelope  \_\_ Folder

\_\_\_\_    2) Supplemental record, Docs. \_\_\_\_\_

\_\_\_\_    3) SEALED Doc. \_\_\_\_

  X     4) Other: **1 vol of designated documents**

                                          Very truly yours,

                                          By_____MMV_____
                                          Deputy Clerk