UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Camp St., Room C-151
New Orleans, LA 70130

May 30, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
200 South Maestri Street
New Orleans, LA 70130

APPEAL NO. 12-30012

IN RE: In Re: Deepwater Horizon CA 10-2771 'J'

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

    ____ 1) Record on appeal consisting of:

        __ Volume(s) of record    __ Volume(s) of transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Box ___ Envelope __ Folder

    ____ 2) Supplemental record, Docs. _____

    ____ 3) SEALED Doc. ____

    _X__ 4) Other: **1 vol of designated documents**

Very truly yours,

By____MMV_____
Deputy Clerk