UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Working Group Conference on Friday, June 1, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### BOP & Capping Stack.

BP reported on a proposal for laser scanning and measuring with a profilometer. A proposed protocol will be circulated to all parties.

Captain Englebert reports that NASA is prepared for hurricane season as regards the storage of the BOP, Capping Stack and other material.

Transocean will issue a letter to the parties outlining the nature of the spare routine maintenance parts for the Deepwater Horizon in its possession.

### PHASE ONE "CLEAN-UP"

1. **Halliburton Computer.**

    Halliburton reported that: (a) the protocol was signed; (2) the files are in Boston; (3) the model will be run by Elyesium on June 4; (4) Mark Savory will participate by phone; and (5) the work should be complete on June 4.

**2.      Documents produced to the PSC.**

The PSC reported that within thirty days, it should determine whether there are any issues concerning the Phase One documents it recently received. This will be passed until July 6.

## PHASE TWO

**1.      Phase Two Stipulations.**

    A.      Original Phase Two Stipulations.[1]

The deadlines for the work on these stipulations is extended by one week. If agreement cannot be reached, by noon on **Thursday, June 7, 2012**, BP shall present a report on those items on which the parties were unable to agree. After the June 8, 2012 conference, the Court will meet with the parties to resolve the remaining disagreements on the stipulations.

    B.      PSC's Spill Preparation Stipulations.

The Court reviewed the PSC's proposed stipulations on the spill preparation issue. After the June 22, 2012 conference, the Court will meet with the PSC, BP, the U.S. and other interested parties to discuss the PSC's proposal.

    C.      Transocean's "Person-in-Charge" Stipulations.

The Court reviewed Transocean's proposed stipulations that it contends are related to the "person-in-charge" issue. A telephone call will be scheduled with counsel for Transocean.

**2.      BP and U.S. Document Production.**

There have been conferences with the U.S. and BP. A further telephone conference is set for Tuesday, June 5, 2012. Transocean and Halliburton will participate regarding their challenges

---

[1] On May 8, BP (Michael Occhuizzo) circulated by email: (a) the last version (February 3, 2012) of Phase Two Stipulations; (b) a tracking chart showing the parties' positions with respect to these stipulations; and (c) a February 21 counter-proposal from BP and the U.S.

to entries on privilege logs served by the U.S. and BP.  Transocean reported that it is working with Halliburton, the U.S. and BP to narrow the challenges.

The U.S. reported on production by the Coast Guard.

3.      **Amended Schedule I Briefing on Challenges to Privilege Log Entries.**

On May 11, 2012, an order was issued regarding completion of Phase Two document production for the U.S. and BP.  Rec. doc. 6510.  Schedule I of the order applies to privilege logs served before May 1, 2012.  The parties requested modification of the Schedule I briefing.

Schedule I is modified as follows:

| | |
|---|---|
| 05/11/12 | BP and the U.S. shall identify documents on the Schedule I Privilege Logs that relate to Quantification. |
| | **Completed**. |
| 05/21/12 | BP and the U.S. will serve any challenges to entries related to Phase Two issues on the Schedule I Privilege Logs (aside from the 13,800 Entries).  The other MDL 2179 parties shall serve such challenges within forty-eight hours of that date. |
| | **Completed.** |
| 05/28/12 | Deadline for the applicable parties to meet and confer on the May 21, 2012 challenges. |
| | **Completed**. |
| **06/08/12** | BP and the U.S. will report any changes to their respective privilege logs in light of challenges brought. |
| **06/16/12** | The challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents for *in camera* review.  The lists |

|  |  |
|---|---|
|  | for BP and the U.S. may not exceed 50 documents per type of privilege challenged. The other MDL 2179 parties may submit supplemental lists (not to exceed 10 documents per type of privilege challenged). In selecting documents for *in camera* review, the other MDL 2179 parties will confer and coordinate among themselves and agree on the same 10-document (or less) set. |
| **06/26/12** | The parties shall submit responses to the June 16, 2012 filings along with *in camera* submission of the selected documents identified by the challenger(s) in the June 16, 2012 filings. |
| **07/02/12** | The parties shall submit replies in support of the June 16, 2012 filings. The Court will rule as promptly as possible. After the Court rules, a schedule will be set for BP and the U.S. to complete the extrapolation and verification process. The target for completion will be on or about July 20, 2012. |

**4.**     **Document Production by Parties Other than BP and the U.S.**

|  |  |
|---|---|
| Anadarko | It should complete document production and service of privilege logs by June 15. |
| Transcoean | It has completed document production. It will serve its remaining privilege log by June 8. |
| Cameron | It should complete document production and service of privilege logs by June 15. |
| Louisiana | It will complete document production on June 1. There are no further privilege logs to be served. |
| HESI | It will complete document production by June 15 and privilege logs by June |

22.

5. **Rule 30(b)(6) notices for the depositions of all parties.**

On June 1, 2012, the Court issued a first amended order regarding Rule 30(b)(6) depositions for Phase Two. Rec. doc. 6605. Anadarko was incorrectly identified as the responsible party for Cudd Well Control and Wild Well Control. The PSC is the responsible party for those notices.

The U.S. renewed its objections to BP's addition of reservoir team contractors. BP and the U.S. shall confer and present a briefing schedule for this issue.

## CONFERENCE SCHEDULE

| | |
|---|---|
| Friday, June 8, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 15, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, June 22, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 29, 2012 | **No Conference** (Fourth of July weekend) |
| Friday, July 6, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 13, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, July 20, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 27, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 3, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 10, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 17, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, August 24, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 31, 2012 at 9:30 a.m. | WGC meeting |

| | |
|---|---|
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |
| Tuesday, December 18, 2012 at 8:30 a.m. | Final Pretrial Conference with Judge Barbier |
| Friday, December 21, 2012 | **No Conference** (Christmas) |
| Friday, December 28, 2012 at 9:30 a.m. | WGC meeting |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 4th day of June, 2012.

                                              SALLY SHUSHAN
                                              U.S. MAGISTRATE JUDGE