UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>12-968 and 12-970; cases within pleading bundles B1 and B3 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

PRETRIAL ORDER NO. 49

[Establishing Special Docket for Filing Objections to the Proposed Settlements]

To facilitate the efficient and effective management and prosecution of the coordinated actions herein, the Clerk of Court has created Civil Action no. 10-7777 for the **sole** purpose of filing objections to either the Economic and Property Damages Settlement Agreement (Rec. Doc. 6430) or the Medical Benefits Class Action Settlement (Rec. Doc. 6427) (collectively, the "Settlement Agreements").

**IT IS ORDERED** as follows:

1. The **only** pleadings to be filed in C.A. 10-7777 shall be objections to the Settlement Agreements. No responses, motions, or opt-outs shall be filed in C.A. 10-7777.

2. Objections should be made in accordance with and pursuant to the procedures outlined in the Orders granting preliminary approval of the Settlement Agreements (Rec Doc. 6418 p. 39 (Economic); Rec. Doc. 6419 pp. 24-26 (Medical)) and the Class Notices for the

        Settlement Agreements.[1]

3.     An objection should clearly indicate whether it pertains to the Economic and Property Damages Settlement Agreement or the Medical Benefits Class Action Settlement. If an objector wishes to object to both Settlement Agreements, separate objections must be filed. An objector may not file a single objection to both Settlement Agreements.

        New Orleans, Louisiana, the 4th day of June, 2012.

                                                                           United States District Judge

---

[1] Attorneys may electronically file an objection by logging into CM/ECF and selecting "Civil." Under the BP Oil Spill menu, select "Objection to Settlement, CA 10-7777."

*Pro Se* (unrepresented) parties should mail their objections to:

    Attn: BP Settlement Objections
    U.S. District Court
    500 Poydras Street, Room C-151
    New Orleans LA 70130