UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Completion of Phase Two Document Production for the U.S.]**

This order applies to the United States' remaining production of Source Control and Quantification of Discharge ("Quantification") documents as those two terms are defined by PTO No. 41 (Rec. doc. 4083).

### Deadlines for Production by the U.S.

06/30/12     Production of documents by the U.S. from the custodial files of Coast Guard custodians Thad Allen and Charlie Henry in accordance with the agreed search-criteria, together with the associated privilege logs.

08/15/12     Production of documents by the U.S. from the custodial files of the DOE custodians identified below,[1] as previously ordered by the Court on May 22, 2012, in accordance with search-criteria to be agreed between BP and the U.S., together with associated privilege logs:

    Ammerman, Curtt
    Behr-Andres, Christina
    Bickel, Thomas C.
    Black, Stephen J.
    Blankenship, Douglas

---

[1] BP and the U.S. will confer on prioritizing the production by witnesses. Production will be made on a rolling basis with August 15, 2012 being the deadline for completion of all steps in the production.

    Borns, David J.
    Bowen, Amy
    Burns, Mike
    Chavez , Anne K.
    Chinn, Diane
    Dykhuizen, Ron
    Ferencz, Robert
    Gauglitz, Philip
    Gibbs, Scott
    Girrens, Steve
    Griffiths, Stewart
    Guthrie, George
    Havstad, Mark A.
    Miller, Wayne
    Mohaghegh, Shahab
    Morrow, Charles W.
    Oldenburg, Curt
    Pawar, Rajesh
    Perfect, Scott
    Pilch, Marty
    Ratzel, Arthur
    Rees, William
    Shaffer, Franklin
    Sims, James R.
    Tatro, Marjorie
    Tieszen, Sheldon
    Warner, Bruce E.
    Weisgraber, Todd H.

The dates for the production of other Coast Guard documents from the spill archive, as well as the production from Secretary Steven Chu, will be addressed in a separate order.

**The deadline for any appeal of this order is Monday, June 11, 2012.  The effect of this Order will not be suspended pending appeal except by order of Judge Barbier.**

New Orleans, Louisiana, this 5th day of June, 2012.

                    _____
                    **SALLY SHUSHAN**
                    **United States Magistrate Judge**