IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * | Magistrate Judge Shushan |

**CLAIMS ADMINISTRATOR'S STATUS AND FINAL REPORT ON THE TRANSFER OF CLAIMS, CLAIMS-RELATED INFORMATION, FILES AND DATA**

The Claims Administrator files this Report pursuant to Paragraph 6 of the Court's Order of May 22, 2012, directing the Claims Administrator to issue a status report to the Court documenting the transfer of claims, claims-related information, files and data from the Gulf Coast Claims Facility ("GCCF") and Claims Information from the Transition Process.

**I.  Overview of GCCF Information, Files and Data.**

The GCCF stored claims-related information, documents, files and databases across seven servers. Collectively, those servers held 5,377,399 documents encompassing nearly six Terabytes of space.* Additionally, the GCCF had associated multiple databases with the inputted data on those servers, totaling 192 Gigabytes. The GCCF databases housed more than 1,100 tables, each of which stored claims-related information.

**II.  Transfer of GCCF Claims-Related Information, Files and Data.**

At the instruction of the Claims Administrator, the Transition Coordinator created an exact copy of the GCCF servers as they existed when the Transition ended at midnight on June 3,

---

* To put this in perspective, one Terabyte could hold 1,000 copies of the Encyclopedia Britannica. Ten Terabytes could hold the entire printed collection of the Library of Congress.

2012. This copy of the database servers included: (1) every image of every file claimants had submitted to the GCCF/Transition; and (2) all data associated with these claimants and the GCCF's review of their claims, if such claims were submitted and entered into the database on or before midnight on June 3, 2012, when the Transition Process ended.

The Claims Administrator initiated the Court Supervised Settlement Program at 7:00 a.m. CST on June 4, 2012, making its online application available to claimants who wish to submit a claim. At that time, the Court Supervised Settlement Program immediately connected to the servers containing the cloned GCCF/Transition claims, gaining access to all GCCF/Transition claims-related information, files, and data.

The Claims Administrator and the Court Supervised Settlement Program's claims review system have complete access to the former GCCF/Transition database. Each claimant who completes an online Registration Form, verifies his or her identity, and enters a GCCF claimant ID will gain access to the records he or she submitted to the GCCF. The transfer of claimant specific information for viewing by the claimant is immediate upon activation by a former GCCF/Transition claimant of a record in the new system. If a claimant does not submit a claim using the online application but instead completes a hard-copy Claim Form, the Claims Administrator has access to all the information the claimant previously filed and all data generated by the GCCF in its handling of that claimant's claims.

### III. Final Report to the Court.

This Court's Order dated May 22, 2012, directed the Claims Administrator to issue a final report to the Court after the transfer of Transition Claims, claims-related information, files and data is complete. Because the Transition Claims and claims-related data and information are

subsumed within the GCCF/Transition database, all of which has been transferred and integrated into the Settlement Program's databases, this transfer is now complete.

Respectfully Submitted,

Patrick A. Juneau
**Claims Administrator**
**June 5, 2012**