UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG  * | MDL NO. 2179 |
| "DEEPWATER HORIZON"  * | 2:10-md-02179 |
| IN THE GULF OF MEXICO,  * | |
| ON APRIL 20, 2010  * | JUDGE CARL BARBIER |
|   * | |
| RONALD CARRONE,  * | SECTION "J"(1) |
| CAROL CARRONE,  * | |
| ANDREW J. DUPLESSIS, JR.,  * | MAG. SALLY SHUSHAN |
| BAY T. DUPLESSIS,  * | |
| Plaintiffs  * | Member Case: 10-8888, |
|   * | 10-2771 |
|   * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO WITHDRAW AS COUNSEL

**MAY IT PLEASE THE COURT:**

NOW COME Movants, SIDNEY D. TORRES, III, ROBERTA L. BURNS, CHRISTOPHER I. GANT, and BEAU F. CAMEL of/and the LAW OFFICES OF SIDNEY D. TORRES, III, APLC, attorneys of record for RONALD CARRONE, CAROL CARRONE, ANDREW J. DUPLESSIS, JR. and BAY T. DUPLESSIS, Plaintiffs in the above-captioned and numbered causes, who file this Motion to Withdraw as Counsel, and respectfully aver as follows:

1.

Movants, SIDNEY D. TORRES, III, ROBERTA L. BURNS, CHRISTOPHER I. GANT, and BEAU F. CAMEL of/and the LAW OFFICES OF SIDNEY D. TORRES, III, APLC, would show that Plaintiffs, RONALD CARRONE, CAROL CARRONE, ANDREW J. DUPLESSIS, JR. and BAY T. DUPLESSIS, no longer desiring to continue the attorney-client relationship with Movants, have retained other counsel, and have requested that Movants discontinue their representation in the

above-captioned matter. Therefore, Movants would show that it would be in the best interest of this litigation and of both Plaintiffs and Movants to allow said Movants to withdraw as attorneys of record for Plaintiffs herein.

2.

Movants represent that Movants' last known address for Plaintiffs, RONALD CARRONE and CAROL CARRONE, is:

> Ronald Carrone
> Carol Carrone
> 126 Marlin Drive
> Slidell, LA 70461

3.

Movants represent that Movants' last known address for Plaintiffs, ANDREW JOSEPH DUPLESSIS, JR. and BAY T. DUPLESSIS, is:

> Andrew Joseph Duplessis, Jr.
> Bay T. Duplessis
> 112 Marlin Drive
> Slidell, LA 70461

4.

It is Movants' understanding that all Plaintiffs have retained the services of other counsel:

> Waltzer & Wiygul, LLP
> 14399 Chef Menteur Highway, Suite D
> New Orleans, LA 70129.

5.

This Motion is not filed for the purpose of delay, and should not affect any pending deadlines set by the Court.

WHEREFORE, premises considered, Movants, SIDNEY D. TORRES, III, ROBERTA L. BURNS, CHRISTOPHER I. GANT, and BEAU F. CAMEL of/and the LAW OFFICES OF SIDNEY D. TORRES, III, APLC, attorneys of record for Plaintiffs, RONALD CARRONE, CAROL CARRONE, ANDREW J. DUPLESSIS, JR. and BAY T. DUPLESSIS, pray that this Honorable Court grant this Motion in all respects and allow SIDNEY D. TORRES, III, ROBERTA L. BURNS, CHRISTOPHER I. GANT, and BEAU F. CAMEL of/and the LAW OFFICES OF SIDNEY D. TORRES, III, APLC, to withdraw as counsel for Plaintiffs listed herein in the above-captioned matters.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
CHRISTOPHER I. GANT, La. Bar No. 24424
BEAU F. CAMEL, La. Bar No. 30231
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:     storres@torres-law.com
          rburns@torres-law.com
          cgant@torres-law.com
          bcamel@torres-law.com

**CERTIFICATE OF SERVICE**

    I do certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on All Counsel by electronically filing same with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this **6**[th] day of **June, 2012**.

 

                                                              s/ Roberta L. Burns
                                           **ROBERTA L. BURNS, ESQ.**