UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG * <br> "DEEPWATER HORIZON" * <br> IN THE GULF OF MEXICO, * <br> ON APRIL 20, 2010 * <br> * <br> RONALD CARRONE, * <br> CAROL CARRONE, * <br> ANDREW J. DUPLESSIS, JR.;* <br> BAY T. DUPLESSIS, * <br> Plaintiffs * <br> * | | MDL NO. 2179 <br> 2:10-md-02179 <br> <br> JUDGE CARL BARBIER <br> <br> SECTION "J"(1) <br> <br> MAG. SALLY SHUSHAN <br> <br> Member Case: 10-8888, <br> 10-2771 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing EX PARTE MOTION TO WITHDRAW AS COUNSEL:

IT IS HEREBY ORDERED that the Motion of SIDNEY D. TORRES, III, ROBERTA L. BURNS, CHRISTOPHER I. GANT, BEAU F. CAMEL, of/and LAW OFFICES OF SIDNEY D. TORRES, III, APLC, attorneys of record for Plaintiffs, RONALD CARRONE, CAROL CARRONE, ANDREW J. DUPLESSIS, JR. and BAY T. DUPLESSIS, is hereby GRANTED, and that SIDNEY D. TORRES, III, ROBERTA L. BURNS, BEAU F. CAMEL, CHRISTOPHER I. GANT of/and LAW OFFICES OF SIDNEY D. TORRES, III, APLC are herby withdrawn as counsel of record for Plaintiffs, RONALD CARRONE, CAROL CARRONE, ANDREW J. DUPLESSIS, JR. and BAY T. DUPLESSIS, in the above-captioned matters.

Signed this _____ day of _____ 2012, in New Orleans, Louisiana.

_____
**J U D G E**