<div align="center">

UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

</div>

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

<div align="center">

### DECLARATION OF GREGORY H. WOODS
### ASSERTING THE DELIBERATIVE PROCESS PRIVILEGE

</div>

I, Gregory H. Woods, hereby declare as follows:

1. I am the General Counsel of the United States Department of Energy (DOE). I am employed by DOE, which is located at 1000 Independence Avenue SW, Washington, DC 20585.

2. On September 22, 2009, the Secretary of Energy delegated to DOE's General Counsel the authority to assert in litigation the deliberative process privilege and other legally-recognized privileges (DOE Delegation Order No. 00-015.00B §1.10).

3. I have received a personal briefing from attorneys in the DOE Office of General Counsel, Litigation Division, regarding the matters discussed below.

4. DOE has produced, and is working to produce, documents responsive to the Defendants' Request for Production of Documents in the above-captioned case. I have been advised that, to date, DOE has produced over 169,000 documents in electronic format, including paper documents that were converted to electronic format and that this count does not include Oil Spill Commission records or the more than 550,000 documents produced by DOE's National Nuclear Security Administration.

5. Attached to this Declaration is a list of twenty-eight (28) documents for which DOE asserts the deliberative process privilege. I have relied on the description of the documents provided by my staff, and the evaluation of the documents made by my staff, as set forth below in making this Declaration.

6. As described in the summary set forth in paragraph 7 below, the twenty-eight (28) documents at issue consist of email communications among the Secretary of Energy, Steven Chu, or his Science Advisory Team (a group of government officials and prominent scientists formed by Secretary Chu to assist in responding to the Deepwater Horizon event); individuals facilitating the flow of information to the Team; and senior officials from DOE and other agencies, including the Executive Office of the President (EOP) expressing opinions and making recommendations on pre-decisional policy matters relating to the Deepwater Horizon oil spill response. My staff has consulted with other federal agencies involved in these communications and evaluated the documents and applicable legal precedent. On the basis of those consultations and evaluations, on which I have relied, disclosure of these documents would chill the open and candid discussion of internal opinions, ideas and strategies concerning development of policy during situations such as the Deepwater Horizon oil spill and would hinder DOE's ability to participate in open discussion of matters of concern with decision makers both internally and with other federal agencies, including EOP.

7. The emails referenced above are grouped into the following categories: A) policy matters relating to the exchange of information with the public; B) policy matters relating to the issuance of guidance and directives to BP; and C) policies relating to whether to require the commencement or termination of actions, such as activities involving relief wells, well

shut-in, testing and analysis. A description of the documents in those categories provided by my staff for purposes of this declaration follows:

**A. Deliberations On Policy Matters Pertaining to the Use and Distribution of Information to the Public.** Disclosure of the emails, or redacted portions thereof, in this category would chill the open and candid discussion of matters regarding how DOE, in conjunction with other agencies, develops policy on the solicitation of, reliance upon, and communication of information; disclosure would also hinder DOE's ability to have an open exchange of ideas regarding such pre-decisional policies with decision makers both internally and with other federal agencies and EOP.

  i. The redacted portion of the email entitled "Re: Issues/concerns for upcoming 'principals' discussions on the Gulf" (SAT007-002560) reflects the opinion of Kathryn Moran (EOP), expressed to John Holdren (EOP) and Richard Garwin (Science Team Member) concerning policy issues related to the timing of release of information to the public.

  ii. The email "Re: Flow Rates" (DSE001-015970) reflects the deliberations of Heather Zichal (EOP) as shared with the Secretary Kenneth Salazar (DOI), Admiral Thad Allen (NIC Commander), and Carol Browner (EOP), with copies to Secretary Chu (DOE) and various other agency officials concerning how and when to address certain information in future press communications.

iii. The redacted portion of the email entitled "Re: Oil Spill Science 'Summit' June 3" (DSE001-005791-5792) reflects deliberations and concerns of John Holdren (EOP) as shared with Secretary Chu (DOE), Marcia McNutt (USGS), and certain NOAA officials concerning planning issues for a potential Oil Spill Science Summit and policy considerations relating to the level of government participation. DSE001-006670 also contains the aforementioned deliberations from John Holdren.

iv. The email "Re: Questions you asked" (DSE001-013157-13158) reflects deliberations shared among Secretary Chu (DOE), Douglas Blankenship (Sandia National Laboratory), Marjorie Tatro (Sandia National Laboratory), Heather Zichal (EOP), Carol Browner (EOP), and various other high-level agency officials addressing when certain information about the status of the response to the oil spill incident should be communicated to public sources.

v. The email "Re: meeting on scientific research on effects of oil in the ocean" (DSE001-006610-6620) reflects deliberations shared among Marcia McNutt (USGS), Shere Abbott (EOP), John Holdren (EOP), Secretary Salazar (DOI), Secretary Chu (DOE), other Science Team members and high-level Agency officials concerning the implementation of outreach efforts to the scientific community and the public about issues such as scientific research on effects of oil on the ocean.

vi. The email entitled "Re: 5% Flow Rate. Unfortunate wording" (SAT007-010684) expresses the opinion of Richard Garwin (Science Team

4

Member) concerning the approach the government should adopt with respect to public information about a particular analysis; these deliberations were shared with other Science Team members, John Holdren (EOP), and DOE and DOI officials.

**B. Deliberations On Policy Matters Relating to the Issuance of Guidance and Directives to BP.** Disclosure of the emails that fall within this category would chill the open and candid discussion relating to the issuance of future guidance and directives by federal agencies in complex response actions; it would also hinder DOE's ability to have an open exchange of ideas and opinions about such policies, and the underlying technical information, both internally and with other agencies, including EOP.

    i. The email threads entitled "Re: Suggested Language from DOE" (DSE001-000431-433; DSE001-000437-440; DSE001-002468-2471; DSE001-011841-11844) consist of communications among Rod O'Connor (DOE), former Chief of Staff for Secretary Chu, on behalf of Secretary Chu, Admiral Thad Allen (NIC Commander), Marcia McNuttt (USGS), Secretary Salazar (DOI), Carol Browner (EOP), various Science Team Members, and other Agency officials expressing concerns related to a proposed government directive to BP regarding appropriate oil spill containment measures.

5

ii. The email entitled "Re: Draft BP Directive" (DSE001-015877-015879) reveals draft language proposed by Dan Utech (EOP) for a government directive to BP, which incorporates comments and recommendations from Secretary Chu (DOE), Admiral Thad Allen (NIC Commander), and others regarding the same.

iii. The redacted portion of the emails entitled "Re: Test Protocol" (SAT007-009353-9354) reflect Kathryn Moran's (EOP) opinion, as expressed to Secretary Chu (DOE), Science Team Members including Richard Garwin, and certain other Agency officials expressing concerns with including certain alternatives in proposed directives to BP. DSE001-009191, DSE001-005829, DSE001-011331 and SAT007-009107 are all parts of this longer email thread that reveal the aforementioned deliberations.

iv. The email "Re: guidance to BP" (DSE001-008598-8599) reflects comments provided by Kathryn Moran (EOP) to Richard Garwin (Science Team Member), Secretary Chu (DOE), John Holdren (EOP), Scott Blake Harris (former DOE General Counsel), other Science Team Members, and various high-level Agency officials discussing language for a proposed government directive to BP regarding BP's plans for drilling the relief well.

C. **Deliberations Pertaining to Policies that Relate to the Commencement or Termination of Specific Response Actions.** Disclosure of the emails that fall within this category would chill the open and candid discussion relating to policy making by federal agencies in complex response actions; it would also hinder DOE's ability to have an open exchange of ideas and opinions about such policies, and the underlying technical information, both internally and with other agencies, including EOP.

   i. The redacted portion of the email titled "Re: Query on termination of shut-in test" (SAT007-006667-6668) requests information and expresses the opinion of John Holdren (EOP) to Richard Garwin (Science Team Member) and Kathryn Moran (EOP) questioning interpretations drawn from feedback received from Science Team members concerning a possible change in government policy regarding the continuation of the well shut-in test.

   ii. The redacted portion of the email entitled "Re: Long-term future of abandoned wells - - MC252 as a case in point..." (SAT007-001763-1765) reflects the opinion and recommendation of Richard Garwin (Science Team Member) sent to John Holdren (EOP) concerning the government response to BP's plans for drilling the relief well.

7

iii. The email thread "Re: Today's Science Telecon (SAT007-006643-6645) reflects deliberations shared among various Science Team Members, including Richard Garwin, Kathryn Moran (EOP), and John Holdren (EOP), relating to shutting in the well in light of the risk that additional leakage could occur.

iv. The redacted portion of the email entitled "Re: reservoir depletion?" (SAT007-008301-8303) expresses the opinion of Richard Garwin (Science Team Member), to John Holdren (EOP) and Kathryn Moran (EOP) concerning the government response to BP's plans for drilling the relief well.

v. The email entitled "Differing views about static kill" (DSE001-004782-4783; DSE001-004791-4792; DSE001-004793-4794; DSE001-013017-13018; DSE001-013019-10120; and DSE001-013021-13022) reflects deliberations shared among John Holdren (EOP), Secretary Chu (DOE), and Tom Hunter (Science Team Member) concerning the intra-Government communication of views of Science Team members about what the government's policy should be on the proposed static kill.

8.     Based on my staff's review of the documents described above and their consultations with other agencies whose participants were involved in these communications, the documents described in paragraph 7 and listed in Attachment 1 satisfy the three-part test for protection from disclosure pursuant to the deliberative process privilege: (1) they are pre-decisional; (2) they are deliberative; and (3) harm will result from their disclosure. I have been advised that all of these documents were prepared and/or used by multiple Agency personnel to develop and offer analysis, recommendations, comments or advice on then pending policy decisions regarding internal or interagency matters surrounding the response to the Gulf of Mexico, Deepwater Horizon oil spill. These types of deliberations are part of the process by which governmental decisions and policies are formulated during complex response actions.

9.     Such deliberations, and the "give and take" necessary to the informed exercise of the implementation of government responsibilities during complex response actions, would be significantly hampered if these documents were the subject of discovery in litigation. Disclosure of documents reflecting such deliberations would chill the free and open discussion of policy and operation options. The resulting harm to the Government's internal deliberation process would outweigh any potential benefit to the public or litigant from disclosure of the documents because their release could reasonably be expected to chill the free and open communication among federal policy makers.

10.    For the reasons explained above, I assert a deliberative process privilege for each of the documents identified in Attachment 1 to this declaration and referenced in DOE's Privilege Log.

11. I have directed my staff to review the documents in Attachment 1 further to determine if any additional portions of these documents may be released.

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury, I declare the foregoing is true and correct to the best of my knowledge.

May 15, 2012
Date

Gregory H. Woods
General Counsel, Department of Energy

**Attachment 1**

|    | Container | First Page | Last Page | Category |
|----|-----------|------------|-----------|----------|
| 1  | DSE001    | 000431     | 000433    | DOE Secretary of Energy |
| 2  | DSE001    | 000437     | 000440    | DOE Secretary of Energy |
| 3  | DSE001    | 002468     | 002471    | DOE Secretary of Energy |
| 4  | DSE001    | 004782     | 004783    | DOE Secretary of Energy |
| 5  | DSE001    | 004791     | 004792    | DOE Secretary of Energy |
| 6  | DSE001    | 004793     | 004794    | DOE Secretary of Energy |
| 7  | DSE001    | 005791     | 005792    | DOE Secretary of Energy |
| 8  | DSE001    | 005829     | 005829    | DOE Secretary of Energy |
| 9  | DSE001    | 006610     | 006620    | DOE Secretary of Energy |
| 10 | DSE001    | 006670     | 006670    | DOE Secretary of Energy |
| 11 | DSE001    | 008598     | 008599    | DOE Secretary of Energy |
| 12 | DSE001    | 009191     | 009191    | DOE Secretary of Energy |
| 13 | DSE001    | 011331     | 011331    | DOE Secretary of Energy |
| 14 | DSE001    | 011841     | 011844    | DOE Secretary of Energy |
| 15 | DSE001    | 013017     | 013018    | DOE Secretary of Energy |
| 16 | DSE001    | 013019     | 013020    | DOE Secretary of Energy |
| 17 | DSE001    | 013021     | 013022    | DOE Secretary of Energy |
| 18 | DSE001    | 013157     | 013158    | DOE Secretary of Energy |
| 19 | DSE001    | 015877     | 015879    | DOE Secretary of Energy |
| 20 | DSE001    | 015970     | 015970    | DOE Secretary of Energy |

| | | | | |
|---|---|---|---|---|
| 21 | SAT007 | 0001763 | 0001765 | Science Advisory Team |
| 22 | SAT007 | 002560 | 002560 | Science Advisory Team |
| 23 | SAT007 | 006643 | 006645 | Science Advisory Team |
| 24 | SAT007 | 006667 | 006668 | Science Advisory Team |
| 25 | SAT007 | 008301 | 008303 | Science Advisory Team |
| 26 | SAT007 | 009107 | 009107 | Science Advisory Team |
| 27 | SAT007 | 009353 | 009354 | Science Advisory Team |
| 28 | SAT007 | 010684 | 010684 | Science Advisory Team |

| First | Last | DocDate | Privileges | Author | Recipients | Attorney | Description | Basis | Family | Withheld | Redacted | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSE001-000431 | DSE001-000433 | 20100607 | DP | Allen, Thad W. ADM, DHS | McNutt, Marcia K., DOI; Hayes, David, DOI; Zichal, Heather R., EOP; Connor, Rod, DOE; Browner, Carol M., EOP; Watson, James RADM., DHS; Nash, Roy RDML, DHS; Neffenger, Peter RDML, DHS; Gautier, Peter W. CAPT, DHS; Parsons, Roger L., DOC; Hunter, Tom, DO | N/A | Email re Suggested Language from DOE | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-000431-DSE001-000433 | FW | | Log 13 |
| DSE001-000437 | DSE001-000440 | 20100607 | DP | Allen, Thad W. ADM, DHS | Browner, Carol M., EOP; Salazar, Kenneth, DOI; McNutt, Marcia K., DOI; Hayes, David, DOI; Zichal, Heather R., EOP; Connor, Rod, DOE; Watson, James RADM., DHS; Nash, Roy RDML, DHS; Neffenger, Peter RDML, DHS; Gautier, Peter W. CAPT, DHS; Parsons, Roger, | N/A | Email re Suggested Language from DOE | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-000437-DSE001-000440 | FW | | Log 13 |
| DSE001-002468 | DSE001-002471 | 20100607 | DP | Browner, Carol M., EOP | Salazar, Kenneth, DOI; Allen, Thad W. ADM., DHS; McNutt, Marcia K., DOI; Hayes, David, DOI; Zichal, Heather R., EOP; Connor, Rod, DOE; Watson, James A. RADM., DHS; Nash, Roy RDML, DHS; Neffenger, Peter V., DHS; Gautier, Peter W. CAPT, DHS; Parsons, Roge | N/A | Email re Suggested Language from DOE | Internal pre-decisional and deliberative discussion of proposed directive to BP relating to response actions | DSE001-002468-DSE001-002471 | FW | | Log 13 |
| DSE001-004782 | DSE001-004783 | 20100730 | DP | Holdren, John P., EOP | Chu, Steven, DOE; Hunter, Tom, DOE | N/A | Email re 5.0 Item Daily Report 29 Jul 1930 | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-004782-DSE001-004790 | FW | | Log 16 |
| DSE001-004791 | DSE001-004792 | 20100730 | DP | Holdren, John P., EOP | Chu, Steven, DOE; Hunter, Tom, DOE | N/A | Email re Differing Views about Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-004791-DSE001-004792 | FW | | Log 16 |
| DSE001-004793 | DSE001-004794 | 20100730 | DP | Holdren, John P., EOP | Chu, Steven, DOE; Hunter, Tom, DOE | N/A | Email re Differing Views about Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-004793-DSE001-004794 | FW | | Log 16 |
| DSE001-005791 | DSE001-005792 | 20100525 | DP | Holdren, John P., EOP | McNutt, Marcia K., DOI; Lubchenco, Jane, DOC; Chu, Steven, DOE; Robinson, Larry, DOC; Abbott, Sherburne B., EOP | N/A | Email re Oil Spill Science Summit June 3 | Internal pre-decisional discussion of proposed communication strategy | DSE001-005791-DSE001-005792 | PR | DSE001-5791; DSE001-5792 | Log 13 |
| DSE001-005829 | DSE001-005829 | 20100801 | DP | Moran, Kathryn, EOP | Blankenship, Douglas A., DOE; Moran, Kathryn, EOP; Chu, Steven, DOE; Hunter, Tom, DOE; Hunter, Tom, DOE; Hickman, Steve, DOI; Connor, Rod, DOE; Owens, Missy, DOE; Dredd, Travis, DOE; Majumdar, Arun, DOE; Slocum, Alexander, SA; Garwin, Richard L., SA; Co | N/A | Email re Test Protocol | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-005829-DSE001-005832 | FW | | Log 13 |

| First | Last | DocDate | Privileges | Author | Recipients | Attorney | Description | Basis | Family | Withheld | Redacted | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSE001-006610 | DSE001-006620 | 20100517 | DP | McNutt, Marcia K., DOI | Abbott, Sherburne B., EOP; Browner, Carol M., EOP; Avery, Heidi E., EOP; Lubchenco, Jane, DOC; Lute, Jane, DHS; Miller, Jerry L., EOP; Holdren, John P., EOP; Moran, Kathryn, EOP; Salazar, Kenneth, DOI; Sutley, Nancy H., EOP; Ericsson, Sally, EOP; Chu, Ste | N/A | Email re Meeting on Scientific Research on Effects of Oil in the Ocean | Internal pre-decisional and deliberative discussion of policy issues related to proposed public outreach | DSE001-006610-DSE001-006620 | FW | | Log 13 |
| DSE001-006670 | DSE001-006670 | 20100525 | DP | McNutt, Marcia K., DOI | Holdren, John P., EOP; Lubchenco, Jane, DOC; Chu, Steven, DOE; Robinson, Larry, DOC | N/A | Email re Oil Spill Science Summit June 3 | Internal pre-decisional and deliberative discussion of policy issues related to proposed public outreach | DSE001-006670-DSE001-006670 | FW | | Log 13 |
| DSE001-008598 | DSE001-008599 | 20100813 | DP | Moran, Kathryn, EOP | Garwin, Richard L., SA; Chu, Steven, DOE; Majumdar, Arun, DOE; Blankenship, Douglas A., DOE; Poneman, Daniel, DOE; Cooper, George, SA; Hunter, Tom, DOE; Hunter, Tom, DOE; Holdren, John P., EOP; Hurst, Kathleen T., DOE; McNutt, Marcia K., DOI; Owens, Missy | N/A | Email re Guidance to BP | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-008598-DSE001-008599 | FW | | Log 13 |
| DSE001-009191 | DSE001-009191 | 20100802 | DP | Slocum, Alexander | Blankenship, Douglas A., DOE; Moran, Kathryn, EOP; Chu, Steven, DOE; Hunter, Tom, DOE; Hunter, Tom, DOE; Hickman, Steve, DOI; Connor, Rod, DOE; Owens, Missy, DOE; Dredd, Travis, DOE; Majumdar, Arun, DOE; Slocum, Alexander, SA; Garwin, Richard L., SA; Co | N/A | Email re Test Protocol | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-009191-DSE001-009193 | FW | | Log 13 |
| DSE001-011331 | DSE001-011331 | 20100802 | DP | Garwin, Richard L., SA | Moran, Kathryn, EOP; Majumdar, Arun, DOE; Domangue, Bryan, DOI; Blankenship, Douglas A., DOE; Trocquet, David J., DOI; Cooper, George, SA; Hickman, Steve, DOI; Hunter, Tom, DOE; McCarroll, John, DOI; Cook, Kevin RADM., DHS; Sogge, Mark K., DOI; McNutt, Ma | N/A | Email re Test Protocol | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-011331-DSE001-011331 | FW | | Log 13 |
| DSE001-011841 | DSE001-011844 | 20100607 | DP | Chu, Steven, DOE | Allen, Thad W. ADM., DHS; McNutt, Marcia K., DOI; Hayes, David, DOI; Zichal, Heather R., EOP; Connor, Rod, DOE; Browner, Carol M., EOP; Watson, James RADM., DHS; Nash, Roy RDML, DHS; Neffenger, Peter RDML, DHS; Gautier, Peter W. CAPT, DHS; Parsons, Roge | N/A | Email re Suggested Language from DOE | Internal pre-decisional and deliberative discussion of proposed directive to BP related to response actions | DSE001-011841-DSE001-011844 | FW | | Log 13 |
| DSE001-013017 | DSE001-013018 | 20100730 | DP | Chu, Steven, DOE | Holdren, John P., EOP; Hunter, Tom, DOE | N/A | Email re Differing Views about Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-013017-DSE001-013018 | FW | | Log 13 |

| First | Last | DocDate | Privileges | Author | Recipients | Attorney | Description | Basis | Family | Withheld | Redacted | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSE001-013019 | DSE001-013020 | 20100730 | DP | Chu, Steven, DOE | Holdren, John P., EOP; Connor, Rod, DOE; Hunter, Tom, DOE; Hunter, Tom, DOE | N/A | Email re Differing Views About Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-013019-DSE001-013020 | FW | | Log 13 |
| DSE001-013021 | DSE001-013022 | 20100730 | DP | Chu, Steven, DOE | Holdren, John P., EOP | N/A | Email re Differing Views about Static Kill | Internal pre-decisional and deliberative discussion of briefing regarding policy issues related to the response | DSE001-013021-DSE001-013022 | FW | | Log 13 |
| DSE001-013157 | DSE001-013158 | 20100805 | DP | Chu, Steven, DOE | Blankenship, Douglas A., DOE; Tatro, Marjorie L., DOE; Owens, Missy, DOE; Connor, Rod, DOE; Hunter, Tom, DOE; Allen, Thad W. ADM, DHS; Salazar, Kenneth, DOI; Zichal, Heather R., EOP; Browner, Carol M., EOP | N/A | Email re Questions You Asked | Internal pre-decisional and deliberative discussion of policy issues related to proposed public outreach | DSE001-013157-DSE001-013158 | FW | | Log 16 |
| DSE001-015877 | DSE001-015879 | 20100814 | DP | Utech, Dan G., EOP | Allen, Thad W. ADM., DHS; Chu, Steven, DOE; Salazar, Ken, DOI; Browner, Carol M., EOP; Hunter, Tom, DOE; Hunter, Tom, DOE; Lubchenco, Jane, DOC; Smith, Sean, DHS; Connor, Rod, DOE; Spring, Margaret, DOC; Hayes, David, DOI; Stevens, Clark, DOE; Gautier, | N/A | Email re Draft BP Directive | Internal pre-decisional and deliberative dicussion of proposed directive to BP related to response actions | DSE001-015877-DSE001-015880 | FW | | Log 13 |
| DSE001-015970 | DSE001-015970 | 20100613 | DP | Zichal, Heather R., EOP | Salazar, Kenneth, DOI; Allen, Thad W., EOP; Browner, Carol M., EOP; Chu, Steven, DOE; Gibbs, Robert L., EOP; Hayes, David, DOI; Connor, Rod, DOE; McNutt, Marcia K., DOI | N/A | Email re Flow Rates | Internal pre-decisional and deliberative discussion of policy issues related to proposed public outreach | DSE001-015970-DSE001-015970 | FW | | Log 16 |
| SAT007-001763 | SAT007-001765 | 20100813 | DP | Moran, Kathryn, EOP | Garwin, Richard L., DOE | N/A | Email re Long-Term Future of Abandoned Wells--MC252 as a Case in Point | Internal pre-decisional and deliberative discussion of policy issues related to future oil exploration | SAT007-001763-SAT007-001765 | PR | SAT007-1764 | Log 16 |
| SAT007-002560 | SAT007-002560 | 20100830 | DP | Moran, Kathryn, EOP | Holdren, John P., EOP; Garwin, Richard L., SA | N/A | Email re Issues/Concerns for Upcoming Principals Discussions on the Gulf | Internal pre-decisional and deliberative discussion of policy issues relating to the response | SAT007-002560-SAT007-002560 | PR | SAT007-2560 | Log 16 |
| SAT007-006643 | SAT007-006645 | 20100716 | DP | Moran, Kathryn, EOP | Holdren, John P., EOP; Garwin, Richard L., SA | N/A | Email re Today&apos;s Science Telecon | Internal pre-decisional and deliberative discussion of policy issues relating to the response | SAT007-006643-SAT007-006645 | FW | | Log 16 |
| SAT007-006667 | SAT007-006668 | 20100716 | DP | Moran, Kathryn, EOP | Garwin, Richard L., SA; Holdren, John P., EOP | N/A | Email re Query on Termination of Shut-in Test | Internal pre-decisional and deliberative discussion of policy issues relating to the response | SAT007-006667-SAT007-006668 | PR | SAT007-6668 | Log 16 |
| SAT007-008301 | SAT007-008303 | 20100721 | DP | Holdren, John P., EOP | Garwin, Richard L., SA | N/A | Email re Reservoir depletion? | Internal pre-decisional and deliberative discussion of policy issues relating to the response | SAT007-008301-SAT007-008303 | PR | SAT007-8301; SAT007-8302 | Log 16 |
| SAT007-009107 | SAT007-009107 | 20100802 | DP | Slocum, Alexander H., SA | Moran, Kate, EOP; Chu, Steven, DOE; Hunter, Tom, DOE; Hickman, Steve, DOI; Connor, Rod, DOE; Owens, Missy, DOE; Dredd, Travis, DOE; Majumdar, Arun, DOE; Garwin, Richard L., SA; Cooper, George, SA; McCarroll, John, DOI; Trocquet, David J., DOI; Sogge, Ma | N/A | Email re Test Protocol | Internal pre-decisional discussion of edits to proposed protocol | SAT007-009107-SAT007-009109 | PR | SAT007-9107 | Log 15 |

| First | Last | DocDate | Privileges | Author | Recipients | Attorney | Description | Basis | Family | Withheld | Redacted | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT007-009353 | SAT007-009354 | 20100802 | DP | Garwin, Richard L., SA | Moran, Kathryn, EOP; Majumdar, Arun, DOE; Domangue, Bryan, DOI; Blankenship, Douglas A., DOE; Trocquet, David J., DOI; Cooper, George, SA; Hickman, Steve, DOI; Hunter, Tom, DOE; McCarroll, John, DOI; Cook, Kevin S. RADM, DHS; Sogge, Mark K., DOI; McNutt, | N/A | Email re Test Protocol | Internal pre-decisional discussion of edits to proposed protocol | SAT007-009353-SAT007-009354 | PR | SAT007-9353 | Log 15 |
| SAT007-009539 | SAT007-009539 | 20100807 | DP | Holdren, John P., EOP | Garwin, Richard L., SA | N/A | Email re Pressure Test | Internal pre-decisional and deliberative discussion of policy issues relating to the response | SAT007-009539-SAT007-009539 | FW | | Log 16 |
| SAT007-010684 | SAT007-010684 | 20100612 | DP | Garwin, Richard L., SA | Chu, Steven, DOE; Majumdar, Arun, DOE; Blankenship, Douglas A., DOE; Poneman, Daniel, DOE; Leistikow, Dan, DOE; Cooper, George, SA; Holdren, John P., EOP; Hurst, Kathleen T., DOE; McNutt, Marcia K., DOI; Merewether, Ray, DOE; Dykhuizen, Ronald C., DOE | N/A | Email re 5% Flow Rate. Unfortunate Wording. | Internal pre-decisional discussion of draft press release submitted to EOP for review | SAT007-010684-SAT007-010684 | FW | | Log 15 |