IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SUSHAN |

NOTICE OF ASSOCIATION OF COUNSEL

TO:  THE CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

     NOTICE IS HEREBY GIVEN that the mailing address for David M. Abercrombie, counsel for claimants Six Chuter Charters Inc., Shaun Raemund Chute, and Patricia Ann Chute ("Claimant's"), is changed to; PO Box 25, Naples, FL  34106-0025

     DATED this      day of June 2012.

                                                     /s/ David M. Abercrombie
                                                     David M. Abercrombie
                                                     Hawai'i Bar # 2379
                                                     635 N. Barfield Dr.
                                                     Marco Island, FL 34145
                                                     239 – 206 – 4275
                                                     Aberlaw@cs.com

                                                     **ATTORNEY FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___ day of June 2012, a copy of the foregoing has been served upon counsel of record in this action by electronic service through the Courts CM/ECF.

/s/ David M. Abercrombie
David M. Abercrombie