**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| **MDL No. 2179; No. 10-4536** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |
| * * * * * * * * * * * * | | |

*EX PARTE* **MOTION OF THE ANADARKO DEFENDANTS**
**FOR LEAVE TO FILE MEMORANDUM IN RESPONSE**
**TO THE UNITED STATES' MOTION FOR ENTRY OF CONSENT DECREE**

COME NOW the defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP (together "Anadarko") and respectfully move the Court for leave to file the attached proposed memorandum in brief response to the United States' Unopposed Motion for Entry of Consent Decree [Rec. Doc. 6436]. Anadarko does not oppose the United States' Motion, and no party will be prejudiced if the requested leave is granted. Anadarko submits that the attached proposed memorandum will assist the Court, and is submitted in an abundance of caution to preserve Anadarko's arguments with respect to the proper application of the Clean Water Act statutory penalty factors. 33 U.S.C. § 1321(b)(8).

WHEREFORE, Anadarko respectfully requests that the Court grant the requested leave to file the attached proposed memorandum.

Respectfully submitted,

DATED: June 7, 2012                     BINGHAM McCUTCHEN, LLP


/s/ *James J. Dragna*_____
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 7, 2012.


_____*/s/ James J. Dragna*_____
James J. Dragna