# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| **MDL No. 2179; No. 10-4536** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the *Ex Parte* Motion of the Anadarko Defendants for Leave to File Memorandum in Response to the United States' Motion for Entry of Consent Decree, and good cause being shown, the Motion is hereby GRANTED.

IT IS FURTHER ORDERED THAT, leave is granted to file the proposed memorandum to the Anadarko Defendants' Motion, and the memorandum shall be entered on the docket.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

A/74963418.1