FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2012 JUN -4  AM 10: 55
LORETTA G. WHYTE
CLERK

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                  MDL No. 2179

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –54)**

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for
the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 326 additional action(s)
have been transferred to the Eastern District of Louisiana. With the consent of that court, all such
actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Eastern District of Louisiana and assigned to
Judge Barbier.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the
consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7–day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted. |
| **Jun 04, 2012** |
| CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___Fee _____
___Process _____
X  Dktd _____
___CtRmDep_____
___Doc. No._____

**IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010**                    MDL No. 2179

### SCHEDULE CTO–54 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC J/1 |
|---|---|---|---|---|
| **TEXAS EASTERN** | | | | |
| TXE | 1 | 12–00240 | Action Restoration, Inc. v. Cameron International Corporation, et al | **12–1422** |
| TXE | 1 | 12–00241 | Sterling Shipyard, LP v. BP America, Inc. et al | **12–1423** |
| TXE | 1 | 12–00244 | Pleasure Island Commission of The City of Port Arthur, Texas v. BP America, Inc. et al | **12–1424** |
| TXE | 1 | 12–00245 | Sabine Pass Port Authority v. BP America, Inc. et al | **12–1425** |