## CONFERENCE ATTENDANCE RECORD

DATE: 6-8-12               TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

PHASE TWO

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jimmy Williamson | PSC |
| Sarah Tiams | Anadarko |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Gwen Richard | " " |
| Sean Fleming | " " |
| Stefanie Major | " " |
| Lauren Mitchell | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Derek Bentsen | BP |
| Mike Occhuizzo | BP |
| Corey Maze | Ala |
| Win Sinclair | Ala |
| Brian Barr | PSC |
| Tony Fitch | Anadarko |
| A. Nathanael Chakeres | DoJ |
| Steve O'Rourke | DoJ |
| Mike Underhill | DoJ |
| Sharon Shutler | DoJ |
| Briena Strippoli | DOJ |
| Joe Hassinger | State of LA |
| Doug Kraus | State of LA |
| Mike H | |
| Jim Roy | PSC |
| Steve Herman | PSC |
| Don Haycraft | BP |
| Ryan Babiuch | BP |

# CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Luxton | M-I |
| David Baay | TO |
| Luis Li | TO |
| Andy Langan | BP |
| C Bertaut | Cameron |
| Anthony Irpino | PSC |
|  |  |
|  |  |
|  |  |

6/8/12   MDL 10-2179   PHASE TWO DISCOVERY STATUS CONFERENCE

Mike Petrino

Ben Mayeux

Grant Davis Deny

Mark Nomillini