UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: | * * | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE A LIMITATION
SHORT FORM JOINDER BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Claimant, Cody Allen Obiol/Reel Spot Charters, LLC, who moves this Court for acceptance of a late-filed Short Form Joinder, filed June 6, 2012, Document No. 119199, in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon.

Claimant states the following as basis for this motion:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding which was extended to September 16, 2011.

2. As claimant was unaware of this deadline, or had not yet fully realized his damages, he did not timely file in the Transocean Limitation proceeding and did not contact counsel until after the deadline.

4. No prejudice will result from the acceptance of the Short Form Joinder filed after September 16, 2011. Moreover, no action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

5. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimant respectfully moves this Court for an Order granting this Motion for Acceptance of A Limitation Short Form Joinder Filed after the September 16, 2011 Deadline, Document No. 119199, filed June 6, 2012 and that the Court deem said Short Form Joinder as timely filed in the Transocean limitation proceeding.

                                           Respectfully submitted:

                                           */s/ Christine E. Sevin*
                                           Walter J. Leger, Jr., Esq.
                                           Christine E. Sevin, Esq.
                                           LEGER & SHAW
                                           600 Carondelet Street, Floor 9
                                           New Orleans, Louisiana 70130

Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: csevin@legershaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

*/s/ Christine E. Sevin*
CHRISTINE E. SEVIN