UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * * | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE A LIMITATION
SHORT FORM JOINDER BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Claimant, Cody Allen Obiol/Reel Spot Charters, LLC, who files this Memorandum in Support of the accompanying Motion for Leave to File A Limitation Short Form Joinder Beyond the September 16, 2011 Deadline. Claimant seeks this Honorable Court's permission to accept Claimant's late-filed joinder, filed June 6, 2012, Document No. 119199, in the limitation proceeding for the following reasons:

1. As claimant was unaware of this deadline, or had not yet fully realized his damages, he did not timely file in the Transocean Limitation proceeding and did not contact counsel until after the deadline.

3. Upon a showing of good cause the Court should grant permission to file late claims if the "limitation proceeding is pending and undetermined, and the right of the parties are not adversely affected." *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) (citing 3 Benedict on Admiralty § 518, p. 542 (Knauth ed. 1940)).

4. No prejudice will result from the acceptance of the Claimant's Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

5. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimant respectfully moves this Court for an Order accepting his late-filed joinder, No. 119199, filed June 6, 2012, and granting the accompanying Motion for Leave to File A Limitation Short Form Joinder Beyond the September 16, 2011 Deadline.

Respectfully submitted:

>  */s/ Christine E. Sevin*
>  Walter J. Leger, Jr., Esq.
>  Christine E. Sevin, Esq.
>  LEGER & SHAW
>  600 Carondelet Street, Floor 9
>  New Orleans, Louisiana 70130
>  Telephone: (504) 588-9043
>  Facsimile: (504) 588-9980
>  Email: csevin@legershaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

*/s/ Christine E. Sevin*
CHRISTINE E. SEVIN
