IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SUSHAN |

**NOTICE OF CHANGE OF MAILING ADDRESS**

TO:  THE CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

      NOTICE IS HEREBY GIVEN that the mailing address for David M. Abercrombie, counsel for claimants Six Chuter Charters Inc., Shaun Raemund Chute, and Patricia Ann Chute ("Claimant's"), is changed to; PO Box 25, Naples, FL  34106-0025

      DATED this    9   day of June 2012.

                                        /s/ David M. Abercrombie
                                        David M. Abercrombie
                                        Hawai'i Bar # 2379
                                        635 N. Barfield Dr.
                                        Marco Island, FL 34145
                                        239 – 206 – 4275
                                        Aberlaw@cs.com

                                        **ATTORNEY FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this  9 day of June 2012, a copy of the foregoing has been served upon counsel of record in this action by electronic service through the Courts CM/ECF.

                                              /s/ David M. Abercrombie
                                              David M. Abercrombie