**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 112810 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| Ann F. Marsal/Wing Trust | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Christopher D. Boutwell and the law firm of Beasley Allen, Crow,

Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for Ann F. Marsal/Wing

Trust.

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE