## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS<br>Doc No. 45373<br>Short-Form Joinder of<br>Cindy Callaway | * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff, Cindy Callaway. In further support, Movant states as follows:

1. On or about September 10, 2010, Cindy Callaway retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

2. On April 9, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff Cindy Callaway, Doc #45373.

3. On June 6, 2012 the parties terminated their relationship.

4. Plaintiff Cindy Callaway will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.,

move this Court for an Order withdrawing them as counsel of record for Plaintiff, Cindy Callaway.

    Respectfully Submitted this the 10th day of June, 2012.

                                                        /s/  *Christopher D. Boutwell*
                                                        Christopher D. Boutwell
                                                        ASB-1941-O78B

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

Cindy Callaway
302 Deep River Road
Summerville, South Carolina 29483

                                                    <u>*/s/ Christopher D. Boutwell*</u>
                                                   Of Counsel