**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc Nos.  112117 and 112115 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| Harold Logan and Gayla Logan | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs, Harold Logan and Gayla Logan.  In further support, Movant states as follows:

    1.    On or about February 23, 2012, Harold Logan and Gayla Logan retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

    2.    On February 24, 2012, the undersigned filed a Short Form Joinder on behalf of Plaintiffs Harold Logan, Doc. No. 112117 and Gayla Logan, Doc. No. 112115.

    3.    On June 6, 2012 the parties terminated their relationship.

    4.    Harold Logan and Gayla Logan will remain in the litigation.  Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiffs, Harold Logan and Gayla Logan.

Respectfully Submitted this the 10th day of June, 2012.

/s/  *Christopher D. Boutwell*
Christopher D. Boutwell
ASB-1941-O78B

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

Harold & Gayla Logan
1079 Seabreeze Lane
Gulf Breeze, Florida 32563

      /s/ Christopher D. Boutwell
Of Counsel