UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc Nos. 61217, 61221, 65420 and 65426 Short-Form Joinder of Hinton Mitchem and Judy Mitchem | * * * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs, Hinton Mitchem and Judy Mitchem. In further support, Movant states as follows:

     1.    On or about June 3, 2010, Hinton Mitchem and Judy Mitchem retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

     2.    On April 18, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiffs Hinton Mitchem, Doc. No. 61217 and Judy Mitchem, Doc. No. 61221.

     3.    On April 19, 2011, the undersigned filed a corrected Short Form Joinder on behalf of Plaintiffs Hinton Mitchem, Doc. No. 65420 and Judy Mitchem, Doc. No. 65426.

      4.      On June 6, 2012 the parties terminated their relationship.

      5.      Hinton Mitchem and Judy Mitchem will remain in the litigation. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiffs, Hinton Mitchem and Judy Mitchem.

Respectfully Submitted this the 10th day of June, 2012.

                                      /s/ *Christopher D. Boutwell*
                                      Christopher D. Boutwell
                                      ASB-1941-O78B

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

   I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

Hinton Mitchem and Judy Mitchem
3875 County Road 1354
Vinemont, Alabama 35179

                 _/s/ Christopher D. Boutwell_
                 Of Counsel