UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc Nos. 44424 and 44414 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| Mickey McGuire and Alice | * | |
| McGuire | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs, Mickey McGuire and Alice McGuire. In further support, Movant states as follows:

  1. On or about May 7, 2010, Mickey McGuire and Alice McGuire retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

  2. On April 8, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiffs Mickey McGuire, Doc. No. 44424 and Alice McGuire, Doc. No. 44414.

  3. On June 6, 2012 the parties terminated their relationship.

  4. Mickey McGuire and Alice McGuire will remain in the litigation. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiffs, Mickey McGuire and Alice McGuire.

Respectfully Submitted this the 10th day of June, 2012.

/s/ *Christopher D. Boutwell*
Christopher D. Boutwell
ASB-1941-O78B

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

       I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

Mickey McGuire and Alice McGuire
Post Office Box 297
Gulf Shores, Alabama 36542

                                                                                  */s/ Christopher D. Boutwell*
                                                                                  Of Counsel