UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 54702; 71708 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinders of | * | |
| Burgess G. Oliver | * | |
| Beverly K. Oliver | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs, Burgess G. Oliver and Beverly K. Oliver (Plaintiffs). In further support, Movant states as follows:

1. On or about December 14, 2010, Plaintiffs retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

2. On April 14, 2011 and April 20, 2011, the undersigned filed a Short Form Joinders on behalf of Plaintiffs, Burgess G. Oliver- Doc # 54702; Beverly K. Oliver- Doc # 71708.

3. On May 9. 2012 the parties terminated their relationship.

4. Plaintiffs will remain in the litigation. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Burgess G Oliver and Beverly K, Oliver.

Respectfully Submitted this the 10th day of June, 2012.

/s/  *Christopher D. Boutwell*
Christopher D. Boutwell
ASB-1941-O78B

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

Burgess G. Oliver
Beverly K. Oliver
9312 Crockett Road
Brentwood, Tennessee 37027

                                                    */s/ Christopher D. Boutwell*
                                                  Of Counsel