## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig     \*    **MDL NO. 2179**
      "Deepwater Horizon" in the    \*
      Gulf of Mexico, on April 20, 2010   \*     **SECTION: J**
                                \*
                                \*
                                \*
                                \*
      **This Document Relates To:**    \*     **JUDGE BARBIER**
      **Case No. 2:10-cv-08888-CJB-SS**   \*
      **Doc No. 65308**            \*     **MAGISTRATE JUDGE SHUSHAN**
      **Short-Form Joinder of**      \*
      **Paul D. Huseby**         \*
                                \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff, Paul D. Huseby.  In further support, Movant states as follows:

      1.      On or about June 14, 2010, Paul D. Huseby retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

      2.      On April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff Paul D. Huseby, Doc #65308.

      3.      On May 3, 2012 the parties terminated their relationship.

      4.      Plaintiff Paul D. Huseby will remain in the litigation.  Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

      WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.,

move this Court for an Order withdrawing them as counsel of record for Plaintiff, Paul D. Huseby.

     Respectfully Submitted this the 10th day of June, 2012.


                                   /s/  *Christopher D. Boutwell*
                                   Christopher D. Boutwell
                                   ASB-1941-O78B


OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

Paul D. Huseby
4201 North Lakeshore Drive
Wausau, Wisconsin 54401

<u>    /s/ Christopher D. Boutwell</u>
Of Counsel