UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 110527 Short-Form Joinder of Robert E. Pitman | * * * * * * | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff, Robert E. Pitman. In further support, Movant states as follows:

    1.    On or about January 9, 2012, Robert E. Pitman retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

    2.    On January 12, 2012, the undersigned filed a Short Form Joinder on behalf of Plaintiff Ronny McCall, Doc #110527.

    3.    On June 6, 2012 the parties terminated their relationship.

    4.    Plaintiff Robert E. Pitman will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.,

move this Court for an Order withdrawing them as counsel of record for Plaintiff, Robert E. Pitman.

      Respectfully Submitted this the 10th day of June, 2012.

                                           /s/  *Christopher D. Boutwell*
                                           Christopher D. Boutwell
                                           ASB-1941-O78B

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

       I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

Robert E. Pitman
1701 Highway 72 East
Athens, Alabama 35611

                                                           /s/ Christopher D. Boutwell_
                                                          Of Counsel