UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 65414 Short-Form Joinder of Ronny McCall | * * * * * | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff, Ronny McCall.  In further support, Movant states as follows:

    1.    On or about March 17, 2011, Ronny McCall retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

    2.    On April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff Ronny McCall, Doc #65414.

    3.    On June 6, 2012 the parties terminated their relationship.

    4.    Plaintiff Ronny McCall will remain in the litigation.  Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.,

move this Court for an Order withdrawing them as counsel of record for Plaintiff, Ronny McCall.

      Respectfully Submitted this the 10th day of June, 2012.

                                /s/  *Christopher D. Boutwell*  
                                Christopher D. Boutwell  
                                ASB-1941-O78B

OF COUNSEL:

BEASLEY,ALLEN,CROW,  
METHVIN,PORTIS & MILES, P.C.  
218 Commerce Street  
P.O. Box 4160  
Montgomery, Alabama 36104  
(334) 269-2343

Certificate of Service

       I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

Ronny McCall
8953 Thompson Ridge Loop
Montgomery, Alabama 36117

                                                     */s/ Christopher D. Boutwell*
                                                     Of Counsel