UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc Nos. 60970 and 60927 Short-Form Joinder of William Lovelace and Adelene Lovelace | * * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs, William Lovelace and Adelene Lovelace. In further support, Movant states as follows:

1.   On or about June 30, 2010, William Lovelace and Adelene Lovelace retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

2.   On April 18, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiffs William Lovelace, Doc. No. 60970 and Adelene Lovelace, Doc. No. 60927.

3.   On June 6, 2012 the parties terminated their relationship.

4.   William Lovelace and Adelene Lovelace will remain in the litigation. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiffs, William Lovelace and Adelene Lovelace.

Respectfully Submitted this the 10th day of June, 2012.

/s/ *Christopher D. Boutwell*
Christopher D. Boutwell
ASB-1941-O78B


OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

   I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 10th day of June, 2012.

William Lovelace and Adelene Lovelace
8976 County Road 99
Lillian, Alabama 36549

                <u>*/s/ Christopher D. Boutwell*</u>
                Of Counsel