**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

In Re: Oil Spill by the Oil Rig          *      MDL NO. 2179
          "Deepwater Horizon" in the     *
          Gulf of Mexico, on April 20, 2010 *    SECTION: J
                                          *
                                          *
                                          *
                                          *
          This Document Relates To:       *      JUDGE BARBIER
          Case No. 2:10-cv-08888-CJB-SS   *
          Doc No. 108135                  *      MAGISTRATE JUDGE SHUSHAN
          Short-Form Joinder of           *
          Richard Myron  Williams         *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Motion to Withdraw as Counsel:

    IT IS ORDERED that Rhon E. Jones and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be allowed to withdraw as Counsel for Richard Myron Williams.

    This the _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE