**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *All Cases* | * | |
| | * | **MAGISTRATE SHUSHAN** |

**<u>ORDER</u>**

IT IS ORDERED that the Status Conference scheduled for Friday, June 15, 2012, IS

CANCELLED.  The next Status Conference is scheduled for Friday, July 13, 2012 at 9:30 a.m. (*See*

Rec. Doc. 6445)

New Orleans, Louisiana, this 11th day of June, 2012.

_____
United States District Judge