UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig     "Deepwater Horizon" in the Gulf     of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| Applies to: 12-814 | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

## ORDER

Before the Court is BP's Motion to Stay Proceedings Pending Implementation of BP Deepwater Horizon Settlement (Rec. Doc. 6603).

IT IS ORDERED that any responses to this Motion shall be filed no later than June 21, 2012. This Motion will be considered without oral argument.

New Orleans, Louisiana, this 11th day of June, 2012.

_____
United States District Judge