LAW OFFICE OF
# SAMUEL W. BEARMAN, L.C.

INJURY AND DEATH CASES
WEBSITE: bearmanlaw.com

TELEPHONE (850) 438-1000
FACSIMILE (850) 438-1022
TOLL FREE (800) 760-6065

820 N. 12TH AVENUE
PENSACOLA, FLORIDA 32501
E-MAIL: sbearman@bearmanlaw.com

June 8, 2012

Clerk of Court, U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

    Re:    Oil Spill by "Deepwater Horizon"
            Civil Action No. 10-8888 (as per Order of the Court,
            Civil Action No. 10 md 2179, Rec. Doc. 982)

Dear Clerk of Court:

    Please note that neither my firm, nor the Lindsay Andrews firm, nor the McGraw firm, nor the Condon firm will any longer be representing Karishana Adams, Scott Anderson, and Karl Becker. Please note that accordingly in your file.

                        Very truly yours,



                        SAMUEL W. BEARMAN
                        For the Company

SWB/zl

LAW OFFICE OF
SAMUEL W. BEARMAN, L.C.
ATTORNEY AT LAW
INJURY & DEATH CASES
820 N. 12TH AVE.
PENSACOLA, FLORIDA 32501

Clerk of Court, U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130