UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *All Cases* | * | |
| | * | **MAGISTRATE SHUSHAN** |

## ORDER

[calling for motions and briefs on certain issues]

At the May 3rd liaison counsel meeting, the Court requested that the parties suggest issues that might be briefed and submitted to the Court for decision prior to final approval of the pending class settlements and the trial scheduled for January, 2013. After consideration, and in the interest of judicial economy and efficiency, and considering the feasibility of resolving certain issues in the time available, the Court finds that the following issues are appropriate for motions and briefing at the current time:

1. **"Pure Stigma Claims"** (refers to claims by or on behalf of owners, lessors, and lessees of real property that they have suffered damages resulting from the taint of their property caused by the oil spill, although no oil or other contaminant physically touched the property. *See, e.g.*, First Am. B1 Master Complaint ¶¶ 161-62, 182, 209(h), 621-22, 698, Rec. Doc. 1128.)

2. **"BP Dealer Claims"** (refers to claims by or on behalf of entities marketing BP-branded fuels that they have suffered damages, including loss of business, income, and profits, as a result of the loss of value to the "BP" brand or name. *See, e.g.*, First Am. B1 Maser

Complaint ¶¶ 209(m), 625; *Tobatex, Inc. v. BP*, *plc*, No. 10-4573, Rec. Doc. 1 ¶¶ 35-36 (referring to the "animosity, hatred and ill will by the consuming public toward the BP name and logo" allegedly caused by the oil spill and allegedly resulting in a "decrease in purchases of motor fuel and other consumer products.").)

3. **"Recreation Claims"** (refers to claims by or on behalf of recreational fishermen, recreational divers, beachgoers, recreational boaters, etc., that they have suffered damages that include loss of enjoyment of life from the inability to use portions of the Gulf of Mexico for recreation and amusement purposes. *See, e.g.*, First Am. B1 Master Complaint ¶¶ 158, 209(e).)

4. **"Mexican States' Claims"** (refers to the claims by the three States of the Republic of Mexico (Tamaulipas, Quintana Roo, and Veracruz, Nos. 10-4239, 10-4240, 10-4241) that remain after the Court's Order of December 9, 2011. *See* Rec. Doc. 4845 (dismissing, *inter alia*, the Mexican States' OPA claims).)

Accordingly,

IT IS ORDERED that BP (and the other Defendants who are parties to these claims) shall file any motions and briefs regarding the legal viability (under OPA or any other legal theory) of the Pure Stigma Claims, BP Dealer Claims, and Recreational Claims no later than <u>July 11, 2012</u>. Opposition briefs shall be filed no later than <u>August 10, 2012</u>. Reply briefs shall be filed no later than <u>August 27, 2012</u>. Oral argument, if necessary, shall occur during the Status Conference scheduled for September 14, 2012. The Court directs defendants to file joint motions and briefing where their interests are aligned, so as to eliminate duplicative pleadings and briefs. Separate motions and briefs should be directed to each of the three distinct types of claims. Supporting and

opposition briefs shall not exceed 25 pages.  Reply briefs shall not exceed 10 pages.

IT IS FURTHER ORDERED that counsel for BP (and other defendants to the Mexican States' claims) and counsel for the Mexican States shall contact Magistrate Judge Shushan as soon as possible to confer as to the need for limited, targeted discovery with respect to the remaining claims of the Mexican States, as well as setting a briefing schedule for the filing of motions with respect to such claims.  Discovery and briefing shall be completed on a schedule that will allow oral argument, if necessary, not later than the October 19, 2012 status conference.

New Orleans, Louisiana, this 12th day of June, 2012.

_____
United States District Judge