IN RE: FLSA CLAIMS AGAINST:   ]   COLLECTIVE ACTION
                              ]
                              ]
O'BRIEN'S RESPONSE MANAGEMENT,]   **NOTICE OF CONSENT**
     SEACOR, ET AL.           ]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

Bruce Evan Ridpath
_____
Full Legal Name (print)

**Exhibit 1**