UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| 10-8888 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court are multiple Motions (Rec. Docs. 6629-6648) seeking to withdraw Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. as counsel of record for the following parties:

| Party | Rec. Doc. No. of Short Form filed in 10-8888 | Rec. Doc. No. of Motion to Withdraw filed in 10-md-2179 |
|---|---|---|
| Ann F. Marsal/Wing Trust | 112810 | 6629 |
| Cindy Callaway | 45373 | 6630 |
| George M. Ward | 112157 | 6631 |
| Harold Logan and Gayla Logan | 112117 and 112115 | 6632 |
| Hinton Mitchem and Judy Mitchem | 61217 and 61221 | 6633 |
| JMW Holdings, LLC | 57548 | 6634 |
| John M. Adams | 42693 | 6635 |
| Rebecca Kohlhorst and Thomas E Kohlhorst | 47629 and 47630 | 6636 |
| Mary W. Newsome | 510 | 6637 |
| Mickey McGuire and Alice McGuire | 44424 and 44414 | 6638 |

| Burgess G. Oliver and Beverly K. Oliver | 54702 and 71708 | 6639 |
| --- | --- | --- |
| Paul D. Huseby | 65308 | 6640 |
| Raymond Demont | 50157 | 6641 |
| Robert E. Pitman | 110527 | 6642 |
| Ronny McCall | 65414 | 6643 |
| Sand Development, LLC | 107746 | 6644 |
| Terri L. Hasdorff | 53168 | 6645 |
| William Lovelace and Adelene Lovelace | 60970 and 60927 | 6646 |
| Richard Myron Williams | 108135 | 6647 |
| Sherrill Williams | 108138 | 6648 |

IT IS ORDERED that the Motions are GRANTED and Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. hereby are WITHDRAWN as counsel of record for the parties identified above.

New Orleans, Louisiana, this 12th day of June, 2012.

_____
United States District Judge