IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| *All cases, including 10-2771 and 10-4536* | * * | Magistrate Judge Shushan |

**MOTION OF DEFENDANT CAMERON FOR SUMMARY JUDGMENT
DISMISSING CLAIMS ASSERTED BY BP PARTIES**

Cameron International Corporation ("Cameron") has executed a settlement agreement with BP Exploration and Production, Inc. ("BPXP") and BP America Production Company ("BPAP") concerning the *Deepwater Horizon* incident.  In that agreement, BPXP and BPAP released all claims they have made against Cameron in this proceeding.  Cameron therefore moves for summary judgment dismissing all the claims for relief asserted in BP's Crossclaim Against Cameron (Doc. 2064) and BPXP's Third-Party Complaint Against Cameron (Doc. 2065).  In particular, Cameron seeks judgment dismissing or striking BPXP's purported Rule 14(c) tender of claims to Cameron in the United States case, No. 10-4536, asserted in paragraph 10 of Doc. 2065.

In addition, in its settlements with Anadarko, MOEX, and Weatherford, BP was assigned all the claims against Cameron asserted by those parties.  See Docs. 4591, 5670-1.  BP's release also applies to the claims asserted by those parties.  The claims of the Anadarko, MOEX and Weatherford parties against Cameron should likewise be dismissed.

In support of this motion, Cameron respectfully submits the attached Statement of Facts and supporting brief.

WHEREFORE, Cameron respectfully prays that this Court grant summary judgment dismissing all the claims of the BP, Anadarko, MOEX, and Weatherford parties against Cameron in this proceeding and strike or dismiss the purported tender of claims by BPXP in the United States case, 10-4536.

Respectfully submitted,

*/s/ David J. Beck*

| | |
|---|---|
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|   *dbeck@brsfirm.com* | *pwittmann@stonepigman.com* |
| Joe W. Redden, Jr. | Carmelite S. Bertaut, 3054 |
|   *jredden@brsfirm.com* |   *cbertaut@stonepigman.com* |
| David W. Jones | Keith B. Hall, 24444 |
|   *djones@brsfirm.com* |   *khall@stonepigman.com* |
| Geoffrey Gannaway | Jared Davidson, 32419 |
|   *ggannaway@brsfirm.com* |   *jdavidson@stonepigman.com* |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana  70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of June, 2012.

                                                */s/ David J. Beck*

383.00017/499451.v1