1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3    ******************************************************************

4    IN RE:  OIL SPILL BY THE
5    OIL RIG *DEEPWATER HORIZON*
     IN THE GULF OF MEXICO ON
6    APRIL 20, 2010

7                          CIVIL ACTION NO. 10-MD-2179 "J"
                           NEW ORLEANS, LOUISIANA
09:22AM  8                 FRIDAY, JUNE 8, 2012, 9:30 A.M.

9
     THIS DOCUMENT RELATES TO
10   ALL ACTIONS

11   ******************************************************************

12

13       TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
14                  UNITED STATES MAGISTRATE JUDGE

15

16   APPEARANCES:

17

18   FOR THE PLAINTIFFS:      DOMENGEAUX WRIGHT ROY & EDWARDS
                              BY:  JAMES P. ROY, ESQUIRE
19                            556 JEFFERSON STREET
                              LAFAYETTE, LA  70502
20

21
                              HERMAN HERMAN KATZ & COTLAR
22                            BY:  STEPHEN J. HERMAN, ESQUIRE
                              820 O'KEEFE AVENUE
23                            NEW ORLEANS, LA  70113

24

25

```
1    APPEARANCES CONTINUED:

2

3                          IRPINO LAW FIRM
                           BY:  ANTHONY IRPINO, ESQUIRE
4                          2216 MAGAZINE STREET
                           NEW ORLEANS, LA  70130
5

6                          WILLIAMSON & RUSNAK
                           BY:  JIMMY WILLIAMSON, ESQUIRE
7                          4310 YOAKUM BOULEVARD
                           HOUSTON, TX  77006
8

9                          LEVIN PAPANTONIO THOMAS MITCHELL
                           RAFFERTY & PROCTOR
10                         BY:  BRIAN H. BARR, ESQUIRE
                           316 SOUTH BAYLEN STREET, SUITE 600
11                         PENSACOLA, FL  32502

12

13   FOR THE FEDERAL
     GOVERNMENT INTERESTS: U.S. DEPARTMENT OF JUSTICE
14                         TORTS BRANCH, CIVIL DIVISION
                           BY:  R. MICHAEL UNDERHILL, ESQUIRE
15                              SHARON SHUTLER, ESQUIRE
                           450 GOLDEN GATE AVENUE
16                         7TH FLOOR, ROOM 5395
                           SAN FRANCISCO, CA  94102
17

18                         U.S. DEPARTMENT OF JUSTICE
                           SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
19                         ENVIRONMENT & NATURAL RESOURCES DIVISION
                           BY:  SARAH D. HIMMELHOCH, ESQUIRE
20                              A. NATHANIEL CHAKERES, ESQUIRE
                           P.O. BOX 7611
21                         WASHINGTON, DC 20044

22

23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3                                  U.S. DEPARTMENT OF JUSTICE
                                    ENVIRONMENTAL ENFORCEMENT SECTION
 4                                  BY:  STEVEN O'ROURKE, ESQUIRE
                                         BRIENA STRIPPOLI, ESQUIRE
 5                                       SCOTT CERNICH, ESQUIRE
                                    P.O. BOX 7611
 6                                  WASHINGTON, DC  20044

 7

 8    FOR STATE INTERESTS:  ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:  COREY L. MAZE, ESQUIRE
 9                               WINFIELD J. SINCLAIR, ESQUIRE
                            500 DEXTER AVENUE
10                          MONTGOMERY, AL  36130

11

12    FOR THE STATE OF
      LOUISIANA:           KANNER & WHITELEY
13                         BY:  DOUGLAS R. KRAUS, ESQUIRE
                           701 CAMP STREET
14                         NEW ORLEANS, LA  70130

15

16    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
17    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
18    BP CORPORATION NORTH
      AMERICA INC.,
19    BP EXPLORATION &
      PRODUCTION INC.,
20    BP HOLDINGS NORTH
      AMERICA LIMITED,
21    BP PRODUCTS NORTH
      AMERICA INC.:         LISKOW & LEWIS
22                          BY:  DON K. HAYCRAFT, ESQUIRE
                            ONE SHELL SQUARE
23                          701 POYDRAS STREET
                            SUITE 5000
24                          NEW ORLEANS, LA  70139

25
```

```
1    APPEARANCES CONTINUED:

2

3                            KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
4                                 MARK J. NOMELLINI, ESQUIRE
                                  RYAN S. BABIUCH, ESQUIRE
5                            300 N. LASALLE
                             CHICAGO, IL  60654
6

7                            KIRKLAND & ELLIS
8                            BY:  ROBERT R. GASAWAY, ESQUIRE
                                  DEREK BENTSEN, ESQUIRE
9                                 MICHAEL C. OCCHUIZZO, ESQUIRE
                             655 FIFTEENTH STREET, N.W.
10                           WASHINGTON, DC  20005

11

12   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
13   OFFSHORE DEEPWATER
     DRILLING INC., AND
14   TRANSOCEAN DEEPWATER
     INC.:                  SUTHERLAND ASBILL & BRENNAN
15                          BY:  DAVID A. BAAY, ESQUIRE
                             1001 FANNIN STREET, SUITE 3700
16                           HOUSTON, TX  77002

17

18                           MUNGER TOLLES & OLSON
                             BY:  LUIS LI, ESQUIRE
19                           355 SOUTH GRAND AVENUE, 35TH FLOOR
                             LOS ANGELES, CA  90071
20

21

22   FOR CAMERON INTERNATIONAL
     CORPORATION:            STONE PIGMAN WALTHER WITTMANN
                             BY:  CARMELITE M. BERTAUT, ESQUIRE
23                           546 CARONDELET STREET
                             NEW ORLEANS, LA  70130
24

25
```

```
1    APPEARANCES CONTINUED:

2


3    FOR HALLIBURTON
     ENERGY SERVICES,
4    INC.:                  GODWIN RONQUILLO
                            BY:  DONALD E. GODWIN, ESQUIRE
5                                JENNY L. MARTINEZ, ESQUIRE
                                 STEFANIE K. MAJOR, ESQUIRE
6                                LAUREN L. MITCHELL, ESQUIRE
                                 SEAN W. FLEMING, ESQUIRE
7                            RENAISSANCE TOWER
                            1201 ELM STREET, SUITE 1700
8                            DALLAS, TX  75270

9

10                           GODWIN RONQUILLO
                            BY:  R. ALAN YORK, ESQUIRE
11                               GWEN E. RICHARD, ESQUIRE
                            1331 LAMAR, SUITE 1665
12                           HOUSTON, TX  77010

13

14   FOR ANADARKO
     PETROLEUM CORPORATION,
15   ANADARKO E&P COMPANY,
     LP:                    KUCHLER POLK SCHELL
16                          WEINER & RICHESON
                            BY:  SARAH E. IIAMS, ESQUIRE
17                          1615 POYDRAS STREET, SUITE 1300
                            NEW ORLEANS, LA  70112
18

19
                            BINGHAM MCCUTCHEN
20                          BY:  WARREN A. FITCH, ESQUIRE
                            2020 K STREET, NW
21                          WASHINGTON, DC  20006

22

23   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:   LABORDE & NEUNER
24                          BY:  BEN L. MAYEAUX, ESQUIRE
                            ONE PETROLEUM CENTER
25                          1001 W. PINHOOK RD., SUITE 200
                            LAFAYETTE, LA 70505
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
                              BY:  STEVEN LUXTON, ESQUIRE
 4                            1000 LOUISIANA STREET, SUITE 4000
                              HOUSTON, TX  77002
 5

 6
     ALSO PRESENT:            JOSEPH HASSINGER, ESQUIRE
 7                            MICHAEL PETRINO, ESQUIRE
                              GRANT DAVIS DENNY, ESQUIRE
 8

 9
     OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
10                              CERTIFIED REALTIME REPORTER
                                REGISTERED MERIT REPORTER
11                              500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA  70130
12                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
13
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
14   PRODUCED BY COMPUTER.

15

16

17

18

19

20

21

22

23

24

25
```

1                        **I N D E X**

2

3    AGENDA ITEMS                                    PAGE

4

5    STORY ABOUT THE BUS...................................  9

6    IDENTIFY THIS PERSON................................  10

7    BOP AND CAPPING STACK...............................  11

8    NEW PROPOSAL FOR LASER SCANNING AND PROFILOMETER.....  11

9    MONTHLY STATEMENT AND REPORT FROM CAPTAIN ENGLEBERT..  13

10   TRANSOCEAN SPARE PARTS..............................  13

11   HALLIBURTON COMPUTER MODELING.......................  13

12   PHASE TWO STIPULATIONS..............................  14

13   TRANSOCEAN STIPULATIONS PROPOSED WITH REGARD TO      15

14   OPERATOR STATUS.....................................

15   PSC'S PROPOSED PHASE TWO STIPULATIONS...............  15

16   DOCUMENTS IN THE DELIBERATIVE PROCESS CHALLENGE, ....  17

17   BRIEFING ON REMAINING CHALLENGES TO PRIVILEGE LOGS...  20

18   SCHEDULE I..........................................  20

19   PRIVILEGE CHALLENGES................................  20

20   BRIEFING SCHEDULE FOR SCHEDULE II BRIEFING..........  23

21   THE LATEST DATE THAT I HAVE FOR ANY OF THE PARTIES   24

22   TO COMPLETE DOCUMENT PRODUCTION AND PRODUCE

23   PRIVILEGED LOGS IS JUNE 22ND........................

24   DOCUMENT PRODUCTION BY BP AND THE UNITED STATES......  25

25   RULE 30(B)(6) NOTICE FOR BP.........................  25

1    TOPIC 9............................................    25

2    TOPIC 2............................................    25

3    INTERROGATORIES....................................    26

4    THE COST OF SPILL PREPAREDNESS AND SOURCE CONTROL    27

5    RELATED TOPICS.....................................

6    M57 SAND...........................................    43

7    REPORT FROM THE UNITED STATES AND BP ON DISCUSSIONS    48

8    ABOUT THE ADDITION OF THE RESERVOIR TEAM

9    CONTRACTORS' DEPOSITION............................

10   ISOTECH AND WEATHERFORD 30(B)(6)...................    50

11   30(B)(6) THIRD PARTIES OR OTHERWISE DEPO'S.........    50

12   SCHEDULE DEPOSITIONS...............................    50

13   THIRD-PARTY SCHEDULING.............................    50

14   LOCATION OF DEPOSITIONS............................    52

15   TRAVEL PLANS.......................................    52

16   GET-TOGETHERS......................................    53

17

18

19

20

21

22

23

24

25

1        **P-R-O-C-E-E-D-I-N-G-S**

09:22AM  2            FRIDAY, JUNE 8, 2012

09:22AM  3        M O R N I N G   S E S S I O N

09:22AM  4        (COURT CALLED TO ORDER)

09:23AM  5

09:31AM  6

09:31AM  7        THE COURT:  Good morning.  How is everybody?  Everybody

09:31AM  8  have a seat.  Corey, how was your ride down?

09:31AM  9        MR. MAZE:  We drove this week, Judge.

09:31AM  10        THE COURT:  A waste of taxpayer dollars.

09:31AM  11        MR. MAZE:  It was but I have a good story about the bus

09:31AM  12  last week, though.

09:31AM  13        THE COURT:  Come on up and get to the podium.

09:31AM  14        MR. MAZE:  Corey Maze for the State of Alabama, rider

09:31AM  15  of the Megabus.  We took the 9:30 p.m. bus home last week,

09:31AM  16  which gets us into Montgomery at 3:30 a.m., and you saw the

09:31AM  17  picture of the parking lot that we drop off at.

09:31AM  18            So the door opened last week to the parking lot,

09:31AM  19  and we smell barbecue wafting in the air.  We look around and

09:31AM  20  the next row of cars over, a man has driven a truck with a

09:31AM  21  barbecue pit towed on a trailer behind it, and he is cooking

09:31AM  22  barbecue at the bus stop at 3:30 a.m., and there is line of

09:32AM  23  about four or five people buying barbecue at 3:30 a.m. in

09:32AM  24  Montgomery.

09:32AM  25        THE COURT:  May I presume we bought some?

09:32AM 1      MR. MAZE:  You can presume that we immediately went

09:32AM 2  home and went to bed.

09:32AM 3      THE COURT:  I would have gotten some to go.

09:32AM 4      MR. MAZE:  Yes.  But I assume now that the business has

09:32AM 5  picked up enough that -- it could also be the fact that there

09:32AM 6  is apparently a large bar across the street, and he's selling

09:32AM 7  to people coming out.

09:32AM 8      THE COURT:  I see.  So --

09:32AM 9      MR. MAZE:  I wouldn't think it has to do with the bus.

09:32AM 10     THE COURT:  I do too.  I think that's a large group of

09:32AM 11 people.

09:32AM 12         Now, I have got something else that I would like

09:32AM 13 you to put on the ELMO for us.  This is a test.  It's a

09:32AM 14 contest.  The first one to identify this person gets some sort

09:32AM 15 of prize.  We don't know what the prize is, but...

09:32AM 16     MR. MAZE:  I know.  I'm waiting to get the momentum

09:32AM 17 built on the prize and then we'll --

09:32AM 18     THE COURT:  Drum roll, please.  It's too glary.

09:33AM 19 Somebody, come on, help me out with that.

09:33AM 20     MR. MAZE:  What if I walk around?  See now, he's

09:33AM 21 cheating.

09:33AM 22     THE COURT:  Come on, help me with the glare.  No, I

09:33AM 23 think it's too bright.

09:33AM 24     MR. HAYCRAFT:  I know who that is.  I'm looking at him.

09:33AM 25 Jim Roy.

09:33AM 1          THE COURT:  Well, that test wasn't fair because

09:33AM 2     Don Haycraft got to see it first.

09:34AM 3          MR. HAYCRAFT:  I was looking right at Jim Roy.

09:34AM 4          THE COURT:  I have to give him credit for recognizing

09:34AM 5     it so quickly.

09:34AM 6          MR. HAYCRAFT:  He looks just the same, Your Honor.

09:34AM 7          THE COURT:  What's the medal you have on, Jim?

09:34AM 8          MR. ROY:  Just for being a great guy.  I was there at a

09:34AM 9     Gladys Knight concert.

09:34AM 10         THE COURT:  The Pips were there too.

09:34AM 11         MR. ROY:  They were.  Not the old Pips, the new Pips.

09:34AM 12         THE COURT:  I didn't know there were new Pips.

09:34AM 13         MR. ROY:  Some of the old Pips are dead.

09:34AM 14         THE COURT:  Don, you get some kind of prize.  We'll

09:34AM 15     have to negotiate that at a later time.

09:34AM 16         MR. HAYCRAFT:  Very well.

09:34AM 17         MR. ROY:  I want to know who found it.

09:34AM 18         THE COURT:  My sources are confidential.

09:34AM 19              Okay.  Let's see where we are today.

09:34AM 20              Yes, if anybody wants to make any comments about

09:35AM 21     the picture, feel free.

09:35AM 22              Okay.  BOP and capping stack.  Do we want to make

09:35AM 23     any kind of report about the new proposal for laser scanning

09:35AM 24     and profilometer?  Rob.

09:35AM 25         MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway

09:35AM 1    from BP.  We did submit that protocol on Tuesday, and we're

09:35AM 2    looking to start the work next Thursday.  So we would ask the

09:35AM 3    Court just to set a cutoff, you know, end of the day today or

09:35AM 4    something like that for anybody who has any objections with

09:35AM 5    going forward with the work.

09:35AM 6            I think next Thursday actually it will be washing

09:35AM 7    work, and the actual scanning and profilometer work will start

09:35AM 8    up the following Monday.  But we haven't received any

09:35AM 9    suggestions for changes in the protocol, and we would like to

09:35AM 10   go forward with that.

09:35AM 11       THE COURT:  All right.  If anybody is thinking about

09:35AM 12   commenting, would you please do so, let's say, by noon on

09:36AM 13   Monday.  I think it sounds pretty noncontroversial.  I spoke to

09:36AM 14   Captain Englebert about it, and she thought it was pretty

09:36AM 15   straight up.

09:36AM 16       MR. GASAWAY:  Thank you, Your Honor.  We appreciate

09:36AM 17   that and we agree with that.

09:36AM 18            I would say that there may be a second round of

09:36AM 19   work depending on the results of this round of work.  That will

09:36AM 20   be covered by a separate protocol, but as a heads-up to the

09:36AM 21   Court, Captain Englebert and all the parties, we're still

09:36AM 22   noodling as to whether there might be another protocol that

09:36AM 23   would be modest and follow quickly after this.

09:36AM 24       THE COURT:  Okay.  So the noodling goes on.

09:36AM 25       MR. GASAWAY:  The noodling continues, Your Honor.

09:36AM 1          THE COURT:  Good enough.

09:36AM 2          MR. GASAWAY:  Thank you.

09:36AM 3          THE COURT:  We got the monthly statement and report

09:36AM 4     from Captain Englebert.  Rob, thank you for the proposed

09:36AM 5     allocation.  It doesn't look like anybody has a problem, so if

09:36AM 6     you'll place your portion in line for payment, that would be

09:36AM 7     really good.

09:36AM 8              Let's hear from Transocean with regard to the

09:37AM 9     spare parts that you all are trying to figure out.

09:37AM 10         MR. BAAY:  Yes, ma'am.  Good morning, David Baay for

09:37AM 11    Transocean.  I have a letter going to Mr. Gasaway this morning

09:37AM 12    identifying the parts that we believe are Transocean's, and it

09:37AM 13    turns out that most of those are capping stack related.  There

09:37AM 14    aren't many spare parts that we're going to be claiming

09:37AM 15    ownership over.

09:37AM 16         THE COURT:  So we'll put that on next week's agenda.

09:37AM 17    Okay.  Good enough.

09:37AM 18              So let's hear from Halliburton on the computer

09:37AM 19    modeling issue.  Good morning, Don.

09:37AM 20         MR. GODWIN:  Good morning, Your Honor.  How are you?

09:37AM 21         THE COURT:  Fine, thanks.

09:37AM 22         MR. GODWIN:  Good.  Don Godwin for Halliburton.

09:37AM 23    Your Honor, we talked with Captain Englebert and Elysium, oh,

09:37AM 24    two or three times this week.  Elysium yesterday indicated they

09:37AM 25    were satisfied with all they had received.  They were going to

09:37AM 1     be running the model or models last evening, and they sent an

09:38AM 2     e-mail late last night and said by noon today we should have

09:38AM 3     their report, and the modeling would be completed.  We ought to

09:38AM 4     have it by noon today, and when we do we'll see where we go

09:38AM 5     from there.  So far it looks fine, and Captain Englebert was

09:38AM 6     pleased.

09:38AM 7          THE COURT:  Yes, when I spoke to her she was very

09:38AM 8     pleased, and thank you for your hard work on it, Don.  You and

09:38AM 9     I forget the witness' name worked very hard on it.

09:38AM 10          MR. GODWIN:  Mark Savoy.

09:38AM 11          THE COURT:  Mark Savoy.

09:38AM 12          MR. GODWIN:  Thank you, Your Honor.

09:38AM 13          THE COURT:  Thank you, Don.

09:38AM 14          Okay.  We're going to get to the Phase Two

09:38AM 15     stipulations after this conference.  It looks like the gaps

09:38AM 16     have been narrowed, and we are heading in on a final.

09:38AM 17          Oh, oh, Rob, do you want to comment?

09:38AM 18          MR. GASAWAY:  No, I just wanted to make sure the Court

09:38AM 19     and we recognize Mr. Occhuizzo and Mr. Bentsen worked so hard

09:38AM 20     on the Phase Two stipulations.  They are here in person so they

09:38AM 21     will be back in chambers to try to take it over the top.  I

09:39AM 22     wanted to say on behalf of Andy and I and all of us, we

09:39AM 23     appreciate all of their hard work done in spearheading this

09:39AM 24     effort.

09:39AM 25          THE COURT:  They've done a yoman's task is all I have

09:39AM 1    to say.  We're not going to go back in chambers.  We'll do it

09:39AM 2    here because I understand some of the phone participants just

09:39AM 3    want to stay on the line, so we'll just do it here so they can

09:39AM 4    hear us.

09:39AM 5              MR. GASAWAY:  Very good, Your Honor.

09:39AM 6              THE COURT:  But you are one hundred percent correct.

09:39AM 7    They really worked hard.  Unfortunately I haven't been able to

09:39AM 8    keep up with their turnarounds, so you'll have to kind of walk

09:39AM 9    me through it when we get together.  I saw the one you all sent

09:39AM 10   yesterday evening, and we've gotten some further comment, so

09:39AM 11   good job.  Thank you, guys.

09:39AM 12             Well, let's see, this week I had a brief

09:39AM 13   conference with the Transocean people with regard to their

09:39AM 14   stipulations that they proposed with regard to operator status,

09:40AM 15   and I've kind of foisted them off on the United States.

09:40AM 16             Then I spoke to the United States.  They are not

09:40AM 17   happy with the foisting, but let's see what you all can do to

09:40AM 18   further that conversation about how to bring that issue up and

09:40AM 19   maybe by way of motion.  So that's good.

09:40AM 20             We still need to talk about the PSC's proposed

09:40AM 21   Phase Two stipulations.  Brian, do you have an idea about how

09:40AM 22   you would like to proceed on that?

09:40AM 23             MR. BARR:  Your Honor, Brian Barr for the PSC.  I

09:40AM 24   believe the ball is in BP's court at this point to tell us

09:40AM 25   whether or not they agree with those stipulations and if they

09:40AM 1    want edits or changes or anything like that.

09:40AM 2            THE COURT:  Okay.  So, BP, Brian thinks the ball is in

09:41AM 3    your court, so we'll wait to hear from you.  I thought maybe we

09:41AM 4    would have a conference like we're having this afternoon after

09:41AM 5    this conference.

09:41AM 6            MR. GASAWAY:  I just wanted to say, Your Honor, that we

09:41AM 7    obviously have thoughts on both the PSC as well as the

09:41AM 8    Transocean, but maybe that's best addressed in the stipulation

09:41AM 9    part of this morning's session.

09:41AM 10           THE COURT:  No, this morning I think we're going to get

09:41AM 11   the ones we have been working on for so long in the can, and

09:41AM 12   then we can move on to further stipulations.

09:41AM 13           MR. GASAWAY:  Okay.  But we definitely have some

09:41AM 14   thoughts that we're ready to share.

09:41AM 15           THE COURT:  Good.  Well, then we'll have a meeting

09:41AM 16   maybe after next week's conference with regard to the PSC.

09:41AM 17           MR. FITCH:  Judge, Tony Fitch for Anadarko.  If you're

09:41AM 18   not going to address Transocean's proposals, I think it's fair

09:41AM 19   to say that there are substantial reservations about the

09:41AM 20   viability of most of those proposals, so while the parties are

09:42AM 21   dickering among themselves I hope they'll keep that in mind.

09:42AM 22   It's not clear that they are --

09:42AM 23           THE COURT:  It's not clear that they are what?

09:42AM 24           THE COURT REPORTER:  It's not clear that they are what?

09:42AM 25           MR. FITCH:  -- that there are a lot of proposals

09:42AM 1    that --

09:42AM 2         THE COURT REPORTER:  It's not clear that they are what?

09:42AM 3    I'm sorry.

09:42AM 4         MR. FITCH:  -- that there are very many of those

09:42AM 5    proposals that some of us that can even begin to think about

09:42AM 6    agreeing to.

09:42AM 7         MR. BAAY:  Those are fighting words.

09:42AM 8         THE COURT:  I would think so.

09:42AM 9         Okay.  Well, we're not going to cover those this

09:42AM 10   afternoon, I mean today after the conference.  Probably this

09:42AM 11   morning.  I want to keep saying *this afternoon*.

09:42AM 12        Okay.  We have gone through all of the documents

09:42AM 13   in the deliberative process challenge, and we're waiting for

09:42AM 14   BP's reply brief.  We're in good shape on that, and I want to

09:42AM 15   thank both BP and the United States for their hard work on this

09:42AM 16   one.  It's been a struggle but we got it down.

09:43AM 17        MR. GASAWAY:  Your Honor, just one comment.  We will be

09:43AM 18   submitting our reply brief today.  I wanted to alert the Court

09:43AM 19   that as we did with the first round of BP DP challenge, we've

09:43AM 20   sort of gone through the exercise of looking at just the 21

09:43AM 21   documents that we're challenging and seeing if there are

09:43AM 22   identical or substantial duplicate documents that have already

09:43AM 23   been produced because obviously that's a consideration.

09:43AM 24        Two points on that:  Number 1, our briefing team,

09:43AM 25   you know, myself and the people who are working on it, has not

09:43AM 1    looked at any of the candidates for identical or substantial

09:43AM 2    duplicate documents.  So you'll get a brief today that says we

09:43AM 3    think this is what it shows, and you'll look at it *in camera*,

09:43AM 4    we think this is why it's important, this is why we think we

09:43AM 5    need it.  That is what you'll see today.

09:43AM 6              At the same time, just because of the same issues

09:43AM 7    we talked about before where we thought we had identified a lot

09:43AM 8    of identical and substantial duplicate documents, our document

09:44AM 9    team thinks that they are doing this again, and that obviously

09:44AM 10   presents the same issues that there were before.

09:44AM 11             So we will be looking at the question hard over

09:44AM 12   the weekend.  I know you and Mike are out front as you always

09:44AM 13   are in terms of your analysis of the issue.  But early next

09:44AM 14   week we will send just to you and the United States probably a

09:44AM 15   group of documents that we think may be candidates as identical

09:44AM 16   documents or substantial duplicates for the 21, and we can

09:44AM 17   figure out what we do with them based on what the United States

09:44AM 18   thinks there.

09:44AM 19             But just so you know, the brief that you get

09:44AM 20   today will not be based on any review of those potential

09:44AM 21   substantial duplicates.  That's a separate work screen, as we

09:44AM 22   say sometimes in our group.

09:44AM 23             THE COURT:  Okay.

09:44AM 24             MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch

09:44AM 25   for the US.

09:44AM 1          THE COURT:  Yes, Sarah, how are you?

09:44AM 2          MS. HIMMELHOCH:  I would note that if we did

09:44AM 3     accidentally release duplicates of the documents that are the

09:44AM 4     subject of this declaration, that was in error, and we would

09:44AM 5     rely on our clawback rights.

09:45AM 6          THE COURT:  Okay.

09:45AM 7          MR. GASAWAY:  So we can discuss how that works, but I

09:45AM 8     don't want to mix that up with the honest-to-goodness reply

09:45AM 9     briefs that Your Honor is going to get this afternoon.  That

09:45AM 10    will be based only on our review of the declarations, not on

09:45AM 11    anything we have been rooting around in the documents for.

09:45AM 12         THE COURT:  Please notice that Michael has actually

09:45AM 13    taken a day off.

09:45AM 14         MR. GASAWAY:  On a Friday.  Shocking.

09:45AM 15         THE COURT:  Is that shocking?  We want to note that for

09:45AM 16    the record.

09:45AM 17         MR. GASAWAY:  Thank you.

09:45AM 18         THE COURT:  Okay.  Thanks, Rob.  I'm glad you mentioned

09:45AM 19    that.

09:45AM 20              Sarah, in view of that, we'll wait to see what we

09:45AM 21    get early next week from Rob and his team on duplicates, but

09:45AM 22    you are certain that those 21 documents that we've reviewed

09:45AM 23    *in camera* are, in your view, subject to the deliberative

09:46AM 24    process and, if they've been released, will be clawed back,

09:46AM 25    right?

09:46AM 1        MS. HIMMELHOCH:  Someone was moving papers in front of

09:46AM 2    the phone so I'm not sure if I heard you entirely but if you're

09:46AM 3    asking me if I'm certain we do want to assert DP over those 21

09:46AM 4    and if duplicates were produced we do want to claw them back,

09:46AM 5    the answer is yes.

09:46AM 6        THE COURT:  That was it.

09:46AM 7        MS. HIMMELHOCH:  As soon as we get Rob's list, we will

09:46AM 8    provide a formal response.

09:46AM 9        THE COURT:  Okay.  Thank you.

09:46AM 10           All right.  So let's talk about briefing on

09:46AM 11   remaining challenges to privilege logs.  We've got the

09:46AM 12   Schedule I already set for briefing.  Is that something you

09:46AM 13   want to talk about?

09:46AM 14       MR. GASAWAY:  Well, I'll wait for what you were going

09:46AM 15   to say.

09:46AM 16       THE COURT:  You want to talk about Schedule I?

09:46AM 17       THE COURT REPORTER:  Would you state your name for the

09:46AM 18   people on the phone.

09:47AM 19       MR. GASAWAY:  Yes.  I'm sorry, this is Rob Gasaway for

09:47AM 20   BP.

09:47AM 21       THE COURT:  The unfortunate part, Cathy, is everybody

09:47AM 22   now knows who is speaking when Rob stands up.

09:47AM 23       MR. GASAWAY:  This is Rob Gasaway for BP, Your Honor.

09:47AM 24   On the privilege challenges, I think there is a lot of good

09:47AM 25   news there.  Let me tell you where we are.  Obviously we are

09:47AM 1   juggling, from the BP standpoint, three different sets of

09:47AM 2   challenges, one from the United States, one from Transocean,

09:47AM 3   one from Halliburton.

09:47AM 4         We have had substantial communications with each

09:47AM 5   and all of them.  We have a briefing schedule that's laid out

09:47AM 6   in the draft calendar that I sent around yesterday.  The

09:47AM 7   initial briefs, I believe, under that calendar would be

09:47AM 8   submitted on June 16th.

09:47AM 9         THE COURT:  Correct.

09:47AM 10        MR. GASAWAY:  Now, before June 16th a couple things are

09:47AM 11  going to happen, and the purpose of these is to try to narrow

09:47AM 12  the disputes that are going to be triggered by that June 15th

09:47AM 13  briefing day.

09:47AM 14        First of all, Your Honor and the United States

09:48AM 15  received six extensive spreadsheets from BP last Thursday.

09:48AM 16  Those are going to be superceded.  We're going to submit

09:48AM 17  consolidated spreadsheets that not only address the

09:48AM 18  United States' 8,000 something challenges like we submitted

09:48AM 19  last Thursday but also expands to include the Transocean and

09:48AM 20  Halliburton universe, so we'll now have in one place a series

09:48AM 21  of spreadsheets that addresses all 11,000 challenges, and that

09:48AM 22  was the point that Sarah made in her e-mail yesterday.

09:48AM 23        THE COURT:  Right.

09:48AM 24        MR. GASAWAY:  That will be circulated today.

09:48AM 25        In addition, we followed up separately with some

09:48AM 1    of the parties, Transocean and Halliburton, so forth, talking

09:48AM 2    about what I would call *thematic issues*, the bigger picture

09:48AM 3    issues of kind of where they are going, the problems that we're

09:48AM 4    seeing.

09:48AM 5            We've had some good conversation here this

09:48AM 6    morning.  Don, and Alan are spearheading it for Halliburton,

09:48AM 7    Mr.  Baay for Transocean.  We would hope that we could have

09:48AM 8    some meeting and conferring early next week.

09:48AM 9            After they see our substantive response today and

09:49AM 10   hopefully as Your Honor has expressed a wish, we could sort of

09:49AM 11   narrow the number of issues that are going to be briefed

09:49AM 12   starting next Thursday, the 16th, particularly on the

09:49AM 13   Transocean and Halliburton side, if that's possible.

09:49AM 14           THE COURT:  Good.

09:49AM 15           MR. GASAWAY:  So the meet and confer process will be

09:49AM 16   happening early next week.

09:49AM 17           THE COURT:  Perfect.

09:49AM 18           MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

09:49AM 19   Rob made reference to having provided you with BP's response to

09:49AM 20   the three sets of challenges.  I had not provided you with the

09:49AM 21   United States' response to Transocean, HESI, and BP's

09:49AM 22   challenges, the analog for the United States because I didn't

09:49AM 23   want to burden your e-mail box, but if you would like a copy of

09:49AM 24   our response I would be more than happy to forward it on to

09:49AM 25   you.

09:49AM 1          THE COURT:  Now, what do you think my response is going

09:49AM 2    to be?

09:49AM 3          MS. HIMMELHOCH:  I'm hoping no.

09:49AM 4          THE COURT:  Bingo.

09:49AM 5          MS. HIMMELHOCH:  You might get more of a weekend.

09:49AM 6          THE COURT:  You get a prize as well.  We'll have to

09:50AM 7    negotiate the prize after the fact but thanks for the offer.

09:50AM 8          MS. HIMMELHOCH:  Okay.  I just hoped I hadn't missed

09:50AM 9    something where I was supposed to do something.

09:50AM 10         THE COURT:  You haven't missed something.  You should

09:50AM 11   not be red.

09:50AM 12             Okay.  So then we have not set a briefing

09:50AM 13   schedule for Schedule II briefing.  Have you all discussed that

09:50AM 14   or do you want us to go ahead and set a schedule?

09:50AM 15         MR. GASAWAY:  Sarah, this is Rob Gasaway.  Didn't we

09:50AM 16   discuss that and settle on a slightly more elongated briefing

09:50AM 17   schedule for Schedule II, or is that still in the to do pile?

09:50AM 18         MS. HIMMELHOCH:  I believe that's still in the to do

09:50AM 19   pile.  Is Tom Bentsen on for the US?

09:50AM 20         THE COURT:  I don't see him on our list.

09:50AM 21         MS. HIMMELHOCH:  I'm going to have to defer to Tom on

09:50AM 22   that, but I'm fairly certain it's still in the to do pile.  We

09:50AM 23   can pick it up at our Wednesday meet and confer and be prepared

09:51AM 24   to send something around to the parties before our next Fridays

09:51AM 25   working group conference.

09:51AM 1          THE COURT:  That's fine.  Sarah, just so you and Rob

09:51AM 2     know, the latest date that I have for any of the parties to

09:51AM 3     complete document production and produce privileged logs is

09:51AM 4     June 22nd, and that is Halliburton.  I'm pretty sure that

09:51AM 5     they'll probably beat that deadline.  So you can work with that

09:51AM 6     as being the positive last date that anybody is going to

09:51AM 7     produce privilege logs, and let's go ahead and impose that

09:51AM 8     deadline for everyone.  So if you want to work off that, that

09:51AM 9     will be fine, and you all can discuss the briefing schedule

09:51AM 10    from there.

09:51AM 11         MR. GASAWAY:  Very good, Your Honor.

09:51AM 12         MS. HIMMELHOCH:  Will do, Your Honor, except that I

09:52AM 13    will note, and I don't think this should affect what we're

09:52AM 14    talking about, but we do have the August 15th completion date

09:52AM 15    for the re-collection.  We don't anticipate a large number of

09:52AM 16    additional privileged claims as a result of that re-collection

09:52AM 17    from DOE custodians, but it is possible that we will locate

09:52AM 18    some additional loggable documents for that August date.  I

09:52AM 19    agree with you that I don't think that should be covered in

09:52AM 20    this next schedule that we're working on.

09:52AM 21         THE COURT:  We also, Sarah, are going to except things

09:52AM 22    like QA/QC.  So with that qualification, let's make it a firm

09:52AM 23    deadline.  Okay?

09:52AM 24         MS. HIMMELHOCH:  Okay.

09:52AM 25         THE COURT:  Okay.  I've announced this before but I

09:52AM 1    really do think that we are seeing the light at the end of the

09:52AM 2    tunnel for the end of document production by BP and the

09:53AM 3    United States, and I thank you again for your hard work on

09:53AM 4    that.

09:53AM 5              Let's see.  The Rule 30(b)(6) notice for BP.  We

09:53AM 6    made some substantial progress on that this week, which I was

09:53AM 7    pleased to see.

09:53AM 8              Rob, you're back up.  Do you want to give us a

09:53AM 9    quick overview.

09:53AM 10             Let me ask you all this:  Do you all want to work

09:53AM 11   on this today?  It looks to me like there is really only one

09:53AM 12   issue we're going to have to tackle.

09:53AM 13        MR. GASAWAY:  Well, Your Honor -- Your Honor,

09:53AM 14   Rob Gasaway for BP.  Your Honor, you saw our letter of

09:53AM 15   Wednesday and then the Halliburton response.

09:53AM 16        THE COURT:  I did.

09:53AM 17        MR. GASAWAY:  I don't know how you want to go forward

09:53AM 18   with this, but if we definitely think that the Topic 9 issue

09:53AM 19   requires more time, then there is four additional issues, two

09:54AM 20   with Halliburton, one with the states, and one, really, with

09:54AM 21   the United States.  A lot of them revolve around the same sorts

09:54AM 22   of things where BP is trying to be concrete, tell us what

09:54AM 23   source control methods we should come prepared to talk about.

09:54AM 24   That's an issue with Halliburton on Topic 2.

09:54AM 25             On one of the topics with the United States, it's

09:54AM 1    tell us what fluid properties we should come to talk about.

09:54AM 2    We've got a list of seven -- pressability, viscosity, etcetera,

09:54AM 3    etcetera, etcetera.

09:54AM 4          Then there is the issue of the interrogatories.

09:54AM 5    Obviously the United States spent a lot of time, effort, and

09:54AM 6    money on putting together the spill response.  Everybody knows

09:54AM 7    BP did as well.  We think that that's best addressed by an

09:54AM 8    interrogatory in the first instance.  If that's deficient in

09:54AM 9    some way, could they come back, and we would probably resist

09:54AM 10   this, but certainly where we're just talking about costs, we

09:54AM 11   think that should be addressed by interrogatories in the first

09:55AM 12   instance, and then we just have the M56 versus M57 sands issue.

09:55AM 13         Everybody in the courtroom is very familiar with

09:55AM 14   the M57 sands.  Halliburton is focused in Phase Two as it was

09:55AM 15   in Phase One on that.  We think there has been very extensive

09:55AM 16   discovery on that, and we would like for Phase Two to just

09:55AM 17   focus on the M56.

09:55AM 18         So I don't know if those are sort of discrete

09:55AM 19   issues with discrete parties -- two with Halliburton, one with

09:55AM 20   the states on the interrogatory, one with the United States on

09:55AM 21   the fluid properties.  Those, I'm not sure that there is going

09:55AM 22   to be a lot of progress to be made on the fifth topic with the

09:55AM 23   United States.

09:55AM 24         We do think that progress can be made, and we

09:55AM 25   hope we can close the gap, so maybe of the five outstanding

09:55AM 1 issues, four are closer to an impasse, if you will, one hard

09:55AM 2 bargaining continues, and we're hopeful.  So, that would be my

09:55AM 3 report, and maybe the Court could suggest a process from there.

09:55AM 4   THE COURT:  Okay.  Good.  Okay.  Let's get in line.

09:56AM 5 Come on up.

09:56AM 6   MR. KRAUS:  Good morning, Your Honor.  Doug Kraus on

09:56AM 7 behalf of Louisiana to address the cost of spill preparedness

09:56AM 8 and source control related topics.

09:56AM 9   BP misrepresented a couple things in their letter

09:56AM 10 to you on Wednesday, and they misrepresented the parties that

09:56AM 11 are interested in those topics.  Basically, everybody except

09:56AM 12 for BP is interested in a live witness on those topics,

09:56AM 13 including Transocean.  I don't mean to speak for them.  I don't

09:56AM 14 mean to speak for Halliburton and Alabama.  So it's everybody

09:56AM 15 that wants source control related discovery wants that topic.

09:56AM 16   They also state that --

09:56AM 17   THE COURT:  Let's stop for a second.  Let's talk about

09:56AM 18 that.  Why can't we start with answers to interrogatories so

09:56AM 19 that you all have the information, and then if we need to put a

09:56AM 20 witness up, you've got questions about what they have provided.

09:56AM 21   MR. KRAUS:  My fear is that we're going to be back here

09:57AM 22 in 90 days complaining about a vague interrogatory response

09:57AM 23 that references thousands of pages of documents.  We're going

09:57AM 24 to be here in August with a trial date a few months down the

09:57AM 25 road with a busy calendar with certain date restrictions, and

09:57AM 1   as it was related to Phase One discovery, at the end the Court

09:57AM 2   and parties became a lot more resistant to producing additional

09:57AM 3   witnesses.

09:57AM 4               I think that it makes a lot more sense to address

09:57AM 5   that now and address it all in one fell swoop as opposed to

09:57AM 6   cull that out when I think we're going to face a lot more

09:57AM 7   resistance to it down the road.

09:57AM 8         THE COURT:  I'm not going to prohibit it, but it

09:57AM 9   doesn't make sense to me that you would spend hours or days

09:57AM 10  asking a witness to itemize things that could be easily put

09:57AM 11  down in writing, and then, if you've got questions based on the

09:58AM 12  information provided in writing, I'm certainly not going to

09:58AM 13  prohibit that, but it makes sense to me that they give you a

09:58AM 14  summary with backup documents to itemize first.

09:58AM 15        MR.  KRAUS:  I would agree with that and I would also

09:58AM 16  make the comment that it seems to me that we should have been

09:58AM 17  produced or these documents have been called for before.  So

09:58AM 18  they are offering to do something that they already should have

09:58AM 19  done.  We should be able to question somebody from BP on that

09:58AM 20  as opposed to read a discovery response written by one of its

09:58AM 21  attorneys.

09:58AM 22              So what they are offering to do is something that

09:58AM 23  they already should have done.  We would like a witness on it.

09:58AM 24  We think we're entitled to a witness on it.  It's relevant to

09:58AM 25  multiple topics related to Phase Two, including potential

09:58AM 1   penalty provisions, to the Clean Water Act, to punitive

09:58AM 2   damages.

09:58AM 3          THE COURT:  How do costs relate to penalty damages?

09:59AM 4          MR. KRAUS:  Well, because it relates to what they could

09:59AM 5   have done related to spill preparedness.  It relates to what

09:59AM 6   they could have done and when related to source control.  I

09:59AM 7   think it's a factor that the Court is going to want to know.

09:59AM 8              There is certainly a lot of information that the

09:59AM 9   Court is going to want to know as to what they did related to

09:59AM 10  source control, when they did it, why they didn't do it.  I

09:59AM 11  can't get that information from a discovery response.

09:59AM 12         THE COURT:  I agree.  I'm focusing on costs.  That's

09:59AM 13  what I'm focusing on.  It seems to me it's just an easier way

09:59AM 14  for them to itemize costs for you, produce it to you with

09:59AM 15  reference to the backup documentation, and then you can go into

09:59AM 16  your deposition.

09:59AM 17         MR. KRAUS:  I would agree with that but I would also

09:59AM 18  agree with the statement that we should already have those

09:59AM 19  documents.

09:59AM 20         THE COURT:  Shoulda, coulda, woulda.  You're going to

09:59AM 21  get them.

09:59AM 22         MR. KRAUS:  Okay.  Well, we should have them already,

10:00AM 23  and we need to examine somebody about them.  We're entitled to

10:00AM 24  them in my opinion.

10:00AM 25         THE COURT:  Okay.  All right.  Well, Mr. Barr, you're

10:00AM 1    not next in line.

10:00AM 2             Good morning.

10:00AM 3         MR. CHAKERES:  Your Honor, this is Nat Chakeres for the

10:00AM 4    United States.  I just wanted to say we hadn't provided a

10:00AM 5    written response to BP's summary, again, in line with Sarah's

10:00AM 6    earlier comments about not wanting to send duplicative paper.

10:00AM 7    We're available today or whenever the Court's convenience to

10:00AM 8    discuss the outstanding issue.

10:00AM 9             I think we agree with Rob there is one issue that

10:00AM 10   we have that we think a few more days of discussion very well

10:00AM 11   might take off the table and one that we think is pretty

10:00AM 12   discrete that is ready to resolve, and we don't think any more

10:00AM 13   meet and confers is going to be productive.  So whenever you're

10:00AM 14   ready on that.

10:00AM 15        THE COURT:  Certainly on Topic Number 9, take the

10:00AM 16   additional time and see if you can work it out.  I'm never

10:01AM 17   going to tell you you can't do that.  That's for sure.

10:01AM 18             Then the one you think you can't work out is --

10:01AM 19        MR. CHAKERES:  Topic 5.

10:01AM 20        THE COURT:  Topic Number 5.  That's the one that I

10:01AM 21   think is the biggest one we're going to have to tackle, so

10:01AM 22   everybody knows, that's the properties issue, the properties of

10:01AM 23   the spill.

10:01AM 24        MR. CHAKERES:  The properties of the fluids and --

10:01AM 25        THE COURT:  Hydrocarbons, yes.

10:01AM 1          MR. CHAKERES:  Yes.  We can put any argument on that

10:01AM 2     now, but I think if you want to do that after the conference we

10:01AM 3     can do that too.  I don't know what your preference is.

10:01AM 4          THE COURT:  Why don't we do this:  Are you ready to

10:01AM 5     talk about that and why it is that you all can't agree on what

10:01AM 6     the properties of the hydrocarbons are?

10:01AM 7          MR. CHAKERES:  Yes.  So what we're really talking about

10:02AM 8     is now just a couple of words, I believe.  The list of fluid

10:02AM 9     properties that BP listed there are fluid properties that may

10:02AM 10    relate to how the fluids behave in a well or in a reservoir.

10:02AM 11    What they want is to limit, these are the properties that you

10:02AM 12    can ask our witnesses about.  They are not probably the only

10:02AM 13    properties out there that ever bear on how well a fluid flows

10:02AM 14    through a pipe.  They may be everything that was analyzed, but

10:02AM 15    we don't know that.

10:02AM 16          So what we want to do is ask BP simply what

10:02AM 17    properties did you analyze and, if they did analyze them, to

10:02AM 18    talk about them.  We took up an earlier suggestion that we

10:02AM 19    include the list that BP has there as a -- as a nonexclusive

10:02AM 20    list, so, such as these properties, and it very well may be

10:03AM 21    that we have those -- those properties there that -- that they

10:03AM 22    are the universe of what was analyzed and then that's that.

10:03AM 23          But we don't know what BP analyzed, so we don't

10:03AM 24    want to box ourselves in if they were studying some other fluid

10:03AM 25    properties that they think were relevant to to how the fluid is

10:03AM 1     behaving.  So I think if we just include some words to the

10:03AM 2     effect of *including but not limited to*, that would get us where

10:03AM 3     we need to be.

10:03AM 4          THE COURT:  Let me ask you, for instance, the size and

10:03AM 5     thickness of an oil spill, you don't know whether they relied

10:03AM 6     on that or analyzed that.

10:03AM 7          MR. CHAKERES:  Well, so that actually, we were really

10:03AM 8     interested for this topic on the fluid while it's in the

10:03AM 9     reservoir and while it's in the wellbore and while it's in the

10:03AM 10    capping stack.  Once it gets out into the environment, we

10:03AM 11    initially and BP had mentioned in the letter where it initially

10:04AM 12    said, well, the properties in the fluid out in the ocean too

10:04AM 13    we're interested in, and upon further reflection I think we

10:04AM 14    tried to make this clear in the meet and confers, we thought

10:04AM 15    that's more of a Phase Three fate and transport of the oil

10:04AM 16    issue.  We can live without talking about stuff pulled from the

10:04AM 17    ocean or tar balls on the beach.  It's really the properties

10:04AM 18    that BP analyzed from -- that were collected straight from the

10:04AM 19    reservoir or collected straight out of the pipes that were

10:04AM 20    connected to the BOP or the top hat.

10:04AM 21          THE COURT:  Okay.  Rob.

10:04AM 22          MR. GASAWAY:  Your Honor, the limitation that he just

10:04AM 23    enunciated is very helpful.  Obviously what we're concerned

10:04AM 24    about is we have hundreds of thousands of samples of these

10:04AM 25    fluids.  As you know, we've talked about seeps, potential

10:04AM 1    leaks, ROVs going down long after the incident, getting

10:05AM 2    seawater and hydrocarbons and stuff like that.  We collected

10:05AM 3    hundreds and hundreds of thousands of oil samples from the

10:05AM 4    water, from land where it landed, et cetera, etcetera.  That's

10:05AM 5    a daunting task that nobody in BP knows about, and it would be

10:05AM 6    difficult to prepare a witness on.

10:05AM 7              In terms of the properties of the fluid in the

10:05AM 8    reservoir as it was in the reservoir before it hit water, that

10:05AM 9    is a discrete issue.  They have the lab reports from PENCOR and

10:05AM 10   other labs.  Some of the additional 30(b)(6) topics that

10:05AM 11   they've asked for go to those lab reports.  They know what

10:05AM 12   those fluid properties are, and we thought the easiest way for

10:05AM 13   them was just to the extent they have those and they know what

10:05AM 14   those properties are and they want additional analyses to say

10:05AM 15   what those analyses or are where they are focused.

10:05AM 16             I think this is a problem where we're converging

10:06AM 17   on what's important.  We agree that it's really the analysis of

10:06AM 18   the hydrocarbon fluids in the reservoir before they get out

10:06AM 19   into the environment that's important.  What we're trying to do

10:06AM 20   is just limit it to that analysis of the hydrocarbon fluids in

10:06AM 21   the reservoir and any analysis that we did for that.

10:06AM 22        THE COURT:  Now, I think Nat said in the reservoir, the

10:06AM 23   BOP, and the associated equipment including the pipes, so

10:06AM 24   before it gets out into the environment.

10:06AM 25        MR. GASAWAY:  What we're worried about there then is if

10:06AM 1    that goes to properties of the associated equipment and the

10:06AM 2    BOP, if you understand what I'm saying.

10:06AM 3            THE COURT:  No, I think --  and, Nat, confirm for me --

10:06AM 4    we're just talking about the properties of the hydrocarbons

10:06AM 5    themselves.  Nat is shaking his head in the affirmative.

10:06AM 6            MR. GASAWAY:  Okay.  If that is the case, I'm not sure

10:06AM 7    that the hydrocarbons themselves changed when they were in the

10:07AM 8    BOP or the capping stack other than in the ways that we have in

10:07AM 9    our language here, the effects of changes in pressure and/or

10:07AM 10   temperature on the aforementioned physical or chemical

10:07AM 11   properties.  So what we were trying to do there is say as the

10:07AM 12   hydrocarbons go up through the wellbore into the BOP --

10:07AM 13           THE COURT:  Their properties change.

10:07AM 14           MR. GASAWAY:  -- their temperature and their pressure

10:07AM 15   changes.  We would be happy to talk about changes in

10:07AM 16   temperature and pressure there, but if you ask the question of

10:07AM 17   how much pressure loss or gain was there as you move from the

10:07AM 18   reservoir into the wellbore, into the BOP, into the capping

10:07AM 19   stack, that blows this -- that multiplies the magnitude of this

10:07AM 20   topic by many, many times.  It becomes no longer focused on

10:07AM 21   fluids, but it becomes focused on something else that will be

10:07AM 22   covered elsewhere.

10:07AM 23           So what we were trying to do is say, look, we

10:08AM 24   understand what you're trying to get at.  You're trying to get

10:08AM 25   at the PENCOR and other lab reports.  We'll have somebody who

10:08AM 1   is prepared to talk about those.  To the extent that you want

10:08AM 2   to talk about our analysis of changes in pressure and

10:08AM 3   temperature on those hydrocarbon fluids, there is a so-called

10:08AM 4   *BP Black Oil Table* that talks about changes in temperature and

10:08AM 5   pressure.  They have that.  We're going to be prepared on that.

10:08AM 6          What we don't want to get into is anything in the

10:08AM 7   environment or anything like, well, you know, you're talking

10:08AM 8   about temperature and pressure change, let's talk about what do

10:08AM 9   you think the pressure of the fluid was at the exit from the

10:08AM 10  capping stack?  What do you think it was at the BOP?  How much

10:08AM 11  pressure change do you think there was?  How much hydrostatic

10:08AM 12  pressure do you think there was?  That's not about the fluids.

10:08AM 13  That's more about the equipment.

10:08AM 14          THE COURT:  Come on up, Nat.  Rob, stand by.

10:08AM 15          MR. CHAKERES:  Thank you, Your Honor.  I hopefully can

10:08AM 16  address some of that concern.  We do not believe Topic 5 should

10:08AM 17  include BP's actual analysis of the pressures of the fluid in

10:09AM 18  the capping stack or in the BOP or the temperatures.  That's

10:09AM 19  sort of an ultimate issue that we're going to be looking at

10:09AM 20  very closely.

10:09AM 21          One clarification.  When the fluids were -- there

10:09AM 22  were fluids collected through the top hat and through the BOP

10:09AM 23  to surface ships, and there was analysis of the fluid

10:09AM 24  properties of those fluids, and that was compared to some of

10:09AM 25  the analyses that were done with PENCOR.  The PENCOR analysis,

10:09AM 1    as we understand it, was done on reservoir samples taken before

10:09AM 2    the blowout.

10:09AM 3             If there is a difference in, say, one of the

10:09AM 4    properties that was observed once it was collected from the

10:09AM 5    ship and compared to the PENCOR fluid analysis, that's really

10:09AM 6    what we're trying to go for in terms of the BOP and the top

10:09AM 7    hat.

10:09AM 8             I don't think that Topic 5 we're looking at the

10:09AM 9    actual understanding.  We were more looking -- of the

10:10AM 10   temperature and pressure.  We were more looking at something

10:10AM 11   like the BP Black Oil Table that attempts to model the behavior

10:10AM 12   of the fluids.

10:10AM 13        THE COURT:  It doesn't sound like you're very far apart

10:10AM 14   to me.  With the clarification that we're not talking about the

10:10AM 15   hydrocarbons as they got into the environment, oil slicks,

10:10AM 16   plumes, etcetera, and with the modification that we're talking

10:10AM 17   about testing from the reservoir and the properties of any

10:10AM 18   samples that were taken out of the BOP or associated equipment,

10:10AM 19   we're not that far apart, are we?

10:10AM 20        MR. GASAWAY:  I don't think so, Your Honor.  Let me

10:10AM 21   make a suggestion here.  Since we're going to be meeting and

10:10AM 22   conferring with the United States on the other topic, I think

10:10AM 23   we've closed the gap here.  Let's see if we can get some

10:10AM 24   language around this with these understandings, and we'll put

10:10AM 25   that on the same timetable as Topic 9.

10:10AM 1          THE COURT:  Okay.  Good.  Thank you.  That was very

10:10AM 2    helpful, Nat.  Thank you.

10:11AM 3          MR. BARR:  Your Honor.

10:11AM 4          THE COURT:  Mr. Barr, I forgot about you.

10:11AM 5          MR. BARR:  Brian Barr for the PSC.  On the cost issue,

10:11AM 6    from the PSC perspective we are receptive to the idea of

10:11AM 7    attempting to do interrogatories, I mean, look to get a preview

10:11AM 8    of what BP is going to say prior to deposition is fine with me.

10:11AM 9          I do believe that a deposition is ultimately

10:11AM 10   going to be required.  That answer is going to create other

10:11AM 11   questions.  One of the ways that we may be able to cut down on

10:11AM 12   some of this is to do requests for admissions in addition to

10:11AM 13   interrogatories so maybe we can take an issue off the table.

10:11AM 14         THE COURT:  I think that's fine.  I do think we should

10:11AM 15   allow BP to lay the foundation for any 30(b)(6) depo on that

10:11AM 16   topic so that we don't spend days asking a witness about things

10:11AM 17   that could just be given to you in summary form and if you've

10:11AM 18   got follow-up questions.

10:12AM 19         MR. BARR:  From our perspective it's not just about

10:12AM 20   cost after April 20th.  It's money that was spent prior to

10:12AM 21   April 20th on preparation so that there is two different things

10:12AM 22   going on here, and the second one, it may be simpler to do

10:12AM 23   interrogatories, but the first one, that's going to require a

10:12AM 24   deposition, unless a request for admission cuts it out.

10:12AM 25         THE COURT:  Go ahead and get your admissions out.

10:12AM  1        MR. YORK:  Your Honor, the only thing we would say is

10:12AM  2   we think that Mr. Godwin's letter from Thursday sets out

10:12AM  3   Halliburton's position.  If the Court has any questions about

10:12AM  4   what we believe are compromised positions before by

10:12AM  5   Halliburton, we are happy to respond.

10:12AM  6        THE COURT:  Good.  Thank you.

10:12AM  7            Okay.  Rob.

10:12AM  8        MR. GASAWAY:  Very quickly on the interrogatory issue,

10:12AM  9   we think that an interrogatory can cover it all.  If not, we

10:12AM 10   think it should be targeted in a deposition on written

10:13AM 11   questions maybe.

10:13AM 12            In terms of timing, as our letter says, 60 days

10:13AM 13   from the Court's order, so if the order came out today, that

10:13AM 14   would mean our interrogatory answers would be due August 8th.

10:13AM 15   That's over a month before September 10th.  That's enough time

10:13AM 16   to sort of figure out if there is specific written questions

10:13AM 17   that they would like to follow up on, so we do think that's the

10:13AM 18   way to go.

10:13AM 19        THE COURT:  So let me make sure I understand.  Have you

10:13AM 20   got the questions that they want answered?

10:13AM 21        MR. GASAWAY:  Well, what we would do is just take the

10:13AM 22   topics, turn them into draft interrogatories that we would

10:13AM 23   probably send out to all parties and say, Dear parties, here

10:13AM 24   are the topics reframed as interrogatories.  We plan on

10:13AM 25   responding to these maybe not August 8th, August 15th, which

10:13AM 1   would be a week not from today -- 60 days not from today but

10:13AM 2   next Friday.  We plan on responding to these interrogatories

10:13AM 3   August 15th.  If you think these interrogatories are improperly

10:14AM 4   framed, tell us and we can take it up with Judge Shushan on

10:14AM 5   Friday, but otherwise these interrogatories will be finalized a

10:14AM 6   week from today, next Friday, and then we'll respond by

10:14AM 7   August 15th.  Then everybody will have plenty of time to tell

10:14AM 8   us why it's inadequate and our answers are wrong, etcetera.

10:14AM 9          I don't know if requests for admissions in

10:14AM 10  addition to that I would be in favor of.  The time for

10:14AM 11  Phase Two discovery has lapsed, and this has been grandfathered

10:14AM 12  in because this has always been a topic that we're trying to be

10:14AM 13  more reasonable on.

10:14AM 14         Candidly, this is parallel treatment for the

10:14AM 15  United States.  This idea of interrogatories first came about

10:14AM 16  because of the United States.  They said we're a big

10:14AM 17  organization.  We have a lot of activities.  In order for us to

10:14AM 18  figure out how much we spent on this bill, which was lots and

10:14AM 19  lots of money, we have to get a lot of people together.  It's

10:14AM 20  easier to do that.

10:14AM 21         For better or for worse, BP is an organization

10:14AM 22  that spent billions of dollars on this bill and to figure out

10:15AM 23  how much it spent on these source control topics and break them

10:15AM 24  down is a huge effort, and we were very willing to be

10:15AM 25  reasonable to the United States.  We think that the Court and

10:15AM 1    the parties should be equally willing to accommodate BP.

10:15AM 2         THE COURT:  We're having a mumbling day.  We're having

10:15AM 3    a mumbling day.

10:15AM 4              Okay.  So, Brian, you were making faces while Rob

10:15AM 5    was speaking.

10:15AM 6         MR. BARR:  I'm trying to understand what it is he's

10:15AM 7    proposing.

10:15AM 8         THE COURT:  He's proposing to take the topics and turn

10:15AM 9    them into interrogatories and show you all those

10:15AM 10   interrogatories and tell you that he intends to answer those

10:15AM 11   interrogatories within 60 days of turning those interrogatories

10:15AM 12   around.

10:15AM 13        MR. BARR:  I thought that's what I heard.  So he's

10:15AM 14   going to draft his own interrogatory, answer his own

10:15AM 15   interrogatory, and take 60 days to answer his own

10:15AM 16   interrogatories, but...

10:16AM 17        THE COURT:  That is pretty much it.

10:16AM 18        MR. BARR:  I think this was the hesitation a lot of

10:16AM 19   people had in agreeing to interrogatories.  We can do this

10:16AM 20   quicker in a deposition rather than doing a drawn-out process

10:16AM 21   like this.  I did -- the one thing that he says that we can't

10:16AM 22   do, they may be opposed to requests for admissions because

10:16AM 23   we're past a deadline.  Well, if we're past a deadline, we're

10:16AM 24   past a deadline for all written discovery, not just the ones he

10:16AM 25   wants.

10:16AM 1        THE COURT:  Look, I'm in favor of turning it into --

10:16AM 2    the basic cost information should be turned into

10:16AM 3    interrogatories, so turn them into interrogatories.  They

10:16AM 4    should be identical to your suggested topics.  I'm hoping,

10:16AM 5    right, Rob?

10:16AM 6        MR. GASAWAY:  That's exactly right, Your Honor.  The

10:16AM 7    reason we are suggesting to draft it is we're afraid if other

10:16AM 8    parties draft it, they will start on ground zero.  We are

10:16AM 9    grandfathering in this additional discovery because it's a

10:17AM 10   replacement for preexisting, already requested deposition

10:17AM 11   discovery.

10:17AM 12       No doubt they'll have comments on our draft, but

10:17AM 13   that's why we're suggesting the efficient position that we're

10:17AM 14   drafting our own interrogatories which will attempt to mirror

10:17AM 15   what people are requesting in depositions.  So that's sand only

10:17AM 16   point I want to make.  Thank you.

10:17AM 17       THE COURT:  I'm not going to foreclose a deposition on

10:17AM 18   the topic, but I think we should lay a foundation in response

10:17AM 19   to interrogatories that you all have in writing what they spent

10:17AM 20   for what topic and how they compute it in reference to the

10:17AM 21   document, and then you'll be a lot further down the road than

10:17AM 22   walking cold into a witness and asking questions.

10:17AM 23       MR. BARR:  If we can cut -- the 60 days probably

10:17AM 24   bothers me more than anything, and if we can narrow that

10:17AM 25   window, since they are drafting it.

10:17AM 1          THE COURT:  I think what bothered you originally was

10:17AM 2     him drafting his own interrogatories.

10:17AM 3          MR. BARR:  That is a little strange.

10:17AM 4          MR. KRAUS:  Your Honor, Doug Kraus for Louisiana.  I

10:18AM 5     would just like to comment that when the United States

10:18AM 6     responded to these interrogatories, their turnaround time was

10:18AM 7     three to five days for them to respond to this same offer that

10:18AM 8     BP is generously making here today.

10:18AM 9          As long as that we're guaranteed a witness at the

10:18AM 10    end of the day, maybe it's a limited time or less of a time

10:18AM 11    than we originally anticipated, that's okay.  As long as there

10:18AM 12    is a guarantee here from BP and the Court that we're going to

10:18AM 13    have a witness to discuss these topics at the end of the day,

10:18AM 14    then it's a lot more palatable.

10:18AM 15         THE COURT:  I don't know if I'm in the guarantee

10:18AM 16    business.  I'm certainly not going to foreclose it.  Let's see

10:18AM 17    what you all get and let's see what information you have.  It

10:18AM 18    seems to me let's lay the foundation, and if you all think that

10:18AM 19    you still need a witness on the topic as follow-up, I will

10:18AM 20    certainly consider it.

10:19AM 21         MR. KRAUS:  Thank you, Your Honor.

10:19AM 22         MR. BARR:  One point of clarification given Rob's

10:19AM 23    comment about the request for admissions.  I'm assuming we can

10:19AM 24    still go ahead and prepare those, and if they want to object to

10:19AM 25    them --

10:19AM  1          THE COURT:  Don't go over the top.  Try to restrain

10:19AM  2     themselves.

10:19AM  3          MR. BARR:  Narrowly --

10:19AM  4          THE COURT:  All right.  So let's see.  Now, the sand,

10:19AM  5     the M57 sand.  Do y'all want to come talk to me about that?

10:19AM  6          MR. YORK:  Good morning, Your Honor.  Alan York for

10:19AM  7     Halliburton.

10:19AM  8          THE COURT:  Good morning, Alan.

10:19AM  9          MR. YORK:  As Mr. Godwin set out in his letter of

10:19AM 10     June 6th, a little bit of history here.  When we first met and

10:19AM 11     conferred with BP we had requested that Topics 5, 6 and 23 all

10:19AM 12     be expanded to include M56 and M57.

10:20AM 13          BP asked us to go back and consider specific

10:20AM 14     language and the specific topics and we did and went back to BP

10:20AM 15     and said that we would accept Topics 5 and 6 as they were

10:20AM 16     drafted, but because of the nature of Topics 23, which deals

10:20AM 17     with the geophysical and petrophysical properties of the matter

10:20AM 18     found in the reservoirs during the source control period -- and

10:20AM 19     I would note actually that the way that that topic is drafted,

10:20AM 20     it actually has implications both before and after the event

10:20AM 21     because of the dates that are included in Topics 23.

10:20AM 22          But regardless, we believe that M57, because

10:20AM 23     there is a difference of opinion from the experts as to what

10:20AM 24     may have started the flow, what may have contributed to the

10:20AM 25     flow, what impact that may have had on the flow, and given that

10:20AM 1   the one of the source control areas is determining what the

10:20AM 2   flow is, where it's coming from, how to address it, we believe

10:21AM 3   that given the specific nature of Topics 23 dealing with

10:21AM 4   geophysical and petrophysical properties of the relevant sands,

10:21AM 5   we think that restricting it to M56 only is improper.

10:21AM 6           What we're trying to avoid, I mentioned this to

10:21AM 7   Rob before the conference this morning, what we're trying to

10:21AM 8   avoid is getting into the situation at the deposition where

10:21AM 9   there is an implication or at least a question of what the

10:21AM 10  implication is with regard to the M57 sands, trying to ask that

10:21AM 11  question and being told, no, the topic only relates to M56.

10:21AM 12          So what we're trying to do is we're trying to

10:21AM 13  preserve the ability to ask the questions that we think may be

10:21AM 14  relevant, and we think that that goes beyond, in this

10:21AM 15  particular instance, only the M56 reservoir.

10:21AM 16      THE COURT:  Alan, let me ask you:  One is M56

10:21AM 17  reservoir; the other is M57 sands.  Is that a distinction I

10:21AM 18  should be paying attention to?

10:21AM 19      MR. YORK:  As I understand it, and I do not purport to

10:22AM 20  be an expert in this field, but the M56 reservoir is actually

10:22AM 21  the reservoir that BP was attempting to tap into to produce.

10:22AM 22      THE COURT:  And had to go through the sands to get --

10:22AM 23      MR. YORK:  Had to go through the M57 sands.  Now, the

10:22AM 24  M56 are also sands.  That's why, in the language that we

10:22AM 25  proposed, we simply said *the M56 and M57 sands* as opposed to

10:22AM  1   *M56 reservoir* because we thought that was a way of broadening

10:22AM  2   it without making it too broad and allowing us the ability to

10:22AM  3   ask what we think the relevant questions in that area are.

10:22AM  4           THE COURT:  Relative to crossover to Phase One, which

10:22AM  5   looks to be the big objections that BP has, how do you parse

10:22AM  6   that?

10:22AM  7           MR. YORK:  Certainly there were questions in Phase One

10:22AM  8   on how M57 impacted the drilling decisions that were made prior

10:22AM  9   to the spill.  But those, as we have heard BP say on numerous

10:23AM 10   occasions, there is not a clear cutoff, and I think the PSC has

10:23AM 11   said this on many occasions too, there is not a clear cutoff on

10:23AM 12   April 20th, 21st or 22nd between Phase One and Phase Two.

10:23AM 13   There are going to be overlap issues.

10:23AM 14           So while the M57 sands were indeed relevant to

10:23AM 15   Phase One issues, that doesn't necessarily negate their

10:23AM 16   relevance of those sands to Phase Two issues as well.

10:23AM 17           So that's all we're trying to do is, in the

10:23AM 18   manner of a compromise position that we put forward, is to make

10:23AM 19   sure that we have the ability to ask the questions that we

10:23AM 20   think are relevant to those inquiries for that specific area of

10:23AM 21   inquiry.

10:23AM 22           THE COURT:  Okay.  I'm going to go back and look at the

10:23AM 23   topic.

10:23AM 24           All right.  Rob, do you want to say something?

10:23AM 25           MR. GASAWAY:  Yes, Your Honor, briefly three points:

10:23AM 1    Number 1, the difference between reservoir and sands is

10:24AM 2    important.  Obviously for Phase Two, what the parties have been

10:24AM 3    focused on for all the iterations of this is the reservoir, and

10:24AM 4    the reservoir of interest here is the M56 reservoir that has

10:24AM 5    certain characteristics that were named in the topic, and so in

10:24AM 6    trying to broaden the topic in pulling these Phase One issues,

10:24AM 7    they've actually made the topic less serviceable for Phase Two.

10:24AM 8         Secondly, this is a 30(b)(6) topic of corporate

10:24AM 9    representatives.  As Your Honor has talked about many times,

10:24AM 10   document discovery precedes this, and critically what

10:24AM 11   Halliburton hasn't done, other than talking about its own

10:24AM 12   expert opinions in Phase One, which aren't a basis, is come

10:24AM 13   forward with any documents produced by BP having to do with the

10:24AM 14   M57 reservoir and say, oh, look, in these documents about the

10:24AM 15   M57 reservoir, these clearly show that you need additional

10:24AM 16   conversation and deposition testimony about the M56 sands to

10:25AM 17   talk about the M57 reservoir.

10:25AM 18        So we think you're taking what is a central and

10:25AM 19   legitimate topic for Phase Two, a central subject of deposition

10:25AM 20   for Phase Two, the M56 reservoir, making that actually a less

10:25AM 21   poorly identified topic to try to stretch for Halliburton,

10:25AM 22   which has tangential interests, we think, in Phase Two, as

10:25AM 23   we've talked about before, going back to a Phase One issue on

10:25AM 24   no factual basis.

10:25AM 25        We've read Halliburton's Phase One expert

reports, obviously, but what I would be interested to see is if there are any documents among the hundreds of thousands of Phase Two documents BP has produced to suggest this testimony is needed to elicit a better understanding of what BP knew about the M57 reservoir.  Thank you.

THE COURT:  Okay.  Thank you, guys.

All right.  Anything else --

MR. YORK:  Judge --

THE COURT:  I'm sorry.  Go ahead, Alan.

MR. YORK:  Alan York for Halliburton.  Judge, this is just sort of a repeated thing that we keep hearing, this idea that the issues that Halliburton is raising should be put off to the side because we only have a tangential interest in Phase Two.  As the Court is aware, that's not necessarily what we're hearing from all sides.

We're hearing from some parties that Halliburton and Transocean are targets of Phase Two.  It's important for us, unless all the parties are going to agree that Halliburton is not exposed to any additional liability allocations or additional liability for Phase Two issues, then, quite frankly, we'll sit down and be quiet, but as long as we're being put in the crosshairs to some degree, we think it's important for us to make sure that our issues are heard.

THE COURT:  Okay.  Does anybody want to comment on that?

10:26AM  1          Okay.  Moving right along.  Okay.  Have we got

10:27AM  2  any report from the United States and BP on your discussions

10:27AM  3  about the addition of the reservoir team contractors'

10:27AM  4  deposition?

10:27AM  5          MR. GASAWAY:  Your Honor, this is Rob Gasaway for BP.

10:27AM  6          THE COURT:  We should just have a Gasaway status

10:27AM  7  conference.

10:27AM  8          MR. GASAWAY:  We have had a conversation yesterday.  We

10:27AM  9  exchanged some e-mail traffic last night.  The status of it is

10:27AM 10  we were surprised by the United States' proposal.  We thought

10:27AM 11  it had some peculiarities that I won't describe in terms of the

10:27AM 12  relevant amounts of time.

10:27AM 13          The bottom line is we're the party that always

10:27AM 14  wants to move faster, so I think we're trying to convince

10:27AM 15  ourselves to let ourselves be jammed on this issue, try to tee

10:28AM 16  it up more quickly.

10:28AM 17          Our current thinking is maybe what we would do is

10:28AM 18  send a quick letter that responds to the points that have been

10:28AM 19  made on the record by the United States, and then allow them to

10:28AM 20  jam us, which is what we think is a short turnaround time

10:28AM 21  because we would have already responded to the main points, and

10:28AM 22  we would just have to supplement anything new.

10:28AM 23          The bottom line is that's very much under

10:28AM 24  discussion with the United States, and we hope to have an

10:28AM 25  agreed-upon schedule shortly.

10:28AM 1              THE COURT:  Okay.  Nat?

10:28AM 2              MR. CERNICH:  Your Honor, this is Scott Cernich for the

10:28AM 3    United States.

10:28AM 4              THE COURT:  Hi, Scott, how are you?  I was going to

10:28AM 5    call on Nat.

10:28AM 6              MR. CERNICH:  Okay.  Is Nat already standing up?

10:28AM 7              THE COURT:  Yes, he is.

10:28AM 8              MR. CERNICH:  Well, then I'm happy to have Nat talk in

10:28AM 9    person then.

10:28AM 10             MR. CHAKERES:  Nat Chakeres for the United States.  I

10:28AM 11   think we proposed a briefing schedule with BP, identified some

10:29AM 12   issues with that, and we said okay, let's adjust.  We don't

10:29AM 13   have a briefing schedule to suggest.

10:29AM 14             What I can say is, though, I think after our

10:29AM 15   conversation, our meet and confer with BP, it would benefit to

10:29AM 16   have sort of a traditional three-tier briefing schedule.  We

10:29AM 17   don't want to jam BP.  We'll try and give them the time they

10:29AM 18   need to respond, but I think we understand the issues better,

10:29AM 19   and I think we would like to submit a brief regarding the

10:29AM 20   issues with the reservoir modelers and the people that, we

10:29AM 21   believe, were basically volunteer academics who came in and

10:29AM 22   helped.

10:29AM 23             THE COURT:  Those are the University 30(b)(6)'s right?

10:29AM 24             MR. CHAKERES:  Yes.

10:29AM 25             THE COURT:  So are you all going to work out the

10:29AM 1   briefing schedule, or do you want me just to settle it?

10:29AM 2        MR. CHAKERES:  I think we're willing to continue

10:29AM 3   talking about that.

10:29AM 4        THE COURT:  Okay.  Good enough.

10:30AM 5             Anything to report from the United States on the

10:30AM 6   Isotech and Weatherford 30(b)(6)?  Anything on that?  Nat?

10:30AM 7   Nothing.

10:30AM 8             Anything else that we need to cover on the

10:30AM 9   30(b)(6) depo's?  Third parties or otherwise.

10:30AM 10            Okay.  What do you all want to do about starting

10:30AM 11  to schedule depositions?  Do you all think we're in a position

10:30AM 12  to start with some of the third-party scheduling?  How are you

10:30AM 13  all coming on getting dates from those third parties?  Anything

10:30AM 14  to report on that?

10:30AM 15            Nat, you were up first.  Those, of course, would

10:31AM 16  be the third parties that we are not fighting over.

10:31AM 17       MR. CHAKERES:  That's correct, Your Honor.

10:31AM 18  Nat Chakeres for the United States.  We have begun the

10:31AM 19  conversations.  I don't think we have anything to report.  I

10:31AM 20  think that the time frame we were anticipating is August for

10:31AM 21  some of these third parties.

10:31AM 22       THE COURT:  Yes.

10:31AM 23       MR. CHAKERES:  Pending their availability.  We are

10:31AM 24  expecting to get productions for the ones that the

10:31AM 25  United States is taking the lead on and distributing those

10:31AM 1   documents to the other parties in the near future, so I think

10:31AM 2   that is sort of for the early comers in terms of documents that

10:31AM 3   August gives the parties enough time.

10:31AM 4         THE COURT:  Exactly.

10:31AM 5         MR. CHAKERES:  I don't think we have dates ready to

10:31AM 6   propose exactly.  We've reached out to the third parties, and

10:31AM 7   we'll report when we know something.

10:31AM 8         THE COURT:  Okay.  Good, Nat.  Thank you.

10:31AM 9         The same for everybody else that is in charge of

10:31AM 10  scheduling third-party 30(b)(6)'s.  If you all will start

10:32AM 11  getting dates.  I'm not suggesting we start taking them before

10:32AM 12  August.  What I am suggesting is we start making Corey take

10:32AM 13  care of putting them on the calendar.

10:32AM 14        MR. WILLIAMSON:  Jimmy Williamson for the PSC,

10:32AM 15  Your Honor.  Since the PSC was responsible for Cudd and

10:32AM 16  Wild Well, is the Court giving me guidance to try to get those

10:32AM 17  dates for August or September?  Is that the idea?

10:32AM 18        THE COURT:  Yes.

10:32AM 19        MR. WILLIAMSON:  Thank you.

10:32AM 20        THE COURT:  We would like to take third parties, if

10:32AM 21  possible, subject to their availability, in August.  If they

10:32AM 22  are not available, September and get them on the calendar so we

10:32AM 23  can all start planning our August and September travel plans.

10:32AM 24        MR. WILLIAMSON:  Thank you, Your Honor.

10:32AM 25        THE COURT:  You're welcome.

10:32AM 1          I guess last but not least on location of

10:32AM 2   depositions, you all did very well in Phase One of convincing

10:32AM 3   people to come to New Orleans.  If you can't, we do have to

10:33AM 4   start thinking about travel plans.  That does not include me,

10:33AM 5   by the way.

10:33AM 6               Come on up, Nat.

10:33AM 7          MR. CERNICH:  Your Honor, this is Scott Cernich.  We

10:33AM 8   can tell you from the parties that we have been talking to, the

10:33AM 9   United States, they are all amenable to coming to New Orleans

10:33AM 10  for their deposition.

10:33AM 11         THE COURT:  That's good.  That's no surprise, is it?

10:33AM 12         MR. CERNICH:  No, not at all.

10:33AM 13         MR. CHAKERES:  There is one exception there.  This is

10:33AM 14  Nat Chakeres for the United States.  The BP Institute for

10:33AM 15  Multiphase Flow in England is requesting a deposition in

10:33AM 16  England.

10:33AM 17         THE COURT:  Well, I might have to referee that

10:33AM 18  deposition.

10:33AM 19         MR. GODWIN:  You know where you were last year at this

10:33AM 20  time, Judge.

10:33AM 21         THE COURT:  That's exactly right.  It's exactly a year,

10:33AM 22  isn't it?  My, how time flies.  Nat, you didn't get to --

10:33AM 23         MR. UNDERHILL:  Should we specifically mention where

10:33AM 24  you were a year ago today?  I remember where you were during

10:33AM 25  those days.

10:33AM 1          THE COURT:  Today.

10:34AM 2          MR. UNDERHILL:  Right about this time in London

10:34AM 3   exactly.

10:34AM 4          THE COURT:  Right at this time we were at a -- what was

10:34AM 5   the name of the establishment?

10:34AM 6          MR. UNDERHILL:  It was an official business meeting

10:34AM 7   place near -- it was just an official meeting.

10:34AM 8          THE COURT:  I think the Crow and the Crown or the --

10:34AM 9   something like that, wasn't it?  It's a shame Steve is not here

10:34AM 10  today.  He knows.

10:34AM 11         Thank you for clarifying that.  I also presume

10:34AM 12  that we'll have maybe another couple of unnamed third parties

10:34AM 13  who are going to be antitravel.

10:34AM 14         Thank you, Nat.

10:34AM 15         So that's the end of my agenda but for one thing:

10:34AM 16  You know how we have these get-togethers that we had during

10:34AM 17  Phase One.  I think it's time to talk about a new location.  I

10:34AM 18  think we've rotated through all the parties once, and that

10:34AM 19  means that, I believe -- and I would like Transocean to work on

10:35AM 20  it -- is TO is up next.

10:35AM 21         I would like you to propose a rotation.  If you

10:35AM 22  could put together your best recollection of the order of

10:35AM 23  rotation, that would be good.  Then every other month we'll

10:35AM 24  have one of those meetings.  The person who is organizing the

10:35AM 25  meeting may designate the locale.

10:35AM  1    MR. BAAY:  Happy to do it.

10:35AM  2    THE COURT:  We'll start putting that on the calendar

10:35AM  3 when Corey starts keeping track again.

10:35AM  4     Is there anything else on the agenda that we need

10:35AM  5 to cover before we take a break to get to work on stipulations?

10:35AM  6 Going once.  Going twice.  Sold to the lowest bidder.

10:35AM  7     Let's take a 10-minute break and those of you on

10:35AM  8 the phone and those of you who are here that want to come back

10:35AM  9 for the stipulation, it will be in about ten minutes.

10:36AM  10    MR. UNDERHILL:  Judge, Jamaica House.

11    (WHEREUPON, the proceedings were concluded at

12 10:36 a.m.)

13        *   *   *

14

15       REPORTER'S CERTIFICATE

16

17    I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter of the State of
Louisiana, Official Court Reporter for the United States
18 District Court, Eastern District of Louisiana, do hereby
certify that the foregoing is a true and correct transcript to
19 the best of my ability and understanding from the record of the
proceedings in the above-entitled and numbered matter.

20

21        *s/Cathy Pepper*
         Cathy Pepper, CRR, RMR, CCR
22        Certified Realtime Reporter
         Registered Merit Reporter
23        Official Court Reporter
         United States District Court
24        Cathy_Pepper@laed.uscourts.gov

25

**1**

**1** [2] - 17:24, 46:1
**10** [1] - 7:6
**10-MD-2179** [1] - 1:7
**10-minute** [1] - 54:7
**1000** [1] - 6:4
**1001** [2] - 4:15, 5:25
**10:36** [1] - 54:12
**10th** [1] - 38:15
**11** [2] - 7:7, 7:8
**11,000** [1] - 21:21
**1201** [1] - 5:7
**13** [3] - 7:9, 7:10, 7:11
**1300** [1] - 5:17
**1331** [1] - 5:11
**14** [1] - 7:12
**15** [2] - 7:13, 7:15
**15th** [5] - 21:12, 24:14, 38:25, 39:3, 39:7
**1615** [1] - 5:17
**1665** [1] - 5:11
**16th** [3] - 21:8, 21:10, 22:12
**17** [1] - 7:16
**1700** [1] - 5:7

**2**

**2** [1] - 25:24
**2.................................
.............** [1] - 8:2
**20** [4] - 1:6, 7:17, 7:18, 7:19
**200** [1] - 5:25
**20005** [1] - 4:10
**20006** [1] - 5:21
**20044** [2] - 2:21, 3:6
**2010** [1] - 1:6
**2012** [2] - 1:8, 9:2
**2020** [1] - 5:20
**20th** [3] - 37:20, 37:21, 45:12
**21** [4] - 17:20, 18:16, 19:22, 20:3
**21st** [1] - 45:12
**2216** [1] - 2:4
**22nd** [2] - 24:4, 45:12
**22ND.......................
.............** [1] - 7:23
**23** [5] - 7:20, 43:11, 43:16, 43:21, 44:3
**24** [1] - 7:21
**25** [4] - 7:24, 7:25, 8:1, 8:2
**26** [1] - 8:3
**27** [1] - 8:4

**3**

**30(b)(6** [6] - 25:5, 33:10, 37:15, 46:8, 50:6, 50:9
**30(B)(6** [2] - 7:25, 8:11
**30(b)(6)'s** [2] - 49:23, 51:10
**30(B)(6).....................
** [1] - 8:10
**300** [1] - 4:5
**316** [1] - 2:10
**32502** [1] - 2:11
**355** [1] - 4:19
**35TH** [1] - 4:19
**36130** [1] - 3:10
**3700** [1] - 4:15
**3:30** [3] - 9:16, 9:22, 9:23

**4**

**4000** [1] - 6:4
**43** [1] - 8:6
**4310** [1] - 2:7
**450** [1] - 2:15
**48** [1] - 8:7

**5**

**5** [6] - 30:19, 30:20, 35:16, 36:8, 43:11, 43:15
**50** [4] - 8:10, 8:11, 8:12, 8:13
**500** [2] - 3:9, 6:11
**5000** [1] - 3:23
**504** [1] - 6:12
**52** [2] - 8:14, 8:15
**53** [1] - 8:16
**5395** [1] - 2:16
**546** [1] - 4:23
**556** [1] - 1:19
**589-7779** [1] - 6:12

**6**

**6** [2] - 43:11, 43:15
**60** [5] - 38:12, 39:1, 40:11, 40:15, 41:23
**600** [1] - 2:10
**60654** [1] - 4:5
**655** [1] - 4:9
**6th** [1] - 43:10

**7**

**701** [2] - 3:13, 3:23
**70112** [1] - 5:17
**70113** [1] - 1:23
**70130** [4] - 2:4, 3:14, 4:23, 6:11
**70139** [1] - 3:24
**70502** [1] - 1:19
**70505** [1] - 5:25
**75270** [1] - 5:8
**7611** [2] - 2:20, 3:5
**77002** [2] - 4:16, 6:4
**77006** [1] - 2:7
**77010** [1] - 5:12
**7TH** [1] - 2:16

**8**

**8** [2] - 1:8, 9:2
**8,000** [1] - 21:18
**820** [1] - 1:22
**8th** [2] - 38:14, 38:25

**9**

**9** [4] - 7:5, 25:18, 30:15, 36:25
**9......................................
.............** [1] - 8:1
**90** [1] - 27:22
**90071** [1] - 4:19
**94102** [1] - 2:16
**9:30** [2] - 1:8, 9:15

**A**

**a.m** [4] - 9:16, 9:22, 9:23, 54:12
**A.M** [1] - 1:8
**ability** [4] - 44:13, 45:2, 45:19, 54:19
**able** [3] - 15:7, 28:19, 37:11
**ABOUT** [2] - 7:5, 8:8
**above-entitled** [1] - 54:19
**academics** [1] - 49:21
**accept** [1] - 43:15
**accidentally** [1] - 19:3
**accommodate** [1] - 40:1
**Act** [1] - 29:1
**ACTION** [1] - 1:7
**ACTIONS** [1] - 1:10
**activities** [1] - 39:17
**actual** [3] - 12:7,

35:17, 36:9
**addition** [4] - 21:25, 37:12, 39:10, 48:3
**ADDITION** [1] - 8:8
**additional** [11] -
24:16, 24:18, 25:19, 28:2, 30:16, 33:10, 33:14, 41:9, 46:15, 47:19, 47:20
**address** [7] - 16:18, 21:17, 27:7, 28:4, 28:5, 35:16, 44:2
**addressed** [3] - 16:8, 26:7, 26:11
**addresses** [1] - 21:21
**adjust** [1] - 49:12
**admission** [1] - 37:24
**admissions** [5] -
37:12, 37:25, 39:9, 40:22, 42:23
**affect** [1] - 24:13
**aforementioned** [1] -
34:10
**afraid** [1] - 41:7
**afternoon** [4] - 16:4, 17:10, 17:11, 19:9
**AGENDA** [1] - 7:3
**agenda** [3] - 13:16, 53:15, 54:4
**ago** [1] - 52:24
**agree** [11] - 12:17, 15:25, 24:19, 28:15, 29:12, 29:17, 29:18, 30:9, 31:5, 33:17, 47:18
**agreed** [1] - 48:25
**agreed-upon** [1] -
48:25
**agreeing** [2] - 17:6, 40:19
**ahead** [6] - 23:14, 24:7, 37:25, 42:24, 47:4
**air** [1] - 9:19
**AIRBORNE** [1] - 5:23
**AL** [1] - 3:10
**Alabama** [2] - 9:14, 27:14
**ALABAMA** [1] - 3:8
**ALAN** [1] - 5:10
**Alan** [5] - 22:6, 43:6, 43:8, 44:16, 47:9, 47:10
**alert** [1] - 17:18
**ALL** [1] - 1:10
**allocation** [1] - 13:5
**allocations** [1] - 47:19
**allow** [2] - 37:15, 48:19
**allowing** [1] - 45:2

**ALSO** [1] - 6:6
**amenable** [1] - 52:9
**AMERICA** [6] - 3:16, 3:16, 3:17, 3:18, 3:20, 3:21
**amounts** [1] - 48:12
**ANADARKO** [2] -
5:14, 5:15
**Anadarko** [1] - 16:17
**analog** [1] - 22:22
**analyses** [3] - 33:14, 33:15, 35:25
**analysis** [9] - 18:13, 33:17, 33:20, 33:21, 35:2, 35:17, 35:23, 35:25, 36:5, 36:5
**analyze** [2] - 31:17
**analyzed** [5] - 31:14, 31:22, 31:23, 32:6, 32:18
**AND** [9] - 4:13, 7:7, 7:8, 7:9, 7:22, 7:24, 8:4, 8:7, 8:10
**ANDREW** [1] - 4:3
**Andy** [1] - 14:22
**ANGELES** [1] - 4:19
**announced** [1] - 24:25
**answer** [5] - 20:5, 37:10, 40:10, 40:14, 40:15
**answered** [1] - 38:20
**answers** [3] - 27:18, 38:14, 39:8
**ANTHONY** [1] - 2:3
**anticipate** [1] - 24:15
**anticipated** [1] - 42:11
**anticipating** [1] -
50:20
**antitravel** [1] - 53:13
**ANY** [1] - 7:21
**apart** [2] - 36:13, 36:19
**APPEARANCES** [6] -
1:16, 2:1, 3:1, 4:1, 5:1, 6:1
**appreciate** [2] - 12:16, 14:23
**APRIL** [1] - 1:6
**April** [3] - 37:20, 37:21, 45:12
**area** [2] - 45:3, 45:20
**areas** [1] - 44:1
**argument** [1] - 31:1
**ASBILL** [1] - 4:14
**assert** [1] - 20:3
**associated** [3] -
33:23, 34:1, 36:18
**assume** [1] - 10:4
**assuming** [1] - 42:23
**attempt** [1] - 41:14

**attempting** [2] - 37:7, 44:21
**attempts** [1] - 36:11
**attention** [1] - 44:18
**ATTORNEY** [1] - 3:8
**attorneys** [1] - 28:21
**August** [14] - 24:14, 24:18, 27:24, 38:14, 38:25, 39:3, 39:7, 50:20, 51:3, 51:12, 51:17, 51:21, 51:23
**availability** [2] - 50:23, 51:21
**available** [2] - 30:7, 51:22
**AVENUE** [4] - 1:22, 2:15, 3:9, 4:19
**avoid** [2] - 44:6, 44:8
**aware** [1] - 47:14

**B**

**Baay** [2] - 13:10, 22:7
**BAAY** [4] - 4:15, 13:10, 17:7, 54:1
**BABIUCH** [1] - 4:4
**backup** [2] - 28:14, 29:15
**ball** [2] - 15:24, 16:2
**balls** [1] - 32:17
**bar** [1] - 10:6
**barbecue** [4] - 9:19, 9:21, 9:22, 9:23
**bargaining** [1] - 27:2
**BARR** [12] - 2:10, 15:23, 37:3, 37:5, 37:19, 40:6, 40:13, 40:18, 41:23, 42:3, 42:22, 43:3
**Barr** [4] - 15:23, 19:25, 37:4, 37:5
**based** [4] - 18:17, 18:20, 19:10, 28:11
**basic** [1] - 41:2
**basis** [2] - 46:12, 46:24
**BAYLEN** [1] - 2:10
**beach** [1] - 32:17
**bear** [1] - 31:13
**beat** [1] - 24:5
**became** [1] - 28:2
**becomes** [2] - 34:20, 34:21
**bed** [1] - 10:2
**BEFORE** [1] - 1:13
**begin** [1] - 17:5
**begun** [1] - 50:18
**behalf** [2] - 14:22, 27:7

**behave** [1] - 31:10
**behaving** [1] - 32:1
**behavior** [1] - 36:11
**behind** [1] - 9:21
**BEN** [1] - 5:24
**benefit** [1] - 49:15
**Bentsen** [2] - 14:19, 23:19
**BENTSEN** [1] - 4:8
**BERTAUT** [1] - 4:22
**best** [4] - 16:8, 26:7, 53:22, 54:19
**better** [3] - 39:21, 47:4, 49:18
**between** [2] - 45:12, 46:1
**beyond** [1] - 44:14
**bidder** [1] - 54:6
**big** [2] - 39:16, 45:5
**bigger** [1] - 22:2
**biggest** [1] - 30:21
**bill** [2] - 39:18, 39:22
**billions** [1] - 39:22
**BINGHAM** [1] - 5:19
**Bingo** [1] - 23:4
**bit** [1] - 43:10
**Black** [2] - 35:4, 36:11
**blowout** [1] - 36:2
**blows** [1] - 34:19
**BOCKIUS** [1] - 6:3
**BOP** [13] - 7:7, 11:22, 32:20, 33:23, 34:2, 34:8, 34:12, 34:18, 35:10, 35:18, 35:22, 36:6, 36:18
**bothered** [1] - 42:1
**bothers** [1] - 41:24
**bottom** [2] - 48:13, 48:23
**bought** [1] - 9:25
**BOULEVARD** [1] - 2:7
**BOX** [2] - 2:20, 3:5
**box** [2] - 22:23, 31:24
**BP** [55] - 3:16, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 7:24, 8:7, 12:1, 16:2, 17:15, 17:19, 20:20, 20:23, 21:1, 21:15, 25:2, 25:5, 25:14, 25:22, 26:7, 27:9, 27:12, 28:19, 31:9, 31:16, 31:19, 31:23, 32:11, 32:18, 33:5, 35:4, 36:11, 37:8, 37:15, 39:21, 40:1, 42:8, 42:12, 43:11, 43:13, 43:14, 44:21, 45:5, 45:9, 46:13, 47:3, 47:4, 48:2, 48:5,

49:11, 49:15, 49:17, 52:14
**BP's** [6] - 15:24, 17:14, 22:19, 22:21, 30:5, 35:17
**BP......................** [1] - 7:25
**BRANCH** [1] - 2:14
**break** [3] - 39:23, 54:5, 54:7
**BRENNAN** [1] - 4:14
**Brian** [5] - 15:21, 15:23, 16:2, 37:5, 40:4
**BRIAN** [1] - 2:10
**brief** [6] - 15:12, 17:14, 17:18, 18:2, 18:19, 49:19
**briefed** [1] - 22:11
**briefing** [13] - 17:24, 20:10, 20:12, 21:5, 21:13, 23:12, 23:13, 23:16, 24:9, 49:11, 49:13, 49:16, 50:1
**BRIEFING** [2] - 7:17, 7:20
**BRIEFING..........** [1] - 7:20
**briefly** [1] - 45:25
**briefs** [2] - 19:9, 21:7
**BRIENA** [1] - 3:4
**bright** [1] - 10:23
**bring** [1] - 15:18
**broad** [1] - 45:2
**broaden** [1] - 46:6
**broadening** [1] - 45:1
**built** [1] - 10:17
**burden** [1] - 22:23
**bus** [4] - 9:11, 9:15, 9:22, 10:9
**BUS.........................** [1] - 7:5
**business** [3] - 10:4, 42:16, 53:6
**busy** [1] - 27:25
**but..** [2] - 10:15, 40:16
**buying** [1] - 9:23
**BY** [26] - 1:4, 1:18, 1:22, 2:3, 2:6, 2:10, 2:14, 2:19, 3:4, 3:8, 3:13, 3:22, 4:3, 4:8, 4:15, 4:18, 4:22, 5:4, 5:10, 5:16, 5:20, 5:24, 6:3, 6:13, 6:14, 7:24

**C**

**CA** [2] - 2:16, 4:19

**calendar** [6] - 21:6, 21:7, 27:25, 51:13, 51:22, 54:2
**CALLED** [1] - 9:4
**camera** [2] - 18:3, 19:23
**CAMERON** [1] - 4:21
**CAMP** [1] - 3:13
**candidates** [2] - 18:1, 18:15
**candidly** [1] - 39:14
**capping** [7] - 11:22, 13:13, 32:10, 34:8, 34:18, 35:10, 35:18
**CAPPING** [1] - 7:7
**Captain** [5] - 12:14, 12:21, 13:4, 13:23, 14:5
**CAPTAIN** [1] - 7:9
**care** [1] - 51:13
**CARMELITE** [1] - 4:22
**CARONDELET** [1] - 4:23
**cars** [1] - 9:20
**case** [1] - 34:6
**CATHY** [1] - 6:9
**Cathy** [3] - 20:21, 54:16, 54:21
**Cathy_Pepper@laed.uscourts.gov** [1] - 54:24
**cathy_Pepper@laed.uscourts.gov** [1] - 6:12
**CCR** [2] - 6:9, 54:21
**CENTER** [1] - 5:24
**central** [2] - 46:18, 46:19
**CERNICH** [6] - 3:5, 49:2, 49:6, 49:8, 52:7, 52:12
**Cernich** [2] - 49:2, 52:7
**certain** [5] - 19:22, 20:3, 23:22, 27:25, 46:5
**certainly** [7] - 26:10, 28:12, 29:8, 30:15, 42:16, 42:20, 45:7
**CERTIFICATE** [1] - 54:15
**CERTIFIED** [1] - 6:10
**Certified** [3] - 54:16, 54:17, 54:22
**certify** [1] - 54:18
**cetera** [1] - 33:4
**Chakeres** [4] - 30:3, 49:10, 50:18, 52:14
**CHAKERES** [15] - 2:20, 30:3, 30:19,

30:24, 31:1, 31:7, 32:7, 35:15, 49:10, 49:24, 50:2, 50:17, 50:23, 51:5, 52:13
**CHALLENGE** [1] - 7:16
**challenge** [2] - 17:13, 17:19
**challenges** [7] - 20:11, 20:24, 21:2, 21:18, 21:21, 22:20, 22:22
**CHALLENGES** [1] - 7:17
**CHALLENGES..........** ......................... [1] - 7:19
**challenging** [1] - 17:21
**chambers** [2] - 14:21, 15:1
**change** [3] - 34:13, 35:8, 35:11
**changed** [1] - 34:7
**changes** [7] - 12:9, 16:1, 34:9, 34:15, 35:2, 35:4
**characteristics** [1] - 46:5
**charge** [1] - 51:9
**cheating** [1] - 10:21
**chemical** [1] - 34:10
**CHICAGO** [1] - 4:5
**circulated** [1] - 21:24
**CIVIL** [2] - 1:7, 2:14
**claiming** [1] - 13:14
**claims** [1] - 24:16
**clarification** [1] - 35:21, 36:14, 42:22
**clarifying** [1] - 53:11
**claw** [1] - 20:4
**clawback** [1] - 19:5
**clawed** [1] - 19:24
**Clean** [1] - 29:1
**clear** [7] - 16:22, 16:23, 16:24, 17:2, 32:14, 45:10, 45:11
**clearly** [1] - 46:15
**close** [1] - 26:25
**closed** [1] - 36:23
**closely** [1] - 35:20
**closer** [1] - 27:1
**cold** [1] - 41:22
**collected** [2] - 32:18, 32:19, 33:2, 35:22, 36:4
**collection** [2] - 24:15, 24:16
**comers** [1] - 51:2
**coming** [4] - 10:7,

44:2, 50:13, 52:9
**comment** [7] - 14:17,
15:10, 17:17, 28:16,
42:5, 42:23, 47:24
**commenting** [1] -
12:12
**comments** [3] - 11:20,
30:6, 41:12
**communications** [1] -
21:4
**COMPANY** [3] - 3:17,
5:15
**compared** [2] - 35:24,
36:5
**complaining** [1] -
27:22
**COMPLETE** [1] - 7:22
**complete** [1] - 24:3
**completed** [1] - 14:3
**completion** [1] - 24:14
**compromise** [1] -
45:18
**compromised** [1] -
38:4
**compute** [1] - 41:20
**COMPUTER** [2] - 6:14,
7:11
**computer** [1] - 13:18
**concern** [1] - 35:16
**concerned** [1] - 32:23
**concert** [1] - 11:9
**concluded** [1] - 54:11
**concrete** [1] - 25:22
**confer** [3] - 22:15,
23:23, 49:15
**conference** [10] -
14:15, 15:13, 16:4,
16:5, 16:16, 17:10,
23:25, 31:2, 44:7,
48:7
**CONFERENCE** [1] -
1:13
**conferred** [1] - 43:11
**conferring** [2] - 22:8,
36:22
**confers** [2] - 30:13,
32:14
**confidential** [1] -
11:18
**confirm** [1] - 34:3
**connected** [1] - 43:24
**consider** [2] - 42:20,
43:13
**consideration** [1] -
17:23
**consolidated** [1] -
21:17
**contest** [1] - 10:14
**continue** [1] - 50:2
**CONTINUED** [5] - 2:1,

3:1, 4:1, 5:1, 6:1
**continues** [2] - 12:25,
27:2
**contractors'** [1] - 48:3
**CONTRACTORS'** [1] -
8:9
**contributed** [1] -
43:24
**CONTROL** [1] - 8:4
**control** [8] - 25:23,
27:8, 27:15, 29:6,
29:10, 39:23, 43:18,
44:1
**convenience** [1] -
30:7
**converging** [1] - 33:16
**conversation** [5] -
15:18, 22:5, 46:16,
48:8, 49:15
**conversations** [1] -
50:19
**convince** [1] - 48:14
**convincing** [1] - 52:2
**cooking** [1] - 9:21
**copy** [1] - 22:23
**COREY** [1] - 3:8
**Corey** [4] - 9:8, 9:14,
51:12, 54:3
**corporate** [1] - 46:8
**CORPORATION** [3] -
3:18, 4:22, 5:14
**correct** [4] - 15:6,
21:9, 50:17, 54:18
**cost** [4] - 27:7, 37:5,
37:20, 41:2
**COST** [1] - 8:4
**costs** [4] - 26:10, 29:3,
29:12, 29:14
**COTLAR** [1] - 1:21
**coulda** [1] - 29:20
**COUNSEL** [1] - 2:18
**couple** [4] - 21:10,
27:9, 31:8, 53:12
**course** [1] - 50:15
**COURT** [122] - 1:1,
6:9, 9:4, 9:7, 9:10,
9:13, 9:25, 10:3,
10:8, 10:10, 10:18,
10:22, 11:1, 11:4,
11:7, 11:10, 11:12,
11:14, 11:18, 12:11,
12:24, 13:1, 13:3,
13:16, 13:21, 14:7,
14:11, 14:13, 14:25,
15:6, 16:2, 16:10,
16:15, 16:23, 16:24,
17:2, 17:8, 18:23,
19:1, 19:6, 19:12,
19:15, 19:18, 20:6,
20:9, 20:16, 20:17,

20:21, 21:9, 21:23,
22:14, 22:17, 23:1,
23:4, 23:6, 23:10,
23:20, 24:1, 24:21,
24:25, 25:16, 27:4,
27:17, 28:8, 29:3,
29:12, 29:20, 29:25,
30:15, 30:20, 30:25,
31:4, 32:4, 32:21,
33:22, 34:3, 34:13,
35:14, 36:13, 37:1,
37:4, 37:14, 37:25,
38:6, 38:19, 40:2,
40:8, 40:17, 41:1,
41:17, 42:1, 42:15,
43:1, 43:4, 43:8,
44:16, 44:22, 45:4,
45:22, 47:6, 47:9,
47:24, 48:6, 49:1,
49:4, 49:7, 49:23,
49:25, 50:4, 50:22,
51:4, 51:8, 51:18,
51:20, 51:25, 52:11,
52:17, 52:21, 53:1,
53:4, 53:8, 54:2
**court** [2] - 15:24, 16:3
**Court** [18] - 12:3,
12:21, 14:18, 17:18,
27:3, 28:1, 29:7,
29:9, 38:3, 39:25,
42:12, 47:14, 51:16,
54:17, 54:17, 54:18,
54:23, 54:23
**Court's** [2] - 30:7,
38:13
**courtroom** [1] - 26:13
**cover** [4] - 17:9, 38:9,
50:8, 54:5
**covered** [3] - 12:20,
24:19, 34:22
**create** [1] - 37:10
**credit** [1] - 11:4
**critically** [1] - 46:10
**crosshairs** [1] - 47:22
**crossover** [1] - 45:4
**Crow** [1] - 53:8
**Crown** [1] - 53:8
**CRR** [2] - 6:9, 54:21
**Cudd** [1] - 51:15
**cull** [1] - 28:6
**current** [1] - 48:17
**custodians** [1] - 24:17
**cut** [2] - 37:11, 41:23
**cutoff** [3] - 12:3,
45:10, 45:11
**cuts** [1] - 37:24

**D**

**DALLAS** [1] - 5:8
**damages** [2] - 29:2,
29:3
**date** [6] - 24:2, 24:6,
24:14, 24:18, 27:24,
27:25
**DATE** [1] - 7:21
**dates** [5] - 43:21,
50:13, 51:5, 51:11,
51:17
**daunting** [1] - 33:5
**DAVID** [1] - 4:15
**David** [1] - 13:10
**DAVIS** [1] - 6:7
**days** [11] - 27:22,
28:9, 30:10, 37:16,
38:12, 39:1, 40:11,
40:15, 41:23, 42:7,
52:25
**DC** [4] - 2:21, 3:6,
4:10, 5:21
**dead** [1] - 11:13
**deadline** [6] - 24:5,
24:8, 24:23, 40:23,
40:24
**dealing** [1] - 44:3
**deals** [1] - 43:16
**Dear** [1] - 38:23
**decisions** [1] - 45:8
**declaration** [1] - 19:4
**declarations** [1] -
19:10
**DEEPWATER** [3] -
1:5, 4:13, 4:14
**defer** [1] - 23:21
**deficient** [1] - 26:8
**definitely** [2] - 16:13,
25:18
**degree** [1] - 47:22
**DELIBERATIVE** [1] -
7:16
**deliberative** [2] -
17:13, 19:23
**DENNY** [1] - 6:7
**DEPARTMENT** [3] -
2:13, 2:18, 3:3
**depo** [1] - 37:15
**depo's** [1] - 50:9
**DEPO'S..........** [1] -
8:11
**deposition** [15] -
29:16, 37:8, 37:9,
37:24, 38:10, 40:20,
41:10, 41:17, 44:8,
46:16, 46:19, 48:4,
52:10, 52:15, 52:18
**DEPOSITION.............**

**..............** [1] - 8:9
**depositions** [3] -
41:15, 50:11, 52:2
**DEPOSITIONS..........**
**..................** [1] -
8:14
**DEPOSITIONS..........**
**.......................** [1] -
8:12
**DEREK** [1] - 4:8
**describe** [1] - 48:11
**designate** [1] - 53:25
**determining** [1] - 44:1
**DEXTER** [1] - 3:9
**dickering** [1] - 16:21
**difference** [2] - 36:3,
43:23, 46:1
**different** [2] - 21:1,
37:21
**difficult** [1] - 33:6
**discovery** [10] - 26:16,
27:15, 28:1, 28:20,
29:11, 39:11, 40:24,
41:9, 41:11, 46:10
**DISCOVERY** [1] - 2:18
**discrete** [4] - 26:18,
26:19, 30:12, 33:9
**discuss** [5] - 19:7,
23:16, 24:9, 30:8,
42:13
**discussed** [1] - 23:13
**discussion** [2] -
30:10, 48:24
**discussions** [1] - 48:2
**DISCUSSIONS** [1] -
8:7
**disputes** [1] - 21:12
**distinction** [1] - 44:17
**distributing** [1] -
50:25
**District** [3] - 54:18,
54:23
**DISTRICT** [2] - 1:1, 1:2
**DIVISION** [2] - 2:14,
2:19
**document** [5] - 18:8,
24:3, 25:2, 41:21,
46:10
**DOCUMENT** [3] - 1:9,
7:22, 7:24
**documentation** [1] -
29:15
**documents** [21] -
17:12, 17:21, 17:22,
18:2, 18:8, 18:15,
18:16, 19:3, 19:11,
19:22, 24:18, 27:23,
28:14, 28:17, 29:19,
46:13, 46:14, 47:2,
47:3, 51:1, 51:2

**DOCUMENTS** [1] - 7:16
**DOE** [1] - 24:17
**dollars** [2] - 9:10, 39:22
**DOMENGEAUX** [1] - 1:18
**DON** [1] - 3:22
**Don** [7] - 11:2, 11:14, 13:19, 13:22, 14:8, 14:13, 22:6
**DONALD** [1] - 5:4
**done** [9] - 14:23, 14:25, 28:19, 28:23, 29:5, 29:6, 35:25, 36:1, 46:11
**door** [1] - 9:18
**doubt** [1] - 41:12
**Doug** [2] - 27:6, 42:4
**DOUGLAS** [1] - 3:13
**down** [10] - 9:8, 17:16, 27:24, 28:7, 28:11, 33:1, 37:11, 39:24, 41:21, 47:21
**DP** [2] - 17:19, 20:3
**draft** [6] - 21:6, 38:22, 40:14, 41:7, 41:8, 41:12
**drafted** [2] - 43:16, 43:19
**drafting** [3] - 41:14, 41:25, 42:2
**drawn** [1] - 40:20
**drawn-out** [1] - 40:20
**drilling** [1] - 45:8
**DRILLING** [1] - 4:13
**driven** [1] - 9:20
**drop** [1] - 9:17
**drove** [1] - 9:9
**drum** [1] - 10:18
**due** [1] - 38:14
**duplicate** [3] - 17:22, 18:2, 18:8
**duplicates** [5] - 18:16, 18:21, 19:3, 19:21, 20:4
**duplicative** [1] - 30:6
**during** [2] - 43:18, 52:24, 53:16

**E**

**E&P** [1] - 5:15
**E-DISCOVERY** [1] - 2:18
**e-mail** [4] - 14:2, 21:22, 22:23, 48:9
**early** [5] - 18:13, 19:21, 22:8, 22:16,
51:2
**easier** [2] - 29:13, 39:20
**easiest** [1] - 33:12
**easily** [1] - 28:10
**EASTERN** [1] - 1:2
**Eastern** [1] - 54:18
**edits** [1] - 16:1
**EDWARDS** [1] - 1:18
**effect** [1] - 32:2
**effects** [1] - 34:9
**efficient** [1] - 41:13
**effort** [3] - 14:24, 26:5, 39:24
**elicit** [1] - 47:4
**ELLIS** [2] - 4:3, 4:7
**ELM** [1] - 5:7
**ELMO** [1] - 10:13
**elongated** [1] - 23:16
**elsewhere** [1] - 34:22
**Elysium** [2] - 13:23, 13:24
**end** [7] - 12:3, 25:1, 25:2, 28:1, 42:10, 42:13, 53:15
**ENERGY** [1] - 5:3
**ENFORCEMENT** [1] - 3:3
**England** [2] - 52:15, 52:16
**Englebert** [5] - 12:14, 12:21, 13:4, 13:23, 14:5
**ENGLEBERT.** [1] - 7:9
**entirely** [1] - 20:2
**entitled** [2] - 28:24, 29:23, 54:19
**enunciated** [1] - 32:23
**ENVIRONMENT** [1] - 2:19
**environment** [5] - 32:10, 33:19, 33:24, 35:7, 36:15
**ENVIRONMENTAL** [1] - 3:3
**equally** [1] - 40:1
**equipment** [4] - 33:23, 34:1, 35:13, 36:18
**error** [1] - 19:4
**ESQUIRE** [39] - 1:18, 1:22, 2:3, 2:6, 2:10, 2:14, 2:15, 2:19, 2:20, 3:4, 3:4, 3:5, 3:8, 3:9, 3:13, 3:22, 4:3, 4:4, 4:4, 4:8, 4:8, 4:9, 4:15, 4:18, 4:22, 5:4, 5:5, 5:5, 5:6, 5:6, 5:10, 5:11, 5:16, 5:20, 5:24, 6:3, 6:6, 6:7, 6:7
**establishment** [1] - 53:5
**et** [1] - 33:4
**etcetera** [6] - 26:2, 26:3, 33:4, 36:16, 39:4
**evening** [2] - 14:1, 15:10
**event** [1] - 43:20
**exactly** [6] - 41:6, 51:4, 51:6, 52:21, 53:3
**examine** [1] - 29:23
**except** [3] - 24:12, 24:21, 27:11
**exception** [1] - 52:13
**exchanged** [1] - 48:9
**exercise** [1] - 17:20
**exit** [1] - 35:9
**expanded** [1] - 43:12
**expands** [1] - 21:19
**expecting** [1] - 50:24
**expert** [3] - 44:20, 46:12, 46:25
**experts** [1] - 43:23
**EXPLORATION** [1] - 3:19
**exposed** [1] - 47:19
**expressed** [1] - 22:10
**extensive** [2] - 21:15, 26:15
**extent** [2] - 33:13, 35:1

**F**

**face** [1] - 28:6
**faces** [1] - 40:4
**fact** [2] - 10:5, 23:7
**factor** [1] - 29:7
**factual** [1] - 46:24
**fair** [2] - 11:1, 16:18
**fairly** [1] - 23:22
**familiar** [1] - 26:13
**FANNIN** [1] - 4:15
**far** [3] - 14:5, 36:13, 36:19
**faster** [1] - 48:14
**fate** [1] - 32:15
**favor** [2] - 39:10, 41:1
**fear** [1] - 27:21
**FEDERAL** [2] - 2:13
**fell** [1] - 28:5
**few** [2] - 27:24, 30:10
**field** [1] - 44:20
**FIFTEENTH** [1] - 4:9
**fifth** [1] - 26:22
**fighting** [2] - 17:7, 50:16
**figure** [5] - 13:9, 18:17, 38:16, 39:18, 39:22
**final** [1] - 14:16
**finalized** [1] - 39:5
**fine** [6] - 13:21, 14:5, 24:1, 24:9, 37:8, 37:14
**firm** [1] - 24:22
**FIRM** [1] - 2:3
**first** [11] - 10:14, 11:2, 17:19, 21:14, 26:8, 26:11, 28:14, 37:23, 39:15, 43:10, 50:15
**Fitch** [1] - 16:17
**FITCH** [4] - 5:20, 16:17, 16:25, 17:4
**five** [4] - 9:23, 26:25, 42:7
**FL** [1] - 2:11
**FLEMING** [1] - 5:6
**flies** [1] - 52:22
**FLOOR** [2] - 2:16, 4:19
**Flow** [1] - 52:15
**flow** [4] - 43:24, 43:25, 44:2
**flows** [1] - 31:13
**fluid** [15] - 26:1, 26:21, 31:8, 31:9, 31:13, 31:24, 31:25, 32:8, 32:12, 33:7, 33:12, 35:9, 35:17, 35:23, 36:5
**fluids** [12] - 30:24, 31:10, 32:25, 33:18, 33:20, 34:21, 35:3, 35:12, 35:21, 35:22, 35:24, 36:12
**focus** [1] - 26:17
**focused** [5] - 26:14, 33:15, 34:20, 34:21, 46:3
**focusing** [2] - 29:12, 29:13
**foisted** [1] - 15:15
**foisting** [1] - 15:17
**follow** [4] - 12:23, 37:18, 38:17, 42:19
**follow-up** [2] - 37:18, 42:19
**followed** [1] - 21:25
**following** [1] - 12:8
**FOR** [16] - 1:18, 2:13, 2:18, 3:8, 3:12, 3:16, 4:12, 4:21, 5:14, 5:23, 6:3, 7:8, 7:20, 7:21, 7:25
**foreclose** [2] - 41:17, 42:16
**foregoing** [1] - 54:18
**forget** [1] - 14:9
**forgot** [1] - 37:4
**form** [1] - 37:17
**formal** [1] - 20:8
**forth** [1] - 22:1
**forward** [6] - 12:5, 12:10, 22:24, 25:17, 45:18, 46:13
**foundation** [3] - 37:15, 41:18, 42:18
**four** [3] - 9:23, 25:19, 27:1
**frame** [1] - 50:20
**framed** [1] - 39:4
**FRANCISCO** [1] - 2:16
**frankly** [1] - 47:20
**free** [1] - 11:21
**Friday** [4] - 19:14, 39:2, 39:5, 39:6
**FRIDAY** [2] - 1:8, 9:2
**Fridays** [1] - 23:24
**FROM** [2] - 7:9, 8:7
**front** [2] - 18:12, 20:1
**future** [1] - 51:1

**G**

**gain** [1] - 34:17
**gap** [2] - 26:25, 36:23
**gaps** [1] - 14:15
**Gasaway** [8] - 11:25, 13:11, 20:19, 20:23, 23:15, 25:14, 48:5, 48:6
**GASAWAY** [34] - 4:8, 11:25, 12:16, 12:25, 13:2, 14:18, 15:5, 16:6, 16:13, 17:17, 19:7, 19:14, 19:17, 20:14, 20:19, 20:23, 21:10, 21:24, 22:15, 23:15, 24:11, 25:13, 25:17, 32:22, 33:25, 34:6, 34:14, 36:20, 38:8, 38:21, 41:6, 45:25, 48:5, 48:8
**GATE** [1] - 2:15
**GENERAL'S** [1] - 3:8
**generously** [1] - 42:8
**geophysical** [2] - 43:17, 44:4
**GET** [1] - 8:16
**get-togethers** [1] - 53:16
**GET-TOGETHERS....
.......................................
...** [1] - 8:16
**given** [4] - 37:17,

42:22, 43:25, 44:3
**glad** [1] - 19:18
**Gladys** [1] - 11:9
**glare** [1] - 10:22
**glary** [1] - 10:18
**Godwin** [2] - 13:22, 43:9
**GODWIN** [8] - 5:4, 5:4, 5:10, 13:20, 13:22, 14:10, 14:12, 52:19
**Godwin's** [1] - 38:2
**GOLDEN** [1] - 2:15
**goodness** [1] - 19:8
**GOVERNMENT** [1] - 2:13
**GRAND** [1] - 4:19
**grandfathered** [1] - 39:11
**grandfathering** [1] - 41:9
**GRANT** [1] - 6:7
**great** [1] - 11:8
**ground** [1] - 41:8
**group** [4] - 10:10, 18:15, 18:22, 23:25
**GROUP** [1] - 1:13
**guarantee** [2] - 42:12, 42:15
**guaranteed** [1] - 42:9
**guess** [1] - 52:1
**guidance** [1] - 51:16
**GULF** [1] - 1:5
**guy** [1] - 11:8
**guys** [2] - 15:11, 47:6
**GWEN** [1] - 5:11

## H

**Halliburton** [22] - 13:18, 13:22, 21:3, 21:20, 22:1, 22:6, 22:13, 24:4, 25:15, 25:20, 25:24, 26:14, 26:19, 27:14, 38:5, 43:7, 46:11, 46:21, 47:10, 47:12, 47:16, 47:18
**HALLIBURTON** [2] - 5:3, 7:11
**Halliburton's** [2] - 38:3, 46:25
**happy** [6] - 15:17, 22:24, 34:15, 38:5, 49:8, 54:1
**hard** [9] - 14:8, 14:9, 14:19, 14:23, 15:7, 17:15, 18:11, 25:3, 27:1
**HASSINGER** [1] - 6:6

**hat** [3] - 32:20, 35:22, 36:7
**HAVE** [1] - 7:21
**HAYCRAFT** [5] - 3:22, 10:24, 11:3, 11:6, 11:16
**Haycraft** [1] - 11:2
**HB406** [1] - 6:11
**head** [1] - 34:5
**heading** [1] - 14:16
**heads** [1] - 12:20
**heads-up** [1] - 12:20
**hear** [4] - 13:8, 13:18, 15:4, 16:3
**HEARD** [1] - 1:13
**heard** [4] - 20:2, 40:13, 45:9, 47:23
**hearing** [3] - 47:11, 47:15, 47:16
**help** [2] - 10:19, 10:22
**helped** [1] - 49:22
**helpful** [2] - 32:23, 37:2
**hereby** [1] - 54:18
**HERMAN** [3] - 1:21, 1:22
**HESI** [1] - 22:21
**hesitation** [1] - 40:18
**Hi** [1] - 49:4
**HIMMELHOCH** [13] - 2:19, 18:24, 19:2, 20:1, 20:7, 22:18, 23:3, 23:5, 23:8, 23:18, 23:21, 24:12, 24:24
**Himmelhoch** [2] - 18:24, 22:18
**history** [1] - 43:10
**hit** [1] - 33:8
**HOLDINGS** [2] - 3:20, 4:12
**home** [2] - 9:15, 10:2
**honest** [1] - 19:8
**honest-to-goodness** [1] - 19:8
**Honor** [41] - 11:6, 11:25, 12:16, 12:25, 13:20, 13:23, 14:12, 15:5, 15:23, 16:6, 17:17, 18:24, 19:9, 20:23, 21:14, 22:10, 22:18, 24:11, 24:12, 25:13, 25:14, 27:6, 30:3, 32:22, 35:15, 36:20, 37:3, 38:1, 41:6, 42:4, 42:21, 43:6, 45:25, 46:9, 48:5, 49:2, 50:17, 51:15, 51:24, 52:7
**HONORABLE** [1] -

1:13
**hope** [4] - 16:21, 22:7, 26:25, 48:24
**hoped** [1] - 23:8
**hopeful** [1] - 27:2
**hopefully** [2] - 22:10, 35:15
**hoping** [2] - 23:3, 41:4
**HORIZON** [1] - 1:5
**hours** [1] - 28:9
**House** [1] - 54:10
**HOUSTON** [4] - 2:7, 4:16, 5:12, 6:4
**huge** [1] - 39:24
**hundred** [1] - 15:6
**hundreds** [4] - 32:24, 33:3, 47:2
**hydrocarbon** [2] - 33:18, 33:20, 35:3
**hydrocarbons** [7] - 30:25, 31:6, 33:2, 34:4, 34:7, 34:12, 36:15
**hydrostatic** [1] - 35:11

## I

I................................
.......... [1] - 7:18
**idea** [5] - 15:21, 37:6, 39:15, 47:11, 51:17
**identical** [5] - 17:22, 18:1, 18:8, 18:15, 41:4
**identified** [3] - 18:7, 46:21, 49:11
**identify** [1] - 10:14
**IDENTIFY** [1] - 7:6
**identifying** [1] - 13:12
**II** [3] - 7:20, 23:13, 23:17
**IIAMS** [1] - 5:16
**IL** [1] - 4:5
**immediately** [1] - 10:1
**impact** [1] - 43:25
**impacted** [1] - 45:8
**impasse** [1] - 27:1
**implication** [2] - 44:9, 44:10
**implications** [1] - 43:20
**important** [6] - 18:4, 33:17, 33:19, 46:2, 47:17, 47:22
**impose** [1] - 24:7
**improper** [1] - 44:5
**improperly** [1] - 39:3
**IN** [3] - 1:4, 1:5, 7:16
**inadequate** [1] - 39:8

**INC** [9] - 3:16, 3:17, 3:18, 3:19, 3:21, 4:13, 4:14, 5:4, 5:23
**incident** [1] - 33:1
**include** [6] - 21:19, 31:19, 32:1, 35:17, 43:12, 52:4
**included** [1] - 43:21
**including** [4] - 27:13, 28:25, 32:2, 33:23
**indeed** [1] - 45:14
**indicated** [1] - 13:24
**information** [6] - 27:19, 28:12, 29:8, 29:11, 41:2, 42:17
**initial** [1] - 21:7
**inquiries** [1] - 45:20
**inquiry** [1] - 45:21
**instance** [4] - 26:8, 26:12, 32:4, 44:15
**Institute** [1] - 52:14
**intends** [1] - 40:10
**interest** [2] - 46:4, 47:13
**interested** [5] - 27:11, 27:12, 32:8, 32:13, 47:1
**INTERESTS** [2] - 2:13, 3:8
**interests** [1] - 46:22
**INTERNATIONAL** [2] - 4:21, 5:23
**interrogatories** [24] - 26:4, 26:11, 27:18, 37:7, 37:13, 37:23, 38:22, 38:24, 39:2, 39:3, 39:5, 39:15, 40:9, 40:10, 40:11, 40:16, 40:19, 41:3, 41:14, 41:19, 42:2, 42:6
**INTERROGATORIES**
....................................
..... [1] - 8:3
**interrogatory** [8] - 26:8, 26:20, 27:22, 38:8, 38:9, 38:14, 40:14, 40:15
**IRPINO** [2] - 2:3, 2:3
**IS** [1] - 7:23
**Isotech** [1] - 50:6
**ISOTECH** [1] - 8:10
**issue** [19] - 13:19, 15:18, 18:13, 25:12, 25:18, 25:24, 26:4, 26:12, 30:8, 30:9, 30:22, 32:16, 33:9, 35:19, 37:5, 37:13, 38:8, 46:23, 48:15
**issues** [18] - 18:6,

18:10, 22:2, 22:3, 22:11, 25:19, 26:19, 27:1, 45:13, 45:15, 45:16, 46:6, 47:12, 47:20, 47:23, 49:12, 49:18, 49:20
**itemize** [3] - 28:10, 28:14, 29:14
**ITEMS** [1] - 7:3
**iterations** [1] - 46:3

## J

**jam** [2] - 48:20, 49:17
**Jamaica** [1] - 54:10
**JAMES** [1] - 1:18
**jammed** [1] - 48:15
**JEFFERSON** [1] - 1:19
**JENNY** [1] - 5:5
**Jim** [3] - 10:25, 11:3, 11:7
**Jimmy** [1] - 51:14
**JIMMY** [1] - 2:6
**job** [1] - 15:11
**JOSEPH** [1] - 6:6
**Judge** [5] - 9:9, 39:4, 47:10, 52:20, 54:10
**judge** [2] - 16:17, 47:8
**JUDGE** [1] - 1:14
**juggling** [1] - 21:1
**JUNE** [3] - 1:8, 7:23, 9:2
**June** [5] - 21:8, 21:10, 21:12, 24:4, 43:10
**JUSTICE** [3] - 2:13, 2:18, 3:3

## K

**KANNER** [1] - 3:12
**KATZ** [1] - 1:21
**keep** [4] - 15:8, 16:21, 17:11, 47:11
**keeping** [1] - 54:3
**kind** [5] - 11:14, 11:23, 15:8, 15:15, 22:3
**KIRKLAND** [2] - 4:3, 4:7
**Knight** [1] - 11:9
**knows** [5] - 20:22, 26:6, 30:22, 33:5, 53:10
**Kraus** [2] - 27:6, 42:4
**KRAUS** [6] - 3:13, 27:6, 27:21, 28:15, 29:4, 29:17, 29:22, 42:4, 42:21

**KUCHLER** [1] - 5:15

## L

**L.L.C** [1] - 6:3
**LA** [9] - 1:19, 1:23, 2:4, 3:14, 3:24, 4:23, 5:17, 5:25, 6:11
**lab** [3] - 33:9, 33:11, 34:25
**LABORDE** [1] - 5:23
**labs** [1] - 33:10
**LAFAYETTE** [2] - 1:19, 5:25
**laid** [1] - 21:5
**LAMAR** [1] - 5:11
**land** [1] - 33:4
**landed** [1] - 33:4
**LANGAN** [1] - 4:3
**language** [4] - 34:9, 36:24, 43:14, 44:24
**lapsed** [1] - 39:11
**large** [3] - 10:6, 10:10, 24:15
**LASALLE** [1] - 4:5
**laser** [1] - 11:23
**LASER** [1] - 7:8
**last** [11] - 9:12, 9:15, 9:18, 14:1, 14:2, 21:15, 21:19, 24:6, 48:9, 52:1, 52:19
**late** [1] - 14:2
**LATEST** [1] - 7:21
**latest** [1] - 24:2
**LAUREN** [1] - 5:6
**LAW** [1] - 2:3
**lay** [3] - 37:15, 41:18, 42:18
**lead** [1] - 50:25
**leaks** [1] - 33:1
**least** [2] - 44:9, 52:1
**legitimate** [1] - 46:19
**less** [3] - 42:10, 46:7, 46:20
**letter** [8] - 13:11, 25:14, 27:9, 32:11, 38:2, 38:12, 43:9, 48:18
**LEVIN** [1] - 2:9
**LEWIS** [2] - 3:21, 6:3
**LI** [1] - 4:18
**liability** [2] - 47:19, 47:20
**light** [1] - 25:1
**limit** [2] - 31:11, 33:20
**limitation** [1] - 32:22
**LIMITED** [1] - 3:20
**limited** [2] - 32:2, 42:10

**line** [8] - 9:22, 13:6, 15:3, 27:4, 30:1, 30:5, 48:13, 48:23
**LISKOW** [1] - 3:21
**list** [6] - 20:7, 23:20, 26:2, 31:8, 31:19, 31:20
**listed** [1] - 31:9
**LITIGATION** [1] - 2:18
**live** [2] - 27:12, 32:16
**LLC** [1] - 4:12
**locale** [1] - 53:25
**locate** [1] - 24:17
**LOCATION** [1] - 8:14
**location** [2] - 52:1, 53:17
**loggable** [1] - 24:18
**logs** [3] - 20:11, 24:3, 24:7
**LOGS** [1] - 7:23
**LOGS..** [1] - 7:17
**London** [1] - 53:2
**look** [8] - 9:19, 13:5, 18:3, 34:23, 37:7, 41:1, 45:22, 46:14
**looked** [1] - 18:1
**looking** [9] - 10:24, 11:3, 12:2, 17:20, 18:11, 35:19, 36:8, 36:9, 36:10
**looks** [5] - 11:6, 14:5, 14:15, 25:11, 45:5
**LOS** [1] - 4:19
**loss** [1] - 34:17
**LOUISIANA** [4] - 1:2, 1:7, 3:12, 6:4
**Louisiana** [4] - 27:7, 42:4, 54:17, 54:18
**lowest** [1] - 54:6
**LP** [1] - 5:15
**LUIS** [1] - 4:18
**LUXTON** [1] - 6:3

## M

**M56** [14] - 26:12, 26:17, 43:12, 44:5, 44:11, 44:15, 44:16, 44:20, 44:24, 44:25, 45:1, 46:4, 46:16, 46:20
**M57** [16] - 8:6, 26:12, 26:14, 43:5, 43:12, 43:22, 44:10, 44:17, 44:23, 44:25, 45:8, 45:14, 46:14, 46:15, 46:17, 47:5
**ma'am** [1] - 13:10
**MAGAZINE** [1] - 2:4

**MAGISTRATE** [1] - 1:14
**magnitude** [1] - 34:19
**mail** [4] - 14:2, 21:22, 22:23, 48:9
**main** [1] - 48:21
**MAJOR** [1] - 5:5
**man** [1] - 9:20
**manner** [1] - 45:18
**Mark** [2] - 14:10, 14:11
**MARK** [1] - 4:4
**MARTINEZ** [1] - 5:5
**matter** [2] - 43:17, 54:19
**MAYEAUX** [1] - 5:24
**Maze** [1] - 9:14
**MAZE** [9] - 3:8, 9:9, 9:11, 9:14, 10:1, 10:4, 10:9, 10:16, 10:20
**MCCUTCHEN** [1] - 5:19
**mean** [5] - 17:10, 27:13, 27:14, 37:7, 38:14
**means** [1] - 53:19
**MECHANICAL** [1] - 6:13
**medal** [1] - 11:7
**meet** [5] - 22:15, 23:23, 30:13, 32:14, 49:15
**meeting** [6] - 16:15, 22:8, 36:21, 53:6, 53:7, 53:25
**meetings** [1] - 53:24
**Megabus** [1] - 9:15
**mention** [1] - 52:23
**mentioned** [2] - 19:18, 32:11, 44:6
**MERIT** [1] - 6:10
**Merit** [2] - 54:17, 54:22
**met** [1] - 43:10
**methods** [1] - 25:23
**MEXICO** [1] - 1:5
**MI** [1] - 6:3
**Michael** [1] - 19:12
**MICHAEL** [3] - 2:14, 4:9, 6:7
**might** [4] - 12:22, 23:5, 30:11, 52:17
**Mike** [1] - 18:12
**mind** [1] - 16:21
**minutes** [1] - 54:9
**mirror** [1] - 41:14
**misrepresented** [2] - 27:9, 27:10
**missed** [2] - 23:8, 23:10

**MITCHELL** [2] - 2:9, 5:6
**mix** [1] - 19:8
**model** [2] - 14:1, 36:11
**modelers** [1] - 49:20
**modeling** [2] - 13:19, 14:3
**MODELING..............
........** [1] - 7:11
**models** [1] - 14:1
**modest** [1] - 12:23
**modification** [1] - 36:16
**momentum** [1] - 10:16
**Monday** [2] - 12:8, 12:13
**money** [3] - 26:6, 37:20, 39:19
**MONTGOMERY** [1] - 3:10
**Montgomery** [2] - 9:16, 9:24
**month** [2] - 38:15, 53:23
**monthly** [1] - 13:3
**MONTHLY** [1] - 7:9
**months** [1] - 27:24
**MORGAN** [1] - 6:3
**morning** [14] - 9:7, 11:25, 13:10, 13:11, 13:19, 13:20, 16:10, 17:11, 22:6, 27:6, 30:2, 43:6, 43:8, 44:7
**morning's** [1] - 16:9
**most** [2] - 13:13, 16:20
**motion** [1] - 15:19
**move** [3] - 16:12, 34:17, 48:14
**moving** [2] - 20:1, 48:1
**MR** [113] - 9:9, 9:11, 9:14, 10:1, 10:4, 10:9, 10:16, 10:20, 10:24, 11:3, 11:6, 11:8, 11:11, 11:13, 11:16, 11:17, 11:25, 12:16, 12:25, 13:2, 13:10, 13:20, 13:22, 14:10, 14:12, 14:18, 15:5, 15:23, 16:6, 16:13, 16:17, 16:25, 17:4, 17:7, 17:17, 19:7, 19:14, 19:17, 20:14, 20:19, 20:23, 21:10, 21:24, 22:15, 23:15, 24:11, 25:13, 25:17, 27:6, 27:21,

28:15, 29:4, 29:17, 29:22, 30:3, 30:19, 30:24, 31:1, 31:7, 32:7, 32:22, 33:25, 34:6, 34:14, 35:15, 36:20, 37:3, 37:5, 37:19, 38:1, 38:8, 38:21, 40:6, 40:13, 40:18, 41:6, 41:23, 42:3, 42:4, 42:21, 42:22, 43:3, 43:6, 43:9, 44:19, 44:23, 45:7, 45:25, 47:8, 47:10, 48:5, 48:8, 49:2, 49:6, 49:8, 49:10, 49:24, 50:2, 50:17, 50:23, 51:5, 51:14, 51:19, 51:24, 52:7, 52:12, 52:13, 52:19, 52:23, 53:2, 53:6, 54:1, 54:10
**MS** [12] - 18:24, 19:2, 20:1, 20:7, 22:18, 23:3, 23:5, 23:8, 23:18, 23:21, 24:12, 24:24
**Multiphase** [1] - 52:15
**multiple** [1] - 28:25
**multiplies** [1] - 34:19
**mumbling** [2] - 40:2, 40:3
**MUNGER** [1] - 4:18

## N

**N.W** [1] - 4:9
**name** [3] - 14:9, 20:17, 53:5
**named** [1] - 46:5
**narrow** [3] - 21:11, 22:11, 41:24
**narrowed** [1] - 14:16
**narrowly** [1] - 43:3
**Nat** [19] - 30:3, 33:22, 34:3, 34:5, 35:14, 37:2, 49:1, 49:5, 49:6, 49:8, 49:10, 50:6, 50:15, 50:18, 51:8, 52:6, 52:14, 52:22, 53:14
**NATHANIEL** [1] - 2:20
**NATURAL** [1] - 2:19
**nature** [2] - 43:16, 44:3
**near** [2] - 51:1, 53:7
**necessarily** [2] - 45:15, 47:14
**need** [10] - 15:20, 18:5, 27:19, 29:23,

32:3, 42:19, 46:15, 49:18, 50:8, 54:4
**needed** [1] - 47:4
**negate** [1] - 45:15
**negotiate** [2] - 11:15, 23:7
**NEUNER** [1] - 5:23
**never** [1] - 30:16
**NEW** [9] - 1:7, 1:23, 2:4, 3:14, 3:24, 4:23, 5:17, 6:11, 7:8
**New** [2] - 52:3, 52:9
**new** [5] - 11:11, 11:12, 11:23, 48:22, 53:17
**news** [1] - 20:25
**next** [16] - 9:20, 12:2, 12:6, 13:16, 16:16, 18:13, 19:21, 22:8, 22:12, 22:16, 23:24, 24:20, 30:1, 39:2, 39:6, 53:20
**night** [2] - 14:2, 48:9
**NO** [1] - 1:7
**nobody** [1] - 33:5
**NOMELLINI** [1] - 4:4
**noncontroversial** [1] - 12:13
**nonexclusive** [1] - 31:19
**noodling** [3] - 12:22, 12:24, 12:25
**noon** [3] - 12:12, 14:2, 14:4
**NORTH** [4] - 3:17, 3:18, 3:20, 3:21
**note** [4] - 19:2, 19:15, 24:13, 43:19
**nothing** [1] - 50:7
**NOTICE** [1] - 7:25
**notice** [2] - 19:12, 25:5
**number** [2] - 22:11, 24:15
**Number** [4] - 17:24, 30:15, 30:20, 46:1
**numbered** [1] - 54:19
**numerous** [1] - 45:9
**NW** [1] - 5:20

**O**

**O'KEEFE** [1] - 1:22
**O'ROURKE** [1] - 3:4
**object** [1] - 42:24
**objections** [2] - 12:4, 45:5
**observed** [1] - 36:4
**obviously** [8] - 16:7, 17:23, 18:9, 20:25,

26:5, 32:23, 46:2, 47:1
**occasions** [2] - 45:10, 45:11
**OCCHUIZZO** [1] - 4:9
**Occhuizzo** [1] - 14:19
**ocean** [2] - 32:12, 32:17
**OF** [11] - 1:2, 1:5, 1:13, 2:13, 2:18, 3:3, 3:12, 7:21, 8:4, 8:8, 8:14
**offer** [2] - 23:7, 42:7
**offering** [2] - 28:18, 28:22
**OFFICE** [1] - 3:8
**Official** [2] - 54:17, 54:23
**official** [2] - 53:6, 53:7
**OFFICIAL** [1] - 6:9
**OFFSHORE** [1] - 4:13
**oil** [4] - 32:5, 32:15, 33:3, 36:15
**Oil** [2] - 35:4, 36:11
**OIL** [2] - 1:4, 1:5
**old** [2] - 11:11, 11:13
**OLSON** [1] - 4:18
**ON** [3] - 1:5, 7:17, 8:7
**once** [4] - 32:10, 36:4, 53:18, 54:6
**ONE** [2] - 3:22, 5:24
**one** [35] - 10:14, 15:6, 15:9, 17:16, 17:17, 21:2, 21:3, 21:20, 25:11, 25:20, 25:25, 26:19, 26:20, 27:1, 28:5, 28:20, 30:9, 30:11, 30:18, 30:20, 30:21, 35:21, 36:3, 37:11, 37:22, 37:23, 40:21, 42:22, 44:1, 44:16, 52:13, 53:15, 53:24
**One** [12] - 26:15, 28:1, 45:4, 45:7, 45:12, 45:15, 46:6, 46:12, 46:23, 46:25, 52:2, 53:17
**ones** [3] - 16:11, 40:24, 50:24
**opened** [1] - 9:18
**operator** [1] - 15:14
**OPERATOR** [1] - 7:14
**opinion** [2] - 29:24, 43:23
**opinions** [1] - 46:12
**opposed** [4] - 28:5, 28:20, 40:22, 44:25
**OR** [1] - 8:11
**order** [4] - 38:13,

39:17, 53:22
**ORDER** [1] - 9:4
**organization** [2] - 39:17, 39:21
**organizing** [1] - 53:24
**originally** [2] - 42:1, 42:11
**Orleans** [2] - 52:3, 52:9
**ORLEANS** [8] - 1:7, 1:23, 2:4, 3:14, 3:24, 4:23, 5:17, 6:11
**OTHERWISE** [1] - 8:11
**otherwise** [2] - 39:5, 50:9
**ought** [1] - 14:3
**ourselves** [3] - 31:24, 48:15
**outstanding** [2] - 26:25, 30:8
**overlap** [1] - 45:13
**overview** [1] - 25:9
**own** [6] - 40:14, 40:15, 41:14, 42:2, 46:11
**ownership** [1] - 13:15

**P**

**p.m** [1] - 9:15
**P.O** [2] - 2:20, 3:5
**PAGE** [1] - 7:3
**pages** [1] - 27:23
**palatable** [1] - 42:14
**PAPANTONIO** [1] - 2:9
**paper** [1] - 30:6
**papers** [1] - 20:1
**parallel** [1] - 39:14
**parking** [2] - 9:17, 9:18
**parse** [1] - 45:5
**part** [2] - 16:9, 20:21
**participants** [1] - 15:2
**particular** [1] - 44:15
**particularly** [2] - 22:12
**PARTIES** [2] - 7:21, 8:11
**parties** [26] - 12:21, 16:20, 22:1, 23:24, 24:2, 26:19, 27:10, 28:2, 38:23, 40:1, 41:8, 46:2, 47:16, 47:18, 50:9, 50:13, 50:16, 50:21, 51:1, 51:3, 51:6, 51:20, 52:8, 53:12, 53:18
**parts** [2] - 13:9, 13:12, 13:14

**PARTS**......................
........ [1] - 7:10
**PARTY** [1] - 8:13
**party** [3] - 48:13, 50:12, 51:10
**past** [2] - 40:23, 40:24
**paying** [1] - 44:18
**payment** [1] - 13:6
**peculiarities** [1] - 48:11
**penalty** [2] - 29:1, 29:3
**PENCOR** [5] - 33:9, 34:25, 35:25, 36:5
**pending** [1] - 50:23
**PENSACOLA** [1] - 2:11
**people** [11] - 9:23, 10:7, 10:11, 15:13, 17:25, 20:18, 39:19, 40:19, 41:15, 49:20, 52:3
**PEPPER** [1] - 6:9
**Pepper** [3] - 54:16, 54:21, 54:21
**percent** [1] - 15:6
**perfect** [1] - 22:17
**period** [1] - 43:18
**person** [4] - 10:14, 14:20, 49:9, 53:24
**PERSON**....................
.............. [1] - 7:6
**perspective** [2] - 37:6, 37:19
**PETRINO** [1] - 6:7
**PETROLEUM** [2] - 5:14, 5:24
**petrophysical** [2] - 43:17, 44:4
**PHASE** [2] - 7:12, 7:15
**Phase** [31] - 14:14, 14:20, 15:21, 26:14, 26:15, 26:16, 28:1, 28:25, 32:15, 39:11, 45:4, 45:7, 45:12, 45:15, 45:16, 46:2, 46:6, 46:7, 46:12, 46:19, 46:20, 46:22, 46:23, 46:25, 47:3, 47:14, 47:17, 47:20, 52:2, 53:17
**phone** [4] - 15:2, 20:2, 20:18, 54:8
**physical** [1] - 34:10
**pick** [1] - 23:23
**picked** [1] - 10:5
**picture** [3] - 9:17, 11:21, 22:2
**PIGMAN** [1] - 4:22
**pile** [3] - 23:17, 23:19, 23:22

**PINHOOK** [1] - 5:25
**pipe** [1] - 31:14
**pipes** [2] - 32:19, 33:23
**Pips** [5] - 11:10, 11:11, 11:12, 11:13
**pit** [1] - 9:21
**place** [3] - 13:6, 21:20, 53:7
**PLAINTIFFS** [1] - 1:18
**plan** [2] - 38:24, 39:2
**planning** [1] - 51:23
**plans** [2] - 51:23, 52:4
**PLANS**......................
.................. [1] - 8:15
**pleased** [3] - 14:6, 14:8, 25:7
**plenty** [1] - 39:7
**plumes** [1] - 36:16
**podium** [1] - 9:13
**point** [4] - 15:24, 21:22, 41:16, 42:22
**points** [4] - 17:24, 45:25, 48:18, 48:21
**POLK** [1] - 5:15
**poorly** [1] - 46:21
**portion** [1] - 13:6
**position** [4] - 38:3, 41:13, 45:18, 50:11
**positions** [1] - 38:4
**positive** [1] - 24:6
**possible** [3] - 22:13, 24:17, 51:21
**potential** [3] - 18:20, 28:25, 32:25
**POYDRAS** [3] - 3:23, 5:17, 6:11
**precedes** [1] - 46:10
**preexisting** [1] - 41:10
**preference** [1] - 31:3
**preparation** [1] - 37:21
**prepare** [2] - 33:6, 42:24
**prepared** [4] - 23:23, 25:23, 35:1, 35:5
**preparedness** [2] - 27:7, 29:5
**PREPAREDNESS** [1] - 8:4
**PRESENT** [1] - 6:6
**presents** [1] - 18:10
**preserve** [1] - 44:13
**pressability** [1] - 26:2
**pressure** [11] - 34:9, 34:14, 34:16, 34:17, 35:2, 35:5, 35:8, 35:9, 35:11, 35:12, 36:10

**pressures** [1] - 35:17
**presume** [3] - 9:25, 10:1, 53:11
**pretty** [5] - 12:13, 12:14, 24:4, 30:11, 40:17
**preview** [1] - 37:7
**privilege** [3] - 20:11, 20:24, 24:7
**PRIVILEGE** [2] - 7:17, 7:19
**privileged** [2] - 24:3, 24:16
**PRIVILEGED** [1] - 7:23
**prize** [6] - 10:15, 10:17, 11:14, 23:6, 23:7
**problem** [2] - 13:5, 33:16
**problems** [1] - 22:3
**proceed** [1] - 15:22
**proceedings** [2] - 54:11, 54:19
**PROCEEDINGS** [3] - 1:13, 6:13, 9:1
**process** [5] - 17:13, 19:24, 22:15, 27:3, 40:20
**PROCESS** [1] - 7:16
**PROCTOR** [1] - 2:9
**produce** [4] - 24:3, 24:7, 29:14, 44:21
**PRODUCE** [1] - 7:22
**PRODUCED** [1] - 6:14
**produced** [5] - 17:23, 20:4, 28:17, 46:13, 47:3
**producing** [1] - 28:2
**PRODUCTION** [4] - 3:16, 3:19, 7:22, 7:24
**production** [2] - 24:3, 25:2
**productions** [1] - 50:24
**productive** [1] - 30:13
**PRODUCTS** [1] - 3:21
**profilometer** [2] - 11:24, 12:7
**PROFILOMETER....** [1] - 7:8
**progress** [3] - 25:6, 26:22, 26:24
**prohibit** [2] - 28:8, 28:13
**properties** [28] - 26:1, 26:21, 30:22, 30:24, 31:6, 31:9, 31:11, 31:13, 31:17, 31:20,

31:21, 31:25, 32:12, 32:17, 33:7, 33:12, 33:14, 34:1, 34:4, 34:11, 34:13, 35:24, 36:4, 36:17, 43:17, 44:4
**PROPOSAL** [1] - 7:8
**proposal** [2] - 11:23, 48:10
**proposals** [4] - 16:18, 16:20, 16:25, 17:5
**propose** [2] - 51:6, 53:21
**PROPOSED** [2] - 7:13, 7:15
**proposed** [5] - 13:4, 15:14, 15:20, 44:25, 49:11
**proposing** [2] - 40:7, 40:8
**protocol** [2] - 12:1, 12:9, 12:20, 12:22
**provide** [1] - 20:8
**provided** [5] - 22:19, 22:20, 27:20, 28:12, 30:4
**provisions** [1] - 29:1
**PSC** [8] - 15:23, 16:7, 16:16, 37:5, 37:6, 45:10, 51:14, 51:15
**PSC'S** [1] - 7:15
**PSC's** [1] - 15:20
**pulled** [1] - 32:16
**pulling** [1] - 46:6
**punitive** [1] - 29:1
**purport** [1] - 44:19
**purpose** [1] - 21:11
**put** [10] - 10:13, 13:16, 27:19, 28:10, 31:1, 36:24, 45:18, 47:12, 47:21, 53:22
**putting** [2] - 26:6, 51:13, 54:2

## Q

**QA/QC** [1] - 24:22
**qualification** [1] - 24:22
**questions** [13] - 27:20, 28:11, 37:11, 37:18, 38:3, 38:11, 38:16, 38:20, 41:22, 44:13, 45:3, 45:7, 45:19
**quick** [2] - 25:9, 48:18
**quicker** [1] - 40:20
**quickly** [4] - 11:5, 12:23, 38:8, 48:16
**quiet** [1] - 47:21

**quite** [1] - 47:20

## R

**RAFFERTY** [1] - 2:9
**raising** [1] - 47:12
**rather** [1] - 40:20
**RD** [1] - 5:25
**RE** [1] - 1:4
**re** [2] - 24:15, 24:16
**re-collection** [2] - 24:15, 24:16
**reached** [1] - 51:6
**read** [2] - 28:20, 46:25
**ready** [5] - 16:14, 30:12, 30:14, 31:4, 51:5
**really** [10] - 13:7, 15:7, 25:1, 25:11, 25:20, 31:7, 32:7, 32:17, 33:17, 36:5
**Realtime** [2] - 54:16, 54:22
**REALTIME** [1] - 6:10
**reason** [2] - 41:7
**reasonable** [2] - 39:13, 39:25
**received** [3] - 12:8, 13:25, 21:15
**receptive** [1] - 37:6
**recognize** [1] - 14:19
**recognizing** [1] - 11:4
**recollection** [1] - 53:22
**record** [3] - 19:16, 48:19, 54:19
**RECORDED** [1] - 6:13
**red** [1] - 23:11
**referee** [1] - 52:17
**reference** [3] - 22:19, 29:15, 41:20
**references** [1] - 27:23
**reflection** [1] - 32:13
**reframed** [1] - 38:24
**regard** [5] - 13:8, 15:13, 15:14, 16:16, 44:10
**REGARD** [1] - 7:13
**regarding** [1] - 49:19
**regardless** [1] - 43:22
**Registered** [1] - 54:16
**REGISTERED** [1] - 6:10
**registered** [1] - 54:22
**relate** [2] - 29:3, 31:10
**RELATED** [1] - 8:5
**related** [8] - 13:13, 27:8, 27:15, 28:1, 28:25, 29:5, 29:6,

29:9
**RELATES** [1] - 1:9
**relates** [3] - 29:4, 29:5, 44:11
**relative** [1] - 45:4
**release** [1] - 19:3
**released** [1] - 19:24
**relevance** [1] - 45:16
**relevant** [8] - 28:24, 31:25, 44:4, 44:14, 45:3, 45:14, 45:20, 48:12
**relied** [1] - 32:5
**rely** [1] - 19:5
**remaining** [1] - 20:11
**REMAINING** [1] - 7:17
**remember** [1] - 52:24
**RENAISSANCE** [1] - 5:7
**repeated** [1] - 47:11
**replacement** [1] - 41:10
**reply** [3] - 17:14, 17:18, 19:8
**report** [9] - 11:23, 13:3, 14:3, 27:3, 48:2, 50:5, 50:14, 50:19, 51:7
**REPORT** [2] - 7:9, 8:7
**Reporter** [7] - 54:16, 54:17, 54:17, 54:22, 54:22, 54:23
**REPORTER** [6] - 6:9, 6:10, 6:10, 16:24, 17:2, 20:17
**REPORTER'S** [1] - 54:15
**reports** [4] - 33:9, 33:11, 34:25, 47:1
**representatives** [1] - 46:9
**request** [2] - 37:24, 42:23
**requested** [2] - 41:10, 43:11
**requesting** [2] - 41:15, 52:15
**requests** [3] - 37:12, 39:9, 40:22
**require** [1] - 37:23
**required** [1] - 37:10
**requires** [1] - 25:19
**reservations** [1] - 16:19
**reservoir** [27] - 31:10, 32:9, 32:19, 33:8, 33:18, 33:21, 33:22, 34:18, 36:1, 36:17, 44:15, 44:17, 44:20, 44:21, 45:1, 46:1,

46:3, 46:4, 46:14, 46:15, 46:17, 46:20, 47:5, 48:3, 49:20
**RESERVOIR** [1] - 8:8
**reservoirs** [1] - 43:18
**resist** [1] - 26:9
**resistance** [1] - 28:7
**resistant** [1] - 28:2
**resolve** [1] - 30:12
**RESOURCES** [1] - 2:19
**respond** [4] - 38:5, 39:6, 42:7, 49:18
**responded** [2] - 42:6, 48:21
**responding** [2] - 38:25, 39:2
**responds** [1] - 48:18
**response** [13] - 20:8, 22:9, 22:19, 22:21, 22:24, 23:1, 25:15, 26:6, 27:22, 28:20, 29:11, 30:5, 41:18
**responsible** [1] - 51:15
**restrain** [1] - 43:1
**restricting** [1] - 44:5
**restrictions** [1] - 27:25
**result** [1] - 24:16
**results** [1] - 12:19
**review** [2] - 18:20, 19:10
**reviewed** [1] - 19:22
**revolve** [1] - 25:21
**RICHARD** [1] - 5:11
**RICHESON** [1] - 5:16
**ride** [1] - 9:8
**rider** [1] - 9:14
**RIG** [1] - 1:5
**rights** [1] - 19:5
**RMR** [2] - 6:9, 54:21
**road** [3] - 27:25, 28:7, 41:21
**rob** [1] - 38:7
**Rob** [22] - 11:24, 11:25, 13:4, 14:17, 19:18, 19:21, 20:19, 20:22, 20:23, 22:19, 23:15, 24:1, 25:8, 25:14, 30:9, 32:21, 35:14, 40:4, 41:5, 44:7, 45:24, 48:5
**Rob's** [2] - 20:7, 42:22
**ROBERT** [1] - 4:8
**roll** [1] - 10:18
**RONQUILLO** [2] - 5:4, 5:10
**ROOM** [2] - 2:16, 6:11
**rooting** [1] - 19:11
**rotated** [1] - 53:18

**rotation** [2] - 53:21, 53:23
**round** [2] - 12:18, 12:19, 17:19
**ROVs** [1] - 33:1
**row** [1] - 9:20
**ROY** [6] - 1:18, 1:18, 11:8, 11:11, 11:13, 11:17
**Roy** [2] - 10:25, 11:3
**Rule** [1] - 25:5
**RULE** [1] - 7:25
**running** [1] - 14:1
**RUSNAK** [1] - 2:6
**RYAN** [1] - 4:4

# S

**s/Cathy** [1] - 54:21
**SALLY** [1] - 1:13
**samples** [4] - 32:24, 33:3, 36:1, 36:18
**SAN** [1] - 2:16
**sand** [3] - 41:15, 43:4, 43:5
**SAND.........................
.........................** [1] - 8:6
**sands** [13] - 26:12, 26:14, 44:4, 44:10, 44:17, 44:22, 44:23, 44:24, 44:25, 45:14, 45:16, 46:1, 46:16
**Sarah** [8] - 18:24, 19:1, 19:20, 21:22, 22:18, 23:15, 24:1, 24:21
**SARAH** [2] - 2:19, 5:16
**Sarah's** [1] - 30:5
**satisfied** [1] - 13:25
**Savoy** [2] - 14:10, 14:11
**saw** [3] - 9:16, 15:9, 25:14
**scanning** [2] - 11:23, 12:7
**SCANNING** [1] - 7:8
**Schedule** [4] - 20:12, 20:16, 23:13, 23:17
**SCHEDULE** [4] - 7:18, 7:20, 8:12
**schedule** [12] - 21:5, 23:13, 23:14, 23:17, 24:9, 24:20, 48:25, 49:11, 49:13, 49:16, 50:1, 50:11
**scheduling** [2] - 50:12, 51:10
**SCHEDULING............**

.................. [1] - 8:13
**SCHELL** [1] - 5:15
**Scott** [3] - 49:2, 49:4, 52:7
**SCOTT** [1] - 3:5
**screen** [1] - 18:21
**SEAN** [1] - 5:6
**seat** [1] - 9:8
**seawater** [1] - 33:2
**second** [3] - 12:18, 27:17, 37:22
**secondly** [1] - 46:8
**SECTION** [1] - 3:3
**see** [19] - 10:8, 10:20, 11:2, 11:19, 14:4, 15:12, 15:17, 18:5, 19:20, 22:9, 23:20, 25:5, 25:7, 30:16, 36:23, 42:16, 42:17, 43:4, 47:1
**seeing** [3] - 17:21, 22:4, 25:1
**seeps** [1] - 32:25
**selling** [1] - 10:6
**send** [5] - 18:14, 23:24, 30:6, 38:23, 48:18
**SENIOR** [1] - 2:18
**sense** [3] - 28:4, 28:9, 28:13
**sent** [3] - 14:1, 15:9, 21:6
**separate** [2] - 12:20, 18:21
**separately** [1] - 21:25
**September** [4] - 38:15, 51:17, 51:22, 51:23
**series** [1] - 21:20
**serviceable** [1] - 46:7
**SERVICES** [1] - 5:3
**session** [1] - 16:9
**set** [5] - 12:3, 20:12, 23:12, 23:14, 43:9
**sets** [3] - 21:1, 22:20, 38:2
**settle** [2] - 23:16, 50:1
**seven** [1] - 26:2
**shaking** [1] - 34:5
**shame** [1] - 53:9
**shape** [1] - 17:14
**share** [1] - 16:14
**SHARON** [1] - 2:15
**SHELL** [1] - 3:22
**ship** [1] - 36:5
**ships** [1] - 35:23
**shocking** [2] - 19:14, 19:15
**short** [1] - 48:20

**shortly** [1] - 48:25
**shoulda** [1] - 29:20
**show** [2] - 40:9, 46:15
**shows** [1] - 18:3
**SHUSHAN** [1] - 1:13
**Shushan** [1] - 39:4
**SHUTLER** [1] - 2:15
**side** [2] - 22:13, 47:13
**sides** [1] - 47:15
**simpler** [1] - 37:22
**simply** [2] - 31:16, 44:25
**SINCLAIR** [1] - 3:9
**sit** [1] - 47:21
**situation** [1] - 44:8
**six** [1] - 21:15
**size** [1] - 32:4
**slicks** [1] - 36:15
**slightly** [1] - 23:16
**smell** [1] - 9:19
**so-called** [1] - 35:3
**sold** [1] - 54:6
**someone** [1] - 20:1
**sometimes** [1] - 18:22
**soon** [1] - 20:7
**sorry** [3] - 17:3, 20:19, 47:9
**sort** [9] - 10:14, 17:20, 22:10, 26:18, 35:19, 38:16, 47:11, 49:16, 51:2
**sorts** [1] - 25:21
**sound** [1] - 36:13
**sounds** [1] - 12:13
**source** [8] - 25:23, 27:8, 27:15, 29:6, 29:10, 39:23, 43:18, 44:1
**SOURCE** [1] - 8:4
**sources** [1] - 11:18
**SOUTH** [2] - 2:10, 4:19
**spare** [2] - 13:9, 13:14
**SPARE** [1] - 7:10
**speaking** [2] - 20:22, 40:5
**spearheading** [2] - 14:23, 22:6
**specific** [5] - 38:16, 43:13, 43:14, 44:3, 45:20
**specifically** [1] - 52:23
**spend** [2] - 28:9, 37:16
**spent** [6] - 26:5, 37:20, 39:18, 39:22, 39:23, 41:19
**SPILL** [2] - 1:4, 8:4
**spill** [6] - 26:6, 27:7,

29:5, 30:23, 32:5, 45:9
**spreadsheets** [3] - 21:15, 21:17, 21:21
**SQUARE** [1] - 3:22
**stack** [7] - 11:22, 13:13, 32:10, 34:8, 34:19, 35:10, 35:18
**STACK.....................
.........** [1] - 7:7
**stand** [1] - 35:14
**standing** [1] - 49:6
**standpoint** [1] - 21:1
**stands** [1] - 20:22
**start** [11] - 12:2, 12:7, 27:18, 41:8, 50:12, 51:10, 51:11, 51:12, 51:23, 52:4, 54:2
**started** [1] - 43:24
**starting** [2] - 22:12, 50:10
**starts** [1] - 54:3
**State** [2] - 9:14, 54:17
**STATE** [2] - 3:8, 3:12
**state** [2] - 20:17, 27:16
**statement** [2] - 13:3, 29:18
**STATEMENT** [1] - 7:9
**STATES** [3] - 1:1, 1:14, 8:7
**states** [2] - 25:20, 26:20
**States** [32] - 15:15, 15:16, 17:15, 18:14, 18:17, 21:2, 21:14, 22:22, 25:3, 25:21, 25:25, 26:5, 26:20, 26:23, 30:4, 36:22, 39:15, 39:16, 39:25, 42:5, 48:2, 48:19, 48:24, 49:3, 49:10, 50:5, 50:18, 50:25, 52:9, 52:14, 54:17, 54:23
**States'** [3] - 21:18, 22:21, 48:10
**STATES.....** [1] - 7:24
**status** [3] - 15:14, 48:6, 48:9
**STATUS** [1] - 1:13
**STATUS....................
................** [1] - 7:14
**stay** [1] - 15:3
**STEFANIE** [1] - 5:5
**STENOGRAPHY** [1] - 6:13
**STEPHEN** [1] - 1:22
**Steve** [1] - 53:9
**STEVEN** [2] - 3:4, 6:3
**still** [7] - 12:21, 15:20,

23:17, 23:18, 23:22, 42:19, 42:24
**stipulation** [2] - 16:8, 54:9
**STIPULATIONS** [1] - 7:13
**stipulations** [7] - 14:15, 14:20, 15:14, 15:21, 15:25, 16:12, 54:5
**STIPULATIONS.........
......** [1] - 7:15
**STIPULATIONS.........
................** [1] - 7:12
**STONE** [1] - 4:22
**stop** [2] - 9:22, 27:17
**story** [1] - 9:11
**STORY** [1] - 7:5
**straight** [3] - 12:15, 32:18, 32:19
**strange** [1] - 42:3
**street** [1] - 10:6
**STREET** [13] - 1:19, 2:4, 2:10, 3:13, 3:23, 4:9, 4:15, 4:23, 5:7, 5:17, 5:20, 6:4, 6:11
**stretch** [1] - 46:21
**STRIPPOLI** [1] - 3:4
**struggle** [1] - 17:16
**studying** [1] - 31:24
**stuff** [2] - 32:16, 33:2
**subject** [4] - 19:4, 19:23, 46:19, 51:21
**submit** [3] - 12:1, 21:16, 49:19
**submitted** [2] - 21:8, 21:18
**submitting** [1] - 17:18
**substantial** [8] - 16:19, 17:22, 18:1, 18:8, 18:16, 18:21, 21:4, 25:6
**substantive** [1] - 22:9
**suggest** [3] - 27:3, 47:3, 49:13
**suggested** [1] - 41:4
**suggesting** [4] - 41:7, 41:13, 51:11, 51:12
**suggestion** [2] - 31:18, 36:21
**suggestions** [1] - 12:9
**SUITE** [8] - 2:10, 3:23, 4:15, 5:7, 5:11, 5:17, 5:25, 6:4
**summary** [3] - 28:14, 30:5, 37:17
**superceded** [1] - 21:16
**supplement** [1] -

48:22
**SUPPORT** [1] - 5:23
**supposed** [1] - 23:9
**surface** [1] - 35:23
**surprise** [1] - 52:11
**surprised** [1] - 48:10
**SUTHERLAND** [1] -
  4:14
**swoop** [1] - 28:5

## T

**table** [2] - 30:11, 37:13
**Table** [1] - 35:4, 36:11
**tackle** [2] - 25:12,
  30:21
**talks** [1] - 35:4
**tangential** [2] - 46:22,
  47:13
**tap** [1] - 44:21
**tar** [1] - 32:17
**targeted** [1] - 38:10
**targets** [1] - 47:17
**task** [2] - 14:25, 33:5
**taxpayer** [1] - 9:10
**TEAM** [1] - 8:8
**team** [4] - 17:24, 18:9,
  19:21, 48:3
**tee** [1] - 48:15
**temperature** [7] -
  34:10, 34:14, 34:16,
  35:3, 35:4, 35:8,
  36:10
**temperatures** [1] -
  35:18
**ten** [1] - 54:9
**terms** [6] - 18:13,
  33:7, 36:6, 38:12,
  48:11, 51:2
**test** [2] - 10:13, 11:1
**testimony** [2] - 46:16,
  47:3
**testing** [1] - 36:17
**THAT** [1] - 7:21
**THE** [134] - 1:4, 1:5,
  1:13, 1:18, 2:13,
  3:12, 7:5, 7:16, 7:21,
  7:24, 8:4, 8:7, 8:8,
  9:7, 9:10, 9:13, 9:25,
  10:3, 10:8, 10:10,
  10:18, 10:22, 11:1,
  11:4, 11:7, 11:10,
  11:12, 11:14, 11:18,
  12:11, 12:24, 13:1,
  13:3, 13:16, 13:21,
  14:7, 14:11, 14:13,
  14:25, 15:6, 16:2,
  16:10, 16:15, 16:23,
  16:24, 17:2, 17:8,

18:23, 19:1, 19:6,
  19:12, 19:15, 19:18,
  20:6, 20:9, 20:16,
  20:17, 20:21, 21:9,
  21:23, 22:14, 22:17,
  23:1, 23:4, 23:6,
  23:10, 23:20, 24:1,
  24:21, 24:25, 25:16,
  27:4, 27:17, 28:8,
  29:3, 29:12, 29:20,
  29:25, 30:15, 30:20,
  30:25, 31:4, 32:4,
  32:21, 33:22, 34:3,
  34:13, 35:14, 36:13,
  37:1, 37:4, 37:14,
  37:25, 38:6, 38:19,
  40:2, 40:8, 40:17,
  41:1, 41:17, 42:1,
  42:15, 43:1, 43:4,
  43:8, 44:16, 44:22,
  45:4, 45:22, 47:6,
  47:9, 47:24, 48:6,
  49:1, 49:4, 49:7,
  49:23, 49:25, 50:4,
  50:22, 51:4, 51:8,
  51:18, 51:20, 51:25,
  52:11, 52:17, 52:21,
  52:1, 53:4, 53:8,
  54:2
**thematic** [1] - 22:2
**themselves** [4] -
  16:21, 34:5, 34:7,
  43:2
**they've** [4] - 14:25,
  19:24, 33:11, 46:7
**thickness** [1] - 32:5
**thinking** [3] - 12:11,
  48:17, 52:4
**thinks** [3] - 16:2, 18:9,
  18:18
**THIRD** [2] - 8:11, 8:13
**third** [9] - 50:9, 50:12,
  50:13, 50:16, 50:21,
  51:6, 51:10, 51:20,
  53:12
**THIRD-PARTY** [1] -
  8:13
**third-party** [2] - 50:12,
  51:10
**THIS** [2] - 1:9, 7:6
**THOMAS** [1] - 2:9
**thoughts** [2] - 16:7,
  16:14
**thousands** [4] - 27:23,
  32:24, 33:3, 47:2
**three** [6] - 13:24, 21:1,
  22:20, 42:7, 45:25,
  49:16
**Three** [1] - 32:15
**three-tier** [1] - 49:16

**Thursday** [6] - 12:2,
  12:6, 21:15, 21:19,
  22:12, 38:2
**tier** [1] - 49:16
**timetable** [1] - 36:25
**timing** [1] - 38:12
**TO** [6] - 1:9, 7:13,
  7:17, 7:22, 9:4,
  53:20
**today** [21] - 11:19,
  12:3, 14:2, 14:4,
  17:10, 17:18, 18:2,
  18:5, 18:20, 21:24,
  22:9, 25:11, 30:7,
  38:13, 39:1, 39:6,
  42:8, 52:24, 53:1,
  53:10
**together** [4] - 15:9,
  26:6, 39:19, 53:22
**togethers** [1] - 53:16
**TOGETHERS**............
  ............................ [1]
  - 8:16
**TOLLES** [1] - 4:18
**Tom** [2] - 23:19, 23:21
**Tony** [1] - 16:17
**took** [2] - 9:15, 31:18
**top** [5] - 14:21, 32:20,
  35:22, 36:6, 43:1
**Topic** [6] - 25:18,
  25:24, 30:15, 35:16,
  36:8, 36:25
**TOPIC** [2] - 8:1, 8:2
**topic** [21] - 26:22,
  27:15, 30:19, 30:20,
  32:8, 34:20, 36:22,
  37:16, 39:12, 41:18,
  41:20, 42:19, 43:19,
  44:11, 45:23, 46:5,
  46:6, 46:7, 46:8,
  46:19, 46:21
**Topics** [5] - 43:11,
  43:15, 43:16, 43:21,
  44:3
**topics** [13] - 25:25,
  27:8, 27:11, 27:12,
  28:25, 33:10, 38:22,
  38:24, 39:23, 40:8,
  41:4, 42:13, 43:14
**TOPICS**.....................
  ..................... [1] - 8:5
**TORTS** [1] - 2:14
**towed** [1] - 9:21
**TOWER** [1] - 5:7
**track** [1] - 54:3
**traditional** [1] - 49:16
**traffic** [1] - 48:9
**trailer** [1] - 9:21
**transcript** [1] - 54:18
**TRANSCRIPT** [2] -

1:13, 6:13
**TRANSOCEAN** [5] -
  4:12, 4:12, 4:14,
  7:10, 7:13
**Transocean** [13] -
  13:8, 13:11, 15:13,
  16:8, 21:2, 21:19,
  22:1, 22:7, 22:13,
  22:21, 27:13, 47:17,
  53:19
**Transocean's** [2] -
  13:12, 16:18
**transport** [1] - 32:15
**travel** [2] - 51:23, 52:4
**TRAVEL** [1] - 8:15
**treatment** [1] - 39:14
**trial** [1] - 27:24
**tried** [1] - 32:14
**triggered** [1] - 21:12
**truck** [1] - 9:20
**true** [1] - 54:18
**try** [7] - 14:21, 21:11,
  43:1, 46:21, 48:15,
  49:17, 51:16
**trying** [18] - 13:9,
  25:22, 33:19, 34:11,
  34:23, 34:24, 36:6,
  39:12, 40:6, 44:6,
  44:7, 44:10, 44:12,
  45:17, 46:6, 48:14
**Tuesday** [1] - 12:1
**tunnel** [1] - 25:2
**turn** [3] - 38:22, 40:8,
  41:3
**turnaround** [2] - 42:6,
  48:20
**turnarounds** [1] - 15:8
**turned** [1] - 41:1
**turning** [2] - 40:11,
  41:1
**turns** [1] - 13:13
**twice** [1] - 54:6
**Two** [18] - 14:14,
  14:20, 15:21, 26:14,
  26:16, 28:25, 39:11,
  45:12, 45:16, 46:2,
  46:7, 46:19, 46:20,
  46:22, 47:3, 47:14,
  47:17, 47:20
**two** [5] - 13:24, 17:24,
  25:19, 26:19, 37:21
**TWO** [2] - 7:12, 7:15
**TX** [5] - 2:7, 4:16, 5:8,
  5:12, 6:4

## U

**U.S** [3] - 2:13, 2:18,
  3:3

**ultimate** [1] - 35:19
**ultimately** [1] - 37:9
**under** [2] - 21:7, 48:23
**UNDERHILL** [5] -
  2:14, 52:23, 53:2,
  53:6, 54:10
**understandings** [1] -
  36:24
**unfortunate** [1] -
  20:21
**unfortunately** [1] -
  15:7
**UNITED** [4] - 1:1, 1:14,
  1:24, 8:7
**United** [35] - 15:15,
  15:16, 17:15, 18:14,
  18:17, 21:2, 21:14,
  21:18, 22:21, 22:22,
  25:3, 25:21, 25:25,
  26:5, 26:20, 26:23,
  30:4, 36:22, 39:15,
  39:16, 39:25, 42:5,
  48:2, 48:10, 48:19,
  48:24, 49:3, 49:10,
  50:5, 50:18, 50:25,
  52:9, 52:14, 54:17,
  54:23
**universe** [2] - 21:20,
  31:22
**University** [1] - 49:23
**unless** [2] - 37:24,
  47:18
**unnamed** [1] - 53:12
**up** [26] - 9:13, 10:5,
  12:8, 12:15, 12:20,
  15:8, 15:18, 19:8,
  20:22, 21:25, 23:23,
  25:8, 27:5, 27:20,
  31:18, 34:12, 35:14,
  37:18, 38:17, 39:4,
  42:19, 48:16, 49:6,
  50:15, 52:6, 53:20
**US** [2] - 18:25, 23:19

## V

**vague** [1] - 27:22
**versus** [1] - 26:12
**viability** [1] - 16:20
**view** [2] - 19:20, 19:23
**viscosity** [1] - 26:2
**volunteer** [1] - 49:21

## W

**wafting** [1] - 9:19
**wait** [3] - 16:3, 19:20,
  20:14
**waiting** [2] - 10:16,

17:13

**walk** [2] - 10:20, 15:8
**walking** [1] - 41:22
**WALTHER** [1] - 4:22
**wants** [5] - 11:20, 27:15, 40:25, 48:14
**WARREN** [1] - 5:20
**washing** [1] - 12:6
**WASHINGTON** [4] - 2:21, 3:6, 4:10, 5:21
**waste** [1] - 9:10
**water** [2] - 33:4, 33:8
**Water** [1] - 29:1
**ways** [2] - 34:8, 37:11
**Weatherford** [1] - 50:6
**WEATHERFORD** [1] - 8:10
**Wednesday** [3] - 23:23, 25:15, 27:10
**week** [13] - 9:9, 9:12, 9:15, 9:18, 13:24, 15:12, 18:14, 19:21, 22:8, 22:16, 25:6, 39:1, 39:6
**week's** [2] - 13:16, 16:16
**weekend** [2] - 18:12, 23:5
**WEINER** [1] - 5:16
**welcome** [1] - 51:25
**wellbore** [3] - 32:9, 34:12, 34:18
**WHEREUPON** [1] - 54:11
**WHITELEY** [1] - 3:12
**Wild** [1] - 51:16
**WILLIAMSON** [5] - 2:6, 2:6, 51:14, 51:19, 51:24
**Williamson** [1] - 51:14
**willing** [3] - 39:24, 40:1, 50:2
**window** [1] - 41:25
**WINFIELD** [1] - 3:9
**wish** [1] - 22:10
**WITH** [1] - 7:13
**witness** [11] - 27:12, 27:20, 28:10, 28:23, 28:24, 33:6, 37:16, 41:22, 42:9, 42:13, 42:19
**witness'** [1] - 14:9
**witnesses** [2] - 28:3, 31:12
**WITTMANN** [1] - 4:22
**words** [3] - 17:7, 31:8, 32:1
**WORKING** [1] - 1:13
**works** [1] - 19:7
**worried** [1] - 33:25

**worse** [1] - 39:21
**woulda** [1] - 29:20
**WRIGHT** [1] - 1:18
**writing** [3] - 28:11, 28:12, 41:19
**written** [5] - 28:20, 30:5, 38:10, 38:16, 40:24

## Y

**y'all** [1] - 43:5
**year** [3] - 52:19, 52:21, 52:24
**yesterday** [5] - 13:24, 15:10, 21:6, 21:22, 48:8
**YOAKUM** [1] - 2:7
**yoman's** [1] - 14:25
**York** [2] - 43:6, 47:10
**YORK** [9] - 5:10, 38:1, 43:6, 43:9, 44:19, 44:23, 45:7, 47:8, 47:10

## Z

**zero** [1] - 41:8