UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April, 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION J(2) |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| No. 12-1045, *Prejean v. O'Brien's Response Mgmt., Inc.* | * * | MAG. JUDGE WILKINSON |

### ORDER

Case No. 12-1045 was consolidated with this Multidistrict Litigation (MDL) and assigned to Magistrate Judge Sally Shushan (Division 1).

**IT IS ORDERED** that Case No. 12-1045 is **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. Parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences.

The Court also notes that an ex parte motion for extension of time to answer the complaint is currently pending. (Rec. Doc. 6583). Because individual cases are stayed once consolidated with the MDL, the deadline for answering was continued. Accordingly, this Motion (Rec. Doc. 6583) is DENIED AS MOOT. The Court anticipates that the scheduling order developed by Magistrate Judge Wilkinson will include a deadline for answering the complaint.

Parties are directed to use the above caption in future filings with this Court.

Signed in New Orleans, Louisiana this 12th day of June, 2012.

_____
United States District Judge

JUN 1 2 2012
TRANSFERRED TO
**MAG. 2**