UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | Case No. 2:11-CV-03180 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | SECTION:  J |
| | Judge Barbier |
| Plaintiffs, | Magistrate Judge Shushan |
| vs. | |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | |
| Defendants. | |

_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR RAYMOND S. VATH, REBECCA WINKLER VATH, AND BRIAN WINKLER**
_____

**ON MOTION** of Stephen S. Kreller of The Kreller Law Firm and Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Attorneys"), attorneys for Raymond S. Vath (GCCF Claim No. 1133907), Rebecca Winkler Vath (GCCF Claim No. 3406518), and Brian Jacob Winkler (GCCF Claim No. 1094302) in the above

1

referenced matter, on suggesting to this Honorable Court that movers desire to withdraw as attorneys of record for Raymond S. Vath, Rebecca Winkler Vath, and Brian Jacob Winkler. Following the Preliminary Approval Order of the Economic and Property Damages Settlement (Rec. Doc. No. 6418) of this Honorable Court, Mr. and Mrs. Vath and Mr. Winkler retained a new attorney, Val Patrick Exnicios, and through their newly retained counsel, forwarded correspondence to Attorneys stating their desire to dismiss their services without cause.

Mr. and Mrs. Vath and Mr. Winkler are presently represented in this matter by Val Patrick Exnicios. No prejudice should occur to Mr. and Mrs. Vath and Mr. Winkler by allowing the withdrawal as their individual damages trial has not been set nor are there any impending deadlines.

**WHEREFORE**, movers Stephen S. Kreller of The Kreller Law Firm and Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA, requests this Honorable Court grant the request and dismiss Stephen S. Kreller of The Kreller Law Firm and Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA, as counsel of record for Raymond S. Vath (GCCF Claim No. 1133907), Rebecca Winkler Vath (GCCF Claim No. 3406518) in this matter.

Dated: June 13, 2012.

RESPECTFULLY SUBMITTED:

BY: /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM

    Stephen S. Kreller (LA # 28440)
    757 St. Charles Avenue, Suite 301
    New Orleans, LA  70130
    Telephone:  504-484-3488
    Facsimile:  504-294-6091
    Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

    Gerard M. Nolting (admitted pro hac vice)
    William L. Roberts (admitted pro hac vice)
    Craig S. Coleman (admitted pro hac vice )
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN  55402
    Telephone:  612-766-7000
    Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

    Duncan Lott (admitted pro hac vice)
    Casey L. Lott (admitted pro hac vice)
    100 South Main Street
    Booneville, MS  38829
    Telephone:  662-728-9733
    Facsimile:  662-728-1992

    **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record for Raymond S. Vath, Rebecca Einkler Vath, and Brian Winkler has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of June, 2012.

                                                      */s/ Stephen S. Kreller*_____