UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | Case No. 2:11-CV-03180 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | SECTION:  J |
| | Judge Barbier |
| Plaintiffs, | Magistrate Judge Shushan |
| vs. | |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | |
| Defendants. | |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE COMPLAINT FOR INTERVENTION**
_____

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly

Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), who respectfully moves this Honorable Court for leave to file the attached Complaint for Intervention, attached hereto as Exhibit "A".  The Intervening Attorneys seek leave to file the attached pleading and exhibit to assert claims for the costs that Intervening Attorneys have expended on behalf of Raymond S. Vath (GCCF Claim No. 1133907), Rebecca Winkler Vath (GCCF Claim No. 3406518), and Brian Jacob Winkler (GCCF Claim No. 1094302); Raymond S. Vath (GCCF Claim No. 1133907), Rebecca Winkler Vath (GCCF Claim No. 3406518), and Brian Jacob Winkler (GCCF Claim No. 1094302) are also indebted unto Intervening Attorneys for legal fees for the prosecution of their claims, for the full amount of any legal fees obtained by any other attorneys pursuant to La. R.S. 37:218 and for any other fees as directed by this Honorable Court.

WHEREFORE, considering the aforementioned, Intervening Attorneys respectfully moves this Honorable Court to grant it leave to file the attached pleading and exhibits.

Dated: June 13, 2012.

                                          RESPECTFULLY SUBMITTED:
                                          BY:  */s/ Stephen S. Kreller*

                                          THE KRELLER LAW FIRM
                                               Stephen S. Kreller (LA # 28440)
                                               757 St. Charles Avenue, Suite 301
                                               New Orleans, LA  70130
                                               Telephone:  504-484-3488
                                               Facsimile:  504-294-6091
                                               Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

    Gerard M. Nolting (admitted pro hac vice)
    William L. Roberts (admitted pro hac vice)
    Craig S. Coleman (admitted pro hac vice )
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN  55402
    Telephone:  612-766-7000
    Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

    Duncan Lott (admitted pro hac vice)
    Casey L. Lott (admitted pro hac vice)
    100 South Main Street
    Booneville, MS  38829
    Telephone:  662-728-9733
    Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint for Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of June, 2012.

/s/ *Stephen S. Kreller*_____