IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### JOINT MOTION FOR ENTRY OF QUALIFIED PROTECTIVE ORDER

The Medical Benefits Settlement Class Representatives,[1] on behalf of themselves and the members of the Medical Benefits Settlement Class, by and through Lead Class Counsel and Medical Benefits Class Counsel, and Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully submit this Joint Motion for Entry of Qualified Protective Order.

---

[1] Terms with initial capital letters used in this Joint Motion have the meanings ascribed to the fully capitalized rendering of such terms in the Medical Benefits Class Action Settlement Agreement, as amended ("Medical Settlement Agreement"), unless otherwise defined or set off by quotation marks herein.

For the reasons described in the accompanying memorandum in support of this motion, the Parties respectfully request that this Court enter an order, substantially in the form of the proposed order attached hereto, that authorizes, according to the terms of the Medical Settlement Agreement, the Claims Administrator to disclose lists of claimants to Governmental Payers,[2] Medicare Part C and/or Part D Program sponsors, and/or Other Payers/Providers (collectively, "Payers") in lieu of submitting individual names and HIPAA authorizations so that Payers may provide the Claims Administrator with information necessary to identify and/or to resolve any liens, claims, or rights of subrogation, indemnity, reimbursement, conditional or other payments, or interests of any type and authorizes the Claims Administrator, in its performance of its lien identification and resolution functions,[3] to take such actions on behalf of the Medical Benefits Settlement Class Members to resolve any potential liens or recovery claims associated with the respective Payers.

.

June 13, 2012                                        Respectfully submitted,


/s/ Stephen J. Herman                                /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129                 James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR                          DOMENGEAUX WRIGHT ROY &

---

[2] Governmental Payers means "any federal, state, or other governmental body, agency, department, plan, program, or entity that administers, funds, pays, contracts for, or provides medical items, services, and/or prescription drugs…." Medical Settlement Agreement, § II.II. These include CMS, the Medicare Secondary Payer Department, and the Medicaid programs of each state and territory and of the District of Columbia (each a "Medicaid Agency").

[3] As set forth in the Medical Benefits Class Action Settlement Agreement, the Claims Administrator shall perform lien identification and resolution functions, which includes the following duties and functions: (1) the authority to act on behalf of the Medical Benefits Class Action Members; (2) the authority to receive and release identifiable health information; and (3) the authority to resolve any potential recovery claim associated with the Medical Benefits Class Action.

2

| | |
|---|---|
| LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024<br>E-Mail: sherman@hhkc.com<br><br>*Lead Class Counsel and Medical Benefits Class Counsel* | EDWARDS LLC<br>556 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796<br>E-Mail: jimr@wrightroy.com<br><br>*Lead Class Counsel and Medical Benefits Class Counsel* |

## MEDICAL BENEFITS CLASS COUNSEL

| | |
|---|---|
| Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Office: (843) 216-9159<br>Telefax: (843) 216-9290<br>E-Mail: jrice@motleyrice.com | Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP<br>435 Corporate Drive, Suite 101<br>Maison Grand Caillou<br>Houma, LA 70360<br>Office: (985) 876-7595<br>Telefax: (985) 876-7594<br>E-Mail: duke@williamslawgroup.org |
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996<br>Office: (850) 435-7045<br>Telefax: (850) 436-6187<br>E-Mail: bbarr@levinlaw.com | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY 10003<br>Office: (212) 558-5802<br>Telefax: (212) 344-5461<br>E-Mail: rgreenwald@weitzlux.com |
| Jeffrey A. Breit<br>BREIT DRESCHER IMPREVENTO &<br>WALKER, P.C.<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>Office: (757) 670-3888<br>Telefax: (757) 670-3895<br>E-Mail: jbreit@bdbmail.com | Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104<br>Office: (334) 269-2343<br>Telefax: (334) 954-7555<br>E-Mail: rhon.jones@beasleyallen.com |

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

|  |  |
|---|---|
| James J. Neath | /s/ Don K. Haycraft |
| Mark Holstein | Don K. Haycraft (Bar #14361) |
| BP AMERICA INC. | R. Keith Jarrett (Bar #16984) |
| 501 Westlake Park Boulevard | LISKOW & LEWIS |
| Houston, TX  77079 | 701 Poydras Street, Suite 5000 |
| Telephone:  (281) 366-2000 | New Orleans, Louisiana 70139 |
| Telefax:  (312) 862-2200 | Telephone:  (504) 581-7979 |
|  | Telefax:  (504) 556-4108 |
| Ellen K. Reisman | Richard C. Godfrey, P.C. |
| ARNOLD & PORTER LLP | J. Andrew Langan, P.C. |
| 777 South Figueroa Street | Andrew B. Bloomer, P.C. |
| Los Angeles, CA 90017-5844 | Elizabeth A. Larsen |
|  | KIRKLAND & ELLIS LLP |
| Ethan P. Greene | 300 North LaSalle Street |
| Amy L. Rohe | Chicago, IL  60654 |
| ARNOLD & PORTER LLP |  |
| 555 Twelfth Street, NW |  |
| Washington, DC 20004-1206 | Robert C. "Mike" Brock |
|  | COVINGTON & BURLING LLP |
| *Of Counsel* | 1201 Pennsylvania Avenue, NW |
|  | Washington, DC 20004 |
|  | Telephone:  (202) 662-5985 |
|  | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of June, 2012.

/s/ Don K. Haycraft
Don K. Haycraft