# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the putative Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## [PROPOSED] QUALIFIED PROTECTIVE ORDER

Before the Court is the Parties' Joint Motion for Entry of Qualified Protective Order (Rec. Doc. __).[1]  Having considered the record of these proceedings, the arguments and recommendation of counsel for the moving parties, and the requirements of law, the Court **GRANTS** the Parties' joint motion as follows:

**IT IS HEREBY ORDERED AS FOLLOWS**:

---

[1] Terms with initial capital letters used in this Order have the meanings ascribed to the fully capitalized rendering of such terms in the Medical Benefits Class Action Settlement Agreement, as amended ("Medical Settlement Agreement"), unless otherwise defined herein.

1.      The Court has preliminarily appointed the Garretson Firm Resolution Group, Inc.

d/b/a Garretson Resolution Group as the Claims Administrator[2] to implement and administer the

Medical Benefits Class Action Settlement Agreement, including the authority to take such

actions on behalf of class members in the above captioned matter to resolve any and all potential

recovery claims for medical items, services, and/or prescription drugs with Governmental

Payers,[3] Medicare Part C and/or Part D Program sponsors, and/or Other Payers/Providers

(collectively, "Payers").

2.      This Order shall apply to the use of all information related to claimants that the

Claims Administrator creates, provides to, or receives from Payers that is or may be protected

under HIPAA or other applicable federal or state law, including all Protected Health

Information.[4]

3.      The Claims Administrator, which is tasked under Section XXIX of the Medical

Settlement Agreement with identifying and resolving potential liens, claims, or rights of

subrogation, indemnity, reimbursement, conditional or other payments, or interests of any type

---

[2] As set forth in the Medical Benefits Class Action Settlement Agreement, the Claims Administrator shall perform lien identification and resolution functions, which includes the following duties and functions: (1) the authority to act on behalf of the Medical Benefits Class Action Members; (2) the authority to receive and release identifiable health information; and (3) the authority to resolve any potential recovery claim associated with the Medical Benefits Class Action.

[3] Governmental Payers means "any federal, state, or other governmental body, agency, department, plan, program, or entity that administers, funds, pays, contracts for, or provides medical items, services, and/or prescription drugs…." Medical Settlement Agreement, § II.II. These include CMS, the Medicare Secondary Payer Department, and the Medicaid programs of each state and territory and of the District of Columbia  (each a "Medicaid Agency").

[4] This includes demographic information that could be used to identify Medicare-eligible and/or Medicaid-enrolled claimants, information related to claimants' eligibility for and entitlement to benefits under the Medicare Program and Medicaid Program and information related to health care services rendered, including the payment of such services.

for medical items, services, and/or prescription drugs paid on behalf of class members, is specifically authorized to provide to and receive from CMS and individual Medicaid Agencies lists of claimants and related information, in lieu of providing copies of individual HIPAA authorizations and information on a claimant-by-claimant basis.  The Claims Administrator is specifically authorized to provide to and receive from other Payers lists of claimants, and related information, who have identified such Payers in their claim forms and/or as to whom the Claims Administrator is otherwise on notice that such Payers have or may have asserted against such claimants a lien, claim, or right of subrogation, indemnity, reimbursement, conditional or other payments, or interest of any type for medical items, services, and/or prescription drugs paid on their behalf.

**SIGNED AND ENTERED** this _____ day of _____, 2012.

_____
The Honorable Judge Carl Barbier