MINUTE ENTRY
WILKINSON, M.J.
JUNE 13, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>In re: Triton Asset Leasing</u>; Civil Action No. 10-2771 (Wisner Donation Motion for Partial Summary Judgment) | SECTION "J" (1) |

Pursuant to my previous order, Record Doc. No. 6595, a status conference by telephone was conducted today in this matter. Participating were Robert Wiygul, representing the Edward Wisner Donation; Steve Herman, plaintiffs' liaison counsel; Shannon Holtzman and Greg Johnson, representing BP.

Counsel reported that they are in the process of drafting documents that will amicably resolve this motion, pending agreement on its form.  Accordingly,

**IT IS ORDERED** that a follow-up telephone conference at which counsel must report on their ongoing settlement efforts will be conducted by me on **June 21, 2012 at 2:30 p.m.**  Submission by counsel of an agreed-upon order for court approval before that date may render the conference unnecessary.

MJSTAR:  0 : 20

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member case, C.A. No. 10-2771.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**