UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

# O R D E R

Considering the foregoing Motion To Withdraw Counsel;

**IT IS HEREBY ORDERED** that the Motion is granted and Paul R. Koepff and the law firm of Clyde & Company are hereby withdrawn as counsel for Defendant Liberty Insurance Underwriters in the above-numbered and titled action.

New Orleans, Louisiana, this _____ day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

763492_1