# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-30125

10-md-2179 J

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*

FILED  JUN 1 2 2012

LORETTA G. WHYTE
CLERK

CAMERON PARISH DISTRICT ATTORNEY,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED.; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; CAMERON INTERNATIONAL CORPORATION; M-I LLC; WEATHERFORD US, L.P; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, L.P.; MOEX OFFSHORE 2007, L.L.C.; MOEX USA CORPORATION,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 2:10-MD-2179/2:11-CV-1480

Before JOLLY, STEWART and OWEN, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days

12-30125

of entry of judgment. In this case relating to the Deepwater Horizon oil spill, the district court entered final judgment dismissing the complaint on December 29, 2011. Therefore, the final day for filing a timely notice of appeal was January 30, 2012, because the thirtieth day was a Saturday. *See* FED. R. APP. P. 26(a)(1)(C). The plaintiff's notice of appeal was filed on February 2, 2012. The time limitation for filing a notice of appeal in a civil case is jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 212-13 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

IT IS SO ORDERED.

A true copy
Attest:   JUN 0 6 2012
Clerk, U.S. ...
By ...

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 06, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

**RECEIVED**
JUN 1 2 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

    No. 12-30125,  In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:11-CV-1480

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: *Misty Lisotta*
                Misty L. Lisotta, Deputy Clerk
                504-310-7716

cc w/encl:
    Mr. William Cothbert Baldwin
    Mr. David J. Beck
    Ms. Carmelite M. Bertaut
    Mr. Darin Stephen Britt
    Mr. Frederick Arthur Brodie
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Philip Francis Cossich Jr.
    Mr. Robert David Daniel
    Mr. James J. Dragna
    Mr. Edward Flanders
    Mr. Richard Cartier Godfrey
    Mr. Donald Everett Godwin
    Mr. Glenn G. Goodier
    Mr. Don Keller Haycraft
    Mr. Paul Matthew Jones
    Mr. Bryan Michael Killian
    Mr. Ky E. Kirby
    Mr. Edward F Kohnke IV
    Ms. Deborah D Kuchler
    Mr. James Andrew Langan
    Ms. Elizabeth A Larsen
    Mr. Michael G Lemoine
    Mr. Derek E Leon
    Mr. Jack McKay
    Mr. Evans Martin McLeod
    Mr. Christopher McNevin
    Mr. David Allen Parsiola
    Mr. Russell Stanley Post
    Mr. Edwin G Preis Jr.
    Mr. John F. Pritchard
    Mr. David Bruce Salmons
    Mr. Cecil R Sanner
    Mr. Lance Michael Sannino
    Mr. Hugh Earl Tanner
    Mr. Brett S. Venn
    Mr. Campbell E. Wallace
    Mr. Michael Butler Wigmore
    Mr. Robert Alan York