UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | Case No. 2:11-CV-03180 |
| | SECTION:  J |
| Plaintiffs, | Judge Barbier |
| vs. | Magistrate Judge Shushan |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | |
| Defendants. | |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR RAYMOND S. VATH, REBECCA WINKLER VATH, AND BRIAN WINKLER

**NOW INTO COURT,** through undersigned counsel of record, comes Plaintiffs, Raymond S. Vath (GCCF Claim No. 1133907), Rebecca Winkler Vath (GCCF Claim No. 3406518), and Brian Jacob Winkler (GCCF Claim No. 1094302), who respectfully request that this Honorable Court enter an order enrolling Val Patrick Exnicios of Liska, Exnicios & Nungesser, in substitution for Stephen S. Kreller of The Kreller Law Firm, Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of

1

Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA as counsel of record for Raymond S. Vath, Rebecca Winkler Vath, and Brian Jacob Winkler in this matter.

Dated: June 14, 2012.

| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
|---|---|
| BY: */s/ Val Patrick Exnicios* | BY: */s/ Stephen S. Kreller* |
| LISKA, EXNICIOS & NUNGESSER | THE KRELLER LAW FIRM |
| Val Patrick Exnicios (LA # 19563)<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA  70112<br>Telephone:  504-410-9611<br>Facsimile:  504-410-9937<br>Email:  vpexnicios@exnicioslaw.com | Stephen S. Kreller (LA # 28440)<br>757 St. Charles Avenue, Suite 301<br>New Orleans, LA  70130<br>Telephone:  504-484-3488<br>Facsimile:  504-294-6091<br>Email:  ssk@krellerlaw.com |

FAEGRE BAKER DANIELS, LLP
Gerard M. Nolting (admitted pro hac vice)
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone: 662-728-9733
Facsimile: 662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Raymond S. Vath, Rebecca Einkler Vath, and Brian Winkler has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2012.

*/s/ Stephen S. Kreller*_____