IN RE: FLSA CLAIMS AGAINST:  ]  COLLECTIVE ACTION
]
]
**O'BRIEN'S RESPONSE MANAGEMENT,**  ]  **NOTICE OF CONSENT**
**SEACOR, ET AL.**  ]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

_____
Full Legal Name (print): Paul Randall Hamilton

**Exhibit 1**