IN RE: FLSA CLAIMS AGAINST:   ]   COLLECTIVE ACTION
                              ]
                              ]
**O'BRIEN'S RESPONSE MANAGEMENT,**   ]   <u>**NOTICE OF CONSENT**</u>
**SEACOR, ET AL.**            ]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

GREGORY DARREN WEAVER
Full Legal Name (print)

**Exhibit 2**