UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | Case No. 2:11-CV-03180 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | SECTION:  J |
| | Judge Barbier |
| Plaintiffs, | Magistrate Judge Shushan |
| vs. | |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | |
| Defendants. | |

_____

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**
_____

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court

for the Eastern District of Louisiana, undersigned counsel conferred with Val Patrick

Exnicios, counsel for Raymond S. Vath, Rebecca Winkler Vath, and Brian Jacob Winkler, on June 14, 2012, and there was no objection to the filing of the Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint for Intervention.

Date: June, 2012.

        RESPECTFULLY SUBMITTED:
        BY:  */s/ Stephen S. Kreller*

    THE KRELLER LAW FIRM
        Stephen S. Kreller (LA # 28440)
        757 St. Charles Avenue, Suite 301
        New Orleans, LA  70130
        Telephone:  504-484-3488
        Facsimile:  504-294-6091
        Email:  ssk@krellerlaw.com

    FAEGRE BAKER DANIELS, LLP

        Gerard M. Nolting (admitted pro hac vice)
        William L. Roberts (admitted pro hac vice)
        Craig S. Coleman (admitted pro hac vice )
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN  55402
        Telephone:  612-766-7000
        Facsimile:  612-766-1600

    LANGSTON & LOTT, P.A.

        Duncan Lott (admitted pro hac vice)
        Casey L. Lott (admitted pro hac vice)
        100 South Main Street
        Booneville, MS  38829
        Telephone:  662-728-9733

Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint for Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2012.

                                                        _/s/ Stephen S. Kreller_