# CONFERENCE ATTENDANCE RECORD

DATE: 6-15-12        TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

PHASE TWO

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Thomas Ganuchean | Cameron |
| Jimmy Williamson | PSC |
| Sarah Iiams | Anadarko |
| Tony Fitch | Anadarko |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Gwen Richard | " |
| Stefanie Major | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Lauren Mitchell | Halliburton |
| Derek Bentsen | BP |
| Brian Barr | PSC |
| Joe Hassinger | State of Louisiana |
| Carmelite Bertaut | Cameron |
| Sharon Shutler | DOJ |
| Andrew Langan | BP |
| James P. Roy | PSC |
| Kerry Miller | TO |
| Carter Williams | TO |
| Luis Li | TO |
| Grant Davis-Denny | TO |
| Scott Cernich | DOJ |
| Paul Sterbcow | PSC |
| Andy Langan | BP |
| Ryan Babiuch | BP |
| Don Haycraft | BP |

# CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Anthony Irpino | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |


MDL 2179 - Phase Two Discovery Conference			6/15/12

**Telephone Participants**

Cory Maze

Mark Nomillini

Nat Chakeris

Stewart Drake

Jeff Ganaway

Joe Eisert

Mike Petrino

Shawn Flemming