UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | CIVIL ACTION |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO on | * | MDL No. 2179 |
| APRIL 20, 2010 | * | |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * | |
| | * | HON. CARL BARBIER |
| Docket No. 2:10-cv-08888 & | * | |
| Docket No. 2:10-cv-02771 | * | MAG. JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * *

MOTION FOR LEAVE TO FILE CLAIMS IN LIMITATION
BEYOND THE MONITION DATE

COME NOW Claimants, Poydras Junction Hardware & Marine Supplies, Inc., Joseph R. Gonzales, Carol A. Gonzales, Mark A. Tinney, Lawrence M. Nicosia, and Shane N. Robin, individually and on behalf of Cajun Saint, LLC, and move the Court for acceptance of their Short Form Joinders (Attached as Exhibits) which claimants filed today, June 15, 2012, past the September 16, 2011 extended filing date.

1

Claimants show that until recently they were not represented by counsel and that since they had lodged claims with GCCF, they believed that any rights they had or might have in this proceeding were secure and protected. Claimants show that the Court's acceptance and recognition of their Short Form Joinders will not prejudice any party to the Transocean limitation proceeding which remains pending and unresolved.

WHEREFORE Claimants move with respect for an Order of Court granting their Motion for Leave to File Claims in Limitation Beyond the Monition Date and deeming them timely filed in the Transocean limitation proceeding.

Respectfully submitted this the 15th day of June, 2012.

**BORDELON & THERIOT**
*Lawyers*

**S/ Alvin J. Bordelon, Jr.**
Alvin J. Bordelon, Jr., Esq. (3244)
429 Arlington Drive
Metairie, LA 70001
Tel: (504) 460-7903
Fax**: (**504) 309-3063
E-mail: alvinjbordelon@cox.net

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and provided notice to all counsel of record through LexisNexis File and Serve.

**S/ Alvin J. Bordelon, Jr.**
Alvin J. Bordelon, Jr., Esq. (3244)