UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig   * | CIVIL ACTION |
| "DEEPWATER HORIZON" in the   * | |
| GULF OF MEXICO on   * | MDL No. 2179 |
| APRIL 20, 2010   * | |
|   * | SECTION J |
| <u>THIS DOCUMENT RELATES TO</u>:   * | |
|   * | HON. CARL BARBIER |
| Docket No. 2:10-cv-08888 &   * | |
| Docket No. 2:10-cv-02771   * | MAG. JUDGE SHUSHAN |
|   * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE CLAIMS IN LIMITATION
BEYOND THE MONITION DATE</u>

MAY IT PLEASE THE COURT:

Poydras Junction Hardware & Marine Supplies, Inc., Joseph R. Gonzales, Carol A. Gonzales, Mark A. Tinney, Lawrence M. Nicosia, and Shane N. Robin, individually and on behalf of Cajun Saint, LLC, have all sustained damages and losses as a result of the Deepwater Horizon oil spill. All filed claims with GCCF and

1

believed their claims would be resolved through the GCCF process. Although aware of this litigation, claimants were uncertain of its significance or effect and believed that all of their rights were protected since they had claims filed with GCCF. Claimants did not engage the undersigned to represent them until recently, and now, on advice of counsel, wish to file claims in the Transocean limitation proceeding. Accordingly, they have filed Short Form Joinders beyond the monition date and now respectfully seek an Order of court accepting their claims and recognizing them as timely filed. Claimant's show that such an Order of Court will nor prejudice any party.

Respectfully submitted this the 15th day of June, 2012.

**BORDELON & THERIOT**
*Lawyers*

**S/ Alvin J. Bordelon, Jr.**
Alvin J. Bordelon, Jr., Esq. (3244)
429 Arlington Drive
Metairie, LA 70001
Tel: (504) 460-7903
Fax**: (**504) 309-3063
E-mail: alvinjbordelon@cox.net

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and provided notice to all counsel of record through LexisNexis File and Serve.

**S/ Alvin J. Bordelon, Jr.**
Alvin J. Bordelon, Jr., Esq. (3244)