UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * | CIVIL ACTION  MDL No. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: | * | |
| Docket No. 2:10-cv-08888 & Docket No. 2:10-cv-02771 | * * * | HON. CARL BARBIER  MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * *

## ORDER

**Considering the Foregoing Motion for Leave to File Claims in Limitation beyond the Monition Date;**

**IT IS ORDERED** that the Short Form Joinders of Poydras Junction Hardware & Marine Supplies, Inc., Joseph R. Gonzales, Carol A. Gonzales, Mark A. Tinney, Lawrence M. Nicosia, and Shane N. Robin, individually and on behalf of Cajun Saint, LLC, attached hereto as Exhibits, be considered timely filed in the Transocean Limitation proceeding.

This the ___ day of _____, 2012.

_____
HON. CARL BARBIER, DISTRICT JUDGE