UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| *Case Nos.: 2:10-cv-08888, 2:10-cv-02771* | MAG. JUDGE SHUSHAN |

### JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

**ON JOINT MOTION** of David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC and Roderick Alvendia and Jeremy Pichon of Alvendia, Kelly, & Demarest, LLC and on stating to this Court that as of May 25, 2012, David B. Franco and James R. Dugan, II no longer represent the Plaintiffs / Claimants listed below, and that Plaintiffs / Claimants are proceeding forward with its additional counsel, Roderick Alvendia and Jeremy Pichon of Alvendia, Kelly, & Demarest, LLC as their sole attorneys. Roderick Alvendia and Jeremy Pichon desire to be enrolled as counsel of record for Plaintiffs / Claimants, and David B. Franco and James R. Dugan, II to be withdrawn.

| Plaintiff / Claimant | Document No. |
|---|---|
| 1. BLM Restaurant, Inc. | 68116 |
| 2. Baby Boy Trucking | 68142 |
| 3. Dexter Bass | 61822 |
| 4. Gary Bass | 61740 |
| 5. Daniel Bright | 61778 |
| 6. Edwin Crawford | 68138 |
| 7. Fredrick Cruel | 61750 |
| 8. D. Bass Investment Co., Inc. | 61789 |
| 9. Albert Lee Gadsen | 61831 |
| 10. Lennie Graves | 68131 |
| 11. Anthony Green | 68148 |
| 12. Louis Henderson | 61704 |

| | |
|---|---|
| 13. Tyrone Holmes | 61669 |
| 14. Eugene Mirion Johnson | 61770 |
| 15. Roy Young Johnson | 61684 |
| 16. Tommy Johnson | 68122 |
| 17. Milton Jones | 61689 |
| 18. Sinatra Jones | 61677 |
| 19. Watt Jones | 68109 |
| 20. Michael Lee | 61650 |
| 21. Renee Maitre | 61646 |
| 22. Mario Mitchell | 61701 |
| 23. Napoleon Apartments, LLC | 61803 |
| 24. Eugene Pajeaud | 61759 |
| 25. Larry Pajeaud | 61715 |
| 26. Michael Sherman | 61696 |
| 27. Kiley Solomon | 61721 |
| 28. Thank You Jesus Trucking | 61841 |
| 29. Arthur Thompson, Jr. | 61662 |
| 30. Ventura Management, LLC | 61796 |
| 31. Jason Williams | 61730 |
| 32. Thomas Williams | 68101 |

**WHEREFORE**, Roderick Alvendia and Jeremy Pichon respectfully requests to be enrolled as counsel of record for Plaintiffs / Claimants listed above and David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, respectfully request that their names be withdrawn.

Dated: June 15, 2012

                                                  Respectfully Submitted,

BY:   /s/ David B. Franco
         David B. Franco (TX Bar No. 24072097)
         James R. Dugan, II (La Bar No. 24785)
         THE DUGAN LAW FIRM
         365 Canal Street, Suite 1000
         New Orleans, LA. 70130
         Telephone: (504) 648-0180
         Facsimile: (504) 648-0181

BY:   /s/ Roderick Alvendia
         Roderick Alvendia (La Bar No. 25554)

        Jeremy Pichon
ALVENDIA, KELLY & DEMAREST, LLC
909 Poydras Street, Suite 1625
New Orleans, LA. 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute Counsel of Record, and Proposed Order, have been served on all counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of June, 2012.

        /s/ David B. Franco
        David B. Franco, Esq.