UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| *Case Nos.: 2:10-cv-08888, 2:10-cv-02771* | MAG. JUDGE SHUSHAN |

### ORDER

Considering the above and foregoing Joint Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, be and are hereby withdrawn as counsel of record for Plaintiffs / Claimants and Roderick Alvendia and Jeremy Pichon of Alvendia, Kelly, & Demarest, LLC be and is hereby enrolled as counsel of record for Plaintiffs / Claimants listed below.

| **Plaintiff / Claimant** | **Document No.** |
|---|---|
| 1. BLM Restaurant, Inc. | 68116 |
| 2. Baby Boy Trucking | 68142 |
| 3. Dexter Bass | 61822 |
| 4. Gary Bass | 61740 |
| 5. Daniel Bright | 61778 |
| 6. Edwin Crawford | 68138 |
| 7. Fredrick Cruel | 61750 |
| 8. D. Bass Investment Co., Inc. | 61789 |
| 9. Albert Lee Gadsen | 61831 |
| 10. Lennie Graves | 68131 |
| 11. Anthony Green | 68148 |
| 12. Louis Henderson | 61704 |
| 13. Tyrone Holmes | 61669 |
| 14. Eugene Mirion Johnson | 61770 |
| 15. Roy Young Johnson | 61684 |
| 16. Tommy Johnson | 68122 |
| 17. Milton Jones | 61689 |
| 18. Sinatra Jones | 61677 |
| 19. Watt Jones | 68109 |
| 20. Michael Lee | 61650 |

| | |
|---|---|
| 21. Renee Maitre | 61646 |
| 22. Mario Mitchell | 61701 |
| 23. Napoleon Apartments, LLC | 61803 |
| 24. Eugene Pajeaud | 61759 |
| 25. Larry Pajeaud | 61715 |
| 26. Michael Sherman | 61696 |
| 27. Kiley Solomon | 61721 |
| 28. Thank You Jesus Trucking | 61841 |
| 29. Arthur Thompson, Jr. | 61662 |
| 30. Ventura Management, LLC | 61796 |
| 31. Jason Williams | 61730 |
| 32. Thomas Williams | 68101 |

Signed in New Orleans, Louisiana this _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE