UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) ) ) | Civil Action Case No.: 10-MDL-2179  Section "J" Judge Barbier  Magistrate "1" Magistrate Judge Shushan |
| Applies to:   All Cases, 10-8888 | | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Reid S. Uzee (La. Bar. No. 31345), who moves to withdraw as counsel of record for the following Plaintiffs:

- Darrel Gonzales (***-**-4682)

- Eugene Anglada (***-**-5718)

- Elwood Morales (***-**-2205)

- Howard Serigne (***-**-5191)

- Christopher Guidroz (***-**-3347)

- David Casanova (***-**-3727)

- Rodney Anglada (***-**-9261)

- Donald Lemoine (***-**-9875)

- Warren Evans (***-**-1242)

1

- Randi Alfonso (***-**-3537)

- Randy Alfonso (***-**-4760)

Undersigned counsel and Plaintiffs have terminated their relationship, and for several months Plaintiffs have been provided with their original file materials.

          Respectfully submitted:

          _____*/s/ Reid S. Uzee*__ _____
          REID S. UZEE (31345)
          Gennusa, Piacun & Ruli
          4405 North I-10 Service Road, Suite 200
          Metairie, Louisiana 70006-6564
          Telephone: (504) 455-0442
          Facsimile: (504) 455-7565
          Email: ruzee@gprlawyers.com

Certificate of Service

I certify that on June 15, 2012, I served a copy of this *Motion to Withdraw as Counsel of Record* on all counsel of record through the court's CM/ECF electronic filing system.

          _____*/s/ Reid S. Uzee*_____