UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) ) ) | Civil Action Case No.: 10-MDL-2179  Section "J" Judge Barbier  Magistrate "1" Magistrate Judge Shushan |
| Applies to:    All Cases, 10-8888 | | |

## ORDER

Considering the foregoing Motion:

IT IS ORDERED that Reid S. Uzee (Bar No. 31345) be permitted to withdraw as counsel of record for the following Plaintiffs:

- Darrel Gonzales (\*\*\*-\*\*-4682)

- Eugene Anglada (\*\*\*-\*\*-5718)

- Elwood Morales (\*\*\*-\*\*-2205)

- Howard Serigne (\*\*\*-\*\*-5191)

- Christopher Guidroz (\*\*\*-\*\*-3347)

- David Casanova (\*\*\*-\*\*-3727)

- Rodney Anglada (\*\*\*-\*\*-9261)

- Donald Lemoine (\*\*\*-\*\*-9875)

1

- Warren Evans (***-**-1242)

- Randi Alfonso (***-**-3537)

- Randy Alfonso (***-**-4760)

New Orleans, Louisiana, on this ___ day of June, 2012.

                                             _____
                                             UNITED STATES DISTRICT JUDGE