UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] | MDL No. 2179 SECTION: J Judge Barbier |
| This Document Relates to: 2:12-cv-1045-CJB-SS | ] ] | Mag. Judge Shushan |

**NOTICE OF APPEARANCE OF RICHARD J. (REX) BURCH**

Richard J. (Rex) Burch files this Notice of Appearance as counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted,

By: **/s/ David I. Moulton**
David I. Moulton
Texas State Bar No. 24051093
S.D. of Texas No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

By: **/s/ Richard J. (Rex) Burch (with permission)**
Richard J. (Rex) Burch
Texas State Bar No. 24001807
S.D. of Texas No. 21615
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
rburch@brucknerburch.com

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

/s/ David I. Moulton

David I. Moulton

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Richard J. (Rex) Burch has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of June, 2012.

/s/ David I. Moulton

David I. Moulton