# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, | * | SECTION: J |
| 2010 | * | JUDGE BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO | * | |
| ALL ACTIONS | * | |
| | * | |
| | * | |

**************************************************************************

## BP'S OBJECTIONS TO AND APPEAL FROM
## MAGISTRATE JUDGE'S ORDER REGARDING
## BP'S CHALLENGES TO 21 DELIBERATIVE
## PROCESS PRIVILEGE CLAIMS BY U.S. [REC. DOC. 6650]

Pursuant to 28 U.S.C. § 636(b)(1)(A), BP objects to and appeals from the Magistrate Judge's Order entered June 11, 2012 Regarding BP's Challenges to 21 Deliberative Process Privilege Claims by the United States [Rec. Doc. 6650].  As more fully set forth in the accompanying memorandum, BP submits that the Order is clearly erroneous and contrary to law to the extent that it concludes (1) that the United States has met its burden of establishing that the contents of the 21 documents are protected by the scope of the deliberative process privilege, and (2) that BP has not demonstrated a need for the documents that outweighs the United States' interest in protecting the deliberative process.

Dated:  June 15, 2012

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Robert R. Gasaway
Jeffrey Bossert Clark
Aditya Bamzai
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

*Attorneys for BP Exploration & Production Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of June, 2012.

/s/ Don K. Haycraft
Don K. Haycraft