UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: Prejean v. O'Brien's Response Mgmt., Inc.; 12-1045 | SECTION "J" (2) |

## ORDER

At the request of counsel for defendant, and having been advised that plaintiffs' counsel agrees, **IT IS ORDERED** that the status conference previously set in this matter before me on June 25, 2012, to discuss possible consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c), scheduling and to select pre-trial and trial dates, if appropriate, is hereby reset on **June 26, 2012 at 3:30 p.m.** Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 and the individual member case, C.A. No. 12-1045.

New Orleans, Louisiana, this  15th  day of June, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE