UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| (REF: CLAIM OF TRITON DIVING SERVICES, LLC) | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

The Court having considered the motion of Claimant Triton Diving Services, LLC ("Triton"), for Status Conference and Expedited Trial Date,

IT IS ORDERED that said motion is hereby GRANTED and that a status conference shall be held in Chambers on _____, 2012 at __:__ __.m. to address the issues raised in Triton's motion.

New Orleans, Louisiana this ___ day of June 2012.

_____
UNITED STATES DISTRICT JUDGE