UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| (REF: CLAIM OF SEAHAWK DRILLING, INC.) | * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court having considered the motion of Claimant Seahawk Drilling, Inc. ("Seahawk"), for Status Conference and Expedited Trial Date,

IT IS ORDERED that said motion is hereby GRANTED and that a status conference shall be held in Chambers on _____, 2012 at \_\_:\_\_\_ \_\_.m. to address the issues raised in Seahawk's motion.

New Orleans, Louisiana this \_\_\_ day of June 2012.

_____
UNITED STATES DISTRICT JUDGE