MDL 2179: Transocean's Submission for *In Camera* Review of the United States CP Privilege

| US Response | First | Last | DocDate | Relevance | Privileges | Author | Recipients | Attorney | Description | Basis | Family | File | Sheet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entry corrected | OSE051-024921 | OSE051-024932 | 20101021 | P2 Qua | CP | National Commission on the BP/Deepwater Horizon Oil Spill | None Identified | N/A | Notes of Interview with a USGS Employee | Information provided to the Commission on assurances of confidentiality | OSE051-024921-OSE051-024932 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE051-025009 | OSE051-025012 | 20110309 | P2 | CP | National Commission on the BP/Deepwater Horizon Oil Spill | None Identified | N/A | Notes of Interview with a Sandia National Laboratories Employee | Information provided to the Commission on assurances of confidentiality | OSE051-025009-OSE051-025012 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE052-001765 | OSE052-001771 | 20101013 | P2 Qua | CP; DP | Incident Specific Performance Review Team, DHS | National Commission on the BP/Deepwater Horizon Oil Spill | N/A | Notes Prepared by ISPR Staff of Interview with NOAA employee Related to Spill | Internal pre-decisional and deliberative discussion of policy issues related to policy changes for future oil spill response actions and information provided to the Commission on assurances of confidentiality | OSE052-001765-OSE052-001771 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE052-002168 | OSE052-002172 | 20101109 | P2 | CP; DP | Moore, David, ISPR Team; Dietrick, Larry, ISPR Team; House, Brian, ISPR Team; Johnson, Bruce, ISPR Team | National Commission on the BP/Deepwater Horizon Oil Spill | N/A | Summary of Interview conducted by ISPR Team with contractor involved in Spill Response Assured Confidentiality | Internal pre-decisional and deliberative discussion of policy issues related to policy changes for future oil spill response actions and information provided to the Commission on assurances of confidentiality | OSE052-002168-OSE052-002172 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE052-002240 | OSE052-002243 | 20101109 | P2 | CP; DP | Moore, David, ISPR Team; Dietrick, Larry, ISPR Team; House, Brian, ISPR Team; Johnson, Bruce, ISPR Team; Pollack, Greg, ISPR Team | National Commission on the BP/Deepwater Horizon Oil Spill | N/A | Summary of Interview conducted by ISPR Team with DOI employee Assured Confidentiality Related to Spill | Internal pre-decisional and deliberative discussion of policy issues related to policy changes for future oil spill response actions and information provided to the Commission on assurances of confidentiality | OSE052-002240-OSE052-002243 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE052-002251 | OSE052-002259 | 20101006 | P2 | CP; DP | U.S. Coast Guard Incident Specific Preparedness Review Team (ISPR) Staff | National Commission on the BP/Deepwater Horizon Oil Spill | N/A | Summary of Interview conducted by ISPR Team with U.S. Coast Guard employee Assured Confidentiality Related to Spill | Internal pre-decisional and deliberative discussion of policy issues related to policy changes for future oil spill response actions and information provided to the Commission on assurances of confidentiality | OSE052-002251-OSE052-002259 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE052-002951 | OSE052-002958 | 20101124 | P2 Qua | CP; DP | Staff of National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling (Oil Spill Commission) | National Commission on the BP/Deepwater Horizon Oil Spill | N/A | Summary Prepared by OSC Staff of Information and Documents gathered by OSC Related to Issue of quantification of Spill | Internal pre-decisional and deliberative discussion of policy issues related to policy changes for future oil spill response actions and information provided to the Commission on assurances of confidentiality | OSE052-002951-OSE052-002958 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE053-016368 | OSE053-016376 | 20100906 | P2 | CP | National Commission on the BP/Deepwater Horizon Oil Spill | None Identified | N/A | Notes of Interview with a Coast Guard Admiral | Information provided to the Commission on assurances of confidentiality | OSE053-016368-OSE053-016376 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE053-017422 | OSE053-017436 | 20101004 | P2 | CP | DOE consultant assured confidentiality | National Commission on the BP/Deepwater Horizon Oil Spill | N/A | Notes Prepared by DOE Consultant of Meetings and Phone Calls conducted during Work on Spill Response | Document contains information provided under assurance of confidentiality | OSE053-017422-OSE053-017436 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |
| Entry corrected | OSE204-007599 | OSE204-007604 | 20101112 | P2 | CP | Hayes, David, DOI | Commission Staff; Lane, Ken, DOI | N/A | Memo re Follow-up questions on Containment | Information provided to the Commission on assurances of confidentiality | OSE204-007595-OSE204-007604 | TO Challenges to U.S. Quant ID 5/23/2012 | CP Privilege Claims |