# EXHIBIT A

Exhibit A - Attorney/Client Entries Submitted for *In Camera* Review

| BP Log Number | Entry No. | BATESFIRST | FAMILYRANGE | DOC_TYPE | DOCDATE | AUTHOR | RECIPIENTS | CC | BCC | PRIVREASON | DESCRIPTION | HELD_RED | REDACTEDRANG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 PL 11/30/2011 | 609 | PRIV-BP-HZN-2179MDL00007683 | PRIV-BP-HZN-2179MDL00007681 - PRIV-BP-HZN-2179MDL00007685 | Plans/Schedules | 4/22/2010 | Dean, Scott | Thomas, Larry; Reiter, Doris; Rainey, David; Rainey, David | Beaudo, Daren | | Attorney/Client | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon incident. | Privileged Withhold | |
| 61 PL 11/30/2011 | 211 | PRIV-BP-HZN-2179MDL00007588 | PRIV-BP-HZN-2179MDL00007588 - PRIV-BP-HZN-2179MDL00007588 | Email | 4/24/2010 | Petruska, David | Birrell, Gordon; Tognarelli, Michael; Tooms, Paul; Evans, Geoff; Nichols, Mark; Austin, Julian; Cook, Howard; Beynet, Pierre; Pattillo, Phillip; Owen, Les; Neilson, Ian | | | Attorney/Client | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon incident. | Privileged Redact | BP-HZN-2179MDL04851894 - BP-HZN-2179MDL04851899 |
| 53 PL 10/17/2011 | 6 | PRIV-BP-HZN-2179MDL00005431 | PRIV-BP-HZN-2179MDL00005431 - PRIV-BP-HZN-2179MDL00005432 | Email | 5/1/2010 | Emmerson, Tony | Hill, Perry; Broman, William | Smit, Dirk; Sullivan, Paul | | Attorney/Client | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon incident. | Privileged Withhold | |
| 61 PL 11/30/2011 | 574 | PRIV-BP-HZN-2179MDL00007438 | PRIV-BP-HZN-2179MDL00007438 - PRIV-BP-HZN-2179MDL00007438 | Hard Copy | 5/2/2010 | Suttles, Douglas | | | | Attorney/Client | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon incident. | Privileged Redact | BP-HZN-2179MDL04791979 - BP-HZN-2179MDL04791984 |
| 66 PL 4/26/2010 | 421 | PRIV-BP-HZN-2179MDL00014160 | PRIV-BP-HZN-2179MDL00014160 - PRIV-BP-HZN-2179MDL00014160 | Email | 5/4/2010 | O'Bryan, Patrick | Emmerson, Tony; Stoltz, Dan; Gray, George; Sanders, Robert; Kidd, Gavin; Guide, John; Walz, Gregory; Walz, Gregory; Smart, John; Sutton, Wayne; Daigle, Keith; Driscoll, Pete; Taylor, Charles; Chester, Doug; Sims, David; Frazelle, Andrew; Harder, Chris; Holt, Charles; Sprague, Jonathan; Waters, Frank; Rich, David; Nohavitza, Glenn | Church, Timothy; Zanghi, Mike | | Attorney/Client | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon incident. | Privileged Redact | BP-HZN-2179MDL05729709 - BP-HZN-2179MDL05729712 |
| 67 PL 4/26/2010 | 426 | PRIV-BP-HZN-2179MDL00015946 | PRIV-BP-HZN-2179MDL00015946 - PRIV-BP-HZN-2179MDL00015946 | Email | 5/10/2010 | Hohle, Jeff | Tapia, Ricardo; Sinquefield, Melvin; Stead, Damian; Mouton, Keith; Jackson, Curtis; Gardner, Katherine | | | Attorney/Client | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon incident. | Privileged Withhold | |
| 14 PL 5/6/2010 | 26 | PRIV-BP-HZN-2179MDL00000941 | PRIV-BP-HZN-2179MDL00000941 - PRIV-BP-HZN-2179MDL00000941 | Report | 5/29/2010 | Braden, Laura | Potvin, Guy; Becker, Erin; G Press Office; G US Press Office; G Investor Relations; BP US | Verchere, Christina; Hofer, Hanna; Proctor, Charles; McMahon, Shiva; Wells, Kent; Chandran, Ruban; Bickerton, David; Dudley, Robert; Suttles, Doug; Looney, Bernard; Roberts, Jamie; Maguire, Niall; Ochmanek, Eric; Silva, Stacey; Payne, Parker; Fryar, Robert; Jacobi, M.J.; Pennington, Tom; Rinehart, Steve; Mueller, Tom; Beaudo, Daren; Hernandez, Frank | | Attorney/Client | Information and documents provided to attorney to solicit legal advice/provide legal instruction regarding Deepwater Horizon. | Privileged Withhold | |
| 32 PL 1st Supp. 12/1/2010 | 712 | PRIV-BP-HZN-2179MDL00002689 | PRIV-BP-HZN-2179MDL00002689 - PRIV-BP-HZN-2179MDL00002689 | Email | 6/7/2010 | Martin, Jonathan | Frazelle, Andrew | Bullock, Mitchell; Kidd, Gavin; Taylor, Charles | | Attorney/Client | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon incident. | Privileged Withhold | |
| 66 PL 4/26/2010 | 1486 | PRIV-BP-HZN-2179MDL00015225 | PRIV-BP-HZN-2179MDL00015225 - PRIV-BP-HZN-2179MDL00015225 | Manuals/SOPs | 8/16/2010 | Frazelle, Andrew | Taylor, Charles; Kidd, Gavin; Chester, Doug; Sprague, Jonathan; Sims, David; Sanders, Robert; Halvorson Dory, Kathleen; Prewett, Harry; Allen, William; Reeves, Brent; Wright, Craig; Daigle, Keith; Feyereisen, Seth; Martin, Jonathan; Shaughnessy, John; Ware, Charles; Walz, Gregory; Mix, Kurt; Heironimus, Mark; Wesley, Dave | Deyers, Kevin | | Attorney/Client | Information and documents prepared for the purpose of seeking legal advice from attorney regarding organizational strategies. | Privileged Withhold | |
| 66 PL 4/26/2010 | 527 | PRIV-BP-HZN-2179MDL00014266 | PRIV-BP-HZN-2179MDL00014265 - PRIV-BP-HZN-2179MDL00014271 | Manuals/SOPs | 5/29/2010 | Zanghi, Mike | Pattillo, Phillip | | | Attorney/Client | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. | Privileged Withhold | |

Exhibit A - Attorney/Client and Work-Product Entries Submitted for *In Camera* Review

| BP Log Number | Entry No. | BATESFIRST | FAMILYRANGE | DOC_TYPE | DOCDATE | AUTHOR | RECIPIENTS | CC | BCC | PRIVREASON | DESCRIPTION | HELD_RED | REDACTEDRANG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 PL 4/30/2012 | 110 | PRIV-BP-HZN-2179MDL00022278 | PRIV-BP-HZN-2179MDL00022278 - PRIV-BP-HZN-2179MDL00022278 | Report | 4/23/2010 | Malone, Ryan | Suttles, Doug; Price, Bruce; Dupree, James | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon incident. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | |
| 66 PL 4/26/2012 | 686 | PRIV-BP-HZN-2179MDL00014425 | PRIV-BP-HZN-2179MDL00014425 - PRIV-BP-HZN-2179MDL00014425 | Email | 4/24/2010 | Skelton, Cindi | Holt, Charles | Morrison, Richard | | Attorney/Client, Work Product | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon incident. Discussion of facts or issues or strategies in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Redact | BP-HZN-2179MDL05750879 - BP-HZN-2179MDL05750881 |
| 68 PL 4/26/2012 | 2549 | PRIV-BP-HZN-2179MDL00018772 | PRIV-BP-HZN-2179MDL00018772 - PRIV-BP-HZN-2179MDL00018772 | Email | 4/30/2010 | Morrison, Richard | Suttles, Doug | McKay, Lamar; Cavanagh, Ian | | Attorney/Client, Work Product | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon. Discussion of facts or issues or strategies in connection with and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | |
| 65 PL 4/26/2012 | 1567 | PRIV-BP-HZN-2179MDL00012508 | PRIV-BP-HZN-2179MDL00012508 - PRIV-BP-HZN-2179MDL00012508 | Email | 5/4/2010 | Hey, Michael James | Mason, Michael | | | Attorney/Client, Work Product | Discussion among client representatives regarding attorney's request for information for the purpose of offering legal advice regarding Deepwater Horizon. Discussion of facts or issues or strategies in connection with, and/or in anticipation of l | Privileged Redact | BP-HZN-2179MDL05376759 - BP-HZN-2179MDL05376760 |
| 32 PL 1st Supplemental 12/01/2011 | 410 | PRIV-BP-HZN-2179MDL00002387 | PRIV-BP-HZN-2179MDL00002386 - PRIV-BP-HZN-2179MDL00002387 | Correspondence/Letter | 5/12/2010 | Suttles, Doug | Birrell, Gordon | | | Attorney/Client, Work Product | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon incident. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | |
| 26 PL 1st Supplemental 12/01/2011 | 73 | PRIV-BP-HZN-2179MDL00001744 | PRIV-BP-HZN-2179MDL00001744 - PRIV-BP-HZN-2179MDL00001745 | Email | 5/15/2010 | Rainey, David | Reicherts, Elizabeth | | | Attorney/Client, Work Product | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon incident. Discussion of facts or issues or strategies in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | |
| 62 PL 1/31/2012 | 146 | PRIV-BP-HZN-2179MDL00008297 | PRIV-BP-HZN-2179MDL00008297 - PRIV-BP-HZN-2179MDL00008297 | Email | 5/26/2010 | Rich, David | Imm, Gary | | | Attorney/Client, Work Product | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon investigation. Discussion of facts or issues or strategies in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Redact | BP-HZN-2179MDL05018607 - BP-HZN-2179MDL05018608 |
| 66 PL 4/26/2012 | 195 | PRIV-BP-HZN-2179MDL00013934 | PRIV-BP-HZN-2179MDL00013934 - PRIV-BP-HZN-2179MDL00013934 | Hard Copy | 6/11/2010 | Hayward, Tony | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon incident. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | |
| 68 PL 4/26/2010 | 1389 | PRIV-BP-HZN-2179MDL00017612 | PRIV-BP-HZN-2179MDL00017611 - PRIV-BP-HZN-2179MDL00017612 | Spreadsheet | 8/16/2010 | Lockett, Tim | Hill, Trevor | MC252_Email_Retention | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | |
| 68 PL 4/26/2010 | 1650 | PRIV-BP-HZN-2179MDL00017873 | PRIV-BP-HZN-2179MDL00017873 - PRIV-BP-HZN-2179MDL00017873 | Email | 9/23/2010 | Yeilding, Cindy | Berryhill, Sammye; Hill, Trevor | MC252_Email_Retention | | Attorney/Client, Work Product | Discussion among client representatives reflecting attorney's legal advice regarding Deepwater Horizon investigation. Discussion of facts or issues or strategies in connection with and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | |