# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Document Relates to:**<br><br>***All Cases in Pleading Bundle B3*** | **MDL No. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE SHUSHAN** |

<u>**ORDER**</u>

**CONSIDERING** the Plaintiffs' Motion for Leave:

**IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file their Omnibus Memorandum in Opposition to Defendants' Motions for Summary Judgment on Derivative Immunity and Preemption Grounds.

**SIGNED** at New Orleans, Louisiana, this __ day of <u>June</u>, <u>2012</u>.

_____
**Hon. Carl J. Barbier**