## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        ) MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  ) SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          ) JUDGE BARBIER
                        ) MAG. JUDGE SHUSHAN

******************
VOLUME 1 OF 2
******************

Deposition of 30(b)(6)
DEPOSITION OF BP REGARDING THE VESSELS OF
OPPORTUNITY PROGRAM THROUGH EDMOND THOMPSON,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 12th day of December, 2011.

## Page 2

APPEARANCES

APPEARING FOR THE PLAINTIFFS' STEERING
COMMITTEE:
  Mr. Matthew E. Lundy
  LUNDY, LUNDY, SOLLEAU & SOUTH, LLP
  501 Broad Street
  Lake Charles, Louisiana 70601

  Ms. Robin Greenwald
  Mr. James Bilsborrow
  WEITZ & LUXENBERG
  700 Broadway
  New York, New York 10003

APPEARING FOR BP, INC.:
  Mr. Ryan S. Babiuch
  KIRKLAND & ELLIS
  333 South Hope Street
  Los Angeles, California 90071
  Mr. Christopher J. Esbrook
  KIRKLAND & ELLIS
  300 North LaSalle
  Chicago, Illinois 60654

  Mr. Matthew C. Thuesen
  KIRKLAND & ELLIS
  655 Fifteenth Street, NW
  Washington, D.C. 20005-5793
  Mr. Philip C. Brickman
  FOWLER RODRIGUEZ VALDES-FAULI
  400 Poydras Street, 30th Floor
  New Orleans, Louisianan 70130

  Ms. Tara Kelly
  BP LEGAL
  BP AMERICA, INC.
  501 Westlake Park Boulevard
  Houston, Texas 77079

## Page 3

A P P E A R A N C E S (Continued)

APPEARING FOR DEFENDANT DRC ENERGY SERVICES:
  Mr. Andy Dupre
  FLANAGAN PARTNERS, L.L.P.
  201 St. Charles Avenue, Suite 2405
  New Orleans, Louisiana 70170

APPEARING FOR DEFENDANT O'BRIEN'S RESPONSE
MANAGEMENT and NATIONAL RESPONSE CORP.:
  Mr. Patrick E. O'Keefe
  MONTGOMERY BARNETT
  3200 Energy Centre
  1100 Poydras Street
  New Orleans, Louisiana 70163-3200

APPEARING FOR DEFENDANT MARINE SPILL RESPONSE
CORP.:
  Mr. Alan Weigel
  BLANK ROME, L.L.P.
  The Chrysler Building
  405 Lexington Avenue
  New York, New York 10174
ALSO PRESENT:
  Mr. Ray Aguirre, Case Manager
  Ms. Mary Elizabeth Gaasch, Videographer
  Ms. Jill Freeman

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
30(b)(6) DEPOSITION OF BP
REGARDING THE VESSELS OF OPPORTUNITY PROGRAM
THROUGH EDMOND THOMPSON
DECEMBER 12, 2011
VOLUME 1 OF 2

                                              PAGE
Appearances ............... 2

Examination by Ms. Greenwald ...... 7
Examination by Mr. Lundy ........ 162
Further Examination by Ms. Greenwald .. 238

Signature and changes ........ 251
Reporter's Certificate ......... 253

EXHIBITS

                                              PAGE
VOO EXHIBIT NO. 141 .......... 25
  Plaintiffs' Amended Notice of 30(b)(6)
  Deposition on BP, December 6, 2011,
  five pages
VOO EXHIBIT NO. 142 .......... 27
  MVCA Versions, one page

VOO EXHIBIT NO. 143 .......... 27
  Chart of VoO sites in Louisiana and
  Mississippi, one page

VOO EXHIBIT NO. 144 .......... 28
  Notes regarding Number contracted
  Trained, On Hire, one page

VOO EXHIBIT NO. 145 .......... 28
  Chart regarding Focus Plaintiffs,
  seven pages

**PURSUANT TO CONFIDENTIALITY ORDER**

97

1  April 27th, 2010. You are cc'd on it, and
2  it's Bates No. 107640 and 641.
3      MR. LUNDY: Which one?
4      MS. GREENWALD: No. 12.
5      Q.  (BY MS. GREENWALD) What was
6  O'Brien's -- have you had a chance to look at
7  Exhibit No. 146? I'm sorry, I marked that as
8  Exhibit 146, which is tab 12. It's
9  confusing, so we have to mark everything as
10 an exhibit, but identify it as a tab number.
11 So I'll try -- for the record, once I
12 identify it as an exhibit, I need to refer to
13 it as an exhibit and not a tab number, I'm
14 sorry.
15     A.  I appreciate it, okay.
16     Q.  One of the peculiarities of
17 transcript and the law.
18     A.  Yes, I've had a chance to review
19 it.
20     Q.  What involvement did O'Brien's
21 have in putting together the Vessels of
22 Opportunity program for the Deepwater
23 Horizon?
24     A.  Vince Mitchell was an O'Brien's
25 employee.

98

1      Q.  If you go to the bottom e-mail,
2  which you are not cc'd on, which is the first
3  page of Exhibit 146, it says, the -- the
4  third sentence, "I spent about 14 years with
5  SERVS, and contacted them yesterday to get a
6  copy of the fishing vessel contract that they
7  are using so as not to have to reinvent the
8  wheel contract language wise down here as
9  this will be a 'paying' program vs. a
10 volunteer program."
11         Is a Vessel of Opportunity
12 program -- can it be both a paying and a
13 volunteer program, as you understand Vessel
14 of Opportunity program?
15     A.  Vessel of Opportunity program
16 only exists within the confines of the
17 Unified Command for the Deepwater Horizon.
18 There's really no overarching nationwide
19 Vessel of Opportunity program. So your
20 question is a bit confusing in that sense.
21     Q.  But I -- I thought that Vessels
22 of Opportunity programs had been used before;
23 isn't that right? Didn't you say it was used
24 in the Ixtoc oil spill?
25     A.  I said Vessels of Opportunity

99

1  have been used before, but actually the word
2  Vessel of Opportunity program is -- is a
3  construct really for the Deepwater Horizon.
4  It's not -- there is no overarching program
5  or protocol for Vessels of Opportunity.
6      Q.  I see. Okay. So would you --
7  would BP define the Deepwater Horizon
8  response with respect to the Vessel of
9  Opportunity use as a Vessel of Opportunity
10 program?
11     A.  They called it -- they called it
12 a vessel. I think it was referred to
13 routinely like a colloquialism as Vessel of
14 Opportunity program.
15     Q.  Is there a significance from a
16 business perspective for BP to use the word
17 "program" with Vessel of Opportunity?
18     A.  No.
19     Q.  If you can turn to tab 6,
20 please, this has previously been marked as
21 VoO 128. Did BP regularly generate executive
22 summary report operations for the response
23 effort of the Deepwater Horizon?
24     A.  May I take some time to read
25 this?

100

1      Q.  Uh-huh, sure.
2      A.  Yes, there was a summary report
3  generated every day. It changed in form
4  frequently during the response.
5      Q.  Why did BP prepare -- strike
6  that.
7          Did BP prepare these executive
8  summary reports?
9      A.  The executive summary reports
10 were a report within the incident command
11 system to -- to assist with briefing the
12 Unified Command, and as such BP people, Coast
13 Guard people, State people, Department of
14 Interior people all contributed to this
15 report.
16     Q.  Was it BP's responsibility,
17 though, to actually issue the final report
18 once other people contributed information to
19 it?
20     MR. ESBROOK: Objection; form.
21         You can answer.
22     A.  Within the -- within the Unified
23 Command system BP played the -- the main role
24 in generating most of the work, and -- and
25 all -- and all that, but there were actual --

25 (Pages 97 to 100)

PURSUANT TO CONFIDENTIALITY ORDER

101

1  there were Coast Guard people in the planning
2  section, in the situation unit, and that --
3  that helped generate this report. There were
4  state of -- Mississippi, Alabama, Florida
5  people in there, there were Department of the
6  Interior people in there. So -- most
7  assuredly BP was -- you know, did the lion's
8  share of the work.
9      Q.   (BY MS. GREENWALD) What was the
10 purpose of these reports?
11     A.   To summarize for the Unified
12 Command what had occurred the day before.
13     Q.   What problems, if any, did BP
14 have with the Vessels of Opportunity program
15 as it started to created -- strike that.
16         Did BP have problems with the --
17 establishing and creating the B -- the
18 Vessels of Opportunity program in response to
19 the Deepwater Horizon oil spill --
20     MR. ESBROOK: Objection; form.
21     Q.   (BY MS. GREENWALD) -- in the
22 early days?
23     A.   I really don't understand the
24 question.
25     Q.   Did BP have any problems or

102

1  issues with training of the Vessels of
2  Opportunity crew members early on in the
3  program?
4      MR. ESBROOK: Same objection.
5          You can answer.
6      A.   I'm -- I'm still not sure.
7      Q.   (BY MS. GREENWALD) Okay. Are
8  you familiar with the oil spill response plan
9  for the Gulf of Mexico prepared by BP?
10     A.   I have looked at it.
11     Q.   Did you look at that in
12 preparation for your deposition today as a
13 30(b)(6) witness?
14     A.   No.
15     Q.   Are you aware of the -- that
16 the -- that the worst-case scenario discharge
17 in the BP oil spill response plan for the
18 Gulf of Mexico identifies that worst-case
19 scenario as 250,000 barrels per day of oil?
20     MR. ESBROOK: Objection to form.
21         You can answer.
22     A.   Yes, I have read that.
23     Q.   (BY MS. GREENWALD) Was the
24 Vessel of Opportunity program a necessary
25 component for BP to be able to respond to a

103

1  spill of up to 250,000 barrels per day of
2  oil?
3      MR. ESBROOK: Objection; form.
4          You can answer.
5      Q.   (BY MS. GREENWALD) Let me put
6  that in context, actually. That question has
7  no context.
8      A.   Thank you.
9      Q.   Was the Vessel of Opportunity
10 program for the Deepwater Horizon oil spill a
11 necessary component of the response with a
12 worst-case scenario discharge of 250,000
13 barrels per day of oil?
14     MR. ESBROOK: Same objection.
15         You can answer.
16     A.   Are you asking was it a
17 necessary -- I think I -- I just pulled my
18 wire out here. Hang on a second. I stepped
19 on it.
20     THE VIDEOGRAPHER: You're okay, yeah.
21     THE WITNESS: You can still hear me?
22     THE VIDEOGRAPHER: Yes.
23     THE WITNESS: Sorry.
24     MS. GREENWALD: That's okay.
25     A.   (Continuing) Are you asking was

104

1  it a necessary part of the plan?
2      Q.   (BY MS. GREENWALD) Of the
3  response plan.
4      A.   Of the OSRP?
5      Q.   Right.
6      A.   No. No, it was not.
7      Q.   No -- no I'm not asking that
8  question. Let me -- let me try it another
9  way. Did BP calculate a worst-case discharge
10 for this oil spill following the blowout of
11 the well on April 20th, 2010?
12     MR. ESBROOK: Objection to form.
13         If you know, you can answer.
14     A.   I don't know.
15     Q.   (BY MS. GREENWALD) Was the
16 Vessels of Opportunity program a critical
17 aspect of being able to respond to the
18 Deepwater Horizon oil spill?
19     A.   Could you explain "critical"?
20     Q.   Would BP have been able to
21 respond to the oil on the surface of the
22 water during the course of the entire
23 response effort without the Vessels of
24 Opportunity program?
25     A.   Well, since we didn't, it's --

26 (Pages 101 to 104)

**PURSUANT TO CONFIDENTIALITY ORDER**