UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL          )   MDL NO. 2179
BY THE OIL RIG             )
"DEEPWATER HORIZON" IN     )   SECTION "J"
THE GULF OF MEXICO, ON     )
APRIL 20, 2010             )   JUDGE BARBIER
                           )   MAG. JUDGE SHUSHAN

          Deposition of EDMOND THOMPSON,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 13th day of December, 2011.

PURSUANT TO CONFIDENTIALITY ORDER

Page 78

1  number.
2     Q.  Did -- did the VoO -- did VoO
3  logistics create a hotline so that vessel
4  owners could call and present questions?
5     A.  I know we gave vessel owners
6  a -- that were activated a phone number to
7  call back to. That's probably it, but I
8  don't recall the number.
9     Q.  And those were only vessel --
10 vessel owners that were put on-hire were
11 given that number?
12    A.  There may have been other ways
13 to get the number but that.
14    Q.  Where -- where would vessel
15 owners who had signed the agreement but were
16 not placed on-hire, was there a number they
17 could call for inquiries?
18    A.  We did not provide them a
19 specific number.
20    Q.  Okay. Now, if we turn to the
21 first page of this exhibit marked 108630, I
22 think you just referred to John Husum's
23 response where he states, "The line which you
24 referred to is being removed from the website
25 as it is contrary to the agreement."

Page 79

1     Do you know if that -- if the
2  line was ever actually removed from the
3  Website?
4     A.  I know John -- I recall
5  discussing this with John, and he was -- he
6  was going to see to it.
7     Q.  Did -- do you know if he ever
8  actually did it?
9     A.  I don't recall.
10    Q.  Do you know when the Website was
11 put on-line?
12    A.  No.
13    Q.  If you could turn with me to
14 tab 32. This is a document entitled
15 "Deepwater Horizon Incident Situation
16 Executive Summary," and it's dated May 15,
17 2010. It's Bates-stamped 105400 through
18 105406.
19        Mr. Thompson, did you ever
20 receive situation executive summaries during
21 your time in VoO logistics?
22    A.  No.
23    Q.  Have you ever seen one of these
24 documents before?
25    A.  No.

Page 80

1     THE REPORTER: Do you need to mark that
2  one?
3     MR. BILSBORROW: No, we're not going to
4  mark it. No, sorry.
5     Q.  (BY MR. BILSBORROW) Were you
6  familiar with a company called Parsons?
7     A.  Yes.
8     Q.  Did you work with them
9  directly --
10    A.  Yes.
11    Q.  -- when you were in VoO
12 logistics?
13    A.  Yes.
14    Q.  How did you work with them?
15    A.  I -- I worked with contracting
16 to hire them to assist us with the
17 logistics -- in-the-field logistic support of
18 Vessels of Opportunity.
19    Q.  I guess I should ask you, do you
20 know what Parsons' business is? Do you know
21 what they do?
22    A.  I only discussed their
23 capability to conduct the activities we
24 requested of them.
25    Q.  What did you hire them for,

Page 81

1  again?
2     A.  To assist us with the field
3  logistics, the -- the field activities
4  necessary to support the VoO.
5     Q.  What do you mean by "the field
6  logistics"?
7     A.  Deployment, helping to
8  coordinate deployment, and refueling, those
9  kinds of things.
10    Q.  How would Parsons help
11 coordinate deployment?
12    A.  By establishing deployment
13 sites.
14    Q.  So did Parsons actually -- were
15 they in charge of the deployment sites?
16    A.  Parsons' contractors or
17 employees would be in charge of the
18 deployment sites.
19    Q.  Did BP have any employees at the
20 deployment sites?
21    A.  I have no direct -- no, I don't
22 know.
23    Q.  So to the best of your
24 knowledge, the deployment sites were
25 primarily staffed by Parsons' employees?

21 (Pages 78 to 81)

Page 82

1  A. Yes.
2  Q. And what was their role at the
3  deployment site?
4  (Interruption.)
5  MR. ESBROOK: Can we take a second and
6  go off the record?
7  MR. THUESEN: My watch. I don't know.
8  MR. ESBROOK: Can we take like two
9  minutes?
10 MR. BILSBORROW: Yeah.
11 THE VIDEOGRAPHER: We're off the
12 record. It is 10:58 a.m.
13 (Recess from 10:58 a.m. to 11:10 a.m.)
14 THE VIDEOGRAPHER: We are back on the
15 record. It's 11:10 a.m., and this is the
16 beginning of tape 3.
17 Q. (BY MR. BILSBORROW)
18 Mr. Thompson, before we broke we were talking
19 about Parsons' role at the deployment sites,
20 and you testified that Parsons coordinated
21 the deployment sites; is that correct? Is
22 that accurate?
23 A. I testified that I hired Parsons
24 to coordinate the field logistics for the
25 VoO.

Page 83

1  Q. And one of those tasks was to
2  coordinate deployment sites?
3  A. That was the concept. In the
4  first couple of weeks when I was there we
5  were just putting big pieces of -- in place.
6  You know, how they actually unfolded, you
7  know, happened subsequent to that.
8  Q. But you hired --
9  A. Yes.
10 Q. -- Parsons, correct? So what
11 was your understanding of their specific role
12 when you hired them?
13 A. To support the field activities
14 necessary to make the VoO function.
15 Q. And when you say support field
16 activities, what did you convey to Parsons
17 specifically that you wanted them to do?
18 A. Establish deployment sites and
19 coordinate things like refueling, things of
20 that nature.
21 Q. And with respect to establishing
22 deployment sites, what did you convey to
23 Parsons that you wanted them to do at the
24 deployment sites?
25 A. At the stage we were in setting

Page 84

1  things up it was just a broad concept of
2  having a place for the VoO -- VoO boats that
3  were trailer-launched or launched from a
4  trailer, of VoOs that were the kinds of boats
5  that stayed in the water had a place to, you
6  know, congregate to -- to be handed over to
7  operations.
8  Q. Did you have a conversation with
9  Parsons that you expected them to verify that
10 a vessel met the safety requirements imposed?
11 A. During my tenure there, no.
12 Q. So when you signed the contract
13 with Parsons it literally was no more
14 specific than your job is to establish
15 deployment sites?
16 A. I didn't --
17 MR. ESBROOK: Objection to form.
18 You can answer.
19 A. (Continuing) I did not sign a
20 contract with Parsons.
21 Q. (BY MR. BILSBORROW) How did you
22 hire them?
23 A. We discussed the broad concepts
24 of how we wanted to use them, and then the
25 contracting officer coordinated the -- the

Page 85

1  hiring process.
2  Q. Did you ever look at the
3  contract to make sure that it captured the
4  responsibilities you envisioned for Parsons?
5  A. No.
6  Q. Did you ever speak with the
7  contracting officer to convey what it was
8  that should be contained in the contract?
9  A. Honestly, I don't recall. I'm
10 sure I did, but I don't recall.
11 Q. Do you recall whether you
12 identified the various responsibilities that
13 Parsons was force -- supposed to perform at
14 the deployment site for any individual above
15 you in BP?
16 A. The discussions were all broad
17 terms of reference that --
18 Q. What do you -- what do you mean
19 when you say "the discussions were broad
20 terms of reference"?
21 A. That Parsons' role in the VoO
22 program would be to establish deployment
23 sites and things of that nature.
24 Q. So how would -- if Parsons
25 wasn't performing up to your standards, how

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)

092b48aa-465b-4036-a78e-126ef219151c

Page 86

```
                                                        11:16
 1   would you get them to comply with the
 2   standards you wished for them to follow?
 3        A.   That's hypothetical. It never
 4   happened, you know, while I was involved with
 5   the VoO program.
 6        Q.   So to the best of your
 7   recollection you never specified to anyone in
 8   BP the specific roles you wanted Parsons to
 9   fulfill at the deployment sites?
10        MR. ESBROOK: Objection; form.
11        A.   Could you -- I'm not sure I
12   understand the question.
13        Q.   (BY MR. BILSBORROW) Well, is it
14   your testimony that you only spelled out
15   broad standards or broad responsibilities for
16   Parsons, but never specified exactly what you
17   wanted them to do at the deployment sites?
18   For example, did you ever specify that
19   Parsons was responsible for verifying each
20   vessel met the safety requirements imposed by
21   the Unified Command?
22        A.   I did not.
23        Q.   Do you know if anyone did?
24        A.   I don't know.
25        Q.   Did you ever produce a document
```

Page 87

```
 1   containing the standards that BP expected of
 2   Parsons?
 3        A.   No.
 4        Q.   Do you know if anyone did?
 5        A.   That would have been part of the
 6   contract with Parsons.
 7        Q.   Do you know that it was included
 8   in the contract?
 9        A.   I never read the contract with
10   Parsons.
11        Q.   So you don't know whether it was
12   included?
13        A.   Correct.
14        Q.   Did you ever become aware of any
15   problems that BP had with how -- the way that
16   Parsons was running the deployment sites?
17        A.   No.
18        Q.   Did you have any role in
19   establishing the decontamination procedures
20   for the Mobile ICP?
21        A.   No.
22        Q.   Who did?
23        A.   The operations and the -- that
24   would have been a collaboration amongst the
25   operations and the environment unit.
```

Page 88

```
 1        Q.   Do you know when this -- they
 2   first established the decontamination sites
 3   for the Mobile region?
 4        A.   No.
 5        Q.   Did you have any input at all
 6   into how those decontamination sites would
 7   work?
 8        A.   I received -- as Deputy Incident
 9   Commander I received a presentation on how
10   the decontamination sites were going to be
11   organized.
12        Q.   Do you recall when you received
13   that presentation?
14        A.   I don't recall the date.
15        Q.   Do you recall providing any
16   input after you received that presentation?
17        A.   I -- I thanked them for their
18   work, and that was it.
19        Q.   Who provided you with the
20   presentation when you were Deputy Incident
21   Commander?
22        A.   It was the decontamination unit
23   leader in operations.
24        Q.   Do you remember who that was?
25        A.   No.
```

Page 89

```
 1        Q.   What did the presentation say
 2   about how the decontamination sites needed to
 3   be set up?
 4        A.   We really talked about where
 5   they would be, so the locations of the sites
 6   were depicted and the -- from the command
 7   point of view the -- to ensure that the other
 8   members of the Unified Command had -- had --
 9   you know, had a chance to have their staff
10   involved in the deployment was the important
11   thing -- or involved in the development of
12   the decontamination sites was the important
13   consideration for me and -- and the fact that
14   the environment unit, which also included
15   federal and state agencies, had a -- a hand
16   in -- in the development. That was the --
17   the command's ma- -- you know, major focus.
18        Q.   Do you remember what sort of
19   input the federal and state agencies had on
20   the creation of the decontamination sites?
21        A.   I don't know those details.
22        Q.   Now, you received this
23   presentation when you were Deputy Incident
24   Commander?
25        A.   That's correct.
```

23 (Pages 86 to 89)

PURSUANT TO CONFIDENTIALITY ORDER