**33**

**From:** Willis, Garry W
**To:** Pfannstiel, Robert; Bill Hutmacher
**Sent:** 6/24/2010 5:06:56 PM
**Subject:** FW: Request: Lost Contracts in PC

Bob, Bill

This is an example of VoO issues that we may want to have more visibility of by getting our people involved at the local sites.

As we discussed, I am asking our BP community outreach staff to go to the VoO dispatch centers for the next couple of mornings and give us their perspective on how things are going.

Garry

---

**From:** Adams, Vicki (SWIFT TECHNICAL SERVICES)
**Sent:** Wednesday, June 23, 2010 9:40 PM
**To:** Willis, Garry W
**Subject:** FW: Request: Lost Contracts in PC

Garry-

I'm forwarding this email from Vani...just to give you a general idea of the numerous problems she is having in her area. Vani and spoke on the phone for a bit today, and I really sense that she is going to need some help with one other major issues. I mentioned this to you one other time, but she felt like the staging area didn't have enough BP oversight and the Parson's person managing the staging area was not dealing above board. She went to far as to say she suspects corrupt behavior. It is causing a lot of problems with the other vessel owners in the area. I have mentioned this to Matt Kissinger as well, but I think we need to have it checked out. Vani is trying to get some substantive evidence, and will keep me posted. If you feel it is appropriate, perhaps you could mention something to Matt and start some dialogue. Thanks. Vicki

Confidential

BP-HZN-2179VOO00106247