**48**

**From:** Tomme, Pamela R
**To:** Pfannstiel, Robert
**Sent:** 6/10/2010 11:17:47 PM
**Subject:** FW: Training - OSHA's Expectations for Boat Crews

---

From: Joslin, Tamara H
Sent: Thursday, June 10, 2010 2:58 PM
To: Wengel, Johnathon D; Thibodeaux, James R; Britt, Ray L.; Holmes, Mary J; Rudolph, Scot; Piotrowski, Dave A.; Tomme, Pamela R
Cc: 'Jeffrey.S.Clark@uscg.mil'; Tremmel, Fred J; Bailey, Brent H; Gray, Don Scott
Subject: RE: Training - OSHA's Expectations for Boat Crews

Sounds good. I had already built an action plan when this all started last week so am happy to review this with you all. Honestly had hoped to avoid a full four module by doing what I set in motion already, but let's relook at what we have and figure out where to go from here. Watch for another note with the details on the plan. I am glad we got something in writing from OSHA as we were working on verbal instructions previously that weren't very clear.
Tami


Tamara (Tami) Joslin
GoM SPU Organization Capability - Operations, HSSE and Engineering
465 WL4
P.O. Box 3092
Houston, TX 77253-3092
281-366-5853 (O)
281-831-0336 (C)
281 366 1930 (F)
Tamara.Joslin@bp.com

"CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential. If you have received this message in error, please notify the sender immediately and delete the E-mail and any attachments from your computer and files. Thank you."

---

From: Wengel, Johnathon D
Sent: Thursday, June 10, 2010 2:08 PM
To: Thibodeaux, James R; Britt, Ray L.; Holmes, Mary J; Joslin, Tamara H; Rudolph, Scot; Piotrowski, Dave A.; Tomme, Pamela R; Foreman, Shawn C
Cc: Jeffrey.S.Clark@uscg.mil; Tremmel, Fred J; Bailey, Brent H; Gray, Don Scott
Subject: FW: Training - OSHA's Expectations for Boat Crews
Importance: High


During the UAC daily call with Cindy Coe from OSHA we requested Cindy to send her specific expectations in writing for the training. It was a heated discussion, and she is very adamant about this. Below is the list of her expectations. After you review this, we can schedule a call with the necessary people to develop an action plan to address this.

Regards,

ohnathon Wengel
Safety Officer - UAC - Robert, LA
Cell: 281-615-6544

Confidential                                                                                                                         BP-HZN-2179VOO00105940

(Tour 5-Jun-10 to 12-Jun-10)

---

From: Coe, Cindy A. - OSHA [mailto:coe.cindy@dol.gov]
Sent: Thursday, June 10, 2010 1:21 PM
To: Wengel, Johnathon D; Jeffrey.S.Clark@uscg.mil
Cc: Baxter, Greg - OSHA; Bailey, Brent H; Tremmel, Fred J
Subject: Training
Importance: High


This message is to ensure clarity on OSHA's request for performance of additional training.

Observations indicated employees engaged in near shore oil recovery, specifically skimming and retrieval of oiled boom, as well as employees engaged in gross vessel decontamination are contacting oil to a degree greater than had been anticipated when a 4 hour training module for workers with minimal oil contact was agreed upon. Furthermore, it was originally thought the 40 hour trained supervision for these crews would be engaged in these tasks, however, that is not what has been observed.

OSHA requests that an additional 4 hour contiguous training component for the aforementioned workers be conducted in as expeditious manner as possible.

The training needs to address at a minimum: hazard communication in greater depth on hazards of contact with oil and dispersants; sampling data and characterization of exposures; PPE requirements and the need to change PPE regularly to avoid breakthrough; decontamination procedures aboard the vessel; gross decontamination procedures to include work processes that will minimize aerosol and other oil exposure.

Vessel operators and crew who have already received the 4hour Module 3 training need only receive the additional 4hour training. Vessel operators who have not yet been engaged in the aforementioned operations and have not received Module 3 training must complete an 8hour raining session prior to deployment for the specified jobs.

Be advised that the OSHA 1910.120 standard technically would require 24 hour hazardous material technician training. However we have assessed these jobs and believe that due to the full characterization of the oil and exposures, an additional 4 hours will suffice.

Prior to rolling out the additional 4hour training segment, the training package needs to be reviewed by OSHA, and a description of the means and method of training delivery, including the assurance it will be delivered in a language that is understood, must be conveyed to OSHA.

It is OSHA's expectation that steps will be taken to track this effort to ensure that all targeted vessels and crew receive the required training.

Please let me know if you have a need for any clarification.

NOTICE:
This e-mail message and any attachments to it may contain confidential information. The information contained in this transmission is intended solely for the use of the individual(s) or entities to which the e-mail is addressed. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you are prohibited from reviewing, retransmitting, converting to hard copy, copying, disseminating, or otherwise using in any manner this e-mail or any attachments to it. If you have received this message in error, please notify the sender by replying to this message and delete it from your computer.