## Page 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        ) MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  ) SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          ) JUDGE BARBIER
                        ) MAG. JUDGE SHUSHAN
```

***************
VOLUME 1 of 1
***************

Deposition of HOI NGUYEN, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on October 6, 2011.

## Page 2

APPEARANCES

APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
Mr. Ian Taylor
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130

Ms. Robin Greenwald
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Mr. Scott L. Sternberg
BALDWIN, HASPEL, BURKE & MAYER
1100 Poydras Street, Suite 3600
New Orleans, Louisiana 70163

Mr. Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601

APPEARING FOR THE PLAINTIFF HOI NGUYEN:
Mr. Robert B. Wiygul
WALTZER & WIYGUL
1011 Iberville Drive
Ocean Springs, Mississippi 39564

Mr. Joel R. Waltzer
WALTZER & WIYGUL
3715 Westbank Expwy., Suite 13
Harvey, Louisiana 70058

APPEARING FOR BP, INC.:
Mr. Christopher J. Esbrook
Mr. Ryan Babiuch
KIRKLAND & ELLIS
300 North LaSalle
Chicago, Illinois 60654
Mr. Matthew C. Thuesen
KIRKLAND & ELLIS
655 Fifteenth Street, NW
Washington, D.C. 20005-5793

## Page 3

APPEARING FOR TRANSOCEAN:
Mr. Carl J. Hebert
PREIS & ROY
601 Poydras St., Suite 1700
New Orleans, Louisiana 70130

APPEARING FOR O'BRIEN'S RESPONSE MANAGEMENT, INC., AND NATIONAL RESPONSE CORP.:
Mr. Jeremy T. Grabill
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, New York 10153-0119

APPEARING FOR DRC EMERGENCY SERVICES, LLC, AND DANOS & CUROLE STAFFING, LLC:
Mr. Sean P. Brady
FLANAGAN PARTNERS, LLP
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170

ALSO PRESENT:
Ms. Samantha Nguyen, Waltzer & Wiygul
Mr. Felix Hien Cao, Baldwin, Haspel, Burke & Mayer
Ms. Melissa Bardwell, Videographer
Mr. Jaison Vouie, Vietnamese Interpreter

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
HOI NGUYEN
OCTOBER 6, 2011
VOLUME 1 of 1

                                          Page
APPEARANCES............................ 2

EXAMINATION BY MR. ESBROOK............. 8
EXAMINATION BY MR. WIYGUL.............. 154

CHANGES AND SIGNATURE.................. 158
REPORTER'S CERTIFICATION............... 160

EXHIBIT INDEX

                                          Page
Exhibit No. 1.......................... 32
   Master Vessel Charter Agreement dated May 12, 2010; Bates Nos. BP-HZN-2179VOO00002394 through BP-HZN-2179VOO00002413

Exhibit No. 2.......................... 32
   Master Vessel Charter Agreement dated May 2, 2010 for M/V ANGEL II and Hoi Nguyen; Bates No. BP-HZN-2179VOO00002448 through BP-HZN-2179VOO00002463

Exhibit No. 3.......................... 40
   Declaration of Hoi Nguyen dated August 26, 2011; no Bates numbers

**PURSUANT TO CONFIDENTIALITY ORDER**

65

```
 1    MR. ESBROOK:
 2        Okay.  Can we take a quick five?
 3    MR. WIYGUL:
 4        Sure.
 5    THE VIDEOGRAPHER:
 6        Okay.  Time now is 10:31 a.m., and
 7  we are off the record.
 8        (Short recess.)
 9    THE VIDEOGRAPHER:
10        This begins Tape 4 of today's
11  deposition.  Time now is 10:40 a.m., and we are
12  back on the record.
13  EXAMINATION BY MR. ESBROOK:
14    Q.    So, Mr. Nguyen, we talked about this
15  period from May 31st until July 16th when you
16  were out on the water and pulling boom and
17  looking for oil, right?
18    A.    Yes, that's correct.
19    Q.    And on July 16th you received a call
20  from a woman who spoke Vietnamese and told you to
21  get your boat cleaned and then go home, right?
22    A.    That's correct.
23    Q.    And who was that?
24    A.    I don't know.  They just told -- I
25  just know that they work for BP and -- and they
```

66

```
 1  told me to go there and -- and de --
 2  decontaminate my boat, and that was it.
 3    Q.    Okay.  And so what'd you do?
 4    A.    They did the same thing we always
 5  do, they gave me a LORAN number.  I'd go to that
 6  location, I'd decontaminate that boat, and then I
 7  go home.
 8    Q.    Okay.  Well -- so you went and got
 9  your boat decontaminated, right?
10    A.    Yes.
11    Q.    Okay.  Where was this?
12    A.    Close to Mobile or close to Mobile
13  bridge, Dauphin Island, something like that.
14    Q.    Okay.  And can you tell me what they
15  did to decontaminate your boat?
16    A.    They would tell me to get there
17  and -- and -- and -- and wait.  And when I got
18  there, there was a boat in front of me, and when
19  that boat had finished, I pulled my boat in to
20  get decontaminated.
21    Q.    Okay.  I don't know a lot about the
22  decontamination process.  Can you tell me what
23  they did to decontaminate your boat?
24    A.    They -- I would -- I would get close
25  to the side and they would come up on top and
```

67

```
 1  they would pressure wash my boat down, kind of
 2  like a car wash.
 3    Q.    Okay.  So it's cleaning your boat,
 4  essentially?
 5    A.    Yeah, that's -- that's all they did.
 6  They told me to go home right afterwards.
 7    Q.    So they -- they pressure washed the
 8  side of your boat?
 9    A.    Yes, both sides.
10    Q.    Both sides.
11        Did they do anything else?
12    A.    That's it.
13    Q.    Did they come on board your boat?
14    A.    No.
15    Q.    Did you talk to anyone who was
16  decontaminating your boat?
17    A.    Yes, I spoke to the people who
18  decontaminate the boats.
19    Q.    And what did you say?
20    A.    I just -- just -- just petty
21  conversation, how are you, stuff like that, while
22  I'm waiting.
23    Q.    Did you talk to them aboard your
24  boat or were they on a separate boat or where
25  were you and where were they?
```

68

```
 1    A.    I -- I stand on my boat, and they
 2  would stand on their boat.
 3    Q.    And they're decontaminating your
 4  boat from their boat?
 5    A.    Yes.
 6    Q.    Okay.  So the -- they decontaminated
 7  your boat, and then you left?
 8    A.    Yes.
 9    Q.    And they didn't do anything else
10  besides pressure wash it?
11    A.    Yes, that's it.
12    Q.    Okay.  Do you -- or strike that.
13        Was your boat fully decontaminated
14  when you left on July 16, 2010?
15    A.    It's not really clean, but they
16  say -- when they say, You're done, go home, we
17  just go home.
18    Q.    So you didn't feel your boat was
19  fully clean after they pressure washed it and
20  decontaminated it?
21    A.    Yes, there was still oil on it.
22    Q.    Then you didn't say anything to the
23  people decontaminating about this concern?
24    A.    No, because it was also dark at the
25  time.
```

17 (Pages 65 to 68)

**PURSUANT TO CONFIDENTIALITY ORDER**

Page 69

1  Q. It was light enough to see that
2  there was oil on the boat, though, right?
3  A. Yes.
4  Q. Okay. Well, then, why didn't you
5  tell any -- why didn't you say anything to the
6  people decontaminating your boat?
7  A. Well, they -- it wasn't a lot. It
8  was just, you know, little specks here and there,
9  but it wasn't -- it wasn't really a lot.
10 Q. So do you feel that your boat was
11 fully clean after that decontamination?
12     MR. WIYGUL:
13         Object to the form.
14 A. Well, according to me, it's -- it's
15 not clean. But if they say to go home, I just go
16 home.
17 EXAMINATION BY MR. ESBROOK:
18 Q. So you didn't feel your boat was
19 clean after decontamination on July 16, 2010?
20 A. That -- the first time that -- that
21 day, that first time you're talking about that
22 they -- they cleaned the boat?
23 Q. Talking about the decontamination on
24 July 16, 2010.
25 A. Yes, because it's still very dirty

Page 70

1  in my opinion because the anchor still had oil
2  and -- and the lines that I pulled the boom with
3  still -- still had oil.
4  Q. So, then, why didn't you say
5  anything to the people decontaminating your boat
6  if you felt it was still dirty?
7  A. Because they just cleaned on the
8  outside, and whatever's on -- on high up or on
9  the boat itself, they don't clean. And -- and
10 they just stay on their boats. They can't come
11 on our boats, so they -- they really can't clean
12 it.
13 Q. But I don't understand why you would
14 leave the decontamination if you felt your boat
15 was still dirty.
16 A. Because they -- they said they're
17 done. We -- we have to go home, we go home. We
18 don't want to argue with them.
19 Q. Why not?
20 A. Because they -- they tell us what to
21 do, and we -- we do what they -- they tell us to
22 do. We don't know to do anything else.
23 Q. Well, you certainly could have said
24 that your boat was still dirty and requested that
25 it be cleaned more fully if you thought that,

Page 71

1  right?
2      MR. WIYGUL:
3          Objection to the form of the
4  question.
5  A. But BP said that you do whatever
6  they say. You can't argue with them.
7  EXAMINATION BY MR. ESBROOK:
8  Q. What I'm asking you, though, is that
9  you certainly could have told them that your boat
10 was still dirty, right?
11 A. Well, it's -- it's -- it's true, but
12 the thing is BP told us that we have to do what
13 they say, and we can't argue with what they say.
14 So if they say -- tell us to go home, we have to
15 go home.
16 Q. But it's true you could have told
17 them?
18     MR. WIYGUL:
19         Objection to the form.
20 A. Because -- we could have said it,
21 but then if we argue with them, they may -- they
22 might not call us back to work.
23 EXAMINATION BY MR. ESBROOK:
24 Q. Okay. But you didn't tell them you
25 thought your boat was still dirty, right?

Page 72

1  A. Yes, I didn't say it.
2  Q. Okay. So what did you do after you
3  left the decontamination sect?
4  A. I went home.
5  Q. Did you first talk to someone --
6  strike that.
7     (Exhibit 5 marked.)
8  EXAMINATION BY MR. ESBROOK:
9  Q. Okay. Mr. Nguyen, I've handed you
10 what's marked as Exhibit 5.
11    Do you see that?
12 A. Yes.
13 Q. Do you recognize this?
14 A. Yes.
15 Q. Can you look at the bottom of the
16 page, please?
17    Do you see your signature?
18    THE WITNESS:
19        Yes.
20 A. (Through the interpreter) Yes.
21 EXAMINATION BY MR. ESBROOK:
22 Q. Okay. That's your signature?
23    THE WITNESS:
24        Yes.
25 A. (Through the interpreter) Yes.

PURSUANT TO CONFIDENTIALITY ORDER