## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL       ) MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         ) JUDGE BARBIER
                       ) MAG. JUDGE SHUSHAN

****************
VOLUME 1 OF 1
****************

Deposition of MATTHEW KISSINGER, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on November 14, 2011.

## Page 2

APPEARANCES

APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
Mr. Matthew E. Lundy
LUNDY, LUNDY, SOLLEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601

Mr. James J. Bilsborrow
Weitz & Luxenberg
700 Broadway
New York, New York 10003

APPEARING FOR THE PLAINTIFF HOI NGUYEN:
Mr. Joel Waltzer
Mr. Clay Garside
Waltzer & Wiygul
14399 Chef Menteur Highway, #D
New Orleans, Louisiana 70129-2042

APPEARING FOR BP, INC.:
Mr. Christopher J. Esbrook
Mr. Ryan S. Babiuch
KIRKLAND & ELLIS
300 North LaSalle
Chicago, Illinois 60654
Mr. Matthew C. Thuesen
KIRKLAND & ELLIS
655 Fifteenth Street, NW
Washington, D.C. 20005-5793

Ms. Tara Kelly
BP
501 Westlake Park Boulevard
Houston, Texas

APPEARING FOR THE MARINE SPILL RESPONSE CORP.:
Mr. Alan M. Weigel
BLANK ROME, LLP
405 Lexington Avenue
New York, New York 10174-0208

## Page 3

APPEARING FOR THE O'BRIEN'S RESPONSE MANAGEMENT:
Mr. Patrick E. O'Keefe
Montgomery, Barnett, Brown, Read, Hammond & Mintz
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163-3200

APPEARING FOR TIGER RENTALS:
Mr. John E. Galloway
GALLOWAY, JOHNSON, TOMPKINS, BURR AND SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139-4003

APPEARING FOR DANOS & CUROLE STAFFING, LLC, AND DRC EMERGENCY SERVICES, LLC:
Mr. Sean Brady
Flanagan Partners, LLP
201 St. Charles Ave., Suite 2405
New Orleans, Louisiana 70170

APPEARING FOR NALCO:
Ms. Johanna Spellman - via telephone
LATHAM & WATKINS
233 South Wacker Drive, Suite 5800
Chicago IL 60606

APPEARING FOR M-I SWACO:
Mr. W. Brad Nes
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541

ALSO PRESENT:
Ms. Melissa Bardwell, Videographer

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
MATTHEW KISSINGER
NOVEMBER 14, 2011
VOLUME 1 OF 1

                                              Page
APPEARANCES........................... 2

EXAMINATION BY MR. LUNDY............. 10
EXAMINATION BY MR. WEIGEL............ 296
EXAMINATION BY MR. O'KEEFE........... 328
EXAMINATION BY MR. LUNDY............. 332

CHANGES AND SIGNATURE................ 353
REPORTER'S CERTIFICATION............. 355

EXHIBIT INDEX

                                              Page
Exhibit No. 88....................... 46
   BP Gulf of Mexico Regional Oil
   Spill Response Plan; Issue Date:
   12/01/00; no Bates numbers
Exhibit No. 89....................... 58
   E-mail from Jesse Cornelson to
   Hieu Do dated 7/9/2010; Subject:
   Project 1500; Bates Numbers
   BP-HZN-2179VOO00105202

**PURSUANT TO CONFIDENTIALITY ORDER**

**241**

1  Q. Who was Wagner?
2  A. Bill Wagner would at times -- at
3  times he was the deputy branch director, so
4  he was reporting to me.
5  Q. Okay. I apologize. I got that
6  backwards. All right.
7      And so he's sending an e-mail
8  to -- who's moorm1?
9  A. I don't know.
10 Q. And then Richard Turner, who is
11 Rich -- Richard Turner?
12 A. Richard Turner worked for
13 Parsons.
14 Q. He worked for who?
15 A. Parsons.
16 Q. Okay. And who is Parsons?
17 A. Parsons was a contractor. They
18 supplied people and some services.
19 Q. Okay. And then copied Charlotte
20 Thompson, Jesse Cornelson, Hieu Do, yourself,
21 correct?
22 A. That's correct.
23 Q. And Heather Hardin and Kelly
24 Wilson; is that right?
25 A. That's right.

**242**

1  Q. And it's a VoO vessel DEMOB
2  notification?
3  A. That's right.
4  Q. And does that mean
5  demobilization notification?
6  A. That's how I would interpret it.
7  Q. Okay. And -- and it says,
8  "Webb/Rick - We're trying to make sure that
9  we minimize the time it takes for a VoO
10 vessel to get DECON and inspected prior to
11 being taken off-hire."
12     Is that correct?
13 A. That's correct.
14 Q. And then he goes on to say, "And
15 it appears that we've had a few glitches in
16 the recent past."
17     Did I read that correctly?
18 A. You did.
19 Q. Okay. "In order to make sure
20 your site supervisors are informed in a
21 timely manner of VoO vessels that need to go
22 to DECON and to ensure that they send vessels
23 in a timely manner, we have come up with the
24 following process."
25     Did I read that correctly?

**243**

1  A. Yes.
2  Q. And the process is as follows:
3  It says, "1) The site supervisors will
4  receive daily staging area report which
5  lists," in parentheses, "2 days prior, the
6  vessels which will be going off-hire."
7      Did I read that correctly?
8  A. Yes.
9  Q. And then, "2)," the second part
10 is: "Please have the Site Supervisors call
11 Jacob Moore."
12     Who is Mr. Moore?
13 A. Jacob Moore was working in the
14 operations section.
15 Q. Okay. And what was his title?
16 A. I don't remember --
17 Q. Okay.
18 A. -- actually.
19 Q. And it says, "Will have" --
20 "will call Jacob" -- "Please have the Site
21 Supervisors call Jacob Moore, who is
22 coordinating the VoO vessel decon, with the
23 list of vessels which will require DECON.
24 Jacob will fill out the required forms and
25 will schedule the vessels with DECON sites."

**244**

1      Did I read this correctly?
2  A. Yes.
3  Q. And it says, "Hopefully this
4  will prevent the VoO invoices for days in
5  excess of their on-hire days and will prevent
6  the DECON sites from turning away the VoO
7  vessels which need DECON. Please see me if
8  any questions."
9      Were you aware that there
10 were -- that there were sites -- decon sites
11 that were turning away VoO vessels which
12 needed decon?
13 A. I was aware that some vessels
14 which required decon were unable to get it
15 promptly.
16 Q. And why was that?
17 A. They would have been waiting for
18 other vessels to go through the decon
19 process.
20 Q. And they were being turned away?
21 A. I believe that they were waiting
22 to go through the decon process.
23 Q. Do you know why Mr. Wagner says
24 that there were decon sites turning away VoO
25 vessels that needed decon?

**PURSUANT TO CONFIDENTIALITY ORDER**