## AFFIDAVIT OF RONNIE ANDERSON

**PARISH OF ORLEANS**
**STATE OF LOUISIANA**

BEFORE ME, the undersigned notary, personally came and appeared:

**RONNIE ANDERSON**

a person the full age of majority, domiciled and residing, in the Parish of Terrebone, State of Louisiana, and, after being sworn, did depose and state as follows:

1. I am a duly licensed commercial shrimper and fisherman. After the explosion of the Deepwater Horizon and the subsequent oil spill, I wanted to assist in efforts to fight the oil spill and save the wetlands that it is the backbone of our community in South Louisiana. I under went BP safety training and had my vessel inspected by BP to determine whether it was suitable to be used to assist BP in remediation efforts. My vessel and myself were subsequently hired by BP to work in the burn area near the source of the spill site, Mississippi Canyon 252. Initially, because of weather conditions, we would work a couple of days on and then we would go in for a day or two because of weather conditions.

2. Beginning Saturday, May 22, 2010, we were told that we would remain in the water, on site 24 hours a day for the entire work week and in fact did so. During my time working on the burn crew, there was at least one occasion where chemicals, we were told were dispersants, were sprayed from airplanes directly above us. At night, we have heard planes flying above us and believe that the spraying of dispersants continues at night. I was subsequently told by Coast Guard officials that dispersants should not be sprayed within 5 miles of a boat. However, as stated above, I on one occasion observe spraying directly above my vessel well within the 5 mile limit. In addition, attached as Exhibit "A" is a photograph taken by another commercial fisherman; the plane which sprayed dispersants over my head was even closer than what is depicted in Exhibit "A".

3. We are constantly working around oil, burning oil, and dispersants while performing remediation efforts. My vessel is constantly covered in oil and other chemicals during these operations. BP has not supplied any air protection devices on my vessel to any of the crew members. To my knowledge, BP has not supplied air protection devices to any of the fishing vessels used in the burn operations. We were told that vessels would be detoxed every time they came ashore, but to date my vessel has never been cleaned or inspected to ensure that

it is not contaminated with oil, despite the fact that my vessel has come ashore on a regular bases. The only personal protective equipment supplied to workers on my boat by BP are paper suits (Tyrec).

4. Beginning on Monday or Tuesday, May24th or May 25th, I began to suffer severe headaches, nausea, and a strange dryness and irritation in my nose. I continued working, but when my shift finished I went in and saw my doctor to check into possible chemical exposure. I am expected to go back to the burn group tomorrow and at this time I do not had the results from testing my physician has performed. I am deeply concerned that reporting safety issues and health issues will cause me to loose my job out in the gulf.

5. This Affidavit is made based upon my own personal knowledge, information and belief.

6. Further, the Affiant sayeth not.

This 29th day of May, 2010.

_____
**RONNIE ANDERSON**

SWORN AND SUBSCRIBED
BEFORE ME THIS 29TH
DAY OF MAY, 2010.

_____
NOTARY PUBLIC
James C. Klick, La. Bar No. 7451.
My Commission Expires at Death.

Page 2