IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## DECLARATION OF VICTOR ANIBAL CARIAS IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

VICTOR ANIBAL CARIAS, declares under penalty of perjury as follows:

1. My name is Victor Anibal Carias. I am over the age of twenty-one (21) years of age and I reside at 532 Terry Parkway Terrytown, LA 70056. I have personal knowledge of the matters contained in this Declaration.

2. I began working on the oil spill cleanup response in May 2010. I was hired to work on the beach in Port Fourchon.

3. I was employed by Tamara's Group. I worked as a supervisor. I was given orders by ES&H, and it was my job to explain these orders to the people who worked beneath me. Approximately 22 people worked for me. Sometimes I was given orders directly by the ES&H supervising company, O'Brien's.

4. Between approximately May and November of 2010, there were many different times when PPE was not available to the clean-up workers. Sometimes supervisors allowed

clean-up workers to do work without PPE, and sometimes supervisors did not allow clean-up workers to do work without PPE.

5. Around November, I was approached by a supervisor from O'Brien's named Morgan. He told me to make my people work cleaning up the oil without PPE. At the time we were waiting for gloves and "chicken feet" to arrive to our tent. "Chicken feet" were disposable plastic rubber boots used to protect feet and/or footwear. Morgan told me to stop waiting and make my people work without the PPEs. I told him no. He again told me to comply, and he warned me that if I did not I "would have problems with him." I told him I would not tell my people to work without PPE.

6. Approximately two days later, I was terminated from the job site, and my entire crew was terminated from the job site.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New Orleans, Louisiana, on June 11, 2012.

VICTOR ANIBAL CARIAS

Sworn to and subscribed before me this 11TH day of June, 2012.

Notary Public

ANTHONY IRPINO
Printed Name

24727
Louisiana Bar#

My Commission expires at death.