# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010

This Document Relates to:

*All Cases in Pleading Bundle B3*

MDL No. 2179

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

## ORDER

**CONSIDERING** the Plaintiffs' Motion for Leave:

**IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file their Omnibus Memorandum in Opposition to Defendants' Motions for Summary Judgment on Derivative Immunity and Preemption Grounds.

**SIGNED** at New Orleans, Louisiana this 18th day of June, 2012.

_____
United States District Judge