```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
     IN RE:  OIL SPILL BY    MDL NO. 2179
 3   THE OIL RIG
     "DEEPWATER HORIZON"     SECTION:  J
 4   IN THE GULF OF
     MEXICO, ON APRIL 20,    JUDGE BARBIER
 5   2010                    MAG. JUDGE SHUSHAN

 6
```

**VOLUME 1 OF 2**

Deposition of **DOUG SUTTLES** taken in the Orleans Room, Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana, on Thursday, May 19, 2011.

**APPEARANCES:**

ON BEHALF OF THE PLAINTIFFS STEERING COMMITTEE:

    WATTS GUERRA CRAFT, LLP
    (BY:  MIKAL WATTS, ESQUIRE
         DAVID V. McLENDON, ESQUIRE)
         W.D. DENIS, ESQUIRE)
    Four Dominion Drive, Bldg. 3, Suite 100
    San Antonio, Texas 78257

1   and other things and recognized the oil spill
2   response plan had to respond to the area
3   contingent plans, which are not provided by
4   the oil companies is my understanding but by
5   the Government.
6   EXAMINATION BY MR. BARR:
7       Q.      Now, you're saying that you're
8   not an oil spill plan expert?
9       A.      No.
10      Q.      But you were charged with
11  implementing the plan, correct?
12      A.      My charge was to be BP's senior
13  representative in -- in Unified Area Command.
14  I don't believe the qualifications for that
15  are you have to be an oil spill expert.  I
16  think it's you have the capability to lead a
17  large organization.
18      Q.      How do you implement a plan that
19  you aren't an expert on?
20      A.      You use our trained responders
21  to do that, which is what we did.
22      Q.      So you relied on others?
23      A.      Absolutely.  We had, I think,
24  somewhere north of 45,000 people involved in
25  the response.