UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL          )   MDL NO. 2179
BY THE OIL RIG             )
"DEEPWATER HORIZON" IN     )   SECTION "J"
THE GULF OF MEXICO, ON     )
APRIL 20, 2010             )   JUDGE BARBIER
                           )   MAG. JUDGE SHUSHAN

            Deposition of EDMOND THOMPSON,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 13th day of December, 2011.

PURSUANT TO CONFIDENTIALITY ORDER

Page 78

1  number.
2      Q.  Did -- did the VoO -- did VoO
3  logistics create a hotline so that vessel
4  owners could call and present questions?
5      A.  I know we gave vessel owners
6  a -- that were activated a phone number to
7  call back to. That's probably it, but I
8  don't recall the number.
9      Q.  And those were only vessel --
10 vessel owners that were put on-hire were
11 given that number?
12     A.  There may have been other ways
13 to get the number but that.
14     Q.  Where -- where would vessel
15 owners who had signed the agreement but were
16 not placed on-hire, was there a number they
17 could call for inquiries?
18     A.  We did not provide them a
19 specific number.
20     Q.  Okay. Now, if we turn to the
21 first page of this exhibit marked 108630, I
22 think you just referred to John Husum's
23 response where he states, "The line which you
24 referred to is being removed from the website
25 as it is contrary to the agreement."

Page 79

1      Do you know if that -- if the
2  line was ever actually removed from the
3  Website?
4      A.  I know John -- I recall
5  discussing this with John, and he was -- he
6  was going to see to it.
7      Q.  Did -- do you know if he ever
8  actually did it?
9      A.  I don't recall.
10     Q.  Do you know when the Website was
11 put on-line?
12     A.  No.
13     Q.  If you could turn with me to
14 tab 32. This is a document entitled
15 "Deepwater Horizon Incident Situation
16 Executive Summary," and it's dated May 15,
17 2010. It's Bates-stamped 105400 through
18 105406.
19     Mr. Thompson, did you ever
20 receive situation executive summaries during
21 your time in VoO logistics?
22     A.  No.
23     Q.  Have you ever seen one of these
24 documents before?
25     A.  No.

Page 80

1      THE REPORTER: Do you need to mark that
2  one?
3      MR. BILSBORROW: No, we're not going to
4  mark it. No, sorry.
5      Q.  (BY MR. BILSBORROW) Were you
6  familiar with a company called Parsons?
7      A.  Yes.
8      Q.  Did you work with them
9  directly --
10     A.  Yes.
11     Q.  -- when you were in VoO
12 logistics?
13     A.  Yes.
14     Q.  How did you work with them?
15     A.  I -- I worked with contracting
16 to hire them to assist us with the
17 logistics -- in-the-field logistic support of
18 Vessels of Opportunity.
19     Q.  I guess I should ask you, do you
20 know what Parsons' business is? Do you know
21 what they do?
22     A.  I only discussed their
23 capability to conduct the activities we
24 requested of them.
25     Q.  What did you hire them for,

Page 81

1  again?
2      A.  To assist us with the field
3  logistics, the -- the field activities
4  necessary to support the VoO.
5      Q.  What do you mean by "the field
6  logistics"?
7      A.  Deployment, helping to
8  coordinate deployment, and refueling, those
9  kinds of things.
10     Q.  How would Parsons help
11 coordinate deployment?
12     A.  By establishing deployment
13 sites.
14     Q.  So did Parsons actually -- were
15 they in charge of the deployment sites?
16     A.  Parsons' contractors or
17 employees would be in charge of the
18 deployment sites.
19     Q.  Did BP have any employees at the
20 deployment sites?
21     A.  I have no direct -- no, I don't
22 know.
23     Q.  So to the best of your
24 knowledge, the deployment sites were
25 primarily staffed by Parsons' employees?

21 (Pages 78 to 81)

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)

092b48aa-465b-4036-a78e-126ef219151c

Page 82

```
         1    A.   Yes.
         2    Q.   And what was their role at the
         3    deployment site?
         4    (Interruption.)
10:59    5    MR. ESBROOK: Can we take a second and
         6    go off the record?
         7    MR. THUESEN: My watch, I don't know.
         8    MR. ESBROOK: Can we take like two
         9    minutes?
10:59   10    MR. BILSBORROW: Yeah.
        11    THE VIDEOGRAPHER: We're off the
        12    record. It is 10:58 a.m.
        13    (Recess from 10:58 a.m. to 11:10 a.m.)
        14    THE VIDEOGRAPHER: We are back on the
11:11   15    record. It's 11:10 a.m., and this is the
        16    beginning of tape 3.
        17    Q.   (BY MR. BILSBORROW)
        18    Mr. Thompson, before we broke we were talking
        19    about Parsons' role at the deployment sites,
11:12   20    and you testified that Parsons coordinated
        21    the deployment sites; is that correct? Is
        22    that accurate?
        23    A.   I testified that I hired Parsons
        24    to coordinate the field logistics for the
11:12   25    VoO.
```

Page 83

```
         1    Q.   And one of those tasks was to
         2    coordinate deployment sites?
         3    A.   That was the concept. In the
         4    first couple of weeks when I was there we
11:12    5    were just putting big pieces of -- in place.
         6    You know, how they actually unfolded, you
         7    know, happened subsequent to that.
         8    Q.   But you hired --
         9    A.   Yes.
11:12   10    Q.   -- Parsons, correct? So what
        11    was your understanding of their specific role
        12    when you hired them?
        13    A.   To support the field activities
        14    necessary to make the VoO function.
11:13   15    Q.   And when you say support field
        16    activities, what did you convey to Parsons
        17    specifically that you wanted them to do?
        18    A.   Establish deployment sites and
        19    coordinate things like refueling, things of
11:13   20    that nature.
        21    Q.   And with respect to establishing
        22    deployment sites, what did you convey to
        23    Parsons that you wanted them to do at the
        24    deployment sites?
11:13   25    A.   At the stage we were in setting
```

Page 84

```
         1    things up it was just a broad concept of
         2    having a place for the VoO -- VoO boats that
         3    were trailer-launched or launched from a
         4    trailer, of VoOs that were the kinds of boats
11:13    5    that stayed in the water had a place to, you
         6    know, congregate to -- to be handed over to
         7    operations.
         8    Q.   Did you have a conversation with
         9    Parsons that you expected them to verify that
11:14   10    a vessel met the safety requirements imposed?
        11    A.   During my tenure there, no.
        12    Q.   So when you signed the contract
        13    with Parsons it literally was no more
        14    specific than your job is to establish
11:14   15    deployment sites?
        16    A.   I didn't --
        17    MR. ESBROOK: Objection to form.
        18    You can answer.
        19    A.   (Continuing) I did not sign a
11:14   20    contract with Parsons.
        21    Q.   (BY MR. BILSBORROW) How did you
        22    hire them?
        23    A.   We discussed the broad concepts
        24    of how we wanted to use them, and then the
11:14   25    contracting officer coordinated the -- the
```

Page 85

```
         1    hiring process.
         2    Q.   Did you ever look at the
         3    contract to make sure that it captured the
         4    responsibilities you envisioned for Parsons?
11:14    5    A.   No.
         6    Q.   Did you ever speak with the
         7    contracting officer to convey what it was
         8    that should be contained in the contract?
         9    A.   Honestly, I don't recall. I'm
11:15   10    sure I did, but I don't recall.
        11    Q.   Do you recall whether you
        12    identified the various responsibilities that
        13    Parsons was force -- supposed to perform at
        14    the deployment site for any individual above
11:15   15    you in BP?
        16    A.   The discussions were all broad
        17    terms of reference that --
        18    Q.   What do you -- what do you mean
        19    when you say "the discussions were broad
11:15   20    terms of reference"?
        21    A.   That Parsons' role in the VoO
        22    program would be to establish deployment
        23    sites and things of that nature.
        24    Q.   So how would -- if Parsons
11:15   25    wasn't performing up to your standards, how
```

22 (Pages 82 to 85)

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)

092b48aa-465b-4036-a78e-126ef219151c

Page 86

```
1:16    1   would you get them to comply with the
        2   standards you wished for them to follow?
        3       A.   That's hypothetical. It never
        4   happened, you know, while I was involved with
1:16    5   the VoO program.
        6       Q.   So to the best of your
        7   recollection you never specified to anyone in
        8   BP the specific roles you wanted Parsons to
        9   fulfill at the deployment sites?
1:16   10       MR. ESBROOK: Objection; form.
       11       A.   Could you -- I'm not sure I
       12   understand the question.
       13       Q.   (BY MR. BILSBORROW)  Well, is it
       14   your testimony that you only spelled out
1:16   15   broad standards or broad responsibilities for
       16   Parsons, but never specified exactly what you
       17   wanted them to do at the deployment sites?
       18   For example, did you ever specify that
       19   Parsons was responsible for verifying each
1:17   20   vessel met the safety requirements imposed by
       21   the Unified Command?
       22       A.   I did not.
       23       Q.   Do you know if anyone did?
       24       A.   I don't know.
1:17   25       Q.   Did you ever produce a document
```

Page 87

```
        1   containing the standards that BP expected of
        2   Parsons?
        3       A.   No.
        4       Q.   Do you know if anyone did?
1:17    5       A.   That would have been part of the
        6   contract with Parsons.
        7       Q.   Do you know that it was included
        8   in the contract?
        9       A.   I never read the contract with
1:17   10   Parsons.
       11       Q.   So you don't know whether it was
       12   included?
       13       A.   Correct.
       14       Q.   Did you ever become aware of any
1:17   15   problems that BP had with how -- the way that
       16   Parsons was running the deployment sites?
       17       A.   No.
       18       Q.   Did you have any role in
       19   establishing the decontamination procedures
1:18   20   for the Mobile ICP?
       21       A.   No.
       22       Q.   Who did?
       23       A.   The operations and the -- that
       24   would have been a collaboration amongst the
1:18   25   operations and the environment unit.
```

Page 88

```
        1       Q.   Do you know when this -- they
        2   first established the decontamination sites
        3   for the Mobile region?
        4       A.   No.
1:18    5       Q.   Did you have any input at all
        6   into how those decontamination sites would
        7   work?
        8       A.   I received -- as Deputy Incident
        9   Commander I received a presentation on how
1:19   10   the decontamination sites were going to be
       11   organized.
       12       Q.   Do you recall when you received
       13   that presentation?
       14       A.   I don't recall the date.
1:19   15       Q.   Do you recall providing any
       16   input after you received that presentation?
       17       A.   I -- I thanked them for their
       18   work, and that was it.
       19       Q.   Who provided you with the
1:19   20   presentation when you were Deputy Incident
       21   Commander?
       22       A.   It was the decontamination unit
       23   leader in operations.
       24       Q.   Do you remember who that was?
1:19   25       A.   No.
```

Page 89

```
        1       Q.   What did the presentation say
        2   about how the decontamination sites needed to
        3   be set up?
        4       A.   We really talked about where
1:20    5   they would be, so the locations of the sites
        6   were depicted and the -- from the command
        7   point of view the -- to ensure that the other
        8   members of the Unified Command had -- had --
        9   you know, had a chance to have their staff
1:20   10   involved in the deployment was the important
       11   thing -- or involved in the development of
       12   the decontamination sites was the important
       13   consideration for me and -- and the fact that
       14   the environment unit, which also included
1:20   15   federal and state agencies, had a -- a hand
       16   in -- in the development. That was the --
       17   the command's ma- -- you know, major focus.
       18       Q.   Do you remember what sort of
       19   input the federal and state agencies had on
1:20   20   the creation of the decontamination sites?
       21       A.   I don't know those details.
       22       Q.   Now, you received this
       23   presentation when you were Deputy Incident
       24   Commander?
1:20   25       A.   That's correct.
```

23 (Pages 86 to 89)

PURSUANT TO CONFIDENTIALITY ORDER