## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL     ) MDL NO. 2179
BY THE OIL RIG       )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010       ) JUDGE BARBIER
                     ) MAG. JUDGE SHUSHAN

***************
VOLUME 1 of 1
***************

Deposition of HOI NGUYEN, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on October 6, 2011.

## Page 2

APPEARANCES

APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
Mr. Ian Taylor
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, Louisiana  70130

Ms. Robin Greenwald
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Mr. Scott L. Sternberg
BALDWIN, HASPEL, BURKE & MAYER
1100 Poydras Street, Suite 3600
New Orleans, Louisiana  70163

Mr. Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana  70601

APPEARING FOR THE PLAINTIFF HOI NGUYEN:
Mr. Robert B. Wiygul
WALTZER & WIYGUL
1011 Iberville Drive
Ocean Springs, Mississippi  39564

Mr. Joel R. Waltzer
WALTZER & WIYGUL
3715 Westbank Expwy., Suite 13
Harvey, Louisiana  70058

APPEARING FOR BP, INC.:
Mr. Christopher J. Esbrook
Mr. Ryan Babiuch
KIRKLAND & ELLIS
300 North LaSalle
Chicago, Illinois  60654
Mr. Matthew C. Thuesen
KIRKLAND & ELLIS
655 Fifteenth Street, NW
Washington, D.C.  20005-5793

## Page 3

APPEARING FOR TRANSOCEAN:
Mr. Carl J. Hebert
PREIS & ROY
601 Poydras St., Suite 1700
New Orleans, Louisiana  70130

APPEARING FOR O'BRIEN'S RESPONSE MANAGEMENT, INC., AND NATIONAL RESPONSE CORP.:
Mr. Jeremy T. Grabill
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, New York  10153-0119

APPEARING FOR DRC EMERGENCY SERVICES, LLC, AND DANOS & CUROLE STAFFING, LLC:
Mr. Sean P. Brady
FLANAGAN PARTNERS, LLP
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana  70170

ALSO PRESENT:
Ms. Samantha Nguyen, Waltzer & Wiygul
Mr. Felix Hien Cao, Baldwin, Haspel,
  Burke & Mayer
Ms. Melissa Bardwell, Videographer
Mr. Jaison Vouie, Vietnamese Interpreter

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
HOI NGUYEN
OCTOBER 6, 2011
VOLUME 1 of 1

                                    Page
APPEARANCES............................ 2

EXAMINATION BY MR. ESBROOK............. 8
EXAMINATION BY MR. WIYGUL.............. 154

CHANGES AND SIGNATURE.................. 158
REPORTER'S CERTIFICATION............... 160

EXHIBIT INDEX

                                    Page
Exhibit No. 1.......................... 32
    Master Vessel Charter
    Agreement dated May 12, 2010; Bates
    Nos. BP-HZN-2179VOO00002394 through
    BP-HZN-2179VOO00002413

Exhibit No. 2.......................... 32
    Master Vessel Charter
    Agreement dated May 2, 2010 for MY
    ANGEL II and Hoi Nguyen; Bates No.
    BP-HZN-2179VOO00002448 through
    BP-HZN-2179VOO00002463
Exhibit No. 3.......................... 40
    Declaration of Hoi Nguyen
    dated August 26, 2011; no Bates
    numbers

**PURSUANT TO CONFIDENTIALITY ORDER**

**Page 65**

```
 1   MR. ESBROOK:
 2       Okay. Can we take a quick five?
 3   MR. WIYGUL:
 4       Sure.
 5   THE VIDEOGRAPHER:
 6       Okay. Time now is 10:31 a.m., and
 7   we are off the record.
 8       (Short recess.)
 9   THE VIDEOGRAPHER:
10       This begins Tape 4 of today's
11   deposition. Time now is 10:40 a.m., and we are
12   back on the record.
13   EXAMINATION BY MR. ESBROOK:
14   Q.  So, Mr. Nguyen, we talked about this
15   period from May 31st until July 16th when you
16   were out on the water and pulling boom and
17   looking for oil, right?
18   A.  Yes, that's correct.
19   Q.  And on July 16th you received a call
20   from a woman who spoke Vietnamese and told you to
21   get your boat cleaned and then go home, right?
22   A.  That's correct.
23   Q.  And who was that?
24   A.  I don't know. They just told -- I
25   just know that they work for BP and -- and they
```

**Page 66**

```
 1   told me to go there and -- and de --
 2   decontaminate my boat, and that was it.
 3   Q.  Okay. And so what'd you do?
 4   A.  They did the same thing we always
 5   do, they gave me a LORAN number. I'd go to that
 6   location, I'd decontaminate that boat, and then I
 7   go home.
 8   Q.  Okay. Well -- so you went and got
 9   your boat decontaminated, right?
10   A.  Yes.
11   Q.  Okay. Where was this?
12   A.  Close to Mobile or close to Mobile
13   bridge, Dauphin Island, something like that.
14   Q.  Okay. And can you tell me what they
15   did to decontaminate your boat?
16   A.  They would tell me to get there
17   and -- and -- and -- and wait. And when I got
18   there, there was a boat in front of me, and when
19   that boat had finished, I pulled my boat in to
20   get decontaminated.
21   Q.  Okay. I don't know a lot about the
22   decontamination process. Can you tell me what
23   they did to decontaminate your boat?
24   A.  They -- I would -- I would get close
25   to the side and they would come up on top and
```

**Page 67**

```
 1   they would pressure wash my boat down, kind of
 2   like a car wash.
 3   Q.  Okay. So it's cleaning your boat,
 4   essentially?
 5   A.  Yeah, that's -- that's all they did.
 6   They told me to go home right afterwards.
 7   Q.  So they -- they pressure washed the
 8   side of your boat?
 9   A.  Yes, both sides.
10   Q.  Both sides.
11       Did they do anything else?
12   A.  That's it.
13   Q.  Did they come on board your boat?
14   A.  No.
15   Q.  Did you talk to anyone who was
16   decontaminating your boat?
17   A.  Yes, I spoke to the people who
18   decontaminate the boats.
19   Q.  And what did you say?
20   A.  I just -- just -- just petty
21   conversation, how are you, stuff like that, while
22   I'm waiting.
23   Q.  Did you talk to them aboard your
24   boat or were they on a separate boat or where
25   were you and where were they?
```

**Page 68**

```
 1   A.  I -- I stand on my boat, and they
 2   would stand on their boat.
 3   Q.  And they're decontaminating your
 4   boat from their boat?
 5   A.  Yes.
 6   Q.  Okay. So the -- they decontaminated
 7   your boat, and then you left?
 8   A.  Yes.
 9   Q.  And they didn't do anything else
10   besides pressure wash it?
11   A.  Yes, that's it.
12   Q.  Okay. Do you -- or strike that.
13       Was your boat fully decontaminated
14   when you left on July 16, 2010?
15   A.  It's not really clean, but they
16   say -- when they say, You're done, go home, we
17   just go home.
18   Q.  So you didn't feel your boat was
19   fully clean after they pressure washed it and
20   decontaminated it?
21   A.  Yes, there was still oil on it.
22   Q.  Then you didn't say anything to the
23   people decontaminating about this concern?
24   A.  No, because it was also dark at the
25   time.
```

**Page 69**

Q. It was light enough to see that there was oil on the boat, though, right?
A. Yes.
Q. Okay. Well, then, why didn't you tell any -- why didn't you say anything to the people decontaminating your boat?
A. Well, they -- it wasn't a lot. It was just, you know, little specks here and there, but it wasn't -- it wasn't really a lot.
Q. So do you feel that your boat was fully clean after that decontamination?
MR. WIYGUL:
    Object to the form.
A. Well, according to me, it's -- it's not clean. But if they say to go home, I just go home.
EXAMINATION BY MR. ESBROOK:
Q. So you didn't feel your boat was clean after decontamination on July 16, 2010?
A. That -- the first time that -- that day, that first time you're talking about that they -- they cleaned the boat?
Q. Talking about the decontamination on July 16, 2010.
A. Yes, because it's still very dirty

**Page 70**

in my opinion because the anchor still had oil and -- and the lines that I pulled the boom with still -- still had oil.
Q. So, then, why didn't you say anything to the people decontaminating your boat if you felt it was still dirty?
A. Because they just cleaned on the outside, and whatever's on -- on high up or on the boat itself, they don't clean. And -- and they just stay on their boats. They can't come on our boats, so they -- they really can't clean it.
Q. But I don't understand why you would leave the decontamination if you felt your boat was still dirty.
A. Because they -- they said they're done. We -- we have to go home, we go home. We don't want to argue with them.
Q. Why not?
A. Because they -- they tell us what to do, and we -- we do what they -- they tell us to do. We don't know to do anything else.
Q. Well, you certainly could have said that your boat was still dirty and requested that it be cleaned more fully if you thought that,

**Page 71**

right?
MR. WIYGUL:
    Objection to the form of the question.
A. But BP said that you do whatever they say. You can't argue with them.
EXAMINATION BY MR. ESBROOK:
Q. What I'm asking you, though, is that you certainly could have told them that your boat was still dirty, right?
A. Well, it's -- it's -- it's true, but the thing is BP told us that we have to do what they say, and we can't argue with what they say. So if they say -- tell us to go home, we have to go home.
Q. But it's true you could have told them?
MR. WIYGUL:
    Objection to the form.
A. Because -- we could have said it, but then if we argue with them, they may -- they might not call us back to work.
EXAMINATION BY MR. ESBROOK:
Q. Okay. But you didn't tell them you thought your boat was still dirty, right?

**Page 72**

A. Yes, I didn't say it.
Q. Okay. So what did you do after you left the decontamination sect?
A. I went home.
Q. Did you first talk to someone -- strike that.
    (Exhibit 5 marked.)
EXAMINATION BY MR. ESBROOK:
Q. Okay. Mr. Nguyen, I've handed you what's marked as Exhibit 5.
    Do you see that?
A. Yes.
Q. Do you recognize this?
A. Yes.
Q. Can you look at the bottom of the page, please?
    Do you see your signature?
THE WITNESS:
    Yes.
A. (Through the interpreter) Yes.
EXAMINATION BY MR. ESBROOK:
Q. Okay. That's your signature?
THE WITNESS:
    Yes.
A. (Through the interpreter) Yes.

PURSUANT TO CONFIDENTIALITY ORDER