**37**

| | |
|---|---|
| **From:** | Jaikissoon, Renny |
| **To:** | 1af.afnsep@tyndall.af.mil; Owens, Amanda (PETROFAC); anthony.hoover@tyndall.af.mil; Bozeman, Walt; Perkins, Brian W; charlene.c.holliday; christopher.j.williammee@uscg.mil; Fletcher, Randy S; john.p.roos@uscg.mil; kenneth.alexander@navy.mil; kevin.c.carroll@uscg.mil; Lofaro, Veronica W; mark.a.freymuth; MC252_Mobile_JIC_Admin; Mobile OPS Admin; Mobile OPS Chief Admin; mobilesitunit@gmail.com; O'Neill, Ronan; patricia.c.elliston; Pfannstiel, Robert; Planning_Section_Mobile; Pope, Michael D; Putnam, John; RICHARD.J.SCHULTZ@USCG.MIL; Rivera, Katherine A; Robert.g.carlyle1@uscg.mil; scherry.douglas@tyndall.af.mil; Seilhan, Keith A; Todd.mccubbin@tyndal.af.mil; valerie.kahikina |
| **Sent:** | 6/18/2010 7:16:09 AM |
| **Subject:** | Executive Summary Report Operations for June 17th 2010 |
| **Attachments:** | Exec Summary Report OPS 6-17-10 .pdf |

Goodnight All

Please find attached the Executive Summary Report Operations for June 17th 2010.

Best Regards
*Renny H. Jaikissoon*
Mobile, Alabama - Operations Section Chief (Night)

È 251 648 8099 - Ops Section Chief
È (868) 468 1711
: Renny.Jaikissoon@bp.com

Confidential

BP-HZN-2179VOO00106074

# EXECUTIVE SUMMARY REPORT
# OPERATIONS
# June 17, 2010 - Final Version

| Emergency Response Team (ERT) |
|---|

**ALL ERT TEAMS ACTIVE WITH NUMEROUS REPORTS IN THE ALABAMA AND FLORIDA AREA**
Cases/Responses 0600-1645
15 Cases processed/responded, 4 cases in-process for response.

ALABAMA:
- ERT Dauphin Island/Bayou La Batre – Mobile County, Alabama, team conducted patrols two patrols of the Dauphin Island, Gulf Side, West End Island and most of Mississippi Sound. No oil sightings, reported water as clean.
- ERT Dauphin Island/Theodore – Mobile County, Alabama, team was underway conducting area familiarization in the Mobile River, north of Division 4.
- ERT Orange Beach/Mobile Bay East – Mobile and Baldwin County, Alabama, responded to report of oil at Gulf Shores from sea turtle volunteer, responded to oil on private property at Orange Beach and responded to oil at Fairhope at Hwy 32 and bridge that crosses Fish River. Discovered film and brown foam on the surface, contacted Sector Mobile Response and turned case over to them (NRC# 944412).

FLORIDA:
- ERT Pensacola 1 – Escambia County, Florida, Divisions 1-3, Okaloosa County Division 1. Team responded to 3 cases of oil / tar balls in Escambia County Division 2.
- ERT Pensacola 2 – Escambia County, Florida, Divisions 1-3, Okaloosa County Division 1. Team responded to 2 cases of oil / tar balls in Pensacola Beach area.
- ERT Panama City – Okaloosa County Division 2, Walton County, Divisions 1-2, Bay County Divisions 1-3 Florida. Team responded to 5 reports of oil / tar balls on beaches from Port Walton to Panama City. All cases had beaches cleaned by contractors. Team responded to a request to observe skimming operations at Destin Pass Florida. Team reported no skimming ops underway, since no skimming was required. Team is currently evaluating boom placement and will send pictures.
- ERT Port St. Joe – Gulf County Divisions 1-3, and Franklin County, Divisions 1-3 Florida. Beach and harbor patrols conducted in the area. Responded to report of oil on the beach at Port St. Joe. No oil or tar balls found.

MISSISSIPPI:
- ERT Pass Christian – Hancock County, Mississippi, Divisions 1, 2, and 3. Area familiarity, Bayou Caddy Harbor patrol. Responded to a report of oil in Bay ST Louis, unfounded, Nothing significant to report.

Confidential

- ERT Biloxi – Harrison County, Mississippi, patrolled Harrison County Division 4 beaches. Patrolled beaches Gulfport to Ocean Springs. Nothing significant to pass.
- ERT Pascagoula 1, Jackson County, Mississippi performed air boat patrols to Div. 4, checked out boom on Singing River Island, vehicle patrol to water access in Div. 3. Nothing significant to pass.

## Alabama Update

- Oil impact response continues for Ft. Morgan, Gulf Shores and Orange Beach
- 2 Beach Cleaners working a 4 mile stretch in Ft. Morgan
- **West End DI:** 273 personnel (16 crews), 28 bags (700 lbs) oil
- **East End DI:** 308 personnel (31 crews) 83 bags (2000 lbs) oil
- **West Island:** 15 personnel (nobody working beach, just SCAT and logistics personnel making assessment.
- **Dauphin Island div 1- Removed remaining snare boom on the north side of Dauphin Island from Katrina cut to the east.**

- **Division 2- bayou la batre**

    - Hard boom, snare, and sorbent are 100% complete from Mississippi line to dauphin island bridge
    - Picking up contaminated snare and sorbent boom west of Bayou La Batre
    - 4,950 of snare boom was deployed in West Grand Bay

- **Division 4- Kerr Mcgee** - Inspection and maintenance in all areas of the division

## Florida Update

- Walton County- Beach survey with cleanup crews
- Bay County 1- collected 115 tar balls
- Bay County 3 – collected 7 tar balls
- Beach Ops. Boom maintenance, planning for beach cleanup for beach on Bay County 2
- Patrolled beaches in Gulf and Franklin County deployed boom in Franklin
- Severe lighting cause boat operations to seek safe harbor and land operations to return to staging site

## Mississippi Update

- All divisions perform boom maintenance, repair and replacement. Ongoing beach patrol for tar balls.
- Hancock County: Cleaned seven miles of beach. We did not have impact here but they walk the beach and pick up tar balls and anything that looks black. Deployed 2,300 feet of hard boom and 4,800 feet of sorbent boom.

Confidential                                                    BP-HZN-2179VO000106076

- Harrison County: Ongoing maintenance and checking to ensure culverts and outfalls are protected with absorbent boom Took out 750 feet of damaged boom.
- Jackson County Division 1: Replaced 1000 feet of boom. Crews worked on horn Island dealing with large oily mats just off shore in 3-4 feet of water. This covers about 3-4 mile long stretch. They have a small crew trying different methods of dealing with it.
- Jackson County Division 2: Had two injuries on motion sickness (worker ok) Second injury was Safety tech twisted ankle deploying to Petit Bois Island out of a boat. Ice applied, should be fine. Collected 9,000 lbs of solid material and replaced 700 feet of boom.
- Jackson County Division 3: Replaced 900 feet of boom.
- Jackson County Division 4: Collected 300 lbs of solid material for urgent request in Point Aux Chenes / Grand Bay area. Deployed 3,280 feet of sorbent boom and 4,750 snare boom.

## Staging

- Assisted in resolving labor / contractual dispute at the Theodore Staging Area (between BP contractor and yard operator).
- Assisted in founding and moving missing 'Alaskan boom' and accessories from the Resolve yard at Theodor.
- Preparing St. Joe Staging Area for night shift support operations.
- Implemented offshore ops consumables re-supplying scheme.
- Working with Resources and Logistics teams on streamlining current ("213") requisition / sourcing process.

## Offshore Branch

- 5 Fully operational Task forces under Group 700 established.
- Actively building Group 800 to include (5) Task Forces. Strategy to focus on East/West division of Offshore Operations.
- Working to obtain a floating port to provide logistical support to Group 800.
- Expect to obtain 2 MM+ bbl storage capacity by Saturday.
- Aerial flights continue to be effective / efficient resource for direct asset deployment to heavy oil recovery through direct VHF communications with Task Force Leaders. Flights with VHF communications capabilities are requested.
- Recovered 3228 bbls of oil as of 0600AM 17Jun2010.
- Additional equipment ordered for TF 703 (MIGHTY SERVANT 3) to maximize efficiency and capability for oil skimming with a large vessel being implemented. Concerns with slips/trips/falls on deck. Equipment requests in logistics process.
- USCG Strike Team VOPS system ordered to facilitate low viscosity oil pumping from VOSS/SORS vessels to tank barges.
- Offshore TF's are being repositioned to meet eastern leading edge of heavy recoverable oil with the exception of TF-703 (MIGHTY SERVANT 3).
- CGC Oak embarking public relations detachment.

Confidential                                                           BP-HZN-2179VOO00106077

- 2 Current Busters working IVO of Perdido Pass and one with TF 704.
- 2 additional current busters at Theodore Staging in being prepared for deployment.

**TASK FORCES**
- 701: 15 NM South of Pensacola Beach, FL
- 702: Fwd logistics / static location. Waste Reclamation and Supply of Fuel, PPE, and resources as well as conducting VOO oil recovery operations 9 NM Southeast of Perdido Pass
- 703: 34 NM South of Orange Beach, AL conducting skimming operations.
- 704: 15 NM Southeast of Pensacola Beach, FL conducting skimming ops and utilizing one Ocean Buster. VOOs operating along with (2) current busters IVO Perdido Pass.
- 705: 5 NM South of Ft Walton Beach, FL

## Near Shore Branch

**Task Force 1:** - Protecting waters in and around Pensacola Bay and Destin

**Task Force 2:**
- Voss Vessels- Near Shore are off of Dauphin Island
- Near Shore are off of Dauphin Island

**Task Force 3:**
- Voss vessels- En-route to Destin, Fl
- Shallow Water Drum Skimmers en-route to Pensacola
- JBF Skimming Operating- Perdido Pass area.

**Task Force 4:**
- Voss Vessels- in the near shore area of Perdido Pass
- Shallow water barge skimming systems :protected at Perdido Pass

**Task Force 5:**
- Voss Vessels- in near shore waters around Petit Bois Island
- Shallow Water drum skimmers-in protected waters around Petit Bois Island

Confidential                                        BP-HZN-2179VOO00106078

### Decon

*Biloxi*
- Cleaned 1,000 ft boom
- No safety issues
- Have placed order for flammables cabinet
- Visitors: EPA-Region 4, & NIOSH

*Theodore*
- Production: Patriot deconned appox 13,000 lf (at reporting time), plus one vessel
- No safety issues to report
- Water treatment system mods needed

**Bayou Chico:**
- Minor safety issues being addressed.
- Black Flag from 1200:1250
- Lightening stand down commences @1430 and currently in-force.

**Port St. Joe:**
- Scheduling and Mobilization planning

### Vessels of Opportunity (VOO)

MISSISSIPPI
- Continuing to build number of vessels to conduct oil collection ops;  training conducted at Pt Cadete
- Sorbent/snare ops concentrated around barrier islands
- Surveillance efforts concentrated in barrier island passes and south of barrier islands
- USCG FOSC and VOO OPS Branch Director meeting with Mayor of Bayou La Batre

ALABAMA
- USCG FOSC and VOO OPS Branch Director meeting with Mayor of Dauphin Island
- Continuing to build number of vessels to conduct oil collection ops;  training conducted at Orange Beach

FLORIDA
- Transferring more VOO's to Offshore Branch, Nearshore Branch, and FL Branch Director.
- Continuing to build number of vessels to conduct oil collection ops;  expect to have (40) additional boats available out of the Fish COOP in Destin 6/18.
- Decon remains a problem at every location.  VOO's involved in oil collection at Destin will remain in the water.
- Waste management remains an obstacle except in Destin.

Confidential                                                BP-HZN-2179VOO00106079

**Total VOOs under VOO Operational Control;**

| MS    | 900  |
|-------|------|
| AL    | 861  |
| FL    | 313  |
| TOTAL | 2074 |

**Total VOOs under Branch Operational Control**

| AL        | 30  |
|-----------|-----|
| NEARSHORE | 104 |
| OFFSHORE  | 64  |
| TOTAL     | 198 |

**TOTAL VOOS;**             2272

| Boom Deployment Information | | | |
|---|---|---|---|
| State | Deployed Hard / Ocean Boom | Deployed Sorbent | % Complete vs. ACP+ |
| Mississippi | 3,850 | 8,080 | 100 |
| Alabama | 3,900 | 17,300 | 91.25 |
| Florida | 2,000 | 0 | 61 * |
| Total | 9,750 | 25,380 | |

**Mississippi:**
Mississippi will continue to maintain and reconfigure boom to protect the sensitive sites.
**Total Sorbent Deployed - 126,560**
**Total Boom Deployed – 373,050**

**Alabama:**
    Notes: Monitor all boom via twice daily over flights & surface asset checks
- Piling has begun at Perdido Pass as of 06-10-2010
- Continuing to meet double and triple boom requirements for sensitive sites
- Plans are underway to began filling Katrina Cut on Dauphin Island with rock and sand In the next 60 days.(6-11-2010)
- Night Operations continue in Little Lagoon Pass Gulf Shores and Orange Beach on 06-17-2010.
- Gulf Shores Beaches continue to be cleaned up.

**Total Sorbent Deployed -57,700**
**Total Boom Deployed – 531,500**

**Florida:**
    * Florida Tier 1 Sites & Tier 2 Sites have now been combined. Total GRP sites are 217.

**Total Boom Deployed – Phase 1 -168,400, Phase 2 - 116,300**

| Staged Information | | |
|---|---|---|
| State | Staged Hard/Ocean Boom | Staged Sorbent |
| Total at Theodore Alabama | 78,375* | 415,340* |
| Total at Florida | 75,900 | 72,600 |
| Total at Mississippi | 28,450 | 103,740 |

* Staging figures not updated. Currently being verified in the field.

## Skimming Information

### Mobile IC Totals

| | Staged | | | | Assigned | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Inshore | Near shore | Off Shore | Current Period Total | Inshore | Near Shore | Off Shore | Current Period Totals | Cumulative Total |
| Skimmers | 0 | 0 | 8 | 8 | 50 | 11 | 9 | 70 | N/A |
| Oily Water Mix Collected (bbls) | N/A | N/A | N/A | N/A | 0 | 65 | 3228 | 3,293 | 73,221 |
| Clamshell Barges | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | N/A |
| Solids Collected (cubic yards) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | 0 |

### Mississippi

| | Staged | | | | Assigned | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Inshore | Near shore | Off Shore | Current Period Total | Inshore | Near shore | Off Shore | Current Period Totals | Cumulative Total |
| Skimmers | 0 | 0 | N/A | 0 | 10 | 2 | N/A | 12 | N/A |
| Oily Water Mix Collected (bbls) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | |
| Clamshell Barges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | N/A |
| Solids Collected (cubic yards) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | |

### Alabama

| | Staged | | | | Assigned | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Inshore | Near shore | Off Shore | Current Period Total | Inshore | Near shore | Off Shore | Current Period Totals | Cumulative Total |
| Skimmers | 0 | 0 | N/A | 3 | 10 | 2 | N/A | 12 | N/A |
| Oily Water Mix Collected (bbls) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Clamshell Barges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | N/A |
| Solids Collected (cubic yards) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |

### Florida

| | Staged | | | | Assigned | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Inshore | Near shore | Off Shore | Current Period Total | Inshore | Near shore | Off Shore | Current Period Totals | Cumulative Total |
| Skimmers | 0 | 1 | N/A | 1 | 30 | 3 | N/A | 33 | N/A |
| Oily Water Mix Collected (bbls) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Clamshell Barges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | N/A |
| Solids Collected (cubic yards) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |

\* Skimming continued offshore and nearshore today (17.06.2010). Recovered 3,293 barrels of oily water mix from skimmers.