IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**DECLARATION OF TERRENCE CARROLL IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS**

TERRENCE CARROLL declares under penalty of perjury as follows:

1. My name is Terrence Carroll. I am over the age of twenty-one (21) years of age and I reside at 9315 Apricot Street, New Orleans LA 70118. I have personal knowledge of the matters contained in this Declaration.

2. Beginning in early May 2010 I worked for Global Environmental cleaning up the BP oil spill near and around Venice, Louisiana. In that capacity I was responsible for cleaning the booms, cleaning the marshlands of oil, and getting the oil out of the water and into garbage bags to be disposed of.

3. During the entire time I worked on the oil spill, we were never provided with safety masks. Some of us were provided with tyvex suits, but others were not. This is because the safety equipment was given out on a first come first serve basis. If you did not get your safety equipment soon enough, then the supervisors told you that you would have to wait until

the next batch of safety equipment came around again. Normally, the new safety equipment was delivered every few weeks.

I declare under penalty of perjury that the foregoing is true and correct. Executed at __New Orleans__, Louisiana, on June, __9__, 2012.

_____
TERRENCE CARROLL

Sworn to and subscribed before me this __9__ day of June, 2012.

_____
Notary Public

__PEARL A ROBERTSON__
Printed Name

__#34060__
Louisiana Bar#

My Commission expires at death.