IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**DECLARATION OF TERRY JOE CARTER IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS**

TERRY JOE CARTER, declares under penalty of perjury as follows:

1. My name is Terry Joe Carter. I am over the age of twenty-one (21) years of age and I reside at 1137 Tallow Tree Lane, Apt. C, Harvey, LA 70058. I have personal knowledge of the matters contained in this Declaration.

2. I began working on the oil spill cleanup response in May 2010. I worked on the oil spill response for three companies lasting about one year (May 2010 through April 2011). My first employer was Kelly Services, which operated along the shores of Grand Isle, Louisiana. My second employer was Ashland, also out of Grand Isle, beginning in June 2010. While with Ashland I worked along the shore and on a barge in the middle of the Gulf of Mexico. My third employer was Shoreline, located in Cocodrie, Louisiana. I worked for Shoreline from late July 2010 through April 2011.

3.      While with Kelly Services I worked on the along the shorelines of Grand Isle pulling boom along sections of the beach. While with Ashland worked along the beach and on a barge. The water was saturated with thick, black oil at this time, and it got all over my clothes. I started with Shoreline in Cocodrie, Louisiana later in the summer of 2010. The oil was not as thick as along the shoreline of Grand Isle, but the oil had turned a reddish black. The further you dug under the beach, the darker the oil. For the most part I dug the oil, bagged the tar balls for removal, and cleaned the boom while in Cocodrie.

4.      Beginning in May 2010 I worked for Kelly Services on the Southside of Grand Isle. Just about every other day I could see the planes spraying dispersants about one-half mile off the shore. It looked like rain was falling from the planes. I could see the dispersant floating in along the water after the planes flew over. When I was with Ashland I worked off of a stationary barge in the Gulf. I do not know where we were, but I could not see land from the barge and it took about two hours to get to the barge in the mornings. The first week I worked on the barge, around June 7, 2010, I saw a plane fly overhead and spray dispersant. I do not think the dispersant got on me, but the plane was close enough to see the spray coming down.

I started with Shoreline in late July 2010. I worked out of Cocodrie hauling in boom, cleaning boom, and bagging tar. Each day after work, I was to go through a detox spray. I do not think they had the right spray because the oil stayed on my skin and boots unlike when I went through detox while working for Ashland. I asked my supervisor, "Ray," why the oil did not come off and he told me we had run out of the stuff for the detox. In fact, Ray would tell us when the supervisors were coming around to check on the worksite and as cover up we would dump soap and water in the jugs as if we were able to rinse our boots. This did not matter anyway because the jugs were cracked, so by the time the supervisors left the water was already

draining from the tubs. At one time, I was told to stop complaining or else I would be let go. I told "Ray" again that I wanted to be able to detox. Ray let me go in April 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New Orleans, Louisiana, on June 12, 2012.

_____
TERRY JOE CARTER

Sworn to and subscribed before me this 12th day of June, 2012.

_____
Notary Public

PEARL ROBERTSON
Printed Name

#34060
Louisiana Bar#

My Commission expires at death.