IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## DECLARATION OF KIRK EDWARDS IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

Kirk Edwards, declares under penalty of perjury as follows:

1. My name is Kirk Edwards. I am over the age of twenty-one (21) years of age and I reside at 2213 Magic Street, New Orleans, Louisiana 70119. I have personal knowledge of the matters contained in this Declaration.

2. I began working on the oil spill clean-up response on or around May 4, 2010. For approximately the first four (4) months, from May until August 2010, I worked and lived on a barge called GP 35 looking for and putting boom around any oily areas which we found in the water. As of approximately August 2010, I was off from active work for approximately three (3) weeks, and then starting in approximately September 2010, I began clean-up work again doing the same oil spill clean-up activities on the Decon 2 barge, and I lived and worked for approximately five (5) to six (6) weeks on the Decon 2 barge.

3. During all times of oil spill clean-up work mentioned herein, I was employed by Tamara Group.

4. In performing my oil spill clean-up work duties I would typically come into contact with oil and/or chemical dispersants. We would put boom around the oil and/or dispersants and we came into contat with the oil and/or dispersants when doing so. Additionally, offten times the oily boom and/or dirty boom had to be stored, for days at a time, with us on the deck of the barge. We were exposed to the oily and/or dirty boom when it was stored on the deck of the barge.

5. At no time during any of the oil spill clean-up work, was I ever provided with a respirator or other protective breathing apparatus to shield me from exposure to the oil or chemical dispersants. At no time during any of the oil spill clean-up work, were any of my co-workers provided with any respirator or other protective breathing apparatus to shield them from exposure to the oil or chemical dispersants.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New Orleans, Louisiana, on June, 12th, 2012.

_____
KIRK EDWARDS

Sworn to and subscribed before me this 12th day of June, 2012.

_____
Notary Public

Anthony Irpino
Printed Name

24727
Louisiana Bar#

My Commission expires at death.