IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**DECLARATION OF WILLIAM GILL IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS**

WILLIAM GILL, declares under penalty of perjury as follows:

1. My name is William Gill. I am over the age of twenty-one (21) years of age and I reside at 135 Rencopas Court, Jefferson, LA. I have personal knowledge of the matters contained in this Declaration.

2. I began working on the oil spill cleanup response around June 2010. I worked along the marshland near Myrtle Grove.

3. I was employed by Ashland Services, LLC/ Land & Marine Contractors, Inc. Each morning I would meet at a designated spot to catch the van ride to my jobsite for that day. Once at the beach I would begin to work. The only required gear for the beaches was boots and gloves. If we went on the boats we had to have a life vest.

4. The equipment was generally left in piles or on the bottom of the boats. I would find my gear each morning from these piles. About the entire time I was working I was told some stuff was not necessary. People all knew that if you asked the site supervisor overseeing

the Myrtle Grove area for a respirator he would send you home. There were no respirators at any time.

In any event, I began to hide my personal protective gear so I knew I would have it for my next day of work. If you really wanted to wear a tyvex suit, you could probably find one, but I was told the suits were not necessary. Overall, I still think they should have given us masks or respirators because of the smell of the oil.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New Orleans, Louisiana, on June 09, 2012.

*William Gill*
WILLIAM GILL

Sworn to and subscribed before me this 9 day of June, 2012.

*[signature]*
Notary Public

Pearl A. Robertson
Printed Name

#34060
Louisiana Bar#

My Commission expires at death.