IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## DECLARATION OF DWAYNE HAWKINS-LODGE IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

**DWAYNE HAWKINS-LODGE**, declares under penalty of perjury as follows:

1. My name is Dwayne Hawkins-Lodge, I am over the age of twenty-one (21) years of age and I reside at 405 Shrewsbury Court, Apt. #8, Jefferson, Louisiana 70121. I have personal knowledge of the matters contained in this Declaration.

2. Beginning in approximately May of 2010, I worked with the clean-up and/or response team for the BP oil spill. I worked with the BP oil spill clean-up and/or response team efforts for approximately eight to nine months, ending in late 2010 or early 2011.

3. I was employed by K & W Leasing, LLC. Each day I reported to a base camp and/or deployment site administered by ES&H. The base camp and/or deployment site which I reported to was located at Fourchon Beach in Louisiana.

4. My responsibilities while working for K & W Leasing, LLC in connection with the BP oil spill clean-up and/or response included the following: a) laying "pom poms" along the

beach to catch or soak up the incoming oil, b) cleaning-up and/or removing tar balls from the beach, c) laying boom in the wetland areas, and d) picking-up dead animals.

5. In approximately May of 2010, I was standing on the beach, at the Fourchon Beach base camp and/or deployment site, near the shoreline when a plane flew overheard spraying chemical dispersant. I was physically sprayed with chemical dispersant at this time by a plane which flew directly overhead. There were many other clean-up workers with me on the beach who were also sprayed with the chemical dispersant at that time. No one informed me what the substance was and no one advised me if it was hazardous to my health. This was the first time when I was directly sprayed with chemical dispersant from a plane.

6. I was directly sprayed a second time with chemical dispersant from an airplane approximately two to three months later, in July or August of 2010. On this second occasion, I was in an airboat laying boom several miles west of Elmer's Island.

7. I was directly sprayed a third time with dispersant from an airplane approximately two weeks after I was sprayed the second time. On this third occasion, I was cleaning-up tar balls on Fourchon Beach near the shoreline. While I was doing this clean-up work a plane flew nearby, released chemical dispersant and the wind carried the dispersant directly onto me.

I declare under penalty of perjury that the foregoing is true and correct. Executed at _NEW ORLEANS_, Louisiana, on June, _8th_, 2012.

_____
[DECLARANT NAME]

Sworn to and subscribed before me this _8th_ day of June, 2012.

_____
Notary Public
ANTHONY IRPINO
LA BAR # 24727
MY COMMISSION EXPIRES AT DEATH