IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## DECLARATION OF RENDELL JACKSON IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

RENDELL JACKSON, declares under penalty of perjury as follows:

1.      My name is Rendell Jackson.  I am over the age of twenty-one (21) years of age and I reside at 566 Commerce Street, Gretna, LA.  I have personal knowledge of the matters contained in this Declaration.

2.      I began working on the oil spill cleanup response in June 2010.  I was hired to work on a flotel, typically I worked 21 days on, 7 days off.

3.      I was employed by Buras Oil Services.  At the beginning of each hitch I would report to Venice, wait for my name to be called, then head to the dock and wait for the boat to take me to the flotel.  In June 2010, I arrived on my first flotel.  I was given gloves and 'chicken feet,' but otherwise worked in my street clothes.

4.      In order to get hired I took a safety course that explained the geography of the coast, the necessary equipment to wear, and the process for cleaning off oil from my skin.  None of this ever happened.  On the flotel I laid and pulled the boom, there was no way to avoid

getting wet with oil.  We got wet every day.  Some days I rode the flat boats to the southern beaches of Louisiana where we picked up tar balls, bagged them, and then drove the bags to the decon barge.  Between June 2010 and October 2010 I was not given any additional personal protective equipment, only the gloves and the chicken feet.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at _New Orleans_____, Louisiana, on June ___9___, 2012.

_Rendell Jackson_____
RENDELL JACKSON

Sworn to and subscribed before me this ___9___ day of June, 2012.

_____
Notary Public

Pearl A. Robertson
Printed Name

34000
Louisiana Bar#

My Commission expires at death.