IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### DECLARATION OF WARREN JONES IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

WARREN JONES, declares under penalty of perjury as follows:

1. My name is Warren Jones. I am over the age of twenty-one (21) years of age and I reside at 12254 LA Margie Avenue, Unit 90, Baton Rouge, Louisiana, 70815. I have personal knowledge of the matters contained in this Declaration.

2. Beginning May 15, 2010, I worked for K & W Leasing at Fourchon Beach.

3. I was employed by K & W from May through about December 2010. Each day I reported to a deployment site administered by ES & H. The supervior out there was named January, he was employed by ES & H and oversaw all the companies out at the Fourchon site. Two times I can recall the dispersant was sprayed on me while I was working. One time I remember walking out of a safety meeting from within the lunch tent and there was a mist in the air. Moments before noticing the mist, I heard the planes flying over.

4. The two times I was sprayed while working on the beach I was picking up tarballs. The planes flew over the shoreline and circled around spraying the dispersant. I would

describe the plane as 'spraying crops' over the water. Not a lot of people paid that much attention to the planes, but I broke out with rashes after that. I carried around a bottle of cortisone cream, eye drops, and aspirin so I could keep working without going to the medical tent. I would work through the dispersant and would not complain about anything. A lot of people who went to the tent for headaches and stuff did not come back the next day.

5. The time the planes flew over the lunch tent we could hear them overhead. I often stood by the door as part of my job in order to help with the morning safety meetings. The meeting was practically over that morning, I then heard the planes. The mist began to fall as we exited the tent to get on the buses that would take us to the work site.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New Orleans, Louisiana, on June, 12, 2012.

_____
WARREN JONES

Sworn to and subscribed before me this _____ day of June, 2012.

_____
Notary Public

PEARL ROBERTSON
Printed Name

#34060
Louisiana Bar#

My Commission expires at death.