IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: | SECTION: J |
| *All Cases in Pleading Bundle Section III.B(3)* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

### DECLARATION OF JOHN LIDE IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

John Lide declares under penalty of perjury as follows:

1.       My name is John Lide.  I am over the age of twenty-one (21) years of age and I reside at 645 Kostmayer Avenue, Apt. 202, Slidell, Louisiana.  I have personal knowledge of the matters contained in this Declaration.

2.       Beginning June 16, 2010, I worked for Construct Corps along the Middle Pearl River.  Upon arriving at the jobsite I was instructed to clean the oil off the boom.  I worked in the 'dispersant pool' where I brushed a dispersant soaked broom along the boom.

3.       On July 20, 2010, I was in the dispersant pool when I was splashed by dispersant directly in my face.  I then went to the potable water site to wash the dispersant from my mouth.  Someone had filled the potable water with dispersant, which I drank.  My supervisor for Construct Corps told me, "Oh, this stuff is fine.  It's biodegradable.  You could drink this stuff anytime."  About two hours later I started to shake, the onsite paramedics noted an irregular heartbeat.  Construct Corps attempted to deter the paramedics from calling an aid car.

4.      My contact with dispersants on July 20, 2010 landed me at Slidell Memorial Hospital.  Construct Corps sent a supervisor to accompany me to the hospital.  Hospital records reveal that I was greatly dehydrated and needed fluids immediately.  I was held overnight in the hospital, the staff conducted a stress test, gave me more fluids, and placed me under observation. I was unable to return to work for about five weeks.  To this day, Construct Corps has not paid any of the medical bills nor did I receive compensation for the weeks I was out of work.  Further, I still experience 'flare-ups' on my arm where I received a chemical burn from the dispersant.

Overall, my experience as a cleanup worker under Construct Corps was one-hundred percent contrary to the Hazmat courses I took prior to arriving at the Mid-Pearl River site.  At no time were we supplied with respirators, we were told there was no need for rubber gloves or hazmat suits.  If we needed any sort of personal protective equipment it was a 'first come, first serve' system.  For example, we reused our white suits at times in order to ensure that we had proper protection for the future days and weeks of work.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at New Orleans, LA, Louisiana, on June, 7, 2012.

John P. Lide
_____
JOHN LIDE

Sworn to and subscribed before me this 7th day of June, 2012.

_____
Notary Public
ANTHONY IRPINO
LA BAR # 24727
MY COMMISSION EXPIRES AT DEATH