IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## DECLARATION OF ROY MACKIE IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

ROY MACKIE, declares under penalty of perjury as follows:

1. My name is Roy Mackie. I am over the age of twenty-one (21) years of age and I reside at 116 Primrose Drive, Belle Chase, Louisiana 70037. I have personal knowledge of the matters contained in this Declaration.

2. Beginning in August 2010, I worked in the Vessels of Opportunity Program as a boat captain ferrying workers to the flotel each morning. Predominantly I worked along the shores removing the oil from the beach and water.

3. I was employed by The DRC Group for the Plaquemines Operation. Each morning we would meet at the deployment site in Venice, Louisiana. On one occasion I was deployed to the Barataria Bay area to dig the tar balls from below the beach surface. At the beginning of my employment DRC held a two-day training session explaining contamination and

safety procedures for the job site. Upon beginning the job I was supplied with rubber gloves, boots and a white suit, but as the summer wore on the white suits were no longer available. Additionally, the safety and sanitation stations specified in the training session and promised by DRC were not consistently provided.

4.      DRC initially supplied us with personal protective equipment. After that, the only requirement to work was to wear boots. In order to get the other protective equipment you had to walk the beach to different supply stations to find the full gear. In some cases I asked for additional gear the response was, "We have put a request in for more supplies, but for today, we are out. If you don't like it, don't come back."

The conditions I worked under were worsened by the fact that dispersant was constantly sprayed. The smell was awful and nauseating and there was no chance to get respirators or other masks to protect against the inhalation of the dispersants. Even if the dispersant was not sprayed on the land, the dispersant sprayed on the water washed in on the Rosocane, which we were pulling and removing due to the oil, so your face was always in the dispersant. You could see the stuff wash up on to the beach from the water. You knew the dispersant was in the water because of the yellowish oil that washed up. DRC would preach, "don't get in the water," but you had to stand in the water every day. There was more of a concern to fill the daily quota requirement of bagged oil than there was to safety.

In addition to the smell and the lack of personal protective equipment, the 'sanitation station' was operational maybe forty percent of the time. At the station workers expected to have the ability to wash their hands and faces in order to cleanup for lunch and/or the end of the day. More often than not there was no fresh water or soap to accomplish this. Finally, we never

had access to a medical tent nor was there an eye-wash station while I worked on the Plaquemine Operation.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New Orleans, Louisiana, on June, 9, 2012.

*[signature]*
ROY Mackie

Sworn to and subscribed before me this 9th day of June, 2012.

*[signature]*
Notary Public

PEARL A. ROBERTSON
Printed Name

#34060
Louisiana Bar#

My Commission expires at death.