IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 <br><br> This Document Relates to: <br><br> *All Cases in Pleading Bundle Section III.B(3)* | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

## DECLARATION OF BRANDON SCOTT IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS

Brandon Scott declares under penalty of perjury as follows:

1.      My name is Brandon Scott.  I am over the age of twenty-one (21) years of age and I reside at 21 Jasmine Lane, Waggaman, Louisiana.  I have personal knowledge of the matters contained in this Declaration.

2.      Beginning in May 2010 I worked for the BP Oil Spill Gulf Response.  I continued to work on the oil spill cleanup effort throughout the remainder of 2010.

3.      I was employed by CCI and C & G (Triple C Enterprises).  I began the day by reporting to the dispatch area in Slidell then went out on the boats to lay boom and skim the oil from the water.  CCI employed me for a few months then there was a lay off period.  I began working for C & G out of Houma in September 2010.  I was dispatched to the flotel out of Port Fourchon.  On the flotel we would pick up boom, clean the oil out of the boom, then re-use the boom to catch additional oil.

4.      While working for CCI we would pull up the boom from the water.  In order to do this we would have to walk into the water and pull the boom up from the sand.  We were wearing street clothes and gloves.  We just did the job.  After a couple weeks, around June, I was assigned as a deckhand to pull in the boom.  We were not given masks or suits.  We pulled the boom in, oil flied around, and we just worked through the oil.

With C & G I was dispatched to a flotel off of Grand Isle.  Each morning a bus came to transport us to the job site.  For the most part I reported to Port Fourchon.  Primarily we pulled the boom from the water, but we were not supplied with gloves or masks.  ES & H would arrive some mornings to give us direct as to where we were going that day.  Primarily I worked on the boats cleaning the boom once the boats brought the oily boom to the shoreline.  After this experience I was called back for a second round of cleanup work, but they were offering only $9.00 per hour and could not promise protective gear.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at _New Orleans_, Louisiana, on June, _8_, 2012.

_Brandon Scott_
BRANDON MICHAEL SCOTT

Sworn to and subscribed before me this _8th_ day of June, 2012.

_____
Notary Public

_Pearl A. Robertson_
Printed Name

_# 34060_
Louisiana Bar #
My Commission expires at death.