# JOHN WUNSTELL
## 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

# AFFIDAVIT OF WUNSTELL

## AFFIDAVIT OF JOHN M. WUNSTELL, JR.

**PARISH OF ORLEANS**
**STATE OF LOUISIANA**

BEFORE ME, the undersigned notary, personally came and appeared:

**JOHN M. WUNSTELL, JR.**

a person the full age of majority, domiciled and residing in the Parish of LaFourche, State of Louisiana, and, after being sworn, did depose and state as follows:

1. I am a commercial shrimper and fisherman. My vessel, *Ramie's Wish,* and I were hired by BP to work in the burn area, Mississippi Canyon 252, near the source of the oil spill. During the course of my work, I have heard air planes flying over head at night, spraying what we understand are dispersants in areas near our vessels. We had been working and staying on site 24 hours a day beginning Saturday, May 22, 2010. On Monday, May 24, 2010, I awoke at night with a severe headache and irritation in my nose. My headache and nose irritation continued through Tuesday, May 25, 2010 and on Wednesday, May 26, 2010, I began to have an upset feeling in my gut. On Thursday, May 27, 2010, my blood pressure began to go up and I started to have a nose bleed and on Friday, May 28, 2010, I began to ache all over and felt like a train wreck had run over me. I was completely unable to function at this point and feared that I was seriously ill.

2. I was transported by helicopter from the command vessel, the *Premier Explorer* on the evening of Friday, May 28, 2010 to West Jefferson Medical Center, in Marrero, Parish of Jefferson, State of Louisiana. At West Jefferson, there were tents set up outside the hospital, where I was stripped of my clothing, washed with water and several showers, before I was allowed into the hospital.

3. When I asked for my clothing, I was told that BP had confiscated all of my clothing and it would not be returned. I have remained hospitalized at West Jefferson Medical Center to date.

4. During the entire time I was worked for BP on oil remediation, we were constantly working in oil, burning oil, and dispersants. My vessel is covered in oil and other chemicals. BP supplied no personal respiratory or closed air systems aboard the vessels and the only personal protection equipment supplied by BP where paper (Tyvec) suits.

5. I remain ill and unable to continue to work at this time.

6. I am concerned that I will be punished by BP for reporting these safety and health issues.

7. This Affidavit is made based upon my own personal knowledge, information and belief.

8. Further, the Affiant sayeth not.

This 29th day of May, 2010.

JOHN M. WUNSTELL, JR.

SWORN AND SUBSCRIBED
BEFORE ME THIS 29TH
DAY OF MAY, 2010.

NOTARY PUBLIC
James C. Klick, La. Bar No. 7451.
My Commission Expires at Death.