UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS PLEADING APPLIES TO: No. 12-311 | * * * | MAG. JUDGE SHUSHAN<br><br>**JURY TRIAL DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CAMERON INTERNATIONAL CORPORATION'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITS

Cameron International Corporation ("Cameron"), through undersigned counsel, hereby moves this Court for leave to file its Memorandum of Law in Opposition to Defendant Liberty Insurance Underwriters Inc.'s Motion for Judgment on the Pleadings (Rec. d. 6531) in excess of the page limitations set forth in the Local Rules, for the reasons set forth below:

1.

Cameron requires an additional seven pages to address the issues raised by defendant, Liberty Insurance Underwriters Inc., ("Liberty") in the relevant motion, as set out in the proposed pleading attached hereto.

2.

The relevant motion, Liberty Insurance Underwriters Inc.'s Motion for Judgment on the Pleadings, was accompanied by a memorandum that itself exceeds the Court's standing deadline of 25 pages. Rec. d. 6438-3.

3.

Liberty was granted leave of Court to file a memorandum in excess of 25 pages. Rec. d. 6530.

1096640v1

4.

Exclusive of title page and table of contents, Cameron's proposed memorandum is approximately the same length as Liberty's filed memorandum, 29 pages.

Therefore, Cameron requests this court to grant its motion for leave and permit it to file its Memorandum of Law in Opposition to Defendant Liberty Insurance Underwriters Inc.'s Motion for Judgment on the Pleadings in excess of the page limitations set forth in the Local Rules.

Dated:  June 18, 2012

| | |
|---|---|
| Mitchell J. Auslander<br>    mauslander@willkie.com<br>Jeffrey B. Korn<br>    jkorn@willkie.com<br><br>WILLKIE FARR & GALLAGHER LLC<br>787 Seventh Avenue<br>New York, NY  10019<br>212-728-8000 | /s/ Phillip A. Wittmann<br>Phillip A. Wittmann, 13625<br>    pwittmann@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>    cbertaut@stonepigman.com<br>Jared Davidson, 32419<br>    jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax) |

*Attorneys for Cameron International Corporation*

1096640v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Memorandum in Excess of Page Limits has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of June, 2012.

/s/ Phillip A. Wittmann

1096640v1