UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION "J" |
| This Document Relates to: MDL No. 2179; No. 10-4536 | * * * | JUDGE BARBIER |
| | * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Upon consideration of the *Ex Parte* Motion of the Anadarko Defendants for Leave to File Memorandum in Response to the United States' Motion for Entry of Consent Decree, and good cause being shown, the Motion is hereby GRANTED.

IT IS FURTHER ORDERED THAT, leave is granted to file the proposed memorandum to the Anadarko Defendants' Motion, and the memorandum shall be entered on the docket.

New Orleans, Louisiana this 18th day of June, 2012.

_____
United States District Judge

A/74963418.1