UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS PLEADING APPLIES TO:<br>No. 12-311 | * * * | MAG. JUDGE SHUSHAN<br><br>**JURY TRIAL DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Cameron International Corporation's Motion for Leave to File Memorandum in Excess of Page Limits;

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** and that Cameron is hereby permitted to file, as proposed, its Memorandum of Law in Opposition to Defendant Liberty Insurance Underwriters Inc.'s Motion for Judgment on the Pleadings.

New Orleans, Louisiana this 18th day of June, 2012.

_____
United States District Judge

1096645v1