UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>*STATE OF VERACRUZ, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4239;*<br>*STATE OF TAMAULIPAS, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4240;*<br>*STATE OF QUINTANA ROO, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4241* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Discovery Deadlines]

The undersigned conducted an initial status conference with the parties to this proceeding today. Judge Barbier's order of June 12, 2012 (Rec. doc. 6657) sets an oral argument date on dispositive motions for October 19, 2012. Considering the argument of counsel for the Mexican States, and with Judge Barbier's agreement, the following dates are set:

**July 13, 2012**   The parties are to exchange full initial disclosures pursuant to Rule 26(a)(1) Fed. R. Civ. P. The parties are directed, if known, to disclose the identity of any witness they may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

**July 25, 2012**   The parties are to propound their written discovery. The defendants are urged to combine their written discovery requests.

**August 24, 2012**   Full and complete responses to written discovery are to be served. If responses are deemed to be insufficient, the meet and confer requirement shall start promptly and be completed **no later than August 30, 2012**. Any

resulting motions to compel or motions for protective order shall be filed promptly with requests to expedite.

**September 4, 2012**   Commencement of fact depositions.

**September 14, 2012**  Deadline for plaintiffs to serve expert reports.

**October 5, 2012**     Deadline for defendants to serve expert reports.

**October 15, 2012**    Commencement of expert depositions.

**November 29, 2012**   Oral argument, if granted, at 2:00 p.m.

The parties are reminded that the "targeted discovery" called for by Judge Barbier relates solely to the briefing of the legal issue of whether the Mexican States have a justiciable claim. Discovery into other issues (such as damages) is not the focus of this discovery.

**A further telephone discovery conference will be held on Monday, July 16, 2012 at 9:30 a.m. Central time.**  The dial-in information for the conference call will be the same as used today and will remain unchanged in the future.

New Orleans, Louisiana, this 18th day of June, 2012.

_____
**SALLY SHUSHAN**
**U.S. MAGISTRATE JUDGE**