UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Working Group Conference on Friday, June 15, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### BOP & Capping Stack.

BP reported that its vendor, Hi-Cad, proposed a change to the protocol to improve the scans by coating the surfaces with a water soluble, non-abrasive light power. NASA approved the process. If the procedure provides a better scan, it will be used on surfaces which have been scanned previously; for example the blind shear ram.[1]

Captain Englebert advises that on June 26, as part of her maintenance duties, she will open the well bore for inspection. BP personnel have asked to go up with her to "stick their heads in" and look at the casing and shear ram. She advised that anyone who would like to participate may do so. They need to contact her as soon as possible for clearance. Anyone wanting to do this will need to participate in a "height" training session before going up.

---

[1] BP was granted a waiver from an e-mail free Saturday on June 16, so that the protocol could be amended to permit the work to proceed on Monday morning.

The parties were reminded to pay their allocated shares of Captain Englebert's May invoice.

On June 11, Transocean sent a letter concerning the capping stack equipment. This will be removed from the agenda to permit BP and Transocean to work on the issues.

### PHASE ONE "CLEAN-UP"

Halliburton reported that the modeling was completed. Mr. Savory is expected to sign the certification during the week of June 18. Copies of the certification will be sent to Captain Englebert and BP.

### PHASE TWO

1. **Phase Two Stipulations.**

    A meeting was scheduled for after the conference on the Original Phase Two Stipulations. Work on Transocean's Person-in-Charge Stipulations and the PSC's Spill Preparation Stipulations will be deferred until the Original Phase Two Stipulations are complete.

2. **BP's Challenges to Deliberative Process Privilege Claims.**

    The U.S. and BP are working on a schedule to complete the remaining steps required for the deliberative process privilege claims. At the telephone conference on **Tuesday, June 19** they will report on the schedule and the procedure for verification.

3. **Clawbacks Relating to Deliberative Process Privilege Claims.**

    The U.S. will report at the **Tuesday, June 19** telephone conference whether it wants to clawback the documents which BP identified as duplicates or near duplicates of the 21 challenged deliberative process privilege documents.

4. **Schedule I (Privilege Logs Served Before May 1) Challenges to Non-DPP Entries.**

    The remaining issues will be briefed on June 16.

5.     **Schedule II (Privilege Logs Served After May 1) Challenges to Non-DPP Entries**.

BP reported on its proposal to modify the briefing deadlines for Schedule II. Halliburton, BP, and the U.S. commented on what privilege logs are included in Schedule II.

6.     **Rule 30(b)(6) notice for the deposition of BP.**

**Topic 2** (source control methods considered but not used by BP) is final except as it relates to the interrogatory issue.

BP and the U.S. require additional time regarding **Topics 5 and 9**.

BP circulated the interrogatories to substitute for **Topic nos. 1-3, 11 and 13** ("Cost Topics"). The PSC reported some issues with them. **Wednesday, August 1**, is the deadline for BP to respond to the Cost Topics Interrogatories.

The PSC reported that it will serve the requests for admission relating to Cost Topics.

Halliburton and BP are working to resolve the M57 sand issue included in **Topic 23.**

7.     **Rule 30(b)(6) Depositions for Phase Two.**

The U.S. will make six challenges to BP's list of persons to be deposed. The U.S. will submit its brief on **Monday, June 18.** BP will submit its opposition on **Friday, June 22.** The U.S. will submit its reply on **Monday, June 25.**

8.     **Scheduling depositions**.

The U.S. reported that: (1) Add Energy is available during the first week in October; (2) it produced documents received from the BP Institute and Pencor; (3) it is communicating with Schlumberger; (4) it is working with Oceaneering on document production; and (5) it does not have a date for Oceaneering's deposition.

BP reported that: (1) it is working with DNV on August dates; (2) Statoil requests October

3

4; (3) WHOI served objections to the topics in the notice; and (4) BP is meeting with WHOI regarding the objections.

Cudd Well reported to the PSC that it never had anything to do with the Macondo well, including source control. It was invited to one meeting, but did not attend. The Court requested that Cudd Well provide an affidavit supporting that statement. With the provision of the affidavit it will be removed from the list of persons to be deposed.

The PSC reported that: (1) Pat Campbell was deposed as the Wild Well representative for a Phase One deposition; (2) Wild Well produced the documents; (3) it will not be necessary for it to produce additional documents; and (4) it will produce a representative during the last three weeks of August. The U.S. added that it is in communication with Wild Well's counsel to satisfy itself that additional documents are not required.

**9.     Anadarko Deposition**.

The PSC will serve Anadarko with a final version of the Rule 30(b)(6) notice for its deposition. By **COB Tuesday, June 19**, Anadarko will submit a letter brief on its objections to the notice. By **COB Thursday, June 21**, the PSC will submit its response. The Court will issue a ruling after the receipt of the PSC's response. These briefs will be subject to the five page limit rule. Anadarko will discuss deposition dates with its representatives.

**10.    Working Group Conference Schedule.**

There will not be conferences on July 6 or August 31.

### CONFERENCE SCHEDULE

| | |
|---|---|
| Friday, June 22, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 29, 2012 | **No Conference** (Fourth of July weekend) |

4

| | |
|---|---|
| Friday, July 6, 2012 | **No Conference** |
| Friday, July 13, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, July 20, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 27, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 3, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 10, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 17, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, August 24, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 31, 2012 | **No Conference** |
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |

| | |
|---|---|
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |
| Tuesday, December 18, 2012 at 8:30 a.m. | Final Pretrial Conference with Judge Barbier |
| Friday, December 21, 2012 | **No Conference** (Christmas) |
| Friday, December 28, 2012 at 9:30 a.m. | WGC meeting |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 18th day of June, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**