UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-MD-02179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

Applies to: All cases in B3 Pleading Bundle
*************************************************************

### PLAINTIFF MALCOLM COCO's LOCAL RULE 56.2 RESPONSE TO NALCO DEFENDANTS' STATEMENT OF FACT WITH RESPECT TO THEIR MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff Malcolm Alphonse Coco to submit this Statement of Material Contested Facts in conjunction with his "Plaintiff's Opposition To Nalco Defendants' Motion For Summary Judgment Against All Claims In First Amended Master Complaint "B3 Bundle". The material contested facts are:

1) Whether NALCO complied with the requirements for Corexit of 40 C.F.R. Part 300 (concerning the filing requirementsfor pre-approval of products on E.P.A.'s "National Contingency Plan Product List").

2) Whether "before COREXIT EC9527A or COREXIT EC9500A were listed on the NCP Product Schedule, the USEPA was provided with the results of toxicity and effectiveness testing on each product" (as NALCO's Unconteseted Fact #5 states) .

3) Whether "before COREXIT EC9527A and COREXIT EC9500A were listed the NCP Product Schedule, the United States was informed of each dispersant's components (as NALCO's Uncontested Fact #6 states).

1

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
dbecnel@becnellaw.com

Attorney for Plaintiff in:
Malcolm Alphonse Coco v BP, NALCO et al.
(10-cv-946)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of June, 2012.

/s/ Daniel E. Becnel, Jr.