UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Re: Amended Schedule for Completion of Phase Two Production]**

The parties requested modification of the briefing provided for Schedule II in the May 11 and 21 orders. Rec. docs. 6510 and 6561. The Court's concern is completing document production so that Phase Two depositions can commence.[1]

**A.   Deliberative Process Privilege Entries**.

BP's challenges to the Deliberative Process Privilege ("DPP") claims by the U.S. are the subject of the June 11 order (Rec. doc. 6650). By **Monday, July 2**, the U.S. shall complete Steps A and B for privilege logs served by the U.S. by May 31. At the telephone conference on Tuesday, June 19, BP and the U.S. will propose a schedule for the completion of Steps C, D and E.[2]

For DPP entries appearing on U.S. privilege logs served after May 31, the U.S. is required to complete steps A and B within twenty days of service of the privilege logs. The U.S. shall provide the Court with a list of its privilege logs served after May 31 and update it for any additional privilege logs served thereafter. For U.S. privilege logs served after May 31 with DPP entries, the

---

[1] All parties and the Court agree that they want to go through the deposition schedule without the document production issues experienced during the Phase One depositions. The briefing for Schedule II sought to complete all production issues for BP and the U.S. including issuance of a ruling on a sample documents, extrapolation of the sample to the universe of challenges, and verification of the extrapolation by August 13, 2012. Rec. doc. 6510 at 5.

[2] See May 31 order (Rec. doc. 6604) for description of Steps A-E.

parties are to confer on a schedule for the completion of Steps C, D and E.

**B.     Schedule I**.

Schedule I applies to privilege logs served by the U.S. and BP before May 1, 2012.[3]

The remaining dates for Schedule I are:

06/16/12     The challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents for *in camera* review.

06/26/12     The parties shall submit responses to the June 16, 2012 filings along with *in camera* submission of the selected documents identified by the challenger(s) in the June 16, 2012 filings.

07/02/12     The parties shall submit replies in support of the June 16, 2012 filings. The Court will rule as promptly as possible. After the Court rules, a schedule will be set for BP and the U.S. to complete the extrapolation and verification process. The target for completion will be on or about July 20, 2012.

**C.     Schedule II**.

Schedule II applies to privilege logs served by the U.S. and BP from May 1 through 31, 2012.[4]

The briefing dates for Schedule II are as follows:

06/22/12     BP and the U.S. will serve any challenges to entries related to Phase 2 issues on the Schedule II Privilege Logs.

---

[3] It does not apply to: (1) DPP entries on such logs; (2) entries for Phase One documents; (3) entries for documents related to Phase Three or later Phases of the litigation.

[4] It does not apply to: (1) DPP entries on such logs; (2) entries for Phase One documents; (3) entries for documents related to Phase Three or later Phases of the litigation.

**06/25/12**     The other MDL 2179 parties shall serve challenges.

The applicable parties shall meet and confer on the challenges.

**07/12/12**     The challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents for *in camera* review. The lists for BP and the U.S. may not exceed 50 documents per type of privilege challenged. The other MDL 2179 parties may submit supplemental lists (not to exceed 10 documents per type of privilege challenged). In selecting documents for *in camera* review, the other MDL 2179 parties will confer and coordinate among themselves and agree on the same 10-document (or less) set.

**07/19/12**     The parties shall submit responses to the July 12, 2012 filings along with *in camera* submission of the selected documents identified by the challenger(s) in the July 12, 2012 filings.

**07/26/12**     The parties shall submit replies in support of the July 12, 2012 filings. The Court will rule as promptly as possible. After the Court rules, a schedule will be set for the parties to complete the extrapolation and verification process. The target for completion will be on or about August 20, 2012.

**D.     Schedule III**.

Schedule III applies to privilege logs served by the U.S. and BP from June 1 through June 22 and privilege logs served by <u>all</u> <u>other</u> MDL parties by June 22.[5]

---

[5] It does not apply to: (1) DPP entries on such logs; (2) entries for Phase One documents; (3) entries for documents related to Phase Three or later Phases of the litigation.

The briefing dates for Schedule III are as follows:

**06/29/12**     BP and the U.S. will serve any challenges to entries related to Phase 2 issues on the Schedule III Privilege Logs.

**07/02/12**     The other MDL 2179 parties shall serve challenges.

The applicable parties shall meet and confer on the challenges.

**07/19/12**     The challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents for *in camera* review. The lists for BP and the U.S. may not exceed 50 documents per type of privilege challenged. The other MDL 2179 parties may submit supplemental lists (not to exceed 10 documents per type of privilege challenged). In selecting documents for *in camera* review, the other MDL 2179 parties will confer and coordinate among themselves and agree on the same 10-document (or less) set.

**07/26/12**     The parties shall submit responses to the July 19, 2012 filings along with *in camera* submission of the selected documents identified by the challenger(s) in the July 19, 2012 filings.

**08/02/12**     The parties shall submit replies in support of the July 19, 2012 filings. The Court will rule as promptly as possible. After the Court rules, a schedule will be set for the parties to complete the extrapolation and verification process. The target for completion will be on or about August 31, 2012.

**E.**     **Privilege Logs Served After June 22.**

Because of the re-collection of documents from DOE custodians, the U.S. will not be able to complete service of all privilege logs by June 22. In addition, the parties are engaged in a

continuing QA/QC effort which may result in further privilege logs. As privilege logs are served after June 22, the parties shall notify the Court. A procedure will be set to resolve challenges to the entries on those logs.

The deadline for the appeal of this order is **Thursday, June 21, 2012. Its effect will not be stayed unless ordered by Judge Barbier.**

New Orleans, Louisiana, this 19th day of June, 2012.

       **SALLY SHUSHAN**
       **United States Magistrate Judge**