IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | * * * * * * * | MDL No. 2179<br><br>SECTION:  J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| **CHARLES A. BOGGS**<br><br>Plaintiff,<br><br>v.<br><br>**BP EXPLORATION & PRODUCTION INC., ET AL.**<br><br>Defendant | * * * * * * * * * * | **COURT NUMBER:  11988**<br><br>**CLAIMANT NUMBER:  27410**<br><br>**SECTION:  J**<br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |

## MOTION TO ENROLL

**NOW INTO COURT**,  come, Charles A. Boggs, complaint and attorney, and Thomas E. Loehn, and upon suggesting to the Court that said Charles A. Boggs, on March 14, 2011 filed a hand written court form *"in propia persona"* complaint, assigned Court Number 11988 and Claimant Number 27410;

Said Charles A. Boggs wishes to enroll himself and Thomas E. Loehn of the firm of Boggs  Loehn & Rodrigue as counsel of record for said Charles A. Boggs.

1

WHEREFORE, Charles A. Boggs prays that he and Thomas E. Loehn be enrolled as counsel in the above captioned matter.

Respectfully submitted,

BOGGS, LOEHN & RODRIGUE

/s/ Charles A. Boggs
CHARLES A. BOGGS (LA#3176) (MS 101734)
630 West Beach Boulevard
Long Beach, Mississippi 39560
Telephone: (228) 863-6795

/s/ Thomas E. Loehn
THOMAS E. LOEHN (#8663)
2324 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 19th day of June, 2012.

/s/ Thomas E. Loehn
THOMAS E. LOEHN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012** | * * * * * * * | MDL No. 2170  <br><br>SECTION: J  <br><br>HONORABLE CARL J. BARBIER  <br><br>MAGISTRATE JUDGE SHUSHAN |
| CHARLES A. BOGGS <br><br> Plaintiff, <br><br>v. <br><br>**BP EXPLORATION & PRODUCTION INC., ET AL.** <br><br> Defendant | * * * * * * * * * * | COURT NUMBER: 11988  <br><br>CLAIMANT NUMBER: 27410  <br><br>SECTION: J  <br><br>HONORABLE CARL J. BARBIER  <br><br>MAGISTRATE JUDGE SHUSHAN |

## O R D E R

Considering the foregoing;

**IT IS HEREBY ORDERED** that Charles A. Boggs and Thomas E. Loehn of the firm of Boggs, Loehn & Rodrigue be enrolled as counsel of record for plaintiff, Charles A. Boggs.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
                              **JUDGE**