IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | * * * * * * * | MDL No. 2170<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| CHARLES A. BOGGS<br><br>    Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC., ET AL.<br><br>    Defendant | * * * * * * * * * * * | COURT NUMBER: 11988<br><br>CLAIMANT NUMBER: 27410<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that Charles A. Boggs and Thomas E. Loehn of the firm of Boggs, Loehn & Rodrigue be enrolled as counsel of record for plaintiff, Charles A. Boggs.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
                          **JUDGE**