# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte  
Clerk

500 Camp St., Room C-151  
New Orleans, LA 70130

June 14, 2012

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
200 South Maestri Street  
New Orleans, LA 70130

APPEAL NO. 12-30012

IN RE: In Re: Oil Spill by Oil Rig 'Deepwater Horizon' MD 10-2179 J

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

    ____ 1) Record on appeal consisting of:

        __ Volume(s) of record    __ Volume(s) of transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Box ___ Envelope __ Folder

     X    2) Supplemental record #8, **consisting of 3 vols.**

    ____ 3) SEALED Doc. ____

    ____ 4) Other: _____

Very truly yours,

By___MMV_____  
Deputy Clerk