**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Loretta G. Whyte**
**Clerk**

**500 Camp St., Room C-151**
**New Orleans, LA 70130**

June 15, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit          APPEAL NO. 12-30012
200 South Maestri Street
New Orleans, LA  70130

          IN RE: In Re: Oil Spill by Oil Rig 'Deepwater Horizon' MD 10-2179 'J'

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please
acknowledge receipt on the enclosed copy of this letter.

          X    1) Record on appeal consisting of:

               __ Volume(s) of record    __ Volume(s) of transcript

               ___ Volume(s) of depositions

               ___ Container(s) of exhibits___ Box ___ Envelope __ Folder

          X    2) Supplemental record #7 consisting of 2 vols.

          ___  3) SEALED Doc. ____

          ___  4) Other:_____

                         Very truly yours,

                         By    MMV
                         Deputy Clerk