UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## CONSENT ORDER

IT IS HEREBY ORDERED that Paul R. Koepff and the law firm of Clyde & Co. are hereby withdrawn as counsel of record for Defendant Liberty Insurance Underwriters, Inc. in respect to the above numbered and entitled action.

IT IS FURTHER ORDERED that Paul R. Keopff is hereby precluded from acting as legal counsel for Liberty Insurance Underwriters, Inc. in respect to this action. This Order does not preclude parties from treating Mr. Koepff as a fact witness and communicating with him in this capacity.

Signed in New Orleans, Louisiana, the 20th day of June, 2012.

Honorable United States Judge
Carl J. Barbier

Consent Order.docx