IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | * * * * | MDL No. 2170<br><br>SECTION: J |
| This Document Concerns:<br>Short-Form Joinder of Charles A. Boggs, C.A. 10-8888, Rec. Doc. 11988 | * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that Charles A. Boggs and Thomas E. Loehn of the firm of Boggs, Loehn & Rodrigue be enrolled as counsel of record for plaintiff, Charles A. Boggs.

New Orleans, Louisiana this 20th day of June, 2012.

_____
United States District Judge