UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig<br>            "Deepwater Horizon" in the Gulf<br>            Of Mexico, on April 20, 2010<br><br><br>Applies to:     All Cases, 10-8888 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>Case No.: 10-MDL-2179<br><br><br>Section "J"<br>Judge Barbier<br><br>Magistrate "1"<br>Magistrate Judge Shushan |

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Reid S. Uzee (La. Bar. No. 31345), who moves to withdraw as counsel of record for the following Plaintiffs:

- Darrel Casimire Gonzales (***-**-4682): R. Doc. 76136

- Eugene Joseph Anglada (***-**-5718): R. Doc. 76129

- Elwood James Morales, Jr. (***-**-2205): R. Doc. 76132

- Howard John Serigne, Sr. (***-**-5191): R. Doc. 76128

- Christopher Trey Guidroz (***-**-3347): R. Doc. 76137

- David Wayne Casanova, Sr. (***-**-3727): R. Doc. 76134

- Rodney Anthony Anglada (***-**-9261): R. Doc. 76133

- Donald Ray Lemoine (***-**-9875): R. Doc. 76130

- Warren Adam Evans, III (***-**-1242): R. Doc. 76131

1

- Randi Michelle Alfonso (***-**-3537): R. Doc. 76139

- Randy M. Alfonso Seafood (***-**-4760): R. Doc. 76135

Undersigned counsel and Plaintiffs have terminated their relationship, and for several months Plaintiffs have been provided with their original file materials.

                          Respectfully submitted:

                          */s/ Reid S. Uzee*
                          REID S. UZEE (31345)
                          Gennusa, Piacun & Ruli
                          4405 North I-10 Service Road, Suite 200
                          Metairie, Louisiana 70006-6564
                          Telephone: (504) 455-0442
                          Facsimile: (504) 455-7565
                          Email: ruzee@gprlawyers.com

Certificate of Service

I certify that on June 20, 2012, I served a copy of this *Motion to Withdraw as Counsel of Record* on all counsel of record through the court's CM/ECF electronic filing system.

                          */s/ Reid S. Uzee*