UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) ) ) | Civil Action Case No.: 10-MDL-2179 Section "J" Judge Barbier |
| Applies to:   All Cases, 10-8888 | ) ) | Magistrate "1" Magistrate Judge Shushan |

## **ORDER**

Considering the foregoing Motion:

    IT IS ORDERED that Reid S. Uzee (Bar No. 31345) be permitted to withdraw as counsel of record for the following Plaintiffs:

- Darrel Casimire Gonzales (***-**-4682): R. Doc. 76136

- Eugene Joseph Anglada (***-**-5718): R. Doc. 76129

- Elwood James Morales, Jr. (***-**-2205): R. Doc. 76132

- Howard John Serigne, Sr. (***-**-5191): R. Doc. 76128

- Christopher Trey Guidroz (***-**-3347): R. Doc. 76137

- David Wayne Casanova, Sr. (***-**-3727): R. Doc. 76134

- Rodney Anthony Anglada (***-**-9261): R. Doc. 76133

- Donald Ray Lemoine (***-**-9875): R. Doc. 76130

1

- Warren Adam Evans, III (***-**-1242): R. Doc. 76131

- Randi Michelle Alfonso (***-**-3537): R. Doc. 76139

- Randy M. Alfonso Seafood (***-**-4760): R. Doc. 76135

New Orleans, Louisiana, on this ___ day of June, 2012.

_____<br>
UNITED STATES DISTRICT JUDGE