IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>  "DEEPWATER HORIZON" in the<br>  GULF OF MEXICO, on APRIL 20, 2010 | '<br>'<br>'<br>'<br>' | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br>*Joshua Kritzer, et al v. Transocean, Ltd., et al*<br>(No. 2:10-cv-04427) | '<br>'<br>'<br>' | <br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### Plaintiff Rhonda Burkeen's Motion for Remand to Transferor Court

Plaintiff Rhonda Burkeen has filed a Motion to Remand her case to the Transferor Court with the Judicial Panel on Multidistrict Litigation. A copy of her JPML motion is attached as Exhibit 1.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Kurt A. Arnold*

_____
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
Michael E. Pierce, Texas Bar No. 24039117
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com
mpierce@arnolditkin.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2012.

      */s/ Kurt B. Arnold*
      _____
      Kurt B. Arnold