UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

### ORDER

Before the Court is (Rec. Doc. 6685) BP's objections to and appeal from (Rec. Doc. 6650) the Magistrate Judge's Order of June 11, 2012, regarding BP's challenges to 21 deliberative process privilege claims by the United States. The United States filed an opposition to this appeal. (Rec. Doc. 6708). Having considered counsels' memoranda, the record, and the applicable law, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that BP's objections and appeal (Rec. Doc. 6685) are **OVERRULED** and the Magistrate Judge's Order (Rec. Doc.6650) is **AFFIRMED.**

New Orleans, Louisiana, this 20th day of June, 2012.

_____
United States District Judge