# ATTACHMENT A

| US Response | First | Last | DocDate | Privileges | Relevance | Author | Recipients | Attorney | Description | Basis | Family | Redacted | Log No. | File | Sheet Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entry corrected, US continues to assert privilege | N8P004-000176 | N8P004-000180 | 20100731 | WP | P2 Qua | Caramanian, Lori, DOI | Wereley, Steven, FRTG | Caramanian, Lori, DOI; Department of Justice | Email re In Light of Your Popularity | Internal communication disucssing request from DOJ counsel made in confidence in preparation for anticipated litigation | N8P004-000176-N8P004-000180 | N/A | Log 29 | BP Challenges to AC-WP Entries on US Privilege Logs 5/21/2012 | Quantification List |
| Entry corrected, US continues to assert privilege | N8P004-000181 | N8P004-000182 | 20100616 | WP | | Caramanian, Lori, DOI | Wereley, Steven, FRTG; McNutt, Marcia, DOI | Caramanian, Lori, DOI; Department of Justice | Email re In Light of Your Popularity | Internal communication disucssing request from DOJ counsel made in confidence in preparation for anticipated litigation | N8P004-000181-N8P004-000182 | N/A | Log 29 | BP Challenges to AC-WP Entries on US Privilege Logs 5/21/2012 | Quantification List |
| Entry corrected, US continues to assert the privilege | NOA023-001598 | NOA023-001601 | 20101218 | WP | P2 Qua | Espina, Pedro I., DOC | McNutt, Marcia, USGS; Wereley, Steven, FRTG; Lehr, William J., DOC; Lasheras, Juan, FRTG; Riley, James J., FRTG; Possolo, Antonio, NIST; Leifer, Ira, FRTG; Savas, Ömer, FRTG; Bommer, Paul M., FRTG; Shaffer, Franklin, DOE; Aliseda, Alberto, FRTG | Department of Justice | Email re PNAs Format for Papers | Internal communication disucssing request from DOJ counsel made in confidence in preparation for anticipated litigation | NOA023-001598-NOA023-001601 | N/A | Log 09 | BP Challenges to AC-WP Entries on US Privilege Logs 5/21/2012 | Quantification List |
| Entry corrected, US continues to assert the privilege | NOA023-001606 | NOA023-001610 | 20101218 | WP | P2 Qua | McNutt, Marcia K., DOI | Espina, Pedro I., DOC; Wereley, Steven, FRTG; Lehr, William J., DOC; Lasheras, Juan, FRTG; Riley, James J., FRTG; Possolo, Antonio, DOC; Leifer, Ira, FRTG; Savas, Ömer, FRTG; Bommer, Paul M., FRTG; Shaffer, Franklin, DOE; Aliseda, Alberto, FRTG; Flores, Oscar, FRTG | Department of Justice | Email re PNAs Format for Papers | Internal communication disucssing request from DOJ counsel made in confidence in preparation for anticipated litigation | NOA023-001606-NOA023-001610 | N/A | Log 09 | BP Challenges to AC-WP Entries on US Privilege Logs 5/21/2012 | Quantification List |
| Entry corrected, US continues to assert the privilege | NOA023-001616 | NOA023-001620 | 20101218 | WP | P2 Qua | Wereley, Steven, FRTG | McNutt, Marcia K., DOI; Espina, Pedro I., DOC; Lehr, William J., DOC; Lasheras, Juan, FRTG; Riley, James J., FRTG; Possolo, Antonio, DOC; Leifer, Ira, FRTG; Savas, Ömer, FRTG; Bommer, Paul M., FRTG; Flores, Oscar, FRTG | Department of Justice | Email re PNAs Format for Papers | Internal communication disucssing request from DOJ counsel made in confidence in preparation for anticipated litigation | NOA023-001616-NOA023-001620 | N/A | Log 09 | BP Challenges to AC-WP Entries on US Privilege Logs 5/21/2012 | Quantification List |
| Entry corrected, US continues to assert the privilege | NPT086-000085 | NPT086-000085 | 20101218 | WP | P2 Qua | McNutt, Marcia, USGS | Wereley, Steven T., FRTG; Lehr, William J., DOC; Lasheras, Juan, FRTG; Riley, James J., FRTG; Espina, Pedro I., DOC; Possolo, Antonio, DOC; Leifer, Ira, FRTG; Savas, Omer, FRTG; Bommer, Paul, FRTG; Shaffer,Franklin, DOE; Aliseda, Alberto, FRTG; Flores, Oscar, FRTG | Department of Justice | Email re PNAs Format for Papers | Internal communication disucssing request from DOJ counsel made in confidence in preparation for anticipated litigation | NPT086-000085-NPT086-000085 | N/A | Log 09 | BP Challenges to AC-WP Entries on US Privilege Logs 5/21/2012 | Quantification List |
| Entry corrected, US continues to assert the privilege | NPT086-000087 | NPT086-000087 | 20101218 | WP | P2 Qua | Wereley, Steven, FRTG | Leifer, Ira, FRTG; Bommer, Paul M., FRTG; Savas, Omer, FRTG; Shaffer, Franklin, DOE; Possolo, Antonio, DOC; Espina, Pedro, DOC | Department of Justice | Email re PNAs Format for Papers | Internal communication disucssing request from DOJ counsel made in confidence in preparation for anticipated litigation | NPT086-000087-NPT086-000087 | N/A | Log 09 | BP Challenges to AC-WP Entries on US Privilege Logs 5/21/2012 | Quantification List |
| Entry corrected, US continues to assert the privilege | NPT086-000104 | NPT086-000104 | 20110122 | AC;WP | P2 Qua | Shaffer, Franklin, DOE | Lehr, William J., DOC | Department of Justice | Email re PNAS Image Velocimetry Draft | Internal communication discussing request by DOJ for information in preparation for anticipated litigation | NPT086-000104-NPT086-000104 | N/A | Log 09 | BP Challenges to AC-WP Entries on US Privilege Logs 5/21/2012 | Quantification List |
| This document was errroneously included on the US Privilege Logs.  It does not require a log entry because it is forwarding an email from an attorney (Heather Kennealy) and constitutes post-April 20, 2010 attorney-client communication. | HCG156-000005 | HCG156-000006 | 20110726 | LP | AC | Sutton, Steve, DHS | Woodle, Christopher CDR, DHS | Kennealy, Heather, DHS | Email re 30(b)(6) of USA - Coast Guard Witnesses | Internal communication transmitting and discussing legal advice of counsel given in anticipation of litigation | HCG156-000005-HCG156-000006 | N/A | Log 15 | BP Technical Challenges to US Privilege Logs 5/21/2012 | Other Blanks |