

DONALD E. GODWIN, SHAREHOLDER
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:      214.939.4412
DIRECT FAX:       214.939.4803
DGodwin@GodwinRonquillo.com

DALLAS  HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

June 16, 2012

**VIA EMAIL: Sally_Shushan@laed.uscourts.gov**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

      Re:    *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* MDL-No. 2179 – Resolution of HESI's Challenges to the United State's Schedule I Privilege Logs

Dear Judge Shushan:

      Per the Court's Order Regarding Completion of Phase Two Document Production for the U.S. and BP, Rec. Doc. 6510, and all related Orders, Halliburton Energy Services, Inc. ("HESI") diligently reviewed the U.S.'s Schedule I Privilege Logs to ascertain its limited set of challenges. HESI is pleased to inform the Court that HESI and the U.S. have resolved all of HESI's Schedule I challenges to the U.S.'s privilege claims. Below is a brief summary of the resolution.

      On May 23, 2012, HESI challenged 863 discrete documents withheld by the U.S. for privilege. Specifically, HESI challenged 341 entries involving third parties and 551 entries that did not identify attorneys, with some overlap between the two categories. On June 6, 2012, the U.S. responded to HESI's specific challenges stating that 370 of the 863 challenged entries relate to phase two documents and will remain on the U.S.'s privilege logs. HESI reviewed these entries, some of which the U.S. revised, and no longer wishes to challenge them. The U.S. further stated that the remaining 493 entries: (1) are irrelevant or non-responsive; (2) relate to other phases; (3) do not require privilege log entry because they are a post-April 20, 2010 direct communication with counsel; or (4) will be released for production on June 20, 2012.

**GODWIN RONQUILLO PC**

The Honorable Sally Shushan
United States Magistrate Judge
June 16, 2012
Page 2

      HESI is pleased with the successful resolution of these issues and appreciates the U.S.'s diligent efforts.

                                           Respectfully yours,

                                           Donald E. Godwin