# EXHIBIT B

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2
3    IN RE:  OIL SPILL       )   MDL NO. 2179
     BY THE OIL RIG          )
4    "DEEPWATER HORIZON" IN  )   SECTION "J"
     THE GULF OF MEXICO, ON  )
5    APRIL 20, 2010          )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
6
7
8
9
10
11
12
13
14
15
16
17
18
                 Deposition of Dawn Peyton, taken
19   at Pan-American Building, 601 Poydras Street,
     11th Floor, New Orleans, Louisiana, 70130, on
20   the 8th day of September, 2011.
21
22
23
24
25

PURSUANT TO CONFIDENTIALITY ORDER

```
 1          A.    My -- you know, that would be my
 2   opinion of their reaction.
 3          Q.    (BY MR. MATTHEWS)  All right.
 4   Did you prepare this document on -- by April
 5   23rd?
 6          A.    This is an e-mail that I sent,
 7   yes.
 8          Q.    And it's to your boss, right?
 9          A.    It is.
10          Q.    All right.  And what does it
11   relate to?
12          A.    This relates to, you know, what
13   I thought the well was flowing -- or could
14   have been flowing after the blowout, but, you
15   know, this was made up with a ton of
16   assumptions that, you know, I didn't have any
17   access to any kind of real data.  This is
18   just kind of my back of the envelope
19   calculation.
20          Q.    Okay.  And it's based upon
21   information that you knew or used common
22   sense, but basically information that you
23   knew or along the way had been provided by
24   BP, right?
25          MS. WILMS:  Object to form.
```

09:59  5
09:59 10
10:00 15
10:00 20
10:00 25

PURSUANT TO CONFIDENTIALITY ORDER

```
 1          MR. BEFFA:  Objection; form.
 2          A.     There is way too many
 3    assumptions in this for -- for me to have a
 4    good answer.  Like, this is just my
10:00  5    two-minute calculation, and I definitely did
 6    not have enough information to make any kind
 7    of an accurate determination of flow rate.
 8          Q.     (BY MR. MATTHEWS)  All right.
 9    Well, like it or not, it's here.  And it
10:01 10    says, I'm calculating an ACF, what is that?
11          A.     That's an AOF, absolute open
12    flow.
13          Q.     Of 45,000 barrels of oil per
14    day, right?
10:01 15          A.     That's what this says.
16          Q.     Then it says, "with the riser
17    disconnected."  Do you know if the riser was
18    disconnected?
19          A.     I had no idea.
10:01 20          Q.     That was one assumption?
21          A.     Yes.
22          Q.     Do you know if, in fact, that
23    the riser wasn't disconnected?
24          A.     I don't know.
10:01 25          Q.     Okay.  What's the second page?
```

PURSUANT TO CONFIDENTIALITY ORDER

1    A.    This is just an output from the
2  nodal analysis program that I use to make
3  these flow rate calculations.
4    Q.    Okay.  Well, you're showing
10:01  5  45,000 barrels a day at zero pressure?
6    A.    Right.  And that's kind of the
7  definition of absolute open flow.  I just
8  assume zero pressure at the same phase, which
9  really can't happen in real life.
10:02  10    Q.    Okay.  It can't?
11    A.    No.
12    Q.    It can't, can it?
13    A.    No.
14    Q.    Okay.  Do you know what the
10:02  15  pressure in this reservoir was?
16    MS. WILMS:  Object to form.
17    A.    I -- I know what the initial
18  pressure was.
19    Q.    (BY MS. MATTHEWS)  All right.
10:02  20  What?
21    A.    It was 11,800 psi, roughly.
22    Q.    Is that a relatively high
23  pressure, in your experience or opinion?
24    MS. WILMS:  Object to form.
10:02  25    A.    I don't really have an opinion

1  on that.

2       Q.      (BY MR. MATTHEWS)   About whether

3  or not it's high?

4       A.      Right.

10:02  5       Q.      Have you ever been told or do

6  you know personally whether or not the

7  Deepwater Horizon rig crew was incompetent?

8           MS. WILMS:  Objection --

9           MR. KATZ:  Object to the form.

10:03  10       A.      No, I don't -- I don't -- I've

11  not heard that.

12       Q.      (BY MR. MATTHEWS)   Have you ever

13  seen figures -- strike that.

14               Have you ever seen figures that

10:04  15  show that the worst-case scenario for flow is

16  162 million barrels per day?

17           MS. WILMS:  Object to form.

18       A.      No.

19       Q.      (BY MR. MATTHEWS)   Have you ever

10:04  20  seen well control simulation results of April

21  the 22nd that assumes the riser is connected

22  and that it has a flow rate of 138,000

23  barrels a day?

24           MS. WILMS:  Object to form.

10:04  25       A.      No.

PURSUANT TO CONFIDENTIALITY ORDER

```
 1        A.      That to me, this is different
 2   solely because that is different fluid type.
 3   And so, you know, your -- your compress
 4   abilities are higher with a volatile oil.  So
```
11:16   `5   you're -- I would expect the recovery factor`
```
 6   above your bubble point to be higher in a
 7   volatile oil than a black oil that we were
 8   expecting predrill.
 9        Q.      (BY MS. MARTIN)  Okay.  Is this
```
11:17 `10   recovery factor something that's taken into`
```
11   account in the PC, chance of commercial
12   success, that you were talking about earlier?
13        A.      Yes.
14        Q.      And is this something that's
```
11:17 `15   taken into account in the PG, chance of`
```
16   geological success?
17        A.      No.
18        Q.      Okay.  Okay.  One last thing,
19   then I'm done.  Earlier you were talking to
```
11:17 `20   Mr. Matthews about the document where you`
```
21   estimated the flow rate post spill and you
22   gave an absolute open flow number.  Do you
23   recall that?
24        A.      I do.
```
11:17 `25        Q.      We can look at it, if you want,`

PURSUANT TO CONFIDENTIALITY ORDER

```
 1  but if you don't need to for my question.  I
 2  just wanted to know if that e-mail and that
 3  estimate that you did was a result of someone
 4  asking you to look into the flow rates or is
 5  it just something you needed --
 6        A.     You know, I don't recall anybody
 7  asking me to do that.  That was just me being
 8  curious, you know, it was just, again, my two
 9  minute calculation or my curiosity.
10        Q.     Okay.  Did you have any
11  follow-up discussions about that with anyone?
12        A.     No.
13        Q.     Did you ever estimate it again
14  based on new information that you might have
15  read or heard?
16        A.     No.
17        Q.     No.  Did -- were you aware
18  that -- well, do you know Bob Quitzau at
19  Anadarko?
20        A.     I do know Bob Quitzau.
21        Q.     Okay.  And were you aware that
22  he worked on the post spill relief efforts?
23        A.     No.
24        Q.     Okay.  So you never had any
25  conversations with him about flow rates at
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   Macondo?

2          A.    No.

3          Q.    Okay.

4          MS. MARTIN:  All right.  No further

11:18  5   questions.  Thank you.

6          THE VIDEOGRAPHER:  Time is 11:18 a.m.

7   We're off the record.

8          (Recess from 11:18 a.m. to 11:24 a.m.)

9          THE VIDEOGRAPHER:  Time is 11:24 a.m.,

11:24  10  we're back on the record.

11                  E X A M I N A T I O N

12  BY MR. CERNICH:

13          Q.    Good morning, Ms. Peyton.  My

14  name is Scott Cernich from the Department of

11:24  15  Justice, and I represent the United States.

16  I wanted to ask you a few questions that I'm

17  going to start by turning back to a document

18  that you looked at earlier.

19                  If you'll turn to -- actually,

11:24  20  it's -- it's in my -- this one's in my

21  binder -- tab 25 in your binder, and this

22  document was previously marked as

23  Exhibit 4996 during Mr. Matthews'

24  questioning.

11:25  25                  And as you discussed with

PURSUANT TO CONFIDENTIALITY ORDER

```
 1   Mr. Matthews, these were some -- I believe
 2   you described them as back-of-the-envelope
 3   flow rate calculations that you performed on
 4   April 23rd; is that correct?
 5        MS. WILMS:  Object to form.
 6        A.     That's correct.
 7        Q.     (BY MR. CERNICH)   And can you --
 8   can you describe the -- actually, can you
 9   tell me why you performed these calculations?
10        A.     I think I was just curious.
11        Q.     Did -- did anyone ask you to
12   perform these?
13        A.     Not that I recall.
14        Q.     But you sent these to
15   Mr. O'Donnell; is that correct?
16        A.     That's correct.
17        Q.     And did Mr. O'Donnell respond to
18   you when you sent him these calculations?
19        A.     No.
20        Q.     Did you ever discuss these
21   calculations with Mr. O'Donnell?
22        A.     No.
23        Q.     So you sent these to
24   Mr. O'Donnell, and --
25        A.     That was it.
```

11:25
11:25
11:26
11:26
11:26

PURSUANT TO CONFIDENTIALITY ORDER

```
 1         Q.     -- there was silence, no further
 2   conversations about these whatsoever?
 3         A.     That's correct.
 4         Q.     Did you perform any -- any
 5   calculations after you performed these
 6   calculations?
 7         MS. WILMS:  Object to form.
 8         A.     No, not on --
 9         Q.     (BY MR. CERNICH)  Any flow rate
10   calculations?  I'm sorry.
11         A.     No, no flow rate calculations,
12   no.
13         Q.     Okay.  And you mentioned that
14   you had used a -- a nodal analysis program;
15   is that correct?
16         A.     That's correct.
17         Q.     And -- and which -- which
18   program did you use?
19         A.     I used PROSPER.
20         Q.     Okay.  Is that the -- is that
21   the model that you normally use in your
22   reservoir engineering work?
23         A.     Yes.  I mean, that's -- that's
24   the nodal analysis program that I normally
25   use.
```

11:26 (line 5)
11:26 (line 10)
11:26 (line 15)
11:26 (line 20)
11:27 (line 25)

PURSUANT TO CONFIDENTIALITY ORDER

```
 1        Q.    Are there any others that you
 2   use?
 3        A.    I use a whole range of software,
 4   reservoir simulators.  You know, this is just
 5   kind of our nodal -- nodal program.
 6        Q.    And what reservoir simulators do
 7   you use?
 8        A.    I use Nexus.
 9        Q.    Okay.  Any others?
10        A.    No.
11        MR. BEFFA:  How do you spell "Nexus"?
12        THE WITNESS:  N-e-x-u-s.
13        MR. BEFFA:  Thank you.
14        Q.    (BY MR. CERNICH)  And you say,
15   "With the" -- in the -- your e-mail to
16   Mr. O'Donnell, you say, "With the riser
17   disconnected and with a seawater gradient to
18   the mudline, I calculate 35,000 barrels of
19   oil per day.  In reality it's probably more
20   because I think Brian's average perm" -- and
21   "perm" stands for permeability; is that
22   correct?
23        A.    That's correct.
24        Q.    -- "of 107md" -- and that's
25   millidarcies; is that correct?
```

11:27 (line 5)
11:27 (line 10)
11:27 (line 15)
11:27 (line 20)
11:28 (line 25)

PURSUANT TO CONFIDENTIALITY ORDER

```
        1            A.      That's correct.

        2            Q.      -- "is low."

        3                    Is Brian, Brian O'Neil?

        4            A.      Yes.

11:28   5            Q.      And Mr. O'Neil is a

        6    petrophysicist; is that right?

        7            A.      He is.

        8            Q.      Okay.  Do you recall ever

        9    determining what the -- what the correct

11:28  10    permeability was for the -- for the

       11    reservoir?

       12            MS. WILMS:  Object to form.

       13            A.      No.  This is -- this is just

       14    Brian's perm that he calculated based on log

11:28  15    data that we had.

       16            Q.      (BY MR. CERNICH)  Did BP ever

       17    provide you or -- or Mr. O'Neil with the

       18    permeability?

       19            MS. WILMS:  Objection; form.

11:28  20            A.      Not post drill, no.

       21            Q.      (BY MR. CERNICH)  On other wells

       22    where -- where Anadarko -- that -- that

       23    you've worked on where Anadarko has been a --

       24    a partner on a well, would they normally

11:28  25    receive permeability information from the
```

PURSUANT TO CONFIDENTIALITY ORDER