# EXHIBIT C

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL          MDL NO. 2179
     BY THE OIL RIG
     "DEEPWATER HORIZON"        SECTION:  J
5    IN THE GULF OF
     MEXICO, ON                 JUDGE BARBIER
6    APRIL 20, 2010             MAG. JUDGE SHUSHAN

7

8

9

15

16                   **VOLUME 1**

17

18           Deposition of **ROBERT QUITZAU**, 1910

19   Driscoll Street, Houston, Texas 77019, taken

20   in the Ponchartrain Room, 601 Poydras Street,

21   New Orleans, Louisiana 70130, on Wednesday,

22   May 25th, 2011.

23

24

25

```
 1    participated on.
 2         Q.     Were you ever a team leader
 3    yourself?
 4         A.     I was not.
 5         Q.     So on the relief well concept
 6    team, who did you report to?
 7         A.     I believe that was John
 8    Sharadin.
 9         Q.     How about on the junk shot top
10    kill team?
11         A.     The junk shot top kill team was
12    also John Sharadin.
13         Q.     And he's a BP employee?
14         A.     BP employee, he was a BP
15    employee.
16         Q.     Okay.  How about on the relief
17    well intercept team?
18         A.     Kurt Mix, also a current BP
19    employee.
20         Q.     Kurt Mix.  How about on the -- I
21    realize, you may not have been on the
22    drilling of the relief well's team, but you
23    participated?
24         A.     I would attend some of the
25    meetings, yes.
```

```
 1              Q.      Who was running that team?
 2              A.      I don't recall the leaders on
 3      that.
 4              Q.      Okay.  And then the hydrostatic
 5      kill cementing team?
 6              A.      The hydrostatic kill cementing
 7      team, I believe that might have been Kurt
 8      Mix also.
 9              Q.      And the BOP removal?
10              A.      It's all a blur at that point,
11      the teams were going back and forth, I'm
12      sorry, I don't remember that.
13              Q.      That's all right.  Did -- as far
14      as you're concerned, was -- did you -- were
15      you able to obtain all the information from
16      BP that you needed to do your job?
17              A.      Yes.
18              Q.      In order for you to perform your
19      relief effort responsibilities, particularly
20      with respect to your kill team exercise, did
21      you need to know the flow rate of the well?
22              A.      I did not.
23              Q.      Did you ever ask anybody at BP
24      for -- what the flow rate was?
25              A.      I did not.
```

```
 1          Q.      Did you ever come to know what
 2    the flow rate was?
 3          A.      I did not.
 4          Q.      And not knowing the flow rate,
 5    did not interfere with any of your efforts?
 6          A.      It did not.
 7          Q.      Did you ever conclude that the
 8    design of the Macondo well hindered any of
 9    the relief efforts?
10       MS. WILMS:
11             Object to form.
12       THE WITNESS:
13             As I described earlier, the
14    presence of the burst disks presented great
15    challenges in conducting any of the top
16    kill.
17    EXAMINATION BY MR. FINEMAN:
18          Q.      Why was that?  Sorry for the
19    interruption.
20          A.      The burst disks were identified
21    very early on as a potential point of
22    failure, that if -- if it failed during a
23    top kill could create some serious problems.
24          Q.      When you were working on the top
25    kill team, did you know that the burst disks
```

```
 1          THE WITNESS:
 2               We looked at some of the pore
 3    pressure data in the pay zone, in the
 4    hydrocarbon zones and in the sand zones
 5    above the pay sand and the only fracture
 6    gradients that we studied were in the sands
 7    themselves.  So we didn't look at the frac
 8    gradient up and down the well.
 9    EXAMINATION BY MS. FLICKINGER:
10         Q.    Okay, so in terms of these LOT
11    tests or FIT tests, you didn't go back and
12    evaluate them unless they were in the sand
13    area?
14         A.    We didn't evaluate these strange
15    high -- or shoe tests, no.
16         Q.    And in your work post-spill, did
17    you have to analyze the reservoir, did you
18    get any geophysical data concerning the
19    reservoir at all?
20         A.    I did not.
21         Q.    Okay.  And I think you testified
22    that you did not come across any flow data,
23    any flow rate data?
24         A.    I did not.
25         Q.    And you didn't need that for the
```

```
 1     work that you were doing?
 2            A.     I did not.
 3            Q.     Do you have any knowledge of who
 4     did that work?
 5            A.     I don't.
 6            Q.     So even though it didn't
 7     directly impact your project, you didn't come
 8     to know who was doing the flow rate work for
 9     BP?
10            A.     I did not.
11            Q.     And you never saw any modeling
12     concerning the flow rate or the reservoir?
13            A.     I did not.
14         MS. FLICKINGER:
15              All right.  Thank you.  I have no
16     more questions for today.
17         MS. WILMS:
18              Great.
19         THE VIDEOGRAPHER:
20              We're going off the record, it's
21     5:30.  This is the end of videotape No 8.
22              (Whereupon the deposition was
23     recessed.)
24                        *  *  *
25
```

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  OIL SPILL BY    MDL NO. 2179
    THE OIL RIG
5   "DEEPWATER HORIZON"     SECTION:   J
    IN THE GULF OF
6   MEXICO, ON APRIL 20,    JUDGE BARBIER
    2010                    MAG. JUDGE SHUSHAN
7

8

14

15

16              **VOLUME 2**

17

18          Deposition of **ROBERT QUITZAU**, 1910

19   Driscoll Street, Houston, Texas 77019, taken

20   in the Pontchartrain Room, 601 Poydras

21   Street, New Orleans, Louisiana 70130, on

22   Thursday, May 26, 2011.

23

24

25

```
 1    ask for a clarification.   Otherwise, I'm
 2    going to assume that you answered them as
 3    truthfully and honestly as you could, and you
 4    understood it.   Okay?
 5         A.    Okay.
 6         Q.    Mr. Quitzau, my questions are
 7    mainly going to be directed this morning to
 8    the efforts with regard to containing the
 9    flow, capping the well.
10              The -- you would agree with me
11    that the capping stack which was installed on
12    the Macondo well, actually, was successful in
13    stemming the flow of hydrocarbons into the
14    Gulf of Mexico; correct?
15         A.    That's correct.
16         Q.    All right.   And all of the --
17    you would also agree with me that all of the
18    efforts that preceded that were not
19    successful?
20         MS. WILMS:
21              Object to form.
22    EXAMINATION BY MR. HEBERT:
23         Q.    They did not ultimately stem the
24    flow?  And by "stem the flow," I mean stop.
25         A.    That's correct.
```

```
 1    perhaps cavities and void space in the BOP
 2    and thereby allow us to create more back
 3    pressure in the well and reduce the amount of
 4    fluid exiting at the riser.  That back
 5    pressure would then allow us to pump mud down
 6    into the well, displace the hydrocarbons back
 7    into the rocks.
 8          Q.    And that would be the top kill
 9    part of the junk --
10          A.    Yes, that would be the top kill
11    part of it.
12          Q.    All right.  So you got junk shot
13    first, where you're throwing the junk in, and
14    then the top kill is pumping?
15          A.    Correct.
16          Q.    All right.  Now, I've heard you
17    testify earlier about leaks, and I thought I
18    heard you say -- you've already mentioned
19    leaks in the riser; correct?
20          A.    Yes.
21          Q.    And let's make sure we have
22    those.  Do you know or did you gain an
23    appreciation for where the leaks in the riser
24    were occurring?
25          A.    The leaks in the riser kink is
```

```
 1    where the -- where the riser was bent over
 2    just above the top of the LMRP or the BOP --
 3    the HORIZON BOP, that could be seen.  There
 4    were multiple leaks in there where -- where
 5    the fluid was jetting out.
 6          Q.     Was the majority of it coming
 7    out there?
 8          A.     I have no estimate of the flow
 9    rates.  Some of the flow was coming out
10    there, and some of the flow was going through
11    the riser that was on the mud line and out
12    the end of the riser.
13          Q.     Were efforts -- efforts were
14    made to cap the flow coming out of the drill
15    pipe.  Are you aware of those?
16          A.     I'm sorry.  The flow coming out
17    of the drill pipe?
18          Q.     Yeah, there was a drill pipe on
19    the seabed floor, and we heard some
20    testimony --
21          A.     I'm vaguely aware of that.  I --
22    I don't know the details of that.
23          Q.     Well, and the flow coming out of
24    the end of the riser, where was that in --
25          A.     I don't know the details of the
```

```
 1   debris -- riser debris, drill pipe debris on
 2   the right -- on the ocean floor, but clearly,
 3   we were focused on the riser kinks.
 4               And we knew that at some point
 5   at the end of the riser, a lot of flow was
 6   coming out at that point as well.  And this
 7   drill pipe piece, I'm still not clear on
 8   where -- how that was tied into everything.
 9        Q.    Fair enough.  I also heard you
10   talk about leaks in the BOP, if I understood
11   you correctly.
12               Were those sort of at the top
13   where the flange was?
14        MR. NICHOLS:
15               Object to the form.
16        MS. WILMS:
17               Object to form.
18   EXAMINATION BY MR. HEBERT:
19        Q.    Or do you know?  Can you tell
20   us?
21        MR. NICHOLS:
22               Again, objection to form.
23        THE WITNESS:
24               I'd have to -- I don't recall
25   making that comment.
```

```
1    EXAMINATION BY MR. HEBERT:
2         Q.    Okay.  So -- so I'm incorrect
3    with respect to any leaks in the BOP?
4         MS. WILMS:
5              Object to form.
6         THE WITNESS:
7              Which BOP are you referring to?
8    EXAMINATION BY MR. HEBERT:
9         Q.    I'm talking about the DEEPWATER
10   HORIZON BOP?
11        MR. DAVID:
12             Objection to form.
13        THE WITNESS:
14             No, I don't recall --
15   EXAMINATION BY MR. HEBERT:
16        Q.    The leaks that you recall?
17        A.    I don't recall any leaks in the
18   HORIZON BOP.
19        Q.    Okay.
20        A.    You're talking about my
21   testimony that I just made in talking to you
22   here?
23        Q.    Yes.
24        A.    You're talking about with regard
25   to pumping the junk shot?
```

```
 1            Q.      Yes.

 2            A.      Okay.  Okay.  So I'll -- I know

 3   what you're asking.  The -- the leaks would

 4   be in the riser kink.  There is -- there

 5   could have been a flow path through the

 6   cavities in the BOP, and the junk shot would

 7   have a chance to bridge off in those

 8   cavities.  Though, I don't know that I would

 9   classify those as leaks.  They're cavities

10   that exist in the BOP.  Wherever the flow is

11   going, the junk shot was supposed to try to

12   bridge off those paths and, thereby, allow us

13   to pump down into the well rather than out

14   into the Gulf.  So I do not call those leaks.

15            MR. NICHOLS:

16                 Objection to form.

17   EXAMINATION BY MR. HEBERT:

18            Q.      So and -- can you, as you

19   testify here today, give us any specific

20   geometry as to the size of the leaks or more

21   precise indications as to where they may have

22   been?

23            MS. WILMS:

24                 Object to form.

25            MR. NICHOLS:
```

```
 1                    Objection, form.
 2         THE WITNESS:
 3              The only leaks I've referred to
 4    would be the leaks in the riser kink, and
 5    there were multiple leaks.  And I could not
 6    qualify the size of those leaks.
 7         MR. HEBERT:
 8              All right.  I got a message that
 9    we need to change the tape.  So let's go off
10    the record.
11         THE VIDEOGRAPHER:
12              We're going off the record.
13    It's 10:38.  This is the end of videotape
14    No. 2.
15              (Whereupon, a brief recess was
16    taken.)
17         THE VIDEOGRAPHER:
18              We're back on the record.  It's
19    10:51.  This is the beginning of videotape
20    No. 3.
21    EXAMINATION BY MR. HEBERT:
22         Q.    Now, I want to go back to the
23    burst disk for just a moment before I move
24    forward.  I heard your testimony yesterday
25    about, is it possible to design a well
```