# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:   OIL SPILL          MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"         SECTION:   J
 5   IN THE GULF OF
     MEXICO, ON APRIL            JUDGE BARBIER
 6   20, 2010                    MAG. JUDGE SHUSHAN

 7
```

13

14
         Deposition of **PAUL A. CHANDLER**,
15  taken in the Pan American Life Center,
    Bayou Room, 11th Floor, 601 Poydras Street,
16  New Orleans, Louisiana 70130, on Wednesday,
    May 4, 2011.
17

18
    **APPEARANCES**:
19
            LIEFF CABRASER HEIMANN & BERNSTEIN,
20          LLP
            (By:  Steven E. Fineman, Esquire and
21                Annika K. Martin, Esquire)
            250 Hudson Street
22          8th Floor
            New York, New York  10013-1413
23               (Plaintiff's Steering Committee)

24

25

                    **GAUDET KAISER, L.L.C.**
                  Board-Certified Court Reporters

1  additional wells that need to be drilled in
2  that field to fully develop them.
3         Q.    Okay.  Do you have any expertise
4  in actual well drilling?
5         A.    No real expertise in well
6  drilling other than just from a geological
7  perspective.
8         Q.    In your position as project
9  geological advisor in the 2009, 2010 time
10 period, I think you mentioned eastern part
11 of the Gulf of Mexico?
12        A.    That's correct.
13        Q.    Okay.  And can you give me some
14 idea what that means?
15        A.    Right.  For the eastern Gulf
16 area that we work is in the area called
17 Mississippi Canyon.  It extends south to
18 Atwater Valley, it extends east to DeSoto
19 and Lloyd Ridge.  Those are the primary
20 areas of the eastern Gulf of Mexico that I
21 work, look at.
22        Q.    So is it fair to say that
23 your -- within Anadarko your particular
24 specialty or expertise is this particular
25 eastern region of the Gulf of Mexico?

```
 1        A.    That is correct.
 2        Q.    And that was true in the 2009,
 3   2010 time period?
 4        A.    That's correct.
 5        Q.    Was it also true in 2008?
 6        A.    It was.
 7        Q.    Okay.  And in your position as
 8   project geological advisor in the 2009,
 9   2010 time period, who did you report
10   directly to?
11        A.    I reported directly to Alan
12   O'Donnell.
13        Q.    And in that time frame what was
14   Mr. O'Donnell's title?
15        A.    He was the general manager over
16   the eastern Gulf of Mexico.
17        Q.    What does that mean, the general
18   manager over the --
19        A.    It means that he oversees the
20   various asset teams working the eastern
21   Gulf and handles the business side of the
22   area.
23        Q.    And he's not a senior geologist
24   to you?
25        A.    He is not.
```

1    Miocene No. 7, which is what we generally
2    refer to it as.
3         Q.    So in the other documents I've
4    seen that MM7?
5         A.    Right.
6         Q.    So there's different
7    terminology, basically, that we're dealing
8    with?
9         A.    There is.
10        MS. WILMS:
11             Object to form.
12   EXAMINATION BY MR. FINEMAN:
13        Q.    I'm sorry. You can answer.
14        A.    There is.
15        Q.    There is? Okay. Now, did you
16   play a role in the decision by Anadarko
17   whether to acquire the interest in Macondo?
18        A.    Yes.
19        Q.    What role did you play?
20        A.    I did the geologic evaluation of
21   it. So from a geological perspective, I
22   looked at the data that we had internally
23   at Anadarko. We were provided data by BP
24   to do an initial evaluation of it.
25             And along with the asset team I

1  worked with, we made a recommendation to
2  try to acquire an interest in this lease.
3       Q.    Prior to the Macondo experience,
4  had you ever worked on a project where
5  Anadarko was looking to obtain an interest
6  in the lease that was controlled by
7  somebody else?
8       A.    I don't remember one
9  specifically, no.
10      Q.    Okay.  So this exercise of
11 trying to decide whether or not Anadarko
12 should take an interest in Macondo, this
13 was the first time you had done something
14 like that?
15      A.    For Anadarko, that's correct.
16      Q.    Okay.  Had you done it for
17 somebody else?
18      A.    I have.
19      Q.    For who?
20      A.    For my former company, Enserch
21 Exploration.
22      Q.    How long has that been?
23      A.    I worked from -- at Enserch from
24 1981 to '97.  So it had been some time.
25      Q.    And when you worked there was

```
 1          Q.     Okay.  And the recommendation
 2     that you were prepared to make was what?
 3          A.     The recommendation we were
 4     prepared to make was that we liked it from
 5     a engineering standpoint, from a geological
 6     point and our recommendation was to see if
 7     we could acquire an interest in it.
 8          MR. FINEMAN:
 9                 This is 1583.  ANA MDL
10     000041230, 41231.
11                 (Whereupon, the document
12     referred to was marked as Exhibit No. 1583
13     for identification.)
14     EXAMINATION BY MR. FINEMAN:
15          Q.     Mr. Chandler, I'm going to ask
16     you questions, a couple of quick questions
17     about the first e-mail in the chain here,
18     which I think is the only one where you're
19     actually a recipient.  And this, that
20     e-mail is dated October 19, 2009.
21                 Okay?
22          A.     Okay.
23          Q.     Why don't you go ahead and take
24     a minute and review that?
25          A.     You're talking about the very
```

```
 1   asking you, Paul, what would you consider
 2   the key risk -- what would you consider the
 3   key risk on Macondo?  What was your answer?
 4        A.   My answer was reservoir.
 5        Q.   What does that mean?
 6        A.   It means of the various risk
 7   components that go into that overall risk
 8   number, in my opinion, the risk of finding
 9   the reservoir rock as we had anticipated
10   was the highest of those risk categories.
11        Q.   And you expressed that view to
12   Ms. Baker?
13        A.   I believe that I did, yes.
14        Q.   And was that view taken into
15   account in the number that was ultimately
16   assigned to the risk?
17        MS. WILMS:
18             Object to form.
19        THE WITNESS:
20             It was.
21        MR. FINEMAN:
22             Next document is 1585, ANA MDL
23   000039054 to 39056.
24             (Whereupon, the document
25   referred to was marked as Exhibit No. 1585
```

```
 1    for identification.)
 2    EXAMINATION BY MR. FINEMAN:
 3         Q.    The top of the page is an e-mail
 4    dated October 22, 2009 from Dawn Peyton to
 5    you; correct?
 6         A.    That's correct.
 7         Q.    Okay.  She's attaching a couple
 8    of documents for you, which I believe are
 9    the documents attached to the e-mail; is
10    that correct?
11         A.    That's right.
12         Q.    Okay.  Can you -- in this e-mail
13    she says NPV almost doubles due to 20 MMBOE
14    higher mean and 10 percent increase in Pg.
15    You see that?
16         A.    Yes.
17         Q.    What does that mean?
18         A.    NPV means net present value.
19    That's a number that's generated through
20    our economics.  The 20 million barrels of
21    oil equivalent that she notes there is just
22    making note that the mean number that was
23    generated with some of our revised
24    economics after the RCT meeting increased.
25               And along with that, the Pg
```

```
 1   number, as I mentioned before, did change.
 2   And it went up roughly from 65, 66 percent
 3   to about 75 or 76 percent.
 4          Q.    And Pg means?
 5          A.    That's the probability of
 6   geological success.
 7          Q.    Okay.  So by this time, the
 8   probability of geological success had gone
 9   to 75?
10          A.    75 or 76.
11          Q.    Okay.  If you turn to the last
12   page of that exhibit?
13                This is dated October 22, 2009.
14   It's called risk consistency review and
15   summary; correct?
16          A.    Right.
17          Q.    Okay.  And then this apparently
18   refers to a meeting; is that correct?
19          A.    Yes.  Generally.
20          Q.    It says attendees and you're one
21   of the attendees; correct?
22          A.    That's correct.
23          Q.    Do you recall this meeting?
24          A.    I do.
25          Q.    Was this a meeting among these
```

1  A.  That's right.
2  Q.  And this is the relatively small
3  low risk?
4  A.  That's correct.
5  MS. WILMS:
6  Object to form.
7  EXAMINATION BY MR. FINEMAN:
8  Q.  Okay.  Other parts that you
9  participated in?
10  A.  I don't remember for sure on the
11  block ownership, if I prepared that slide
12  or somebody else did.
13  Q.  Okay.
14  A.  On the next page, the structure
15  map that's 45801, I prepared this.
16  Q.  Okay.  I don't have any
17  questions.  Go ahead.
18  A.  The next two or the next exhibit
19  are the seismic line, that was done by
20  someone else.  I'm familiar with it but I
21  didn't prepare that.
22  The next exhibit, that's 45803,
23  shows the geological setting.  I prepared
24  that map.
25  The next exhibit is a log of the

1   Isabela Discovery and a log from a prospect
2   called Ghost Rider and I prepared that.
3        Q.   What are these showing?
4        A.   These are showing similar pay
5   sections to what we anticipated at Macondo.
6   These were the analogous, the analogous
7   fields or analogous well that I mentioned
8   earlier.  Isabela was one of those fields
9   that was listed previously and that's the
10  discovery log over it.
11       Ghost Rider was a well that was
12  not a discovery, but it had sand that was
13  similar in age to we anticipated at
14  Macondo.  So these were analogous wells.
15       Q.   What are the graphs showing?
16       A.   The graphs for both, for both
17  logs show, show the sand itself.  On the
18  left side is a gamma ray, on the right side
19  is a resistivity curve.  It just outlines
20  the top of the base of the sand and gives
21  you an idea of whether it is a hydrocarbon
22  field or whether it's water field.
23       Q.   Okay.
24       A.   The next exhibit was an exhibit
25  that was provided for us by BP.  So it was

1    included in our PowerPoint.
2            That's the same for the next
3    exhibit, which is 45806.  That was provided
4    for us by BP.
5        Q.   If it's got a BP logo on it, it
6    was provided by BP; is that correct?
7        MR. DAVID:
8            Object to form.
9        THE WITNESS:
10           I don't know that for certain.
11   EXAMINATION BY MR. FINEMAN:
12       Q.   Okay.  Go ahead.
13       A.   The next exhibit was also
14   provided by BP on the reservoir.  The next
15   Exhibit 45808, this is also, this was also
16   provided by BP, it's BP's interpretation.
17           The next Exhibit 45809 shows a
18   comparison of the structural interpretation
19   from BP's mapping to Anadarko's mapping.
20       Q.   Okay.
21       A.   I did not prepare, I did not
22   prepare this particular one.
23       Q.   Okay.  Go on.
24       A.   Okay.  The next one is a
25   comparison of the amplitudes that was

1  provided to us by BP.  And the amplitudes
2  from the seismic data that we had at the
3  time we prepared this, in-house Anadarko.
4           The next exhibit is very similar
5  to the other one.  The next exhibit is the
6  same thing, except it apparently has a
7  structure with amplitude comparing BP's
8  interpretation to Anadarko's.
9       Q.   Okay.
10      A.   I didn't prepare this one,
11 either.  The next exhibit also shows that
12 comparison.  One of the differences, it
13 appears, is that the window of the
14 amplitude is changing from the Anadarko
15 interpretation.
16           So it appears as though the
17 window that the analysis was done for the
18 amplitude got larger as we went from one
19 exhibit to the other.  So it's just showing
20 how the amplitude could be interpreted
21 slightly different with a slightly
22 different way of approaching it.
23      Q.   Okay.
24      A.   I didn't prepare that.
25           The next exhibit, which is

1      Q.      Okay.  And then it also shows
2  here that you downloaded a number of -- on
3  the 16th, also -- a number of geological
4  reports.
5              Do you see that?  It continues
6  on to the next page as well.
7      A.      Yes.
8      Q.      And the reason for downloading
9  those reports, the geological reports was
10 what?
11     A.      Again, this was near the end of
12 the evaluation for the well.  For my
13 concern, geologically, we had completed
14 most of what we had intended to do to
15 evaluate the reservoir.  So this was in
16 connection with that and just making sure
17 that all our reports were downloaded to the
18 final analysis.
19     Q.      Okay.  If you go to Bates stamp
20 50574, you'll see an entry for you on
21 April 19, 2010 at 11:01.  You see that?
22     A.      I do.
23     Q.      And here you're downloading
24 something called drilling reports.  Do you
25 see that?