UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Briefing of Objections to Rule 30(b)(6) Notice for Deposition of WHOI]**

On May 23, 2011, an order was issued for the briefing of objections by Woods Hole Oceanographic Institution ("WHOI") to the topics in the Rule 30(b)(6) deposition notice served by BP. Rec. doc. 6577. At the request of the parties, the schedule is modified.

On **Friday, June 29, 2012**, WHOI shall file a motion to quash the portions of the Rule 30(b)(6) topics which were not resolved in the meet and confer process.

On **Monday, July 9, 2012**, BP shall file its opposition.

On **Monday, July 16, 2012**, WHOI shall file its reply. At that time WHOI's motion to quash will be submitted on briefs and without oral argument.

New Orleans, Louisiana, this 21st day of June, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to Notify WHOI through its counsel:**

Dahlia S. Fetouh
dfetouh@goodwinprocter.com