UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) ) ) | Civil Action Case No.: 10-MDL-2179 Section "J" Judge Barbier |
| Applies to:    All Cases, 10-8888 | | Magistrate "1" Magistrate Judge Shushan |

## **ORDER**

Considering the foregoing Motion:

    IT IS ORDERED that Reid S. Uzee (Bar No. 31345) be permitted to withdraw as counsel of record for the following Plaintiffs:

- Darrel Casimire Gonzales (\*\*\*-\*\*-4682): R. Doc. 76136

- Eugene Joseph Anglada (\*\*\*-\*\*-5718): R. Doc. 76129

- Elwood James Morales, Jr. (\*\*\*-\*\*-2205): R. Doc. 76132

- Howard John Serigne, Sr. (\*\*\*-\*\*-5191): R. Doc. 76128

- Christopher Trey Guidroz (\*\*\*-\*\*-3347): R. Doc. 76137

- David Wayne Casanova, Sr. (\*\*\*-\*\*-3727): R. Doc. 76134

- Rodney Anthony Anglada (\*\*\*-\*\*-9261): R. Doc. 76133

- Donald Ray Lemoine (\*\*\*-\*\*-9875): R. Doc. 76130

- Warren Adam Evans, III (\*\*\*-\*\*-1242): R. Doc. 76131

- Randi Michelle Alfonso (\*\*\*-\*\*-3537): R. Doc. 76139

- Randy M. Alfonso Seafood (\*\*\*-\*\*-4760): R. Doc. 76135

New Orleans, Louisiana this 21st day of June, 2012..

_____
United States District Judge