UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the GULF OF | § | |
| MEXICO, on APRIL 20, 2010 | § | SECTION:  J |
| | § | |
| This document relates to: 12-1486 | § | |
| *David Hogan, et. al. v. BP Exploration* | § | JUDGE BARBIER |
| *& Production, Inc., et. al.* | § | MAG. JUDGE SHUSHAN |

## ORDER ON PLAINTIFFS' MOTION TO REMAND

After considering Plaintiffs' Motion to Remand, the response, if any, and the notice of removal, the Court is of the opinion that the Motion is MERITORIOUS and should be GRANTED. It is therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Remand is GRANTED and the Court REMANDS this case to the 295th Judicial District Court of Harris County, Texas.

SIGNED this _____ day of _____, 2012

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE