UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the GULF OF | § | |
| MEXICO, on APRIL 20, 2010 | § | SECTION:   J |
| | § | |
| This document relates to: 12-1486 | § | |
| *David Hogan, et. al. v. BP Exploration* | § | JUDGE BARBIER |
| *& Production, Inc., et. al.* | § | MAG. JUDGE SHUSHAN |

### PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come David Hogan and Patricia Fajkus-Hogan (hereinafter referred to as "Plaintiffs") and submit this Motion to Remand on the following grounds:

1. BP's removal of this case exemplifies the arguably sanctionable procedural wrangling BP is undertaking to delay adjudication of claims in Plaintiffs' proper choice of forum.

2. BP failed to obtain the necessary written consents of its co-defendants before removing the case and therefore removal was procedurally defective.

3. This Court has already ruled that removal in cases such as this is improper because federal question jurisdiction does not exist and OCSLA does not provide a basis for removal where, as here, the underlying claim is governed by maritime law and one of the defendants is a citizen of the state where the case was filed.

For the foregoing reasons, and those more fully set forth in the attached Memorandum in Supports of Plaintiffs' Motion to Remand, Plaintiffs respectfully request that this Motion to Remand be excepted from the continuance ordered by the Court in Pre-Trial Motion 15, set for submission, and that this matter be remanded to the 295th Judicial District of Harris County, Texas.

Respectfully submitted,

**THE LEWIS LAW FIRM**

/s/ John J. Brothers

James Craig Lewis
Trial Attorney
Federal Bar ID 3452
John J. Brothers
Federal Bar ID 1096186
2905 Sackett Street
Houston, Texas 77098
Telephone: (713) 222-8080
Facsimile: (713) 238-7888

clewisfirm@gmail.com
johnb@llf7.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel by certified mail, returned receipt requested and by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on June 22, 2012.

/s/ John J. Brothers
_____
John J. Brothers