UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>Relates to: 2:12-cv-01295-CJB-SS | MDL No.: 2:10-md-2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

This matter having come before the Court on Plaintiffs' Motion to Remand and the Court having been fully advised;

IT IS ORDERED that Plaintiffs' Motion to Remand is hereby GRANTED, and this action is hereby remanded to the 25th Judicial District Court, Plaquemines Parish, Louisiana.

This _____ day of _____ 2012.

_____
MAGISTRATE JUDGE