# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2:10-md-2179 |
| | SECTION "J" |
| Relates only to: 2:12-cv-01295-CJB-SS | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF HEARING

**CONSIDERING THE FOREGOING,**

Notice is hereby given that Plaintiffs' Motion to Remand in the above-captioned proceeding shall come for hearing before the court at _____ a.m./p.m. on the _____ day of _____, 2012.

This \_\_\_\_\_ day of _____ 2012

_____

MAGISTRATE JUDGE

1