MINUTE ENTRY
WILKINSON, M.J.
JUNE 21, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>In re: Triton Asset Leasing</u>; Civil Action No. 10-2771 (Wisner Donation Motion for Partial Summary Judgment; Record Doc. No. 5751) | SECTION "J" (1) |

Pursuant to my previous order, Record Doc. No. 6670, a status conference by telephone was conducted today in this matter. Participating were Robert Wiygul, representing the Edward Wisner Donation; Steve Herman, plaintiffs' liaison counsel; Shannon Holtzman and Greg Johnson, representing BP.

Counsel reported that a settlement has been reached that will resolve the issues raised in the referenced, referred motion for partial summary judgment, Record Doc. No. 5751. The parties' written settlement agreement is currently being circulated for all necessary signatures and will be submitted to the court upon execution for review and approval, together with a joint motion to dismiss the pending motion without prejudice.

MJSTAR: 0 : 20

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member case, C.A. No. 10-2771.

JOSEPH C. WILKINSON, JR.<br>
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**