# CONFERENCE ATTENDANCE RECORD

DATE: 6-22-12        TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

☞ # PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tom Ganucheau | Cameron |
| Sarah Iiams | Anadarko |
| Brian Burr | PSC |
| Grant Davis-Denny | Transocean |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Gwen Richard | " " |
| Sean Fleming | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Lauren Mitchell | " " |
| David Baay | TO |
| Nat Chakeres | DoJ |
| Judy Harvey | DoJ |
| Abby André | DoJ |
| Scott Cernich | DoJ |
| Steve Flynn | DoJ |
| Jimmy Williamson | PSC |
| Denise Scofield | MI |
| Douglas Kraus | Kormann |
| Matt Douglas | BP |
| Joe Eisert | BP |
| Cory Maze | AL |
| Paul Sterbcow | PSC |

**June 22, 2012**
**Telephone Participants**

MDL 2179 - Discovery Conference

Rob Gasaway

Ryan Babisch

Mike Occhuizzo

Jed Mestayer

Mike Petrino

Sharon Shutledge

Bill Stradley

Shawn Brennan