UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG | * | MDL. NO. 2179 |
| DEEPWATER HORIZON | * | |
| In the GULF OF MEXICO, | * | SECTION "J" |
| On APRIL 20, 2010 | * | |
| | * | JUDGE CARL J. BARBIER |
| This Document Relates To: | * | |
| Civil Action No. 2:12-cv-1523 | * | MAGISTRATE SALLY |
| *   *   *   *   *   *   *   * | * | SHUSHAN |

## NOTICE OF FILING OF LIMITATION ACTION AND ENTRY OF ORDER RESTRAINING PROSECUTION OF CLAIMS

NOW COME Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC and Triton Asset Leasing GmbH, four of the limitation Petitioners in Civil Action No. 2:10-cv-02771-CJB-SS, entitled In Re the Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owners, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, in a cause for Exoneration from or Limitation of Liability, filed in the United States District Court for the Southern District of Texas, transferred by Order dated June 18, 2010 to the United States District Court for the Eastern District of Louisiana, New Orleans Division, and consolidated with 10-MDL-2179 on August 24, 2010.

Petitioners hereby give notice to this Honorable Court that an Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims was signed and entered in the aforementioned federal limitation action on May 13, 2010, by the original judge presiding, United States District Judge Keith P. Ellison. A copy of said Order is attached hereto as Exhibit A.  An Amended Order was signed and entered on May 26, 2010. A copy of said Amended Order is attached hereto as Exhibit B.  A Second

Amended Order was signed and entered on June 14, 2010. A copy of said Second Amended Order is attached hereto as Exhibit C.  An Order was entered by the MDL court on August 24, 2010 providing specific instructions for the filing of claims. A copy of said Order is attached hereto as Exhibit D.

Pursuant to the United States District Court's June 14, 2010, Order, further prosecution of the above styled and numbered cause of action against the limitation Petitioners are stayed and enjoined and restrained, and all parties wishing to assert claims in connection with the casualty event described in the limitation action were ordered to file their claims in the limitation action on or before November 15, 2010.  However, presiding United States District Judge Carl J. Barbier ordered, by way of minute entry dated September 16, 2010, that the deadline be extended to April 20, 2011. A copy of said minute entry is attached hereto as Exhibit E.

Respectfully submitted this 22nd day of June, 2012,

By:   /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com

By:   /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By:    /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, rjh@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH,*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has on this 22nd day of June 2012, been served on the following counsel of record in this proceeding by:

|   |   |   |   |
|---|---|---|---|
| (   ) | Hand Delivery | (   ) | Prepaid U.S. Mail |
| (   ) | Federal Express | (   ) | E-Mail |
| ( X ) | ECF |   |   |

/s/ Kerry J. Miller