## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig             *        MDL NO. 2179
      "Deepwater Horizon" in the       *
      Gulf of Mexico, on April 20, 2010 *        SECTION: J
                                 *
                                 *
                                 *
                                 *
      This Document Relates To:        *        JUDGE BARBIER
      Case No. 2:10-cv-08888-CJB-SS    *
      Doc No.  112233                  *        MAGISTRATE JUDGE SHUSHAN
      Short-Form Joinder of            *
      Aubrey L. Thornton              *
                                   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

NOW INTO COURT, the undersigned counsel, and moves this Court for an order

withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles,

P.C., as counsel of record for Plaintiff, Aubrey L. Thornton.  In further support, Movant states as

follows:

      1.     On or about February 10, 2012, Aubrey L. Thornton retained the law firm

Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil

spill case.

      2.     On February 25, 2012, the undersigned filed an amended Short Form Joinder on

behalf of Aubrey L. Thornton, Doc # 112233.

      3.     On May 15, 2012, the parties terminated their relationship.

      4.     Aubrey L. Thornton will remain in the litigation.  Neither the Plaintiff, nor any

other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel and his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Aubrey L. Thornton.

Respectfully Submitted this the _____day of June, 2012.


/s/  *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M



OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others  listed below this the _____ day of June, 2012.

Ms. Thornton  has been made aware of all deadlines and pending court appearances.


Ms. Aubrey Thornton
26525 U.S. Highway 90
Robertsdale, Alabama 36567
(850) 206-7531

___/s/ J. Parker Miller_____
Of Counsel