UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig  "Deepwater Horizon" in the  Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To:  Case No. 2:10-cv-08888-CJB-SS  Doc No. 107912  Short-Form Joinder of  Buddy Wayne Butler | * * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Buddy Wayne Butler. In further support, Movant states as follows:

1.  On or about July 25, 2011, Buddy Wayne Butler retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to his oil spill case.

2.  On September 16, 2011, the undersigned filed a Short Form Joinder on behalf of Buddy Wayne Butler, Doc # 107912.

3.  On April 19, 2012, the parties terminated their relationship.

4.  Buddy Wayne Butler will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Buddy Wayne Butler.

Respectfully Submitted this the 23rd day of June, 2012.

/s/ *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 23rd day of June, 2012.

Mr. Butler has been made aware of all deadlines and pending court appearances.

Mr. Buddy Wayne Butler
43 Pine Drive
Apalachicola, Florida 32320
(850) 370-1084

                                                /s/ J. Parker Miller
                                                Of Counsel