UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 52892 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| Cassie Jones obo | * | |
| Alysa Kaitlyn Hedrick | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Cassie Jones obo Alysa Kaitlyn Hedrick. In further support, Movant states as follows:

1. On or about March 3, 2011, Cassie Jones obo Alysa Kaitlyn Hedrick retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2. On April 11, 2011, the undersigned filed a Short Form Joinder on behalf of Cassie Jones obo Alysa Kaitlyn Hedrick, Doc # 52892.

3. On May15, 2012, the parties terminated their relationship.

  4. Cassie Jones obo Alysa Kaitlyn Hedrick will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

  WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of her respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Cassie Jones obo Alysa Kaitlyn Hedrick.

  Respectfully Submitted this the 23rd day of June, 2012.

                /s/ *J. Parker Miller*
                J. Parker Miller
                ASB-7363-H53M


OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 23rd day of June, 2012.

Ms. Jones has been made aware of all deadlines and pending court appearances.

Ms. Cassie J. Jones
obo Alysa Kaitlyn Hedrick
10427 Burlington Drive
Grand Bay, Alabama 36541
(228) 990-2977

                                                         /s/ J. Parker Miller_____
                                                    Of Counsel