UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig         * | | MDL NO. 2179 |
| "Deepwater Horizon" in the         * | | |
| Gulf of Mexico, on April 20, 2010  * | | SECTION: J |
| * | | |
| * | | |
| * | | |
| * | | |
| This Document Relates To:         * | | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS    * | | |
| Doc No.  112143                              * | | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of                    * | | |
| Charles D. Weston.                         * | | |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Charles D. Weston.  In further support, Movant states as follows:

1. On or about February 24, 2012, Charles D. Weston retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to his oil spill case.

2. On February 24, 2012, the undersigned filed an amended Short Form Joinder on behalf of Charles D. Weston, Doc # 112143.

3. On May 15, 2012, the parties terminated their relationship.

4. Charles D. Weston will remain in the litigation.  Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel and his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Charles D. Weston.

Respectfully Submitted this the 23rd day of June, 2012.

/s/  J. Parker Miller
J. Parker Miller
ASB-7363-H53M

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the <u>23</u>rd day of June, 2012.

      Mr. Weston has been made aware of all deadlines and pending court appearances.

Mr. Charles D. Weston  
20351 Lawrence Road  
Fairhope, Alabama 36532  
(251) 928-6815

                                                                                          /s/ J. Parker Miller  
                                                                                         Of Counsel