**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

In Re: Oil Spill by the Oil Rig          *          MDL NO. 2179
        "Deepwater Horizon" in the       *
        Gulf of Mexico, on April 20, 2010 *          SECTION: J
                                          *
                                          *
                                          *
        This Document Relates To:         *          JUDGE BARBIER
        Case No. 2:10-cv-08888-CJB-SS     *
        Doc No. 61119                     *          MAGISTRATE JUDGE SHUSHAN
        Short-Form Joinder of             *
        Dawn Boden obo                    *
        Kristofer Boden, a minor.         *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be allowed to withdraw as Counsel for Dawn Boden obo Kristofer Boden.

This the _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE