# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig  "Deepwater Horizon" in the  Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To:  Case No. 2:10-cv-08888-CJB-SS  Doc No. 47261  Short-Form Joinder of  Daniel Dodd | * * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for Daniel Dodd.

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE