# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 56984 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| Deloris Harvey | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Deloris Harvey. In further support, Movant states as follows:

1. On or about April 15, 2011, Deloris Harvey retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2. On April 16, 2011, the undersigned filed a Short Form Joinder on behalf of Deloris Harvey, Doc #56984.

3. On May15, 2012, the parties terminated their relationship.

4. Deloris Harvey will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of her respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Deloris Harvey.

Respectfully Submitted this the 23rd day of June, 2012.

/s/  *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 23rd day of June, 2012.

Ms. Harvey has been made aware of all deadlines and pending court appearances.

Ms. Deloris Harvey
3414 Baltimore Avenue
Pascagoula, Mississippi 39581
(228) 990-5618

　　　　　　　　　　　　　　　　　　　　　　　　　__/s/ J. Parker Miller_____
　　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel