UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 56988 Short-Form Joinder of Deloris Harvey obo Zyneshia Harvey, a minor. | * * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Deloris Harvey obo Zyneshia Harvey.  In further support, Movant states as follows:

1.      On or about April 15, 2011, Deloris Harvey obo Zyneshia Harvey retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2.      On April 16, 2011, the undersigned filed a Short Form Joinder on behalf of Deloris Harvey obo Zyneshia Harvey, Doc #56988.

3.      On May15, 2012, the parties terminated their relationship.

4.      Deloris Harvey obo Zyneshia Harvey will remain in the litigation.  Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of her respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Deloris Harvey obo Zyneshia Harvey.

Respectfully Submitted this the 23rd day of June, 2012.

/s/  J. Parker Miller
J. Parker Miller
ASB-7363-H53M


OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 23rd day of June, 2012.

      Ms. Harvey has been made aware of all deadlines and pending court appearances.

Ms. Deloris Harvey
obo Zyneshia Harvey
3414 Baltimore Avenue
Pascagoula, Mississippi 39581
(228) 990-5618

                                                                                _/s/ J. Parker Miller_____
                                                                             Of Counsel