**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | **JUDGE BARBIER** |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 112773 | * | **MAGISTRATE JUDGE SHUSHAN** |
| Short-Form Joinder of | * | |
| Diana Robertson | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be allowed to withdraw as Counsel for Diana Robertson.

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE