UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL NO. 2179 |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| | * | |
| **This Document Relates To:** | * | JUDGE BARBIER |
| **Case No. 2:10-cv-08888-CJB-SS** | * | |
| **Doc No. 56966** | * | MAGISTRATE JUDGE SHUSHAN |
| **Short-Form Joinder of** | * | |
| **Donna Jean Carter** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for Donna Jean Carter.

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE