UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 112780 Short-Form Joinder of Erica Johnson obo Cathy Johnson, a minor. | * * * * * * * | JUDGE BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Erica Johnson obo Cathy Johnson. In further support, Movant states as follows:

1.  On or about March 2, 2012, Erica Johnson obo Cathy Johnson retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2.  On March 2, 2012, the undersigned filed a Short Form Joinder on behalf of Erica Johnson obo Cathy Johnson, Doc # 112780.

3.  On May15, 2012, the parties terminated their relationship.

4. Erica Johnson obo Cathy Johnson will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of her respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Erica Johnson obo Cathy Johnson.

Respectfully Submitted this the 23rd day of June, 2012.

/s/ *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 23rd day of June, 2012.

      Ms. Johnson has been made aware of all deadlines and pending court appearances.

Ms. Erica Johnson  
obo Cathy Johnson  
17229 County Road 83  
Summerdale, Alabama 36580  
(251) 269-6429

                                                                             /s/ J. Parker Miller  
                                                                          Of Counsel