UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 112780 Short-Form Joinder of Erica Johnson obo Cathy Johnson, a minor. | * * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

   IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for Erica Johnson obo Cathy Johnson.

   This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE