UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 65889 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| Ellena Prim obo | * | |
| Jania Ward, a minor. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Ellena Prim obo Jania Ward. In further support, Movant states as follows:

1. On or about November 1, 2010, Ellena Prim obo Jania Ward retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2. On April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Ellena Prim obo Jania Ward, Doc # 65889.

3. On May15, 2012, the parties terminated their relationship.

4.	Ellena Prim obo Jania Ward will remain in the litigation.  Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of her respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Ellena Prim obo Jania Ward.

Respectfully Submitted this the 24th day of June, 2012.


/s/  *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M



OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

  I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the <u>24</u>th day of June, 2012.

  Ms. Prim has been made aware of all deadlines and pending court appearances.

Ms. Ellena Prim
obo Jania Ward
512 West 6th Avenue
Foley, Alabama 36535
(850) 454-5231

                __/s/ J. Parker Miller_____
                Of Counsel