## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | |
| | * | |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| **Case No. 2:10-cv-08888-CJB-SS** | * | |
| **Doc No.107998** | * | **MAGISTRATE JUDGE SHUSHAN** |
| **Short-Form Joinder of** | * | |
| **Ginger Batchelor** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

NOW INTO COURT, the undersigned counsel, and moves this Court for an order

withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles,

P.C., as counsel of record for Plaintiff Ginger Batchelor  In further support, Movant states as

follows:

1.      On or about June 30, 2011, Ginger Batchelor retained the law firm Beasley,

Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2.      On September 16, 2011, the undersigned filed a Short Form Joinder on behalf of

Ginger Batchelor, Doc # 107998.

3.      On May15, 2012, the parties terminated their relationship.

4.      Ginger Batchelor will remain in the litigation.  Neither the Plaintiff, nor any other

party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of her respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Ginger Batchelor.

Respectfully Submitted this the 24<u>th</u> day of June, 2012.


<u>/s/  *J. Parker Miller*                       </u>
J. Parker Miller
ASB-7363-H53M



OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the <u>24</u>$^{th}$ day of June, 2012.

Ms. Batchelor has been made aware of all deadlines and pending court appearances.

Ms. Ginger Batchelor
10858 Coleman Lane
Elberta, Alabama 36530
(251) 986-6704

_/s/ J. Parker Miller_____
Of Counsel