UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig        *        MDL NO. 2179
"Deepwater Horizon" in the         *
Gulf of Mexico, on April 20, 2010  *        SECTION: J
                                   *
                                   *
                                   *
                                   *
This Document Relates To:          *        JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS      *
Doc No.  107949                    *        MAGISTRATE JUDGE SHUSHAN
Short-Form Joinder of              *
Jackie Mitchell                    *
                                   *
* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order

withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles,

P.C., as counsel of record for Plaintiff Jackie Mitchell.  In further support, Movant states as

follows:

1.      On or about June 29, 2011, Jackie Mitchell retained the law firm Beasley, Allen,

Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to his oil spill case.

2.      On September 16, 2011, the undersigned filed a Short Form Joinder on behalf of

Plaintiff Jackie Mitchell, Doc # 107949.

3.      On June 6, 2012, the parties terminated their relationship.

4.      Jackie Mitchell will remain in the litigation.  Neither the Plaintiff, nor any other

party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually

and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.,

move this Court for an Order withdrawing them as counsel of record for Plaintiff Jackie

Mitchell.

Respectfully Submitted this the 24th day of June, 2012.


/s/  *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M



OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others  listed below this the 24<u>th</u> day of June, 2012.

Mr. Mitchell has been made aware of all deadlines and pending court appearances.


Mr. Jackie Mitchell
1409 E. Alamito Street
Apartment 4
Rockport, Texas 78382
(361) 463-1163


__*/s/ J. Parker Miller*_____
Of Counsel
