UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig * | MDL NO. 2179 |
| "Deepwater Horizon" in the * | |
| Gulf of Mexico, on April 20, 2010 * | SECTION: J |

* * * *

This Document Relates To:      *     JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS  *
Doc No.  107949                *     MAGISTRATE JUDGE SHUSHAN
Short-Form Joinder of          *
Jackie Mitchell                *
                               *
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

   IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for Jackie Mitchell.

   This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE