**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

In Re: Oil Spill by the Oil Rig  &ast;  **MDL NO. 2179**
  **"Deepwater Horizon" in the** &ast;
  **Gulf of Mexico, on April 20, 2010** &ast;  **SECTION: J**
            &ast;
            &ast;
            &ast;
            &ast;
  **This Document Relates To:**  &ast;  **JUDGE BARBIER**
  **Case No. 2:10-cv-08888-CJB-SS** &ast;
  **Doc No. 47237**     &ast;  **MAGISTRATE JUDGE SHUSHAN**
  **Short-Form Joinder of**   &ast;
  **Lemuel Anderson, Sr.**   &ast;
            &ast;

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

 IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be allowed to withdraw as Counsel for Lemuel Anderson, Sr.

 This the _____ day of _____, 2012.

            _____
            UNITED STATES DISTRICT JUDGE