UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 52920 Short-Form Joinder of Larry Holland | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Larry Holland. In further support, Movant states as follows:

1. On or about April 12, 2011, Larry Holland retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2. On April 13, 2011, the undersigned filed a Short Form Joinder on behalf of Larry Holland, Doc #52920.

3. On May15, 2012, the parties terminated their relationship.

4. Larry Holland will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of her respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Larry Holland.

Respectfully Submitted this the 24th day of June, 2012.

/s/ *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 24th day of June, 2012.

      Mr. Holland has been made aware of all deadlines and pending court appearances.

Mr. Larry Holland  
Post Office Box 1178  
Hurley, Mississippi 39555  
(228) 218-7721

                                                             /s/ J. Parker Miller_____  
                                                             Of Counsel