UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 <br> SECTION: J |
| This Document Relates To: <br> Case No. 2:10-cv-08888-CJB-SS <br> Doc No. 1132 <br> Short-Form Joinder of <br> Michael Hartley | * * * * * | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Michael Hartley. In further support, Movant states as follows:

1. On or about March 3, 2011, Michael Hartley retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to his oil spill case.

2. On March 11, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff Michael Hartley, Doc # 1132.

3. On May 15, 2012, the parties terminated their relationship.

4. Michael Hartley will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Michael Hartley.

Respectfully Submitted this the 24th day of June, 2012.

/s/ *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M


OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 24th day of June, 2012.

Mr. Hartley has been made aware of all deadlines and pending court appearances.

Mr. Michael Hartley
4839 Heathersage Circle
Tuscaloosa, Alabama 35405
(205) 454-3456


_/s/ J. Parker Miller_____
Of Counsel