## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

| | | | |
|---|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 | |
| "Deepwater Horizon" in the | * | | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J | |
| | * | | |
| | * | | |
| | * | | |
| This Document Relates To: | * | JUDGE BARBIER | |
| Case No. 2:10-cv-08888-CJB-SS | * | | |
| Doc No. 107962 | * | MAGISTRATE JUDGE SHUSHAN | |
| Short-Form Joinder of | * | | |
| Maria North | * | | |
| | * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Maria North.  In further support, Movant states as follows:

1.      On or about June 15, 2010, Maria North retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2.      On September 16, 2011, the undersigned filed a Short Form Joinder on behalf of Maria North, Doc #107962.

3.      On May15, 2012, the parties terminated their relationship.

4.      Maria North will remain in the litigation.  Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of her respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff  Maria North.

Respectfully Submitted this the 24th day of June, 2012.


/s/  *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M



OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

  I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others  listed below this the <u>24</u><sup>th</sup> day of June, 2012.

  Ms. North has been made aware of all deadlines and pending court appearances.

Ms. Maria North
27372 Brightway Crossing
Loxley, Alabama 36551
(251) 533-0337

            __*/s/ J. Parker Miller*_____
            Of Counsel