UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No.47243 Short-Form Joinder of Nancy R. Blackmon | * * * * * | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for Nancy R. Blackmon.

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE