IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases in Pleading Bundle B3* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**ORDER**

**CONSIDERING** the Plaintiffs' Motion for Leave:

**IT IS HEREBY ORDERED** that Plaintiffs' be and are hereby granted leave to file their Memorandum in Opposition to Defendant Lane Aviation's Motion for Summary Judgment on Derivative Immunity and Preemption Grounds.

**SIGNED** at New Orleans, Louisiana, this _____ day of June, 2012.

_____
**Hon. Carl J. Barbier**