UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All cases: 2:10-cv-08888 | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as counsel of record for the following Plaintiffs:

- Angela Jones – Doc No. 107947

- Aubrey L. Thornton – Doc No. 112233

- Arthur Lee Turner – Doc No. 65888

- Buddy Wayne Butler - Doc No. 107912

- Beverly Hasdorff - Doc No. 25282

- Carolyn Butler - Doc No. 107916

- Carl E. Holland - Doc No. 47277

- Cassie Jones obo Alysa Kaitlyn Hedrick - Doc No. 52892

- Cassie Jones obo Gavin Hedrick - Doc No. 52897

- Cassie Jones - Doc No. 47296

- Charles D. Weston - Doc No.  112143

- Dawn Boden obo Kristian Boden - Doc No. 61111
- Dawn Boden obo Kristofer Boden - Doc No. 61119
- David C. Carter - Doc No. 56965
- Daniel Dodd - Doc No. 47261
- Deloris Harvey obo Zyneshia Harvey - Doc No. 56988
- Deloris Harvey - Doc No. 56984
- Diane Kalivoda - Doc No. 52959
- Diana Robertson - Doc No. 112773
- Donna Jean Carter - Doc No. 56966
- Eugene Hawthorne - Doc No. 47272
- Erica Johnson obo Adela Velazquez - Doc No. 112822
- Erica Johnson obo Breanna Johnson - Doc No. 112779
- Erica Johnson obo Cathy Johnson - Doc No. 112780
- Erica Johnson obo Felipe Gonzalez - Doc No. 112820
- Erica Johnson - Doc No. 112781
- Emma Jones - Doc No.56996
- Ellena Prim obo Jania Ward - Doc No. 65889
- Ginger Batchelor - Doc No.107998
- William Ty Hoffman - Doc No. 398
- Jean Bierman - Doc No. 107901
- Jackie Mitchell - Doc No. 107949
- Karen J. Bell - Doc No. 57491
- Kandice Bolen - Doc No. 111485

- Kenneth L. Jones - Doc No. 65772
- Karolin Smith - Doc No. 49311
- Lemuel Anderson, Sr. - Doc No. 47237
- Leeann Broadus - Doc No.112732
- Larry Holland - Doc No. 52920
- Latricia Nall - Doc No. 25357
- Mary Bryant-King - Doc No. 54049
- Michael Choron - Doc No. 56967
- Martha Cooley - Doc No. 57070
- Michael Hartley - Doc No. 1132
- Mirella Hurnyak - Doc No. 25316
- Madie L. Jackson - Doc No. 47292
- Maria North - Doc No. 107962
- Michael Sovine - Doc No. 112237
- Nancy R. Blackmon - Doc No.47243
- Joe Overstreet - Doc No. 112769
- Christopher Patterson - Doc No. 112239

New Orleans, Louisiana this 25th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE