

Stephen S. Kreller
ssk@krellerlaw.com

June 25, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:    Thanh Hai, Inc., et al. v. BP American Production Company, et al.
             U.S.D.C. for E.D. of LA, Case No. 2:11-cv-03180

Dear Hon. Whyte:

    I am writing to respectfully request that summons on the Complaint for Intervention be issued to the following defendants:

1. **RAYMOND STEVEN VATH**
   8828 Westgate Street
   Metairie, Louisiana 70003

2. **REBECCA WINKLER VATH**
   8828 Westgate Street
   Metairie, Louisiana 70003

3. **BRIAN WINKLER**
   8828 Westgate Street
   Metairie, Louisiana 70003

    If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

    With kindest regards, I am

                                      Very truly yours,

                                      Stephen S. Kreller

Attachments

4224 Canal Street / New Orleans, LA 70119 / 504.484.3488
800.488.3053 / Fax: 888.294.6091 / www.krellerlaw.com

Licensed in Alabama, Georgia, Louisiana and New York