UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Ew:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br>Section J<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, moves this Court for an order withdrawing Kevin I. Goldberg, and the law firm Goldberg, Finnegan & Mester, LLC as counsel of record for Plaintiffs Robert Campo, Michael Campo, Lacey Marie, LLC, Strictly Business Oyster, LLC, Campo Marine Fuel, Inc. and Frank Campo, Jr.  In further support, Movant states as follows:

1. On or about June 23, 2010 Robert Campo, Michael Campo, Lacey Marie, LLC, Strictly Business Oyster, LLC, Campo Marine Fuel, Inc. and Frank Campo, Jr. retained the law firm Goldberg, Finnegan & Mester, LLC to serve as counsel along with co-counsel John Finckbeiner and Dan Robin with regards to their oil spill claims.

2. On or about March 3, 2011 a short form was filed on behalf of in person at the Courthouse on behalf of Robert Campo, Michael Campo, Lacey Marie, LLC, Strictly Business Oyster, LLC, Campo Marine Fuel, Inc. and Frank Campo, Jr .  Then, because the short forms could not be located on PACER, they were re-filed electronically on April 19, 2011 asDocument Number 62003 (Robert Campo/Strictly Business Oysters, LLC/Lacey Marie, LLC), 62183 (Frank Campo and Campo Marine Fuel, Inc.), 62238 (Michael Campo).

3. In late February 2012 Robert Campo and Goldberg, Finnegan & Mester, LLC terminated their relationship. Then, in May 2012 Michael Campo, Frank Campo, Jr., Campo Marine Fuel, Inc., Strictly Business Oysters, LLC and Lacey Marie, LLC and Goldberg, Finnegan & Mester, LLC terminated their relationship.

4. Robert Campo, Michael Campo, Lacey Marie, LLC, Strictly Business Oyster, LLC, Campo Marine Fuel, Inc. and Frank Campo, Jr. will remain in the litigation. Neither the Plaintiff, nor any other party will be prejudiced by Movant's withdrawal as counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his law firm Goldberg, Finnegan & Mester, LLC moves this Court for an Order withdrawing them as counsel of record for Plaintiff Robert Campo.

Respectfully Submitted this the 26th day of June, 2012.

/s/ Kevin I. Goldberg

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Court. Further this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 26th day of June, 2012.

The parties have been made aware of all deadlines and pending court appearances and sent a copy of this pleading.

Mr. Robert Campo
1319 Yscloskey Hwy
Saint Bernard, LA  70085

Mr. Frank Campo
1319 Yscloskey Hwy
Saint Bernard, LA  70085

Mr. Michael Campo

1319 Yscloskey Hwy
Saint Bernard, LA 70085

Mr. Carlos Zelaya, II
Mumphrey Law Firm, LLC
330 Oak Harbor Blvd. Suite D
Slidell, LA 70458

/s/ Kevin I. Goldberg

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Ew: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br>Section J<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel,

IT IS ORDERED that Kevin I. Goldberg and the law firm of Goldberg, Finnegan & Mester, LLC be allowed to withdraw as Counsel for Robert Campo, Michael Campo, Lacey Marie, LLC, Strictly Business Oyster, LLC, Campo Marine Fuel, Inc. and Frank Campo, Jr.

This the ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE