UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Ew: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br>Section J<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel,

IT IS ORDERED that Kevin I. Goldberg and the law firm of Goldberg, Finnegan & Mester, LLC be allowed to withdraw as Counsel for Robert Campo, Michael Campo, Lacey Marie, LLC, Strictly Business Oyster, LLC, Campo Marine Fuel, Inc. and Frank Campo, Jr.

This the ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE