UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Working Group Conference on Friday, June 22, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

### BOP & Capping Stack.

BP reported that the profilometer work was completed.  It will produce the data from the work shortly.  The laser scanning with talcum powder is proceeding.  The BOP will be opened on June 26 and photographs will be taken.  BP plans to do more scanning in July.  The proposed work will be coordinated with Captain Engelbert and a protocol will be prepared.  BP is working with NASA on a twelve month extension of lease.

### PHASE ONE "CLEAN-UP"

BP reported that, but for issues related to the current output versus the output in the original modeling, the process was complete.  It is working with Halliburton on these issues.

### PHASE TWO

1.  **Phase Two Stipulations.**

    After the conference, there was discussion concerning the Original Phase Two Stipulations.

There are nine proposed stipulations that remain in dispute.[1]  The PSC will submit a proposal for these nine stipulations.  Action on the stipulations proposed by Transocean and the PSC is deferred until the Original Phase Two Stipulations are complete.

**2.      BP's Challenges to Deliberative Process Privilege Claims.**

The U.S. reported that it is on pace to complete Steps A and B by Monday, July 2, as required by Rec. docs. 6604 and 6607.  BP reported that for present purposes there is agreement with the U.S. on the clawback issue for the DPP claims.

**3.      Schedules I, II and III.**

The Court noted the deadlines for the coming weeks under each Schedule.

**4.      Rule 30(b)(6) notice for the deposition of BP.**

The U.S. and BP reported that there was agreement on **Topic 9.**  The parties are working on **Topic 5.**  BP and the PSC are working to resolve their differences on the interrogatories substituted for **Topic nos. 1-3, 11 and 13** ("Cost Topics").  **Wednesday, August 1**, remains the deadline for BP's response to the Cost Topics Interrogatories.  Halliburton and BP reported progress on the M57 sand issue in **Topic 23.**

BP reports that it will contact the PSC regarding the Request for Admissions.

**5.      Scheduling depositions**.

The party to be deposed and the responsible party are asked to meet-and-confer on: (1) the sequence and scheduling of designees; and (2) the length of examination time required for designees.

**See** the attached Schedule for the status of the depositions.

---

[1] They are nos. 55, 74, 75, 76, 113, 120, 126, 131 and 149.

**CONFERENCE SCHEDULE**

The next conference will be on **Friday, July 13.** It will follow the conference with Judge Barbier. If a party has a matter to be raised at the July 13 working group conference, the party shall notify the Court by **Wednesday, July 11.**

| | |
|---|---|
| Friday, June 29, 2012 | **No Conference** (Fourth of July weekend) |
| Friday, July 6, 2012 | **No Conference** |
| Friday, July 13, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, July 20, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 27, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 3, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 10, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 17, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, August 24, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 31, 2012 | **No Conference** |
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |

| | |
|---|---|
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |
| Tuesday, December 18, 2012 at 8:30 a.m. | Final Pretrial Conference with Judge Barbier |
| Friday, December 21, 2012 | **No Conference** (Christmas) |
| Friday, December 28, 2012 at 9:30 a.m. | WGC meeting |

**All Saturdays are email free days.**

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**