ATTACHMENT TO WORK GROUP ORDER

## SCHEDULE

### [Regarding Rule 30(b)(6) Depositions for Phase Two]

As of the June 22, 2012 Working Group Conference, the status of the scheduling of Rule 30(b)(6) Depositions is as follows:

| | **Notice** | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|---|
| **Add Energy** | Y | U.S. | One Day | | October 2 |

Document production is complete.  The U.S. and Add Energy discussing dates.

| | | | | | |
|---|---|---|---|---|---|
| **Anadarko** | N | PSC | | | |

Anadarko, the U.S. and the PSC submitted letter briefs on Anadarko's objections to the notice.  With regard to the issue of whether Anadarko possesses information responsive to a topic, Anadarko shall supply the affidavits in support of its position.  The U.S. is asked to review the affidavits and determine if they are sufficient.  As to the other issues raised by the parties, a telephone conference will be scheduled with counsel for Anadarko, the U.S. and BP.

On the topics without objection, Anadarko shall identify the designees and meet-and-confer with the U.S. and the PSC on the sequence, duration, dates and other issues related to the scheduling of the depositions.

| | | | | | |
|---|---|---|---|---|---|
| **BP Institute** | Y | U.S. | | U.K. | |

Document production is complete.  The U.S. is discussing dates.

| | | | | | |
|---|---|---|---|---|---|
| **BP** | N | U.S. | | | |

BP is working internally on designees and dates for depositions.

|  | **Notice** | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|---|
| **Cameron** | N | PSC | | | |

The U.S. and Cameron are working on the notice. On the topics without objection, Cameron shall identify the designees and meet-and-confer with the U.S. and the PSC on the sequence, duration, dates and other issues related to the scheduling of the depositions.

| | | | | | |
|---|---|---|---|---|---|
| **Columbia U.** | N | PB | | | |

No action required at this time. The U.S. reported on June 18 that BP will not notice the deposition of Professor Crone at Columbia at this time.

| | | | | | |
|---|---|---|---|---|---|
| **Cudd Well** | Y | PSC | | | |

Cudd Well reports that it had nothing to do with the Macondo well, including source control. The Court requested that Cudd Well provide an affidavit supporting this. The PSC reports that Cudd Well is working on the affidavit.

| | | | | | |
|---|---|---|---|---|---|
| **DNV** | Y | BP | | | August 1-2. |

BP reported that it is working with DNV on some objections to the topics. BP and DNV shall meet-and-confer on the sequence, duration, dates and other issues related to the scheduling of the DNV's designees.

| | | | | | |
|---|---|---|---|---|---|
| **Exxon/Mobil** | Y | PSC | | | |

On March 23, 2012 an order was issued (Rec. doc. 6101) staying the subpoenas and deposition notices served on Exxon/Mobil because the topics dealt primarily with issues of Source Control. By **Thursday, July 12**, the parties shall report whether they want the stay vacated and the deposition set.

|  | **Notice** | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|---|
| **Gemini Solutions** | N | BP | | | |

The U.S. submitted a letter brief with its objections. BP submitted an opposition. The U.S. reply is due on June 25.

| **Halliburton** | Y | PSC | | | |

HESI has identified its designees by topic and has available dates in August. It will confer with the PSC on scheduling of these designees including the sequence, durations and other issues related to scheduling. It will produce the custodial file documents for Ward Guillot during the week of June 25.

| **Intertek Group** | Y | U.S. | | | |

The U.S. reports that it is working with Intertek on dates and the production of documents.

| **Kelkar** | | BP | | | |

The U.S. submitted a letter brief with its objections. BP submitted an opposition. The U.S. reply is due on June 25.

| **MOEX** | Y | BP | | | |

Deferred at the request of the U.S.

| **Oceaneering** | Y | U.S. | | | |

The U.S. reported that it is working with Oceaneering on document production and dates for the deposition

| **Pencor** | Y | U.S. | | | |

Document production is complete. The U.S. will work on dates.

3

| | Notice | Responsible Party | Length | Location | Date |
|---|---|---|---|---|---|
| **Purdue U.** | N | BP | | | |

The U.S. submitted a letter brief with its objections. BP submitted an opposition. The U.S. reply is due on June 25.

| | | | | | |
|---|---|---|---|---|---|
| **R.G. Hughes** | N | BP | | | |

The U.S. submitted a letter brief with its objections. BP submitted an opposition. The U.S. reply is due on June 25.

| | | | | | |
|---|---|---|---|---|---|
| **RRB** | Y | Transocean | | | |

Transocean and BP are working on document production and deposition dates.

| | | | | | |
|---|---|---|---|---|---|
| **Schlumberger** | Y | U.S. | | | |

The U.S. is communicating with Schlumberger. It expects to complete the process within two weeks.

| | | | | | |
|---|---|---|---|---|---|
| **Statoil** | Y | BP | One Day | N.O. | October 4 |

BP and the U.S. confirmed the deposition.

| | | | | | |
|---|---|---|---|---|---|
| **Stress Engineering** | Y | PSC | | | |

Need report from PSC.

| | | | | | |
|---|---|---|---|---|---|
| **Transocean** | Y | BP | | | |

Transocean and BP shall meet-and-confer on the scheduling of the deposition.

| | | | | | |
|---|---|---|---|---|---|
| **United States** | Y | BP | | | |

The U.S. reports that it is ready to disclose its designees and provide deposition dates. It requests that this be done concurrently with BP. This will be on the July 13 agenda.

| Notice | Responsible Party | Length | Location | Date |
|---|---|---|---|---|

**U.C., San Diego**   N   BP

    The U.S. submitted a letter brief with its objections. BP submitted an opposition. The U.S. reply is due on June 25.

**U.C., Santa Barbara** N   BP

    The U.S. submitted a letter brief with its objections. BP submitted an opposition. The U.S. reply is due on June 25.

**Weatherford/Isotech** Y   U.S.

    The U.S. reported that documents will be produced within two weeks and dates for the deposition will be discussed.

**Wild Well Control**   Y   PSC

    The PSC reported that it will provide dates for the deposition at the July 13 conference.

**Woods Hole**   Y   BP         Boston

    BP reported that the tentative dates for the deposition are August 28 and 29. The parties are working to resolve WHOI's objections to the notice.

**Worldwide Oilfield**   Y   U.S.

    The U.S. reported that document production is to be completed within two weeks and the parties will work on dates for the depositions.