UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Appointment of Appeal Panelist Pool]

Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal Panelist Pool to serve on any appeals, regardless of the amount of the claim:

Texas:
    Robert A. Black

Louisiana:
    Vincent Fornias
    Thomas Foutz
    Donald C. Massey
    James R. Nieset
    Emile Rolfs
    Thomas M. Usdin
    E. Gregory Voorhies

Mississippi:
    Alex A. Alston
    Donald C. Dornan, Jr.
    Britt Singletary

Alabama:
    Reggie Copeland, Jr.
    Charles J. Fleming
    R. Bernard Harwood, Jr.
    Rodney A. Max
    Benjamin T. Rowe

Florida:

    Thomas F. Condon
    Nicholas P. Geeker
    Robert N. Heath
    Rodney A. Max
    Guy Spicola

This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan that he or she is available and able to serve in accordance with the Court's appointment.

The appointment to and service on the Appeal Panel is subject to oversight by the Court, which shall retain jurisdiction over the Appeal Panel.

New Orleans, Louisiana, this 26th day of June, 2012.

                                            **CARL J. BARBIER**
                                            **United States District Judge**