# EXHIBIT 1

```
 1                      UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
 2

 3        ***********************************************************

 4   IN RE:  OIL SPILL BY THE              Docket No. MDL-2179
         OIL RIG DEEPWATER HORIZON          New Orleans, Louisiana
 5   IN THE GULF OF MEXICO ON             Friday, June 1, 2012
         APRIL 20, 2010
 6   CIVIL

 7

          ***********************************************************
 8

         TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
 9          HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                  UNITED STATES MAGISTRATE JUDGE

10

11   APPEARANCES:

12   FOR THE PLAINTIFFS:                 HERMAN, HERMAN, KATZ & COTLAR, LLP
                                         BY:  STEPHEN J. HERMAN, ESQ.
13                                       820 O'Keefe Avenue
                                         New Orleans, LA 70113
14

15                                       LEVIN PAPANTONIO THOMAS MITCHELL
                                         RAFFERTY & PROCTOR
16                                       BY:  BRIAN H. BARR, ESQ.
                                         316 South Baylen Street, Suite 600
17                                       Pensacola, FL 32502

18

19                                       LEWIS KULLMAN STERBCOW & ABRAMSON
                                         BY:  PAUL M. STERBCOW, ESQ.
                                         601 POYDRAS STREET, SUITE 2615
20                                       NEW ORLEANS, LA 70130

21

22                                       WILLIAMSON & RUSNAK
                                         BY:  JIMMY WILLIAMSON, ESQ.
                                         4310 Yoakum Blvd.
23                                       Houston, TX 77006

24

25
```

1    we could have a conference to discuss what you have proposed.  And

2    I think, correct me if I'm wrong, that -- well, I'll let anybody

3    that wants to participate participate, but I think frankly it's the

4    PSC and BP and the United States, huh?

5            UNIDENTIFIED SPEAKER:  Probably, I would guess, your

6    Honor.

7            THE COURT:  I also looked at Transocean's proposed

8    stipulations, which is a little more complicated because they're

9    longer and more detailed.  Maybe what we can do, David, is you and

10   I can have a call sometime this week and talk about how we want to

11   approach it from there.

12           MR. BAAY:  That would be great.

13           THE COURT:  So why don't you just call me and we will

14   talk.

15           MR. BAAY:  Okay.

16           THE COURT:  And that will be in the next few weeks maybe

17   we can do a meet and confer on those.

18           MR. BAAY:  Sounds good.

19           THE COURT:  Okay.  That was on my list of "to do," so.

20           All right.  We have been having continuing meetings

21   between BP and the United States with regard to finishing up the

22   Phase Two document production.  Every time I think we've kind of

23   nailed it down it seems to pop out somewhere else.  We're going to

24   have a meeting on Tuesday with them and other parties, so we'll see

25   how that goes.

1          Importantly, guys, we need to finish up the Phase Two

2     document production so we can start rolling into our depositions in

3     August and September.  So I know that there are some new objections

4     that have been posed by Transocean and Haliburton, which came as

5     somewhat of a surprise to me, but I would like to start tackling

6     those if we can so that everything is wrapped up by the end of July

7     and ready to roll for depositions in August.

8          Anything you want to add to that, David?

9          MR. BAAY:  I just say I think we may get into it a little

10    bit later, but we have been working this week with Haliburton

11    closely and meeting and conferring with BP and the United States to

12    narrow those down.  Maybe when we get to it it will be moot, but we

13    are working on it.

14         THE COURT:  Good.  Glad to hear it.

15         MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.  I

16    just wanted to report to you that we got out all but one subset of

17    Coast Guard documents that wouldn't export in time for the Fed-Ex

18    deadline, but the parties should all have all of the Coast Guard

19    documents, except for those exceptions listed in my e-mail, by

20    close of business tomorrow.  Most of them have them today and some

21    will have them by tomorrow.

22         THE COURT:  Good.  Thank you, Sarah, that's an

23    encouraging report.  Thanks a bunch.

24         Any other reports on Phase Two documents?

25         MS. HIMMELHOCH:  Your Honor, I think Rob sent you a

# EXHIBIT 2

**REDACTED**

# EXHIBIT 3

**REDACTED**

# EXHIBIT 4

**REDACTED**

# EXHIBIT 5

**REDACTED**

# EXHIBIT 6

**REDACTED**