# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 <br><br> **This Document Relates to:** <br><br> *All Cases in Pleading Bundle B3* | **MDL No. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** <br><br> **MAGISTRATE SHUSHAN** |

## ORDER

**CONSIDERING** the Plaintiffs' Motion for Leave:

**IT IS HEREBY ORDERED** that Plaintiffs' be and are hereby granted leave to file their Memorandum in Opposition to Defendant Lane Aviation's Motion for Summary Judgment on Derivative Immunity and Preemption Grounds.

**SIGNED** at New Orleans, Louisiana this 26th day of June, 2012.

_____
United States District Judge