UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Ew: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) | MDL NO. 2179<br><br>Section J |
| Applies to:<br>C.A. 10-8888, Rec. Docs. 62003, 62183, 62238 | ) ) ) ) ) | Judge Barbier<br><br>Magistrate Judge Shushan |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel,

IT IS ORDERED that Kevin I. Goldberg and the law firm of Goldberg, Finnegan & Mester, LLC be allowed to withdraw as Counsel for Robert Campo, Michael Campo, Lacey Marie, LLC, Strictly Business Oyster, LLC, Campo Marine Fuel, Inc. and Frank Campo, Jr.

New Orleans, Louisiana this 27th day of June, 2012.

_____
United States District Judge