

SCOTT C. BARNES
AMANDA S. BARR
BRIAN H. BARR
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
MEREDITH R. DURHAM
   (LICENSED ONLY IN LA)
RACHAEL R. GILMER
JAMES L. KAUFFMAN

KIMBERLY R. LAMBERT
FREDRIC G. LEVIN
MARTIN H. LEVIN
ROBERT M. LOEHR
NEIL E. McWILLIAMS, JR.
Wm. JEMISON MIMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
K. LEA MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN

MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
AARON L. WATSON

OF COUNSEL:
ROBERT F. KENNEDY, JR.
   (LICENSED ONLY IN NEW YORK)
BEN W. GORDON, JR.
GERALD A. McGILL

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

June 21, 2012

**VIA ELECTRONIC MAIL**
The Honorable Sally Shushan
United States District Court
Eastern District of Lousiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

    Re:    MDL 2179 30(b)(6) Deposition Notice to Anadarko

Judge Shushan:

    As the primary interest of the PSC concerns the Source Control and Preparedness issues, the PSC will defer to the positions of the United States as it pertains to the Quantification issues.

    Starting with the issue of requiring Anadarko to produce a witness to testify that Anadarko has no information on particular issues, the PSC originally reached an agreement with Anadarko that a sworn verification could be provided in lieu of producing a witness for the Source Control and Preparedness topics. However, the United States has requested that Anadarko produce a witness to be questioned rather than accepting a verification. Either way of handling this issue is acceptable to the PSC.

    The primary dispute between the PSC and Anadarko deals with the Spill Preparedness Topics 10-13 and 15-17. Anadarko takes the position that it should not be required to produce a witness seeking information about Anadarko's efforts or plans for dealing with uncontrolled releases at sites in which Anadarko has an interest, other than Macondo, prior to April 20 in the Gulf of Mexico . In support, Anadarko has attached the prior orders of Your Honor precluding BP from obtaining discovery from a subsidiary of Anadarko, Kerr McGee Oil & Gas Corporation. While the PSC does not believe the prior Orders cited by Anadarko are directly relevant to this issue as those Orders concerned a subsidiary of Anadarko, the PSC tends to agree that the steps Anadarko may or may not have taken to prepare for an event such as the Macondo, as a non-operator in this case, are not relevant to the issues to be tried in Phase 2. The Spill Preparedness issues in Phase 2 pertain primarily to the conduct of Transocean and BP and the evidence should relate to

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591   CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM

the conduct of those parties. As such, the PSC is willing to withdraw Topics 10-13 and 15-17 to Anadarko.

Thank you for your consideration.

Respectfully,

Brian H. Barr