UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J <br> * <br> * JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** <br> No. 12-311 | * MAG. JUDGE SHUSHAN <br> * <br> * **JURY TRIAL DEMANDED** <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Enroll as Additional Counsel of Record filed by Cameron International Corporation:

IT IS HEREBY ORDERED that the Motion is granted, and Mitchell J. Auslander and Jeffrey B. Korn are enrolled as additional counsel of record for Cameron International Corporation.

New Orleans, Louisiana this 27th day of June, 2012.

_____
United States District Judge

1093450v1