UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 |
| | : | SECTION:  J |
| | : | |
| **THIS DOCUMENT RELATES TO: 12-1486** | : | |
| | : | JUDGE BARBIER |
| *David Hogan, et al. v. BP Exploration & Production, Inc., et al.* | : : | MAG. JUDGE SHUSHAN |

<u>NOTICE OF APPEARANCE</u>

Kristina L. Culley of the law firm Hartline Dacus Barger Dreyer LLP hereby makes an appearance on behalf of Defendant ConocoPhillips for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

*/s/ Kristina L. Culley*
**DARRELL L. BARGER**
State Bar No. 01733800
**HARTLINE DACUS BARGER DREYER LLP**
800 North Shoreline, Suite 2000, North Tower
Corpus Christi, Texas  78401
(361) 866-8000
(361) 866-8039 (fax)
dbarger@hdbdlaw.com

and

**KRISTINA L. CULLEY**
State Bar No. 24069558
**HARTLINE DACUS BARGER DREYER LLP**
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 369-2100
(214) 369-2118 (fax)
kculley@hdbdlaw.com

**ATTORNEYS FOR DEFENDANT CONOCOPHILLIPS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that he foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of June, 2012.

      */s/ Kristina L. Culley*_____