UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>　"Deepwater Horizon" in the Gulf<br>　of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Anadarko's Objections to Rule 30(b)(6) Notice (Rec. doc. 6722)]

Anadarko objects to some of the topics in the Rule 30(b)(6) notice for its deposition. Shortly before it submitted a letter in support of its objections on June 19 (Rec. doc. 6722), the PSC revised the draft notice. This ruling is based on the notice attached to Anadarko's letter of June 21. Rec. doc. 6722 (Exhibit A). Although the notice was modified, the parties will be able to apply the ruling to the modified notice.

A.　　Is Anadarko required to produce a witness where it has no information?

Anadarko reports that it interviewed relevant employees with respect to the deposition topics. It determined that it possesses no information responsive to Topic Nos. 1, 2, 3, 4.b, 4.c, 8, 9, 14, 16, 18, 20, 23, 24 and 25. While the PSC has no objection to Anadarko providing a sworn verification in lieu of a witness on these topics (Rec. doc. 6806), the U.S. contends that it should produce a witness (Rec. doc. 6805). The U.S. contends that such a witness will permit it to determine whether Anadarko conducted a sufficient investigation to conclude that it had no information on a topic.

Anadarko is not required to produce a witness who will testify that it has no information responsive to the topics. Instead it shall provide the parties with a sworn declaration that, after diligent inquiry, it possesses no information responsive to the topics. If discovery produces any

information which calls the declaration into question, a party may raise the need for testimony from Anadarko.

B.  <u>Is Anadarko required to produce a witness on the Spill Preparedness Topics</u>?

The PSC and Anadarko agree that Topic Nos. 10, 11, 12, 13, 15 and 17 relate to Spill Preparedness. Anadarko objects to providing testimony dealing with its plans for responding to uncontrolled releases at sites other than the Macondo well. The PSC agrees to withdraw these topics. Anadarko is not required to provide testimony on them.

C.  <u>Is Anadarko required to produce witnesses on Topic Nos. 4.a, 19 and 21</u>?

Anadarko contends that it should not be required to produce testimony on these topics because it produced witnesses for Phase One depositions who testified concerning the subject matter of the topics. For the reasons presented by the U.S., Anadarko will be required to produce witnesses for these topics.

D.  <u>Topics Nos. 5, 6, 7 and a portion of 22</u>.

Anadarko agreed that it will designate witnesses for these topics.

New Orleans, Louisiana, this 27th day of June, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**