UNITED STATES DISTRCIT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico on April 20, 2010 | * | Section: J |
| | * | |
| This pleading applies to: | * | JUDGE: BARBIER |
| Guy Adams v. Louisiana Dept. of | * | |
| Natural Resources, et al (Bundle B3) | * | MAGISTRATE |
| No. 2:11-cv-01051 | * | SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO PARTIALLY LIFT STAY ORDER

Defendant, Penetone Corporation (hereinafter "Penetone"), through undersigned counsel, submits this Motion to Partially Lift Stay Order which currently exists in this matter. For the reasons as set forth in the Memorandum in Support of Motion to Partially Lift Stay attached hereto. Penetone seeks a partial lifting of the stay order in effect under Pre-Trial Order number 25 [Rec. Document 4-3] for matters classified as either B1 or B3, in order to allow Penetone to conduct limited discovery into the facts and evidence which led the plaintiff in the matter entitled "Guy Adams v. Louisiana Department of Natural Resources, et al" to name Penetone as a defendant in this litigation.

Respectfully submitted,

SALLEY, HITE, MERCER & RESOR, LLC

___s/J. Don Kelly Jr._____
**DAVID P. SALLEY (#19970)**
**J. DON KELLY JR. (#25124)**
365 Canal Street
One Canal Place, Suite 1710
New Orleans, Louisiana 70130
Telephone: (504) 566-8800
Facsimile: (504) 566-8828
Attorneys for Penetone Corporation

Certificate of Service

We do hereby certify that the above and foregoing was served on all counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with PreTrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, this _27_ day of _June_, 2012.

_____/s/ J. Don Kelly Jr.