UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

**LIBERTY INSURANCE UNDERWRITERS, INC.'S UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO F.R.C.P. 12(C)**

Defendant Liberty Insurance Underwriters, Inc. ("Liberty") moves the Court for a one-day extension of time, until June 29, 2012, to file its Reply in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c), on the following grounds:

1.

Ten days ago, on June 18, Cameron filed its 32-page Memorandum of Law in Opposition to Liberty's Motion for Judgment on the Pleadings. *See* Rec. Doc. No. 6697-2. Under the Court's May 17, 2012 order, the current deadline for Liberty Mutual's reply is June 28, 2012. *See* Rec. Doc. No. 6530.

2.

Liberty requires a one-day extension of time to finalize its Reply, which responds to the arguments raised in Cameron's lengthy Opposition. Because oral argument on Liberty's Motion is not until July 13, granting this extension will still allow the parties sufficient time to

1

768161

prepare for the hearing.  Counsel for Cameron has confirmed that Cameron does not object to this extension.

3.

Accordingly, Liberty requests that the Court grant its Motion for Extension and extend the deadline for Liberty to file its Reply until June 29, 2012.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Unopposed Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2012.

                                                       */s/ Judy Y. Barrasso*

768161