UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

# **O R D E R**

Considering the foregoing Unopposed Motion for One-Day Extension of Time to File Reply in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c);

IT IS ORDERED that Defendant Liberty Insurance Underwriters, Inc. be and is hereby granted an extension of time until June 29, 2012 to file its Reply in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c).

New Orleans, Louisiana, this _____ day of June, 2012.

_____
JUDGE

768161