UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to:<br>    2:10-cv-1921<br>    2:10-cv-4252<br>    2:10-cv-1540<br>    2:10-cv-3066<br>    2:10-cv-1502<br>    2:10-cv-3815 | § § § § § | MAG. JUDGE SHUSHAN |

## Halliburton Energy Services, Inc.'s Response to Anadarko and MOEX Motions to Dismiss Certain Bundle A Claims

Pursuant to this Court's May 31, 2012 Order (Dkt. No. 6600), Halliburton Energy Services, Inc. ("HESI") files this Response to the Anadarko entities' ("Anadarko") and the MOEX entities' ("MOEX") Motions to Dismiss certain Bundle A cases (10-1921 [Taquino – Dkt. No. 1210], 10-4252 [Reed – Dkt. No. 1212], 10-1540 [Crawford – Dkt. No. 1215], 10-3066 [Becnel – Dkt. No. 1218], 10-1502 [Rhodes – Dkt. No. 1219], and 10-3815 [Roberts – Dkt. No. 1223]),[1] and would respectfully show as follows:

**I.     Procedural Background**

On March 24, 2011, this Court entered its Stipulated Order Governing Deadlines in Connection With Petitioners' Rule 14(c) Third-Party Complaint and Certain Bundle C Pleadings. (Dkt. No. 1730 [10-2179]). In its March 24, 2011 Order, the Court stated:

---

[1] It appears from the Court's dockets that three of these matters have been settled and dismissed. *See* Dkt. No. 42 (Taquino – 10-1921); Dkt. No. 76 (Crawford – 10-1540); and Dkt. No. 6 (Becnel – 10-3066). HESI references all cases included in the Court's May 31, 2012 Order to protect its record in the event any argument is made that some portion of the claim(s) involved in these matters remains active.

> Further, no cross-claims with respect to any Pleading Bundle A case will be due until further Order of the Court and the lack of such cross-claims until Ordered by the Court shall not prejudice any party from asserting cross-claims in any Pleading Bundle A case tried in the February 2012 trial.

(Dkt. No. 1730 at p. 2). This Court has not since entered an Order requiring the parties to file cross-claims in Pleading Bundle A cases.

Nonetheless, in accordance with this Court's schedule for cross-claims in the Transocean Limitation Action, on May 20, 2011, HESI filed its First Amended Cross-Claims referencing all MDL cases and the Limitation Action (10-2771), asserting cross-claims against Anadarko and MOEX for contribution and indemnity, negligence, gross negligence, and willful misconduct. (Dkt. No. 445 [10-2771]). Anadarko and MOEX subsequently filed motions to dismiss HESI's cross-claims (Dkt. Nos. 2882, 2885, 2927 [10-2179]), which this Court granted in its November 18, 2011 Minute Entry. (Dkt. No. 4642 [10-2179]). This ruling was in accordance with the Court's August 26, 2011 Order and Reasons as to Motions to Dismiss the B1 Master Complaint (Dkt. No. 3830 [10-2179]) in which the Court dismissed negligence claims against Anadarko and MOEX.

## II. HESI Files This Response To Preserve Its Cross-Claim Arguments Against Anadarko and MOEX.

As noted in its Response to the Anadarko and MOEX Motions to Dismiss First Amended Cross-Claims (Dkt. No. 4310 [10-2179]), and as confirmed by this Court's November 18, 2011 Minute Entry, HESI is aware that the Court's ruling that Anadarko and MOEX are not directly liable for negligence claims likewise results in the dismissal of HESI's cross-claims against Anadarko and MOEX. Nonetheless, because HESI has filed cross-claims against these entities that are broad enough to cover the Pleading Bundle A cases currently under consideration (to the extent such cross-claims were required to be filed), and to the extent HESI is held liable in any of

the underlying Pleading Bundle A cases made the subject of the Court's May 31, 2012 Order, HESI files this Response in order to preserve its arguments that its allegations are sufficient to hold Anadarko and MOEX directly liable for claims of negligence, gross negligence, and willful misconduct, and thus liable to HESI under claims of contribution and indemnity.  For this purpose, and in support of its position, HESI incorporates by reference, as if fully set forth herein, its Response to the Anadarko and MOEX Motions to Dismiss First Amended Cross-Claims (Dkt. No. 4310 [10-2179]).

Respectfully submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Response to Anadarko and MOEX Motions to Dismiss Certain Bundle A Claims has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 29th day of June, 2012.

/s/ *Donald E. Godwin*
Donald E. Godwin