UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

**LIBERTY INSURANCE UNDERWRITERS, INC.'S MOTION FOR LEAVE TO FILE REPLY EXCEEDING PAGE LIMITS**

Defendant Liberty Insurance Underwriters, Inc. ("Liberty") moves the Court for leave to file its Reply in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c), which exceeds the page limit for replies set forth in the Local Rules, on the following grounds:

1.

Liberty's Reply in Support of its Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c) addresses arguments raised in Cameron's extensive Opposition and further clarifies the law and facts supporting Liberty's Motion. The Court's May 17, 2012 order specifically contemplated the filing of such a reply. *See* R. Doc. 6530.

2.

Liberty's Reply slightly exceeds the 10-page limit allowed by Local Rule 7.7. Liberty requires more than 10 pages to fully respond to Cameron's 31-page Opposition, which also exceeded the page limits under Local Rule 7.7. (R. Doc. 6697-2). Due to the numerous

768936_1

arguments asserted in Cameron's Opposition, Liberty will be prejudiced if it is limited to submitting a reply complying with the page requirement imposed by the Local Rules.

3.

Accordingly, Liberty requests that the Court grant its Motion for Leave and permit Liberty to file its Reply in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c), which exceeds the page limit set by Local Rule 7.7.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

**Attorneys for Liberty Insurance Underwriters, Inc.**

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of June, 2012.

/s/ Judy Y. Barrasso