MINUTE ENTRY
WILKINSON, M.J.
JUNE 26, 2012

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: Prejean v. O'Brien's Response Mgmt., Inc.; 12-1045 | SECTION "J" (2) |

      The captioned case was recently reassigned and referred to me by Judge Barbier. Record Doc. No. 6665. A status conference by telephone was conducted before me on this date. Participating were: David Moulton and Rex Burch, representing plaintiffs; Irma Espino, representing Plaintiffs' Steering Committee; Keith Pyburn, Jr. and Allan Dinkoff, representing defendant. During the conference, all parties declined to consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Accordingly, I will separately enter a scheduling order setting forth pretrial, trial and other deadlines on Judge Barbier's calendar.

      The Clerk is directed to file this minute entry in the records of both MDL 2179 and C.A. No. 12-1045.

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 25