# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| 12-311 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Considering Liberty Insurance Underwriters, Inc.'s Motion for Leave to File Reply Exceeding Page Limits (Rec. Doc. 6824),

**IT IS ORDERED** that the Motion is **DENIED**. The Clerk of Court is instructed to strike the proposed Reply in Support (Rec. Doc. 6824-2) from the record.

New Orleans, Louisiana, this 2nd day of July, 2012.

_____
United States District Judge