UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| THIS PLEADING APPLIES TO: | * | |
| AUGUST WALTER V. BP AMERICA, INC. | * | JUDGE: BARBIER |
| CIVIL ACTION NOS.: | * | |
| 2:12-CV-177 AND 10-MD-2179 | * | MAGISTRATE: SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes August Walter, who moves this Honorable Court for an order withdrawing Rachel Martin-Deckelmann as counsel of record for Plaintiff in these proceedings. James L. Arruebarrena will remain as counsel of record for Plaintiff in these proceedings.

Respectfully submitted,

  /s/ James L. Arruebarrena
JAMES L. ARRUEBARRENA (#22235)
JAMES L. ARRUEBARRENA,
   Attorney at Law, L.L.C.
1010 Common Street, Suite 3000
New Orleans, LA 70112
Telephone: (504) 525-2520
Facsimile (504) 581-7083

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 2nd day of July, 2012 to any non-CM/ECF participants.

  /s/ James L. Arruebarrena
JAMES L. ARRUEBARRENA