UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | |
| **"DEEPWATER HORIZON" IN THE** | * | **MDL NO. 2179** |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | |
| | * | **SECTION "J"** |
| **THIS PLEADING APPLIES TO:** | * | |
| **AUGUST WALTER V. BP AMERICA, INC.** | * | **JUDGE: BARBIER** |
| **CIVIL ACTION NOS.:** | * | |
| **2:12-CV-177 AND 10-MD-2179** | * | **MAGISTRATE: SHUSHAN** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed by plaintiff, August Walter:

**IT IS ORDERED** that Rachel Martin-Deckelmann be withdrawn as counsel of record for plaintiff, August Walter, in the above entitled and numbered proceeding.

New Orleans, Louisiana, this _____ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE