## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | ) ) ) ) ) ) | MDL 2179 <br><br> JUDGE BARBIER <br><br> SECTION "J" |
| Member case: Duong, et al. v. BP America Production Company, et al., 12-814 | ) ) ) | MAGISTRATE JUDGE WILKINSON <br><br> MAG. DIV. 2 |

### BP DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING IMPLEMENTATION OF BP DEEPWATER HORIZON SETTLEMENT

NOW INTO COURT, through undersigned counsel, come BP America Production Company and BP Exploration and Production Inc. (collectively, "BP Defendants"), who respectfully move this Honorable Court for leave to file the attached Reply in Support of Defendants' Motion to Stay Proceedings Pending Implementation of BP Deepwater Horizon Settlement. In support of its motion, BP Defendants submit that the reply will help focus the legal and factual issues relevant to the pending motion and that the memorandum does not repeat arguments from BP Defendants' original Memorandum.

WHEREFORE, BP Defendants pray that this Court grant this Motion for Leave to File a Reply.

Date: July 2, 2012                                Respectfully submitted,

/s/ Don K. Haycraft
Don Haycraft (Bar #14361)
Shannon S. Holtzman (Bar #19933)
LISKOW & LEWIS
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
dkhaycraft@liskow.com

Sallie Smylie
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
ssmylie@kirkland.com

*Attorneys for BP Exploration and Production Inc. and BP America Production Co.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 2nd day of July, 2012.

/s/ Don Haycraft_____