UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | ) ) ) ) ) ) | MDL 2179 <br><br> JUDGE BARBIER <br><br> SECTION "J" |
| Member case: Duong, et al. v. BP America Production Company, et al., 12-814 | ) ) ) | MAGISTRATE JUDGE WILKINSON <br><br> MAG. DIV. 2 |

**ORDER**

CONSIDERING THE FOREGOING Ex Parte Motion for Leave to File Reply in Support of Defendants' Motion to Stay Proceedings Pending Implementation of BP Deepwater Horizon Settlement filed by BP America Production Company and BP Exploration and Production Inc. (collectively, "BP Defendants");

IT IS HEREBY ORDERED that leave to file the Reply in Support of Defendants' Motion to Stay Proceedings Pending Implementation of BP Deepwater Horizon Settlement is GRANTED.  BP Defendants' Reply in Support of Defendants' Motion to Stay Proceedings Pending Implementation of BP Deepwater Horizon Settlement shall be filed into the record.

New Orleans, Louisiana, this ___ day of July, 2012.

_____
**UNITED STATES DISTRICT JUDGE**