FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JUL -2 PM 2: 23

LORETTA G. WHYTE
CLERK

Clerk of Court
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Dear Clerk of Court:

This is in notification of my intent to speak at the fairness hearing scheduled for November 8, 2012 concerning our objection to the proposed economic & property damages settlement in the case of the Deepwater Horizon incident. Our objection concerns the real property sales damage claim stipulation that under this settlement agreement property must have been sold between April 21, 2010 and December 31, 2010. This stipulation does not, in any way, address property for sale which has not been sold due to the incident.

If you should have need for further information please contact me at the below listed address or phone number. Please advise of any changes in the hearing date, time or place.

Sincerely,

Charles E. Morgan      6/29/12
7082 Island Road, Jarreau, LA 70749
225-240-9373

TENDERED FOR FILING

JUL - 2 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___Fee
___Process
 X  Dktd
___CtRmDep
___Doc. No.

Cifreo, Major, Morgan LLC
7082 Island Road
Jarreau LA 70749

BATON ROUGE
LA 708 2 T
29 JUN 2012 PM

Clerk of Court
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
New Orleans LA 70130

70130367