## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: **Oil Spill by the Oil Rig**              **MDL No. 2179**
        **"Deepwater Horizon"**
        **in the Gulf of Mexico,**
        **on April 20, 2010**           **SECTION: J**

**This Document Relates to:**

    **All Cases**                 **JUDGE BARBIER**
                                            **MAG. JUDGE SHUSHAN**

_____/

## PLAINTIFF'S MOTION TO VACATE
## PRELIMINARY APPROVAL ORDER
### [As to the Proposed Economic and Property Damages Class Action Settlement]

Plaintiff, Selmer M. Salvesen, by and through his undersigned counsel, hereby files his

Motion to Vacate Preliminary Approval Order [As to the Proposed Economic and Property

Damages Class Action Settlement], Rec. Doc. 6418 dated May 2, 2012, for the reasons set out in

Plaintiff's Memorandum in Support of His Motion to Vacate Preliminary Approval Order [As to

the Proposed Economic and Property Damages Class Action Settlement] filed concurrently

herewith.

DATED: July 2, 2012                    Respectfully submitted,

                                          **/s/ Brian J. Donovan_____**
                                          Brian J. Donovan
                                          Attorney for Plaintiff
                                          Florida Bar No. 143900
                                          3102 Seaway Court, Suite 304
                                          Tampa, FL 33629
                                          Tel: (352)328-7469
                                          BrianJDonovan@verizon.net

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of July, 2012.

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Attorney for Plaintiff
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net