# EXHIBIT A



GCCF  Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

**Overall Program Statistics**
*(Status Report as of March 07, 2012)*

| All Claimants | No. of Claimants |
|---|---|
| **Total All Claimants** (Claims: 1,059,873) *(This is a unique count that includes all Emergency Advance Payment Claimants)* | **574,379** |
| 1. Individual | 453,875 |
| 2. Business | 120,504 |
| *Claimants Represented by Counsel: 92,352* | |

| Current Claimant Status | No. of Claimants |
|---|---|
| **Interim and Final Claimants - Phase II** *(This report reflects Claimants' current status as of the report date, therefore each Claimant is only represented in one category below.)* | **381,814** |
| **Reviewed - Phase II Only** | **370,433** |
| 1. Final Payment Issued | 195,085 |
| a. Quick Payment | *128,147* |
| b. Full Review | *66,938* |
| 2. Final Release Accepted Pending Payment | 353 |
| 3. Final Offer Acknowledged Pending Accepted Release | 3,370 |
| 4. Final Offer Made | 10,409 |
| With Interim Payment (4,518 out of these 10,409 Final Offers) | |
| 5. Other Claim Determinations: | 161,216 |
| a. Claimants Without an Established Loss | *14,584* |
| b. Withdrawal Requested | *517* |
| c. Claimants Notified Additional Information Required | *20,313* |
| d. Claimant Denied | *125,802* |
| **Under Review** | **11,460** |
| 1. Phase II - Interim & Final | 11,381 |
| 2. Phase I - EAP Unresolved / Under Review *(Claims Subject to Liens, Audit Holds, etc.)* | 79 |
| **Claimants with Resolved EAP Submissions** *(Many EAP Claimants have re-filed in the Phase II: Interim and Final Claim Stage)* | **449,819** |

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| **Total Unique Claimants** | **221,358** | **$ 6,079,922,450.47** |
| 1. Quick Pay / Full Review / Interim Payment | 230,370 | $ 3,495,960,390.19 |
| *a. Individual* | *162,186* | *$ 1,301,065,654.38* |
| *b. Business* | *68,184* | *$ 2,194,894,735.81* |
| 2. Emergency Advanced Payment (EAP) | 169,203 | $ 2,583,962,060.28 |
| *a. Individual* | *121,315* | *$ 1,017,063,655.90* |
| *b. Business* | *47,888* | *$ 1,566,898,404.38* |
| Separate Fund for Real Estate Brokers and Agents | | $ 54,434,574.75 |
| | **Total Paid:** | **$ 6,134,357,025.22** |

| Quick Pay Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Quick Pay Final Payments** | **130,221** | **129,555** | **128,147** | **$ 1,309,185,000.00** |
| 1. Individual | 96,016 | 95,575 | 94,702 | $ 473,600,000.00 |
| 2. Business | 34,205 | 33,980 | 33,445 | $ 835,585,000.00 |

| Interim Payments | Claimants with Filed Claims | Reviewed Claimants* | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Interim Payments** | **131,698** | **125,822** | **35,261** | **$ 501,460,085.39** |
| 1. Individual | 92,397 | 89,045 | 21,643 | $ 162,487,839.91 |
| 2. Business | 39,301 | 36,777 | 13,618 | $ 338,972,245.48 |

*\* Details on Interim Claimants, including Status are reflected on Page 10 of this report*

| Full Review Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Full Review Final Payments** | **158,855** | **153,976** | **66,962** | **$ 1,685,315,304.80** |
| 1. Individual | 120,858 | 117,748 | 45,841 | $ 664,977,814.47 |
| 2. Business | 37,997 | 36,228 | 21,121 | $ 1,020,337,490.33 |

| Full Review Final Payment Offers *(Inclusive of Offers with Release Accepted and Final Payment Issued)* | Offers Made | Amount Offered | Offers Accepted | Amount Accepted |
|---|---|---|---|---|
| **Total Final Offers** | **90,805** | **$ 2,193,490,102.09** | **73,247** | **$ 1,721,191,585.52** |
| 1. Final Offers: Individual | 58,811 | $ 574,532,329.77 | 49,414 | $ 513,130,406.21 |
| 2. Final Offers: Business | 31,994 | $ 1,618,957,772.32 | 23,833 | $ 1,208,061,179.31 |