UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| THIS PLEADING APPLIES TO: | * | |
| AUGUST WALTER V. BP AMERICA, INC. | * | JUDGE: BARBIER |
| CIVIL ACTION NOS.: | * | |
| 2:12-CV-177 AND 10-MD-2179 | * | MAGISTRATE: SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed by plaintiff, August Walter:

**IT IS ORDERED** that Rachel Martin-Deckelmann be withdrawn as counsel of record for plaintiff, August Walter, in the above entitled and numbered proceeding. James L. Arruebarrena will remain as counsel of record in these proceedings.

New Orleans, Louisiana this 3rd day of July, 2012.

_____
United States District Judge