UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * * * * | **JURY TRIAL DEMANDED** |

## LIBERTY INSURANCE UNDERWRITERS, INC.'S MOTION FOR LEAVE TO FILE REPLY

Defendant Liberty Insurance Underwriters, Inc. ("Liberty") moves the Court for leave to file its Reply in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c).

1.

The Court's May 17, 2012 order authorizes Liberty to file a Reply in Support of its Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c).  *See* R. Doc. 6530. Consistent with this order, Liberty filed its reply on June 29, 2012,[1] along with a motion for leave to exceed the page limits set forth in Local Rule 7.7.  Liberty requested leave to exceed the required page limit because it needed additional pages to respond to Cameron's 31-page opposition, which itself exceeded the Rule 7.7 page limits.

2.

The Court denied Liberty's motion for leave to file its reply in excess of the Rule 7.7 page limits.  *See* R. Doc. 6827.  Liberty has truncated its reply and now submits the attached

---

[1]  The Court granted Liberty a one-day extension until June 29, 2012 to file its Reply.  *See* R. Doc. 6821.

1

10-page brief, which fully complies with Local Rule 7.7 and responds to arguments raised in Cameron's lengthy opposition.

3.

Cameron will suffer no prejudice if the Court allows Liberty to file its reply now, as Cameron was served with Liberty's earlier Reply on June 29 and thus was fully apprised of the arguments asserted in this shorter version. In contrast, Liberty will suffer prejudice if it is not allowed to respond to the new arguments and evidence raised in Cameron's opposition.

4.

Accordingly, Liberty requests that the Court grant its Motion for Leave and permit Liberty to file its Reply in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c), as allowed by this Court's May 17, 2012 order.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

**Attorneys for Liberty Insurance Underwriters, Inc.**

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of July, 2012.

/s/ Judy Y. Barrasso

769798_1