UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## ORDER

Considering the foregoing Motion for Leave to File Reply Exceeding Page Limit;

IT IS ORDERED that Defendant Liberty Insurance Underwriters, Inc. be and is hereby granted leave to file its Reply in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c).

New Orleans, Louisiana, this _____ day of July, 2012.

_____
JUDGE