UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| Bundle B3, C.A. no. 12-311, and Bundle | * | |
| A | * | MAGISTRATE SHUSHAN |

## ORDER
[Scheduling Oral Argument for the July 13, 2012 Status Conference]

IT IS ORDERED that the Motions for Summary Judgment in the B3 Pleading Bundle, relative to preemption and/or derivative immunity issues,[1] are tentatively set for oral argument on <u>Friday, July 13, 2012</u>, immediately following the Status Conference at 9:30 CDT.

As previously ordered,[2] Liberty Insurance Underwriter's Inc.'s Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c)[3] will also be argued after the July 13th Status Conference.

At this time and subject to reconsideration, the Court does not anticipate holding oral argument on Anadarko and MOEX's Motions to Dismiss certain cases in Pleading Bundle A.[4]

New Orleans, Louisiana, this 3rd day of July, 2012.

_____
United States District Judge

---

[1] See Rec. Docs. 6545 (Joint Memorandum), 6536 (Obrien/NRC), 6538 (Modern Group), 6541 (Nalco; see also 5531), 6546 (Airborne Support), 6547 (MSRC), 6551 (Dynamic), 6553 (Lynden), 6557 (Int'l Air Response, Inc.) 6559 (DRC), 6597 (Lane Aviation).

[2] See Rec. Doc. 6530.

[3] See Rec. Doc. 6531.

[4] See Rec. Docs. 1210, 1212, 1215, 1218, 1219, 1223.