UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: | : : | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CLEAN-UP RESPONDER DEFENDANT LANE AVIATION, INC.'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned Counsel, comes Clean-up Responder Defendant, Lane Aviation, Inc. ("Lane"), asking the Court to grant this Motion for Leave to Supplement its Motion for Summary Judgment.

On June 25, 2012, Plaintiffs filed their Motion for Leave [Doc 6790] to File Supplemental Opposition to B3 Motions for Summary Judgment (Lane Aviation). On June 26, 2012, the Court granted Plaintiffs' Motion for Leave [Doc 6802]. The gist of Plaintiffs' Supplemental Memorandum in Opposition [Doc 6790-1] was that Lane's motion for summary judgment [6597] was not accompanied by a statement of facts, as required by Local Rule 56.1.

Lane's proposed Statement of Undisputed Material Facts accompanies this motion.

In the interest of fairness and justice to Lane Aviation, Inc., good cause exists to grant this Motion. Granting this Motion will not prejudice the Plaintiffs in this lawsuit.

A proposed Order accompanies this request.

RESPECTFULLY SUBMITTED

LAW OFFICE OF GEORGE E. CROW

/s/ George E. Crow
George E. Crow
TSBN 05151900
P.O. Box 30
Katy, TX 77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone: (281) 391-9275
Email: georgecrow@earthlink.net

ATTORNEY FOR DEFENDANT LANE AVIATION, INC.

## CERTIFICATE OF SERVICE

I Hereby Certify that the above and foregoing Clean-up Responder Defendant Lane Aviation, Inc.'s Motion for Leave to Supplement its Motion for Summary Judgment has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of July, 2012.

/s/ George E. Crow