UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | : : | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | : : : | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

IT IS ORDERED that Clean-Up Responder Defendant Lane Aviation, Inc.'s Motion for Leave to file its Statement of Undisputed Material Facts in Support of Lane Aviation, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds is GRANTED.

The Clerk of the Court is directed to file Clean-up Responder Defendant Lane Aviation, Inc.'s Statement of Undisputed Material Facts in Support of Lane Aviation, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds and associated Exhibits, all of which are attached to Lane Aviation, Inc.'s Motion for Leave, into the record in the captioned case.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE