## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § §  § § § § § § | C.A. NO.  2:10-mdl-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiffs, Wyman Wheeler and Rebecca Wheeler, individually, as well as all Defendants and Intervening Defendants, who file this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiffs, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiffs and Defendants jointly move to dismiss the claims of Plaintiffs with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiffs, Wyman Wheeler and Rebecca Wheeler, individually, as well as all Defendants and Intervening Defendants jointly pray that the Court grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which they may be justly entitled.

Respectfully submitted:

By: _____

BRETT W. ROBINSON (MB# 10006)
CHRISTOPHERB.McDANIEL (MB#10711)
HORTMAN HARLOW BASSI ROBINSON
   & McDANIEL
414 West Oak Street
Laurel, Mississippi 39440
Telephone: (601)649-8611
Facsimile: (601)649-6062

**COUNSEL FOR WYMAN WHEELER
AND REBECCA WHEELER**

Respectfully Submitted,

PREIS& ROY
(A Professional Law Corporation)

BY: _____

    EDWIN G. PREIS, JR. (#10703)
    ROBERT M. KALLAM (#20242)
    EDWARD F. KOHKNE, IV (#07824)
    102 Versailles Blvd., Suite 400
    Post Office Drawer 94-C
    Lafayette, LA 70509
    Telephone: (337) 237-6062
    Facsimile: (337) 237-9129

**COUNSEL FOR TRANSOCEAN DEEPWATER
DRILLING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 28th day of June 2012.

_____
Robert M. Kallam