UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] | MDL No. 2179 SECTION: J Judge Barbier |
| This Document Relates to: 2:12-cv-1045-CJB-JCW | ] ] | Mag. Judge Wilkinson |

**PLAINTIFF'S MOTION TO STRIKE
CERTAIN AFFIRMATIVE DEFENSES UNDER RULE 12(f)**

Plaintiff Dennis Prejean (Prejean) sued his employer, O'Brien's Response Management, Inc. (O'Brien's), on behalf of himself and others similarly situated, for failing to pay overtime compensation under the Fair Labor Standards Act (FLSA). O'Brien's, in its Answer, raised twenty-three affirmative defenses. However, as explained in the attached Memorandum (Exhibit 1), several of these affirmative defenses should be stricken because O'Brien's failed to plead any facts to support them. Further, some of O'Brien's affirmative defenses are insufficient as a matter of law. Accordingly, Prejean requests the Court enter the attached Order strking O'Brien's first, fourth, sixth, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, twenty-first, twenty-second and twenty-third affirmative defenses. *See* Exhibit 2, Proposed Order. A notice of submission is also attached. *See* Exhibit 3.

Date: July 5, 2012                                    Respectfully submitted,

**BRUCKNER BURCH PLLC**

        **/S/ David I. Moulton**
By: _____
        David I. Moulton
        Texas Bar No. 24051093
8 Greenway Plaza, Suite 1500
Houston, Texas 77002
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Plaintiff's Motion to Strike Certain Affirmative Defenses Under Rule 12(f) has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of July, 2012.

        **/s/ David I. Moulton**
        _____
        David I. Moulton