UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] | MDL No. 2179 SECTION: J Judge Barbier |
| This Document Relates to: 2:12-cv-1045-CJB-JCW | ] ] | Mag. Judge Wilkinson |

**ORDER**

Before the Court is Plaintiff's Motion to Strike Certain Affirmative Defenses Under Rule 12(f).  It is ORDERED that Plaintiff's Motion is hereby GRANTED.  Defendant's first, forurth, sixth, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, twenty-first, twenty-second and twenty-third affirmative defenses are hereby stricken.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Exhibit 2**