UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] | MDL No. 2179 SECTION: J Judge Barbier |
| This Document Relates to: 2:12-cv-1045-CJB-JCW | | ] ] | Mag. Judge Wilkinson |

**NOTICE OF SUBMISSION**

Plaintiff Dennis Prejean on behalf of himself and others similarly situated, by and through undersigned counsel, hereby give Notice of Submission of Plaintiff's Motion to Strike Certain Affirmative Defenses under Rule 12(f) pursuant to Section 216(b) of the FLSA. This Motion is submitted for the next available hearing date before the Honorable Judge Barbier on August 15, 2012 at 9:30 a.m.

Date: 7/05/2012

                                                        Respectfully submitted,

                                                        **/s/ David I. Moulton**
By: _____
                                                      David I. Moulton
                                                      Texas State Bar No. 24051093
                                                      S.D. of Texas No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

**Exhibit 3**

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission of Plaintiff's Motion to Strike Certain Affirmative Defenses under Rule 12(f) has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of July, 2012.

**/s/ David I. Moulton**
_____
David I. Moulton