Deposition Transcript of Matthew Kissinger, November 14, 2011, at 244:9-22. Finally, Operations Summaries from as late as mid-June continued to note that decontamination "remains a problem at every location" in Florida. *See* Ex. 13 – E-mail Correspondence of June 18, 2010 (BP-HZN-VOO00106074 through BP-HZN-VOO00106082).

### III. PLAINTIFFS' LOCAL RULE 56.2 COUNTER-STATEMENT OF FACTS IN RESPONSE TO TIGER RENTALS JOINT STATEMENT OF UNDISPUTED OF MATERIAL FACTS

1.—9.   Uncontested.

10.   Contested. *See* Response to Joint SUMF ¶ 55, *supra*; Response to O'Brien's and NRC's SUMF ¶ 16, *supra*. Furthermore, to the extent Tiger Rentals was involved with the procurement of personal protective equipment, the record shows that shortages in such equipment caused workers to go without, at the risk of chemical exposure. In addition to a shortage of respirators, *see* Response to Joint SUMF ¶ 97, workers handling boom were not given personal protective equipment, *see* Scott Decl., and, in fact, were told there was no need for rubbers gloves or hazmat suits, *see* Lide Decl. Two individuals cleaning oil testified that equipment was distributed on a first-come, first serve basis. *See* Declaration of Terrance Carroll, dated June 9, 2012 ("Carroll Decl."); Lide Decl.

11.   Uncontested.

12.   Contested. Tiger Rentals provide no evidentiary support for this assertion rendering it impossible for Plaintiffs to respond with any specificity.

### IV. PLAINTIFFS' LOCAL RULE 56.2 COUNTER-STATEMENT OF FACTS IN RESPONSE TO AIRBORNE'S JOINT STATEMENT OF UNDISPUTED OF MATERIAL FACTS

1.—18.   Uncontested.


EXHIBIT B