UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF AIRBORNE SUPPORT, INC. AND AIRBORNE SUPPORT
INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT ON DERIVATIVE
IMMUNITY AND PREEMPTION GROUNDS**

Airborne Support, Inc. and Airborne Support International, Inc. (sometimes collectively referred to herein as "Airborne Support" or "Defendants") respectfully seek leave of Court to file the accompanying Reply Memorandum in further support of Airborne Support's Motion for Summary Judgment on Derivative Immunity and Preemption Grounds. A proposed order accompanies this request.

- 1 -

                Respectfully submitted,

                LABORDE & NEUNER

By:   */s/ Ben L. Mayeaux*
      FRANK X. NEUNER, JR. - #7674 ("TC")
      (FNeuner@ln-law.com)
      BEN L. MAYEAUX - #19042
      (BMayeaux@ln-law.com)
      JED M. MESTAYER - #29345
      (JMestayer@ln-law.com)
      One Petroleum Center, Suite 200
      1001 West Pinhook Road
      Lafayette, Louisiana 70503
      Phone: (337) 237-7000
      Facsimile: (337) 233-9450

*Attorneys for Defendants, Airborne Support, Inc. and Airborne Support International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Reply Memorandum in Support of Airborne Support, Inc. and Airborne Support International, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2012.

                */s/ Ben L. Mayeaux*
                COUNSEL