UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**MARINE SPILL RESPONSE CORPORATIONS MOTION FOR LEAVE TO FILE (i) A REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON GROUNDS OF DERIVATIVE IMMUNITY AND PREEMPTION THAT EXCEEDS THE PAGE LENGTH LIMITATION IMPOSED BY LOCAL CIVIL RULE 7.7 AND (ii) AN ACCOMPANYING DECLARATION IN FURTHER SUPPORT OF ITS MOTION**

Pursuant to the "Schedule for Limited B3 Discovery" (Rec. Doc. 5000) and the Court's subsequent Order re-affirming that schedule (Rec. Doc. 6247), Marine Spill Response Corporation's ("MSRC") reply in further support of its motion for an order of summary judgment dismissing with prejudice all remaining claims that have been asserted against it in the First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812) is due this day.

MSRC respectfully seeks leave of this Court to file the enclosed Reply Memorandum of Law in support of its motion for summary judgment on grounds of derivative immunity and

1

preemption which exceeds the 10-page limitation imposed by Local Civil Rule 7.7, and the accompanying Declaration of Donald A. Toenshoff, Jr. dated July 5, 2012 in further support of its motion.

Leave to file the additional four pages of the reply memorandum of law and the accompanying four page declaration is requested in order to fully reply to the allegations raised by the affidavits and declarations filed in support of the Plaintiffs' Steering Committee's Omnibus Memorandum in Opposition to Defendants' Motions for Summary Judgment which were not disclosed to MSRC during the limited B3 discovery period.

A proposed order accompanies this request.

Dated:     July 6, 2010

                                      Respectfully submitted,

**BLANK ROME LLP**

/s/*Alan M. Weigel*
Alan M. Weigel

Attorneys for Marine Spill Response Corporation
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-885-5000
Facsimile: 917-332-3836
E-mail: aweigel@blankrome.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Leave to File a Reply Memorandum and Declaration and proposed Order has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July 2012.

                                         /s/*Alan M. Weigel*
                                         Alan M. Weigel

810517.00025/7143439v.1