UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG           :     MDL NO. 2179
    "*DEEPWATER HORIZON*" in the           :
    GULF OF MEXICO, on                     :
    APRIL 20, 2010                         :     SECTION: J
                                           :
THIS DOCUMENT RELATES TO:                  :
                                           :
*ALL CASES IN PLEADING BUNDLE*             :     JUDGE BARBIER
*SECTION III.B(3)*                         :     MAG. JUDGE SHUSHAN
                                           :

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## CLEAN-UP RESPONDER DEFENDANT
## LANE AVIATION, INC.'S
## REPLY MEMORANDUM

**MAY IT PLEASE THE COURT:**

Clean-up Responder Defendant, Lane Aviation, Inc. ("Lane"), submits this individual reply memorandum to Plaintiffs' ("PSC") Response Memorandum in Opposition [Doc 6803] filed on June 26, 2012. The gist of Plaintiffs' opposition was that Lane's Motion for Summary Judgment [Doc 6597] was not accompanied by a statement of facts, as required by Local Rule 56.1. On July 5, 2012, Lane filed its Statement of Undisputed Material Facts including the Declaration by Grant Lane [Doc 6838 - 6839] in compliance with Local Rule 56.1.

RESPECTFULLY SUBMITTED

LAW OFFICE OF GEORGE E. CROW

/s/ George E. Crow
George E. Crow
TSBN 05151900
P.O. Box 30
Katy, TX  77492
For Overnight Physical Delivery use

> 1519 Miller Avenue
> Katy, TX 77493
> Telephone: (281) 391-9275
> Email: georgecrow@earthlink.net
>
> ATTORNEY FOR DEFENDANT LANE
> AVIATION, INC.

## CERTIFICATE OF SERVICE

I Hereby Certify that the above and foregoing Clean-up Responder Defendant Lane Aviation, Inc.'s Reply Memorandum has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2012.

> /s/ George E. Crow