# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** | |
| **"Deepwater Horizon" in the** | * | | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION:  J** | |
| | * | | |
| **Applies to:  *All Cases in Pleading*** | * | **JUDGE BARBIER** | |
| ***Bundle Section III.B(3).*** | * | | |
| | * | **MAGISTRATE SHUSHAN** | |
| * * * * * * * * * * * * * * * * * * | * | | |

### NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDINGS LLC AND NALCO HOLDING COMPANY'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION IMPOSED BY LOCAL CIVIL RULE 7.7

Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company ("Nalco") respectfully seek leave of the Court to file the attached Reply Memorandum in excess of the ten-page limitation imposed by Local Civil Rule 7.7.  Nalco's Reply Memorandum is 16-pages and responds to both the 43-page Omnibus Memorandum in Opposition filed by the Plaintiffs' Steering Committee (the "PSC") and the 14-page Memorandum in Opposition filed by Plaintiff Malcolm Coco.  Nalco respectfully suggests that the proposed Reply Memorandum concisely addresses the arguments raised in both of these memoranda and will be of assistance to the Court.  Nalco further notes that that the PSC was given leave to file an extra 18 pages in opposition to the motions filed by Nalco and the Responder Defendants.  (Rec. Doc. 6695).

A proposed order accompanies this request.

2

Dated:  July 6, 2012                  Respectfully submitted,

By: /s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr., Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDINGS LLC AND NALCO HOLDING COMPANY'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDINGS LLC AND NALCO HOLDING COMPANY'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION IMPOSED BY LOCAL CIVIL RULE has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2012.

/s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr.
Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*