UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum In Support Of Airborne Support, Inc. and Airborne Support International, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Airborne Support, Inc. and Airborne Support International, Inc. be allowed to file this Reply Memorandum in the captioned matter.

New Orleans, Louisiana this 9th day of July, 2012.

_____
United States District Judge