UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases in Pleading Bundle Section III.B(3).* | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company's ("Nalco's") Motion for Leave to File a Reply Memorandum in Support of Their Motion for Summary Judgment in Excess of Page Limitation Imposed by Local Civil Rule 7.7 is GRANTED.

The Clerk of the Court is directed to file the Reply Memorandum, which is attached to Nalco's Motion for Leave, into the record in the above-captioned case.

New Orleans, Louisiana this 9th day of July, 2012.

_____
United States District Judge