UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs listed herein in Attachment A, as the itemized Plaintiffs and the Movants have terminated their relationship. All Plaintiffs will remain in the litigation. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for all Plaintiffs at set forth in Attachment A.

Respectfully Submitted this the 10th day of July, 2012.

/s/ *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed in Attachment A hereto attached on this the 10th day of July, 2012.

                                                  /s/ J. Parker Miller
                                                  Of Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig    *   MDL NO. 2179
"Deepwater Horizon" in the    *
Gulf of Mexico, on April 20, 2010    *   SECTION: J
\*
\*
\*
This Document Relates To:    *   JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS    *
\*   MAGISTRATE JUDGE SHUSHAN
\*
* * * * * * * * * * * * * * * * * * * * * * * *

# ATTACHMENT A

| Plaintiffs | Termination Date | MDL Document No. |
|---|---|---|
| Wayne Hartung | 5/16/2012 | 63465 |
| Shannon R Smith | 5/16/2012 | 65844 |
| Wilbu Forehand | 5/16/2012 | 47262 |
| Robert Dale | 5/16/2012 | 25266 |
| Robert L. Burgess | 5/16/2012 | 86 |
| Patrick Kenny | 5/16/2012 | 57003 |
| Nancy R. Blackmon | 5/16/2012 | 47243 |
| Michael Kirksey | 5/16/2012 | 57066 |
| Manuel Heidelberg | 5/16/2012 | 252900 |
| Melton Edwards | 5/16/2012 | 112739 |
| Caroline Caleb | 5/16/2012 | 112733 |
| Clifton Grove | 5/16/2012 | 70821 |
| Chandler S. Green | 5/16/2012 | 57501 |
| Charles Caleb | 5/16/2012 | 112735 |
| Darrell Jones | 5/16/2012 | 52941 |
| Elizabeth Kenny | 5/16/2012 | 56999 |
| Henry Lee Davis | 5/16/2012 | 395 |
| Joseph Helm | 5/16/2012 | 397 |
| Leonard Busby | 5/16/2012 | 108000 |
| Lorraine Krohn | 5/16/2012 | 47297 |
| Robyn Hill | 6/7/2012 | 25305; Case action No: 1:10-cv-471-CG-N |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | *<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In consideration of the Movants' Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of record for the following Plaintiffs:

| | |
|---|---|
| Wayne Hartung | Melton Edwards |
| Shannon R Smith | Caroline Caleb |
| Wilbur Forehand | Clifton Grove |
| Robert Dale | Chandler S. Green |
| Robert L. Burgess | Charles Caleb |
| Patrick Kenny | Darrell Jones |
| Nancy R. Blackmon | Elizabeth Kenny |
| Michael Kirksey | Henry Lee Davis |
| Manuel Heidelberg | Joseph Helm |
| Leonard Busby | Lorraine Krohn |
| Robyn Hill | |

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE