UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ATTACHMENT A

| Plaintiffs | Termination Date | MDL Document No. |
|---|---|---|
| Wayne Hartung | 5/16/2012 | 63465 |
| Shannon R Smith | 5/16/2012 | 65844 |
| Wilbu Forehand | 5/16/2012 | 47262 |
| Robert Dale | 5/16/2012 | 25266 |
| Robert L. Burgess | 5/16/2012 | 86 |
| Patrick Kenny | 5/16/2012 | 57003 |
| Nancy R. Blackmon | 5/16/2012 | 47243 |
| Michael Kirksey | 5/16/2012 | 57066 |
| Manuel Heidelberg | 5/16/2012 | 252900 |
| Melton Edwards | 5/16/2012 | 112739 |
| Caroline Caleb | 5/16/2012 | 112733 |
| Clifton Grove | 5/16/2012 | 70821 |
| Chandler S. Green | 5/16/2012 | 57501 |
| Charles Caleb | 5/16/2012 | 112735 |
| Darrell Jones | 5/16/2012 | 52941 |
| Elizabeth Kenny | 5/16/2012 | 56999 |
| Henry Lee Davis | 5/16/2012 | 395 |
| Joseph Helm | 5/16/2012 | 397 |
| Leonard Busby | 5/16/2012 | 108000 |
| Lorraine Krohn | 5/16/2012 | 47297 |
| Robyn Hill | 6/7/2012 | 25305; Case action No: 1:10-cv-471-CG-N |