UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig           *     MDL NO. 2179
       "Deepwater Horizon" in the         *
       Gulf of Mexico, on April 20, 2010  *     SECTION: J
                                          *
                                          *
                                          *
This Document Relates To:                 *     JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS             *
                                          *     MAGISTRATE JUDGE SHUSHAN
* * * * * * * * * * * * * * * * * * * * *

## ORDER

In consideration of the Movants' Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of record for the following Plaintiffs:

| | |
|---|---|
| Wayne Hartung | Melton Edwards |
| Shannon R Smith | Caroline Caleb |
| Wilbur Forehand | Clifton Grove |
| Robert Dale | Chandler S. Green |
| Robert L. Burgess | Charles Caleb |
| Patrick Kenny | Darrell Jones |
| Nancy R. Blackmon | Elizabeth Kenny |
| Michael Kirksey | Henry Lee Davis |
| Manuel Heidelberg | Joseph Helm |
| Leonard Busby | Lorraine Krohn |
| Robyn Hill | |

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE