UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In consideration of the Movants' Motion to Withdraw as Counsel (Rec. Doc. 6870)

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of record for the following Plaintiffs:

| | |
|---|---|
| Wayne Hartung | Melton Edwards |
| Shannon R Smith | Caroline Caleb |
| Wilbur Forehand | Clifton Grove |
| Robert Dale | Chandler S. Green |
| Robert L. Burgess | Charles Caleb |
| Patrick Kenny | Darrell Jones |
| Nancy R. Blackmon | Elizabeth Kenny |
| Michael Kirksey | Henry Lee Davis |
| Manuel Heidelberg | Joseph Helm |
| Leonard Busby | Lorraine Krohn |
| Robyn Hill | |

See Attachment A.

New Orleans, Louisiana this 11th day of July, 2012.

_____
United States District Judge