UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Verification of Extrapolation of DPP Claims]

On May 15, 2012, the U.S. reported that there were 119 documents on BP's two challenge lists that were relevant to either Phase I or Phase II over which the U.S. asserts the Deliberative Process Privilege ("DPP"). On June 11, 2012, BP's challenges to 21 DPP claims by the U.S. were denied. Rec. doc. 6650. The order was affirmed. Rec. doc. 6716.

On July 2, 2012, the U.S. submitted a report on the completion of extrapolation for existing DPP claims. It reports that there are 2,303 documents related to Phase II and 234 documents related to Phase I over which it continues to assert DPP. It provided lists identifying these documents. The parties agreed that the Court should randomly select documents from these lists for verification. By **Friday, July 20, 2012**, the U.S. shall produce the following documents from the two lists.

From the list of 2,303:

| | | |
|---|---|---|
| 15 | 754 | 1,540 |
| 129 | 870 | 1,675 |
| 175 | 913 | 1,769 |
| 222 | 1,008 | 1,821 |
| 307 | 1,116 | 1,854 |

| | | |
|---|---|---|
| 468 | 1,249 | 1,967 |
| 500 | 1,307 | 2,044 |
| 560 | 1,344 | 2,191 |
| 645 | 1,446 | 2,283 |

From the list of 234:

| | | |
|---|---|---|
| 29 | 153 | 211 |

New Orleans, Louisiana, this 11th day of July, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**