UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-MD-02179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

Applies to: All cases in B3 Pleading Bundle

*****************************************************************

## PLAINTIFF MALCOLM COCO'S MOTION TO PARTICIPATE IN ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Malcolm Alphonse Coco, to request that his undersigned counsel be permitted to take part in the oral argument regarding the Motions For Summary Judgment in the B3 Pleading Bundle, relative to preemption and/or derivative immunity issues, tentatively set for Friday, July 13, 2012 (per this Court's July 3, 2012 Order (#6837)).

This motion pertains to NALCO's Motion for Summary Judgment (#6541; May 18, 2012) and Coco's Opposition (#6705; June 18, 2012). Accompanying this Motion is a Memorandum in Support detailing how the PSC's Opposition concerns how BP effected the National Contigency Plan and the post-spill *services* provided by BP and its subcontractors who cleaned up the spill. Coco's Opposition concerns exclusively NALCO and its *product* (i.e., the Corexit) which it had gotten pre-approved by the EPA for subsequent use in cleaning up the spill.

1

Respectfully submitted,
/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
dbecnel@becnellaw.com
Attorney for Plaintiff in:
*Malcolm Alphonse Coco v BP et al;* 10-cv-946

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

/s/ Daniel E. Becnel, Jr.