aUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-MD-02179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

Applies to: All cases in B3 Pleading Bundle

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

IT IS ORDERED that counsel for Plaiintiff Malcolm Coco's Motion to Participate in Oral Argument be and hereby is granted, and he is permitted to take part in the oral argument regarding the Motions For Summary Judgment in the B3 Pleading Bundle, relative to preemption and/or derivative immunity issues, tentatively set for Friday, July 13, 2012; and

IT IS FURTHER ORDERED that the oral argument on these matters, which had been tentaviely set for Friday, July, 13, 2012 is now reset for the _____ day of _____, 2012 at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day _____, 2012.

_____
UNITED STATES DISTRICT JUDGE