

Stephen S. Kreller
ssk@krellerlaw.com

July 11, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:    Thanh Hai, Inc., et al. v. BP American Production Company, et al.
             U.S.D.C. for E.D. of LA, Case No. 2:11-cv-03180

Dear Hon. Whyte:

    Attached please find the executed summons to the following defendants: (1) Raymond Steve Vath; (2) Rebecca Winkler Vath; and (3) Brian Winkler.

    If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

    With kindest regards, I am

                              Very truly yours,

                              Stephen S. Kreller

Attachments

4224 Canal Street / New Orleans. LA 70119 / 504.484.3488
800.488.3053 / Fax: 888.294.6091 / www.krellerlaw.com

Licensed in Alabama, Georgia, Louisiana and New York