UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 |
| | * | CIVIL ACTION NO. 2:10-MD-02179 SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

Applies to: All cases in B3 Pleading Bundle

*******************************************************************

## PLAINTIFF MALCOLM COCO'S MOTION TO EXPEDITE HIS MOTION TO PARTICIPATE IN ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Malcolm Alphonse Coco, to request expedited consideration and ruling by this Court on his accompanying Motion to Participate in Oral Argument.

This motion pertains to this Court's July 3 scheduling Order (#6837), NALCO's Motion for Summary Judgment (#6541; May 18, 2012) and Plaintiff, Coco's, Opposition (#6705; June 18, 2012). Accompanying this Motion is a Memorandum in Support.

Respectfully submitted,

*/s/ Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
dbecnel@becnellaw.com
Attorney for Plaintiff in:
*Malcolm Alphonse Coco v BP, NALCO et al.*
(10-cv-946)

1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

<i>/s/ Daniel E. Becnel, Jr.</i>