UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | CIVIL ACTION NO. 2:10-MD-02179 |
| | | SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |

Applies to: All cases in B3 Pleading Bundle

*************************************************************

## PLAINTIFF MALCOLM COCO'S MEMORANDUM IN SUPPORT HIS MOTION TO EXPEDITE HIS MOTION TO PARTICIPATE IN ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Malcolm Coco, to request expedited consideration and ruling by this Court on his accompanying Motion To Participate in Oral Argument.

On Tuesday, July 3, 2012, this Court entered its Order that "the Motions For Summary Judgment in the B3 Pleading Bundle, relative to preemption and/or derivative immunity issues are tentatively set for oral argument on Friday July 13, 2012, immediately following the Status Conference at 9:30 CDT."

Through communications with the Court last Thursday and Friday, July 5 and 6, it became undersigned counsel's understanding that he would not be permitted to participate in the oral argument because it was anticipated that the arguments of he and the PSC are similar and would be redundant. Undersigned counsel respectfully disagrees, because, as detailed in the accompanying Motion to Participate in Oral Argument, the PSC's Opposition primarily concerns the *services* undertaken by the numerous BP

1

subcontractors who cleaned up the spill, while Coco's Opposition concerns only NALCO and the *product* (i.e., NALCO's Corexit) used to clean up the spill. In order for this Court to review and act this on his Motion to Participate in the oral argument that is currently tentatively set for this Friday, July 13, it would be necessary for the Court to receive and consider undersigned counsel's Motion To Participate in Oral Argument in an expedited manner.

Accordingly, it is respectfully requested that this Count grant this Motion.

Respectfully submitted,

/s/ *Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
dbecnel@becnellaw.com
Attorney for Plaintiff in:
*Malcolm Alphonse Coco v BP, NALCO et al.*
(10-cv-946)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

/s/ *Daniel E. Becnel, Jr.*