UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section: J

THIS DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

_____/

## MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now Into Court, through undersigned counsel, comes various claimants who move this court for acceptance of their late-file Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc, As owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the court as follows:

1. This court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011 seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Because claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely filed in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached hereto as "Exhibit A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

For these reasons, Movants respectfully request that the Court grant Movants' Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

                              Respectfully submitted:

                              /s/ Frank M. Petosa
                              Frank M. Petosa, Esquire
                              Morgan & Morgan, P.A.
                              600 North Pine Island Road, Suite 400
                              Plantation, FL 33324
                              (305) 318-0268 office
                              (305) 333-3515 facsimile
                              fpetosa@forthepeople.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2012, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

                              /s/ Frank M. Petosa
                              Frank M. Petosa, Esquire

EXHIBIT A

| Name | Date | Document # |
|---|---|---|
| Craig, Cheryl | 6/22/12 | 119425 |
| Carson, Ronald | 6/22/12 | 119426 |
| Garrett, Harmone | 6/22/12 | 119427 |
| Pierre, Mackenzy | 6/22/12 | 119428 |
| Frost, Daniel | 6/22/12 | 119429 |
| Crawford, Felisha | 6/22/12 | 119430 |
| Bailey, Benjie | 6/22/12 | 119431 |
| Welsh, Willie | 6/22/12 | 119432 |
| Biddle, Andrew<br>Biddles Piano bar & restaurant | 6/22/12 | 119433 |
| Sylvester, Irby<br>Reliable Landscaping | 6/22/12 | 119434 |
| McCarroll, Lorna<br>Lornas Hair Affair | 6/22/12 | 119435 |
| Gilson, Santos | 6/22/12 | 119436 |
| Ross, Thomas | 6/22/12 | 119437 |
| Santos, Gilson Jr. | 6/22/12 | 119438 |
| Stennis/June<br>Boom Buggy Service | 6/22/12 | 119439 |
| Banks, Trudy | 6/25/12 | 119440 |
| Wilson, Martin | 6/25/12 | 119441 |
| Bailey, Phyllis | 6/25/12 | 119442 |
| Gilchrist, Tracy | 6/25/12 | 119443 |

EXHIBIT A

| | | |
|---|---|---|
| Gibbs, Rosia | 6/25/12 | 119444 |
| Lamar, Frankie | 6/25/12 | 119445 |
| Collier, John<br>Pheland A. Collier | 6/25/12 | 119466 |
| Earline, Harris | 6/25/12 | 119447 |
| Brown, Kellee | 6/25/12 | 119448 |
| Parrinello Robert<br>Repan/Renovation | 6/25/12 | 119449 |
| Hughey, Drameko | 6/25/12 | 119450 |
| Greaves, Ron | 6/25/12 | 119451 |
| Hooker, Pauletta | 6/25/12 | 119452 |
| Buchroeder, Kimberly | 6/25/10 | 119453 |
| Conley, Monica<br>Tax Quest | 6/25/12 | 119454 |
| Collier, Thomas<br>Chempro | 6/25/12 | 119455 |
| West, John | 6/25/12 | 119456 |
| Sines, Russell | 6/25/12 | 119457 |
| Boone, Dora | 6/25/12 | 119458 |
| Burgett, Vermelle | 6/25/12 | 119459 |
| Davison, Linda | 6/25/12 | 119460 |
| Keller, Kenneth | 6/25/12 | 119461 |
| Barry, Renee | 6/25/12 | 119462 |

EXHIBIT A

| | | |
|---|---|---|
| Burns, Steven | 6/25/12 | 119463 |
| | | |
| Killion, Corey | 6/25/12 | 119464 |
| Martin, Paul<br><br>Martin Air INC | 6/25/12 | 119466 |
| Agee, Shaconda | 6/25/12 | 119467 |
| Brown, Shelia | 6/25/12 | 119468 |
| Conin, Naomio | 6/25/12 | 119469 |
| Gianfranceso, Robert | 6/25/12 | 119470 |
| Marini, Lorenzo | 6/25/12 | 119471 |
| Caren, Jason | 6/25/12 | 119472 |
| Whidden, Rebecca | 6/25/12 | 19473 |
| Howard, Bruce<br><br>Marco Marine Fueling, INC. | 6/25/12 | 119474 |
| Longmire, Yolanda | 6/25/12 | 119475 |
| Ellerbee, Jody<br><br>F/V Double E | 6/25/12 | 119476 |
| Johnson, Carlos<br><br>Johnson Shrimp and Fish Inc. | 6/25/12 | 119477 |
| White, Glenn<br><br>All American Dog Training | 6/25/12 | 119478 |
| Abreu, Marta | 6/25/12 | 119479 |
| Powell, Thomas | 6/25/12 | 119480 |
| Smilie, Joseph | 6/25/12 | 119481 |

EXHIBIT A

| | | |
|---|---|---|
| Daugherty, Christopher | 6/25/12 | 119482 |
| Auten, William | 6/25/12 | 119483 |
| Smith, Todd<br>Todd Smith Statewide Builder | 6/25/12 | 119485 |
| Abrams, Andrew | 6/25/12 | 119486 |
| Lewis, Kenneth<br>Lewis Engineering & Associates | 6/25/12 | 119487 |
| Jordan, Harriet | 6/25/12 | 119488 |
| Dempsey, Chris | 6/25/12 | 119489 |
| Lopez, Charlene | 6/25/12 | 119490 |
| Cooley, Alan | 6/25/12 | 119491 |
| Hazeur, Lucy | 6/25/12 | 119492 |
| Bailey, Benjie | 6/25/12 | 119496 |
| Crump, Stephanie | 6/25/12 | 119497 |
| Gibson, Josh | 6/25/12 | 119498 |
| Benkhatar, Yousef | 6/25/12 | 119499 |
| Blackmon, Marley | 6/25/12 | 119500 |
| Bell, Kenneth | 6/25/12 | 119501 |
| Green, Chris | 6/25/12 | 119502 |
| Greene, Williams Jr. | 6/25/12 | 119503 |
| Emerson, Robert | 6/25/12 | 119504 |
| Blanks, Natisha | 6/25/12 | 119506 |
| Lott, Derrick | 6/25/12 | 119507 |
| Zupa, Peter | 6/25/12 | 119508 |

EXHIBIT A

| Peter Zupa Complete Yacht Maintenance | | |
|---|---|---|
| Vice, Kimberly | 6/25/12 | 119509 |
| Lott, Derrick Sr. | 6/26/12 | 119512 |
| Hirschauer, Tracey<br><br>Jam of Bradenton, Inc. | 6/26/12 | 119518 |
| Hirschauer, Tracey<br><br>Perky Sarasota, Inc. | 6/26/12 | 119519 |
| Hirschauer, Tracey<br><br>Buffalo Blizzard, Inc. | 6/26/12 | 119520 |
| Thompson, Nathan | 6/26/12 | 119521 |
| Maxham, Jason | 6/26/12 | 119522 |
| Phillips, Connie | 6/26/12 | 119523 |
| Franklin, Robin | 6/26/12 | 119524 |
| Boddison, Dennis | 6/26/12 | 119525 |
| Deleon, Mauro | 6/26/12 | 119526 |
| Rossi, Angelo | 6/26/12 | 119527 |
| Rossi, Sergio Jr. | 6/26/12 | 119528 |
| Vo, Joanna | 6/26/12 | 119529 |
| Huynh, Ngoc | 6/26/12 | 119531 |
| Le, Vinh<br><br>Regal Nails | 6/26/12 | 119532 |
| Rossi, Albert<br><br>Ole Maria's, Inc. | 6/26/12 | 119533 |

EXHIBIT A

| | | |
|---|---|---|
| Payne, Phillip<br>Gulf Coast Island Charters | 6/26/12 | 119534 |
| Le, Thao | 6/26/12 | 119535 |
| Quach, Man | 6/26/12 | 119536 |
| Tuan, Tran | 6/26/12 | 119537 |
| Nguyeu, Loi | 6/26/12 | 119538 |
| Pham, David | 6/26/12 | 119539 |
| Tran, Nhieu | 6/26/12 | 119540 |
| Payne, Frankie | 6/26/12 | 119541 |
| Sims, Keena | 6/26/12 | 119542 |
| Nguyen, Jefferson | 6/26/12 | 119543 |
| Ellerbee, Jonnie | 6/26/12 | 119546 |
| Estimond, Jordany | 6/26/12 | 119561 |
| Brown, Larry | 6/26/12 | 119562 |
| Bastita, Frank | 6/26/12 | 119563 |
| Rock, James | 6/26/12 | 119564 |
| Lalla, Nicholas | 6/26/12 | 119565 |
| Brown, Melba | 6/26/12 | 119566 |
| Adams, John | 6/26/12 | 119567 |
| Duncan, Samuel | 6/27/12 | 119568 |
| Dortch, Goodman | 6/27/12 | 119569 |
| Rodriguez, Yordany | 6/27/12 | 119570 |
| Hart, Lawrence | 6/27/12 | 119572 |

EXHIBIT A

| | | |
|---|---|---|
| Danna, Paul | 6/27/12 | 119573 |
| Rayborn, Darryl<br><br>DJ Trucking and Transport Services | 6/27/12 | 119575 |
| Olson, Jamie | 6/27/12 | 119580 |
| Jimenez, Mariano | 6/27/12 | 119581 |
| Dixion, Jolene<br><br>Eagle Ray Dive Center | 6/27/12 | 119585 |
| Brunk, Loron | 6/27/12 | 119586 |
| Bailey, Alexander | 6/27/12 | 119588 |
| Daniel, Dominic | 6/27/12 | 119590 |
| Lewis, Phillip | 6/27/12 | 119592 |
| Walker, Donald | 6/27/12 | 119594 |
| Brown, calvin | 6/27/12 | 119596 |
| Bodiford, Dewan | 6/27/12 | 119598 |
| Miller, Melvin | 6/27/10 | 119607 |
| Harris, Nathaniel | 6/27/10 | 119608 |
| Cole, Stephen | 6/27/12 | 119609 |
| Fouche, Antwon | 6/27/12 | 119610 |
| Woods, Melvin | 6/27/12 | 119611 |
| McCovery, Gary | 6/27/12 | 119612 |
| Stallworth, patty | 6/27/12 | 119613 |
| Craig, Berniece | 6/27/12 | 119614 |
| Stanley, Jarvis | 6/27/12 | 119615 |

EXHIBIT A

| | | |
|---|---|---|
| Jackson, James | 6/27/12 | 119616 |
| Krause, James | 6/27/12 | 119617 |
| Harrington, Amelia | 6/27/12 | 119618 |
| Dukes, Aneesah | 6/27/12 | 119619 |
| Mayfield, Nancy | 6/27/12 | 119620 |
| Zimmerman, Daniel | 6/27/12 | 119621 |
| Bevilaque, Mark | 6/27/12 | 119622 |
| Hooks, Jeanne | 6/27/12 | 119623 |
| Baker, Michael | 6/27/12 | 119624 |
| Heafey, Cynthia | 6/27/12 | 119625 |
| Joseph, Basil | 6/28/12 | 119626 |
| Coleman, Stacy | 6/28/12 | 119627 |
| Long, Clifford<br>Investments Unlimited, Inc. | 6/28/12 | 119628 |
| Evans, Katherine | 6/28/12 | 119629 |
| Green, Donna | 6/28/12 | 119630 |
| Hammons, Brian | 6/28/12 | 119632 |
| Guarneros, Juan | 6/28/12 | 119633 |
| Hammons, Haley | 6/28/12 | 119634 |
| Nguyen, Hanh | 6/28/12 | 119635 |
| Velasquez, Eudelia | 6/28/12 | 119636 |