UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section: J

THIS DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

_____/

## ORDER

Considering the Motion for Acceptance of Limitations Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

It is ORDERED that the Motion for Acceptance of Limitations Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2012.

_____
Honorable Carl J. Barbier, U.S. District Court Judge

Order on Motion for Acceptance of Limitations Short Form Joinders
  Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

# EXHIBIT A

| Name | Date of Filing | Document Filing # |
|---|---|---|
| Craig, Cheryl | 6/22/12 | 119425 |
| Carson, Ronald | 6/22/12 | 119426 |
| Garrett, Harmone | 6/22/12 | 119427 |
| Pierre, Mackenzy | 6/22/12 | 119428 |
| Frost, Daniel | 6/22/12 | 119429 |
| Crawford, Felisha | 6/22/12 | 119430 |
| Bailey, Benjie | 6/22/12 | 119431 |
| Welsh, Willie | 6/22/12 | 119432 |
| Biddle, Andrew<br>Biddles Piano bar & restaurant | 6/22/12 | 119433 |
| Sylvester, Irby<br>Reliable Landscaping | 6/22/12 | 119434 |
| McCarroll, Lorna<br>Lornas Hair Affair | 6/22/12 | 119435 |
| Gilson, Santos | 6/22/12 | 119436 |
| Ross, Thomas | 6/22/12 | 119437 |
| Santos, Gilson Jr. | 6/22/12 | 119438 |
| Stennis/June<br>Boom Buggy Service | 6/22/12 | 119439 |
| Banks, Trudy | 6/25/12 | 119440 |

Order on Motion for Acceptance of Limitations Short Form Joinders
  Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| Wilson, Martin | 6/25/12 | 119441 |
| Bailey, Phyllis | 6/25/12 | 119442 |
| Gilchrist, Tracy | 6/25/12 | 119443 |
| Gibbs, Rosia | 6/25/12 | 119444 |
| Lamar, Frankie | 6/25/12 | 119445 |
| Collier, John<br><br>Pheland A. Collier | 6/25/12 | 119466 |
| Earline, Harris | 6/25/12 | 119447 |
| Brown, Kellee | 6/25/12 | 119448 |
| Parrinello Robert<br><br>Repan/Renovation | 6/25/12 | 119449 |
| Hughey, Drameko | 6/25/12 | 119450 |
| Greaves, Ron | 6/25/12 | 119451 |
| Hooker, Pauletta | 6/25/12 | 119452 |
| Buchroeder, Kimberly | 6/25/10 | 119453 |
| Conley, Monica<br><br>Tax Quest | 6/25/12 | 119454 |
| Collier, Thomas<br><br>Chempro | 6/25/12 | 119455 |
| West, John | 6/25/12 | 119456 |
| Sines, Russell | 6/25/12 | 119457 |
| Boone, Dora | 6/25/12 | 119458 |

Order on Motion for Acceptance of Limitations Short Form Joinders
  Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| Burgett, Vermelle | 6/25/12 | 119459 |
| Davison, Linda | 6/25/12 | 119460 |
| Keller, Kenneth | 6/25/12 | 119461 |
| Barry, Renee | 6/25/12 | 119462 |
| Burns, Steven | 6/25/12 | 119463 |
| | | |
| Killion, Corey | 6/25/12 | 119464 |
| Martin, Paul<br><br>Martin Air INC | 6/25/12 | 119466 |
| Agee, Shaconda | 6/25/12 | 119467 |
| Brown, Shelia | 6/25/12 | 119468 |
| Conin, Naomio | 6/25/12 | 119469 |
| Gianfranceso, Robert | 6/25/12 | 119470 |
| Marini, Lorenzo | 6/25/12 | 119471 |
| Caren, Jason | 6/25/12 | 119472 |
| Whidden, Rebecca | 6/25/12 | 19473 |
| Howard, Bruce<br><br>Marco Marine Fueling, INC. | 6/25/12 | 119474 |
| Longmire, Yolanda | 6/25/12 | 119475 |
| Ellerbee, Jody<br><br>F/V Double E | 6/25/12 | 119476 |
| Johnson, Carlos<br><br>Johnson Shrimp and Fish Inc. | 6/25/12 | 119477 |

Order on Motion for Acceptance of Limitations Short Form Joinders
  Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Name | Date | Number |
|---|---|---|
| White, Glenn<br>All American Dog Training | 6/25/12 | 119478 |
| Abreu, Marta | 6/25/12 | 119479 |
| Powell, Thomas | 6/25/12 | 119480 |
| Smilie, Joseph | 6/25/12 | 119481 |
| Daugherty, Christopher | 6/25/12 | 119482 |
| Auten, William | 6/25/12 | 119483 |
| Smith, Todd<br>Todd Smith Statewide Builder | 6/25/12 | 119485 |
| Abrams, Andrew | 6/25/12 | 119486 |
| Lewis, Kenneth<br>Lewis Engineering & Associates | 6/25/12 | 119487 |
| Jordan, Harriet | 6/25/12 | 119488 |
| Dempsey, Chris | 6/25/12 | 119489 |
| Lopez, Charlene | 6/25/12 | 119490 |
| Cooley, Alan | 6/25/12 | 119491 |
| Hazeur, Lucy | 6/25/12 | 119492 |
| Bailey, Benjie | 6/25/12 | 119496 |
| Crump, Stephanie | 6/25/12 | 119497 |
| Gibson, Josh | 6/25/12 | 119498 |
| Benkhatar, Yousef | 6/25/12 | 119499 |
| Blackmon, Marley | 6/25/12 | 119500 |
| Bell, Kenneth | 6/25/12 | 119501 |

Order on Motion for Acceptance of Limitations Short Form Joinders
  Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| Green, Chris | 6/25/12 | 119502 |
| Greene, Williams Jr. | 6/25/12 | 119503 |
| Emerson, Robert | 6/25/12 | 119504 |
| Blanks, Natisha | 6/25/12 | 119506 |
| Lott, Derrick | 6/25/12 | 119507 |
| Zupa, Peter<br><br>Peter Zupa Complete Yacht Maintenance | 6/25/12 | 119508 |
| Vice, Kimberly | 6/25/12 | 119509 |
| Lott, Derrick Sr. | 6/26/12 | 119512 |
| Hirschauer, Tracey<br><br>Jam of Bradenton, Inc. | 6/26/12 | 119518 |
| Hirschauer, Tracey<br><br>Perky Sarasota, Inc. | 6/26/12 | 119519 |
| Hirschauer, Tracey<br><br>Buffalo Blizzard, Inc. | 6/26/12 | 119520 |
| Thompson, Nathan | 6/26/12 | 119521 |
| Maxham, Jason | 6/26/12 | 119522 |
| Phillips, Connie | 6/26/12 | 119523 |
| Franklin, Robin | 6/26/12 | 119524 |
| Boddison, Dennis | 6/26/12 | 119525 |
| Deleon, Mauro | 6/26/12 | 119526 |
| Rossi, Angelo | 6/26/12 | 119527 |

Order on Motion for Acceptance of Limitations Short Form Joinders
  Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| Rossi, Sergio Jr. | 6/26/12 | 119528 |
| Vo, Joanna | 6/26/12 | 119529 |
| Huynh, Ngoc | 6/26/12 | 119531 |
| Le, Vinh<br><br>Regal Nails | 6/26/12 | 119532 |
| Rossi, Albert<br><br>Ole Maria's, Inc. | 6/26/12 | 119533 |
| Payne, Phillip<br><br>Gulf Coast Island Charters | 6/26/12 | 119534 |
| Le, Thao | 6/26/12 | 119535 |
| Quach, Man | 6/26/12 | 119536 |
| Tuan, Tran | 6/26/12 | 119537 |
| Nguyeu, Loi | 6/26/12 | 119538 |
| Pham, David | 6/26/12 | 119539 |
| Tran, Nhieu | 6/26/12 | 119540 |
| Payne, Frankie | 6/26/12 | 119541 |
| Sims, Keena | 6/26/12 | 119542 |
| Nguyen, Jefferson | 6/26/12 | 119543 |
| Ellerbee, Jonnie | 6/26/12 | 119546 |
| Estimond, Jordany | 6/26/12 | 119561 |
| Brown, Larry | 6/26/12 | 119562 |
| Bastita, Frank | 6/26/12 | 119563 |
| Rock, James | 6/26/12 | 119564 |

Order on Motion for Acceptance of Limitations Short Form Joinders
   Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| Lalla, Nicholas | 6/26/12 | 119565 |
| Brown, Melba | 6/26/12 | 119566 |
| Adams, John | 6/26/12 | 119567 |
| Duncan, Samuel | 6/27/12 | 119568 |
| Dortch, Goodman | 6/27/12 | 119569 |
| Rodriguez, Yordany | 6/27/12 | 119570 |
| Hart, Lawrence | 6/27/12 | 119572 |
| Danna, Paul | 6/27/12 | 119573 |
| Rayborn, Darryl<br><br>DJ Trucking and Transport Services | 6/27/12 | 119575 |
| Olson, Jamie | 6/27/12 | 119580 |
| Jimenez, Mariano | 6/27/12 | 119581 |
| Dixion, Jolene<br><br>Eagle Ray Dive Center | 6/27/12 | 119585 |
| Brunk, Loron | 6/27/12 | 119586 |
| Bailey, Alexander | 6/27/12 | 119588 |
| Daniel, Dominic | 6/27/12 | 119590 |
| Lewis, Phillip | 6/27/12 | 119592 |
| Walker, Donald | 6/27/12 | 119594 |
| Brown, calvin | 6/27/12 | 119596 |
| Bodiford, Dewan | 6/27/12 | 119598 |

Order on Motion for Acceptance of Limitations Short Form Joinders
  Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| Miller, Melvin | 6/27/10 | 119607 |
| Harris, Nathaniel | 6/27/10 | 119608 |
| Cole, Stephen | 6/27/12 | 119609 |
| Fouche, Antwon | 6/27/12 | 119610 |
| Woods, Melvin | 6/27/12 | 119611 |
| McCovery, Gary | 6/27/12 | 119612 |
| Stallworth, patty | 6/27/12 | 119613 |
| Craig, Berniece | 6/27/12 | 119614 |
| Stanley, Jarvis | 6/27/12 | 119615 |
| Jackson, James | 6/27/12 | 119616 |
| Krause, James | 6/27/12 | 119617 |
| Harrington, Amelia | 6/27/12 | 119618 |
| Dukes, Aneesah | 6/27/12 | 119619 |
| Mayfield, Nancy | 6/27/12 | 119620 |
| Zimmerman, Daniel | 6/27/12 | 119621 |
| Bevilaque, Mark | 6/27/12 | 119622 |
| Hooks, Jeanne | 6/27/12 | 119623 |
| Baker, Michael | 6/27/12 | 119624 |
| Heafey, Cynthia | 6/27/12 | 119625 |
| Joseph, Basil | 6/28/12 | 119626 |
| Coleman, Stacy | 6/28/12 | 119627 |
| Long, Clifford<br><br>Investments Unlimited, Inc. | 6/28/12 | 119628 |

9

Order on Motion for Acceptance of Limitations Short Form Joinders
   Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Evans, Katherine | 6/28/12 | 119629 |
|---|---|---|
| Green, Donna | 6/28/12 | 119630 |
| Hammons, Brian | 6/28/12 | 119632 |
| Guarneros, Juan | 6/28/12 | 119633 |
| Hammons, Haley | 6/28/12 | 119634 |
| Nguyen, Hanh | 6/28/12 | 119635 |
| Velasquez, Eudelia | 6/28/12 | 119636 |