IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: All Cases in Pleading Bundle Section III.B(3). | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the *Ex Parte* Motion To File Under Seal Exhibits D, E, F, H, N, P, R and W To Statement of Undisputed Material Facts in Support of Motion for Summary Judgment filed by Defendants Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company (the "Nalco Entities"):

The Motion is CONDITIONALLY GRANTED, as follows:

1.   The Clerk of Court is directed to file Exhibits D, E, F, H, N, P, R and W under seal.

2.   By Wednesday, July 18, 2012, the Nalco Entities shall inform the Court why these Exhibits should remain sealed (e.g., an Exhibit contains sensitive proprietary information). The mere fact that a document was identified as "CONFIDENTIAL", etc., pursuant to the a Pretrial Order will not be sufficient grounds to keep an Exhibit sealed. If an Exhibit should remain sealed, the Nalco Entities shall redact only the parts of the Exhibit that should not be made public, and submit this redacted version to the Court. The redacted version will be filed, unsealed, in the Court's record.

3.   Failure to comply with this Order will result in all of the Nalco Entities' Exhibits being unsealed.

New Orleans, Louisiana this 11th day of July, 2012.

_____
United States District Judge