IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No.  MDL NO. 2179 |
| | Civil Action No.  2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: ALL CASES IN B3 PLEADING BUNDLE | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**MOTION TO ALLOW PLAINTIFF MALCOM COCO TO PARTICIPATE IN ORAL ARGUMENTS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Joseph Gregory Brown, who respectfully requests, for reasons stated below, this Court grant leave the relief sought in Plaintiff Malcolm Coco's Motion to Participate in Oral Arguments (July 11, 2012; Doc #6874).

Plaintiff is one of hundreds of individuals who have suffered injuries as a result of exposure to crude oil and dispersant chemicals.  He was a commercial fisherman who owned his own boat docked in Westwego, Louisiana.  He participated in the Vessels of Opportunity program and worked on the oil spill cleanup through a company called the DRC Group.  On or about June 1, 2010, Plaintiff suffered ulcerations on his lower legs from the crude oil and dispersant chemicals coming in contact with his skin.  Those ulcerations allowed the crude oil, dispersant chemicals and marine bacteria to enter his bloodstream, which caused severe, permanent health problems.  He has seen numerous specialists, all of whom documented his breathing and heart problems as being secondary to the oil spill.  Since the injury, Plaintiff has

been hospitalized on more than one occasion, placed on oxygen, and is unable to work as a commercial fisherman or at any other gainful employment because of his poor health.

It appears that the PSC, in its opposition to NALCO's Motion For Summary Judgment, omitted many crucial issues that Plaintiff Coco has brought forward.  Plaintiff supports the oppositions brought by the PSC and Plaintiff Coco, but Plaintiff contends Plaintiff Coco has essential arguments to add to the overall opposition to NALCO's Motion, and Plaintiff Coco should be heard by the Court at oral argument.

**CONCLUSION**

For the forgoing reasons, Plaintiff respectfully requests this Court grant the relief sought in Plaintiff Malcolm Coco's Motion to Participate in Oral Arguments (July 11, 2012; Doc #6874).

Date: July 11, 2012                                         Respectfully submitted,

/s/ Paul A. Dominick
**NEXSEN PRUET, LLC**
Paul A. Dominick, Fed ID No. 577
Amanda G. Proujan, Fed ID No. 11098
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com
AProujan@nexsenpruet.com
Attorneys for Plaintiff

/s/ Douglas M. Schmidt
**Douglas M. Schmidt, APLC**
Douglas M. Schmidt
335 City Park Ave
New Orleans, LA 70119
PHONE:  504.482.5711
Dglsschmdt@yahoo.com
Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2012.

/s/ Paul A. Dominick
**NEXSEN PRUET, LLC**
Paul A. Dominick, Fed ID No. 577
Amanda G. Proujan, Fed ID No. 11098
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com
AProujan@nexsenpruet.com
Attorneys for Plaintiffs-Petitioners

3