**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No. MDL NO. 2179 |
| | Civil Action No. 2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: ALL CASES IN B3 PLEADING BUNDLE | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION TO ALLOW PLAINTIFF MALCOM COCO TO PARTICIPATE IN ORAL ARGUMENTS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Joseph Gregory Brown, who respectfully requests, for reasons stated below, this Court permit Plaintiff Malcom Coco's counsel participate in the oral argument regarding the Motions For Summary Judgment in the B3 Pleading Bundle, relative to preemption and/or derivative immunity issues, tentatively scheduled for Friday, July 13, 2012 (per this Court's July 3, 2012 Order (#6837)).

This motion pertains to NALCO's Motion for Summary Judgment (#6541; May 18, 2012) and Coco's Opposition (#6705; June 18, 2012).

**BACKGROUND**

On May 18, 2012, the NALCO Defendants, who made the dispersant Corexit that is central to thousands of medical claims at issue in this litigation, filed a Motion For Summary Judgment to be dismissed from the case. The PSC agreed to a previous motion to dismiss NALCO as a defendant, but after this Court denied that motion, NALCO filed the current motion. The PSC and Plaintiff Coco filed Oppositions to NALCO's current motion on June 18,

2012.  This Court tentatively scheduled oral arguments for Friday, July 13, 2012. (#8637)

**FACTS**

It appears that Plaintiff Coco's counsel was informed that he would not be allowed to participate in the oral argument because the oppositions filed by him and the PSC were so similar that it would be redundant to hear from both parties.  However, the PSC's opposition centers on how the clean-up was affected by BP and its subcontractors who provided their *services* in the clean-up, while Plaintiff Coco's opposition centers on the role of NALCO and the *product*, Corexit, NALCO provided to BP and its subcontractors in the clean-up.

First, the PSC focused almost exclusively on the statutory framework of the National Contingency Plan, how it was haphazardly effected by BP.  Then the PSC opposed the Motions For Summary Judgment of each of the Clean-Up Defendants who provided their services to the clean-up effort.  This is much unlike Plaintiff Coco, who focused almost exclusively on NALCO and the product, Corexit, it provided to the clean-up effort.

Second, the PSC's opposition did not address issues most central to the NALCO Defendants' possible dismissal, specifically:

  (1) The means by which NALCO got Corexit pre-approved with the EPA as a dispersant permitted to be used to clean up the spill;

  (2) Whether NALCO fully and honestly complied with the requirements for such pre-approval;

  (3) The history of the owners of NALCO previously submitting fraudulent documents to the federal government in regard to their clean-up of oil spills;

  (4) NALCO's failure to allege in its Motion that it followed all the requirements necessary for pre-approval; and

  (5) Whether NALCO failed to keep the EPA updated on information regarding Corexit, as required by law in order to stay on EPA's "preapproval list."

Third, Plaintiff Coco, not the PSC, is the only party who brought the possibility of NALCO grossly under informing and/or misinforming the EPA about the dangers of the most toxic component of Corexit, *butoxyethanol*. Therefore, Plaintiff Coco's participation in oral argument concerning NALCO's Motion for Summary Judgment is essential to resolving the question of NALCO's dismissal from this case. Whether NALCO is entitled to summary judgment based upon preemption and/or derivative immunity is clearly tied to whether NALCO under informed and/or misinformed the EPA about the dangers of its product, Corexit. Because Plaintiff Coco's opposition is the only one to address this issue, Plaintiff Coco should be permitted to participate in the scheduled oral arguments to further bring these issues to the court's attention.

Plaintiff supports the oppositions brought by the PSC and Plaintiff Coco, but Plaintiff contends Plaintiff Coco has essential arguments to add to the overall opposition to NALCO's Motion for Summary Judgment, and Plaintiff Coco should be heard at oral argument.

## CONCLUSION

For the forgoing reasons, Plaintiff respectfully requests this Court permit Plaintiff Malcolm Coco's counsel to participate in the oral argument regarding the Motions For Summary Judgment in the B3 Pleading Bundle, relative to preemption and/or derivative immunity issues, tentatively scheduled for Friday, July 13, 2012 (per this Court's July 3, 2012 Order (#6837)).

Date: July 11, 2012					Respectfully submitted,

						/s/ Paul A. Dominick
						**NEXSEN PRUET, LLC**
						Paul A. Dominick, Fed ID No. 577
						Amanda G. Proujan, Fed ID No. 11098

205 King Street, Suite 400 (29401)  
P.O. Box 486  
Charleston, SC  29402  
PHONE:  843.577.9440  
FACSIMILE:  843.720.1777  
PDominick@nexsenpruet.com  
AProujan@nexsenpruet.com  
Attorneys for Plaintiffs-Petitioners  


  /s/ Douglas M. Schmidt  
**Douglas M. Schmidt, APLC**  
Douglas M. Schmidt  
335 City Park Ave  
New Orleans, LA 70119  
PHONE:  504.482.5711  
Dglsschmdt@yahoo.com  
Attorneys for Plaintiffs-Petitioners  

4

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

   /s/ Paul A. Dominick  
**NEXSEN PRUET, LLC**  
Paul A. Dominick, Fed ID No. 577  
Amanda G. Proujan, Fed ID No. 11098  
205 King Street, Suite 400 (29401)  
P.O. Box 486  
Charleston, SC  29402  
PHONE:  843.577.9440  
FACSIMILE:  843.720.1777  
PDominick@nexsenpruet.com  
AProujan@nexsenpruet.com  
Attorneys for Plaintiffs-Petitioners
