# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*              JUDGE BARBIER
                          MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Challenges by the U.S. to Anadarko's Privilege Log Entries]**

On May 11, 2012, an order was issued for the completion of Phase Two document production for the U.S. and BP, which states in pertinent part:

> The Court has concluded that the time has passed for challenging Phase One-related privilege log entries, with the exception of any new Phase One entries on privilege logs served by any party on April 20, 2012 or thereafter.

Rec. doc. 6510 at 1, n. 1. On June 19, 2012, an amended schedule for completion of Phase Two document production was issued. Schedule III was established for privilege logs served by the U.S. and BP from June 1 through June 22 and privilege logs served by all other MDL parties by June 22. Rec. doc. 6707 at 3.

Anadarko served seven privilege logs in 2010 and 2011 and two privilege logs in June 2012. The U.S. challenged approximately 1,800 entries on these logs with many of them pertaining to the logs served in 2010 and 2011. The parties report that they are working to resolve the challenges to the privilege logs served in June 2012.

Anadarko urges that the U.S. delayed too long in challenging Phase Two-related entries to the 2010 and 2011 privilege logs. Notwithstanding Anadarko's limited role, the U.S. will be permitted to challenge entries on Anadarko's 2010 and 2011 privilege logs relating to Phase Two

documents.

The U.S. reports that it worked diligently to determine entries relating to Phase Two. Anadarko's preliminary review of the challenges indicates that a substantial portion of the challenges relate to Phase One documents. Anadarko shall make a good faith review of the U.S. challenges to determine the ones relating to Phase Two documents. Anadarko and the U.S. shall proceed as provided in the June 19 order for Schedule III to resolve the challenges to entries on the 2010 and 2011 privilege logs related to Phase Two documents.

New Orleans, Louisiana, this 11th day of July, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**