UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br><br>THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein,<br><br>                    Plaintiffs,<br>vs.<br><br>BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P.,<br><br>                    Defendants. | MDL NO. 2179<br><br>Case No. 2:11-CV-03180<br><br>SECTION:  J<br><br>Judge Barbier<br>Magistrate Judge Shushan |

_____

**MOTION TO WITHDRAW AS COUNSEL FOR NGOT NGUYEN AND NGOT NGUYEN, LLC**
_____


        NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, Gerard M.

Nolting, William L. Roberts, and Craig S. Coleman and Faegre Baker Daniels LLP (formerly

Faegre & Benson LLP); and Duncan Lott and Casey L. Lott and Langston & Lott, PA, who by

and through undersigned counsel, move this Court for an order withdrawing them as counsel of record for Ngot T. Nguyen and Ngot Nguyen, LLC (GCCF Claim No. 1146421) (hereinafter referred to collectively as "Ngot Nguyen") in this matter.  In further support of this motion, Movants state as follows:

1.   On or about October 26, 2011, Ngot Nguyen retained the law firms of Faegre Baker Daniels LLP and Langston & Lott, PA with respect to claims for payment from the Gulf Coast Claims Facility.

2.   On or about December 16, 2011, Ngot Nguyen retained the law firms of Faegre Baker Daniels LLP and Langston & Lott, PA with respect to litigation related to the BP Deepwater Horizon oil spill.

3.   On or about December 29, 2011 the undersigned counsel filed an OPA 90 complaint on behalf of Ngot Nguyen and are counsel of record for Ngot Nguyen in that litigation.  *See Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, United States District Court for the Eastern District of Louisiana, Case No. 2:11-cv-03180.

4.   On or about June 19, 2012, Ngot Nguyen terminated Faegre Baker Daniels LLP and Langston & Lott, PA as legal counsel.  The undersigned counsel is unaware of any new legal counsel that Ngot Nguyen has retained in this matter.

5.   Ngot Nguyen will remain in this litigation.  Neither Ngot Nguyen, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE, PREMISES CONSIDERED,** Stephen S. Kreller, Gerard M. Nolting, William L. Roberts, Craig S. Coleman, Duncan Lott and Casey Lott, individually on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston &

Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for

Plaintiff Ngot Nguyen.

Dated: July 11, 2012.

RESPECTFULLY SUBMITTED:

BY:  */s/ Stephen S. Kreller*_____
THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  888-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS LLP
Gerard M. Nolting (admitted pro hac vice)
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 11th day of July, 2012.

Mr. Ngot T. Nguyen
Ngot Nguyen, LLC
6692 Balboa Circle
Ocean Springs, MS 39564
T: (228) 447-5121

Ngot Nguyen and Ngot Nguyen, LLC has been made of aware of all deadlines and pending court appearances.

/s/ *Stephen S. Kreller*
Stephen S. Kreller

fb.us.8866515.01