UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | Case No. 2:11-CV-03180 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | SECTION:  J |
| | Judge Barbier |
| Plaintiffs, | Magistrate Judge Shushan |
| vs. | |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | |
| Defendants. | |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE COMPLAINT FOR INTERVENTION**
_____

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly

Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), who respectfully move this Honorable Court for leave to file the attached Complaint for Intervention, attached hereto as Exhibit "1". The Intervening Attorneys seek leave to file the attached pleading and exhibit to assert claims for the costs that Intervening Attorneys have expended on behalf of Ngot T. Nguyen and Ngot Nguyen, LLC (GCCF Claim No. 1146421); Ngot T. Nguyen and Ngot Nguyen, LLC are also indebted unto Intervening Attorneys for legal fees for the prosecution of their claims and for any other fees as directed by this Honorable Court.

WHEREFORE, considering the aforementioned, Intervening Attorneys respectfully moves this Honorable Court to grant it leave to file the attached pleading and exhibit.

Dated: July 11, 2012.

RESPECTFULLY SUBMITTED:

BY:  /s/ Stephen S. Kreller
THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  888-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

Gerard M. Nolting (admitted pro hac vice)
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

        Telephone:  612-766-7000
        Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

        Duncan Lott (admitted pro hac vice)
        Casey L. Lott (admitted pro hac vice)
        100 South Main Street
        Booneville, MS  38829
        Telephone:  662-728-9733
        Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint for Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

                                             /s/ *Stephen S. Kreller*

fb.us.8864994.01