UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | Case No. 2:11-CV-03180 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | SECTION:  J |
| | Judge Barbier |
| Plaintiffs, | Magistrate Judge Shushan |
| vs. | |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | |
| Defendants. | |

_____

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**
_____

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Intervening Attorneys conferred with Ngot Nguyen,

on July 10, 2012.  Intervening attorneys explained that they would be filing the Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint for Intervention and attempted to obtain consent for the filing and granting of the motion; however, Ngot Nguyen would not consent to the filing or granting of the Motion.

Date: July 11, 2012.

        RESPECTFULLY SUBMITTED:

        BY:  /s/ Stephen S. Kreller
        THE KRELLER LAW FIRM
            Stephen S. Kreller (LA # 28440)
            757 St. Charles Avenue, Suite 301
            New Orleans, LA  70130
            Telephone:  504-484-3488
            Facsimile:  888-294-6091
            Email:  ssk@krellerlaw.com

        FAEGRE BAKER DANIELS, LLP

            Gerard M. Nolting (admitted pro hac vice)
            William L. Roberts (admitted pro hac vice)
            Craig S. Coleman (admitted pro hac vice )
            2200 Wells Fargo Center
            90 South Seventh Street
            Minneapolis, MN  55402
            Telephone:  612-766-7000
            Facsimile:  612-766-1600

        LANGSTON & LOTT, P.A.

            Duncan Lott (admitted pro hac vice)
            Casey L. Lott (admitted pro hac vice)
            100 South Main Street
            Booneville, MS  38829
            Telephone:  662-728-9733
            Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint for Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

                                                             /s/ *Stephen S. Kreller*

fb.us.8883376.01