UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig        "Deepwater Horizon" in the Gulf        of Mexico, on April 20, 2010 | * * * * | MDL No. 2179    SECTION "J" |
| Applies to: *Duong v. BP Am. Petroleum Co.,* 12-814 | * * * | JUDGE BARBIER    MAGISTRATE WILKINSON |

## ORDER

Having considered BP's Motion to Stay Proceeding Pending Implementation of BP Deepwater Horizon Settlement (Rec. Doc. 6603), Plaintiffs' Opposition (Rec. Doc. 6724), and BP's Reply (Rec. Doc. 6834),

**IT IS ORDERED** that the Motion is **GRANTED.** The proceedings in member case 12-814 are temporarily stayed pending implementation of the Economic Damages Settlement Agreement. All deadlines in 12-814 are suspended until further ordered by the Court.

New Orleans, Louisiana, this 11th day of July, 2012.

_____
United States District Judge