UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179 : : : : SECTION: J : |
| THIS DOCUMENT RELATES TO: | : JUDGE BARBIER : |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | : MAG. JUDGE SHUSHAN : |

**ORDER**

Considering the foregoing motion,

IT IS ORDERED that the motion for leave to file reply memorandum is granted and International Air Response, Inc.'s Reply Memorandum in Support of the Motion for Summary Judgment on Derivative Immunity and Preemption Grounds shall be filed into the record.

Ordered, this ___ day of July, 2012, New Orleans, Louisiana.

_____
U.S. DISTRICT COURT JUDGE

1