UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER MAGISTRATE SHUSHAN |
| APPLIES TO: | | |
| Bundle B1 Cases and Case No. 10-4573, *Tobatex, Inc. v. BP, plc.* | | |

### DEFENDANTS HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, AND M-I L.L.C.'S MOTION TO DISMISS BP DEALER CLAIMS INCLUDED IN PLAINTIFFS' FIRST AMENDED BUNDLE B1 MASTER COMPLAINT

Defendants Halliburton Energy Services, Inc. ("HESI"), Transocean,[1] and M-I L.L.C., ("M-I"), (hereinafter collectively "Defendants"), respectfully move this Court to dismiss all BP Dealer claims asserted against Defendants in Plaintiffs' First Amended Master Complaint (and other underlying complaints and short form joinders) pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendants submit the accompanying Memorandum in Support and state as follows:

1. Consistent with the Court's August 26, 2011 Order and Reasons (Dkt. No. 3830), Plaintiffs have no state law causes of action, as "state law is inapplicable to this case." (Order and Reasons at 18). *See* Defendants' Memorandum at Section I.

2. The Oil Pollution Act of 1990, 33 U.S.C. §§ 2701, *et seq.* ("OPA"), provides the exclusive remedy, if any, for the kinds of oil spill-related damages asserted by Plaintiffs. *See* Defendants' Memorandum at Section II.

---

[1] "Transocean" includes defendants Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc., ("Transocean"). The Complaint also identified Transocean Ltd. as a defendant. Transocean Ltd. filed a motion challenging personal jurisdiction and, therefore, does not join in the present motion.

2

3. Plaintiffs' sole remedy for their alleged damages, if any, lies against a "responsible party" designated under OPA, not against Defendants.[2] Accordingly, this Court should dismiss all Plaintiffs' claims asserted against Defendants because such Plaintiffs have failed to state a proper claim against Defendants. *See* Defendants' Memorandum at Section II.

4. Plaintiffs' claims are barred by the economic loss rule because Plaintiffs do not allege physical damage to a proprietary interest. *See* Defendants' Memorandum at Section III.

5. Finally, Plaintiffs cannot, as a matter of law, recover punitive damages from Defendants because a request for punitive damages requires the existence of an underlying cause of action which is absent here. Further, OPA, which provides Plaintiffs' sole remedy, if any, does not permit the recovery of punitive damages. *See* Defendants' Memorandum at Section IV.

WHEREFORE, for the reasons more fully set forth in the attached Memorandum in Support, HESI, Transocean, and M-I respectfully pray that this Court dismiss Plaintiffs' Class Action Complaint and the BP Dealers' claims in the First Amended Master Complaint for Private Economic Losses in their entirety for failure to state a claim upon which relief can be granted.

Dated: July 11, 2012

---

[2] For purposes of this Motion and accompanying Brief, neither HESI nor M-I takes a position regarding whether Transocean is an OPA responsible party or regarding the distinction between surface versus sub-surface release.

Respectfully submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

3

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas,
No. 00784125)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas  77002
Telephone:  (713) 470-6100
Facsimile:  (713) 654-1301
E-:mail:  steven.roberts@sutherland.com,
Rachel.clingman@sutherland.com

-and-

By: /s/ Edwin G. Preis, Jr.
Edward G. Preis, Jr. (Louisiana, No. 10703)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana  70501
Telephone:  (337) 237-6062
Facsimile:  (337) 237-9129

601 Poydras Street, Suite 1700
New Orleans, Louisiana  70130
Telephone:  (504) 581-6062
Facsimile:  (504) 522-9129
Email:  egp@preisroy.com

**Of Counsel:**

John M. Elsley (Texas, No. 0591950
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Telephone:  (713) 224-9380
Facsimile:  (713) 225-9945
Email:  john.elsley@roystonlaw.com

**ATTORNEYS FOR DEFENDANTS TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., AND TRANSOCEAN DEEPWATER, INC.**

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Telephone:  (504) 599-8169
Facsimile:  (504) 599-8154
Email:  kmiller@frilot.com

-and-

By: /s/ Brad D. Brian
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071
Telephone:  (213) 683-9100
Facsimile:  (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com,
allen.katz@moto.com

**ATTORNEYS FOR DEFENDANTS TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., AND TRANSOCEAN DEEPWATER, INC.**

4

5

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:** <br> MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon <br> dleon@morganlewis.com <br> Texas Bar No. 24002463 <br> 5300 Wachovia Financial Center <br> 200 South Biscayne Boulevard <br> Miami, Florida  33131 <br> Telephone:  (305) 415-3000 <br> Facsimile:  (305) 415-3001 | By: /s/ Hugh E. Tanner <br>     Hugh E. Tanner <br>     htanner@morganlewis.com <br>     Texas Bar No. 19637400 <br>     1000 Louisiana, Suite 4000 <br>     Houston, Texas  77002 <br>     Telephone:  (713) 890-5000 <br>     Facsimile:  (713) 890-5001 |
| Denise Scofield <br> dscofield@morganlewis.com <br> Texas Bar No. 00784934 <br> 1000 Louisiana, Suite 4000 <br> Houston, Texas  77002 <br> Telephone:  (713) 890-5000 <br> Facsimile:  (713) 890-5001 | **ATTORNEYS FOR DEFENDANT M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT M-I L.L.C.** | |

1943045 v1-24010/0002 PLEADINGS

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendants' Motion to Dismiss BP Dealer Claims Included in Plaintiffs' First Amended Bundle B1 Master Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 11th day of July, 2012.

/s/ Donald E. Godwin
Donald E. Godwin

1943045 v1-24010/0002 PLEADINGS