IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL NO. 2179 SECTION J |
| This Pleading applies to: | * * * | Honorable CARL J. BARBIER |
| *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* | * * * | Magistrate Judge SHUSHAN |

**BP'S MOTION TO DISMISS BP DEALER CLAIMS**

NOW INTO COURT, through undersigned counsel, come BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP"), who respectfully move to dismiss all "BP Dealer Claims," *i.e.*, "claims by or on behalf of entities marketing BP-branded fuels that they have suffered damages, including loss of business, income, and profits, as a result of the loss of value to the 'BP' brand or name." Rec. Doc. 6657, at 1. The BP Dealer Claims are not cognizable under the Oil Pollution Act of 1990, general federal maritime law, or state law and must be dismissed for failure to state a claim upon which relief can be granted.

WHEREFORE, for the reasons stated above and for the reasons more fully set forth in the attached Memorandum, the BP Dealer Claims fail to state valid claims and should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6).

-2-

| | |
|---|---|
| Dated: July 11, 2012 | Respectfully submitted, |

| | |
|---|---|
| Corey C. Watson<br>Kevin M. Askew<br>Kirkland & Ellis LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: 213-680-8400<br>Facsimile: 213-680-8500 | */s/ Don. K. Haycraft*<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>Liskow & Lewis<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139-5099<br>Telephone:  504-581-7979<br>Facsimile:  504-556-4108 |
| Christopher Landau, P.C.<br>Jeffrey Bossert Clark<br>Aditya Bamzai<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  202-879-5000<br>Facsimile:  202-879-5200 | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  312-862-2000<br>Facsimile:  312-862-2200 |
| | C. "Mike" Brock<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone:  202-662-5985<br>Facsimile:  202-662-6291 |

***Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

                                                                     */s/ Don K. Haycraft*
                                                                     Don K. Haycraft