# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * * | MDL NO. 2179<br>SECTION J |
| This Pleading applies to: | * * * | Honorable CARL J. BARBIER |
| *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* | * * * | Magistrate Judge SHUSHAN |

## BP'S MOTION TO DISMISS RECREATION CLAIMS

NOW INTO COURT, through undersigned counsel, come BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP"), who respectfully move to dismiss all "Recreation Claims," *i.e.*, "claims by or on behalf of recreational fishermen, recreational divers, beachgoers, recreational boaters, etc., that they have suffered damages that include loss of enjoyment of life from the inability to use portions of the Gulf of Mexico for recreation and amusement purposes." Rec. Doc. 6657, at 2. The Recreation Claims are not cognizable under the Oil Pollution Act of 1990, general federal maritime law, or state law and must be dismissed for failure to state a claim upon which relief can be granted.

WHEREFORE, for the reasons stated above and for the reasons more fully set forth in the attached Memorandum, the Recreation Claims fail to state valid claims and should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6).

2

Dated: July 11, 2012                                Respectfully submitted,

| | |
|---|---|
| Christopher Landau, P.C. | */s/ Don K. Haycraft* |
| Jeffrey Bossert Clark | Don K. Haycraft (Bar #14361) |
| Aditya Bamzai | R. Keith Jarrett (Bar #16984) |
| Kirkland & Ellis LLP | Liskow & Lewis |
| 655 Fifteenth Street, N.W. | 701 Poydras Street, Suite 5000 |
| Washington, D.C. 20005 | New Orleans, Louisiana 70139-5099 |
| Telephone: 202-879-5000 | Telephone: 504-581-7979 |
| Facsimile: 202-879-5200 | Facsimile: 504-556-4108 |
| | |
| C. "Mike" Brock | Richard C. Godfrey, P.C. |
| Covington & Burling LLP | J. Andrew Langan, P.C. |
| 1201 Pennsylvania Avenue, NW | Wendy L. Bloom |
| Washington, DC 20004-2401 | Kirkland & Ellis LLP |
| Telephone: 202-662-5985 | 300 North LaSalle Street |
| Facsimile: 202-662-6291 | Chicago, IL 60654 |
| | Telephone: 312-862-2000 |
| | Facsimile: 312-862-2200 |

*Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

*/s/ Don K. Haycraft*
Don K. Haycraft