IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * * | MDL NO. 2179<br>SECTION J |
| This Pleading applies to:<br><br>*MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* | * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**BP'S MOTION TO DISMISS STIGMA CLAIMS**

NOW INTO COURT, through undersigned counsel, come BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP"), who respectfully move to dismiss all "Stigma Claims," *i.e.*, "claims by or on behalf of owners, lessors, and lessees of real property that they have suffered damages resulting from the taint of their property caused by the oil spill, although no oil or other contaminant physically touched the property." Rec. Doc. 6657, at 1. The Stigma Claims are not cognizable under the Oil Pollution Act of 1990, general federal maritime law, or state law and must be dismissed for failure to state a claim upon which relief can be granted.

WHEREFORE, for the reasons stated above and for the reasons more fully set forth in the attached Memorandum, the Stigma Claims fail to state valid claims and should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: July 11, 2012                                        Respectfully submitted,

| | |
|---|---|
| Christopher Landau, P.C. | */s/ Don K. Haycraft* |
| Jeffrey Bossert Clark | Don K. Haycraft (Bar #14361) |
| Aditya Bamzai | R. Keith Jarrett (Bar #16984) |
| Kirkland & Ellis LLP | Liskow & Lewis |
| 655 Fifteenth Street, N.W. | 701 Poydras Street, Suite 5000 |
| Washington, D.C. 20005 | New Orleans, Louisiana 70139-5099 |
| Telephone: 202-879-5000 | Telephone: 504-581-7979 |
| Facsimile: 202-879-5200 | Facsimile: 504-556-4108 |
| | |
| C. "Mike" Brock | Richard C. Godfrey, P.C. |
| Covington & Burling LLP | J. Andrew Langan, P.C. |
| 1201 Pennsylvania Avenue, NW | Wendy L. Bloom |
| Washington, DC 20004-2401 | Kirkland & Ellis LLP |
| Telephone: 202-662-5985 | 300 North LaSalle Street |
| Facsimile: 202-662-6291 | Chicago, IL 60654 |
| | Telephone: 312-862-2000 |
| | Facsimile: 312-862-2200 |

*Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2012.

                                                    */s/ Don K. Haycraft*  
                                                  Don K. Haycraft