# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

IT IS ORDERED that Marine Spill Response Corporation's Motion for Leave to File (i) A Reply Memorandum in Support of its Motion for Summary Judgment on Grounds of Derivative Immunity and Preemption That Exceeds the Page Length Limitation Imposed by Local Civil Rule 7.7 And (ii) An accompanying Declaration in Further Support Of Its Motion is GRANTED.

The Clerk of the Court is directed to file the Reply Memorandum of Law and accompanying Declaration, which are attached to Marine Spill Response Corporation's Motion for Leave, into the record in the captioned case.

New Orleans, Louisiana this 11th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

810517.00025/7143437v.1