1

**UNITED STATES DISTRICT COURT**

2

**THE EASTERN DISTRICT OF LOUISIANA**

3

**AT NEW ORLEANS**

4

5

```
IN RE:  OIL SPILL BY THE OIL RIG    *   10-MD-2179-CJB-SS
```
6
```
        DEEPWATER HORIZON IN THE     *
        GULF OF MEXICO ON            *
```
7
```
        APRIL 20, 2010               *   June 22, 2012
                                     *
```
8
```
                                     *
Applies to:  All Cases              *   9:30 a.m.
```
9
```
*************************************
```

10

11

**DISCOVERY STATUS CONFERENCE**

12

**BEFORE THE HONORABLE SALLY SHUSHAN**

13

**UNITED STATES MAGISTRATE JUDGE**

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RPR, RMR, FCRR
     Official Court Reporter
     HB 406
21   500 Poydras Street
     New Orleans, Louisiana 70130
22   susan_zielie@laed.uscourts.gov
     504.589.7781
23

24   Proceedings Recorded by Computer-aided Stenography Transcription
     Software.

25

1    **APPEARANCES:**

2

3    **For the Plaintiffs:**          LEVIN PAPANTONIO THOMAS MITCHELL
                                        RAFFERTY & PROCTOR
4                                      BY:  BRIAN H. BARR, ESQ.
                                        316 SOUTH BAYLEN STREET
5                                      SUITE 600
                                        PENSACOLA FL 32502

6

7                                      WILLIAMSON & RUSNAK
                                        BY:  JIMMY WILLIAMSON, ESQ.
8                                      4310 YOAKUM BOULEVARD
                                        HOUSTON TX 77006

9

10                                     LEWIS KULLMAN STERBCOW & ABRAMSON
                                        BY:  PAUL STERBCOW, ESQ.
11                                     PAN AMERICAN LIFE BUILDING
                                        601 POYDRAS STREET
12                                     SUITE 2615
                                        NEW ORLEANS LA 70130

13

14   **For the Federal**              US DEPARTMENT OF JUSTICE
     **Government Interests:**         BY:  NAT CHAKERES, ESQ.
15                                          SCOTT CERNICH, ESQ.
                                             STEVE FLYNN, ESQ.
16                                          ABBY ANDRE, ESQ.
                                             JUDY HARVEY, ESQ.
17                                     450 GOLDEN GATE AVENUE
                                        ROOM 7-5395
18                                     SAN FRANCISCO CA 94102

19

     **For the State Interests:**     LOUISIANA:
20                                     KANNER & WHITELY, LLC
                                        BY:  DOUGLAS KRAUS, ESQ.
21                                     701 CAMP STREET
                                        NEW ORLEANS LA 70130

22                                     ALABAMA:
23                                     ATTORNEY GENERAL OF ALABAMA
                                        BY:  COREY L. MAZE, ESQ.
24                                     500 DEXTER AVENUE
                                        MONTGOMERY Al 36130

25

```
 1   APPEARANCES:

 2   For the Defendant:              FRILOT, LLC
                                     BY:  KERRY J. MILLER, ESQ.
 3                                   1100 POYDRAS STREET
                                     SUITE 3700
 4                                   NEW ORLEANS LA 70163

 5   For the Defendant:              GODWIN RONQUILLO, PC
                                     BY:  DONALD E. GODWIN, ESQ.
 6                                        JENNY L. MARTINEZ, ESQ.
                                          SEAN FLEMING, ESQ.
 7                                   1201 ELM STREET
                                     SUITE 1700
 8                                   DALLAS TX 75270

 9   For the Defendant:              GODWIN RONQUILLO, PC
                                     BY:  R. ALAN YORK, ESQ.
10                                        GWEN RICHARD, ESQ.
                                     1331 LAMAR
11                                   SUITE 1665
                                     HOUSTON TX 770101

12
     For the Defendant:              SOUTHERLAND ASBILL & BRENNAN
13                                   BY:  DAVID BAAY, ESQ.
                                     1001 FANNIN STREET
14                                   SUITE 3700
                                     HOUSTON TX 77002

15
                                     MUNGER TOLLES OLSON
16                                   BY:  GRANT DAVIS-DENNY, ESQ.
                                     355 SOUTH GRAND AVENUE
17                                   35TH FLOOR
                                     LOS ANGELES CA 90071

18
     For the Defendant:              BINGHAM MCCUTCHEN, LLP
19                                   BY:  SARAH IIAMS, ESQ.
                                     2020 K STREET NW
20                                   WASHINGTON DC 20006

21                                   ARNOLD & PORTER
                                     BY:  MATTHEW DOUGLAS, ESQ.
22                                   SUITE 4400
                                     370 SEVENTEENTH STREET
23                                   DENVER CO 80202-1370

24                                   KIRKLAND ELLIS
                                     BY:  JOSEPH EISERT, ESQ.
25                                   655 FIFTEENTH STREET
                                     WASHINGTON DC 20005-5793
```

```
 1   APPEARING TELEPHONICALLY:      ROB GASAWAY, ESQ.
                                    SARAH HIMMELHOCK, ESQ.
 2                                  RYAN BABISCH, ESQ.
                                    MIKE OCHUIZZO, ESQ.
 3                                  JED MESTAYER, ESQ.
                                    SHARON SHUTLEDGE, ESQ.
 4                                  BILL STARDLEY, ESQ.
                                    SHAWN BRENNAN, ESQ.
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**AGENDA INDEX**

**BOP & CAPPING STACK**

**PHASE ONE CLEAN-UP**
**PHASE TWO**

1.  Phase Two Stipulations                                12

2.  BP's Challenges to Deliberative                       12
     Process Privilege Claims

3.  Clawbacks Relating to Deliberative                    14
     Process Privilege Claims

4.  Schedule I (Privilege Logs Served                     15
     Before May 1) Challenges to Non-DPP Entries

5.  Schedule II (Privilege Logs Served                    15
     After May 1) Challenges to Non-DPP Entries

6.  Schedule III                                          15

7.  Rule 30(b)(6) notice for the deposition of BP         16
     8.   Scheduling depositions

**MEXICAN STATES**

1          NEW ORLEANS, LOUISIANA; FRIDAY, JUNE 22, 2012

2                            9:30 A.M.

3          THE COURT:  Good morning.

4               Have we got the telephone participants?

5               Hello.  Hey, Sarah, how you doing?

6          MS. HIMMELHOCK:  Pretty good.  How about yourself?

7          THE COURT:  Good, thank you.

8               Do we want to test the podium mike?  Let's see,

9     Corey.  How you doing, Corey?

10         MR. MAZE:  Test 1.  Doing good, Judge.

11         THE COURT:  That's much better.

12         MR. MAZE:  It's a little warm outside, though.  I'm

13    sure it's going to get better over the next three months.

14         THE COURT:  I was going to say, have you seen what's

15    been going on up north?  They're all dropping like flies.

16    Graduation ceremonies, they're passing out.

17              Corey, I've got a couple of things to put on the

18    projector.

19              Telephone participants, you cannot see what we're

20    projecting, but we'll try to narrate it for you.

21              This is out at Michoud.  And the thought was there

22    would be a barbecue during one of the visits out there last

23    week.  Lunch was delayed because Michoud and NASA required a

24    burn permit be issued before barbecuing could commence.  So what

25    you're looking at is the fire department located at NASA with

1    the fire extinguisher standing at ready.

2              So next up is a picture of the barbecue

3    participants, most especially Captain Engelbert, who looked so

4    excited to have that sausage po-boy that she's going to jump out

5    of her skin.  And I assume this was the very highest point of

6    her experience at Michoud.

7              So that's our show and tell for the day.  Thank

8    you, Corey.

9              Let's get rolling.  Rob, you are on the phone

10   today; aren't you?

11         MR. GASAWAY:  I am.  Good morning, Your Honor.

12         THE COURT:  Good morning.  How are you?

13         MR. GASAWAY:  I'm doing great.  I'm here in lovely

14   Chicago, where I think it's a lot cooler where you are down in

15   New Orleans.

16         THE COURT:  I think you're one of the three states in

17   the country that's not over 90 degrees.

18         MR. GASAWAY:  It's beautiful here.

19         THE COURT:  Thanks.

20              Okay.  Let's get a report from you on the Hi-Cad

21   laser scanning with the surfaces coated with powder.

22         MR. GASAWAY:  Okay, Your Honor.  I don't know if Joe

23   Eisert's in the room.  I think Joe may have the latest.  I think

24   all is going well.

25              Joe, are you there?

1         THE COURT:  Joe is at the podium.

2         MR. EISERT:  Yes, I am.

3              Good morning, Your Honor, Joe Eisert for BP.

4              That laser scanning is going well.  Bottom line is

5    that BP's current project to collect more data at Michoud is

6    proceeding well.  They did the profilometer work on Monday and

7    Tuesday, and we expect to be producing that data to the MDL here

8    shortly.

9              You already saw the information there on the

10   barbecue, which I understand was not just Monday but Tuesday as

11   well.

12             THE COURT:  Did they have to get a second permit?

13             MR. EISERT:  No.  They had the same permit, and just

14   left everything there.  So things worked out for everyone.

15             As for the talcum powder that's being used by the

16   high test scan, that is work is proceeding.  That work started

17   yesterday and is continuing today and is going to go into next

18   Monday.

19             As far as additional updates, plans are on track

20   to open the BOP next week.  Captain Engelbert has reached out to

21   all the parties that want to be there and want to go ahead and

22   look inside.  BP's going to have a photographer there to take

23   photos of the various items, as well as give the interior views.

24   And, given Captain Engelbert's request, we expect to get some of

25   those documents to the parties to go ahead and supplement some

1    of the photos that have been previously produced.

2              On top that, at her request, the photographer is

3    also going to go in and take photos of various preservation

4    efforts, and she has those as well.

5              As far as remaining BOP work, BP does have plans

6    to produce more scanning in July.  We're still figuring out what

7    that's going to be; it's going to be a variety of different

8    components, different portions of the BOP.  We're still going to

9    work that through.  We're going to coordinate that with her

10   schedule, and we're in the process of doing that.  But I just we

11   wanted to give the Court and the parties a heads-up on that

12   point.

13             The last thing regarding the BOP would just be the

14   NASA lease.  Which is that, we are still waiting on NASA to give

15   a written proposal to extend the current lease.  They have said

16   we can go ahead and have the space for one more year at the

17   current price.  But, again, we're just waiting for the paperwork

18   on that.

19             THE COURT:  Good.

20             Why don't you extend the burn permit for a year?

21             MR. EISERT:  Well, we could do that.  I don't know if

22   we can do that bureaucratically, but we'll go ahead and check

23   that out.

24             THE COURT:  Make it a part of your lease.

25             MR. EISERT:  Absolutely.

 1              THE COURT:  Make it an addenda to the lease.

 2                   Okay.  As far as the further scanning goes, are

 3    you all working on a protocol?

 4              MR. EISERT:  We are.  And, again, we are just having to

 5    work out what the details of that are going to be and the scope

 6    of that, and mesh it with her schedule.

 7              THE COURT:  Good, good good.  Thank you very much.

 8                   Any comments by anyone else on the BOP issues?

 9                   (No response.)

10              THE COURT:  All right.  That makes it easy.

11                   Let's see.  We got a report from Captain

12    Engelbert, that progress is really being made on the Halliburton

13    modeling.

14                   Anything further than that to report, Don?

15              MR. GODWIN:  Don Godwin for Halliburton.

16                   BP has raised a couple of issues, Your Honor,

17    regarding the work that was done by Halliburton, specifically

18    Mark Savory.  And we've got a call with them and I believe

19    Captain Engelbert at 11:30 this morning.  And Bruce Browman will

20    go ahead and do that if I'm not out of here.

21                   I think, other than those few questions, which we

22    state we can resolve, I think we're in good shape.  And we

23    believe we've complied with Your Honor's request as to what we

24    do, we believe that Captain Engelbert has been satisfied thus

25    far with all we've done.  And, if we need to do any more to try

1    to comply with your requests, we'll certainly do that.

2              THE COURT:  Thank you, Don.

3              May I assume that you are not going to go out on

4    the 26th and stick your head in the well bore?

5              MR. GODWIN:  I probably won't be there, Judge.

6              THE COURT:  That's what I figured.

7              MR. GODWIN:  Somebody will be there.

8              THE COURT:  But Joe will be.

9              MR. GODWIN:  But it likely won't be me.

10             The barbecue looked good, though.

11             THE COURT:  It did; didn't it?

12             MR. GODWIN:  I'm actually glad to see Captain Engelbert

13   there.  I had not met her before, and now I could place a face

14   with the name.

15             THE COURT:  She's lovely.  You know, I went to her

16   retirement ceremony.  Don't you remember?

17             MR. GODWIN:  I do, yes.

18             THE COURT:  And it was quite interesting.  I had never

19   been to a military ceremony, of any kind.  And, boy, talk about

20   pomp and circumstance.

21             MR. GODWIN:  I'll tell you -- and I appreciate that --

22   but your assigning her the task of dealing with us and the lease

23   with the BP I think has allowed it to go as smoothly as it has.

24   She's a real professional and did a great job.

25             THE COURT:  I agree with you, and she was quite a find.

```
 1    We were very lucky to have stumbled across her.  And, on top of

 2    it, she's a really lovely person.

 3                  Okay.  So, let's see.  We'll get to stipulations

 4    after the meeting.  We'll have a brief meeting after this

 5    conference to talk about the remaining Phase Two stipulations,

 6    the large set.

 7                  Let's get an update on the status of the US and BP

 8    scheduling the remaining steps for the deliberative process

 9    privilege.  Anything we need to report on, we'll hear from you

10    on Tuesday, Scott.

11              MR. CERNICH:  Your Honor, I'll defer to Sarah on that.

12              THE COURT:  Sarah, you're on.  Should we wait for

13    Tuesday to talk about that?

14              MS. HIMMELHOCK:  I don't think there are any scheduling

15    issues remaining.  We'll have wrapped up, we expect, barring

16    hurricane, forest fires, cyber attack or some other unexpected

17    event.  Although, those, I guess, are beginning to be expected

18    in this.

19              THE COURT:  I was going to say, I think you've

20    experienced all of of those.  Haven't you?

21              MS. HIMMELHOCK:  Yes, we have.

22                  But, barring those, we expect to complete our

23    re-review and release of documents we're releasing and a new

24    privilege log list for the July 2nd date pursuant to your order.

25                  We will include in that the list of phase BP
```

1    claims that we continue to assert.

2                    Our understanding is that we will then -- you will

3    then, the Court will then go through and pick in some random, if

4    not scientifically random, otherwise random, method of picking

5    some to test to make sure that we have appropriately

6    extrapolated all the various principles that we've agreed on or

7    that you've ruled on.

8                    And then, once you've given us that random

9    sampling, I think it will us take less than 48 hours to get you

10   those documents for in-camera review.  And, obviously, we don't

11   seek to impose a schedule on you as to when you will rule on

12   those.

13                    We've asked for 20 days after your ruling to

14   implement your ruling.  BP had suggested I think seven days.  I

15   think you can just decide between our two proposals, and we'll

16   go from there.

17              THE COURT:  Okay.  Good.  Thank you, thank you.

18              Okay.  I don't think we have any update on the

19   clawback issue.  We'll work our way through that.

20         MR. GASAWAY:  Your Honor, this is Rob Gasaway.  Could I

21   break in here for just a sec on these issues?

22              THE COURT:  Sure, Rob.

23         MR. GASAWAY:  Let me hit three things at once, if I

24   may, Your Honor.

25                    First of all, going back to the Halliburton

 1   displaced 3D modeling, we agree that the process has now come to

 2   somewhat of a culmination.  I did just want to put on the record

 3   briefly for the Court and for Don -- and I'm sorry that I

 4   couldn't be there to take him aside -- but we do see certain

 5   issues and discrepancies between what we're seeing in the output

 6   and what we saw in the original modeling.  Obviously, that's

 7   something that we need to take up with Halliburton and Captain

 8   Engelbert and others in the first instance.  But we did just

 9   want to put that down on the record as kind of where we are and

10   what we're looking at going forward.

11              We'll try to reach out from our team to Don's team

12   on that very quickly.

13              On the deliberative process, we agree with what

14   Sarah just said in terms of where we are in the process.  And so

15   I think that, as Sarah said, you can just go forward.

16              And, on the clawback issue, I did want to say that

17   Sarah has formally sent out a letter I believe it was yesterday

18   asserting the clawback.

19              And, as we look at that, our preliminary reaction,

20   Sarah, is that you know that is an order, given the Court's

21   ruling, as to the privilege.

22              So, for present purposes, you can assume that the

23   United States and BP are on the same page as regard that

24   clawback.

25              THE COURT:  Right.  Thanks, Rob.  I appreciate that.

1          MR. GASAWAY:  Okay.  Sorry to interrupt, Your Honor.

2          THE COURT:  No, no.  No interruption.  That's why

3     you're participating.  So you would either be standing at the

4     podium or you'd be on the phone, either way.

5          MR. GASAWAY:  Thank you.

6          THE COURT:  You're welcome.

7               Okay, let's see.  Schedule I challenges to non-DPP

8     entries.  We show a deadline of Tuesday, June 26th for BP and

9     the United States to respond to the briefing that's already been

10    done.

11              The late Kerry Miller has just entered the room.

12         MR. MILLER:  I came for the business part of the

13    meeting.

14         THE COURT:  Did you?  Good.  You let me know when we

15    get there; okay, Kerry?

16              Schedule II, non-DPP challenges.  We're going to

17    get challenges today from BP and the United States.  And, on

18    Monday, we will get all other challenges from all other parties.

19              Schedule III, today is the deadline for service of

20    privilege logs and production of documents, except for what

21    we've accepted for the US and for all parties' quality control

22    issues.

23              Schedule III applies to privilege logs served by

24    the United States and BP through June 22nd, and privilege logs

25    served by all other MDL parties filed by today as well.

1           The 29th is the deadline for BP and the United

2    States to serve any challenges to entries related to Phase II

3    issues on the Schedule III privilege logs.  And I would hope

4    that's all crystal clear.

5           Let's talk about the BP 30(b)(6) deposition

6    issues.  How are we coming between BP and the United States on

7    topics 5 and 9?

8           Good morning.

9        MR. CHAKERES:  Good morning, Your Honor.  Nat Chakeres

10   for the United States.

11          I'm going to let Robert for BP speak on their

12   behalf.

13          I think, on topic 9, we are agreed.

14          On topic 5, I think we may be.  We sent a letter a

15   couple days ago to BP saying we think we're okay with the

16   language, we just wanted a couple of clarifications.  And it

17   took us a little while to get back to them on their proposal.  I

18   understand they're probably still looking at our propose.  But

19   we may be there.

20          We're definitely there on topic 9.

21       THE COURT:  Great.

22          Rob, anything to add to that report?

23       MR. GASAWAY:  Your Honor and Nat, I agree that we're

24   there on topic 9.  And I do think we're very close on topic 5.

25          And, you know, I think, Nat, probably you and I

1    should talk immediately after this.

2              But, Your Honor, I think that the bottom line is

3    we're very close.  And I can say this, is one of the

4    break-throughs was that we started listing some of the specific

5    sampling efforts that had been undertaken by BP for fluids after

6    the colloquy at the podium a couple weeks ago.  And the parties

7    sort of went through the documents, tried to list those

8    comprehensively, and the United States asked if at this point we

9    could in good faith say that those were all the ones that we had

10   seen, that we know about, obviously.  There may be something we

11   hadn't.

12             And, Nat, just to let you know, is right now we

13   have done that.  We think we can make that representation that

14   in good faith the ones that are listed in the draft are the only

15   ones we know about.

16             So, with that, Nat, Your Honor, I think there's

17   just a couple of wording tweaks that Nat and I am hopeful we

18   will be able to work out quickly.

19             THE COURT:  Good.  Thank you.  All right, gentlemen,

20   that's encouraging.

21             Next up, let's talk about how BP and the PSC are

22   coming on topics 1 through 3, 11 and 13, which we've been

23   calling the cost topics.

24             MR. BARR:  Your Honor, Brian Barr.  You appear to be

25   making fun of my haircut.

1           UNIDENTIFIED PERSON:  Somebody needs to.

2           MR. MILLER:  He got a good deal on it, though.

3           MR. BARR:  Jimmy and I got a two-for-one.

4           THE COURT:  Two-for-one, look at that.  It looks pretty

5     good.  I like it.  It's your summer-do.

6           MR. BARR:  I needed to lose some weight.  It makes me

7     look a little slimmer.

8           THE COURT:  So how you coming on that?

9           MR. BARR:  I have sent my red lines over to BP.  I got

10    them over to them yesterday.

11               They weren't significant.  They pretty much

12    tracked the language in the topic.  They added some language

13    that was not included, that was in the 30(b)(6) topics, and

14    wasn't the interrogatory.  So it shouldn't be controversial, but

15    I haven't heard back.

16          THE COURT:  So you don't think they did a terrible job

17    at writing your interrogatories for you?

18          MR. BARR:  I didn't have horrendous objections.

19          THE COURT:  Okay.  Thank you, Brian.

20               Anything to report on the request for admissions?

21    Have those been floated, Brian?

22          MR. BARR:  Those were served yesterday.

23          THE COURT:  Good.

24               Were they modest?

25          MR. BARR:  I thought so.  There were 15 of them.

 1          THE COURT:  He thought so, okay.

 2              And then let's hear from Alan on topic No. 23.

 3              How you coming on that, Alan?  Good morning.

 4          MR. YORK:  Good morning, Your Honor.  Alan York for

 5   Halliburton.

 6              Good progress is being made.  And, if we need to

 7   get the Court involved, we will.  But we think we're making good

 8   progress.

 9          THE COURT:  I like that.  Thank you.

10              All right.  Let's talk about where we stand on

11   depositions.  Let's see.

12          MR. GASAWAY:  Your Honor, this is Rob again.  Not to

13   break in, but can I just make a couple comments back on the

14   30(b)(6) issues?

15          THE COURT:  Sure.

16          MR. GASAWAY:  And this goes to Brian's RFAs and the

17   interrogatory.

18              I do think that we are going to want to go another

19   round with Brian in terms of the wording in the interrogatory.

20   Just as we had mentioned earlier at one of the conferences, what

21   we're trying to do is it kind of line up the interrogatory to

22   the language that our financial people would understand and be

23   as precise as possible.  So I think this is a little bit down in

24   the weeds in detail, but probably what we'll do is be able to

25   get a letter over to Brian early next week that kind of further

 1   explains where we are on that.

 2              And then, in terms of the RFAs, we'd also like to

 3   talk a little bit about the process, how they fit in with the

 4   interrogatory, how they fit in with other discovery.

 5              But, again, we just got those yesterday, and I

 6   think that's best if we take that up with Brian in the first

 7   instance early next week.

 8              So I just wanted to mention that for Brian and for

 9   the Court again, because I'm not there in the room in New

10   Orleans.

11         MR. BARR:  Your Honor, Brian Barr for the PSC.

12              That sounds fine with me so long as, the

13   interrogatories, we're holding to the August 1 response date for

14   getting them answered.

15         THE COURT:  Okay.  Good enough.

16              All right.  So deposition scheduling.

17              Mike and I have looked at a couple of the 30(b)(6)

18   notices, and we're going to have to tackle the issue of time

19   allocation, sequencing of topics, et cetera.  And we're having a

20   difficult time because we don't really know the breadth of the

21   information that any particular designee has with regard to any

22   particular topic.  So what I'm going to ask you guys to do is,

23   as you all move through this, the party whose deposition is

24   being taken should consult with the responsible parties and see

25   if you all can agree on sequencing of the witnesses and how much

1    time you think the witnesses will take on each topic, so we can

2    start grappling with those issues and see if we can work it out

3    that way.

4               What we can't work out, then obviously we'll talk

5    about and see if we can't agree to it.  But Mike and I really

6    are not in a position to figure it out.  And I think you all are

7    in a better position.  So I just wanted to get you all thinking

8    on that.

9               And obviously that all also is controlled by each

10   of the witness's schedule.  So a lot of variables going on

11   there.

12              So let's go through.

13              We've got the Anadarko issue.  The PSC has

14   deferred to the United States.  Thank you, gentlemen.

15              And then we have the issue of the United States

16   not wanting to accept certifications that Anadarko doesn't have

17   information on certain topics.

18              It seems to me that we've worked our way through

19   this previously.  It would be more than a certification.  What

20   I'm thinking of is Anadarko will have an affidavit that will

21   tell the parties what efforts its undertaken to look for people

22   and information on a particular topic, certify that they've

23   exhausted their review and then certify that they don't have

24   information on a topic.  That seems to me to be a lot more

25   efficient way to handle the issue then taking depositions.  But

 1    anybody for the United States want to comment on that?

 2             MR. O'KEEFE:  Excuse me, Your Honor.  Tony Fitch is not

 3    on the phone.  He's in a deposition in Chicago.  And he asked if

 4    we were going to have oral argument on this this morning, and we

 5    represented to him that we wouldn't.  So I don't know --

 6             THE COURT:  Oh, we're not.

 7             MR. O'KEEFE:  -- if there's anybody from Anadarko on

 8    the phone.

 9             THE COURT:  We'll let Scott talk.

10             MR. CERNICH:  Scott Cernich for the United States.

11             My colleague, Judy Harvey -- actually, this is not

12    Judy.  This is counsel for Anadarko.  And then Judy's here.

13             THE COURT:  Come on up.

14             MS. HARDY:  Your Honor, Judy Hardy for the United

15    States.

16             As we set out in our letter, we do not think that

17    the certifications would be sufficient.  Anadarko's already

18    agreed to put up a number of witnesses on other topics, some of

19    which are related.  And to, you know, have them, even if they

20    have very limited information on the other topics, we don't

21    think it would be that much additional burden to prepare

22    somebody on these topics.

23             And we are, as we've learned somewhat in the Phase

24    One deposition, Anadarko did have a number of people assigned to

25    work on the responses who may have probative information.  So

 1    it's our position that they be -- that Anadarko put somebody up

 2    on those topics.

 3                 THE COURT:  Okay, thank you.

 4                 Good morning.

 5         MS. IIAMES:  Good morning, Judge.  I am Sarah Iiams,

 6    and I'm here for Anadarko.

 7                 As Mr. O'Keefe indicated, Tony Fitch can't be here

 8    today, and it is his understanding that we weren't going to have

 9    argument on it or he would have been here.  I know that he has

10    set forth --

11                 THE COURT:  But you speak a lot more distinctly than he

12    does.  So, if we're going to have argument, I'd prefer you.

13         MS. IIAMS:  Well, Judge, I believe that Mr. Fitch has

14    set forth in his letter brief to the Court what our position is.

15    I know that he again did not believe there would be argument

16    today.  To the extent Your Honor would like to hear further, he

17    said that he would make himself available next week for a

18    telephone conference if you had any other questions.

19                 THE COURT:  I think what I'd like to do, guys, is go

20    ahead and get the affidavits that set forth the inquiry that

21    Anadarko has made, and let's look at that.  And, if indeed you

22    all find problems with them, you can bring it back to me.  But

23    let's see if that's sufficient.

24                 You know, they will be putting up designees for

25    those topics that they have information concerning, and that

```
 1    should be a good running start.  Okay?

 2              MS. IIAMS:  Thank you, Your Honor.

 3              MS. HARDY:  This is Judy Hardy again for the United

 4    States.

 5                 There are some topics that Anadarko does say they

 6    have information on but has already had somebody deposed on that

 7    in Phase One.  And so, for those topics, we would still seek.

 8              THE COURT:  Okay.  Let's talk to Tony about that.  I do

 9    remember that there were new documents produced since those

10    depositions.  And so we'll talk to Tony about that when he's

11    available again; okay?

12              MR. CERNICH:  Your Honor, Scott Cernich.

13                 I'll note that that was 120,000 documents.

14              THE COURT:  120,000.  And you sound like Sarah this

15    morning.

16              MR. CERNICH:  I try to avoid getting into those sorts

17    of numbers at all costs.

18              THE COURT:  I said some documents.  I do stand

19    corrected.  120,000 documents.

20                 Sarah, how many documents has the United States

21    produced at this point?

22              MS. HIMMELHOCK:  Up-to-date, it's 15.8 million.

23              THE COURT:  See, I knew she'd know.

24              MR. MILLER:  Almost as high as the national debt.

25              THE COURT:  Exactly.
```

1              All right.  So we'll wait to hear from Tony on the

2     other topics.  But, on those witnesses that have been

3     identified, I'd like to go ahead and start getting dates for

4     them, and talking to each other about timing, sequencing, how

5     long you need, et cetera.  Okay?

6              Next up, we've got the BP Institute location in

7     the United Kingdom.  I'm going to probably have to go over and

8     make sure that that goes smoothly.

9              Who wants to report on that?  Nat, are you going

10    for this?

11             MR. CHAKERES:  Your Honor, Nat Chakeres for the United

12    States.

13             I don't believe I can't pull rank off on that one.

14             THE COURT:  So who is pulling?

15             MR. CHAKERES:  Someone who has higher rank than me.

16             THE COURT:  I do want a report from that.  Who on the

17    United States is going over for the deposition?

18             MR. GODWIN:  Probably Mike.  Probably Mike.

19             THE COURT:  Mr. Underhill.  Okay.

20             And do we have dates on that, gentlemen and

21    ladies?

22             MR. CHAKERES:  Your Honor, to the best of my knowledge,

23    we do not have dates on that.  As we reported last week, we do

24    have BP Institute's documents.  We're discussing the cost

25    allocation issues right now with them, and we will report on the

 1    dates.

 2              THE COURT:  Great.  Perfect.

 3                   How are we coming on getting dates lined up for

 4    the BP deposition?  Have we started working on that?  Rob?

 5              MR. GASAWAY:  Your Honor, this is Rob Gasaway.  We've

 6    been working internally on that, but we don't yet have anything

 7    to report today.

 8              THE COURT:  Okay.  Thank you.

 9                   What about with Cameron, we're looking to see if

10    we've got designees and dates there.

11              MR. CERNICH:  Your Honor, Scott Cernich for the United

12    States, and Mr. Ganuchean.

13              MR. GANUCHEAN:  Tom Ganuchean for Cameron.

14              MR. CERNICH:  We had a good call this week.  You

15    probably saw Mr. Jones' email.

16              THE COURT:  I did.

17              MR. CERNICH:  United States unfortunately wasn't party

18    to that conversation that resulted in that email.  There were

19    some topics we needed to discuss with Cameron, and we did

20    quickly on the phone this week.  Made some progress, I think, in

21    that regard.

22                   Cameron's considering our position on those, and

23    we should be able to report something back to you in the next

24    week or two.

25              MR. GANUCHEAN:  Thank you, Your Honor.

1              THE COURT:  Perfect.  Thank you.

2              MR. GANUCHEAN:  Thank you.

3              THE COURT:  All right.  We talked about Cudwell Control

4    and getting an affidavit from them.

5                     Anything on that, Jimmy?

6              MR. WILLIAMSON:  Yes, Your Honor.  Jimmy Williamson for

7    the PSC.

8                     Cudwell has agreed to provide the affidavit.  I

9    believe the Court's recitation of the order last week is

10   correct.

11                    And Ms. Smith has provided dates for the Wild Well

12   issue.  She's checking with her clients right now.  So, at our

13   next meeting, I should be able to give you dates in late August

14   that will be acceptable for Wild Well.

15             THE COURT:  Terrific.  Thank you.

16                    Okay.  Next up is DNV.  We were working on August

17   dates for that deposition.  Anything on that, BP?

18             MR. GASAWAY:  Good morning, Your Honor, Rob Gasaway for

19   BP.

20                    Yes.  We are looking at early August for DNV,

21   likely August 1 or 2.  So we'd like folks to block out those

22   dates on their schedule.

23                    I think DNV is taking the position that the

24   current draft of the 30(b)(6) notice that has been circulated to

25   the parties may need to be tweaked.  My understanding is that

1    they think that some of the topics are overly-broad and could be

2    narrowed in light of the scope of the work that they performed

3    relative to Phase Two issues, as opposed to say Phase One

4    issues.  But the good news is that counsel Mark Cohen and DNV

5    sort of know the MDL 30(b)(6) drill, and they think they can be

6    ready in early August, and specifically August 1 and 2.

7              We will be working to finalize the topics with

8    them, and certainly we'll include all of the parties on those

9    negotiations.  So they're informed as to what the final scope of

10   that notice is.

11             THE COURT:  Good.  Thank you.

12             All right.  Let's hear if the PSC has anything to

13   report with regard to Exxon/Mobil.

14        MR. BARR:  Brian Barr for the PSC.

15             Exxon/Mobil, I believe we all agreed and an order

16   was entered staying that one.  So we haven't reached out to

17   that, because nobody's indicated a desire to raise that at this

18   point.

19             THE COURT:  I guess what we should do is put that back

20   on everybody's list to tell us whether they want that deposition

21   or not.  It has been stayed.  If it's off the radar, let's take

22   it off.  If it's on the radar, let's talk about what we need to

23   do to vacate the stay and move forward.

24        MR. BARR:  I would suggest that by -- we're not having

25   a conference this coming Friday --

 1                THE COURT:  Nobody thanked me for that, either.  I

 2    mean, please, people.

 3                MR. BARR:  We all appreciate it.

 4                MR. WILLIAMSON:  Thank you for July 6th.

 5                MR. BARR:  Thank you for both.  Yeah, I forgot about

 6    that one, too.

 7                    So, do we want to set a date for the parties,

 8    everybody, to do --

 9                THE COURT:  Let's put it down for -- we come back on --

10    what's the next date?

11                MR. MAZE:  13th.

12                THE COURT:  13th.  Why don't you all report to me by

13    the 12th as to anyone wanting to put Exxon/Mobil back on the

14    agenda.  If not, let's just cut them lose.

15                MR. BARR:  Okay.

16                MR. WILLIAMSON:  May I ask the Court some questions?

17                    Number one, Mr. Gasaway just referred to DNV for

18    August 1st.

19                THE COURT:  Mr. Gasaway can't hear you.  Which is

20    probably good.

21                MR. WILLIAMSON:  Are we to assume that DNV is August

22    1st and 2nd?

23                THE COURT:  I don't know.

24                MR. WILLIAMSON:  Me either.  That was my question.

25                THE COURT:  And I don't know.  I haven't looked at the

1    notice yet.  And I don't think there's been a meet-and-confer,

2    as I suggested today, to talk to the deponent and find out how

3    long they think it's going to be.  I just, I can't comment.

4         MR. WILLIAMSON:  Fair enough.

5              And the second thing, to the extent we had some

6    issue that was due by July 6th, I assume from the Court's

7    comments today, we can bring those issues up on the 13th?

8         THE COURT:  Yeah.  That sounds right.  If there's

9    something that we set for the 6th that you want to raise on the

10   13th, maybe if you could get it to me on the 11th or 12th so

11   I'll be up to snuff with you.

12        MR. WILLIAMSON:  Sure.

13        THE COURT:  But, otherwise, yeah, we'll go ahead and

14   extend.

15        MR. WILLIAMSON:  Thank you, Your Honor.

16        THE COURT:  You're welcome.

17             All right.  So, Halliburton -- is that why you've

18   been looking at me, Alan?

19        MR. YORK:  I just think you're lovely, Judge.

20        THE COURT:  Good morning, Alan.

21        MR. YORK:  Good morning, Your Honor.  Alan York for

22   Halliburton.

23             I think the comments you made in terms of

24   conferring with the responsible party resonate with -- we've

25   provided some potential dates, but we may want to confer with

1    Brian and see sequencing, how we want to do that and come back

2    to the Court on that.

3              The one issue that I did want to raise, and I

4    think we've referenced this before.  We have one 30(b)(6)

5    designee, Ward Gilliot, who was a late addition to our 30(b)(6)

6    list.  We have produced all of our Phase Two documents, our

7    privilege logs.  However, we had some difficulties with the

8    upload of his custodial file.  We expect that custodial file

9    will be produced next week, and the privilege log we'd expect to

10   be very narrow if any to follow shortly thereafter.  So I just

11   wanted to alert the Court and counsel that that one will be

12   coming.

13             THE COURT:  All right.  Maybe we can give a real push

14   in the coming week to doing those meet-and-confers relative to

15   sequencing in time so we can start picking dates subject to the

16   witness's availability.

17             MR. YORK:  And we do have our witnesses and our

18   available dates, so that shouldn't be a problem when we first

19   get together with Brian.

20             THE COURT:  Good.  Because Corey is just bored to death

21   at these meetings.

22             MR. MAZE:  I brought two pens to this meeting because I

23   thought I was going to use it.

24             THE COURT:  Me, too.  And we've got DNV, but that's all

25   we've got so far.

 1          Next up.  Intertech Group.  That's a United

 2   States' report.  Anything to report as far as those depos?

 3          MS. ANDRE:  Morning, Judge.  Abbey Andre for the United

 4   States.

 5          We have been speaking with Intertech.  We don't

 6   have dates yet.  But they should be getting back to us within

 7   the week about when they are going to be producing their

 8   documents.  We expect it to be a pretty straightforward affair.

 9          THE COURT:  Good.  That, we like.  Thank you.

10          Maybe you don't want to go anywhere.  The US is

11   back up for Oceaneering.

12          Tag team, huh?

13          MR. CERNICH:  Scott Cernich for the United States.

14          One of my colleagues, Mr. Maroney, has been

15   dealing with that one.  They've been very helpful.  We're

16   working on the document production issues.  Those are making

17   progress.  We don't have dates yet but hope to have those in the

18   next couple of weeks.

19          THE COURT:  Okay.  How about PENCOR, while I've got you

20   up?

21          MR. CERNICH:  No dates yet, Your Honor.

22          THE COURT:  Okay, thanks.

23          Let's see.  Mr. Baay, do you have anything on RRB?

24          MR. BAAY:  Don't have any dates on RRB.  I will know

25   they've been talking to BP and trying to coordinate and check

1    that out.  But I'll check with them next week.

2                THE COURT:  Okay.  Good.

3                    Let's see.  We've got PSC and Slumberger.

4                    Jimmy looks stunned.

5                MR. WILLIAMSON:  I did get out Slumberger.  But I

6    thought Scott was taking that over.

7                MR. CERNICH:  Your Honor, in coordination with Mr. Maze

8    for Alabama, we have been speaking with Slumberger.  Again,

9    we've made very good progress I think on narrowing document

10   production, narrowing issues.  We've been speaking with Ms.

11   Scofield, who is here today.  And we hope to bring that to

12   completion in the next couple of weeks.

13               THE COURT:  Good.  All right.  Thank you.

14                   Okay.  We've got Statoil scheduled for October 4.

15                   Did you know that, Corey?

16               MR. MAZE:  I did not know that.

17               THE COURT:  Yeah.

18               MR. MAZE:  Do we have October?

19               THE COURT:  We should.

20               MR. MAZE:  Okay, we do.

21                   Statoil.

22               THE COURT:  Yeah, Statoil.

23                   And do we know whether that's going to be here?

24   Somebody from BP can comment on that?

25               MR. GASAWAY:  Your Honor, this is Rob Gasaway.

1              I think that the assumption has been that that

2    would be here in the United States.  I think we've tried to

3    encourage that as the presumptive location.  Obviously, Statoil

4    is located in Norway.  So let me take that under advisement and

5    just clarify that and get back to you on the location.

6              Unlike the BP Institute where there was a specific

7    request that I knew about for the UK, I do not know about a

8    specific request that that be held in Norway.  But let me take

9    that under advisement.

10         THE COURT:  Nat would like to go to Norway, so let him

11   know whether that request is specific or not, please.

12         MR. CHAKERES:  Your Honor, Nat Chakeres for the United

13   States.  I would not like to go to Norway in October.

14              Our previous -- we'd reached out to Statoil.  They

15   had done work on a pro bono basis for the United States.  And

16   our understanding is that they will be coming to the United

17   States, coming to New Orleans.

18         THE COURT:  Okay, good.

19              So let's put them down for October 4, please.

20              We got it down.  Thanks, Corey.

21              Okay.  How are we coming on scheduling Transocean?

22         MR. BAAY:  David Baay, Transocean.

23              We haven't been in touch with anyone to discuss

24   dates.  We had some reps in mind but haven't nailed down any

25   dates.

1          THE COURT:  Okay.  You're going to do that this week?

2          MR. BAAY:  I will.

3          THE COURT:  Okay, let's get a report from BP and the

4  United States as to getting going on the designees for the

5  United States.

6          MR. CERNICH:  Your Honor, Scott Cernich for the United

7  States.

8              We're prepared with witnesses and dates, as we

9  were back in April.  But I'll have to say that we believe that

10  this process should be reciprocal.  We were ready then, BP was

11  not ready then.  It sounds like BP is not ready again today.

12  And so we'd prefer to do that concurrently.

13          THE COURT:  Witness-for-witness?

14          MR. CERNICH:  That's fine with us, Your Honor.

15          THE COURT:  All right.  We'll defer that.

16              You do have some dates in mind for your designees?

17          MR. CERNICH:  Yes.  Yes, Your Honor.

18          THE COURT:  Good.  Okay.

19              You paying attention, Rob?

20          MR. GASAWAY:  I am paying attention, Your Honor.  And

21  it sounds like we should expect that to be on the agenda for

22  July 13th, from what I'm hearing from Scott.

23          THE COURT:  That's right.

24          MR. GASAWAY:  Very good, Your Honor.

25          THE COURT:  Okay.  Let's talk about Weatherford and

 1    Isotech, which I believe will be probably taken together.  Where

 2    do we stand on that?

 3              MS. ANDRE:  Abbey Andre for the United States again.

 4              They are supposed to be producing their documents

 5    in the next ten days or so, and we will be discussing dates

 6    after that.

 7              THE COURT:  Okay.  Thank you.

 8              Rob, anything to report with regard to the Woods

 9    Hole scheduling?  I know we still have to work through

10    objections, but have they given you any dates that they thought

11    would be good?

12              MR. GASAWAY:  Yes, Your Honor.  I think that we're

13    still on August 28th and 29th for the perspective dates as we

14    work through the scope of that.

15              THE COURT:  Good.  Okay.  We'll put them down for those

16    dates.

17              MR. MAZE:  I didn't hear.

18              THE COURT:  Woods Hole.

19              Okay.  And next up is World Wide Oil Field

20    Machine.  Who knows about that?

21              MS. ANDRE:  I do.

22              THE COURT:  We're going to have to get you a chair

23    closer to the podium.

24              MS. ANDRE:  That's right.

25              Abbey Andre for the United States again.

1           We have been in negotiations with them about

2   producing a pretty narrow range of documents.  They should be

3   doing it over the next couple of weeks.  And, at that point,

4   we're going to talk to them about whether or not a deposition is

5   necessary.

6           THE COURT:  Great.  Okay.

7           And, on the others where you do know that the

8   deposition is necessary, why don't you start talking dates with

9   them as you're working through the other issues?

10          MS. ANDRE:  Will do, Judge.  Thank you.

11          THE COURT:  All right.

12          Okay.  I think that brings us through my set

13  agenda.  Who has anything else they'd like to talk about today?

14  Anything else on your minds?

15          Nat?

16          MR. CHAKERES:  Your Honor, one third party 30(b)(6)

17  that we didn't hear just now is Ad Energy.

18          THE COURT:  How did I miss that?

19          MR. CHAKERES:  And they have indicated that the first

20  week of October is when they'd like to go.

21          THE COURT:  Look at that, first one on my list is Ad

22  Energy.

23          MR. CHAKERES:  And so there's a date.  Probably makes

24  sense that it's not on the same date as Statoil.

25          THE COURT:  Right.

 1              Do you want it to go for that Tuesday, Wednesday,

 2   not knowing how long the depo will be?

 3              MR. CHAKERES:  It's actually been ordered to be a

 4   one-day depo.

 5              THE COURT:  That's right.

 6              So how about that Tuesday?

 7              MR. CHAKERES:  Let's pencil it in.

 8              THE COURT:  The 2nd.

 9              And, if that's okay with them, we will go ahead

10   and confirm with them.

11              But, Ad Energy, we'll go ahead and put down for

12   Tuesday the 2nd.

13              All right.  Thank you.

14              So, anything else?

15              MR. CERNICH:  Your Honor, Scott Cernich for the United

16   States.

17              Is that July 13th date for providing witnesses and

18   dates for the United States and BP, that is that a firm

19   deadline?

20              THE COURT:  I would like to get a really good running

21   start that day, yes.  I mean, we may not be able to fill it all

22   in.  But, yes, I'd like to get a good bunch of them listed and

23   on the calender.

24              MR. CERNICH:  We're prepared to fill it all in.

25              THE COURT:  I figured that.

1          MR. CERNICH:  And we've been prepared for quite awhile

2    now, and have had to go back to our witnesses and re-discuss

3    dates.  Thank you.

4          THE COURT:  Okay.  Terrific.  Thank you.

5              All right.  Anybody on the phone have anything you

6    all want to raise?  Because it looks to me like the courtroom

7    people are ready to roll.

8              (No response.)

9          THE COURT:  That makes it easy.

10             Why don't we take a five or so minute break, and

11   we'll come back and look at Phase Two stipulations again.

12         MS. HIMMELHOCK:  Thank you, Your Honor.

13         THE COURT:  Thanks, guys.

14         MR. GASAWAY:  Thank you, Your Honor.

15             (10:17 a.m., proceedings concluded.)

16

17                          CERTIFICATE

18

19

20         I, Susan A. Zielie, Official Court Reporter, do hereby
     certify that the foregoing transcript is correct.

21

22

23                              /S/ SUSAN A. ZIELIE, FCRR
                              _____
24                                Susan A. Zielie, FCRR

25

## /

/S [1] - 39:22

## 1

1 [8] - 5:4, 5:9, 5:10, 6:10, 17:22, 20:13, 27:21, 28:6
10-MD-2179-CJB-SS [1] - 1:5
1001 [1] - 3:13
10:17 [1] - 39:15
11 [1] - 17:22
1100 [1] - 3:3
11:30 [1] - 10:19
11th [1] - 30:10
12 [2] - 5:4, 5:5
120,000 [3] - 24:13, 24:14, 24:19
1201 [1] - 3:7
12th [2] - 29:13, 30:10
13 [1] - 17:22
1331 [1] - 3:10
13th [6] - 29:11, 29:12, 30:7, 30:10, 35:22, 38:17
14 [1] - 5:7
15 [4] - 5:8, 5:10, 5:11, 18:25
15.8 [1] - 24:22
16 [1] - 5:12
1665 [1] - 3:11
1700 [1] - 3:7
1st [2] - 29:18, 29:22

## 2

2 [3] - 5:5, 27:21, 28:6
20 [2] - 1:7, 13:13
20005-5793 [1] - 3:25
20006 [1] - 3:20
2010 [1] - 1:7
2012 [2] - 1:7, 6:1
2020 [1] - 3:19
22 [2] - 1:7, 6:1
22nd [1] - 15:24
23 [1] - 19:2
2615 [1] - 2:12
26th [2] - 11:4, 15:8
28th [1] - 36:13
29th [2] - 16:1, 36:13
2nd [4] - 12:24, 29:22, 38:8, 38:12

## 3

3 [2] - 5:7, 17:22
30(b)(6 [10] - 5:12, 16:5, 18:13, 19:14,

20:17, 27:24, 28:5, 31:4, 31:5, 37:16
316 [1] - 2:4
32502 [1] - 2:5
355 [1] - 3:16
35TH [1] - 3:17
36130 [1] - 2:24
370 [1] - 3:22
3700 [2] - 3:3, 3:14
3D [1] - 14:1

## 4

4 [3] - 5:8, 33:14, 34:19
406 [1] - 1:20
4310 [1] - 2:8
4400 [1] - 3:22
450 [1] - 2:17
48 [1] - 13:9

## 5

5 [4] - 5:10, 16:7, 16:14, 16:24
500 [2] - 1:21, 2:24
504.589.7781 [1] - 1:22

## 6

6 [1] - 5:11
600 [1] - 2:5
601 [1] - 2:11
655 [1] - 3:25
6th [3] - 29:4, 30:6, 30:9

## 7

7 [1] - 5:12
7-5395 [1] - 2:17
701 [1] - 2:21
70130 [3] - 1:21, 2:12, 2:21
70163 [1] - 3:4
75270 [1] - 3:8
77002 [1] - 3:14
77006 [1] - 2:8
770101 [1] - 3:11

## 8

8 [1] - 5:13
80202-1370 [1] - 3:23

## 9

9 [4] - 16:7, 16:13, 16:20, 16:24

## 9

90 [1] - 7:17
90071 [1] - 3:17
94102 [1] - 2:18
9:30 [2] - 1:8, 6:2

## A

A.M [1] - 6:2
a.m [2] - 1:8, 39:15
Abbey [3] - 32:3, 36:3, 36:25
ABBY [1] - 2:16
able [5] - 17:18, 19:24, 26:23, 27:13, 38:21
ABRAMSON [1] - 2:10
absolutely [1] - 9:25
accept [1] - 21:16
acceptable [1] - 27:14
accepted [1] - 15:21
Ad [3] - 37:17, 37:21, 38:11
add [1] - 16:22
added [1] - 18:12
addenda [1] - 10:1
addition [1] - 31:5
additional [2] - 8:19, 22:21
admissions [1] - 18:20
advisement [2] - 34:4, 34:9
affair [1] - 32:8
affidavit [3] - 21:20, 27:4, 27:8
affidavits [1] - 23:20
agenda [2] - 29:14, 35:21, 37:13
AGENDA [1] - 5:1
ago [2] - 16:15, 17:6
agree [6] - 11:25, 14:1, 14:13, 16:23, 20:25, 21:5
agreed [5] - 13:6, 16:13, 22:18, 27:8, 28:15
ahead [10] - 8:21, 8:25, 9:16, 9:22, 10:20, 23:20, 25:3, 30:13, 38:9, 38:11
aided [1] - 1:24
Al [1] - 2:24
Alabama [1] - 33:8
ALABAMA [2] - 2:22, 2:23
Alan [2] - 19:2, 19:3, 19:4, 30:18, 30:20, 30:21
ALAN [1] - 3:9
alert [1] - 31:11
allocation [2] - 20:19,

25:25
allowed [1] - 11:23
almost [1] - 24:24
AMERICAN [1] - 2:11
Anadarko [10] - 21:13, 21:16, 21:20, 22:7, 22:12, 22:24, 23:1, 23:6, 23:21, 24:5
Anadarko's [1] - 22:17
Andre [3] - 32:3, 36:3, 36:25
ANDRE [6] - 2:16, 32:3, 36:3, 36:21, 36:24, 37:10
ANGELES [1] - 3:17
answered [1] - 20:14
appear [1] - 17:24
APPEARANCES [2] - 2:1, 3:1
APPEARING [1] - 4:1
applies [2] - 1:8, 15:23
appreciate [1] - 11:21, 14:25, 29:3
appropriately [1] - 13:5
April [1] - 35:9
APRIL [1] - 1:7
argument [4] - 22:4, 23:9, 23:12, 23:15
ARNOLD [1] - 3:21
ASBILL [1] - 3:12
aside [1] - 14:4
assert [1] - 13:1
asserting [1] - 14:18
assigned [1] - 22:24
assigning [1] - 11:22
assume [5] - 7:5, 11:3, 14:22, 29:21, 30:6
assumption [1] - 34:1
AT [1] - 1:3
attack [1] - 12:16
attention [2] - 35:19, 35:20
ATTORNEY [1] - 2:23
August [10] - 20:13, 27:13, 27:16, 27:20, 27:21, 28:6, 29:18, 29:21, 36:13
availability [1] - 31:16
available [3] - 23:17, 24:11, 31:18
AVENUE [3] - 2:17, 2:24, 3:16
avoid [1] - 24:16
awhile [1] - 39:1

## B

BAAY [4] - 3:13, 32:24, 34:22, 35:2

Baay [2] - 32:23, 34:22
BABISCH [1] - 4:2
barbecue [4] - 6:22, 7:2, 8:10, 11:10
barbecuing [1] - 6:24
Barr [2] - 17:24, 20:11, 28:14
BARR [14] - 2:4, 17:24, 18:3, 18:6, 18:9, 18:18, 18:22, 18:25, 20:11, 28:14, 28:24, 29:3, 29:5, 29:15
barring [2] - 12:15, 12:22
basis [1] - 34:15
BAYLEN [1] - 2:4
beautiful [1] - 7:18
BEFORE [1] - 1:12
beginning [1] - 12:17
behalf [1] - 16:12
best [2] - 20:6, 25:22
better [3] - 6:11, 6:13, 21:7
between [3] - 13:15, 14:5, 16:6
BILL [1] - 4:4
BINGHAM [1] - 3:18
bit [2] - 19:23, 20:3
block [1] - 27:21
bono [1] - 34:15
BOP [6] - 5:2, 8:20, 9:5, 9:8, 9:13, 10:8
bore [1] - 11:4
bored [1] - 31:20
bottom [2] - 8:4, 17:22
BOULEVARD [1] - 2:8
boy [2] - 7:4, 11:19
BP [32] - 5:12, 8:3, 9:5, 10:16, 11:23, 12:7, 12:25, 13:14, 14:23, 15:8, 15:17, 15:24, 16:6, 16:11, 16:16, 17:5, 17:21, 18:9, 25:6, 25:24, 26:4, 27:17, 27:19, 32:25, 33:24, 34:6, 35:3, 35:10, 35:11, 38:18
BP's [3] - 5:5, 8:5, 8:22
breadth [1] - 20:20
break [4] - 13:21, 17:4, 19:13, 39:10
break-throughs [1] - 17:4
BRENNAN [2] - 3:12, 4:4
BRIAN [1] - 2:4
Brian [1] - 17:24,

18:19, 18:21, 19:19, 19:25, 20:6, 20:8, 20:11, 28:14, 31:1, 31:19
**Brian's** [1] - 19:16
**brief** [2] - 12:4, 23:14
**briefing** [1] - 15:9
**briefly** [1] - 14:3
**bring** [3] - 23:22, 30:7, 33:11
**brings** [1] - 37:12
**broad** [1] - 28:1
**brought** [1] - 31:22
**Browman** [1] - 10:19
**Bruce** [1] - 10:19
**BUILDING** [1] - 2:11
**bunch** [1] - 38:22
**burden** [1] - 22:21
**bureaucratically** [1] - 9:22
**burn** [2] - 6:24, 9:20
**business** [1] - 15:12
**BY** [12] - 1:5, 2:4, 2:7, 2:10, 2:14, 2:23, 3:2, 3:5, 3:13, 3:16, 3:19, 3:21

## C

**CA** [2] - 2:18, 3:17
**Cad** [1] - 7:20
**calender** [1] - 38:23
**camera** [1] - 13:10
**Cameron** [3] - 26:9, 26:13, 26:19
**Cameron's** [1] - 26:22
**CAMP** [1] - 2:21
**cannot** [1] - 6:19
**CAPPING** [1] - 5:2
**Captain** [8] - 7:3, 8:20, 8:24, 10:11, 10:19, 10:24, 11:12, 14:7
**Cases** [1] - 1:8
**ceremonies** [1] - 6:16
**ceremony** [2] - 11:16, 11:19
**CERNICH** [17] - 2:15, 12:11, 22:10, 24:12, 24:16, 26:11, 26:14, 26:17, 32:13, 32:21, 33:7, 35:6, 35:14, 35:17, 38:15, 38:24, 39:1
**Cernich** [6] - 22:10, 24:12, 26:11, 32:13, 35:6, 38:15
**certain** [2] - 14:4, 21:17
**certainly** [2] - 11:1, 28:8

**CERTIFICATE** [1] - 39:17
**certification** [1] - 21:19
**certifications** [2] - 21:16, 22:17
**certify** [3] - 21:22, 21:23, 39:20
**cetera** [2] - 20:19, 25:5
**chair** [1] - 36:22
**Chakeres** [3] - 16:9, 25:11, 34:12
**CHAKERES** [11] - 2:14, 16:9, 25:11, 25:15, 25:22, 34:12, 37:16, 37:19, 37:23, 38:3, 38:7
**Challenges** [3] - 5:5, 5:9, 5:10
**challenges** [5] - 15:7, 15:16, 15:17, 15:18, 16:2
**check** [3] - 9:22, 32:25, 33:1
**checking** [1] - 27:12
**Chicago** [2] - 7:14, 22:3
**circulated** [1] - 27:24
**circumstance** [1] - 11:20
**claims** [1] - 13:1
**Claims** [2] - 5:6, 5:7
**clarifications** [1] - 16:16
**clarify** [1] - 34:5
**clawback** [4] - 13:19, 14:16, 14:18, 14:24
**Clawbacks** [1] - 5:7
**CLEAN** [1] - 5:3
**CLEAN-UP** [1] - 5:3
**clear** [1] - 16:4
**clients** [1] - 27:12
**close** [2] - 16:24, 17:3
**closer** [1] - 36:23
**CO** [1] - 3:23
**coated** [1] - 7:21
**Cohen** [1] - 28:4
**colleague** [1] - 22:11
**colleagues** [1] - 32:14
**collect** [1] - 8:5
**colloquy** [1] - 17:6
**coming** [11] - 16:6, 17:22, 18:8, 19:3, 26:3, 28:25, 31:12, 31:14, 34:16, 34:17, 34:21
**commence** [1] - 6:24
**comment** [3] - 22:1, 30:3, 33:24
**comments** [4] - 10:8,

19:13, 30:7, 30:23
**complete** [1] - 12:22
**completion** [1] - 33:12
**complied** [1] - 10:23
**comply** [1] - 11:1
**components** [1] - 9:8
**comprehensively** [1] - 17:8
**Computer** [1] - 1:24
**Computer-aided** [1] - 1:24
**concerning** [1] - 23:25
**concluded** [1] - 39:15
**concurrently** [1] - 35:12
**confer** [2] - 30:1, 30:25
**CONFERENCE** [1] - 1:11
**conference** [3] - 12:5, 23:18, 28:25
**conferences** [1] - 19:20
**conferring** [1] - 30:24
**confers** [1] - 31:14
**confirm** [1] - 38:10
**considering** [1] - 26:22
**consult** [1] - 20:24
**continue** [1] - 13:1
**continuing** [1] - 8:17
**Control** [1] - 27:3
**control** [1] - 15:21
**controlled** [1] - 21:9
**controversial** [1] - 18:14
**conversation** [1] - 26:18
**cooler** [1] - 7:14
**coordinate** [2] - 9:9, 32:25
**coordination** [1] - 33:7
**Corey** [7] - 6:9, 6:17, 7:8, 31:20, 33:15, 34:20
**COREY** [1] - 2:23
**correct** [2] - 27:10, 39:20
**corrected** [1] - 24:19
**cost** [2] - 17:23, 25:24
**costs** [1] - 24:17
**counsel** [3] - 22:12, 28:4, 31:11
**country** [1] - 7:17
**couple** [6] - 6:17, 10:16, 16:15, 16:16, 17:6, 17:17, 19:13, 20:17, 32:18, 33:12, 37:3

**COURT** [109] - 1:1, 6:3, 6:7, 6:11, 6:14, 7:12, 7:16, 7:19, 8:1, 8:12, 9:19, 9:24, 10:1, 10:7, 10:10, 11:2, 11:6, 11:8, 11:11, 11:15, 11:18, 11:25, 12:12, 12:19, 13:17, 13:22, 14:25, 15:2, 15:6, 15:14, 16:21, 17:19, 18:4, 18:8, 18:16, 18:19, 18:23, 19:1, 19:9, 19:15, 20:15, 22:6, 22:9, 22:13, 23:3, 23:11, 23:19, 24:8, 24:14, 24:18, 24:23, 24:25, 25:14, 25:16, 25:19, 26:2, 26:8, 26:16, 27:1, 27:3, 27:15, 28:11, 28:19, 29:1, 29:9, 29:12, 29:19, 29:23, 29:25, 30:8, 30:13, 31:20, 31:24, 32:9, 32:19, 32:22, 33:2, 33:13, 33:17, 33:19, 33:22, 34:10, 34:18, 35:1, 35:3, 35:13, 35:15, 35:18, 35:23, 35:25, 36:7, 36:15, 36:18, 36:22, 37:6, 37:11, 37:18, 37:21, 37:25, 38:5, 38:8, 38:20, 38:25, 39:4, 39:9, 39:13
**Court** [11] - 1:20, 9:11, 13:3, 14:3, 19:7, 20:9, 23:14, 29:16, 31:2, 31:11, 39:19
**Court's** [3] - 14:20, 27:9, 30:6
**courtroom** [1] - 39:6
**crystal** [1] - 16:4
**Cudwell** [2] - 27:3, 27:8
**culmination** [1] - 14:2
**current** [4] - 8:5, 9:15, 9:17, 27:24
**custodial** [2] - 31:8
**cut** [1] - 29:14
**cyber** [1] - 12:16

## D

**DALLAS** [1] - 3:8
**data** [2] - 8:5, 8:7
**date** [8] - 12:24, 20:13, 24:22, 29:7, 29:10,

37:23, 37:24, 38:17
**dates** [28] - 25:3, 25:20, 25:23, 26:1, 26:3, 26:10, 27:11, 27:13, 27:17, 27:22, 30:25, 31:15, 31:18, 32:6, 32:17, 32:21, 32:24, 34:24, 34:25, 35:8, 35:16, 36:5, 36:10, 36:13, 36:16, 37:8, 38:18, 39:3
**David** [1] - 34:22
**DAVID** [1] - 3:13
**DAVIS** [1] - 3:16
**DAVIS-DENNY** [1] - 3:16
**days** [4] - 13:13, 13:14, 16:15, 36:5
**DC** [2] - 3:20, 3:25
**deadline** [4] - 15:8, 15:19, 16:1, 38:19
**deal** [1] - 18:2
**dealing** [2] - 11:22, 32:15
**death** [1] - 31:20
**debt** [1] - 24:24
**decide** [1] - 13:15
**DEEPWATER** [1] - 1:6
**Defendant** [5] - 3:2, 3:5, 3:9, 3:12, 3:18
**defer** [2] - 12:11, 35:15
**deferred** [1] - 21:14
**definitely** [1] - 16:20
**degrees** [1] - 7:17
**delayed** [1] - 6:23
**deliberative** [2] - 12:8, 14:13
**Deliberative** [2] - 5:5, 5:7
**DENNY** [1] - 3:16
**DENVER** [1] - 3:23
**DEPARTMENT** [1] - 2:14
**department** [1] - 6:25
**depo** [2] - 38:2, 38:4
**deponent** [1] - 30:2
**depos** [1] - 32:2
**deposed** [1] - 24:6
**deposition** [12] - 5:12, 16:5, 20:16, 20:23, 22:3, 22:24, 25:17, 26:4, 27:17, 28:20, 37:4, 37:8
**depositions** [4] - 5:13, 19:11, 21:25, 24:10
**designee** [2] - 20:21, 31:5
**designees** [4] - 23:24, 26:10, 35:4, 35:16

**desire** [1] - 28:17
**detail** [1] - 19:24
**details** [1] - 10:5
**DEXTER** [1] - 2:24
**different** [2] - 9:7, 9:8
**difficult** [1] - 20:20
**difficulties** [1] - 31:7
**DISCOVERY** [1] - 1:11
**discovery** [1] - 20:4
**discrepancies** [1] - 14:5
**discuss** [3] - 26:19, 34:23, 39:2
**discussing** [2] - 25:24, 36:5
**displaced** [1] - 14:1
**distinctly** [1] - 23:11
**DISTRICT** [2] - 1:1, 1:2
**DNV** [7] - 27:16, 27:20, 27:23, 28:4, 29:17, 29:21, 31:24
**document** [2] - 32:16, 33:9
**documents** [15] - 8:25, 12:23, 13:10, 15:20, 17:7, 24:9, 24:13, 24:18, 24:19, 24:20, 25:24, 31:6, 32:8, 36:4, 37:2
**Don** [4] - 10:14, 10:15, 11:2, 14:3
**Don's** [1] - 14:11
**DONALD** [1] - 3:5
**done** [5] - 10:17, 10:25, 15:10, 17:13, 34:15
**DOUGLAS** [2] - 2:20, 3:21
**down** [9] - 7:14, 14:9, 19:23, 29:9, 34:19, 34:20, 34:24, 36:15, 38:11
**DPP** [4] - 5:9, 5:10, 15:7, 15:16
**draft** [2] - 17:14, 27:24
**drill** [1] - 28:5
**dropping** [1] - 6:15
**due** [1] - 30:6
**during** [1] - 6:22

### E

**early** [4] - 19:25, 20:7, 27:20, 28:6
**EASTERN** [1] - 1:2
**easy** [2] - 10:10, 39:9
**efficient** [1] - 21:25
**efforts** [3] - 9:4, 17:5, 21:21
**EISERT** [6] - 3:24, 8:2,

8:13, 9:21, 9:25, 10:4
**Eisert** [1] - 8:3
**Eisert's** [1] - 7:23
**either** [4] - 15:3, 15:4, 29:1, 29:24
**ELLIS** [1] - 3:24
**ELM** [1] - 3:7
**email** [2] - 26:15, 26:18
**encourage** [1] - 34:3
**encouraging** [1] - 17:20
**Energy** [3] - 37:17, 37:22, 38:11
**Englebert** [7] - 7:3, 8:20, 10:12, 10:19, 10:24, 11:12, 14:8
**Englebert's** [1] - 8:24
**entered** [2] - 15:11, 28:16
**Entries** [2] - 5:9, 5:10
**entries** [2] - 15:8, 16:2
**especially** [1] - 7:3
**ESQ** [29] - 2:4, 2:7, 2:10, 2:14, 2:15, 2:15, 2:16, 2:16, 2:20, 2:23, 3:2, 3:5, 3:6, 3:6, 3:9, 3:10, 3:13, 3:16, 3:19, 3:21, 3:24, 4:1, 4:1, 4:2, 4:2, 4:3, 4:3, 4:4, 4:4
**et** [2] - 20:19, 25:5
**event** [1] - 12:17
**exactly** [1] - 24:25
**except** [1] - 15:20
**excited** [1] - 7:4
**excuse** [1] - 22:2
**exhausted** [1] - 21:23
**expect** [8] - 8:7, 8:24, 12:15, 12:22, 31:8, 31:9, 32:8, 35:21
**expected** [1] - 12:17
**experience** [1] - 7:6
**experienced** [1] - 12:20
**explains** [1] - 20:1
**extend** [3] - 9:15, 9:20, 30:14
**extent** [2] - 23:16, 30:5
**extinguisher** [1] - 7:1
**extrapolated** [1] - 13:6
**Exxon/Mobil** [3] - 28:13, 28:15, 29:13

### F

**face** [1] - 11:13

**fair** [1] - 30:4
**faith** [2] - 17:9, 17:14
**FANNIN** [1] - 3:13
**far** [6] - 8:19, 9:5, 10:2, 10:25, 31:25, 32:2
**FCRR** [3] - 1:19, 39:22, 39:23
**Federal** [1] - 2:14
**few** [1] - 10:21
**Field** [1] - 36:19
**FIFTEENTH** [1] - 3:25
**figure** [1] - 21:6
**figured** [2] - 11:6, 38:25
**figuring** [1] - 9:6
**file** [1] - 31:8
**filed** [1] - 15:25
**fill** [2] - 38:21, 38:24
**final** [1] - 28:9
**finalize** [1] - 28:7
**financial** [1] - 19:22
**fine** [2] - 20:12, 35:14
**fire** [2] - 6:25, 7:1
**fires** [1] - 12:16
**firm** [1] - 38:18
**first** [6] - 13:25, 14:8, 20:6, 31:18, 37:19, 37:21
**fit** [2] - 20:3, 20:4
**Fitch** [3] - 22:2, 23:7, 23:13
**five** [1] - 39:10
**FL** [1] - 2:5
**FLEMING** [1] - 3:6
**flies** [1] - 6:15
**floated** [1] - 18:21
**FLOOR** [1] - 3:17
**fluids** [1] - 17:5
**FLYNN** [1] - 2:15
**folks** [1] - 27:21
**follow** [1] - 31:10
**foregoing** [1] - 39:20
**forest** [1] - 12:16
**forgot** [1] - 29:5
**formally** [1] - 14:17
**forth** [3] - 23:10, 23:14, 23:20
**forward** [1] - 14:10, 14:15, 28:23
**FRANCISCO** [1] - 2:18
**FRIDAY** [1] - 6:1
**Friday** [1] - 28:25
**FRILOT** [1] - 3:2
**fun** [1] - 17:25

### G

**Ganuchean** [2] -

26:12, 26:13
**GANUCHEAN** [3] - 26:13, 26:25, 27:2
**GASAWAY** [19] - 4:1, 7:11, 7:13, 7:18, 7:22, 13:20, 13:23, 15:1, 15:5, 16:23, 19:12, 19:16, 26:5, 27:18, 33:25, 35:20, 35:24, 36:12, 39:14
**Gasaway** [6] - 13:20, 26:5, 27:18, 29:17, 29:19, 33:25
**GATE** [1] - 2:17
**GENERAL** [1] - 2:23
**gentlemen** [2] - 17:19, 21:14, 25:20
**Gilliot** [1] - 31:5
**given** [4] - 8:24, 13:8, 14:20, 36:10
**glad** [1] - 11:12
**GODWIN** [11] - 3:5, 3:5, 3:9, 10:15, 11:5, 11:7, 11:9, 11:12, 11:17, 11:21, 25:18
**Godwin** [1] - 10:15
**GOLDEN** [1] - 2:17
**Government** [1] - 2:14
**graduation** [1] - 6:16
**GRAND** [1] - 3:16
**GRANT** [1] - 3:16
**grappling** [1] - 21:2
**great** [5] - 7:13, 11:24, 16:21, 26:2, 37:6
**Group** [1] - 32:1
**guess** [2] - 12:17, 28:19
**gULF** [1] - 1:6
**guys** [3] - 20:22, 23:19, 39:13
**GWEN** [1] - 3:10

### H

**haircut** [1] - 17:25
**Halliburton** [8] - 10:12, 10:15, 10:17, 13:25, 14:7, 19:5, 30:17, 30:22
**handle** [1] - 21:25
**HARDY** [2] - 22:14, 24:3
**Hardy** [2] - 22:14, 24:3
**HARVEY** [1] - 2:16
**Harvey** [1] - 22:11
**HB** [1] - 1:20
**head** [1] - 11:4
**heads** [1] - 19:2
**heads-up** [1] - 9:11
**hear** [8] - 12:9, 19:2,

23:16, 25:1, 28:12, 29:19, 36:17, 37:17
**heard** [1] - 18:15
**hearing** [1] - 35:22
**held** [1] - 34:8
**hello** [1] - 6:5
**helpful** [2] - 32:15
**hereby** [1] - 39:19
**Hi** [1] - 7:20
**Hi-Cad** [1] - 7:20
**high** [2] - 8:16, 24:24
**higher** [1] - 25:15
**highest** [1] - 7:5
**HIMMELHOCK** [6] - 4:1, 6:6, 12:14, 12:21, 24:22, 39:12
**himself** [1] - 23:17
**hit** [1] - 13:23
**holding** [1] - 20:13
**Hole** [2] - 36:9, 36:18
**Honor** [44] - 7:11, 7:22, 8:3, 10:16, 12:11, 13:20, 13:24, 15:1, 16:9, 16:23, 17:2, 17:16, 17:24, 19:4, 19:12, 20:11, 22:2, 22:14, 23:16, 24:2, 24:12, 25:11, 25:22, 26:5, 26:11, 26:25, 27:6, 27:18, 30:15, 30:21, 32:21, 33:7, 33:25, 34:12, 35:6, 35:14, 35:17, 35:20, 35:24, 36:12, 37:16, 38:15, 39:12, 39:14
**Honor's** [1] - 10:23
**HONORABLE** [1] - 1:12
**hope** [3] - 16:3, 32:17, 33:11
**hopeful** [1] - 17:17
**HORIZON** [1] - 1:6
**horrendous** [1] - 18:18
**hours** [1] - 13:9
**HOUSTON** [3] - 2:8, 3:11, 3:14
**hurricane** [1] - 12:16

### I

**identified** [1] - 25:3
**II** [3] - 5:10, 15:16, 16:2
**IIAMES** [1] - 23:5
**IIAMS** [3] - 3:19, 23:13, 24:2
**Iiams** [1] - 23:5
**III** [4] - 5:11, 15:19,

15:23, 16:3
**immediately** [1] - 17:1
**implement** [1] - 13:14
**impose** [1] - 13:11
**IN** [2] - 1:5, 1:6
**in-camera** [1] - 13:10
**include** [2] - 12:25, 28:8
**included** [1] - 18:13
**indeed** [1] - 23:21
**INDEX** [1] - 5:1
**indicated** [3] - 23:7, 28:17, 37:19
**information** [9] - 8:9, 20:21, 21:17, 21:22, 21:24, 22:20, 22:25, 23:25, 24:6
**informed** [1] - 28:9
**inquiry** [1] - 23:20
**inside** [1] - 8:22
**instance** [2] - 14:8, 20:7
**Institute** [2] - 25:6, 34:6
**Institute's** [1] - 25:24
**interesting** [1] - 11:18
**Interests** [2] - 2:14, 2:19
**interior** [1] - 8:23
**internally** [1] - 26:6
**interrogatories** [2] - 18:17, 20:13
**interrogatory** [5] - 18:14, 19:17, 19:19, 19:21, 20:4
**interrupt** [1] - 15:1
**interruption** [1] - 15:2
**Intertech** [2] - 32:1, 32:5
**involved** [1] - 19:7
**Isotech** [1] - 36:1
**issue** [9] - 13:19, 14:16, 20:18, 21:13, 21:15, 21:25, 27:12, 30:6, 31:3
**issued** [1] - 6:24
**issues** [17] - 10:8, 10:16, 12:15, 13:21, 14:5, 15:22, 16:3, 16:6, 19:14, 21:2, 25:25, 28:3, 28:4, 30:7, 32:16, 33:10, 37:9
**items** [1] - 8:23

## J

**JED** [1] - 4:3
**jENNY** [1] - 3:6
**JIMMY** [1] - 2:7

**Jimmy** [1] - 27:5
**jimmy** [3] - 18:3, 27:6, 33:4
**job** [2] - 11:24, 18:16
**Joe** [6] - 7:22, 7:23, 7:25, 8:1, 8:3, 11:8
**Jones'** [1] - 26:15
**JOSEPH** [1] - 3:24
**Judge** [7] - 6:10, 11:5, 23:5, 23:13, 30:19, 32:3, 37:10
**JUDGE** [1] - 1:13
**Judy** [4] - 22:11, 22:12, 22:14, 24:3
**JUDY** [1] - 2:16
**Judy's** [1] - 22:12
**July** [6] - 9:6, 12:24, 29:4, 30:6, 35:22, 38:17
**jump** [1] - 7:4
**June** [3] - 1:7, 15:8, 15:24
**JUNE** [1] - 6:1
**JUSTICE** [1] - 2:14

## K

**KANNER** [1] - 2:20
**Kerry** [2] - 15:11, 15:15
**KERRY** [1] - 3:2
**kind** [4] - 11:19, 14:9, 19:21, 19:25
**Kingdom** [1] - 25:7
**KIRKLAND** [1] - 3:24
**knowing** [1] - 38:2
**knowledge** [1] - 25:22
**knows** [1] - 36:20
**KRAUS** [1] - 2:20
**KULLMAN** [1] - 2:10

## L

**LA** [3] - 2:12, 2:21, 3:4
**ladies** [1] - 25:21
**LAMAR** [1] - 3:10
**language** [4] - 16:16, 18:12, 19:22
**large** [1] - 12:6
**laser** [2] - 7:21, 8:4
**last** [4] - 6:22, 9:13, 25:23, 27:9
**late** [3] - 15:11, 27:13, 31:5
**latest** [1] - 7:23
**learned** [1] - 22:23
**lease** [5] - 9:14, 9:15, 9:24, 10:1, 11:22
**left** [1] - 8:14
**less** [1] - 13:9

**letter** [5] - 14:17, 16:14, 19:25, 22:16, 23:14
**LEVIN** [1] - 2:3
**LEWIS** [1] - 2:10
**LIFE** [1] - 2:11
**light** [1] - 28:2
**likely** [2] - 11:9, 27:21
**limited** [1] - 22:20
**line** [3] - 8:4, 17:2, 19:21
**lined** [1] - 26:3
**lines** [1] - 18:9
**list** [6] - 12:24, 12:25, 17:7, 28:20, 31:6, 37:21
**listed** [2] - 17:14, 38:22
**listing** [1] - 17:4
**LLC** [2] - 2:20, 3:2
**LLP** [1] - 3:18
**located** [2] - 6:25, 34:4
**location** [3] - 25:6, 34:3, 34:5
**log** [2] - 12:24, 31:9
**Logs** [2] - 5:8, 5:10
**logs** [5] - 15:20, 15:23, 15:24, 16:3, 31:7
**look** [8] - 8:22, 14:19, 18:4, 18:7, 21:21, 23:21, 37:21, 39:11
**looked** [4] - 7:3, 11:10, 20:17, 29:25
**looking** [6] - 6:25, 14:10, 16:18, 26:9, 27:20, 30:18
**looks** [3] - 18:4, 33:4, 39:6
**LOS** [1] - 3:17
**lose** [2] - 18:6, 29:14
**lOUISIANA** [1] - 2:19
**LOUISIANA** [2] - 1:2, 6:1
**Louisiana** [1] - 1:21
**lovely** [4] - 7:13, 11:15, 12:2, 30:19
**lucky** [1] - 12:1
**lunch** [1] - 6:23

## M

**Machine** [1] - 36:20
**MAGISTRATE** [1] - 1:13
**Mark** [2] - 10:18, 28:4
**Maroney** [1] - 32:14
**MARTINEZ** [1] - 3:6
**MATTHEW** [1] - 3:21
**MAZE** [9] - 2:23, 6:10,

6:12, 29:11, 31:22, 33:16, 33:18, 33:20, 36:17
**Maze** [1] - 33:7
**MCCUTCHEN** [1] - 3:18
**MDL** [3] - 8:7, 15:25, 28:5
**mean** [2] - 29:2, 38:21
**meet** [2] - 30:1, 31:14
**meet-and-confer** [1] - 30:1
**meet-and-confers** [1] - 31:14
**meeting** [5] - 12:4, 15:13, 27:13, 31:22
**meetings** [1] - 31:21
**mention** [1] - 20:8
**mentioned** [1] - 19:20
**mesh** [1] - 10:6
**MESTAYER** [1] - 4:3
**met** [1] - 11:13
**method** [1] - 13:4
**MEXICAN** [1] - 5:14
**MEXICO** [1] - 1:6
**Michoud** [4] - 6:21, 6:23, 7:6, 8:5
**MIKE** [1] - 4:2
**mike** [1] - 6:8
**Mike** [4] - 20:17, 21:5, 25:18
**military** [1] - 11:19
**Miller** [1] - 15:11
**MILLER** [4] - 3:2, 15:12, 18:2, 24:24
**million** [1] - 24:22
**mind** [2] - 34:24, 35:16
**minds** [1] - 37:14
**minute** [1] - 39:10
**miss** [1] - 37:18
**MITCHELL** [1] - 2:3
**modeling** [3] - 10:13, 14:1, 14:6
**modest** [1] - 18:24
**Monday** [4] - 8:6, 8:10, 8:18, 15:18
**MONTGOMERY** [1] - 2:24
**months** [1] - 6:13
**morning** [17] - 6:3, 7:11, 7:12, 8:3, 10:19, 16:8, 16:9, 19:3, 19:4, 22:4, 23:4, 23:5, 24:15, 27:18, 30:20, 30:21, 32:3
**most** [1] - 7:3
**move** [2] - 20:23, 28:23

**MR** [102] - 6:10, 6:12, 7:11, 7:13, 7:18, 7:22, 8:2, 8:13, 9:21, 9:25, 10:4, 10:15, 11:5, 11:7, 11:9, 11:12, 11:17, 11:21, 12:11, 13:20, 13:23, 15:1, 15:5, 15:12, 16:9, 16:23, 17:24, 18:2, 18:3, 18:6, 18:9, 18:18, 18:22, 18:25, 19:4, 19:12, 19:16, 20:11, 22:2, 22:7, 22:10, 24:12, 24:16, 24:24, 25:11, 25:15, 25:18, 25:22, 26:5, 26:11, 26:13, 26:14, 26:17, 26:25, 27:2, 27:6, 27:18, 28:14, 28:24, 29:3, 29:4, 29:5, 29:11, 29:15, 29:16, 29:21, 29:24, 30:4, 30:12, 30:15, 30:19, 30:21, 31:17, 31:22, 32:13, 32:21, 32:24, 33:5, 33:7, 33:16, 33:18, 33:20, 33:25, 34:12, 34:22, 35:2, 35:6, 35:14, 35:17, 35:20, 35:24, 36:12, 36:17, 37:16, 37:19, 37:23, 38:3, 38:7, 38:15, 38:24, 39:1, 39:14
**MS** [15] - 6:6, 12:14, 12:21, 22:14, 23:5, 23:13, 24:2, 24:3, 24:22, 32:3, 36:3, 36:21, 36:24, 37:10, 39:12
**MUNGER** [1] - 3:15

## N

**nailed** [1] - 34:24
**name** [1] - 11:14
**narrate** [1] - 6:20
**narrow** [2] - 31:10, 37:2
**narrowed** [1] - 28:2
**narrowing** [2] - 33:9, 33:10
**NASA** [4] - 6:23, 6:25, 9:14
**Nat** [11] - 16:9, 16:23, 16:25, 17:12, 17:16, 17:17, 25:9, 25:11, 34:10, 34:12, 37:15
**NAT** [1] - 2:14
**national** [1] - 24:24

**necessary** [2] - 37:5, 37:8
**need** [7] - 10:25, 12:9, 14:7, 19:6, 25:5, 27:25, 28:22
**needed** [2] - 18:6, 26:19
**needs** [1] - 18:1
**negotiations** [2] - 28:9, 37:1
**never** [1] - 11:18
**new** [2] - 12:23, 24:9
**NEW** [5] - 1:3, 2:12, 2:21, 3:4, 6:1
**New** [4] - 1:21, 7:15, 20:9, 34:17
**news** [1] - 28:4
**next** [21] - 6:13, 7:2, 8:17, 8:20, 17:21, 19:25, 20:7, 23:17, 25:6, 26:23, 27:13, 27:16, 29:10, 31:9, 32:1, 32:18, 33:1, 33:12, 36:5, 36:19, 37:3
**nobody** [1] - 29:1
**nobody's** [1] - 28:17
**Non** [2] - 5:9, 5:10
**non** [2] - 15:7, 15:16
**Non-DPP** [2] - 5:9, 5:10
**non-DPP** [2] - 15:7, 15:16
**north** [1] - 6:15
**Norway** [4] - 34:4, 34:8, 34:10, 34:13
**note** [1] - 24:13
**notice** [4] - 15:12, 27:24, 28:10, 30:1
**notices** [1] - 20:18
**number** [3] - 22:18, 22:24, 29:17
**numbers** [1] - 24:17
**NW** [1] - 3:19

**O**

**O'KEEFE** [2] - 22:2, 22:7
**O'Keefe** [1] - 23:7
**objections** [2] - 18:18, 36:10
**obviously** [6] - 13:10, 14:6, 17:10, 21:4, 21:9, 34:3
**Oceaneering** [1] - 32:11
**OCHUIZZO** [1] - 4:2
**October** [5] - 33:14, 33:18, 34:13, 34:19,

37:20
**OF** [4] - 1:2, 1:6, 2:14, 2:23
**Official** [2] - 1:20, 39:19
**Oil** [1] - 36:19
**oil** [1] - 1:5
**OIL** [1] - 1:5
**OLSON** [1] - 3:15
**ON** [1] - 1:6
**once** [2] - 13:8, 13:23
**one** [19] - 6:22, 7:16, 9:16, 17:3, 18:3, 18:4, 19:20, 25:13, 28:16, 29:6, 29:17, 31:3, 31:4, 31:11, 32:14, 32:15, 37:16, 37:21, 38:4
**One** [3] - 22:24, 24:7, 28:3
**ONE** [1] - 5:3
**one-day** [1] - 38:4
**ones** [3] - 17:9, 17:14, 17:15
**open** [1] - 8:20
**opposed** [1] - 28:3
**oral** [1] - 22:4
**order** [4] - 12:24, 14:20, 27:9, 28:15
**ordered** [1] - 38:3
**original** [1] - 14:6
**ORLEANS** [5] - 1:3, 2:12, 2:21, 3:4, 6:1
**Orleans** [4] - 1:21, 7:15, 20:10, 34:17
**otherwise** [2] - 13:4, 30:13
**output** [1] - 14:5
**outside** [1] - 6:12
**overly** [1] - 28:1
**overly-broad** [1] - 28:1

**P**

**page** [1] - 14:23
**PAN** [1] - 2:11
**PAPANTONIO** [1] - 2:3
**paperwork** [1] - 9:17
**part** [2] - 9:24, 15:12
**participants** [3] - 6:4, 6:19, 7:3
**participating** [1] - 15:3
**particular** [3] - 20:21, 20:22, 21:22
**parties** [1] - 8:21, 8:25, 9:11, 15:18, 15:25, 17:6, 20:24,

21:21, 27:25, 28:8, 29:7
**parties'** [1] - 15:21
**party** [4] - 20:23, 26:17, 30:24, 37:16
**passing** [1] - 6:16
**PAUL** [1] - 2:10
**paying** [2] - 35:19, 35:20
**PC** [2] - 3:5, 3:9
**pencil** [1] - 38:7
**PENCOR** [1] - 32:19
**pens** [1] - 31:22
**PENSACOLA** [1] - 2:5
**people** [5] - 19:22, 21:21, 22:24, 29:2, 39:7
**perfect** [2] - 26:2, 27:1
**performed** [1] - 28:2
**permit** [4] - 6:24, 8:12, 8:13, 9:20
**PERSON** [1] - 18:1
**person** [1] - 12:2
**perspective** [1] - 36:13
**phase** [1] - 12:25
**Phase** [9] - 5:4, 12:5, 16:2, 22:23, 24:7, 28:3, 31:6, 39:11
**PHASE** [2] - 5:3, 5:3
**phone** [6] - 7:9, 15:4, 22:3, 22:8, 26:20, 39:5
**photographer** [2] - 8:22, 9:2
**photos** [3] - 8:23, 9:1, 9:3
**pick** [1] - 13:3
**picking** [2] - 13:4, 31:15
**picture** [1] - 7:2
**place** [1] - 11:13
**Plaintiffs** [1] - 2:3
**plans** [2] - 8:19, 9:5
**po** [1] - 7:4
**po-boy** [1] - 7:4
**podium** [5] - 6:8, 8:1, 15:4, 17:6, 36:23
**point** [6] - 7:5, 9:12, 17:8, 24:21, 28:18, 37:3
**pomp** [1] - 11:20
**PORTER** [1] - 3:21
**portions** [1] - 9:8
**position** [6] - 21:6, 21:7, 23:11, 23:14, 26:22, 27:23
**possible** [1] - 19:23
**potential** [1] - 30:25
**powder** [1] - 7:21,

8:15
**Poydras** [1] - 1:21
**POYDRAS** [2] - 2:11, 3:3
**precise** [1] - 19:23
**prefer** [2] - 23:12, 35:12
**preliminary** [1] - 14:19
**prepare** [1] - 22:21
**prepared** [3] - 35:8, 38:24, 39:1
**present** [1] - 14:22
**preservation** [1] - 9:3
**presumptive** [1] - 34:3
**pretty** [5] - 6:6, 18:4, 18:11, 32:8, 37:2
**previous** [1] - 34:14
**previously** [2] - 9:1, 21:19
**price** [1] - 9:17
**principles** [1] - 13:6
**privilege** [9] - 12:9, 12:24, 14:21, 15:20, 15:23, 15:24, 16:3, 31:7, 31:9
**Privilege** [4] - 5:6, 5:7, 5:8, 5:10
**pro** [1] - 34:15
**probative** [1] - 22:25
**problem** [1] - 31:18
**problems** [1] - 23:22
**proceeding** [2] - 8:6, 8:16
**Proceedings** [1] - 1:24
**proceedings** [1] - 39:15
**Process** [2] - 5:6, 5:7
**process** [7] - 9:10, 12:8, 14:1, 14:13, 14:14, 20:3, 35:10
**PROCTOR** [1] - 2:3
**produce** [1] - 9:6
**produced** [5] - 9:1, 24:9, 24:21, 31:6, 31:9
**producing** [4] - 8:7, 32:7, 36:4, 37:2
**production** [3] - 15:20, 32:16, 33:10
**professional** [1] - 11:24
**profilometer** [1] - 8:6
**progress** [6] - 10:12, 19:6, 19:8, 26:20, 32:17, 33:9
**project** [1] - 8:5
**projecting** [1] - 6:20
**projector** [1] - 6:18
**proposal** [2] - 9:15,

16:17
**proposals** [1] - 13:15
**propose** [1] - 16:18
**protocol** [1] - 10:3
**provide** [1] - 27:8
**provided** [2] - 27:11, 30:25
**providing** [1] - 38:17
**PSC** [7] - 17:21, 20:11, 21:13, 27:7, 28:12, 28:14, 33:3
**pull** [1] - 25:13
**pulling** [1] - 25:14
**purposes** [1] - 14:22
**pursuant** [1] - 12:24
**push** [1] - 31:13
**put** [11] - 6:17, 14:2, 14:9, 22:18, 23:1, 28:19, 29:9, 29:13, 34:19, 36:15, 38:11
**putting** [1] - 23:24

**Q**

**quality** [1] - 15:21
**questions** [3] - 10:21, 23:18, 29:16
**quickly** [4] - 14:12, 17:18, 26:20
**quite** [3] - 11:18, 11:25, 39:1

**R**

**radar** [2] - 28:21, 28:22
**RAFFERTY** [1] - 2:3
**raise** [4] - 28:17, 30:9, 31:3, 39:6
**raised** [1] - 10:16
**random** [4] - 13:3, 13:4, 13:8
**range** [1] - 37:2
**rank** [2] - 25:13, 25:15
**RE** [1] - 1:5
**re** [2] - 12:23, 39:2
**re-discuss** [1] - 39:2
**re-review** [1] - 12:23
**reach** [1] - 14:11
**reached** [3] - 8:20, 28:16, 34:14
**reaction** [1] - 14:19
**ready** [6] - 7:1, 28:6, 35:10, 35:11, 39:7
**real** [2] - 11:24, 31:13
**really** [5] - 10:12, 12:2, 20:20, 21:5, 38:20
**reciprocal** [1] - 15:9
**recitation** [1] - 27:9
**record** [2] - 14:2, 14:9

**Recorded** [1] - 1:24
**red** [1] - 18:9
**referenced** [1] - 31:4
**referred** [1] - 29:17
**regard** [5] - 14:23,
20:21, 26:21, 28:13,
36:8
**regarding** [2] - 9:13,
10:17
**related** [2] - 16:2,
22:19
**Relating** [1] - 5:7
**relative** [2] - 28:3,
31:14
**release** [1] - 12:23
**releasing** [1] - 12:23
**remaining** [4] - 9:5,
12:5, 12:8, 12:15
**remember** [2] - 11:16,
24:9
**report** [17] - 7:20,
10:11, 10:14, 12:9,
16:22, 18:23, 25:9,
25:16, 25:25, 26:7,
26:23, 28:13, 29:12,
32:2, 35:3, 36:8
**reported** [1] - 25:23
**Reporter** [2] - 1:20,
39:19
**representation** [1] -
17:13
**represented** [1] - 22:5
**reps** [1] - 34:24
**request** [7] - 8:24, 9:2,
10:23, 18:20, 34:7,
34:8, 34:11
**requests** [1] - 11:1
**required** [1] - 6:23
**resolve** [1] - 10:22
**resonate** [1] - 30:24
**respond** [1] - 15:9
**response** [3] - 10:9,
20:13, 39:8
**responses** [1] - 22:25
**responsible** [2] -
20:24, 30:24
**resulted** [1] - 26:18
**retirement** [1] - 11:16
**review** [3] - 12:23,
13:10, 21:23
**RFAs** [2] - 19:16, 20:2
**RICHARD** [1] - 3:10
**RIG** [1] - 1:5
**RMR** [1] - 1:19
**Rob** [12] - 7:9, 13:20,
13:22, 14:25, 16:22,
19:12, 26:4, 26:5,
27:18, 33:25, 35:19,
36:8
**ROB** [1] - 4:1

**Robert** [1] - 16:11
**roll** [1] - 39:7
**rolling** [1] - 7:9
**RONQUILLO** [2] - 3:5,
3:9
**room** [3] - 7:23, 15:11,
20:9
**ROOM** [1] - 2:17
**round** [1] - 19:19
**RPR** [1] - 1:19
**RRB** [2] - 32:23, 32:24
**Rule** [1] - 5:12
**rule** [1] - 13:11
**ruled** [1] - 13:7
**ruling** [3] - 13:13,
13:14, 14:21
**running** [2] - 24:1,
38:20
**RUSNAK** [1] - 2:7
**RYAN** [1] - 4:2

## S

**SALLY** [1] - 1:12
**sampling** [2] - 13:9,
17:5
**SAN** [1] - 2:18
**Sarah** [10] - 6:5, 12:11,
12:12, 14:14, 14:15,
14:17, 14:20, 23:5,
24:14, 24:20
**SARAH** [2] - 3:19, 4:1
**satisfied** [1] - 10:24
**sausage** [1] - 7:4
**Savory** [1] - 10:18
**saw** [3] - 8:9, 14:6,
26:15
**scan** [1] - 8:16
**scanning** [4] - 7:21,
8:4, 9:6, 10:2
**Schedule** [5] - 5:8,
5:10, 5:11, 15:23,
16:3
**schedule** [8] - 9:10,
10:6, 13:11, 15:7,
15:16, 15:19, 21:10,
27:22
**scheduled** [1] - 33:14
**Scheduling** [1] - 5:13
**scheduling** [5] - 12:8,
12:14, 20:16, 34:21,
36:9
**scientifically** [1] - 13:4
**Scofield** [1] - 33:11
**scope** [4] - 10:5, 28:2,
28:9, 36:14
**Scott** [10] - 12:10,
22:9, 22:10, 24:12,
26:11, 32:13, 33:6,
35:6, 35:22, 38:15

**SCOTT** [1] - 2:15
**SEAN** [1] - 3:6
**sec** [1] - 13:21
**second** [2] - 8:12,
30:5
**see** [17] - 6:8, 6:19,
10:11, 11:12, 12:3,
14:4, 15:7, 19:11,
20:24, 21:2, 21:5,
23:23, 24:23, 26:9,
31:1, 32:23, 33:3
**seeing** [1] - 14:5
**seek** [2] - 13:11, 24:7
**sense** [1] - 37:24
**sent** [3] - 14:17, 16:14,
18:9
**sequencing** [5] -
20:19, 20:25, 25:4,
31:1, 31:15
**serve** [1] - 16:2
**Served** [2] - 5:8, 5:10
**served** [3] - 15:23,
15:25, 18:22
**service** [1] - 15:19
**set** [8] - 12:6, 22:16,
23:10, 23:14, 23:20,
29:7, 30:9, 37:12
**seven** [1] - 13:14
**SEVENTEENTH** [1] -
3:22
**shape** [1] - 10:22
**SHARON** [1] - 4:3
**SHAWN** [1] - 4:4
**shortly** [2] - 8:8, 31:10
**show** [2] - 7:7, 15:8
**SHUSHAN** [1] - 1:12
**SHUTLEDGE** [1] - 4:3
**significant** [1] - 18:11
**skin** [1] - 7:5
**slimmer** [1] - 18:7
**Slumberger** [3] - 33:3,
33:5, 33:8
**Smith** [1] - 27:11
**smoothly** [2] - 11:23,
25:8
**snuff** [1] - 30:11
**Software** [1] - 1:24
**someone** [1] - 25:15
**somewhat** [1] - 14:2,
22:23
**sorry** [2] - 14:3, 15:1
**sort** [2] - 17:7, 28:5
**sorts** [1] - 24:16
**sound** [1] - 24:14
**sounds** [4] - 20:12,
30:8, 35:11, 35:21
**SOUTH** [2] - 2:4, 3:16
**SOUTHERLAND** [1] -
3:12

**space** [1] - 9:16
**speaking** [3] - 32:5,
33:8, 33:10
**specific** [4] - 17:4,
34:6, 34:8, 34:11
**specifically** [2] -
10:17, 28:6
**SPILL** [1] - 1:5
**STACK** [1] - 5:2
**stand** [3] - 19:10,
24:18, 36:2
**standing** [2] - 7:1,
15:3
**STARDLEY** [1] - 4:4
**start** [6] - 21:2, 24:1,
25:3, 31:15, 37:8,
38:21
**started** [3] - 8:16,
17:4, 26:4
**State** [1] - 2:19
**state** [1] - 10:22
**States** [32] - 14:23,
15:9, 15:17, 15:24,
16:2, 16:6, 16:10,
17:8, 21:14, 21:15,
22:1, 22:10, 22:15,
24:4, 24:20, 25:12,
25:17, 26:12, 26:17,
32:4, 32:13, 34:2,
34:13, 34:15, 34:17,
35:4, 35:5, 35:7,
36:3, 36:25, 38:16,
38:18
**states** [1] - 7:16
**STATES** [3] - 1:1,
1:13, 5:14
**States'** [1] - 32:2
**Statoil** [4] - 33:14,
33:21, 33:22, 34:3,
34:14, 37:24
**status** [1] - 12:7
**STATUS** [1] - 1:11
**stay** [1] - 28:23
**stayed** [1] - 28:21
**staying** [1] - 28:16
**Stenography** [1] -
1:24
**steps** [1] - 12:8
**STERBCOW** [2] -
2:10, 2:10
**STEVE** [1] - 2:15
**stick** [1] - 11:4
**still** [7] - 9:6, 9:8, 9:14,
16:18, 24:7, 36:9,
36:13
**Stipulations** [1] - 5:4
**stipulations** [3] - 12:3,
12:5, 39:11
**straightforward** [1] -
32:8

**Street** [1] - 1:21
**STREET** [9] - 2:4,
2:11, 2:21, 3:3, 3:7,
3:13, 3:19, 3:22,
3:25
**stumbled** [1] - 12:1
**stunned** [1] - 33:4
**subject** [1] - 31:15
**sufficient** [2] - 22:17,
23:23
**suggest** [1] - 28:24
**suggested** [2] - 13:14,
30:2
**SUITE** [7] - 2:5, 2:12,
3:3, 3:7, 3:11, 3:14,
3:22
**summer** [1] - 18:5
**summer-do** [1] - 18:5
**supplement** [1] - 8:25
**supposed** [1] - 36:4
**surfaces** [1] - 7:21
**SUSAN** [2] - 1:19,
39:22
**Susan** [2] - 39:19,
39:23
**susan_zielie@laed.
uscourts.gov** [1] -
1:22

## T

**tackle** [1] - 20:18
**tag** [1] - 32:12
**talcum** [1] - 8:15
**task** [1] - 11:22
**team** [3] - 14:11, 32:12
**telephone** [3] - 6:4,
6:19, 23:18
**TELEPHONICALLY**
[1] - 4:1
**ten** [1] - 36:5
**terms** [4] - 14:14,
19:19, 20:2, 30:23
**terrible** [1] - 18:16
**terrific** [2] - 27:15,
39:4
**test** [4] - 6:8, 6:10,
8:16, 13:5
**thanked** [1] - 29:1
**THE** [112] - 1:2, 1:5,
1:6, 1:12, 6:3, 6:7,
6:11, 6:14, 7:12,
7:16, 7:19, 8:1, 8:12,
9:19, 9:24, 10:1,
10:7, 10:10, 11:2,
11:6, 11:8, 11:11,
11:15, 11:18, 11:25,
12:12, 12:19, 13:17,
13:22, 14:25, 15:2,
15:6, 15:14, 16:21,

17:19, 18:4, 18:8, 18:16, 18:19, 18:23, 19:1, 19:9, 19:15, 20:15, 22:6, 22:9, 22:13, 23:3, 23:11, 23:19, 24:8, 24:14, 24:18, 24:23, 24:25, 25:14, 25:16, 25:19, 26:2, 26:8, 26:16, 27:1, 27:3, 27:15, 28:11, 28:19, 29:1, 29:9, 29:12, 29:19, 29:23, 29:25, 30:8, 30:13, 30:16, 30:20, 31:13, 31:20, 31:24, 32:9, 32:19, 32:22, 33:2, 33:13, 33:17, 33:19, 33:22, 34:10, 34:18, 35:1, 35:3, 35:13, 35:15, 35:18, 35:23, 35:25, 36:7, 36:15, 36:18, 36:22, 37:6, 37:11, 37:18, 37:21, 37:25, 38:5, 38:8, 38:20, 38:25, 39:4, 39:9, 39:13
**thereafter** [1] - 31:10
**they've** [3] - 21:22, 32:15, 32:25
**thinking** [2] - 21:7, 21:20
**third** [1] - 37:16
**THOMAS** [1] - 2:3
**three** [3] - 6:13, 7:16, 13:23
**throughs** [1] - 17:4
**timing** [1] - 25:4
**today** [13] - 7:10, 8:17, 15:17, 15:19, 15:25, 23:8, 23:16, 26:7, 30:2, 30:7, 33:11, 35:11, 37:13
**together** [2] - 31:19, 36:1
**TOLLES** [1] - 3:15
**Tom** [1] - 26:13
**Tony** [5] - 22:2, 23:7, 24:8, 24:10, 25:1
**took** [1] - 16:17
**top** [2] - 9:2, 12:1
**topic** [11] - 16:13, 16:14, 16:20, 16:24, 18:12, 19:2, 20:22, 21:1, 21:22, 21:24
**topics** [17] - 16:7, 17:22, 17:23, 18:13, 20:19, 21:17, 22:18, 22:20, 22:22, 23:2, 23:25, 24:5, 24:7, 25:2, 26:19, 28:1,

28:7
**touch** [1] - 34:23
**track** [1] - 8:19
**tracked** [1] - 18:12
**transcript** [1] - 39:20
**Transcription** [1] - 1:24
**Transocean** [2] - 34:21, 34:22
**tried** [2] - 17:7, 34:2
**try** [4] - 6:20, 10:25, 14:11, 24:16
**trying** [2] - 19:21, 32:25
**Tuesday** [8] - 8:7, 8:10, 12:10, 12:13, 15:8, 38:1, 38:6, 38:12
**tweaked** [1] - 27:25
**tweaks** [1] - 17:17
**TWO** [1] - 5:3
**two** [5] - 13:15, 18:3, 18:4, 26:24, 31:22
**Two** [5] - 5:4, 12:5, 28:3, 31:6, 39:11
**two-for-one** [2] - 18:3, 18:4
**TX** [4] - 2:8, 3:8, 3:11, 3:14

## U

**UK** [1] - 34:7
**under** [2] - 34:4, 34:9
**Underhill** [1] - 25:19
**undertaken** [2] - 17:5, 21:21
**unexpected** [1] - 12:16
**unfortunately** [1] - 26:17
**UNIDENTIFIED** [1] - 18:1
**UNITED** [2] - 1:1, 1:13
**United** [34] - 14:23, 15:9, 15:17, 15:24, 16:1, 16:6, 16:10, 17:8, 21:14, 21:15, 22:1, 22:10, 22:14, 24:3, 24:20, 25:7, 25:11, 25:17, 26:11, 26:17, 32:1, 32:3, 32:13, 34:2, 34:12, 34:15, 34:16, 35:4, 35:5, 35:6, 36:3, 36:25, 38:15, 38:18
**unlike** [1] - 34:6
**UP** [1] - 5:3
**up** [22] - 6:15, 7:2, 9:11, 12:15, 14:7,

17:21, 19:21, 20:6, 22:13, 22:18, 23:1, 23:24, 24:22, 25:6, 26:3, 27:16, 30:7, 30:11, 32:1, 32:11, 32:20, 36:19
**up-to-date** [1] - 24:22
**update** [1] - 12:7, 13:18
**updates** [1] - 8:19
**upload** [1] - 31:8
**US** [4] - 2:14, 12:7, 15:21, 32:10

## V

**vacate** [1] - 28:23
**variables** [1] - 21:10
**variety** [1] - 9:7
**various** [3] - 8:23, 9:3, 13:6
**views** [1] - 8:23
**visits** [1] - 6:22

## W

**wait** [2] - 12:12, 25:1
**waiting** [2] - 9:14, 9:17
**wants** [1] - 25:9
**Ward** [1] - 31:5
**warm** [1] - 6:12
**WASHINGTON** [2] - 3:20, 3:25
**Weatherford** [1] - 35:25
**Wednesday** [1] - 38:1
**weeds** [1] - 19:24
**week** [16] - 6:23, 8:20, 19:25, 20:7, 23:17, 25:23, 26:14, 26:20, 26:24, 27:9, 31:9, 31:14, 32:7, 33:1, 35:1, 37:20
**weeks** [4] - 17:6, 32:18, 33:12, 37:3
**weight** [1] - 18:6
**welcome** [2] - 15:6, 30:16
**WHITELY** [1] - 2:20
**Wide** [1] - 36:19
**Wild** [2] - 27:11, 27:14
**WILLIAMSON** [11] - 2:7, 2:7, 27:6, 29:4, 29:16, 29:21, 29:24, 30:4, 30:12, 30:15, 33:5
**Williamson** [1] - 27:6
**witness** [2] - 35:13
**witness's** [2] - 21:10, 31:16

**witness-for-witness** [1] - 35:13
**witnesses** [8] - 20:25, 21:1, 22:18, 25:2, 31:17, 35:8, 38:17, 39:2
**Woods** [2] - 36:8, 36:18
**wording** [2] - 17:17, 19:19
**World** [1] - 36:19
**wrapped** [1] - 12:15
**writing** [1] - 18:17
**written** [1] - 9:15

## Y

**year** [2] - 9:16, 9:20
**yesterday** [5] - 8:17, 14:17, 18:10, 18:22, 20:5
**YOAKUM** [1] - 2:8
**York** [2] - 19:4, 30:21
**YORK** [5] - 3:9, 19:4, 30:19, 30:21, 31:17
**yourself** [1] - 6:6

## Z

**ZIELIE** [2] - 1:19, 39:22
**Zielie** [2] - 39:19, 39:23