UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | : | |
| *All Cases* | : | JURY TRIAL DEMANDED |
| | : | |

. .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . .  . .   . . .

### CAMERON INTERNATIONAL CORPORATION'S MOTION FOR LEAVE TO FILE BRIEFS REGARDING PURE STIGMA CLAIMS, BP DEALER CLAIMS AND RECREATION CLAIMS

Cameron International Corporation ("Cameron") requests leave to file the attached briefs regarding Pure Stigma, BP Dealer and Recreation Claims.  Pursuant to this Court's Order of June 12, 2012, R.Doc. 6657, such briefs were to be filed by July 11, 2012. Cameron inadvertently did not file its briefs by this deadline.

The PLC has advised that the Plaintiffs have no objection to Cameron's filing of the attached briefs beyond the July 11, 2012 deadline.  Cameron therefore respectfully requests entry of an Order granting it leave to file the attached briefs.

1098926v.1

Respectfully Submitted,

David J. Beck, T.A.
     dbeck@brsfirm.com
Joe W. Redden, Jr.
     jredden@brsfirm.com
David W. Jones
     djones@brsfirm.com
Geoffrey Gannaway
     ggannaway@brsfirm.com

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
     pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
     cbertaut@stonepigman.com
Jared Davidson, 32419
     jdavidson@stonepigman.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 Mckinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cameron International Corporation's Motion for Leave to File Briefs Regarding Pure Stigma Claims, BP Dealer Claims and Recreation Claims has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of July, 2012.

/s/ Phillip A. Wittmann
Phillip A. Wittmann

- 2 -

1098926v.1