UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | : | |
| *All Cases* | : | JURY TRIAL DEMANDED |
| | : | |

. . . .   . . . .   . . . .   . . . .   . . . .   . . . .   . . . .   . . . .   . . . .   . . . .   . . . .   . . . .   . . . .

**<u>ORDER</u>**

Considering the foregoing Motion of Cameron International Corporation for Leave to File Briefs Regarding Pure Stigma Claims, BP Dealer Claims and Recreation Claims;

**IT IS ORDERED** that the Motion be and the same hereby is **GRANTED.**

Defendant, Cameron International Corporation is hereby granted leave to file its Briefs Regarding Pure Stigma, BP Dealer and Recreation Claims.

New Orleans, Louisiana, this _____ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 1 -

1098929v.1