UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig          *    MDL NO. 2179
       "Deepwater Horizon" in the        *
       Gulf of Mexico, on April 20, 2010  *    SECTION: J
                                          *
                                          *
                                          *
                                          *
       This Document Relates To:          *    JUDGE BARBIER
       Case No. 2:10-cv-4193              *
                                          *    MAGISTRATE JUDGE SHUSHAN
                                          *
* * * * * * * * * * * * * * * * * * * * * *

## NOTICE TO THE COURT

NOW INTO COURT, the undersigned counsel and the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and hereby gives Notice unto the Honorable Court of the following:

1. On or about August 3, 2010, Robyn Hill retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to her oil spill case.

2. On August 26, 2010, the undersigned filed a complaint in the United States District Court for the Southern District of Alabama styled *Robyn Hill v. BP, plc et al.*, Case 1:10-cv-00471-CG-N.

3. On November 4, 2010, the aforementioned lawsuit was transferred to the United States District Court for the Eastern District of Louisiana, EDLA Sec. J/1, 10-4193.

4. On March 23, 2011, the undersigned filed a Short Form Joinder on behalf of Robyn Hill, Doc # 25305.

5. On May 29, 2012, the parties terminated their relationship.

6. On July 10, 2012, a Motion to Withdraw was filed with the court and an Order granting same was subsequently entered on July 11, 2012, Doc # 6872.

7. Ms. Robyn Hill's current address and phone number is: 1033 Tampa Avenue, Foley, Alabama 36535; (251) 978-8402.

8. Ms. Hill has been made aware of all deadlines and pending court appearances.

New Orleans, Louisiana this the 12th day of July, 2012.

                                                    Respectfully submitted by,

                                                    /s/Jere L. Beasley
                                                    Jere L. Beasley (BEASJ1981)
                                                    Rhon E. Jones (JONE7747)
                                                    John E. Tomlinson (TOML4095)
                                                    J. Parker Miller (MILLJ7363)
                                                    jere.beasley@beasleyallen.com
                                                    rhon.jones@beasleyallen.com
                                                    john.tomlinson@beasleyallen.com
                                                    parker.miller@beasleyallen.com

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

  I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via Certified US Mail, postage prepaid and properly addressed, on the others listed below this the 12th day of July, 2012.

  Ms. Hill has been made aware of all deadlines and pending court appearances.

Ms. Robyn Hill
1033 Tampa Avenue
Foley, Alabama 36535
(251) 978-8402

                          /s/ J. Parker Miller
                          Of Counsel