UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Payment of Reasonable Costs of BP Institute in Responding to Subpoena]**

The United States has issued a Fed. R. Civ. Pro. 30(b)(6) notice of deposition to the BP Institute. The Institute has requested that the United States pay the Institute's costs in responding to the subpoena.

As per the undersigned's prior order regarding the response to subpoena by Woods Hole Research Center;

IT IS ORDERED that the United States pay the reasonable costs incurred by the BP Institute in responding to the subject subpoena.

New Orleans, Louisiana, this 12th day of July, 2012.

SALLY SHUSHAN
**United States Magistrate Judge**