UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig<br>"Deepwater Horizon"<br>in the Gulf of Mexico,<br>on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>All Cases<br>_____/ | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

PLAINTIFFS' MOTION TO VACATE
PRELIMINARY APPROVAL ORDER
[As to the Proposed Economic and Property Damages Class Action Settlement]

Plaintiffs, Pinellas Marine Salvage, Inc. and John Mavrogiannis, by and through their undersigned counsel, hereby file their Motion to Vacate Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement], Rec. Doc. 6418 dated May 2, 2012, for the reasons set out in Plaintiffs' Memorandum in Support of Their Motion to Vacate Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement] filed concurrently herewith.

DATED: July 13, 2012

Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of July, 2012.

                                                  **/s/ Brian J. Donovan**
                                                  Brian J. Donovan
                                                  Attorney for Plaintiffs
                                                  Florida Bar No. 143900
                                                  3102 Seaway Court, Suite 304
                                                  Tampa, FL 33629
                                                  Tel: (352)328-7469
                                                  BrianJDonovan@verizon.net