## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | CIVIL ACTION NO. 2:10-MD-02179 |
| | | SECTION:  J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |

Applies to: All cases in B3 Pleading Bundle

**************************************************************************

## PLAINTIFF MALCOLM COCO'S MOTION TO SUPPLEMENT HIS MEMORANDUM IN OPPOSITION TO NALCO'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Malcolm Alphonse Coco, to request that his undersigned counsel be permitted to file a Supplemental Memorandum to his Opposition (#6705; June 18, 2012) to NALCO's Motion For Summary Judgment (#6541; filed May 18, 2012)

The Supplemental Memorandum is to bring this Court's attention to an important document generated by the EPA regarding butoxyethanol and Corexit, which undersigned counsel discovered yesterday. It is directly relevant to the matters at issue in NALCO's Motion and Coco's Opposition.

Respectfully submitted,
*/s/ Daniel E. Becnel, Jr.*          
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
dbecnel@becnellaw.com
Attorney for Plaintiff in:
*Malcolm Alphonse Coco v BP et al;* 11-cv-946

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of July, 2012.

<em>/s/ Daniel E. Becnel, Jr.</em>