**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte  500 Camp St., Room C-151
Clerk  New Orleans, LA 70130

July 11, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit   APPEAL NO. 12-30136
200 South Maestri Street
New Orleans, LA 70130

IN RE: In Re: Oil Spill by the Oil Rig Deepwater Horizon MD 10-2179 'J'

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   \_\_\_\_ 1) Record on appeal consisting of:

      \_\_ Volume(s) of record    \_\_ Volume(s) of transcript

      \_\_\_ Volume(s) of depositions

      \_\_\_ Container(s) of exhibits\_\_\_ Box \_\_\_ Envelope \_\_ Folder

   _X_ 2) Supplemental record  **Supp #9 (consist of 2 transcript volumes)**

   \_\_\_ 3) SEALED Doc. \_\_\_\_

   \_\_\_ 4) Other:_____

Very truly yours,

By\_\_\_\_MMV_____
Deputy Clerk