**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JULY 16, 2012**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**     "Deepwater Horizon" in the Gulf     of Mexico, on April 20, 2010 | **MDL NO. 2179**  SECTION J |
| **This document relates to:** *STATE OF VERACRUZ, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4239; STATE OF TAMAULIPAS, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4240; STATE OF QUINTANA ROO, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4241* | **JUDGE BARBIER**  **MAGISTRATE JUDGE SHUSHAN** |

A telephone discovery conference was held this date.

Participating:  Enrique Serna, Andrew Langan, Alan York, Steve Roberts, Amber Shushan, Bruce Bowman, Catherine Fitzpatrick and Beth Larsen.

The next telephone conference is scheduled for **Tuesday, July, 24, 2012 at 9:30 a.m.**

New Orleans, Louisiana, this 16th day of July, 2012.

_____
SALLY SHUSHAN
U.S. MAGISTRATE JUDGE

MJSTAR 00:50