UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DuWAYNE MASON** | * | **NO. 2:11-cv-00826(J)(1), c/w MDL No. 2179** |
| | * | |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| | * | |
| **SEACOR MARINE, LLC** | * | **MAGISTRATE JUDGE SALLY SHUSHAN** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEVER CLAIM FROM "DEEPWATER HORIZON MDL" AND TO SET SCHEDULING CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, DuWayne Mason, and, for the reasons outlined in the accompanying supporting memorandum, respectfully requests that this case be severed from the Deepwater Horizon MDL based upon the fact that there is no longer any justification for this matter being associated with that MDL, and placing this case on the Court's trial calendar; in connection with the instant motion, undersigned counsel has spoken with counsel for the Plaintiffs' Steering Committee in the MDL and has been authorized to represent to the Court that the PSC has **no objection**

to the granting of this motion; however, counsel for Seacor, the only defendant in the above-captioned case, **objects** to the instant motion.

| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
|---|---|
| I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via e-mail (or, if required by the Clerk, by placing same in the U.S. Mail, postage pre-paid) this 16th day of July, 2012.<br><br>/s/Scott E. Silbert | SILBERT & GARON, L.L.P.<br><br>/s/Scott E. Silbert<br>SCOTT E. SILBERT (12068)<br>909 Poydras Street, Suite 2130<br>New Orleans, LA 70112<br>Telephone: 504-581-6200<br>Telecopier: 504-584-5270<br>scott@silbertgaron.com |