UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DuWAYNE MASON** | * | **NO. 2:11-cv-00826(J)(1), c/w MDL No. 2179** |
| | * | |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| | * | |
| **SEACOR MARINE, LLC** | * | **MAGISTRATE JUDGE SALLY SHUSHAN** |

* * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the motion to sever claim from "Deepwater Horizon MDL and to set scheduling conference, filed by DuWayne Mason, be heard on the 1st day of August, 2012, at 9:30 a.m., before Judge Carl Barbier, in Room C268, Hale Boggs Federal Building, 500 Camp Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via e-mail (or, if required by the Clerk, by placing same in the U.S. Mail, postage pre-paid) this 16th day of July, 2012. | SILBERT & GARON, L.L.P. |
| /s/Scott E. Silbert | /s/Scott E. Silbert<br>SCOTT E. SILBERT (12068)<br>909 Poydras Street, Suite 2130<br>New Orleans, LA 70112<br>Telephone: 504-581-6200<br>Telecopier: 504-584-5270<br>scott@silbertgaron.com |