UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DuWAYNE MASON** | * | **NO. 2:11-cv-00826(J)(1), c/w MDL No. 2179** |
| | * | |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| | * | |
| **SEACOR MARINE, LLC** | * | **MAGISTRATE JUDGE SALLY SHUSHAN** |
| | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## REQUEST FOR ORAL ARGUMENT

Plaintiff, DuWayne Mason, respectfully requests that this Honorable Court grant oral

argument on the foregoing motion to sever in order to address the objections defendant will

be asserting in opposition to the motion to sever.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via e-mail (or, if required by the Clerk, by placing same in the U.S. Mail, postage pre-paid) this 16ᵗʰ day of July, 2012.

\_\_\_\_\_/s/Scott E. Silbert_____

Respectfully submitted,

SILBERT & GARON, L.L.P.

\_\_\_\_\_/s/Scott E. Silbert_____
SCOTT E. SILBERT (12068)
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200
Telecopier: 504-584-5270
scott@silbertgaron.com