UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DuWAYNE MASON** | * | NO. 2:11-cv-00826(J)(1), c/w MDL No. 2179 |
| | * | |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| | * | |
| **SEACOR MARINE, LLC** | * | **MAGISTRATE JUDGE SALLY SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

**WHEREFORE,** it is hereby ordered that plaintiff's request for oral argument be granted.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE