MINUTE ENTRY
BARBIER, J.
July 13, 2011
JS-10: 140 minutes.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179  SECTION: J  JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**              **COURT REPORTER:**
**STEPHANIE KALL**                 **CATHY PEPPER**

**FRIDAY, JULY 13, 2012 9:30 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

## STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly discussed recently-issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

BP Counsel Andy Langan reported on the status of cases before various state courts.

BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.

1

**BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery. Phase I discovery is closed, with limited exceptions. Scheduling of Phase II discovery is underway.**

**BP Counsel Andy Langan reported on the status of the Insurance Coverage Cases. BP appealed the Court's Rule 54(b) Partial Final Judgment in Case Nos. 11-274 and 11-275.**

**BP Counsel Rob Gasaway reported on issues relating to the custody, preservation, and inspection of the blowout preventer and the capping stack.**

**Plaintiffs' Counsel Jim Roy reported on the status of the PSC Settlements with BP.**

**Lance Lubel, Counsel for Plaintiff Buddy Trahan, and Cory Itkin, Counsel for Plaintiff Rhonda Burkeen, discussed their Motions to Remand (currently stayed by PTO 15). BP Counsel Andy Langan responded.**

**BP Counsel Andy Langan discussed the status of claims not resolved by settlement, summary judgment, or stipulation. Pursuant to the Court's Order (Rec. Doc. 6657), motions to dismiss were filed respecting pure stigma claims, BP dealer claims, and recreation claims.**

**The Court called for any objections to Motions for Leave to File Short Form Joinders after Monition Date. Transocean Counsel Kerry Miller reported Transocean did not object. Hearing no further objections, the Court GRANTED the Motions. (Rec. Docs. 5580, 5587, 5647, 5659, 5795, 5797, 5826, 5830, 5837, 5838, 5840, 5845, 5876, 5877, 5882, 5883, 5886, 5888, 5890, 5901, 5903, 5905, 5906, 5909, 5916, 5917, 5925, 5932, 5934, 5941, 5942, 5947, 5953, 5954, 5980, 6033, 6047, 6062, 6088, 6102, 6124, 6158, 6159, 6194, 6206, 6210, 6256, 6258, 6260, 6305, 6313, 6354, 6357, 6440, 6455, 6502, 6519, 6520, 6558, 6570, 6571, 6572, 6584, 6589, 6606, 6608, 6627, 6678, 6680, 6879, 6881).**

**The Court heard oral argument on Liberty Insurance Underwriters, Inc.'s Motion for Judgment on the Pleadings (Rec. Doc. 6531) (Ref: C.A. 12-311). Chris Martin argued for Liberty. Mitchell Auslander argued for the Respondent, Cameron. The Court took the Motion UNDER ADVISEMENT.**

**The Court heard oral argument on Motions for Summary Judgment in the B3 Pleading Bundle by Nalco and the Clean Up Responder Defendants (Rec. Docs. 6545 (Joint Memorandum), 6536, 6538, 6541, 6546, 6547, 6551, 6553, 6557, 6559, 6597). Michael Lyle argued on behalf of the Clean Up Responder Defendants. Alan Weigel argued on behalf of Marine Spill Response Corp. Carter Marshall argued on behalf**

of Lynden Inc.  Mary Rose Alexander argued on behalf of Nalco.  Robin Greenwald argued for the Plaintiffs' Steering Committee.  The Court took the Motions UNDER ADVISEMENT.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

The Status Conference ended at 11:50 .

The next status conference will be held on August 17, 2012 at 9:30 a.m.

ATTORNEYS: See attached list.

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–July 13, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | " |
| Bruce Bowman | 214-939-8679 | " |
| Deb Kuchler | 504-592-0691 | Anadarko |
| Ky Kirby | 202-373-6795 | Anadarko |
| Andy Langan | 312-862-2000 | BP |
| Rich Godfrey | " | BP |
| Mike Brock | | BP |
| Don Haycraft | | BP |
| Buddy Caldwell | (225)326-6769 | (illegible) |
| Allen Kanner | " " | " |
| Luther Strange | 334-242-7401 | Alabama |
| Corey Maze | " | Alabama |
| Phil Wittmann | 581-3200 | CAMERON |
| David Jones | 713-951-3700 | Cameron |
| Steve O'Rourke | 202-514-2779 | USA |
| Stephen Flynn | 202-616-4070 | USA |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–July 13, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| MIKE UNDERHILL | 415-436-6648 | US |
| Jim Roy | | PSC |
| Mike Brock | 3347979578 | BP |
| Steve Herman | (504) 581-4892 | Plaintiffs |
| Don Haycraft | 561-7979 | BP |
| Kerry Miller | 599 8194 | T O |
| Steve Roberts | | T O |
| Rod Brian | | T O |
| Ted Tsekerdy | | O'Brien's / NRC |
| Mike Lyle | | C [?] |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–July 13, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| LANCE LUBEL | 713-284-5200 | Buddy Trahan |
| John Funderburk | 713-515-7815 | M-I |
| Hugh Tanner | 713-890-5000 | M-I |
| Gainsburgh Benjamin | 504-522-2304 | |
| Jimmy Williamson | 713-223-3330 | PSC |
| Giovanna Faybo | 212.333.3816 | BP |
| Douglas Kraus | 504 228 8697 | La AG |
| Megan Terrell | 504 228 8697 | La AG |
| Scott Soole | 504 585 7000 | Core |
| Ray Waid | 504 679 5509 | CleanTank LLC |
| Mary Rose Alepwd | 312-860-5955 | Nalco |
| Tom Hewson | 312 876 6584 | " |
| H. Carter Marsnal | 504-251-3932 | Lynden Inc |
| Ави Latito | 985-249-6800 | claimants |
| Erin Gonzales | 305 476 7400 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–July 13, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Mike Sample | 703-887-2269 | MSRC |
| Matt Lundy | 337-439-0707 | PSC |
| Chris L. Williams | 504.525.5247 | PSC |
| CHRIS HANNAN | 504-566-8612 | UNDERWRITERS |
| Andrew W. Homer | 713.276.7654 | MOEX |
| Michael Cancetsi | 504 561 0400 | Dynamic Aviation |
| Soren Gisleson | 504-581-4892 | PSC |
| Jenny Martinez | 214.939.4620 | Halliburton |
| Paul Sterbcow | 588 1500 | PSC |
| DANIEL E. BECNEL JR | 504 400 6501 | TT'a Atty |
| Mike Espy | 601 613-1612 | PSC cL |
| James Bilsborrow | 773-934-4930 | PSC |
| Mitchell Auslander | 212-728-8201 | Cameron |
| Douglas Mishkin | 212-728-8806 | Cameron |
| Jeff Breit | 757-615-8382 | PSC |
| ROBERT CUNNINGHAM | 251 471 6191 | PSC |
| MARTY MCLEOD | 584-9212 | TO Excess UWRS |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference – July 13, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Alison Battiste | 214-939-4460 | Halliburton |
| John Galloway | 504-525-6802 | Tiger Rentals |
| Jeremy Grabill | 212-310-8717 | O'Brien's/NRC |
| Judy Barrasso | 504-589-9700 | Liberty IU |
| Cassie Giarrusso | 504-589-9700 | Liberty IU |
| Alan Weigel | 212-885-5350 | MSRC |
| Christopher W Martin | 713-632-1701 | Liberty IU |
| Duke Williams | 985-876-2595 | PSC |
| Allen Gressett | 769-234-6044 | PSC |
| Steven Toups | 409-838-0101 | Π Att Bernard+ Agro, et al |
| Shaun Hodge | 409-763-3260 | Jodi SeaFood |
| George E. Crow | 281-391-9275 | Lane Aviation |
| Stuart Asher | 214-922-7000 | Observer |
| Sam Rosamond | 504-566-1933 | |
| Anna Brown | 985-502-6069 | Intern J. Triche Milazzo |
| Tom Thornhill | 985-641-5010 | PSC |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–July 13, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Carmelite Bertaut | 581-3200 | Cameron |
| Patrick E. O'Keefe | 585-7676 | O'Brien's/NRC |
| Phil Cossich | 394-9000 | PSC |
| Tripp Segars | 601-607-3456 | Anchor Seafood |
| John deGravelle | 225 844 3781 | PSC |
| John Robert | 5045857000 | Core Industries |
| Frank Petosa | 954/318-0268 | PSC |
| Marc Florman | 504-214-9741 | Intern for Judge Milazzo |
| Cory Itkin | 713-222-3800 | Burkeen |
| Meredith Durham | 410-517-8445 | PSC |
| Gary Hemphill | 584-8222 | SEACOR |
| Gary | 607 3456 | Mid South |
| Devin Reid | 581-7979 | BP |
| Elizabeth Cabraser | 415 806 2100 | PSC |
| Wmfred Sinclair | 334-353-9110 | Alabama |
| John Baden | 843-216-9124 | PSC |
| Joel Rice | 843-216-9000 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–July 13, 2012

## PLEASE PRINT

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| Jeff Keiser | 504-210-7325 | PSC |
| Brett Powers | 337-494-0599 | TI |
| Gina Pace | 703-326-5628 | MSRC |
| Scott Summy | 214-384-1913 | PSC |
| Jim Engel | 609-287-1773 | LM |
| Rhon Jones | 334 451 0307 | PSC |
| Robin Greenwald | 917 543 8572 | PSC |
| Chris Rainey | 985-876-7595 | TI |
| Mark Sofer | 504-595-3371 | N/A |
| Gay Putrin | 917-868-1366 | BP |
| Tavia Kelly | 713-225-1889 | BP |
| Grayon Noecis | 432-978-4742 | BP |
| R. GASAWAY | 202-879-5175 | BP |
| Clay Garside | 504 254-4400 | TI |
| Don Velly | 504-566-8833 | Penetone |
| Erika Heyan | 919 801 795 | PSC |
| Brian Marks | 985-855-0223 | U. of AZ |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–July 13, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ryan Babiuch | 312 862 7003 | BP |
| Jed M. Mertaya | 337 272 0388 | ASI |
| M_ Cohn | (305) 804-5892 | SKN |
| Sean Brady | 504-569-0235 | DRC |
| BRYAN SILL | 630-305-2560 | NALCO |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–July 13, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Katie Cusimano | 483-1388 | Gonzales |
| Kevin R. Tully | 593.4237 | IAR |