```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2
    ***********************************************************
 3

 4  IN RE:  OIL SPILL BY THE          Docket No. MDL-2179
    OIL RIG DEEPWATER HORIZON         New Orleans, Louisiana
 5  IN THE GULF OF MEXICO ON          Friday, June 1, 2012
    APRIL 20, 2010
 6  CIVIL

 7
    ***********************************************************
 8
        TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
 9         HEARD BEFORE THE HONORABLE SALLY SHUSHAN
             UNITED STATES MAGISTRATE JUDGE
10

11  APPEARANCES:

12  FOR THE PLAINTIFFS:            HERMAN, HERMAN, KATZ & COTLAR, LLP
                                   BY:  STEPHEN J. HERMAN, ESQ.
13                                 820 O'Keefe Avenue
                                   New Orleans, LA 70113
14

15                                 LEVIN PAPANTONIO THOMAS MITCHELL
                                   RAFFERTY & PROCTOR
16                                 BY:  BRIAN H. BARR, ESQ.
                                   316 South Baylen Street, Suite 600
17                                 Pensacola, FL 32502

18
                                   LEWIS KULLMAN STERBCOW & ABRAMSON
19                                 BY:  PAUL M. STERBCOW, ESQ.
                                   601 POYDRAS STREET, SUITE 2615
20                                 NEW ORLEANS, LA 70130

21
                                   WILLIAMSON & RUSNAK
22                                 BY:  JIMMY WILLIAMSON, ESQ.
                                   4310 Yoakum Blvd.
23                                 Houston, TX 77006

24

25
```

```
 1                                    IRPINO LAW FIRM
                                      BY:  ANTHONY IRPINO, ESQ.
 2                                    2216 Magazine St.
                                      New Orleans, LA 70130
 3

 4   FOR MDL 2185:                    MITHOFF LAW FIRM
                                      BY:  WILLIAM J. STRADLEY, SR., ESQ.
 5                                    One Allen Center - Penthouse
                                      500 Dallas Street
 6                                    Houston, TX 77002

 7

     FOR THE STATE OF LOUISIANA:      KANNER & WHITELEY
 8                                    BY:  DOUGLAS R. KRAUS, ESQ.
                                      701 CAMP STREET
 9                                    NEW ORLEANS, LA 70130

10

     FOR THE STATE INTERESTS:         ATTORNEY GENERAL OF ALABAMA
11                                    BY:  COREY L. MAZE, ESQ.
                                           WILLIAM SINCLAIR, ESQ.
12                                    500 Dexter Ave.
                                      Montgomery, AB 36130
13

14   FOR THE UNITED STATES
     DEPARTMENT OF JUSTICE:           U.S. DEPARTMENT OF JUSTICE
15                                    TORTS BRANCH, CIVIL DIVISION
                                      BY:  R. MICHAEL UNDERHILL, ESQ.
16                                         SARAH D. HIMMELHOCH, ESQ.
                                      450 Golden Gate Ave.
17                                    7th Floor, Room 5395
                                      San Francisco, CA 94102
18

19                                    U.S. DEPARTMENT OF JUSTICE
                                      ENVIRONMENTAL ENFORCEMENT SECTION
20                                    BY:  STEVEN O'ROURKE, ESQ.
                                           SCOTT CERNICH, ESQ.
21                                         A. NATHANIEL CHAKERES, ESQ.
                                           ABIGAIL ANDRE, ESQ.
22                                         STEVEN FLYNN, ESQ.
                                      P.O. Box 7611
23                                    Washington, DC 20044

24

25
```

```
 1   FOR BP AMERICA INC., BP
     AMERICA PRODUCTION COMPANY,
 2   BP COMPANY NORTH AMERICA,
     INC., BP CORPORATION NORTH
 3   AMERICA, INC., BP EXPLORATION &
     PRODUCTION INC., BP HOLDINGS
 4   NORTH AMERICA LIMITED, BP
     PRODUCTS NORTH AMERICA INC.:      LISKOW & LEWIS
 5                                     BY:  DON K. HAYCRAFT, ESQ.
                                       One Shell Square, Suite 5000
 6                                     701 Poydras St.
                                       New Orleans, LA 70139
 7
 8                                     KIRKLAND & ELLIS
                                       BY:  J. ANDREW LANGAN, ESQ.
 9                                          MARK J. NOMELLINI, ESQ.
                                            RYAN S. BABIUCH, ESQ.
10                                     300 N. LaSalle
                                       Chicago, IL 60654
11
12                                     KIRKLAND & ELLIS
                                       BY:  ROBERT R. GASAWAY, ESQ.
13                                          MICHAEL A. PETRINO, ESQ.
                                            JOSEPH A. EISERT, ESQ.
14                                          ADITYA BAMZAI, ESQ.
                                            JEFFREY B. CLARK, ESQ.
15                                     655 Fifteenth St., N.W.
                                       Washington, D.C. 20005
16
17
     FOR HALLIBURTON
18   ENERGY SERVICES, INC.:           GODWIN RONQUILLO
                                       BY:  DONALD E. GODWIN, ESQ.
19                                          STEFANIE K. MAJOR, ESQ.
                                            SEAN W. FLEMING, ESQ.
20                                          LAUREN L. MITCHELL, ESQ.
                                       Renaissance Tower
21                                     1201 Elm Street, Suite 1700
                                       Dallas, TX 75270
22
23                                     GODWIN RONQUILLO
                                       BY:  R. ALAN YORK, ESQ.
24                                          GWEN E. RICHARD, ESQ.
                                       4 Houston Center
25                                     1331 Lamar, Suite 1665
                                       Houston, TX 77010
```

```
 1

 2    FOR CAMERON INTERNATIONAL
      CORPORATION:                      BECK REDDEN & SECREST
 3                                      BY:  DAVID JONES, ESQ.
                                             THOMAS GANUCHEAU, ESQ.
 4                                      One Houston Center
                                        1221 McKinney Street, Suite 4500
 5                                      Houston, TX 77010-2010

 6
      FOR ANADARKO PETROLEUM
 7    CORPORATION, ANADARKO E&P
      COMPANY, LP:                      KUCHLER POLK SCHELL WEINER &
 8                                      RICHESON
                                        BY:  SARAH E. IIAMS, ESQ.
 9                                      1615 Poydras Street, Suite 1300
                                        New Orleans, LA 70112
10

11                                      BINGHAM McCUTCHEN
                                        BY:  WARREN A. FITCH, ESQ.
12                                      2020 K Street, N.W.
                                        Washington, D.C. 20006
13

14    FOR M-I, LLC:                     MORGAN LEWIS
                                        BY:  STEVEN A. LUXTON, ESQ.
15                                      1000 Louisiana St., Suite 4000
                                        Houston, TX 77002-5006
16

17    FOR TRANSOCEAN HOLDINGS, LLC,
      TRANSOCEAN OFFSHORE DEEPWATER
18    DRILLING INC., AND TRANSOCEAN
      DEEPWATER
19    INC.:                             SUTHERLAND
                                        BY:  DAVID A. BAAY, ESQ.
20                                      1001 Fannin St., Suite 3700
                                        Houston, TX 77002-6760
21

22                                      MUNGER, TOLLES & OLSON
                                        BY:  GRANT A. DAVIS-DENNY, ESQ.
23                                           LUIS LI, ESQ.
                                        355 South Grand Avenue, 35th Floor
24                                      Los Angeles, CA 90071-1560

25
```

```
 1
 2                                      FRILOT
                                        BY:  DANIEL J. DYSART, ESQ.
 3                                      Energy Centre, 36th Floor
                                        1100 Poydras St.
 4                                      New Orleans, LA 70163

 5   FOR NATIONAL RESPONSE
     CORPORATION:                       MONTGOMERY BARNETT
 6                                      BY:  JEREMY D. RUSH, ESQ.
                                        3300 Energy Centre
 7                                      1100 Poydras St.
                                        New Orleans, LA 70163-3300
 8

 9   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC., SEACOR
10   HOLDINGS, INC., SEACOR
     OFFSHORE, LLC, SEACOR MARINE,
11   LLC, SEACOR WORLDWIDE, INC.,
     SEACOR MARINE, INC., SEACOR
12   MARINE INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL, INC.:      WEIL GOTSHAL & MANGES
13                                      BY:  THEODORE E. TSEKERIDES, ESQ.
                                        767 Fifth Ave.
14                                      New York, NY 10153

15

16   MARINE SPILL RESPONSE
     CORPORATION:                       BLANK ROME
17                                      BY:  ALAN M. WEIGEL, ESQ.
                                        The Chrysler Building
18                                      405 Lexington Ave.
                                        New York, NY 10174-0208
19
     ALSO PRESENT:                      SHAWN BRENNAN
20                                      JOSEPH RUSSELL

21
     OFFICIAL COURT REPORTER:           Karen A. Ibos, CCR, RPR, CRR
22                                      500 Poydras Street, Room HB-406
                                        New Orleans, LA 70130
23                                      (504) 589-7776

24

25        Proceedings recorded by mechanical stenography, transcript
     produced by computer.
```

1                                INDEX

2                                              PAGE/LINE:

3

4   BOP and Capping Stack                        8/12

5   Transocean Letter About Spare Parts          9/25

6   Halliburton Computer                         11/10

7   Phase One Update                             12/14

8   Phase Two Stipulations                       13/13

9   PSC Proposed Stipulations                    13/23

10  Transocean Proposed Stipulations             14/7

11  Phase Two Document Production                14/20

12  Document Production by Parties Other         20/7

13      than BP and the U.S.

14  Rule 30(b)(6) Notices for Deposition         22/16

15  Other Matters                                26/23

16

17

18

19

20

21

22

23

24

25

```
1                        P R O C E E D I N G S

2                        (FRIDAY, JUNE 1, 2012)

3                    (WORKING GROUP CONFERENCE)

4

5        (OPEN COURT.)

6              THE COURT:  Now, we have felt very outnumbered by all of

7     you people so we've brought on extra troops.  This is our intern

8     Spencer King, and Spencer is going to be helping us outgun you

9     guys.  So everybody say hi to Spencer.

10             ALL:  Hi, Spencer.

11             THE COURT:  No Jim Roy today, huh?

12             MR. HERMAN:  I think he's calling in.

13             THE COURT:  Telephone participants, good morning.

14             MS. HIMMELHOCH:  Good morning, your Honor.

15             THE COURT:  How are doing, Sarah?  Mr. Roy, are you on

16    the phone?  Doesn't sound like it, he is taking the day off again.

17    Unbelievable, isn't it.

18             Okay.  I am sorry I'm late.  I do try to be prompt, but

19    whatever.

20             How was everybody's Memorial Day weekend?

21             MR. GODWIN:  Fine, Judge.

22             THE COURT:  Corey, let's get a report.

23             MR. MAZE:  I worked, Judge, on Memorial Day.

24             THE COURT:  You worked all weekend?

25             MR. MAZE:  I did.
```

```
1                THE COURT:  What were you working on?

2                MR. MAZE:  A brief.

3                THE COURT:  In this case?

4                MR. MAZE:  It was.

5                THE COURT:  Whoops.  Is it coming to me or Judge Barbier?

6                MR. MAZE:  It is coming to neither of you.  It's going

7       across the street.

8                THE COURT:  Oh, Fifth Circuit.  Thank you, that's good.

9       Let them earn their living, huh?

10               All right.  We have a lot of phone participants, hello

11      everybody.

12               Let's get started.  BOP and capping stack.  We heard from

13      our friend Captain Englebert, and first up on the agenda is that BP

14      is working on a proposal for laser scanning and some kind of

15      measuring to be done in mid June.  Rob, is that something I should

16      call on you for?

17               MR. GASAWAY:  Good morning, your Honor.  Rob Gasaway for

18      BP.

19               That is correct, I think we are probably going to seek to

20      do the work in mid to late June.  It will probably include laser

21      scanning and using a "profilometer" to do some measuring work.

22               THE COURT:  A what-ometer?

23               MR. GASAWAY:  A profilometer.

24               THE COURT:  And what does that do?

25               MR. GASAWAY:  I think what that does is make fine
```

1   measurements of the surface of various areas that flow could have

2   gone past.

3           And naturally, as in the past, we're working on a

4   protocol that will circulate to all of the parties, we understand

5   they have to have time to review that.  I think that one of the

6   hang-ups is finding a profilometer vendor, which is not a dime a

7   dozen; but once we find an appropriate vendor for that, we will

8   have the laser scanning work, the profilometer work, and perhaps

9   some other work and we will bring it to the attention of the court

10  and the parties.

11          THE COURT:  Good.  Did you ask Captain Englebert, she

12  might know such a vendor.

13          MR. GASAWAY:  I believe we are in contact.

14          THE COURT:  She may know somebody.  It wouldn't surprise

15  me if she said yes, call ABC --

16          MR. GASAWAY:  -- profilometer company.

17          THE COURT:  Exactly.  Okay.  So you understand the need

18  to let everybody know well in advance so if they have any comments,

19  all of that good stuff?

20          MR. GASAWAY:  Exactly, your Honor, we will.

21          THE COURT:  Good.  Captain Englebert reports that NASA is

22  pleased with preparations for hurricane season, which commences

23  today, and they're ready to roll with things as they are.  So

24  nothing to do there.

25          Good morning, Transocean.  Did you all get a letter out

```
1   with regard to the spare parts that you all wanted to see if

2   anybody wanted?

3            MR. BAAY:  Good morning, David Baay for Transocean.  Your

4   Honor, we got a list this morning that our folks worked up with

5   Captain Englebert.  We need -- I need to look at that and make sure

6   it has what's Transocean's, kind of further cull it out, and then

7   we will issue it.

8            THE COURT:  Gotcha.  Okay.  Where is Steve Roberts today?

9            MR. BAAY:  He spent the week in New York, so I think he's

10  tired of traveling.  Not a good excuse.

11           THE COURT:  No, it's really not, but okay.  I mean if Don

12  Godwin can be here.

13           MR. GODWIN:  Steve can be here too, Judge, I like that.

14           THE COURT:  Say again, Don.

15           MR. GODWIN:  He should be here also.

16           THE COURT:  Totally agree.  Jim Roy is taking the entire

17  day off, it's like people are falling by the wayside.

18           MR. GODWIN:  But we have Paul here to sit in for him.

19           MR. STERBCOW:  Half of him, maybe.

20           THE COURT:  Boo, it's a good thing he is not on the

21  phone, Paul.

22           UNIDENTIFIED SPEAKER:  Yeah, but that's on the record.

23           THE COURT:  David, I am looking at you, and I wanted to

24  find out how my friend Mel is doing and how Big Country is doing.

25  Do you know?
```

1       MR. JONES:  I do know.  Mel is distraught because he is a

2  Manchester United fan, and their inability to win the Premier

3  League has sent him into deep despair.  Country is large and doing

4  well.

5       THE COURT:  Big Country.  Tell them I said hi.  Mike and

6  I were talking about them this week and tell them we were thinking

7  about him.

8

9       MR. JONES:  I will, your Honor.

10       THE COURT:  All right.  Moving right along.  Captain

11  Englebert, on the rebuilding of the Haliburton computer model says

12  that things are moving along nicely.  The protocol was signed

13  earlier this week.  Files are on their way to Boston, should be

14  there by now.

15       MR. GODWIN:  They are there, your Honor, we received an

16  e-mail this morning, Judge.

17       THE COURT:  They're there?

18       MR. GODWIN:  Yes, your Honor.

19       THE COURT:  Good.  And Captain Englebert thinks that

20  things will be wrapped up probably sooner than the end of June, so

21  that's an encouraging report.

22       MR. GODWIN:  If I might, your Honor.  Don Godwin for

23  Haliburton.  We're scheduled, the model is scheduled to be run on

24  Monday by Elyesium and BP folks, we're going to be on the phone

25  from Haliburton, Mr. Mark Savory (PHONETIC) from Haliburton is

1   going to be on the phone at whatever time Elyesium wants him there

2   to answer technical questions.  And so we expect by the end of the

3   day Monday that the model has been run.

4          I received an e-mail this morning from the Elyesium

5   folks, with the BP lawyers as well, stating they have received the

6   inputs, that they had run it, they need a password key or something

7   to be able to go in to do something additional.  We are providing

8   that today, so Monday by the end of the day we ought to be able to,

9   Captain Englebert ought to be able to give you a report.

10          THE COURT:  Good.  Thank you.  And Captain Englebert

11   thinks it's going swimmingly.

12          MR. GODWIN:  Thank you, Judge.

13          THE COURT:  Thank you, Don.

14          Let's see.  Do we have any kind of update from the PSC

15   relative to the Phase One documents it recently received and

16   relevancy review?  Mr. Sterbcow.

17          MR. STERBCOW:  Your Honor, the only update I have is that

18   we have scheduled a meeting for most of next week.  We're going to

19   get the team back together and go through these documents one by

20   one, talk about where we are, make sure that we're correct in our

21   receipt dates, et cetera.  So I would think within the next,

22   certainly within the next 30 days at the outside, we'll come back

23   to you with any issues we have.  I don't even know if there are any

24   yet.

25          THE COURT:  I don't either.  How many documents are we

1   talking about when I hear you say you're going to meet for a week?

2          MR. STERBCOW:  We are not meeting to review documents,

3   we're meeting for a lot of reasons.  But if I had to guess, and

4   this is purely a guess, 50.

5          THE COURT:  So it's not a big number?

6          MR. STERBCOW:  No, I don't think so.

7          THE COURT:  Good.  That pleases me.  Thanks.

8          MR. STERBCOW:  Now don't hold me to that.

9          THE COURT:  I am not going to hold you to that.  That's

10  on the record.

11         Okay.  That's clean-up of Phase One.  Let's move on to

12  Phase Two.

13         So we're still working on Phase Two stipulations and Mike

14  has suggested that there's still further work to do.  So we're

15  going to extend by a week the meet and confer process on those

16  stipulations, and we'll schedule our get together for the people

17  who are working on the Phase Two stipulations for next week

18  following our regular conference.

19         You guys have got a schedule in-between that hopefully

20  will further refine any remaining disputes, and we will have a

21  nice, large set of Phase Two stipulations rolling our way, that

22  will be good.

23         Now, let's see.  I did look at the PSC's proposed

24  stipulations, and maybe what we should do is following another work

25  group conference, not next week because we'll have our hands full,

1    we could have a conference to discuss what you have proposed.  And

2    I think, correct me if I'm wrong, that -- well, I'll let anybody

3    that wants to participate participate, but I think frankly it's the

4    PSC and BP and the United States, huh?

5              UNIDENTIFIED SPEAKER:  Probably, I would guess, your

6    Honor.

7              THE COURT:  I also looked at Transocean's proposed

8    stipulations, which is a little more complicated because they're

9    longer and more detailed.  Maybe what we can do, David, is you and

10   I can have a call sometime this week and talk about how we want to

11   approach it from there.

12             MR. BAAY:  That would be great.

13             THE COURT:  So why don't you just call me and we will

14   talk.

15             MR. BAAY:  Okay.

16             THE COURT:  And that will be in the next few weeks maybe

17   we can do a meet and confer on those.

18             MR. BAAY:  Sounds good.

19             THE COURT:  Okay.  That was on my list of "to do," so.

20             All right.  We have been having continuing meetings

21   between BP and the United States with regard to finishing up the

22   Phase Two document production.  Every time I think we've kind of

23   nailed it down it seems to pop out somewhere else.  We're going to

24   have a meeting on Tuesday with them and other parties, so we'll see

25   how that goes.

1              Importantly, guys, we need to finish up the Phase Two

2    document production so we can start rolling into our depositions in

3    August and September.  So I know that there are some new objections

4    that have been posed by Transocean and Haliburton, which came as

5    somewhat of a surprise to me, but I would like to start tackling

6    those if we can so that everything is wrapped up by the end of July

7    and ready to roll for depositions in August.

8              Anything you want to add to that, David?

9         MR. BAAY:  I just say I think we may get into it a little

10   bit later, but we have been working this week with Haliburton

11   closely and meeting and conferring with BP and the United States to

12   narrow those down.  Maybe when we get to it it will be moot, but we

13   are working on it.

14        THE COURT:  Good.  Glad to hear it.

15        MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.  I

16   just wanted to report to you that we got out all but one subset of

17   Coast Guard documents that wouldn't export in time for the Fed-Ex

18   deadline, but the parties should all have all of the Coast Guard

19   documents, except for those exceptions listed in my e-mail, by

20   close of business tomorrow.  Most of them have them today and some

21   will have them by tomorrow.

22        THE COURT:  Good.  Thank you, Sarah, that's an

23   encouraging report.  Thanks a bunch.

24        Any other reports on Phase Two documents?

25        MS. HIMMELHOCH:  Your Honor, I think Rob sent you a

1    letter I think this morning about something that had come up that I

2    confess we got a little contentious yesterday over Rob's request

3    for an extension of time relating to the U.S. challenges to BP's

4    privilege log, and we have since met and conferred with HESI and

5    Transocean about the court's desire that the parties coordinate

6    their briefing to minimize what you have to read and what you have

7    to review for purposes of resolving these challenges.  And we had

8    planned to file coordinated briefs with TO and HESI, but in our

9    meet and confer with TO and HESI yesterday afternoon we realized

10   that they're not going to get BP's challenges until well after the

11   June 4th date, which means the coordination of briefing of what we

12   are filing and what they are filing becomes more difficult because

13   either they have to file a brief not knowing what BP's responses to

14   their challenges or we can't file the joint brief that we were

15   hoping to be able to file.

16           So I once again have to be a little red faced and say

17   perhaps we should reconsider moving the briefing schedule.  And I

18   had sent a schedule to BP last night, Rob's letter indicates it was

19   too late for them to address last night.  But I still think it

20   might be worth considering whether there's a way to adjust the

21   schedule to allow coordinated briefs on both sides.  Or if the

22   court prefers going forward and having less coordinated briefs, the

23   U.S. is prepared to do that as well.

24           THE COURT:  Anybody want to comment?  I guess Rob does.

25           MR. GASAWAY:  Your Honor, we're happy to maintain the

1    position that we contended for yesterday morning and get

2    coordinated briefs and adjust the briefs.  We do think that we may

3    need a little bit more time given the magnitude of the challenges

4    we expect for the United States than what was planned for the

5    original schedule.  But as we said yesterday morning, we think that

6    a somewhat longer schedule, coordinated schedule makes sense.

7            I don't know if it makes most sense for us to reach back

8    out to Sarah and the other parties this afternoon -- and obviously

9    we've got a brief that's due on Monday, they've got a brief that's

10   due on Monday, so we would have to e-mail the court as to the

11   disposition later this afternoon.

12           But I thought that Sarah's e-mail made some sense, I

13   appreciate her comments this morning.  And what I would suggest, if

14   Sarah's amenable to it, is that we talk offline and see if we can

15   come up with a proposal and e-mail the court.

16           THE COURT:  That would be fine, keeping in mind that I

17   don't want anybody to feel jammed, but coordinated briefs would

18   certainly be helpful to us if at all possible.  And Mike and I need

19   to move through these briefs fairly quickly and rule so that you

20   all can go back and do your extrapolation and all of the other work

21   you've got to do once we've ruled.

22           So that would be great, Rob, if you all want to give us a

23   proposal, but let's roll with it.

24           MR. GASAWAY:  Okay.  Thank you.  Sarah, this is Rob.  Are

25   you available this afternoon?

1          MS. HIMMELHOCH:  I have a three o'clock with your

2     colleagues about the DOE re-collection.  We can either start with

3     this topic or if you wanted to call me before then I should be

4     largely available.

5          MR. GASAWAY:  Okay.  We will either do it before three or

6     as agenda item No. 1 on the three o'clock.

7          Thank you, your Honor.

8          THE COURT:  David, do you want to participate in that

9     conversation?

10          MR. BAAY:  Yeah, I do.  And I'll just add what I know

11     about this that may be helpful in furthering that.

12          That is when we sent our challenges I guess it was two

13     weeks ago, we sent the U.S. a letter and BP a letter.  The U.S. has

14     responded to that and we are likely going to coordinate with

15     Haliburton in our briefing in response to the U.S.

16          As it relates to BP, they have not responded to it yet,

17     have told us in the meet and confer that their response will be 11

18     days from yesterday.  So a week from this upcoming Tuesday.  And

19     that is why we had I think someone suggested the idea of extending

20     the deadline for our briefing in response to BP's, in response to

21     our challenge to BP's privilege designations.  And that led to the

22     suggestion or the idea that all of the briefing deadlines be

23     extended slightly so that we can further coordinate our briefing,

24     further join our briefing efforts.  So I don't know if that's

25     helpful or not.

```
1          THE COURT:  It is helpful.  So, Rob, would you include

2    David in your call for agenda item No. 1, and you all can work out

3    a briefing schedule that's amenable to everybody.

4          MR. GASAWAY:  Will do, your Honor.

5          THE COURT:  That's good.  Thank you.

6          MR. YORK:  Your Honor, this is Alan York.  Just for the

7    record, we did consult with Sarah yesterday and the schedule --

8    this is for Haliburton -- the schedule that Sarah had sent in her

9    proposed e-mail yesterday afternoon is perfectly fine with

10   Haliburton.

11         THE COURT:  Good.  Thank you, Alan, I appreciate it.  Why

12   aren't you here today?

13         MR. YORK:  I had an out-of-town commitment, your Honor,

14   but I will be back there next week with a smile on my face.

15         THE COURT:  There you go, Alan.  Okay.  We look forward

16   to it.

17         Mr. Kraus, good morning.

18         MR. KRAUS:  Good morning, how are you?

19         THE COURT:  Fine, thanks.

20         MR. KRAUS:  Just for the record, we did serve objections

21   to BP's privilege logs and we also were involved in the

22   negotiations, we would just ask to be included on this afternoon's

23   call, and that any deadlines that get extended would also be

24   applicable to Louisiana.

25         THE COURT:  Okay.  So noted.
```

```
 1          MS. HIMMELHOCH:  And the United States sincerely
 2   apologizes for once again overlooking mentioning that.
 3          THE COURT:  Well, is your face still red?
 4          MS. HIMMELHOCH:  It's even redder, your Honor, if you can
 5   imagine that.
 6          THE COURT:  Okay, Sarah, no problem.
 7          So now we're moving on to document production by parties
 8   other than BP and the United States.  And if there's nothing to
 9   report, that's fine.  If there is something to report, let's get
10   reports.
11          I show that for Anadarko it's going to try to complete
12   production of documents and service of its logs by June 15th.
13   Tony, are you on track?
14          MR. FITCH:  Despite a hiccup, a personal hiccup in one of
15   my partner's personal life, I think we are.
16          THE COURT:  Thank you.  Okay.  Transocean.  You thought
17   you were going to be able to get everything done by May 31st.  Did
18   that happen?
19          MR. BAAY:  That happened.  We made an additional
20   production this week and I think we're complete.  Right on
21   schedule.
22          THE COURT:  Look at you, congratulations.  Privilege logs
23   have been served?
24          MR. BAAY:  Not all, there's one additional privilege log,
25   but it will if not this upcoming week, the next.
```

```
 1              THE COURT:  Good, thank you.

 2              Cameron, how are you coming on that, David, anything to

 3   report?

 4              MR. JONES:  We're working on it, your Honor, we've been

 5   using the Anadarko June 15th as a target for us as well, we think

 6   we're going to make it.

 7              THE COURT:  Good.  Thank you very much.

 8              Have you got something, Jimmy?

 9              MR. WILLIAMSON:  No, Judge, I just rose.  I agree with

10   him.

11              THE COURT:  You had a cramp in your leg, what happened?

12              MR. WILLIAMSON:  Sometimes it's hard at this table,

13   Judge, sometimes it's hard.

14              THE COURT:  I'm with you.  I'm with you.

15              And let's see.  State of Louisiana, last time reported

16   that production was complete, except for Department of Public

17   Safety and the Oil Spill Coordinator's office.  How are you coming

18   on that?

19              MR. KRAUS:  I think we had 63 documents that we're

20   producing by the end of today and then we are done.  No additions

21   to the privilege log, so we, with a one-day extension, came through

22   on our promise.

23              THE COURT:  A-okay.  Thank you.

24              MR. KRAUS:  You're welcome.

25              THE COURT:  Okay.  And subject to re-review, Haliburton
```

```
1    thought it was finished; is that correct, Don?
2          MR. GODWIN:  Judge, we anticipate ours being completed by
3    June 15 and then our privilege log by June 22, and we've told
4    others that.  And we expect to meet those deadlines and perhaps
5    beat them by a few days.
6          THE COURT:  All right.  You should not have a lot of
7    Phase Two documents.
8          MR. GODWIN:  We don't think so.  We actually think the
9    documents we're going to be producing were produced in Phase One,
10   but in order to be safe because you've indicated you want, you
11   know, the deps of our folks in August, we're going to reproduce
12   even though we think they've already been produced.  But we don't
13   think there will be a lot.
14         THE COURT:  Good.  Thank you, Don, I appreciate it.
15         MR. GODWIN:  You're welcome, your Honor.
16         THE COURT:  Okay.  The Rule 30(b)(6) notices for all
17   parties, we got out a first amended order on that.  It looks to me
18   like hopefully that will be the entire universe.  I think we got
19   this out yesterday afternoon.
20         THE LAW CLERK:  No, your Honor, it's going out this
21   morning.
22         THE COURT:  I'm sorry, it's going out this morning.
23         MR. LANGAN:  It's out.
24         THE COURT:  Is it out?
25         MR. LANGAN:  Yes.
```

```
 1            THE COURT:  Come report to us, how does it look?
 2            MR. LANGAN:  I haven't had a chance to look at it, but I
 3    know it's out.  I'm sure it's just fine.
 4            THE COURT:  The last one was not just fine because it
 5    left Transocean off, which I am assuming pleased Transocean.
 6            MR. LANGAN:  I don't think they believed that was really
 7    true.
 8            THE COURT:  Well, we put Transocean on this amendment,
 9    which Transocean has reappeared, and we added the four more parties
10    that have somehow popped up.
11            MR. FITCH:  Judge, Tony Fitch for Anadarko.  In the 5/23
12    order, which I assume is the one that you amended this morning, you
13    noted that Cudd Well Control and Wild Well Control were Anadarko's
14    responsibility, and as I confirmed with Brian earlier this week, I
15    had mentioned to you a couple of months ago that that's been, that
16    responsibility's been transferred to the PSC.  And they've had -- I
17    had some initial contacts, I think they've had follow-up contacts.
18            THE LAW CLERK:  That's why it's the first amended order,
19    there will be a second amended order.
20            THE COURT:  Now there's going to have to be a second
21    amended order.
22            MR. FITCH:  I think that's hardly any need for that, but
23    for your record keeping.
24            THE COURT:  Good morning, Scott, how are you?
25            MR. CERNICH:  Good, your Honor, thank you.  How are you?
```

1          THE COURT:  Fine, thanks.

2          MR. CERNICH:  On the 30(b)(6) notice, the United States

3     wants to renew its objections to the late additions of the

4     reservoir team contractors, as well as the members of the plume

5     team; we think that these are duplicative and untimely, all of

6     these topics are in the United States 30(b)(6) notice.

7          With particular regard to the -- and all of these names

8     have been public since 2010, these aren't surprises to anyone.  The

9     additions that the United States recommended in March were based on

10    additional discovery that we had received from BP regarding parties

11    that had involvement in the response efforts, and with the

12    information that was relative to source control and to

13    quantification in particular.

14         With regard in particular to the scientists or the

15    university professors who were on the plume team, these are

16    volunteers who volunteered their time in general to assist with the

17    response, and now they're being faced with these 30(b)(6) subpoenas

18    and document requests, will have to retain counsel in order to

19    defend these.  I think it's also worth pointing out that on the

20    face of the 30(b)(6) notices, individuals are listed there that

21    show that these really are 30(b)(6) notices rather than really

22    directed at the universities or directed at individual university

23    professors rather than an institution, a business who may have the

24    capacity to defend themselves here.

25         And we would also like to know if these, since these are

1    in the nature of individual depositions, whether these are going to

2    count towards any list of individual depositions that parties are

3    allowed to take in the case.

4          So we would like to renew those objections, and we would

5    like the court to instruct us as to whether these are going to go

6    forward or not.

7          THE COURT:  Gotcha.  Thank you, I appreciate it.

8          MR. CERNICH:  Thank you.

9          THE COURT:  I don't think we need to say more about that

10   right now, although I noticed that Ryan is here today.  What do you

11   have to say, Ryan?  Come on up.  Come report.

12         MR. BABIUCH:  Good morning.

13         THE COURT:  How is New Orleans treating you?

14         MR. BABIUCH:  Fantastic.

15         THE COURT:  What did you do last weekend, where did you

16   eat, what music did you listen to?

17         MR. BABIUCH:  Last weekend I was in Minneapolis for a

18   wedding.

19         THE COURT:  That does not count.  What about the weekend

20   before?

21         MR. BABIUCH:  Also on vacation, your Honor.  Slacking.

22         MR. HAYCRAFT:  He's moved to Calhoun Street.

23         MR. BABIUCH:  That's true, just yesterday.

24         THE COURT:  Where on Calhoun?

25         MR. BABIUCH:  Block and a half north of St. Charles.

```
 1              MR. HAYCRAFT:  Lake side of St. Charles.

 2              MR. BABIUCH:  Lake side of St. Charles.

 3              THE COURT:  We don't know north.

 4              MR. BABIUCH:  I'm working on it, two years in, I'm still

 5   getting it.

 6              THE COURT:  Lake side, oh, that's very nice.

 7              MR. LANGAN:  He can walk across the street to Holy Name.

 8              MR. BABIUCH:  Or to Audubon Park.

 9              THE COURT:  Absolutely.  That's good.  You need to share

10   your restaurant recommendations with me.  Have you discovered

11   things that I need to know about?

12              MR. BABIUCH:  I'll go back and look at your list, we'll

13   update it.

14              THE COURT:  Good.  Anything else to report?

15              MR. BABIUCH:  No, your Honor.

16              THE COURT:  Andy, he keeps saying he's been on vacation,

17   did you note that?

18              MR. LANGAN:  I did know that.  I mean, it's a good time

19   for it, put it that way.  We're fine with that.

20              THE COURT:  I thought that was prohibited?

21              MR. LANGAN:  No, it's okay.  It's all right.  We're

22   grateful for Ryan's presence.

23              THE COURT:  All right.  I am going to throw the

24   discussion open to other matters.  Other matters?  Look at that.

25   No phone participants, nothing else you all want to cover?
```

```
 1              MS. HIMMELHOCH:  Not from me, your Honor.

 2              THE COURT:  Thank you, Sarah, thank you.

 3              MS. HIMMELHOCH:  I won't take that personally.

 4              THE COURT:  Don't take it personally.  Okay.  Well, if

 5    there's nothing else, I hope everybody has a good weekend.  And

 6    that should do it.  Thank you.

 7              MS. HIMMELHOCH:  Thank you, your Honor.

 8           (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

 9

10                        *  *  *  *  *  *

11

12                       REPORTER'S CERTIFICATE

13

14         I, Karen A. Ibos, CCR, Official Court Reporter, United

15    States District Court, Eastern District of Louisiana, do hereby

16    certify that the foregoing is a true and correct transcript, to the

17    best of my ability and understanding, from the record of the

18    proceedings in the above-entitled and numbered matter.

19

20

21    _____

22                       Karen A. Ibos, CCR, RPR, CRR

23                       Official Court Reporter

24

25
```