# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

THIS DOCUMENT RELATES TO:

*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)*

MDL NO. 2179

SECTION: J

JUDGE BARBIER

MAG. JUDGE SHUSHAN

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the motion for leave to file reply memorandum is granted and International Air Response, Inc.'s Reply Memorandum in Support of the Motion for Summary Judgment on Derivative Immunity and Preemption Grounds shall be filed into the record.

Ordered, New Orleans, Louisiana this 17th day of July, 2012.

_____
United States District Judge

1