UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | MAG. JUDGE SHUSHAN |

**INTERNATIONAL AIR RESPONSE, INC.'S REPLY MEMORANDUM IN SUPPORT OF INTERNATIONAL AIR RESPONSE INC.'S MOTION FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS**

International Air Response, Inc. joined with the other so-named Clean-Up Responder Defendants to move for summary judgment. [R. 6535.] In addition to joining with the other moving defendants, International Air Response, Inc. filed a short separate motion for summary judgment and a memorandum in support [R. 6557.] Responding, plaintiffs filed an "Omnibus Memorandum in Opposition to Defendants' Motions for Summary Judgment on Derivative Immunity and Preemption Grounds" [R. 6691-2].

International Air Response, Inc. has joined in co-defendants' Joint Reply, but submits this short separate reply memorandum for purposes of including the executed Declaration of William C. Grantham, who is International Air Response, Inc's Chief Executive Officer. Mr. Grantham had previously prepared a draft declaration in support of IAR's motion for summary judgment; however, as discussed in footnote 6 of its memorandum in support of motion for summary judgment, Mr. Grantham became ill and was unable to sign a declaration by the time

1

IAR needed to file its summary judgment motion.[1]  Mr. Grantham has now signed his declaration, a copy of which is attached for the record.

CONCLUSION

For the reasons set forth in its separate motion for summary judgment and a memorandum in support, as well as the Joint Memorandum and the Joint Reply Memorandum the Clean-Up Responder Defendants submitted, International Air Response, Inc. respectfully requests this Court to grant its summary judgment and dismiss plaintiffs' claims against it with prejudice.

Respectfully submitted,

s/*H. Carter Marshall*

**KEVIN R. TULLY - BAR #1627**
**H. CARTER MARSHALL - BAR #28136**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorneys for International Air Response, Inc.

---

[1] Mr. Grantham's un-signed declaration was attached as exhibit 3.  [R. 6557.]

−3−

**CERTIFICATE**

I hereby certify that the above and foregoing Memorandum in Support of International Air Response, Inc.'s Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July 2012.

        s/*H. Carter Marshall*
        KEVIN R. TULLY
        H. CARTER MARSHALL