UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION:  J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>*All Cases* | :<br>:<br>: | <br>JURY TRIAL DEMANDED |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

## **ORDER**

Considering the foregoing Motion of Cameron International Corporation for Leave to File Briefs Regarding Pure Stigma Claims, BP Dealer Claims and Recreation Claims;

**IT IS ORDERED** that the Motion be and the same hereby is **GRANTED.** Defendant, Cameron International Corporation is hereby granted leave to file its Briefs Regarding Pure Stigma, BP Dealer and Recreation Claims.

New Orleans, Louisiana this 16th day of July, 2012.

_____
United States District Judge