UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding Mediation of Remaining Rig Worker Claims]

Having been advised by the party that there are approximately 10 claims remaining arising out of the death or personal injury of personnel on the Deepwater Horizon at the time of the incident;

IT IS ORDERED that John W. Perry, Jr. and Daniel J. Balhoff of the law firm of Perry, Atkinson, Balhoff, Mengis and Burns, LLC, are hereby appointed as the mediators of all such cases;

They are hereby instructed to coordinate with counsel representing all such plaintiffs/claimants and arrange for court ordered mediation.

In addition, all counsel representing those plaintiffs/claimants are instructed to promptly respond to inquiries from the Perry Atkinson firm regarding promptly scheduling the mediations.

New Orleans, Louisiana, this 17th day of July, 2012.

SALLY SHUSHAN
United States Magistrate Judge