UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG ) | MDL. NO. 2179 | |
| "DEEPWATER HORIZON"in ) | | |
| the GULF OF MEXICO, on ) | | |
| APRIL 20, 2010 ) | | |
| ) | SECTION: J | |
| This Document relates to: ) | | |
| ) | JUDGE BARBIER | |
| 2:10-CA-10-8888 ) | MAG. JUDGE SHUSHAN | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The law firm of Daniell, Upton & Perry, P. C. respectfully moves the Court for leave to withdraw as counsel for Claimants listed below:

| | **Plaintiff/Claimant** | **Document No.** | **Cause No.** |
|---|---|---|---|
| 1. | Clearbrook, LTD | 54596 | CA-10-8888 |
| 2. | Bruce Wagner | 54609 | CA-10-8888 |
| 3. | Scott Paslay | 53909 | CA-10-8888 |
| 4. | Norvelle Leigh Vaughan | 11273 | CA-10-8888 |
| 5. | Jimmy and Susan Morrow, Sr. | 69057 | CA-10-8888 |
| 6. | Leopoldine Tina Atzlinger | 51587 | CA-10-8888 |
| 7. | James and Dara Richards | 107364 | CA-10-8888 |
| 8. | Craig Olin Vinson, Sr. | 52242 | CA-10-8888 |
| 9. | Johnny Raymond Vinson | 107366 | CA-10-8888 |
| 10. | Alex Vlahos | 52240 | CA-10-8888 |
| 11. | Emily Wisniewski | 49862 | CA-10-8888 |
| 12. | Ronnie & Juanita Jennings | 51789 | CA-10-8888 |

1

| **Plaintiff/Claimant** | | **Document No.** | **Cause No.** |
|---|---|---|---|
| 13. | Robert J. Bourgeois | 56763 | CA-10-8888 |
| 14. | John & Cathy Brown | 51350 | CA-10-8888 |
| 15. | Robert L. & Rebecca A. Gardner | 52234 | CA-10-8888 |
| 16. | Robert L. Gardner | 56798 | CA-10-8888 |
| 17. | Brenda J. Arthur | 51591 | CA-10-8888 |
| 18. | Frederick J. Miller | 52232 | CA-10-8888 |
| 19. | Alfred L. O'Neal | 53155 | CA-10-8888 |
| 20. | Reynolds Realty, Inc. | 111549 | CA-10-8888 |
| 21. | James Harrell, Jr. | 107368 | CA-10-8888 |
| 22. | Rory T. Winkler | 111079 | CA-10-8888 |

**DANIELL, UPTON & PERRY, P.C.**
P. O. Box 1800
Daphne, AL  36526
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)

/s/David A. Busby
**DAVID A. BUSBY**
**(ASB-4991-D67B)**

## Certificate of Service

I, David A. Busby, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Motion to Withdraw as Counsel to All Counsel of Record.

This the 18th day of July, 2012.

By: /s/David A. Busby
    David A. Busby (ASB-4991-D67B)

2