# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| B3 Pleading Bundle | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court are Plaintiff Malcolm Coco's Motion to Participate in Oral Argument (Rec. Doc. 6874), Plaintiff Malcolm Coco's Motion to Expedite His Motion to Participate in Oral Argument (6876), and Plaintiff Joseph G. Brown's Motion to Allow Plaintiff Malcolm Coco to Participate in Oral Arguments (Rec. Doc. 6882).

**IT IS ORDERED** that the Motions (Rec. Docs. 6874, 6876, 6882) are **DENIED**.

New Orleans, Louisiana, this 17th day of July, 2012.

_____
United States District Judge