IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases* | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * | * | |

### DEFENDANT NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDING LLC AND NALCO HOLDING COMPANY'S RESPONSE TO COURT'S JULY 11, 2012 ORDER

Defendants Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company (the "Nalco Entities") respectfully submit as follows in response to the Court's order of July 11, 2012 (Rec. Doc. 6880):

1. On May 18, 2012 the Nalco Entities filed their Statement of Undisputed Material Facts in Support of Summary Judgment (the "SUMF").

2. Exhibits D, E, F, H, N, P, R and W to the SUMF comprise documents designated as "Confidential" or "Highly Confidential" by producing parties during discovery. Specifically, Exhibits P and W contain information designated as confidential by BP, and Exhibits H, N, and R contain information designated as confidential by the United States. Exhibits D, E and F contain information designated as confidential by the Nalco Entities. Pursuant to Pre-Trial Order No. 13 ("PTO 13"), the Nalco Entities moved to file these exhibits under seal.

3. On July 11, 2012, the Court conditionally granted the Nalco Entities' motion to file these exhibits under seal and ordered that by July 18, 2012, the Nalco Entities shall inform the court why the exhibits should remain under seal.

4. The Nalco Entities have conferred with counsel for the United States and counsel for BP. The United States and BP do not object to the unsealing of Exhibits H, N, P, R and W.

5. The Nalco Entities do not object to the unsealing of Exhibit E.

6. Exhibits D and F contain sensitive, proprietary information regarding the relative percentages of the components that make up Corexit 9500 and Corexit 9527 (the components themselves have been disclosed publicly and are not confidential). Such information is appropriate for confidential treatment under PTO 13 as disclosure to third party competitors will result in commercial harm. The Nalco Entities submit as attachments to this filing redacted versions of Exhibits D and F to be filed, unsealed, in the Court's record.

Dated: July 18, 2012                    Respectfully submitted,

By: /s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr.
Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing DEFENDANT NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDING LLC AND NALCO HOLDING COMPANY'S RESPONSE TO COURT'S JULY 11, 2012 ORDER has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 18th day of July, 2012.

/s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr.
Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*