UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] | | MDL No. 2179 SECTION: J Judge Barbier |
| This Document Relates to: 2:12-cv-1045-CJB-JCW | | ] ] | | Mag. Judge Wilkinson |

**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA**

Plaintiff Dennis Prejean on behalf of himself and others similarly situated, request this Court to enter an Order: (1) conditionally certifying this case as a Collective Action; and (2) authorizing, under Court supervision, Plaintiff's proposed Notice and Notice of Consent form (collectively attached hereto as Exhibit 3) pursuant to section 216(b) of the Fair Labor Standards Act ("FLSA"). The putative class to which Plaintiff seeks to facilitate notice consists of all workers who:

(a) worked for O'Brien's Response Management, Inc. at any site on the BP Deepwater Horizon MC252 oil spill response between April 21, 2010 and January 1, 2011;

(b) were classified as independent contractors;

(c) paid a day-rate;

(d) worked over forty hours in at least one workweek without receiving overtime pay; and

(e) performed duties tracking oil spill response personnel and/or equipment, and/or assisted in managing and/or tracking the resources used in the response.

This Motion is supported by Plaintiff's Memorandum in Support of Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA,

attached hereto in accordance with LR 7.4 as Exhibit 1; a proposed Order attached as Exhibit 2; a A proposed Notice and Consent Form attached as Exhibit 3; A Notice of Submission attached as Exhibit 4; and twenty declarations from Plaintiffs who have opted into this case, attached as Exhibits 5 – 24, with their accompanying exhibits.  Counsel for Plaintiff and Defendant met and conferred regarding this motion and Defendant opposes it.

      WHEREFORE, for all the reasons discussed and supporting law referenced in Plaintiff's Memorandum attached hereto, Plaintiff respectfully requests this Court enter Plaintiff's attached Proposed Order and: (1) conditionally certify this case as a Collective Action; (2) order Defendant to produce to Plaintiff a computer-readable data file containing all Potential Opt-In Plaintiffs' names, last-known mailing addresses, last known email addresses, last-known telephone numbers, work locations, and dates of employment within ten (10) days from date of Order; (3) authorize the issuance of Plaintiff's proposed Notice and attached Notice of Consent form (attached as Exhibit  3) to all Potential Opt-In Plaintiffs; and (4) authorize a notice period allowing Potential Opt-In Plaintiffs 60 days from the date Notice is sent out to submit their Consents to join with Plaintiff's Counsel.

Date: July 18, 2012                          Respectfully submitted,

                                          **BRUCKNER BURCH PLLC**

                                              **/s/ David I. Moulton**
By: _____
      David I. Moulton
      Texas Bar No. 24051093
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA with its accompanying exhibits has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of July, 2012.

                                            **/s/ David I. Moulton**
                                            _____
                                            David I. Moulton