UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ] ] ] ] ] This Document Relates to: 2:12-cv-1045-CJB-JCW ] ] | | MDL No. 2179 SECTION: J Judge Barbier Mag. Judge Wilkinson |

**ORDER AND REASONS**

Before the Court is Plaintiff's **Memorandum in Support for Conditional Certification and Court-Authorized Notice** pursuant to Section 216(b) of the FLSA. The putative collective claims are based on alleged non-payment of overtime by the defendants. Having considered the legal memorandum, the record, and the law, the Court finds that Plaintiff's Motion is **GRANTED.**

**IT IS ORDERED** that Plaintiff's **Motion for Conditional Certification and Court-Authorized Notice** pursuant to Section 216(b) of the FLSA is hereby **CONDITIONALLY GRANTED**.

**IT IS FURTHER ORDERED** that the Court will adopt Plaintiff's proposed class definitions for purposes of this preliminary certification. It is defined as: all Oil Spill Workers who (a) worked for O'Brien's Response Management, Inc. at any site on the Horizon Spill response between April 21, 2010 and January 1, 2011; (b) were classified as independent contractors; (c) paid a day-rate; (d) worked over forty hours in at least one workweek without receiving overtime pay; and (e) performed duties tracking oil spill response personnel and/or equipment, and/or otherwise assisted in managing and/or tracking the resources used in the response.

**Ex. 2**

**IT IS FURTHER ORDERED** Defendant shall produce to Plaintiff a computer-readable data file containing all Potential Opt-In Plaintiff's names, last-known mailing addresses, email addresses, last-known telephone numbers, work locations, and dates of employment within ten (10) days from date of Order.

**IT IS FURTHER ORDERED** that the Court authorizes the issuance of Plaintiff's proposed Notice and Notice of Consent form (attached as Exhibit 3 to Plaintiff's Motion) to all Potential Opt-In Plaintiffs.  Plaintiff's Counsel shall have ten days from the date of receipt of Defendant's aforementioned computer-readable data file to mail the court approved Notice and Notice of Consent form to join for Potential Opt-In Plaintiffs.  Further, the Court authorizes a notice period allowing Potential Opt-In Plaintiffs 60 days from the date Notice is sent out to submit their Consents to join with Plaintiff's Counsel.  Plaintiff shall file with the Court Opt-In Plaintiff's Notice of Consent forms no later than ten (10) days after the expiration of the 60-day notice period.

New Orleans, Louisiana, this _____ day of _____, 2012.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE