*Prejean v. O'Brien's Response Management, Inc.,* 2:12-cv-01045-CJB-JCW
<u>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA</u>
New Orleans Division

# NOTICE OF LAWSUIT FOR UNPAID OVERTIME WAGES

**If you worked for O'Brien's Response Management, Inc. on the Gulf Coast oil spill response, please read this Court-authorized notice of pending litigation.**

Dennis Prejean is a Plaintiff in a lawsuit on behalf of himself and others similarly situated, who like him, was hired by O'Brien's Response Management, Inc. ("O'Brien's") to work on the Gulf Coast oil spill response cleanup efforts. These "Oil Spill Workers" claim that O'Brien's ("Defendant") unlawfully denied them overtime wages as a result of misclassifying them as independent contractors.

The Court has authorized Plaintiff to send other Oil Spill Workers who worked for the Defendant at any time since [date three years prior to date of notice] notice of their opportunity to join this pending lawsuit.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT ||
|---|---|
| YOU MAY CHOOSE WHETHER OR NOT TO JOIN THE LAWSUIT | If you choose to join this lawsuit, you may be entitled to participate in any award or benefit that may come from trial or a settlement and may be bound by any ruling, judgment or settlement, whether favorable or unfavorable. If you choose not to join, you are free to do nothing or to file your own lawsuit.<br><br>If you do not join this lawsuit, you will not have the right to any benefit or award that may come from a trial or settlement in this lawsuit if those bringing the lawsuit are successful. If you do not join this lawsuit (or file your own lawsuit), the limitations period on any claim you may have will continue to run so that some or all of your potential claims may later be barred by applicable statute of limitations. |

To join the lawsuit, you must send Plaintiff's Counsel your Notice of Consent form by [insert date 60 days from the date notice is sent out].

1. Why did I get this Notice?

You received this notice because O'Brien's hired you as an independent contractor to work as an Oil Spill Worker during the relevant time period, you were paid a day-rate and you worked more than forty hours per week. The Honorable Carl Barbier, United States District Judge in the Eastern District of Louisiana, is overseeing this case. The lawsuit is known as *Prejean v.*

Questions
Contact Bruckner Burch PLLC at (800) 443-2441

Ex. 3

*Prejean v. O'Brien's Response Management, Inc.,* 2:12-cv-01045-CJB-JCW
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA
New Orleans Division

*O'Brien's Response Management, Inc.*, 2:12-cv-01045-CJB-JCW.  Through this Notice, the Court is attempting to notify all Oil Spill Workers who may be entitled to relief in this case of their right to participate in this lawsuit, and to determine which workers want to join.  A trial may be necessary to decide whether the claims being made against the Defendant are correct.

2. What is this lawsuit about?

This lawsuit is about whether the Oil Spill Workers were employees, rather than independent contractors, to whom Defendant should have paid overtime wages at one and one-half times their regular rate for hours worked over forty per week as required by the Fair Labor Standards Act ("FLSA").

The Defendant has denied any wrongdoing or liability for damages, and contests all claims asserted by the Plaintiff.

Please disregard any previous communications you may have received from O'Brien's describing this lawsuit or your rights with respect to it.  You are not required to discuss this lawsuit, or the facts and circumstances surrounding it, with the Defendant or their representatives.  The Court has determined that this Notice provides an accurate and fair description of the lawsuit and your rights.

3. What is a collective action and who is involved?

The Court has conditionally authorized this case to proceed as a collective action under Section 216(b) of the FLSA, 29 U.S.C. § 216(b).  In a collective action lawsuit, one or more plaintiffs can bring a lawsuit on behalf of themselves and others who are determined to have similar claims.

The named plaintiff and all Oil Spill Workers similarly situated to him who decide to join the case will be part of this "Collective Action" and will be "Collective Action Members."  In a collective action, one Court resolves the claims for everyone who decides to join the case.  However, since the case is only conditionally certified, the case may be decertified by the Court at a later stage.

4. Has the Court decided who is right?

The Court has not decided whether the Defendant or the Plaintiff is correct.  By establishing the Collective Action and authorizing this Notice, the Court is not suggesting that the Plaintiff will win or lose the case.

5. What is the Plaintiff asking for?

In response to Defendant's failure to pay Oil Spill Workers overtime compensation for all hours worked over forty in a workweek, Plaintiff is seeking to recover unpaid overtime wages,

Questions
Contact Bruckner Burch PLLC at (800) 443-2441

*Prejean v. O'Brien's Response Management, Inc.,* 2:12-cv-01045-CJB-JCW
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA
New Orleans Division

liquidated damages equal to the amount of overtime owed, attorneys' fees, and costs of the lawsuit for himself and all other Oil Spill Workers who join the case.

6. Can I join this lawsuit?

Yes. You are eligible to join this lawsuit if O'Brien's hired you as an independent contractor to work as an Oil Spill Worker during the past three years prior to the date you file a Notice of Consent form to join this lawsuit and you were paid a day-rate and worked over forty hours in at least one workweek.

7. What happens if I join the lawsuit?

If you join this lawsuit, you will share in any proceeds from a settlement or judgment favorable to the Collective Action Members to the extent that you are entitled to such proceeds and you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. In the event that the Plaintiff does not prevail in the lawsuit you will receive no recovery.

By joining, you authorize the named Plaintiff to be your representative in this matter and agree to be bound by his decisions in this lawsuit. By joining this case you authorize the named Plaintiff to make decisions and enter into agreements on your behalf concerning all aspects of litigating and/or resolving the claims in this case, including approving or rejecting any settlement offer(s); and agree to be bound by the terms of any and all agreements between the named Plaintiff and Plaintiff's attorneys. By joining you agree for Plaintiff's attorneys to be your legal representative, however, you may hire a lawyer of your own choosing at your own expense to bring a separate case.

While this lawsuit is pending, you also agree to provide any documents or information you have relating to your employment, or otherwise participate in written and/or oral discovery proceedings, including testifying at a deposition and/or in a trial of this matter.

8. Can I bring claims against Defendant for unpaid overtime even though I agreed to and/or signed a contract agreeing to work as an independent contractor?

Yes. You may join this lawsuit even if you agreed to work as an independent contractor for a daily rate. If the Court determines that you were improperly denied overtime and that Defendant misclassified you as an independent contractor, any such agreement will not be binding or valid.

9. Can I participate in this lawsuit even though, due to my immigration status, I am not working for O'Brien's legally?

Yes. Your immigration status does not affect your entitlement to recover unpaid wages.

10. Can O'Brien's and/or my current employer retaliate against me if I join the lawsuit?

Questions
Contact Bruckner Burch PLLC at (800) 443-2441

*Prejean v. O'Brien's Response Management, Inc.,* 2:12-cv-01045-CJB-JCW
<u>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA</u>
New Orleans Division

No. It is a violation of federal law for O'Brien's to fire, discipline, punish, intimidate, threaten, refuse to hire, blacklist, or in any manner discriminate or retaliate against you for joining this case. If you believe that as a result of your receiving this Notice, considering whether to join this lawsuit, or actually joining this lawsuit, you have experienced such illegal treatment, contact Plaintiff's lawyers immediately.

    11. How do I ask the Court to include me in the case?

Enclosed is a form called "Notice of Consent." If you choose to join this lawsuit, it is extremely important that you read, sign, and promptly return the Notice of Consent form so that it is received by Plaintiff's Counsel by_____ . An addressed and postage-paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Notice of Consent form must be sent to:

Bruckner Burch PLLC
Att. *Prejean v. O'Brien's Response Management, Inc.*, 2:12-cv-01045-CJB-JCW
8 Greenway Plaza, Suite 1500
Houston, TX 77005

You can also fax the Notice of Consent form to (713) 877-8065 or scan and email it to frontdesk@brucknerburch.com.

If you want to participate, send your signed Notice of Consent form in time for Plaintiff's Counsel to receive it by [60 days from the date of Notice]. If the signed Notice of Consent form is not filed by the deadline, you will not be allowed to participate in this lawsuit and you will not be entitled to participate in, and will not be bound by, any settlement or judgment of the FLSA claim.

    12. Do I have a lawyer in this case?

Yes. If you join this lawsuit you will be represented by the Plaintiff's lawyers:

Richard (Rex) J. Burch
David I. Moulton
Bruckner Burch PLLC
8Greenway Plaza, Suite 1500
Houston, TX 77046
(800) 443-2441

Derrick Earles
Brian Caubarreaux & Associates
144 West Tunica Dr.
Marksville, LA 71351
318-253-0900

Questions
Contact Bruckner Burch PLLC at (800) 443-2441

*Prejean v. O'Brien's Response Management, Inc.,* 2:12-cv-01045-CJB-JCW
<u>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA</u>
New Orleans Division

13. Should I hire my own lawyer?

You do not need to hire your own lawyer because Plaintiff's Counsel will be working on your behalf. You are allowed to hire your own lawyer at your own expense if you so choose.

14. How will the lawyers be paid?

Whether Plaintiff wins or loses this case, you will not be required to pay any attorneys' fees or costs out of your own pocket. The named Plaintiff has entered into contingency fee agreements with Plaintiff's counsel which will be binding upon you if you join. These agreements provide that in the event there is a recovery, the attorneys are entitled to a part of any settlement obtained or money judgment entered in favor of all members of the class, as approved by the Court. Further, the FLSA requires employers pay prevailing employees' reasonable attorneys' fees for claims under the FLSA. If no recovery is obtained, there will be no attorneys' fees. A copy of the contingency fee agreement executed by the named Plaintiff may be obtained upon request from Plaintiff's counsel identified above.

15. What happens if I do nothing at all?

If you choose not to join this lawsuit, you will not be affected by any ruling, judgment or settlement rendered in this case, whether favorable or unfavorable. You will not receive any money recovered by Plaintiff as part of this lawsuit. You will remain free to independently retain your own counsel and file your own individual lawsuit. You should be aware that your federal wage and hour claims are limited by either a two or three-year statute of limitations. Delay in joining this action or delay in proceeding separately may result in some or all of your potential claims expiring as a matter of law.

16. I still have questions.

If you have questions or are unsure whether you are included, you can call or write, without obligation or fee, to any of the Plaintiff's lawyers in this case.

Questions
Contact Bruckner Burch PLLC at (800) 443-2441

| | |
|---|---|
| IN RE:       FLSA CLAIMS AGAINST:     ]<br>                                                                    ]<br>O'BRIEN'S RESPONSE MANAGEMENT, INC.   ]<br>                                                                    ]<br>                                                                    ] | COLLECTIVE ACTION<br><br>**NOTICE OF CONSENT** |

I consent and agree to join this case to recover overtime pay against O'Brien's and any of its officers, agents, parent companies, subsidiaries, co-employers and representatives.   I also agree to be bound by the any adjudication by the Court, whether it be favorable or unfavorable. I also agree to be bound by any collective action settlement in this case approved by my attorneys and this Court as fair, adequate, and reasonable. I also designate the law firms of Bruckner Burch PLLC, Brian Caubarreaux & Associates, and Michael D. Lore, P.C. to represent me in this action.

_____
Signature

_____
Full Legal Name (print)

_____
Date

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Cell Phone Number

_____
Emergency Contact (Name & Phone Number)

_____
E-Mail Address

**Send your completed form via regular mail, fax, or email to:**
   **Bruckner Burch PLLC**               **Fax: (713) 877-8065**
   **c/o O'Brien's Overtime Case**       **Email: frontdesk@brucknerburch.com**
   **8 Greenway Plaza, Suite 1500**
   **Houston, TX 77046**