UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010             SECTION J

Applies to: *All Cases*                        JUDGE BARBIER
                                     MAGISTRATE JUDGE
                                     SHUSHAN

## ORDER

**[Regarding the Protocol for Production of Documents from the U.S.'s DOE Re-Collection]**

On May 22, 2012, this Court ordered the United States to re-collect and produce documents from 33 Department of Energy ("DOE") custodians. On June 4, 2012, the United States agreed to re-collect and produce documents from Secretary of Energy Steven Chu. The United States and BP have met and conferred regarding how to cooperate in this production (the "DOE Re-Collection"), and have agreed to the following protocol (the "DOE Protocol"). Accordingly, it is ordered as follows:

1. **Confidentiality Agreement.**

    a. BP's contractors and the United States have entered into a confidentiality agreement pursuant to which BP's contractors will not disclose to BP either non-responsive documents, privileged documents, or the U.S.'s privilege search terms (the "Potentially Privileged Information"). BP's contractors will treat the Potentially Privileged Information as Highly Confidential under PTO #13, PTO #36 and PTO#50, and will treat information marked MAY CONTAIN CUI – SEE PTO #50 in accordance with PTO #13 and PTO #50.

2. **Meet And Confer**

    a. Representatives from both BP and the U.S., including the vendors and/or consultants most knowledgeable in the systems and processes used to select, export, process, search, and produce documents from the DOE Re-Collection will

participate in a Meet and Confer to discuss the production as well as to address any questions or potential issues that may arise during the process. This Meet and Confer process shall be repeated once a week (Wednesdays at 2:00 p.m. EDT), or as often as is necessary, to ensure the efficient and accurate export, processing, searching, and production of the U.S.'s DOE recollection data.

3. **Clawback Procedures**

    a. The U.S., the U.S.'s contractors, BP, and BP's contractors will attempt in good faith in the Meet and Confers to resolve any potential issues with respect to the way Edox conducts its searches in order for Edox to mirror as closely as possible the way in which the U.S. conducts its production process. However, the U.S. and BP acknowledge that the potential for error in running the search terms can never be eliminated, and BP and the U.S. therefore expressly agree that the provisions of PTO #13, PTO #14, PTO #36, and PTO #50 are in full force and effect for any documents produced under this protocol by Edox, and that the U.S. will not be prejudiced in any clawback effort by virtue of Edox's production of such documents.

4. **Export From DOE**

    a. The U.S. will export documents for the 33 custodians from the DOE Re-Collection, plus Secretary Chu, on a rolling basis as described below.
    b. The U.S. will run the responsiveness search terms against the DOE Re-Collection data, cull and export said data as discussed by the parties during their relevant email exchanges between May 24 and June 4.

5. **Transfer To BP's Contractor Edox**

    a. The U.S. will ship the culled, responsive documents (the "Responsive" documents) to Edox on hard drives with a label that correlates to a detailed shipping manifest.
    b. Each shipment will be accompanied by a manifest detailing the included media, custodians, associated document counts, and any additional information agreed to during the Meet and Confer process.

6. **Import**

    a. Upon receipt of each export of Responsive documents, Edox will verify receipt of the designated media, custodial files included, and associated document counts.

2

    b. Edox will, on a rolling basis, import the Responsive Documents into a project specific database for purposes of searching, culling, export, and production (the "DOE Import Database"). Per the confidentiality agreement, Edox will not permit BP access to any documents housed within the DOE Import Database.

    c. Edox will notify BP of any errors that occur during the import process. Only quantity, severity, error summary and statistical information will be provided to BP and thus no Potentially Privileged Information will be shared with BP.

    d. If the errors require resolution by the U.S., Edox will immediately notify BP, which will in turn notify the U.S. of such issues as they arise. Such issues will be discussed and resolved during the Meet and Confers as appropriate.

7. **Search**

    a. Edox has already provided the coded privilege search terms to the U.S. for review and approval, and the United States has approved the coded privilege search terms. The U.S. shall immediately notify BP if they identify any issues with the specific coding or application of the search terms. Any issues identified by the U.S. with respect to Edox's coding of the privilege search terms shall be discussed and resolved during the Meet and Confers. Potentially Privileged Information will not be discussed during the Meet and Confers.

    b. Edox will run the privilege search terms across all Responsive Documents imported into the DOE Import Database, or as otherwise directed by the U.S.

    c. Emails and attachments will be treated as a set or "family group". A privileged search hit on any member of a set (email or attachment) will designate the entire set as privileged.

    d. All documents with a privileged search hit will be designated as "Responsive And Potentially Privileged". All Responsive Documents without a privileged search hit will be designated as "Responsive And Non-Privileged".

    e. Edox will generate a report of all Responsive Documents, segregated by custodian, summarizing the count of total documents, the count of Responsive And Non-Privileged documents, and the count of Responsive And Potentially Privileged documents. This report will be shared with both BP and the U.S. to ensure the proper accounting of all documents throughout the entire process.

8. **Deduplication**

    a. Edox will deduplicate the Responsive Documents against the universe of documents previously produced by the United States, and will exclude from the production of Responsive and Non-Privileged Documents and the export of Responsive and Potentially Privileged Documents any documents that contain the

exact MD5 algorithm as a previously produced document. Edox will generate its MD5 algorithm as follows:

    i. For non-email files, Edox will stream the binary content of the file into the MD5 algorithm, excluding the file name.

    ii. For email files, Edox will combine the binary values of the following fields and stream that through the MD5 algorithm:
1) To
2) From
3) CC
4) BCC
5) Subject
6) Date Sent
7) Body
8) Name of attachments

9. **Production Of Responsive And Non-Privileged Documents**

    a. Edox will convert the Responsive And Non-Privileged documents to TIFF image or as otherwise provided for under PTO #16, assign bates labels, and brand all images with a HIGHLY CONFIDENTIAL label in accordance with PTO #13. Edox will also brand all images of documents bearing an ADX, LDX, or SDX Bates prefix with a MAY CONTAIN CUI – SEE PTO #50 label in accordance with PTO #50.
    b. Edox will produce, on a rolling basis, the Responsive And Non-Privileged TIFF images with a metadata load file to the MDL. Native files will be produced for the designated file types specified in PTO #16, and marked with the appropriate HIGHLY CONFIDENTIAL and/or MAY CONTAIN CUI – SEE PTO #50 labels in accordance with this Order, PTO #13, and PTO #50.

10. **Export Of Responsive And Potentially Privileged Documents For Privileged Review By The U.S.**

    a. Edox will convert the Responsive And Potentially Privileged documents to TIFF image or as otherwise provided for under PTO #16, assign bates labels, and brand all images with a HIGHLY CONFIDENTIAL label in accordance with PTO #13. Edox will also brand all images of documents bearing an ADX, LDX, or SDX Bates prefix with a MAY CONTAIN CUI – SEE PTO #50 label in accordance with PTO #50.
    b. Edox will export, on a rolling basis, the Responsive And Potentially Privileged TIFF images with a metadata load file to the U.S. to perform a privilege review.

Native files will be exported for the designated file types specified in PTO #16, and marked with the appropriate HIGHLY CONFIDENTIAL and/or MAY CONTAIN CUI – SEE PTO #50 labels in accordance with this Order, PTO #13, and PTO #50.

**11. Review Of Responsive And Potentially Privileged Documents**

a. The U.S. will manually review the Responsive And Potentially Privileged documents, and will produce to the MDL any such documents that are found to be not privileged as a result of such review. Responsive And Potentially Privileged documents withheld from production on the basis of a claim of privilege will be included on a privilege log or as otherwise provided by PTO #14.

**12. Timeline**

a. **Export from DOE**. The U.S. will provide the Responsive Documents to Edox on a rolling basis and make best efforts to provide Responsive Documents to Edox by July 15.
b. **Search And Production Of Responsive And Non-Privileged Documents/Export of Responsive And Potentially Privileged Documents**. Based on Edox's prior coding of the privilege search terms (and on a rolling export from the DOE), BP anticipates that it will take approximately 14-21 days to prepare the Responsive And Non-Privileged documents for production and the Responsive And Potentially Privileged documents for export to the U.S. (depending on data volume and the resolution of issues such as encrypted documents). Edox will prioritize the Responsive And Potentially Privileged Documents and will endeavor to finish its rolling export of the Responsive And Potentially Privileged Documents to the United States by August 1.
c. **Review Of Responsive And Potentially Privileged Documents**. The U.S. will complete its review, production and privilege logging, to the extent required by PTO #16, of these documents by August 15, 2012.

**13. Cost**

a. Each party shall bear its own costs associated with carrying out its or its contractor's responsibilities under this protocol. For example:
   i. The U.S. will bear the costs associated with: (1) the export from DOE (¶¶4 and 5); and (2) the review (and production, where appropriate) of the Responsive And Potentially Privileged documents (¶11).
   ii. BP will bear the costs associated with Edox's: (1) importing the DOE documents (¶6); (2) searching and identifying the documents (¶7); (3)

        Deduplication (¶8); (4) Tiffing, bates labeling, confidentiality branding, and production of Responsive And Non- Privileged documents (¶9); and (5) Tiffing, bates labeling, confidentiality branding, and export to the United States of the Responsive And Potentially Privileged documents (¶10).

   iii.  Each party will bear its own cost with respect to: (1) finalizing the confidentiality agreement (¶1); (2) participating in the meet and confer process (¶2); and (3) putting in place and carrying out clawback procedures (¶3).

**14. No Waiver**

   a.  The provision of the DOE export by the U.S. to Edox ~~does not constitute~~ a waiver under F.R.C.P. 502.

New Orleans, Louisiana, this 19th day of July, 2012.

                                                    _____
                                                    **SALLY SHUSHAN**
                                                    **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## CONFIDENTIALITY CERTIFICATION

I hereby certify that I have read the Pretrial Orders 13, 36 and 50 entered in the above-captioned action and that I understand the terms thereof.

I agree to be bound by Pretrial Orders 13, 36 and 50.

I further agree to submit to the jurisdiction of this Court for purposes of enforcing this agreement and Pretrial Orders 13, 36 and 50.

With respect to the efforts of the United States to produce Responsive And Non-Privileged Documents (as defined below) from its recollection of the 34 DOE custodians, I agree that I will not disclose to BP or its attorneys any privilege search terms provided by the United States, the DOE documents that do not hit on a responsive search term, or the DOE documents that hit on any privilege search terms provided by the United States (collectively, the "Potentially Privileged Information"). I will only disclose to BP, its attorneys, and the MDL 2179 Parties the DOE documents provided by the United States that are not Potentially Privileged Information (the "Responsive And Non-Privileged Documents"). I will treat information marked MAY CONTAIN CUI – SEE PTO #50 in accordance with PTO #13 and PTO #50. Notwithstanding the foregoing, I may disclose to BP and its attorneys statistical information regarding the Potentially Privileged Information. I will treat the Potentially Privileged Information as Highly Confidential under Pretrial Orders 13, 36 and 50 and will not disclose, discuss, or reveal the contents of the Potentially Privileged Information to any party other than a representative of the Department of Energy or the Department of Justice unless expressly ordered to do so by a court of competent jurisdiction.

Date:                                                                                              (Signature)

                                                                                                        Name:

                                                                                                              (Typed or Printed)