MDL 2179
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

**This Filing Relates to the Following Case Only:**

*Peggy Kemp, Individually, and in Her Capacity as the Surviving Natural Mother of Roy Wyatt Kemp, Deceased v. BP Exploration & Production Inc., et al.*, In the United States District Court for the Southern District of Texas, Houston Division, C.A. No. 4:12-cv-01989.

## NOTICE OF OPPOSITION TO CTO-59

I, John W. Stevenson, Jr., represent Plaintiff, Peggy Kemp, Individually, and in her capacity as the Surviving Natural Mother of Roy Wyatt Kemp, Deceased, in the above-captioned action listed which is included on the conditional transfer order ("CTO-59"). Peggy Kemp submits this opposition to CTO-59. We understand that the motion and brief to vacate are due in 14 days.

Dated: July 19, 2012

                                      Respectfully submitted,

                                      **STEVENSON & MURRAY**

By: *John W. Stevenson, Jr.*
**JOHN W. STEVENSON, JR.**
Attorney-In-Charge
Texas Bar No. 01159820
**JOHN C. SCHWAMBACH, JR.**
Texas Bar No. 19196050
Weslayan Tower, Suite 750
24 Greenway Plaza
Houston, Texas  77046-2416
(713) 622-3223
(713) 622-3224 (fax)

Counsel for Peggy Kemp, Individually,
and in Her Capacity as the Surviving Natural
Mother of Roy Wyatt Kemp, Deceased

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Opposition to CTO-59 has been forwarded to all known counsel of record pursuant to the Federal Rules of Civil Procedure on this the 19th day of July, 2012.

Mr. Thomas W. Taylor
**ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002

Mr. Richard C. Godfrey, P.C.
Mr. J. Andrew Langan, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654

Mr. Donald E. Godwin
Mr. Bruce W. Bowman, Jr.
Ms. Jenny L. Martinez
Mr. Floyd R. Hartley, Jr.
**GODWIN RONQUILLO PC**
1201 Elm Street, Suite 1700
Dallas, Texas  75270-2041

Mr. Taylor Townsend
**KELLY & TOWNSEND, LLC**
137 Saint Dennis Street
Natchitoches, Louisiana  71457

Mr. R. Alan York
Mr. Jerry C. von Sternberg
**GODWIN RONQUILLO PC**
1331 Lamar, Suite 1665
Houston, Texas  77010

*John W. Stevenson, Jr.*
**JOHN W. STEVENSON, JR.**