IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|   "DEEPWATER HORIZON" in the | § | |
|   GULF OF MEXICO, on | § | SECTION J |
|   APRIL 20, 2010 | § | |
| | § | |
| This document relates to: | § | |
| | § | JUDGE BARBIER |
| NO. 2:12 CV 529 | § | MAG. JUDGE SHUSHAN |

**MOTION TO DISMISS AS TO PLAINTIFFS, R. THOMAS CATES, DDS &
DOUGLAS HIGHTOWER, ONLY**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiffs, R. Thomas Cates, DDS and Douglas Hightower ONLY, and would show unto the Court that they no longer desire to prosecute their claims and would request that the causes of action filed by Plaintiffs, R. Thomas Cates, DDS and Douglas Hightower **ONLY**, be dismissed without prejudice.

Respectfully submitted,

**WELLER, GREEN, TOUPS
 & TERRELL, L.L.P.**
P.O. Box 350
Beaumont, Texas  77704-0350
(409) 838-0101/Telecopier:  (409) 832-8577


BY:   /s/ Mitchell A. Toups_____
     **MITCHELL A. TOUPS
     STATE BAR NO. 20151600**

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on July 19, 2012.

/s/ Mitchell A. Toups  
**MITCHELL A. TOUPS**