IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>NO. 2:12 CV 529 | § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER OF DISMISSAL OF PLAINTIFFS, R. THOMAS CATES, DDS & DOUGLAS HIGHTOWER, ONLY

**BE IT REMEMBERED** that in the above styled and numbered Cause came on this date to be heard Motion to Dismiss of Plaintiffs, R. Thomas Cates, DDS and Douglas Hightower, ONLY, and the Court, being of the opinion that same should be granted;

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** by the Court that the cause of action as to the Plaintiffs, R. Thomas Cates, DDS and Douglas Hightower **ONLY**, in the above styled cause, is hereby nonsuited without prejudice, with the costs of the Court being adjudged against the party incurring same.

**SIGNED** this the _____ day of _____, 2012.

_____
HONORABLE JUDGE PRESIDING