UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 02179 |
| "DEEPWATER HORIZON" in the GULF | : | |
| OF MEXICO, on APRIL 20, 2010 | : | |
| | : | SECTION:  J |
| This Document Relates to 2:12-cv-01045 | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT O'BRIEN'S RESPONSE MANAGEMENT INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant O'Brien's Response Management Inc. ("O'Brien's") submits this Corporate Disclosure Statement.

Defendant O'Brien's is a wholly owned subsidiary of SEACOR Holdings Inc. SEACOR Holdings Inc. is a publicly traded Company listed on the New York Stock Exchange. No other publicly traded company owns 10% or more of O'Brien's stock.

Done this 20th day of July, 2012.

                                                       Respectfully submitted,

                                                       */s/Keith M. Pyburn, Jr.*
                                                       KEITH M. PYBURN, JR.
                                                       Louisiana Bar No. 10914
                                                       LARRY SOROHAN
                                                       Louisiana Bar No. 26120

                                                       FISHER & PHILLIPS LLP
                                                       201 St. Charles Avenue, Suite 3710
                                                       New Orleans, Louisiana  70170
                                                       Telephone:  (504) 522-3303
                                                       Facsimile:  (504) 529-3850
                                                       Email: kpyburn@laborlawyers.com
                                                                        lsorohan@laborlawyers.com

JEFFREY S. KLEIN
ALLAN DINKOFF
JONATHAN SOKOTCH
ARYEH ZUBER

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:  jeffrey.klein@weil.com
            allan.dinkoff@weil.com
            jonathan.sokotch@weil.com
            aryeh.zuber@weil.com

**Attorneys for Defendant O'Brien's Response Management Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant O'Brien's Response Management Inc.'s FRCP 7.1 Disclosure Statement has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of July, 2012.

*/s/Keith M. Pyburn, Jr.*
KEITH M. PYBURN, JR.