MINUTE ENTRY
SHUSHAN, M.J.
JULY 20, 2012

**MJSTAR: 2:10**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                                CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010               NUMBER: 10-MDL-2179

                                                       SECTION: "J" (1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, JULY 20, 2012 AT 9:30 A.M.

CASE MANAGER:        Charles A. Armond/Gail Chauvin

COURT REPORTER:      Toni Tusa

   A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.