## CONFERENCE ATTENDANCE RECORD

DATE: 7/20/12              TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jimmy Williamson | PSC |
| Tony Fitch | Anadarko |
| Grant Davis-Denny | ~~~~ TO |
| Don Goodwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| James Johanns | " " |
| Sean Fleming | " " |
| Anthony Irpinu | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Lauren Mitchell | " " |
| Erika Toledo | " " |
| Alison Battiste | " " |
| Duke Williams | PSC |
| Sarah Iiams | Anadarko |
| Brian Barr | PSC |
| Henry Dart | St. of LA |
| Matt Douglas | BP |
| Scott Cernich | DOJ |
| Steve Flynn | " |
| Gordon Young | " |
| Nat Chakeres | " |
| Ryan Babiuch | |
| Denise Scofield | M-I LLC |
| Corey Maze | Alabama |
| David Baay | TO |
| Doug Kraus | La |
| DON HAYCRAFT | BP |
| STEVE HERMAN | PSC |

# CONFERENCE ATTENDANCE RECORD

**DATE:** _____   **TIME:** _____

**CASE NAME:** _____

**DOCKET NUMBER & SECTION:** _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Carmelix Bertaut | Camern |
| Geoff Gannaway | Cameron |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

7-20-12 MDL 2179 Phase Two Disc Conf Call

Jed Mestayer

Abbey Andre

Winnfield Sinclair

Lynn Richard

Jim Roy

Ted Skeridies

Joe Eisert

Alan Pixton

Mark Nomillini

Sean Brennan

Tom Benson

Steve O'Rourke

Patrick O'keefe

Beth Engel

Alan Kanner

Wagner Jackson