UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| 2:10-cv-02771, 2:11-cv-00925 | MAG. JUDGE SHUSHAN |

*EX PARTE* MOTION TO SUBSTITUTE AND
ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gary and Deborah Sellno, Kerry and Sandra Lauricella, William and Georgia Gibson, Dale and Denise LeBrun, Larry and Kelly Tapp, E.P. and M.B. Gebhardt, Michael L. and Dawn Dawson, Michael L. Dawson Construction, Ned and Ginger Naquin, Gordon R. Cordes, James Agent, Clark Barrios, Rose Baudoin, Rex and Beverly Rambo, Vincent and Marlene Lobue, Mark and Carol Dawson, Henry J. Becnel, Jr., Anthony Caramonta, Paul Leone, David and Dodie Brown, Brian Reuther, Peter and Karen Casbarian, Gerard Cormeaux, Keith and Boksoon Fabre, Kevin and Kelly Poteet, Quality Metal Works, Inc., Kirk Fabre, Denise and Sean Migliore, Casbarian Engineering Associates, L.L.C., Jody and Tammy Sellno, Carolyn Campo, Robin Campo and Richard A. Campo III, Buddy and Luanna Cambas, Buddy and David Cambas, Cambas Electric, Inc., Doug and Mary Moore, Juro Bezmalinovic, Bez Fabrication, Inc. and Caleb H. Didriksen and Sondra Brown (hereinafter "Plaintiffs"), who respectfully move the Court to enter the accompanying order substituting and enrolling Michael D. Lane as additional counsel of record for them in the place and stead of Richard L. Traina and Richard J. Garvey.  In support of this motion, Plaintiffs state that Mr. Traina and Mr.

Garvey are no longer employed by the law firm representing plaintiffs in this matter. Caleb H. Didriksen and Diane R. Cosenza will remain as counsel of record for Plaintiffs.

WHEREFORE, Plaintiffs request that the Court enter the accompanying order substituting and enrolling Michael D. Lane as additional counsel of record for them in the place and stead of Richard L. Traina and Richard J. Garvey, Jr.

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*/s/ Caleb H. Didriksen*
**CALEB H. DIDRIKSEN**, La. Bar No. 1334
**DIANE R. COSENZA**, La. Bar No. 4419
**MICHAEL D. LANE**, La. Bar No. 30364
3114 Canal Street
New Orleans, LA 70119
Telephone: (504) 586-1600
Facsimile: (504) 822-3119
Email: caleb@didriksenlaw.com
diane@didriksenlaw.com
mike@didriksenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion to Substitute and Enroll Additional Counsel of Record has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of July, 2012.

*/s/ Caleb H. Didriksen*