UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| 2:10-cv-02771, 2:11-cv-00925 | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing,

**IT IS ORDERED THAT** Michael D. Lane be and hereby is substituted and enrolled as additional counsel of record for plaintiffs Gary and Deborah Sellno, Kerry and Sandra Lauricella, William and Georgia Gibson, Dale and Denise LeBrun, Larry and Kelly Tapp, E.P. and M.B. Gebhardt, Michael L. and Dawn Dawson, Michael L. Dawson Construction, Ned and Ginger Naquin, Gordon R. Cordes, James Agent, Clark Barrios, Rose Baudoin, Rex and Beverly Rambo, Vincent and Marlene Lobue, Mark and Carol Dawson, Henry J. Becnel, Jr., Anthony Caramonta, Paul Leone, David and Dodie Brown, Brian Reuther, Peter and Karen Casbarian, Gerard Cormeaux, Keith and Boksoon Fabre, Kevin and Kelly Poteet, Quality Metal Works, Inc., Kirk Fabre, Denise and Sean Migliore, Casbarian Engineering Associates, L.L.C., Jody and Tammy Sellno, Carolyn Campo, Robin Campo and Richard A. Campo III, Buddy and Luanna Cambas, Buddy and David Cambas, Cambas Electric, Inc., Doug and Mary Moore, Juro Bezmalinovic, Bez Fabrication, Inc. and Caleb H. Didriksen and Sondra Brown.

**IT IS FURTHER ORDERED** that Richard L. Traina and Richard J. Garvey, Jr. are withdrawn as counsel for the above-named plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE