UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Extending the Deadline to Appeal the Ruling in Rec. Doc. 6904]**

The Court issued a ruling regarding its *in camera* inspection of BP's claimed privilege in the Schedule I submissions. Rec. doc. 6904. Both BP and the United States have asked the undersigned to review some aspect of the ruling. **Accordingly, the deadline to appeal is suspended to be reset after the Court completes its re-review.**

New Orleans, Louisiana, this 20th day of July, 2012.

SALLY SHUSHAN
**United States Magistrate Judge**