UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KNOTTY GIRL FISHING LLC | * | CIVIL ACTION NO. 2:11-CV-00649 |
| | * | |
| VERSUS | * | JUDGE CARL BARBIER |
| | * | |
| WORLEY CATASTRPHE SERVICES LLC, ET AL AND BP EXPORATION & PRODUCTION INC. | * * * | MAGISTRATE JUDGE SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW AND ENROLL COUNSEL OF RECORD**

Defendant Worley Catastrophe Services, LLC hereby moves the Court to withdraw Mary Erlingson and the law firm of Crawford Lewis and enroll Elizabeth Haecker Ryan and the Coats | Rose law firm as counsel of record in the above-captioned matter.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Mary Erlingson | /s/ Elizabeth Haecker Ryan |
| MARY ERLINGSON, #19562 | ELIZABETH HAECKER RYAN, #6404 |
| ERLINGSON BANKS, PLLC | COATS \| ROSE |
| 301 MAIN STREET, STE. 2030 | 365 CANAL STREET, STE. 800 |
| BATON ROUGE, LA 69725 | NEW ORLEANS, LA 70130 |
| TELEPHONE: (225) 218-6553 | TELEPHONE: (504) 299-3085 |
| FACSIMILE: (225) 246-2876 | FACSIMILE: (504) 299-3071 |

1750506.1/012137.000001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on this 23rd day of July, 2012 by electronic mail, by hand, facsimile or by placing a copy of same in the United States Mail, properly addressed and appropriate postage affixed.

/s/ Elizabeth Haecker Ryan
ELIZAETH HAECKER RYAN

1750506.1/012137.000001