UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KNOTTY GIRL FISHING LLC | * | CIVIL ACTION NO. 2:11-CV-00649 |
| | * | |
| VERSUS | * | JUDGE CARL BARBIER |
| | * | |
| WORLEY CATASTRPHE SERVICES LLC, ET AL AND BP EXPORATION & PRODUCTION INC. | * * * | MAGISTRATE JUDGE SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion to Withdraw and Enroll Counsel of Record:

**IT IS ORDERED, ADJUDGED AND DECREED**, that Mary Erlingson and the law firm of Crawford Lewis be withdrawn as counsel of record and in the above-captioned matter; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that Elizabeth Haecker Ryan and Coats | Rose law firm be enrolled as counsel of record for Worley Catastrophe Services, LLC.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
U.S. DISTRICT COURT JUDGE

1750512.1/012137.000001