```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

In re:  OIL SPILL by the
Oil Rig "DEEPWATER HORIZON"
in the Gulf of Mexico on
April 20, 2010

Date:  __July 24, 2012_____

__Bayhaven Enterprises, LLC, et al.__

This document relates to:
     2:12-cv-01483

vs.
BP p.l.c., BP American Production Company,
__BP Exploration & Production, Inc.__, et al.

Case No. __2:10-md-02179__ Section __J__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint)

(other :  _____ ) to the following:

1. (name) __Airborne Support International, Inc._____
   (address) __3626 Thunderbird Road, Houma, LA  70363____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

          Very truly yours,

          /s/  Robert J. McKee
          _____
          "Signature"
          Florida Bar Number:  972614
          Attorney for  __Plaintiff_____

          Address  __12 Southeast Seventh__ Street, #801
                  Fort Lauderdale, FL 33301-3426
                  954-763-8181 telephone
                  954-763-8292 facsimile
                  rmckee@krupnicklaw.com