AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Bayhaven Enterprises, LLC, et al. ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:12-cv-01483 |
| BP EXPLORATION & PRODUCTION, INC., ) | |
| BP AMERICA PRODUCTION COMPANY, et al. ) | |
| ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Airborne Support International, Inc.
C/O Howard Barker, Registered Agent
3626 Thunderbird Road
Houma, LA  70363

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert J. McKee, Esquire
Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301

Telephone:  954-763-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*