UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan | |
| This Document Relates to:<br>    2:12-cv-01483 | | |

ATTACHMENT "A"

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Robert Casteel | 1836 North East Avenue, Lot 66<br>Panama City, FL   32405 | (850) 640-0059 home<br>(850) 630-0698 cell |
| 2. | Bruce Cravens | 5907 North West Circle<br>Chicago, IL   60631 | (773) 763-5994 home<br>(773) 909-5994 cell |