UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 02179 |
| | * | SECTION:  J |
| This Document Relates to: | * * | |
| 2:12-cv-01045 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

On behalf of Defendant, O'Brien's Response Management Inc., Jeffrey S. Klein of the law firm Weil, Gotshal & Manges LLP, hereby files this Notice of Appearance and appears on behalf of Defendant in the above-captioned case.  The undersigned further requests that copies of all relevant pleadings, notices and orders in this case be furnished to him as counsel for Defendant.

Respectfully submitted this 24th day of July, 2012.

Respectfully submitted,

*/s/Jeffrey S. Klein*
KEITH M. PYBURN, JR
Louisiana Bar No. 10914
LARRY SOROHAN
Louisiana Bar No. 26120

FISHER & PHILLIPS LLP
201 St. Charles Avenue, Suite 3710
New Orleans, Louisiana  70170
Telephone:  (504) 522-3303
Facsimile:  (504) 529-3850
Email: kpyburn@laborlawyers.com
  lsorohan@laborlawyers.com

1

JEFFREY S. KLEIN
ALLAN DINKOFF
JONATHAN SOKOTCH
ARYEH ZUBER

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:  jeffrey.klein@weil.com
            allan.dinkoff@weil.com
            jonathan.sokotch@weil.com
            aryeh.zuber@weil.com

**Attorneys for Defendant O'Brien's Response Management Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of July, 2012.

/s/Jeffrey S. Klein
JEFFREY S. KLEIN