UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 02179 |
| | * | SECTION: J |
| This Document Relates to: | * * | |
| 2:12-cv-01045 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

On behalf of Defendant, O'Brien's Response Management Inc., Jonathan Sokotch of the law firm Weil, Gotshal & Manges LLP, hereby files this Notice of Appearance and appears on behalf of Defendant in the above-captioned case. The undersigned further requests that copies of all relevant pleadings, notices and orders in this case be furnished to him as counsel for Defendant.

Respectfully submitted this 24th day of July, 2012.

                                                          Respectfully submitted,

                                                          */s/Jonathan Sokotch*
                                                          KEITH M. PYBURN, JR
                                                          Louisiana Bar No. 10914
                                                          LARRY SOROHAN
                                                          Louisiana Bar No. 26120

                                                          FISHER & PHILLIPS LLP
                                                          201 St. Charles Avenue, Suite 3710
                                                          New Orleans, Louisiana  70170
                                                          Telephone:  (504) 522-3303
                                                         Facsimile:  (504) 529-3850
                                                          Email: kpyburn@laborlawyers.com
                                                                        lsorohan@laborlawyers.com

1

JEFFREY S. KLEIN
ALLAN DINKOFF
JONATHAN SOKOTCH
ARYEH ZUBER

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:  jeffrey.klein@weil.com
             allan.dinkoff@weil.com
             jonathan.sokotch@weil.com
             aryeh.zuber@weil.com

**Attorneys for Defendant O'Brien's
Response Management Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of July, 2012.

/s/Jonathan Sokotch
JONATHAN SOKOTCH