UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MD-02179 |
| | * | JUDGE CARL BARBIER |
| | * | SECTION " J " |
| This document relates to: Knotty Girl Fishing, LLC v. Worley Catastrophe Services LLC, et al and BP Exploration & Production, 2:11-cv-00649 | * * * | MAGISTRATE JUDGE WILKINSON |
| | * | MAG. DIV. 2 |

**************************************

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant Worley Catastrophe Services, LLC hereby moves the Court to withdraw Mary Erlingson and the law firm of Crawford Lewis and enroll Elizabeth Haecker Ryan and the Coats | Rose law firm as counsel of record in the above-captioned matter.

RESPECTFULLY SUBMITTED,

_/s/ Mary Erlingson_  
MARY ERLINGSON, #19562  
ERLINGSON BANKS, PLLC  
301 MAIN STREET, STE. 2030  
BATON ROUGE, LA  69725  
TELEPHONE: (225) 218-6553  
FACSIMILE: (225) 246-2876

_/s/ Elizabeth Haecker Ryan_  
ELIZABETH HAECKER RYAN, #6404  
COATS | ROSE  
365 CANAL STREET, STE. 800  
NEW ORLEANS, LA 70130  
TELEPHONE: (504) 299-3085  
FACSIMILE: (504) 299-3071

1750506.1/012137.000001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on this 24rd day of July, 2012 by electronic mail, by hand, facsimile or by placing a copy of same in the United States Mail, properly addressed and appropriate postage affixed.

/s/ Elizabeth Haecker Ryan
ELIZAETH HAECKER RYAN

1750506.1/012137.000001