AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| B & C Land Services, LLC ) | |
| ) | |
| ) | |
| _____ ) | EDLA 12cv1633 |
| Plaintiff(s) ) | Civil Action No. 1:12cv189 H50-RHW |
| v. ) | |
| BP, PLC, et al ) | |
| ) | |
| ) | |
| _____ ) | |
| Defendant(s) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP, PLC
    1st James's Square
    London
    SW1Y 4PD
    United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ben F. Galloway, Esquire
    Owen, Galloway & Myers, PLLC
    Post Office Drawer 420
    Gulfport, MS  39502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: 6-12-12

_____
*Signature of Clerk or Deputy Clerk*

SFP:  2012-8292
Ref:  BP PLC

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 04 July 2012**
**que le demande a ete executee         le (date)**

-at (place, street, number)         BP PLC (Company No. 00102498)
-a (localite, rue, numero)          1 ST JAMES'S SQUARE
                                    LONDON
                                    SW1Y 4PD

**- in one of the following methods authorised by article 5:**
**-dans une des formes suivantes prevues a l'article 5:**
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method selon la forme particuliere suivante    **The documents were served by posting them through the defendant company's letterbox at the registered address of the company. This method is good service under Section 1139 of the Companies Act 2006.**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 10 July, 2012
le

Signature and/or stamp:
Signature et/ou cachet:

[Seal: SENIOR COURTS OF ENGLAND AND WALES * FOREIGN PROCESS SECTION *  10 JUL 2012]

Civil Action No. 1:12cv189 HSO-RHW

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

SFP-202-8292

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

ZURÜCKSENDEN - TO RETURN
à retourner-de

**Name and address of the requesting authority:** Karina Shreefer, Esq. and Phillip R. Anderson, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties*:**
*Identité des parties :* B & C LAND SERVICES, LLC, *Plaintiff*
BP, PLC; BP AMERICA, INC.; BP CORPORATION NORTH AMERICA, INC.; BP COMPANY NORTH AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; and BP EXPLORATION AND PRODUCTION, INC., *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :* Within twenty-one (21) days after service of the summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Owen, Galloway & Myers, PLLC) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its answer or motion with the United States District Court, Southern District of Mississippi, Southern Division, located at: US District Court, 2012 15th Street, Suite 403, Gulfport, Mississippi 39501, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment**:**
*Date de la décision :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* Within twenty-one (21) days after service of the summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Owen, Galloway & Myers, PLLC) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the complaint. Defendant also must file its answer or motion with the court.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3

NOTICE
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

BP, PLC (Company No. 00102498)
1 St. James's Square
London
SW1Y 4PD
UNITED KINGDOM

---

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mississippi Center for Legal Services – Gulfport Office
520 East Pass Road, Suite J
Gulfport, Mississippi 39502
U.S.A.
Tel. 1.228.896.9148

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mississippi Center for Legal Services – Gulfport Office
520 East Pass Road, Suite J
Gulfport, Mississippi 39502
U.S.A.
Tel. 1.228.896.9148