```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

In re:  OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010

This document relates to:
     2:12-cv-01484

Date: __July 24, 2012_____

__121 Duval Company, et al._____

vs.
BP p.l.c., BP American Production Company, BP Exploration & Production, Inc., et al.

Case No. 2:10-md-02179  Section  J

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name) _Airborne Support International, Inc._____
      (address) _3626 Thunderbird Road, Houma, LA  70363____
   2. (name) _____
      (address) _____
   3. (name) _____
      (address) _____
   4. (name) _____
      (address) _____

                    Very truly yours,

                     /s/  Robert J. McKee
                    _____
                         "Signature"
                    Florida Bar Number:  972614
                    Attorney for  _Plaintiff_____

                    Address  _12 Southeast Seventh_ Street, #801
                             Fort Lauderdale, FL 33301-3426
                             954-763-8181 telephone
                             954-763-8292 facsimile
                             rmckee@krupnicklaw.com