```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

In re: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010

This document relates to:
2:12-cv-01485

Date: July 24, 2012

Joseph Yerkes, Joshua Allen Bengson, et al.

vs.

BP p.l.c., BP American Production Company, BP Exploration & Production, Inc., et al.

Case No. 2:10-md-02179  Section  J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Airborne Support International, Inc.
   (address) 3626 Thunderbird Road, Houma, LA 70363
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/ Robert J. McKee
"Signature"
Florida Bar Number: 972614
Attorney for  Plaintiff

Address  12 Southeast Seventh Street, #801
Fort Lauderdale, FL 33301-3426
954-763-8181 telephone
954-763-8292 facsimile
rmckee@krupnicklaw.com