# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the OIL RIG** | ) | **MDL. NO. 2179** |
| **"DEEPWATER HORIZON"in** | ) | |
| **the GULF OF MEXICO, on** | ) | |
| **APRIL 20, 2010** | ) | |
| | ) | **SECTION: J** |
| **This Document relates to:** | ) | |
| | ) | **JUDGE BARBIER** |
| **2:10-CA-10-8888** | ) | **MAG. JUDGE SHUSHAN** |

## ORDER

Considering the Motion of the law firm of Daniell, Upton & Perry, P.C. for leave to withdraw as counsel, **IT IS HEREBY ORDERED** that the law firm of Daniell, Upton & Perry, P.C. is withdrawn as counsel for the Claimants listed below:

| | **Plaintiff/Claimant** | **Document No.** | **Cause No.** |
|---|---|---|---|
| 1. | Clearbrook, LTD | 54596 | CA-10-8888 |
| 2. | Bruce Wagner | 54609 | CA-10-8888 |
| 3. | Scott Paslay | 53909 | CA-10-8888 |
| 4. | Norvelle Leigh Vaughan | #60115 | CA-10-8888 |
| 5. | Jimmy and Susan Morrow, Sr. | 69057 | CA-10-8888 |
| 6. | Leopoldine Tina Atzlinger | 51587 | CA-10-8888 |
| 7. | James and Dara Richards | 107364 | CA-10-8888 |
| 8. | Craig Olin Vinson, Sr. | 52242 | CA-10-8888 |
| 9. | Johnny Raymond Vinson | 107366 | CA-10-8888 |
| 10. | Alex Vlahos | 52240 | CA-10-8888 |
| 11. | Emily Wisniewski | 49862 | CA-10-8888 |
| 12. | Ronnie & Juanita Jennings | 51789 | CA-10-8888 |

| **Plaintiff/Claimant** | **Document No.** | **Cause No.** |
|---|---|---|
| 13. | Robert J. Bourgeois | 56763 | CA-10-8888 |
| 14. | John & Cathy Brown | 51350 | CA-10-8888 |
| 15. | Robert L. & Rebecca A. Gardner | 52234 | CA-10-8888 |
| 16. | Robert L. Gardner | 56798 | CA-10-8888 |
| 17. | Brenda J.Arthur | 51591 | CA-10-8888 |
| 18. | Frederick J. Miller | 52232 | CA-10-8888 |
| 19. | Alfred L. O'Neal | 53155 | CA-10-8888 |
| 20. | Reynolds Realty, Inc. | 111549 | CA-10-8888 |
| 21. | James Harrell, Jr. | 107368 | CA-10-8888 |
| 22. | Rory T. Winkler | 111079 | CA-10-8888 |

New Orleans, Louisiana this 24th day of July, 2012.

_____
United States District Judge