June 19, 2012
Ngot Thi Nguyen
6692 Balboa Circle
Ocean Springs, MS. 39564

     I am writing this letter to state that I want to withdraw from your service of representing my BP Oil Spill claim. I have not been satisfied with the service that you provided for my claim. Please take this statement as my decision to withdraw from you services.

                                                      Thank You,

                                                   *Ngot Nguyen*
                                                   Ngot Thi Nguyen

                                                                              2254

                                                                           EXHIBIT A