

Stephen S. Kreller
ssk@krellerlaw.com

June 25, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:    Thanh Hai, Inc., et al. v. BP American Production Company, et al.
              U.S.D.C. for E.D. of LA, Case No. 2:11-cv-03180

Dear Hon. Whyte:

    I am writing to respectfully request that summons on the Complaint for Intervention be issued to the following defendants:

1. **NGOT THI NGUYEN**
   6692 Balboa Circle
   Ocean Springs, Mississippi 39564

2. **NGOT NGUYEN, LLC**
   Through its registered agent for service of process:
   Ngot Thi Nguyen
   6692 Balboa Circle
   Ocean Springs, Mississippi 39564

    If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

    With kindest regards, I am

                                  Very truly yours,

                                  Stephen S. Kreller

Attachments

757 Saint Charles Avenue, Suite 301 / New Orleans, LA 70130 / 504.484.3488
888.929.3488 / Fax: 888.294.6091 / www.krellerlaw.com

Licensed in Alabama, Georgia, Louisiana and New York