UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

...................................................................................................................................

## ORDER

### [Regarding Phase 1 and Phase 2 Discovery Materials Provided to the Environmental Protection Agency]

WHEREAS, information has been produced during "Phase 1" and "Phase 2" discovery, some of which has been identified by one or more MDL parties as "confidential" and "highly confidential" within the meaning of Pretrial Order 13;

WHEREAS, pursuant to the Court's Orders dated September 2, 2011 [Docket No. 3895] and December 16, 2011 [Docket No. 4938], agencies of the United States investigating the *Deepwater Horizon* incident, specifically, the Chemical Safety and Hazard Investigation Board ("CSB"), the United States Coast Guard ("USCG"), the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"), and the Joint Investigation Team ("JIT"), comprised of the USCG and BOEMRE, obtained information and data potentially subject to Pretrial Order 13, subject to the condition that said agencies treat the information and data in a manner consistent with the Trade Secrets Act, 18 U.S.C. § 1905, and the

Freedom of Information Act ("FOIA"), as well as any other statutes or regulations governing disclosure of confidential business information by those agencies;

WHEREAS, in order to facilitate the provision of information to the Environmental Protection Agency ("EPA"), and to the extent such information has been designated as "confidential" or "highly confidential" within the meaning of Pretrial Order 13,

IT IS ORDERED that the EPA, and such persons within the EPA as are necessary to assist the EPA's investigation of the *Deepwater Horizon* incident, may receive copies of Phase 1 and Phase 2 depositions, deposition exhibits, and documents produced in discovery, including testimony and documents designated as "confidential" and "highly confidential," subject to the condition that, to the extent such "confidential" and "highly confidential" designations have not been withdrawn, the EPA shall treat the information in a manner consistent with the Trade Secrets Act and the FOIA, as well as any other statutes or regulations governing disclosure of confidential business information by the EPA.

IT IS SO ORDERED.

New Orleans, Louisiana, this 25th day of July, 2012.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE