UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Misleading Websites]**

IT IS ORDERED that the Show Cause Hearing scheduled for August 1, 2012 at 9:30 a.m. (*see* Order Regarding Misleading Websites, July 19, 2012, Rec. Doc. 6934) is hereby CANCELLED AS MOOT.

New Orleans, Louisiana, this 25th day of July, 2012.

_____
United States District Judge

The clerk is to serve:
William Bohack
billbohack67@gmail.com