UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MD-02179<br><br>JUDGE CARL BARBIER |
| | * | SECTION " J " |
| This document relates to: Knotty Girl Fishing, LLC v. Worley Catastrophe Services LLC, et al and BP Exploration & Production, 2:11-cv-00649 | * * * | MAGISTRATE JUDGE WILKINSON<br><br>MAG. DIV. 2 |

## ORDER

Considering the above and foregoing Motion to Withdraw and Enroll Counsel of Record:

**IT IS ORDERED, ADJUDGED AND DECREED**, that Mary Erlingson and the law firm of Crawford Lewis be withdrawn as counsel of record and in the above-captioned matter; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that Elizabeth Haecker Ryan and Coats | Rose law firm be enrolled as counsel of record for Worley Catastrophe Services, LLC.

New Orleans, Louisiana this 25th day of July, 2012.

_____
United States District Judge

1750512.1/012137.000001