UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   Oil Spill by the Oil Rig        MDL No.  2179
         "Deepwater Horizon" in
         the Gulf of Mexico on           Section:  J
         April 10, 2010
                                         Judge Barbier
                                         Magistrate Shushan
This Document Relates to:
         2:12-cv-01483

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of

KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN

& MCKEE, P.A. and SMITH STAG, LLC's Motion to Withdraw as Counsel.

The Court having read and considered argument of counsel and being

otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.      That ROBERT J. MCKEE, ESQUIRE, and the law firm

of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK

LIBERMAN & MCKEE, P.A. and STUART H. SMITH, ESQUIRE, and the

law firm of SMITH STAG, LLC's **Motion to Withdraw as Counsel** as to

**only** those individual Plaintiffs listed in Attachment "A," be and the same

is hereby **granted**.

DONE AND ORDERED in Chambers, at New Orleans,

Louisiana on this    25th    day of July, 2012.

_____
United States District Judge