UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig     "Deepwater Horizon" in the Gulf     of Mexico, on April 20, 2010 | * * * * | MDL No. 2179    SECTION "J" |
| Applies to: *All Cases in Pleading Bundle B3.* | * * * | JUDGE BARBIER    MAGISTRATE SHUSHAN |

## ORDER

Having considered the Nalco Entities' response (Rec. Doc. 6928) to the Court's Order of July 11, 2012 (Rec. Doc. 6880), which conditionally granted the Nalco Entities' motion to file certain exhibits under seal,

IT IS ORDERED that Exhibits D and F to the Nalco Entities' Motion for Summary Judgment (Rec. Doc. 6541) shall REMAIN SEALED;

FURTHER ORDERED that Exhibits E, H, N, P, R, and W to the Nalco Entities' Motion for Summary Judgment (Rec. Doc. 6541) shall be UNSEALED;

FURTHER ORDERED that the <u>redacted</u> versions of Exhibits D and F submitted with the Nalco Entities's response (Rec. Doc. 6928) shall be filed with the Nalco Entities' Motion for Summary Judgment (Rec. Doc. 6541) as unsealed exhibits.

New Orleans, Louisiana, this 24th day of July, 2012.

_____
United States District Judge