UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 1:10cv391 (S.D. Miss.) | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **TIMOTHY J. MATUSHESKI'S MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Timothy J. Matusheski, filing and serving this his Motion for an order withdrawing him as counsel of record for Plaintiff James Cooley, stating as follows, to wit:

1. Plaintiff James Cooley filed his Complaint in the United States District Court for the Southern District of Mississippi, assigned case number 1:10cv391 HSO-JMR.

2. Subsequently, that case was transferred to this Court pursuant to Conditional Transfer Order No. 5 on October 27, 2010.

3. James Cooley and Timothy J Matusheski have a conflict of interest.

4. James Cooley has requested that Timothy J. Matusheski withdraw from this proceeding.

5. James Cooley remains amply represented by the law firm of Finkelstein Thompson LLP.

6. No party to this litigation will be prejudiced by this Court granting Timothy J. Matusheski's Motion to Withdraw as Counsel.

WHEREFORE, Timothy J. Matusheski prays that this Court grant the relief sought in this Motion.

Respectfully submitted this 25th day of July, 2012.

1

/s/ Timothy J. Matusheski
Timothy J. Matusheski
Law Offices of Timothy J. Matusheski
PO Box 15758
Hattiesburg, MS 39404
Tel. (601) 307-0221
Fax: N/A
tim@mississippiwhistleblower.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the above and foregoing to be served on all parties electronically by uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.  In addition, the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using its CM/ECF System which sent a notice of electronic filing in accordance with the procedures established in MDL 2179.  In addition, I sent James Cooley a copy of this Motion via USPS mail postage pre-paid addressed to James Cooley, 23 Lavell James Drive, Waynesboro, Mississippi 39367.

Today is the 25th day of July, 2012.

/s/ Timothy J. Matusheski
Timothy J. Matusheski