UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | \* | MDL No. 2179 |
| "Deepwater Horizon" in the | \* | |
| Gulf of Mexico, on April 20, 2010 | \* | SECTION: J |
| | \* | |
| | \* | |
| **This Document Relates To:** | \* | JUDGE BARBIER |
| Case No. 1:10cv391 (S.D. Miss.) | \* | |
| | \* | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### [PROPOSED] ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Timothy J. Matusheski and the Law Offices of Timothy J. Matusheski, be allowed to withdraw as Counsel for James Cooley.

This the _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE
HON. CARL J. BARBIER

1