# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888, [Rec. Doc. 66975]; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff, Heath M. Guidry. In support thereof, Movants would show:

1. On or about March 11, 2011, Plaintiff retained the law firm, The Dugan Law Firm, to serve as counsel with regards to any and all claims Plaintiff had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or about April 20, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 66975].

3. On July 2, 2012, Plaintiff informed the Dugan Law Firm in writing that he no longer desired to have the Dugan Law Firm represent his interests.

4. On July 8, 2012, the Dugan Law Firm honored the wishes of Plaintiff and the parties have terminated their relationship. Thus, the Dugan Law Firm as counsel of record now requests this Court to allow its withdrawal from representation of Heath M. Guidry in this case.

5. Considering Plaintiff has chosen to represent himself in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

6. The current mailing address of Plaintiff is 102 Georgina Street, Raceland,

Louisiana 70394.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Plaintiff in the above captioned case.

Dated: July 26, 2012

                                                Respectfully submitted,

By:
      **THE DUGAN LAW FIRM**

      */s/ David B. Franco*
      David B. Franco (TXBR 24072097)
      James R. Dugan, II (LABR 24785)
      One Canal Place
      365 Canal Street, Suite 1000
      New Orleans, Louisiana 70130
      Telephone: (504) 648-0180
      Facsimile: (504) 648-0181

      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 26th day of July, 2012.

Heath Guidry
102 Georgina Street
Raceland, LA. 70394

                                                       */s/ David B. Franco*
                                                     David B. Franco, Esq.