# EXHIBIT A

1. Agro, Joseph
2. Anderson, Isaac, Individually and d/b/a Epiphany Lutheran Church
3. Ayers, George, Individually and d/b/a AOH Church of God, Inc.
4. Bell, David, Individually and d/b/a M. D. Bell Co., Inc.
5. Bizette, Laurence Jr., Individually and d/b/a Antioch Family Church, Inc.
6. Boutwell, Ed, Individually and d/b/a New Beginnings Church of the Gulf Coast
7. Breckenridge, Vanna, Individually and d/b/a Ministry of New Beginnings
8. Brown, Kathleen, Individually and d/b/a Kathleen's Fiber Art
9. Bufford, Darrell, Individually and d/b/a NaturScent/DBA Gold Seal Inc.
10. Cain, Tanya, Individually and d/b/a Dynasty Collection, Inc.
11. Chance, Bessie
12. Cheddie, Dhaneshwar
13. Chien, Brian, Individually and d/b/a B & K & Company, Inc. d/b/a B&KCO.
14. Ciolino, Steven, Individually and d/b/a C's Discount Pharmacy
15. Ciolino, Steven Individually and d/b/a Ciolino Pharmacy, Inc.
16. Coleman, Vanessa, Individually and d/b/a Zion Church of God in Christ
17. Cox, Anthony, Sr., Individually and d/b/a Westside Church of God in Christ
18. Cox, Anthony, Sr., Individually and d/b/a Life Giving Community Development Center
19. Cundall, J. Aaron, Individually and d/b/a IDEA America-Luscious Lures
20. Dauterive, Robert, Individually and d/b/a Bob Dauterive Enterprises
21. Day, Eric W. III, Individually and d/b/a Eric W. Day, III, DDS
22. Denman, Morris, Individually and d/b/a Kingswood Baptist Church
23. Dubose, Leevones, Individually and d/b/a Bay Area Women Coalition, Inc.
24. Ebanks, Andria, Individually and d/b/a A. Ebanks Enterprize Cleaning Service
25. Elowsky, Gary
26. Evans, Linda, Individually and d/b/a White Apple Farms
27. Farris, Grace, Individually and d/b/a Farris Properties
28. Ferguson, Joseph, Individually and d/b/a CASA of Acadiana, LLC
29. Fox, Leo, Individually and d/b/a St. John AOH Church of God
30. Freeman, Jerry W., Individually and d/b/a Cabinetry Sales & Design
31. Hamon, Timothy, Individually and d/b/a Christian Int'l Network of Prophetic Ministries
32. Hamon, Thomas, Individually and d/b/a Vision Church
33. Haston, Julius, Individually and d/b/a Walls of Salvation International Church
34. Hebert, Garrett, Individually and d/b/a Alex Enterprises
35. Hesseltine, Donald
36. Hunter, Sylvia, Individually and d/b/a Forever Flowing Ministries Infant Center
37. Johnson, Lucy, Individually and d/b/a Goudeau's Healthmart Pharmacy

38. Johnson, Ross, Individually and d/b/a/ Tulane Memorial Baptist Church
39. Jones, Herman, Individually and d/b/a First Community Missionary
40. Jones, John Paul, Individually and d/b/a Jones Homes, LLC
41. Jones, John Paul, Individually and d/b/a Jones Builders, Inc.
42. Keriwala, Dilip, Individually and d/b/a Keriwala Motels, Inc., d/b/a America's Best Suites
43. Kim, Mary Rayford
44. Lang, Enrique, Individually and d/b/a Fair Housing Agency of Alabama
45. Lewis, Sparkle
46. Lockhart, Robert, Individually and d/b/a Waterguard Technology Products
47. Madere, Ronald, Individually and d/b/a Ronald A. Madere, DDS
48. Martin, Gerard J., Individually and d/b/a Gerard J. Martin, DDS
49. Melguizo, Juan C., Individually and d/b/a Juan Melguizo, DDS
50. Metcalf, Timothy, Individually and d/b/a Deano's Pizzarama, Inc.
51. Metcalf, Timothy, Individually and d/b/a M & M Management-LA Seafood House
52. Miller, Candace, Individually and d/b/a Van Eaton & Romero, Inc.
53. Morgan, Brook
54. Murray, Leon
55. Norton, Laurence III, Individually and d/b/a Laurence T. Norton, III, DDS
56. Norton, Tracey
57. Oten, Devin, Individually and d/b/a Mighty Strength of Jesus Ministries
58. Pate, Jesse Sr., Individually and d/b/a Family Enrichment (Tic-Tot Nursery)
59. Pate, Jesse Sr., Individually and d/b/a Harvest Ripe Church
60. Patel, Bimal, Individually and d/b/a Sheenal Inc.
61. Peddrick, John
62. Peterman, Bradley, Individually and d/b/a Peterman Appraisal Services
63. Porter, John
64. Richardson, B. O., Individually and d/b/a B. O. Richardson Real Estate
65. Riley, Linda
66. Robinson, Tanis, Individually and d/b/a C.A.'s House Bed & Breakfast
67. Scott, Jesse, Individually and d/b/a Bible Way Apostolic Church of God
68. Seaman, Kim, Individually and d/b/a Seaman & Associates
69. Seymour, B. R., Individually and d/b/a First Pentecostal Church of Orange Grove Inc.
70. Shavers, Donald, Individually and d/b/a Apostolic Overcoming Holiness Church of Christ
71. Sheehan, Gale
72. Shelton, Sherman, Individually and d/b/a Firehouse Full Gospel Ministries
73. Shim, Youn, Individually and d/b/a Lafayette Korean Church
74. Singh, Rajinder, Individually and d/b/a Sunshine Imports, Inc.
75. Smith, Chancey, Individually and d/b/a True Praise Deliverance

76. Smith, Chancey, Individually and d/b/a True Praise Daycare
77. Smith, Roy, Individually and d/b/a Roy L. Smith, DDS
78. Sopariwala, Mohammed, Individually and d/b/a Royal Bliss Linens
79. Sopariwala, Mohammed, Individually and d/b/a Royal Wireless Communications
80. Sparrow, Chrysa, Individually and d/b/a Bunnies & Bows
81. St. Ann, Jerome
82. St. Ann, Morender
83. Stanberry, Williemae, Individually and d/b/a Williemae Stanberry Real Estate Broker
84. Taylor, Charles, Individually and d/b/a Full Gospel Holiness Church
85. Taylor, Jim, Individually and d/b/a Marlow Floral Products
86. Tharling, Dhongak, Individually and d/b/a Buddhist Temple
87. Thibeault, Craig, Individually and d/b/a Theodore Mail, Ship & More
88. Thomas, Clyde, Individually and d/b/a Word of Deliverance Church
89. Thomas, Richard
90. Tuminello, David, Individually and d/b/a David Tuminello, DDS
91. Vasquez, Rodolfo
92. Vickers, James
93. Wang, Jay, Individually and d/b/a Value Travel Inn
94. Williams, Gary Jr.
95. Williams, James, Individually and d/b/a James R. Williams Appraisals
96. Woods, Elester, Individually and d/b/a Back to the Bible Church