**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON"in the GULF OF MEXICO, on APRIL 20, 2010** | ) | **MDL. NO. 2179** |
| | ) | **SECTION: J** |
| **This Document relates to:** | ) | |
| **2:10-CA-10-8888** | ) | **JUDGE BARBIER** <br> **MAG. JUDGE SHUSHAN** |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The law firm of Daniell, Upton & Perry, P. C. respectfully moves the Court for leave to withdraw as counsel for Claimants listed below:

| | Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|---|
| 1. | Jack E. Harless | 60074 | CA-10-8888 |
| 2. | William & Sandra McCrory | 51595 | CA-10-8888 |
| 3. | Gus A. Rush, III | 52093 | CA-10-8888 |
| 4. | Gregory A. Judge | 51780 | CA-10-8888 |
| 5. | Larry W. Guy | 51819 | CA-10-8888 |
| 6. | Mark Graubart | 51839 | CA-10-8888 |
| 7. | Warren G. Clarke, Jr. | 56783 | CA-10-8888 |
| 8. | Franklin E. Montgomery | 53078 | CA-10-8888 |
| 9. | Charles A. Renfroe | 52120 | CA-10-8888 |
| 10. | T.J. Akin | 51354 | CA-10-8888 |
| 11. | Richard G. Alexander, Sr. | 60162 | CA-10-8888 |
| 12. | Homewood Motorcycles, Inc. d/b/a Big #1 Motorsports | 53028 | CA-10-8888 |
| 13. | Clint Berry | 53081 | CA-10-8888 |
| 14. | Paul S. & Linda P. Berthon | 64241 | CA-10-8888 |

| | Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|---|
| 15. | Robert P. Bolling | 69074 | CA-10-8888 |
| 16. | W. Donald Bolton, Jr. | 64999 | CA-10-8888 |
| 17. | Brown Bottling Group, Inc. | 107350 | CA-10-8888 |
| 18. | Burton Brothers Management Company, Inc. & Joe Roe Burton | 56821 | CA-10-8888 |
| 19. | Jerry Laverne Busby | 60056 | CA-10-8888 |
| 20. | The Corcam Trust | 52218 | CA-10-8888 |
| 21. | Thomas C. Crews | 64275 | CA-10-8888 |
| 22. | Chris Crighton | 51582 | CA-10-8888 |
| 23. | Bob Ray Chriswell | 51577 | CA-10-8888 |
| 24. | George E. Dana | 51572 | CA-10-8888 |
| 25. | James R. Delaney | 107360 | CA-10-8888 |
| 26. | David Kevin Donahoe | 69772 | CA-10-8888 |
| 27. | Terry Ervin Echols | 51569 | CA-10-8888 |
| 28. | Tommy & Melissa Garnett | 64968 | CA-10-8888 |
| 29. | Gordon & Susan Gill | 64328 | CA-10-8888 |
| 30. | Jerry Donald Gordon | 53167 | CA-10-8888 |
| 31. | Willard Keith Green | 51831 | CA-10-8888 |
| 32. | Hardin Investments, LLC | 56667 | CA-10-8888 |
| 33. | James Mark Harrison | 70301 | CA-10-8888 |
| 34. | V. Clarence Hawkins | 107367 | CA-10-8888 |
| 35. | Keith S. Holley | 51810 | CA-10-8888 |
| 36. | Hopson Inland Marine, Inc. | 51744 | CA-10-8888 |
| 37. | Jerry F. Humphries | 51801 | CA-10-8888 |

| | Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|---|
| 38. | James W. Johnson | 53898 | CA-10-8888 |
| 39. | Bruce Gordon Kieffer | 51763 | CA-10-8888 |
| 40. | John Knott, III | 51753 | CA-10-8888 |
| 41. | Michael & Dana Lenning | 51988 | CA-10-8888 |
| 42. | David Charles McGowan, Jr. | 51981 | CA-10-8888 |
| 43. | Edgar Geer McKee & Kelton Heidelberg | 107351 | CA-10-8888 |
| 44. | Thad McLaurin & Steven Freeman | 107363 | CA-10-8888 |
| 45. | Lee A. McWilliams | 51968 | CA-10-8888 |
| 46. | John F. & Amy Slayden Meigs | 107390 | CA-10-8888 |
| 47. | Joseph Miceli | 51962 | CA-10-8888 |
| 48. | Jerome T. Moore, Jr. | 51953 | CA-10-8888 |
| 49. | Rick & Anne Partain | 51948 | CA-10-8888 |
| 50. | Billy Colby Pitts | 51932 | CA-10-8888 |
| 51. | Billy D. Pitts | 51926 | CA-10-8888 |
| 52. | Arthur Pouncey | 52134 | CA-10-8888 |
| 53. | APAS, LLC | 107349 | CA-10-8888 |
| 54. | James E. Reed, Jr. | 52127 | CA-10-8888 |
| 55. | Kenneth E. Riley | 56726 | CA-10-8888 |
| 56. | Gilbert A. Robinson, IV | 52103 | CA-10-8888 |
| 57. | Phillip Lee & Jamie Grover Saunders | 52084 | CA-10-8888 |
| 58. | Daniel M. Scarbrough | 107365 | CA-10-8888 |
| 59. | Bradley N. Secrest | 107348 | CA-10-8888 |
| 60. | Kenneth Christopher Shelley | 52072 | CA-10-8888 |

| | Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|---|
| 61. | Jeffrey L. Smith | 53069 | CA-10-8888 |
| 62. | Charles A. & Frances S. Smyly | 53063 | CA-10-8888 |
| 63. | George V. & Virginia G.Steffens | 56791 | CA-10-8888 |
| 64. | Steven P. & Julie B. Stewart | 52063 | CA-10-8888 |
| 65. | Mary S. Tatum | 52055 | CA-10-8888 |
| 66. | Marvin Fred & Susan H. Terrell | 52247 | CA-10-8888 |
| 67. | Shelby Michael & Cynthia C. Townsend | 52244 | CA-10-8888 |
| 68. | Jane Turner | 53152 | CA-10-8888 |
| 69. | John Benjamin Urquhart | 107361 | CA-10-8888 |
| 70. | James L. Ware | 67607 | CA-10-8888 |
| 71. | Brian K. Wells | 64262 | CA-10-8888 |
| 72. | OBR, LLC | 52224 | CA-10-8888 |
| 73. | Herbert D. Young, Jr. | 107347 | CA-10-8888 |

**DANIELL, UPTON & PERRY, P.C.**
**P. O. Box 1800**
**Daphne, AL 36526**
**dab@dupm.com (E-mail)**
**(251) 625-0046 (Voice)**
**(251) 625-0464 (Fax)**

/s/David A. Busby
**DAVID A. BUSBY**
**(ASB-4991-D67B)**

**Certificate of Service**

I, David A. Busby, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Motion to Withdraw as Counsel to All Counsel of Record.

This the 26th day of July, 2012.

By: /s/David A. Busby
**David A. Busby (ASB-4991-D67B)**