**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON"in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) ) | JUDGE BARBIER |
| 2:10-CA-10-8888 | ) | MAG. JUDGE SHUSHAN |

<u>ORDER</u>

Considering the Motion of the law firm of Daniell, Upton & Perry, P.C. for leave to withdraw as counsel, **IT IS HEREBY ORDERED** that the law firm of Daniell, Upton & Perry, P.C. is withdrawn as counsel for the Claimants listed below:

| | <u>Plaintiff/Claimant</u> | <u>Document No.</u> | <u>Cause No.</u> |
|---|---|---|---|
| 1. | Jack E. Harless | 60074 | CA-10-8888 |
| 2. | William & Sandra McCrory | 51595 | CA-10-8888 |
| 3. | Gus A. Rush, III | 52093 | CA-10-8888 |
| 4. | Gregory A. Judge | 51780 | CA-10-8888 |
| 5. | Larry W. Guy | 51819 | CA-10-8888 |
| 6. | Mark Graubart | 51839 | CA-10-8888 |
| 7. | Warren G. Clarke, Jr. | 56783 | CA-10-8888 |
| 8. | Franklin E. Montgomery | 53078 | CA-10-8888 |
| 9. | Charles A. Renfroe | 52120 | CA-10-8888 |
| 10. | T.J. Akin | 51354 | CA-10-8888 |
| 11. | Richard G. Alexander, Sr. | 60162 | CA-10-8888 |

| Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|
| 12. Homewood Motorcycles, Inc. d/b/a Big #1 Motorsports | 53028 | CA-10-8888 |
| 13. Clint Berry | 53081 | CA-10-8888 |
| 14. Paul S. & Linda P. Berthon | 64241 | CA-10-8888 |
| 15. Robert P. Bolling | 69074 | CA-10-8888 |
| 16. W. Donald Bolton, Jr. | 64999 | CA-10-8888 |
| 17. Brown Bottling Group, Inc. | 107350 | CA-10-8888 |
| 18. Burton Brothers Management Company, Inc. & Joe Roe Burton | 56821 | CA-10-8888 |
| 19. Jerry Laverne Busby | 60056 | CA-10-8888 |
| 20. The Corcam Trust | 52218 | CA-10-8888 |
| 21. Thomas C. Crews | 64275 | CA-10-8888 |
| 22. Chris Crighton | 51582 | CA-10-8888 |
| 23. Bob Ray Chriswell | 51577 | CA-10-8888 |
| 24. George E. Dana | 51572 | CA-10-8888 |
| 25. James R. Delaney | 107360 | CA-10-8888 |
| 26. David Kevin Donahoe | 69772 | CA-10-8888 |
| 27. Terry Ervin Echols | 51569 | CA-10-8888 |
| 28. Tommy & Melissa Garnett | 64968 | CA-10-8888 |
| 29. Gordon & Susan Gill | 64328 | CA-10-8888 |
| 30. Jerry Donald Gordon | 53167 | CA-10-8888 |
| 31. Willard Keith Green | 51831 | CA-10-8888 |
| 32. Hardin Investments, LLC | 56667 | CA-10-8888 |
| 33. James Mark Harrison | 70301 | CA-10-8888 |

| Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|
| 34. V. Clarence Hawkins | 107367 | CA-10-8888 |
| 35. Keith S. Holley | 51810 | CA-10-8888 |
| 36. Hopson Inland Marine, Inc. | 51744 | CA-10-8888 |
| 37. Jerry F. Humphries | 51801 | CA-10-8888 |
| 38. James W. Johnson | 53898 | CA-10-8888 |
| 39. Bruce Gordon Kieffer | 51763 | CA-10-8888 |
| 40. John Knott, III | 51753 | CA-10-8888 |
| 41. Michael & Dana Lenning | 51988 | CA-10-8888 |
| 42. David Charles McGowan, Jr. | 51981 | CA-10-8888 |
| 43. Edgar Geer McKee & Kelton Heidelberg | 107351 | CA-10-8888 |
| 44. Thad McLaurin & Steven Freeman | 107363 | CA-10-8888 |
| 45. Lee A. McWilliams | 51968 | CA-10-8888 |
| 46. John F. & Amy Slayden Meigs | 107390 | CA-10-8888 |
| 47. Joseph Miceli | 51962 | CA-10-8888 |
| 48. Jerome T. Moore, Jr. | 51953 | CA-10-8888 |
| 49. Rick & Anne Partain | 51948 | CA-10-8888 |
| 50. Billy Colby Pitts | 51932 | CA-10-8888 |
| 51. Billy D. Pitts | 51926 | CA-10-8888 |
| 52. Arthur Pouncey | 52134 | CA-10-8888 |
| 53. APAS, LLC | 107349 | CA-10-8888 |
| 54. James E. Reed, Jr. | 52127 | CA-10-8888 |
| 55. Kenneth E. Riley | 56726 | CA-10-8888 |

| Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|
| 56. Gilbert A. Robinson, IV | 52103 | CA-10-8888 |
| 57. Phillip Lee & Jamie Grover Saunders | 52084 | CA-10-8888 |
| 58. Daniel M. Scarbrough | 107365 | CA-10-8888 |
| 59. Bradley N. Secrest | 107348 | CA-10-8888 |
| 60. Kenneth Christopher Shelley | 52072 | CA-10-8888 |
| 61. Jeffrey L. Smith | 53069 | CA-10-8888 |
| 62. Charles A. & Frances S. Smyly | 53063 | CA-10-8888 |
| 63. George V. & Virginia G.Steffens | 56791 | CA-10-8888 |
| 64. Steven P. & Julie B. Stewart | 52063 | CA-10-8888 |
| 65. Mary S. Tatum | 52055 | CA-10-8888 |
| 66. Marvin Fred & Susan H. Terrell | 52247 | CA-10-8888 |
| 67. Shelby Michael & Cynthia C. Townsend | 52244 | CA-10-8888 |
| 68. Jane Turner | 53152 | CA-10-8888 |
| 69. John Benjamin Urquhart | 107361 | CA-10-8888 |
| 70. James L. Ware | 67607 | CA-10-8888 |
| 71. Brian K. Wells | 64262 | CA-10-8888 |
| 72. OBR, LLC | 52224 | CA-10-8888 |
| 73. Herbert D. Young, Jr. | 107347 | CA-10-8888 |

New Orleans, Louisiana, this the ___ day of _____, 2012.


_____
**UNITED STATES DISTRICT COURT JUDGE**