

AO 440 (Rev. 12/09) Summons in a Civil Action

207440.2

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| DANIEL HIMMERITE, et al., on Behalf of Themselves and Others Similarly Situated, <br> *Plaintiff* <br> v. <br> O'BRIEN'S RESPONSE MANAGEMENT, INC. and ITRANSIT RESPONSE LLC, <br> *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No. 12-1533 "J"(1)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ITransit Response LLC
c/o Lewis B. Robbins
19 James Avenue
Orlando, Florida 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Derrick G. Earles
Brian Caubarreaux & Associates
144 West Tunica Dr.
Marksville, Louisiana 71351

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 18 2012



Loretta G. Whyte
Name of Clerk of Court
Deputy Clerk's Signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

207440.2

Civil Action No. 12-1533 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LEWIS B. ROBBINS / R.A.
was received by me on *(date)* 6/20/12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LEWIS B. ROBBINS / R.A. , who is
designated by law to accept service of process on behalf of *(name of organization)* I TRANSIT RESPONSE LLC
19 James Ave, Orlando, FL 32801 on *(date)* 6/20/12 10:34AM; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/20/12  10:34AM

*Server's signature* [signed]

GW McCANDLESS  SPS # 7093
*Printed name and title*

1801 E. Colonial Dr. STE 105 ORL FLA
*Server's address*

Additional information regarding attempted service, etc: