AO 440 (Rev. 12/09) Summons in a Civil Action

2017983.1

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| BAYLOR SINGLETON, ET AL<br><br>*Plaintiff*<br><br>v.<br><br>O'BRIEN'S RESPONSE MANAGEMENT, INC., ET AL<br><br>*Defendant* | Civil Action No. 12-cv-1716-CJB-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Vision One LLC.
c/o Eric G. Politte
6620 Cypresswood, Suite 105
Spring, TX 77379

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Derrick G. Earles
Brian Caubarreaux & Associates
144 West Tunica Dr.
Marksville, Louisiana 71351

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jul 03 2012__

Loretta G. Whyte
*Name of Clerk of Court*

*Deputy Clerk's Signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-1716-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Vision One LLC c/o Eric G Politte__
was received by me on *(date)* __07.11.12__ .

☑ I personally served the summons on the individual at *(place)* __6620 Cypress wood, Suite 105, Spring TX 77379__ on *(date)* __07.11.12__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07.11.12__

*Server's signature*

__A.J. Simpson   Certified Process Server__
*Printed name and title*

__1201 Louisiana 210__
__Houston TX 77002__
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset