AO 440 (Rev. 12/09) Summons in a Civil Action

207983.2

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| BAYLOR SINGLETON, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> O'BRIEN'S RESPONSE MANAGEMENT, INC., ET AL <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 12-cv-1716-CJB-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    O'Brien's Response Management, Inc.
    c/o National Registered Agents, Inc.
    1011 N. Causeway Blvd., Ste. 3
    Mandeville, Louisiana 70471

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Derrick G. Earles
    Brian Caubarreaux & Associates
    144 West Tunica Dr.
    Marksville, Louisiana 71351

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:    Jul 03 2012                                   *Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-1716-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* O'Briens Response Management, Inc.
was received by me on *(date)* 07/10/2012 at 3:28pm

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amy Daniels , who is designated by law to accept service of process on behalf of *(name of organization)* O'Brien's Response Management, Inc. c/o National Registered Agents, Inc on *(date)* 07/11/2012 at 1:00pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/11/2012

*Server's signature*

Kennith J. Landry
*Printed name and title*

28214 Hwy. 190
Lacombe, LA 70445
*Server's address*

Additional information regarding attempted service, etc: