888-684-8852; access: 631546; Security: 72712

## CONFERENCE ATTENDANCE RECORD

DATE: 7/27/12           TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)   PHASE TWO

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Sean Fleming | " " |
| Gwen Richard | " " |
| Alison Battiste | " " |
| Ericka Toledo | " " |
| Duke Williams | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| James P. Roy | PSC |
| Steve Roberts | TO |
| Sarah Himes | Anadarko |
| Stae Herman | Plaintiffs |
| Brian Barr | PSC |
| Carmete Bertaut | Cameron |
| GEOFF GANNAWAY | CAMERON |
| David Baay | TO |
| Grant Davis-Denny | TO |
| ROBERT GASAWAY | BP |
| Gary Maze | Alabama + State Coordin |
| Winfield Sinclair | Alabama + State Coord |
| DON HAYCRAFT | BP |
| RYAN BABICH | BP |
| Denise Scofield | MI LLC |
| Douglas Kraus | La. & State Coordinating Counsel |
| ANTHONY IRPINO | PSC |

## CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Scott Cernich | DoJ |
| Bethany Engel | " |
| Steve O'Rourke | " |
| Stephen Flynn | " |
| Jimmy Williamson | PSC |
| | |
| | |
| | |
| | |

## BP/ Phase Two Discovery Conference - Friday, July 27, 2012

Joe Eisert - BP

Tom Mariani w/ DOJ

Robin Hanger w/US

Nat Chakeris w/US

Ben Mayeaux

Bill Stradley - 1985 claims

Tony Fitch - Anadarko

Mark Nomillini w/BP

Shawn Brennan for M-I

Sylvia Simpson - O'brien

Abby Andre - US

Mike Petrino - BP