UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:2010-cv-04212 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

    IT IS ORDERED that Timothy J. Matusheski and the Law Offices of Timothy J. Matusheski, be allowed to withdraw as Counsel for James Cooley.

    This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE
HON. CARL J. BARBIER