AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Jared Shane Elrod, Malcolm Coco, Troy Sens, & Derrick McMillen  *Plaintiff*  v.  BP Exploration & Production Inc., et al  *Defendant* | )  )  )  )  )  )  )  )   Civil Action No.  2:12-cv-981-CJB-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP plc
Through its corporate headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Salvadore Christina, Jr.
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: __May 22 2012__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-981-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BP PIC__
was received by me on *(date)* __5-22-12__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail on N. Faul Lisich @ BP PIC 28100 Torch Pkwy, Warrenville, IL 60555

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __7-30-12__

_____
Server's signature

__Salvadore Christina__
Printed name and title

__106 W. 7th Reserve La 70084__
Server's address

Additional information regarding attempted service, etc:



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP PlC
28100 Torch Pkwy
Warrenville, IL 60555

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
N. Faulitch

C. Date of Delivery
5/31/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7005 1160 0000 6944 9866

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540