**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

July 19, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

   Re: MDL 2179 — United States Challenges to Schedule I Privilege Documents; Order Regarding *In Camera* Inspection of BP's Claimed Privilege in Schedule I

Dear Judge Shushan:

  This letter suggests a way forward regarding BP and the United States' varying interpretations of this Court's privilege challenge orders and of the United States' own privilege challenge submissions.

  It appears the United States and BP do have important disagreements, although we agree with the United States that, as to Document #28, BP preserved its attorney-client privilege claim, and we also agree that additional meet-and-confer sessions are unlikely to resolve the parties' current disagreements.

  Going forward, BP respectfully suggests the following. *First*, BP will submit this afternoon its detailed document-by-document analysis of individual privilege claims whose status may have been misunderstood in the earlier round of adjudication. BP asks that the Court review our submission and then decide the best way forward. In that submission, BP will also address the United States' incorrect argument that it can still challenge attorney-client privilege as to the documents at issue, given the Court's Orders and the challenges the United States already submitted on June 16. *Second*, BP respectfully asks the Court to re-set the date for filing any appeals from the Court's July 13 Order (Docket # 6904), which is currently Friday, July 20, 2012. This will permit the current discussions to play out before either side feels compelled to take a potential appeal. *Third*, BP continues to suggest an extrapolation due date of August 3 (thus providing for less time after the close of briefing than called for in the Court's original order). Of course, BP will continue its extrapolation efforts in the meantime.

Chicago  Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
July 19, 2012
Page 2

      We will be pleased to answer any questions the Court has about this letter during our written discovery call today or otherwise at the Court's convenience.

                                        Sincerely,

                                        Robert R. Gasaway

cc (via electronic mail):

Sarah D. Himmelhoch
Steve O'Rourke
Scott M. Cernich
Robin L. Hanger
Thomas A. Benson
Bethany Engel
A. Nathaniel Chakeres
Abigail Andre
Donald E. Godwin
David A. Baay
Joel M. Gross
Allison B. Rumsey
Plaintiffs' Liaison Counsel
Defense Liaison Counsel (dsc2179@liskow.com)