## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        **MDL NO. 2179**
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010        **SECTION J**

Applies to: *All Cases*        **JUDGE BARBIER**
          **MAGISTRATE JUDGE SHUSHAN**

### ORDER

**[Regarding BP's Request for Reconsideration (Rec. doc. 7009)]**

On July 13, 2012, an order was issued regarding the *in camera* inspection of BP's claim of privilege for Schedule I.  Rec. doc. 6904.  BP requests reconsideration of this order for certain documents.  The U.S. and BP submitted letter briefs.  Rec. docs. 7009 to 7011.

A.     Document Nos. 26, 28, 30, 45, 46, 51 and 54.

For the reasons presented by BP, these documents are protected from disclosure by the attorney-client privilege.

B.     Document No. 11.

For the reasons presented by BP, the document is entitled to work–product protection.

Any appeal of the July 13, 2012 order (Rec. doc. 6904) and the instant order must be filed by the close of business on **Friday, August 3, 2012.**

New Orleans, Louisiana, this 30th day of July, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**