UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Karen Belinda Bushman, Doc. No. 34702.

2. Karen Belinda Bushman, Doc. No. 34702, hired undersigned counsel on or about November 30, 2010.

3. Karen Belinda Bushman, Doc. No. 34702, subsequently failed to provide information necessary to the prosecution of her claim and has ceased communication with undersigned counsel.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 31th day of July, 2012.

                         PLAINTIFF Karen Belinda Bushman

By:   */s/Alex Peet*
       Alex Peet (FSB # 47606)
       LOVELACE LAW FIRM, P.A.
       12870 U.S. Highway, 98 West, Suite 200
       Miramar Beach, FL 32550
       Telephone: (850) 837-6020
       Facsimile: (850) 837-4093
       dml@lovelacelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 31th day of July, 2012.

/s/Alex Peet
Alex Peet (FSB #47606)