UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | Judge Barbier<br>Mag. Judge Shushan |

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about July 31, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Karen Belinda Bushman, Doc. No. 34702, who will now proceed *pro se*.

Date: _____

_____
United States Magistrate Judge