UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the | * | |
|     Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:2010-cv-04212 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

****************************************

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

    IT IS ORDERED that Timothy J. Matusheski and the Law Offices of Timothy J. Matusheski, be allowed to withdraw as Counsel for James Cooley.

    New Orleans, Louisiana this 31st day of July, 2012.

_____
United States District Judge

1