UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

MDL No. 2179

Section: J

This Document Relates to:

2:10-cv-08888-CJB-SS

Judge Barbier
Mag. Judge Shushan

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Christopher Joseph Ignas, Doc. No. 40878.

2. Christopher Joseph Ignas, Doc. No. 40878, hired undersigned counsel on or about March 31, 2011.

3. Christopher Joseph Ignas, Doc. No. 40878, subsequently informed undersigned counsel that he desires to represent himself.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 31st day of July, 2012.

      PLAINTIFF Christopher Joseph Ignas

By:   /s/Alex Peet
      Alex Peet (FSB # 47606)
      LOVELACE LAW FIRM, P.A.
      12870 U.S. Highway, 98 West, Suite 200
      Miramar Beach, FL 32550
      Telephone: (850) 837-6020
      Facsimile: (850) 837-4093
      dml@lovelacelaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 31st day of July, 2012.

/s/Alex Peet
Alex Peet (FSB #47606)