UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL No. 2179
    "Deepwater Horizon" in the
    Gulf of Mexico, on
    April 20, 2010                               Section: J

This Document Relates to:               Judge Barbier
                                                 Mag. Judge Shushan

2:10-cv-08888-CJB-SS

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Retreat Investments, Inc., Doc. No. 40377.

2. Retreat Investments, Inc., Doc. No. 40377, hired undersigned counsel on or about November 18, 2010.

3. Retreat Investments, Inc., subsequently informed undersigned counsel that it had hired new counsel.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 31st day of July, 2012.

                        PLAINTIFF Retreat Investments, Inc.

          By:     /s/Alex Peet_____
                    Alex Peet (FSB # 47606)
                    LOVELACE LAW FIRM, P.A.
                    12870 U.S. Highway, 98 West, Suite 200
                    Miramar Beach, FL  32550
                    Telephone:  (850) 837-6020
                    Facsimile:  (850) 837-4093
                    dml@lovelacelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 31st day of July, 2012.

                                               _/s/Alex Peet_
                                               Alex Peet (FSB #47606)