UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | ) ) ) ) ) ) | MDL 2179 JUDGE BARBIER SECTION J |
| Reference: *All Cases* | ) | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding the Transfer of Transcripts, etc. to Worldwide Court Reporters]**

1. The Court notes the long and devoted professional services provided by the late Joseph R. Kaiser, Jr., to the legal community of New Orleans, including most recently his court reporting services to the litigants and the Court in MDL 2179.

2. It has become necessary, due to the recent winding down of Gaudet Kaiser LLC (now Kaiser Reporters), to arrange the transfer of all original transcripts, exhibits, errata sheets, and related documents entrusted to Gaudet Kaiser LLC (now Kaiser Reporters) to the current court reporting firm handling the MDL 2179 depositions, Worldwide Court Reporters.

3. IT IS HEREBY ORDERED that any original transcripts, exhibits, errata pages, and related documents be promptly transferred from the possession of Kaiser Reporters, formerly known as Gaudet Kaiser LLC, to Worldwide Court Reporters.

New Orleans, Louisiana, this 31st day of July, 2012.

_____
**UNITED STATES MAGISTRATE JUDGE**