UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Payment of Reasonable Costs
of Oceaneering International, Inc. in Responding to Subpoena]**

The United States has issued a Fed. R. Civ. Pro. 30(b)(6) notice of deposition to the Oceaneering International, Inc. ("Oceaneering").

As per the undersigned's prior order regarding the response to subpoena by Woods Hole Research Center;

IT IS ORDERED that the United States pay the reasonable costs incurred by Oceaneering in responding to the subject subpoena. Other parties to the MDL proceeding have an interest in the deposition. The parties will confer on allocation of the costs among themselves. In the event they cannot reach an agreement, the undersigned will make the allocation.

New Orleans, Louisiana, this 31st day of July, 2012.

                                                                         SALLY SHUSHAN
                                                                         **United States Magistrate Judge**