UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**PLAINTIFF, MALCOLM COCO'S, EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO NALCO COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that Malcolm Coco will and hereby does respectfully request leave to file a two page Supplemental Memorandum in Opposition to Nalco Company's Motion for Summary Judgment and two exhibits. Exhibit A is an article from the Times Picayune, published on July 31, 2012, titled *BP Oil Dispersants may have hurt Gulf of Mexico food chain, study find*s and Exhibit B is an article published in PLoS ONE on July 31, 2012, titled, *Dispersed Oil Disrupts Microbial Pathways in Pelagic Food Webs*.

Plaintiff asks this Court to permit him to file his Supplement Opposition and Exhibits so that the Court may consider this new evidence prior to issuing its ruling on the foregoing Motion for Summary Judgment.

A proposed order accompanies this request.

Respectfully submitted,

/S//Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH STREET
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of August 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

                                *S//Daniel E. Becnel, Jr.*
                                Daniel E. Becnel, Jr.