UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### PLAINTIFF, MALCOLM COCO'S, SUPPLEMENTAL OPPOSITION TO NALCO COMPANY'S MOTION FOR SUMMARY JUDGMENT

On July 31, 2012, the Times Picayune ran an article[1] detailing a new study[2], published on the same day, indicating that the dispersed oil and the dispersants used in the Gulf have affected the food chain and as such will affect the commercial seafood industry in the years to come. BP used over 1.8 million gallons of dispersants, more than 770,000 gallons of this at the site of the oil's source on the Gulf floor. Never before has this amount of dispersants been used in one location or used a mile below the surface.

The study found a significant drop in the number of plant-like phytoplankton when dispersant or dispersed oil was introduced into the environment. This drop basically eliminates the middle part of the food web. Phytoplanktons are eaten by zooplankton, which in turn are eaten by tiny crustaceans, which are then eaten by fish.

The study also found that it could take years for this damage to show itself in the way of reduced catches for the commercial fishery industry. As an example, the article sites the herring industry in Alaska after the Exxon Valdez spill. The spill occurred in 1989 but it was not until 1993 that the Herring industry saw a drop in the number of spawning adults by three-quarters.

---

[1] See Exhibit 1
[2] See Exhibit 2, _Dispersed Oil Disrupts Microbial Pathways in Pelagic Food Webs, PLoS ONE_, July 31, 2012.

The Herring industry did not collapse till almost four years after the spill and still has not recovered.

Plaintiff, Malcolm Coco, contends that this is another element of the Corexit that was never disclosed to any of the parties either during the selection process or prior to the use of the dispersant and if this information was ever disclosed, the government would have not have authorized its use to combat the spilled oil.  It does not help anyone if we stop the oil from destroying the Gulf of Mexico Ecosystem by using a product, Corexit that does the exact same thing.

Respectfully submitted,

*S//Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH STREET
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
dbecnel@becnellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

*S//Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr.