UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
     "Deepwater Horizon" in the
     Gulf of Mexico, on
     April 20, 2010                                 Section: J

This Document Relates to:                Judge Barbier
                                        Mag. Judge Shushan

2:10-cv-08888-CJB-SS

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about July 31, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Karen Belinda Bushman, Doc. No. 34702, who will now proceed *pro se*.

New Orleans, Louisiana this 1st day of August, 2012.

_____
United States District Judge