UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
    "Deepwater Horizon" in the
    Gulf of Mexico, on
    April 20, 2010

MDL No. 2179

Section: J

This Document Relates to:

2:10-cv-08888-CJB-SS

Judge Barbier
Mag. Judge Shushan

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about July 31, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Christopher Joseph Ignas, Doc. No. 40878, who will now proceed *pro se*.

New Orleans, Louisiana this 1st day of August, 2012.

_____
United States District Judge