UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION:  J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**PLAINTIFF, MALCOLM COCO'S, SECOND EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO NALCO COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that Malcolm Coco will and hereby does respectfully request leave to file a five page Supplemental Memorandum in Opposition to Nalco Company's Motion for Summary Judgment.

Plaintiff asks this Court to permit him to file his Supplement Opposition concerning the unsealed exhibits to Nalco Company's Motion for Summary Judgment.

A proposed order accompanies this request.

Respectfully submitted,

/S/*Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH STREET
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of August 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

                                                  /S/Daniel E. Becnel, Jr.
                                                  Daniel E. Becnel, Jr.