UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding First Amendment to Rec. doc. 6869]**

On July 10, 2012, an order was entered with a schedule for challenging whether: 1) privileged documents related to Phase II, 2) documents are irrelevant or 3) improperly redacted. For purposes of the July 10 order, the phrase "later phases" refers to phases other than Phase I and Phase II. The July 10 order provides a deadline of July 23, 2012 for any party to challenge the designation of a document as later phases, irrelevant, or improper redaction. A dispute arose between BP and the U.S. over the interpretation of the July 10 order. In conferences the Court determined that by July 23, 2012 the U.S. was permitted to challenge the designation of documents as Phase I related.

BP requests that it be permitted to challenge the designation of documents as Phase I and that it be permitted to make these challenges on Wednesday, August 1, 2012. The U.S. objects that BP waived its rights to make such challenges. BP will be permitted to challenge the designation of documents as Phase I on Wednesday, August 1, 2012.

After the U.S. reviews the BP Phase I challenges, it will determine whether it requires a modification of the schedule set in the July 10 order because of the late BP Phase I challenges. If it requires a modification of the schedule, it shall present the request for the modification before the start of the Working Group Conference on Friday, August 3. It may present the request by email.

Assuming that the Court rules that a party improperly designated a document as Phase I or later phases when it should have been designated as Phase II, there was discussion during a telephone conference on Wednesday, August 1, on what occurs next. It appeared that the U.S. and BP were in agreement that, in such circumstances, the issue of whether a document was improperly withheld as protected from disclosure would not be resolved by the extrapolation process but instead would be resolved through a challenge process similar to that employed for Schedule III. Prior to the start of the Working Group Conference on Friday, August 3, BP and the U.S. shall confer on this issue and, if possible, confirm their agreement on what happens if the Court rules that a party improperly designated a document as Phase I or later phases.

New Orleans, Louisiana, this 1st August, 2012.

                                              **SALLY SHUSHAN**
                                              **United States Magistrate Judge**