UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan | |
| This Document Relates to:<br>2:12-cv-01484 | | |

ATTACHMENT "A"

| | Plaintiff | Present Address | Telephone Number |
|---|---|---|---|
| 1. | Arnold's Auto & Marine Repair, Inc. | C/O Doris R. Arnold, President<br>5540 Third Avenue City<br>Key West, FL 33040 | (305) 296-3832 work<br>(305) 797-6491 cell |
| 2. | Art Vandelay, Inc. | C/O Mr. Asor Sami<br>1301 Southeast 14th Drive<br>Deerfield Beach, FL 33441 | (305) 304-5843 cell<br>(954) 708-2780 work |
| 3. | Nissim Cohen | 325 Summit Drive<br>Destin, FL 32541 | (850) 376-7534 cell |
| 4. | Cheryl Collier | 4437 Dobbs Crossing<br>Marietta, GA 30068 | (404) 394-9570 |
| 5. | Thomas E. Company | 1602 Jones Street<br>Joliet, IL 60435 | (815) 741-9440<br>(815) 740-7800 |
| 6. | Correct Custom Drywall, Inc. | C/O Nissim Cohen<br>325 Summit Drive<br>Destsin, FL 32541 | (850) 376-7534 cell |
| 7. | Hugh Cox | 128 White Cap Way<br>Panama City Beach, FL 32407 | (850) 249-9868 home<br>(507) 720-9295 cell |

| | | | |
|---|---|---|---|
| 8. | Holland K. Hight, d/b/a Island Equity Real Estate | 1025 Dove Road<br>Key Largo, FL 33037 | (305) 852-0400 work<br>(305) 394-3083 cell |
| 9. | Leroy Robert Hopkins, III | 5115 Gulf Drive, Unit 802<br>Panama City Beach, FL  32408 | (850) 896-3444 cell<br>(850) 249-1431 hm<br>(850) 249-7646 wk |
| 10. | M.O.T. Dead Sea, Inc. | C/O Mr. Adi Hai Rahatlev, Pres<br>Post Office Box 20518<br>Panama City Beach, FL  32417 | (850) 960-0569 cell<br>(850) 588-4488 wk |
| 11. | John Taylor | 340 Vinings Way Blvd., #304<br>Destin, FL 32541 | (850) 687-5217 home<br>(850) 226-8818 work |
| 12. | Why Knot Sanibel, Inc. | C/O Joan Chiaramonte, Pres.<br>297 Ferry Landing Drive<br>Sanibel, FL  33957 | (239) 472-8940 hm<br>(239) 472-3003 wk |