UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No.  2179<br><br>Section:  J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>       2:12-cv-01484 | | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and SMITH STAG, LLC's Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That ROBERT J. MCKEE, ESQUIRE, and the law firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and STUART H. SMITH, ESQUIRE, and the law firm of SMITH STAG, LLC's **Motion to Withdraw as Counsel** as to **only** those individual Plaintiffs listed in Attachment "A," be and the same is hereby **granted**.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this         day of August, 2012.

_____

Honorable Carl J. Barbier,
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan | |
| This Document Relates to:<br>2:12-cv-01484 | | |

ATTACHMENT "A"

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Arnold's Auto & Marine Repair, Inc. | C/O Doris R. Arnold, President<br>5540 Third Avenue City<br>Key West, FL 33040 | (305) 296-3832 work<br>(305) 797-6491 cell |
| 2. | Art Vandelay, Inc. | C/O Mr. Asor Sami<br>1301 Southeast 14th Drive<br>Deerfield Beach, FL 33441 | (305) 304-5843 cell<br>(954) 708-2780 work |
| 3. | Nissim Cohen | 325 Summit Drive<br>Destin, FL 32541 | (850) 376-7534 cell |
| 4. | Cheryl Collier | 4437 Dobbs Crossing<br>Marietta, GA 30068 | (404) 394-9570 |
| 5. | Thomas E. Company | 1602 Jones Street<br>Joliet, IL 60435 | (815) 741-9440<br>(815) 740-7800 |
| 6. | Correct Custom Drywall, Inc. | C/O Nissim Cohen<br>325 Summit Drive<br>Destsin, FL 32541 | (850) 376-7534 cell |
| 7. | Hugh Cox | 128 White Cap Way<br>Panama City Beach, FL 32407 | (850) 249-9868 home<br>(507) 720-9295 cell |

| | | | |
|---|---|---|---|
| 8. | Holland K. Hight, d/b/a Island Equity Real Estate | 1025 Dove Road<br>Key Largo, FL 33037 | (305) 852-0400 work<br>(305) 394-3083 cell |
| 9. | Leroy Robert Hopkins, III | 5115 Gulf Drive, Unit 802<br>Panama City Beach, FL  32408 | (850) 896-3444 cell<br>(850) 249-1431 hm<br>(850) 249-7646 wk |
| 10. | M.O.T. Dead Sea, Inc. | C/O Mr. Adi Hai Rahatlev, Pres<br>Post Office Box 20518<br>Panama City Beach, FL  32417 | (850) 960-0569 cell<br>(850) 588-4488 wk |
| 11. | John Taylor | 340 Vinings Way Blvd., #304<br>Destin, FL 32541 | (850) 687-5217 home<br>(850) 226-8818 work |
| 12. | Why Knot Sanibel, Inc. | C/O Joan Chiaramonte, Pres.<br>297 Ferry Landing Drive<br>Sanibel, FL  33957 | (239) 472-8940 hm<br>(239) 472-3003 wk |