**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010          SECTION J

This document relates to:                          JUDGE BARBIER
*STATE OF VERACRUZ, REPUBLIC*                       MAGISTRATE JUDGE SHUSHAN
*OF MEXICO v. BP, PLC, NO. 10-4239;*
*STATE OF TAMAULIPAS, REPUBLIC*
*OF MEXICO v. BP, PLC, NO. 10-4240;*
*STATE OF QUINTANA ROO, REPUBLIC*
*OF MEXICO v. BP, PLC, NO. 10-4241*

## ORDER

[Regarding Review of Discovery]

Following review of the discovery served by the Mexican States on July 26, 2012; and

considering the expedited discovery ordered by the undersigned on June 18, 2012 (Rec. doc. 6702);

IT IS ORDERED that the defendants respond to only the following discovery requests by

the Mexican States **by August 24, 2012** (the date set forth in the above-mentioned order):[1]

Interrogatory No. 1, but limited to the EEZ or the Mexican States.

Interrogatory No. 3.

Interrogatory No. 4.

Interrogatory No. 18.

Interrogatory No. 20.

Request for Production No. 1, but limited to south and southwest of the rig.

Interrogatory No. 21.

Interrogatory No. 22.

---

[1] The remaining discovery requests need not be responded to as they are not the "targeted" discovery required by Judge Barbier in his order of June 6, 2012.  Rec. doc. 6657.

Interrogatory No. 29.

Request for Production No. 14.

Request for Production No. 15.

Request for Production No. 18, but limited to the EEZ or the Mexican States.

Request for Production No. 19, but limited to the EEZ or the Mexican States.

Request for Production No. 22.

Request for Production No. 27, but limited to the Mexican States.

Request for Production No. 28, but limited to the EEZ or the Mexican States.

Request for Production No. 31.

Request for Production No. 38.

Request for Production No. 39.

Request for Production No. 40.

Request for Production No. 44.

Request for Production No. 45.

Request for Production No. 60.

Request for Production No. 63.

Request for Production No. 67.

Request for Production No. 68.

Request for Production No. 70.

Request for Production No. 71.

Request for Production No. 84.

Request for Production No. 85.

Request for Admission No. 4.

Request for Admission No. 5.

Request for Admission No. 6.

Request for Admission No. 14.

Request for Admission No. 15.

Request for Admission No. 16.

Request for Admission No. 17.

Request for Admission No. 28.

Second[2] Request for Admission No. 23.

Second Request for Admission No. 24.

Second Request for Admission No. 25.

Second Request for Admission No. 26.

Request for Admission No. 33.

Request for Admission No. 34.

Request for Admission No. 35.

Request for Admission No. 37.

Request for Admission No. 38.

Request for Admission No. 39.

Request for Admission No. 70.

Request for Admission No. 72.

Request for Admission No. 126.

---

[2]  Request Nos. 23 through 26 are mis-numbered and are referred to as "second."

Request for Admission No. 127.

Request for Admission No. 130.

Request for Admission No. 131.

Request for Admission No. 132.

Request for Admission No. 133.

Request for Admission No. 134.

Request for Admission No. 137.

**Any appeal of this ruling shall be filed by the close of business on Tuesday, August 7, 2012.**

New Orleans, Louisiana, this 2nd day of August, 2012.

_____
SALLY SHUSHAN
U.S. MAGISTRATE JUDGE

4