UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding 3D Laser Scan Protocol for Phase II]**

Considering the attached 3D Laser Scan Proposal for Phase II dated July 16, 2012, which has been reviewed and approved by Special Master Englebert and by the Department of Justice;

IT IS ORDERED that the Proposal is approved.

New Orleans, Louisiana, this 3rd day of August, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**