





# PROPOSAL

# BP

## PROVISION OF 3D LASER SCANNING SERVICES FOR THE PHASE II BOP SCANS AT THE NASA FACILITY IN MICHOUD, LOUISIANA

| REVISION | DATE | COMMENT | FOR | REVIEWED |
|---|---|---|---|---|
| 0 | 5/04/2011 | Proposal | David E. Grassmick | Kyle McNeil |
| 1 | 7/16/2012 | Update Execution | David Grassmick | Kyle McNeil |

| Author | Shan Pehlman |
|---|---|
| Approved | Steve Anderson |

Project Quote No: 12121P Rev 1



# TABLE OF CONTENTS

**1.0 INTRODUCTION** **3**

**2.0 PROJECT SYNOPSIS** **4**

2.1. SCHEDULE 5

**3.0 PRICING SCHEDULE** **6**

**4.0 EQUIPMENT LIST** **7**

**5.0 CLARIFICATIONS** **8**




## 1.0 INTRODUCTION

This proposal is in response to a Request for Proposal (RFP) issued by Kirkland & Ellis LLP requesting provision of 3D Laser Scanning to be provided at the NASA facility in Michaud, Louisiana. This proposal has been based on preliminary information provided by David E. Grassmick.

**Hi-Cad respectfully requests that this proposal be kept confidential.**




# 2.0 PROJECT SYNOPSIS

**Project Name: Damaged Riser Project**

The project involves the as-built data collection of the Bonnet -- the doors for the cavities, BSR-- blind shear ram, CSR-- casing shear ram, VBR -- Variable bore ram cavities in the NASA Lay down Yard. HI-Cad will make every effort to capture all data required but the possibility does exist that some areas may not be captured due to their location. If the Laser scan data is too noisy due to surface reflectance Hi-Cad may need to use a spray powder in order to reduce noise. This will be determined by our technician during the scanning process.

Any alterations to the field work quoted herein can be reflected on a Change Order. Before Hi-Cad performs the laser scan, BP will arrange to have all pieces cleaned and the protective sealant removed.

For the laser scan, Hi-Cad will establish a local coordinate system and rotate the Data Orthogonal for Possible modeling and demonstration purposes. Hi-Cad will need a four foot clearance around the articles being scanned in order to perform a complete scan.

## Deliverables:

- Hi Cad will document and provide a Laser scan dataset of the required surfaces as requested. Hi-Cad will capture all deformation possible.
- Hi-Cad will provide surface deformation charts compared to any provided design drawings.
- Hi-Cad will provide the laser scan dataset for integration within the LFM Viewer Lite application. All dimensioning and diameters will be extractable form the Viewer Lite application. **Hi-Cad will provide generic PTX and .IGES files for review in other scan cloud software packages.**




## *2.1. SCHEDULE*

Field 3D Laser Scanning (Primary Scope) 2 days

Notes:

Grade Access – Scans performed from grade (ground) elevations that require no additional requirements other than moving the scanner from location to location. Average Grade Access scans are 40 per day – this includes only scans done at grade elevation.

Stair Access – Scans performed from grade (ground) elevations that require no additional requirements other than moving the scanner from location to location. Average Stair Access scans are 25 per day – this includes only scans done from stair accessible locations.

Lift Access – Scans done from a mechanical lift (scissor lift) which do not require physically hoisting or lowering of the scan equipment. Average Lift Access scans are 15 per day – this includes only scans done from a mechanical lift.

Ladder / Scaffold / Rope Access – Scans done from platforms which require lifting the scan equipment physically with a rope. Average Ladder / Scaffold / Rope Access scans are 10 per day – this includes only scans done from locations which can only be scanned via physically hoisting the scanner with a rope.

**Post Processing of Data** **5 days**




Valued Quality. Delivered.

## 3.0 PRICING SCHEDULE

This price is subject to change depending if there is a scope change during the job that increases or decreases the scan count. This estimate is based on working: Mon-Sat 10 field hours and 2 office hours per day (Totaling 12 hour days). The pricing below is based on the duration and complexity of this specific job.

**Mobilization/Demobilization**

| | Hours | Manpower | Days | | | Rate | |
|---|---|---|---|---|---|---|---|
| Travel Time | | | | | | | |
| | | | | | | **Sub-Total** | **$ -** |

**Safety Training**

| | Hours | Manpower | Days | | | Rate | |
|---|---|---|---|---|---|---|---|
| Safety Training Travel Time | | | | | | | |
| Classroom Time | | | | | | | |
| Course Cost | | | | | | $ - | |
| | | | | | | **Sub-Total** | **$ -** |

**Onsite Laser Scanning**

| | | | Days | | | Rate | |
|---|---|---|---|---|---|---|---|
| Field Time | | | | | | | |
| Office Time | | | | | | | |
| | | | | | | **Sub-Total** | **$ -** |

**Estimated Expenses (See Clarifications Section)**

| | Surveyor | Technician | Assistant | Req'd | # of Days | Cost Each | Costs + 10% |
|---|---|---|---|---|---|---|---|
| Flights | | | | | | | $ - |
| Ground Transport | | | | | | | $ - |
| Hotels | | | | | | | $ - |
| Car / Gas | | | | | | | $ - |
| Per Diem (Per Day) | | | | | | | $ - |
| Shipping / Excess Baggage | | | | | | | $ - |
| Splitting Database | | | | | | | $ - |
| Hard Drive - Client | | | | | | | $ - |
| Hard Drive - Backup (Hi-Cad) | | | | | | | $ - |
| Data Storage | | | | | | | $ - |
| | | | | | | **Sub-Total** | **$ -** |

**Grand Total Estimated Price** **$ -**

**Ground Transport includes but is not limited to: Taxis, Mass Transit, Pick-up/Drop-off Services and Reimbursement for Personal Automobile.**
**Initial Survey as shown above refers to locating and establishing (tying into) a coordinate system for the Laser Scans to be registered to. Surveying for the individual scans is included in the Field Time as shown above.**




## 4.0 EQUIPMENT LIST

**Laser Scanning Team**

- 3D Laser Scanner and tripod
- Total station
- Laptop computer
- Tripod
- Accessories
- Datum markers
- Small Hand Tools
- Safety PPE (Personnel Protective Equipment) conforming to all OSHA standards includes:
    - Hard Hat
    - Safety Glasses
    - Goggles
    - H2S Monitor
    - Steel Toed Work Boots
    - FRC (Fire Retardant Clothing) – Coveralls
    - Hearing Protection (Foam Ear Plugs)
    - Workman's Gloves (Leather)

**Equipment Description, Carrier Box dimensions and weights**

- Laser Scanner – 22"L x 12" W x 30" H – 50 lbs. (hand-carry)
- Laser Scanner Accessories Box-22"L x 12" W x 30" H- 35Lbs.
- Scanner Tripod – 12"L x 13"W x 49"H – 70 lbs
- Scanner Job-Box – 45"L x 17"W x 32"H – 70 lbs
- Total Station – 18"L x 15"W x 11"H – 30 lbs (hand-carry)
- Tripod – 43"L x 8" diameter volume - 15 lbs
- Accessories including Datum markers, targets, glue, hammer, punch – hand carry
- Laptop computer – hand carry




## 5.0 CLARIFICATIONS

- Scan data can be moved/rotated at a charge of $100.00 per hour.
- This is a Laser Scanning service proposal; this proposal does not include software.
- All Survey Equipment (Total Station, Prisms, Laptop, etc) provided by Hi-Cad.
- Hi-Cad will charge $90.00 an hour per person for all US based onshore field crews that are delayed due to owner's restriction of vendor's access to the facility for any reason and or inclement weather conditions.
- Client will provide the equipment (scissor lift) and properly trained operator required to elevate the scanner when necessary.
- Client will provide a qualified person to direct the Hi-Cad scan crew for the location of each scan for the duration of the field data collection.
- Any Respiratory equipment required to be worn by Hi-Cad personnel will be provided by Client.
- Standby/Safety Training/Drug Testing/Travel - $90.00 an hour per man
- Expenses based on a minimum of one week notice and continuous work schedule from start of mobilization (working through the weekends).
- Hi-Cad will be required to utilize the plant coordinate system; Client will provide a minimum of 3 verified survey monuments for plant grid alignment within reasonable proximity (100' maximum) of the area to be scanned.
- **<u>The data will be provided in electronic PDF format.</u>**

  Post Processing of data to include-
  - Control survey calculation and reduction
  - Individual scan registration against control survey network
  - Construction of scan database for direct import into client CAD system
  - Compilation of data books, pictures and field notes
- **<u>NOTE: EXPENSES ARE BASED ON ESTIMATED PRICES ONLY – REAL AND ACTUAL EXPENSES PLUS 10% MARK-UP WILL BE INVOICED.</u>**



Valued Quality. Delivered.

# Terms and Conditions of Service

All work and services performed and all obligations assumed by HI-CAD AMERICA, LLC - INTERTEK U.S.A., Inc., d/b/a/ Hi-Cad America - Intertek its parent, subsidiaries and affiliated companies, its agents, representatives, contractors, and subcontractors (hereinafter "HI-CAD") are undertaken and the rates and charges of HI-CAD are based upon the following Terms and Conditions:

1. HI-CAD warrants exclusively to the person or entity ordering work or services (hereinafter called "Customer") that its services shall be performed in a manner consistent with that level of care and skill ordinarily exercised by other companies providing like services under similar circumstances. This warranty shall become null and void in the event Customer's account becomes DELINQUENT. All invoices are due and payable upon receipt and become DELINQUENT after thirty (30) days from the date of the invoice.

   HI-CAD makes no other express warranties. HI-CAD excludes and disclaims all implied warranties including but not limited to any warranty of fitness for a particular purpose, warranty of merchantability, warranty of workmanlike performance and warranty of results.

2. Customer's exclusive remedy for HI-CAD's breach of its express warranty and the total liability of HI-CAD, its officers, employees, agents, representatives contractors and subcontractors for any loss or damage claimed, either directly or indirectly, in contract, tort, or otherwise, including, but not limited to, breach of contract, breach of warranty, negligence, gross negligence, strict liability, and negligent and intentional misrepresentation, in connection with the performance of the work, services or obligations involved shall not exceed the contract value.

3. Customer waives any and all other claims or causes of action against HI-CAD, its officers, employees, agents, representatives, contractors and subcontractors for incidental, consequential, punitive, special damages or loss profits, resulting from HI-CAD, its officers, employees, agents, representatives, contractors and subcontractors work, services or goods.

4. **INDEMNITY**: Customer shall defend, indemnify and hold harmless HI-CAD, its officers, employees, agents, representatives, contractors and subcontractors from and against all claims, suits and liabilities (including but not limited to cost of litigation and attorneys fees) arising, directly or indirectly, in connection with (1) claims or suits by any governmental or judicial body; (2) claims or suits arising from information supplied by Customer and relied upon by HI-CAD; and/or (3) claims or suits for personal injuries, loss of or damage to property, economic loss, and loss of or damage to intellectual property incurred by or occurring to any person or entity and arising in connection with or related to the work or services performed or obligations and liabilities arise or are alleged to arise from the negligence, breach of contract or other legal fault of HI-CAD, its officers, employees, agents, representatives, contractors and subcontractors.

5. Written notice of claim against HI-CAD must be made within ninety (90) days after delivery of the report covering such work. Failure to give such written notice of claim within such ninety (90) days shall constitute a bar or irrevocable waiver to any claim, either directly or indirectly, in contract, tort or otherwise in connection with the performance of the work or services involved.

6. The work or services performed by HI-CAD for Customer and the reports and other documents generated from the work or services are not intended by HI-CAD to be for the benefit of any person or entity other than the Customer. Reports are based, and the work conducted, under the Customer's specific instructions, and there may be other relevant information not requested nor reported. Delivery of any report to any person or entity does not constitute a representation by HI-CAD of any matter stated in the report to anyone other than its Customer. The Customer acknowledges that HI-CAD does not, either by entering into a contract or by performing services, assume, abridge, abrogate or undertake to discharge any duty of the Customer to any other person. No person or entity, other than the Customer, in whose possession a copy of a report shall come, shall have any right against HI-CAD, its parent, subsidiaries or affiliated companies, their officers, employees, agents, contractors or subcontractors.

7. ALL CLAIMS MADE AGAINST HI-CAD, EITHER DIRECTLY OR INDIRECTLY, IN CONTRACT, TORT OR OTHERWISE, SHALL BE GOVERNED BY THE MARITIME LAW OF THE UNITED STATES, EXCLUSIVE OF RULES FOR CHOICE OF APPLICABLE LAW. ANY SUIT BROUGHT AGAINST HI-CAD SHALL BE FILED EXCLUSIVELYIN EITHER THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION, OR THE DISTRICT COURTS OF HARRIS COUNTY, TEXAS.

8. No officer, employee, agent, or subcontractor of HI-CAD (other than the Chief Executive Officer) has authority to alter or waive any of the foregoing provisions or to make any representation which will in any way conflict with or override any of the foregoing terms; and no such alteration, waiver, or representation shall be binding upon HI-CAD unless in writing and signed by the Chief Executive Officer of HI-CAD.

9. The Provisions and payment terms following this page are to be considered part of these Terms and Conditions.

10. If any term, condition or provision, or part thereof, is deemed unenforceable, then that term, condition or provision, or part thereof, shall stand void and all other terms, conditions or provisions shall have the same effect as if the voided term, condition or provision, or part thereof, had not existed.

11. HI-CAD's acceptance of Customer's request for work or services is limited to the Terms and Conditions of Services on this page and the attached Provisions and Payment Terms. Any terms proposed or submitted by Customer at any time (including, but not limited to, provisions or terms in Customer's purchase order, instruction, nomination or other document). Are object to and rejected, and shall be deemed a material alteration hereof, and shall be of no force or effect



Valued Quality. Delivered.

## Provisions

**1. CONTRACT, PLANS AND SPECIFICATIONS**

The work described in this Proposal shall be done according to the plans specifications (if any) except in the case of conflict when the provision of this proposal shall have control over both the plans and the plan specifications.

**2. DELAYS**

HI-CAD shall not be held responsible for any delays resulting from the following conditions that may arise at a Client's facility:

- Access to required areas
- Training and permit requirements
- Additional equipment to perform work such as lifts, ladders, platforms, scaffolding, etc.
- Industrial Hygiene requirements such as sniff tests
- Project assistance to HI-CAD personnel in order to comply with project requirements
- Communication regarding access to work areas
- Weather disruptions
- Emergency evacuations or drills

Such disruptions may result in the generation of a "Change in Scope" approved and signed by the Client before work can proceed. Such Changes in Scope could affect the overall cost of the job.

**3. ADDITIONAL WORK**

Any additions to the HI-CAD proposal stated and Client agreed Scope of Work will result in a "Change in Scope" approved and signed by Client before work can proceed. The rates for such increases will be billed as specified per day or per hour whichever is applicable.

**4. SAFETY**

Client shall inform HI-CAD of any and all safety requirements, proper training and literature to adequately prepare for proper execution of work to be performed. All safety training performed for the Client is considered billable time. Client is responsible for providing a safe work environment and for ensuring that work is performed in an environment consistent with appropriate safety and health guidelines. Hazardous waste, fumes and environmental hazards shall be defined and clearly marked. HI-CAD reserves the right of observation and inspection to insure a satisfactory safe environment prior to and during the performance of the work. The presence, observation, and inspection by HI-CAD at the work site shall not relieve Client from its obligations and responsibilities under this agreement.

**5. SITE CONDITIONS**

It is the Client's responsibility to provide access to all areas required. Equipment shall be made available as needed and shall be operated by Client or Client contractor. Platforms, ladders, man-lifts, scaffolding, work permits, etc., shall be coordinated prior to the commencement of work as well as removal of insulation or the like to prevent work stoppage. Any work stopped as a result of such events will be considered additional work and a "Change in Scope" will apply. This may result in additional hours, which may affect the delivery date and overall costs.

**6. CLIENT RESPONSIBILITIES - DRAWINGS AND SKETCHES**

Client shall provide HI-CAD the following, if available:

- Design drawings (DXF Navigation plans for LFM software, elevations, existing isometrics, design sketches or preliminary layouts, Benchmark Drawings) outlining the scope of work, and anticipated tie-in points
- Certified and dated vendor prints of equipment to be verified
- Certified and dated equipment drawings (if applicable)
- Client project specifications and tolerance limitations

**7. INTELLECTUAL PROPERTY**

During the course of this agreement, HI-CAD may provide information regarding HI-CAD processes, procedures or software information to Client, which shall be kept confidential by Client &/or Client contractors.

**8. DISCLAIMER**

HI-CAD Spool Checking procedure is highly recommended in order to assure piping spools are fabricated per design requirements. HI-CAD is not responsible for any deviations prescribed for fabrication other than to document the as-surveyed deviations. Recommendations for correcting isometrics will be directed to the Client. Incorrect dimensions or materials for fabrication are the responsibility of the Client, not HI-CAD.

**9. TRAVEL REIMBURSEMENT**

Travel time to job sites will be billed at the standard hourly rate. Travel time will be applicable when traveling to any location outside of a 20-mile radius from HI-CAD's Corporate office located in Houston, TX. Out of town travel (flights, auto rental, and fuel) will be billed at cost plus 10% unless previously agreed; out of town living expenses (hotel, motel, and meals) will be billed at cost plus 10% unless previously agreed. Mileage reimbursement from the HI-CAD office to a job site will be billed per current IRS standard reimbursement rate. Weekend rates will be charged if HI-CAD is unable to perform work due to Client's work schedule.



Valued Quality. Delivered.

**10. REPRESENTATIVES**

Contact for contractual information, bidding and proposals shall be addressed to:
HI-CAD - HICAD America
Attn: Kyle McNeil, Technical Operations Manager
16441 Space Center Blvd Suite D100
Houston, TX 77058 USA
Bus. Phone (281) 990-9977 Fax No. (281) 990-9929
Email Address: kyle.mcneil@HI-CAD.com

**11. GENERAL LIABILITY INSURANCE**

Proof of General Liability, Professional Liability, and USL&H, Harbor workers, Jones Act, Offshore, Automobile and Workman's Compensation insurance coverage will be provided to client upon request.

**12. TERMS OF PAYMENT**

Invoices are generated on a monthly basis (unless previously agreed upon) and payment is due Net thirty (30) days from the date of invoice. Purchases for Software are due upon receipt.

If the client fails to pay any sum due pursuant to the Agreement, the client will be liable to pay interest on such sum from the due date for payment at the annual rate of 4% above the base lending rate accruing on a daily basis until payment is made, whether before or after any judgment.

**13. VALIDITY OF PROPOSAL**

Rates quoted in any proposal will remain effective for a period of ninety (90) days from the date stated herein.