# CONFERENCE ATTENDANCE RECORD

DATE: 8-3-12           TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jim Roy | PSC |
| Duke Williams | " " |
| Henry Dart | St of LA |
| Sarah Trams | Anadarko |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenney Martinez | " " |
| Ericka Toledo | " " |
| Alison Battiste | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Lauren Mitchell | Halliburton |
| Sean Fleming | " " |
| Geoff Gannaway | Cameron |
| Renee Siguret | " |
| STEVE FLYNN | U.S. |
| Michele Greif | US |
| J. Nathaniel Chakeres | US |
| Scott Cernich | US |
| Douglas Kraus | Louisiana |
| Cory Maze | Alabama |
| Winfield Sinclair | Alabama |
| Ryan Babiuch | BP |
| Rachel Clingman | TO |
| Meredith Grohman | PSC |
| Jessica Ibert | PSC |
| Grant Davis-Denny | TO |
| Paul Thibodeaux | TO |

## CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

   STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Baay | TO |
| ANTHONY IRPINO | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jimmy Williamson | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Friday, August 3rd Phase Two Discovery Conference

**Participants**

Sarah Himmelhoch

Sean Brennan - M-I

Tony Fitch - Anadarko

Alan Pixton - BP

Chad Metayer - Airborne Support

Abbey Andre - U.S.

Sylvia Simson - O'Brien Response

Mark Nomillini - BP