IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to: | MAGISTRATE SHUSHAN |
| 2:10-cv-3106 | |
| 2:10-cv-3084 | |
| 2:10-cv-2663 | |
| 2:10-cv-2662 | |
| 2:10-cv-2665 | |
| 2:10-cv-2669 | |
| 2:10-cv-2668 | |
| 2:10-cv-2664 | |
| 2:10-cv-3094 | |
| 2:10-cv-3095 | |
| 2:10-cv-3089 | |
| 2:10-cv-4191 | |
| 2:11-cv-261 | |
| 2:10-cv-3100 | |
| 2:10-cv-3098 | |
| 2:10-cv-4204 | |
| 2:10-cv-2987 | |
| 2:10-cv-2988 | |
| 2:10-cv-3115 | |
| 2:10-cv-3113 | |
| 2:10-cv-3101 | |
| 2:10-cv-3085 | |

**MOTION TO WITHDRAW GREENBERG TRAURIG, P.A.
AS COUNSEL FOR CAMERON INTERNATIONAL CORPORATION**

Cameron International Corporation ("Cameron"), through undersigned counsel, moves to withdraw Greenberg Traurig, P.A. ("GT") as counsel in all consolidated cases in which it is counsel of record, identified above, on the following grounds:

1101103v1

1.	GT was engaged by Cameron to represent it in oil spill related cases being litigated in Florida courts.  Since the cases were consolidated in this court by the MDL Panel, GT has had minimal involvement in the litigation.  Cameron is not opposed to the withdrawal.

2.	Cameron will continue to be represented by Beck, Redden & Secrest, LLP and Stone Pigman Walther Wittmann L.L.C. in the MDL proceeding pursuant to CT02.

Respectfully submitted,

David J. Beck, T.A.
    dbeck@brsfirm.com
Joe W. Redden, Jr.
    jredden@brsfirm.com
David W. Jones
    djones@brsfirm.com
Geoffrey Gannaway
    ggannaway@brsfirm.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 Mckinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Jared Davidson, 32419
    jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

*Attorneys for Cameron International Corporation*

1101103v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw Greenberg Traurig, P.A. As Counsel for Cameron International Corporation has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of August, 2012.

 */s/ Phillip A. Wittmann*
Phillip A. Wittmann

1101103v1