IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

**Applies to:**

2:10-cv-3106
2:10-cv-3084
2:10-cv-2663
2:10-cv-2662
2:10-cv-2665
2:10-cv-2669
2:10-cv-2668
2:10-cv-2664
2:10-cv-3094
2:10-cv-3095
2:10-cv-3089
2:10-cv-4191
2:11-cv-261
2:10-cv-3100
2:10-cv-3098
2:10-cv-4204
2:10-cv-2987
2:10-cv-2988
2:10-cv-3115
2:10-cv-3113
2:10-cv-3101
2:10-cv-3085

## ORDER

Having considered the Motion to Withdraw as Counsel

**IT IS HEREBY ORDERED** that the Motion is granted and Greenberg Traurig, P.A. and its attorneys are hereby withdrawn as counsel for Cameron International Corporation ("Cameron") in the above-numbered actions.  Cameron will continue to be represented by Beck,

- 1 -

1101178v1

- 2 -

Redden & Secrest, L.L.P. and Stone Pigman Walther Wittmann L.L.C. in this MDL proceeding pursuant to CT02.

  New Orleans, Louisiana, this _____ day of August, 2012.

_____<br>
UNITED STATES DISTRICT JUDGE