IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Sprill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * | |
| | * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., on behalf of Themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production, Inc.; BP America Production Company; BP, p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

## NOTICE OF APPEARANCE

The undersigned attorney gives notice of appearance for DIVERSIFIED HOLDINGS, LLLP, a Georgia limited liability partnership, and requests that all correspondence, pleadings, and papers be served upon him at the address given.

*ANCHORS SMITH GRIMSLEY*

By: /s/ Richard P. Petermann

**Richard P. Petermann, Esq.**
Florida Bar No.: 362956
909 Mar Walt Drive, Suite 1014
Fort Walton Beach, Florida 32547
(850) 863-4064
(850) 862-1138 – Fax
Email: rpetermann@asglegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this ⁶ day of Aug , 2012, electronically filed the foregoing using the Court's ECF system and that a copy of the foregoing Notice of Appearance will be electronically forwarded to the following counsels of record also by use of said ECF system:

James Parkerson Roy
Attn: Deepwater Horizon E&PD Settlement
Domengeaux Wright Roy & Edward
P.O. Box 3668
Lafayette, LA 70501

Stephen J. Herman
Attn: Deepwater Horizon E&PD Settlement
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard C. Godfrey, P.C.
Attn: Deepwater Horizon E&PD Settlement
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654

Richard P. Petermann
Florida Bar No.: 362956