# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Sprill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * | |
| | * * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., on behalf of Themselves and all others similarly situated, | * * * | Civil Action No. 12-970<br><br>SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production, Inc.; BP America Production Company; BP, p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

## <u>NOTICE OF APPEARANCE</u>

The undersigned attorney gives notice of appearance for GDC VIEW, LLC, a Florida limited liability company, and requests that all correspondence, pleadings, and papers be served upon him at the address given.

*ANCHORS SMITH GRIMSLEY*

By: _____

**Richard P. Petermann, Esq.**
Florida Bar No.: 362956
909 Mar Walt Drive, Suite 1014
Fort Walton Beach, Florida 32547
(850) 863-4064
(850) 862-1138 – Fax
Email:  rpetermann@asglegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this _6_ day of _Aug_, 2012, electronically filed the foregoing using the Court's ECF system and that a copy of the foregoing Notice of Appearance will be electronically forwarded to the following counsels of record also by use of said ECF system:

James Parkerson Roy
Attn:  Deepwater Horizon E&PD Settlement
Domengeaux Wright Roy & Edward
P.O. Box 3668
Lafayette, LA  70501

Stephen J. Herman
Attn:  Deepwater Horizon E&PD Settlement
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Richard C. Godfrey, P.C.
Attn:  Deepwater Horizon E&PD Settlement
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL  60654

Richard P. Petermann
Florida Bar No.:  362956