UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: | | * * | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Leave to File Limitation Short Form Joinders Beyond the September 16, 2011 Deadline:

IT IS ORDERED that the late-filed Short Form Joinders, Document Nos.120029, 120030, 120031, filed by Movants Dale A. Theriot/ Dale Theriot Construction, LLC, Felice Exploration, LLC, and Eric Michael Alleman/ D.I.P. Seafood, LLC on August 2, 2012 and Document No. 120034, filed by Movant T&T Communications, LLC on August 6, 2012 shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this _____ day of _____ 2012.

							_____
							Honorable Carl J. Barbier,
							U.S. District Court Judge