## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*            JUDGE BARBIER
                             MAGISTRATE JUDGE SHUSHAN

## <u>ORDER</u>

**[Working Group Conference on Friday, August 3, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

### <u>BOP & Capping Stack</u>.

The order for the 3D Laser Scan Proposal for Phase II was signed.  Rec. doc. 7029.

On August 2, 2012, BP submitted a report on non-destructive activities to take place in September, 2012.  It was asked to provide a more detailed proposal as promptly as possible so other parties could make preparations for their experts to participate.

BP proposes destructive testing of material removed from the riser.  By August 10, 2012, the parties shall report any issues with this destructive testing.

On August 10, the parties will be asked to consider Phase Two deadlines for reports of experts and discovery of experts.  This will include a deadline for completion of all BOP inspection and testing.

If BP does not receive an objection by noon on Monday, August 6, 2012 to the proposed Michoud lease for the coming fiscal year, it is authorized to sign the lease.

After September 30th, the conclusion of the fiscal year, BP will submit a report on the variable costs incurred in the testing over the previous fiscal year.

BP is working with Transocean on the ownership of the capping stack.

## PHASE ONE "CLEAN-UP"

1. **Halliburton Modeling**.

On August 2, 2012, BP submitted a letter requesting further relief from Halliburton regarding the modeling.  By Thursday, August 9, Halliburton will respond.  On Tuesday, August 14, 2012, BP will reply.

2. **PSC Request for Transocean Depositions**.

After another meet-and-confer, the PSC and Transocean shall make _brief_ submissions detailing only current disagreements.

The Court commented that the exhibit lists for Phase One are complete.  Where good cause is demonstrated, late-produced documents may be added to the exhibit lists.

## PHASE TWO

1. **Phase Two Stipulations.**

The U.S. will put the Phase Two stipulations into final form and circulate them to all parties. If there is no objection by the close of business on Monday, August 6, 2012, the U.S. may sign the stipulations on behalf of all parties and file them.

2. **BP's Challenges to U.S. Deliberative Process Privilege Claims.**

The Court will rule on the extrapolation issue for the DPP claims as promptly as possible.

3. **Schedule I.**

The parties shall proceed as follows:

2

a.      Monday, August 6, is the deadline for the U.S. and BP to extrapolate the rulings to all remaining Schedule I entries.

b.      Friday, August 10, is the deadline for the U.S. and BP to complete production of the documents that are not privileged based on the rulings.

c.      Monday, August 13, is the deadline for BP and the U.S. to provide a privilege log of Schedule I documents that they contend remain protected from disclosure.

d.      After receipt of the privilege logs, the Court will randomly select documents for verification of the extrapolation process and set a deadline for the *in camera* production of the randomly selected documents.

**4.      Schedule II.**

No further action is required for Schedule II.  This will be removed from the agenda.

**5.      Schedule III.**

Schedule III applies to privilege logs served by the U.S. and BP from June 1 through June 22 and privilege logs served by all other MDL parties by June 22.  The parties submitted letter briefs.  The Court will rule as promptly as possible.

**6.      Schedule III - BP's Challenges to Louisiana's DPP entries.**

On August 3, BP reported that it will not submit any Schedule III challenges to Louisiana privilege logs for *in camera* review.  This will be removed from the agenda.

**7.      Schedule IV Privilege Logs.**

This applies to the privilege logs served by the U.S. after June 22 (the cutoff for Schedule III) and through July 31.  BP did not serve any privilege logs during this period.  By Monday, August 6, BP will present the U.S. with a list of challenges for the Schedule IV privilege logs.  All

other parties shall have until the close of business on Wednesday, August 8, to assert any additional challenges.  The parties shall conduct meet-and-confers and report whether a briefing schedule is required.

**8.      SharePoint Dispute Between U.S. and BP.**

The U.S. submitted its brief on July 26.  BP's brief is due on August 2.  The U.S. reply is due on August 6.  The Court will rule as promptly as possible.

**9.      Later Phases**.

Prior to the August 3 conference, BP reported that it will not pursue its challenge to four U.S. privilege log entries.  On August 6, the U.S. reported that, after a productive meet-and-confer, the U.S. and BP were able to resolve challenges to BP's privilege log entries.  This will be removed from the agenda.

**10.     Custodial File Production for All Parties.**

Custodial file production shall be made **21 calendar days** in advance of the custodian's deposition.

BP reported that there was agreement on the search criteria to run for Graham "Pinky" Vinson.  Anadarko reported that it will review the notice for its deposition and report whether any of its designees will require the procedure employed for Vinson.  Transocean reported that it does not intend to have a supplemental production for its designee.

PTO 51 governing subpoenas to third parties was signed on August 6, 2012.  Rec. doc. 7049.

**11.     Changing Rule 30(b)(6) Designees.**

Good cause must be demonstrated for any designee changes within 21 days of the deposition.  This includes the substitution of a new designee for a scheduled designee or a change among

designees where one designee takes a topic which was to be covered by another designee.

12.     **Attorneys for Third-Parties - Pro Hac Vice.**

The PSC reported that subpoenas will go out to credit card companies and others.  The attorneys for these non-parties are not required to enroll as counsel of record.

13.     **Deposition Logistics for Phase Two.**

The PSC reported that the logistical arrangements for the first Phase Two depositions are in place.  This will be removed from the agenda.

14.     **Length of Depositions, and Allocation and Sequence of Examination**.

The PSC submitted a proposal.  The parties shall: (a) review the proposal and respond to the PSC and all other parties by Wednesday, August 11, 2012; and (b) be prepared to discuss the PSC's proposal by Friday, August 13, 2012.  Once the allocation of time is set, the parties may cede time.

Because the roster of designees for the Rule 30(b)(6) depositions is nearly complete, the parties are urged to meet-and-confer on whether one day will be sufficient or whether two days is required for particular designees.

15.     **Letter Briefs**.

When the parties are given a page limitation for a brief, for example ten pages, the limitation is based on a double-spaced brief.  It is recommended that the parties double space their letter briefs. If they are single spaced, then the letter brief shall be half the length of the specified page limitation.

16.     **Scheduling depositions**.

The status of the scheduling of Rule 30(b)(6) Depositions is as set forth below.  BP has provided designees for all topics.  It has not provided dates for all designees.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **RRB** | Transocean | One Day | N.O. | August 7 |

Richard Brainard is the designee.  There was agreement on length of the deposition, the allocation of the examination time among the parties, and the sequence of the examination.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Halliburton** |  | Two days | N.O. | August 22-23 |

Richard Vargo will be the designee for Halliburton.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Wild Well Control** | PSC | One day | N.O. | August 24 |

The U.S. is working on document production.  The PSC reported that the designee's emails will be produced fourteen days before the deposition.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Woods Hole** | BP | Two days | Boston | August 28-29 |

A request for costs and attorneys' fees is pending.  All other issues remaining for the deposition must be resolved promptly.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Halliburton** |  | One day | N.O. | August 29 |

Ward Guillot is the designee.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Halliburton** |  | One day | N.O. | September 6 |

N. Pellerin is the designee.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Halliburton** |  | One day | N.O. | September 10 |

R. Goosen is the designee.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Pencor** | U.S. | One day | N.O. | September 10 |

The U.S. reported that the documents were produced to the parties.

| | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **United States** | BP | Two days | N.O. | Sept. 11-12 |

Paul Hsieh is the designee.  BP's request for clarification on the designees for the U.S. are resolved.

| | | | | |
|---|---|---|---|---|
| **Anadarko** | PSC | One Day | N.O. | September 12 |

Brian O'Neil is the designee.

| | | | | |
|---|---|---|---|---|
| **Intertek Group** | U.S. | One Day | N.O. | September 12 |

The U.S. is working on document production.  Counsel for Intertek agreed to accept service of the notice.  The final notice will be served within a week.

| | | | | |
|---|---|---|---|---|
| **BP** | U.S. | Two Days | N.O. | Sept. 13-14 |

M. Gochnour is the designee.

| | | | | |
|---|---|---|---|---|
| **Isotech** | U.S. | One Day | N.O. | September 14 |

The U.S. is working on document production.  Counsel for Isotech agreed to accept service of the notice.  The final notice will be served within a week.

| | | | | |
|---|---|---|---|---|
| **U.S.** | | Two Days | N.O. | Sept. 18-19 |

Mark Sogge is the designee.

| | | | | |
|---|---|---|---|---|
| **BP** | | One Day | N.O. | September 18 |

Graham Vinson is the designee.

| | | | | |
|---|---|---|---|---|
| **Anadarko** | PSC | One Day | N.O. | September 19 |

Allan O'Donnell is the designee.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Halliburton** | | One day | N.O. | September 20 |

    S. LeBlanc is the designee.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Weatherford** | U.S. | One day | N.O. | September 20 |

    The U.S. is working on document production.  Counsel for Weatherford agreed to accept service of the notice.  The final notice will be served within a week.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **U.S.** | | Two days | N.O. | Sept. 24 and 25 |

    Admiral Allen is the designee.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **U.S.** | | Two days | N.O. | Sept. 26 and 27 |

    A. Possolo is the designee.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **BP** | | Two days | N.O. | Sept. 27 and 28 |

    Simon Bishop is the designee.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Add Energy** | U.S. | One Day | N.O. | October 2 |

    Document production is complete.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Statoil** | BP | One Day | N.O. | October 4 |

    An update on the status of the document production is needed.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Oceaneering** | U.S. | One Day | N.O. | October 10 |

    The U.S. will pay the costs for copying of the ROV video.  If any party wants a copy of the ROV video, it shall notify the U.S. by the close of business on Tuesday, August 7.

| | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Anadarko** | | One Day | N.O. | November 1 |

    Robert Quitzau will be a designee.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Transocean** | BP | Two Days | N.O. | Nov 5-6. |

Rob Turlak is the designee.

| **Anadarko** | | | Houston | ? |
|---|---|---|---|---|

Dawn Peyton will be a designee.  Because she has a newborn, the deposition cannot be in New Orleans.  Anadarko will provided a declaration executed by a corporate officer for the topics on which it does not possess information.

| **BP Institute** | U.S. | ? | U.K. | ? |
|---|---|---|---|---|

Document production is complete.  The U.S. is discussing dates.  On July 12, 2012, an order was issued regarding payment of reasonable costs of BP Institute in responding to the subpoena. Rec. doc. 6901.

| **Cameron** | PSC | ? | N.O. | ? |
|---|---|---|---|---|

The U.S. and Cameron are working document production.  When it is complete, it will identify the designees and dates for the deposition.

| **DNV** | BP | ? | ? | ? |
|---|---|---|---|---|

BP and DNV are working on dates and designees. An update on the status of document production is needed.

| **Schlumberger** | U.S. | ? | ? | ? |
|---|---|---|---|---|

U.S. is communicating with Schlumberger.

| **Stress Engineering** | U.S. | ? | ? | ? |
|---|---|---|---|---|

U.S. is working on document production and dates.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Worldwide Oilfield Machine ("WOM")** | | ? | ? | ? |

The U.S. reported that a subpoena for documents was served on WOM and is outstanding.

It is not clear whether a deposition will be required.

## CONFERENCE SCHEDULE

| | |
|---|---|
| Friday, August 10, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 17, 2012 at 9:30 a.m. | Status Conference with Judge Barbier **WGC meeting to follow** |
| Friday, August 24, 2012 | **No Conference** |
| Friday, August 31, 2012 | **No Conference** (Labor Day) |
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier WGC meeting to follow |

| | |
|---|---|
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | **No Conference** |
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |
| Tuesday, December 18, 2012 at 8:30 a.m. | Final Pretrial Conference with Judge Barbier |
| Friday, December 21, 2012 | **No Conference** (Christmas) |
| Friday, December 28, 2012 at 9:30 a.m. | WGC meeting |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 7th day of August, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**