

**U.S. Department of Justice**

Environment and Natural Resource Division

---

*P.O. Box 7611*
*Washington, DC 20044*
*202-514-0056*
*Scott.Cernich@usdoj.gov*

July 19, 2012

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

    Re:    MDL 2179: United States' Schedule III Challenges to BP Privilege Claims

Dear Judge Shushan:

    The United States has challenged BP's assertions of both the attorney-client privilege and work-product protection over eight documents on BP's Schedule III privilege logs.  Attachment A to this letter lists those eight documents for *in camera* review by the Court.  The United States relies on its prior Schedule I briefing (Rec. docs. 6718 and 6867) and this Court's July 13, 2012 Order Regarding *In Camera* Inspection of BP's Claimed Privilege in Schedule I (Rec. doc. 6904).  We appreciate the Court's willingness to undertake this review.

                                Respectfully submitted,

                                /s/ Scott M. Cernich
                                Scott M. Cernich

cc:    Liaison & Coordinating Counsel
        Robert Gasaway

# Attachment A

July 19, 2012 "Schedule III" U.S. Challenges to BP Privilege Logs
In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D. La.)

| # | Privilege Bates No. | Privilege Bates Family Range | Document Type | Date | From/Author | To/Recipient | CC | BCC | Privilege Reason | Privilege Description | Withheld or Redacted | FR Priv Log Quantification | Redacted Doc Bates Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PRIV-BP-HZN-2179MDL00025191 | PRIV-BP-HZN-2179MDL00025191 - PRIV-BP-HZN-2179MDL00025191 | Report | 9/28/2010 | Saidi, Farah | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | Yes | |
| 2 | PRIV-BP-HZN-2179MDL00025192 | PRIV-BP-HZN-2179MDL00025192 - PRIV-BP-HZN-2179MDL00025192 | Report | 10/11/2010 | Saidi, Farah | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | Yes | |
| 3 | PRIV-BP-HZN-2179MDL00025215 | PRIV-BP-HZN-2179MDL00025215 - PRIV-BP-HZN-2179MDL00025215 | Report | 9/22/2010 | Saidi, Farah | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | Yes | |
| 4 | PRIV-BP-HZN-2179MDL00025219 | PRIV-BP-HZN-2179MDL00025219 - PRIV-BP-HZN-2179MDL00025219 | Report | 9/22/2010 | Saidi, Farah | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | Yes | |
| 5 | PRIV-BP-HZN-2179MDL00025221 | PRIV-BP-HZN-2179MDL00025221 - PRIV-BP-HZN-2179MDL00025221 | Report | 9/22/2010 | Saidi, Farah | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | Yes | |
| 6 | PRIV-BP-HZN-2179MDL00025222 | PRIV-BP-HZN-2179MDL00025222 - PRIV-BP-HZN-2179MDL00025222 | Report | 9/22/2010 | Saidi, Farah | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | Yes | |
| 7 | PRIV-BP-HZN-2179MDL00025223 | PRIV-BP-HZN-2179MDL00025223 - PRIV-BP-HZN-2179MDL00025223 | Report | 9/22/2010 | Saidi, Farah | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | Yes | |
| 8 | PRIV-BP-HZN-2179MDL00025228 | PRIV-BP-HZN-2179MDL00025228 - PRIV-BP-HZN-2179MDL00025228 | Report | 9/28/2010 | Saidi, Farah | | | | Attorney/Client, Work Product | Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation. Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon. | Privileged Withhold | No | |