From:   "Gasaway, Robert R." <rgasaway@kirkland.com>
To:     "Cernich, Scott (ENRD)" <Scott.Cernich@usdoj.gov>, "Sally_Shushan@laed.uscourts.gov" <Sally_Shushan@laed.uscourts.gov>, "Mike_OKeefe@laed.uscourts.gov" <Mike_OKeefe@laed.uscourts.gov>
Cc:     "Alan York (AYork@GodwinRonquillo.com)" <AYork@GodwinRonquillo.com>, "Andre, Abigail (ENRD)" <Abigail.Andre@usdoj.gov>, "Baay, David" <David.Baay@sutherland.com>, "Benson, Thomas (ENRD)" <Thomas.Benson@usdoj.gov>, Brian Barr <BBarr@levinlaw.com>, "Chakeres, Aristide (ENRD)" <Aristide.Chakeres@usdoj.gov>, "CMaze@ago.state.al.us" <CMaze@ago.state.al.us>, "d.pote@kanner-law.com" <d.pote@kanner-law.com>, "Defense Liaison (dsc2179@liskow.com)" <dsc2179@liskow.com>, Doug Kraus <d.kraus@kanner-law.com>, "Engel, Bethany (ENRD)" <Bethany.Engel@usdoj.gov>, "Flynn, Stephen (CIV)" <Stephen.Flynn@usdoj.gov>, "Grant.Davis-Denny@mto.com" <Grant.Davis-Denny@mto.com>, "Hanger, Robin L. (CIV)" <Robin.L.Hanger@usdoj.gov>, "Sarah.Himmelhoch@usdoj.gov" <Sarah.Himmelhoch@usdoj.gov>, "Jim Roy (jimr@wrightroy.com)" <jimr@wrightroy.com>, "jimmy@jimmywilliamson.com" <jimmy@jimmywilliamson.com>, "lstrange@ago.state.al.us" <lstrange@ago.state.al.us>, "Mariani, Tom (ENRD)" <Tom.Mariani@usdoj.gov>, "Nomellini, Mark J." <mnomellini@kirkland.com>, "O'Rourke, Steve (ENRD)" <Steve.O'Rourke@usdoj.gov>, "Prieto, Jeffrey (ENRD)" <Jeffrey.Prieto@usdoj.gov>, "Gasaway, Robert R." <rgasaway@kirkland.com>, "Shutler, Sharon (CIV)" <Sharon.Shutler@usdoj.gov>, "sherman@hhkc.com" <sherman@hhkc.com>, "terrellm@ag.state.la.us" <terrellm@ag.state.la.us>, "tiffany.hedgpeth@bingham.com" <tiffany.hedgpeth@bingham.com>, "Trey Phillips (treyphillipsdwh@ag.state.la.us)" <treyphillipsdwh@ag.state.la.us>, "Mike.Underhill@usdoj.gov" <Mike.Underhill@usdoj.gov>, "Petrino, Michael A." <michael.petrino@kirkland.com>
Date:   08/03/2012 01:06 PM
Subject:        RE: MDL 2179 United States' Schedule III Challenges to BP's Privilege Logs
Sent by:        "Cayco, Marie V." <mcayco@kirkland.com>

Dear Judge Shushan, Mike, and Scott,

In light of Scott's reasonable request that the parties be made aware of some points discussed today, BP hereby states --- as to the United States' concerns in this filing about potential inaccuracies in document dates submitted by BP for seven documents at issue, (i) the relevant dates were drawn from document metadata and the documents themselves; (ii) BP has double-checked and satisfied itself regarding the accuracy of these dates as stated, but nonetheless (iii) BP welcomes the United States' invitation to ensure the accuracy of these dates and other critical information on the various parties' privilege logs and would be pleased to follow up if the Court has questions.

Best regards,

Rob Gasaway


**Robert R. Gasaway**
Partner
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202-879-5175 (Direct Line) | 202-879-5200 (Fax)