UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL 2179 SECTION "J" DIVISION (1) |
| THIS DOCUMENT RELATES TO: | | * * | |
| IN RE: | TRITON ASSET LEASING GmbH Civil Action No. 2:10-cv-02771-CJB-SS | * * | |

**************************************************

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE LIMITATION SHORT FORM JOINDER BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes the Claimant, Thomas A. Hauptmann, who files this memorandum in support of his motion seeking an order from this Court accepting the late-filed Short Form Joinder filed August 7, 2012 (Rec. Doc. No.120056), into the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc., as the Owner, Managing Owners, Owners Pro Hac Vice, and/operators of the MODU Deepwater Horizon for the following reasons:

This Court established a deadline for the filing of claims in the Transocean limitation proceeding which was extended to September 16, 2011. As the claimant was unaware of this deadline or had not yet fully realized his damages, he did not timely file in the Transocean Limitation Proceeding and did not contact counsel until after the deadline.

Furthermore, no prejudice will result from the acceptance of the Short Form Joinder filed after the deadline because no action has been taken in the limitation proceeding which could

cause prejudice to any other party to the proceeding. Additionally, the limitation proceeding is pending and undetermined.

    Accordingly, and for the foregoing reasons, the Claimant respectfully seeks an order from this Court granting his motion and that the Court deem his claim as timely filed in the Transocean limitation proceeding.

    Respectfully submitted,

/s/Korey A. Nelson
Stephen B. Murray (7828)
Stephen B. Murray, Jr. (23877)
Korey A. Nelson (30002)
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:  504.525.8100
Facsimile:  504.584.5249
knelson@murray-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System and provided notice by and through LexisNexis to all counsel of record

/s/ Korey A. Nelson