UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL 2179 SECTION "J" DIVISION (1) |
| THIS DOCUMENT RELATES TO: | | * * | |
| IN RE: | TRITON ASSET LEASING GmbH Civil Action No. 2:10-cv-02771-CJB-SS | * * | |

**********************************************

## ORDER

Considering the Motion for Leave to File Limitation Short Form Joinder Beyond the September 16, 2011 Deadline and concluding that the motion has merit,

IT IS ORDERED that the late-filed Joinder filed at Rec. Doc. No. 120056 shall be considered as a timely filed claim in the Transocean Limitation as well as properly joined in the B1 Bundle Amended Master Complaint in Accordance with Pre-Trial Orders No. 24 and 25.

New Orleans, Louisiana, this _____day of _____ 2012.

_____
Honorable Carl J. Barbier
United States District Judge