AO 440 (Rev. 12/09) Summons in a Civil Action         Rec'd CK #71757 7/27/12 $28.16

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: OIL SPILL by the Oil Rig DEEWATER HORIZON in the Gulf of Mexico on April 20, 2010 | | |
| Joseph Yerkes, Joshua Allen Bengson, et al., | ) | MDL No: 2179 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:12-cv-01485 "J"(1) |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, et al. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Airborne Support International, Inc.
C/O Howard Barker, Registered Agent
3626 Thunderbird Road
Houma, LA 70363

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert J. McKee, Esquire
Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301

Telephone: 954-763-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jul 24 2012

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-01485             MDL No: 2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AIRBORNE SUPPORT INTERNATIONAL INC.
was received by me on *(date)* 7/27/12.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* EMELINE McGUIRE (SECRETARY), who is designated by law to accept service of process on behalf of *(name of organization)* AIRBORNE SUPPORT INTERNATIONAL INC. on *(date)* 7/27/12 @ 2:14PM; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/27/12

*Server's signature*

By Ralph J. Lirette Jr.
*Printed name and title*

T.P.S.O. Civil Dept.
424 Roussell St., Houma, LA.
*Server's address*

Additional information regarding attempted service, etc:

Laura L. Robichaux, #87087
Ex officio Notary, Terrebonne Parish
Sheriff's Office