**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **of Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Regarding the Challenges by BP to Transocean's Schedule III Privilege Claims]**

Schedule III applies to privilege logs served by the U.S. and BP from June 1 through June 22 and privilege logs served by all other MDL parties by June 22.  Rec. doc. 6707.  On July 13, 2012, an order was issued regarding in camera inspection of BP's claimed privileges in Schedule I.  On July 30, 2012, BP's request for reconsideration was granted.  Documents relating to BP's answers to questions posed by Representative Markey (Nos. 26, 28, 30, 45 and 46), a draft of a presentation by Doug Suttles (No. 51) and a draft of a letter prepared for the signature of Suttles (No. 54) were determined to be protected from disclosure by the attorney-client privilege.  Rec. doc. 7012.  There were no appeals from those orders.

Prior to the issuance of the July 30, 2012 order, BP challenged 10 documents from Transocean's privilege log.  BP urged that the purpose of the challenge was to ensure that the principles embodied in the July 13 order on BP's Schedule I privilege logs apply equally to Transocean.  The 10 documents were submitted by Transocean for in camera review.  BP acknowledged that the reconsideration order offers Transocean some support for withholding the 10 documents.

The <u>in camera</u> review of the 10 documents demonstrates that they are protected from disclosure by the attorney-client privilege for the same reasons that the drafts of answers to Representative Markey and the drafts prepared for Suttles were protected by the attorney-client privilege.  Transocean is not required to produce the documents.

Any appeal of this order shall be taken by **Tuesday, August 14, 2012.**

New Orleans, Louisiana, this 8th day of August, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**