UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding the Challenges by the U.S. to BP's Schedule III Privilege Claims]**

Schedule III applies to privilege logs served by the U.S. and BP from June 1 through June 22 and privilege logs served by all other MDL parties by June 22. Rec. doc. 6707. On July 13, 2012, an order was issued regarding in camera inspection of BP's claimed privileges in Schedule I. Rec. doc. 6904. On July 30, 2012, BP's request for reconsideration was granted. Rec. doc. 7012. There were no appeals from those orders.

On July 19, 2012, the U.S. reported that it challenged BP's assertion of the attorney-client privilege and work-product protection over 8 documents on BP's Schedule III privilege logs. A log was attached to the letter identifying the documents. Rec. doc. 7057. BP released one of the documents and responded to the remaining 7 challenges. It reported that, pursuant to the July 13 order, it was producing 4 documents (Document Nos. 7, 8, 12 and 19) from Ms. Farah Saidi's laptop computer. Rec. doc. 7058. The July 13 order determined that BP had not sustained its burden of demonstrating that these 4 documents were protected from disclosure by the attorney-client privilege and it had not made a sufficient demonstration that the documents were part of the work-product of the Flow Rate Team. Rec. doc. 6904 at 14-16 and 19-21. It was determined, however, that the Flow Rate Team was an attorney-directed project. Id. at 14.

The 7 documents are described as reports authored by Ms. Saidi.  BP contends that all 7 documents are protected from disclosure by the attorney-client privilege and/or the work-product doctrine.  For each document the privilege is described as:

> Information and documents prepared for the purpose of seeking legal advice from attorney regarding Deepwater Horizon investigation.  Document prepared in connection with, and/or in anticipation of litigation regarding Deepwater Horizon.

Rec. doc. 7057 (Attachment).  The privilege logs indicate that the documents are dated between September 21, 2010 and October 12, 2010.  Id.

The U.S. contends that the dates in the privilege logs are suspect.  Rec. doc. 7059.  On August 3, 2012, BP reported that: (a) the relevant dates were drawn from document metadata and the documents themselves; and (b) it double-checked the accuracy of the dates.  Rec. doc. 7060.

The 7 documents submitted for in camera review are identified as:

|    | BP No. | Bates No.                      | Date               |
|----|--------|--------------------------------|--------------------|
| 1. | 58     | PRIV-BP-HZN-2179MDL00025191    | September 28, 2010 |
| 2. | 59     | PRIV-BP-HZN-2179MDL00025215    | September 22, 2010 |
| 3. | 60     | PRIV-BP-HZN-2179MDL00025219    | September 22, 2010 |
| 4. | 61     | PRIV-BP-HZN-2179MDL00025192    | October 11, 2010   |
| 5. | 62     | PRIV-BP-HZN-2179MDL00025221    | September 22, 2010 |
| 6. | 63     | PRIV-BP-HZN-2179MDL00025223    | September 22, 2010 |
| 7. | 64     | PRIV-BP-HZN-2179MDL00025222    | September 22, 2010 |

The Court's *in camera* review demonstrates that these 7 documents are protected from disclosure as part of the work-product of the Flow Rate Team.  BP has carried its burden of proof with respect to these 7 documents.

Any appeal of this order shall be taken by **Tuesday, August 14, 2012.**

New Orleans, Louisiana, this 8th day of August, 2012.

          **SALLY SHUSHAN**
          **United States Magistrate Judge**