# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>STATE OF VERACRUZ, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4239;<br>STATE OF TAMAULIPAS, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4240;<br>STATE OF QUINTANA ROO, REPUBLIC OF MEXICO v. BP, PLC, NO. 10-4241 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Request for Reconsideration of Ruling on Mexican States' Discovery (Rec. doc. 7027)]

On August 2, 2012, the undersigned issued an order limiting the scope of the discovery propounded by the Mexican States. Rec. doc. 7027. A further telephone conference was held with counsel on August 7, 2012, at which time counsel for the Mexican States' asked that the undersigned reconsider the order and allow additional discovery requests to be propounded.[1] Counsel for BP, speaking on behalf of all defendants, objected to the request for reconsideration, but asked that if it were to be considered the defendants be given the opportunity to request that the Court further limit the discovery allowed. Both counsel for the Mexican States and counsel for BP put their requests into the form of an email to the undersigned, which is attached as Exhibit 1 to this order.

The request for reconsideration by the Mexican States is DENIED. The additional interrogatories are not targeted to the issue before the Court.

The request by the defendants will be GRANTED IN PART as follows:

---

[1] The request was for Interrogatory No. 23, Requests for Admission Nos. 77, 114, and 123; and Requests for Production Nos. 56, 57 and 61.

Request for Production No. 27:

    The request is limited to non-economic damages/damages to physical property.

Request for Production No. 28:

    The request is limited to non-economic damages/damages to physical property.

Request for Production No. 31:

    The request is limited to communications concerning oil within the territories of the Mexican States or the EEZ.

Request for Production No. 39:

    The request is limited to communications concerning oil within the territories of the Mexican States or the EEZ.

Request for Production No. 40:

    The request is limited to communications concerning oil within the territories of the Mexican States or the EEZ.

    Any appeal of this order and the prior order (Rec. doc. 7027) shall be filed no later than the close of business on **Friday, August 10, 2012.**

    New Orleans, Louisiana, this 8th day of August, 2012.

    **SALLY SHUSHAN**
    **U.S. MAGISTRATE JUDGE**