From:   "Langan, Andrew" <alangan@kirkland.com>
To:     Enrique <enrique@serna-associates.com>, "Sally_Shushan@laed.uscourts.gov" <Sally_Shushan@laed.uscourts.gov>, "daniel@serna-associates.com" <daniel@serna-associates.com>, "dbeck@brsfirm.com" <dbeck@brsfirm.com>, "ayork@godwinronquillo.com" <ayork@godwinronquillo.com>, "kmiller@frilot.com1" <kmiller@frilot.com>, "steven.roberts@sutherland.com" <steven.roberts@sutherland.com>, "ssummy@baronbudd.com" <ssummy@baronbudd.com>, "amber.shushan@sutherland.com" <amber.shushan@sutherland.com>
Cc:     "jimr@wrightroy.com" <jimr@wrightroy.com>, "sherman@hhkc.com" <sherman@hhkc.com>, "'Ruben D. Campos'" <rdcampos@sbcglobal.net>, "Larsen, Beth" <beth.larsen@kirkland.com>, "Fitzpatrick, Catherine L." <cfitzpatrick@kirkland.com>
Date:   08/07/2012 04:25 PM
Subject:        MDL 2179 --  Mexican States' Claims - Aug.7.2012 - Conference

Dear Judge Shushan:

Following a failed meet-and-confer process among the parties, the Court held a telephone conference on August 2 in order to address the overbroad discovery requests propounded by the Mexican States.  Later that day, the Court issued an order limiting the Mexican States' discovery requests.  (Rec. Doc. 7027.)  At that point, both the Mexican States and the defendants had the choice either to accept the Court's order as written or to appeal to Judge Barbier.

Instead, without providing any notice to the defendants, the Mexican States, during this morning's telephone conference,  belatedly attempted to engage in a meet-and-confer process not with the defendants but with the Court itself.  Specifically the Mexican States asked the Court to open up negotiations on the terms of its order and to permit the States to re-propound Interrogatory 23, RFPs 56, 57, and 61, and RFAs 77, 114, and 123.   (See Mr. Serna's confirming email below.)   BP (joined by Transocean, Halliburton, and Cameron) objects to this attempt to negotiate the terms of the Court's August 2 order.  BP and the other defendants also object to any expansion of the discovery ordered by the Court on August 2, and further note that the additional discovery requests now sought by the Mexican States are not appropriately targeted and instead are irrelevant, overbroad, or seek information better developed through expert testimony.   The August 2 should stay as it is -- the defendants are already working to try to meet the tight August 24 deadline based on the August 2 order.

Should the Court entertain any negotiations over the terms of its order, however, the discussion cannot be a one-way street.   Instead, all the parties should be able to suggest modifications and thus (if the Court is going to reopen the August 2 order at all), defendants BP, Transocean, Halliburton, and Cameron propose the following further limitations on the Mexican States' discovery requests:

RFP No. 27:  Please produce copies of any assessments of damages associated with the oil spill, including injuries to coastal areas in the State of Tamaulipas, the State of Veracruz, the State of Quintana Roo, and/or any part of the Republic of Mexico. [Already limited to the Mexican States per the Court's order.]

- Limit to non-economic damages/damages to physical property.

RFP No. 28: Please produce copies of any assessments of damages associated with the oil spill, including injuries to coastal areas in the State of Tamaulipas, the State of Veracruz, the State of Quintana Roo, and/or any part of the Mexican EEZ in the Gulf of Mexico. [Already limited to the Mexican EEZ and the Mexican States per the Court's order.]

- Limit to the Mexican States and to non-economic damages/damages to physical property.

RFP No. 31: Please produce copies of any documents or communications with any representative, official, employee, agent, committee, agency, or person acting on behalf of the Republic of Mexico related to the Oil Spill and/or any plume or parts thereof.

- Limit to communications concerning oil within the territories of the Mexican States.

RFP No. 39: Please produce any documents relating to any written or transcribed communication between you and the Mexican Federal Government, including any official, cabinet member, director of any organization, staff, or anyone working in the Office of the President, the Mexican Foreign Relations Secretary, the Mexican Ecological Institute, or any Federal Agency of the Republic of Mexico.

- Limit to communications concerning oil within the territories of the Mexican States.

RFP No. 40: Please produce any documents relating to any written or transcribed communication between you and any Mexican State Government, including any official, director of any organization, staff, or anyone working in the Office of the Governor of any State, or any State Agency of the State of Tamaulipas, Veracruz, Quintana Roo, or any other which lies on the Gulf of Mexico.

- Limit to communications concerning oil within the territories of the Mexican States.

Thank you for the Court's consideration.

Respectfully submitted,
J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200
andrew.langan@kirkland.com

-----Original Message-----
From: Enrique [mailto:enrique@serna-associates.com]
Sent: Tuesday, August 07, 2012 1:13 PM
To: Sally_Shushan@laed.uscourts.gov; daniel@serna-associates.com; Langan, Andrew; dbeck@brsfirm.com; ayork@godwinronquillo.com; kmiller@frilot.com1; steven.roberts@sutherland.com; ssummy@baronbudd.com; amber.shushan@sutherland.com
Cc: jimr@wrightroy.com; sherman@hhkc.com; 'Ruben D. Campos'
Subject: RE: Mexican States' Claims - Aug.7.2012 - Conference

Dear Judge Shushan:

   You Honor we appreciate your hard work and dedication to this case and the just application of the law.  We carefully reviewed your latest discovery order and would ask for you to reconsider and add 1 Interrogatory (#23), 3 Admissions (#77,#114,#123) and 3 Requests for Production (#56, #57, and #61) to the served discovery that Defendants have to answer.  We believe the aforesaid are necessary and do not constitute any significant burden on the Defendants.

   Thank you for your consideration.

Enrique G. Serna
SERNA & ASSOCIATES PLLC
Serna Building
20985 IH-10 West
San Antonio, Texas 78257
210-472-2222 x 203 - Main Office
1-877-822-1212 - Toll Free