UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the GULF | * | |
| OF MEXICO, on APRIL 20, 2010 | * | SECTION  J |
| Relates to: All Cases | * | JUDGE BARBIER |
| (Including No. 10-2771) | * | MAG. JUDGE SHUSHAN |
| ************************************ | * | |

**MOTION FOR LEAVE TO FILE SHORT FORM JOINDERS**

**NOW INTO COURT** come claimant, through undersigned counsel, who moves the Court to accept his filing of a late filed Short Form Joinder to the limitation proceeding brought by Trition Asset Leasing GmbH, Transocean Holdings LLC, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operators of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline filing for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean Limitation proceeding to September 16, 2011.

3. Claimant contacted counsel after September 16, 2011, seeking assistance in filing claims for damages occasioned by explosion of the Deepwater Horizon and caused by the subsequent oil spill.

4. Claimant presented timely claims to the Gulf Coast Claims Facility.

5. No prejudice will result from the acceptance of the late filed Short Form Joinders, attached hereto as Exhibit A. No action has been taken in the limitation which could prejudice any other party.

6. Further and/or in the alternative claimant move that the short form joinders herein be considered as joined to the Bundle 1 and//or Bundle 3 Amended Master Complaint.

WHEREFORE claimant respectfully requests that the Court grant Movant's Motion for Leave to File Short Form Joinders filed beyond the April 20, 2011 and September 16, 2011 deadlines, and the Court deem said Short Form Joinder to be treated as timely filed.

**Respectfully Submitted:**

F. Gerald Maples, P.A.

s/ F.Gerald Maples

F. Gerald Maples (La. #25960)
One Canal Place
365 Canal Street, Suite 2650
New Orleans, Louisiana 70130
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2012, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/   F. Gerald Maples
F. Gerald Maples