UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater   Horizon" in the Gulf of Mexico, on | * | MDL No. 2179 |
| April 20, 2010 | * | Section: J |
| THIS DOCUMENT RELATES: | * | |
| *All Cases and 2:10-CV-2771* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| _____ | * | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SHORT FORM JOINDERS

Now comes Claimant, through undersigned counsel, who files this Memorandum in Support of the accompanying Motion for Leave to File Short Form Joinder. Claimant seeks this Honorable Court's permission to accept Claimant's late filed claim in the limitation proceeding for the following reasons:

1. Claimant contacted counsel after the Court-established deadline of September 16, 2011, seeking assistance for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Because Claimant had not yet fully realized his damages, he did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the late filings. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.*, 313 F.3d

359, 362 (5th Cir.1963) ("[S]o long as rights of the parties are not adversely affected, the Court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.,* No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir.1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late filed claims are deemed timely.

5. Limitation has not been determined; and there is no prejudice to the limiting parties or other defendants.

For these reasons, Claimant respectfully requests that the Court accept his late filed short form and grant the accompanying Motion for Acceptance of Short Form Joinder Beyond the September 16, 2011 Deadline.

Respectfully submitted:
/s/ F. Gerald Maples_____
F. Gerald Maples
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70130
Telephone: 504-569-8732
Facsimile: 504-525-6932
Federal@fgmapleslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 8, 2012 I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ F. Gerald Maples_____
F. Gerald Maples