# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater* | : | MDL No. 2179 |
| *Horizon*" in the Gulf of Mexico, on | : | |
| April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates To: All Cases | : | JUDGE BARBIER |
| …………………………………………... | : | MAG. JUDGE SHUSHAN |

## STIPULATED FACTS CONCERNING SOURCE CONTROL EVENTS

The parties hereby stipulate to the facts set forth in Exhibit A concerning events during the containment, control and closure of the MC 252 Well between April 20 and September 19, 2010. All parties reserve the right to offer evidence to prove additional facts from the time periods addressed herein, and the stipulation to the facts listed herein is subject to that reservation.  In accordance with Magistrate Judge Order filed August 7, 2012 (Doc. 7055) the United States has signed the stipulations on behalf of all parties.

## EXHIBIT A

### Terms and Definitions

**BOEMRE** - Bureau of Ocean Energy Management, Regulation and Enforcement.  This term refers to the federal agency responsible for overseeing the development of energy and mineral resources on the Outer Continental Shelf.  This agency was formerly known as Minerals Management Service and is now known as Bureau of Safety and Environmental Enforcement (BSEE) and Bureau of Ocean Energy Management (BOEM).

**BOP** – This term refers to the Blowout Preventer used in conjunction with the *Deepwater Horizon*.

**BOP-on-BOP** – This term refers to a contemplated operation to place a second BOP on the *Deepwater Horizon* BOP.

**CDP** - Containment and Disposal Project.  This term refers to the efforts to develop and install two Free-Standing Risers in the Gulf of Mexico connected to Floating Production Storage and Offloading ("FPSO") vessels, as a method to contain hydrocarbons flowing from the MC 252 Well.

**COFFERDAM** - This term refers to the large metal containment dome that was modified for use in deepwater and utilized in May 2010 in an attempt to contain the flow of hydrocarbons from the end of the parted riser.  At the top of the cofferdam, a pipe would channel hydrocarbons to the *Discoverer Enterprise*, a vessel on the surface.

*DDII* - *Development Driller II*.  This term refers to Transocean's Mobile Offshore Drilling Unit that drilled the backup intercept relief well beginning on May 16, 2010, until standing down.

*DDIII* - *Development Driller III*.  This term refers to Transocean's drilling rig that drilled the first intercept relief well beginning on May 2, 2010, and concluding on September 19, 2010.

**FEDERAL SCIENCE TEAM** - This term refers to working groups composed of scientists employed by the Department of Energy labs, at the request of Secretary Chu, including Sandia, Lawrence Livermore, and Los Alamos, as well as scientists from the U.S. Geological Survey, who participated in analysis of source control options.  (This term excludes non-governmental Science Advisors who provided advice to Secretary Chu.)

**FOSC** - Federal On-Scene Coordinator.  This term refers to the federal official designated by the U.S. Coast Guard to coordinate and direct response efforts and coordinate all other efforts at the scene of a discharge or release of oil.

**FSR** - Free-Standing Riser.  This term refers to a type of riser that is suspended in the water via an air can and suction pile, which allows for rapid connection to and disconnection from a Floating, Production, Storage and Offloading Vessel, used as part of the CDP.

**ICS -** Incident Command System.  This term refers to a standardized on-scene incident management concept designed specifically to allow responders to adopt an integrated organizational structure scalable to the complexity and demands of any single incident or multiple incidents without being hindered by jurisdictional boundaries.

**INDUSTRY REPRESENTATIVES** - This term refers generally to representatives from various companies within the industry, such as BP, Transocean, Cameron, Wild Well Control, Exxon, and others, who, as appropriate, attended meetings of various project teams focused on the options to capture and/or contain oil flowing from the MC 252 Well and to shut in the MC 252 well.[1]

**JUNK SHOT** - This term refers to the operation by which bridging material was injected into the *Deepwater Horizon* BOP either from the surface or via a subsea manifold as part of the Top Kill operation.  This procedure was formally known as "Top Kill Procedure for MC 252-1 Contingency: Alternative LCM Pills."  (IMS163-000250).

**LMRP** - Lower Marine Riser Package.  With respect to the *Deepwater Horizon*, this term refers to the LMRP that was connected to the BOP and contained the control pods and annular preventers.

**LMRP TOP HAT # 4** - This term refers to a containment dome, smaller than the Cofferdam, placed on top of the *Deepwater Horizon's* LMRP and used to collect and flow hydrocarbons up to the *Discoverer Enterprise* after the *Deepwater Horizon's* riser was cut off above the LMRP in June 2010.

**MC 252 WELL** - This term refers to the exploratory well that was being drilled by the Transocean *Marianas* and *Deepwater Horizon* rigs in Mississippi Canyon, Block 252 on the outer continental shelf in the Gulf of Mexico.  Mississippi Canyon, Block 252 was leased by MMS to BP, Anadarko, and MOEX.

**MOMENTUM KILL** - This term refers to the operation by which drilling fluid was pumped into the *Deepwater Horizon's* BOP at a high rate of speed in an attempt to overcome the flow of hydrocarbons as part of the Top Kill operation.

**MMS** - Minerals Management Service.  This term refers to the legacy or former federal agency within the U.S. Department of Interior whose name was first changed to BOEMRE and then to BESE and BOEM.

---

[1] The use of this term in a specific stipulation does not indicate the participation, or level of participation, of any particular industry company or individual unless otherwise noted.  Nor do the parties intend the use of this term to imply whether or not the activities undertaken with industry representatives complied with industry standards.

**NIC** - National Incident Commander.  This term refers to the title and role held by Admiral Thad Allen (ret.) as the senior Federal official overseeing and coordinating the *Deepwater Horizon* response.

**OIL SPILL RESPONSE PLAN** – This term refers to BP's 2009 Regional Oil Spill Response Plan – Gulf of Mexico.  BP's 2009 Regional Oil Spill Response Plan – Gulf of Mexico was submitted to MMS for approval on June 29, 2009 and was approved on July 21, 2009.  (BP-HZN-2179MDL04428109).

**PEER ASSIST -** This term refers to the process used by project teams to receive evaluations from individuals inside and outside BP for the identification and mitigation of a project's potential risks.

**RESPONSE** – This term refers to efforts to control the source of hydrocarbons from the MC 252 Well and collect or contain hydrocarbons from the MC 252 Well, but excludes efforts to contain hydrocarbons from open water and shorelines.

**RISER TOP HAT** – This term refers to a containment dome, smaller than the Cofferdam, to be placed at the end of the *Deepwater Horizon*'s riser and used to collect and flow hydrocarbons up to the *Discoverer Enterprise*.

**RITT** - Riser Insertion Tube Tool.  This term refers to the device inserted into the end of the *Deepwater Horizon* riser and used to flow and collect hydrocarbons to the *Discoverer Enterprise* in May 2010.

**ROV** - Remote Operated Vehicle.  This term refers to the tethered underwater vehicles used to perform tasks at or near the sea floor.

**SIMOPS** - Simultaneous Operations.  This term refers to the coordination of all surface vessels during the Response.

**SOURCE CONTROL COMMAND POST** - This term refers to the Incident Command Post established at BP's offices in Houston for the purpose of addressing source control planning and operations.  (HCG013-006870).

**STATIC KILL** – This term refers to the hydrostatic control procedure, implemented after installation of the 3-ram Capping Stack, by which mud was pumped through the choke and kill manifold to kill the MC 252 Well and prepare it for cementing.

**TEAM** – This term refers to project teams formed by BP to work on specific source control efforts. In each instance, the efforts of the project team were organized, directed and led by a representative of BP. Every project team was comprised of multiple individuals from both inside and outside BP. [2]

---

[2]   The use of this term in a specific stipulation does not indicate the participation, or level of participation, of any particular industry company or individual unless otherwise noted.  Nor does the use of this term in a specific stipulation indicate that any particular individual working with a Team participated in or agreed with any

**TOP KILL** - This term refers to the operations comprised of the Momentum Kill and Junk Shot attempted in May 2010 as a means to kill the MC 252 Well.

**TRANSOCEAN *DEEPWATER HORIZON* MODU** - This term refers to the Mobile Offshore Drilling Unit that was used to drill the MC 252 Well prior to April 20, 2010, and which subsequently sank following an explosion and fire.

**UAC or UC** –Unified Area Command or Unified Command.  This term refers to the organization established to oversee the management of the Macondo spill and had the authority to set overall strategy and priorities, allocate critical resources according to priorities, ensure the incident was properly managed, and ensure that objectives were met and strategies followed.  The Unified Command consisted of the FOSC, the State On Scene Coordinators, and the On Scene Coordinators for BP and Transocean.[3]

## Response Framework

1. The Oil Pollution Act, 33 U.S.C. § 2701 et seq.; Federal Water Pollution Act, 33 U.S.C § 1251 et seq.; and the National Contingency Plan, 40 C.F.R. § 300 et seq., established the legal framework for the coordination of the efforts to control the source of the oil. These statutes and regulations authorize the Federal On-Scene Coordinator (FOSC) to direct and monitor all Federal, State and private actions. Efforts to coordinate the response were also governed by Homeland Security Presidential Directive 5 (HSPD-5). HSPD-5 designates the Secretary of the Homeland Security as the Principal Federal Officer for domestic incident management.[4]

2. At all times, the FOSC was an employee of the U.S. Department of Homeland Security.

3. The Incident Command System (ICS) was the organizational structure used by the Department of Homeland Security to execute oil spill response efforts at the MC 252 Well.[5]

4. Captain Joseph Paradis, as Captain of the Marine Safety Unit in Morgan City, Louisiana, was the designated FOSC.  Because Captain Paradis was on leave at the time of the April 20, 2010, explosion, CDR Patrick Ropp was Acting FOSC for the first 24 hours.

---

decision of recommendation of the Team or that any particular individual working with a Team assisted in the preparation of any procedure.

[3] The decisions of the UAC were not required to be unanimous, therefore, when this term is used in a stipulation reflecting a decision or action by the UAC, the stipulation is not intended to ascribe involvement or agreement by any specific members of the UAC to that decision or action.

[4] By virtue of this stipulation, the parties do not intend to stipulate whether or not these statutory and regulatory provisions, or HSPD-5, were always followed in connection with the response, nor whether other statutory, regulatory, common law, and general maritime law not listed in this stipulation are part of the applicable legal framework.

[5] By virtue of this stipulation the parties do not intend to stipulate whether or not the ICS protocols were always followed in connection with the response.

5.      On April 23, 2010, the commander of Coast Guard District 8, Rear Admiral Mary Landry, became the FOSC for the *Deepwater Horizon* response.  (On Scene Coordinator Report Deepwater Horizon Oil Spill, Submitted to the National Response Team September 2011, at 203, hereinafter OSC Report).

6.      On April 23, 2010, Admiral Landry established the Unified Area Command (UAC) for the *Deepwater Horizon* response at the Shell Training and Conference Center in Robert, Louisiana.

7.      On April 23, 2010, BP's Houston offices were recognized by the UAC as an Incident Command Post working on source control.  (OSC Report at 1).

8.      On April 29, 2010, the *Deepwater Horizon* incident was declared a Spill of National Significance ("SONS").  (OSC Report at 1.)

9.      On May 1, 2010, Coast Guard Commandant Admiral Thad Allen was designated as the National Incident Commander (NIC).  (OSC Report at 204).

10.     On June 1, 2010, Rear Admiral James Watson succeeded Admiral Landry as the FOSC. (OSC Report at 208).

11.     On June 17, 2010, the UAC headquarters was moved to New Orleans. (OSC Report at 210).

12.     On July 12, 2010, Rear Admiral Paul Zukunft succeeded Admiral Watson as the FOSC. (OSC Report at 211).

13.     Generally, at 6:00 a.m. and 6:00 p.m. daily, federal representatives at the Source Control Command Post in Houston participated in Joint Handover Meetings conducted by BP's Incident Commander. (HCG012-004387- 004393; HCG161-042252 at 42255[6]).

14.     Generally, at 6:30 a.m. and 4:30 p.m. daily, federal representatives of the Unified Command attended source control project team meetings. (HCG012-004387- 004393; HCG161-042252 at 42255; BP-HZN-2179MDL00449435; BP-HZN-2179MDL00449436; BP-HZN-2179MDL01897664; BP-HZN-2179MDL01897665; BP-HZN-2179MDL01914715).

15.     Generally, at 7:00 a.m. and 5:30 p.m. daily, the UAC convened an area command meeting with Incident Commanders from each of the Incident Command Posts. (HCG012-004387- 004393; HCG161-042252 at 42255).

16.     Generally, at 8:00 a.m. and 5:00 p.m. daily, the team working on containment options met to discuss the status of planning and implementation. (HCG012-004387- 004393; HCG161-042252 at 42255).

---

[6]     Citations are sometimes included herein as an example and not intended to be exhaustive.

17. Generally, at 8:00 a.m. daily, BP executives convened a conference call with Department of Interior Secretary Ken Salazar or his representative and senior federal officials involved with source control oversight to review progress on source control and operations planning. By May 12, 2010, Department of Energy Secretary Steven Chu or his representative participated in these briefings. (HCG012-004387- 004393; HCG161-042252 at 42255).

18. Generally, at 8:30 a.m. daily, Simultaneous Operations (SIMOPS) meetings were held to coordinate movements of vessels operating in the vicinity of the Macondo well. (HCG012-004387- 004393; HCG161-042252 at 42255).

19. Generally, at 3:00 p.m. daily, the Houston Source Control Command Post held meetings to define and review the incident objectives, strategies, tactics, and to develop upcoming plans. (HCG012-004387- 004393; HCG161-042252 at 42255).

20. A Federal Science Team was convened by Secretary of Energy Chu and Secretary of Interior Salazar to, among other things, assist in reviewing and analyzing source control procedures developed at the Source Control Command Post in Houston.

## Events of April 20 - April 30, 2010

21. On April 20, 2010, at 9:51 p.m. CDT, an explosion occurred on the *Deepwater Horizon* MODU located in the Gulf of Mexico approximately 42 miles southeast of Venice, Louisiana. BP activated its Oil Spill Response Plan and began assembling resources, inside and outside of BP, to respond to the incident. (OSC Report at 1; WW-MDL-00000049).

22. As of April 20, 2010, a ROV hydraulic line was connected to the inverted test ram rather than the middle pipe ram.

23. On April 21, 2010, a Remotely Operated Vehicle (ROV) attempted to activate the *Deepwater Horizon's* Blow-Out Preventer (BOP) to close in the well. The ROV used a "hot stab" procedure to create a hydraulic connection in an attempt to close the middle pipe rams. The ROV pump failed and it was returned to the surface for repairs. An ROV also attempted to cut the autoshear trigger pin. The team working on BOP intervention efforts was later led by then-BP Vice President of Operations, Harry Thierens. (CAM_CIV_0102019 at 0102196; BP-HZN-2179MDL01408110; IES001-004697 at 004698).

24. On April 21, 2010, BP began to develop plans for drilling both a shallow and a deep intercept relief well using the *Discoverer Enterprise* and the *Development Driller III* (*DDIII*). The relief wells team was led by then-BP Vice President of Drilling & Completions for Gulf of Mexico Deepwater, Pat O'Bryan. (BP-HZN-2179MDL00413912; IIG013-066175 at 066179; BP-HZN-2179MDL00452867 at 00452868).

25. On April 22, 2010, ROVs made four attempts to activate the *Deepwater Horizon's* BOP and thereby shut in the well by (a) cutting the electrical wires to simulate the *Deepwater*

7

*Horizon* BOP's automatic mode function, also known as the "deadman" operation; (b) attempting to activate the autoshear function; (c) using a "hot stab" procedure to close the blind shear ram; and (d) again attempting to activate the autoshear function. The autoshear pin was successfully cut.  (IIG013-65980 at 65985; BP-HZN-2179MDL02022226 at 02022232).

26.     On April 22, 2010, at 10:22 a.m. CDT, the *Deepwater Horizon* sank in the Gulf of Mexico.  (BP-HZN-BLY00370136 at 00370162).

27.     On April 22, 2010, a ROV discovered two sources of hydrocarbon release.  It was later determined that one release point was the end of the *Deepwater Horizon* riser, and the other was the end of the drill pipe that extended from the riser.  (IIG013-066175 at 066176).[7]

28.     By April 23, 2010, cofferdams, pollution domes, and a capping stack were identified as potential source control options for the MC 252 Well.  (WW-MDL-00015519).

29.     On April 24, 2010, plans for drilling intercept relief wells changed from drilling one shallow relief well and one deep relief well to drilling two deep relief wells.  (IIG013-066378 at 066382).

30.     On April 25, 2010, a Team led by then-BP Vice President of Drilling and Completions, North America Gas SPU, Mark Patteson, began planning for Top Kill.  (BP-HZN-2179MDL00443878).

31.     On April 25, 2010, two attempts were made to actuate the *Deepwater Horizon* BOP's middle pipe rams by using a ROV hot stab procedure as well as by using a portable subsea accumulator system.  (IIG013-066378 at 066380; CAM_CIV_0102190 at 0102196).

32.     On April 26, 2010, an exploration plan for the  relief well to be drilled by the *DDIII* was approved by MMS/BOEMRE.  (BP-HZN-2179MDL03714071; BP-HZN-2179MDL03714069).

33.     On April 26, 2010, an attempt was made to actuate the *Deepwater Horizon* BOP's middle pipe ram using a portable subsea accumulator system.  (BP-HZN-2179MDL01436785; CAM_CIV_0102190 at 0102196).

---

[7]     The following stipulations are phrased in the passive voice: 27, 31, 33, 34, 35, 38, 41, 43, 45, 46, 47,48, 49, 51, 52, 53, 54, 57, 60, 61, 63, 64, 67, 69, 70, 71, 72, 73, 77, 78, 79, 80, 81, 82, 84, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 106, 109, 111, 113, 115, 120, 122, 124, 126, 128, 130, 133, 134, 135 136, 137, 138, 148, 149, 151, 152, 154, 155, 157, 158, 159, 160, 161, 164 and 165.  These passive voice stipulations do not and are not intended to address which entities were involved in these events or the extent to which any such entities were involved. Thus, these stipulations will not preclude a party from pursuing discovery or attempting to show (at any stage of the case) that a particular entity or entities were or were not involved (or the extent to which the entity or entities were involved) in the events that are the subject of these stipulations.

34.    On April 26, 2010, in an effort to seal the well, two unsuccessful attempts were made to close the *Deepwater Horizon* BOP's blind shear rams using a portable subsea accumulator system.  (CAM_CIV_0102190 at 0102196).

35.    On April 26, 2010, ROVs repaired leaks in the *Deepwater Horizon* BOP's control systems.  (IIG013-066250 at 066251-066252).

36.    On April 26, 2010, applications for permits to drill (APD) were made to MMS/BOEMRE for the first and second deep relief wells.  (BP-HZN-2179MDL04383929; BP-HZN-2179MDL00466328).

37.    On April 27, 2010, the Team focusing on capping solutions held its first formal meeting. The capping team was led initially by Harry Thierens and later by then-BP VP of Drilling & Completion, Centralized Development Organization, Richard Lynch.  (BP-HZN-2179MDL01513670).

38.    On April 27, 2010, an unsuccessful attempt was made to close the *Deepwater Horizon* BOP's casing shear ram using high pressure fluid.  (II013-066256 at 066256-066257; CAM-CIV-0102190 at 0102196; BP-HZN-2179MDL01408110).

39.    On April 27, 2010, MMS/BOEMRE approved the APD for the first relief well using the *DDIII*.  (BP-HZN-2179MDL00449543).

40.    On April 28, 2010, an additional point of hydrocarbon release was discovered to have developed through a hole at the kink in the riser above the *Deepwater Horizon's* LMRP. (IIG013-066264).

41.    On April 28, 2010, two unsuccessful attempts were made to close the *Deepwater Horizon* BOP's casing shear rams.  (IIG013-066264 at 066266; CAM_CIV_0102190 at 0102196).

42.    On April 28, 2010, a thermal survey of the BOP choke and kill lines found no flow through those lines.  (IIG013-066264 at 066265; HCG169-000284).

43.    On April 29, 2010, attempts were made to close the *Deepwater Horizon* BOP's casing shear rams and blind shear rams.  (IIG013-078197 at 078198; CAM_CIV_0102190 at 0102196).

44.    On April 30, 2010, planning to cap the end of the drill pipe through the use of a slip on wellhead valve assembly began.  (IES001-004977 at 004979).

**Events of May 1 – May 30, 2010**

45.    On May 1, 2010, an attempt was made to close the *Deepwater Horizon* LMRP's upper annular.  (BP-HZN-2179MDL02022226 at 02022232; IIG013-066357 at 066357; BP-HZN-2179MDL01408110; CAM_CIV_0102190 at 0102196).

46.  On May 2, 2010, attempts were made to close the *Deepwater Horizon* LMRP's lower annular.  (BP-HZN-2179MDL02022226 at 02022232; BP-HZN-2179MDL01408110; CAM_CIV_0102190 at 0102196).

47.  On May 2, 2010, the *DDIII* arrived on location to begin drilling the first intercept relief well, located approximately one-half mile from the MC 252 Well.  (IIG013-066226 at 066233).

48.  On May 2, 2010, the *DDIII* spudded the first intercept relief well.  (BP-HZN-2179MDL01455187 at 01455191; IIG013-066226 at 066228).

49.  On May 3, 2010, additional attempts were made to close the *Deepwater Horizon* LMRP's upper and lower annular preventers.  (IES001-005082 at 005129; BP-HZN-2179MDL01408110; CAM_CIV_0102190 at 0102196).

50.  On May 3, 2010, a procedure was developed to remove the yellow pod from the *Deepwater Horizon's* LMRP for use in Top Kill.  (IES001-005082 at 005125; BP-HZN-2179MDL04523822).

51.  On May 5, 2010, the slip-on wellhead valve assembly was installed on the drill pipe protruding from the end of the riser and was closed off, stopping the flow of hydrocarbons emanating from the drill pipe.  (IIG013-066043 at 066050).

52.  On May 5, 2010, an attempt was made to actuate the *Deepwater Horizon* BOP's middle pipe rams.  (IIG013-066043 at 066051; BP-HZN-2179MDL01408110; CAM-CIV-0102196.)

53.  On May 5, 2010, the yellow pod from the *Deepwater Horizon's* BOP LMRP was removed and brought to the surface in order to be modified for the Top Kill Operation.  (IIG013-066043 at 066044; BP-HZN-2179MDL01449380 at 01449388).

54.  On May 5, 2010, construction of the Cofferdam was completed.  The Cofferdam was then loaded on board a vessel and shipped to site.  (IIG013-066043 at 066048; IIG013-066106 at IIG013-066112).

55.  On May 5, 2010, the procedure for placement of the cofferdam was approved. (BP-HZN-2179MDL01590313; IMS162-6333-6353; CG596-004423-447; HCG538-016040-61; HCG277-020130; HCG581-004330-31).

56.  On May 6, 2010, a Peer Assist was held to evaluate Junk Shot and Momentum Kill.  (BP-HZN-2179MDL02446284; BP-HZN-2179MDL02446285).

57.  On May 6-7, 2010, the Cofferdam was lowered and positioned over the leak at the end of the *Deepwater Horizon* riser.  While it was being lowered, hydrate crystals formed inside of the Cofferdam which prevented its successful placement over the leaking riser.  (BP-HZN-2179MDL01449380 at 01449381; IIG013-065501).

58.   On May 8, 2010, the concept of the riser insertion tube tool ("RITT") as a means to collect hydrocarbons was identified by a Team working on near-term containment options led by Richard Lynch.  (Lynch Rule 30(b)(6) Deposition at 317).

59.   On May 9, 2010, the Riser Top Hat plan was developed to include the addition of methanol to the dome to prevent the formation of hydrate crystals.  (BP-HZN-2179MDL01445312 at 01445315; IIG013-059629 at 59632; BP-HZN-2179MDL01519459 at 01519473).

60.   On May 10, 2010, the Junk Shot manifold was lowered to the sea floor.  (BP-HZN-2179MDL01423479; IIG013-066196 at 066197).

61.   On May 11, 2010, a riser and LMRP were deployed from the *Discoverer Enterprise* in order to prepare for the potential use of one of the Riser Top Hats or the RITT to collect the flow of hydrocarbons by the *Discoverer Enterprise*.  (IIG013-066363 at 066364).

62.   On May 11, 2010, a Peer Assist was held to evaluate the BOP-on-BOP and capping options.  (BP-HZN-2179MDL01514156).

63.   On May 11, 2010, construction of the RITT was completed and preparations were made to transport it to the MC 252 Well.  (BP-HZN-2179MDL01473968; IIG013-066288 at 066291).

64.   On May 12, 2010, a Riser Top Hat was deployed from the *Viking Poseidon* to the sea bed.  (HCG018-003847 at 003849; BP-HZN-2179MDL01436684 at 01436685; BP-HZN-2179MDL01408110).

65.   On May 14, 2010, a Peer Assist was held to evaluate the Top Preventer concept, which encompassed both a 2-ram capping stack and BOP-on-BOP option.  (BP-HZN-2179MDL01793906; BP-HZN-2179MDL01762931; IIG013-065997 at 065998).

66.   On May 13, 2010, the Containment and Disposal Project (CDP) Team, led by then–BP Vice President of Engineering and HSSE, Centralized Development Organization, Kevin Kennelley, held its initial Kick-Off meeting.  (6/29/11 K. Kennelley Rule 30(b)(6) Deposition at 47).

67.   On May 15, 2010, construction began on the FSR #1 that was part of the CDP.  (BP-HZN-2179MDL00937217 at 00937219).

68.   On May 15, 2010, MMS/BOEMRE approved the APD for the second relief well, allowing the *DDII* to begin drilling operations.  (BP-HZN-2179MDL00085889).

69.   On May 15, 2010, the RITT was run to depth and inserted into the end of the *Deepwater Horizon*'s leaking riser.  Thereafter, hydrocarbons were transported to the *Discoverer Enterprise* for the collection of oil and flaring of gas.  (HCG060-000240 at 000244; HCG043-007773 at 007774; BP-HZN-2179MDL01439369; BP-HZN-2179MDL01448266; IMS172-05526; IMS167-001551 at 001555).

70.   On May 16, 2010, the *DDII* began drilling the second relief well.  (IIG013-066333 at 066336; BP BP-HZN-2179MDL01452528 at 01452536).

71.   On May 17, 2010, jumper lines were installed between the Junk Shot manifold and the *Deepwater Horizon* BOP's choke and kill lines.  (BP-HZN-2179MDL01448103 at 01448111; IIG013-066333 at 066336; BP-HZN-2179MDL01452528 at 01452536; BP-HZN-2179MDL01408110).

72.   On May 18, 2010, the *Deepwater Horizon* LMRP's yellow pod was reinstalled in preparation for Top Kill.  (BP-HZN-2179MDL02680315; IIG013-066217 at 066223).

73.   On May 25, 2010, the RITT was removed from the end of the *Deepwater Horizon*'s riser to prepare for the upcoming Top Kill. (IES001-005610).

74.   On May 25, 2010, the "Top Kill Procedure for MC252-1 Momentum Kill Pumping Operations" was approved. (BP-HZN-2179MDL01530769).

75.   On May 25, 2010, the "Top Kill Procedure for MC252-1 Contingency:  Alternative LCM Pills," also known as the Junk Shot, was approved.  (IMS163-000250).

76.   On May 25, 2010,  the "Top Kill Procedure for MC252-1 Momentum Cementing Operations" was approved.  (BP-HZN-2179MDL00536325).

77.   On May 26, 2010, from the *Q4000*, Momentum Kill was commenced by pumping heavy drilling mud through the *Deepwater Horizon* BOP's choke and kill lines.  (WW-MDL-00002352 at 2357-58; IES001-005610 at 005624).

78.   On the evening of May 26, 2010, a second attempt at Momentum Kill was commenced by pumping heavy drilling mud through the *Deepwater Horizon* BOP's choke and kill lines.  (WW-MDL-00002352 at 2358).

79.   On May 26, 2010, shortly after the second attempt, a third attempt to kill the MC 252 Well was made, which included pumping both heavy mud and bridging material (Junk Shot) through the *Deepwater Horizon* BOP's choke and kill lines.  (WW-MDL00002352 at 2359; BP-HZN-2179MDL02172895).

80.   On May 27, 2010, a fourth attempt to kill the MC 252 Well was made, which included pumping both heavy mud and bridging material (Junk Shot) through the *Deepwater Horizon* BOP's choke and kill lines.  (WW-MDL00002352 at 2360).

81.   On May 27, 2010, a fifth attempt was made to kill the MC 252 Well, which included pumping both heavy mud and bridging material (Junk Shot) through the *Deepwater Horizon* BOP's choke and kill lines.  (WW-MDL00002352 at 2361; IIG013-049156 at 049161).

82.   On May 28, 2010, a sixth and final attempt was made to kill the MC 252 Well, which included pumping both heavy mud and bridging material (Junk Shot) through the *Deepwater Horizon* BOP.  (WW-MDL00002352 at 2363).

83.  On May 29, 2010, the decision was made not to move forward with the BOP-on-BOP option.  (BP-HZN-2179MDL00332391; BP-HZN-2179MDL 05069543-44; IMT954-013880; HCG043-009172-75; IIG013-049217 at 049219; HCG311-001298-1299; BP-HZN-2179MDL01458148; BP-HZN-2179MDL04877178-179; DSE002-6703; LAL124-001819; HCG277-6968).

84.  On May 30, 2010, an EverGreen burner in France was procured to allow the *Q4000* to flare hydrocarbons from the MC 252 Well.  (BP-HZN-2179MDL02255505).

85.  On May 31, 2010, BP and members of the Federal Science Team agreed that one interpretation of the analysis and diagnostics from the Top Kill indicated an issue with well integrity.  (BP-HZN-2179MDL00943274; BP-HZN-2179MDL05695033).

## Events of June 1 - June 30, 2010

86.  On June 1, 2010, a ROV cut the auxiliary lines surrounding the *Deepwater Horizon*'s riser and then cut the *Deepwater Horizon*'s riser at or near the sea floor in preparation for installing the LMRP Top Hat # 5 (one of several Top Hat designs developed for this effort) above the *Deepwater Horizon*'s LMRP.  (BP-HZN-2179MDL01423479; IIG013-049217at 049221; IIG013-049269).

87.  On June 1, 2010, using a diamond saw, a ROV attempted to cut the riser above the *Deepwater Horizon*'s LMRP in preparation for installing the LMRP Top Hat # 5.  The saw got stuck.  (BP-HZN-2179MDL01423479; IIG013-049299 at 049303).

88.  On June 2, 2010, the EverGreen burner intended to flare hydrocarbons on board the *Q4000* arrived in Louisiana.  (BP-HZN-2179MDL01594783).

89.  On June 2, 2010, attempts were made to remove the diamond saw. (IIG013-049299 at 049302-049303).

90.  On June 3, 2010, ROV-operated super shears successfully cut the riser from the *Deepwater Horizon*'s LMRP.  (IIG013-067336 at 067340-067341; BP-HZN-2179MDL02730477).

91.  On June 3, 2010, the LMRP Top Hat #4 was installed above the *Deepwater Horizon*'s LMRP.  LMRP Top Hat #4 was used instead of LMRP Top Hat #5 due to the jagged cut of the riser by the super shears.  (BP-HZN-2179MDL00938396; IIG013-067336; HCG018-007149 at 007150).

92.  On June 3, 2010, the LMRP Top Hat #4 began directing hydrocarbons to the *Discoverer Enterprise* for collection of oil and flaring of gas.  (BP-HZN-2179MDL00938396; IIG013-002752 at 002752-002756).

93.  On June 6, 2010, the manifold intended for use for the CDP was shipped to the MC 252 Well location.  (IES001-005852 at 005889).

13

94.    On June 7, 2010, as part of the CDP system, construction began on FSR #2.  (BP-HZN-2179MDL00937219).

95.    On June 12-13, 2010, a suction pile was installed to anchor the CDP FSR # 1.  The CDP manifold was installed on the seabed to prepare for flowing hydrocarbons to the *Helix Producer 1*.  (BP-HZN-2179MDL01457400; BP-HZN-2179MDL01423479; IMS021-014921 at 014929).

96.    On June 15, 2010, installation of the CDP FSR # 1 was initiated.  (BP-HZN-2179MDL00937217; BP-HZN-2179MDL01457397 at -7400; IMS026-000044 at 000045).

97.    On June 16, 2010, the EverGreen burning system aboard the *Q4000* commenced flaring operations of both oil and gas flowing from the *Deepwater Horizon* BOP's choke lines through a manifold deployed on the sea floor.  (HCG043-018720 at 018721; IMS026-000044 at 000050).

98.    On June 21, 2010, installation of the CDP FSR # 1 was completed.  (BP-HZN-2179MDL04572827 at 04572845; IMS026-029974 at 029975).

99.    On June 24, 2010, Vector Magnetics conducted the first ranging run for the relief well being drilled by the *DDIII* at 16,270 feet (ft.) measured depth (MD).  (VM-004118).

100.    On June 25, 2010, Vector Magnetics conducted a second ranging run for the relief well being drilled by the *DDIII* at 16,395 ft. MD.  (VM-004118; IIG013-049675).

101.    On June 27, 2010, Vector Magnetics conducted a third ranging run for the relief well being drilled by the *DDIII* at 16,520 ft. MD.  (VM-004118; IMS172-014782).

102.    On June 29, 2010, a Peer Assist was held to review the well intercept and cementing procedures for the relief well operations.  (BP-HZN-2179MDL00656766 at 00656767).

103.    On June 29, 2010, Vector Magnetics conducted a fourth ranging run for the relief well being drilled by the *DDIII* at 16,595 ft. MD.  (VM-004118; IIG013-049705 at 049706).

104.    On June 30, 2010, the transition spool and the 3-ram Capping Stack were both completed and passed a System Integration Test after a failed pressure/temperature sensor was replaced with a Teledyne Cormon dual pressure transducer/single temperature sensor calibrated and rated to 15,000 psi.  The 3-ram Capping Stack was transported to the Port of Fouchon.  The flange splitter system required to install the spool was completed and scheduled to undergo a system integration test.  (HCG161-042315 at 042316; LAL096-045003–021).

## Events of July 1 - July 31, 2010

105.    On July 1, 2010, the transition spool and 3-ram Capping Stack arrived at Port of Fourchon and were prepared for transfer to the *Discoverer Inspiration* for delivery to the MC 252 Well.  (HCG161-043774).

106.   On July 2, 2010, Vector Magnetics conducted a fifth ranging run for the relief well being drilled by the *DDIII* at 17,438 ft. MD.  (VM-004118 at 004157).

107.   On July 2, 2010, the System Integration Test for the flange splitter was completed. (HCG161-042290 at 042291).

108.   On July 2, 2010, the *Discoverer Enterprise* commenced installation of the flex joint straightening tool to remedy the 2.5 degree flex joint angle.  (HCG161-042283 at 042284).

109.   On July 3, 2010, Vector Magnetics conducted a sixth ranging run for the relief well being drilled by the *DDIII* at 17,638 ft. MD.  (VM-004118 at 004168).

110.   On July 3, 2010, the transition spool and 3-ram Capping Stack were transferred to the *Discoverer Inspiration*.  (WW-MDL-00027224; HCG161-041352 at 041353; HCG161-042247 at 042248; HCG043-018128 at 018130).

111.   On July 3, 2010, the flex joint straightening tool decreased the flex joint angle by 1 percent.  (HCG161-041349 at 041350).

112.   On July 4, 2010, the flex joint straightening tool completed alignment of the flange and flex joint to accept the 3-ram Capping Stack.  (HCG161-042238 at 042239).

113.   On July 4, 2010, the procedure for installing a 3-ram Capping Stack was approved and preparations continued for the installation of the 3-ram Capping Stack.  (BP-HZN-2179MDL01606414; WW-MDL-00005513).

114.   On July 4, 2010, the 3-ram Capping Stack was successfully tested to 10,000 psi and the deployment assembly was installed.  (HCG161-041273 at 041274).

115.   On July 4, 2010, Vector Magnetics conducted a seventh ranging run for the relief well being drilled by the *DDIII* at 17,703 ft. MD.  (VM-004118 at 004178; IMS019-022705).

116.   On July 5, 2010, Vector Magnetics conducted an eighth ranging run for the relief well being drilled by the *DDIII* at 17,674 ft. MD.  (VM-004118 at 004189; IMS019-022705).

117.   On July 8, 2010, Vector Magnetics conducted a ninth ranging run for the relief well being drilled by the *DDIII* at 17,765 ft. MD.  (VM-004118 at 004199).

118.   On July 8, 2010, the NIC sent a letter to Bob Dudley requesting, *inter alia*, that BP provide certain information in order for the NIC "to approve the[] potential actions" regarding installation of the 3-ram Capping Stack.  Specifically, Admiral Allen requested information regarding the timeline and decision points in the capping operations; source control contingency plans; a plan for pressure testing the well; a relief well timeline; and a plan for management of oil reaching the surface.   (BP-HZN-2179MDL04818199).

119.   On July 9, 2010, the 1,200 ft. flex hose intended to connect the junk shot manifold to the CDP manifold was landed and – after the repair of a leak near the choke and kill

manifold – was successfully pressure tested.  (BP-HZN-2179MDL04553110; HCG161-042176 at 042177; HCG161-042174).

120. On July 9, 2010, the removal of the LMRP Top Hat #4 and installation of the 3-ram Capping Stack was approved.  (IIG013-049755 at 049756; HCG043-018380 at 018382; HCG037-129-134).  *See also* Stipulation 113.

121. On July 10, 2010, production of hydrocarbons through the LMRP Top Hat #4 to the *Discoverer Enterprise* was stopped, and the LMRP Top Hat #4 was removed from its location to allow for the installation of the 3-ram Capping Stack.  The *Q4000* continued to flare hydrocarbons.  (BP-HZN-2179MDL01423479; IIG013-049764).

122. On July 10, 2010, Vector Magnetics conducted a tenth ranging run for the relief well being drilled by the *DDIII* at 17,799 ft. MD.  (VM-004118 at 004210).

123. On July 11, 2010, the overshot tool removed the riser flange from the *Deepwater Horizon* LMRP flexible joint flange in order to prepare for the installation of the 3-ram Capping Stack.  Following the riser stub removal and drill pipe assessment, the transition spool piece was installed on the *Deepwater Horizon*'s LMRP.  (BP-HZN-2179 MDL01423479; IMS025-023553 at 023553-023554; IMS026-010563 at 010565; HCG161- 040843; HCG161-040841; HCG 043-018399 at 018400).

124. On July 11, 2010, procedures regarding shutting in the well and testing its integrity were sent to the Houston Source Control Command Post.  (BP-HZN-2179MDL01518848).

125. On July 12, 2010, seismic data was collected for analysis by DOE, DOI, BP, and the Federal Science Team in order to determine current well integrity.  (HCG161-040841; IIG013-049783).

126. On July 11-12, the procedures to shut in the well and test its integrity were approved.  (BP-HZN-2179MDL01518848; HCG467-018378-79; IES009-8350).

127. On July 12, 2010, the *Discoverer Inspiration* landed the 3-ram Capping Stack onto the transition spool piece.  (BP-HZN-2179MDL01423479; HGC161-040813; IIG013-049774).

128. On July 12, 2010, Vector Magnetics conducted an eleventh ranging run for the relief well being drilled by the *DDIII* at 17,829 ft. MD.  (VM-004118 at 004221; IIG013-049774 at 049776).

129.  On July 12, 2010, the CDP FSR #1 and manifold system began flowing hydrocarbons to the *Helix Producer I*.  (BP-HZN-2179MDL02010099; HCG161-040834 at 040835 and 040744; IIG013-049777; HCG043-018510 at 018511).

130. On July 13, 2010, the planned shut-in was delayed at the request of Secretary of Energy Chu to allow further consideration of well integrity.  (IMS182-000080; 7/27/2011 Deposition of M. Saucier at 245-46).

16

131. On July 14, 2010, shutting in the well to test its integrity for a maximum duration of 48 hours was approved. (HCG013-006858 at 006948; HCG161-040610; HCG037-316). *See also* Stipulation 126.

132. On July 14, 2010, the procedure to shut in the well began by closing the gas vent valve on the *Deepwater Horizon* LMRP and the upper kill line on the BOP, such that the *Q4000* and *Helix Producer I* stopped collecting hydrocarbons. (HCG043-022352 at 022353-022354; IIG013-049792 at 049792-049793; HCG037-005957).

133. On July 14, 2010, the 3-ram Capping Stack's middle ram was closed, diverting all flow to the 3-ram Capping Stack's choke and kill outlets. (HCG043-022352 at 022353; IIG013-049792).

134. On July 14, 2010, while shutting in the well, a leak was discovered in the 3-ram Capping Stack's choke connector. (HCG161-040523HCG043-018617 at 018618-018619).

135. On July 15, 2010, the choke isolation valve upstream of the leaking choke connector on the 3-ram Capping Stack was closed, with hydrocarbons flowing only through the 3-ram Capping Stack's kill side outlet. (IIG013-049801 at 049803).

136. On July 15, 2010, the 3-ram Capping Stack's choke connector was replaced. The choke side outlet was temporarily reopened. Production of hydrocarbons to the *Q4000* and *Helix Producer 1* through the *Deepwater Horizon* LMRP and BOP temporarily resumed. (IIG013-049801 at 049803; HCG161-040497; HCG043-018635 at 018637).

137. On July 15, 2010, the 3-ram Capping Stack's kill and choke side outlets were closed and the MC 252 Well was shut in at approximately 2:24 p.m. CDT. (IIG013-049801 at 049803; HCG161-040497; HCG043-018635 at 018637).

138. On July 15, 2010, well integrity monitoring and testing commenced once the well was shut in. (IMS025-010641; HCG043-018635 at 018636; BP-HZN-2179MDL01518848).

139. On July 16, 2010, Vector Magnetics conducted a twelfth ranging run for the relief well being drilled by the *DDIII* at 17,836 ft. MD. (VM-004118 at 004234; IMS025-011652 at 011654).

140. On July 16, 2010, the NIC issued a letter permitting BP to keep the well shut in and continue testing its integrity beyond 48 hours. (HCG013-006858 at 006949-006955).

141. On July 17, 2010, BP and the National Oceanic & Atmospheric Administration initiated a series of acoustic surveys to monitor the wellhead and seafloor for leaks that might indicate a loss of well integrity. (HCG161-040175; HCG161-043366).

142. On July 18, 2010, Vector Magnetics conducted a thirteenth ranging run for the relief well being drilled by the *DDIII* at 17,862 ft. MD. (VM-004118 at 004245; IMS025-011652 at 011653).

143.    On July 18, 2010, development continued on the Hydrostatic Control Procedure, also known as Static Kill.  (BP-HZN-2179MDL01529836; HCG161-043454; IMS026-028127 at 028129; HCG 043-018896 at 018899).

144.    On July 20, 2010, a Peer Assist was held to review operations to recover the *Deepwater Horizon* BOP and permanently abandon the MC 252 Well.  (BP-HZN-2179MDL02691665).

145.    On July 20, 2010, BP presented the Federal Science Team with a Hydrostatic Control Procedure.  (HCG161-043366).

146.    On July 23, 2010, some source control efforts, including relief well drilling, were temporarily suspended due to Tropical Storm Bonnie.  (IIG013-049866 at 049868; HCG161-043108; http://www.restorethegulf.gov/release/2010/07/22/statement-national-incident-commander-admiral-thad-allen-tropical-storm-bonnie).

147.    On July 24, 2010, the *DDIII* recommenced relief well drilling.  (IMS019-018560 at 018561; IMS021-006044 at 006046).

148.    On July 26, 2010, the *DDII* recommenced relief well drilling.  (IMS021-006044 at 006046).

149.    On July 27, 2010, the "Hydrostatic Control for MC252-1 Hydrostatic Control Procedure," also known as Static Kill, was approved.  (BP-HZN-2179MDL01529836).

## Events of August 1 - August 31, 2010

150.    On August 3, 2010, the *Q4000* commenced the Static Kill operation by pumping drilling mud through the choke and kill manifold into the MC 252 Well via the choke side of the *Deepwater Horizon* BOP.  (BP-HZN-2179MDL00641630; IMS172-020218; IMS172-020224; HCG161-039286).

151.    On August 5, 2010, the *Q4000* pumped cement into the MC 252 Well through the *Deepwater Horizon* BOP via the choke and kill manifold.  (BP-HZN-2179MDL00641630; IMS026-025981; IMS019-022182 at 022183).

152.    On August 6, 2010, Vector Magnetics conducted a fourteenth ranging run for the relief well being drilled by the *DDIII* at 17,878 ft. MD.  (VM-004118; IMS019-022182).

153.    On August 6, 2010, a pressure test was performed on the cement plug set in the MC 252 Well during the Static Kill operation to determine if the cement was successfully placed. (IMS019-022182; HCG043-010403 at 010405).

154.    On August 7, 2010, a second pressure test was undertaken to confirm the results of the August 6 test.  These tests confirmed that the cement plug placement was successful. (IMS172-021501; HCG043-010658 at 010660).

155.   On August 8, 2010, Vector Magnetics conducted a fifteenth ranging run for the relief well being drilled by the *DDIII* at 17,907 ft. MD.  (VM-004118; IMS019-019366).

156.   On August 12, 2010, a near ambient pressure test was initiated to determine that the cement plug successfully sealed off the MC 252 Well.  (HCG043-011443 at 011445; IMS172-021474; SNL110-040129-040133 at 040132).

157.   On August 19-21, 2010, a 48-hour ambient pressure test confirmed that the cement plug set during the Static Kill operation sealed the MC 252 Well.  (BP-HZN-2179MDL01423479; IMS172-021489; HCG043-012104 at 012107-012108; HCG043-012000 at 012003).

**Events of September 1 - September 19, 2010**

158.   On September 2, 2010, the *Discoverer Enterprise* removed the 3-ram Capping stack from the *Deepwater Horizon* BOP. (http://www.restorethegulf.gov/release/2010/09/02/statement-national-incident-commander-admiral-thad-allen-successful-removal-cappi).

159.   On September 3-4, 2010, the *Q4000* removed the *Deepwater Horizon* BOP from the wellhead and brought it to Michoud, Louisiana.  (IMS022-001285; IMS160-13750; http://www.restorethegulf.gov/release/2010/09/03/statement-admiral-allen-successful-removal-bop).

160.   On September 4, 2010, the *DDII* installed its BOP on the MC 252 wellhead.  (BP-HZN-2179MDL02316277).

161.   On September 14, 2010, Vector Magnetics conducted a sixteenth ranging run for the relief well being drilled by the *DDIII* at 17,934 ft. MD.  (VM-004118).

162.   On September 16, 2010, Vector Magnetics conducted a seventeenth ranging run for the relief well being drilled by the *DDIII* at 17,982 ft. MD.  (VM-004118).

163.   On September 16, 2010, the relief well drilled by the *DDIII* intersected the MC 252 Well's annulus at approximately 17,977 ft. MD and remained in contact with the annulus to 17,984 ft. MD.  (IMS018-001064).

164.   On September 17, 2010, the *DDIII* cemented the annulus of the MC 252 Well. (See Testimony of M. Mazzella at p.105, 211-12 (5/24/10); IMS172-024864).

165.   On September 19, 2010, the NIC stated that the MC 252 Well was killed. (http://www.restorethegulf.gov/release/2010/09/19/statement-admiral-allen-successful-completion-relief-well).

Dated:


TONY WEST
Assistant Attorney General
Civil Division
PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
JESSICA SULLIVAN
JESSICA MCCLELLAN
DAVID PFEFFER
MALINDA LAWRENCE
Trial Attorneys
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044-4271

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
STEVEN O'ROURKE
Senior Attorney
DEANNA CHANG
SCOTT CERNICH
ABIGAIL ANDRE
JUDY HARVEY
MATT LEOPOLD
A. NATHANIEL CHAKERES
Trial Attorneys
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611


R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Gold Gate Avenue
San Francisco, CA 94102-3462
Telephone: 415-436-6648
Email: mike.underhill@usdoj.gov

SARAH HIMMELHOCH
Senior Litigation Counsel
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Telephone: 202-514-2779/202-616-6537
Facsimile: 415-436-6632
Email: sarah.himmelhoch@usdoj.gov
           aristide.chakeres@usdoj.gov


_____
SHARON SHUTLER
Trial Attorney
Torts Branch, Civil Division
Washington, DC 20044-4271


JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building

500 Poydras Street, Ste. B-210
New Orleans, LA 70130


Attorneys for the UNITED STATES OF AMERICA

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Joint Stipulations of Fact regarding Source Control has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 9th day of August, 2012.

<u>/s/ Sharon Shutler</u>
Sharon Shutler