IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| 12-cv-968, Plaisance, *et al.* v. BP Exploration & Production Inc., *et al.* | * * * | MAGISTRATE JUDGE SHUSHAN |
| and | * * | |
| 12-cv-970, Bon Secour Fisheries, Inc., *et al.* v. BP Exploration & Production Inc., *et al.* | * * | |

**BP'S MOTION FOR LEAVE TO FILE MEMORANDA
IN EXCESS OF PAGE LENGTH IN SUPPORT OF ITS MOTIONS
FOR FINAL APPROVAL OF THE ECONOMIC AND PROPERTY DAMAGES
SETTLEMENT AND THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT**

Pursuant to the Preliminary Approval Orders dated May 2, 2012 (Rec. Doc Nos. 6418, 6419), BP is to file its papers in support of final approval of the two class action settlements on August 13. BP respectfully requests leave to file Memoranda in Support of its Motions for Final Approval of the Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement that exceed the twenty-five page limit imposed by Rule 7.7 of the Local Rules of the Eastern District of Louisiana. For the reasons stated in the accompanying memorandum, BP submits that the requested extensions will be useful to the Court in assessing whether to grant final approval to the settlements.

A proposed order accompanies this Motion.

August 9, 2012                                                    Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Richard C. Godfrey, P.C.*             . |
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Andrew B. Bloomer, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX  77079 | Elizabeth A. Larsen |
| Telephone:  (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 862-2200 | 300 North LaSalle Street |
|  | Chicago, IL  60654 |
| Ellen K. Reisman |  |
| ARNOLD & PORTER LLP | Jeffrey Bossert Clark |
| 777 South Figueroa Street | KIRKLAND & ELLIS LLP |
| Los Angeles, CA 90017-5844 | 655 Fifteenth Street, N.W. |
|  | Washington, D.C. 20005 |
| Daniel A. Cantor |  |
| Andrew T. Karron | */s/ Don K. Haycraft*             . |
| James P. Joseph | Don K. Haycraft (Bar #14361) |
| Ethan P. Greene | R. Keith Jarrett (Bar #16984) |
| ARNOLD & PORTER LLP | LISKOW & LEWIS |
| 555 Twelfth Street, NW | 701 Poydras Street, Suite 5000 |
| Washington, DC 20004-1206 | New Orleans, Louisiana 70139 |
|  | Telephone:  (504) 581-7979 |
| Jeffrey Lennard | Telefax:  (504) 556-4108 |
| Keith Moskowitz |  |
| SNR DENTON | Robert C. "Mike" Brock |
| 233 South Wacker Drive | COVINGTON & BURLING LLP |
| Suite 7800 | 1201 Pennsylvania Avenue, NW |
| Chicago, IL  60606 | Washington, DC 20004 |
| Telephone:  (312) 876-8000 | Telephone:  (202) 662-5985 |
| Telefax:  (312) 876-7934 | Telefax:  (202) 662-6291 |

*Of Counsel*

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of August, 2012.

*/s/ Don K. Haycraft*
Don K. Haycraft