IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| 12-cv-968, Plaisance, *et al.* v. BP Exploration & Production Inc., *et al.* | * * * | MAGISTRATE JUDGE SHUSHAN |
| and | * * | |
| 12-cv-970, Bon Secour Fisheries, Inc., *et al.* v. BP Exploration & Production Inc., *et al.* | * * | |

**BP'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF PAGE LENGTH IN SUPPORT OF ITS MOTIONS FOR FINAL APPROVAL OF THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AND THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT**

Pursuant to the Preliminary Approval Orders dated May 2, 2012 (Rec. Doc Nos. 6418, 6419), BP is to file its papers in support of final approval of the two class action settlements on August 13. BP respectfully requests leave to file Memoranda in Support of its Motions for Final Approval of the Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement that exceed the twenty-five page limit imposed by Rule 7.7 of the Local Rules of the Eastern District of Louisiana. Local Rule 7.7 imposes a limit of 25 pages for memoranda supporting a motion. BP requests an extension of up to 85 additional pages for the Economic and Property Damages Memorandum and up to 50 additional pages for the Medical Benefits Memorandum in order to permit it sufficient space to address the comprehensive settlements that BP and the PSC have reached to resolve certain claims in the *Deepwater Horizon* litigation.

This is a "very complex case" and a "very complex settlement," as the Court observed at the preliminary approval hearing. (April 25, 2012 Tr. at 95:17-18.) Indeed, due to the

significance and scope of the settlements, the Court for "the very first time . . . had an in-court hearing on a motion for preliminary approval of a class settlement." (*Id.* at 13:4-6.) Given the complexity of the litigation and the settlements, the extensive record, the expert information being provided, and the need to address fully the six factors set forth in *Reed v. General Motors Corp.*, 703 F.2d 170 (5th Cir. 1983), BP submits that the requested extensions will be useful to the Court in assessing whether the settlements are fair, reasonable, and adequate and should be finally approved under Federal Rule of Civil Procedure 23.  BP therefore respectfully requests that the Court grant its motion.

August 9, 2012                                          Respectfully submitted,

                                      */s/ Richard C. Godfrey, P.C.*

James J. Neath                                      Richard C. Godfrey, P.C.
Mark Holstein                                     J. Andrew Langan, P.C.
BP AMERICA INC.                           Andrew B. Bloomer, P.C.
501 Westlake Park Boulevard           Wendy L. Bloom
Houston, TX  77079                    Elizabeth A. Larsen
Telephone:  (281) 366-2000            KIRKLAND & ELLIS LLP
Telefax:  (312) 862-2200                300 North LaSalle Street
                                              Chicago, IL  60654

Ellen K. Reisman
ARNOLD & PORTER LLP              Jeffrey Bossert Clark
777 South Figueroa Street               KIRKLAND & ELLIS LLP
Los Angeles, CA 90017-5844         655 Fifteenth Street, N.W.
                                              Washington, D.C. 20005

Daniel A. Cantor
Andrew T. Karron                             */s/ Don K. Haycraft*
James P. Joseph                                 Don K. Haycraft (Bar #14361)
Ethan P. Greene                                 R. Keith Jarrett (Bar #16984)
ARNOLD & PORTER LLP              LISKOW & LEWIS
555 Twelfth Street, NW                 701 Poydras Street, Suite 5000
Washington, DC 20004-1206          New Orleans, Louisiana 70139
                                              Telephone:  (504) 581-7979
Jeffrey Lennard                                  Telefax:  (504) 556-4108
Keith Moskowitz
SNR DENTON                                       Robert C. "Mike" Brock
233 South Wacker Drive                 COVINGTON & BURLING LLP
Suite 7800                                            1201 Pennsylvania Avenue, NW
Chicago, IL  60606                          Washington, DC 20004
Telephone:  (312) 876-8000            Telephone:  (202) 662-5985
Telefax:  (312) 876-7934                Telefax:  (202) 662-6291


*Of Counsel*


                     *ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
                               *AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of August, 2012.

                                                                       */s/ Don K. Haycraft*
                                                                       Don K. Haycraft