IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| 12-cv-968, Plaisance, *et al.* v. BP Exploration & Production Inc., *et al.* | * * * | MAGISTRATE JUDGE SHUSHAN |
| and | * * | |
| 12-cv-970, Bon Secour Fisheries, Inc., *et al.* v. BP Exploration & Production Inc., *et al.* | * * | |

## ORDER

**IT IS HEREBY ORDERED** that the BP's Motion for Leave to File Memoranda in Excess of Page Length in Support of its Motions for Final Approval of the Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement is **GRANTED**.

New Orleans, Louisiana this 10th day of August, 2012.

_____
United States District Judge