# CONFERENCE ATTENDANCE RECORD

DATE: 8/10/12     TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robert Gasaway | BP |
| Don Godwin | Halliburton |
| Alan York | " " |
| Gwen Richard | " " |
| Sean Fleming | " " |
| Lauren Mitchell | " " |
| Alison Battiste | " " |
| Carmelite Bertaut | Cameron |
| Geoff Gannaway | Cameron |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| A. Nathaniel Chakeres | US |
| Sharon Shutler | US |
| Scott Cernich | US |
| Tony Fitch | Anadarko |
| Sarah Himmelhoch | " |
| Brian Barr | PSC |
| Denise Scofield | MI |
| Ryan Babiuch | BP |
| David Baay | TO |
| Carter Williams | TO |
| Don Haycraft | BP |
| Doug Kraus | Louisiana |
| Winfield Sinclair | Alabama |
| Corey Maze | Alabama |
| Anthony Irpino | PSC |
| Andy Langan | BP |
|  |  |

## August 10, 2012 - MDL 2179 Phase Two Discovery Conference

Jenny Martinez - Halliburton

Robin Hanger - US

Shawn Brennan - M-I

Laura Mayberry - DOJ

Joe Eisert - BP

Ben Mayeux - Airborne Support

Mark Nomillini - BP

Silvia Simson - O'Brien