IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  <br> *  MDL No. 2179 <br> * <br> *  Section: J |
| This Pleading applies to: | * |
| *B1 Master Complaint* | *  Judge Barbier <br> * |
| *Tobatex v. BP,* No. 10-4573 | *  Magistrate Judge Shushan <br> * |

-----------------------------------------------------------------------------------------------------------

### EXHIBIT LIST

### PLAINTIFFS' MEMORANDUM IN OPPOSITION
### TO MOTIONS TO DISMISS BP DEALER CLAIMS

A. First Amended B1 Master Complaint

B. *Tobatex* Complaint

C. *S. Trout Inc.* Complaint

D. Affidavit of Thomas L. Bower, III

E. Affidavit of Wayne Ramsay

F. Affidavit of Timothy Huff

G. Affidavit of Elvas Fayard

H. Affidavit of Khosrow Knoshnood

I. Affidavit of Ayad Jaber

J. Alabama Gulf Coast Convention and Visitors Bureau Report

K. Emerald Coast 2010 Tourism Statistics

L. Alabama Gulf Coast Convention and Visitors Bureau Report (2008-2009)

M. Oil Express Article (July 5, 2010)

N. Oil Express Article (Aug. 9, 2010)

O. CSPnet.com