# Exhibit D

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | Section: J |
| | * | |
| This Pleading applies to: | * | Judge Barbier |
| | * | |
| *MDL 2179 B1 Amended Master Complaint* | * | Magistrate Judge Shushan |
| *and All Cases in Pleading Bundle B1* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HALL COUNTY**

**AFFIDAVIT**

**STATE OF GEORGIA**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid county and state, personally came and appeared THOMAS L. BOWER III who, having first been sworn, did state that:

1.  My name is Thomas L. Bower III.  I have personal knowledge regarding the economic impact upon the business of Clipper Petroleum, Inc. ("**Clipper**") resulting from the oil spill which is the subject of this multidistrict litigation.

2.  At the time of the events which are the subject of this multidistrict litigation, I was the President of Clipper and remain so today.  Clipper is a Georgia corporation which at all times relevant to the subject matter of this multidistrict litigation has owned and operated a significant number of  BP p.l.c. ("**BP**") branded convenience stores and service stations (on April 20th 2010, 25 such locations; currently 17) in the state of Georgia. Additionally, Clipper has been a wholesale petroleum products distributor (also referred to as a "jobber") for BP, and its predecessor Amoco, since 1933.

3.  Clipper built and/or purchased and operated its retail convenience store / gas station locations in northern Georgia and metropolitan Atlanta, including along interstates I-75, I-285, I-85, and I-20.  Clipper strategically positioned its facilities in these locations in order to benefit from the traffic associated with Gulf Coast beach tourism.

4.  Beginning immediately after the oil spill, tourists stopped traveling to the Alabama and Florida Gulf Coast.  The sudden and precipitous drop in tourism badly damaged Clipper's Georgia locations, as tourists stopped traveling to the beach.

5.     Clipper saw its petroleum gallons and store sales significantly decline across the board. Its Georgia facilities suffered precipitous declines in both gallons sold and convenience store sales. Specifically, for the post-spill period in year 2010 Clipper saw its total petroleum gallons and store sales decline a minimum of fifteen (15) percent.

6.     In response to the spill, on June 24, 2010, I received an email from Michael D. Keith, Jobber Sales Manager for BP Products North America Inc., notifying me and other area BP Jobbers (wholesale distributors) of a "very important conference call" scheduled for June 28, 2010 regarding "Gulf of Mexico Update and Marketing Support Discussion". Attached as Exhibit A is a copy of that email. Additionally, attached as Exhibit B is a copy of the July 1, 2010 email that I composed and transmitted to the BP dealers for whom my jobbership provided fuel. In that email, I related to my dealers the information and programs that had been conveyed by BP representatives to me and the other participants in the June 28th telephone conference, which included a payment rebate, a credit card fee reduction, American Express gift cards, and the recommendation that dealers utilize the BP Incident Claims Process for recovering additional damages to their businesses, as well as the information needed for initiating those claims.

7.     Also in response to the spill, on June 30, 2010, I received an email from Daren S. Bryan, the Franchise Business Consultant for BP's am/pm convenience store division (copy attached as Exhibit C) forwarding a letter from Bill Fry, national President of the entire BP am/pm division (attached as Exhibit D). As shown therein, Mr. Fry was notifying all am/pm franchises of $500 per month support for all am/pm sites with branded BP gas, with an additional $500 being paid to the "most affected states of Florida and Georgia."

8.     Further in response to the spill, BP offered and paid its Georgia distributors, including Clipper, gasoline price allowances for the period of June through September 2010.

The above and foregoing is true and correct to the best of my knowledge and I am competent to testify accordingly.

_____
THOMAS L. BOWER III

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _4th_ day of _August_, 2012 in Gainesville _____

_____
NOTARY PUBLIC

My commission expires ___10 / 2014___

**From:** Steve Hall
**Sent:** Friday, August 03, 2012 1:14 PM
**To:** Tom Bower III
**Subject:** FW: Gulf of Mexico Update and Marketing Support Discussion.
**Importance:** High


**From:** Keith, Michael D [mailto:Michael.Keith@bp.com]
**Sent:** Thursday, June 24, 2010 8:06 PM
**To:** oilacree@belsouth.net; acreepc1@bellsouth.net; brownoil@windstream.net; tbower@clipperpetroleum.com; shall@clipperpetroleum.com;awilliams@clipperpetroleum.com; Mark Linkesh; Rob Cook; charlest@jetfoodstores.com; nlhand@fletcheroil.com; Joey Hand;gbusch1333@aol.com; Ed Wyatt; John Cook; John Davis; Russ Scaramella; Mark Murgash; Harden Oil Co. Inc.; Jimmy Morgan; Pam DeMatteis; Bryan Jones; Brad Downing; Rick Cosmer; Bo Bearden; maycarter@aol.com; John; Don Newton; Stephanie Hammond; Tommy Thompson; Frank Flegel; Frank Walthall, III; Shawn Heacox; Jimmy Cain; Andy Cecil; Kim Willis
**Cc:** Russell, Kevin J (FTD)
**Subject:** Gulf of Mexico Update and Marketing Support Discussion.
**Importance:** High


All,

Please arrange your schedules to participate in a very important conference call regarding the above subjects on next Monday, June 28, 2010 from 1:00 P.M. to 2:00 P.M. Eastern Daylight Time.  The call in details will follow tomorrow but I wanted to alert you to this call and to make sure that you and or your key principal should participate in this call.  The call will be set up via Intercall with Operator assistance so the lines will be placed on mute until the end of the presentation at which time we will open them for a Q & A session.

Thank you in advance for you participation in this call.

Sincerely,

**Michael D. Keith**

Jobber Sales Manager - EG/C

BP Products North America Inc.

Office:  770-425-8214

Fax: 770-425-6456

Email:  Michael.Keith@bp.com

**From:** Tom Bower [mailto:tbower@clipperpetroleum.com]
**Sent:** Thursday, July 01, 2010 9:56 AM
**To:** Andy (akberg@bellsouth.net)
**Subject:** bp assitance programs & other news

Dear Valued bp Customer,

The last 2 months have been difficult for all of bp's branded customers. Dealers, jobbers, and their team members have all worked harder than ever to serve their customers and maintain their volumes. We thank you for all of your efforts!

bp recognizes the trials and tribulations that each of us is going through and responded on Monday with various programs to help each of you. The following is a list of the programs announced:

1.  For the months of June, July, and August, a 1 cent per gallon payment will be made for purchases of bp branded gasoline and diesel. The payments will be made as soon as possible after the end of the month and after receipt of the money from bp. The payments will be credited to each customer's account.

2.  Credit card fees will be reduced for the 60 day period from July 9 through September 6. The reductions will be as follows:

    a.  The current fee for bp branded cards-including the bp Visa card-is 13 cents per transaction. The 13 cent transaction fee will be eliminated (0 cents per transaction) during the 60 day period.
    b.  Additionally, the fees for other credit cards (MC & Visa) will be reduced from the current 1.75% to 1.4% of the purchase amount. The 12 cent transaction fee will remain the same for these cards.

3.  A bonus of $50 of American Express gift cards will be awarded to all sites that have 15 of 18 correct answers on the Helios 100 site experience checklist; the gift cards will be sent via mail to the dealer. The site will also receive immediately following the successful inspection a "thank you" note from the inspector.

4.  In addition to the support mentioned above, bp also advised us of our ability to file a claim via the Deepwater Horizon Incident Claims Process. bp has recommended jobbers and dealers utilize the BP Incident Claims Process for additional damages to their business. The claims  processing center can be contacted either through the internet or telephone at the following numbers:
    a.  www.bp.com/claims
    b.  800-440-0858

    Please note that you are free to contact the Claims Department immediately and start the process for recovery of damages. Clipper is in the process of evaluating the claims procedures to determine the best format for providing the necessary information and data to substantiate our request for damages. We will share with you the results of our evaluation of the claims processes after we complete the evaluation.

Please review these programs and let us know if you have any questions by responding to this e-mail or by calling me at our office. In addition, should you receive any requests for information or comments by the media, please feel free to ask them to contact us and we will be glad to talk to them.

As always, we appreciate your business and thank you for allowing us to be your jobber!

Thanks,

Tom L. Bower
(770) 965-7240 x110 (office)
(770) 654-4103 (cell)
(770) 965-2411 (fax)
tbower@clipperpetroleum.com

**Office Address**
5317 T L Bower Way
Flowery Branch, GA 30542-2898

**From:** Steve Hall
**Sent:** Thursday, August 02, 2012 5:08 PM
**To:** Tom Bower III
**Subject:** FW: Message From Bill Fry
**Importance:** High


**From:** Bryan, Daren S [mailto:BryanDS2@BP.COM]
**Sent:** Wednesday, June 30, 2010 7:50 AM
**To:** Steve Hall; Tom Bower III; Ali Mourad; nasser@ajenergyinc.com; Jonathan Khoshnood
**Cc:** Crowell, Dale D (FTD)
**Subject:** Message From Bill Fry
**Importance:** High

All,

This is a follow up note from Bill Fry regarding our discussions on ampm temporary support,

Daren

*The information contained in this email may be confidential. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Thank you.*

 

Dear BP am/pm Marketers:

I recognize that your businesses may have been affected by customer concern over the Gulf Oil Spill.  Consequently, *am/pm*  will be assisting you with temporary support for you to use at your discretion to drive customer sales and loyalty. Effective immediately and retroactive to June 1, 2010,  *am/pm* will provide $500/month support for all *am/pm* sites with branded BP gasoline. Sites located in the most affected states of Florida and Georgia will receive an additional $500/month. You are encouraged to use these funds to provide local marketing and support for your customers in order to regain their business. This temporary assistance will remain in effect through August, 2010 and will be evaluated month-to-month thereafter.

Additionally, we will be working with the FAC to develop marketing plans directed toward bringing customers back into your stores. The focus will be on advertising and marketing programs that appropriately address the consumer concerns related to BP and the Gulf oil spill.

Thank you for your continued support and efforts to serve customers with am/pm.

Bill Fry
President
ampm

# Exhibit E

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | Section: J |
| | * | |
| This Pleading applies to: | * | Judge Barbier |
| | * | |
| *MDL 2179 B1 Amended Master Complaint* | * | Magistrate Judge Shushan |
| *and All Cases in Pleading Bundle B1* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Collier **COUNTY**

**STATE OF** FC

**AFFIDAVIT**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and

for the aforesaid county and state, personally came and appeared WAYNE RAMSAY who,

having first been sworn, did state that:

1.  My name is Wayne Ramsey.  I have personal knowledge regarding the economic impact of the oil spill which is the subject of this multidistrict litigation upon the business of Wayne's World BP, Inc. ("**Wayne's World**").

2.  I am and was at the time of the events which are the subject of this multidistrict litigation the owner/operator of Wayne's World.  Wayne's World is a Florida corporation which at all times relevant to subject matter of this multidistrict litigation has owned and operated one (1) BP p.l.c. ("**BP**") branded service station.

3.  Wayne's World has been a petroleum distributor for BP from 2004 to Press.  It built and operates its location near interstate I-75 in Naples, Florida.  Wayne's World strategically built and operated its facility in this location in order to benefit from the traffic associated with Gulf Coast beach tourism.

4.  Prior to the Deepwater Horizon oil spill, Wayne's World's total sales revenue for 2010 met or exceeded total sales revenue for 2008 and 2009.

5.  Beginning immediately after the oil spill, tourists stopped traveling to the Florida Gulf Coast.  The sudden and precipitous drop in tourism badly damaged Wayne's World's Florida location, as tourists stopped traveling to the beach.

6.  Wayne's World saw its total revenues significantly decline across the board.  Its Florida facility suffered precipitous declines in both gallons sold and convenience

store sales.  Specifically, for the post-spill year 2010 Wayne's World saw total revenues drop forty-two (42) percent.

8.      On _____ _____, _____, Wayne's World filed a claim for interim payment in accordance with procedures established by the Gulf Coast Claims Facility ("**GCCF**").  On _____ _____, _____, GCCF denied Wayne's World's claim.

The above and foregoing is true and correct to the best of my knowledge and I am competent to testify accordingly.

_____
**WAYNE RAMSAY**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 8th day of August, 2012, in Collier, FL _____

_____
**NOTARY PUBLIC**

My commission expires: Sept. 13, 2013

DENISE FRANCO
MY COMMISSION # DD 915428
EXPIRES: September 13, 2013
Bonded Thru Notary Public Underwriters

# Exhibit F

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | Section: J |
| | * | |
| This Pleading applies to: | * | Judge Barbier |
| | * | |
| *MDL 2179 B1 Amended Master Complaint* | * | Magistrate Judge Shushan |
| *and All Cases in Pleading Bundle B1* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_Troup_ **COUNTY**

**STATE OF** _Georgia_                                           **AFFIDAVIT**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid county and state, personally came and appeared TIMOTHY HUFF who, having first been sworn, did state that:

1.  My name is Timothy Huff and I am over the age of nineteen (19) years. I have personal knowledge regarding the economic impact of the oil spill which is the subject of this multidistrict litigation upon the business of McDonald Oil Company, Inc. ("**McDonald Oil**")

2.  I am the President of McDonald Oil. McDonald Oil is a Georgia corporation registered to do business in Alabama. On the date of the oil spill which is the subject of this multidistrict litigation, McDonald Oil owned twenty-one (21) BP branded gasoline stations. Four (4) of its BP branded gasoline stations were located in the coastal area of Alabama. The remaining seventeen (17) of our BP branded gasoline stations were located in Georgia. (*See* Map of store locations, attached hereto as **Exhibit A**).

3.  McDonald Oil operated under a BP branded jobber contract until January 15, 2011. It had been a petroleum marketer for BP (and its predecessor, Amoco) since 1972. As a petroleum marketer, it strived to grow its business in its contractual territories for thirty-nine (39) years. It maintained a high standard of performance and commitment in the marketing of both Amoco and BP fuels since the relationship began.

4.  In order to maximize sales, McDonald Oil built and operated its locations along interstates I-85 and I-185 in Georgia, and along the Alabama Gulf Coast. McDonald Oil strategically built and operated its facilities in these locations in order to benefit from the tremendous amounts of traffic associated with Gulf

Coast beach tourism, from such states as Tennessee, Kentucky, Indiana, Ohio, West Virginia, Virginia, North Carolina, and South Carolina.

5.      Beginning immediately after the oil spill, tourists stopped traveling to the Alabama and Florida Gulf Coast.  Not only did the sudden and precipitous drop in tourism hurt McDonald Oil's Alabama locations, but its Georgia locations were badly damaged, too, as tourists stopped traveling along the I-85 and I-185 beach corridors.

6.      As a result of the oil spill, McDonald Oil saw its total sales significantly decline across the board.   Its Georgia and Alabama facilities suffered precipitous declines in both gallons sold and convenience store sales.  Specifically, for the post-spill year 2010 McDonald Oil saw total sales decline thirty percent (30%).

7.      The decline in Gulf Coast beach tourism after the spill severely impacted McDonald Oil's business.  The decrease in interstate traffic to and from the Gulf Coast translated to fewer people fueling and purchasing at our Georgia and Alabama locations.

8.      McDonald Oil established a relationship with Shell Oil Company and re-branded its locations as Shell gasoline stations effective September 2010.

The above and foregoing is true and correct to the best of my knowledge and I am competent to testify accordingly.

TIMOTHY HUFF

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 9th day of August, 2012, in LaGrange, Georgia

NOTARY PUBLIC

My commission expires:

Exhibit A to Huff Affidavit



| STORE | ADDRESS | | | PHONE |
|---|---|---|---|---|
| Money Back 2 | 1000 Avenue E | West Point | 31833 | (706) 643-0513 |
| Money Back 5 | 2457 Whitesville Road | LaGrange | 30240 | (706) 883-6981 |
| Money Back 7 | 4499 Warm Springs Connector | Columbus | 31909 | (706) 561-1167 |
| Money Back 8 | 401 Veterans Parkway | Columbus | 31901 | (706) 322-7149 |
| Money Back 9 | 3021 Macon Road | Columbus | 31906 | (706) 563-9520 |
| Money Back 10 | 1908 Hamilton Road | LaGrange | 30240 | (706) 845-9840 |
| Money Back 14 | 1831 East Main Street | Hogansville | 30230 | (706) 637-4304 |
| Money Back 28 | 90 Hopewell Church Road | Pine Mountain | 31822 | (706) 663-8857 |
| Money Back 32 | 2583 West Point Road | LaGrange | 30240 | (706) 883-7003 |
| Money Back 33 | 3809 St. Mary's Road | Columbus | 31907 | (706) 687-0311 |
| Money Back 37 | 7890 Veterans Parkway | Columbus | 31909 | (706) 322-4999 |
| **Money Back 38** | **26595 Perdido Beach Boulevard** | **Orange Beach** | **36561** | **(251) 981-3835** |
| **Money Back 40** | **1301 North McKenzie Street** | **Foley** | **36535** | **(251) 943-6835** |
| **Money Back 41** | **509 McMeans Boulevard** | **Bay Minette** | **36507** | **(251) 937-3530** |
| Money Back 44 | 1900 State Route 18 | West Point | 31833 | (706) 643-5559 |
| Money Back 45 | 4630 Hamilton Road | LaGrange | 30240 | (706) 845-0806 |
| Money Back 46 | 8200 Williams Way | Columbus | 31904 | (706) 324-6006 |
| Money Back 50 | 2860 Upper Big Springs | LaGrange | 30240 | (706) 884-1558 |
| Money Back 51 | 5757 Buena Vista Road | Columbus | 31906 | (706) 565-4202 |
| **Money Back 52** | **23141 Perdido Beach Blvd.** | **Orange Beach** | **36561** | **(251) 974-5879** |
| Money Back 53 | 871 Hwy 27 | Cataula | 31804 | (706) 653-0949 |

# Exhibit G

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | Section: J |
| | * | |
| This Pleading applies to: | * | Judge Barbier |
| | * | |
| *MDL 2179 B1 Amended Master Complaint* | * | Magistrate Judge Shushan |
| *and All Cases in Pleading Bundle B1* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COUNTY OF HARRISON

STATE OF MISSISSIPPI

# AFFIDAVIT

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid county and state, personally came and appeared ELVAS FAYARD who, having first been sworn, did state that:

1. That my name is Elvas Fayard.  I have personal knowledge regarding the economic impact of the oil spill which is the subject of this multidistrict litigation upon the business of **S. TROUT, INC**.

2. I am and was at the time of the events which are the subject of this multidistrict litigation the owner/operator of S. TROUT, INC. S. TROUT INC. is a Mississippi corporation which at all times relevant to the subject matter of this multidistrict litigation has owned and operated one (1) BP p.l.c. ("BP") branded service station at 2166 Pass Rd. Biloxi, MS 39531.

3. S. TROUT INC. has been a petroleum distributor for BP from 08-28-1997 to 08-08-2012.  It was built and operates its location near the Mississippi Gulf beaches in Biloxi. S. Trout Inc., strategically built and operated its facility in this location in order to benefit from the tremendous amounts of traffic associated with Gulf Coast beach tourism, from such states as Missouri, Arkansas, Tennessee, Kentucky, Illinois, Indiana, Ohio, West Virginia, Virginia, North Carolina, and South Carolina.

4. Prior to the Deepwater Horizon oil spill, S. Trout Inc's total sales revenue for 2010 met or exceeded total sales revenue for 2009.

5. Beginning immediately after the oil spill, tourists stopped traveling to the Mississippi Gulf Coast.  The sudden and precipitous drop in tourism badly damaged S. Trout Inc's Mississippi location, as tourists stopped traveling to the beach.

6.      S. TROUT INC. saw its total revenues significantly decline across the board.  Its Mississippi facility suffered precipitous declines in both gallons sold and convenience store sales.  Specifically, for the post-spill year 2010, S. TROUT INC. saw total revenues drop 39 percent.

7.      Moreover, due to the oil spill and the resulting unacceptable handling of the disastrous situation, public opinion turned against the brand name of BP. S. TROUT INC. lost business, revenue and income due to the branding of its gas station as a BP station.


The above and foregoing is true and correct to the best of my knowledge and I am competent to testify accordingly.


ELVAS FAYARD


SWORN to and subscribed before me, Notary Public, on this the _____ 8th _____ day of ___August___, 2012, in Biloxi, Mississippi.


Notary Public


My Commission Expires:

_____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83319
OTTIS G. HAVARD, JR.
Commission Expires
Nov. 13, 2014
HARRISON COUNTY