# Exhibit J



# E V A N S - K L A G E S , I N C.

777 South Harbour Island Boulevard • Suite 260 • Tampa, Florida 33602
Telephone: (813) 254-2975 • Fax: (813) 254-2986

## 2009 - 2010 Visitor Profile
## Alabama Gulf Coast Convention & Visitors Bureau



**Prepared for:**

Alabama Gulf Coast Convention and Visitors Bureau

**Prepared by:**

Walter J. Klages, Ph.D.
President
*Evans - Klages, Inc.*
*www.KlagesGroup.com*

March 2011

*Market Research • Economics*

**2009 - 2010 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

| Regional Distribution of Visitors | Fall 2009 | Winter 2009 | Spring 2010 | Summer 2010 |
|---|---|---|---|---|
| Alabama | 41.0% | 34.0% | 35.5% | 37.0% |
| Southeast | 39.0 | 24.9 | 40.0 | 45.6 |
| Northeast | 1.1 | 2.2 | 1.5 | 0.5 |
| Midwest | 10.9 | 32.8 | 17.1 | 8.3 |
| Southwest | 3.9 | 3.3 | 4.6 | 7.0 |
| Markets of Opportunity | 4.1 | 2.8 | 1.3 | 1.6 |
| **Total** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |

| Economic Impact Estimates | Fall 2009 | Winter 2009 | Spring 2010 | Summer 2010 |
|---|---|---|---|---|
| Occupancy Condominium Market | 35.2% | 17.1% | 45.9% | 37.9% |
| Occupancy Hotel/Motel Market | 46.8% | 26.3% | 59.9% | 60.9% |
| ADR Condominium Market | $100.21 | $68.01 | $131.80 | $173.65 |
| ADR Hotel/Motel Market | $114.76 | $72.69 | $113.47 | $127.25 |

| Top U.S. Feeder Markets (By Season) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fall 2009** | | **Winter 2009** | | **Spring 2010** | | **Summer 2010** | |
| Core Origin Markets | | Core Origin Markets | | Core Origin Markets | | Core Origin Markets | |
| 1. Birmingham | 22.3% | 1. Birmingham | 16.5% | 1. Birmingham | 14.1% | 1. Birmingham | 20.9% |
| 2. Huntsville/Decatur | 8.8 | 2. Huntsville/Decatur | 6.1 | 2. Huntsville/Decatur | 8.6 | 2. Huntsville/Decatur | 7.0 |
| 3. Nashville | 5.9 | 3. Mobile/Pensacola | 4.6 | 3. Mobile/Pensacola | 5.5 | 3. Nashville | 5.8 |
| 4. Atlanta | 5.5 | 4. Montgomery/Selma | 4.5 | 4. Montgomery/Selma | 5.3 | 4. New Orleans | 5.2 |
| 5. Memphis | 4.0 | 5. Nashville | 3.5 | 5. New Orleans | 4.6 | 5. Memphis | 4.7 |
| 6. New Orleans | 2.9 | 6. Atlanta | 3.1 | 6. Atlanta | 4.0 | 6. Montgomery | 3.6 |
| 7. Louisville | 2.8 | 7 New Orleans | 3.0 | 7. Jackson, MS | 3.9 | 7. Atlanta | 3.4 |
| 8. Jackson, MS | 2.7 | 8. St. Louis | 2.9 | 8. Nashville | 3.7 | 8. Mobile | 3.2 |
| 9. Montgomery/Selma | 2.6 | 9. Minneapolis/St. Paul | 2.7 | 9. Baton Rouge | 3.4 | 9. Jackson, MS | 3.1 |
| 10. Lexington | 2.4 | 10. Indianapolis | 2.2 | 10. Laurel/Hattiesburg | 2.7 | 10. Baton Rouge | 2.9 |
| | | | | 11. Columbus/Tupelo | 2.7 | | |
| **Total** | **59.9%** | **Total** | **49.1%** | **Total** | **58.5%** | **Total** | **59.8%** |

| | Fall '09 *(Sept. - Oct.)* | Winter '09 *(Nov. - Feb.)* | Spring '10 *(Mar. - May)* | Summer '10 *(Jun. - Aug.)* | Annual '09 – '10 |
|---|---|---|---|---|---|
| Number of Visitors | 288,800 | 232,000 | 254,700 | 346,900 | 1,122,400 |
| Visitor Expenditures | $99,722,640 | $95,500,480 | $108,064,100 | $144,091,853 | $447,379,073 |

© *Copyright 2011   All Rights Reserved.*     FCD – T
*www.KlagesGroup.com*

**2009 - 2010 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

|  | Fall '09 | Winter '09 | Spring '10 | Summer '10 |
|---|---|---|---|---|
| **Transportation Mode** | | | | |
| Personal Car/RV | 93.0% | 90.7% | 93.0% | 93.4% |
| Rental Car | 5.6 | 7.6 | 6.6 | 5.2 |
| Plane | 3.9 | 7.4 | 2.9 | 2.2 |
| | | | | |
| **Major Highways Used to Reach Area** | | | | |
| *(Multiple Response)* | | | | |
| Interstate 65 | 66.1% | 66.4% | 70.1% | 65.4% |
| Interstate 10 | 29.7 | 30.4 | 29.9 | 34.2 |
| U.S. Highway 98 | 10.4 | 10.4 | 11.8 | 12.8 |
| Interstate 85 | 7.0 | 7.4 | 8.1 | 9.5 |
| From Pensacola | 4.3 | 5.5 | 2.9 | 1.6 |
| | | | | |
| **Purpose of Trip** *(Primary Reason)* | | | | |
| Vacation | 87.3% | 76.4% | 83.5% | 90.3% |
| Business/Meeting/Conference | 3.6 | 6.5 | 5.9 | 2.5 |
| Visit Friends/Relatives | 3.4 | 9.2 | 4.4 | 4.5 |
| Fishing | 1.5 | 2.0 | 1.3 | N/A |
| Golfing | 0.5 | 2.1 | 1.5 | 0.5 |
| | | | | |
| **First Visit to GSH/ORB** | 38.8% | 37.8% | 25.5% | 26.0% |
| | | | | |
| **Average Repeat Visits Past 5 Years** | | | | |
| *(Base: Repeat Visitors)* | 4.2 trips | 4.1 trips | 3.8 trips | 4.6 trips |
| | | | | |
| **Information Sources** *(Multiple Response)* | | | | |
| Internet | 58.1% | 60.6% | 72.0% | 73.4% |
| Previous Visit | 52.9 | 52.4 | 63.7 | 63.6 |
| Brochures | 19.3 | 14.4 | 8.4 | 15.8 |
| Recommendation by Friend/Relative | 28.6 | 30.2 | 24.6 | 19.9 |
| Vacation/Travel Guides | 15.4 | 15.8 | 8.3 | 11.7 |
| Convention and Visitors Bureau | 7.6 | 8.2 | 7.1 | 4.3 |
| Business | 2.9 | 2.5 | 4.9 | 1.4 |
| Television | N/A | 1.1 | 0.4 | 4.7 |



Transportation



Purpose of Trip



Information Sources

**2009 - 2010 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

|  | Fall '09 | Winter '09 | Spring '10 | Summer '10 |
|---|---|---|---|---|
| **Assisted by Travel Professional** | 3.3% | 3.3% | 4.0% | 2.5% |
| **Reservations** | | | | |
| Before Arriving in Area | 90.0% | 82.3% | 87.2% | 87.4% |
| None | 10.0 | 17.7 | 12.8 | 12.6 |
| **Length of Stay in GSH/ORB** *(days)* | | | | |
| Vacation Trips | 6.3 | 7.7 | 7.1 | 6.4 |
| Get-Away Trips | 3.1 | 3.2 | 3.2 | 3.2 |
| **Party Size** *(Immediate Travel Party)* | 4.0 | 3.1 | 3.7 | 4.1 |
| **Party Composition** | | | | |
| Family | 50.3% | 27.5% | 49.6% | 67.7% |
| Couple | 36.8 | 61.2 | 36.1 | 23.2 |
| Group of Couples/Friends | 15.6 | 10.8 | 15.3 | 9.7 |
| Single | 2.5 | 2.8 | 3.5 | 1.8 |
| With Business Associates | 1.4 | 1.3 | 1.0 | 0.4 |
| **Traveling with Children** | | | | |
| Yes | 44.3% | 23.8% | 51.6% | 63.9% |
| No | 55.7 | 76.2 | 48.4 | 36.1 |
| **Who First Suggested Our Area for this Trip** *(Multiple Response)* | | | | |
| Self | 49.0% | 37.1% | 44.4% | 54.4% |
| Family | 17.9 | 21.3 | 25.1 | 24.2 |
| Friend | 13.9 | 18.2 | 16.8 | 13.8 |
| Spouse/Companion | 18.2 | 21.1 | 19.8 | 17.1 |
| **% Female Recommending** | 64.1% | 52.5% | 62.8% | 56.0% |
| **Other Beach Areas Considered** *(Multiple Response)* | | | | |
| Florida | 49.8% | 47.1% | 41.6% | 57.3% |
| South Carolina | 12.7 | 9.0 | 9.6 | 10.1 |
| North Carolina | 3.7 | 5.6 | 5.9 | 6.6 |
| Georgia | 4.7 | 5.3 | 4.4 | 4.8 |
| Mississippi | 9.8 | 8.7 | 5.2 | 8.3 |
| Texas | 2.8 | 6.5 | 3.4 | 5.0 |
| Louisiana | 3.9 | 5.0 | 4.3 | 5.4 |
| None | 39.3 | 44.3 | 50.1 | 33.2 |









**2009 - 2010 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

| | Fall '09 | Winter '09 | Spring '10 | Summer '10 |
|---|---|---|---|---|
| **Why Choose GSH/ORB** (Multiple Response) | | | | |
| Nice Beaches | 39.6% | 37.8% | 46.6% | 52.8% |
| Close to Home | 33.7 | 27.9 | 43.8 | 57.6 |
| Family Oriented | 23.4 | 15.1 | 26.1 | 33.2 |
| Familiar/Previous Visit | 22.9 | 29.4 | 36.4 | 49.7 |
| Recommended by Friend/Relative | 23.5 | 22.9 | 18.9 | 21.2 |
| Accommodations | 29.5 | 22.6 | 19.2 | 27.5 |
| Reasonable Rates | 29.9 | 22.8 | 23.0 | 46.7 |
| Quiet/Laid Back | 22.2 | 28.7 | 31.3 | 40.4 |
| Clean | 10.9 | 10.3 | 6.5 | 21.5 |
| Safe Area | 29.6 | 22.0 | 28.5 | 18.1 |
| Never Been/Try Something Different | 10.3 | 16.9 | 7.1 | N/A |
| Not Crowded/Commercial | 24.2 | 25.4 | 23.3 | 36.3 |
| Food/Restaurants | 21.4 | 19.5 | 23.7 | N/A |
| Weather | 25.8 | 24.2 | 17.8 | N/A |
| Beautiful | 7.1 | 21.6 | 14.6 | N/A |
| Shopping | 9.8 | 9.2 | 12.5 | N/A |
| Nature | 11.5 | 11.9 | 12.8 | N/A |
| Fishing | 7.1 | 6.7 | 8.4 | N/A |
| Friends/Relatives in Area | 7.6 | 12.6 | 8.0 | N/A |
| Golfing | 3.0 | 10.7 | 8.7 | N/A |
| **Attractions Visited** (Multiple Response) | | | | |
| Tanger Center | 45.1% | 42.7% | 45.6% | 46.3% |
| The Wharf | 22.9 | 25.5 | 31.9 | 34.5 |
| The Track | 13.7 | 10.6 | 15.0 | 21.5 |
| Gulf State Park | 29.9 | 29.9 | 28.9 | 27.3 |
| Fort Morgan | 21.1 | 30.9 | 24.0 | 15.3 |
| Waterville | 3.2 | N/A | 8.7 | 14.2 |
| Alabama Gulf Coast Zoo | 9.8 | 9.6 | 16.4 | 12.9 |
| Battleship USS Alabama | 11.8 | 14.1 | 10.9 | 8.4 |
| Pensacola Naval Museum | 11.6 | 15.5 | 12.5 | 11.5 |
| Dauphin Island | 9.4 | 13.0 | 8.1 | 8.1 |
| Mobile Bay Ferry | 6.4 | 12.4 | 9.9 | 5.6 |
| Bon Secour Wildlife Refuge | 6.6 | 10.2 | 11.4 | 7.0 |
| Bellingrath Gardens | 2.7 | 7.9 | 4.1 | 2.5 |
| None | 15.7 | 17.1 | 19.3 | 20.1 |
| **Satisfaction with Area** | | | | |
| Very Satisfied | 76.1% | 71.5% | 69.5% | 69.3% |
| Satisfied | 19.7 | 23.6 | 25.2 | 21.5 |
| **Satisfaction Level** | **95.8%** | **95.1%** | **94.7%** | **90.8%** |



Attractions Visited



Satisfaction/Recommend Gulf Shores/Orange Beach



Plan to Return

© Copyright 2011   All Rights Reserved.   FCD – T
www.KlagesGroup.com

## 2009 - 2010 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau

| | Fall '09 | Winter '09 | Spring '10 | Summer '10 |
|---|---|---|---|---|
| **Recommend Area to Friends** | 94.5% | 89.9% | 92.9% | 89.0% |
| **Plan to Return** *(% yes)* | | | | |
| To Local Area | 91.6% | 86.2% | 89.7% | 87.4% |
| Next Year *(Base: Return to Local Area)* | 66.5 | 67.7 | 70.1 | 57.5 |
| **Activities Enjoyed in Area** *(Multiple Response)* | | | | |
| Beaches | 95.9% | 91.7% | 95.4% | 92.3% |
| Relaxing | 83.0 | 76.9 | 80.2 | 85.1 |
| Dining Out | 80.2 | 70.6 | 74.9 | 83.8 |
| Shopping | 59.8 | 61.5 | 60.9 | 61.4 |
| Pool | 33.6 | 22.5 | 44.0 | 53.1 |
| Sight Seeing | 41.4 | 57.5 | 45.4 | 44.9 |
| Attractions | 39.9 | 28.6 | 38.6 | 35.9 |
| Photography | 18.8 | 17.3 | 21.8 | 21.4 |
| Wildlife/Environment | 21.0 | 23.3 | 26.1 | 17.4 |
| Miniature Golf | 12.3 | 9.3 | 18.3 | 19.7 |
| Fishing | 17.1 | 17.1 | 15.6 | 13.1 |
| Visiting Friends/Relatives | 12.2 | 20.6 | 17.7 | 18.0 |
| Bars/Nightlife | 9.5 | 10.8 | 15.8 | 14.9 |
| Seafood/Shrimp Fest | 15.5 | 13.4 | 6.9 | 5.4 |
| Movies | 5.3 | 8.0 | 6.9 | 7.9 |
| Golfing | 11.2 | 18.8 | 17.4 | 13.6 |
| Bird Watching | 3.9 | 8.3 | 8.0 | 3.4 |
| Trip to Mississippi Casino | 3.5 | 8.8 | 5.3 | 5.2 |
| Cultural Events | 3.6 | 9.2 | 6.9 | 3.6 |
| **Median Age Head of Household** *(years)* | 49.2 | 52.8 | 45.2 | 43.0 |
| **Median Annual Household Income*** | $73,603 | $77,410 | $80,526 | $86,357 |
| **Visitor Party Budget** | | | | |
| *(GSH/ORB Stay: Food/Lodging/Entertainment)* | | | | |
| Total | $1,381.21 | $1,276.07 | $1,569.85 | $1,703.02 |
| Per Person/Trip | 345.30 | 411.64 | 424.28 | 415.37 |
| Per Person/Day | 73.47 | 69.77 | 80.05 | 81.45 |
| **Visitor Party Budget Breakout** | | | | |
| *(GSH/ORB Stay)* | | | | |
| Accommodations | $487.70 | $412.70 | $648.36 | $744.65 |
| Food/Entertainment | 448.75 | 416.15 | 480.47 | 535.39 |
| Retail/Grocery Purchases | 251.09 | 256.67 | 261.62 | 298.75 |
| Miscellaneous Expenditures | 109.74 | 158.85 | 127.85 | 99.37 |

* Please Note:  Median household income after taxes



Activities Enjoyed *(Top Four)*



Age – Head of Household



Budget Breakout

© *Copyright 2011   All Rights Reserved.*     FCD – T
*www.KlagesGroup.com*

**2009 - 2010 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

| | Fall '09 | Winter '09 | Spring '10 | Summer '10 |
|---|---|---|---|---|
| **See/Read/Hear GSH/ORB Message** | 66.3% | 54.4% | 64.7% | 83.3% |
| | | | | |
| **Type of Message Seen** | | | | |
| Internet | 73.9% | 73.1% | 78.6% | 86.9% |
| Brochure | 24.2 | 25.1 | 19.1 | 16.6 |
| Magazine Ad | 17.2 | 15.3 | 21.4 | 15.5 |
| Television | 17.5 | 12.9 | 28.0 | 55.8 |
| Travel/Visitor Guide | 17.6 | 19.0 | 14.4 | 13.6 |
| Magazine Story | 7.0 | 11.1 | 5.9 | 11.4 |
| Newspaper Story | 6.6 | 5.9 | 11.8 | 32.1 |
| Newspaper Ad | 8.0 | 7.0 | 11.4 | 8.8 |
| Radio | 0.7 | 2.5 | 9.3 | 26.5 |
| Billboards | 2.0 | 3.2 | 3.4 | 3.4 |
| | | | | |
| **Influenced by GSH/ORB Message** | | | | |
| *(Base: Respondents Reporting* | | | | |
| *See/Read/Hear Message)* | 40.9% | 44.9% | 43.5% | 38.1% |
| | | | | |
| **Occupation** | | | | |
| Professional/Technical | 37.5% | 27.0% | 35.0% | 39.6% |
| Executive/Managerial | 20.8 | 15.5 | 19.7 | 16.8 |
| Craft/Factory | 9.5 | 8.3 | 8.0 | 10.5 |
| Self-Employed | 5.5 | 6.1 | 7.7 | 7.6 |
| Retired | 8.6 | 24.7 | 9.7 | 5.6 |
| Salesman/Buyer | 9.8 | 8.0 | 6.6 | 8.5 |



See/Hear/Read Message



Influenced by Message



Type of Message Seen *(Top Four)*



Occupation

**2009 - 2010 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

### Influential Factors in Choosing GSH/ORB

| | Fall '09 | Winter '09 | Spring '10 | Summer '10 |
|---|---|---|---|---|
| White, Sandy Beaches | 92.7% | 82.5% | 89.2% | 81.2% |
| I Can Drive There with Family | 89.2 | 76.7 | 82.4 | 91.6 |
| Safe Destination | 82.2 | 80.8 | 88.2 | 77.5 |
| Complete Relaxation | 85.1 | 77.9 | 84.2 | 79.7 |
| Family Atmosphere | 75.5 | 63.8 | 77.9 | 78.7 |
| Sunning on the Beach | 57.7 | 47.2 | 66.7 | 69.1 |
| Good Value for the Money | 83.0 | 75.8 | 80.5 | 82.0 |
| Safe Beaches for Children | 59.8 | 44.7 | 66.4 | 62.1 |
| Clean, Unspoiled Environment | 73.2 | 69.2 | 79.3 | 61.8 |
| Reasonably Priced Lodging | 75.8 | 74.0 | 74.0 | 81.3 |
| Warm Weather | 72.4 | 72.4 | 78.2 | 75.5 |
| Good Restaurants/Dining Out | 71.7 | 69.7 | 72.9 | 76.6 |
| Uncommercialized Beaches | 65.0 | 54.7 | 60.4 | 66.0 |
| Upscale Accommodations | 50.8 | 51.2 | 56.4 | 59.7 |
| Shopping | 42.5 | 40.2 | 45.0 | 47.9 |
| Romantic Place | 34.4 | 37.5 | 41.3 | 36.8 |
| Good Fishing | 17.7 | 15.2 | 15.2 | 15.6 |
| Good Golfing | 13.1 | 22.0 | 17.2 | 14.4 |
| Good Boating | 12.3 | 14.9 | 12.0 | 9.7 |



**Influential Factors (Top Five)**



## 2009 - 2010 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau

| | Fall '09 | Winter '09 | Spring '10 | Summer '10 |
|---|---|---|---|---|
| **Requested Additional Information** | | | | |
| **About Area for Trip** *(Multiple Response)* | | | | |
| Did Not Request Information | 36.0% | 31.0% | 32.7% | 28.9% |
| Accessed www.gulfshores.com | 29.5 | 31.4 | 38.9 | 42.0 |
| Accessed Individual Hotel/Motel/Condominium Website | 31.1 | 31.9 | 26.1 | 32.7 |
| Accessed Destination Sites for Gulf Shores/Orange Beach | 26.5 | 21.6 | 21.8 | 23.2 |
| Accessed an Internet Travel Website | 18.6 | 16.7 | 18.4 | 18.7 |
| Called a Hotel/Motel/Condominium Toll-Free Number | 8.7 | 8.7 | 9.7 | 10.2 |
| Called the CVB Toll-Free Number | 3.3 | 6.3 | 5.5 | 4.7 |
| | | | | |
| **Use the Internet** | 96.7% | 95.3% | 95.6% | 98.7% |
| | | | | |
| **Seek Out Travel Information On-Line** | | | | |
| *(BASE: Those with Internet Access)* | 93.4% | 92.4% | 94.3% | 96.7% |
| | | | | |
| **Ever Book Reservations On-Line** | | | | |
| *(BASE: Those with Internet Access)* | 72.7% | 75.4% | 77.0% | 81.6% |
| | | | | |
| **Used the Internet to Gather Travel** | | | | |
| **Information for this Trip** | | | | |
| *(BASE: Those who Seek Travel Information On-Line)* | 92.4% | 85.0% | 91.0% | 96.4% |
| First Time | 98.8 | 92.6 | 96.4 | 97.8 |
| Repeat | 87.8 | 80.0 | 89.0 | 95.9 |
| | | | | |
| **Booked Reservations for this Trip on the Internet** | | | | |
| *(BASE: Those who Seek Travel Information On-Line)* | 45.3% | 45.0% | 49.8% | 53.6% |
| | | | | |
| **Accessed the Website www.gulfshores.com** | | | | |
| *(BASE: Those who Seek Travel Information On-Line)* | 44.6% | 50.6% | 59.7% | 59.6% |
| | | | | |
| **Sources of Information About Destination Once Arrive in Area** | | | | |
| *(Multiple Response)* | | | | |
| Front Desk Personnel | 31.3% | 36.0% | 27.7% | 28.2% |
| Visitor Guides | 36.3 | 23.7 | 30.1 | 28.7 |
| Local Information TV Channel | 16.3 | 16.3 | 20.5 | 16.2 |
| Visitor Welcome Centers | 15.0 | 20.0 | 24.9 | 18.7 |
| Internet | 16.5 | 17.5 | 21.5 | 22.6 |
| Maps | 20.8 | 17.3 | 13.6 | 18.1 |
| Waiters/Waitresses | 15.5 | 16.7 | 17.8 | 16.0 |
| Local Radio | 2.8 | 2.5 | 9.9 | 5.7 |
| Smartphones/PDA's/iPods/Navigation Systems | 8.0 | 4.8 | 16.4 | 13.8 |
| Don't Look for Information Once in Area | 33.1 | 18.0 | 28.6 | 24.8 |

**Planning/Reservation Window Analysis**
*Days to Arrival*



| | Fall '09 | Win '09 | Spr '10 | Sum '10 |
|---|---|---|---|---|
| | 58 Days | 52 Days | 38 Days | 67 Days |
| Start Talking | 8 | 7 | 6 | 8 |
| Decide | 13 | 8 | 6 | 16 |
| Reservation | 37 | 37 | 26 | 43 |

■ Reservation  ■ Decide
■ Start Talking  Total

# Exhibit K



2010 TOURISM STATISTICS

800-322-3319
EMERALDCOASTFL.COM

## 85.9 Million Visitors to Florida in 2011*

45.4 Million Air Visitors
40.6 Million Non-Air Visitors

~

*Domestic Visitors 73.3 Million*
*Overseas Visitors 9.3 Million*
*Canadian Visitors 3.3 Million*

Source: *Visit Florida preliminary

## Share of Visitors by Region of Destination in Florida 2010





2010 TOURISM STATISTICS

800-322-3319

EMERALDCOASTFL.COM

## Top Florida Destination Counties for Auto Travelers*

| County | 2008 | 2009 | 2010 | Percentage Point change from 2010/2009 |
|--------|------|------|------|----------------------------------------|
| Orange | 28.1% | 24.8% | 23.4% | -1.4% |
| Bay | 6.5% | 6.1% | 8.0% | 1.9% |
| Duval | 5.4% | 5.7% | 6.5% | 0.8% |
| Hillsborough | 5.5% | 6.0% | 6.0% | 0.0% |
| **Okaloosa** | **8.2%** | **7.2%** | **6.0%** | **-1.2%** |
| Volusia | 4.7% | 6.5% | 4.1% | -2.4% |
| Pinellas | 3.4% | 2.4% | 3.8% | 1.4% |
| Broward | 2.9% | 3.3% | 3.7% | 0.4% |
| Sarasota | 2.1% | 2.2% | 3.2% | 1.0% |
| Escambia | 3.2% | 3.4% | 3.0% | -0.4% |
| St Johns | 1.6% | 2.3% | 2.9% | 0.6% |
| Miami-Dade | 3.6% | 3.2% | 2.7% | -0.5% |

*Source: Florida Visitor Study/2010

# ADR 2004-2011

### Emerald Coast Lodging
### Average Annual Daily Lodging Rate 2004 -2011



Source: Smith Travel Research, Inc



NORTHWEST FLORIDA'S
# EMERALD COAST
DESTIN | FT. WALTON BEACH | OKALOOSA ISLAND

2010 TOURISM STATISTICS

800-322-3319

EMERALDCOASTFL.COM

## 2010 Emerald Coast Accommodations

| Type | Fort Walton Beach | Destin | Mary Esther | Totals Units |
|------|-------------------|--------|-------------|--------------|
| Condominium Group | 1,614 | 4,508 | 0 | 6,122 |
| Condominium Single | 83 | 365 | 3 | 451 |
| Dwelling Group | 193 | 167 | 0 | 360 |
| Dwelling Single | 0 | 788 | 0 | 788 |
| Hotel/Motels | 2,009 | 2,655 | 52 | 4,716 |
| Bed & Breakfast | 5 | 29 | 0 | 34 |
| Camping | 52 | 60 | 0 | 112 |
| Totals | 3,956 | 8,572 | 55 | 12,583 |

*Emerald Coast = Fort Walton Beach, Destin, Mary Esther Area.*          **Note: 1990 Total unit count was 8,500**

Source: Department Of Business and Professional Regulation (Section: Division of Hotels and Restaurants)

## Tourist Development Tax Collections by County - NW Florida

| County | Tax Rate | 2009 | 2010 | % Change '10/'09 |
|--------|----------|------|------|------------------|
| Bay | 5.0% | $10,737,155 | $11,206,588 | 4.40% |
| Escambia | 4.0% | $5,349,882 | $5,168,441 | -3.40% |
| Franklin | 2.0% | $750,693 | $750,522 | 0.0% |
| Gulf | 4.0% | $737,674 | $741,556 | 0.5% |
| Holmes | 2.0% | $10,761 | $20,373 | 89.3% |
| Okaloosa | 5.0% | $10,474,325 | $8,748,422 | -16.50% |
| Santa Rosa | 4.0% | $899,604 | $800,819 | -11.00% |
| Walton | 4.5% | $10,583,260 | $10,781,637 | 1.90% |

Source: Florida Visitor Study/2010



## Emerald Coast Visitor Demographics

| Length of Stay | 2010 | 2009 | Change |
|---|---|---|---|
| 1-3 nights | 54% | 46% | 17% |
| 4-7 nights | 38% | 44% | -14% |
| 8+ | 8% | 10% | -20% |
| Average Nights | **3.9** | 4.4 | -11% |
| Median Nights | **3** | 4.0 | -25% |
| **Age of Adult Traveler** | **2010** | **2009** | **Change** |
| 18-34 Years Old | 31% | 37% | -16% |
| 35-54 Years Old | 45% | 42% | 7% |
| 55+ Years Old | 24% | 22% | 9% |
| **Average Age** | **44** | 43 | 2% |
| **Median Age** | **42** | 42 | 0% |
| **Average Expenditures** | **2010** | **2009** | **Change** |
| *(per person per day)* | $110 | $109 | 1% |
| **Household Income** | **2010** | **2009** | **Change** |
| Under $50,000 | 21% | 35% | -40% |
| $50,000 - $74,999 | 18% | 19% | -5% |
| $75,000 - $99,999 | 24% | 14% | 71% |
| $100,000 and over | 37% | 32% | 16% |
| **Average HH Income** | **$81,200** | $81,200 | 0% |
| **Seasonality** | **2010** | **2009** | **Change** |
| Summer (Jun-Aug) | 40% | 48% | -17% |
| Winter (Dec-Feb) | 26% | 19% | 37% |
| Spring (Mar-May) | 24% | 17% | 41% |
| Fall (Sep-Nov) | 10% | 17% | -41% |

Northwest Vacation Region = Bay, Calhoun, Escambia, Franklin, Gulf, Holmes, Jackson, Liberty, Okaloosa, Santa Rosa, Walton and Washington counties.   Emerald Coast = Okaloosa County Reporting District.   Source: Florida Visitor Study/2010



## Emerald Coast Visitor Profile

| Purpose of Trip | 2010 | 2009 | Change |
|---|---|---|---|
| *Leisure* | **90%** | **90%** | **0%** |
| Vacation/Getaway Weekend | 66% | 60% | 10% |
| Visit Friends/Relatives | 8% | 16% | -50% |
| Other Leisure | 16% | 14% | 14% |
| *Business* | **10%** | **10%** | **0%** |
| Convention/Group Meetings | 5% | 3% | 67% |
| Other Business | 5% | 7% | -29% |
| **Type of Transportation** | **2010** | **2009** | **Change** |
| Air | 8% | 7% | 14% |
| Non-Air | 92% | 93% | -1% |
| **Accommodations** | **2010** | **2009** | **Change** |
| *Paid* | 77% | 82% | -6% |
| Hotel/Motel Paid | 50% | 42% | 19% |
| Non-Hotel/Motel Paid | 26% | 40% | -35% |
| *Non-Paid* | 23% | 17% | 35% |
| **Travel Party Composition** | **2010** | **2009** | **Change** |
| Couples | 47% | 39% | 21% |
| Families | 24% | 24% | 0% |
| One Adult | 16% | 24% | -33% |
| Other | 13% | 13% | 0% |
| Average Number on Trip | 2.8 | 2.5 | 12% |
| Median Number on Trip | 2.2 | 2.1 | 5% |
| **Top Activities (Multiple Responses allowed)** | **2010** | **2009** | **Change** |
| Beach/Waterfront | 41% | 44% | -7% |
| Shopping | 35% | 27% | 30% |
| Touring/Sightseeing | 14% | 18% | -22% |
| Hunt/Fish | 11% | 7% | 57% |
| Night Life | 8% | 6% | 33% |
| Attending Sporting Event | 6% | 6% | 0% |

*Source: Florida Visitor Study (2009 and 2010)*



## Emerald Coast Automobile Visitors Domestic Origins

**Georgia (18.9%)**
**Alabama (7.2%)**
**North Carolina (6.9%)**
**South Carolina (6.6%)**
**Tennessee (5.2%)**

Source: Florida Visitor Study/2010

### Average Leisure Visitor Expenditures per Person per Day*

|  | 2008 | 2009 | 2010 | % Change '10/'09 |
|---|---|---|---|---|
| Average | $127.20 | $127.30 | $142.10 | 11.6% |
| Transportation | $39.80 | $37.30 | $45.60 | 22.3% |
| Food | $27.10 | $26.40 | $28.60 | 8.3% |
| Accommodations | $20.30 | $24.90 | $25.60 | 2.8% |
| Entertainment | $18.50 | $17.50 | $20.10 | 14.9% |
| Shopping | $15.80 | $15.60 | $15.30 | -1.9% |
| Miscellaneous | $5.50 | $5.60 | $6.90 | 23.2% |

*Source: Florida Visitor Study/2010*

### Average Business Visitor Expenditures per Person per Day*

|  | 2008 | 2009 | 2010 | % Change '10/'09 |
|---|---|---|---|---|
| Average | $180.80 | $192.90 | $212.30 | 10.1% |
| Transportation | $72.10 | $73.80 | $83.20 | 12.7% |
| Accommodations | $42.50 | $53.60 | $55.70 | 3.9% |
| Food | $34.10 | $33.10 | $37.50 | 13.3% |
| Entertainment | $12.60 | $12.30 | $13.20 | 7.3% |
| Shopping | $13.10 | $12.40 | $12.60 | 1.6% |
| Miscellaneous | $6.30 | $7.80 | $10.20 | 30.8% |

*Source: Florida Visitor Study/2010*



## Fort Walton Beach *MSA ~ Taxable Tourism Sales

| * Fort Walton Beach MSA (Metropolitan Statistical Area) | In Millions | Fort Walton Beach MSA (Metropolitan Statistical Area) | In Millions |
|---|---|---|---|
| 2010 | $717.4 | 2000 | $590.00 |
| 2009 | $777.0 | 1999 | $546.70 |
| 2008 | $794.10 | 1998 | $497.20 |
| 2007 | $820.20 | 1997 | $462.10 |
| 2006 | $796.70 | 1996 | $427.60 |
| 2005 | $750.50 | 1995 | $411.10 |
| 2004 | $727.30 | 1994 | $391.30 |
| 2003 | $653.30 | 1993 | $363.70 |
| 2002 | $648.60 | 1992 | $337.90 |
| 2001 | $622.50 | 1991 | $307.40 |

Source: Florida Visitor Study/2010

## Emerald Coast Retail Sales

Tourism taxable retail sales are based on the tourism and recreation kind categories used by the Office of Economic and Demographic Research for the Florida Legislature.  The Category of "Tourism and Recreation" taxable sales includes hotels and motels, bar and restaurant sales, liquor stores, photo and art stores, gift shops, admissions, sporting goods, rentals, and jewelry stores.   Taxable retail sales related to Tourism on average represented 30.3 percent of total taxable retail sales for Okaloosa County between 1998 and 2007. At the same time, taxable retail sales related to tourism grew nearly 63 percent, outpacing the 59 percent growth of total taxable sales.



Source: Florida Department of Revenue



2010 TOURISM STATISTICS

800-322-3319
EMERALDCOASTFL.COM

## Average Daily Room Rates at Florida Hotels/Motels

Twelve Months ending December 31, 2010

| Market | 2008 | 2009 | 2010 | % Change '10/'09 |
|--------|------|------|------|------------------|
| Daytona Beach | $101.81 | $94.90 | $94.56 | -0.4% |
| Florida Keys | $194.68 | $172.10 | $177.64 | 3.2% |
| **Florida Panhandle** | **$96.77** | **$92.37** | **$88.56** | **-4.1%** |
| Florida South Central | $110.62 | $100.09 | $98.38 | -1.7% |
| Fort Lauderdale | $125.76 | $109.08 | $107.70 | -1.3% |
| Fort Myers | $137.07 | $126.79 | $119.17 | -6.0% |
| Jacksonville | $93.47 | $84.33 | $80.18 | -4.9% |
| Melbourne-Titusville | $89.50 | $85.71 | $83.35 | -2.8% |
| Miami-Hialeah | $160.14 | $140.22 | $144.13 | 2.8% |
| Orlando | $105.83 | $93.34 | $91.95 | -1.5% |
| Sarasota-Bradenton | $120.49 | $109.71 | $103.51 | -5.7% |
| Tampa-St. Petersburg | $107.19 | $98.55 | $91.43 | -7.2% |
| West Palm Beach-Boca Raton | $152.26 | $128.14 | $125.03 | -2.4% |
| State of Florida Average | $117.90 | $105.74 | $104.06 | -1.6% |
| United States Average | $106.96 | $98.17 | $98.08 | -0.1% |

# Exhibit L



**E V A N S - K L A G E S , I N C .**

3825 Henderson Boulevard • Suite 300 • Tampa, Florida 33629-5037
Telephone: (813) 254-2975 • Fax: (813) 254-2986

# 2008 - 2009 Visitor Profile
# Alabama Gulf Coast Convention & Visitors Bureau



**Prepared for:**

Alabama Gulf Coast Convention and Visitors Bureau

**Prepared by:**

Walter J. Klages, Ph.D.
President
*Evans - Klages, Inc.*
*www.KlagesGroup.com*

December 2009

**2008 - 2009 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

| Regional Distribution of Visitors | Fall 2008 | Winter 2008 | Spring 2009 | Summer 2009 |
|---|---|---|---|---|
| Alabama | 44.6% | 32.8% | 38.3% | 34.9% |
| Southeast | 37.0 | 21.3 | 39.1 | 50.4 |
| Northeast | 1.3 | 2.1 | 1.7 | 0.9 |
| Midwest | 9.9 | 38.4 | 16.8 | 10.0 |
| Southwest | 3.5 | 3.0 | 3.1 | 3.1 |
| Markets of Opportunity | 3.7 | 2.4 | 1.0 | 0.7 |
| **Total** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |

| Economic Impact Estimates | Fall 2008 | Winter 2008 | Spring 2009 | Summer 2009 |
|---|---|---|---|---|
| Occupancy Condominium Market | 31.6% | 14.8% | 47.9% | 67.2% |
| Occupancy Hotel/Motel Market | 46.1% | 29.2% | 55.3% | 73.6% |
| ADR Condominium Market | $103.31 | $64.06 | $130.31 | $194.40 |
| ADR Hotel/Motel Market | $116.93 | $76.69 | $120.02 | $164.69 |

**Top U.S. Feeder Markets (By Season)**

| Fall 2008 | | Winter 2008 | | Spring 2009 | | Summer 2009 | |
|---|---|---|---|---|---|---|---|
| **Core Origin Markets** | | **Core Origin Markets** | | **Core Origin Markets** | | **Core Origin Markets** | |
| 1. Birmingham | 25.4% | 1. Birmingham | 17.1% | 1. Birmingham | 13.3% | 1. Birmingham | 17.8% |
| 2. Huntsville/Decatur | 9.1 | 2. Huntsville/Decatur | 6.9 | 2. Huntsville/Decatur | 9.1 | 2. Huntsville/Decatur | 9.4 |
| 3. Nashville | 5.6 | 3. Montgomery/Selma | 6.0 | 3. Mobile/Pensacola | 6.6 | 3. Nashville | 7.8 |
| 4. Atlanta | 4.8 | 4. Nashville | 4.0 | 4. Atlanta | 5.8 | 4. Atlanta | 6.4 |
| 5. Memphis | 4.7 | 5. Minneapolis/St. Paul | 3.8 | 5. Mobile/Pensacola | 5.4 | 5. Memphis | 5.8 |
| 6. Tuscaloosa | 2.8 | 6. Atlanta | 3.4 | 6. Nashville | 4.3 | 6. New Orleans | 3.8 |
| 7. Louisville | 2.7 | 7 Detroit | 3.2 | 7. Jackson, MS | 3.7 | 7. Montgomery | 3.2 |
| 8. Cincinnati | 2.6 | 8. Milwaukee | 2.7 | 8. Laurel/Hattiesburg | 3.4 | 8. Baton Rouge | 3.0 |
| 9. Montgomery/Selma | 2.4 | 9. St. Louis | 2.7 | 9. Baton Rouge | 3.1 | 9. Jackson, MS | 2.8 |
| 10. Meridian | 2.4 | 10. Cincinnati | 2.4 | 10. New Orleans | 3.0 | 10. Mobile | 2.6 |
| | | | | | | 11. Tuscaloosa | 2.6 |
| **Total** | **62.5%** | **Total** | **52.2%** | **Total** | **57.7%** | **Total** | **65.2%** |

| | Fall '08 *(Sept. – Oct.)* | Winter '08 *(Nov. - Feb.)* | Spring '09 *(Mar. - May)* | Summer '09 *(Jun. - Aug.)* | Annual '08 – '09 |
|---|---|---|---|---|---|
| Number of Visitors | 267,200 | 230,200 | 260,400 | 574,100 | 1,331,900 |
| Visitor Expenditures | $90,374,384 | $96,414,700 | $105,545,300 | $241,162,187 | $533,496,571 |

© *Copyright 2009.   All Rights Reserved.    FCD – T*
**www.KlagesGroup.com**

**2008 - 2009 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

| | Fall '08 | Winter '08 | Spring '09 | Summer '09 |
|---|---|---|---|---|
| **Transportation Mode** | | | | |
| Personal Car/RV | 93.7% | 91.3% | 93.6% | 94.4% |
| Rental Car | 4.4 | 5.8 | 6.4 | 5.4 |
| Plane | 3.7 | 7.0 | 3.0 | 1.8 |
| | | | | |
| **Major Highways Used to Reach Area** | | | | |
| *(Multiple Response)* | | | | |
| Interstate 65 | 68.2% | 70.6% | 69.2% | 67.0% |
| Interstate 10 | 30.3 | 28.2 | 28.5 | 33.4 |
| U.S. Highway 98 | 7.6 | 8.3 | 10.6 | 12.5 |
| Interstate 85 | 6.8 | 6.6 | 5.8 | 7.8 |
| From Pensacola | 3.3 | 4.8 | 2.6 | 1.8 |
| | | | | |
| **Purpose of Trip** *(Primary Reason)* | | | | |
| Vacation | 81.6% | 78.4% | 85.5% | 92.1% |
| Business/Meeting/Conference | 5.2 | 4.4 | 4.5 | 2.2 |
| Visit Friends/Relatives | 5.8 | 7.2 | 5.4 | 2.6 |
| Fishing | 2.5 | 0.9 | 0.5 | 0.4 |
| Golfing | 1.0 | 1.5 | 1.9 | 1.0 |
| | | | | |
| **First Visit to GSH/ORB** | 35.0% | 33.5% | 27.0% | 27.9% |
| | | | | |
| **Average Repeat Visits Past 5 Years** | | | | |
| *(Base: Repeat Visitors)* | 4.4 trips | 4.1 trips | 3.9 trips | 4.0 trips |
| | | | | |
| **Information Sources** *(Multiple Response)* | | | | |
| Internet | 55.1% | 54.2% | 67.4% | 69.6% |
| Previous Visit | 54.4 | 56.9 | 66.2 | 62.6 |
| Brochures | 20.4 | 12.1 | 7.0 | 24.8 |
| Recommendation by Friend/Relative | 26.1 | 26.3 | 20.8 | 20.5 |
| Vacation/Travel Guides | 12.7 | 15.0 | 5.7 | 14.4 |
| Convention and Visitors Bureau | 6.9 | 7.6 | 6.0 | 7.0 |



Transportation



Purpose of Trip



Information Sources

## 2008 - 2009 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau

|  | **Fall '08** | **Winter '08** | **Spring '09** | **Summer '09** |
|---|---|---|---|---|
| **Assisted by Travel Professional** | 3.8% | 3.0% | 3.6% | 2.9% |
| **Reservations** | | | | |
| Before Arriving in Area | 83.4% | 71.4% | 81.2% | 90.2% |
| None | 16.6 | 28.6 | 18.8 | 9.8 |
| **Length of Stay in GSH/ORB** *(days)* | | | | |
| Vacation Trips | 6.7 | 7.1 | 7.1 | 6.4 |
| Get-Away Trips | 3.1 | 3.2 | 3.1 | 3.3 |
| **Party Size** *(Immediate Travel Party)* | 3.9 | 3.0 | 3.9 | 4.5 |
| **Party Composition** | | | | |
| Family | 46.5% | 26.7% | 45.3% | 72.4% |
| Couple | 39.0 | 64.2 | 39.7 | 18.3 |
| Group of Couples/Friends | 16.4 | 8.5 | 18.2 | 17.3 |
| Single | 2.7 | 2.5 | 1.4 | 0.9 |
| With Business Associates | 2.1 | 2.4 | N/A | 0.8 |
| **Traveling with Children** | | | | |
| Yes | 38.7% | 20.6% | 49.7% | 70.8% |
| No | 61.3 | 79.4 | 50.3 | 29.2 |
| **Who First Suggested Our Area for this Trip** *(Multiple Response)* | | | | |
| Self | 45.9% | 35.6% | 49.4% | 55.9% |
| Family | 18.7 | 16.5 | 19.2 | 26.8 |
| Friend | 12.6 | 14.0 | 19.0 | 14.7 |
| Spouse/Companion | 20.8 | 25.0 | 18.8 | 11.3 |
| **% Female Recommending** | 63.1% | 53.1% | 63.5% | 65.4% |
| **Other Beach Areas Considered** *(Multiple Response)* | | | | |
| Florida | 47.8% | 44.0% | 43.7% | 53.4% |
| South Carolina | 10.8 | 9.2 | 7.3 | 9.2 |
| North Carolina | 4.1 | 5.6 | 5.3 | 5.8 |
| Georgia | 6.1 | 4.4 | 1.2 | 3.3 |
| Mississippi | 9.5 | 7.6 | 1.8 | 5.0 |
| Texas | 3.4 | 6.8 | 1.5 | 3.1 |
| None | 40.9 | 49.9 | 50.8 | 38.7 |







## 2008 - 2009 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau

|  | Fall '08 | Winter '08 | Spring '09 | Summer '09 |
|---|---|---|---|---|
| **Why Choose GSH/ORB** *(Multiple Response)* | | | | |
| Nice Beaches | 36.1% | 32.1% | 43.2% | 41.1% |
| Close to Home | 33.9 | 28.8 | 41.4 | 41.5 |
| Family Oriented | 19.0 | 13.9 | 20.1 | 24.9 |
| Familiar/Previous Visit | 24.8 | 30.6 | 32.9 | 27.6 |
| Recommended by Friend/Relative | 21.5 | 18.2 | 17.6 | 17.1 |
| Accommodations | 25.1 | 19.7 | 16.7 | 16.5 |
| Reasonable Rates | 26.8 | 20.2 | 22.5 | 18.3 |
| Quiet/Laid Back | 19.5 | 33.3 | 35.9 | 20.0 |
| Clean | 9.7 | 9.7 | 6.3 | 15.8 |
| Safe Area | 23.2 | 20.9 | 23.0 | 14.8 |
| Never Been/Try Something Different | 11.9 | 18.1 | 5.5 | 13.7 |
| Not Crowded/Commercial | 25.7 | 26.9 | 18.4 | 13.3 |
| Food/Restaurants | 18.5 | 21.6 | 19.2 | 10.9 |
| Weather | 20.7 | 22.3 | 14.6 | 9.3 |
| Beautiful | 8.7 | 19.8 | 16.9 | 9.6 |
| Shopping | 11.4 | 10.1 | 10.5 | 7.3 |
| Nature | 13.4 | 13.5 | 13.4 | 11.5 |
| Fishing | 5.8 | 7.1 | 7.9 | 4.7 |
| Friends/Relatives in Area | 6.5 | 11.6 | 9.0 | 9.6 |
| Golfing | 2.5 | 13.2 | 7.3 | 8.6 |
| **Attractions Visited** *(Multiple Response)* | | | | |
| Tanger Center | 46.1% | 43.6% | 49.3% | 47.4% |
| The Wharf | 19.5 | 18.6 | 27.9 | 27.9 |
| The Track | 11.1 | 6.4 | 13.3 | 25.7 |
| Gulf State Park | 25.2 | 23.9 | 23.3 | 21.4 |
| Fort Morgan | 22.3 | 29.4 | 21.8 | 16.0 |
| Waterville | 2.1 | 0.9 | 6.8 | 13.6 |
| Alabama Gulf Coast Zoo | 10.5 | 9.6 | 13.9 | 10.4 |
| Battleship USS Alabama | 12.7 | 10.9 | 8.8 | 10.3 |
| Pensacola Naval Museum | 13.2 | 11.6 | 11.5 | 8.1 |
| Dauphin Island | 10.8 | 11.7 | 7.1 | 8.3 |
| Mobile Bay Ferry | 7.6 | 12.2 | 11.2 | 5.7 |
| Bon Secour Wildlife Refuge | 8.4 | 13.7 | 10.2 | 4.4 |
| Bellingrath Gardens | 3.1 | 7.2 | 3.3 | 0.9 |
| None | 17.8 | 15.5 | 20.6 | 17.7 |
| **Satisfaction with Area** | | | | |
| Very Satisfied | 75.6% | 76.3% | 72.7% | 70.1% |
| Satisfied | 22.0 | 20.9 | 25.5 | 25.3 |
| **Satisfaction Level** | **97.6%** | **97.2%** | **98.2%** | **95.4%** |



**Attractions Visited**



Satisfaction/Recommend Gulf Shores/Orange Beach



**Plan to Return**

## 2008 - 2009 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau

| | Fall '08 | Winter '08 | Spring '09 | Summer '09 |
|---|---|---|---|---|
| **Recommend Area to Friends** | 93.2% | 91.7% | 94.5% | 90.3% |
| | | | | |
| **Plan to Return** *(% yes)* | | | | |
| To Local Area | 89.2% | 89.8% | 90.9% | 89.9% |
| Next Year *(Base:  Return to Local Area)* | 66.8 | 72.0 | 71.8 | 59.2 |
| | | | | |
| **Activities Enjoyed in Area** *(Multiple Response)* | | | | |
| Beaches | 94.5% | 90.3% | 95.7% | 97.8% |
| Relaxing | 80.8 | 78.9 | 81.1 | 83.3 |
| Dining Out | 82.9 | 72.9 | 78.1 | 82.0 |
| Shopping | 61.6 | 59.0 | 65.0 | 62.3 |
| Pool | 34.4 | 19.4 | 40.2 | 51.8 |
| Sight Seeing | 42.5 | 61.0 | 47.7 | 46.7 |
| Attractions | 36.1 | 24.6 | 38.7 | 39.6 |
| Photography | 17.7 | 12.1 | 20.4 | 23.7 |
| Wildlife/Environment | 20.7 | 21.2 | 28.5 | 24.0 |
| Miniature Golf | 9.7 | 7.2 | 15.4 | 18.9 |
| Fishing | 15.6 | 15.7 | 12.0 | 17.0 |
| Visiting Friends/Relatives | 13.2 | 17.3 | 16.7 | 16.0 |
| Bars/Nightlife | 8.4 | 9.2 | 13.9 | 12.1 |
| Seafood/Shrimp Fest | 16.0 | 12.7 | 6.6 | 12.7 |
| Movies | 4.2 | 7.7 | 6.8 | 7.4 |
| Golfing | 11.5 | 17.8 | 14.8 | 11.5 |
| Bird Watching | 2.4 | 7.5 | 9.7 | 5.9 |
| | | | | |
| **Median Age Head of Household** *(years)* | 49.5 | 53.4 | 46.4 | 44.3 |
| | | | | |
| **Median Annual Household Income\*** | $75,000 | $77,172 | $77,304 | $83,453 |
| | | | | |
| **Visitor Party Budget** | | | | |
| *(GSH/ORB Stay: Food/Lodging/Entertainment)* | | | | |
| Total | $1,319.05 | $1,256.50 | $1,580.76 | $1,890.32 |
| Per Person/Trip | 338.22 | 418.83 | 405.32 | 420.07 |
| Per Person/Day | 73.53 | 72.21 | 77.95 | 80.78 |
| | | | | |
| **Visitor Party Budget Breakout** | | | | |
| *(GSH/ORB Stay)* | | | | |
| Accommodations | $490.00 | $405.00 | $665.00 | $889.60 |
| Food/Entertainment | 428.90 | 402.13 | 483.78 | 580.12 |
| Retail/Grocery Purchases | 244.80 | 260.19 | 265.75 | 290.63 |
| Miscellaneous Expenditures | 104.57 | 165.67 | 119.64 | 103.39 |

*\* Please Note:  Median household income after taxes*

### Activities Enjoyed *(Top Four)*



### Age – Head of Household



### Budget Breakout

## 2008 - 2009 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau

|  | **Fall '08** | **Winter '08** | **Spring '09** | **Summer '09** |
|---|---|---|---|---|
| **See/Read/Hear GSH/ORB Message** | 63.4% | 53.1% | 62.6% | 64.2% |
| | | | | |
| **Type of Message Seen** | | | | |
| Internet | 67.3% | 69.5% | 73.3% | 71.9% |
| Brochure | 25.5 | 27.7 | 19.5 | 29.4 |
| Magazine Ad | 17.0 | 14.4 | 18.5 | 22.9 |
| Television | 15.4 | 16.3 | 20.2 | 16.5 |
| Travel/Visitor Guide | 18.4 | 17.8 | 11.3 | 17.0 |
| Magazine Story | 5.6 | 8.0 | 4.6 | 7.9 |
| Newspaper Story | 7.3 | 5.3 | 7.3 | 6.1 |
| Newspaper Ad | 5.9 | 8.4 | 10.4 | 7.7 |
| Radio | N/A | 1.0 | 6.3 | 3.3 |
| Billboards | N/A | 1.9 | 1.7 | 4.6 |
| | | | | |
| **Influenced by GSH/ORB Message** | | | | |
| *(Base: Respondents Reporting* | | | | |
| *See/Read/Hear Message)* | 39.7% | 42.5% | 41.6% | 45.5% |
| | | | | |
| **Occupation** | | | | |
| Professional/Technical | 36.6% | 25.3% | 35.6% | 42.0% |
| Executive/Managerial | 19.4 | 16.3 | 18.3 | 17.5 |
| Craft/Factory | 10.0 | 6.1 | 6.6 | 10.3 |
| Self-Employed | 6.6 | 6.4 | 8.5 | 8.2 |
| Retired | 9.4 | 24.0 | 10.1 | 5.0 |
| Salesman/Buyer | 9.7 | 12.5 | 6.9 | 7.8 |







**2008 - 2009 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau**

### Influential Factors in Choosing GSH/ORB

| | Fall '08 | Winter '08 | Spring '09 | Summer '09 |
|---|---|---|---|---|
| White, Sandy Beaches | 92.2% | 86.6% | 88.1% | 89.9% |
| I Can Drive There with Family | 90.8 | 71.7 | 83.8 | 92.1 |
| Safe Destination | 83.1 | 79.1 | 85.0 | 85.7 |
| Complete Relaxation | 85.9 | 79.3 | 81.5 | 81.5 |
| Family Atmosphere | 71.6 | 57.1 | 77.0 | 79.2 |
| Sunning on the Beach | 55.5 | 46.6 | 66.4 | 77.2 |
| Good Value for the Money | 81.8 | 71.8 | 81.8 | 72.7 |
| Safe Beaches for Children | 56.7 | 40.3 | 62.1 | 72.4 |
| Clean, Unspoiled Environment | 72.7 | 72.5 | 75.9 | 77.8 |
| Reasonably Priced Lodging | 73.4 | 67.7 | 71.9 | 70.0 |
| Warm Weather | 76.1 | 75.5 | 70.9 | 70.8 |
| Good Restaurants/Dining Out | 73.1 | 68.6 | 71.2 | 74.4 |
| Uncommercialized Beaches | 63.0 | 52.8 | 57.6 | 66.2 |
| Upscale Accommodations | 51.4 | 51.8 | 54.4 | 54.8 |
| Romantic Place | 37.1 | 35.5 | 40.7 | 32.0 |
| Good Fishing | 16.8 | 15.9 | 12.0 | 18.1 |
| Good Golfing | 14.1 | 24.9 | 13.6 | 16.1 |
| Good Boating | 12.9 | 17.6 | 10.1 | 12.6 |



**Influential Factors (Top Five)**

## 2008 - 2009 Visitor Profile and Occupancy Statistics  --  Alabama Gulf Coast Convention & Visitors Bureau

| | Fall '08 | Winter '08 | Spring '09 | Summer '09 |
|---|---|---|---|---|
| **Requested Additional Information** | | | | |
| **About Area for Trip** *(Multiple Response)* | | | | |
| Did Not Request Information | 37.1% | 33.5% | 38.5% | 38.6% |
| Accessed www.gulfshores.com | 27.6 | 30.8 | 37.5 | 39.1 |
| Accessed Individual Hotel/Motel/Condominium Website | 29.6 | 32.4 | 24.4 | 36.0 |
| Accessed Destination Sites for Gulf Shores/Orange Beach | 24.5 | 23.5 | 18.3 | 21.0 |
| Accessed an Internet Travel Website | 16.3 | 14.4 | 15.7 | 11.7 |
| Called a Hotel/Motel/Condominium Toll-Free Number | 9.0 | 7.7 | 9.3 | 12.4 |
| Called the CVB Toll-Free Number | 3.5 | 5.2 | 4.8 | 3.2 |
| **Have Access to the Internet** | 94.3% | 94.0% | 94.5% | 98.2% |
| **Seek Out Travel Information On-Line** | | | | |
| *(BASE:  Those with Internet Access)* | 93.0% | 93.5% | 92.2% | 94.4% |
| **Ever Book Reservations On-Line** | | | | |
| *(BASE:  Those with Internet Access)* | 69.6% | 73.7% | 75.1% | 79.0% |
| **Used the Internet to Gather Travel** | | | | |
| **Information for this Trip** | | | | |
| *(BASE:  Those who Seek Travel Information On-Line)* | 89.7% | 82.6% | 86.0% | 91.9% |
| First Time | 98.3 | 91.4 | 93.5 | 96.3 |
| Repeat | 84.4 | 77.9 | 82.9 | 90.1 |
| **Booked Reservations for this Trip on the Internet** | | | | |
| *(BASE:  Those who Seek Travel Information On-Line)* | 42.0% | 38.8% | 44.2% | 47.0% |
| **Accessed the Website www.gulfshores.com** | | | | |
| *(BASE:  Those who Seek Travel Information On-Line)* | 42.7% | 48.8% | 56.6% | 52.6% |
| **Sources of Information About Destination Once Arrive in Area** | | | | |
| *(Multiple Response)* | | | | |
| Front Desk Personnel | 31.8% | 33.0% | 27.1% | 32.2% |
| Visitor Guides | 33.8 | 23.7 | 29.6 | 32.9 |
| Local Information TV Channel | 14.2 | 18.0 | 22.1 | 15.8 |
| Visitor Welcome Centers | 16.3 | 19.2 | 21.6 | 17.6 |
| Internet | 14.7 | 17.7 | 16.7 | 18.6 |
| Maps | 19.3 | 15.6 | 12.6 | 17.2 |
| Waiters/Waitresses | 16.0 | 16.9 | 15.5 | 12.1 |
| Local Radio | N/A | 1.2 | N/A | 3.6 |
| Don't Look for Information Once in Area | 35.9 | 16.6 | 32.8 | 29.6 |

**Planning/Reservation Window Analysis**
*Days to Arrival*

# Exhibit M

# Oil Express

**exclusive report serving informed petroleum marketers nationwide**

July 5, 2010 – Vol. XXXIII, Issue No. 27

## Gasoline Price Barometer

Many gasoline marketers received an early Independence Day gift last week in the form of sharply lower prices for gasoline and diesel fuel.

Crude was a victim of Wall Street worries, but despite new 2010 stock market lows, WTI futures remained more than $5/bbl above the yearly low.

Wholesale gasoline prices drifted back below $2.00/gal in most of the country, representing a drop of 15cts/gal in less than 10 days. There was still a continental divide separating the West, with spot gasoline there closer to $2.15-$2.20/gal. Pump prices barely budged, so margins widened for peak driving season weeks.

Diesel values were hammered worldwide, and with cause. U.S. demand was strong in April and May, but it has waned with the longer days. Futures dipped below $1.95/gal and spot premiums to futures narrowed.

Ethanol outperformed petroleum in the spot markets, and blending margins slimmed by a penny or more.



### National Rack-to-Retail Margins
(Averages in cts/gal)

32.3 — 26.6 — 20.8 — 17.8 — 11.9 — 14.9

5/24   5/31   6/7   6/14   6/21   6/28

*Source: OPIS Retail Fuel Watch*
*For more information call 1-888-301-2645.*

### Average U.S. Contract Price
(in cts/gal)

| | Unleaded Gasoline | | | ULS No. 2 | |
|---|---|---|---|---|---|
| Current Week | 208.7 | | | 216.3 | |
| Previous Week | | 213.1 | | | 223.1 |
| Year Ago | | | 200.4 | | 187.8 |

*Source: Oil Price Information Service*

■ Current Week  □ Previous Week  ▨ Year Ago

## Jobbers say BP's bailout offer won't cover losses

BP jobbers are consulting lawyers about the terms of their wholesale contracts after hearing details of a plan that BP says will compensate them for volume losses of 5% to 30% as a result of public outrage over the Gulf of Mexico oil spill.

The promised 1ct/gal volume rebate, a cut in credit card fees, more coop cash and a promise not to fine marketers who don't pass image inspections is "too little, too late," say many marketers.

Marketers are particularly angry over a BP suggestion that they file claims against the $20 billion escrow account BP has set up at the insistence of the White House to help small businesses along the Gulf.

"We're livid," said one jobber. "We were told we would have to go through the normal claims process, just like everyone else. We are contract customers but they don't feel obligated to us. I find it beyond reason that they are refusing to deal with us as their customers."

A former executive with another major oil company also says BP needs to do more for its marketers. "The critical issue is that BP must provide ongoing brand support as well as a competitive price to wholesalers," former Shell wholesale VP Hugh Cooley told Oil Express this week in an exclusive interview **(See P.6)**.

BP announced what it was willing to give struggling wholesalers during a conference call. According to marketers, the BP offer applies to jobbers market-wide. There is no special aid for Gulf-area jobbers, although volume thresholds for them are lower. **BP said it would:**

- **Drop** the 13cts transaction fee it charges marketers on its private-label proprietary card – the move actually brings BP in line with most other major oil companies, none of whom charge transaction fees on their proprietary consumer card. The company will also shelve for now the 13cts fee in charges on its co-branded Visa;

- **Reduce** the processing fee it charges marketers on third party MasterCard and Visa sales from 1.75% to 1.4%, but the12cts transaction fee will remain. "Visa and MasterCard represent about 60% of all our card transactions," says BP. Marketers say that at today's prices, the cut is worth about .75ct/gal."It's a start, but BP is going to have to do more. Some jobber or dealer is going to sue to get out of their contract pretty soon if they don't drop the amortization clause," says a jobber with several dealer accounts.

- **Pay marketers** a 1ct/gal allowance on branded gas and diesel they buy in June to August this year. To qualify, Gulf jobbers must pull 70% of their average liftings between January and April this year. The threshold for jobbers outside the Gulf is 85%. "The 1ct/gal is nice, but if your dealers can't sell the fuel, you won't get the money," says a Gulf Coast jobber. "It's the peak of our season but we barely cleared 70% this month, and we won't make it at all in July," said another distributor. The 1ct/gal is in addition to a 1ct/gal allowance BP started paying Gulf Coast jobbers in late May, as exclusively reported (OE 06/14/10).



## Gasoline Supply Barometer

Gasoline demand is meeting, or even exceeding, expectations. Last week's EIA demand number of nearly 9.5 million b/d was 410,000 b/d above the five-year average for the last week of June.

Nonetheless, recent government data has been mixed. Diesel demand is poor and exports have at least temporarily dried up. Total petroleum demand slipped under 19 million b/d last week for the 10th time this year, but for the first time since April 23.

Gasoline production was also quite high, thanks in great part to a surge in imports to over 1 million b/d. Refinery rates dipped to 88.4%, and flat demand for products other than gas may keep utilization below 90% all summer.

Gasoline stocks are adequate to slightly top-heavy in most markets with PADD5 a notable exception. Inventories there dropped by 500,000 bbl. Help could come for that region via some foreign product.

Crude oil stocks drew lower, but you really have to search long and hard to find a July where this much feedstock was on hand.

### Average U.S. Spot Price
(in cts/gal)

Unleaded Gasoline          ULS No. 2



### U.S. Refinery/Inventory
(in million b/d)

Gas Stocks          Gas Production



■ Current Week   ▨ Previous Week   ▨ Year Ago

- **Expand** coop funding on image requirements to 100% – previously, BP paid 50% of costs. BP's coop cash amounts to $.0015/gal.
- **Suspend** fines for jobbers whose stations fail Helios "mystery shop" inspections for the remainder of 2010. BP recently introduced penalties ranging from $200 to $1,000 for marketers whose stations do not score a minimum 85% on inspections (OE 12/07/09). BP told jobbers in January that their "consumer satisfaction scores put us below most competitors," as first reported (OE 01/18/10). Under the new program, BP will send five $10 gift cards to dealers for distribution to their employees if they score 15 out of 18 on part of an image inspection.
- **Create** a special "response team" for Gulf Coast marketers to help them handle specific site and dealer issues, including sending BP representatives to talk with and train dealers.
- **Continue** with the "locally owned and operated" POP tool kit for local advertising that it launched in May (OE 06/07/10).

One jobber outside the Gulf summed up BP's offer this way: "The 1ct/gal is a drop in the bucket. The credit card fee decrease is nice but it looks to me like they are just giving us their normal cut of the fees. The coop change is something they should have done years ago and should make permanent. Overall, the gesture is nice but come on, do the math on a 20 million gals/yr jobber losing 20% of his business because of their screw up. They need to try again."

As soon as the details of its program were announced, BP revved up its public relations machine. BP spokeswoman Sherry Boldt said in interviews that BP and its jobbers were "weathering the storm together," and that the major wanted "to remain loyal to its purchasers."

John Kleine, the former Amoco exec who runs the BP Amoco Marketers Assn., joined the BP public relations team too.

In interviews, he touted the BP program as worth "$50 million to $70 million" – if BP advertising support is also figured into the value.

Kleine also said that BP jobbers do not want to debrand their sites. "Very few, if any, have said that's what they want to do," he told one reporter. "There's a belief that this can be rebuilt as a strong brand."

Some marketers dispute Kleine's claims (See P.7).

Kleine calls BPAMA the "representative voice" of BP jobbers nationwide, an estimated 475 wholesalers who operate around 10,000 stations. According to BP, marketers were selling 22 billion gals/ yr – about 50 million gals/day – before the Deepwater Horizon disaster.

BP heavily promotes BPAMA to jobbers. It says it works "in partnership" with BPAMA "to create and shape mutually beneficial programs and policies." BP also provides $100,000/yr in funds to BPAMA and has four associate director positions on BPAMA's board.

*Carole Donoghue, cdonoghue@opisnet.com*

**Oil Express** (ISSN 0195-0576) is published weekly except the first week in July and the last week in December by United Communications Group, Two Washington Center, 9737 Washingtonian Blvd., Ste. 100, Gaithersburg, MD 20878-7364. © 2010. Redistribution (photocopying or forwarding) without written permission is strictly prohibited and aggressively enforced. If anyone reports illegal copying/forwarding to Oil Express, they will receive 10% of the net proceeds of any copyright settlement. Subscriptions: $637/1 year, $1,274/2 years. First-class postage paid Baltimore, MD and additional offices. **Postmaster: Send address changes to Oil Express, Two Washington Center, 9737 Washingtonian Blvd., Ste. 100, Gaithersburg, MD 20878-7364.** Editorial: (301) 287-2700, ext.2203; Circulation: (301) 287-2525. Fax: (301) 287-2039. **STAFF:** Tom Kloza, Spencer Kelly, Mary Welge, Rachel Gantz, Robert Gough, Beth Heinsohn, Mary Casella, Research, Brian Crotty, Dir., Petroleum Division, Carole Donoghue, Editor & Publisher, Debbie Dinardo, Circulation Manager, Renee Ortner, Production Director   **WEB:** www.opisnet.com

# Exhibit N

# Oil Express

**exclusive report serving informed petroleum marketers nationwide**

August 9, 2010 – Vol. XXXIII, Issue No. 31

## Gasoline Price Barometer

Crude oil prices advanced thanks to a very weak U.S. dollar and additional purchases of futures and options by financial parties last week. WTI easily reached its highest level since early May, despite very plentiful supplies in the U.S. and abroad.

Gasoline prices didn't match the crude gains, but wholesale upswings of 5-10cts/gal still put rack-to-retail margins at their worst levels since midspring. Forward prices for after Labor Day delivery are considerably lower.

The West Coast led the charge, but only because of a refinery event late in the week. CARBOB in California advanced above $2.40/gal, only 5-8cts/gal below 2010 highs. The rest of the country saw wholesale unleaded regular in the $2.10-$2.15/gal range, and retail mounted an assault on a $2.80/gal national average.

Diesel was a hot commodity in Europe, and that buying spilled over into the U.S. Demand may be stagnant, but it still costs $2.25/gal or more for diesel wherever it is loaded in the U.S.

### National Rack-to-Retail Margins
(Averages in cts/gal)



| 6/28 | 7/5 | 7/12 | 7/19 | 7/26 | 8/2 |
|------|------|------|------|------|------|
| 14.9 | 21.5 | 17.2 | 15.7 | 13.3 | 15.4 |

*Source: OPIS Retail Fuel Watch*
*For more information call 1-888-301-2645.*

### Average U.S. Contract Price
(in cts/gal)

Unleaded Gasoline      ULS No. 2



| | Unleaded Gasoline | | | ULS No. 2 | |
|---|---|---|---|---|---|
| Current Week | 219.5 | | | 232.2 | |
| Previous Week | 209.4 | | | 215.1 | |
| Year Ago | 207.4 | | | 198.9 | |

*Source: Oil Price Information Service*

■ Current Week   □ Previous Week   ▨ Year Ago

## BP will end rebate, but give some jobbers cash

BP has finished plugging its deepwater Gulf of Mexico leak, and now hopes to stop leakage across its U.S. marketing network.

A temporary penny discount for Gulf Coast marketers has been retained, but a penny rebate available if marketers hit 70% of January-April average volumes goes away Aug. 31, as does a credit card price break. Instead, jobbers were told that there will be up-front money based on 2010 volumes. It's not clear whether states outside of the Gulf Coast will see the money and it will be up to jobbers to determine how sharing and incentives with dealers are crafted. The up-front cash will apply to diesel as well as gasoline.

Marketers will not get any special treatment in submitting claims due to volume losses or inside sales drops subsequent to the spill. They will have to use the same process set up for other impacted Gulf Coast merchants.

And forget about any notion of reviving the "Amoco" name. Marketers vary on their reaction to that news, but said that management recently made it clear that "BP was more than just a logo." A broad campaign to tilt public opinion and bring back disaffected customers should be outlined at the October jobbers' meeting.

*Tom Kloza, tkloza@opisnet.com*

## Company talks of 76 brand launch in Northeast

Does the iconic 76 orange ball gasoline logo have any appeal in the Northeast? Buckeye Energy Services (BES), the company formed when Buckeye Pipeline purchased Farm & Home Oil, apparently thinks so.

Marketers in New York, New Jersey and Pennsylvania received mailings from BES recently asking whether they'd be interested in flying the 76 flag. ConocoPhillips, which owns the rights to that flag as well as the Conoco and Phillips 66 brands wouldn't comment, citing company policy.

Buckeye Energy Services has been in an expansion mode, but mostly via unbranded sales. The marketing company now wholesales light products in New Jersey, Michigan, Indiana, Connecticut and Illinois in addition to its legacy markets in New York and Pennsylvania.

*Tom Kloza, tkloza@opisnet.com*

## Pantry/Marathon deal means less for Citgo, Texaco

New Marathon signs flying at c-stores operated by The Pantry will result in some debranding of Citgo, Texaco and Exxon stations, but the southeastern chain was mum on terms for the multiyear purchase of fuel that will mostly be produced at Marathon's Garyville, La., refinery. The Marathon flag will be coupled with The Pantry's private "Kangaroo Express" logo at most locations, and sources believe the deal could be eventually widened if the chain picks up unbranded sites in future years. There was no hint of any imminent M&A activity for the Cary, N.C.-

# Exhibit O



You are here: News > Fuels

# BP Moving Brand Forward

Offers details on marketers' meeting, local brand building, Jobbers Excellence Program, more

CSP Daily News | October 29, 2010

**WARRENVILLE, Ill.** -- BP Products North America Inc. said that it reaffirmed its commitment to the BP retail brand at the 2010 BP Amoco Marketers Association (BPAMA) Convention & E gathering of BP marketers last week in Gaylord, Md. A record number of marketers attended this year's event to hear from several top BP executives how the company plans to move the br of Mexico incident. The three-day conference addressed plans to build a stronger foundation by investing in its marketers on a local level.



(_www.cspnet.com/ME2/Audiences/dirmod.asp?_
_sid=&nm=&type=Publishing&mod=Publications%3A%3AArticle&mid=8F3A7027421841978F18BE895F87F791&AudID=CBA745B91AFB44FA923476ACBBD040A5&tier=4&id=B9770303D_
_target="_blank">Click here_ for previous CSP Daily News coverage of the BPAMA meeting, including comments by BP CEO Bob Dudley.) As fuel volumes and consumer sentiment continu regaining trust, working with marketers to grow the business and striving to return BP to the brand of choice for consumers, the company said.

"We have had a very challenging six months," said Kevin Phelan, BP senior vice president for marketing and sales. "While there is no [magic] bullet, our brand continues to show strength, a the BP brand forward by providing the level of commitment and support that our marketers expect."

According to Phelan, BP-branded sales were down between 7% and 10% during the oil spill. Sales began recovering after the capping of the Mancodo well in mid-July and are currently track year's levels.

Phelan and BP director of brand and marketing communications Linda Bartman outlined BP's plan, which focuses on its quality gasoline product, an improved retail site experience and a fo in which BP's branded marketers operate.

"The foundation for our plans was based on branded marketer input and consumer insights," said Bartman. "As we move the brand forward, we're focused on building consumer loyalty and r trust by improving the site experience and strengthening the BP brand in each marketer's local community, which is a good first step."

In addition to the local marketing programs, BP is uniting its marketers through an Olympic-themed customer contest called the Jobber Excellence Program. The program is a competition t volume growth, network management and site execution and then rewards marketers with trips to the London Olympics in 2012 and up to $100,000 in funding for site makeovers.

BP is also investing in its marketers by establishing two executive education programs that build capabilities across the marketer's broader organization and help strengthen the marketer's with Northwestern University's Kellogg School of Management and the second is called the Marketer Institute of Excellence--an internal BP extension of the Kellogg program.

"BP's most valuable assets are its marketers," Bartman said. "As we move the BP brand forward, we're investing in our marketers because we want to show our commitment to them, their brand."

According to Don Good, BP marketer and owner of Good Oil, Winamac, Ind., BP's commitment to progress and improvement resonated well with marketers and brought the two sides close convention. "At BPAMA, BP was not only focused on making it right in the public's eyes, but making it right for the jobbers--especially when it came to getting the brand back to where we w The jobbers and BP went through a crisis together, and it was a joint effort between us to weather the storm together."

"Coming into this conference, I think the majority of us had an open mind. And leaving, I can honestly say that our spirits were higher than we could ever have expected and have a very posi said Maximo Alvarez, whose Sunshine Gasoline Distributors is one of the largest suppliers of BP-branded gasoline in Florida.

BP markets more than 15 billion gallons of gasoline every year to U.S. consumers through more than 10,000 BP and ARCO branded retail outlets and supplies more than four billion gallons industrial users, auto and truck manufacturers, railroads and utilities. BP is the single, global brand formed by the combination of the former British Petroleum, Amoco, Atlantic Richfield (AR is a global producer, manufacturer and marketer of oil, gas, chemicals and renewable energy sources.

Source: CSP Daily News
Retailer Focus: BP Products North America (ampm), Sunshine Gasoline Distributors
Related Terms: Fuels

# Comments

Login or register to post comments