# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | CIVIL ACTION <br><br> MDL NUMBER:   2179 <br><br> SECTION   J <br><br><br> Honorable CARL J. BARBIER |
| This document relates to: <br><br> 10-CV-04573 | * * * * * * * | Magistrate Judge SHUSHAN |
| ****************************************** | * | |

## REQUEST BY BP DEALER PLAINTIFFS FOR ORAL ARGUMENT

-1-

Plaintiffs TOBATEX, INC. and M.R.M. ENERGY, INC. ("BP Dealer Plaintiffs") request, pursuant to Local Rule 78.1E that they be allowed oral argument in response to defendants' motions to dismiss the BP Dealer Claims.

### RESPECTFULLY SUBMITTED BY:

(s) Samuel T. Rees

Samuel T. Rees (LA Bar No. 30203)
26 Muirfield Place
New Orleans, Louisiana 70131
Telephone: (213) 220-9988
Fax: (323) 874-1234
STReesEsq@earthlink.net

AND

Thomas P. Bleau (CA Bar No. 152945)
Martin R. Fox (CA Bar No. 155783)
Bleau Fox
A Professional Law Corporation
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Fax: (323) 874-1234
tbleau@bleaufox.com
mfox@bleaufox.com

Attorneys for Plaintiffs and Plaintiff Class

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of August 2012.

                                      /s/ Samuel T. Rees
                                      Samuel T. Rees