STATE OF LOUISIANA

PARISH OF JEFFERSON

## AFFIDAVIT

BEFORE ME, the undersigned authority, did come and appear,

Kerry Lauricella

Who, after being duly sworn, did depose and say that I am married to Sandy Lauricella and we own and reside in a waterfront home in Barataria, Louisiana on Bayou Barataria, where we resided at the time of the BP well disaster. Our waterfront home has bulkhead all the way around it, and our lot includes water bottoms inside our boathouse, which boathouse was excavated and lined with bulkhead. We also have a pier that extends out into Bayou Barataria. We also own waterfront lots that are bounded by natural shore line and are not surrounded with Bulkhead.

In addition to being waterfront homeowners, we and our family are recreational boaters, fishermen, shrimpers, crabbers and beachgoers. Our families' lives were substantially affected by the oil spill. Our waterfront property includes a boat house that stores multiple boats which we, historically, used nearly every week. We owned the property since around 2003. It is our only home, and is one of our primary investments. The value of our property plummeted after the oil spill. We purchased our home on the water because we loved being on water, and as part of our retirement plan it was and is our primary home. The oil disaster ruined, at least temporarily, our enjoyment of having a home in that area and caused us to want to consider selling it.

We have a dock that extends out into Bayou Barataria from our waterfront yard. We historically swim, fish, crab and shrimp from our dock. We keep active fishing licenses in

1



conjunction with our fishing activities. The oil from BP travelled in and under and around our dock, and prevented us from using our dock for any of our normal activities of swimming, fishing, crabbing and shrimping.

Another major impact on our lives was that we were prevented from using our boats and enjoying the waters that we normally used for fishing and other recreation. Before the BP disaster, we regularly used our boats, leaving from our waterfront home, to take our family on boat rides, water skiing, tubing, and fishing. We pay annual licensing fees to the State of Louisiana for the privilege and the right to use our boats. We also own a licensed and registered boat trailer.[1] We have fishing licenses. Our younger family members are required to and do hold boater's licenses. The boating aspect of having waterfront property has always been one of our primary reasons for investing and living and spending our life in that area. Yet for a long period of time after the oil spill, the government prohibited us from leaving Bayou Barataria into the waters to the south. There was a government blockade of ship traffic through the mouth of Bayou Barataria to the south of our home. We were told we were not allowed to enter that area as a result of the spill. We were prohibited from catching or eating fish, from our boats and from our waterfront home.

There was a strong smell of oil in the air for several months. I saw oil sheen on the water. To test it, I put Dawn biodegradable soap on the sheen, and it dissipated the sheen of oil. I collected a sample of the sheen covered water, and gave it to a news reporter. The combination of the knowledge that our water body had been severely polluted and the strong smell of oil and the anxiety of not knowing whether our principal asset had been rendered worthless by the BP disaster caused us to leave our waterfront property for several days. Living on the water when it

---

[1] The licenses that we obtained in connection with boating and fishing include fishing licenses, each boat license and registration, each trailer license and registration. Additionally, younger boaters in our family have had to take a boating exam in order to get a boater's license.

2

was polluted and the smell of the pollution was so strong created levels of anxiety that we could not bear, knowing that the water was toxic, polluted, and unusable for boating, fishing, swimming, shrimping, crabbing or other recreational activities, and that the substances in the water adjacent to our home and within our property and the polluted air over and around our property had the potential to make us sick.

I made public announcements after the spill that the oil was in the water, around my house and neighborhood, including an interview on WWL radio news.

We have also contributed to the cost of a pollution study and for clean-up of our area.

The government SCAT maps do not show that there was any study done of Bayou Barataria anywhere near our home, so having failed to study our area, the government did not record having found oil in our area.

At our Bayou Barataria home, we annually host a fishing rodeo fundraiser for John Curtis Christian School of River Ridge. In 2010, we were unable to host the fishing rodeo because the waters were closed to recreational use, so our school was unable to gain the benefit of our fundraising activities for 2010.

Further Affiant Sayeth not.

_____
Kerry Lauricella

Sworn to and Subscribed before me
Tour 10th day of August, 2012.

_____
NOTARY PUBLIC

CALEB H. DIDRIKSEN
Notary Public
State of Louisiana
Parish of Orleans
La. Bar Number 1334
Commission for Life

3