UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-02771, 2:11-cv-00925 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come the plaintiffs in Civil Action No. 11-925 (Rec. Doc. 1) and the respondents/claimants in the limitation proceeding associated with Civil Action No. 10-2771 (Rec. Doc. 388) ("Plaintiffs"), which are consolidated with MDL 2179 pending before this Honorable Court, and submit this Request for Oral Argument pursuant to Local Rule 78.1 in support of the Plaintiffs' Memorandum in Opposition to the Defendants' Rule 12(b)(6) Motions to Dismiss "Pure Stigma Claims" and "Recreation Claims."

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*/s/ Caleb H. Didriksen*_____
**CALEB H. DIDRIKSEN**, La. Bar No. 1334
**DIANE R. COSENZA**, La. Bar No. 4419
**MICHAEL D. LANE**, La. Bar No. 30364
3114 Canal Street
New Orleans, LA 70119
Telephone:  (504) 586-1600
Facsimile:   (504) 822-3119
Email: caleb@didriksenlaw.com
           diane@didriksenlaw.com
           mike@didriksenlaw.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of August, 2012.

/s/ Caleb H. Didriksen