IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br> HONORABLE CARL J. BARBIER |
| This document relates to: <br><br> *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* <br> No. 12-970 | * * * * * * | MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR LEAVE TO FILE
MEMORANDUM IN SUPPORT OF FINAL APPROVAL
IN EXCESS OF ORDINARY PAGE LIMITATIONS**

Now Into Court, through Co-Lead Class Counsel, come the Economic and Property Damage Class Representatives, who respectfully seek leave to file their Memorandum in Support of Final Class Settlement Approval in excess of the ordinary page limitations. Given the complexity of the litigation, the extensive record, the expert information being provided, and the need to address the six factors set forth in *Reed v. General Motors Corp.*, 703 F.2d 170 (5th Cir. 1983), as well as the proposed common benefit cost and fee structure, and the elements of Federal Rule of Civil Procedure 23, plaintiffs respectfully suggest that such briefing is appropriate. Class Counsel have attempted to be as concise as possible, and believe that such briefing will be of assistance and benefit to the Court.

1

**WHEREFORE** the Economic and Property Damage Class Representatives respectfully pray for an order granting leave to file in excess of the ordinary page limitations.

This 13th day of August, 2012.

Respectfully submitted,

|  |  |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of August, 2012.

/s/ Stephen J. Herman and James Parkerson Roy