IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER |
| This document relates to:<br><br>*Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.*<br>No. 12-970 | * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING the Class Representatives' Motion for Leave:

IT IS HEREBY ORDERED that Plaintiffs be and are hereby granted leave to file their Memorandum in Support of Final Approval of the Economic and Property Damages Settlement Class.

SIGNED this ____ day of August, 2012, New Orleans, Louisiana.

                                                                                   _____
                                                                                   **Hon. Carl J. Barbier**

1