# PLAINTIFFS' EXHIBIT A

(*in globo*)

[Seafood Compensation Fund]

# Seafood Average Revenue

## 2007-2009 The Gulf Coast Area


### Shrimp
$264.89m
110.58 million (lbs.)


### Oyster
$65.66 m
21.34 million (lbs.)


### Fin Fish
$69.81m
53.15 million (lbs.)


### Blue Crab
$42.41m
54.61 million (lbs.)


### Other
$33.35m
8.86 million (lbs.)

# TOTAL: $476.12 (millions)

28

|  | AVERAGE 2007 – 2009 | | 2010 | | REDUCTION | |
|---|---|---|---|---|---|---|
|  | Revenue (millions) | Volume (million) | Revenue (millions) | Volume (millions) | Revenue (millions) | Volume (millions) |
| Shrimp | $264.89 | 174.40 | $241.50 | 135.10 | -8.8% | -22.5 |
| Oyster | $65.66 | 21.34 | $51.62 | 14.81 | -21.4% | -30.6 |
| Blue Crab | $42.41 | 54.61 | $39.78 | 39.64 | -6.2% | -27.4 |
| FIN FISH | $69.81 | 53.15 | $54.98 | 45.21 | -21.2% | -14.9 |
| Other | $33.35 | 8.86 | $43.03 | 8.43 | 29.0% | -4.8 |
|  | $476.12 |  | $430.91 |  | % Drop Revenue | -9.5% |

29

**Value and Volume of Landings 2007-2011**
**AL, LA, MS, FL Gulf, FL Panhandle, TX Class**
**January - December**

| Year | Shrimp | | | Oyster | | | Blue Crab | | | Finfish | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MM lbs | MM $ | $/lb | MM lbs | MM $ | $/lb | MM lbs | MM $ | $/lb | MM lbs | MM $ | $/lb |
| 2007 | 180.74 | $277.64 | $1.54 | 21.39 | $65.99 | $3.08 | 56.03 | $44.48 | $0.79 | 50.35 | $70.29 | $1.40 |
| 2008 | 148.46 | $271.36 | $1.83 | 20.21 | $58.84 | $2.91 | 47.74 | $38.43 | $0.81 | 53.70 | $70.60 | $1.31 |
| 2009 | 194.02 | $245.67 | $1.27 | 22.42 | $72.13 | $3.22 | 60.07 | $44.33 | $0.74 | 55.39 | $68.55 | $1.24 |
| 2010 | 135.10 | $241.50 | $1.79 | 14.81 | $51.62 | $3.49 | 39.64 | $39.78 | $1.00 | 45.21 | $54.98 | $1.22 |
| 2011 | 156.14 | $292.70 | $1.87 | 13.19 | $42.99 | $3.26 | 43.53 | $39.00 | $0.90 | 45.50 | $60.48 | $1.33 |
| | | | | | | | | | | | | |
| Avg 2007-09 | 174.40 | $264.89 | $1.52 | 21.34 | $65.66 | $3.08 | 54.61 | $42.41 | $0.78 | 53.15 | $69.81 | $1.31 |
| Avg 2010-11 | 145.62 | 267.10 | $1.83 | 14.00 | 47.30 | $3.38 | 41.59 | 39.39 | $0.95 | 45.36 | 57.73 | $1.27 |
| | | | | | | | | | | | | |
| % Change Avg. 2007-09 to 2010 | -22.53% | -8.83% | 17.69% | -30.61% | -21.38% | 13.30% | -27.41% | -6.21% | 29.21% | -14.93% | -21.25% | -7.43% |
| % Change Avg. 2007-09 to 2011 | -10.47% | 10.50% | 23.42% | -38.17% | -34.53% | 5.89% | -20.28% | -8.04% | 15.35% | -14.39% | -13.37% | 1.20% |
| % Change Avg. 2007-09 to Avg 2010-11 | -16.50% | 0.84% | 20.76% | -34.39% | -27.95% | 9.81% | -23.85% | -7.13% | 21.96% | -14.66% | -17.31% | -3.10% |

Source: NOAA ALS data.
Note: Excludes landings of menhaden.

# Seafood Compensation Program Projection

| Species | Benchmark Revenue (2007 - 2009 Average, $ Mm) | Estimated Initial Compensation ($MM) | | | Oyster Leaseholders/ Crap Trap Owners/Quota Holders | Total | Full Expected Compensation | Compensation As A % Of Industry Total Revenue |
|---|---|---|---|---|---|---|---|---|
| | | Owners | Captains | Crew | | | | |
| Shrimp | $264.89 | $462 | $335 | $81 | NA | $877 | $1,044 | 3.94 |
| Oysters | | | | | | | | |
| Oyster Lost Income | $65.66 | $76 | $68 | $13 | $60 | $218 | $259 | 3.94 |
| Oyster Leasehold Interest | | | | | $579 | $579 | $689 | 10.49 |
| Crab & Other | | | | | | | | |
| Blue Crab | $42.41 | $55 | $28 | $10 | $4 | $97 | $116 | 2.73 |
| Other | $33.35 | $10 | $5 | $2 | $1 | $18 | $22 | 0.64 |
| Fin Fish | $69.81 | $50 | $33 | $10 | $50 | $144 | $171 | 2.45 |
| Total | $476.12 | $654 | $470 | $116 | $694 | $1,933 | $2,300 | 4.83 |

34

# Seafood Compensation Program

| Species | Loss Percentage | Stakeholder Split ||| Risk Transfer Premium ||| Leaseholder |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Vessel Owner/ Lessee | Captain | Crew | Vessel Owner/ Lease | Captain | Crew | |
| **Shrimp** | | | | | | | | |
| <30' | 35% | 45% | 45% | 10% | 8.25 | 7.25 | 2.25 | |
| 30' - 45' | 35% | 45% | 40% | 15% | 8.25 | 7.25 | 2.25 | |
| 45' - 75' (Ice) | 35% | 45% | 30% | 25% | 8.25 | 7.25 | 2.25 | |
| 45' - 75' (Freezer) | 35% | 45% | 30% | 25% | 8.25 | 7.25 | 2.25 | |
| >75' (Ice) | 35% | 45% | 25% | 30% | 8.25 | 7.25 | 2.25 | |
| >75' (Freezer) | 35% | 45% | 25% | 30% | 8.25 | 7.25 | 2.25 | |
| **Oysters** | 40% | 40% | 40% | 20% | 8.75 | 7.75 | 2.25 | 8.75 |
| **Fin Fish** | 25% | 45% | 35% | 20% | 6.00 | 5.00 | 2.25 | |
| **Blue Crab** | 35% | 50% | 30% | 20% | 6.00 | 5.00 | 2.25 | |
| **All other** | 10% | 50% | 30% | 20% | 5.50 | 4.50 | 2.25 | |

35

**From:** Joel Waltzer
**Date:** March 19, 2012 5:35:06 PM EDT
**To:** David Falkenstein
**Cc:** Steve Herman
**Subject: RE: BP/press question**

"2.3 billion replaces the entire catch in affected areas of the Gulf of Mexico for seven years, buys a 15 year supply of fuel, ice and food for every affected vessel, and is 22 times the 2010 loss caused by the spill. Split fairly, the Seafood Program should be enough to protect fishermen even in the worst case situation, total fishery collapse."

JOEL WALTZER  |  PARTNER  |  <image001.png>  |  3715 WESTBANK EXPRESSWAY, SUITE 13  |  HARVEY, LA 70058  |  Phone : 504.340.6300  |  Fax: 504.340.6330  |  Cell:  504.430.0844  |  E-Mail: joel@waltzerlaw.com

# Sources

1. Official data from the NATIONAL OCEANIC AND ATMOSPHERIC ASSOCIATION ("NOAA"). (2011 data taken from NOAA preliminary estimates)

2. SEAFOOD COMPENSATION PROGRAM [Settlement Agreement Ex 10] [Doc 6276-22] [amended by Doc 6414-5].

3. DECLARATION OF JOHN W. PERRY, JR.

4. DECLARATION OF DANIEL J. BALHOFF.

5. Statement to the press given by plaintiffs' attorney, Joel Waltzer, regarding the Agreement-in-Principle which established the $2.3 billion Seafood Fund, March 19, 2012.

*Note* – The "Seafood Average Revenue" slide, which was presented to the Court during the Preliminary Approval Hearing, indicates an average of 110.58 million pounds of shrimp landed in the relevant Gulf Coast Area between 2007 and 2009. While this slide focuses on revenue, (as opposed to volume of catch), Class Counsel have noticed, and want to advise the Court, that this is an error. The average annual volume of shrimp catch landed was 174.4 million pounds, as reflected on the next two slides. The average annual revenue of $264.89 million is correct, according to NOAA ALS data.