# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Relates to: *Claims in the "B1" Bundle* | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC., FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,<br><br>   Defendants. | No. 12-970<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### DECLARATION OF BON SECOUR FISHERIES, INC
### IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
### <u>THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT</u>

1048309.1

I, Christopher L. Nelson, declare as follows:

1. I am over the age of 18 years and I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am an authorized representative of Bon Secour Fisheries, Inc. ("Bon Secour"), which is a business and a representative plaintiff in this case.

3. Bon Secour submits this declaration in support of Plaintiffs' Motion for Final Approval of the Economic & Property Damages Settlement (the "Economic Settlement").

4. Through its attorneys and Economic Class Counsel, Bon Secour brought claims on behalf of the Economic & Property Damages Class.

5. Bon Secour is informed and believes that it is an Economic Class Member because it is a business operating in Bon Secour, Alabama, and Bon Secour's claim meets the description of the Business Economic Loss Damage Category for a Primary Seafood Processor – Commercial Wholesale or Retail Dealer A, as described in the Settlement Agreement.

6. Bon Secour has consulted with and been informed by its attorneys and Economic Class Counsel regarding the Economic Settlement and its claims in the Economic Settlement. Bon Secour has also generally made its authorized representatives, including me, available to its attorneys and Economic Class Counsel, whether via telephone, e-mail, or in person, throughout the time period that Bon Secour has served as a class representative, and Bon Secour will continue to do so for as long as this case remains active.

7. As class representative, Bon Secour has actively followed and participated in this Economic Settlement, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the Economic Class Complaint, the Economic Settlement

Agreement, and the Detailed Economic Class Notice, as well as the online resources regarding the Settlement, such as the Settlement Program website and the Court's Oil Spill MDL site.

8.  Bon Secour is also actively participating in the Economic Settlement by filing a Business Economic Loss claim in the Deepwater Horizon Court-Supervised Settlement Program ("Settlement Program"). As of the date of this declaration, Bon Secour has filed its claim as a Primary Seafood Processor – Commercial Wholesale or Retail Dealer A and is awaiting a determination.

9.  Bon Secour is generally familiar with the terms of the Economic Settlement. Bon Secour recognizes that the Economic Settlement is a negotiated compromise between the parties and that Economic Class Members will receive relief only for eligible claims that are included in the Economic Settlement. Bon Secour thinks the Economic Settlement provides real and fair relief for the economic loss and property damage claims of the Economic Class Members who were harmed by the Deepwater Horizon Incident; Bon Secour also thinks that the Settlement Program provides Economic Class Members with a fair and transparent claims process under the Court's control and protection. For these reasons, Bon Secour supports the Economic Settlement without reservation.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Bon Secour, AL, on August 7, 2012.

_____
Christopher L. Nelson
*Authorized Representative for Bon Secour Fisheries, Inc.*