# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Relates to: *Claims in the "B1" Bundle* | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC., FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,<br><br>        Defendants. | No. 12-970<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF FORT MORGAN REALTY, INC., IN SUPPORT OF PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF
THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT**

I, Greg B. Miller, declare as follows:

1. I am over the age of 18 years and I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am an authorized representative of Fort Morgan Realty, Inc. ("Fort Morgan Realty"), which is a business and a representative plaintiff in this case.

3. Fort Morgan Realty submits this declaration in support of Plaintiffs' Motion for Final Approval of the Economic & Property Damages Settlement (the "Economic Settlement").

4. Through its attorneys and Economic Class Counsel, Fort Morgan Realty brought claims on behalf of the Economic & Property Damages Class.

5. Fort Morgan Realty is informed and believes that it is an Economic Class Member because it is a business operating in Gulf Shores, Baldwin County, Alabama, and Fort Morgan Realty's claim meets the description of the Business Economic Loss Damage Category described in the Settlement Agreement.

6. Fort Morgan Realty has consulted with and been informed by its attorneys and Economic Class Counsel regarding the Economic Settlement and its claims in the Economic Settlement. Fort Morgan Realty has also generally made its authorized representatives, including myself, available to its attorneys and Economic Class Counsel, whether via telephone, e-mail, or in person, throughout the time period that Fort Morgan Realty has served as a class representative, and Fort Morgan Realty will continue to do so for as long as this case remains active.

7. As class representative, Fort Morgan Realty has actively followed and participated in this Economic Settlement. I am generally familiar with the Economic Class

Complaint, the Economic Settlement Agreement, and the Detailed Economic Class Notice, as well as the online resources regarding the Settlement.

8. Fort Morgan Realty is also actively participating in the Economic Settlement by filing a Business Economic Loss claim in the Deepwater Horizon Court-Supervised Settlement Program ("Settlement Program"). As of the date of this declaration, Fort Morgan Realty is calculating its claim amount and anticipates filing its claim within the next few days or weeks.

9. Fort Morgan Realty is generally familiar with the terms of the Economic Settlement. Fort Morgan Realty recognizes that the Economic Settlement is a negotiated compromise between the parties and that Economic Class Members will receive relief only for eligible claims that are included in the Economic Settlement. Fort Morgan Realty thinks the Economic Settlement provides real and fair relief for the economic loss and property damage claims of the Economic Class Members who were harmed by the Deepwater Horizon Incident; Fort Morgan Realty also thinks that the Settlement Program provides Economic Class Members with a fair and transparent claims process under the Court's control and protection. For these reasons, Fort Morgan Realty supports the Economic Settlement without reservation.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Mobile, AL, on August 9, 2012.

_____
Greg B. Miller
*Authorized Representative for Fort Morgan Realty, Inc.*