# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Relates to: *Claims in the "B1" Bundle* | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC., FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,<br><br>   Defendants. | No. 12-970<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF LAKE EUGENIE LAND & DEVELOPMENT, INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT**

I, William Rudolf, declare as follows:

1.      I am over the age of 18 years and I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.      I am an authorized representative of Lake Eugenie Land & Development, Inc. ("Lake Eugenie"), which is a business and a representative plaintiff in this case.

3.      Lake Eugenie submits this declaration in support of Plaintiffs' Motion for Final Approval of the Economic & Property Damages Settlement (the "Economic Settlement").

4.      Through its attorneys and Economic Class Counsel, Lake Eugenie brought claims on behalf of the Economic & Property Damages Class.

5.      I am informed and believe that Lake Eugenie is an Economic Class Member because Lake Eugenie is a business that owned real property in St. Bernard Parish, Louisiana, during the time period April 20, 2010 to April 16, 2012, and Lake Eugenie's claim meets the description of the Wetlands Real Property Damage Category described in the Settlement Agreement.

6.      Lake Eugenie has consulted with and been informed by its attorneys and Economic Class Counsel regarding the Economic Settlement and its claims in the Economic Settlement.  Lake Eugenie has also generally made its authorized representatives, including me, available to Economic Class Counsel, whether via telephone, e-mail, or in person, throughout the time period that Lake Eugenie has served as a class representative, and Lake Eugenie will continue to do so for as long as this case remains active.

7.      As class representative, Lake Eugenie has actively followed and participated in this Economic Settlement, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the Economic Class Complaint, the Economic

Settlement Agreement, and the Detailed Economic Class Notice, as well as the online resources regarding the Settlement, such as the Settlement Program website and the Court's Oil Spill MDL site. Further, Lake Eugenie provided input into the terms of the Economic Settlement by collecting and providing information of oiling on its property. Lake Eugenie employees took pictures and GPS coordinates of oiling on its property and entered into Site Access Agreements to allow federal response teams onto its property to look for oil. Furthermore, Lake Eugenie and its attorneys met with BP attorneys and representatives several times to exchange information about the oil on its property and to negotiate the terms of the Economic Settlement with regard to wetlands claims.

8.      Lake Eugenie has also actively participated in the Economic Settlement by filing a Wetlands Real Property Damage claim in the Deepwater Horizon Court-Supervised Settlement Program ("Settlement Program"). As of the date of this Declaration, Lake Eugenie's claim is filed and awaiting review.

9.      Lake Eugenie and its attorneys have been active in helping to inform/assist others/community re the Settlement by informing other wetlands property owners about the terms of the wetlands settlement and how owners of wetland property are to be compensated per the settlement agreement.

10.     Lake Eugenie is generally familiar with the terms of the Economic Settlement. Lake Eugenie recognizes that the Economic Settlement is a negotiated compromise between the parties and that Economic Class Members will receive relief only for eligible claims that are included in the Economic Settlement. Lake Eugenie thinks the Economic Settlement provides real and fair relief for the economic loss and property damage claims of the Economic Class Members who were harmed by the Deepwater Horizon Incident; Lake Eugenie also thinks that

the Settlement Program provides Economic Class Members with a fair and transparent claims process under the Court's control and protection. For these reasons, Lake Eugenie supports the Economic Settlement without reservation.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in _Metairie, Lа_ , on July _9_, 2012.

_____
William Rudolf
*Authorized Representative for Lake Eugenie Land &*
*Development, Inc.*