# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Relates to: *Claims in the "B1" Bundle* | MDL No. 2179<br><br>SECTION: J<br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |
| BON SECOUR FISHERIES, INC., FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,<br><br>      Defendants. | No. 12-970<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF RONALD LUNDY IN SUPPORT
OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT**

I, Ronald Lundy, declare as follows:

1. I am over the age of 18 years and I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Economic & Property Damages Settlement (the "Economic Settlement").

3. I am an individual and a representative plaintiff in this case. Through my attorneys and Economic Class Counsel, I brought claims on behalf of the Economic & Property Damages Class.

4. I am informed and believe that I am an Economic Class Member because I am a Natural Person residing in Gulfport, Mississippi, and my claim meets the descriptions of the Subsistence Damage Category described in the Settlement Agreement.

5. I have consulted with and been informed by my attorneys and Economic Class Counsel regarding the Economic Settlement and my claims in the Economic Settlement. I have also generally made myself available to my attorneys and Economic Class Counsel, whether via telephone, e-mail, or in person, throughout the time period that I have served as a class representative, and I will continue to do so for as long as this case remains active.

6. As class representative, I have actively followed and participated in this Economic Settlement, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the Economic Class Complaint, the Economic Settlement Agreement, and the Detailed Economic Class Notice, as well as the online resources regarding the Settlement, such as the Settlement Program website and the Court's Oil Spill MDL site.

7. I have also actively participated in the Economic Settlement by filing a claim for Subsistence Damage in the Deepwater Horizon Court-Supervised Settlement Program

("Settlement Program"). As of the date of this declaration, my claim is filed and awaiting review.

8. I am generally familiar with the terms of the Economic Settlement. I recognize that the Economic Settlement is a negotiated compromise between the parties and that Economic Class Members will receive relief only for eligible claims that are included in the Economic Settlement. I think the Economic Settlement provides real and fair relief for the economic loss and property damage claims of the Economic Class Members who were harmed by the Deepwater Horizon Incident, through a fair and transparent claims process under the Court's control and protection. I also think that the Settlement Program is a thoughtfully developed system that was designed with real efforts to understand the interests and realities of Subsistence claimants. For these reasons, I support the Economic Settlement.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in _Biloxi, MS_, on August _8_, 2012.

_Ronald␣a␣Lundy_
Ronald Lundy