UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Relates to: *Claims in the "B1" Bundle* | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC., FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,<br><br>      Defendants. | No. 12-970<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF ZEKE'S CHARTER FLEET, LLC IN SUPPORT
OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
<u>THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT</u>**

1048309.1

I, David Stewart, declare as follows:

1. I am over the age of 18 years and I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am an authorized representative of Zeke's Charter Fleet, LLC ("Zeke's Charter Fleet"), which is a business and a representative plaintiff in this case.

3. Zeke's Charter Fleet submits this declaration in support of Plaintiffs' Motion for Final Approval of the Economic & Property Damages Settlement (the "Economic Settlement").

4. Through its attorneys and Economic Class Counsel, Zeke's Charter Fleet brought claims on behalf of the Economic & Property Damages Class.

5. Zeke's Charter Fleet is informed and believes that it is an Economic Class Member because it is a business operating in Orange Beach, Baldwin County, Alabama, and Zeke's Charter Fleet claims meet the description of the Business Economic Loss Damage Category and the VoO Charter Payment Category described in the Settlement Agreement.

6. Zeke's Charter Fleet has consulted with and been informed by its attorneys and Economic Class Counsel regarding the Economic Settlement and its claims in the Economic Settlement. Zeke's Charter Fleet has also generally made its authorized representatives, including me, available to its attorneys and Economic Class Counsel, whether via telephone, e-mail, or in person, throughout the time period that Zeke's Charter Fleet has served as a class representative, and Zeke's Charter Fleet will continue to do so for as long as this case remains active.

7. As class representative, Zeke's Charter Fleet has actively followed and participated in this Economic Settlement, has been provided with copies of the pertinent court documents including the Preliminary Approval Order, the underlying briefs in support of

Preliminary Approval, the Economic Class Complaint, the Economic Settlement Agreement, and the Detailed Economic Class Notice, as well as the online resources regarding the Settlement, such as the Settlement Program website and the Court's Oil Spill MDL site, has corresponded with counsel regarding the settlement, and is generally aware of the contents of the settlement documents.

8. Zeke's Charter Fleet is also actively participating in the Economic Settlement by filing a Business Economic Loss claim and a VoO Charter Payment claim in the Deepwater Horizon Court-Supervised Settlement Program ("Settlement Program"). As of the date of this declaration, Zeke's Charter Fleet is calculating its claim amounts and anticipates filing its claims within the next few days or weeks.

9. Zeke's Charter Fleet is generally familiar with the terms of the Economic Settlement. Zeke's Charter Fleet recognizes that the Economic Settlement is a negotiated compromise between the parties and that Economic Class Members will receive relief only for eligible claims that are included in the Economic Settlement. Zeke's Charter Fleet thinks the Economic Settlement provides real and fair relief for the economic loss and property damage claims of the Economic Class Members who were harmed by the Deepwater Horizon Incident; Zeke's Charter Fleet also thinks that the Settlement Program provides Economic Class Members with a fair and transparent claims process under the Court's control and protection. For these reasons, Zeke's Charter Fleet supports the Economic Settlement.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in _____ on August 16th, 2012.

_____
David Stewart
*Authorized Representative for Zeke's Charter Fleet, LLC*