UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig   "Deepwater Horizon" in the Gulf   of Mexico, on April 20, 2010 | * * * * | MDL No. 2179   SECTION "J" |
| Applies to:   *All Cases* | * * * | JUDGE BARBIER   MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that the Status Conference scheduled for Friday, August 17, 2012, IS CANCELLED. The next Status Conference is scheduled for Friday, September 14, 2012 at 9:30 a.m. (*See* Rec. Doc. 6445)

New Orleans, Louisiana, this 13th day of August, 2012.

_____
United States District Judge