IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br> HONORABLE CARL J. BARBIER |
| This document relates to: <br><br> *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* <br> No. 12-970 | * * * * * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the Class Representatives' Motion for Leave:

**IT IS HEREBY ORDERED** that Plaintiffs be and are hereby granted leave to file their Memorandum in Support of Final Approval of the Economic and Property Damages Settlement Class.

New Orleans, Louisiana this 13th day of August, 2012.

_____
United States District Judge

1