IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re | § | MDL No. 2179 |
| | § | |
| Oil Spill by the Oil Rig | § | Section: J |
| "Deepwater Horizon" | § | |
| in the Gulf of Mexico | § | Judge Barbier |
| on April 20, 2010 | § | Mag. Judge Shushan |
| | § | |
| This Document Applies to: | § | |
| *Kibby v. BP Products* | § | |
| *North America Inc., et al.* | § | |
| (C.A. No. 3:12-cv-00102) S.D. Tex | § | |
| | § | |

**PARTIAL MOTION TO DISMISS AS TO DEFENDANT OFFSHORE INLAND, ONLY**

Plaintiff, WILLIAM KIBBY submits this Partial Motion to Dismiss with Prejudice, respectfully showing unto the Court the following:

Plaintiff, WILLIAM KIBBY and Defendant, OFFSHORE INLAND MARINE & OILFIELD SERVICES, INC. have settled the claims arising as between them only out of this lawsuit. Accordingly, Plaintiff no longer desires to pursue his lawsuit against this one defendant, OFFSHORE INLAND MARINE & OILFIELD SERVICES, INC. and respectfully requests that this Honorable Court dismiss this lawsuit with prejudice as to that Defendant only. Plaintiff's claims against the other defendants shall continue.

Respectfully submitted,

Charles F. Herd, Jr.
  State Bar No. 09504480
LANIER LAW FIRM
6810 F.M. 1960 West
Houston, Texas 77069
Phone: 713-659-5200
Fax: (713) 659-2204

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon the following known counsel of record via e-file on this 13th day of August, 2012.

| | |
|---|---|
| Kevin A. Marks<br>GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH<br>One Shell Square<br>701 Poydras Street, 40th Floor<br>New Orleans, Louisiana 70139 | Thomas W. Taylor<br>ANDREWS KURTH LLP<br>600 Travis, Suite 4200<br>Houston, TX 77002 |
| J. Andrews Langan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Boris A. Hidalgo<br>THOMPSON & KNIGHT LLP<br>333 Clay Street, Suite 3300<br>Houston, Texas 77002 |
| James M. Kimbell<br>STRASBURGER & PRICE, LLP<br>1401 McKinney, Suite 2200<br>Houston, Texas 77010 | |

                                            /s/ Charles F. Herd, Jr.
                                            Charles F. Herd, Jr.