IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re | § | MDL No. 2179 |
| | § | |
| Oil Spill by the Oil Rig | § | Section: J |
| "Deepwater Horizon" | § | |
| in the Gulf of Mexico | § | Judge Barbier |
| on April 20, 2010 | § | Mag. Judge Shushan |
| | § | |
| This Document Applies to: | § | |
| *Kibby v. BP Products* | § | |
| *North America Inc., et al.* | § | |
| (C.A. No. 3:12-cv-00102) S.D. Tex | § | |

## ORDER GRANTING PARTIAL MOTION TO DISMISS

After considering the Partial Motion to Dismiss as to defendant Offshore Inland only of Plaintiff, WILLIAM KIBBY in the above-entitled and numbered cause, the Court:

GRANTS the motion and dismisses the case with prejudice only as to defendant OFFSHORE INLAND MARINE & OILFIELD SERVICES, INC. Plaintiff's claims against the other defendants remain in effect.

All costs of court to be paid by the party incurring same.

SIGNED on this _____ day of _____, 2012.

_____
THE HONORABLE JUDGE BARBIER