UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Working Group Conference on Friday, August 10, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### PHASE ONE "CLEAN-UP"

1. **Halliburton Modeling**.

    BP submitted a letter requesting further relief from Halliburton regarding the modeling. Halliburton responded. BP's reply is due on Tuesday, August 14, 2012.

2. **PSC's Request for Transocean Depositions**.

    This is deferred to August 17.

3. **Briefing for Adverse Inference Motion**.

    The deadline for filing motions for adverse inferences or amending the previously filed motions is **Friday, October 12, 2012.** The deadline for responses to all such motions is **Friday, November 2.** The deadline for replies is **Wednesday, November 7.**

4. **Other Phase One Motions.**

    Transocaean will prepare a list of the pending Phase One motions. The parties will review

the list to determine whether further briefing is required.

5.      **Zantaz Phase One Documents**.

BP proposed that the parties meet and confer before August 22 regarding the U.S. privilege assertions on the Zantaz documents. The U.S. responded that this was unnecessary and the parties should brief the issue. The question of further meet-and-confer on the Zantaz documents was not resolved. BP proposed a briefing schedule: (1) on August 31, BP and the other parties will submit a final list to the U.S. of the challenges to the Zantaz privilege assertions; (2) the BP brief is due on September 3; (3) the brief from U.S. is due on September 10; and (4) the BP reply is due on September 17. The parties shall confer on a schedule before August 17 and advise the Court.

## PHASE TWO

## Equipment Stored at Michoud

1.      **Testing BOP & Capping Stack**.

BP reported that: (1) on August 13 there will be planning meeting with the participation of Captain Englebert; (2) the technical inspection will be conducted on or about September 4; (3) it will not involve disassembly; and (4) a final report on the plans for the technical inspection will be submitted by August 17.

BP reported that: (1) destructive testing of material removed from the riser will be conducted after September 4; (2) it is mud and material, not pieces of the riser; and (3) BP will circulate a written description of the material and prepare a protocol. The U.S. is reserving its right to object until it sees the testing protocol.

2.      **Deadline for BOP Testing**.

BP reported that at this time it has no further plans for testing beyond the planned September

testing. It proposes that: (1) the BOP and other equipment be kept at Michoud under Captain Engelbert's supervision through the Phase One trial and Phase Two expert discovery; (2) during that period the BOP will be subject to inspection; and (3) the completion of testing be coordinated with the conclusion of the Phase Two Rule 30(b)(6) depositions. BP will submit a proposed schedule. The U.S. asked that the schedule include a deadline for the delivery of data from the testing.

**3.     Michoud Lease**.

BP will sign the Michoud lease for the coming fiscal year.

**4.     Special Master's Statement**.

Captain Englebert's July 31 statement was allocated. The parties were asked to pay their shares promptly.

## Phase Two Document Production

**1.     BP's Challenges to U.S. Deliberative Process Privilege Claims.**

There was discussion regarding BP's challenges to 5 DPP entries related to Phase Two. The U.S. and BP shall meet-and-confer and report at the August 17 conference.

**2.     Schedule I.**

The U.S. raised an issue regarding ambiguities in BP's privilege logs. BP responded that: (1) on Monday, August 13, it will submit a privilege log; (2) the privilege log will make clear what BP claims as privileged after the extrapolation process and following release of documents. The Court will be able to select documents for verification of the extrapolation.

The Court asked the parties to report on Monday, August 6, whether the party challenging the assertions or the Court should select the documents for verification.

**3.      Schedule IV.**

This applies to the privilege logs served by the U.S. and BP after June 22 (the cutoff for Schedule III) and through July 31.  Before the August 17 meeting, BP will make a proposal to resolve its challenges to the privilege assertions by the U.S. and any challenges by the U.S. to BP's log with 87 entries.

**4.      Schedule V.**

This applies to the privilege logs served by the U.S. and BP after July 31 (the cutoff for Schedule IV) and Wednesday, August 15 (the anticipated date for the production of logs on documents from DOE, Coast Guard, possibly DOI, and third parties).  Challenges to these privilege logs shall be resolved as follows: (1) **Sunday, August 26**, is the deadline for challenges by BP to these privilege logs; (2) **Tuesday, August 28**, is the deadline for additional challenges by parties other than BP; (3) by **Friday, August 31**, the U.S. shall respond to these challenges; (4) BP and the other parties shall submit their briefs on **Tuesday, September 4;** (5) the U.S. shall respond by **Monday, September 10**; and (6) BP and other parties shall reply by **Wednesday, September 12.**

**5.      Custodial File Production for All Parties.**

Anadarko reported that it will complete the custodial file production before the Court's deadline of 21 calendar days in advance of the custodian deposition.

## Phase Two Fact Depositions

**1.      Length and Category of Depositions**.

By **Tuesday, August 14,** the parties shall report among themselves: (a) whether a designee, including designees for non-parties, should be produced for one day or two days; and (b) whether a designee is Quantification, Source Control, or Hybrid.

By **Thursday, August 16,** the PSC shall present a report identifying: (a) each designee; (b) the length of the deposition where there is agreement; (c) those on which there is no agreement on the length of the deposition; and (d) the category for the designee, for example Quantification. If the parties are not in agreement on the category of a designee, the category shall be Hybrid for that designee. At the August 17 conference, the parties shall be prepared to address disputes on the length of the depositions.

2. **Allocation and Sequence of Examination**.

There was discussion on the examination time required for source control witnesses. The Court anticipates issuing a draft before August 17.

3. **Scheduling Fact Depositions**.

The status of the scheduling of Rule 30(b)(6) Depositions is as set forth below.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Halliburton** | | Two days | N.O. | August 22-23 |
| Richard Vargo will be the designee for Halliburton. | | | | |
| **Halliburton** | | One day | N.O. | August 29 |
| Ward Guillot is the designee. | | | | |
| **Halliburton** | | One day | N.O. | September 6 |
| N. Pellerin is the designee. | | | | |
| **Halliburton** | | One day | N.O. | September 10 |
| R. Goosen is the designee. | | | | |

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Pencor** | U.S. | One day | N.O. | September 10 |
| The U.S. reported that the documents were produced to the parties. | | | | |
| **United States** | BP | Two days | N.O. | Sept. 11-12 |
| Paul Hsieh is the designee. | | | | |
| **Anadarko** | PSC | One Day | N.O. | September 12 |
| Brian O'Neil is the designee. | | | | |
| **Intertek Group** | U.S. | One Day | N.O. | September 12 |
| The U.S. is working on document production. The final notice was served. | | | | |
| **Woods Hole** | BP | Two days | Boston | Sept. 12-13 |
| A request for costs and attorneys' fees is pending. | | | | |
| **BP** | U.S. | Two Days | N.O. | Sept. 13-14 |
| M. Gochnour is the designee. | | | | |
| **Isotech** | U.S. | One Day | N.O. | September 14 |
| The U.S. is working on document production. The final notice was served. | | | | |
| **U.S.** | | Two Days | N.O. | Sept. 18-19 |
| Mark Sogge is the designee. | | | | |
| **BP** | | One Day | N.O. | September 18 |
| Graham Vinson is the designee. | | | | |
| **Anadarko** | PSC | One Day | N.O. | September 19 |
| Allan O'Donnell is the designee. | | | | |

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **Halliburton** |  | One day | N.O. | September 20 |
| S. LeBlanc is the designee. | | | | |
| **Weatherford** | U.S. | One day | N.O. | September 20 |
| The U.S. is working on document production.  The final notice was served. | | | | |
| **U.S.** |  | Two days | N.O. | Sept. 24 and 25 |
| Admiral Allen is the designee. | | | | |
| **U.S.** |  | Two days | N.O. | Sept. 26 and 27 |
| A. Possolo is the designee. | | | | |
| **BP** |  | Two days | N.O. | Sept. 27 and 28 |
| Simon Bishop is the designee. | | | | |
| **U.S.** |  | Two days | N.O. | Oct. 1 and 2 |
| Mark Miller is the designee. | | | | |
| **Add Energy** | U.S. | One Day | N.O. | October 2 |
| Document production is complete. | | | | |
| **U.S.** |  | Two days | N.O. | Oct. 3 and4 |
| Charlie Henry is the designee. | | | | |
| **Statoil** | BP | One Day | N.O. | October 4 |
| Is document production complete? | | | | |
| **BP** |  | One days | N.O. | October 4 |
| Bryan Ritchie is the designee. | | | | |

|                  | **Responsible Party** | **Length** | **Location** | **Date**        |
|------------------|-----------------------|------------|--------------|-----------------|
| **Oceaneering**  | U.S.                  | One Day    | N.O.         | October 10      |

The U.S. received some requests for the ROV video within the deadline. Those are being processed. If other parties want copies, there will be delays.

|          | **Responsible Party** | **Length** | **Location** | **Date**         |
|----------|-----------------------|------------|--------------|------------------|
| **U.S.** |                       | Two days   | N.O.         | Oct. 10 and 11   |

Lars Herbst is the designee.

|          |  | **Length** | **Location** | **Date**         |
|----------|--|------------|--------------|------------------|
| **U.S.** |  | Two days   | N.O.         | Oct. 10 and 11   |

Admiral Cook is the designee.

|         |  | **Length** | **Location** | **Date**         |
|---------|--|------------|--------------|------------------|
| **BP**  |  | One days   | N.O.         | Oct. 11 and 12   |

Tom Knox is the designee.

|         |  | **Length** | **Location** | **Date**          |
|---------|--|------------|--------------|-------------------|
| **BP**  |  | Two days   | N.O.         | Oct. 16 and 17.   |

Adam Ballard and Ellen Williams are the two designees for Topic 4. BP confirmed that Ballard and Williams will be the only designees for Topic 4. It reported that within Topic 4, there are two broad groups of analyses. Ballard will testify as to one, and Williams will testify as to the other.

|         |  | **Length** | **Location** | **Date**         |
|---------|--|------------|--------------|------------------|
| **BP**  |  | Two days   | N.O.         | Oct. 17 and 18   |

Greg Rohloff is the designee.

|          |  | **Length** | **Location** | **Date**         |
|----------|--|------------|--------------|------------------|
| **U.S.** |  | Two days   | N.O.         | Oct. 17 and 18   |

Art Ratzell is the designee.

|          |  | **Length** | **Location** | **Date**         |
|----------|--|------------|--------------|------------------|
| **U.S.** |  | Two days   | N.O.         | Oct. 22 and 23   |

Admiral Landry is the designee.

|  | Responsible Party | Length | Location | Date |
|---|---|---|---|---|
| **U.S.** |  | Two days | N.O. | Oct. 24 and 25 |
| Marcia McNutt is the designee. | | | | |
| **BP** |  | Two days | N.O. | Oct. 25 and 26 |
| Trevor Smith is the designee. | | | | |
| **U.S.** |  | Two days | N.O. | Oct. 29 and 30 |
| George Guthrie is the designee. | | | | |
| **U.S.** |  | Two days | N.O. | Oct. 30 and 31 |
| Tom Hunter is the designee. | | | | |
| **U.S.** |  | Two days | N.O. | Oct. 30-Nov. 1 |
| Don McClay is the designee.[1] | | | | |
| **Anadarko** |  | One Day | N.O. | November 1 |
| Robert Quitzau will be a designee. | | | | |
| **DNV** | BP | One Day | N.O. | Tentative Nov. 1 |
| BP will report on the status of designee, date, and document production. | | | | |
| **Transocean** | BP | Two Days | N.O. | Nov 5-6. |
| Rob Turlak is the designee. | | | | |
| **U.S.** |  | Two days | N.O. | Nov 14-15 |
| Steve Griffiths is the designee. | | | | |

---

[1] The designees for BP and the U.S. for November are not listed.

9

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Schlumberger** | U.S. | One Day | N.O. | November 27 |

The designee is Bud Decoste.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Anadarko** |  |  | Houston | ? |

Dawn Peyton will be a designee. Because she has a newborn, the deposition cannot be in New Orleans. Anadarko will provide a declaration executed by a corporate officer for the topics on which it does not possess information.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **BP Institute** | U.S. | ? | U.K. | ? |

Document production is complete. The U.S. is discussing dates. On July 12, 2012, an order was issued regarding payment of reasonable costs of the BP Institute in responding to the subpoena. Rec. doc. 6901.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Cameron** | PSC | ? | N.O. | ? |

The U.S. and Cameron are working document production. When completed, it will identify the designees and dates for the deposition.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Stress Engineering** | U.S. | ? | ? | ? |

U.S. is working on document production and dates.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Wild Well Control** | PSC | One day | N.O. | ? |

There are issues with the document production. At the August 17 conference, the PSC shall report on dates for the deposition.

|  | **Responsible Party** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| **Worldwide Oilfield Machine ("WOM")** | ? | ? | ? |  |

The U.S. reported that WOM's documents should be produced shortly. A decision has not been made on whether a deposition is required.

10

**Phase Two Expert Discovery**

Before the August 17 conference, BP will make a proposal on expert discovery.  The U.S. proposes that there be a simultaneous exchange of expert reports on the quantification issue.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| Friday, August 17, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 24, 2012 | **No Conference** |
| Friday, August 31, 2012 | **No Conference** (Labor Day) |
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | **No Conference** |

Friday, December 14, 2012 at 9:30 a.m.        WGC meeting

Tuesday, December 18, 2012 at 8:30 a.m.       Final Pretrial Conference with Judge Barbier

Friday, December 21, 2012                     **No Conference** (Christmas)

Friday, December 28, 2012 at 9:30 a.m.        WGC meeting

**All Saturdays are email free days.**

New Orleans, Louisiana, this 13th day of August, 2012.

_____
U.S. Magistrate Judge