# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES CUTLER,<br>       Plaintiff<br><br>v.<br><br>BP<br>       Defendant. | CIVIL ACTION NO. 12-2019<br><br>SECTION: J<br><br>MAGISTRATE DIV: 1<br><br>JUDGE: CARL J. BARBIER<br><br>MAGISTRATE JUDGE: SALLY SHUSHAN |

## DEFENDANT'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

NOW INTO COURT, through undersigned counsel, comes Defendant, BP America Inc. (incorrectly referred to as "BP" in the petition), who respectfully moves this Court to dismiss the Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

/s/ Shannon S. Holtzman
Shannon S. Holtzman, T.A. (Bar #19933)
Devin C. Reid (La. Bar # 32645)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

J. Andrew Langan, P.C.
Paul D. Collier
Matthew V. Topic
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000
Fax: 312-862-2200

**Attorneys for BP America Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2012, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing to the plaintiff by United States Postal Service.

/s/ Shannon S. Holtzman