UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES CUTLER,<br>         Plaintiff<br><br>v.<br><br>BP<br>         Defendant. | CIVIL ACTION NO. 12-2019<br><br>SECTION: J<br><br>MAGISTRATE DIV: 1<br><br>JUDGE: CARL J. BARBIER<br><br>MAGISTRATE JUDGE: SALLY SHUSHAN |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, BP America Inc., will bring on for hearing its Motion to Dismiss before the Honorable Judge Carl J. Barbier, United States District Court, Eastern District of Louisiana, United States Courthouse, 500 Camp Street, New Orleans, LA on the 29th day of August, 2012 at 9:30 o'clock a.m.

Respectfully submitted,

/s/ Shannon S. Holtzman
Shannon S. Holtzman, T.A. (Bar #19933)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

J. Andrew Langan, P.C.
Paul D. Collier
Matthew V. Topic
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000
Fax: 312-862-2200

**Attorneys for BP America Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2012, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing to the plaintiff by United States Postal Service.

/s/ Shannon S. Holtzman