IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>JUDGE BARBIER<br><br>SECTION J |
| Member Case: Duong, et al. v. BP America Production Company, et al., 12-814 | * * * * * * | MAGISTRATE JUDGE WILKINSON<br><br>MAG DIV. 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

It is hereby Ordered that this Court's ruling granting the Defendants' Motion to Stay Proceeding be certified for Interlocutory Appeal.

_____
JUDGE