# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179** <br><br> **SECTION J** |
| This document relates to all actions. | * * * * * * * | **HONORABLE CARL J. BARBIER** <br><br> **MAGISTRATE JUDGE SHUSHAN** |

---

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * * | **Civil Action No. 12-970** <br><br> **SECTION J** |
| Plaintiffs, | * * | |
| v. | * * | **HONORABLE CARL J. BARBIER** |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | **MAGISTRATE JUDGE SHUSHAN** |
| Defendants. | | |

---

### NOTICE OF JOINT FILING OF THE DECLARATIONS OF CAMERON R. AZARI; DANIEL J. BALHOFF; JOHN C. COFFEE, JR; MEADE MONGER; AND JOHN W. PERRY, JR.

**PLEASE TAKE NOTICE** that Class Counsel, BP Exploration & Production Inc., and BP America Production Company hereby jointly file into the record the declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr.  These declarations are attached as exhibits A, B, C, D, and E, respectively.

August 13, 2012                                   Respectfully submitted,

  _/s/ Stephen J. Herman_                           _/s/ James Parkerson Roy_

Stephen J. Herman, La. Bar No. 23129              James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR                       DOMENGEAUX WRIGHT ROY & EDWARDS
LLP                                               LLC
820 O'Keefe Avenue                                556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                      Lafayette, Louisiana 70501
Telephone: (504) 581-4892                         Telephone: (337) 233-3033
Fax No. (504) 569-6024                            Fax No. (337) 233-2796

Lead Economic and Property Damages                Lead Economic and Property Damages
Class Counsel                                     Class Counsel

### ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL
_____

Joseph F. Rice                                    Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                                   WILLIAMS LAW GROUP
28 Bridgeside Blvd.                               435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                          Maison Grand Caillou
Office:  (843) 216-9159                           Houma, LA 70360
Telefax: (843) 216-9290                           Office:  (985) 876-7595
                                                  Telefax: (985) 876-7594

Brian H. Barr                                     Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                        WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA                   700 Broadway
316 South Baylen St., Suite 600                   New York, NY  10003
Pensacola, FL 32502-5996                          Office:  (212) 558-5802
Office:  (850) 435-7045                           Telefax: (212) 344-5461
Telefax: (850) 436-6187

Jeffrey A. Breit                                  Rhon E. Jones
BREIT DRESCHER IMPREVENTO &                       BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                                      PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000                   218 Commerce St., P.O. Box 4160
Norfolk, VA 23510                                 Montgomery, AL 36104
Office:  (757) 670-3888                           Office:  (334) 269-2343
Telefax: (757) 670-3895                           Telefax: (334) 954-7555

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
Ellen K. Reisman
Matthew J. Douglas
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Jeffrey Lennard
Keith Moskowitz
SNR DENTON
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

***OF COUNSEL***

     */s/ Richard C. Godfrey, P.C.*
Richard C. Godfrey, P.C.

J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
Christopher J. Esbrook
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

     */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of August 2012.

<ins>/s/ Don K. Haycraft</ins>
Don K. Haycraft