IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179  SECTION: J  HONORABLE CARL J. BARBIER |
| This document relates to: *Plaisance, et al. v.* *BP Exploration & Production Inc., et al.* No. 12-968 | * * * * * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING the Class Representatives' Motion for Leave:

IT IS HEREBY ORDERED that Plaintiffs be and are hereby granted leave to file their Memorandum in Support of Final Approval of the Medical Benefits Settlement Class.

SIGNED this ____ day of August, 2012, New Orleans, Louisiana.

_____
**Hon. Carl J. Barbier**

1