# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Actions in Pleading Bundle B3,<br><br>and<br><br>No. 12-cv-968, *Plaisance et al. v. BP Exploration & Production Inc., et al.* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF DUFFY HALL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE MEDICAL BENEFITS SETTLEMENT

I, Duffy Hall, declare as follows:

1. I am over the age of 18 years, and I have personal knowledge of the facts set forth in this Declaration. I could testify competently to these facts if called upon to do so.

2. I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Medical Benefits Settlement (the "Medical Settlement").

3. I am a representative plaintiff in this case. Through my attorneys and Medical Class Counsel, I brought claims on behalf of the Medical Benefits Class.

4. I am informed and believe that I am a Medical Benefits Class Member because I was a Clean Up Worker during the relevant time frame of the Medical Benefits Class Settlement.

5. I have consulted with and been informed by my attorneys and Medical Class Counsel regarding the Medical Settlement and my claims in that Settlement. I have also generally made myself available to my attorneys and Medical Benefits Class Counsel, whether

via telephone, e-mail, or in person, throughout the time period that I have served as a Class Representative, and I will continue to do so for as long as this case remains active.

6.  As Class Representative, I have actively followed and participated in this Medical Settlement, including reviewing the Preliminary Approval Order, the Medical Benefits Class Notice, portions of the Medical Settlement agreement, including attachments and the online resources regarding the Medical Settlement, such as the Settlement Program website and the Court's Oil Spill MDL site.

7.  I have also actively participated in the Medical Settlement by submitting my Data Disclosure Form to the Claims Administrator for the Medical Settlement in order to receive full documentation for my claim for compensation and benefits in the Medical Settlement. I am in the process of preparing my medical claim for submission to the Settlement Facility and intend on submitting my claim shortly. I will be submitting my claim for compensation and benefits under the Settlement. I understand, however, that I will not receive payments nor will I be able to participate in the periodic medical consultation program unless and until the Court certifies the Medical Class and, if the Court certifies the Medical Class, any appeals of that decision have been decided.

8.  I am generally familiar with the terms of the Medical Settlement, understand that it is a compromise position following negotiations between counsel for the Plaintiffs' Steering Committee and counsel for BP, that Medical Class Members will receive compensation for specified physical conditions based upon the documentation they provide and if they do not provide documentation for a specified physical condition they are still eligible for the periodic medical consultation program. I also am aware that Class Members will benefit from the Gulf Region Health Outreach Program, which is designed to improve access to quality

health care in certain counties and parishes in the States of Louisiana, Mississippi, Alabama and Florida. I think the Medical Settlement provides fair compensation and provides other important medical benefits to Medial Class Members who were harmed by the Deepwater Horizon oil spill.

9. For all of these reasons, I fully support the Medical Settlement.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in __Wilmer, Al._____, on July 28, 2012.

_Duffy W. Hall_
Duffy Hall


STATE OF ALABAMA    )
COUNTY OF _Mobile_   )

I, the undersigned authority, a Notary Public in and for said County and State, hereby certify that _Duffy W. Hall_, whose name is signed to the forgoing instrument and is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, (s)he executed the same voluntarily on the day the same bears date.

GIVEN under my hand and seal, this _28th_ day of July, 2012

_Charles E. Morgan_
Notary Public
My Commission Expires: _02-10-2014_



-3-