IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, <br><br> Plaintiffs, <br><br> v. <br><br> BP Exploration & Production Inc., *et al.*, <br><br> Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968 <br><br> SECTION: J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION FOR FINAL APPROVAL OF THE
MEDICAL BENEFITS CLASS ACTION SETTLEMENT**

BP Exploration & Production Inc. and BP America Production Company ("BP") respectfully move this Court to finally approve the Medical Benefits Class Action Settlement (as amended on May 1, 2012). (Rec. Doc. 6427.) For the reasons set forth in BP's accompanying Memorandum, the Medical Benefits Class Action Settlement represents a more than fair, reasonable, and adequate resolution of this dispute and should therefore be approved under Federal Rule of Civil Procedure 23. Each of the six factors to be considered by this Court under *Reed v. General Motors Corp.*, 703 F.2d 170, 172 (5th Cir. 1983), strongly supports approval of the settlement: (1) there is no fraud or collusion behind the settlement; (2) the litigation is

extremely complex and expensive, and is likely to last for years; (3) the advanced state of the proceedings and the extensive amount of formal and informal discovery support settlement; (4) plaintiffs face serious risks on the merits; (5) the settlement benefits are generous compared to the range of possible recovery through litigation; and (6) the opinions of the class counsel, class representatives, and absent class members support settlement. Accordingly, BP respectfully requests that the Court enter an order granting final approval of the Medical Benefits Class Action Settlement.

August 13, 2012                                          Respectfully submitted,

                                                    */s/ Richard C. Godfrey, P.C.*

James J. Neath                                          Richard C. Godfrey, P.C.
Mark Holstein                                           J. Andrew Langan, P.C.
BP AMERICA INC.                                         Andrew B. Bloomer, P.C.
501 Westlake Park Boulevard                             Elizabeth A. Larsen
Houston, TX  77079                                      KIRKLAND & ELLIS LLP
Telephone:  (281) 366-2000                              300 North LaSalle Street
Telefax:  (312) 862-2200                                Chicago, IL  60654

Ellen K. Reisman                                        */s/ Don K. Haycraft*
ARNOLD & PORTER LLP                                     Don K. Haycraft (Bar #14361)
777 South Figueroa Street                               R. Keith Jarrett (Bar #16984)
Los Angeles, CA 90017-5844                              LISKOW & LEWIS
                                                        701 Poydras Street, Suite 5000
James P. Joseph                                         New Orleans, Louisiana 70139
Ethan P. Greene                                         Telephone:  (504) 581-7979
ARNOLD & PORTER LLP                                     Telefax:  (504) 556-4108
555 Twelfth Street, NW
Washington, DC 20004-1206                               Robert C. "Mike" Brock
                                                        COVINGTON & BURLING LLP
*Of Counsel*                                            1201 Pennsylvania Avenue, NW
                                                        Washington, DC 20004
                                                        Telephone:  (202) 662-5985
                                                        Telefax:  (202) 662-6291


*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of August, 2012.

*/s/ Don K. Haycraft*
Don K. Haycraft