# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>   Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>   Defendants. | * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF PETER S.J. LEES, PH.D., C.I.H.

I, Peter S.J. Lees, am over twenty-one years of age and of sound mind and body.  My declaration is based on personal knowledge, experience, and review of the materials described herein.  If called to testify, I could testify to the matters set forth in this declaration.

### EXPERIENCE

1.     I am a professor and director of the Division of Environmental Health Engineering at the Johns Hopkins University Bloomberg School of Public Health in Baltimore, Maryland.  I have been a professor at the Johns Hopkins University since 1986.

2.      I received a Bachelor of Science degree in Biology from the College of William and Mary in 1972, and a Doctorate in environmental health sciences from the Johns Hopkins University in 1986.  I have been certified in the comprehensive practice of industrial hygiene by the American Board of Industrial Hygiene since 1978.

3.      My area of expertise is environmental health sciences, and I specialize in industrial hygiene and exposure assessment.  Throughout the course of my career, my research, teaching and professional practice have focused on the assessment of occupational and environmental exposures to chemical and physical substances.  The vast majority of my work has focused on the evaluation of exposures in the context of the evaluation or study of the health effects of these exposures on individuals and large populations.  I have directed numerous studies, which I address in greater depth below, and have conducted a substantial amount of research related to chemical exposures and their effects.

4.      Prior to joining the faculty of the Johns Hopkins University Bloomberg School of Public Health in 1986, I was employed by Anderson-Nichols and Co., a consulting environmental engineering company in Boston, Massachusetts, from 1972 to 1977.  I also served as Assistant Executive Commissioner of the Maryland Occupational Safety and Health program in 1980, and was employed as Senior Industrial Hygienist by the Johns Hopkins University Center for Occupational and Environmental Health from 1980 to 1985.  A copy of my curriculum vitae is attached to this declaration as Exhibit A.

5.      In my current position as a professor at the Johns Hopkins University Bloomberg School of Public Health, I teach graduate-level courses in industrial hygiene, occupational health, and epidemiology, with a special emphasis on exposure assessment for individuals and populations.  My students include, among others, occupational physicians, industrial hygienists,

occupational nurses, and epidemiologists.  Among the courses I teach or have taught are Principles of Occupational and Environmental Hygiene, Industrial Hygiene Laboratory, Occupational Health, Occupational Safety and Health Management, and Occupational and Environmental Epidemiology.  I have also taught versions of these classes in Saudi Arabia, South Korea, Lebanon, and India.

6.      I have conducted extensive and continuing research to develop and expand my understanding related to my area of expertise.  My research projects have focused on, among other areas, the assessment of occupational and environmental exposures, usually in the context of clinical and epidemiological studies of the risk of chemical substance exposure at work and in the community.  For example, I conducted research on the characterization of exposure of an industrial population to hexavalent chromium, which served as major input to the development of the exposure standard for chromium recently adopted by the U.S. Occupational Safety and Health Administration (OSHA).  I also have conducted an industry-wide characterization of worker exposures in the pulp and paper industry dating back to the 1930's, and am currently working for the U.S. Navy on the assessment of exposures to a population of approximately 400,000 persons involved in the overhaul and maintenance of nuclear vessels to determine the potential health effects of low level ionizing radiation.

7.      I also have been appointed to numerous government committees tasked with providing policy guidance on matters involving health effects resulting from chemical exposures. These government committees include, among others, the National Academy of Sciences Institute of Medicine Committee for Review of Health Effects in Vietnam Veterans of Exposure to Herbicides; the National Institute of Environmental Health Sciences National Toxicology Program Report on Carcinogens Expert Panel on Certain Glass Wool Fibers; the Connecticut

3

Department of Public Health Scientific Advisory Committee for the Pratt & Whitney Brain Cancer Study; the National Research Council Board on Army Science and Technology Committee to Review and Assess Industrial Hygiene Standards and Practices at Tooele Chemical Agent Disposal; the National Institute of Environmental Health Sciences Center for the Evaluation of Risks to Human Reproduction Expert Panel on Bisphenol A; and the National Institute of Environmental Health Sciences Center for the Evaluation of Risks to Human Reproduction Expert Panel on Acrylamide.

8.      I have served as an expert in approximately 25 proceedings in which I have provided my opinions regarding alleged chemical exposures to individual workers or groups of workers.  In addition, I have served as an expert in bankruptcy litigation related to the population risk of exposure to asbestos and in a federal criminal prosecution related to allegations of the mishandling of asbestos waste.  In all of these cases, my expert testimony has centered on the review, assessment, and evaluation of alleged chemical exposures and the attendant risks relating to OSHA or other regulatory environmental health standards, or in conjunction with more formalized risk assessments.  Specifically, my testimony has involved the review and evaluation of exposures to asbestos, PCBs, gasoline, acrylamide, and various solvents.

9.      I did not personally participate in any settlement negotiations between BP and the plaintiffs, nor did I have an advisory role during the settlement process.

## SCOPE OF EXPERT OPINION

10.      The expert opinions stated herein pertain to potential worker and community exposures via inhalation in the aftermath of the Deepwater Horizon (DWH) oil spill; that is, they focus on the concentrations of various substances in the air breathed by Clean-Up Workers and members of the Gulf Coast communities of Alabama, Florida, Louisiana, and Mississippi, (also

referred to herein as the Gulf States).  This is a standard approach for assessing exposures via the inhalation route of exposure.

11.     Specifically, my analysis: (a) addresses the overall quality of the air monitoring data collection effort in the aftermath of the DWH oil spill with respect to both Clean-Up Workers and Gulf Coast residents; (b) summarizes the available occupational and community inhalation exposure data; and (c) draws conclusions about the potential for exposure-related health effects to Clean-Up Workers based on a comparison of actual exposure data to established occupational exposure limits.  Although I summarize the available community exposure data and compare those data to established standards, my analysis does not specifically address the potential for health effects for Gulf Coast residents from exposures to the constituents of oil and dispersants at the levels measured over the course of the DWH oil spill.  I understand that the potential for exposure-related health effects for Gulf Coast residents will be addressed in the separate declaration of Dr. Robert Cox.

## SUMMARY OF CONCLUSIONS

12.     Based on my review and analysis of the data and materials set forth in Exhibit B, and as an expert in the field of industrial hygiene and exposure assessment, I have reached the following conclusions:

(a)     The universe of environmental and occupational health exposure data that I have reviewed related to this matter represents an unprecedented, systematic, and comprehensive collection of data related to a single incident;

(b)     Unlike most other events, in which exposure-related data are collected for another purpose but subsequently are analyzed for their human health impacts, the collection of data related to this event was guided by sampling plans jointly conceived by the members of the

Unified Area Command to ensure worker and public safety pertaining to the DWH oil spill.  The sampling plans and protocols were well-considered and included identification of both individuals and groups of individuals who were potentially at greater risk of exposure; selection of appropriate petroleum-marker and health-related substances for measurement; development of standardized protocols governing sampling strategy and procedures; use of appropriate quality controls; and data verification.  These plans and protocols were specifically designed for the purpose of assessing and analyzing worker and community exposures, with a focus on job tasks and locations with the highest potentials for exposure; and

(c)     The massive exposure dataset collected in this matter (as identified in Exhibit B) is extremely robust and more than sufficient to allow an expert to assess accurately the possible adverse health effects that might result from the DWH oil spill and to draw complete and decisive conclusions regarding the likelihood of significant exposures to persons in the Gulf region during the response to the DWH oil spill.

13.     Based on this review, in my expert opinion, and based on my evaluation of over 190,000 air sample analyses collected by various parties over the course of the DWH response from April 2010 through January 2012, I conclude:

(a)     Overall, the broad scope of the occupational and environmental exposure data consistently demonstrate low airborne concentrations of chemical substances released into the environment as a result of the DWH oil spill.

(b)     Regarding the population of workers responding to the incident both at sea and on land, occupational exposure standards and guidelines designed to protect the health of workers were exceeded only on very rare and isolated occasions.

6

(c)     Based upon my review of these data, I conclude that the potential risk of significant adverse health effects associated with exposure to airborne concentrations of the constituents of oil, dispersants, and other spill-related compounds is exceeding low for Clean-Up Workers.[1]

## SOURCES OF DATA

14.     I have focused my review and analysis of worker and community exposures on the inhalation route of exposure, that is, concentrations of atmospheric contaminants potentially breathed in by workers and members of the community at large.

15.     In reaching my conclusions, I have reviewed two broad categories of air monitoring data: occupational (or industrial hygiene) exposure data and community (or environmental) exposure data.  Occupational exposure data relate to samples collected on or around Clean-Up Workers.  In general, occupational exposure data are collected to ensure compliance with occupational exposure limits established to protect workers against the potential health effects of exposure to hazardous substances.  Community exposure data, on the other hand, relate to samples of ambient air collected at locations along the Gulf Coast.  Community exposure data are not directly comparable to occupational exposure limits, but can be compared to various other health-based standards which have been established to ensure that members of the public are not exposed to potentially harmful levels of chemicals.

16.     Two distinct types of air monitoring were conducted by BP and government agencies over the course of the DWH Response: time-integrated sampling and real-time air monitoring.  Time-integrated sampling refers to sampling methods by which an air sample is

---

[1] The potential risk of significant adverse health effects to members of the Gulf Coast communities of Alabama, Florida, Louisiana, and Mississippi is addressed in the separate declaration of Dr. Cox.

collected over a specified period of time (*e.g.*, 8 hours) on an appropriate media (*e.g.*, activated charcoal).  Such samples, which require laboratory analysis, provide a measured chemical's average concentration in air over the time period during which the sample was collected.  Time-integrated samples can be collected either on a specific individual (*i.e.*, personal breathing zone samples) or from a fixed location.  Occupational and environmental standards are typically based on time-integrated estimates of exposure.

17.     Real-time air monitoring refers to devices that provide almost instantaneous measurements of a chemical's concentration in air, and do not involve laboratory analysis.  During the DWH Response, real-time air monitoring was used primarily as a mechanism to support contemporaneous decision-making concerning a range of worker and community safety matters (*e.g.*, whether to require use of respirators or move a vessel to a new location).  *See* Decl. of David R. Dutton, at ¶ 41.

18.     Real-time data generally are not comparable to occupational or community exposure standards because: (a) they represent moment-by-moment concentrations observed at a fixed location, and thus cannot be compared to most health-based standards, which are based on average levels of exposure over a specified period of time (usually between 8 and 24 hours); and (b) they are collected from fixed locations and not from individuals' breathing zones, and thus do not represent actual inhalation exposures, which are necessary for comparison to occupational exposure limits.  Accordingly, in forming my opinions as stated herein, I rely primarily on the time-integrated sampling data, which are more appropriate for conducting a retrospective exposure assessment.

*Occupational Exposure Data*

*BP Data*

19.     Over the course of the Response, from April 2010 through at least January 2012, BP and its contractors collected more than 28,000 personal breathing zone air samples from workers involved in the DWH Response.  These samples were analyzed for one or more of 14 different chemical substances that were specifically selected to assess oil and dispersant-related exposures and potential health hazards, thus resulting in approximately 165,000 individual analyses.  Samples were collected from Clean-Up Workers near the well site, in the off-shore environment, and onshore conducting beach cleanup and other response activities.  In general, samples were collected from Clean-Up Workers conducting tasks with the highest potential for exposure in order to be as conservative, and thus as protective of worker health, as possible.  *See* Decl. of Dr. Dutton, at ¶ 40.  Data collected were released to the public on an ongoing basis, usually within days of completion of the laboratory analyses.

*NIOSH Data*

20.     At the request of BP and as part of a Health Hazard Evaluation (HHE) program response, occupational hygienists from the National Institute for Occupational Safety and Health (NIOSH) mounted an intense program of air sampling to assess exposures of Clean-Up Workers to 111 chemicals related to specific offshore and onshore response activities, including constituents of the MC252 oil and the two Corexit dispersants used during the DWH Response. Nearly 300 air samples, with almost 2,600 associated analyses, were collected as part of this effort, which lasted from June 2010 to August 2010.  Data collected were released in a series of HHE interim reports, issued from June 23, 2010 to December 7, 2010, and a final report issued in August 2011.

*OSHA Data*

21.     The U.S. Occupational Safety and Health Administration (OSHA) sent inspectors to the Gulf Coast region as part of the DWH Response in order to ensure that Clean-Up Workers were not exposed to potentially harmful levels of chemicals (*see* http://www.osha.gov/oilspills/ oilspill-activity-update.html).  From May 2010 to August 2010, inspectors conducted over 4,500 exposure measurements focused on 18 chemical substances.  Most of these measurements were collected on Clean-Up Workers for substances regulated by OSHA.  Data collected were released on an ongoing basis and were made available on the OSHA website.

**Community Exposure Data**

*EPA Data*

22.     Region 4, Region 6, and the Environmental Response Team of the U.S. Environmental Protection Agency (EPA) conducted extensive air sampling from May 1, 2010 to September 18, 2010 in order to assess potential exposures to members of the Gulf Coast communities of Alabama, Florida, Louisiana, and Mississippi to contaminants released during the DWH oil spill.

23.     Prior to the DWH oil spill, various state, local, and tribal entities routinely collected air samples in the Gulf region to assess air quality conditions, including sampling for compounds such as particulate matter (PM), volatile organic compounds (VOCs), carbon monoxide (CO), and sulfur dioxide ($SO_2$), at more than 50 fixed-site air monitoring stations. These entities report their data to EPA's national Air Quality System.  Following the DWH oil spill, the capabilities of at least four coastal sites operated by EPA were upgraded to permit measurement of additional substances, including specific VOCs (such as benzene, toluene,

10

ethylbenzene, and xylenes).  In addition, EPA increased the sampling frequency at these sites from once every six days to daily.

24.     In addition to the routine fixed-site air monitoring stations, EPA also set up 19 temporary fixed sites, mostly along the coasts of the Gulf States, for air monitoring and sampling of these same substances.  In general, the temporary fixed sites were located closer to the Gulf Coast, while the pre-spill routine monitoring sites were located further inland.  EPA conducted both real-time air monitoring and time-integrated sampling at the fixed-site air monitoring stations.

25.     EPA also deployed mobile air monitoring equipment in Trace Atmospheric Gas Analyzer (TAGA) buses, which are self-contained mobile laboratories that conduct instant-result monitoring of air quality.  The TAGA buses measured airborne concentrations of benzene, toluene, xylenes and constituents of both of the dispersants used during the Response (specifically, 2-butoxyethanol and dipropylene glycol monobutyl ether).  The TAGA buses conducted this sampling from May 5, 2010 to August 20, 2010 along the coastal roads of Alabama, Florida, Louisiana, and Mississippi.

        *BP Data*

26.     BP and its contractors followed strategies and procedures very similar to those described for EPA above, although BP likely had more limited access to isolated sampling locations than EPA.  Data were collected from 64 fixed-site locations along the shorelines of the Gulf States.  The 24-hour samples collected from the fixed-site locations were analyzed for concentrations of total VOCs (and selectively targeted VOCs, including benzene and hexane), total hydrocarbons, polycyclic aromatic hydrocarbons (PAHs), and hydrogen sulfide ($H_2S$).

## STRENGTHS OF THE DATASET

27.     My review and analysis of this dataset has formed the foundation of my conclusions set forth below.  This dataset is an incredibly powerful and robust tool which provides a reliable source of information on which to base conclusions regarding potential adverse health effects to Clean-Up Workers and members of the Gulf Coast communities in Alabama, Florida, Louisiana, and Mississippi.  Several important factors, beyond sheer size, make this dataset particularly reliable.

28.     First, this dataset was collected pursuant to monitoring and sampling plans that were designed specifically for the DWH incident.  *See* Decl. of Dr. Dutton, at ¶¶ 37-44.  These plans were well-considered and intentionally designed to measure airborne concentrations of key analytes (*i.e.*, the constituents of oil and dispersants) that are potentially related to human health and specific medical conditions or concerns.  The specificity and appropriateness of this planning contributed both to the overall legitimacy of the collection and resulting data and, consequently, an expert's confidence in the reliability and direct relevance of the data as a basis for forming conclusions.

29.     Second, the data collection effort was carefully coordinated; there was unprecedented cooperation and planning between BP and the relevant government agencies, which included the Coast Guard, EPA, OSHA, NIOSH, and state environmental agencies.  *See* Decl. of Dr. Dutton, at ¶ 37.  Data, and data collection protocols and procedures, were regularly reviewed and revised to address challenges and concerns as such factors arose.  *See* Decl. of Dr. Dutton, at ¶ 44.  The dynamic nature of the data collection process helped assure that the most pertinent information was collected.

30.     Third, the data were collected pursuant to protocols that were specifically designed and developed by industrial hygiene and environmental professionals.  The entities that conducted industrial hygiene and community air monitoring during the DWH Response used generally consistent and coordinated sampling strategies, methods of collection, and analytical methodologies that are regularly used by experts in the field of exposure assessment.  This uniformity of approach minimizes differences, increases reliability, and allows consolidation of the data into a single database.  In addition, these protocols included provisions for quality assurance and quality control that increase confidence in the test results, and thus in the foundation of an expert's conclusions.

31.     Fourth, the broad temporal and spatial scope of the data provides assurance of the representativeness, and thereby the legitimacy, of the conclusions drawn from the dataset. Industrial hygiene samples were collected from the first days of the Response (beginning April 27, 2010) through at least January 2012, and community air monitoring samples were collected along the Gulf Coast from April 28, 2010 to December 2010.  Moreover, the samples that contributed to this dataset were taken from locations across the DWH Response area — near the Macondo well site, offshore, nearshore, and along the Gulf Coast.  In other words, all time periods of potential exposure and all locations and associated Clean-Up Worker and community populations are represented in the dataset, thereby providing a complete picture of potential exposures.

32.     Fifth, the sampling plans and protocols used for the Response specified that a large number of chemicals, representing markers of different sources (*e.g.*, oil, dispersants) and potential health outcomes, were to be monitored.  Toxicologists and industrial hygienists, from government agencies as well as BP, identified the chemicals to be evaluated by selecting those

13

most likely to affect Clean-Up Workers and members of the public situated along the Gulf Coast. *See* Decl. of Dr. Dutton, at ¶ 37, 43.  Specifically, these professionals developed monitoring and sampling plans that would test for and assess markers of MC252 oil and the two Corexit dispersants used in the Response, and customized sampling to assess exposures that could potentially cause health issues or create health hazards.

33.     Finally, the data collection process was completely transparent.  Data were collected and released to the public, via easily accessible sources, on a daily basis.  The data assessment also was a continuing process, unfolding day by day in open view.  Such openness enabled the data administrators to receive ongoing commentary and review, and, in turn, to make necessary adjustments to improve the data collection and analysis process.

## SUMMARY OF DATA RESULTS

### *Occupational Exposure Data*

34.     As discussed above, BP, OSHA, and NIOSH collected tens of thousands of personal breathing zone samples from Clean-Up Workers involved in the DWH Response.  The concentrations measured as part of this sampling effort can be compared to occupational exposure limits (OELs) developed by federal, state, and professional organizations to determine whether Clean-Up Workers were exposed to the constituents of the MC252 oil or the Corexit dispersants at levels that might be expected to result in adverse health effects.  In general, an OEL is the average concentration of a substance in air to which a worker may be repeatedly exposed (*i.e.*, day after day for a working lifetime) without incurring adverse health effects.

35.     Several OELs are available for the compounds monitored during the DWH Response, including OSHA Permissible Exposure Limitations ("PELs"), NIOSH Recommended Exposure Limits ("RELs"), and American Conference of Governmental Industrial Hygienists

14

("ACGIH") Threshold Limit Values ("TLVs").  In general, the OSHA PELs, NIOSH RELs, and ACGIH TLVs provide an average concentration in air of a substance to which nearly all workers may be repeatedly exposed for a normal eight-or ten-hour workday and a 40-hour work week without incurring adverse health effects.  OSHA PELs are promulgated by the US Department of Labor and are legally enforceable.   Neither NIOSH RELs, which are government-issued guidelines, nor ACGIH TLVs, which are guidelines issued by a professional organization, are legally enforceable.  The OSHA PELs, NIOSH RELs, and ACGIH TLVs for constituents of the MC252 oil and the two Corexit dispersants are provided below in Table 1.

**Table 1: Occupational Exposure Limits**

| Analyte | Units | OSHA PEL | NIOSH REL | ACGIH TLV | Other Benchmark |
|---|---|---|---|---|---|
| 2-Butoxyethanol | ppm | 50 | 5 | 20 | - |
| Benzene | ppm | 1 | 0.1 | 0.5 | - |
| Coal Tar Pitch Volatiles (CTPV) (benzene soluble fraction) | mg/m$^3$ | 0.2 | NS | 0.2 | - |
| Ethyl Benzene | ppm | 100 | 100 | 20 | - |
| n-Hexane | ppm | 500 | 50 | 50 | - |
| Hydrogen Sulfide | ppm | 20 | 10 | 1 | - |
| Naphthalene | ppm | 10 | 10 | 10 | - |
| Oil Mist, Mineral | mg/m$^3$ | 5 | 5 | 5 | - |
| Propylene Glycol | mg/m$^3$ | NS | NS | NS | 10 (WEEL) |
| Toluene | ppm | 200 | 100 | 20 | - |
| Total hydrocarbons | ppm | NS | NS | NS | 50 (Spill Action Level) |
| Total Particulates | mg/m$^3$ | 15 | NS | 10* | - |
| Trimethylbenzenes, Total | ppm | 25 | 25 | 25 | - |
| Xylenes | ppm | 100 | 100 | 100 | - |

NS = no standard exists
*ACGIH TLV applies to inhalable dust rather than total dust.

15

36.     As discussed above, I have compiled and analyzed occupational exposure data collected as part of the DWH Response.  I have focused my analysis on those compounds most likely to be related to the oil spill and response effort, including the constituents of oil and dispersants that are of greatest concern from a human health perspective and for which OELs have been established.  This group of compounds overlaps substantially with the compounds evaluated by OSHA and NIOSH.  Note that these compounds and their relative toxicities are discussed in greater detail in the declaration of Dr. Cox.  *See* Decl. of Dr. Cox, at ¶¶ 18-36.

37.     Overall, concentrations of airborne contaminants measured by BP, NIOSH, and OSHA were extremely low.  For the compounds I analyzed, only 9,867 (or 6.3%) of the 157,488 combined measurements had detectable concentrations (*i.e.* concentrations above the Minimum Detection Limit[2]) and only 66 (or 0.04%) of the 157,488 combined measurements exceeded the most stringent OELs.  The occupational exposure data collected by BP, NIOSH, and OSHA are summarized and compared to the OSHA PELs, NIOSH RELs, and ACGIH TLVs (where available) in Tables 2-4 below.  Within these tables, for each chemical, or analyte, I report the percentage of the results that were below the MDL ("% Non-Detects"), the highest single concentration detected ("Max"), the median concentration, and the percentage of samples that were below the selected OEL's.

---

[2] Minimum Detection Limit (MDL) is the lowest concentration measureable for a given analytical method and sample volume.  For almost all of the industrial hygiene samples collected by BP and NIOSH (> 99.9%), the MDL was below all relevant OELs.  A smaller percentage (14%) of the  industrial hygiene samples collected by OSHA had an MDL below the most stringent OEL, probably because the OSHA sampling was intended to evaluate compliance with the OSHA PELs, which generally are higher than the NIOSH RELs and ACGIH TLVs.  However, almost all (99.6%) of the OSHA samples had MDLs below the OSHA PEL.

**Table 2:  BP Industrial Hygiene Air Sampling Results (concentration units as noted)**

| Analyte (units) | # Results | % Non-Detects | Max | Median* | % <OSHA PEL | % <NIOSH REL | % <ACGIH TLV |
|---|---|---|---|---|---|---|---|
| 2-Butoxyethanol (ppm) | 1,029 | 80 | 0.76 | 0.03 | 100 | 100 | 100 |
| Benzene (ppm) | 28,827 | 98 | 3.3 | 0.01 | > 99.9 | 99.8 | > 99.9 |
| Ethylbenzene (ppm) | 28,827 | 98 | 12 | 0.05 | 100 | 100 | 100 |
| n-Hexane (ppm) | 3,722 | 81 | 4.6 | 0.01 | 100 | 100 | 100 |
| Oil Mist (mg/m$^3$) | 550 | 51 | 4.4 | 0.11 | 100 | 100 | 100 |
| Propylene glycol (mg/m$^3$) | 8 | 100 | - | - | NS | NS | NS |
| Toluene (ppm) | 28,827 | 96 | 64 | 0.05 | 100 | 100 | > 99.9 |
| Total Hydrocarbons (ppm) | 28,827 | 84 | 480 | 0.38 | NS | NS | NS |
| Trimethylbenzene, total (ppm) | 3,722 | 92 | 39 | 0.05 | > 99.9 | > 99.9 | > 99.9 |
| Total Xylenes (ppm) | 28,828 | 97 | 38 | 0.13 | 100 | 100 | 100 |

NS = no standard exists
* In calculating the medians, non-detect samples were treated as having a value of 1/2 the detection limit.
** Non-detect results for which the detection limit was greater than the OEL were excluded.

**Table 3:  NIOSH Industrial Hygiene Air Sampling Results (concentration units as noted)**

| Analyte (units) | # Results | % Non-Detects | Max[2] | Median[1] | % <OSHA PEL[3] | % <NIOSH REL[3] | % <ACGIH TLV[3] |
|---|---|---|---|---|---|---|---|
| 2-Butoxyethanol (ppm) | 34 | 3 | 0.30 | <0.01 | 100 | 100 | 100 |
| Benzene (ppm) | 104 | 81 | 0.05 | <0.01 | 100 | 100 | 100 |
| Ethylbenzene (ppm) | 104 | 47 | 0.04 | <0.01 | 100 | 100 | 100 |
| n-Hexane (ppm) | 17 | 24 | 0.13 | <0.01 | 100 | 100 | 100 |
| Hydrogen sulfide (ppm) | 26 | 100 | - | - | 100 | 100 | 100 |
| Naphthalene (ppm) | 115 | 43 | 0.11 | <0.01 | 100 | 100 | 100 |
| Propylene glycol (mg/m$^3$) | 24 | 46 | 0.17 | <0.01 | NS | NS | NS |
| Toluene (ppm) | 104 | 43 | 0.18 | <0.01 | 100 | 100 | 100 |
| Total hydrocarbons (mg/m$^3$) | 87 | 0 | 9.3 | 0.72 | NS | NS | NS |
| Total PAHs (mg/m$^3$)[5] | 19 | 0 | 0.02 | <0.01 | 100 | NS | 100 |
| CTPV (benzene soluble fraction) (mg/m$^3$) | 37 | 95 | 0.20 | 0.05 | 100 | NS | 100 |
| Total particulates (mg/m$^3$) | 29 | 55 | 0.18 | 0.05 | 100 | NS | 100 |
| 1,2,4-Trimethylbenzene (ppm) | 17 | 12 | 0.02 | <0.01 | NS | 100 | NS |

17

| 1,3,5-Trimethylbenzene (ppm) | 17 | 59 | <0.01 | <0.01 | NS | 100 | NS |
| Total xylenes (ppm)[4] | 104 | 32 | 0.05 | <0.01 | 100 | 100 | 100 |

NS = no standard exists
[1] In calculating the medians, non-detect samples were treated as having a value of 1/2 the detection limit.
[2] Several non-detect results for xylenes, ethylbenzene, benzene, and coal tar pitch volatiles (benzene soluble fraction) had higher detection limits than the maximum detected results for these analytes.
[3] Non-detect results for which the detection limit was greater than the OEL were excluded.
[4] Xylene results include 17 samples analyzed for both m,p-xylenes and o-xylenes. Total xylene concentrations for these samples were calculated by summing the m,p-xylene and o-xylene results for samples with the same sample date, sample volume, sample time, and task description. Calculated results were treated as non-detects if both m,p-xylene and o-xylene were below their respective detection limits.
[5] No OELs exist for total PAHs. Therefore, results were compared to the OELs for coal tar pitch volatiles (CTPV), which consist of a number of PAHs.

## Table 4: OSHA Industrial Hygiene Air Sampling Results (concentration units as noted)

| Analyte (units) | # Results | % Non-Detects | Max | Median* | % <OSHA PEL** | % <NIOSH REL** | % <ACGIH TLV** |
|---|---|---|---|---|---|---|---|
| 2-butoxyethanol (ppm) | 18 | 100 | - | - | 100 | 100 | 100 |
| Benzene (ppm) | 919 | 100 | - | - | 100 | 100 | 100 |
| CTPV (benzene soluble fraction) (mg/m$^3$) | 24 | 63 | 2.3 | 0.37 | 79*** | NS | 79*** |
| Ethylbenzene (ppm) | 850 | 100 | - | - | 100 | 100 | 100 |
| Naphthalene (ppm) | 2 | 100 | - | - | 100 | 100 | 100 |
| Oil Mist, Mineral (mg/m$^3$) | 16 | 13 | 132 | 0.37 | 94 | 94 | 94 |
| Propylene glycol (mg/m$^3$) | 30 | 100 | - | - | NS | NS | NS |
| Toluene (ppm) | 642 | >99 | 1.3 | 0.35 | 100 | 100 | 100 |
| Trimethylbenzene, mixed isomers (ppm) | 76 | 100 | - | - | 100 | 100 | 100 |
| Xylene (ppm) | 906 | >99 | 2.5 | 0.32 | 100 | 100 | 100 |

NS = no standard exists

* OSHA did not provide detection limits for 985 of the 3,459 non-detect sample results. When detection limits were provided, values were calculated using 1/2 the detection/reporting limit for non-detect samples. Non-detect samples without detection limits were excluded.

** Non-detect results for which the detection limit was greater than the OEL were excluded.

*** Five samples exceeded the OSHA PEL for CTPV, all of which were associated with decontamination operations. According to OSHA: "OSHA ensured that respirators were used wherever the data indicated that they were necessary to protect workers. For example, OSHA noted exposure data from some decontamination operations that exceeded the most protective Occupational Exposure Limits. Upon investigation, OSHA confirmed that protective measures, which were based on guidance from the [Unified Command], were already in place to protect workers and prevent them from inhaling or having skin contact with hazardous chemicals" (OSHA, *Deepwater Horizon Oil Spill: OSHA's Role in the Response*, at 8 (May 2011)).

38.     The occupational exposure results provided in Tables 2-4 above demonstrate that, in the vast majority of cases, Clean-Up Workers were not exposed to airborne concentrations of the constituents of oil and dispersants at levels that would be expected to result in significant adverse health effects, as determined based on comparison to established OELs.

39.     Statements made by the relevant federal agencies support the conclusion that Clean-Up Workers were not exposed to airborne concentrations of the constituents of oil and dispersants at levels that would be expected to result in significant adverse health effects.  For example, in its final HHE report, NIOSH concluded:  "Throughout the evaluation, results for all airborne chemicals sampled were *uniformly nondetectable* or at levels *well below* applicable OELs."  *See* NIOSH, *Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0115 & 2010-0229-3138, at 13 (August 2011) (emphasis added).  OSHA has reached similar conclusions, stating on its website that: "To date [last viewed August 12, 2012], no air sampling by OSHA has detected any hazardous chemical at levels of concern" (http://www.osha.gov/oilspills/index.html).  The Directors of OSHA and NIOSH recently reaffirmed these conclusions in a scientific publication co-authored by them.  *See* David Michaels & John Howard, *Review of the OSHA-NIOSH Response to the Deepwater Horizon Oil Spill:  Protecting the Health and Safety of Cleanup Workers*, PLoS Currents Disasters (July 18, 2012).

### *Community Exposure Data*

40.     I also have compiled and summarized community air monitoring data — specifically, 24-hour time-integrated sampling data — collected by BP and EPA along the Gulf

coasts of Alabama, Florida, Louisiana, and Mississippi.[3]  These data are summarized in Tables 5 and 6 below.[4]  The data are displayed as in previous tables with the addition of a value for the 99th percentile.  This entry represents the concentration for which 99% of the sample values are lower — *i.e.*, only 1% of sample values exceed this concentration.  In general, concentrations of the constituents of oil and dispersants measured along the Gulf Coast were very low.

**Table 5: EPA Community Air Sampling Results**

| Chemical | # of Results | # of Non-Detects | % Non-Detects | Max (ug/m$^3$) | Median* (ug/m$^3$) | 99th percentile* (ug/m$^3$) |
|---|---|---|---|---|---|---|
| Benzene | 1656 | 752 | 45 | 43 | 0.4 | 3.1 |
| Ethylbenzene | 1657 | 961 | 58 | 14 | 0.4 | 2.3 |
| n-Hexane | 1563 | 432 | 28 | 1800 | 0.6 | 25.9 |
| PM$_{2.5}$ | 918 | 0 | 0 | 64 | 13.1 | 41.9 |
| Naphthalene | 1771 | 904 | 51 | 1200 | 1.8 | 9.6 |
| Toluene | 1657 | 557 | 34 | 42 | 0.8 | 10.0 |
| m,p-Xylene | 1564 | 823 | 53 | 59 | 0.4 | 4.2 |
| o-Xylene | 1657 | 951 | 57 | 17 | 0.4 | 2.2 |
| Xylenes, Total | 93 | 0 | 0 | 10 | 0.9 | 7.6 |

* In calculating the medians and 99th percentiles, non-detect samples were treated as having a value of 1/2 the detection limit.

**Table 6: BP Community Air Sampling Results**

| Chemical | # of Results | # of Non-Detects | % Non-Detects | Max (ug/m$^3$) | Median* (ug/m$^3$) | 99th percentile* (ug/m$^3$) |
|---|---|---|---|---|---|---|
| Benzene | 3294 | 3115 | 95 | 274 | 8.0 | 16.0 |
| Ethylbenzene | 3294 | 3154 | 96 | 691 | 10.9 | 21.7 |
| n-Hexane | 3293 | 3045 | 92 | 617 | 8.8 | 32.0 |
| Hydrogen | 3233 | 3135 | 97 | 62 | 6.1 | 17.8 |

[3] To conduct my analysis, I used the NOAA DWH Combined Scribe database, which was prepared by NOAA by combining time-integrated sampling data from BP, EPA, and a number of other entities.  The NOAA database is available on an FTP site provided by NOAA to organizations involved in the DWH Response.

[4] Note that concentrations for the community samples are often expressed in different units than for the occupational samples.  A comparison table that can be used to convert the units is provided in Exhibit C to this declaration.

| | | | | | | |
|---|---|---|---|---|---|---|
| Sulfide | | | | | | |
| Naphthalene | 5273 | 4785 | 91 | 1030 | 0.2 | 9.4 |
| Toluene | 3295 | 2796 | 85 | 1018 | 9.4 | 90.5 |
| Xylenes, Total** | 3293 | 3084 | 94 | 948 | 32.55 | 65.1 |

* In calculating the medians and 99th percentiles, non-detect samples were treated as having a value of 1/2 the detection limit.
** Total xylene results were calculated by summing the m,p-xylene and o-xylene results for the same sample ID and analytical method. Total xylene results were treated as non-detects if both m,p-xylene and o-xylene were below their respective detection limits.

41.     As in the occupational context, federal agencies have developed health-based standards prescribing the allowable concentrations of chemical substances in the ambient air of communities, below which significant adverse health effects are not expected. These standards are typically much lower than OSHA-prescribed exposure limits for a given substance, as they are designed to protect more sensitive portions of the population — such as the very young, the elderly, and the medically-impaired — and to account for 24-hour exposures.

42.     The community exposure standards include Minimal Risk Levels (MRLs) established by the U.S. Agency for Toxic Substances and Disease Registry (ATSDR) and DWH-specific Screening Levels established by the EPA. ATSDR MRLs are available for a number of oil and dispersant-related compounds, and are derived for three durations of exposure: "Acute" (up to two weeks of exposure), "Intermediate" (15 to 365 days of exposure), and "Chronic" (over 365 days of exposure). In addition, in connection with the DWH incident, EPA established Screening Levels for benzene, toluene, ethylbenzene, and xylenes, which are similar to the ATSDR MRLs. The ATSDR MRLs and the EPA Screening Levels are addressed in greater detail in the separate declaration of Dr. Cox. *See* Decl. of Dr. Cox, at ¶¶ 53-57.

43.     Measurements collected along the Gulf Coast can be compared to these community exposure standards to determine whether significant adverse health effects from exposure to the constituents of oil and dispersants might be expected. Such comparisons are

provided below in Tables 7 and 8.  The community air monitoring results, introduced here, and

the implications of those results for potential human health effects for residents of the Gulf Coast

communities are discussed in much greater detail in the separate declaration of Dr. Cox.

**Table 7: Comparison of EPA Results to MRLs and EPA DWH Screening Levels**

| Compound | # of Detects | # of Non-Detects | % <EPA DWH SL* | % <Acute MRL* | % <Inter. MRL* | % <Chronic MRL* |
|---|---|---|---|---|---|---|
| Benzene | 904 | 752 | 99.9 | > 99.9 | 99.9 | 99.8 |
| Ethylbenzene | 696 | 961 | 100 | 100 | 100 | 100 |
| n-Hexane | 1131 | 432 | - | - | - | 100 |
| Naphthalene | 867 | 904 | - | - | - | 98.4 |
| Toluene | 1100 | 557 | 100 | 100 | - | 100 |
| Xylenes, Total | 93 | 0 | 100 | 100 | 100 | 100 |

- No MRL Available
* Non-detect results for which the detection limit was greater than the MRL or Screening Level were excluded


**Table 8: Comparison of BP Results to MRLs and EPA DWH Screening Levels**

| Compound | # of Detects | # of Non-Detects | % <EPA DWH SL* | % <Acute MRL* | % <Inter. MRL* | % <Chronic MRL* |
|---|---|---|---|---|---|---|
| Benzene | 179 | 3115 | 99.4 | 99.5 | 99.4 | 93.3*** |
| Ethylbenzene | 140 | 3154 | 100 | 100 | 100 | > 99.9 |
| n-Hexane | 248 | 3045 | - | - | - | 100 |
| Hydrogen Sulfide | 98 | 3135 | - | 100 | 99.9 | - |
| Naphthalene | 488 | 4785 | - | - | - | 97.5 |
| Toluene | 499 | 2796 | 100 | 100 | - | 99.8 |
| Xylenes, Total** | 209 | 3084 | 100 | 100 | 100 | 99.8 |

- No MRL Available
* Non-detect results for which the detection limit was greater than the MRL or Screening Level were excluded
** Total xylene results were calculated by summing the m,p-xylene and o-xylene results for the same sample ID and analytical method.  Total xylene results were treated as non-detects if both m,p-xylene and o-xylene were below detection limits.
*** The percentage of benzene results below the Chronic MRL may be misleadingly low because approximately 85% of the benzene samples collected had detection limits above the Chronic MRL.  Non-detect results for which the detection limit was greater than the MRL were excluded in calculating the percentage, making the total sample size artificially small and, consequently, the percentage of results above the Chronic MRL artificially high.

## CONCLUSIONS

44.     With respect to the combined exposure assessment effort and the suitability of the resulting data to reliably predict substantial health impacts, I conclude that:

(a)     The strategy and procedures used for occupational and community exposure data collection were well designed and executed;

(b)     The occupational and community exposure data collected over the course of the Response were more than sufficient to adequately characterize and assess potential exposures to Clean-Up Workers and members of the Gulf Coast communities; and

(c)     Clean-Up Workers and members of the Gulf Coast communities of Alabama, Florida, Louisiana, and Mississippi were generally not exposed to airborne concentrations of the components of crude oil, dispersants, or other spill-related compounds at levels of concern.

45.     Specifically, with respect to the potential for exposure-related health effects to Clean-Up Workers, I conclude that:

(a)     Clean-Up Workers were exposed to airborne concentrations of the components of crude oil, dispersants, and other spill-related compounds at levels that were usually so low as to be undetectable, and very rarely at levels that exceeded the most stringent OELs; and

(b)     Clean-Up Workers were not exposed to airborne concentrations of the components of crude oil, dispersants, and other spill-related compounds at levels that would be expected to result in significant or widespread adverse health effects.

46.     With respect to Gulf Coast residents, I conclude that the airborne concentrations of the constituents of oil and dispersants measured along the Gulf Coast to which Gulf Coast residents potentially could have been exposed were very low, and almost always below relevant community exposure standards.

23

I declare under penalty of perjury that the foregoing analysis and opinions are true and correct.

Date: August 13, 2012

Peter S.J. Lees, Ph.D, C.I.H.

# EXHIBIT A

January 1, 2012

*CURRICULUM VITAE*

**PETER S.J. LEES**, Ph.D., C.I.H.

**PERSONAL DATA**

| Home Address | Business Address |
|---|---|
| 4415 Underwood Road | The Johns Hopkins University |
| Baltimore, MD  21218 | Bloomberg School Public Health |
| Phone:  410.467.3403 | 615 North Wolfe Street, Room E6624 |
| | Baltimore, MD  21205 |
| | Phone:  410.955.3009 |
| | Fax:   410.955.9334 |
| | e-mail:  plees@jhsph.edu |

**EDUCATION AND TRAINING**

| Degree | Year | Institution | Field |
|---|---|---|---|
| B.S. | 1972 | College of William & Mary | Biology |
| Ph.D. | 1985 | The Johns Hopkins University | Environmental Health Engineering / Industrial Hygiene |

**Board Certification**

Certified Industrial Hygienist - Comprehensive Practice (Certificate #1489)
American Board of Industrial Hygiene; Lansing, Michigan, 1978

**PROFESSIONAL EXPERIENCE**

**Director,** 2010 - present; The Johns Hopkins University, Bloomberg School of Public Health, Department of Environmental Health Sciences, Division of Environmental Health Engineering.

**Professor**, 2003 - present; The Johns Hopkins University, Bloomberg School of Public Health, Department of Environmental Health Sciences, Division of Environmental Health Engineering.

**Deputy Director**, 1997 - present; NIOSH Education and Research Center, The Johns Hopkins University, Bloomberg School of Public Health.

**Associate Professor**, 1994 - 2003; The Johns Hopkins University, Bloomberg School of Public Health, Department of Environmental Health Sciences, Division of Environmental Health Engineering.

Peter S.J. Lees, Ph.D., C.I.H.                                              January 1, 2012

**Assistant Professor**, 1986 - 1993; The Johns Hopkins University, School of Hygiene and Public Health, Department of Environmental Health Sciences, Division of Environmental Health Engineering.

**Senior Industrial Hygienist**, 1980 - 1985; The Johns Hopkins University, School of Hygiene and Public Health, Department of Environmental Health Sciences, Division of Environmental Health Engineering.

**Executive Assistant Commissioner**, 1980; State of Maryland, Occupational Safety and Health Program, Department of Labor and Industry, Division of Licensing and Regulation, Baltimore, Maryland.

**Graduate Assistant**, 1978; The Johns Hopkins University, School of Hygiene and Public Health, Department of Environmental Health Sciences and Department of Epidemiology.

**Industrial Hygienist and Industrial Hygiene/Environmental Assessment Project Manager**, 1972 - 1977; Anderson-Nichols & Company, Inc.; Boston, Massachusetts.

## PROFESSIONAL ACTIVITIES

### Societies/Memberships

American Association for the Advancement of Science, 1977 - present
American Conference of Governmental Industrial Hygienists, 1977 - present
American Industrial Hygiene Association, 1977 - present
   Director, Chesapeake Section, 1984 - 1986
Air Pollution Control Association, 1977 - 1987
Air and Waste Management Association, 1987 - 1992
American Academy of Industrial Hygiene (Diplomate), 1978 - present
American Society for Testing and Materials, 1990 - 1992
International Commission on Occupational Health, 2002 - 2011
British Occupational Hygiene Society, 1987 - present
Society for Occupational and Environmental Health, 1978 - 2002

### Advisory Panels

National Academy of Sciences, Institute of Medicine
     Member, Committee for Review of Health Effects in Vietnam Veterans of Exposure to Herbicides (8th Biennial Update), 2010-2011.

National Institute of Environmental Health Sciences, National Toxicology Program
     Member, Report on Carcinogens Expert Panel on Certain Glass Wool Fibers, 2009.

Connecticut Department of Public Health
     Member, Scientific Advisory Committee for the Pratt & Whitney Brain Cancer Study, 2007-2009.

Peter S.J. Lees, Ph.D., C.I.H.                                        January 1, 2012

National Research Council, Board on Army Science and Technology
        Member, Committee to Review and Assess Industrial Hygiene Standards
        and Practices at Tooele Chemical Agent Disposal Facility (TOCDF), 2006.

Council of Engineering and Scientific Specialty Boards
        Member, Engineering Related Certification Committee, 2006-2008.

National Institute of Environmental Health Sciences
        Member, Center for the Evaluation of Risks to Human Reproduction
        (CERHR) Expert Panel on Bisphenol A, 2006-2007.

National Institute of Environmental Health Sciences
        Member, Center for the Evaluation of Risks to Human Reproduction
        (CERHR) Expert Panel on Acrylamide, 2004.

American Board of Industrial Hygiene
        Member, Board of Directors, 2003-present.

International Commission on Occupational Health
        Member, Scientific Committee on Industrial Hygiene, 2002-2006.
        Chair, Scientific Committee on Industrial Hygiene, 2006-2011.

U.S. Department of Veterans Affairs
        Member, Advisory Committee for War-Related Illness and Injury Study
        Center, 2002-2006.

Sri Ramachandra Medical College and Research Institute, Chennai, India
        Board of Studies, Masters of Industrial Hygiene and Safety Program, 2001-
        2006.

U.S. Environmental Protection Agency
        Member, FIFRA Science Advisory Panel on "Preliminary Evaluation of the
        Non-dietary Hazard and Exposure to Children from Contact with Chromated
        Copper Arsenate Treated Wood Playground Structures and Contaminated
        Soil", 2001.

National Academy of Sciences/Institute of Medicine
        Member, Advisory Committee to the Medical Follow-up Agency study on the
        "Five Year Follow-up of Army Personnel Potentially Exposed to Chemical
        Warfare Agents", 1998-2004.

U.S. Coast Guard
        Member, Steering Committee for Partnership in Maritime Medicine Program,
        1997-1999.

American Industrial Hygiene Association
        Occupational Epidemiology Committee, 1994-present.

American Society for Testing and Materials
        Committee E34.70 on Standard for Silicon Carbide Fibers, 1991-1992.

Peter S.J. Lees, Ph.D., C.I.H.                                        January 1, 2012

National Cancer Institute
        Member, Advisory Committee on Methylene Chloride, 1988-1992.

American Lung Association of Maryland
        Occupational and Environmental Health Advisory Board, 1984-1989.

Mayor's Task Force on Asbestos (Baltimore, MD)
        Member and Chairman, Regulatory Affairs Subcommittee, 1980-1982.

**Consultations**

        ! **Governmental Agencies**

        U.S. Department of Labor
        National Security Agency
        New Jersey Department of Environmental Protection
        Social Security Administration
        National Aeronautics and Space Administration
        Maryland Department of Health and Mental Hygiene
        Baltimore City Police Department
        Embassy of Australia
        Maryland State Department of Education
        Carroll County (MD) Board of Education
        U.S. Environmental Protection Agency
        U.S. General Services Administration
        U.S. Postal Service
        U.S. Navy
        U.S. Army
        U.S. Air Force

        ! **Private and Non-Profit Organizations**

        Association of Flight Attendants
        Harford Community College
        World Health Organization
        York Hospital
        Planned Parenthood of Maryland
        Cresol Manufacturers Association
        Safe Buildings Alliance
        Catholic Archdiocese of Baltimore
        American Federation of Government Employees
        International Laborers' Union of North America
        The Park School
        Association for Retarded Citizens of Madison County (IL)
        Los Alamos National Laboratory

        ! **Consulting Firms**

        ICF Incorporated
        Consultants in Epidemiology & Occupational Health
        Bolt, Beranek & Neuman

Peter S.J. Lees, Ph.D., C.I.H.                                    January 1, 2012

Midwest Research Institute
Technical Resources, Inc.
Covino Environmental Consultants, Inc.
EA-Mueller, Inc.
Arab Development Institute
Aurora Associates International

**⚠ Legal and Insurance Firms**

Kirkland & Ellis, Chicago, IL
Latham & Watkins, San Diego, CA
Wolf, Block, Schorr, and Solis-Cohen, Philadelphia, PA
Frank, Bernstein, Conaway & Goldman; Baltimore, MD.
Anderson, Russell, Kill & Olick; New York, N.Y.
LePatner, Gainen & Block; New York, N.Y.
Venable, Baetjer & Howard; Baltimore, MD.
Kubicki, Draper, Gallagher & McGrane; Miami, FL.
Montgomery, Barnett, Brown, Read, Hammond & Mintz; New Orleans, LA
Mehaffy & Weber; Beaumont, TX
Duane, Morris & Heckscher; Philadelphia, PA
Baker & Marsteller, Washington, DC
James P. McKenna, PC; Cherry Hill, NJ

**⚠ Industrial Firms**

Rohm and Haas, Inc.
Compaq Computer, Inc.
Amoco Oil Company
Saudi Arabia Basic Industry Company
Niagara Mohawk Power Co,
Mobil Oil Co.
IBM Corporation
General Electric Corporation
Bethlehem Steel Corporation
General Motors Assembly Division
American Biltrite Rubber Co., Inc.
Beatrice Foods
Adirondack Steel Casting, Inc.
Texas Instruments
Sprague Electric Co.
CRI, Inc.
Blue Cross/Blue Shield of Maryland, Inc.
Armstrong World Industries, Inc.
US WEST Information Systems, Inc.
CSX, Inc.
Seaboard Coast Line Railroad
Boston Whaler, Inc.
Davis and Furber Machine, Co.
Foster-Grant, Inc.
Lonza Chemical, Inc.

Peter S.J. Lees, Ph.D., C.I.H.                                                    January 1, 2012

**EDITORIAL ACTIVITIES**

    **Peer Review Activities**

      *Epidemiology*
      *Journal of Occupational and Environmental Medicine*
      *Applied Occupational and Environmental Hygiene*
      *Environmental Health Perspectives*
      *Journal of the Air Pollution Control Association*
      *Annals of Occupational Hygiene*
      *Environmental Research*
      *Journal of Occupational and Environmental Hygiene*

    ***Ad Hoc* Review of Proposals**

National Institutes of Health Special Emphasis Panel
      Chair, RFA-OH-06-002, Prevention of Airborne Infections in Occupational
      Settings, 2007

National Institute for Occupational Safety and Health; Special Training Review
Committee for NIOSH Education and Research Centers and Programs
      University of Toledo, 2008
      University of Central Missouri, 2008
      Harvard University, 2003
      University of Michigan, 2002
      Temple University, 2002
      University of North Dakota, 2002
      University of Utah, 1997, 1999, 2003
      Montana Tech of the University of Montana, 1997
      University of South Florida/Tampa, 1997
      Emory University, 1996
      University of Texas, 1994
      University of Massachusetts/Lowell (chair), 1994
      University of South Carolina, 1993, 2003, 2008
      Hahnemann University (chair), 1993
      University of Iowa, 1992, 1999, 2002
      University of Washington, 1991
      University of California (Berkeley), 1991, 1997

National Institute for Occupational Safety and Health; Special Training Review
      National Center for Construction Safety and Health, 2009

National Cancer Institute
      Special Emphasis Panel for MAA CP-91013-13, 1998

U.S. Air Force Office of Scientific Affairs, 1999

Research Secretariat of Commission de la securite professionelle et de l'assurance
contre les accidents du travail (Toronto, ONT), 2000, 2003, 2004, 2005, 2006, 2007,
2010, 2011

Peter S.J. Lees, Ph.D., C.I.H.                                    January 1, 2012

**HONORS AND AWARDS**

> Delta Omega, Honorary Society in Public Heath, 2009
>
> Presidential Visiting Scholar, American University Beirut, Beirut, Lebanon, 2008
>
> National Institute for Occupational Safety and Health Traineeship, 1977-1980.
>
> Johns Hopkins University Post-Certification Scholarship, 1979, 1980, and 1985.

**PUBLICATIONS**

> **Book Chapters**
>
> Breysse PN and **PSJ Lees**: Analysis of Gases and Vapors.  *The Occupational Environment: Its Evaluation and Control*, second edition.  (2003)
>
> Breysse PN and **PSJ Lees**: Analysis of Gases and Vapors.  *The Occupational Environment: Its Evaluation and Control.*  (1996)
>
> Corn M, CE Billings and **PSJ Lees**:  "Engineering Research Needs" in First MW, Ed.: "Engineering Control of Occupational Safety & Health Hazards:  Recommendations for Improving Engineering Practice, Education & Research".  NIOSH.  January 1984.
>
> **Published Papers**
>
> Lee, NL, JM Samet, G Yang, M Zhou, J Yang, A Correa and PSJ Lees:  Prenatal Secondhand Smoke Exposure and Infant Birth Weight in China.  *Int. J. Environ. Res. Public Health.*  Submitted.  (2011)
>
> Litvan I, CR Cunningham, P.S.J. Lees, S.N. Rai, A.C. Cambon, L.W. Jackson, E.R. Martin and G.D. Schellenberg:  Implementing an Environmental and Genetic Risk Factor Case-Control Study for Progressive Supranuclear Palsy:  PSP-ENGENE Consortium Study Design.  *Neuroepidemiology.*  Submitted.  (2011)
>
> Connor TH, DG DeBord, JR Pretty, MS Oliver, TS Roth, **PSJ Lees**, EF Krieg Jr., B Rogers, CP Escalante, CA Toennis, JC Clark, BC Johnson and MA McDiarmid:  Evaluation of Antineoplastic Drug Exposure of Health Care Workers at Three University-Based US Cancer Centers.  JOEM 52(10):1019-1027.  (2010)
>
> Dalton P, R Opiekun, M Gould, R McDermott, T Wilson, C Maute, K Zhao, M Basic, E Emmett, **PSJ Lees**, R Herbert and J Moline:  Chemosensory Loss: Functional Consequences of the World Trade Center Disaster.  *Environ Hlth Perspect 118*(9):1251-1256.  (2010)
>
> Bulzachelli MT, JS Vernick, GS Sorock, DW Webster and **PSJ Lees**: Circumstances of Fatal Lockout/Tagout-Related Occupational Injuries in Manufacturing.  *Am J Ind Med 51*:728-734.  (2008)

Peter S.J. Lees, Ph.D., C.I.H.                                          January 1, 2012

Chapin RE, J Adams, K Boekelheide, LE Gray Jr, SW Hayward, **PSJ Lees**, BS McIntyre, KM Portier, TM Schnorr, SG Selevan, JG Vandenbergh and SR Woskie: NTP-CERHR Expert Panel Report on the Reproductive and Developmental Toxicity of Bisphenol A. *Birth Defects Res (Part B) 83*:157-395. (2008)

Dalton P, **PSJ Lees**, M Gould, D Dilks, A Stefaniak, M Bader, E Hungerford, A Ihrig and G Triebig: Evaluation of Long-Term Occupational Exposure to Styrene Vapor on Olfactory Function. *Chem Senses 32*:739-747. (2007)

Bulzachelli MT, JS Vernick, DW Webster and **PSJ Lees**: Effects of the Occupational Safety and Health Administration's Control of Hazardous Energy (Lockout/Tagout) Standard on Rates of Machinery-Related Fatal Occupational Injury. *Inj Prev 13*:334-338. (2007)

McDevitt JJ, **PSJ Lees**, WG Merz and KJ Schwab:  Inhibition of Quantitative PCR Analysis of Fungal Conidia Associated with Indoor Air Particulate Matter. *Aerobiologica 23*:35-45. (2007)

Correa-Villaseñor A, Y-I Min, PA Stewart, **PSJ Lees**, PN Breysse M Dosemeci and LW Jackson: Inter-Rater Agreement of Assess Prenatal Occupational Exposures to Lead. *Birth Defects Research Part A: Clinical and Molecular Teratology 76*:811-824. (2006)

Geer LA, BA Curbow, DH Anna, **PSJ Lees** and TJ Buckley: Development of a Questionnaire to Assess Worker Knowledge, Attitudes, and Perceptions Underlying Dermal Exposure. *Scan J Work Environ Health 32*(3):209-218. (2006)

Kang HK, NA Dalager, LL Needleman, DG Patterson, **PSJ Lees**, K Yates, GM Matanoski: Health Status of Army Chemical Corps Vietnam Veterans Who Sprayed Defoliant in Vietnam. *Am J Ind Med 49*:875-884. (2006)

McDevitt JJ, **PSJ Lees**, WG Merz and KJ Schwab:  Use of Green Fluorescent Protein-Expressing *Aspergillus fumigatus* Spores to Validate Quantitative PCR Analysis of Air Samples Collected on Filters. *J Occ Environ Hyg 2*(12):633-640. (2005)

Farfel MR, A Orlova, **PSJ Lees**, P Ashley and Rohde.  A Study of Urban Housing Demolitions as a Source of Lead on Streets, Sidewalks and Alleys. *Environmental Research 99:*204-213. (2005)

Manson J, MJ Brabec, J Buelke-Sam, GP Carlson, RE Chapin, JB Favor, LJ Fischer, D Hattis, **PSJ Lees**, S Perrault-Darney, J Rutledge, TJ Smith, RR Tice and P Working: NTP-CERHR Expert Panel Report on the Reproductive and Developmental Toxicity of Acrylamide. *Birth Defects Research (Part B) 74*(4):17-113. (2005)

Farfel MR, R Chaney, A Orlova, **PSJ Lees**, C Rohde and P Ashley. Biosolids Compost Amendment for Reducing Soil Lead Hazards: A Pilot Study of Orgro Amendment and Grass Seeding in Urban Yards. *Sci Tot Environment 340*/1-3:81-95. (2005)

McDevitt JJ, **PSJ Lees**, WG Merz and KJ Schwab.  Real-Time Quantitative PCR Method Incorporating an Internal Standard Control Suitable for the Enumeration of *Aspergillus fumigatus* in Environmental Air Samples. *Mycopathalogica 158*:325-335. (2004)

Peter S.J. Lees, Ph.D., C.I.H.                                                January 1, 2012

Park RM, JF Bena, LT Stayner, RJ Smith, HJ Gibb and **PSJ Lees**: Hexavalent Chromium and Lung Cancer in the Chromate Industry: A Quantitative Risk Assessment. *Risk Analysis 24*(5):1099-1108. (2004)

Jackson LW, A Correa-Villaseñor, **PSJ Lees**, F Dominici, PA Stewart, PN Breysse and GM Matanoski: Parental Lead Exposure and Total Anomalous Pulmonary Venous Return. *Birth Defects Research Part A: Clinical and Molecular Teratology 70*(4):185-193. (2004)

Farfel MR, AO Orlova, **PSJ Lees**, C Rohde, P Ashley and JJ Chisolm: A Study of Urban Housing Demolitions as Sources of Lead in Ambient Dust: Demolition Practices and Exterior Dustfall. *Environ Hlth Perspect 111*:1228-1234. (2003).

**Lees PSJ**, A Stefaniak, EA Emmett and P Dalton: Exposure Assessment for Study of Olfactory Function in Workers Exposed to Styrene in the Reinforced-Plastics Industry. *Am J Ind Med 44*:12-23. (2003)

Dalton P, B Cowart, D Dilks, M Gould, **PSJ Lees**, A Stefaniak and EA Emmett: Olfactory Function in Workers Exposed to Styrene in the Reinforced-Plastics Industry. *Am J Ind Med 44*:1-11. (2003)

Stewart PA, **PSJ Lees**, A Correa, P Breysse, M Gail and B Graubard: Evaluation of Three Retrospective Exposure Assessment Methods. *Annals Occup Hygiene 47*(5): 399-411. (2003)

Davis EG, EJ MacKenzie, WJ Sacco, LW Bain, RF Buckman, HR Champion and **PSJ Lees**: A New "TRISS-Like" Probability of Survival Model for Intubated Trauma Patients. *J Trauma: Injury, Infection, and Critical Care 55*:53-61. (2003)

Bannon DI, R Abounader, **PSJ Lees** and JP Bressler: Effect of DMT1 Knockdown on Iron, Cadmium, and Lead Uptake in Caco-2 Cells. *Am J Cell Physiol 284*:C44-C50. (2003)

Bannon DI, ME Portnoy, L Olivi, **PSJ Lees**, VC Culotta and JP Bressler: Uptake of Lead and Iron by Divalent Metal Transporter 1 in Yeast and Mammalian Cells. *Biochem Biophys Res Commun 295*:978-984. (2002)

Beall C, E Delzell, B Rodu, N Sathiakumar, **PSJ Lees**, PN Breysse and S Myers: A Case-Control Study of Intracranial Neoplasms among Employees at a Petrochemical Research Facility. *J Occ Environ Med 43*(12):1103-1113. (2001)

Farfel MR, AO Orlova, **PSJ Lees**, C Bowen, R Elias, PJ Ashley and JJ Chisolm: Comparison of Two Floor Mat Lead Dust Collection Methods and Their Application in Pre-1950 and New Urban Houses. *Envir Sci Technol 23*:2078-2083. (2001)

Coble J, **PSJ Lees** and GM Matanoski: Time Trends in Exposure Measurements from OSHA Compliance Inspections of the Pulp and Paper Industry. *Applied Occup Env Hyg 16*(2):263-270. (2001)

Kang HK, NA Dalager, LL Needleman, DG Patterson Jr, GM Matanoski, S Kanchanaraksa and **PSJ Lees**: U.S. Army Chemical Corps Vietnam Veterans Health

Peter S.J. Lees, Ph.D., C.I.H.                                          January 1, 2012

Study: Preliminary Results.  *Chemosphere 43*(4-7):943-949.  (2001)

Breysse PN, **PSJ Lees**, BC Rooney, BR McArthur, ME Miller and C Robbins: End-User Exposures to Synthetic Vitreous Fibers: II. Installation and Fabrication of Commercial Products.  *Applied Occup Env Hyg 16*(4):464-470.  (2001)

Gibb HJ, **PSJ Lees**, PF Pinsky and BC Rooney:  Irritation Symptoms Among Chromium Production Workers. *Am J Ind Med 38*:127-131. (2000)

Gibb HJ, **PSJ Lees**, PF Pinsky and BC Rooney: Lung Cancer Exposure-Response Among Chromium Production Workers. *Am J Ind Med 38*:115-126.  (2000)

Delzell E, C Beall, B Rodu, **PSJ Lees**, PN Breysse and P Cole:  A Case-Series Investigation of Intracranial Neoplasms at a Petrochemical Research Facility.  *Am J Ind Med 36*:450-458.  (1999)

Breysse PN, **PSJ Lees** and BC Rooney:  Comparison of NIOSH Method 7400 "A" and "B" Counting Rules for Assessing Synthetic Vitreous Fiber Exposures.  *Am Ind Hyg Assoc J 60*:526-532.  (1999)

Orlova AO, LN Losh, D Bannon, **PSJ Lees**, JJ Chisolm Jr and MR Farfel: Reconsideration of Methods and Standards: Digestion of Diaper Wipes and Use of Matrix-Matched Calibration Standards of Dust Lead Analysis.  *Envir Sci Technol 33*:4532-4536.  (1999)

Stewart PA, **PSJ Lees**, A Correa and PN Breysse: An Evaluation of Error of Acrylonitrile Measurements in an Epidemiologic Study.  *Applied Occup Env Hyg 13*(7):546-553. (1998)

Matanoski GM, S Kanchanaraksa, **PSJ Lees**, X-G Tao, R Royall, M Francis and D Lantry: An Industry-wide Study of Mortality of Pulp and Paper Mill Workers.  *Am J Ind Med 33*(4):354-365.  (1998)

Lewis RD, PN Breysse, **PSJ Lees**, M Diener-West, R Hamilton and P Eggleston: Factors Affecting the Retention of Dust Mite Allergen on Carpet. *Am Ind Hyg Assoc J 59*:606-613.  (1998)

Cappuccio WR, **PSJ Lees**, PN Breysse and JB Margolick: Evaluation of Glove Integrity in a Flow Cytometry Laboratory.  *Infect Control Hosp Epidem 18*(6):423-425.  (1997)

Stewart PA, **PSJ Lees**, and M Francis:  Quantification of Historical Exposures in Occupational Cohort Studies.  *Scand J Work Environ Health 22*:405-414.  (1996)

Robin LF, **PSJ Lees**, M Winget, M Steinhoff, LH Moulton, M Santosham and A Correa: Wood-burning Stoves and Lower Respiratory Illnesses in Navajo Children.  *Pediatr Infect Dis J 15*:859-865.  (1996)

Sznajder JD, **PSJ Lees**, JFK Froats, LE Booher and PN Breysse:  Ergonomic Predictors of Workers' Discomfort During Valve Turning Tasks.  *Occup Hyg 3*:281-289.  (1996)

Peter S.J. Lees, Ph.D., C.I.H.                                      January 1, 2012

**Lees PSJ**:  "Combustion Products and Other Firefighter Exposures" in Orris P, J Melius and R Duffy, Eds.: Occupational Medicine: State of the Art Reviews - Firefighters' Occupational Safety and Health.  Vol 10, No 4, October-December 1995.  Philadelphia, Hanley & Belfus, Inc.

Chiusano SV, **PSJ Lees** and PN Breysse:  An Occupational Noise Exposure Assessment for Headset-Wearing Communications Workers.  *Applied Occup Env Hyg 10*(5):476-481.  (1995)

Durand KTH, **PSJ Lees** and DG Kern:  Exposure Assessment and Respirator Selection for Cleaning Crude Oil Process Vessels.  *Applied Occup Env Hyg 10*(2):120-124.  (1995)

Miller ME, **PSJ Lees** and PN Breysse: A Comparison of Airborne MMVF Concentrations Before and After Installation of Insulation in New Construction Housing.  *Applied Occup Env Hyg 10*(3):182-187.  (1995)

McArthur BR and **PSJ Lees**:  The Effect of Contact Time and Contact Pressure on the Transfer of Oil to Surface Sample Media.  *Applied Occup Env Hyg 10*(1):23-28.  (1995)

Farfel MR, **PSJ Lees**, B Lim, CA Rohde and D Bannon:  Comparison of Wipe and Cyclone Methods for the Determination of Lead in Residential Dusts.  *Appl Occup Env Hyg 9*(12):1006-1012.  (1994)

Breysse PN, JW Cherrie, **PSJ Lees**, and P Brown:  Comparison of NIOSH 7400 "B" Rules and WHO References Methods for the Evaluation of Airborne Man-Made Mineral Fibers.  *Ann Occup Hyg (Inhaled Particles VII; Supplement)* 527-532.  (1994)

Farfel MR, **PSJ Lees**, CA Rohde, B. Lim, D Bannon and JJ Chisolm:  Comparison of a Wipe and a Vacuum Collection Method for the Determination of Lead in Residential Dusts.  *Environ Res 65*:291-301.  (1994)

Curbow B,  MA McDiarmid, PN Breysse and **PSJ Lees**:  Investigation of a Spontaneous Abortion Cluster:  Development of a Risk Communication Program.  *Am J Ind Med 26*:265-275.  (1994)

MA McDiarmid, PN Breysse, **PSJ Lees**, B Curbow and K Kolodner:  Investigation of a Spontaneous Abortion Cluster: Lessons Learned.  *Am J Ind Med 25*:463-475.  (1994)

Farfel MR, **PSJ Lees**, D Bannon, B Lim and CA Rohde:  Comparison of Two Cyclone-Based Collection Devices for the Evaluation of Lead-Containing Residential Dusts.  *Applied Occup Env Hyg 9*(3):212-217 (1994).

Breysse PN, **PSJ Lees**, MA McDiarmid and B Curbow:  ELF Magnetic Field Exposures in an Office Environment. *Am J Ind Med 25*:77-185 (1994).

**Lees PSJ**, PN Breysse, BR McArthur, ME Miller, BC Rooney, CA Robbins and M Corn:  End-User Exposures to Man-Made Vitreous Fibers:  I. Installation of Residential Insulation Products.  *Applied Occup Env Hyg 8*:1022-1030 (1993).

McDevitt JJ, **PSJ Lees** and MA McDiarmid:  Exposure of Hospital Pharmacists and Nurses to Antineoplastic Agents.  *J Occup Med 35*(1):57-60.  (1993)

Peter S.J. Lees, Ph.D., C.I.H.                                              January 1, 2010

Robbins CA, PN Breysse, M Francis, **PSJ Lees**, N Chopra and M Corn:  Comparison of Size Characteristics of Fibers Found on Sample Filters and Cassette Cowls from Personal Samples of Airborne Man-Made Mineral Fibers.  *Applied Occup Env Hyg 7*(10):659-664 (1992).

**Lees PSJ**:  Chromium and Disease:  Review of Epidemiologic Studies With Particular Reference to Etiologic Information Provided by Measures of Exposure, *Environ Hlth Perspect 92*:93-104 (1991).

Agnew J, MA McDiarmid, **PSJ Lees**, R Duffy:  Reproductive Hazards of Fire Fighting:  I. Non-Chemical Hazards.  *Am J Indust Med 19*:433-445 (1991).

McDiarmid MA, **PSJ Lees**, J Agnew, M Midzenski, R Duffy: Reproductive Hazards of Fire Fighting:  II.  Chemical Hazards.  *Amer J Indust Med 19*:447-472 (1991).

Breysse PN, C Rice, P Aubourg, M Komoroski, M Kalinowski, R Versen, J Woodson, R Carlton and **PSJ Lees**:  Cowl Rinsing Procedure for Airborne Fiber Sampling.  *Applied Occup Env Hyg 5*(9):619-622 (1990).

Becker DM, HF Conner, HR Waranch, F Stillman, L Remmington, **PSJ Lees**, M Winslow and F Oski:  The End of An Era:  The Impact of A Total Ban on Smoking in The Johns Hopkins Children's Center.  *JAMA 262*:799-802 (1989).

**Lees PSJ**, M Corn and PN Breysse:  Evidence for Dermal Absorption as the Major Route of Body Entry During Exposure of Transformer Maintenance and Repairmen to PCBs.  *Am Ind Hyg Assoc J 48*:257-264 (1987).

Paull JM, M Corn, **PSJ Lees** and PN Breysse:  Non-Occupational Exposure to Asbestos in Buildings:  A Practical Risk Management Program.  *Am Ind Hyg Assoc J 47*(3):497-504 (1986).

**Lees PSJ** and M Corn:  Health, Safety and Environmental Criteria for Siting of Laboratory Facilities.  *Am Ind Hyg Assoc J 44*(4):286-291.  (1983).

Corn M and **PSJ Lees**:  The Industrial Hygiene Audit:  Purposes and Implementation.  *Am Ind Hyg Assoc J 44*(2):135-141 (1983).

**Peer Reviewed Government Reports**

Walker MK, E Bell, SW Burchiel, RR Dietert, N Duan, RB Hauser, K Kelsey, NL Kerkvliet, SB Kritchevsky, **PSJ Lees**, LA McCauley, JR Olson, JM Shefner and L Zhang: Veterans and Agent Orange:  Update 2010.  National Academies Press, Washington DC.  (2012)

Farfel MR, CA Rohde, **PSJ Lees**: Lead Paint Abatement and Repair & Maintenance Study in Baltimore: Findings Based on Two Years of Follow-up.  U.S. EPA, Office of Pollution Prevention and Toxic Substances.  Washington, DC, EPA 747-R97-005. (December, 1997)

Farfel MR, CA Rohde, **PSJ Lees**: Lead Paint Abatement and Repair & Maintenance Study in Baltimore: Findings Based on the First Year of Follow-up.  U.S. EPA, Office of

Peter S.J. Lees, Ph.D., C.I.H.                                      January 1, 2012

Pollution Prevention and Toxic Substances.  Washington, DC, EPA 747-R97-001.  (April, 1997)

Farfel MR, CA Rohde, **PSJ Lees**: Lead Paint Abatement and Repair & Maintenance Study in Baltimore: Pre-Intervention Findings.  U.S. EPA, Office of Pollution Prevention and Toxic Substances.  Washington, DC, EPA 747-R95-012.  (August, 1996)

Hosenfeld JM, L Moody, M Gabriel, EA Emmett, **PSJ Lees**, R Freisem, J Jeffreys, R Fox, R Bascom and D Bennett:  *Pentachlorophenol in Log Homes:  A Study of Environmental and Clinical Aspects.* U.S. Environmental Protection Agency, EPA-500/5-87-001.

### Abstracts

**Lees PSJ**, WF Stewart, HJ Gibb, M Francis, PA Stewart, and BC Rooney:  "Decision-Making in the Construction of an Exposure Matrix for a Cohort of Chromate Production Workers", *Occup Hyg. 3*:281-289. (1996)

**Lees PSJ**, HJ Gibb and BC Rooney:  "Derivation of Exposure-Response Relationship for Chromium from Historic Exposure Data", *Epidemiology 6*(4):S116. (1995)

Magee CM, MS Tockman and **PSJ Lees**:  "Extrahepatic Biliary Atresia and Parental Farming and Pesticide Exposures", *Teratology 43*(5):423. (1991)

### Proceedings

Ashley PJ, EJ Krogstad, **PSJ Lees**, EK Silbergeld and DR Smith:  "The Use of Stable Lead Isotopes to Identify and Apportion Sources of Lead in Urban House Dust", International Congress on Hazardous Waste:  Impact on Human Health and Ecological Health, Atlanta, GA.  (1995)

**Lees PSJ**:  "Air Sampling and Asbestos-Containing Materials in Buildings".  In *Proceedings of the Symposium on Health Aspects of Exposure to Asbestos in Buildings.* Harvard University, Kennedy School of Government, Cambridge, MA.  December 14-16, 1988 (1989).

### Scientific/Technical Reports

Matanoski GM, **PSJ Lees**, X Tao and DA Lantry.  Report on SIA Worker Health Feasibility Study (SIA Scoping Study), for Semiconductor Industry Association, San Jose, CA.  (June, 2004)

Dalton P, B Cowart, D Dilks, M Gould, **PSJ Lees**, A Stefaniak, EA Emmett:  Olfactory Function in Workers Exposed to Styrene in the Reinforced-Plastics Industry.  For Styrene Information and Research Center, Washington, DC.  (September, 1999)

Farfel MR, **PSJ Lees** and CA Rohde:  "Preliminary Report Based on the Twelve Month Campaign of the Lead Paint Abatement and Repair & Maintenance Study".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics. Washington, DC.  (July, 1995)

- Page 13 -

Peter S.J. Lees, Ph.D., C.I.H.                                        January 1, 2012

Farfel MR, **PSJ Lees** and CA Rohde:  "Preliminary Report on the Six Month Campaign of the Lead Paint Abatement and Repair & Maintenance Study".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC. (January, 1995)

Farfel MR, **PSJ Lees** and CA Rohde:  "Final Report on the Initial Data Collection Campaign of the Lead Paint Abatement and Repair & Maintenance Study".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics. Washington, DC.  (December, 1994)

Farfel MR, **PSJ Lees**, CA Rohde and B Rooney:  "Comparison of 2-Month Lead Dust Levels to Baseline Levels for Repair & Maintenance Intervention Levels I-III".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics. Washington, DC.  (March, 1994)

Sznajder JD, K Gaffey and **PSJ Lees**:  "Assessment of Musculoskeletal Injury Potential Among Refinery Employees".  For Exxon Company, U.S.A., Baton Rouge, LA. (November 1993)

Corn M and **PSJ Lees**:  "Asbestos Fiber Release and Airborne Asbestos Fiber Exposure During Removal of Coal Tar Wrap from Natural Gas Pipelines".  For Niagara Mohawk Power Corporation, Syracuse, NY.  (April 1993)

Farfel MR, CA Rohde and **PSJ Lees**:  "Comparison of Pre- and Post Intervention Dust Lead Levels:  Repair & Maintenance Intervention Levels I-III".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC. (September, 1993)

Farfel MR, CA Rohde and **PSJ Lees**:  "Descriptive Statistics on Lead Levels in Environmental and Biological Samples from the Initial Sampling Campaign of the Lead Paint Repair & Maintenance Study".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC.  (September, 1993)

Farfel MR, CA Rohde and **PSJ Lees**:  "Comparison of Current and Historic Lead Levels in Settled Dust in Previously Abated Dwellings".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC.  (September, 1993)

Farfel MR, CA Rohde and **PSJ Lees**:  "Comparison of Lead Levels in Settled Dust in Modern Urban and Previously Abated Dwellings".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC.  (September, 1993)

Farfel MR, **PSJ Lees** and CA Rohde:  "Report on Study of Side-by-Side Wipe and High Volume Cyclone Dust Samples".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC.  (April, 1993)

Farfel MR, D Bannon, **PSJ Lees** and CA Rohde:  "Report on Kennedy-Krieger Institute Evaluation of Two Dust Collection Devices vis-a-vis Size Distribution of Lead Particles in Household Dust".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC.  (August, 1992)

Peter S.J. Lees, Ph.D., C.I.H.                                      January 1, 2012

Farfel MR, **PSJ Lees**, CA Rohde, JJ Chisolm and D Bannon:  "Report on Kennedy-Krieger Institute Test   of Microwave Digestion of Dust, Water and Soil Samples".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics. Washington, DC.  (July, 1992)

Farfel MR, **PSJ Lees** and CA Rohde:  "Quality Assurance Project Plan for the Lead-Based Paint Repair & Maintenance Main Study".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC.  (June, 1992)
Farfel MR, **PSJ Lees** and CA Rohde:  "Final Draft Report on Kennedy-Krieger Institute Lead-Based Paint Repair & Maintenance Pilot Study".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC.  (May, 1992)

Farfel MR, **PSJ Lees** and CA Rohde:  "Quality Assurance Project Plan for the Lead-Based Paint Repair & Maintenance Pilot Study".  For U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics.  Washington, DC.  (May, 1991)

**Lees PSJ** and MS Tockman:  "Evaluation of Possible Public Health Impact of WSSC Site II Sewage Sludge Composting Operations".  For Maryland Department of Health and Mental Hygiene, Baltimore, MD.  (February, 1987)

**Lees PSJ**:  "Industrial Hygiene Survey and Assessment of Activities Related to the Use of Asbestos-Containing Materials at the Park School".  For The Park School, Brooklandville, MD.  (January, 1987)

**Lees PSJ**:  "Industrial Hygiene Survey and Assessment of Asbestos-Containing Materials in the Social Security Administration Annex Building".  For Social Security Administration, Baltimore, MD.  (December, 1986)

**Lees PSJ** and S Fortney:  "Asbestos Exposure of GSA Steam Tunnel Personnel and Final Project Recommendations".  For General Services Administration, Washington, DC.  (May, 1986)

**Lees PSJ**:  "Asbestos Inspection and Assessment, Association for Retarded Citizens of Madison County".  For Association for Retarded Citizens, Wood River, IL.  (March, 1986)

Emmett EA, **PSJ Lees** and RM Freisem:  "Pentachlorophenol Used as a Wood Preservative in Log Houses, A Methods Evaluation:  Comments on Medical and Environmental Field Sampling Protocols".  For U.S. Environmental Protection Agency and Midwest Research Institute, Washington, DC and Kansas City, MO.  (March, 1985)

Emmett EA, **PSJ Lees**, RM Freisem, JL Jeffreys, R Fox, R Bascom and D Bennett: "Study of Log Home Residents Exposed to Pentachlorophenol".  For U.S. Environmental Protection Agency and Midwest Research Institute, Washington, DC and Kansas City, MO.  (January, 1985)

**Lees PSJ**:  "Audit of Asbestos Management Program".  For the Advisory Committee of the Carroll County (MD) Board of Education, Westminster, MD.  (October, 1984)

Peter S.J. Lees, Ph.D., C.I.H.                                                January 1, 2012

**Lees PSJ**:  "Investigation of Patterns of Suspected Indoor Fungal Contamination".  For U.S. General Services Administration, Accident and Fire Protection Branch, Washington, DC.  (May, 1984)

**Lees PSJ**:  "Use of Asbestos-Containing Materials in the Catholic Center of Baltimore".  For the Catholic Archdiocese of Baltimore, Baltimore, MD.  (April, 1984)

**Lees PSJ**:  "Use of Asbestos-Containing Materials in the Supply Building, Social Security Administration".  For the American Federation of Governmental Employees, Baltimore, MD.  (March, 1984)

**Lees PSJ**:  "Use of Asbestos-Containing Materials in Chancery of the Embassy of Australia".  For the Embassy of Australia, Washington, DC.  (March, 1984)

**Lees PSJ**:  "An Assessment of the Extent and Magnitude of Occupational Exposure to Cresols Used as Industrial Degreasing Agents".  For Consultants in Epidemiology and Occupational Health, Washington, DC.  (October, 1983)

**Lees PSJ**:  "Examination of Ventilation System and Mycological Identification of Suspected Indoor Fungal Contamination (U.S. Information Agency, Voice of America)".  For U.S. General Services Administration, Accident and Fire Protection Branch, Washington, DC.  (December, 1983)

**Lees PSJ**:  "Industrial Hygiene Investigation of Sources of Carbon Monoxide in a Parking Garage/Office Building Complex". For U.S. General Services Administration, Accident and Fire Protection Branch, Washington, DC.  (August, 1983)

**Lees PSJ**:  "Health and Safety Audit of Health Care Facility".  For Constant Care Medical Center, Baltimore, MD.  (August, 1983)

Emmett EA, G Gurtner, T Kennedy, **PSJ Lees** and R Rubin:  "Phase II Report and Summary Document:  Acute Toxic Effects".  For General Electric Company, Plastics Technology Department, Pittsfield, MA.  (May, 1983)

Fortney S, **PSJ Lees**, W Beckett, PN Breysse, C Turner and N Vroman:   "Asbestos Exposure and Heat Stress of GSA Steam Tunnel Personnel".  For U.S. General Services Administration, Safety and Fire Protection Branch, Washington, DC.  (May, 1983; Phase I) and (December, 1984; Phase II).

**Lees PSJ** and PN Breysse:  "Acute Toxicity Limiting Exposure to Chemicals with Very High or High Probability of Containing Incidentally- Generated PCBs".  For U.S. Environmental Protection Agency, Office of Pesticides and Toxic Substances, Washington, DC.  (April, 1983)

**Lees PSJ**:  "Mycological Identification of Indoor Fungal Contamination (Columbia Plaza)".  For U.S. General Services Administration, Accident and Fire Protection Branch, Washington, DC.  (February, 1983)

**Lees PSJ**:  "Mycological Identification of Indoor Fungal Contamination (GSA, DOE, DHHS, GAO, OPM)".  For U.S. General Services Administration, Accident and Fire Protection Branch, Washington, DC.  (February, 1983)

Peter S.J. Lees, Ph.D., C.I.H.                                         January 1, 2012

**Lees PSJ** and PN Breysse:  "Industrial Hygiene Assessment of PCB Exposure of GSA Switchgear Operators".  For U.S. General Services Administration, Accident and Fire Protection Branch, Washington, DC.  (January, 1983)

Lewis P, J Ferrara and **PSJ Lees**:  "Medical and Industrial Hygiene Investigation of Indoor Air Pollution Complaint".  For U.S. General Services Administration, Accident and Fire Protection Branch, Washington, DC.  (July, 1982)

Levine MS, NL Fox, PH Grundy, W Huster, G Warr, and **PSJ Lees**:  "Monocyte Counts and the Noryl Production Process:  A Preliminary Investigation".  For General Electric Company, Plastics Business Operations, Selkirk, NY.  (April, 1982)

**Lees PSJ**, CM Ryan and PN Breysse:  "Industrial Hygiene Survey for Formaldehyde, Phenol and Ethanol Exposure in a Gross Anatomy Laboratory".  For U.S. Environmental Protection Agency, Office of Pesticides and Toxic Substances, Washington, DC. (March, 1982)

**Lees PSJ**, CM Ryan and PN Breysse:  "Industrial Hygiene Survey for Airborne Asbestos Fibers".  For Baltimore City Police Department, Baltimore, MD.  (November, 1981)

Corn M, EA Emmett, A Goldberg, RJ Brandt, MS Levine, **PSJ Lees** and PN Breysse: "Review of ECHOES and Its Implications at Six IBM Sites".  For IBM Corporation, Division of Health and Safety, Armonk, NY.  (September, 1981)

Brandt RJ and **PSJ Lees**:  "Visit to Information Systems Division, IBM Corporation, Lexington, KY".  For IBM Corporation, Division of Health and Safety, Armonk, NY. (September, 1981)

Corn M, EA Emmett, A Goldberg, RJ Brandt, MS Levine, **PSJ Lees** and PN Breysse: "Visit to Information Systems Division, IBM Corporation, Poughkeepsie, NY".  For IBM Corporation, Division of Health and Safety, Armonk, NY.  (September, 1981)

Corn M, EA Emmett, A Goldberg, RJ Brandt, MS Levine, **PSJ Lees** and PN Breysse: "Visit to General Technologies Division, IBM Corporation, East Fishkill, NY".  For IBM Corporation, Division of Health and Safety, Armonk, NY.  (August, 1981)

**Lees PSJ**, M Corn, PN Breysse and CM Ryan:  "Criteria for Siting of Laboratory Facilities Based on Safety & Environmental Factors".  For U.S. Environmental Protection Agency, Facilities Engineering and Real Property Branch, Washington, DC.  (August, 1981)

**Lees PSJ**, M Corn, PN Breysse and CM Ryan:  "Guidelines for the Health and Safety Audit of EPA Laboratories Charged with the Analysis of High Hazard Samples".  For U.S. Environmental Protection Agency, Immediate Office of Planning and Management, Washington, DC. (May, 1981)

**Lees PSJ** and CM Ryan:  "Report of Visit to EPA Laboratory Facilities for FY81 Capital Improvements Budget, Environmental Research Laboratory, Duluth, MN".  For U.S. Environmental Protection Agency Office of Planning and Management, Washington, DC. (January, 1981)

Peter S.J. Lees, Ph.D., C.I.H.                                          January 1, 2012

Corn M and **PSJ Lees**:  "Report of Visit to EPA Laboratory Facilities for FY81 Capital Improvements Budget, Surveillance and Analysis Division Laboratory and Municipal Environmental Research Laboratory, Edison, NJ".  For U.S. Environmental Protection Agency Office of Planning and Management, Washington, DC.  (January, 1981)

Corn M and **PSJ Lees**:  "Report of Visit to EPA Laboratory Facilities for FY81 Capital Improvements Budget, Eastern Environmental Radiation Facility, Montgomery, AL".  For U.S. Environmental Protection Agency Office of Planning and Management, Washington, DC.  (January, 1981)

**Lees PSJ** and PN Breysse:  "Report of Visit to EPA Laboratory Facilities for FY81 Capital Improvements Budget, Environmental Research Laboratory and Surveillance and Analysis Division Laboratory, Athens, GA".  For U.S. Environmental Protection Agency Office of Planning and Management, Washington, DC.  (January, 1981)

Matanoski GM, CE Billings, MS Levine, **PSJ Lees** and E Elliott: "Industry Report: Investigation of Health in the Painting Trades".  NIOSH Contract 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. Cincinnati, OH.  (January, 1980)

**Lees PSJ**, GM Matanoski, CE Billings and MS Levine:  "Walk-Through Survey Reports, Health Hazards in the Painting Trades", USDHEW, PHS, CDC. NIOSH Contract No. 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.  Washington, DC.  (June-September, 1978)

Peter S.J. Lees, Ph.D., C.I.H.                                    January 1, 2012

*CURRICULUM VITAE*

**PETER S.J. LEES, Ph.D., C.I.H.**

**Part II**

**TEACHING**

**Advisees** (advisor and/or thesis reader for masters students)

| Name | Degree | Date |
|------|--------|------|
| Laura Geer | PDF | 2005-2006 |
| Steven Lacey | PDF | 2002-2003 |
| | | |
| Patrick Baron | Ph.D. | 2011- |
| Rebecca Adler | Ph.D. | 2011- |
| Rebecca Nachman | Ph.D. | 2011- |
| Pamela Dopart | Ph.D. | 2010- |
| Katherine Clark | Dr.P.H. | 2007-2009 |
| Bradley King | Ph.D. | 2006- |
| Katherine Rees | Ph.D. | 2001-2007 |
| Onyemaechi Nweke | Dr.P.H. | 2002-2006 |
| James McDevitt | Ph.D. | 1999-2004 |
| William Alexander | Ph.D. | 1996-2004 |
| Desmond Bannon | Ph.D. | 1995-2002 |
| Joseph Coble | Ph.D. | 1996-1999 |
| Edward Davis | Ph.D. | 1995-1998 |
| Patricia Stewart | Ph.D. | 1988-1994 |
| Sheau-Rong Lou | Ph.D. | 1987-1993 |
| Billy R. McArthur | Ph.D. | 1986-1992 |
| | | |
| Caroline Bosclair | MSPH | 2011- |
| Xaioxing Cui | MSPH | 2011- |
| Amy McDonough | MSPH | 2011- |
| Jeffrey Zhu | MSPH | 2011- |
| Jessica VanHook | iMPH | 2011- |
| Adam Crum | iMSPH | 2011- |
| Laura Webbert | iMSPH | 2011- |
| Rachel Brown | MSPH | 2010- |
| Michele Coutu | MSPH | 2010- |
| Olatunde Animashaun | iMPH | 2010- |
| Nilantha Lenora | iMPH | 2010- |
| Matthew Garvey | iMSPH | 2010- |
| Adam Waddell | MHS | 2009-2011 |
| Emmanuel Kyeremateng-Amoah | MSPH | 2009-2011 |
| Sarah Wu | iMSPH | 2009- |
| Nnenna Ofulue | iMSPH | 2009- |
| Chamonix Roberts | iMPH | 2009- |
| Kerry Hamilton | MHS | 2008-2009 |

Peter S.J. Lees, Ph.D., C.I.H.                                      January 1, 2012

| | | |
|---|---|---|
| Paul Martone | MHS | 2008-2009 |
| Christopher Whitehorne | MHS | 2007-2009 |
| Joshua Julius | MHS | 2006-2008 |
| Bartliomeij Szczech | MHS | 2006-2008 |
| Daniel Oerther | iMPH | 2006- |
| Ther Aung | MHS | 2005-2007 |
| Artiom Chacon | MHS | 2005- |
| Katherine Clark | MHS | 2005-2007 |
| Roland Girardet | MHS | 2004-2006 |
| Elizabeth Barr | iMPH | 2004-2006 |
| Dennis Palalay | MHS | 2003-2005 |
| Mark Hayden | MHS | 2002-2004 |
| Susan Brenneman | MHS | 2001-2003 |
| Kerry LeFrancis | MHS | 2000-2002 |
| Katherine Rees | MHS | 2000-2001 |
| Shannon Henshaw | MHS | 1999-2001 |
| Laurie Scott | MHS | 1999-2001 |
| Louis Stein | MHS | 1999-2000 |
| Laura LaRosa | MHS | 1998-2000 |
| Susan McGowan | MHS | 1998-2000 |
| James Hollingshead | MHS | 1997-1999 |
| Michelle Twilley | MHS | 1997-1998 |
| Emile Bernard | MHS | 1996-1998 |
| Meghan Conte | MPH | 1996-1998 |
| Quazi Islam | MHS | 1995-2000 |
| Sandeep Sayal | MHS | 1995-1997 |
| Mark Isenstein | MHS | 1995-1997 |
| Christopher Daly | MHS | 1995-1997 |
| Michael McGinley | MHS | 1995-1997 |
| William Alexander | MHS | 1994-1996 |
| Manuel Cordido | MHS | 1994-1996 |
| Laura Lewis | MHS | 1994-1996 |
| Ishmael Hoare | MPH | 1994-1995 |
| Edward Davis | MHS | 1993-1995 |
| Deborah Brown | MHS | 1993-1995 |
| Laura Pestana | MHS | 1993-1995 |
| Abigail Bushley | MHS | 1993-1995 |
| Janice Ruggles | MHS | 1993-1995 |
| Steven Voelkel | MHS | 1993-1996 |
| James Blando | MHS | 1993-1995 |
| Philip Fontenelle | MHS | 1992-1995 |
| Scott Madar | MHS | 1992-1994 |
| Kerry Gaffey | MHS | 1992-1994 |
| Sarah Sappington | MHS | 1991-1995 |
| Dennis Mosebrook | MHS | 1991-1993 |
| Beth Donovan | MHS | 1991-1993 |
| Amy Hatzenbuhler | MHS | 1991-1993 |
| Robert McKenzie | MHS | 1991-1993 |
| Stephen Chiusano | MHS | 1991-1993 |
| Michael E. Miller | MHS | 1990-1992 |
| Etta Mason | MHS | 1990-1992 |
| Michael Kluzik | MHS | 1990-1992 |

Peter S.J. Lees, Ph.D., C.I.H.                                    January 1, 2012

| | | |
|---|---|---|
| Karen Sarantis | MHS | 1989-1992 |
| Kate Hanley | MHS | 1989-1991 |
| Deborah Galaska | MHS | 1989-1991 |
| Brian Powers | MHS | 1988-1990 |
| Pamela Kosansky | MHS | 1988-1990 |
| Charles Bragdon | MHS | 1988-1990 |
| Robert Cappabianca | MHS | 1987-1989 |
| James McDevitt | MHS | 1987-1989 |
| Ludmila Hays | MHS | 1987-1989 |
| Kathleen Bradford | MHS | 1986-1988 |
| Andrea B. Russiello | MHS | 1986-1988 |
| Stephanie Lorge | MHS | 1985-1987 |
| Joseph Wiseman | MHS | 1985-1987 |
| Moustafa Ali Awad | MHS | 1984-1986 |
| Gregory Wolfe | MHS | 1984-1986 |
| Joseph Ocken | MHS | 1984-1986 |

**Departmental Oral Examination Participation**

Sutyajeet Soneja, 2011
Rachel Zamoiski, 2011
Meghan Davis, Ph.D., 2010
Rebecca Nachman, Ph.D., 2010
Bradley King, Ph.D., 2009
Yayi Guo, Ph.D., 2008
Leora Vegosen, Ph.D., 2008
Katherine Clark, Dr.P.H., 2008
Kristen Gibson, Ph.D., 2008
D'Ann Williams, Ph.D., 2008
Cynthia McOliver, Ph.D., 2008
Bryan Christensen, Ph.D., 2007
Juan Ramos-Bonilla, Ph.D., 2007
Julie Richman, Ph.D., 2006
Jay Graham, Ph.D., 2006
David Colquhoun, Ph.D., 2006
Sharon Nappier, Ph.D., 2006
Pernpit Suwan-ampai, Ph.D., 2006
Onyemaechi Nweke, Dr.P.H., 2005
Shirley Van Zandt, Ph.D., 2005
Nicole Cardello, Ph.D., 2004
Jinhee Bae, Ph.D., 2004
Kenneth Brenneman, Ph.D., 2004
Jennifer Roberts, Dr.P.H., 2003
Katherine Rees, Ph.D., 2003
Sung Roul Kim, Ph.D., 2003
Alexandra Maertens, Ph.D., 2003
Laura Geer, Ph.D., 2003
Michele M. Twilley, Dr.P.H., 2003
Laura E. LaRosa, Ph.D., 2003
Joanna Gaitens, Ph.D., 2002
James J. McDevitt, Ph.D., 2001
A. Butch DeCastro, Ph.D., 2001

Peter S.J. Lees, Ph.D., C.I.H.                                                                    January 1, 2012

Kuo-Shyan Lin, Ph.D., 2000
Devon-Payne-Sturgis, Dr.P.H., 2000
Barbara P. Billauer, Dr.P.H., 2000
Susan Bernard, Dr.P.H., 2000
Aleksandr Stefaniak, Ph.D., 2000
Desmond Bannon, Ph.D., 2000
Ana Maria Rule, Ph.D., 1999
George Byrnes, Ph.D., 1998
Mandana Hajj, Ph.D., 1998
Joseph Coble, Sc.D., 1998
Chandan Sastry, Ph.D., 1997
Victor Fan, Ph.D., 1997
Edward Davis, Ph.D., 1997
Aaron Schneiderman, Ph.D., 1997
William Alexander, Ph.D., 1997
Phillip Murray, Ph.D., 1996
Steven Mlynarek, Ph.D., 1996
Ta-Chun Lin, Ph.D., 1994
Srijanani Nadarajah, Ph.D., 1993
Der-Jen Hsu, Ph.D., 1993
Christopher Reh, Ph.D., 1993
Peter Ashley, Dr.P.H., 1993
Kuo Hsi Cheng, Ph.D., 1993
Patricia A Stewart, Ph.D., 1992
Roger Lewis, Ph.D., 1992
Coreen A. Robbins, Ph.D., 1991
Billy R. McArthur, Ph.D., 1988
Sheau Rong Lou, Ph.D., 1988
Elizabeth Patterson, Ph.D., 1987
Jon Calomiris, Ph.D., 1986
Robert Martin, Ph.D., 1986

**Preliminary Oral Examination Participation**

Dionne Williams, Department of Environmental Health Sciences, 2011
Emily Gurley, Department of Epidemiology, 2011
Jesse Berman, Department of Environmental Health Sciences, 2011
Bradley King, Department of Environmental Health Sciences, 2009
D'Ann Williams, Department of Environmental Health Sciences, 2008
Katherine Clark, Department of Environmental Health Sciences, 2008
Jessica Leibler, Department of Environmental Health Sciences, 2008
Bryan Christensen, Department of Environmental Health Sciences, 2008
Gila Neta, Department of Epidemiology, 2008
Justin Lessler, Department of Epidemiology, 2007
April Naegeli, Department of Epidemiology, 2007
Julie Richman, Department of Environmental Health Sciences, 2007
Sharon Nappier, Department of Environmental Health Sciences, 2006
Onyemaechi Nweke, Department of Environmental Health Sciences, 2005
Katherine Rees, Department of Environmental Health Sciences, 2004
Kenneth Brenneman, Department of Environmental Health Sciences, 2004
Maria Bulzacchelli, Department of Health Policy and Management, 2004
Joanna Gaitens, Department of Environmental Health Sciences, 2002

Peter S.J. Lees, Ph.D., C.I.H.                                          January 1, 2012

Amir Sapkota, Department of Environmental Health Sciences, 2002
Tanya Oxenburg, Department of Geography and Environmental Engineering, 2002
Preetha Rajaraman, Department of Epidemiology, 2002
Dustin Simonson, Department of Environmental Health Sciences, 2001
James J. McDevitt, Department of Environmental Health Sciences, 2001
Kuo-Shyan Lin, Department of Environmental Health Sciences, 2000
Barbara P. Billauer, Department of Environmental Health Sciences, 2000
Leila Jackson, Department of Epidemiology, 2000
Desmond Bannon, Department of Environmental Health Sciences, 2000
Rupa Basu, Department of Epidemiology, 1999
Mildred Maisonet, Department of Epidemiology, 1999
Joseph Coble, Department of Environmental Health Sciences, 1998
Joanna Greig, Department of Epidemiology, 1998
Aparna Mohan, Department of Epidemiology, 1998
Abigail Bushley, Department of Epidemiology, 1998
Edward Davis, Department of Environmental Health Sciences, 1997
William Alexander, Department of Environmental Health Sciences, 1997
Aaron Schneiderman, Department of Environmental Health Sciences, 1997
Margaret Warner, Department of Health Policy and Management, 1994
Merrill Brophy, Department of Maternal and Child Health, 1993
Peter Ashley, Department of Environmental Health Sciences, 1993
Jerald Fagliano, Department of Epidemiology, 1992
Patricia A. Stewart, Department of Environmental Health Sciences, 1992
Yuan-I Min, Department of Epidemiology, 1991
Robin Wagner, Department of Epidemiology, 1991
Billy R. McArthur, Department of Environmental Health Sciences, 1988.

**Final Oral Examination Participation**

Samar Khoury, Dr.P.H. "Sources, Distribution, Treatment and Quality of Drinking Water in Shatila Refugee Camp in Beirut, Lebanon". Department of Environmental Health Sciences, 2011.

Kristen Gibson, Ph.D. "Development and Application of Tangential Flow Ultrafiltration and Molecular Detection Techniques for the Recovery and Identification of Enteric Pathogens in Large-Volume Environmental Water Samples". Department of Environmental Health Sciences, 2010.

D'Ann Williams, Dr.P.H. "Exposure Assessment of Indoor and Outdoor articulate Matter Associated with Agricultural Activities in Yakima Valley Washington". Department of Environmental Health Sciences, 2010

Katherine A. Clark, Dr.P.H. "*In vitro* Characterizations of the Interactions between Selected Engineered Nanomaterials and Cells". Department of Environmental Health Sciences, 2009.

Nora Lee, Ph.D. "Prenatal Exposure to Secondhand Tobacco Smoke and Impact on Infant Birthweight in Two Chinese Cities". Department of Epidemiology, 2009.

Bryan Christensen Ph.D. "Method Characterization of Generation and Sampling for a Viral Aerosol ". Department of Environmental Health Sciences, 2009.

Peter S.J. Lees, Ph.D., C.I.H.                                        January 1, 2012

April Naegeli, Ph.D., "Epidemiology and Impact of *Clostridium difficile* in Pediatric Patients". Department of Epidemiology, 2008

Katherine C. Rees, Ph.D. "The Combined Effect of Noise and Aminoglycoside Antibiotic Exposure on the Auditory System of the Pre-term Infant". Department of Environmental Health Sciences, 2006.

Maria T. Bulzacchelli, Ph.D. "An Evaluation of the Impact of OSHA's Control of Hazardous Energy (Lockout/Tagout) Standard on Fatal Occupational Injury". Department of Health Policy and Management, 2006.

Onyemaechi C. Nweke, Dr.P.H. "Agricultural Land Use Determinants of Arsenic in Drinking Water from Groundwater in the Broiler Producing Areas of Maryland". Department of Environmental Health Sciences, 2006.

Joanna M. Gaitens, Ph.D. "Polychlorinated Biphenyl Exposure and Neurobehavioral Function in Older Adults". Department of Environmental Health Sciences, 2005.

James J. McDevitt, IV, Ph.D. "Development of Collection and Quantitative PCR Methods for Assessing Airborne Exposures to *Aspergillus fumigatus*". Department of Environmental Health Sciences, 2004.

William K. Alexander, Ph.D., "Influence of Abrasive Grit Size and Lead Concentration on Dust Particle Size When Sanding Lead Based Paint". Department of Environmental Health Sciences, 2004.

Aleksandr B. Stefaniak, Ph.D., "Influence of Physicochemical Properties on Dissolution of Beryllium from Respirable Beryllium Particles and Powders Associated with Elevated Prevalence of Chronic Beryllium Disease". Department of Environmental Health Sciences, 2004.

Leila W. Jackson, Ph.D., "A Case-Control Study of Parental Occupational Lead Exposure and Total Anomalous Pulmonary Venous Return". Department of Epidemiology, 2003.

Desmond Bannon, Ph.D., "The Role of DMT1 in Iron, Cadmium and Lead Uptake by the Intestine". Department of Environmental Health Sciences, 2002.

Susan Bernard, Dr.P.H., "Public Health and Policy Implications of Revising CDC's Childhood Lead Poisoning Intervention Level from ∃10 ug/dL to ∃5 ug/dL". Department of Environmental Health Sciences, 2002.

Rupa Basu, Ph.D., "Characterizing the Relationship Between Ambient Temperature and Mortality in the Elderly U.S. Population". Department of Epidemiology, 2001.

Aparna Krishna Mohan, Ph.D., "Cause Specific Cancer Mortality and Incident Hematopoeitic Malignancies among Radiation Technologists in the United States". Department of Epidemiology, 2001.

Mildred Maisonet Nogueras, Ph.D., "Prenatal Exposures to Ambient Carbon Monoxide, Particles ($PM_{10}$), and Sulfur Dioxide and Their Relation to Birth Weight and Gestational Age ". Department of Epidemiology, 2000.

Peter S.J. Lees, Ph.D., C.I.H.                                    January 1, 2012

Joseph Coble, Sc.D., "Measurement Bias in Occupational Exposure Databases Associated with Compliance Monitoring Strategies".  Department of Environmental Health Sciences, 1999.

Edward Davis, Ph.D., "Characterization of Trauma: Evaluation and Refinement of Indices of Severity and Survival Probability Models".  Department of Environmental Health Sciences, 1998.

Sydney Pettygrove, Ph.D., "A Case-Control Study of Neural Tube Defects and Agricultural Chemicals Using Geographic Information Systems ".  Department of Epidemiology, 1997.

Jeffrey M. Paull, Dr.P.H., "A Proposed Risk-Based Model for the Evaluation of Surface Contamination, and the Assessment of Potential Dermal Exposure ".  Department of Health Policy and Management, 1997.

Peter C. Ashley, Ph.D., "The Use of Stable Isotope Analysis to Identify and Apportion Sources of Lead in Residential House Dust ".  Department of Environmental Health Sciences, 1996.

Sudha Goel, Ph.D., "Factors Influencing NOM Biodegradability and Growth and Disinfection of *K. Pneumoniae* in Drinking Waters."  Department of Geography and Environmental Engineering, 1996.

Meei-Maan Wu, Ph.D., "DNA Repair and Arsenical Skin Cancer: A Case-Control Study in a Blackfoot Disease Endemic Area in Taiwan ".  Department of Epidemiology, 1996.

Yuan-I Min, Ph.D., "Low Birth Weight and Parental Occupational Lead Exposure". Department of Epidemiology, 1995.

Roger Lewis, Ph.D., "The Retention of Dust Mite Allergen on Carpeted Surfaces". Department of Environmental Health Sciences, 1995.

Patricia A. Stewart, Ph.D., "Evaluation of the Performance of Three Retrospective Exposure Assessment Methods for Occupational Epidemiologic Studies".  Department of Environmental Health Sciences, 1994.

Sheau-Rong Lou, Ph.D., "Modeling of Gas Scrubbing:  Upper Airways Scrubbing". Department of Environmental Health Sciences, 1993.

Elizabeth Patterson, Ph.D., "Endosulfan Biotransformation by *Pseudomonas Aeruginosa*".  Department of Environmental Health Sciences, 1992.

Billy R. McArthur, Ph.D., "Factors Influencing the Transfer of Oil from Contaminated Surfaces to Surface Sample Media".  Department of Environmental Health Sciences, 1992.

Carol Magee Maschal, Ph.D., "Occupational and Environmental Factors in Congenital Extrahepatic Biliary Atresia".  Department of Environmental Health Sciences, 1990.

Catherie C. Nass, Ph.D., "Parental Risk Factors for Astrocytoma in Children Under Ten Years of Age in the Greater Delaware Valley".  Department of Epidemiology, 1989.

Peter S.J. Lees, Ph.D., C.I.H.                                        January 1, 2011

      Cruz Nazzario-Delgado, Ph.D., "A Case-Control Study of Gastric Cancer in Puerto Rico".  Department of Epidemiology, 1988.

      Bonnie S. Richter, Ph.D., "A Case-Control Study of Lead Exposure and Other Risk Factors for Gouty Arthritis".  Department of Epidemiology, 1987.

      Karin A. Rosenblatt, Ph.D., "Fibers and Ovarian Cancer - An Epidemiologic Study". Department of Epidemiology, 1987.

## CLASSROOM INSTRUCTION

### Principal or Co-Instructor

| | | |
|---|---|---|
| Occupational and Environmental Epidemiology (Fudan University SPH, Shanghai, China) | 45 students | 1988 |
| Occupational Safety and Health Management | 8-15 students | 2010-2011 |
| Principles of Industrial Hygiene | 20-40 students | 1988-2005 |
| Principles of Occupational and Environmental Hygiene | 20-25 students | 2007-present |
| Principles of Industrial Hygiene (summer) | 10-20 students | 1990-2001 |
| Principles of Industrial Hygiene (DC) | 10-20 students | 1994, 1998 |
| Occupational Health | 25-30 students | 1993-present |
| Occupational Health (W/S Institutes) | 3-6 students | 2010-present |
| Industrial Hygiene Laboratory | 5-14 students | 1986-1991 |
| Industrial Hygiene Laboratory (W/S Institutes) | 3-6 students | 2010-present |

### Lectures in Other Courses

| | |
|---|---|
| Ventilation Controls | 2010-present |
| Issues in International Health (JHU Intersession) | 1994 |
| Issues in Occupational Health (JHU Intersession) | 1995, 1999 |
| Environmental Epidemiology | 1997-present |
| Fundamentals of Occupational Health | 1995-present |
| Preventive Medicine 560 (U Maryland Medical School) | 1991-2002 |
| Occupational Health | 1987-1990 |
| Principles of Industrial Hygiene | 1980-87 |
| Air Pollution and Industrial Hygiene Laboratory | 1978-85; 92-present |
| Environmental Health / laboratory | 1978-91 |
| Environmental Health / lecture (Montgomery County Campus) | 1991, 1993 |
| Molecular Mechanisms of Bio. Effects of Environmental Agents | 1989-90 |
| Occupational Epidemiology | 1987-90; 1999-present |
| Methods of Health Risk Assessment (Summer Epi. Program) | 1987-89 |
| Environmental Determinants of Human Disease (DOGEE) | 1979-81 |
| Occupational Health and Safety Management | 1981 |

Peter S.J. Lees, Ph.D., C.I.H.                                      January 1, 2012

### Continuing Education

**❗ Course Director**

Certified Hazardous Materials Manager Review Course, May 1998, March 2001, September 2002.

Technical Training Workshop on Hazard Recognition and Prevention in the Workplace – Airborne Dust,, Sri Ramachandra Medical College and Research Institute, Chennai, India, September, 2000

Technical Training Workshop on Industrial Hygiene Measurements, Sri Ramachandra Medical College and Research Institute, Chennai, India, February-March, 1998

Comprehensive Industrial Hygiene Review Course, July 1997, March 1998, March 1999, March 2002.

Assessment and Measurement of Waste Anesthetic Gas and Other Hazardous Gases in the Hospital Environment, October 1997.

Man-Made Mineral Fibers:  Status of Health Risk Assessment, March 1991.

Industrial Hygiene Sampling and Exposure Assessment:  A Course for Safety Professionals, May 1987, October 1988, October 1989.

Working Safely with Asbestos (for U.S. General Services Administration), February 1984.

Working Safely with Asbestos (for the Laborers' International Union of North America), September 1983.

**❗ Participant**

Industrial Hygiene Air Sampling Laboratory, June 1996, June 1997, June 1998, June 1999, June 2002

Management of Asthma, Allergies, and Upper respiratory Disorders in the Workplace, October 1996

Occupational Lead Poisoning: A Prescription for Prevention in the 1990's, April 1994

Johnson and Johnson, Risk Assessment and Management, March 1988

Asbestos in the Workplace, Buildings, and Schools:  Risk Assessment and Management, April 1984, April 1985, March 1986, March 1987

Health and Safety Training for Hazardous Waste Personnel, July 1985
Fundamentals of Industrial Hygiene, April 1982, April 1983

Industrial Hygiene for Physicians for USPHS, September 1982

Peter S.J. Lees, Ph.D., C.I.H.                                    January 1, 2012

Perspectives in Occupational Health Nursing, June 1981

Industrial Hygiene for Health Professionals, April 1981

Industrial Hygiene for Occupational Physicians, October 1978, March 1979, October 1979

## RESEARCH GRANT PARTICIPATION

### Principal Investigator

US Navy/Bechtel Marine Propulsion Corporation;  "Update of Health Effects of Low-Level Radiation in Shipyard Workers"; $5,854,324 (2010-2015)

U.S. Environmental Protection Agency; "Update of Baltimore Chromium Study"; $99,837 (2005-2008)

U.S. Department of Defense; "Exposure and Medical Surveillance Program for the Pentagon in the Aftermath of 9-11-01"; $699,448 (2002-2004)

National Aeronautics and Space Administration; "Comprehensive Assessment of Health and the Aircraft Cabin Environment: Phase 1"; $461,000 (2000-2003)

National Institute for Occupational Safety and Health; "Antineoplastic Drug Exposure: Effectiveness and Guidelines"; $1,854,000 (2001-2006)

U.S. Department of Veterans Affairs; "IPA Agreement"; $36,675 (1999-2004)

Monell Chemical Senses Institute/Styrene Information Research Center; "Investigation of Olfactory Effects in Styrene-Exposed Workers in the Reinforced Plastics and Composite Industry"; $70,060 (1998-1999)

Amoco Corporation; "Retrospective Exposure Assessment of Employees at Amoco Research Center in Naperville, IL; $640,805 (1997-1999)

U.S. Environmental Protection Agency; "Follow-up and Supplemental Data Analysis: Derivation of Exposure-Response Relationship for Chromates and Lung Cancer"; $35,000 (1994-1995)

National Institute of Environmental Health Sciences Pilot Grant:  "Size Distribution of Lead Particles in Household Dust"; $12,000 (1992-1993)

Exxon Company, U.S.A.; "Musculo-skeletal Injury Prevention in an Oil Refinery"; $45,000 (1992-1985)

U.S. Environmental Protection Agency; "Derivation of Exposure-Response Relationships from Analysis of Retrospective Industrial Hygiene and Epidemiologic Data:  Chromates and Lung Cancer"; $250,000 (1987-1992)

Peter S.J. Lees, Ph.D., C.I.H.                                                                    January 1, 2012

International Life Sciences Institute, Risk Science Institute:  "Derivation of Exposure-Response Relationships from Analysis of Retrospective Industrial Hygiene and Epidemiologic Data:  Chromates and Lung Cancer"; $90,000 (1991-1992)

**Co-Principal Investigator**

Semiconductor Industry Association; "Scoping Study to Determine the Feasibility of a Retrospective Epidemiologic Cohort Mortality Study of Semiconductor Wafer Fabrication Workers "; $398,393 (2003-2004)

National Institute of Environmental Health Sciences: "Community Interventions for Urban Demolition".  $850,000 (2000-2002)

U.S. Dept of Housing and Urban Development; "A Study of Urban Gut Rehabilitation as a Source of Lead in Exterior and Interior Dust".   $452,458 (2001-2002)

U.S. Dept of Housing and Urban Development; "A Study of the Relative Importance of Exterior Dust and Soil as Lead Exposure Sources in Two Urban Residential Environments and of a Selected Interim Control Method for Reducing Urban Soil Lead Hazards".  $446,231 (2000-2001)

U.S. Dept of Housing and Urban Development; "A Comprehensive Evaluation of Maryland House Bill 760".  $750,000 (1999-2000)

U.S. Dept of Housing and Urban Development; "A Study of Urban Vacant Lots and Housing Demolitions as Sources of Lead in Soil and Exterior & Interior Dust".  $450,000 (1999-2000)

U.S. Dept of Housing and Urban Development; "Extension of the Lead-Based Paint Abatement and Repair and Maintenance Study"; $2,047,011 (1996-2000)

Center for Indoor Air Research:  "Characteristics of Women Exposed to Environmental Tobacco Smoke"; $1,096,000 (1993-1994)

Thermal Insulation Manufacturers Association:  "End-User Exposures to Man-Made Mineral Fibers"; $2,100,000 (1987-1992)

Niagara-Mohawk Power Co.:  "Testing of Coal Tar Pipe Wrap at Niagara-Mohawk Facilities"; $42,000  (1992-1993)

**Other**

National Institute for Occupational Safety and Health: Occupational Hazard and Birth Defect Association Exposure Assessment"; $34,151 (2001-2003)

American Forest & Paper Association: "Establishing a Workplace Health Profile System for the Pulp and Paper Industry.  Part II:  Further Investigation of Selected Diseases in the Pulp and Paper Industry"; $4,597,439 (1996-2000)

U.S. Environmental Protection Agency; "Lead-Based Paint Abatement and Repair and Maintenance Study"; $3,250,000 (1991-1997)

Peter S.J. Lees, Ph.D., C.I.H.                                                    January 1, 2012

American Paper Institute:  "Establishing a Workplace Health Profile System for the Pulp and Paper Industry"; $8,800,000 (1990-1995)

### Program/Center Investigator

National Institute for Occupational Safety and Health:  "Educational and Research Center in Occupational Safety and Health".  (1986-2007)

National Institute for Occupational Safety and Health:  "Pilot Project Research Training for Educational and Research Center in Occupational Safety and Health".  (1999-2006)

National Institute of Environmental Health Sciences:  "Environmental Health Sciences Center Grant.  (1991-1996; 1998-2005)


## ACADEMIC SERVICE

### School Committees

School of Public Health, Institutional review Board (Expedited Protocols)
    Member and Vice Chair, IRB-X (expedited reviews), 2007-2010.

Faculty Senate, School of Public Health, 2009 - 2011.

School of Public Health, Sommer Scholars Award Committee, 2006 - 2010.

School of Public Health, Education Subcommittee of the Scope Committee for the 2007 Strategic Plan, 2007.

School of Public Health, Executive Committee, Interdepartmental Program in Applied Public Health, 2005 - present.

School of Hygiene and Public Health, Committee on Human Research, 1997-2002, Vice Chair, 1998 - 2000
    Chair, Subcommittee on Continuing Reviews and Adverse Events, 1998 - 2000
    Member, Special Committee for Re-review of Suspended Protocols, 2001-2002

School of Hygiene and Public Health, Professional Practice Sub-Committee of Long Range Planning Committee, 1992-1993.

School of Hygiene and Public Health, Curriculum Committee, 1989-1993.

School of Hygiene and Public Health, Co-chair and Faculty Liaison; United Way Campaign, 1988.

### Department Committees

Department of Environmental Health Sciences, Chair, Course Review Committee, 2008 - present

Peter S.J. Lees, Ph.D., C.I.H.                                            January 1, 2012

Department of Environmental Health Sciences, Educational Programs Committee, 1995-1997, 2007 - present

Department of Environmental Health Sciences, Faculty Search Committee, 2005.

Department of Environmental Health Sciences, Faculty Affairs Committee, 2003-present.

Department of Environmental Health Sciences, Chair, Professional Practice Committee, 2003-2004, 2007-present.

Department of Environmental Health Sciences, DrPH Program Committee, 2003-present.

Department of Environmental Health Sciences, Professional Practice Committee,  1988-1992.

Department of Environmental Health Sciences, Center for Occupational and Environmental Health, Chairman, Health and Safety Committee, 1980-1984.


## PRESENTATIONS

### Scientific Meetings

Litvan I, CR Cunningham, **PSJ Lees**, L Jackson, J Juncos, D Riley, Y Bordelon, DE Standaert, S Reich, AC Cambon, J Jankovic, DA Hall, R Dubinsky, C Shepherd, C Henchcliffe, R Uitti, B Kluger, D Shprecher, C Marras, E Gallin, J Leverenz and SN Rai. Association of PSP with Occupational Chemical Exposures.  American Neurological Association, San Diego, CA. (2011)

Jackson LW, CC Lawson, **PSJ Lees**, P Breysse, PA Stewart and A Correa.  Inter- and Intra-rater Reliability of Occupational Exposure to Nickel and Cobalt as Assessed Retrospectively.  International Society for Environmental Epidemiology, Pasadena, CA. (2008)

**Lees PSJ**.  Hazardous Waste: Exposure Assessment.  Collegium Ramazzini Symposium: Framing the Future in Light of the Past - Living in a Chemical World. Bologna, Italy.  (2005)

**Lees PSJ**, J Coble and GM Matanoski.  A Comparison of Exposure Estimates Based on Expert Judgment with Estimates Based on Industrial Hygiene Measurements in Industry Based Studies.  X2004 Conference: Exposure Assessment in a Changing Environment. Utrecht, The Netherlands.  (2004)

**Lees PSJ**.  Cr+6 Exposure Assessment for Epidemiologic Study.  American Industrial Hygiene Conference and Exhibition, Atlanta, GA.  (2004)

McDevitt JJ, **PSJ Lees**, K Schwab and W Merz.  Confirmation of a Quantitative PCR Assay, Incorporating Sample Inhibition Detection Using Internal Standard Controls, for Analysis of Airborne *Aspergillus fumigatus* Conidia Collected on Filters.  American Industrial Hygiene Conference and Exhibition, Atlanta, GA.  (2004)

Peter S.J. Lees, Ph.D., C.I.H.                                        January 1, 2012

McDevitt JJ, **PSJ Lees**, K Schwab and W Merz.  Confirmation of a Quantitative PCR Assay, Incorporating Sample Inhibition Detection Using Internal Standard Controls, for Analysis of Airborne *Aspergillus fumigatus* Conidia Collected on Filters.  American Society of Microbiology, New Orleans, LA.  (2004)

Jackson LW, **PSJ Lees**, PA Stewart, A Correa-Villasenor, PN Breysse, F Dominici and GM Matanoski.  Retrospective Assessment of Occupational Lead Exposure in a Community-Based Case-Control Study.  Society for Epidemiologic Research, Salt Lake City, UT.  (2004)

Jackson LW, A Correa-Villasenor, PA Stewart, **PSJ Lees**, PN Breysse, F Dominici and GM Matanoski.  Differential Effect of Maternal Proxy Report of Paternal Work Histories by Exposure Assessment Method.  Society for Epidemiologic Research, Salt Lake City, UT.  (2004)

Jackson LW, A Correa-Villasenor, F Dominici, **PSJ Lees**, PA Stewart, PN Breysse and GM Matanoski.  Paternal Occupational Lead Exposure and Total Anomalous Pulmonary Venous Return.  Society for Perinatal and Pediatric Epidemiology, Salt Lake City, UT. (2004)

Jackson LW, A Correa-Villasenor, F Dominici, **PSJ Lees**, PA Stewart, PN Breysse and GM Matanoski.  Paternal Occupational Lead Exposure and Total Anomalous Pulmonary Venous Return.  International Society for Environmental Epidemiology, New York City, NY.  (2004)

**Lees PSJ**, AB Stefaniak and P Dalton.  Use of Biomarkers to Determine Respirator Fit. International Congress on Occupational Health, Iguassu Falls, Brazil.  (2003)

Roy DR, **PSJ Lees** and G Price.  Improving Safety and Health in a Developing Country: Best Practices Versus Regulatory Compliance.  6th International Conference of the Scientific Committee on Education and Training in Occupational Health, ICOH, Baltimore, MD.  (2002)

Orlova AO, M Farfel, **PSJ Lees**, R Chaney and PJ Ashley.  Composted Biosolid Application for Reducing Urban Soil Lead Hazards. 130th Annual Meeting of the American Public Health Association, Philadelphia, PA.  (2002)

Orlova AO, M Farfel, **PSJ Lees**, R Chaney and P Ashley.  Biosolid Application for Reducing Urban Soil Lead Hazards: Baseline Results. Proceedings of the 6th International Conference on the Biogeochemistry of Trace Elements, Guelph, Canada. (2001)

P Stewart and **PSJ Lees**.  Developing Semi-quantitative Estimates of Occupational Exposure to PCBs for Use in Population-based Epidemiologic Studies.  International Society of Exposure Analysis Conference, Charleston, SC.  (2001)

**Lees PSJ**, GM Matanoski, K Yates, LL Needham, DG Patterson, Jr., NA Dalager and HK Kang.  Exposure Predictors of 2,3,7,8-TCDD Serum Concentration in Vietnam-era Chemical Corps Veterans.  Dioxin 2001: 21st International Symposium, on Halogenated Environmental Organic Pollutants and POPs, Gyeongju. S. Korea.  (2001)

Kang HK, NA Dalager, LL Needham, DG Patterson, Jr., GM Matanoski and **PSJ Lees**. Health Status of U.S. Army Chemical Corps Vietnam-era Veterans Relative to Serum

Peter S.J. Lees, Ph.D., C.I.H.                                    January 1, 2012

Dioxin Concentrations.  Dioxin 2001: 21st International Symposium, on Halogenated Environmental Organic Pollutants and POPs, Gyeongju. S. Korea.  (2001)

Kang HK, NA Dalager, LL Needham, DG Patterson, Jr., GM Matanoski and **PSJ Lees**. Herbicide Exposure and Health Among U.S. Army Chemical Corps Vietnam-era Veterans.  International Society of Exposure Analysis Conference, Charleston, SC. (2001)

Farfel M, **PSJ Lees**, A Orlova, C Rohde and J Litt.  A Study of Urban Housing Demolitions in Baltimore.  American Public Health Association, Atlanta (2001)

Bannon DI, M Portnoy, **PSJ Lees**, L Olivi and V Culotta.  Divalent Metal Transporter (DMT1) Mediates Pb Uptake in Cell Models.  Society of Toxicology, San Francisco. (2001)

**Lees PSJ**, P Breysse, E Delzell, C Beall and B Rodu:  Reconstruction of Laboratory Exposure to Chemical/Physical Agents for an Epidemiologic Study of Intracranial Tumors.  International Congress on Occupational Health, Singapore.  (2000)

Balakrishnan K, J Parikh, V Pandey, K Srividya, S Shankar, V Vidya, S Swarna, P Breysse and **P Lees**: Health Risk Assessment for Exposure to Indoor Air Pollutants Associated with Biofuel Combustion in Rural Homes of South India.  International Congress on Occupational Health, Singapore.  (2000)

Breysse PN and PSJ Lees: End-User Exposure to Synthetic Vitreous Fibers During Installation of Commercial Insulation Products.  International Congress on Occupational Health, Singapore.  (2000)

Hungerland E, P Dalton, M Bader, **PSJ Lees**, D Dilks, M Gould and G Triebig:  Industrial Medicine - Olfactory Examinations of Shipyard Employees Exposed to Styrene.  German Society of Occupational and Environmental Medicine, Berlin, Germany.  (2000)

Coble JF and **PSJ Lees**: Comparison of Estimates of Compliance from the OSHA and an Industry Database.  International Symposium on Occupational Exposure Databases and Their Application for the Next Millennium, London, England.  (1999)

Coble JF and **PSJ Lees**: Sample Sizes for Hypothesis Testing with Left-Censored Lognormal Distributions.  American Industrial Hygiene Conference, Toronto, Ontario, Canada.  (1999)

Kang HK, NA Dalager, LL Needleman, DG Patterson Jr, GM Matanoski, S Kanchanaraksa and **PSJ Lees**: U.S. Army Chemical Corps Vietnam Veterans Health Study: Preliminary Results. 19th Symposium on Halogenated Environmental Organic Pollutants, Venice, Italy.  (1999)

Breysse PN, **PSJ Lees** and BC Rooney: Comparison of NIOSH "A" and "B" Counting Rules for Assessing Synthetic Vitreous Fiber Exposures.  American Industrial Hygiene Conference, Atlanta, GA.  (1998)

Coble, JB, JD Levendos and **PSJ Lees**: "The Selection of Cut Points for Classification of Occupational Exposures.  American Industrial Hygiene Conference, Dallas, TX.  (1997)

Peter S.J. Lees, Ph.D., C.I.H.                                          January 1, 2012

**Lees PSJ**: "Exposure Metrics in Occupational Studies", Joint Meeting of Society for Risk Assessment and International Society of Exposure Analysis, New Orleans, LA. (1996)

**Lees PSJ**, HJ Gibb and BC Rooney: "Derivation of Exposure-Response Relationship for Cr$^{+6}$ from Retrospective Epidemiologic and Industrial Hygiene Data", Industrial Health Foundation Chromium Symposium, Crystal City, VA. (1996)

**Lees PSJ**, HJ Gibb and BC Rooney: "Derivation of Exposure-Response Relationship for Chromium from Historic Exposure Data", AEHS Contaminated Soils and Groundwater Conference, Newport Beach, CA. (1996)

**Lees PSJ**, HJ Gibb and BC Rooney: "Derivation of Exposure-Response Relationship for Chromium from Historic Exposure Data", International Commission on Occupational Health International Symposium on Epidemiology in Occupational Health, Noordwijkerhout, The Netherlands. (1995)

Ashley PJ, EJ Krogstad, **PSJ Lees**, EK Silbergeld and DR Smith: "The Use of Stable Lead Isotopes to Identify and Apportion Sources of Lead in Urban House Dust", International Congress on Hazardous Waste: Impact on Human Health and Ecological Health, Atlanta, GA. (1995)

Lewis RD, PN Breysse, **PSJ Lees** and R Hamilton: "Retention of Dust Mite Allergen on Tufted Carpets", American Industrial Hygiene Conference, Kansas City, MO. (1995)

Sznajder JD, **PSJ Lees**, JFK Froats, LE Booher and PN Breysse: "Ergonomic Predictors of Worker Discomfort During Valve Turning", American Industrial Hygiene Conference, Kansas City, MO. (1995)

Sznajder JD, **PSJ Lees**, JFK Froats, LE Booher and PN Breysse: "Work Assessment of Valve Turning Task", American Industrial Hygiene Association, Chesapeake Section Professional Development Conference, Annapolis, MD. (1995)

**Lees PSJ**, WF Stewart, HJ Gibb, M Francis, PA Stewart, and BC Rooney: "Decision-Making in the Construction of an Exposure Matrix for a Cohort of Chromate Production Workers", International Agency for Research on Cancer, Lyon, France. (1994)

Sznajder JD, K Gaffey, **PSJ Lees**, M Miller, LE Booher and JFK Froats: "A Solution to Back Injury Problems among Refinery Employees", American Industrial Hygiene Conference, Anaheim, CA. (1994)

**Lees PSJ** and PN Breysse: "Occupational and Environmental Exposures to Synthetic Vitreous Fibers", International Society for Regulatory Toxicology and Pharmacology Symposium on Synthetic Vitreous Fiber, Washington, DC. (1994)

**Lees PSJ**, PN Breysse, BR McArthur, ME Miller, BC Rooney and M Corn: "End-User Exposures to Refractory Ceramic Fiber Furnace Insulation Products", American Industrial Hygiene Conference, New Orleans, LA. (1993)

**Lees PSJ**, PN Breysse, BR McArthur, ME Miller and M Corn: "Worker Exposures During Installation of Residential Man-Made Vitreous Fiber Insulation Products", American Industrial Hygiene Conference, Boston, MA. (1992)

Peter S.J. Lees, Ph.D., C.I.H.                                             January 1, 2012

McArthur BR and **PSJ Lees**:  "The Effect of Contact Time and Contact Pressure on the Transfer of Oil to Wipe Sample Media", American Industrial Hygiene Conference, Boston, MA.  (1992)

Magee CM, MS Tockman and **PSJ Lees**:  "Extrahepatic Biliary Atresia and Parental Farming and Pesticide Exposures", Teratology Society, Boca Raton, FL. (1991)

Breysse PN, J Cherrie, **PSJ Lees** and P Brown:  "Comparison of NIOSH 7400 and WHO Reference Methods for the Evaluation of Airborne Man-Made Mineral Fibers", International Symposium on Inhaled Particles, Edinburgh, Scotland.  (1991)

Francis M, **PSJ Lees**, WF Stewart, PA Stewart and BR Rooney:  "Applicability of Time-Activity Measurements in a Complex Industrial Environment:  Comparison of Area and Personal Exposure Estimates", International Society for Exposure Analysis, Atlanta, GA. (1991)

Breysse PN, **PSJ Lees** and M Corn:  "Review and Evaluation of Current Sampling and Analytical Techniques for Airborne Man-Made Mineral Fibers", International Congress on Occupational Health of the International Commission on Occupational Health, Montreal, Canada.  (1990)

Francis MA, **PSJ Lees**, WF Stewart, PA Stewart and BC Rooney:  "New Insights into the Relationship of Exposure Estimates Based on Area and Personal Samples", American Industrial Hygiene Conference, Salt Lake City, UT.  (1991)

Powers BS, S Bowes and **PSJ Lees**:  "Evaluation of Residual Hydrocarbon Vapors Following the Cleaning of Above-Ground Gasoline Storage Tanks", American Industrial Hygiene Conference, Orlando, FL.  (1990)

Hays LB, **PSJ Lees** and F Stillman:  "Airborne Nicotine Concentrations as a Measure of the Effectiveness of a Smoking Cessation Program", American Industrial Hygiene Conference, Orlando, FL.  (1990)

Robbins CA, PN Breysse, M Francis, **PSJ Lees**, N Chopra and M Corn:  "Comparison of the Size Characteristics of Fibers Found on Sample Filters and Cassette Cowls from Personal Samples of Airborne Man-Made Mineral Fibers", American Industrial Hygiene Conference, Orlando, FL.  (1990)

**Lees PSJ**, PN Breysse, M Corn, RG Costello, N Chopra and ME Miller:  "Exposures to Man-Made Mineral Fiber During Residential Insulation Installation", American Industrial Hygiene Conference, San Francisco, CA.  (1988)

Bradford KC and **PSJ Lees**:  "Field Comparison of the Slit-to-Agar Sampler with the Cascade Impactor as a Means of Estimating Airborne Fungal Spore Concentrations in Buildings", American Industrial Hygiene Conference, San Francisco, CA.  (1988)

Breysse PN, **PSJ Lees**, M Corn, N Chopra, RG Costello and ME Miller:  "Comparison of Gravimetric and Microscopic Methods for Analysis of Man-Made Mineral Fibers", American Industrial Hygiene Conference, San Francisco, CA.  (1988)

Peter S.J. Lees, Ph.D., C.I.H.                                      January 1, 2012

Hosenfeld JM, LA Moody, MJ Gabriel, KM Bauer, **PSJ Lees** and SC Strassman: "Indoor Air Pentachlorophenol Levels: Comparison of Levels in Treated and Untreated Log Houses", American Chemical Society, Minneapolis, MN.  (1985)

**Lees PSJ** and M Corn:  "Significance of Dermal Absorption in Exposure to Polychlorinated Biphenyls", American Industrial Hygiene Conference, Philadelphia, PA. (1983)

Corn M and **PSJ Lees**: "The Industrial Hygiene Audit:  Purposes and Implementation", American Industrial Hygiene Conference, Philadelphia, PA.  (1983)

**Lees PSJ** and M Corn:  "Health, Safety and Environmental Criteria for Siting of Laboratory Facilities", American Industrial Hygiene Conference, Cincinnati, OH.  (1982)

**Invited Seminars**

American University of Beirut; Beirut, Lebanon, 2008

American Industrial Hygiene Association, Central Pennsylvania Section;  Lancaster, PA, 2005

Universito degli Studi di Bari, Politecnico di Bari; Taranto, Italy, 2002.

Universito degli Studi di Bari, Istituto di Medicina del Lavoro; Bari, Italy, 2002.

Keynote Address, National Seminar on Occupational Safety and Health, Sri Ramachandra Medical College and Research Institute, Chennai, India, 1998.

INHA University, College of Medicine, Inchon, Republic of Korea, 1995.

Seoul National University, School of Engineering, Seoul, Republic of Korea, 1995.

National Institute of Environmental Research, Seoul, Republic of Korea, 1995.

U.S. Environmental Agency National Human Exposure Assessment Symposium, Research Triangle Park, NC, 1994.

The Environmental Information Association, Scottsdale, AZ, 1993.

Mayor's Conference on Occupational Health, Baltimore, MD, 1992.

Society of Automotive Engineers International, Richmond, VA, 1992.

Eastern States Insulation Contractors Association, Annapolis, MD, 1991.

Industrial Health Foundation Chromium Chemicals Health and Environmental Committee, Arlington, VA, 1991.

Environmental and Occupational Health Sciences Institute, UMDNJ - Robert Wood Johnson Medical School; Piscataway, NJ, 1990.

Peter S.J. Lees, Ph.D., C.I.H.                                          January 1, 2012

University of Maryland School of Medicine, Department of Preventive Medicine; Baltimore, MD, 1983-92.

OSHA Training Institute; Des Plaines, IL, 1988, 1989, 1990, 1991, 1992, 1994.

American Society of Safety Engineers; Detroit, MI, 1989.

Chesapeake Section American Industrial Hygiene Association Professional Development Conference; Ocean City, MD, 1989.

Law Journal Seminars-Press; New York, NY, 1988.

American Industrial Hygiene Association, Delaware Valley Section; Wilmington, DE, 1988.

American Industrial Hygiene Association, Central Pennsylvania Section;  Lancaster, PA, 1988.

Edison Electric Institute; Baltimore, MD, 1987.

American Industrial Hygiene Association/American Society of Safety Engineers Joint Conference on Health and Safety Program Management; Cleveland, OH, 1987.

Universito degli Studi di Bari, Istituto di Medicina del Lavoro; Bari, Italy, 1987.

Second Annual Safety Management Conference, National Park and Planning Commission, Lanham, MD, 1984.

Maryland Association of Government Employees; Thurmont, MD, 1980.

Maryland Department of Health and Mental Hygiene; Westminster, Easton and Annapolis, MD, 1979.

## ADDITIONAL INFORMATION

### Personal statement of research and research objectives

My research focuses on occupational and environmental exposure assessment methodology and its application to epidemiologic studies of the relationship between chemical exposure and disease.  In this context, my research has (and will) involved many different chemical substances including mineral fibers, chromium, lead, and PCB's in occupational, residential, and outdoor environments.  Methodological questions of interest include the development of exposure assessment techniques and strategies useful for the retrospective reconstruction of exposures and the design of studies for characterization of current and future exposures necessary to the evaluation of potential health outcomes.  Since the relationship between exposure and dose is not known for the vast majority of environmental chemicals, exposure assessment research is essential to development of generalized models useful for epidemiologic analysis and determination of quantitative exposure-response relationships needed for risk assessment.  As such, my research is almost always multi-disciplinary and collaborative.

Peter S.J. Lees, Ph.D., C.I.H.                                January 1, 2012

An example of the above is my interest in surface contamination as a source of percutaneous or hand-to-mouth routes of exposure.  My involvement in a recently-completed study of lead paint dust in inner city homes is illustrative of the importance of accurate exposure assessment to complex collaborative health effects studies.  The initial phases of this study involved the development and validation of a reproducible means of environmental lead paint dust surface sampling useful to the estimation of exposure of children in terms of surface lead loading and concentration.  This exposure surrogate was used in a long-term study of the relationship between environmental contamination and blood lead concentrations.  In addition, these exposure methods are being used to evaluate the efficacy and cost effectiveness of various interventions designed to reduce exposure.

My future research will continue in this vein, utilizing the results of specific studies to further investigate the relationship between exposure and disease.  Increasingly, my research has focused on exposure assessment in the context of retrospective and/or clinical epidemiologic studies.  In a recently completed study of the effect of occupational styrene exposure on olfactory function, historic exposures were modeled from records, while current exposures were measured directly.  In our study of a cluster of brain tumors in a petrochemical research and development facility, exposures were modeled through historic records of research projects for inclusion in the ultimate case-control analyses.  An industry-wide study of mortality in the pulp and paper industry encompassing 51 facilities over a period of 70 years involved the imputation of worker exposures from a detailed reconstruction of pulp and paper manufacturing processes and changes over time.  Our current study of persons who were at the Pentagon on 9-11-01 and subsequent days involves the reconstruction of exposures to combustion products and other substances through analysis of contemporary records and the development of CFD combustion models.

# EXHIBIT B

DATA AND MATERIALS REVIEWED

**Exposure Databases**

NOAA DWH Combined Scribe Database

BP Occupational Database

NIOSH Occupational Database, *available at*
http://www.cdc.gov/niosh/topics/oilspillresponse/gulfspillhhe.html

OSHA Occupational Database, *available at* http://www.osha.gov/oilspills/index_sampling.html

**Documents/Publications**

Ahrenholz SH, Sylvain DC.  Case Study:  *Deepwater Horizon Response Workers Exposure Assessment at the Source:  MC252 Well No.1*.  J Occup Environ Hygiene 8:D43-D50.  June 2011.

Avens HJ, Unice KM, Sahmel J, Gross SA, Keenan JJ, Paustenbach DJ.  *Analysis and Modeling of Airborne BTEX Concentrations from the Deepwater Horizon Oil Spill.*  EST 45(17):7372-7379.  September2011.

BP.  *GoM Drilling, Completions and Interventions –MC252.  Mississippi Canyon 252 On-Shore/Near Shore IH Monitoring Strategy MC 252 Well Incident*.  May 23, 2010.

BP.  *GoM Drilling, Completions and Interventions – Deepwater Horizon MC252 Response. Offshore Monitoring Plan for Source Control*.  May 27, 2010 with revisions through June 24, 2010.

BP/CTEH.  *MC252 Oil Spill Community Air Sampling and Analysis Plan.*  May 12, 2010.

Michaels D, Howard J.  *Review of the OSHA-NIOSH Response to the Deepwater Horizon Oil Spill:  Protecting the Health and Safety of Cleanup Workers*.  PLoS Currents Disasters.  July 18, 2012.

EPA.  *EPA Response to BP Spill in the Gulf of Mexico:  Mobile Air Monitoring on the Gulf Coast:  TAGA Buses*.  http:/www.epa.gov/bpspill/taga.html and links.  Last accessed April 12, 2012

EPA.  *EPA Response to BP Spill in the Gulf of Mexico:  Monitoring Air Quality Along the Gulf Coast*.  http:/www.epa.gov/bpspill/air-mon.html and links.  Last accessed March 24, 2012

EPA (including Region 6, Region 4, ERT, ASPECT and CTEH).  *Quality Assurance Sampling Plan for British Petroleum Oil Spill.*  May 2010.

EPA National DATA Team. *Deepwater Horizon Rig Explosion Air Sampling & Monitoring Data Management Plan.*

EPA Region 4. *Region 4 Air Quality Assurance Sampling Plan for the Deepwater Horizon Oil Spill.* May 19, 2010.

Kitt MM, Decker JA, Delaney L, Funk R, Halpin J, Tepper A, Spahr, Howard J. *Protecting Workers in Large-Scale Emergency Responses; NIOSH Experience in the Deepwater Horizon Response.* JOEM 53(7):711-715. July 2011.

NIOSH (King BS, Gibbins JD). *Health Hazard Evaluation of Deepwater Horizon Response Workers*, Health Hazard Evaluation Report, HETA 2010-0115 & 2010-0229-3138. August 2011.

NIOSH (Tepper A). *Interim Reports #1A and #1B. Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0115. June 23, 2010.

NIOSH (Tepper A). *Interim Reports #2A, #2B, and #2C. Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0115. July 12, 2010.

NIOSH (Tepper A). *Interim Reports #3A and #3B. Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0115. July 22, 2010.

NIOSH (Tepper A). *Interim Reports #4A, #4B and #4C. Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0115. August 11, 2010.

NIOSH (Tepper A). *Interim Report #5. Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0129. August 26, 2010.

NIOSH (Tepper A). *Interim Reports #6A and #6B. Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0129. No dated cover letter.

NIOSH (Tepper A). *Interim Reports #7. Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0129. August 15, 2010.

NIOSH (Tepper A). *Interim Reports #8A and #8B (also described as #9). Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0129. October 25, 2010

NIOSH (Tepper A). *Interim Reports #8A, #9B and #9C. Health Hazard Evaluation of Deepwater Horizon Response Workers*, HETA 2010-0129. December 7, 2010

OSHA. *Update on OSHA Activities to protect oil spill workers in the Gulf: August 31, 2010.* http://www.osha.gov/oilspills/oilspill-activity-update.html. Last accessed April 14, 2012.

OSHA. *Deepwater Horizon Oil Spill: OSHA's Role in the Response.* May 2011.

**Declarations**

Declaration of Robert Cox, M.D., Ph.D.

Declaration of David R. Dutton, Ph.D.

# EXHIBIT C

## A NOTE ON CONCENTRATION UNITS

The occupational and environmental scientific communities use different units to express airborne concentrations of contaminants.  This practice is in part due to different origins and traditions of the communities, but also is influenced by the orders-of-magnitude differences in the concentrations they deal with.  In my declaration, I have followed this convention, expressing occupational air contaminant concentrations as parts per million (ppm) and environmental air contaminant concentrations as micrograms per cubic meter of air ($ug/m^3$).  To assist the reader who wishes to compare the magnitude of occupational and environmental measures, I provide the following tables of equivalency measures for selected substances:

| Substance | ppm | $ug/m^3$ |
|---|---|---|
| Benzene | 1.0 | 3195 |
| Ethylbenzene | 1.0 | 4342 |
| n-Hexane | 1.0 | 3525 |
| Hydrogen Sulfide | 1.0 | 1394 |
| Naphthalene | 1.0 | 5242 |
| Toluene | 1.0 | 3769 |
| Xylenes | 1.0 | 4342 |

| Substance | $ug/m^3$ | ppm |
|---|---|---|
| Benzene | 1.0 | 0.00031 |
| Ethylbenzene | 1.0 | 0.00023 |
| n-Hexane | 1.0 | 0.00028 |
| Hydrogen Sulfide | 1.0 | 0.00072 |
| Naphthalene | 1.0 | 0.00019 |
| Toluene | 1.0 | 0.00027 |
| Xylenes | 1.0 | 0.00023 |