# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| | * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, | * * * * | NO. 12-CV-968 SECTION: J |
| Plaintiffs, v. BP Exploration & Production Inc., *et al.*, Defendants. | * * * * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF LAURA C. GREEN, PH.D., D.A.B.T.**

I, Laura C. Green, submit this declaration in support of the BP Defendants' Motion for Final Approval of the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement. I am over the age of 18, and the opinions, statements, and conclusions expressed in this declaration are based on my personal knowledge, experience, and review of the materials described herein. If called to testify, I could testify to the matters set forth in this declaration.

# EXPERIENCE

1.      I, Laura Carolyn Green, am a Senior Scientist and the President of Cambridge Environmental Inc. in Cambridge, Massachusetts.  I received a bachelor's degree in chemistry from Wellesley College and a Ph.D. in food science and technology from MIT.  Cambridge Environmental Inc., which I founded in 1989, is a consulting and research company that addresses health and environmental issues pertaining to pollutants, pesticides, drugs, and other agents, on behalf of both private- and public-sector clients.  I am board-certified in toxicology by the American Board of Toxicology (D.A.B.T.).  I have conducted research in chemical carcinogenesis and biochemical epidemiology at MIT, and was the Director of the Scientific Conflict Mapping Project at the Harvard School of Public Health.

2.      My current work is in the fields of environmental health and toxicology, particularly health risk assessment.  I have been an invited peer-reviewer for the Centers for Disease Control's Agency for Toxic Substances and Disease Registry, the U.S. Environmental Protection Agency (EPA), and several scientific journals.  I have authored or coauthored many papers and reports, and several book-chapters.  Among these are two chapters — "Drug Toxicity" and "Poisoning by Drugs and Environmental Toxins"— in the textbook, *Principles of Pharmacology: The Pathophysiologic Basis of Drug Therapy*.  Additional details regarding my qualifications are outlined in my *curriculum vitae*, attached as Exhibit A to this declaration.

3.      I did not participate in any settlement negotiations between BP and the plaintiffs, nor did I have any advisory role during settlement negotiations.  I was not retained by nor did I render any services to BP (or any of its counsel or agents) with regard to the Deepwater Horizon matter prior to being retained for the purpose of offering this testimony.

## SCOPE AND SUMMARY OF EXPERT OPINION

4.  I have been asked to answer the question, "Did the uses of oil dispersants, in response to the Deepwater Horizon oil spill, pose a risk to the plaintiffs' health?" To a reasonable degree of scientific certainty, the answer is "No."

5.  The reason for this is straightforward: the dispersants that were used during the Deepwater Horizon Response can be toxic (*i.e.*, cause adverse short-term or long-term health effects) to humans only at exposure-levels higher than those that occurred during and from their application during this incident. Occasional dermal contact with dispersants would be at most moderately and reversibly irritating, as would any ingestion or inhalation of dilute mists. Chronic inhalation of concentrated mists could indeed harm people's health (discussed below), but the application practices used during the Deepwater Horizon Response and the circumstances of the oil spill essentially precluded any such harmful exposures. Furthermore, robust sampling and analysis of ambient air, including of workers' "personal breathing zones," show that such exposures did not occur.[1] Indeed, dispersant ingredients were never detected in air at concentrations in excess of recognized health-protective limits.

6.  The bases of my opinion are (i) my training and experience in chemistry, exposure-assessment, toxicology, and health risk assessment, and (ii) technical and scientific information contained in the materials cited below.

---

[1] Per my review of the datasets (discussed below), approximately 30,000 response-worker personal monitoring samples were collected during the Response to the Deepwater Horizon spill. These samples were obtained from clean-up workers doing tasks with the highest potentials for exposure, including dispersant applications, decontamination, and drilling in the source area.

## ANALYSIS

### Dispersant Application during the Deepwater Horizon Response

7. My understanding of, and the record regarding, the dispersants and their ingredients is as follows.

8. Dispersants were applied during the Deepwater Horizon Response in three ways (FOSC, 2011). First, aircraft applied dispersant aerially to disperse oil slicks more than five nautical miles from the source, and at least three nautical miles from the shore. Second, vessels and support ships at the well-site applied dispersant near drill rigs to control volatile organic compounds in air that could, at sufficient concentrations, pose a health or safety threat to crews. Third, remote operated vehicles applied dispersant sub-sea at the source of the spill. A total of approximately 1.8 million gallons of dispersant were applied throughout the course of the Response (FOSC, 2011).

9. My review of the records of Response activities included in the reference list below indicates that sufficient personal protection measures and procedures were in place to limit workers' (and others') exposures to dispersants. For example, during vessel application of dispersants, all non-essential personnel remained in the cabin, while the one or two essential personnel on deck wore coveralls, gloves, steel toe boots, hardhats, safety glasses, a personal floatation device, and a half-mask or full-mask respirator (NIOSH, 2010b; NIOSH, 2010c). Similarly, during beach cleanup, an activity with the potential for direct handling of oil in the form of weathered tar balls and tar mats, NIOSH's *Health Hazard Evaluation* (King and Gibbins, 2011) indicates that even in areas where oil residue was judged to be heavy, worker exposure to oil was limited due to the use of personal protective equipment. NIOSH observed no evidence of exposure to dispersants at shore cleaning sites.

10. Aerial application, by definition, generated mists of dispersants. However, standard procedures set boundaries for dispersant spraying within margins of considerable safety, thus preventing any exposures of significance to workers, nearby boats, and the shoreline. No spray areas were permitted within 5 nautical miles (nm) of the source area, within 2 nm of any vessel, or within 3 nm of the shore (FOSC, 2011). Approximately ninety-eight percent of aerial dispersant applications occurred more than 10 nm off shore (Houma, 2010). Thus, it is highly unlikely that dispersant mists would have reached the shore. Moreover, to prevent significant spray-drift, spraying occurred only when winds were less than 25 knots, or 35 knots if the aircraft could correct for spray drift. Dispersant application occurred at approximately 50 to 75 feet above the ocean-surface, at a speed of about 150 knots (FOSC, 2011).

**Corexit Products and Ingredients**

11. Aerial dispersant use began on April 22, 2010 and continued through July 19, 2010 (Houma, 2010). Two dispersants were used: COREXIT 9527A and COREXIT 9500A (FOSC, 2011). The supply of COREXIT 9527A was exhausted on May 22, 2010. Prior to this date, both dispersants were used. Subsequent to this date, only COREXIT 9500A was used.

12. COREXIT 9527A contains 30% to 60% 2-butoxyethanol, 10% to 30% proprietary organic sulfonic acid salt, and 1% to 5% propylene glycol (NALCO Safety Data Sheet).

13. COREXIT 9500A contains 10% to 30% petroleum distillates, 1% to 5% propylene glycol, and 10% to 30% proprietary organic sulfonic acid salt (NALCO Safety Data Sheet).

14. These mixtures are detergents: as such, prolonged, direct contact with eyes or skin could be irritating, but systemic toxicity via these routes (except under massive and, in this case,

irrelevant levels of exposure) is neither known nor expected. With regard to the individual ingredients: inhalation of large concentrations of 2-butoxyethanol (2-BE) or propylene glycol (PG) can break red blood cells (that is, can cause hemolysis); and inhalation of large concentrations of petroleum distillates can be harmful to the lungs. The organic sulfonic acid derivatives[2] are surfactants and emulsifiers used as food additives and in pharmaceuticals (JECFA, 1991; Rowe *et al.*, 2009). They are not listed as potentially hazardous air pollutants by any agency, and thus are not further considered here.

**2-Butoxyethanol**

15.     2-Butoxyethanol (2-BE; CAS# 111-76-2) is a glycol ether used in glass cleaners and other cleaning and consumer products,[3] and in various commercial products, including oil spill dispersants. High concentrations of 2-BE vapors and aerosols — on the order of 100 parts of 2-BE per million parts of air (100 ppm) — can irritate people's eyes, nose, and throat — but concentrations at or below 20 ppm do not (Carpenter *et al*., 1956; Johanson *et al.*, 1986; ACGIH, 2003). The recommended exposure limit (REL) to protect workers' health is 5 ppm (NIOSH, 2005). In particular, *per* NIOSH, concentrations that average less than 5 ppm over an 8-hour work-shift, five days per week, for a working lifetime, are expected to be safe. To protect the

---

[2] Although listed as "proprietary" on the Safety Data Sheets, EPA (at http://www.epa.gov/bpspill/dispersants-qanda.html#q6) has identified these ingredients as the following four compounds and mixtures: Butanedioic acid, 2-sulfo-, 1,4-bis(2-ethylhexyl) ester, sodium salt (1:1) (CAS# 577-11-7), Sorbitan, mono-(9Z)-9-octadecenoate (CAS# 1338-43-8), Sorbitan, mono-(9Z)-9-octadecenoate, poly(oxy-1,2-ethanediyl) derivatives (CAS# 9005-65-6), and Sorbitan, tri-(9Z)-9-octadecenoate, poly(oxy-1,2-ethanediyl) derivatives (CAS# 9005-70-3).

[3] A survey in France (SEPIA, as reported in Vincent *et al.*, 1993) found 2-BE in some 100 cleaning products, at concentrations ranging from 0.2 – 80%. Approximately 50% of the surveyed window cleaning products had 2-BE-contents ranging from 1 – 30%.

health of the general public, the recommended guideline is somewhat more stringent: it is 3 ppm, averaged over up to one year of exposure (ATSDR, 1997).[4]

16.    I have reviewed several datasets reporting concentrations of 2-BE and other dispersant-constituents in air, both offshore in the vicinity of the release and onshore in coastal communities. These data include BP's Industrial Hygiene measurements (BP, 2010), the National Institute of Occupational Safety and Health's (NIOSH's) Health Hazard Evaluation of Deepwater Horizon Response Workers (King & Gibbins, 2011; NIOSH, 2010a), the Occupational Safety and Health Administration's health and safety monitoring data (OSHA, 2010), the Coast Guard (2010), U.S. EPA's offshore sampling data (EPA, 2010b), and EPA's Mobile Air Monitoring on the Gulf Coast using Trace Atmospheric Gas Analyzer (TAGA) buses (EPA, 2010a).

17.    The BP, NIOSH, OSHA, and EPA offshore datasets indicate that 2-BE was not detected in approximately 80% of the samples collected from offshore sampling locations, and when detected, was found at concentrations of less than 1 ppm. The BP dataset contains over 1,000 samples of air in which 2-BE was an analyte. Only three of these samples were found to contain more than 0.5 ppm of 2-BE; the maximum concentration detected was 0.76 ppm. The NIOSH dataset contained 27 offshore sampling locations: the maximum concentration detected in this dataset was 0.3 ppm. 2-BE was not detected in any of the 18 personal samples collected by OSHA, nor in any of the nine offshore samples collected by EPA.

---

[4] This guideline is based on the toxic effects of 2-BE in laboratory rats (Dodd *et al.*, 1983). In particular, exposures to 77 ppm of 2-BE, 6 hours per day, 5 days per week, for 90 days, caused hemolysis in Fischer 344 rats, but exposures to 25 ppm did not cause this or any other adverse effect. The hemolytic effects are caused by a 2-BE-metabolite — 2-butoxyacetic acid. As it happens, this metabolite forms more slowly, and is less toxic, in humans than in rodents (Bartnik *et al.*, 1987; Ghanayem, 1989; Corley, 1997; and Park *et al.*, 2002). Moreover, 2-BE is not unusually toxic in people with red blood cells that might be particularly fragile, such as those with sickle cell disease or hereditary spherocytosis (Udden, 1994). Thus, the evidence indicates that an exposure-limit of 3 ppm of 2-BE in air is indeed protective of public health.

18. EPA's TAGA bus data indicate that, as expected, 2-BE was infrequently detected in coastal communities along the Louisiana, Mississippi, Alabama, and Florida coasts. The buses operated along the Gulf coast from May 18, 2010 through June 6, 2010, detecting only very small concentrations of the compounds of interest in the air. This is consistent with the fact that dispersants were applied no closer than 3 nm (and often no closer than 10 nm) from shore. The maximum measured concentration of 2-BE by the TAGA buses was 0.027 ppm. The source of 2-BE was most likely a consumer cleaning product, rather than the dispersant applied offshore during the Response.

19. Overall, then, the highest concentration of 2-BE detected in air during the Response was 0.76 ppm. This is both well within health-based guidelines and much lower than concentrations that can occur indoors during the routine use of ordinary window cleaning products (Vincent *et al.*, 1993).

**Propylene Glycol**

20. Propylene glycol (PG) is a viscous organic liquid with many uses, including as an ingredient in antifreeze, de-icing fluids, and oil dispersants. It is "generally recognized as safe" for use as a food-additive (U.S. FDA, 2011). Because it is essentially nonvolatile, most uses of propylene glycol would generate no significant concentrations of PG in air, and no guidelines for occupational exposures have been set by OSHA, NIOSH, or ACGIH.

21. However, intentionally aerosolizing PG-containing products would, by definition, result in PG-containing mists. Thus, it may be appropriate to derive a safe air guideline for PG for purposes of this case. To do so, I rely on results of toxicity testing performed in dogs by Werley *et al.* (2011). In female (but not male) dogs, doses of PG that exceeded 18 milligrams per kilogram body weight per day (18 mg/kg-day), over one-month of exposure, caused hemolysis,

but doses of 6 mg/kg-day caused neither hemolysis nor other toxic effects. From this result, I derive an acceptable ambient concentration of propylene glycol of 2.1 mg/m$^3$ (700 ppb).[5]

22. Propylene glycol was an analyte in 220 air-samples collected by BP, EPA, NIOSH, OSHA, and the Coast Guard to monitor worker exposures. In most cases (202 of 220), PG was not detected: the highest concentration that was detected (by the Coast Guard) was 170 ppb. As indicated above, concentrations this small are expected to be safe.

**Dipropylene glycol n-butyl ether**

23. Dipropylene glycol n-butyl ether (DPnB) is one of a number of propylene glycol ethers used in paints, cleaners, inks, and cosmetics (OECD, 2003). It is not listed as an ingredient on the NALCO Safety Data Sheets, but is listed as such by EPA (at http://www.epa.gov/bpspill/dispersants-qanda.html#chemicals). DPnB was found in air at very low concentrations in two of the six data sets examined. EPA's TAGA buses detected DPnB infrequently, with a maximum detected concentration of 0.27 ppb (EPA, 2010a). NIOSH (2010a) detected DPnB in one of two samples, at an estimated concentration of 2 µg/m³ (0.25 ppb).

24. I know of no occupational guideline or standard for DPnB. The California Air Resources Board (2010) has proposed a draft limit for DPnB in ambient air of 6 ppb. As indicated, the detected concentrations comply with this limit.

**Petroleum distillates**

25. Petroleum distillates, as the name indicates, are mixtures of products distilled from petroleum. These mixtures are used in oil-based paints and some dry-cleaning fluids.

---

[5] Applying a safety-factor of 10, and translating dog-doses to ambient air concentrations that would be safe for people, one derives:
$$6 \text{ mg/kg-day} \div 10 \times 70 \text{ kg} \div 20 \text{ m}^3 \text{ air/day} = 2.1 \text{ mg/m}^3 = 700 \text{ ppb}.$$

NIOSH (2005) recommends that petroleum distillate concentrations in air be limited to 350 mg/m$^3$ (XX ppm/ppb)

26.  Worker monitoring data for petroleum distillates were reported in the Coast Guard, OSHA, and BP databases.  Petroleum distillates were not detected in any of the 249 samples reported by the Coast Guard and OSHA.  Petroleum distillates were detected in some of the BP air samples: 7 of 38 samples contained concentrations greater than 100 mg/m$^3$, with a maximum of 140 mg/m$^3$.  These samples were collected in areas near the source of the crude oil release, where OSHA protocols required the use of respirators (OSHA, 2011).

## CONCLUSION

Overall, then, the evidence indicates that the uses of oil dispersants in response to the Deepwater Horizon oil spill did not pose a risk to the health of the plaintiffs.

I declare under penalty of perjury that the foregoing analysis and opinions are true and correct.

*Laura Green* (signature)

Laura C. Green, Ph.D., D.A.B.T.

**REFERENCES**

Agency for Toxic Substances and Disease Registry (ATSDR) (1998).  *Toxicological Profile for 2-Butoxyethanol and 2-Butoxyethanol Acetate.*

American Conference of Governmental Industrial Hygienists (ACGIH) (2003). *Threshold Limit Values (TLVs) for Chemical Substances and Physical Agents and Biological Exposure Indices (BEIs).*  ACGIH, Cincinnati, Ohio.

Bartnik FG, Reddy AK, Klecak G, et al. 1987. Percutaneous absorption, metabolism, and hemolytic activity of n-butoxyethanol. *J Fund Appl Toxicol* 8( 1):59-70.

BP (2010).  BP Health Monitoring Data.

California Air Resources Board. (2010).  Draft Interim REL for Dipropylene glycol monobutyl ether.  Available at http://www.arb.ca.gov/consprod/regact/2010ra/dpnb29911282.pdf.

Carpenter CP, Keck GA, Nair JH, 3rd, Pozzani UC, Smyth HF, Jr, Weil CS. 1956.  The toxicity of butyl cellosolve solvent. *AMA Arch Ind Health*. 14(2):114–131.

Coast Guard (2010).  U.S. Coast Guard Laboratory Analysis Results by Site.  Available at  http://www.osha.gov/oilspills/uscg_lab_bysite.html.

Corley RA, Markham DA, Banks C, Delorme P, Masterman A, Houle JM. Physiologically based pharmacokinetics and the dermal absorption of 2-butoxyethanol vapor by humans. *Fundam Appl Toxicol*. 1997 Oct;39(2):120-30.

Dodd DE, Snellings WM, Maronpot RR, *et al.* (1983). Ethylene glycol monobutyl ether: Acute, 9-day, and 90-day vapor inhalation studies in Fischer 344 rats. *Toxicol Appl Pharmacol*. 68(3):405-414.

EPA (2010a).  Mobile Air Monitoring on the Gulf Coast: TAGA Buses.  Available at http://www.epa.gov/bpspill/taga.html.

EPA (2010b).  Offshore air sampling for dispersant-related compounds.  Available at http://www.epa.gov/bpspill/dispersant-air-sampling.html.

Federal On-Scene Coordinators (FOSC, 2011).  *On Scene Coordinator Report Deepwater Horizon Oil Spill*.  Submitted to the National Response Team September 2011.

Ghanayem BI. (1989).  Metabolic and cellular basis of 2-butoxyethanol-induced hemolytic anemia in rats and assessment of human risk in vitro. *Biochem Pharmacol*. 38(10):1679-84.

Hazardous Substances Data Bank.  (2011). Compound-specific information available at http://toxnet.nlm.nih.gov/cgi-bin/sis/search/f?./temp/~ijGvow:1.

11

Houma ICP Aerial Dispersant Group (2010). *After Action Report; Deepwater Horizon MC252 Aerial Dispersant Response*. December 31, 2010.

Johanson G, Kronborg H, Näslund PH, Byfält Nordqvist M. (1986). Toxicokinetics of inhaled 2-butoxyethanol (ethylene glycol monobutyl ether) in man. *Scand J Work Environ Health.* 12(6):594-602.

Joint FAO/WHO Expert Committee on Food Additives (JECFA).  (1991). *Toxicological evaluation of certain food additives and contaminants*.  Prepared by the 37th meeting of the JECFA.  World Health Organization, Geneva.

King BS and Gibbins JD. (2011).  *Health Hazard Evaluation of Deepwater Horizon Response Workers*.  Health Hazard Evaluation Report HETA 2010-0115 & 2010-0129-3138.  August 2011.

NALCO Safety Data Sheet for COREXIT EC9500A. Version 2.0.  Issued May 11, 2010.

NALCO Safety Data Sheet for COREXIT EC9527A. Version 2.0.  Issued May 11, 2010.

NIOSH (2005). *NIOSH Pocket Guide to Chemical Hazards*. NIOSH Publication No. 2005-149.  Available at www.cdc.gov/niosh/npg/default.html .

NIOSH (2010a).  Quantitative sample results for the NIOSH Health Hazard Evaluation of Deepwater Horizon Response Workers.  Updated October 25, 2010.

NIOSH (2010b).  *Health Hazard Evaluation of Deepwater Horizon Response Workers HETA 2010-0115; Interim Report #1B; Evaluation of June 45, 2010 M/V International Peace/MV Warrior Dispersant Mission*.

NIOSH (2010c).  *Health Hazard Evaluation of Deepwater Horizon Response Workers HETA 2010-0115; Interim Report #3B;* Evaluation of June 45, 2010 M/V International Peace/MV Warrior Dispersant Mission.

Organization for Economic Cooperation and Development (OECD). (2003).  *Propylene Glycol Ethers*.  SIDS Initial Assessment Report for SIAM 17.  Available at http://www.chem.unep.ch/irptc/sids/oecdsids/PGEs.pdf.

OSHA (2010).  Laboratory Analysis Results by Site.  Available at http://www.osha.gov/oilspills/oil_sltc_bysite.html.

OSHA (2011).  Deepwater Horizon Oil Spill: OSHA's Role in the Response.  U.S. Department of Labor, Occupational Safety and Health Administration.  May 2011.  Obtained from www.osha.gov/oilspills/dwh_osha_response_0511a.pdf.

Park J, Kamendulis LM, Klaunig JE. (2002).  Mechanisms of 2-butoxyethanol carcinogenicity: Studies on Syrian Hamster Embryo (SHE) cell transformation. *Toxicol Sci*. 68(1):43-50.

Rowe, CR, Sheskey, PJ, Quinn, ME.  (2009).  *Handbook of Pharmaceutical Excipients*.  6th edition.

Udden MM. (1996).  Effects of butoxyacetic acid on human red blood cells. *Occup Hyg* 2:283-290.

U.S. Food and Drug Administration (U.S. FDA). (2011). List of Generally Recognized as Safe (GRAS) Substances.  Available at http://www.fda.gov/Food/FoodIngredientsPackaging/GenerallyRecognizedasSafeGRAS/GRASSubstancesSCOGSDatabase/ucm084104.htm.

U.S. Department of Health and Human Services (2012).  Household Products Database.  Available at http://householdproducts.nlm.nih.gov/cgi-bin/household/brands?tbl=chem&id=920.

Vincent RA, Cicolella IS, Subra B, *et al.* (1993). Occupational Exposure to 2-butoxyethanol for workers using window cleaning agents. *Appl Occup Environ Hyg* 8(6):580-586.

Werley MS, McDonald P, Lilly P, Kirkpatrick D, Wallery J, Byron P, Venitz J. (2011). Non-clinical safety and pharmacokinetic evaluations of propylene glycol aerosol in Sprague-Dawley rats and Beagle dogs. *Toxicology*. 287(1-3):76-90.