# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, <br><br>       Plaintiffs, <br><br> v. <br><br> BP Exploration & Production Inc., *et al.*, <br><br>       Defendants. | * * * * * * * * * * * * * * | NO. 12-CV-968 <br><br> SECTION: J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF ANDREW B. BLOOMER**

I, Andrew B. Bloomer, do hereby declare that the following statements made by me under oath are true and accurate to the best of my knowledge and belief:

**INTRODUCTION**

1.     I am counsel for BP Exploration & Production Inc. and BP America Production Company (collectively, "BP"). I am over the age of 21; have been licensed to practice law since 1992 (Illinois and Wisconsin admissions); and am a partner of Kirkland & Ellis LLP ("Kirkland & Ellis" or "Kirkland"). The focus of my practice has been complex litigation, including

representing corporate defendants in federal and state trial and appellate courts in numerous putative class action cases. I make this declaration based upon my own personal knowledge, except where otherwise indicated.

2. The Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement") before the Court is the result of many months of arms-length negotiations between counsel on or acting for the Plaintiffs' Steering Committee ("PSC") and counsel for BP (collectively, the "Parties"). These negotiations commenced during the first half of 2011, and concluded in April 2012. I personally participated and was principally involved in the settlement discussions and the negotiations.

3. In the first half of 2011, counsel on or acting for the PSC and counsel for BP, all of whom are attorneys with significant class action and complex litigation experience, held discussions regarding potential settlements of economic and property damages claims, as well as post-incident personal injury ("medical") claims. Counsel on or acting for the PSC who participated in the discussions during the first half of 2011 included Mr. Calvin Fayard of Fayard & Honeycutt, APC; Mr. Joseph Rice and Mr. Frederick Baker of Motley Rice LLC ("Motley Rice"); Mr. James Roy of Domengeaux, Wright, Roy & Edwards, L.L.C.; and Mr. Stephen Herman of Herman, Herman, Katz & Cotlar L.L.P. Counsel for BP who participated in the discussions during the first half of 2011 included Mr. James Neath, BP's Global Head of Litigation; Mr. Mark Holstein, Managing Attorney, Gulf Coast Restoration Organization, BP; and Mr. Richard Godfrey, Ms. Wendy Bloom, and me, from Kirkland & Ellis. In addition, there were other lawyers for or associated with the above-named counsel working with them.

4.     Early in the second half of 2011, additional counsel, including a core group of highly experienced personal injury and class action lawyers on or acting for the PSC and serving as lead negotiators on behalf of the class, and a core group of similarly experienced mass tort and complex litigation defense lawyers serving as lead negotiators for BP, participated in the negotiation of a potential settlement of medical claims, separate from the potential settlement of economic and property damages claims.  Counsel acting for the PSC who were principally involved in the negotiation of the Medical Settlement Agreement in the second half of 2011 through April 2012 included Mr. Frederick Baker, Ms. Rebecca Deupree, and Ms. Lisa Saltzburg of Motley Rice LLC, and Ms. Wanda Edwards of Fayard & Honeycutt, APC.  PSC members Ms. Robin Greenwald of Weitz & Luxenberg, P.C. and Mr. Matthew Lundy of Lundy, Lundy, Soileau & South, L.L.P. also were principally involved in the negotiation of the Medical Settlement Agreement from October 2011 through April 2012.  There were other lawyers on or acting for the PSC working with them.  Counsel principally involved for BP in the negotiation of the Medical Settlement Agreement included me, and Ms. Ellen Reisman, Mr. James Joseph, and Mr. Ethan Greene of Arnold & Porter L.L.P. ("Arnold & Porter").  In addition, there were other lawyers for or associated with the above-named counsel for BP working with them, including Ms. Beth Larsen of Kirkland & Ellis, Ms. Amy Rohe of Arnold & Porter, and Ms. Janice Ziegler of SNR Denton.

5.     Starting early in the second half of 2011 and continuing through April 2012, counsel serving on or acting for the PSC and counsel for BP met regularly, including in person, over the telephone, and via web conferences, to negotiate the terms of the Medical Settlement Agreement.

## **NEGOTIATION HISTORY**

6.      Settlement meetings involving Mr. Fayard and Mr. Rice, for the PSC, and Mr. Godfrey, Mr. Neath, and Ms. Bloom, for BP, took place beginning in February, 2011, and continued through June, 2011.

7.      On June 21, 2011, Mr. Fayard, Mr. Rice, and Mr. Baker met with Ms. Bloom and me at Kirkland's Washington D.C. offices. At this meeting, counsel on or acting for the PSC and counsel for BP continued settlement discussions, including the possible settlement of medical claims, and signed a settlement discussion confidentiality agreement.

8.      On June 27-30, 2011, Mr. Fayard and Mr. Rice met again with Mr. Godfrey, Ms. Bloom, and me to discuss settlement. These meetings occurred in London, England, at the offices of Sullivan & Cromwell.

9.      On July 13-14, 2011, counsel on or acting for the PSC and counsel for BP met to discuss settlement in Chicago, Illinois, at Kirkland's offices. Mr. Fayard, Mr. Rice, Mr. Baker, and Ms. Saltzburg, among others, attended for the PSC. Ms. Bloom and I, among others, attended and participated in these discussions for BP.

10.     On July 19-21, 2011, counsel on or acting for the PSC and counsel for BP reconvened in Chicago, Illinois, at Kirkland's offices to continue settlement discussions. Mr. Fayard, Mr. Rice, Mr. Baker, and Ms. Saltzburg, among others, attended and participated for the PSC. Mr. Holstein, Ms. Bloom, and I, among others, attended and participated in these discussions for BP.

11.     On July 26-28, 2011, counsel on or acting for the PSC and counsel for BP met in Washington, D.C., at Kirkland's offices.  Mr. Rice, Mr. Baker, and Ms. Saltzburg, among others, attended and participated for the PSC in settlement discussions.  Ms. Bloom and I attended and participated in these discussions for BP.  On July 28, 2011, Ms. Reisman attended and participated in these discussions for BP.

12.     On August 2-4, 2011, counsel acting for the PSC and counsel for BP met in New York, New York, at Kirkland's offices.  Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims.  Ms. Reisman and I attended and participated in these discussions for BP.

13.     On August 9-11, 2011, counsel acting for the PSC and counsel for BP met in Chicago, Illinois, at Kirkland's offices.  Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims.  Ms. Reisman and I attended and participated in these discussions for BP.

14.     On August 16-18, 2011 and August 23-25, 2011, counsel acting for the PSC and counsel for BP met in New York, New York, at Kirkland's offices for the purpose of settlement negotiations.  Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims.  Ms. Reisman and I attended and participated in these discussions for BP.

15.     On August 29-September 1, 2011, counsel acting for the PSC and counsel for BP met in Washington, D.C., at Kirkland's offices.  Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims.  Ms. Reisman and I, among others, attended and participated in these discussions for BP.

16.     On September 7-9, 2011, counsel on or acting for the PSC and counsel for BP met in New York, New York, at Kirkland's offices. Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended and participated in these discussions for BP. Mr. Fayard and Mr. Rice, for the PSC, and Mr. Neath, Mr. Holstein, Mr. Godfrey, and Ms. Bloom, for BP, also attended one of the meetings during which settlement discussions regarding medical claims occurred.

17.     On September 12, 2011, counsel acting for the PSC and counsel for BP participated in a conference call to discuss settlement of medical claims. Mr. Baker and Ms. Saltzburg participated in this discussion for the PSC. Ms. Reisman, Mr. Greene, and I participated in this discussion for BP.

18.     On September 14-16, 2011, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Royal Sonesta Hotel. Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended and participated in these discussions for BP. Mr. Fayard and Mr. Rice, for the PSC, and Mr. Neath, Mr. Holstein, Mr. Godfrey, and Ms. Bloom, for BP, also attended one of the meetings during which settlement discussions regarding medical claims occurred.

19.     On September 21, 2011, counsel acting for the PSC and counsel for BP met in Chicago, Illinois, at Kirkland's offices. Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman and I attended and participated in these discussions for BP.

20. On September 27-28, 2011, counsel acting for the PSC and counsel for BP met in Washington, D.C., at Kirkland's offices. Mr. Baker, Ms. Edwards, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended and participated in these discussions for BP.

21. On September 30, 2011, and October 5, 2011, counsel acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on telephone calls and web conferences. Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated in these discussions for the PSC. Ms. Reisman, Mr. Greene, and I participated in these discussions for BP.

22. On October 11-13, 2011, counsel acting for the PSC and counsel for BP met in Chicago, Illinois, at Kirkland's offices, and via a telephone call and web conference. Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended and participated in these discussions for BP.

23. On October 14, 2011, counsel acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on a telephone call and web conference. Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated for the PSC. Ms. Reisman, Mr. Greene, and I participated for BP.

24. On October 17-18, 2011, counsel acting for the PSC and counsel for BP met in Chicago, Illinois, at Kirkland's offices, and via telephone call and web conference. Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in

settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended and participated in these discussions for BP.

25. On October 19, 2011, counsel acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on a telephone call. Mr. Baker and Ms. Edwards participated for the PSC. Ms. Reisman, Mr. Greene, and I participated for BP.

26. On October 24, 2011, counsel on or acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on a telephone call and web conference. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated for the PSC. Ms. Reisman, Mr. Greene, and I participated for BP.

27. On October 26-27, 2011, counsel on or acting for the PSC and counsel for BP met in Charleston, South Carolina, at Motley Rice's offices. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended and participated in these discussions for BP.

28. On November 1-3, 2011, counsel on or acting for the PSC and counsel for BP met in New York, New York, at Kirkland's offices. Ms. Greenwald, Mr. Lundy, Mr. Baker, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, Ms. Ziegler, and I attended and participated in these discussions for BP. Mr. Neath and Mr. Godfrey, for BP, also attended a meeting during which settlement discussions regarding medical claims occurred.

29. On November 4, 2011, counsel on or acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on a telephone call. Ms. Greenwald, Mr. Lundy, and Mr. Baker and Ms. Edwards participated for the PSC. Ms. Reisman and I participated for BP.

30. On November 8-10, 2011, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Westin Canal Place Hotel. Ms. Greenwald, Mr. Lundy, Mr. Baker, and Ms. Edwards attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene and I attended and participated in these discussions for BP. Mr. Fayard and Mr. Rice, among others, for the PSC, and Mr. Neath, Mr. Holstein, and Mr. Godfrey, among others, for BP, also attended one of the meetings during which settlement discussions regarding medical claims occurred.

31. On November 11, 2011, counsel on or acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on a telephone call. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated for the PSC. Ms. Reisman, Mr. Greene, and I participated for BP.

32. On November 16-17, 2011, counsel on or acting for the PSC and counsel for BP met in Washington, D.C., at Kirkland's offices. Ms. Greenwald, Mr. Lundy, Mr. Baker, and Ms. Edwards attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, Ms. Ziegler, and I attended and participated in these discussions for BP.

33. On November 21-23, 2011, counsel on or acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on telephone calls and web

conferences. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated for the PSC. Ms. Reisman, Mr. Greene, and I participated for BP.

34. On November 28-December 1, 2011, counsel on or acting for the PSC and counsel for BP met in Washington, D.C., at Kirkland's offices. Ms. Greenwald, Mr. Lundy, and Mr. Baker attended in-person, and Ms. Saltzburg and Ms. Deupree participated by telephone and web conference, for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, Ms. Ziegler, and I attended and participated in these discussions for BP. Mr. Holstein also attended one of the meetings during which settlement discussions regarding medical claims occurred.

35. On December 5, 2011, counsel on or acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on a telephone call. Mr. Fayard, Mr. Rice, and Mr. Baker participated for the PSC. Mr. Neath, Mr. Godfrey, Ms. Bloom, Ms. Reisman, and I participated for BP.

36. On December 6-7 and 9, 2011, counsel on or acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on telephone calls and web conferences. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated for the PSC. Mr. Greene and I participated for BP. Ms. Reisman also participated for BP on December 6, 2011.

37. On December 13-15, 2011, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Hyatt Regency Hotel. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Joseph, Mr. Greene, and I

10

attended in-person and participated, and Ms. Ziegler participated on a telephone call and web conference, in these discussions for BP.

38. On December 19-21, 2011, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Hyatt Regency Hotel. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Joseph, Mr. Greene, and I attended and participated in these discussions for BP.

39. On January 4-6, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Ritz Carlton Hotel. Ms. Greenwald, Mr. Lundy, Mr. Baker, and Ms. Edwards attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Joseph, Mr. Greene, and I attended and participated in these discussions for BP.

40. On January 10, 2012, counsel on or acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on a telephone call. Ms. Greenwald, Mr. Lundy, Mr. Baker, and Ms. Edwards participated for the PSC. Ms. Reisman, Mr. Joseph, Mr. Greene, and I participated for BP.

41. On January 11-12 and 17-20, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Ritz Carlton Hotel. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended in-person and participated, and Mr. Joseph participated telephonically, for BP in settlement discussions regarding medical claims.

42. On January 24, 2012, counsel on or acting for the PSC and counsel for BP participated in settlement discussions regarding medical claims on a telephone call. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated for the PSC. Ms. Reisman, Mr. Greene, and I participated for BP.

43. On January 25-27, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Pan American Life Center. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Greenwald, Mr. Lundy, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended and participated in these discussions for BP. On January 27, 2012, Mr. Fayard and Mr. Rice, for the PSC, and Mr. Neath, Mr. Holstein, Mr. Godfrey, and Ms. Bloom, for BP, also attended one of the meetings during which settlement discussions regarding medical claims occurred.

44. On January 30-February 2, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Pan American Life Center. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Greenwald, Mr. Lundy, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Joseph, Mr. Greene, and I attended and participated in these discussions for BP. On February 2, 2012, Mr. Rice and Mr. Fayard, for the PSC, and Mr. Godfrey, for BP, also attended one of the meetings during which settlement discussions regarding medical claims occurred.

45. On February 7-9, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Ritz Carlton Hotel. Ms. Greenwald, Mr. Lundy, Mr. Baker,

Ms. Edwards, Ms. Greenwald, Mr. Lundy, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Joseph, Mr. Greene, and I attended and participated in these discussions for BP. On February 9, 2012, Mr. Roy and Mr. Herman, for the PSC, and Mr. Neath, Mr. Holstein, and Mr. Godfrey, for BP, also attended meetings during which settlement discussions regarding medical claims occurred. Magistrate Judge Shushan, who was involved in and supervised certain of the settlement negotiations regarding medical claims, met on February 9, 2012 with counsel on or acting for the PSC and counsel for BP in chambers and at the Ritz Carlton Hotel.

46. On February 13-16, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Ritz Carlton Hotel. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Greenwald, Mr. Lundy, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Greene, and I attended and participated in these discussions for BP.

47. On February 17-19, 2012, counsel acting for the PSC and counsel for BP discussed settlement of medical claims on telephone calls. Mr. Baker participated for the PSC. Ms. Reisman and I participated for BP.

48. On February 21-27, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Ritz Carlton Hotel. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Deupree attended and participated in these discussions for the PSC on February 21-23, 2012. Ms. Reisman, Mr. Joseph, Mr. Greene, and I attended and participated in these discussions for BP.

13

49. On February 28-March 2, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Pan American Life Center. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and participated for the PSC in settlement discussions regarding medical claims. Ms. Reisman, Mr. Joseph, Mr. Greene, and I attended and participated in these discussions for BP. On March 1-2, 2012, Mr. Fayard, Mr. Rice, Mr. Herman, and Mr. Roy, for the PSC, and Mr. Neath, Mr. Holstein, Mr. Godfrey, and Ms. Bloom also attended meetings during which settlement discussions regarding medical claims occurred. On March 1, 2012, Magistrate Judge Shushan met with counsel for the PSC and counsel for BP regarding their settlement negotiations.

50. On March 2, 2012, the PSC, on behalf of a putative medical settlement class, and BP reached a settlement in principle regarding medical claims. On this date, the Court issued an Order adjourning Phase I of the trial scheduled to commence March 5, 2012.

51. On March 5, 2012, counsel on or acting for the PSC and counsel for BP participated in discussions on the telephone to continue the negotiations leading to a final, comprehensive settlement agreement relating to medical claims. Ms. Greenwald, Mr. Lundy, Mr. Baker, and Ms. Edwards participated for the PSC. Ms. Reisman, Mr. Greene, and I participated for BP.

52. On March 6-7, 2012, counsel on or acting for the PSC and counsel for BP participated in discussions on the telephone to continue negotiations relating to medical claims. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated for the PSC. Ms. Reisman, Mr. Joseph, Mr. Greene, and I participated for BP.

53. On March 13-14, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Pan American Life Center to continue negotiations relating to medical claims. Mr. Baker and Ms. Edwards attended and participated for the PSC. Ms. Greenwald attended and participated for the PSC on March 13, 2012. Ms. Reisman, Mr. Greene, and I attended and participated in these negotiations for BP.

54. On March 19-20 and 22-23, 2012, counsel on or acting for the PSC and counsel for BP participated in discussions on the telephone to continue negotiations relating to medical claims. Ms. Greenwald, Mr. Lundy, Mr. Baker, and Ms. Edwards, participated for the PSC. Ms. Saltzburg participated for the PSC on March 19, 22 and 23, 2012. Ms. Reisman, Mr. Greene, and I participated for BP. Mr. Joseph participated for BP on March 19 and 22, 2012.

55. On March 25, 2012, counsel acting for the PSC and counsel for BP spoke on the telephone to continue settlement discussions regarding medical claims. Mr. Baker and Ms. Deupree participated for the PSC. Ms. Reisman, Mr. Greene, and I participated for BP.

56. On March 27, 2012, counsel on or acting for the PSC and counsel for BP participated in discussions on telephone calls and via web conference to continue negotiations relating to medical claims. Ms. Greenwald, Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree participated for the PSC. Ms. Reisman, Mr. Joseph, Mr. Greene, and I participated for BP.

57. On March 28-29, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Pan American Life Center to continue negotiations relating to medical claims. Ms. Greenwald, Mr. Baker, Ms. Edwards, and Ms. Saltzburg attended and

15

participated for the PSC. Mr. Lundy attended and participated for the PSC on March 28, 2012. Ms. Reisman, Mr. Greene, and I attended and participated in these negotiations for BP.

58.     On March 30, 2012, counsel on or acting for the PSC and counsel for BP participated in discussions on a telephone call and via web conference to continue negotiations relating to medical claims. Mr. Lundy, Ms. Edwards, and Ms. Saltzburg participated for the PSC. Mr. Greene participated for BP. I did not participate on the telephone call, but was informed by Mr. Greene of the call.

59.     On April 2-5, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Pan American Life Center to continue negotiations relating to medical claims. Ms. Greenwald, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC. Ms. Reisman, Mr. Greene, and I attended and participated in these negotiations for BP. Mr. Joseph attended and participated in these negotiations for BP on April 3, 2012. On April 5, 2012, Magistrate Judge Shushan met with counsel for the PSC and counsel for BP at the Pan American Life Center regarding their settlement negotiations.

60.     On April 6, 2012, counsel on or acting for the PSC and counsel for BP participated in discussions on a telephone call and via web conference to continue negotiations relating to medical claims. Ms. Greenwald, Mr. Lundy, Ms. Edwards, and Ms. Saltzburg participated for the PSC. Mr. Greene participated for BP. I did not participate on the telephone call, but was informed by Mr. Greene of the call.

61.     On April 9-18, 2012, counsel on or acting for the PSC and counsel for BP met in New Orleans, Louisiana, at the Pan American Life Center to continue their discussion toward a final, comprehensive settlement agreement relating to medical claims. Ms. Greenwald,

Mr. Lundy, Mr. Baker, Ms. Edwards, Ms. Saltzburg, and Ms. Deupree attended and participated for the PSC. Ms. Reisman, Mr. Joseph, Mr. Greene, Ms. Beth Larsen and I attended and participated in these negotiations for BP.

62. On the morning of April 18, 2012, the parties finalized and signed the Medical Benefits Class Action Settlement Agreement. The parties filed the Medical Settlement Agreement and other papers seeking approval of the proposed settlement with the Court that same day.

63. Other lawyers and staff working for BP's counsel and the PSC also attended certain of the meetings discussed above. What I have written are the names of those lawyers primarily involved in the various settlement discussions set forth herein.

64. When the Parties were not meeting face to face during the negotiation sessions set forth above, they were in regular communication relating to settlement of medical claims.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, information, and belief.

_/s/ Andrew B. Bloomer_____
Andrew B. Bloomer

Dated: August 13, 2012