IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| **This document relates to all actions.** | * * | |
| | * | Honorable CARL J. BARBIER |
| | * | |
| | * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * * | SECTION J |
|   Plaintiffs, | * * | |
| v. | * * | Honorable CARL J. BARBIER |
| | * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * | |
|   Defendants. | | |

### BP DEFENDANTS' MOTION FOR FINAL APPROVAL OF *DEEPWATER HORIZON* ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT AS AMENDED ON MAY 2, 2012

BP Exploration & Production Inc. and BP America Production Company ("BP Defendants") respectfully move this Court to finally approve the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012.  *See* Rec. Doc. 6430 (the "Settlement Agreement").  For the reasons set forth in the accompanying Memorandum, the

Settlement Agreement is a more than fair, reasonable, and adequate resolution of the settled claims and should therefore be approved under Federal Rule of Civil Procedure 23. Each of the six *Reed* factors strongly supports settlement: (1) there is no fraud or collusion behind the settlement; (2) the litigation is extremely complex and expensive, and is likely to last for years; (3) the advanced state of the proceedings and the extensive amount of formal and informal discovery support settlement; (4) plaintiffs face serious risks on the merits; (5) the settlement benefits are generous compared against the range of possible recovery through litigation; and (6) the opinions of the class counsel, class representatives, and absent class members support settlement. *See Reed v. Gen. Motors Corp.*, 703 F.2d 170, 172 (5th Cir. 1983). Accordingly, the BP Defendants respectfully request that the Court finally approve the settlement.

August 13, 2012                                         Respectfully submitted,

| | |
|---|---|
| James J. Neath |   */s/ Richard C. Godfrey, P.C.* |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | |
| 501 Westlake Park Boulevard | J. Andrew Langan, P.C. |
| Houston, TX 77079 | Wendy L. Bloom |
| Telephone: (281) 366-2000 | Andrew B. Bloomer, P.C. |
| Telefax: (312) 862-2200 | R. Chris Heck |
| | Christopher J. Esbrook |
| Daniel A. Cantor | KIRKLAND & ELLIS LLP |
| Andrew T. Karron | 300 North LaSalle Street |
| Ellen K. Reisman | Chicago, IL 60654 |
| Matthew J. Douglas | Telephone: (312) 862-2000 |
| ARNOLD & PORTER LLP | Telefax: (312) 862-2200 |
| 555 Twelfth Street, NW | |
| Washington, DC 20004 | Jeffrey Bossert Clark |
| Telephone: (202) 942-5000 | Steven A. Myers |
| Telefax: (202) 942-5999 | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| Jeffrey Lennard | Washington, D.C. 20005 |
| Keith Moskowitz | Telephone: (202) 879-5000 |
| SNR DENTON | Telefax: (202) 879-5200 |
| 233 South Wacker Drive | |
| Suite 7800 |   */s/ Don K. Haycraft* |
| Chicago, IL 60606 | Don K. Haycraft (Bar #14361) |
| Telephone: (312) 876-8000 | R. Keith Jarrett (Bar #16984) |
| Telefax: (312) 876-7934 | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| *OF COUNSEL* | New Orleans, Louisiana 70139 |
| | Telephone: (504) 581-7979 |
| | Telefax: (504) 556-4108 |
| | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone: (202) 662-5985 |
| | Telefax: (202) 662-6291 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of August 2012.

/s/ Don K. Haycraft
Don K. Haycraft