# Exhibit 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3  IN RE:  OIL SPILL      )  MDL NO. 2179
    BY THE OIL RIG         )
 4  "DEEPWATER HORIZON" IN )  SECTION "J"
    THE GULF OF MEXICO, ON )
 5  APRIL 20, 2010         )  JUDGE BARBIER
                           )  MAG. JUDGE SHUSHAN
```

****************

VOLUME 1

****************

Deposition of Calvin Charles Barnhill, P.E., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 29th day of November, 2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

1   Q.  -- do you accept that that was around the
2  time of the loss of the Sperry-Sun data?
3   A.  Yes.
4   Q.  Is it your understanding?
5   A.  Yes.
6   Q.  Okay.  And you haven't done anything to
7  come to a different conclusion than the
8  conclusion that the explosion was right around
9  the time of the loss of data transmission, have
10 you?
11  A.  I have not.
12  Q.  Okay.  From your standpoint,
13 Mr. Barnhill, what was the last point in time
14 that the blowout or the explosion that took place
15 on the night of April 20th, when was the last
16 point in time that that could have been
17 prevented?
18  A.  I guess my comment would be just like I
19 put in my Report.  I -- you know, the -- the
20 latest I would have liked to seen the well
21 shut-in was around 21 -- 21:31, 32, somewhere in
22 that timeframe.
23  Q.  Okay.
24  A.  The simulations tell us that, you know,
25 had it been done at that time, the gas would not

**PURSUANT TO CONFIDENTIALITY ORDER**

1  have reached the riser.  Now whether that's true
2  or not, I -- I don't know, but that's what the
3  simulation suggests.
4          But I -- I certainly think that had the
5  well been shut-in at that time, there would have
6  been a different outcome.  What that outcome
7  would have been, I don't know, but I think there
8  would have been a different series of facts that
9  developed from that point forward.
10      Q.  I'll -- I'm going to try to be careful,
11 more careful than I was on the last question
12 about distinguishing between a blowout and an
13 explosion.
14      A.  Okay.
15      Q.  So just to be -- make sure we have it
16 right.
17          In terms of just the blowout itself --
18      A.  (Nodding.)
19      Q.  -- when would be the last point in time
20 you think the -- the -- the blowout could have
21 been prevented?  And then I'm going to ask you
22 separately about explosion.  Okay?
23      A.  (Nodding.)
24      Q.  So the question being, when would you say
25 the last point in time the blowout could have

**PURSUANT TO CONFIDENTIALITY ORDER**

1  A. Yeah. I mean, they call it the analogy
2  [sic]. So that would indicate to me that they
3  were -- they were paying attention to a pre --
4  pressure profile at that point and -- and caught
5  the anomaly.
6  Q. And it's your opinion that once the --
7  the rig pumps were shut down at 2131 that a
8  manual flow check followed by an immediate
9  shut-in in the Macondo Well should have occurred?
10  A. Yes.
11  Q. And that's basic well control?
12  A. That is basic well control.
13  Q. That both the Driller and Assistant
14  Driller had one schooled in?
15  A. Yes, they had been schooled in, and, in
16  fact, we know that there had been other kicks
17  that they had done that on.
18  Q. And --
19  A. Or I should say, another kick, the
20  March 8th kick.
21  Q. And according to some of the modeling,
22  which I understand, you know, garbage in, garbage
23  out --
24  A. (Nodding.)
25  Q. -- but according to that modeling, at

1  21:31, was -- would the kick have still been
2  below the -- the BOP?
3      A.  I -- I believe that's what the different
4  simulations have indicated, that the kick
5  would not have been kicking fluid.  The -- the
6  gas would not have been over the riser yet.
7      Q.  And that's -- and one of the goals of
8  well control is to shut the well in before the
9  kick reaches the riser?  Is that what you said
10 earlier?
11     A.  Well, the -- the -- the goal is to -- to
12 shut it in as quickly as you've detected it, or
13 as soon as -- after you detected that you confirm
14 it to minimize the influx.  So as soon as you
15 detect it, yeah, you would -- you would like to
16 keep it confined in -- in the well.
17     Q.  Okay.  And so if the drill crew had
18 followed your -- your direction and shut the well
19 in at 21:31, the kick would have still been below
20 the BOP?
21     A.  That's what the simulations tell us.
22 I -- I don't know, but that's what the
23 simulations tell us.
24     Q.  Okay.  And I think I heard you testify
25 earlier that you believed that had the drill crew