# Exhibit 2

1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3     IN RE:  OIL SPILL         )   MDL NO. 2179
       BY THE OIL RIG            )
 4     "DEEPWATER HORIZON" IN    )   SECTION "J"
       THE GULF OF MEXICO, ON    )
 5     APRIL 20, 2010            )   JUDGE BARBIER
                                 )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17                   ***************
                      VOLUME 1 of 2
18                   ***************
19
20
               Deposition of FREDERICK EUGENE BECK,
21     taken at Pan-American Building, 601 Poydras
       Street, 11th Floor, New Orleans, Louisiana,
22     70130, on December 15, 2011.
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

04:20  1   some incidents on the variety that daywork
04:20  2   operations that were going on, and there were
04:20  3   some pretty hefty kicks taken on some of those
04:20  4   wells back in the late Nineties.
04:21  5        Q.    Okay.  Do you believe that in --
04:21  6   when you were at Nabors, Nabors had kicks on the
04:21  7   order of 300-plus barrels that had been missed by
04:21  8   the crew?
04:21  9        A.    I -- I have seen that on at least
04:21 10   one, if not two or three occasions.
04:21 11        Q.    Would you agree that catching a kick
04:21 12   within about 20 barrels is what -- is a -- is a
04:21 13   rule of thumb or a sign of good performance by a
04:21 14   drilling crew?
04:21 15        A.    Yeah, I think -- I think the
04:21 16   specific barrel count is dependent upon the --
04:21 17   you know, the rig, the rig arrangements.  But
04:21 18   when you start talking 20 to 30 barrels, I think
04:21 19   you're in the realm, right, the right size that
04:21 20   should be detectible.  And that's a very
04:21 21   difficult detection on a -- on a deepwater rig
04:21 22   according to my understanding.
04:21 23        Q.    Okay.  Dr. Beck, what was
04:21 24   Halliburton's responsibility for its work with
04:21 25   respect to the cementing services that it was

**PURSUANT TO CONFIDENTIALITY ORDER**

```
04:21  1    providing at Macondo?
04:22  2         A.    Well, I think the primary
04:22  3    responsibility is -- is for the -- the -- the
04:22  4    specific slurry and design and testing of the
04:22  5    slurry and then pumping the slurry into the well,
04:22  6    I mean, I think those are the two main
04:22  7    responsibilities that -- that a cementer has.
04:22  8         Q.    And what would you describe as
04:22  9    Sperry-Sun's responsibility for its work with
04:22 10    respect to the mud logging services for the
04:22 11    Macondo well on the DEEPWATER HORIZON?
04:22 12         A.    Well, I think I'd -- I'd mention --
04:22 13    I'd gone over this once before, but I think
04:22 14    their -- their -- their main responsibility is
04:22 15    obviously a monitoring function, to monitor
04:22 16    functions on the rig, data functions on the rig,
04:23 17    to collect samples, to monitor pit volumes and
04:23 18    transfers and -- and be a second set of eyes on
04:23 19    the rig for -- for these monitoring functions
04:23 20    that they have.
04:23 21         Q.    Okay.  Have you done anything to
04:23 22    determine what was actually causing 1,400 psi to
04:23 23    be shown on the drill pipe during a negative
04:23 24    pressure test that took place on April 20th?
04:23 25         A.    I -- to determine what it was?
```