# Exhibit 9

1              UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA

2

3   IN RE:  OIL SPILL        )   MDL NO. 2179

    BY THE OIL RIG           )

4   "DEEPWATER HORIZON" IN    )   SECTION "J"

    THE GULF OF MEXICO, ON    )

5   APRIL 20, 2010            )   JUDGE BARBIER

                             )   MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20            Deposition of RICHARD HAMMERSLEY

21   HEENAN, taken at Pan-American Building, 601

22   Poydras Street, 11th Floor, New Orleans,

23   Louisiana, 70130, on the 21st day of

24   November, 2011.

25

**PURSUANT TO CONFIDENTIALITY ORDER**

        1        Q.     Is it fair to say, Mr. Heenan,

        2    when you say that the people involved in the

        3    negative pressure test believed they already

        4    had the answer, that you're making an

11:17   5    assumption?

        6        A.     I'm making an assumption,

        7    correct.

        8        Q.     Do you believe that any of the

        9    men involved in the negative pressure test on

11:17   10   April 20th, 2010, had an incentive to get the

        11   test wrong?

        12       A.     I don't think they had an

        13   incentive.  I don't think it was done

        14   intentionally.

11:17   15       Q.     Okay.  Well, that was my next

        16   question.  Do you think that the

        17   misinterpretation of the negative pressure

        18   test on April 20, 2010, by the individuals

        19   involved was intentional?

11:17   20       MR. UNDERHILL:  Objection.  Wait.

        21   Objection as to form.

        22       A.     I don't know what those guys

        23   were thinking, I guess.

        24       Q.     (BY MR. REGAN)  Okay.  Do you

11:18   25   believe that the fact that the individuals

**PURSUANT TO CONFIDENTIALITY ORDER**

1    involved in the negative pressure test had a

2    discussion about the pressures seen on the

3    drill pipe and the -- the -- what they saw on

4    the kill line, does that discussion suggest

11:18  5    to you that those men ignored the results of

6    the tests that they were performing?

7         MR. UNDERHILL:  Objection as to form.

8         A.    I don't know what that

9    discussion was because I wasn't there.

11:18 10         Q.    (BY MR. REGAN)  Right.

11         A.    I know the outcome.

12         Q.    Right.  But just the fact that a

13    discussion was had about the test, does men

14    having a discussion about tests they are

11:18 15    performing, does that suggest to you they

16    were ignoring the results of the test?

17         MR. UNDERHILL:  Objection as to form.

18         A.    I guess I can say they were not

19    ignoring them at the time they were having

11:18 20    the discussion.

21         Q.    (BY MR. REGAN)  Okay.  Did you

22    see anything in the materials you studied,

23    Mr. Heenan, to suggest that the men involved

24    in that test on that rig that night were --

11:19 25    were not concerned about their own welfare

**PURSUANT TO CONFIDENTIALITY ORDER**

1    and were not concerned about the welfare of

2    their friends on the rig?

3         A.    I don't know what they were

4    thinking.

11:19   5         Q.    All right.  Did you see --

6         A.    I have no evidence that they

7    were unconcerned.

8         Q.    Let me have you turn to Page 11

9    of your report.  Actually, Page 16.

11:19   10         A.    16?

11         Q.    Yes.

12         A.    1-6?

13         Q.    Uh-huh.  On Page 16, you have a

14    sentence where you say -- with respect to the

11:19   15    negative pressure test --

16         A.    Can you tell me where that's --

17         Q.    In the second -- second full

18    paragraph that -- again, referring to the BP

19    and Transocean people involved.

11:20   20              Quote, Instead they chose to

21    believe the result that they wanted and

22    expected to see, and ignored the clear danger

23    signal from the well.

24              Do you see that sentence?

11:20   25         A.    I see that sentence.

**PURSUANT TO CONFIDENTIALITY ORDER**