# Exhibit 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| | * * | |
| | * * | HONORABLE CARL J. BARBIER |
| | * * * | |
| | * * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

<u>**DECLARATION OF ALAN W.A. JEFFREY, PH.D.**</u>

I, Alan W.A. Jeffrey, submit this declaration in support of BP Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended On May 2, 2012.  I am over the age of 18, and the opinions, statements, and conclusions expressed in this declaration are my own.

*Experience*

1.      I have a Ph.D. in oceanography from Texas A&M University.  I also have a master's degree in organic chemistry from Queen's University in Canada, and a bachelor of science in biochemistry, also from Queen's University.  After receiving my doctorate in 1981, I spent two years conducting geochemical research related to natural gas and oil exploration.  My expertise includes the following areas: geochemistry, oceanography, and environmental science.  My geochemistry expertise has and continues to focus on oil and other hydrocarbons.  My CV is attached to this declaration as Exhibit A.

2.      I have been working for over twenty years in the United States and abroad in the fields of geochemistry, oceanography, and environmental science.  Over the course of that time, I

have developed expertise in managing geochemical and environmental analytical laboratories, a countrywide water monitoring program, and QA/QC management.  Since 2000, I have worked as Senior Geochemist at ZymaX Forensics in Escondido, California, where I have managed environmental geochemistry projects, including data interpretation and preparation of reports. Prior to that, I worked as Technical Director for JL Environmental Consultants in Singapore from 1998 to 2000, where I initiated and directed environmental projects including water monitoring programs, environmental impact assessments, hydrocarbon contamination, and marine surveys.  In addition, I worked for approximately seven years in various positions in Malaysia and Indonesia in the fields of water monitoring, environmental impact assessments, petroleum chemistry, and oil and gas geochemistry.  From 1990 to 1991, I worked as Laboratory Director and Senior Geochemist for Global Geochemistry Corporation in Los Angeles, California, where I managed and oversaw projects utilizing geochemical techniques to solve environmental problems, including drinking water and effluent water analysis at the Naval Air Station in Port Hueneme, California and long-term analysis of lake water samples from throughout the United States for the U.S. Environmental Protection Agency.

3.     A significant part of my work involves designing, implementing, and evaluating specific testing programs for oil and hydrocarbons following an unintended release, and analysis of oil samples to determine their composition and source.

4.     I did not personally participate in any settlement negotiations between BP and the plaintiffs, nor did I have an advisory role during the settlement process.

***Materials Reviewed***

5.     In preparation for writing this declaration, I reviewed the following materials:

(i) the Operational Scientific Advisory Team ("OSAT") Summary Report for Sub-Sea and Sub-

Surface Oil and Dispersant Detection: Sampling and Monitoring released December 17, 2010, ("OSAT-I"); (ii) OSAT Summary Report for Fate and Effects of Remnant Oil in the Beach Environment released February 10, 2011, ("OSAT-II"); (iii) the Deepwater Horizon MC 252 Response Unified Area Command Strategic Plan for Sub-Sea and Sub-Surface Oil and Dispersant Detection, Sampling, and Monitoring dated November 13, 2010; and (iv) OSAT data relating to BTEX (an acronym for benzene, toluene, ethylbenzene, and xylene compounds) and polycyclic aromatic hydrocarbon ("PAH") concentrations in water samples, and acute and Chronic Aquatic Life Ratios ("CALRs").  I have also reviewed the literature and data relating to the geochemistry of the Gulf of Mexico, and in particular the natural hydrocarbon releases that are well-known in the Gulf.  Based on my review of the foregoing materials, as well as the relevant literature, I offer the observations and opinions contained in this declaration.

*Opinions*

6.      It is well established that the Gulf of Mexico contains significant naturally-occurring oil and gas leakage (seeps) from its subsurface reservoirs.  For example, the National Research Council in 2003 estimated that 140,000±60,000 tonnes (approximately 24 to 59 million gallons or 0.6 to 1.4 million barrels) of petroleum hydrocarbons enter the Gulf of Mexico each year from natural seeps.  Part of the National Academies, the National Research Council, publishes independent scientific reports with the goal of improving government decision making and public policy and increasing public understanding in matters involving science, engineering, technology, and health.  Thus, over the ten period from 2000 to 2009, an estimated 240 to 590 million gallons, or 6 to 14 million barrels, would have naturally seeped into the Gulf of Mexico.

7.      Oil is made up of a number of different components.  PAHs comprise one category of oil-related organic compounds that are potentially harmful.  BTEX components of oil

are also potentially harmful but generally do not persist in the environment as long as PAHs and would be expected to be mostly depleted from oil that reached shorelines from the *Deepwater Horizon* ("DWH") spill, given the distance from the well to the shoreline.  In OSAT-I samples that were analyzed for BTEX, these compounds were never detected in MC252 oil that reached the shore, nor were BTEX compounds detected in nearshore sediments.  Analyses of oil samples from the source toward the shore showed that volatile organic compounds (such as BTEX) were either dissolved or evaporated from the MC252 oil near the source, and oil that approached the nearshore environment no longer had BTEX compounds present.  Because of the naturally-occurring hydrocarbon seeps, oil components, including PAHs, exist naturally in background levels in the Gulf region.  Thus, it is not the case that any oil or PAHs detected in the Gulf are necessarily the result of an oil spill, or specifically connected to or related to the DWH spill.

8.      The extensive government-led testing of the nearshore water and sediments after the DWH spill, discussed in more detail below, found very few samples containing potentially harmful levels of oil components (PAHs or BTEX) consistent with oil from the Macondo well, and none after August 3, 2010.  That testing also found very few samples containing dispersant components, and no samples containing levels exceeding toxicity benchmarks for those components.

### The OSAT Projects

9.      The OSAT was a government-led multi-agency team formed as part of the response to the DWH spill that brought together scientific expertise from the Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Environmental Protection Agency ("EPA"), National Oceanic and Atmospheric Administration ("NOAA"), U.S. Coast Guard, U.S. Geological Survey, U.S. Fish and Wildlife Service, and BP.

10.     The OSAT-I project examined over 17,000 water and sediment samples from the nearshore (shoreline to 3 nmi), offshore (3 nmi to 200 m depth), and deep-water (beyond 200-m depth) taken between May 5 and October 23, 2010 from more than 25 vessels during more than 125 research cruises.  These samples were taken in waters across the five Gulf states.  OSAT-II was a follow-up investigation by the OSAT team to examine the spatial distribution and potential impacts of oil residues in the nearshore, surf zone, and sandy beach environments.  As part of the OSAT-II effort, four oiled sandy beaches with sensitive habitats that are representative of oiling conditions across the Gulf (one each in Louisiana, Mississippi, Alabama, and Florida) were chosen as case studies, and samples of different types of weathered oil were chemically analyzed.  Surveys conducted by Shoreline Cleanup and Assessment Technique ("SCAT") teams to determine the location and severity of oiling were also utilized for this analysis.  It is my opinion that the OSAT projects comprised a very broad and scientifically robust detection, sampling, and monitoring program.  In my opinion, the OSAT program was well-designed and implemented in a way that effectively measured the extent of oil and dispersant components in the nearshore environment following the DWH spill.

11.     OSAT-I water and sediment samples were compared to human health benchmarks, aquatic life benchmarks for PAHs, and aquatic benchmarks developed by EPA for dispersant compounds.  EPA's aquatic life benchmarks are intended to capture the level above which "there is the possibility of harm or risk to the humans or animals in the environment."[1] Samples found to exceed the EPA aquatic life benchmarks were assessed to determine whether they were consistent with MC252 oil.  The OSAT also reviewed sample data from other monitoring programs such as Mussel Watch (a US-wide program that has collected and tested

---

[1] EPA Response to BP Spill in the Gulf of Mexico, *Water Quality Benchmarks for Aquatic Life*, EPA, http://www.epa.gov/bpspill/water-benchmarks.html (last visited July 30, 2012).

large numbers of water and sediment samples from 1986 through the present, including sites in the Gulf region); this was to establish reference conditions for oil-related compounds that may have been present in water and sediment prior to the MC252 release, given the extensive natural hydrocarbon activity offshore in the Gulf region, and level of oil and gas exploration, production and transportation activities, as well as other coastal industrial activities in the region.

12.     In summary, the OSAT-I investigation found no samples in the nearshore zone that exceeded human health benchmarks and a very low number of water and sediment samples that exceeded aquatic life benchmarks for PAHs.  Of 5,773 water samples, there were 22 exceedances of aquatic life benchmarks consistent with MC252 oil or of indeterminate origin. Of 1,136 sediment samples, there were 13 exceedances of aquatic life benchmarks consistent with MC252 oil or of indeterminate origin.  None of the exceedances in samples collected after August 3, 2010, were consistent with MC252 oil.  OSAT-I also found that a small percentage of nearshore water and sediment samples contained detectable levels of dispersant components, but no exceedances of aquatic benchmarks for dispersant compounds.  Table 3.1. from the OSAT-I report, set forth below, accurately summarizes these results.

Table 3.1. Summary of water and sediment analytical chemistry results in the nearshore zone. Datasets were compared to human health benchmarks, aquatic life benchmarks, and dispersant screening levels. For each benchmark (or screening level), total numbers of samples that were non-detect, below benchmark, or exceeded the benchmark were computed. The total number of samples is not the same for the human health, aquatic life, or dispersant categories because not all samples were analyzed for all analytes.

| Sample Type | Indicator Level | Human Health | Aquatic Life | Dispersant |
|---|---|---|---|---|
| Water Column | Non-detect | 3405 | 5337 | 4790 |
| | Below Benchmark | 2685 | 395 | 60 |
| | Exceed Benchmark | 0(0)* | 41(22)* | 0 |
| Sediment | Non-detect | n/a | 671 | 406 |
| | Below Benchmark | n/a | 441 | 6 |
| | Exceed Benchmark | n/a | 24(13)* | n/a |
| Total Samples | | 6090 | 6909 | 5262 |
| Total Exceedances | | 0 | 65(35) | 0 |
| Percent of Exceedances | | 0% | 0.94% | 0% |
| Total Exceedances After 3 August | | 0 | 11(0) | 0 |

*The number in parentheses refers to exceedances consistent with MC252 oil or indeterminate.

13.     The OSAT-I datasets are publicly available through NOAA's Environmental Response Management Application ("ERMA") website at http://gomex.erma.noaa.gov/.  I have obtained the publicly available datasets through ERMA and generated a series of maps using the data showing the locations and chemistry results for nearshore water and sediment samples tested for PAHs and dispersants, attached hereto as Exhibit B.  A Chronic Aquatic Life Ratio ("CALR") exceeding 1 indicates that the sample exceeds concentrations calculated to protect aquatic organisms from acute or chronic effects.

14.     For the nearshore sediment samples, 2% exceeded EPA aquatic life benchmarks (24 exceedances out of 1,136 samples).  Of the 24 exceedances, 9 samples were of indeterminate

origin, 11 were considered not consistent with MC252, and 4 were found to be consistent with MC252. All exceedances after August 3, 2010, were found inconsistent with MC252 oil.

15. For the nearshore water samples, none of the 6,090 water samples considered for comparison to the EPA human health benchmarks were found to exceed the benchmarks, and 0.7% of the samples (41 exceedances out of 5,773 samples) considered for comparison to the EPA aquatic life benchmarks were found to exceed the benchmarks. Of the 41 exceedances, 13 samples were of indeterminate origin, 19 were found inconsistent with MC252 oil, and 9 were found to be consistent with MC252 oil. None of the exceedances in samples collected after August 3, 2010 were found to be consistent with MC252 oil.

16. Of the nearshore water and sediment samples analyzed for dispersant-related components, 99% were found to have no detectable levels of the components (66 out of 5,262 samples detected any level). None of the 66 samples with detectable levels included any exceedance of the benchmarks for the dispersant compounds.

17. The total percentage of nearshore water and sediment samples found to exceed the EPA aquatic life benchmarks was 0.94%. Zero percent of samples were found to exceed the EPA human health and dispersant compounds benchmarks.

18. Four levels of quality assurance ("QA") established by EPA were applied to the OSAT-I data, adding to the reliability of these data and the results.

19. OSAT-II addressed three types of shore and nearshore oil residue, including supratidal buried oil ("SBO"), small surface residue balls ("SSRBs"), and submerged oil mats ("SOM"). At each of four case study sites, one sample of each type of oil (SBO, SSRBs, and SOM), was analyzed for oil and sand content. SOMs were found to have the greatest percentage of oil compared to sand. Oil mats that were identified were excavated and removed. SBOs

contained the least amount of oil.  A Net Environmental Benefit Analysis was used to compare potential impacts of oil remaining in the environment to potential impacts of further treatment. In sum, the OSAT-II investigation found that the risk of toxic exposures from oil residues in the nearshore environment was low given the weathered state and locations of the oil.

20.     Some of the chemically-based specific findings from the OSAT-II report are: (i) recently collected weathered oil samples from the beach environment showed 86-98% depletion of total PAHs, indicating the presence of very heavily weathered oil residues, from which toxic compounds had been removed by natural processes; (ii) risk of leaching of supratidal buried oil into groundwater is minimal due to the combined effects of weathering, biodegradation, and the location of the buried oil; (iii) in most locations, models used by OSAT to predict oil biodegradation and dissolution in and around the water table predict PAH concentrations in supratidal buried oil will decrease to 20 percent of already substantially depleted current levels within 5 years; and (iv) calculated potential cancer and non-cancer health effects from short- and long-term exposures are below EPA acceptable health-based risk and hazard levels.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.


Date:  August 10, 2012                    _____
                                          Alan W.A. Jeffrey

# Jeffrey Declaration
# Exhibit A

**Dr. Alan W.A. Jeffrey**

**QUALIFICATIONS**:

Over 20 years of US and international experience in environmental science, geochemistry, and oceanography. Expertise in management of research projects, including presentation and publishing of results for professional audiences; management of geochemical and environmental analytical laboratories; initiation and management of a countrywide water monitoring program; QA/QC management of analytical laboratories; and setting up and management of a small environmental consulting company.

**EDUCATION**:

B.Sc., Biochemistry, Queen's University, Canada, 1971.
M.Sc., Organic Chemistry, Queen's University, Canada, 1975.
Ph.D., Oceanography, Texas A&M University, USA, 1981

**PROFESSIONAL EXPERIENCE** :

<u>Senior Geochemist, ZymaX Forensics, Escondido, USA</u>      <u>2000 - Present</u>

- Responsible for client communications in environmental studies and forensic geochemistry, and providing quality assurance oversight of an expanding environmental geochemistry program.
- Management of environmental geochemistry projects including data interpretation and preparation of reports.
- Expert witness services in Environmental Forensics

<u>Technical Director, JL Environmental Consultants, Singapore</u>                <u>1998-2000</u>

- Initiated and directed environmental projects in water quality, air quality, soil surveys, environmental impact assessments, hydrocarbon contamination, and marine surveys.

Some major projects included:
- Prepared environmental legislative reports on Malaysia for General Electric Corp.
- Supervised HSE issues after a hazardous chemical fire at a Motorola facility in Singapore.
- Developed QA programs for analytical data for Montgomery Watson, Singapore.
- Directed environmental site assessments for Lifestyle Furniture International.
- Developed water monitoring programs for Cawalan Cecair, Malaysia.

<u>Manager, Water Monitoring Division, Alam Sekitar Malaysia</u>                <u>1995-1997</u>

**Dr Alan W.A. Jeffrey**

- Implemented river water monitoring programs in Malaysia under a unique privatization program carried out by the Malaysian Government. These included:
  - Taking over a network of over 900 manual water monitoring stations throughout Malaysia, and collecting 400 samples per month for analysis of 30 water quality parameters.
  - Designing and setting up a network of continuous, on-line, river water monitoring stations.
- Hired and trained the local technical staff to carry out the monitoring.
- Set up regional offices for the monitoring teams.
- Negotiated contracts with local laboratories for analytical services.
- Instituted procedures for transfer of analytical and monitoring data and incorporation in monthly reports to the Malaysian Department of Environment.
- Regularly briefed Department of Environment senior technical staff on program status.
- Conducted technical workshops for Department of Environment staff on water monitoring and quality assurance.

Manager, Quality Assurance and Environmental Services                    1995-1996
Alam Sekitar Malaysia

- Designed and implemented quality assurance programs for the water monitoring programs above and ambient air monitoring programs:
  - A network of 30 on-line stations continuously monitoring 14 air quality and meteorological parameters.
  - A network of high-volume ambient air samplers monitoring particulate matter concentration and composition.
- Compiled a Quality Manual for technical operations.
- Solicited contracts and prepared proposals for consulting projects in environmental impact assessments and industrial air and water monitoring.

Senior Chemist, Environmental and Chemistry Dept.                        1992-1994
Core Laboratories Malaysia

- Managed an environmental and petroleum chemistry laboratory with 15 chemists and technicians.
- Co-ordinated, though a team of project managers, environmental and petroleum chemistry projects, including environmental impact assessments, baseline studies, soil, water, and air monitoring, oilfield gas, oil and water analysis.
- Advised clients on Malaysian and foreign environmental regulations, and set up sampling and analytical programs for regulatory compliance.
- Implemented a quality assurance program as QA/QC officer to enable the laboratory to achieve ISO 25 certification.
- Prominent projects included environmental impact assessments for the Lawit gas platform and pipeline to shore, and the PM5 and PM8 exploration blocks in offshore peninsular Malaysia, both for Esso Malaysia.  In addition to EIA preparation, responsibilities included managing the baseline survey including planning and

supervising the month-long oceanographic program, co-ordinating the chemistry analytical program, and writing the baseline survey report.
- Other major projects included site surveys for Motorola, Esso, and Sarawak Shell, ambient air monitoring for Brunei Shell, and oilfield water and gas analysis for Esso, Shell and Total.

Laboratory Director and Senior Geochemist, Global Geochemistry Corp.,          1990-1991
Los Angeles, U.S.A.

- Managed an integrated environmental/geochemical laboratory with 20 staff.
- Provided proposals and price quotations to clients.
- Scheduled analyses and monitored turnaround of data.
- Monitored data quality as QA/C Officer.
- Advised clients on California and U.S. EPA environmental regulations, and set up sampling and analytical programs for regulatory compliance.
- Solicited and managed projects utilizing geochemical techniques to solve environmental problems.

Major projects included:
- Monitoring progress in a large site remediation project for Roy F. Weston Co.
- Drinking water and effluent water analysis at the Naval Air Station, Port Huaineme, California for the Dept. of the Navy
- Long term analysis of lake water samples from throughout the U.S. for U.S. EPA.
- Characterizing Southern California beach tar samples and comparison with oil spilled from the American Trader tanker in Huntington Beach, for BP Petroleum.
- Detailed geochemical analysis and interpretation of several oil wells in Japan for Japex Oil Co.

Senior Geochemist, P.T. Robertson Utama, Indonesia                    1989-1990

- Selected appropriate geochemical analytical schemes for oil, gas, and rock samples from oil company drilling operations in sedimentary basins in Indonesia, Malaysia Thailand, South China and Papua New Guinea.
- Prepared detailed interpretative reports on the oil and gas potential based on the geochemical results.
- Utilized computer-assisted basin modeling programs to assess exploration potential for oil companies.
- Major clients included Exxon, ARCO, Caltex, Mobil, Occidental Oil, Chevron, IPC (Japan), and Maxus Oil.

Research Geochemist Global Geochemistry Corp.          1984-1989

- Managed geochemical research projects funded by the Department of Energy and the Gas Research Institute to elucidate the origin of natural gas.
- Devised analytical schemes for natural gas and supervised analyses by a small team of technicians.

**Dr Alan W.A. Jeffrey**

- Prerared detailed technical reports and publications based on the results.
- Presented results at scientific meetings.
- Prepared scientific proposals for research projects to funding agencies.

Research Associate, Texas A&M University                                                    1981-1983

- Supervised the analysis of natural gas samples for both research and commercial projects.
- Prepared interpretative reports based on the results.
- Participated in oceanographic cruises to collect samples for both geochemical research and oil exploration.
- Prepared scientific proposals for research projects to funding agencies.

Welch Foundation Pre-Doctoral Fellow, Texas A&M University                    1978-1980

- Conducted research on the origin of natural gas, leading to the Ph. D. Degree.

| | | |
|---|---|---|
| **Professional Affiliations** | : | American Chemical Society<br>American Association for the Advancement of Science<br>Groundwater Resources Association |
| **Publications** | : | 14 research papers in scientific journals and books in the field of geochemistry, environmental chemistry and oceanography. |
| **Presentations** | : | 23 presentations at American, Malaysian and international scientific meeting. |
| **Oceanographic Cruises** | : | Supervised and participated in over 10 cruises in the Gulf of Mexico, Caribbean Sea, Atlantic Ocean, Mediterranean Sea, and South China Sea, to perform oceanographic measurements and collect water and sediment samples for chemical analysis. |

## PUBLICATIONS

Sackett, W.M., Chung. H.M. and Jeffrey, A.W.A. (1979).  Isotope effects during the pyrolytic formation of hydrocarbons from various carbonaceous materials, Proceedings of the Treibs Symposium, Wurzburg, Germany.

Jeffrey, A.W.A., Pflaum, RC., Brooks, J.M., and Sackett, W.M. (1983).  Vertical trends in particulate organic carbon 13C/12C ratios in the upper water column.  Deep-Sea Res, 30(9):971-983.

Jeffrey, A.W.A., Pflaum, R.C., McDonald, T.J., Brooks, J.M., and Kvenvolden, K (1985).  Isotopic analysis of core gases at sites 565-570, DSDP Leg 84.  Init. Reports Deep Sea Drill. proj. 84, 719-726.  U.S. Govt. Printing Office, Washington.

Brooks, J.M., Jeffrey, A.W.A., McDonald, T.J., Pflaum, R.C., and Kvenvolden, K.A., (1985).  Geochemistry of hydrate gas and water from site 570, DSDP Leg 84.  In initial Reports of the Deep Sea Drilling Project, 84, 699-705.  U.S. Govt. Printing Office, Washington.

Jeffrey, A.W.A., Kaplan, I.R., Fish, F., and Lindbo, T., (1986), Exploration for mantle gas at Siljan Ring, Sweden.  Fifth International Symposium on Water-Rock Interaction, Extended Abstracts, p. 286-289.  Orkustofnun, Reykjavik, Iceland.

Jeffrey, A.W.A., Kaplan, I.R., Poreda, R.J., Craig, H., Armannsson, H., and Arnorsson, S., (1986),  Stable isotope geochemistry of geothermal and sedimentary gases.  Fifth International Symposium on Water-Rock Interaction, Extended Abstracts, p. 290-293.  Orkustofun, Reykjavik, Iceland.

Jeffrey, A.W.A., Kaplan, I.R., and Castano, J.R., (1988), Analysis of gases in the Gravberg-1 well.  In, A. Boden and K.G. Eriksson (eds.)  Deep Drilling in Crystalline Bedrock, v. 1.  Springer-Verlag, Heidelberg, p. 134-139.

Valley, J.W., Komor, S.C., Baker, K., Jeffrey, A.W.A., Kaplan, I.R., and Raheim, A., (1988), Calcite crack cements in granite from the Siljan Ring, Sweden: stable isotopic results.  In, A. Borden and K.G. Eriksson (eds.) Deep Drilling in Crystalline Bedrock, v. 1. Springer-Verlag, Heidelberg, p. 180-208.

Jeffrey A.W.A. and Kaplan, I.R., (1988), Hydrocarbons and inorganic gases in the Gravberg-1 well,   Siljan Ring, Sweden.  Chem. Geol., 71, 237-255.

Poreda, R.J., Jeffrey, A.W.A., Kaplan, I.R., and Craig, H., (1988), Magmatic helium in subduction-zone natural gases.  Chem. Geol., 71, 199-211.

Armannsson, H., Benjaminsson, J. and Jeffrey, A.W.A. (1989) Gas changes in the Krafla geothermal system, Iceland.  Chem. Geol. 76: 175-196.

Jeffrey, A.W.A. and Kaplan, I.R. (1989) Asphaltene-like material in Siljan Ring Well suggests mineralized altered drilling fluid.  J. Petrol. Technol. (December):  1262-1313.

Motyka, R.J., Poreda, R.J. and Jeffrey, A.W.A. (1989).  Geochemistry, isotopic composition, and origin of fluids emanating from mud volcanoes in the Copper River Basin, Alaska. Geochim.  Cosmochim.  Acta, 53, 29-41.

Jeffrey, A.W.A. and Kaplan, I.R., (1989).  Drilling fluid additives and artifact hydrocarbon shows: examples from the Gravberg-1 well, Siljan Ring, Sweden.  Scientific Drilling, 1, 63-70.

Jeffrey A.W.A., Alimi, H.M., and Jenden, P.D., (1988), Geochemistry of Los Angeles Basin oil and gas systems.  In K.T. Biddle and D.W. Phelps (eds.), Active Margin Basins.  American Association of Petroleum Geologists, Tulsa, in press.

Jeffrey, A.W.A., Lee J.S. and Bakry S. (1996)  The Health of Malaysian Rivers : Environmental Monitoring of Selected Rivers Systems. 2nd Conference on Instruments, Systems and Automation, Extended Abstracts, Kuala Lumpur, Malaysia.

Jeffrey, Alan; Kaplan, Isaac; Zhang, Dachun; Lu, Shan-Tan, and Nielsen, Jesper, (2002).  Environmental Tracers: Identifying the sources of nitrate contamination in groundwater. Contaminated Soil Sediment and Water, June 2002, 34-35.

Jeffrey, Alan; Kaplan, Isaac; Zhang, Dachun; Lu, Shan-Tan; Haddad, Robert, and Nielsen, Jesper, (2003).  Fugitive Methane.  Contaminated Soil Sediment and Water, September 2003, 13-15.

Jeffrey, Alan W.A., (2006)  Application of Stable Isotope Ratios in Spilled Oil Identification.  In Oil Spill Environmental Forensics, Wang, Z and Stout S. (eds.) Elsevier, pp. 207-227.

**REPORTS**

Jeffrey, A.W.A. (1987). Detection/differentiation system development for deep source gasses. Final Report to Department of Energy, Morgantown Energy Technology Centre, 170 pp.

Global Geochemistry Corp., (1987). The geochemistry of hydrocarbons and potential source rocks   from the Los Angeles and Ventura Basins.

Global Geochemistry Corp., (1988).  The petroleum geochemistry of crude oils and potential source rocks from the Paleogene of the San Joaquin and Ventura/Santa Barbara Basins.

**PRESENTATIONS**

**Carbon isotope effects in hydrocarbon cracking.**  Presented at the Fall Meeting of the Southern Regional Geochemistry Group.  Port Arkansas, Texas.  12-14 October, 1978.

**Isotope and fluorescence measurement on the products of pyrolysis of a suite of shales.** Presented at the National Meeting of the American Chemical Society.  Las Vegas, Nevada. 28 March - 2 April 1982.

**Thermal and clay catalyzed cracking in the formation of natural gas.**  Presented at the Dissertations in Chemical Oceanography symposium.  Honolulu, Hawaii.  25 - 29 October, 1982.

**Vertical trends in particulate organic carbon 13C/12C ratios in the upper water column.** Presented at the Fall Meeting of the American Geophysical Union, San Francisco,  7 - 15 December, 1982.

**Detection/differentiation system development for deep source gases.**  Presented at the Deep Source Gas Contractors Review Meeting, DOE, Morgantown, W.V., 25 - 26 March, 1986.

**Stable isotope geochemistry of geothermal and sedimentary gases.**  Presented at the Fifth International Symposium on Water-Rock Interaction, Reykjavik, Iceland, 8 - 17 August 1986.

**Exploration for mantle gas at Siljan Ring, Sweden.**  Presented at Fifth International Symposium on Water-Rock Interaction, Reykjavik, Iceland, 8 - 17 August 1986.

**Analysis of gases in the Gravberg-1 well.**  Presented at the Third International Symposium on Observation of the Continental Crust through Drilling, Mora and Orsa, Sweden, 7 - 10 September 1987.

**The origin of production gases from convergent plate margins.**  Presented at the American Association of Petroleum Geologists Annual Meeting, Los Angeles, 7 - 10 1987.

**Geochemistry of gases in the Siljan well.**  Presented at the American Geophysical Union Meeting, San Francisco, 7 - 11 December 1987.

**Hydrocarbons and inorganic gases in the Gravberg-1 well, Siljan Ring, Sweden.**  Presented at the Symposium on origins of Methane in the Earth, Geological Society of America Annual Meeting, Phoenix, 25 - 29 October 1987.

**Geochemistry of gases from the Gravberg-1 well, Siljan Ring, Sweden.**  Presented at the Los Angeles Basin Geological Society Meeting, Los Angeles, 21 April 1988.

**Origin of hydrocarbons in the Gravberg-1 well, Siljan Ring, Sweden.**  Presented at the Geological Society of America Annual Meeting, Denver, October 1988.

**The Health of Malaysian Rivers : Environmental Monitoring of Selected Rivers Systems.**

Presented at the 2nd Conference on Instruments, Systems and Automation, Kuala. Lumpur, Malaysia, June 1996.

**Forensic Environmental Geochemistry; Hydrocarbon Sleuthing.**  Presented at the Central Coast Geological Society Meeting, Arroyo Grande, June 2000.

**Hydrocarbon Tracers for Differentiating Fuel Type, Source, and Extent of Weathering.** Presented at the AEG-GRA National Meeting, San Jose, September, 2000.

**Heavy Oil and Hydrocarbon Fuel Contamination in Soil and Water: Identification and Weathering Characteristics.**  Presented at the Annual West Coast Conference on Contaminated Soils, Sediments and Water, San Diego, March 2001

**Overview of Petroleum Fuel Identification and Dating Techniques**.  Presented at Environmental Litigation: Advanced Forensics and Legal Strategies.  University of Wisconsin-Madison Professional Development Course, San Francisco, April, 2001

**Hydrocarbon Tracers for Differentiating Fuel Type, Source, and Extent of Weathering.** Workshop presentation at the International Petroleum Environmental Conference, Houston, November, 2001.

**Introduction to Environmental Forensics.**  Workshop presentation at the Annual West Coast Conference on Contaminated Soils, Sediments and Water, San Diego, March 2002.

**Groundwater Geochemistry.**  Workshop presentation at the National Groundwater Association Conference on MTBE, Anaheim, CA, 4-6 July, 2002.

**Application of Isotope Ratios in Forensic Geochemistry.**  Presented at Environmental Forensics: Advanced Techniques, an International Society of Environmental Forensics Workshop, Santa Fe, September, 1992.

**Forensic Environmental Geochemistry: Petroleum Fuels.**  Workshop presentation at the 18th Annual International Conference on Contaminated Soils, Sediments and Water, Amherst, 20-23 October, 2002.

**Fuel Fingerprinting.**  Presentation at the Workshop on Environmental Forensics, Groundwater Resource Association, Emeryville, CA, 14 November, 2002

**Application of Isotopes and Specialized Ratios in Petroleum Hydrocarbon Forensics: Theory and Case Studies**.  Presented at Environmental Forensics: Theory, Application and Case Studies, International Society of Environmental Forensics Workshop, Honolulu, 14-15 April, 2003

**Forensic Analysis of Fugitive Methane Gas Emissions**.  Platform presentation at the International Society of Environmental Forensics Workshop, San Diego, 4-5 November, 2003.

**Classical Chemical Techniques in Environmental Forensics.**  Workshop presentation at the Annual West Coast Conference on Contaminated Soils, Sediments and Water, San Diego,

March 2005.

**Petroleum Forensics.**  Workshop presentation at the California Environmental Law Conference, Yosemite, 22 October, 2005.

**Use of Environmental Forensics in Environmental Investigations and Litigation.** Workshop presentation to the Hawaii State Department of Health, Honolulu, 19 May, 2006.

**Use of Carbon Isotope Ratios to Distinguish Perchloroethylene Plumes in Soil and Groundwater.  Platform** presentation at the Groundwater Resources Association symposium, Applications of Isotope Tools to Groundwater Studies, Concord, CA, 29 March, 2007

**Environmental Forensics: Tools of the Trade.**  Workshop presentation at the Northwest Environmental Conference, Portland, 7 December, 2007

**Forensic Techniques to Discriminate between Refined Product Releases.**  Workshop presentation at the Society of Environmental Toxicology and Chemistry 5th World Congress, Sydney, Australia, 3 August, 2008.

**Refinery Leak Detection using Petroleum Forensics.**  Platform presentation at the Annual West Coast Conference on Contaminated Soils, Sediments and Water, San Diego, March 2009.

**Forensic Environmental Geochemistry: Petroleum Fuels and Chlorinated Solvents.** Workshop presentation at the International Network of Environmental Forensics Conference, Calgary, Canada, 31 August – 2 September, 2009

**Chlorinated Solvent Releases: CSIA Case Studies.**  Workshop presentation at EPA Region 4 Environmental Forensics Course, Atlanta, April 13, 2010.

**Disentangling Comingled Gasoline Plumes using Petroleum Forensics.**  Platform presentation at the Annual West Coast Conference on Contaminated Soils, Sediments and Water, San Diego, March 2010.

**Fingerprinting Crude Oil Spills: Los Angeles to Deepwater Horizon** and **Chlorinated Solvent Releases: CSIA Case Studies.**  Platform and **w**orkshop presentations at the International Network of Environmental Forensics Conference, Cambridge, UK, July 2011

**Environmental Forensics Workshop.**  National Groundwater Association, Albuquerque, September 2011.

**Environmental CSI: Petroleum Product Releases.**  Environmental Professionals of Iowa Symposium, Des Moines, November 2011

**EXPERT WITNESS AND LITIGATION SUPPORT**

- Retained by Nossaman, Guthner, Knox & Elliott, LLP, Los Angeles, CA in July, 2001 to provide an expert witness declaration on the reliability of analytical data provided by the plaintiff on organic compounds in water samples.

- Retained by Cory J. Briggs Esq, Washington, DC in November, 2001 to provide an expert opinion on the methodology employed by the defendant to analyze organic compounds in water samples.

- Retained by Clements, O'Neill, Pierce, Wilson & Fulkerson, Houston, TX in April, 2002 to provide an expert opinion on crude oil contamination at a site in California

- Retained by Holmes Weddle & Barcott, Anchorage, AK in August 2002 to provide an expert witness declaration in Zurich American Insurance vs Whittier Properties

- Retained by Kelley, Hart & Hallman Austin, TX in April 2003 to provide an expert opinion in Elementis Chromium vs Coastal States et al.

- Retained by Demetriou, Del Guercio, Springer, & Francis, Los Angeles, CA in May 2003 to provide expert testimony in County of Los Angeles vs Kernview Oil Corp. et al. Deposed on May 22, 2003.

- Retained by Gallaher, Lewis, Downey & Kim, Houston, TX in May 2003 to provide an expert opinion in John H. Roam et al vs Texas-New Mexico Pipeline Co. et al.

- Retained by Winder & Haslam, Salt Lake City, UT in June 2003 to provide an expert opinion in Evans et al vs Maverik Country Stores Inc

- Retained by Butzel Long, Detroit, MI in August 2003 to provide litigation support in Sattorelli v. Wolverine Oil Co.

- Retained by Armstrong Teasdale, Kansas City, MO in December 2003 to provide litigation support in Cargill Inc v. ONEOK Inc

- Retained by Bernstein, Cushner & Kimmell, Boston MA in March 2004 to provide litigation support in Hudson Bus Lines v. Exxon Mobil

- Retained by Alexander, Holburn, Beaudin & Lang, Vancouver, BC, Canada in June 2004 to provide an expert opinion in a fuel spill case.

- Retained by Morgan Lewis, Los Angeles, CA in August 2004 to provide litigation support in City of Los Angeles v. Chevron U.S.A.

- Retained by Bandas and Laws, Corpus Christi, TX in September 2004 to provide an expert opinion in C.C. Sunrise v. Pittencrieff.  Deposed on September 10, 2004

- Retained by Adamski, Moroski, Madden & Green, San Luis Obispo, CA in February 2005 to provide an expert opinion in Paso Robles Tank vs Thomas Saberi et al.  Deposed on April 21, 2005.  Testified at trial on May 19, 2005.

- Retained by the Law Offices of Patrick E. Catalano, San Diego, CA in August - October 2005 to provide expert opinions in underground water migration cases.

- Retained by Becnel Law Offices, New Orleans, LA in February 2006 to provide an expert opinion in Turner et al vs Murphy Oil USA Inc.

- Retained by Edgar Law Firm, Kansas City, MO to provide an expert opinion in City of Neodesha vs BP Corp.  Deposed on February 28, 2007.  Testified at trial on October 31, 2007

- Retained by Reed Smith LLP, San Francisco, CA in November, 2006 to provide an expert opinion on petroleum product contamination at a site in Northern California

- Retained by Osler, Hoskin & Harcourt, Toronto, Canada in December, 2006 to provide an expert opinion on petroleum product contamination at a site in Toronto.

- Retained by Trevett, Cristo, Salzer, & Andolina P.C. Rochester, NY in January, 2007 to provide and expert opinion in Cilibert vs Griffith Energy.

- Retained by Bracewell & Guiliani LLP, Washington, DC in February, 2007 to provide an expert opinion on petroleum product contamination at a site in West Virginia.

- Retained by Lambert & Nelson PLC, New Orleans, LA in July 2007 to provide an expert opinion on petroleum contamination at a site in Kansas

- Retained by Agajanian Law Group, LLP, Los Angeles, CA in July 2007 to provide an expert opinion in Doubletree vs Razi.  Participated in mediation meeting on July 20, 2007.

- Retained by Bansbach Zoghlin, P.C., Rochester, NY in August, 2007 to provide an expert opinion on petroleum product contamination at a site in Rochester, NY

- Retained by Crandall, Wade & Lowe PC, Rancho Cucamonga, CA in August 2007 to provide litigation support in State Farm vs Union Oil of California.  Presented opinion at mediation meeting on September 11, 2007

- Retained by Pillsbury Winthrop Shaw Pittman LLP in August 2007 to provided litigation support in Southern California Presbyterian Homes vs Chevron Products Co.

- Retained by Stanzler Funderburke & Castellon LLP, Los Angeles, CA in September 2007 to provided an expert opinion in City of Los Angeles vs Kinder Morgan Energy Partners.  Deposed on October 15, 2007

- Retained by the Hudgins Law Firm PC, in November 2007 to provide an expert opinion in Tellus Operating Group vs Texas Petroleum Investment Co.  Deposed on February 19, 2008.

- Retained by McInnes Cooper Law Firm, Nova Scotia, Canada in December 2007 to provide an expert opinion in Gunvaldsen-Klassen vs Bulpitt and Gray.

- Retained by the City Attorney of San Diego in January 2008 to provide litigation support in City of San Diego vs BNSF.

- Retained by Anastassiou & Associates, Salinas, CA in February 2008 to provide litigation support in Blech vs Oceano Packing Co.  Deposed on February 23, 2009. Testified at mediation trial on March 17-18, 2009.

- Retained by Methfessel & Werbel, Edison, NJ in May 2008 to provided an expert opinion in Pillar of Fire vs Mercer Mutual.

- Retained by Lee.Smart Inc, Seattle, WA in June 2008 to provided an expert opinion in Grey vs Leach. Deposed on September 26, 2008

- Retained by Meyers Nave, Los Angeles, CA in April 2009 to provide litigation support in Bach vs Yoelin.

- Retained by Johannessen and Associates, Seattle, WA in December 2009 to provide an expert opinion in Louie et al vs Exxon Mobil Corp.

- Retained by Arnold & Porter, Washington, DC in July 2010 to provide litigation support arising out of the Deepwater Horizon incident.

- Retained by Perkins Coie, Seattle, WA in December 2010 to provide litigation support in Fairfield Development vs The Boeing Company.

- Retained by Lewis Brisbois Bisgaard & Smith, Costa Mesa, CA in March 2011 to provide an expert opinion in Orange County Water District v. Northrop Grumman Systems Corporation

- Retailed by Davidson & Troilo, San Antonio, TX in May 2011 to provide an expert opinion in Compass Bank v. Tom Yates Petroleum Co., Inc.

- Retained by Pacific Gas & Electric in July 2011 to provide expert services in the matter of a former Manufactured Gas Plant in California.

- Retained by Johannessen and Associates, Seattle, WA in August 2011 to provide an expert opinion in Pettit Oil Co. v. Russell et al.

- Retained by Foster Pepper, Seattle, WA in October 2011 to provide expert services in the matter of the Port of Seattle/T-91

# Jeffrey Declaration
# Exhibit B



Florida

N

0                  60 Miles

0                  60 Kilometers

MC-252 Wellhead

**Dispersant Chemistry Samples**

● Dispersants Constituents Detected

◉ Dispersants Not Detected

Data source: http://www.restorethegulf.gov April 5, 2012

MC-252 Wellhead

Nearshore Sediment Dispersant
Chemistry Sampling Results East



Mississippi

Louisiana

Texas

N

0          60 Miles

0          60 Kilometers

MC-252 Wellhead

**Dispersant Chemistry Samples**

- Dispersants Constituents Detected
- Dispersants Not Detected

MC-252 Wellhead

Data source: http://www.restorethegulf.gov April 5, 2012

Nearshore Sediment Dispersant
Chemistry Sampling Results West



Texas

Louisiana

Mississippi

Alabama

Georgia

Florida

MC-252 Wellhead

N

0       60 Miles

0       60 Kilometers

**Dispersant Chemistry Samples**

● Dispersants Constituents Detected (6)

○ Dispersants Not Detected (406)

◉ MC-252 Wellhead

Data source: http://www.restorethegulf.gov April 5, 2012

Nearshore Sediment Dispersant
Chemistry Sampling Results



MC-252 Wellhead

Florida

N

0        60 Miles

0        60 Kilometers

**Nearshore Sediment Chemistry (PAH) Samples**          ◎ MC-252 Wellhead

● Chronic Aquatic Life Ratio >1

◦ Chronic Aquatic Life Ratio <=1

Data source: http://www.restorethegulf.gov April 5, 2012

### Nearshore Sediment PAH Chemistry Sampling Results East



Mississippi

Louisiana

Texas

N

0                    60 Miles

0                    60 Kilometers

**Nearshore Sediment Chemistry (PAH) Samples**

● Chronic Aquatic Life Ratio >1

◉ MC-252 Wellhead

● Chronic Aquatic Life Ratio <=1

MC-252 Wellhead

Data source: http://www.restorethegulf.gov April 5, 2012

Nearshore Sediment PAH
Chemistry Sampling Results West



Texas

Louisiana

Mississippi

Alabama

Georgia

Florida

N

0        60 Miles

0        60 Kilometers

**Nearshore Sediment Chemistry (PAH) Samples**

● Chronic Aquatic Life Ratio >1 (24)

○ Chronic Aquatic Life Ratio <=1 (1,182)

◎ MC-252 Wellhead

Data source: http://www.restorethegulf.gov April 5, 2012

Nearshore Sediment PAH
Chemistry Sampling Results



**Florida**

MC-252 Wellhead

N

0          60 Miles

0          60 Kilometers

MC-252 Wellhead

**Dispersant Chemistry Samples**

● Dispersant Samples Exceeding EPA Benchmark

○ Dispersant Samples Not in Exceedance

Data source: http://www.restorethegulf.gov April 5, 2012

## Nearshore Water Dispersant Chemistry Sampling Results East



Mississippi

Louisiana

Texas

N

0                    60 Miles

0                    60 Kilometers

**Dispersant Chemistry Samples**

● Dispersant Samples Exceeding EPA Benchmark          ◉ MC-252 Wellhead

● Dispersant Samples Not in Exceedance

Data source: http://www.restorethegulf.gov April 5, 2012

MC-252 Wellhead

Nearshore Water Dispersant
Chemistry Sampling Results West



Nearshore Water Dispersant Chemistry Sampling Results



MC-252 Wellhead

**Florida**

N

0            60 Miles

0            60 Kilometers

**Nearshore Water Chemistry (PAH) Samples**

◉ MC-252 Wellhead

● Chronic Aquatic Life Ratio >1

● Chronic Aquatic Life Ratio <=1

Data source: http://www.restorethegulf.gov April 5, 2012

Nearshore Water PAH
Chemistry Sampling Results East



Nearshore Water PAH
Chemistry Sampling Results West

**Nearshore Water Chemistry (PAH) Samples**

- Chronic Aquatic Life Ratio >1
- Chronic Aquatic Life Ratio <=1
- MC-252 Wellhead

Data source: http://www.restorethegulf.gov April 5, 2012



Nearshore Water PAH
Chemistry Sampling Results