# Exhibit 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>JUDGE BARBIER |
| Applies to *All Cases* | | MAG. JUDGE SHUSHAN |

## DECLARATION OF LAURA KELLEY

I, Laura D. Kelley, Ph.D., submit this declaration in support of BP Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended On May 2, 2012. I am over the age of 18, and the opinions, statements, and conclusions expressed in this declaration are my own.

*Experience*

1. I am an historian at Tulane University in New Orleans. In that capacity, I conduct research and teach courses on Louisiana history and Gulf Coast Native Americans. My responsibilities at Tulane include field and archival research; designing and directing undergraduate research; and presenting and publishing work on the customs and cultures of immigrant and ethnic communities in Southern Louisiana.

2. As an historian, I rely on field research; on the reports, analyses, and recommendations of other researchers, research assistants, and experts; and on my assessment of first-hand accounts, interviews, government records, and scientific and statistical data.

3. I have worked with Native American populations in Southeastern Louisiana directly and through student researchers for the past 7 years. Projects have included studies on patterns of

1

food acquisition, consumption, and the relationship of food to the domestic economy; kinship networks; gender roles; and the role of geography in shaping tribal communities and cultural identity. Prior to that, my work focused on immigrant history of New Orleans.

4. I have published, or have forthcoming, 18 articles and essays on immigrants and native peoples in Louisiana, including tribal histories of the Acolapissa, Bayagoula, Chitimacha, Tunica-Biloxi, Chawasha and Washa — and a book forthcoming. I have also received grants for my work with Louisiana Native Americans, including funds for "living history" research (documenting living people to understand the past through current manifestations of traditional and customary practices).

5. I am a member of the Louisiana Historical Association and the American Society for Ethnohistory, among other societies. And I serve on the Membership Committee and the Hugh F. Rankin Prize Committee of the Louisiana Historical Association.

6. I am section editor for the *Native American History* section of the KnowLA project — a role I was asked to design and fill by the Louisiana Endowment for the Humanities. I am also section editor of the *Ethnicity* section for the KnowLA project. I have served on the Publications Committee for *Louisiana History: The Journal of the Louisiana Historical Association* as well.

7. In addition to my work as an immigrant and ethnic historian, I am a consultant on matters related to Louisiana and Native-American history. In that role, I provide paid and free services to Native American peoples — including subsistence communities in Southeast Louisiana.

8. Since 2005, I have worked with the Pointe-au-Chien Indian Tribe (PACIT) on their application for federal tribal acknowledgement. I have also been the tribe's historian of

record with the U.S. Bureau of Indian Affairs since 2008. The PACIT is a state-recognized tribe southeast of Houma. As an historian for the tribe, I direct and conduct archival research, fieldwork, and interviews to establish tribal identity and continuity.

9. I received a bachelor's degree in history and archeology with honors from the University of San Diego in 1992. I received my master's degree and Ph.D. in United States history from Tulane University in 1999 and 2004, respectively. My master's thesis and doctoral dissertation focus on immigrant families in New Orleans. My CV is attached as Exhibit A to this declaration.

10. I have lived in Louisiana for 20 years, and I am personally familiar with the wetlands in Southeastern Louisiana that were the focus of the *Deepwater Horizon* oil spill and spill-response. I am also intimately acquainted with the peoples in those areas who will benefit from the settlement of subsistence claims. In addition, I am familiar with the historical communities and contemporary peoples in other coastal and wetland areas of the Gulf South.

11. I did not personally (a) draft or prepare the settlement frameworks or methodologies; (b) participate in settlement negotiations between the PSC and BP; or (c) advise any parties whether to agree to the terms of the settlement. I have not previously served as an expert witness.

## *Materials Reviewed and Considered*

12. For this declaration, I reviewed and considered (a) the *Deepwater Horizon* Economic And Property Damages Settlement Agreement As Amended On May 2, 2012 with focus on the provisions relating to subsistence, as well as the following Exhibits thereto: Exhibit 9 (Framework for Subsistence Claims), Exhibit 10 (Seafood Compensation Program), and Exhibit 15 (RTP Chart); (b) the Subsistence Claim Form; (c) Instructions for Completing the

Subsistence Claim Form; (d) Alaska Admin. Code tit. 5, § 99.010 (2011); (e) Management Regulations for the Harvest of Fish and Shellfish on Federal Public Lands and Waters in Alaska; (f) Management Regulations for the Harvest of Wildlife on Federal Public Lands and Waters in Alaska; (g) Alaska Department of Fish and Game, Subsistence in Alaska: Customary and Traditional Use Determination; (h) 2006-2010 5-Year American Community Survey Population Estimates; (i) materials published by state and federal regulators related to federal and state fishing and hunting regulations; (j) National Oceanic and Atmospheric Administration (NOAA) maps of state and federal fisheries closures; and (k) NOAA maps of Shoreline Cleanup Assessment Technique (SCAT) team observations. In addition, I reviewed the declarations of Alan W.A. Jeffrey, Harold Leggett, Martin D. Smith, Dr. Elliott Taylor, John W. Tunnell, Jr., and Tre' Wharton submitted in support of BP Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement.

*Site Evaluations*

13. For this declaration, I personally visited coastal and wetland areas in Louisiana, Mississippi, Alabama, and Florida, particularly those locations near where oil was observed by SCAT teams or where state and federal waters were closed to fishing. In addition, I visited nearby inlets, rivers, bayous, bays, marshes, and their adjacent lands. Those areas included immigrant, ethnic, commercial-fishing, and low-income communities associated with subsistence practices across the Gulf Coast.

*Opinions*

14. The Framework for Subsistence Claims properly defines subsistence as the traditional and customary use of natural resources for basic personal or family dietary, economic security,

4

shelter, tool, or clothing needs. Traditional and customary use involves dependence on natural resources embodied in the multigenerational transmission of a lifestyle organized around fishing or hunting for self-provisioning and economic survival.

15. Subsistence fishing and hunting, therefore, consist of long-established, consistent patterns of non-commercial use of seafood and game from specific geographies and during specific seasons. Extended family members usually participate in the acquisition, cleaning, cooking, eating, and storage of subsistence resources. Such patterns are common to a community, passed down through families, and designed to be efficient and inexpensive.

16. Like the U.S. federal government and the State of Alaska, the Framework for Subsistence Claims defines subsistence according to traditional and customary use, as discussed above. I believe this definition accounts for the way of life — and possible spill-related interruptions to the way of life — in Southeastern Louisiana and in other communities along the Gulf Coast that are dependent on natural resources for basic personal and family needs.

17. The Framework for Subsistence Claims provides a methodology that fairly compensates class members for lost access to, or impairment of, subsistence resources resulting from the *Deepwater Horizon* oil spill. *First*, almost all state and federal waters were open by the end of November 2010. But subsistence claimants who settle with BP are not limited to payments based on fishing closures. (I understand based on the declaration of Harold Leggett and my own review of relevant materials that there were no hunting closures.) The Settlement instead recognizes subsistence claims for hunting and fishing through 2011, and claimants can recover for spill-related impairments to natural resources on which they traditionally and customarily relied.

18. *Second*, claimants are required only to allege closures or impairments of hunting and fishing grounds through sworn written statements. The Settlement Program will determine closures and impairments by reference to relevant maps and reports, minimizing the burden of production on subsistence claimants who may not have online access to such documents, proper translations, or expert analyses of scientific and statistical data when filing claims.

19. *Third*, the Framework generously compensates for lost natural resources used to barter, without regard to whether the trade or sale of seafood and game was legally permitted under the terms of the licenses or license exceptions held by subsistence claimants.

20. *Fourth*, the Framework acknowledges the extended family structures that sustain subsistence activities by compensating class members for seafood and game that would have been shared with family members.

21. *Fifth*, claimants are not required to provide grocery receipts or other documentation about the actual cost, if any, for substituting or replacing subsistence resources.

22. *Sixth*, I understand from The Plaintiffs' Steering Committee's and BP Defendants' Joint Motion for (1) Preliminary Approval of Class Action Settlement, (2) Scheduling a Fairness Hearing, (3) Approving and Issuing Proposed Class Action Settlement Notice, and (4) BP's Motion for Adjourning the Limitation and Liability Trial and from Exhibits 9 and 15 to the *Deepwater Horizon* Economic And Property Damages Settlement Agreement As Amended On May 2, 2012 that the Settlement provides a risk transfer premium to account for any damage to family or community culture and to compensate class members for pre-judgment interest, the risk of oil returning, consequential damages, inconvenience, aggravation, the risk of future loss, the lost value of money, compensation for emotional distress, liquidation of legal disputes about punitive damages, and other factors. Based on my review of Dr. Elliott

Taylor's declaration on the level and character of shoreline oiling, Alan Jeffrey's declaration on water and sediment testing, Tre' Wharton's declaration on the health of wetlands vegetation, Martin Smith's declaration on seafood, and John Tunnell's declaration on seafood health and abundance, the risk of future impairment to subsistence activity appears low. In my opinion, the risk to family and community culture is also likely to be quite low.

23. *Finally*, the Framework for Subsistence Claims is generous in its treatment of commercial fishermen. In my experience, commercial fishermen can withhold a portion of their catch for their family to eat. The Framework amply compensates commercial fishermen for that lost subsistence catch at retail prices — rather than the wholesale prices at which they sell their catch — and those subsistence-related recoveries are independent of payments from the Settlement's Seafood Compensation Program.

24. In my experience, members of subsistence communities may not have access to the internet, translators, or legal services. The Framework for Subsistence Claims, therefore, offers class members assistance in preparing and submitting subsistence claims to make the Settlement accessible and claimant-friendly.

25. The Framework establishes dedicated teams to assist subsistence claimants in completing claim forms and gathering supporting documentation, including claimant affidavits and maps. These teams will travel to interview claimants in their geographical area including at Landing Dock locations. The Framework also requires BP, the PSC, and the Claims Administrator to appoint a Court-Appointed Distribution Agent to oversee subsistence claims and preserve the spirit of the Framework during the claims administration process. These resources will help ensure that subsistence claimants can access resources available under the Settlement Agreement and receive fair compensation for their losses.

26. In my opinion, the Framework for Subsistence Claims is fair and adequate for class members under the terms of the Settlement.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

*[signature]*
Laura D. Kelley, Ph.D.

Dated: August 13, 2012

# Kelley Declaration
# Exhibit A

# Laura D. Kelley, Ph.D.

History Department, Tulane University
6823 St. Charles Avenue
New Orleans, LA 70118
(504) 865-5162
kelleyld@tulane.edu



## EDUCATION

*Ph.D.*, *United States History, Tulane University*, 2004
   Dissertation: "Erin's Enterprise: Immigration by Appropriation, The Irish in Antebellum New Orleans"

*M.A.*, *United States History, Tulane University*, 1999
   Thesis: "Children of Refuge: Irish Immigrant Families in New Orleans, 1830-1860"

*B.A.*, *History/ Archaeology, University of San Diego*, 1992
   Magna cum Laude, Departmental Honors, Dean's List First Honors

## TEACHING EXPERIENCE

Tulane University, 1995-Present
   TIDES: Irish in New Orleans (Service Learning)
   HISU 141: U.S. History 1492-1865
   HISU 142: U.S. History 1865 to the Present
   HISU 347: Colonial Louisiana History
   HISU 348: Louisiana History
   HISU 393: Jazz Age 1919-1929
   HISU 393: The 50s, 60s, 70s
   HISU 394: Rebellion to Reform
   HISU 394: Irish in America
   HISU 394: Gulf Coast Native Americans
   HISU 394: Civil Rights
   HISU 394: Living History (Service Learning)
   HISU 492: Native Americans in Colonial Louisiana (Independent Study)
   HISU 492: 20th Century LA Native American Research (Independent Study)
   HISU 492: Oral History and Research (Independent Study)
   HISU 645: Jacksonian America
   HISU 693: Hidden Histories of New Orleans (Service Learning)

Loyola University, 2000-2001
> HIST 121: World Civilizations to 1650
> HIST 122: World Civilizations 1650-Present

**SELECTED WORKS IN PROGRESS**
- Forthcoming from the University of Mississippi Press, *Erin's Enterprise: The Development of the Irish Community in Antebellum New Orleans*
- Forthcoming "The Pointe-au-Chien Indian Tribe of Louisiana: Tribal Development as a Consequence of 18th Century French Geopolitics"
- "Children of Refuge: Irish Immigrant Families in New Orleans, A Case Study of Survival Strategy" *Louisiana History: The Journal of the Louisiana Historical Association*, Winter 2011 Vol. LII No. 1
- *KnowLA* Project Essays
  - Essays on Margaret Haughery, Irish in Louisiana, Yellow Fever, Natchitoches Settlement (1714), Overview Essay on Native American History in Louisiana, 18th Century Louisiana Native American History, Missionary Activity among Native Americans, Petites Nations in 18th Century Louisiana, and tribal histories of the Acolapissa, Bayagoula, Chitimacha, Tunica-Biloxi, and Chawasha and Washa
- Two chapters on the history of Native Americans in Southern Louisiana during the colonial period for the Pointe-au-Chien Indian Tribe as part of a grant received from the Administration for Native Americans and to be published by the University of Mississippi Press

**DIRECTED RESEARCH AND ONGOING PROJECTS**
- History Consultant to the Pointe-au-Chien Indian Tribe (PACIT) concerning the historical criteria for federal tribal acknowledgement, 2005-Present
- Organized and directed research projects involving members of the PACIT and Tulane University students, 2008-Present
  > Topics included
  - Foodways and recipes of PACIT; examination of production and consumption of food; identity and social relationships; household economy and subsistence
  - Kinship and community projects; gender roles; mapping members of PACIT and examining and documenting relationships over geography (space) and time
  - Recent history of PACIT (1990s to the present)
  - Role of the land in shaping the community
  - Role of education and discrimination (20th-Century) and PACIT
  - "Day in the life of" 21st Century Native American Indian Project

**ACTIVITIES**
- Louisiana Historical Association, Membership Committee and Hugh F. Rankin Prize Committee, 2011-Present
- Tulane Faculty Fellow, 2011-Present
- Section Editor, *Native American History* for the Louisiana Endowment for the Humanities *KnowLA* Project, 2008-Present

- Section Editor, *Ethnicity* for the Louisiana Endowment for the Humanities *KnowLA* Project, 2008-Present
- Tulane Honor Board Member, 2006-Present
- Executive Chair for the 2012 International Meeting of the American Conference for Irish Studies (ACIS), March 2012, New Orleans
- American Conference for Irish Studies, Annual International Meeting, paper presentation, April 2011: *The Lost Children of Erin: Revisited*
- Guest Speaker, Radio Show *Stirin' it Up*, October 30, 2010 and March 11, 2011 (Discussion on Irish Cultural Practices and History)
- American Conference for Irish Studies, Annual International Meeting, paper presentation, May 2010: *Erin's Enterprise: An Example of Social Entrepreneurship*
- Guest Speaker, St. Alphonsus Arts and Cultural Center, March 2010: *Survival Strategies of Irish Immigrants during the Devastating Yellow Fever Epidemic of 1853*
- Business History Conference, Annual Conference, paper presentation, March 2010: *The Business of Women: Irish Women, Work and Female Entrepreneurship in Antebellum New Orleans*
- Guest speaker, Save our Cemeteries, September 2009: *Faith, Hope, and Charity: Irish Communities in New Orleans*
- American Society for Ethnohistory, Annual Conference, paper presentation, October 2009: *Bayou Retreat: Native American Communities in Southern Louisiana*; Chair- General Session: Ethnicities and Ethnohistory in Louisiana
- Midwest Conference on British Studies, Annual Conference, paper presentation, October 2009: *The Lost Children of Erin: Irish Families and the Catholic Church*
- American Conference for Irish Studies, Mid-Western Meeting, paper presentation, October 2009: *Love, Sweat, and Tears: The Resilience of the Irish Community*
- Social Science History Association, Annual International Conference, paper presentation, November 2009*: Erin's Mothers: Survival Strategies and the Family*; Discussant Female-Headed Households II Session
- Organization of American Historians, Annual International Conference, paper presentation, March 2009:  *Crossing the Boundaries of Ethnicity and Race* Panel
- Guest Speaker, Gonzaga University, March 2009: *"The Lost Children of Erin"*
- Publications Committee for *Louisiana History: The Journal of the Louisiana Historical Association*, 2008-2011
- Louisiana History Conference, paper presentation, March 2008: *"Children of Refuge"*
- Graduate Student Liaison, History Department, Tulane University, 2001-2002
- Supervisor and Fundraiser, Tulane Academic Excursion to Turkey, Summer 2000
- Social Sciences Representative, Graduate Council, 1998-1999
- Guest Speaker on BBC Radio, 1998: "A History of War and Peace: The Louisiana Purchase"

**AWARDS**
- Center for Public Service at Tulane University, Community Based Research Grant, *Hidden Histories of New Orleans*, 2011-2012

- Center for Public Service at Tulane University, Community Based Research Grant, *Living History: Historical Examination of Louisiana Native American Communities,* 2009-2010
- Who's Who Among Teachers in American Universities and Colleges, 2005-06
- John T. Monroe Fellowship, Tulane University, 2002-2003
- American History Scholarship Award, Colonial Dames of Louisiana, 2002
- Research Fellowship, Tulane University, 1996-1998
- Research Grant, Center for Research on Women, Tulane University, 1997
- Teaching Assistantship, Tulane University, 1993-1995
- Research Grant, University of San Diego, 1991