# Exhibit 19 - Part 2

# Taylor Declaration
# Exhibit D

## Oiling Categories Reported by SCAT Teams as of 5/15/2010



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

1

## Oiling Categories Reported by SCAT Teams as of 6/15/2010



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

2

## Oiling Categories Reported by SCAT Teams as of 7/15/2010



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

3

## Oiling Categories Reported by SCAT Teams as of 8/15/2010



- Heavy
- Moderate
- Light
- Very Light
- No Oil Observed
- Heavy TB
- Moderate TB
- Light TB
- Negligible TB

4

## Oiling Categories Reported by SCAT Teams as of 9/15/2010



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

5

## Oiling Categories Reported by SCAT Teams as of 10/15/2010



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

6

## Oiling Categories Reported by SCAT Teams as of 11/15/2010



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

7

## Oiling Categories Reported by SCAT Teams as of 12/15/2010



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

8

# Oiling Categories Reported by SCAT Teams as of 1/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

9

## Oiling Categories Reported by SCAT Teams as of 2/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

10

## Oiling Categories Reported by SCAT Teams as of 3/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

11

## Oiling Categories Reported by SCAT Teams as of 4/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

12

## Oiling Categories Reported by SCAT Teams as of 5/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

13

## Oiling Categories Reported by SCAT Teams as of 6/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

14

## Oiling Categories Reported by SCAT Teams as of 7/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

15

## Oiling Categories Reported by SCAT Teams as of 8/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

16

## Oiling Categories Reported by SCAT Teams as of 9/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

17

## Oiling Categories Reported by SCAT Teams as of 10/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

18

## Oiling Categories Reported by SCAT Teams as of 11/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

19

## Oiling Categories Reported by SCAT Teams as of 12/15/2011



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

20

## Oiling Categories Reported by SCAT Teams as of 1/15/2012



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

21

## Oiling Categories Reported by SCAT Teams as of 2/15/2012



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

22

## Oiling Categories Reported by SCAT Teams as of 3/15/2012



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

23

## Oiling Categories Reported by SCAT Teams as of 4/15/2012



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

24

## Oiling Categories Reported by SCAT Teams as of 5/15/2012



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

25

## Oiling Categories Reported by SCAT Teams as of 6/15/2012



— Heavy
— Moderate
— Light
— Very Light
— No Oil Observed
— Heavy TB
— Moderate TB
— Light TB
— Negligible TB

26

## Oiling Categories Reported by SCAT Teams as of 7/15/2012



- Heavy
- Moderate
- Light
- Very Light
- No Oil Observed
- Heavy TB
- Moderate TB
- Light TB
- Negligible TB

27

# Taylor Declaration
# Exhibit E





















**25 Jun 2010**





**6 Apr 2011**

**25 Jun 2010**





**6 Apr 2011**

**23 Jun 2010**





**8 Oct 2010**

# Taylor Declaration
# Exhibit F

# SCAT Line

