# Exhibit 20

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| | * | |
| | * | **HONORABLE CARL J.** |
| | * | **BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |
| | * | |

## DECLARATION OF JOHN W. TUNNELL, JR., Ph.D.

I, John W. Tunnell, Jr., submit this declaration in support of BP Defendants'
Memorandum in Support of Motion for Final Approval of *Deepwater Horizon* Economic
and Property Damages Settlement Agreement as Amended on May 2, 2012.  I am over
the age of 18, and the opinions, statements, and conclusions expressed in this
declaration are my own.

### Background and Experience

1.      I am a lifelong resident of the Gulf of Mexico and have been conducting
research here for more than forty years.  I am currently Associate Director and
Endowed Chair of Biodiversity and Conservation Science at the Harte Research
Institute (HRI) for Gulf of Mexico Studies, and Professor of Biology, Fulbright Scholar,
and Regent's Professor in the Department of Life Sciences, College of Science and
Engineering, Texas A&M University-Corpus Christi (TAMU-CC).  I received my B.S.
(1967) and M.S. (1969) degrees in Biology from Texas A&I University (now Texas A&M
University-Kingsville), and my Ph.D. in Biology (1974) from Texas A&M University.  I
started my career at Texas A&I University at Corpus Christi (now TAMU-CC) in 1974.
At TAMU-CC I am founder and former Director of the Center for Coastal Studies (1984-
2009), creator of the co-location concept of state and federal natural resource agencies
on campus (1980s-90s), developer of the Natural Resources Center (1996), and I
assisted in the establishment and development of the Harte Research Institute (2001-
2005).

2.      I am a marine biologist/ecologist focusing primarily on coastal and coral
reef ecosystems, including the effects of oil spills on these environments.  I helped
develop and then taught at the National Spill Control School at TAMU-CC for almost
twenty years, focusing on the effects of oil spills on the marine environment.  I was the

1

Local Scientific Advisor for NOAA in Corpus Christi, Texas, during the Pemex Ixtoc I oil spill in the Gulf of Mexico in 1979. I have extensive expertise working on coastal ecology in Texas and coral reef ecology in Mexico. I have also studied reefs in the Bahamas, Persian Gulf, Great Barrier Reef, Panama, Honduras, Netherland Antilles, Palau, French Polynesia, Indonesia, and Okinawa. In addition, I have studied and published on vertebrate fossils from the seabed, sponges, brachiopods, mollusks (in particular), colonial seabirds, oil spill impacts, and Gulf of Mexico biodiversity.

3.     I have additional expertise and experience related to oil spills, including:

•     assisted Dr. Miles Hayes and Research Planning Institute (now Research Planning, Inc. or RPI) sample South Texas during the Ixtoc oil spill and applied the Environmental Sensitivity Index mapping;

•     studied the impact of the Ixtoc oil spill on South Texas beaches with NOAA funding;

•     studied the impact of oil spills and deballasting on the coral reefs, sandy shores, and benthos of the Arabian Gulf in Abu Dhabi, United Arab Emirates, with Hazelton Environmental Sciences in 1979;

•     studied the environmental impact and recovery of the Exxon Pipeline oil spill and burn site in upper Copano Bay high marshes from 1992-95; published several papers and reports related to this work;

•      worked with O'Brien Oil Pollution Services as an advisor to resource agencies on the *Berge Banker* oil spill effects on southern Matagorda Island in 1995;

•     studied the impact of the *Berge Banker* spill on Padre Island National Seashore beaches;

•     presented "Impact of Oil Spills on Gulf of Mexico Coral Reefs" to Special Symposium on Roadmap to Restoring the Ecological Health of the Gulf of Mexico after the BP Oil Spill at SER 2011 World Conference on Ecological Restoration, Merida, Yucatan, 21-25 August 2011; and,

•     presented "Gulf of Mexico Oil Spills: A Historical and Spatial Perspective" at SER-SETAC Symposium: Coastal Oil Spills Before and After the Deepwater Horizon: Integrating Impact and Assessment with Restoration, Merida, Yucatan, 24-27 August 2011.

4.     I have received numerous awards, most notably a Fulbright Scholar Award to Yucatan, Mexico (1985-86), Regent's Professor Award (1998), TAMU-CC

2

Alumni Distinguished Professor Award (2003), Gulf Guardian Award, Bi-National Category (2006, 2008) and the TAMU-CC Excellence in Scholarly Activity Award (2006-07).  During my career, I have served on numerous projects as Principal Investigator, Co-Principal Investigator, Chief Scientist, Co-Chief Scientist, and Environmental Consultant. I have published over 90 peer-reviewed manuscripts and book chapters, over 65 technical reports, and 5 books, and I have received over 150 research grants and contracts worth nearly $8 million.  In addition to these written projects, I have presented over 70 invited presentations at various conferences and venues, and over 100 contributed oral and poster presentations. I have graduated 55 M.S. students and 4 Ph.D. students that I advised or co-advised, and I have mentored 4 post-doctoral research associates.  Additional credentials are listed in my CV, attached as Exhibit A.

## Background and Purpose of this Report

5.      In January 2011, I submitted an expert report for the Gulf Coast Claims Facility entitled "Expert opinion of when the Gulf of Mexico will return to pre-spill harvest status following the BP *Deepwater Horizon* MC 252 oil spill" (Tunnell 2011).[1]  In that report, I predicted that substantial recovery would take place within the year 2011 with the potential exception of oyster reefs with heavier oiling, outer fringe salt marshes that were oiled (nursery grounds for shrimp and crabs) on the Mississippi Delta, and deep water habitats around the blown out well. Since the spill, various data, technical reports, and published articles have been generated. Based on the available data, it is possible to give an informed and reasonable estimate of the current status of the northern Gulf commercial fisheries. I will continue to monitor data and information as it becomes available.

6.      The Gulf of Mexico is the 9th largest body of water in the world, and it is ecologically and economically one of the most valuable and important (Tunnell 2009). It has also been referred to as a sea of contrasts, where a healthy environment and healthy economy both coexist and contend with each other (McKinney 2009). Understanding the dynamics and processes of this large marine ecosystem and the role of oil spills (both natural and anthropogenic) is important to understanding its resiliency and recovery (Tunnell 2011).

7.      I have examined four types of information to evaluate the current status of the Gulf of Mexico[2] commercial fisheries covered in the Seafood Compensation

---

[1] For literature cited in this declaration, see Exhibit B.
[2] For purposes of this declaration, Gulf of Mexico (or northern Gulf of Mexico) refers to the US portion of the Gulf of Mexico, as commonly reported in NOAA data, spanning from Brownsville, Texas to around Key West, Florida.

Program ("SCP")[3]: 1) recently published scientific studies; 2) Operational Science Advisory Team evaluation of water and sediment quality (OSAT 2010, OSAT 2011); 3) seafood safety data from the Louisiana Department of Health and Hospitals and the U.S. Food and Drug Administration; and, 4) fisheries-dependent data from NOAA Fisheries and the Gulf States Marine Fisheries Commission (GSMFC) and fisheries-independent data in federal waters (Southeast Area Monitoring and Assessment Program, SEAMAP) and in selected state waters (Louisiana Department of Wildlife and Fisheries, LDWF). These four different types of information indicate that most of the commercial fisheries species in the SCP are within normal annual trends of recent years before the spill.

### 1. Recently published scientific studies.

8.      As discussed below, several studies examine common and significant coastal habitats in the northern Gulf relevant to commercial seafood species in the SCP (Fodrie and Heck 2011, seagrass beds; Soniat et al. 2011, oysters/oyster reefs; McCall and Pennings 2012, salt marshes). These areas are important nursery habitats for many commercial seafood species, including shrimp and blue crab.

9.      Utilizing a five-year dataset of 853 individual trawl samples of juvenile fish taken between July and October of 2006-2010 in seagrass beds at northern Gulf sites from eastern Louisiana through western Florida, Fodrie and Heck (2011) concluded "that immediate, catastrophic losses of 2010 cohorts were largely avoided, and that no shifts in species composition occurred following the spill". Soniat et al. (2011) examined the potential lethal and sublethal effects of oil from the *Deepwater Horizon* (DWH) spill on Eastern oysters along a biophysical gradient in Louisiana's eastern Mississippi Delta approximately six months after the well was capped. They found that "no polycyclic aromatic hydrocarbons were detected in oysters from oil-exposed sites". They also concluded that "variations in oyster condition and reproductive state, and infection with the oyster parasite *Perkinsus marinus* are consistent with natural differences along the salinity gradient and not with impacts of polycyclic aromatic hydrocarbon contamination".

10.      Likewise, McCall and Pennings (2012) sampled the terrestrial arthropod community and marine invertebrates found in salt marshes in Louisiana and Mississippi in 2010 as the oil was washing ashore, and then again, one year later in 2011. "In 2010, intertidal crabs and terrestrial arthropods (insects and spiders) were suppressed by oil exposure even in seemingly unaffected stands of plants; however, *Littoraria* snails were unaffected. One year later, crab and arthropods had largely recovered" (McCall and Pennings 2012). On the other hand, another study, conducted seven months after the

---

[3] "Seafood Compensation Program," Exhibit 10 of *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012.

oil made landfall, concluded that heavily oiled fringe salt marshes caused almost complete mortality to two dominant saltmarsh plants (*Spartina alterniflora* and *Juncus roemerianus*) in selected areas of northern Barataria Bay, Louisiana (Lin and Mendelssohn 2012). According to Lin and Mendelssohn, moderate oiling of the shoreline impacted *Spartina* less than *Juncus* in this same study, and moderately oiled *Spartina* was showing recovery seven months after oiling.

11.   **In summary,** recently published scientific articles indicate that common and significant coastal habitats in the northern Gulf relevant to commercial seafood species in the SCP (seagrass beds, oysters/oyster reefs, and salt marshes) that were potentially affected by the spill are recovered or recovering.

## 2. Operational Science Advisory Team (OSAT) Reports

12.   The Federal On-Scene Coordinator organized and chartered the Operational Science Advisory Team (OSAT) in August 2010 to determine if there was any more sub-sea and sub-surface oil or dispersant that could be removed. OSAT included scientists from federal agencies including NOAA, EPA, USGS and the US Coast Guard.

13.   By December 2010, the Team had determined after extensive sampling that there was no actionable oil (meaning that which could be cleaned up) in water or sediments of the deep water or offshore zones (OSAT 2010). Although the OSAT charge described in the National Incident Commander's Directive of 13 August 2010 was to monitor and assess the distribution, concentration, and degradation of the remaining oil and dispersants in the sub-sea and sub-surface to determine if further action was necessary for clean-up purposes (OSAT 2010), the report was also an indicator of the status of the environment (water and sediment quality) in late 2010 regarding the presence or absence of spilled oil and dispersants that could affect fishery species.

14.   The report summarizes "the largest pollution response in United States history" and includes an assessment of data from thousands of water and sediment samples taken from over 25 different ocean-going research vessels on more than 125 separate cruises and representing over 850 ship-days at sea. The focus of the OSAT report is on information needed to guide the response actions, and does not draw conclusions about the long-term environmental impacts of the spilled oil, but it is a "snapshot" of the environmental condition of sediment and water quality at that time.

15.   In OSAT I, samples were taken in nearshore and offshore areas across all five northern Gulf states within EPA Region 4 (AL, MS, and FL) and Region 6 (LA and TX), where both juveniles and adults of commercial seafood species would be located. Key findings from the OSAT I report were as follows (OSAT 2010):

- None of the water samples exceeded the EPA benchmark for Human Health.

- Less than 1% of the water samples exceeded EPA Aquatic Life benchmarks for polycyclic aromatic hydrocarbons (PAHs). After 3 August 2010, none of those less than 1% that did were consistent with MC 252 oil. PAHs are potentially toxic compounds present in oil.

- About 1% of sediment samples exceeded the PAH benchmarks, but of those exceedances only those that were located less than 2 miles from the wellhead were consistent with MC 252.

- With sediments, after 3 August 2010, no exceedances detected in nearshore samples were consistent with MC252 oil, and by the end of October 2010, all nearshore sediment samples were below the reference level (compared to control sites), indicating that pre-spill average concentrations had been reached.

- Regarding dispersants, none of the concentrations of dispersant-related chemicals found in water samples exceeded benchmarks.

16.    The OSAT II report looked specifically at residual oil.  The study of tar mats in shallow, nearshore waters was identified as a sampling gap in OSAT I.  The OSAT II follow-up study was released in February 2011.  It identified remnant oil of three types: 1) supratidal buried oil, 2) small surface residual (tar) balls, and 3) submerged oil/tar mats near some beaches (OSAT 2011). Key findings of this second OSAT report led to the OSAT team's conclusion that the "environmental effects of the residual oil remaining after cleanup are relatively minor…" and that "continued cleanup to a higher degree…would be expected to result in an increasingly greater extent of negative impact to the habitats and associated resources…" (OSAT 2011).

17.    **In summary**, the results of the OSAT reports show that water and sediment quality in the nearshore and coastal areas were within pre-spill screening levels by the end of 2010. The results of these OSAT reports relating to the health and quality of water and sediments support my opinions regarding commercial fisheries in the northern Gulf.

### 3. Federal and State Seafood Safety Testing and Fisheries Reopenings

### 3.1. Seafood Safety Testing

18.    Both state and federal agencies monitored seafood safety extensively throughout the northern Gulf. Both concluded that Gulf seafood is safe for consumers.

19.    As the state with the highest poundage and value of seafood landings in the Gulf of Mexico (NOS 2011), Louisiana developed a Seafood Safety Surveillance

6

Program led by the Louisiana Department of Health and Hospitals in conjunction with the Louisiana Department of Wildlife and Fisheries, the Louisiana Department of Environmental Quality, and the Louisiana Department of Agriculture and Forestry. This seafood safety and monitoring program started in July 2010 and ran through November 2011, and it produced 55 reports, mostly on a weekly basis. The latest posted report summarizes 2384 seafood samples collected between 30 April 2010 and 27 October 2011 (Louisiana Seafood Safety Surveillance Report, Seafood Update, 30 November 2011).[4] Although some samples detected polycyclic aromatic hydrocarbons (PAHs) and dioctyl sodium sulfosuccinate (DOSS), a component of the dispersants used in the Gulf, none (0) showed levels of concern as established by FDA and NOAA.  In addition, no water samples collected from oyster harvesting areas during harvest detected the presence of total petroleum hydrocarbons.

20.    At the federal level Michael R. Taylor, Deputy Commissioner for Foods at FDA, reiterated on 11 January 2012 that Gulf of Mexico "seafood is as safe to eat now as it was before the spill."[5] Taylor also noted that 10,000 seafood specimens had been tested, and "in most cases, no PAHs were found, and, when they were, the PAH levels in the seafood were 100-1000 times below the levels which would raise a health concern."

21.    A recently published scientific study (Xia et al. 2012) further indicates that PAH concentrations in Gulf seafood are within pre-spill levels. Seafood samples were collected and analyzed for PAHs from the fishing grounds of the Mississippi Gulf coast that were affected by the DWH oil spill starting about one month after the spill began. A total of 278 seafood samples, including finfish, shrimp, oyster, and blue crab, were collected between 27 May 2010 until August 2011. While higher levels of total PAHs were detected in all four types of seafood samples during the early part of the period compared to the later months, the article did not identify whether the PAHs detected were from MC252 oil from the spill, and Xia et al. (2012) noted that similar levels of PAHs have been historically detected in seafood samples from the region before the spill.  "Overall, the levels of PAHs in all the tested seafood samples collected within one-year period after the Oil Spill incident were far below the public health Levels of Concern (LOC) established jointly by the NOAA/FDA/Gulf Coast states under the protocol to reopen state and federal waters" (Xia et al. 2012). The researchers found

---

[4]  Louisiana Department of Health and Hospitals [Internet]: Archived Seafood Surveillance Report. "Louisiana Seafood Safety Surveillance Report" of 30 November 2011.    [cited    28    March    2012].    Available    from http://new.dhh.louisiana.gov/index.cfm/page/78/n/103
[5]  U.S. Food and Drug Administration [Internet]: Tag Archives: Gulf Seafood. "Gulf Seafood is Safe to Eat after Oil Spill" by Michael R. Taylor, Deputy Commissioner for Foods at FDA, posted 11 January 2012. [cited 24 March 2012]. Available from https://blogs.fda.gov/fdavoice/?tag=gulf-seafood

that there was "no significant concentration difference between PAHs detected in the oyster samples for the current study and the 10 year historical data from the NOAA Mussel Watch program."  Mussel Watch is a nationwide monitoring program that tests bivalves to detect contaminants such as PAHs.  It includes nearshore areas of the northern Gulf.

## 3.2. Fisheries Reopenings

22.   In response to the oil spill, NOAA, FDA, EPA and the Gulf states implemented a program to ensure that Gulf seafood was safe to eat.  This program included the testing regimen described above.  The first step in the program was to close fishing and harvesting areas that had been or, in the judgment of those authorities, could be exposed to oil from the spill.  After it was determined that the seafood from a given area was safe to eat, the waters were opened for harvesting.[6]

23.   Federal and state waters were closed for different time periods during the response.  According to publicly available information from NOAA Fisheries, federal waters were closed and reopened in outline as follows[7]:

- **2 May 2010**: first closure of federal waters in the Gulf of Mexico, covering 6,817 square miles, or 2.8% of federal waters in the northern Gulf, or about 1.2% of all waters in the Gulf of Mexico, which is approximately 585,000 square miles.

- **2 June 2010**: maximum extent of closures in federal waters in the Gulf of Mexico, 88,522 square miles, or 36.6% of federal waters and 15.1% of all waters in the Gulf of Mexico.  Closure extent is gradually reduced from this date.  (See Exhibit C, Figure C-1.)

- **15 November 2010**: all federal waters reopened except 1,041 square miles, 0.4% (around the well head).

- **24 November 2010**: 4,213 square miles off Louisiana, Mississippi, and Alabama closed to royal red shrimping only.[8]  (See Exhibit C, Figure C-2.) NOAA lifted the royal red shrimping closure on 2 February 2011.[9]

---

[6]  *See* Overview of Testing Protocol to Re-open Harvest Waters that Were Closed in Response to the Deepwater Horizon Oil Spill,  http://www.fda.gov/Food/ucm217598.htm (last updated 15 July 2010).
[7]  Information available in table format at NOAA Fisheries Service, http://sero.nmfs.noaa.gov/ClosureSizeandPercentCoverage.htm.
[8]  Royal red shrimp are a deepwater species distinct from brown, white or pink shrimp.
[9]  *See* Press Release, NOAA Reopens More Than 4,000 Square Miles of Gulf Waters to Royal Red Shrimping (Feb. 1, 2012), http://www.noaanews.noaa.gov/stories2011/20110201_royalredshrimp.html.

- **19 April 2011**: all federal waters reopened.

24.     Louisiana closed its fisheries for different species on different schedules throughout the spill.[10]   The first commercial fisheries and shrimping closures in Louisiana were in early May 2010.   Over the course of the spill, approximately 4,111 square miles (approximately 69.4% of state waters within Specified Gulf Waters[11]) were closed by Louisiana authorities to fishing.  By 14 October 2010, all but approximately 27.5 square miles were open for recreational fishing, and by 28 October 2010, all but approximately 80 square miles were open for commercial fishing.  This is out of a total of approximately 5,926 square miles within Specified Gulf Waters.  Oyster closures began likewise on 30 April 2010, east of the Mississippi River in St. Bernard and Plaquemines parishes.   Over the course of the spill, approximately 2,478 square miles within the Specified Gulf Waters were closed by Louisiana authorities to oyster harvesting.  By 7 December 2010, oyster closures had been lifted in all but approximately 108 square miles in state waters.  As of 1 August 2012, there were only small closures in effect for all species in three areas: Bay Jimmy, Grand Terre, and at the mouth of the Mississippi River.

25.     The first closure in Mississippi was on 1 June 2010, and all waters were reopened by 21 August 2010.[12] In Alabama, the first spill-related closure was also on 1 June 2010, with all waters reopened by 6 September 2010.[13] In Florida, at the maximum extent, closures extended from the border with Alabama to the eastern border of Santa Rosa County.   The first official closure for commercial fisheries in Florida was 14 June 2010, with all state waters opened by 16 September 2010.[14] There were no spill-related fisheries closures in Texas.

26.     **In summary**, state and federal officials have determined that seafood from the Gulf of Mexico is as safe to eat now as it was before the spill.  With the

[10] Information on closure areas for shrimp, crab and fishing is available at LDWF, http://www.wlf.louisiana.gov/category/news/oil-spill-closures, and for oysters at LDHH, http://new.dhh.louisiana.gov/index.cfm/newsroom/category/9.
[11] Specified Gulf Waters is defined in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as "the U.S. waters of the Gulf of Mexico and all adjacent bays, estuaries, straits, and other tidal or brackish waters within the Gulf Coast Areas, as specifically shown and described in Exhibit 23 [to the Settlement Agreement]."
[12] Information on these closure areas is available at Mississippi Department of Environmental Quality, http://www.deq.state.ms.us/mdeq.nsf/page/Main_OilSpillLinksandPublicInformation2010 ?OpenDocument.
[13] Information on these closure areas is available at Alabama Department of Conservation and Natural Resources, http://www.outdooralabama.com/fishing/saltwater/dh/Timeline.cfm.
[14] Information on these closure areas is available at http://myfwc.com/OilSpill/.

9

exception of three small areas in Louisiana, all spill-related commercial and recreational fishing closures have been lifted by state and federal authorities.

## 4. Fisheries and Biological Data

27.    For the purpose of this declaration, I have examined four significant sources of public data that allow for comparisons through time of fisheries data (fishery-dependent) and biological data (fishery-independent) for the species within the Seafood Compensation Program.

28.    <u>Fishery-dependent data.</u> "Fishery-dependent data" refers to data that are dependent on reporting by the commercial fishing industry, for example through the trip ticket system.  State and federal officials collect fisheries landings data from commercial fishermen, including through trip tickets, to assist in the management of fisheries.

29.    NOAA's National Marine Fisheries Service (NMFS), also known as NOAA Fisheries, posts commercial landings data at a web site[15] by pounds and by commercial value.  The Gulf States Marine Fisheries Commission (GSMFC) also posts commercial landings data.[16]  GSMFC is a compact of the five U.S. Gulf states to assist in regional management of commercial and recreational fisheries.  These websites have decades of monthly and annual landings data for both commercial and recreational species, by weight and commercial value. These web sites also provide the required regional fishery management plans for the various key commercial species or groups of species (e.g. reef fish, pelagics, etc.).

30.    <u>Fishery-independent data.</u>   "Fishery-independent data" refers to data collected by state and federal biologists to assess natural populations of fishery species for the northern Gulf of Mexico.  These biologists use different gear types, including trawls and seine nets, to collect and count the number and type of species found in state and federal waters. These data are called "independent" because they are independent of commercial fishing operations.  These data can be used to chart the number of species caught per unit of time spent sampling.

31.    Fishery-independent data are available at the Southeast Area Monitoring and Assessment Program (SEAMAP) section of the GSMFC website.[17] SEAMAP is a state, federal, and university collaborative program for collection, management, and dissemination of fishery-independent data and information in the southeastern United States, including the Gulf of Mexico. The state of Louisiana, like other Gulf states, also collects fishery-independent data as part of its monitoring and assessment program. Louisiana has made public its fishery-independent data.

---

[15] http://www.st.nmfs.noaa.gov/st1/
[16] http://www.gsmfc.org/#:links@3:content@2
[17] http://find3.gsmfc.org/

#### 4.1 Shellfish (shrimp, oyster, blue crab)

32.    The term "shellfish" generally refers to the edible species of invertebrates, including brown, pink, and white shrimp, Eastern oyster, blue crab, spiny lobster, and stone crab. This section addresses the four most valuable and geographically widespread species of shellfish: brown and white shrimp, Eastern oyster, and blue crab, which collectively represent approximately 88% of the value of the top five commercial fish and shellfish species in the Gulf (NOS 2011).[18]

#### 4.1.1. Shrimp

33.    It appears from the landings data listed in NOAA and GSMFC that there was not much of an effect, if any, on adult shrimp population levels in the northern Gulf of Mexico during 2010 or 2011.  Shrimp are short lived and highly fecund. They are considered to be a natural "annual crop" because their population levels are determined primarily by environmental factors on an annual basis.

34.    The discussion below addresses the current status and historical trends of the shrimp fishery in the northern Gulf. It will focus primarily on brown shrimp (*Farfantepenaeus aztecus*) and white shrimp (*Litopenaeus setiferus*), the two dominant shrimp species of the most northerly part of the Gulf, but pink shrimp (*F. duorarum*) will be included in some discussions and graphs/figures.   Pink shrimp are caught primarily off southwest Florida, whereas brown and white shrimp are caught primarily in the northwestern Gulf, west of the Mississippi River.

35.    Figure 1 shows the variable, long-term trend and fluctuations in brown and white shrimp landings and effort for the past 50 years (Nance 2011).[19]  The variability in the landings line reflects both annual fluctuations in fishery effort and natural population fluctuations of these two shrimp species through time governed by varying environmental conditions (Osborn et al.1969; Condrey and Fuller 1992; MRAG 2010). According to studies, the precipitous drop in fishing effort in the early 2000s was caused primarily by exogenous factors, such as rising fuel costs, poor market prices for domestic shrimp, competition from imported shrimp, damage to the fleet by recent hurricanes, and overcapitalization of the industry (Nance et al. 2006, NOAA 2007b, Caillouet et al., 2008; Hart, 2008).

---

[18] The fifth commercial catch species is menhaden, which is not addressed here because it is excluded from the class.

[19] Throughout this declaration, both Gulf-wide and Texas landings data include all landings in Texas, even those Texas counties outside of the class.  Publicly available data do not break out Texas data by county.



<u>Figure 1</u> – Total Gulf of Mexico (U.S.) white and brown shrimp commercial landings (a) and effort (b) for all states in the northern Gulf of Mexico for the past 50 years (1960-2010) (from Nance 2011).

36.     Figures 2 and 3 are graphs produced from the NOAA Fisheries' "Fishery Market News", which is a joint federal-industry program whose primary function is "to provide accurate and unbiased reports depicting current conditions affecting the trade in fish and fishery products". Figure 2 shows more recent landing trends for the past 10 years for all shrimp and all states from 2002-2011. Figure 3 uses the latest available data (through June 2012) and depicts landings of all shrimp and all Gulf states for the first six months (January through June) of each year for the past 10 years.

37.     Both graphs show the variability noted above, but they also show that 2011 and 2012 landings are within the variability trends of recent years. As an indicator of a substantial population of brown shrimp off Texas and Louisiana, NOAA Fisheries predicted on 5 July 2012 an expected harvest of 59.2 million pounds for that species for the harvest year starting in July 2012, which is above the historical 50-year average of 56.5 million pounds[20].



Figure 2 – Total Gulf of Mexico (U.S.) shrimp commercial landings for all species (brown, white, and pink) for all states in the northern Gulf of Mexico for the past 10 years of available data (2002-2011) (NOAA Fisheries Market News data).

---

[20] National Oceanic and Atmospheric Administration [Internet]: News Release. "NOAA predicts above-average season for commercial harvest of brown shrimp in western Gulf of Mexico" dated 5 July 2012. [cited 14 July 2012]. Available from http://www.nmfs.noaa.gov/mediacenter/2012/07/2012_sefsc_brown_shrimp_predictions .pdf



Figure 3 – Total Gulf of Mexico (U.S.) shrimp commercial landings for all species (brown, white, and pink) for all states in the northern Gulf of Mexico for the past 10 years of available data (2003-2012), for January through June of each year (NOAA Fisheries Market News data).

38.     Recent population abundances and fluctuations can be seen in annual catch per unit effort in Figure 4 below for brown shrimp and white shrimp using SEAMAP fishery-independent data for the entire northern Gulf of Mexico. These data show that collectively these two species are above both the long-term average and benchmark average for both 2010 and 2011. White shrimp abundance, when considered individually by SEAMAP collections, currently is below both the long-term and benchmark period averages. White shrimp abundance, however, is still within the fluctuating long-term population trends of the past 30 years. LDWF data are generally consistent with the SEAMAP data trends.



Figure 4 - Fishery-independent mean catch per unit effort (CPUE=mean count of brown and white shrimp caught per minute of fishing effort out of all sampled stations) in U.S. Gulf of Mexico offshore trawl catches during 1982-2011 (SEAMAP data).

39.   **In summary**, the overall northern Gulf of Mexico shrimp stocks (populations of live shrimp) appear to be normal, within annual trends of pre-spill years.

**4.1.2. Oyster**

40.   It appears from the available data from NOAA and GSMFC that oysters in the northern Gulf of Mexico dropped in harvest levels in 2010 relative to the 2007-2009 reference period, but showed an increase over 2010 levels in 2011. The oysters harvested in the northern Gulf are of the species *Crassostrea virginica*, also known as the "Eastern oyster."

41.   Figure 5 reveals the historical trend of commercial oyster landings Gulf-wide (U.S.) from 1950-2010. These data are from NOAA and are publicly available through 2010. The fluctuating nature of catches can be seen from this simple graph over the past 60 years. Fluctuations are generally caused by changing environmental conditions (extended droughts, hurricanes, and floods tend to cause the greatest downturns in the graph line; Berrigan et al. 1991, NOAA 2007a and b, VanderKooy 2012), but other species-related (diseases, parasites, harmful algal blooms) or fishery-related (market prices, fuel costs, etc.) issues can cause fluctuations also.



Figure 5 - Gulf-wide (U.S.) Eastern oyster commercial landings (pounds of meats) from 1950-2010 in the northern Gulf of Mexico (NOAA data). 2011 data not yet publicly available.

42.    Figures 5, 6, and 7 all show reduced catches in 2010, a year in which there were extensive fisheries closures. Figures 6 (oysters Gulf-wide) and 7 (oysters Louisiana) show an increased harvest in 2011. According to GSMFC data, the 2011 northern Gulf of Mexico oyster harvest of 17.3 million pounds (of meats) is only 1% lower than the long-term average of 17.5 million pounds, but it is 20% below the 10-year average (2002-2011) of 21.5 million pounds.    It is 18.6% below the 2007-2009 benchmark average of 21.3 million pounds.

43.    In addition to the extensive fisheries closures described above in Section 3.2, studies have concluded that oyster harvest levels in 2010 were likely influenced by higher oyster mortalities caused by very low salinities and high summer temperatures in Breton Sound and Barataria Basin (Banks 2011). According to studies, these extremely low salinities were caused by freshwater diversions from the Mississippi River to flood or flush estuarine areas from April to September 2010 (Martinez et al. 2012). This decision to divert freshwater was authorized by Louisiana officials. Academics have pointed out that high oyster mortality due to reduced salinity was a collateral

consequence (Peterson et al. 2012).  Another study documented the 2010 diversions and higher oyster mortality along a salinity gradient, and also documented a subsequent 2011 historical flood of the Mississippi River, which caused a second year of greatly reduced salinities in upper estuarine areas of Breton Sound (Eberline 2012).[21] These studies confirm that such "freshet" events, coincident with summer months when water temperatures rise, cause higher oyster mortalities, which can reduce the amount of oysters available for harvest and reduce the spawning stock for seeding of the area. They also indicate that continued low salinities combined with high temperatures can reduce or eliminate the settlement of oysters in affected areas for an extended period of time.

44.     Oysters generally take between 18 and 24 months to grow from seed to marketable size (Berrigan et al. 1991; VanderKooy 2012).  Because of this cycle, once salinity returns to optimal conditions and assuming other conditions remain constant, it can be expected to take at least approximately 18 to 24 months until oyster harvests return to pre-"freshet" levels. According to USGS salinity monitoring station data that I have reviewed, there is no indication of widespread, extended low salinity combined with high temperatures near oyster beds in the Barataria Basin and Breton Sound in 2012.   Moreover, in 2012 Louisiana estuaries have not experienced extended operations of freshwater diversions during the summer months such as occurred in 2010, or historic Mississippi River flooding such as occurred in 2011.

45.     In Texas, mortalities and reduced recruitment also occurred in 2011 due to both an historic drought and a widespread red tide event.  This event caused the closure of the oyster season in most places for selected time periods (Powell 2012) and reduced the overall northern Gulf harvest in 2011.  Nonetheless, the 2011 Gulf harvest is within long-term historical trends.

---

[21] I have not seen data that indicates that there was oiling of oyster beds, which are primarily subtidal.  According to LDWF, "no direct oiling of sampled reefs was noted" during the sampling in July 2010 for the Annual Stock Assessment (LDWF, 2010 Oyster Stock Assessment, p. vii).  Zone A as presented in the Seafood Compensation Plan encompasses those areas that were likely most heavily affected by the 2010 freshwater diversions.



Figure 6 – Gulf-wide (U.S.) Eastern oyster commercial landings (pounds of meats) during 1990-2011 (GSMFC data). Data from 2011 is preliminary and may be incomplete.



<u>Figure 7</u> – Louisiana Eastern oyster commercial landings (pounds of meats) during 1990-2011 (GSMFC data).  Data from 2011 is preliminary and may be incomplete.

46.     Louisiana is the top oyster-producing state in the entire United States. Because of this high-value fishery and its importance to the state of Louisiana, extensive monitoring is conducted annually to manage and regulate the fishery. Independent of the oyster fishery, Louisiana marine biologists conduct annual stock assessments to determine the current availability of oysters and set the harvest limits for each year (LDWF 2010, VanderKooy 2012).

47.     Figure 8 shows the historical stock assessments on public oyster grounds in Louisiana from 1982-2010. These fishery-independent data and trends can be used as a comparable metric to show the long-term population abundance of oysters on public oyster grounds in Louisiana, as well as its variability through time.

48.     Figure 8 shows that Louisiana oyster stocks on public grounds have exhibited periods of low abundance and periods of high abundance. Stocks were stable at relatively low levels from 1982 into the early 1990s, followed by a period of increasing abundance through 2001. However, since 2001, the general trend of oyster abundance

on public grounds has been decreasing, with small amounts of inter-annual variability since 2002.

49.     The 2009 stock size/abundance of oysters on public grounds in Louisiana was back to the 1980s levels, and that low of a number has not been seen since 1989. The 2010 stock size is comparable to 2009. Louisiana did not release its annual stock assessment in 2011, but preliminary data showed some gains in 2011. These gains were in areas away from the 2010 and 2011 diversions and flooding. Zone A of the Oyster Leasehold Compensation Zone Map of the Seafood Compensation Program includes areas where there was a drop in oyster stock availability in 2011.[22]



Figure 8.  Historical estimated oyster stock size on the public oyster areas of Louisiana. (Sd = seed oysters; Sk = sack or market-size oysters; LTA = long-term average of 1982-2009.)  Meter square counts of natural populations (along with other information) are used to determine "barrels of oysters available" for the upcoming oyster season (from LDWF 2010).

50.     **In summary,** the oyster fishery of the northern Gulf of Mexico is highly variable from year to year, and it is very susceptible to environmental fluctuations, such as too much freshwater inflow, extended droughts, and hurricanes, which can cause significant variations in population levels and harvest. Soniat at al. (2011) examined potential lethal and sublethal effects of the oil spill on Eastern oysters and found no

---

[22] Starting in 2011, statewide estimates of oyster stock include data from the Sabine Lake area. Sabine Lake is on the border with Texas and nowhere near the freshwater diversions used in 2010 or 2011.

PAHs were detected in oysters from oil exposed areas.   Currently, the oyster populations of the northern Gulf are at a low level of stocks and harvest, primarily caused by too much freshwater inflow into the estuaries around the Mississippi Delta for two years in a row (2010 and 2011).   Once salinity returns to normal ranges in the relevant areas, oyster populations in those areas should return to pre-freshet trends within 18 to 24 months. Notably, available salinity monitoring data indicates that low salinity due to significant flooding or freshwater diversions did not occur in the summer of 2012.

### 4.1.3. Blue crab

51.    According to NOAA and GSMFC data, it appears that blue crab landings in the northern Gulf of Mexico are within historic pre-spill trends.   The blue crab (*Callinectes sapidus*) supports one of the largest commercial and recreational fisheries in the Gulf of Mexico, and it is an abundant, environmentally tolerant, estuarine-dependent organism with year-round accessibility to the fishery (Guillory et al. 2001). It is the third most valuable shellfish fishery in the northern Gulf of Mexico following shrimp and oysters. Blue crab landings in the northern Gulf of Mexico are clearly and consistently dominated by Louisiana.

52.    Figure 9 shows the variability of blue crab landings over the past 60 years (1950-2010). Landings increased markedly in the late 1950s with the introduction of wire traps, followed by increased processing capacity, and market development (Guillory et al. 2001). Landings continued to rise in the 1980s with record landings of 78 and 79 million pounds occurring in 1987 and 1988, respectively. Landings of blue crab declined slightly after 1988 and then continued to fluctuate within the 50 to 70 million pound range.

53.    There was a 2010 drop in landings due to the fishery closure and then an increase back above 50 million pounds in 2011 (Figure 10). While the 2011 data are preliminary and may be incomplete, the 2011 harvest of at least 51.7 million pounds is above the 44.1 million pound long-term average of the past 60 years, but it is slightly below the average of 56.9 million pounds for the most recent 10-year period, and slightly below the benchmark period average of 54.61 million pounds.  Scientists in the northern Gulf reported "oily-appearing" droplets inside the shell of larval crabs during the DWH oil spill (Perry et al. 2011).  While the outcome of that research is not available yet, harvest data do not suggest that there were significant spill-related impacts to the fishery.



Figure 9 - Gulf-wide (U.S.) blue crab commercial landings between 1950 and 2010 (NOAA data). 2011 data not publically available.



<u>Figure 10</u> – Gulf-wide (U.S.) blue crab commercial landings from 1990-2011 (GSMFC data). Data from 2011 is preliminary and may be incomplete.

54.     Examination of Louisiana fishery-independent data gathered by biologists with the LDWF reveals natural population abundance variation and historical trends during 1966-2011 for blue crab in Louisiana state waters. Although demonstrated to fluctuate greatly over the past 45 years, these CPUE data show a general decline in crab populations with trawl gear since the early 1990s extending to the present (Figure 11). Blue crab seine data (1986-2011) show similar fluctuations over the past 25 years (Figure 12). These trawl and seine data show catches above both the long-term and benchmark averages for blue crab in Louisiana in 2011.



Figure 11 - Fishery-independent annual CPUE (number of blue crabs per 10-minute 16-foot trawl) in all Louisiana state waters during 1966-2011 (LDWF data).



Figure 12 - Fishery-independent annual CPUE (number of blue crabs per seine haul) in all Louisiana state waters during 1986-2011 (LDWF data).

55.  **In summary**, while blue crab populations of the northern Gulf of Mexico showed a decrease in landings during the 2010 fishery closure, by the end of 2011, harvests and abundance were in line with long-term pre-spill historic trends.  State data also indicate that abundance in Louisiana is generally above both the long-term average and the benchmark average.

## 4.2 Finfish

56.     According to NOAA and GSMFC data and with some possible exceptions, finfish harvests in the northern Gulf of Mexico, as indicated by selected common and important species herein, appear to be within or above historic trends at the end of 2011.

57.     Of the 1541 species of finfish known from the Gulf of Mexico (McEachran 2009), only around 100 are taken commercially.  Since it is not practical or necessary for this declaration to present and discuss dozens of possible species, several common and important Gulf of Mexico selected species are discussed below as examples or indicators of the current status and historical trends of commercial finfish since the oil spill. Five of the top commercial species for the northern Gulf by value in 2009 (excluding menhaden) were vermillion snapper, red snapper, red grouper, black drum, and yellowfin tuna (NOAA data).  These species are discussed below.

**58.**     There has not been much published research as of yet on the relationship between finfish species and the spill (*See* Fodrie & Heck 2011).  One published article, however, reported that bluefin tuna larval distribution was likely not greatly impacted by the spill, since bluefin tuna larvae are found farther to the west than originally known or predicted (Muhling et al. 2012).

59.     **Vermillion snapper** (*Rhomboplites aurorubens*) is a commercially valuable species caught throughout the northern Gulf.  Unlike the related red snapper (discussed below), vermillion snapper is not subject to annual quota limits or IFQs.  It is popular as both a commercial and recreational fish.

60.     Figure 13 reveals the long-term trends in commercial landings of vermillion snapper.  Landings fluctuated between 1.6 million and 2.6 million pounds through 2007, but reached over 3.8 million pounds in 2009.  Landings in 2010 were back around 2 million pounds. Preliminary data from 2011 indicate that vermillion snapper commercial landings are over 3 million pounds and thus above the long-term average and approximately the same as the 2007-09 benchmark period average. NOAA data indicate that recreational catches of vermillion snapper in 2011 were greater than any year since 1995.  The commercial and recreational landings data indicate that the vermillion snapper fishery in 2011 was stronger than pre-spill historic averages and are consistent with the 2007-2009 benchmark period.



Figure 13 - Gulf-wide (U.S.) commercial landings of vermillion snapper during 1990-2011 (GSMFC data; some MS data listed as confidential and not available). 2011 data are preliminary and may be incomplete.

61.    **Red snapper** (*Lutjanus campechanus*) is one of the most widely spread and most valuable commercial finfish species in the Gulf of Mexico, as well as one of the favorite offshore fish species in the seafood industry. It is caught in both nearshore and offshore waters.

62.    Although this species was overfished for decades, and is currently in a Gulf of Mexico Fisheries Management Council (GMFMC) fishery rebuilding plan, it now appears that overfishing may be ending, at least in the western Gulf of Mexico (Cowan 2011).  Figure 14 reveals that the decline in commercial catch since the mid-2000s has now turned the corner. As an indication of red snapper population status in the Gulf of Mexico, the GMFMC announced their approval of a "25% increase in the red snapper quota for 2012 to 3.71 million pounds" (NOAA 2012). Currently, 51% of the catch quota is allocated to the commercial fishery and 49% to the recreational fishery.  According to NOAA data, red snapper recreational landings in the northern Gulf show a decrease in landings during 2010, most likely due to the fishery closures during the oil spill, but their catches are well within recent trends by 2011.



Figure 14 - Gulf-wide (U.S.) commercial landings of red snapper during 1990-2011 (GSMFC data; excludes MS data, as some listed as confidential and not available). 2011 data are preliminary and may be incomplete.

63.    **Red grouper** (*Epinephelus morio*) is the most valuable commercial finfish species in the northern Gulf, excluding menhaden which is not in the SCP.  It prefers shallower waters and rocky or muddy habitats.  In the northern Gulf it is caught primarily off the west coast of Florida.  Red grouper was declared to be overfished in 2000 and, like red snapper, is now managed through an IFQ program.

64.    Because commercial red grouper landings are concentrated in Florida and data for other states are incomplete, Figure 15 presents long-term catch of red grouper using Florida data only.  As Figure 15 shows, commercial landings of red grouper have declined from a high of 7 million pounds in 2000 to a low of about 4.4 million pounds in 2007, due in part to efforts to regulate the amount of commercial catch and rebuild the stocks.  In 2010, commercial landings were at 3.5 million pounds, below both the long-term and benchmark averages.  However, 2011 commercial landings of red grouper were as high as they were in 2008, and well within pre-spill trends.  NOAA data indicate that 2011 recreational red grouper landings are in line with a general downward trend for the past decade.



<u>Figure 15</u> - Florida commercial landings of red grouper during 1990-2011 (GSMFC data).  Available data for other Gulf states are incomplete.  2011 data are preliminary and may be incomplete.

65.    **Black drum** (*Pogonias cromis*) is a popular commercial and recreational fish in the Gulf of Mexico that is also an estuarine dependent species.  Black drum is caught in both the North Atlantic and the Gulf of Mexico, with the majority of Gulf landings in Louisiana and Texas (in that order).

66.    Figure 16 indicates that commercial landings of black drum rose in the early 1990s and then declined slightly from a peak in 1995.  Landings were lower in 2010 than in 2009, but by 2011 commercial landings were as high as they had been since 2004.  NOAA data indicate that recreational landings peaked in 2008 and were lower in both 2009 and 2010, with a slight upward trend in 2011.



Figure 16: Gulf-wide (U.S.) commercial landings of black drum during 1990-2011 (GSMFC data). 2011 data are preliminary and may be incomplete.

67.    **Yellowfin tuna** (*Thunnus albacares*) is a highly migratory species with a high relative per pound price compared to other commercially significant species in the Gulf.  The yellowfin tuna fishery is different from the other fisheries discussed here because it is caught primarily in federal waters, using "longlines" (fishing lines with numerous baited hooks attached) that are kept afloat by buoys.

68.    Figure 17 reflects the long-term downward trend in the commercial yellowfin tuna fishery.  Figure 17 uses Louisiana and Florida data because only those two states report complete commercial landings in the GSMFC database for the entire period.  According to GSMFC data for Louisiana and Florida only, there was a 71% drop in 2010 over the 2007-2009 average annual weight.  The yellowfin tuna harvest may have been affected in 2010 by the fisheries closures in federal waters.  Preliminary 2011 harvest data from GSMFC indicate that harvest in Louisiana and Florida increased from 2010 to 2011, but it is still 37% below the 2007-2009 reference or benchmark period average.  NOAA data indicate, however, that recreational landings for yellowfin tuna in 2011 were within pre-spill historic ranges and greater than either 2007 or 2009.



<u>Figure 17</u> - Louisiana and Florida (west coast) commercial landings of yellowfin tuna during 1990-2011. (GSMFC data) Texas, Alabama, and Mississippi data are incomplete.

69.    **In summary**, by the end of 2011 the commercial and recreational harvests of common and important finfish in the northern Gulf of Mexico discussed above were at or above historic annual trends or average catches.

### 5.0 Other Seafood

70.    Spiny lobster and stone crab are less than 3% of the total commercial shellfish seafood harvest in the Gulf (NOAA and GSMFC data). Spiny lobster are found predominantly in South Florida and landings are primarily from the Florida Keys, and stone crab are predominantly found off southwest Florida. Available commercial landings data for these species indicate that any spill-related effects on the harvest were minimal. Public reports indicate that spiny lobster harvests in 2010 and 2011 were above pre-spill benchmark levels.

## **Summary and Conclusions**

71.     In summary, after reviewing the best currently available public information and data on fisheries of the northern Gulf of Mexico, I conclude that most of the fishery species relevant for the Seafood Compensation Program appear to be within pre-spill landings and population trends in most areas of the region. Wide-ranging public information support this conclusion: 1) recent scientific publications; 2) the Operational Science Advisory Team (OSAT) reports; 3) state and federal seafood data and reports; and 4) fishery-dependent and fishery-independent data.

72.     Published scientific articles show that selected habitats (seagrass beds, oysters/oyster reefs, and salt marshes) in common and significant coastal areas of the northern Gulf of Mexico region are recovered or recovering.

73.     The OSAT reports are still the most comprehensive and widespread publicly available reports from the region on effects of the spill on water and sediment quality. These reports showed that EPA benchmarks designed to protect human health were met.   OSAT sampling also showed that by August 2010, as to coastal or nearshore effects from the oil spill, none of the less than 1% exceedances of EPA benchmarks for aquatic health were consistent with MC 252 oil.

74.     The Louisiana Department of Health and Hospitals and the U.S. Food and Drug Administration have determined that seafood from the Gulf of Mexico is safe to eat.

75.     Regarding the primary commercial fishery species in the SCP, the overall northern Gulf of Mexico shrimp stocks (populations of live shrimp) appear to be normal. The current status of shrimp population numbers appears to be within pre-spill annual trends. Currently, the oyster populations of the northern Gulf are at a low level of stocks and harvest, primarily caused by too much freshwater inflow into the estuaries around the Mississippi Delta for two years in a row (2010 diversions and 2011 historic flood) and environmental conditions in other states (e.g., Texas drought and red tide).   If salinity returns to normal ranges in the relevant areas, oyster populations should return to normal trends within two to three years. By the end of 2011, harvests and population levels of blue crab of the northern Gulf of Mexico were in line with pre-spill historic trends. By the end of 2011, commercial and recreational harvests of the most valuable finfish species in the northern Gulf of Mexico were within or above historic annual trends or average catches.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Date: August 13, 2012

John W. Tunnell, Jr.

# Tunnell Declaration
# Exhibit A

May 2012



**JOHN W. TUNNELL, JR.**
**Associate Director and Endowed Chair of Biodiversity**
**and Conservation Science, Harte Research Institute**
**Professor of Biology**
**Regents Professor and Fulbright Scholar**
**Department of Life Sciences**
**College of Science and Engineering**
**Texas A&M University-Corpus Christi**

## Office Address:

Harte Research Institute for Gulf of Mexico Studies
Texas A&M University-Corpus Christi
6300 Ocean Drive, Unit 5869
Corpus Christi, Texas 78412
(361) 825-2055 (Direct)
(361) 825-2050 (HRI Fax)
Email:  wes.tunnell@tamucc.edu

## Degrees:

- Bachelor of Science in Biology (Chemistry Minor); Texas A & I University, Kingsville, Texas:  August 1967
- Master of Science in Biology (Geology Minor); Texas A & I University, Kingsville, Texas:  August 1969
- Doctor of Philosophy in Biology; Texas A & M University; College Station, Texas:  December 1974

## Experience - Teaching:

- Endowed Chair of Biodiversity and Conservation Science, Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi, 2011-present.
- Professor of Biology; Texas A&M University-Corpus Christi, Corpus Christi, Texas; Sept. 1983 - Present.
- Visiting Fulbright Professor; Centro de Investigación y de Estudios Avanzados del Instituto Politécnico Nacional-Unidad Mérida, Yucatán, México; Sept. 1985- Ju1. 1986.
- Associate Professor of Biology; Texas A&I University at Corpus Christi/Corpus Christi State University, Corpus Christi, Texas; June 1976 - August 1983.
- Assistant Professor of Biology; Texas A&I University at Corpus Christi, Texas; September 1974 - May 1976.
- Courses Taught:  Undergraduate - Conchology, Marine Biology, Evolution, Physiology, Field Biology - Life Zones of México, Ichthyology, Marine Ecology, Estuarine Organisms, Invertebrate Paleontology, Ecology of Coral Reefs.
- Graduate - Biology of Estuarine Organisms, Principles of Systematic Zoology, Biology of the Mollusca, Marine Zooplankton, Coral Reef Ecology, Coastal Ecology of Texas, Marine Science Teaching, Ph.D. Seminar – Coastal and Marine System Science

## Experience – Administration:

- Associate Director, Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi, 2001 - Present.
- Director, Center for Coastal Studies, Texas A&M University-Corpus Christi, 1984 - 2009.
- Editor, GulfBase, Harte Research Institute, Texas A&M University-Corpus Christi, 2002 – Present.
- Website Editor, Harte Research Institute, Texas A&M University-Corpus Christi, 2002 – 2009.
- General Editor, Gulf Coast Books Series, Texas A&M University Press, 2001 – Present.
- Newsletter Editor, Harte Research Institute, Texas A&M University-Corpus Christi, 2005 – Present.
- General Editor, Harte Research Institute Series, Texas A&M University Press, 2007- Present.
- Adjunct Curator of Malacology and Marine Biology, Houston Museum of Natural Sciences, 2007 – Present.
- President, Coastal Zone Consultants (formerly Coastal Ecosystems Company), 1976-2007.

## Experience - Research/Consulting (reverse chronological order):

- Endowed Chair of Biodiversity and Conservation Science, Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi, 2011-present.
- Lead Principal Investigator for TAMU-CC Campus. 2011-2016. NOAA Environmental Cooperative Science Center with Florida A&M University, NOAA Education Partnership Program.
- Principal Investigator, Biodiversity of the Gulf of Mexico Project, conversion of book to database and placement on GulfBase, Gulf of Mexico Research Initiative, 2010.

- **Focus Group Participant, Natural Resource Damage Assessment and Recover: Scientific Framework and Approaches for Ecosystem Restoration, Harwell Gentile & Associates, LC, 2010.**
- **Principal Investigator,  Biodiversity of the Gulf of Mexico Project, multi-year program with funding mostly from Alfred P. Sloan Foundation, NOAA, and HRI, 2009-11.**
- **Lead Principal Investigator for TAMU-CC Campus. 2006-2011. NOAA Environmental Cooperative Science Center with Florida A&M University. NOAA Education Partnership Program.**
- **Chief Scientist; Harte Research Institute; South Texas Banks ROV Surveys with Marine Sanctuaries R/V Manta, 2009.**
- **Principal Investigator, South Texas Banks mapping and biodiversity, multi-year program and funding from Texas Research Development Fund, 2008-11.**
- **Chief Scientist; Harte Research Institute; Seven and One-Half Fathom Reef and South Texas Banks Expedition: October 2006.**
- **Co-Chief Scientist; Harte Research Institute, University South Florida, U.S. Geological Survey, Florida Institute of Oceanography; Pulley Ridge Expedition: June-July 2005.**
- **Principal Investigator with David Guggenheim, Northwest Cuba Project for Harte Research Institute, multi-year program from 2005-09.**
- **Co-Coordinator with Sylvia Earle and Darryl Felder on Harte Research Institute for Gulf of Mexico Studies initiative to update Bulletin 89, 1954,** *The Gulf of Mexico – Its Origins, Waters, and Marine Life***.  Spring 2003 – Present.**
- **Chief Scientist; Harte Research Institute for Gulf of Mexico Studies, National Geographic Society, Mexican Navy Oceanographic Institute; Veracruz Reefs Expedition (Sustainable Seas Expedition):  August-Sept. 2002.**
- **Academic Consultant; University of Alaska Southeast Juneau; Science Program and Facilities Planning; with the Saratoga Associates and Cunningham Group; June-July 2001.**
- **Principal Investigator; Texas Parks & Wildlife Dept.; "Seagrass Scarring Impacts, Redfish Bay, Texas":  Sept. 2000-Aug. 2001.**
- **Principal Investigator; U.S. Geological Survey; "U.S.G. Marine Ecotoxicology Coop Agreement":  Oct. 2000-Sept. 2001.**
- **Co-Principal Investigator; Coastal Bend Bays & Estuaries; "Bay Sediment Monitoring Project"; Oct. 2000-Sept. 2001.**
- **Principal Investigator; Texas Parks & Wildlife Department; "Seagrass Habitat Restoration Project"; Aug. 1999-Aug. 2001.**
- **Principal Investigator; Texas Parks and Wildlife Dept.; "Texas Parks and Wildlife Foundation Library Catalog Program"; Jul. 1999-May 2000.**
- **Co-Principal Investigator; Minerals Management Service; "East and West Flower Garden Banks – Long Term Monitoring"; Sept. 1998-Aug. 2001.**
- **Co-Principal Investigator; The Nature Conservancy; "The Laguna Madre of Texas and México – A Compendium"; June 1998 Aug. 1999.**
- **Environmental Consultant; Lockwood, Andrews, and Neuman; "Environmental aspects of raising JFK Causeway in upper Laguna Madre"; Mar. 1998.**
- **Principal Investigator; Tropic Isles Homeowner's Association; "Seagrass and canal issues for the Tropic Isle Homeowner's Association"; Feb. 1998-Mar. 1998.**
- **Environmental Consultant; Texas Railroad Commission; seagrass, oyster reef, depth, depth survey for plugging of Score Energy, State Tract 387 Lease, Well No. 1, St. Charles Bay, Aransas County, Texas; Jan-Feb. 1998.**
- **Co-Principal Investigator; City of Corpus Christi; "Ecological influence of treated wastewater diversions of delta habitats in a semiarid climate:  Nueces Estuary, Texas"; Sept. 1997-Aug. 1998.**
- **Principal Investigator; American Petroleum Institute/Texas General Land Office; "Environmental impact and recovery of the Exxon Pipeline oil spill and burn site, upper Copano Bay, Texas"; Apr. 1997-Aug. 1998.**
- **Environmental Consultant; Texas Railroad Commission; seagrass and depth survey for plugging of Alpha-Omega Energy, State Holly Beach Unit No. 1, lower Laguna Madre, Texas; Jul.-Sept. 1997.**
- **Co-Principal Investigator; Texas Parks and Wildlife Department; Adopt-A-Wetland Program; Sept. 1997-Aug. 1998.**
- **Principal Investigator; Corpus Christi Bay National Estuary Program; "Species-habitat checklist"; Sept. 1996-Aug. 1998.**
- **Co-Principal Investigator; Texas Parks and Wildlife Department; Adopt-A-Wetland Program; Sept. 1996-Aug. 1997.**
- **Principal Investigator; Texas Parks and Wildlife Department; "The benthic, nektonic and epifaunal invertebrates of the Mad Island WMA:  A proposal to study the effects of freshwater diversion - a one-year extension, Sept. 1996-Aug. 1997.**
- **Principal Investigator; Texas A&M College Sea Grant Program on "Physiological tolerances and nonchemical control strategies for the recently introduced macrofouling brown mussel** *Perna perna***"; Sept. 1997-Feb. 1998.**
- **Principal Investigator; U.S. Corps of Engineers/Texas Agricultural Extension Service; "Nueces River Delta Mitigation Monitoring Project-Year 8"; Oct. 1997-Sept. 1998.**
- **Principal Investigator; Port of Corpus Christi; "Allison wastewater treatment diversion project"; Port of Corpus Christi; Oct. 1996-Mar. 1998.**
- **Co-Principal Investigator; Corpus Christi Bay National Estuary Program/ Texas Natural Resources Conservation Commission; "Identification of natural and human related alternations of tide flats"; Sept. 1996-August 1997.**
- **Co-Principal Investigator; Instituto Méxicano del Petroleo; "A regional environmental assessment of changes in surface water flow patterns for the State of Tabasco, México"; Nov. 1996-May, 1997.**
- **Co-Principal Investigator; Dept. of Interior-Minerals Management Service; "Long-term monitoring at the East and West Flower Garden Banks"; Oct. 1996-Aug. 1998.**
- **Environmental Consultant; Texas Railroad Commission; marking/staking of channel into Well No. 1, Murdock Pass Field, upper Laguna Madre; Apr. 1996.**
- **Environmental Consultant; City of Corpus Christi; environmental monitoring of the Ocean Drive Improvement Project (Spur 3), Cayo del Oso utility crossing; Apr.-Aug. 1996.**
- **Principal Investigator; Corpus Christi Bend Bays Foundation; "Nueces River Delta Mitigation Monitoring Project"; Sept. 1995-Oct. 1995.**
- **Principal Investigator; Texas A&M College Sea Grant Program on "Physiological tolerances and nonchemical control strategies for the recently introduced macrofouling brown mussel,** *Perna perna***"; Sept. 1995-Aug. 1997.**
- **Co-Principal Investigator; Texas Parks and Wildlife Department; Adopt-A-Wetland Program; Nov. 1995-Aug. 1996.**

2

- Principal Investigator; Texas Department of Transportation; "A comparison of the benthic community north and south of the John F. Kennedy Causeway, Upper Laguna Madre, Texas"; Jan-Nov. 1995.
- Environmental Consultant; Oil spill training exercise for O'Brien Oil Pollution Services and Norwegian Marine Services; League City, Texas; Sept. 1995.
- Environmental Consultant; Texas Railroad Commission; seagrass and channel depth survey for removal of a Well No. 1, State Tract 236, Upper Laguna Madre, Texas; Nov-Dec. 1995.
- Environmental Consultant; O'Brien Oil Pollution Services and Coastal Towing; South Texas Area Oil Spill Exercise/Drill; Corpus Christi, Texas; Dec. 1995.
- Co-Principal Investigator (with Q.R. Dokken); Corpus Christi Bay National Estuary Program; Current status and historical trends of living aquatic resources within the CCBNEP study area; Sept. 1994-Aug. 1995.
- Environmental Consultant; O'Brien Oil Pollution Services; environmental/ecological oil spill advice to resource agencies on southern Matagorda Peninsula for *Berge Banker* oil spill; Feb. 1995.
- Environmental Consultant; El Club de Pesca, Casa Blanca; environmental impact assessment of airstrip extension, Punta Pajaros, Quintana Roo, México; Aug. 1994.
- Environmental Consultant; Urban Engineering; wetlands delineation of Ennis Joslin Estate along south shore of Oso Bay; Mar. 1994.
- Principal Investigator; Texas A&M College Sea Grant Progam on "The invasive biology of the Edible Brown Mussel, *Perna, perna* (Linnaeus, 1758), on the South Texas Coast"; Sept. 1993-Aug. 1995.
- Environmental Consultant; Shiner, Moseley and Associates, Inc.; wetlands delineation adjacent to Berry Construction Co. dock, Corpus Christi Inner Harbor; Mar. 1993.
- Academic Consultant; Texas International Education Consortium; planning, design, and development of a Natural Resources Research Center for Al Akhawayn University in Ifrane, Kingdom of Morocco; Feb. 1992 to Oct. 1993.
- Environmental Consultant; Urban Engineering; wetlands delineation confirmation along Oso Bay shoreline at Texas A&M University-Corpus Christi dormitory site; Oct. 1993.
- Environmental Consultant; Shiner, Moseley and Associates, Inc.; preliminary wetlands evaluation of Redfish Bay Terminal property, San Patricio County, Texas; Aug. 1993.
- Environmental Consultant/Speaker; The Nature Conservancy of Texas; ecological presentation; Jul. 1993.
- Principal Investigator; Texas General Land Office; Environmental impact and recovery of the Exxon Pipeline oil spill and burn site, upper Copano Bay, Texas; Sept. 1992-Aug. 1995.
- Environmental Consultant; Shiner, Moseley and Associates, Inc.; wetlands delineation resurvey (dry season) of Koch Refining Company west property, Corpus Christi, Texas; Aug. 1992.
- Environmental Consultant; Shiner, Moseley and Associates, Inc.; wetlands delineation of Koch Refining Company Tule Lake property; Jul. 1992.
- Environmental Consultant; Shiner, Moseley and Associates, Inc.; preliminary wetlands delineation of Koch Refining Company west property; Dec. 1991-Jan. 1992.
- Environmental Consultant; Shiner, Moseley and Associates, Inc.; wetland delineation at the Refinery Terminal Fire Company Training Facility site, Corpus Christi, Texas; Feb. 1992.
- Principal Investigator; Texas A&M College Sea Grant Program; Ecological characterization of southern Quintana Roo, Mexico, coral reefs; Sept. 1991-Aug. 1993.
- Environmental Consultant; Shiner, Moseley and Associates, Inc.; preparation of wetlands floral maps of Oso Bay and a checklist of the flora and fauna of Oso Bay for the South Texas Water Authority Nueces Estuary Regional Wastewater Study, Oso Bay Component; May-Aug. 1991.
- Principal Investigator; City of Corpus Christi; Habitat enhancement via mitigation to the Blind Oso; April-Dec. 1991.
- Environmental Consultant; Environmental Investigations; preparation of habitat maps, species lists, and photographs of a property development site on Mustang Island, Texas; Apr. 1991.
- Expert Witness/Consultant; McGinnis, Lockridge, and Kilgore (Attorneys at Law) and The John G. and Marie Stella Kenedy Memorial Foundation; marine biological determination of shoreline boundary, wind-tidal flats of Kenedy County adjacent to the Laguna Madre; Apr. 1987-1995.
- Environmental Consultant; Kantenah Development; environmental damage assessment and restoration concepts for Kantenah Resort, Quintana Roo, México; Feb.-Apr. 1990.
- Environmental Consultant; Legal Department, City of Corpus Christi; assessment of seagrass recovery at Philip Dimitt Municipal Pier propwashed channel site, upper Laguna Madre; Aug. - Sept. 1990.
- Environmental Consultant; Inmobiliaria La Sol; marine environmental feasibility study for construction of a cruise ship pier on Cozumel Island, Quintana Roo, México; Sept. - Nov. 1989.
- Principal Investigator; Corpus Christi State University Organized Research Grant; Comparison of community structure of scleractinian corals between inner and outer shelf reefs, Veracruz, México; Sept. 1989-Aug. 1990.
- Paleontology Consultant; Sun Exploration and Production Company, Corpus Christi/Dallas, Texas (1982-1989):
  - I.  Well site paleontology and paleontology reports on the following wells: N.R. Montalvo No. 12, Starr County (1982); A. McKinney No. 31, Starr Cty.  (1983); Silva Coates Energy Trust, No. 1, Starr Cty. (1983); A.T. Canales No. 58, Kleberg Cty. (1983); E.G. Canales No. 23, Kleberg Cty. (1983); C. V. de Lopez "A" No. 5, Starr Cty.  (1983); C.V. de Lopez "A" No. 6, Starr Cty.  (1983); T.B. Slick "C" No.5, Starr Cty. (1984); Bentsen Bros. "A" No. 7, Starr Cty. (1984); A.T. Canales, No. Kleberg Cty. (1984); C.M. Hall "C" No. 5, Starr Cty. (1985); T.B. Slick "C" No. 6, Starr Cty. (1985); T.B. Slick "C" No. 7, Hidalgo Cty. (1985); Yturria L&L Co. C-2, Hidalgo Cty, (1985); I.Y. Garcia No. 12, Starr Cty. (1986); Yturria L&L C-3, Hidalgo Cty. (1986); P. Van Scherpe No. 3, Hidalgo Cty. (1987); Bentsen Bros.  A-8, Starr Cty. (1987); Yturria L&L B-3, Starr Cty. (1987); Yturria L&L C-4, Hidalgo Cty. (1987); Bentsen Bros. A 9, Starr Cty. (1987); I.Y. Garcia No.14, Starr Cty. (1987); P. Canales, No. 140, Jim Wells Cty. (1987); Yturria L&L B-4, Hidalgo Cty. (1988); A. Orive No. 4, Starr Cty (1988); T.B. Slick C-10, Starr Cty. (1989); Yturria-Garcia No. 1, Starr Cty. (1989).
  - II.  Laboratory Paleontology and paleontology reports on the following wells: Bentsen Bros. "A" No. 6, Starr Cty. (1984);

3

Stovall-Johnson No. 2, Matagorda Cty. (1985); R. R Cardenas No. 1, Starr Cty. (1985).

- **Environmental Consultant; Legal Department, City of Corpus Christi; development of mitigation plan possibilities for Philip Dimitt Pier project; Sept. - Nov. 1988.**
- **Environmental Consultant; Calizas Industriales del Carmen S.A. (CALICA):  field survey and report about Hurricane Gilbert impacts on sedimentation and marine life at CALICA project site, Quintana Roo, México; Oct. 1988.**
- **Environmental Consultant; Calizas Industriales del Carmen S.A. (CALICA); field survey and report about impacts of limestone dredging on the nearshore marine environment at CALICA project site, Quintana Roo, México; Sept. 1988. (with Dr. Gustavo de la Cruz Aquero, Centro de Investigacion de Estudios Avanzados del IPN-Unidad Merida, Yucatan).**
- **Environmental Consultant; Legal Department, City of Corpus Christi; environmental assessment of alleged propwashing at Philip Dimitt Municipal Pier; May - June 1988.**
- **Environmental Consultant; Sun Exploration and Production biological surveys of proposed road and drillsite for Dunn-McCampbell A-9, Padre Island National Seashore; Feb. 1988.**
- **Environmental Consultant; Puerto Aventuras Development; environmental visual surveys and discussions about project site; Dec. 1987.**
- **Photographer; *México Magazine*; two color photos published in article about Yucatan, México, in volume 1, number 1; Fall 1987.**
- **Fulbright Research/Principal Investigator; Cruises/trips to various coral reefs around the Yucatan Peninsula to study molluscan ecology and distribution: Puerto Morelos barrier reef, Majahual barrier reef, Banco Chinchorro, Alacran Reef, Cayos Arcos, Cayo Arenas, and Triangulos; Gulf of México and Caribbean Sea; Sept. 1985 - Aug. 1986.**
- **Environmental Consultant;  Subdelegacion de Ecologia, SEDUE, Quintana Roo and Calizas Industriales del Carmen, S.A. de C.V. for Cancun Sheraton;  environmental impact discussions, observations, and letter-report concerning land-fill development in Nichupte and Bojorquez Lagoons, Cancun, Quintana Roo, México;  June 1986.**
- **Verification Consultant; Phylum Mollusca; Barry A. Vittor and Assoc., Inc., Mobile, Alabama; specimens from Puerto Rico, Chevron Project and Port Everglades; Feb. 1985.**
- **Environmental Consultant; American Petrofina Company of Texas; preparation of environmental aspects of Plan of Operations for exploratory drilling within Padre Island National Seashore; Sept. 1984.**
- **Environmental Consultant; Sun Exploration and Production Company; field surveys and preparation of environmental surveys for Dunn-McCampbell A-13 drillsite and relocation of Pan-Am road entrance; Sept.  1984.**
- **Principal Investigator; Corpus Christi State University Organized Research Grant on "Seasonal abundance and zonation of intertidal and subtidal infaunal macroinvertebrates on two Texas barrier island sandy beaches"; Sept. 1983 - Aug. 1984.**
- **Environmental Consultant;  "Biological and Ecological Impact of Oil", one part of multi-day workshop on oil spills in Kuwait with National Spill Control school of CCSU for Environmental Protection Council of Kuwait; May 1984.**
- **Environmental Consultant;  Marathon Oil Company, Houston, Tx; marine biological determination of the environmental location of Marathon No. 1 well in State Tract 389, Lower Laguna Madre, Tx;  Dec. 1982.**
- **Principal Investigator:  Corpus Christi State University Organized Research Grant on "Systematics, distribution, and ecology of the Mollusca of Corpus Christi Bay, Texas"; Sept.  1981 - Aug. 1982.**
- **Environmental Consultant; Henderson Oil Company (through Ernest B. Rubsamen, Jr. and Assoc., Inc., Corpus Christi, Tx); preparation of environmental aspects of Plan of Operations for exploratory drilling within Padre Island National Seashore; Aug. 1981.**
- **Submerged Bank Consultant; Dive Participant; BLM, New Orleans Office, survey cruise of Sebree Bank and several South Texas OCS offshore platforms; Aug. 1981.**
- **Environmental Consultant; Corpus Christi Oil and Gas Company, Corpus Christi, Tx; preparation of environmental aspects of Plan of Operations for exploratory drilling within Padre Island National Seashore; July 1981.**
- **Principal Investigator; Mobile District, Corps of Engineers, Contract No. DACW01-81-M-9931; "Impact Assessment of the Fate of Effect of a Brine Spill into a Freshwater Environment" (Tallahala Creek Lake, Mississippi); Mar. - May 1981.**
- **Expert Witness/Consultant; McGinnis, Lockridge, and Kilgore (Attorneys at Law) and South Padre Investment Company; marine biological determination of shoreline position of S. Padre Island wind-tidal flats adjacent to the Laguna Madre; Apr. - Nov. 1980.**
- **Principal Investigator; NOAA, Contract No., NA79RAA04886; Laboratory analysis of pre and postspill (IXTOC I) nearshore benthic faunal samples taken by Coastal Ecosystems Company on barrier island beaches of South Texas; Oct. 1979.**
- **Principal Investigator; NOAA, Contract No. NA80RAA94222; Postspill (IXTOC I) sampling of nearshore benthic fauna of Padre and Mustang Islands, Texas; Sept. 1979.**
- **Principal Investigator; NOAA, Contract No. NA79RAA4226; Mustang/Padre Island prespill (IXTOC I) beach sampling; Aug. 1979.**
- **Principal Investigator; NOAA, Contract No. 79RAC00136; Local Scientific Advisor to NOAA concerning Mexican Oil Spill impacting the Texas coastline; Aug. - Dec. 1979.**
- **Consultant to Research Planning Institute, Columbia, South Carolina; field work on Vulnerability Index of S. Texas coast prior to impact by IXTOC I oil spill; Jul. - Aug. 1979.**
- **Consultant on coral reef ecology, dive coordinator, and underwater photographer for Hazelton Environmental Sciences, Chicago, Illinois; Persian Gulf Study of deballasting effects on local marine environments near Jebel Dhanna, Abu Dahbi, United Arab Emirates, for Abu Dahbi Petroleum Company; Sept. 1979.**

- **Principal Investigator; Mobile District, Corps of Engineers, Contract No. DACW01-78-C0211; Impact Assessment of Oil Production at Tallahala Creek Lake, Mississippi; 1978-79.**
- **Verification Consultant; Phylum Mollusca; Southwest Research Institute in BLM Central Gulf Project; 1978-79.**
- **Environmental Systems Consultant and Lecturer; National Spill Control School, Corpus Christi State University, 1977-Present.**
- **Principal Investigator; The Society of Sigma Xi Grant; 1973-1974; Systematics, distribution and ecology of reef and bank associated molluscs in the Western Gulf of México.**
- **Principal Investigator; Texas A&M University Organized Research Fund Grant No. 15600 for 1973-74 (Harold W. Harry, Advisor); Systematics distribution and ecology of reef and bank associated molluscs in the Western Gulf of México.**
- **Graduate Research Assistant; Flower Gardens Ocean Research Center Mission 72-1023-12; R/V *Miss Freeport* to West Flower**

4

Garden Bank; Northwestern Gulf of México; Oct. 1972.
- Research Assistant; University of Miami; Institute of Marine Science R/V <u>Gerda</u> Cruise 7121 to the Bahama Islands; Aug. - Sept. 1971.
- Biological Lab Assistant; Sixth U.S. Army Medical Laboratory; Microbiology Section (TB culture, parasitology, mycology, meningitis research) Ft. Baker, Sausalito, CA; Sept. 1969 - May 1971.
- Principal Investigator; Texas A&I University Faculty Research Grants; Nos. 449-G-68 for 1967-68 and 449-469 for 1968-69; Mollusca of Seven and One-Half Fathom Reef (M.S. Thesis). (Allan H. Chaney, Advisor).

## Grants:

1. Water quality sampling in South Texas bays & lagoons, Texas Water Development Board, 9/84 - 8/85, $24,500.
2. Preparation of sediment samples for chemical analysis, U.S. Geological Survey, 11/84 - 6/85, $750.
3. Point source toxic discharge in South Texas waters, USFWS-Ecological Services, 10/86 - 10/88, $17,000.
4. Evaluation of mitigation projects in South Texas coastal areas, USFWS-Ecological Services, 10/86 - 10/87, $10,000.
5. Evaluation of human impact to colonial waterbirds on spoil islands along the South Texas coast, USFWS-Ecological Services, 10/87 - 10/88, $17,000.
6. Ecological characterization and historical vegetative changes in the Blind Oso of Oso Bay, Corpus Christi, Texas, USFWS Ecological Services, 9/90 - 10/92, $20,000.
7. Wetlands restoration, creation, and enhancement on private lands via the North American Waterfowl Management Plan and Farm Bill Act: South Texas Coastal Area, USFWS-Ecological Services, 10/88 - 10/89, $17,000.
8. Wetlands restoration, creation, and enhancement on private lands via the North American Waterfowl Management Plan and Farm Bill Act: South Texas Coastal Area, USFWS-Ecological Services, 10/89 - 10/90, $18,000.
9. Wetlands restoration, creation, and enhancement on private lands via the North American Waterfowl Management Plan and Farm Bill Act: So. Texas Coastal Area, USFWS-Ecological Services, 10/90 - 10/91, $18,000.
10. Wetlands restoration, creation, and enhancement on private lands via the North American Waterfowl Management Plan (including Farm Pond Program and Adopt-A-Wetland Program), USFWS-Ecological Services, 10/91 -10/92, $18,000, (written with N. Kelley).
11. Fire ant predation on colonial waterbirds on spoil islands, along the central and south Texas coast, USFWS-Ecological Services, 10/91 - 10/92, $18,000.
12. Habitat enhancement via mitigation to the Blind Oso Bay, City of Corpus Christi, 4/91 - 12/91, $17,000.
13. Habitat enhancement of a Black Skimmer colony on a public causeway, upper Laguna Madre, U.S. Fish & Wildlife Service-Ecological Services, 10/91 - 10/92, $12,000.
14. Literature review and museum feather sample search for impacts to colonial waterbirds due to mercury contamination on Lavaca Bay, USFWS-Ecological Services, 10/91 - 10/92, $34,000.
15. Exxon pipeline oil spill project, Texas General Land Office., 9/92 - 8/95, $225,000.
16. Lavaca Bay colonial waterbirds, USFWS-Ecological Services, 10/92 - 4/93, $10,200.
17. Seagrass epiphytes project, Redhead Duck project, sediment contaminants project, seagrass distribution project, USFWS-National Wetlands Research Center and NFCRC, (now, National Biological Service), 1987-1994, $30,000-$40,000/yr.
18. Distribution and abundance of benthic invertebrates on gulf sandy beaches, Padre Island National Seashore, 9/92 -12/93, $19,000.
19. Ecological characterization of Quintana Roo coral reef system, Texas A&M University Sea Grant Program, 9/91 - 8/93, $20,000.
20. Fisheries resources & monitoring Project, USFWS-Ecological Services, 9/92 - 10/93, $15,000.
21. Fisheries resources and monitoring project, USFWS-Fishery Resource Office, 10/93 - 10/94, $32,000.
22. The invasive biology of the edible brown mussel, *Perna perna*, Texas A&M University Sea Grant Program, 9/93 -8/95, $50,000.
23. Pen culture research and operation in the Gulf of México-1, MNE, Inc., 6/93 - 6/94, $14,588.
24. Pen culture research and operation in the Gulf of México-2, MNE, Inc, 9/93 - 8/94, $16,658.
25. Pen culture research and operation in the Gulf of Mexico 3, MNE, Inc., 3/95-8/95, $7,575.
26. Study of the aquatic macro-invertebrates of the Madd Island Wildlife Management Area, Texas Parks and Wildlife Department, 5/94 - 8/94, $18,000.
27. Status and trends of Living Resources of Corpus Christi Bay National Estuary Program, CCBNEP (TNRCC/EPN), 9/94-8/95, $100,000.
28. Kemp's ridley sea turtle project, USFWS-Fishery Resource Office, 4/94 - 4/95, $10,000.
29. Kemp's ridley turtle, Rancho Nuevo project, USFWS-Fishery Resource Office, 10/94-7/95, $8,000.
30. Salinity and temperature tolerances of *Perna perna*, Texas A&M University Sea Grant Program, 9/95-8/97, $98,000.
31. Benthic comparison north and south of JFK Causeway, Texas Department of Transportation, 10/94-4/95, $29,308.
32. *Berge Banker* benthic impact on Padre Island National Seashore, Eastham, Watson, Dale, & Forney, L.L.P., 3/95-8/95, $7,445.
33. Seagrass and contaminants studies, National Biological Service, 1994-1995, $48,180.
34. Study to collect baseline information for Texas Coastal Wildlife Refuges, USFWS-Fisheries Resource Office, 8/94-7/95, $22,500.
35. Effects of freshwater diversion on invertebrates of Mad Island Wildlife Management Area, Texas Parks and Wildlife Department, 5/94-8/95, $26,511.
36. Adopt-A-Wetland Program, Educational Grants, U.S. Environmental Protection Agency, 10/91 - 10/92, $20,000, (written with N. Kelley).
37. Adopt-A-Wetland Program, U.S. Environmental Protection Agency, 9/92 - 10/93, $20,000, (written with N. Kelley).
38. Adopt-A-Wetland Program, U.S. Environmental Protection Agency, 11/93-10/94, $18,000, (written with N. Kelley).
39. Adopt-A-Wetland Program, Wray Trust Foundation, 10/92 - 10/93, $2,500, (written with N. Kelley).
40. Adopt-A-Wetland Program, Wray Trust Foundation, 10/93 - 10/94, $1,000, (written with N. Kelley).
41. Adopt-A-Wetland Program, TEEAC, 9/93 - 10/94, $250, (written with N. Kelley).
42. Adopt-A-Wetland Program, Texas Parks & Wildlife Department, 9/92 - 10/93, $35,190, (written with N. Kelley).
43. Adopt-A-Wetland Program, Texas Parks and Wildlife Department, 9/93 - 10/94, $47,219, (written with N. Kelley).
44. Adopt-A-Wetland Program, Texas Parks and Wildlife Department, 11/94-10/95, $49,339 (written with N. Kelley)
45. Adopt-A-Wetland Program, Texas Parks and Wildlife Department, 11/95-10/96, $50,000.

46. **Adopt-A-Wetland Program, Texas Parks and Wildlife Department, 8/97-8/98, $40,000 (written with R. Smith).**
47. **Adopt-A-Wetland Program, USFWS-Ecological Services, 9/92 - 10/93. $8,000, (written with N. Kelley).**
48. **Adopt-A-Wetland Program, USFWS-Ecological Services, 9/93 - 10/94, $10,000, (written with N. Kelley).**
49. **Adopt-A-Wetland Program, USFWS-Ecological Services, 11/94-11/95, $1,235 (written with N. Kelley).**
50. **Adopt-A-Wetland Program, USFWS-Ecological Services, 10/96-12/96, $4,000 (written with R. Smith).**
51. **Adopt-A-Wetland Program, USFWS-Ecological Services, 1/97-9/97, $5,000 (written with R. Smith).**
52. **Adopt-A-Wetland Program, National Fish and Wildlife Foundation, 11/94-10/95, $8,500 (written with N. Kelley).**
53. **Adopt-A-Wetland Program, Phillips Petroleum Foundation, 11/94-10/95, $8,500 (written with N. Kelley).**
54. **Aquatic systems located within Brazoria National Wildlife Refuge, USFWS-Fisheries Resource Office, 4/95-12/95, $17,000.**
55. **Critical habitat of Whooping Cranes, USFWS-Aransas National Wildlife Refuge, 5/95-8/96, $8,000.**
56. **Critical habitat of Whooping Cranes, U.S. Army Corps of Engineers, 5/95-8/96, $10,000.**
57. **Comparison of benthic and nektonic communities between created and natural marshes, U.S. Environmental Protection Agency, 5/95-9/96, $20,232.**
58. **Effects of freshwater diversion on invertebrates of Mad Island Wildlife Management Area, Texas Parks and Wildlife Department, 9/95-8/96, $21,383.**
59. **Distribution of *Perna perna* in Texas bays, USFWS-Fisheries Resource Office, 8/95-10/96, $22,000.**
60. **Mitigation monitoring of a 200 acre wetlands creation site in the Nueces River Delta, USFWS-Ecological Services, 10/89 - 10/90, $18,000.**
61. **Mitigation monitoring of a 200 acre wetlands creation site in the Nueces River Delta (2 yrs) USFWS-Ecological Services/COE, 9/90 - 10/92, $18,000.**
62. **Mitigation monitoring of a 200 acre wetlands creation site in the Nueces River Delta, USFWS-Ecological Services, 10/92 - 10/93, $18,000.**
63. **Mitigation monitoring of a 200 acre wetlands creation site in the Nueces River Delta, USFWS-Ecological Service/COE, 10/93 - 10/94, $27,000.**
64. **Mitigation monitoring of a 200-acre wetland site in the Nueces River Delta, U.S. Army Corps of Engineers, 11/94-10/95, $27,507.**
65. **Nueces River Delta Mitigation Monitoring Project-two month support, Corpus Christi Bend Bays Foundation, 9/95-10/95, $1,740.**
66. **Mitigation monitoring of a 200-acre wetland site in the Nueces River Delta, US Army Corps of Engineers, 11/95-10/96, $29,000.**
67. **Nueces River Delta Mitigation Monitoring Project-Year 8, U.S. Corps of Engineers/ Texas Agricultural Extension Service, 8/97-9/98, $29,877.**
68. **The Benthic, nektonic and epifaunal invertebrates of the Mad Island WMA:  A study of the effects of freshwater diversion - a one-year extension, Texas Parks and Wildlife Department, 9/96-8/97, $7,000.**
69. **Physiological tolerances and nonchemical control strategies for the recently introduced macrofouling brown mussel *Perna perna*, Texas A&M College Sea Grant Program, 9/97-2/98, $46,746.**
70. **Species-habitat checklist, Corpus Christi Bay National Estuary Program, 9/96-8/97, $30,000.**
71. **Identification of natural and human related alternations of tide flats, Corpus Christi Bay National Estuary Program/Texas Natural Resources Conservation Commission, 9/96-8/97, $40,000 (written with K. Withers).**
72. **Long-term monitoring at the East and West flower garden banks, Dept. of Interior-Minerals Management Service, 8/96-8/98, $94,752 (written with Q. Dokken).**
73. **National Biological Service space agreement, U.S. National Biological Service-Midwest Science Center, 10/96-9/97, $22,140.**
74. **A regional environmental assessment of changes in surface water flow patterns for the State of Tabasco, México, Petroleum Institute of México.  11/96-5/97, $208,662 (written with A. Rodriguez).**
75. **Allison wastewater treatment diversion project, Port of Corpus Christi, 10/96-3/98, $15,000.**
76. **Interagency Student Coop Agreement; Texas General Land Office, 4/97-8/98, $57,475.**
77. **Environmental impact and recovery of the Exxon Pipeline oil spill and burn site, upper Copano Bay, Texas, American Petroleum Institute/Texas General Land Office, 4/97-3/98, $50,000.**
78. **Ecological influence of treated wastewater diversions of delta habitats in a semiarid climate:  Nueces Estuary, Texas, City of Corpus Christi, 9/97-8/98, $14,850 (written with B. Nicolau).**
79. **National Biological Service Agreement, USGS-Marine Ecotoxicology Research Station, 10/97-9/98, $22,140.**
80. **U.S. Fish and Wildlife Student Cooperative Program, USFWS-Ecological Services, 10/97-9/99, $36,300.**
81. **U.S. Fish and Wildlife Cooperative Program, USFWS, 3/98-8/99, $57,600.**
82. **Fishery Resource Office Student Cooperative Program, USFWS-Fishery Resource Office, 11/97-5/99, $14,000.**
83. **Seagrass and canal issues for the Tropic Isle Homeowner's Association, Tropic Isles Homeowner's Association, 2/98-3/98, $4,192.**
84. **Physiological tolerances and nonchemical control strategies for the recently introduced macrofouling brown mussel *Perna perna*, Texas A&M Sea Grant College Program, 9/97-2/98, $16,275.**
85. **Development of an Efficient Closed Cycle Shrimp Pond System, Texas A&M Sea Grant College Program, 1/98-12/98, $29,308.**
86. **The Nueces River Authority Coop Agreement, Nueces River Authority, 5/98-5/99, $12,000.**
87. **Habitat Evaluation/Restoration Study Along Service Lands in the Lower Rio Grande Ecosystem, U.S. Fish & Wildlife Service, 6/98-9/98, $9,000.**
88. **The Nature Conservancy – Laguna Madre, The Nature Conservancy, 6/98-4/99, $30,000.**
89. **East and West Flower Garden Banks – Long Term Monitoring, Minerals Management Service, 9/98-8/2000, $92,995 (with Q.R. Dokken).**
90. **Long Term Monitoring at the East and West Flower Garden Banks, Minerals Management Service, 6/99-5/00, $65,734 (with Q.R. Dokken).**
91. **Long Term Monitoring at the East and West Flower Garden Banks, Minerals Management Service, 6/00-5/01, $66,049 (with Q.R. Dokken).**
92. **NRA Cooperative Agreement, Nueces River Authority, 4/99-3/2000, $12,000.**
93. **Texas Parks and Wildlife Foundation Library Catalog Program, Texas Parks and Wildlife Department, 7/99-5/200, $9,000.**
94. **Seagrass Habitat Restoration Project, Texas Parks & Wildlife Department, 8/99-8/2000, $46,000.**
95. **The Laguna Madre of Texas and México, The Nature Conservancy of Texas, 5/99 - 9/99, $6,000 extension.**
96. **Study of the dominant seagrass species in upper Laguna Madre, *Halodule wrightii*, Department of Interior, U.S. Geological Survey,**

5/99-11/99, $7,057.

97. Ecological Influence of treated wastewater on Delta habitats in Semiarid Climate, Nueces Delta, Texas:  Year 3, City of Corpus Christi, 10/99-9/00, $55,500.
98. CBBEP Phase II Lab Analysis, Coastal Bend Bays and Estuaries Program, 9/00-8/01, $100,000.
99. CBBEP Phase III Water Quality Study, Coastal Bend Bays and Estuaries Program, 9/00-8/01. $135,000.
100. CBBEP Project Assessment, Coastal Bend Bays and Estuaries Program, 9/01-8/02.  $7,115.
101. U.S. Naval Toxicity, US Geological Survey, 10/01-9/02, $100,000.
102. NRA Cooperative Agreement, Nueces River Authority, 4/00-3/01, $12,000.
103. NRA Cooperative Agreement, Nueces River Authority, 4/01-3/02, $12,000.
104. NRA Cooperative Agreement, Nueces River Authority, 3/05-2/10, $60,000.
105. NRA Cooperative Agreement, Nueces River Authority, 3/03-2/05, $24,000.
106. TGLO Cooperative Program, Texas General Land Office, 9/98-8/99, $62,331.
107. TGLO Cooperative Program, Texas General Land Office, 9/99-8/00, $36,300.
108. TGLO Cooperative Program, Texas General Land Office, 9/00-8/01, $36,300.
109. TGLO Cooperative Program, Texas General Land Office, 9/01-8/03, $72,600.
110. TGLO Cooperative Program, Texas General Land Office, 9/03-8/04, $36,000.
111. TGLO Cooperative Program, Texas General Land Office, 9/04-8/05, $36,300.
112. TGLO Cooperative Program, Texas General Land Office, 2006-2007, $72,600.
113. TGLO Cooperative Program, Texas General Land Office, 9/07 – 8/08, $36,300.
114. USGS Cooperative Agreement, Department of Interior, U.S. Geological Survey, 10/98-9/99, $22,140.
115. USGS Cooperative Agreement, U.S. Dept. of Interior, US Geological Survey, 10/99-9/00, $25,000.
116. USGS Cooperative Agreement, U.S. Dept. of Interior, US Geological Survey, 10/00-9/01, $26,250.
117. USGS Cooperative Agreement, U.S. Dept. of Interior, US Geological Survey, 10/01-9/02, $27,500.
118. USGS Cooperative Agreement, U.S. Dept. of Interior, US Geological Survey, 10/02-9/03, $28,500.
119. USGS Cooperative Agreement, U.S. Dept. of Interior, US Geological Survey, 10/03-9/04, $30,000.
120. USGS Cooperative Agreement, U.S. Dept. of Interior, US Geological Survey, 10/04-9/09, $150,000.
121. HRI, Biodiversity of the Gulf of Mexico and Bulletin 89: 50-year Update (7 volumes on the current knowledge of Gulf of Mexico), 2003-2007, $200,000, Co-PI J. W. Tunnell, Jr. (with Darryl Felder and Sylvia Earle).
122. CBBEP, GBEP, HRI, TGLO, and Texas Sea Grant College Program; Environmental and Coastal Law, 2004, $15,000.
123. EPA, National Coastal Assessment for South Texas benthic analysis, 9/04-8/05, $16,000, Co-PI J. W. Tunnell, Jr.
   (with Kim Withers).
124. Texas Excellence Fund, Texas coastal research development, 9/04-8/05, $27,000, Co-PI J. W. Tunnell, Jr.  (with Kim Withers, Liz Smith, and Marion Nipper).
125. Texas Excellence Fund, Coastal and Marine Systems Studies, 06/05-08/05, $24,000, Co-PI J. W. Tunnell, Jr. (with M. Nipper, E. Smith, and K. Withers).
126. Proyecto Costa Noroccidental: Project of the Northwest Coast-A Comprehensive Research and Conservation Program for Cuba's Gulf of Mexico Coast, The Bay Foundation and The Josephine Bay Paul and C. Michael Paul Foundation, 05/05-05/06 $110,100 (with D. Guggenheim and F. Bretos).
127. Expedition to South Texas Submerged Banks, Harte Research Institute, 09/06 – 10/06, $50,000, PI J. W. Tunnell, Jr., Chief Scientist Proyecto Costa Noroccidental: Project of the Northwest Coast-A Comprehensive Research and Conservation Program for Cuba's Gulf of Mexico Coast, The Bay and Paul Foundations, 05/07-05/08, $100,000 (with D. Guggenheim and F. Bretos).
128. NOAA, Effects of globally transported African dust to Caribbean marine ecosystems, 2/05-1/06, 47,529 (with Marion Nipper and Scott Carr).
129. NOAA, Environmental Cooperative Science Center, $12.5 million for five years (2006-2011) Larry Robinson, PI at Florida A&M University, $175,000 per year to J.W. Tunnell as Co-PI.
130. NOSB, National Ocean Sciences Bowl, 2006, $15,000.
131. NOSB, National Ocean Sciences Bowl 2007, $15,000.
132. Marine Ventures Foundation, Cuba Research Program, 2006, $10,000 per year.
133. Marine Ventures Foundation, Cuba Research Program,, 2007, $10,000 per year.
134. Northwest Cuba Project, Reynolds Foundation, 2007-2008, $35,000, J.W. Tunnell, Jr. with David Guggenheim.
135. Northwest Cuba Project, Bay Paul Foundation, 2007-2010, $100,000, J.W. Tunnell, Jr. with David Guggenheim.
136. Teacher and student marine science workshops and training, Corpus Christi ISD – T-STEM Innovation Academy for Environmental, Engineering, and Marine Science, 2007-2008, $43,100, PI John W. Tunnell, Co-PI Suraida Nañez-James.
137. Laguna Outreach Project, Corpus Christi ISD – T-STEM Innovation Academy for Environmental, Engineering, and Marine Science, 2007-2008, $29,880, PI John W. Tunnell, Co-PI Suraida Nañez-James
138. Summer High School Internship Program (SHIP), Coastal Bend Community Foundation, Summer 2008, $5,500, PI John W. Tunnell, Co-PI Sandra Arismendez, Co-PI Suraida Nañez-James.
139. CCISD, STEM funding for HRI education-outreach, multi-year funding from 2008-2011, $38,800, PI J.W. Tunnell, Jr.
140. National Ocean Science Bowl (NOSB), Consortium for Oceanographic Research and Education (CORE), 2008, $15,000; 2007 $15,000; 2006, $15,000; 2005, $15,000, Other sponsors: CCS, HRI, CBBEP, GOMF, 2008 ~$15,000, PI John W. Tunnell
141. NOAA Environmental Cooperative Science Center, $785,000 (2007- 2011), Co-PI J. W. Tunnell, Jr. (with Florida A&M University and five others)
142. Phase II – Biodiversity of the Gulf of Mexico, NOAA, 2008, $27,000, PI J. W. Tunnell, Jr.
143. Phase II – Biodiversity of the Gulf of Mexico, Sloan Foundation, 2008-2009, $45,000, PI J. W. Tunnell, Jr.
144. South Texas Bank Exploratory Studies, Texas Research Development Fund, 2008-2009, $32,461, PI J.W. Tunnell, Jr.
145. Gulf of Mexico Biodiversity Informatics, Texas Research Development Fund, 2009-2011, PI J.W. Tunnell, Jr.
146. Biodiversity of the Gulf of Mexico books to Gulf of Mexico labs, Consortium for Ocean Leadership (Census of Marine Life), 2010, $3000, PI J.W. Tunnell, Jr.
147. Multibeam Mapping and Scientific Diving on South Texas Banks, Texas Research Development Fund, 2010-2011, $12,000, PI J.W. Tunnell, Jr.

148. **Biodiversity of the Gulf of Mexico Database to GulfBase, Northern Gulf Institute/Gulf Research Initiative, 2010-2011, $100,000, PI J.W. Tunnell, Jr.**
149. **Biodiversity of the Gulf of Mexico Database to GulfBase, Sloan Foundation, 2010-2011, $100,000, PI J.W. Tunnell, Jr.**
150. **Detection, Response, and Diplomacy of the Invasive Lion Fish in Coastal Waters of Cuba, Lounsbery Foundation, 2011-2012, $75,000, PI J.W. Tunnell, Jr.**
151. **Development of a Gulf of Mexico Ecosystem Report Card Prototype, Walton Family Foundation, 2011, J.W. Tunnell, Jr. Co-PI with L.D. McKinney.**
152. **Environmental Cooperative Science Center, NOAA, 2011-2016, $2.5 million to TAMU-CC of $15 million total for five years, Lead Co-PI for TAMU-CC campus for Florida A&M University (Lead campus) J.W. Tunnell, Jr.**

## Field Work (chronological listing):

- **Sandy beaches and coastal lagoons, state of Tamaulipas, México (primarily Washington Beach, Mesquital, and La Pesca), Nov. 1965, Mar. 1966, Jan. 1967, Feb. 1968, Jan. 1969, Oct. 1974, Mar. 1981, Sept. 1982, Mar. 1984, Mar. 1988, Mar. - Apr. 1990, Mar. 1991, May 1991, Mar. 1992, March 1993, June 1995 (Rancho Nuevo).**
- **Barra de Navidad, Manzanillo, México, Summer 1967.**
- **Seven and One-Half Fathom Reef, Texas, 1967-1969 (Master's Thesis). Oct. 2006.**
- **Northern California Coast, 1969-1971.**
- **East and West Coasts of Northern Baja, México, Oct. 1970.**
- **Coral reefs of Abaco, New Providence and Andros Islands, Bahama Islands, Aug. - Sept. 1971.**
- **Coral reefs and platforms in Dry Tortugas, Florida, Sept. 1971.**
- **Submerged banks and ridges off West Coast of Florida and Florida Keys, 1971-72.**
- **West Flower Garden bank, Northeastern Gulf of México, 1971.**
- **Coral reefs off East Coast of México, State of Veracruz, May - Jun. 1973 (Ph.D. dissertation on coral reef molluscs).**
- **Lobos Reef, Veracruz, México, June. 1976, 1977.**
- **Rocky and sandy seashores, state of Veracruz, México, Aug. 1976; Jan. 1976; Oct. 1977, 1979, 1981, 1983; Nov. 1986, 1993. Oct.-Nov. 1990.**
- **Molluscs of rocky seashore. Punta Delgado, Veracruz, México, Mar. 1977.**
- **Enmedio Reef, Veracruz, México, Jun. 1978, 1979, 1980, 1983, 1984, 1985, 1987, 1988, 1989, 1990, 1991, 1993, 2010; Jan. 1979; Aug. 1980, 1983; Sept. 2002. Oct. 1977, 1979, 1981, 1983, 1986, 1987; Nov. 2010.**
- **Mapping of Lower Laguna Madre, Texas, Jul. - Aug. 1979.**
- **Nearshore beaches, benthos, and coral reefs in southern Persian Gulf, Abu Dahbi, United Arab Emirates, Sept. 1979.**
- **Wind tidal flats, South Padre Island, Texas, Apr. - Nov. 1980.**
- **Wind tidal flats, Kenedy County, Land cut area, Jul. 1987 -1995.**
- **Beaches, Bay of Campeche and west, north, and east coast of Yucatan Peninsula, Jul. - Aug. 1980.**
- **Sebree Bank and several offshore platforms, South Texas Outer Continental Shelf, Aug. 1981.**
- **Tahiti, Moorea, Rangiroa Atoll, French Polynesia, coral reef trips associated with Fifth International Coral Reef Congress, May - Jun. 1985.**
- **Coral reefs of Yucatan Peninsula, México:  Puerto Morelos, Sept. 1985; Banco Chinchorro, Nov. - Dec. 1985; Alacran, Jan., Jul. 1986; Cayo Arenas, Mar. 1986; Cayos Arcas, Apr. 1986; Triangulos, May 1986.**
- **Reefs, beaches, shorelines, lagoons Yucatan Peninsula, various times between Sept. 1985 - Jul. 1986 (lived in northern Yucatan on Fulbright Scholarship).**
- **Lived on beach/lagoon system of Chicxulub Puerto, northwestern Yucatan state, México from late Aug. 1985 through June. 1986. Conducted various beach and lagoon surveys, collected molluscs, and took photographs throughout entire period of time.**
- **Nichupte and Bojorquez lagoons, Cancun, Quintana Roo, México, Jul. 1986.**
- **Barrier islands, estuaries, and Gulf of México adjacent to Texas Coastal Bend, Sept. 1974-Present.**
- **East Flower Garden Bank, Northwestern Gulf of México, Aug. 1987.**
- **Quintana Roo, México, coastal environments (Puerto Aventuras), Dec. 1987.**
- **Heron Island, Great Barrier Reef, Queensland, Australia, Aug. 1988.**
- **Quintana Roo, México, nearshore marine environments (CALICA), Sept., Oct. 1988.**
- **Cozumel Island, Quintana Roo, México, coral reefs, Sept. 1989.**
- **Quintana Roo, México, coastal, nearshore, and coral reef environments (Kantenah), Feb. 1990.**
- **Banco Chinchorro, Caribbean Sea, Quintana Roo, México, coral reef investigation, Jul-Aug. 1991.**
- **Guam and Palau, Pacific Ocean, coral reef field trips, Jul. 1994.**
- **Quintana Roo, México, coral reef/coastal ecological characterization, Sea Grant Project at El Placér, May 1992, Oct. 1992.**
- **Quintana Roo, México, coral reefs and coastal communities in Sian Ka'an Biosphere Reserve Mar., May, June 1994, May 1996, May 1997, May 1998, May and August 1999, May 2000, May 2001, May 2002, May 2003, May 2004, May 2005, June 2006, May 2007.**
- **Coral reefs of Bonaire and Curacao, Netherland Antilles, July 1996.**
- **Flower Garden Banks, Northwestern Gulf of México, Sept. 1997; and Stetson, Aug. 2006.**
- **Laguna Madre de Tamaulipas, Jan. 1999.**
- **Bali, Indonesia, Oct. 2000.**
- **Veracruz Coral Reef System, Southwestern Gulf of Mexico, Sept.-Aug. 2002.**
- **Kerama Islands, Akajima Island, Okinawa, Japan, coral reefs, July 2004.**
- **Pully Ridge, Southwest Florida, July 2006**
- **South Texas Banks, July 2009**

## Invited Papers/Presentations:

1. Submerged bank and coral reef molluscs of the Western Gulf of México; Symposium on - Molluscs of the Gulf of Mexico; American Malacological Union, 45th Annual Meeting; Corpus Christi, Texas; 5-11 Aug. 1979.
2. Impact of IXTOC oil on intertidal and shallow subtidal infauna of the south Texas coast; Symposium on The Environmental Effects of the México Oil Spill; Texas Academy of Sciences, 83rd Annual Meeting; Corpus Christi, Texas; 6-8 Mar. 1980.
3. Environmental effects of IXTOC I oil spill on south Texas barrier island beaches; Second Annual Southwestern Spill Conference; Padre Island, Texas; 24-26 Mar. 1980.
4. Observations on IXTOC I oil impact on southwestern Gulf of México coral reefs(with Q.R. Dokken); Congreso sobre Problemas Ambientales de Mexico; México City, Mexico; 8-12 Dec. 1980.
5. Environmental effects of IXTOC I oil spill on south Texas barrier island beaches (with B.R. Chapman); Congreso sobre Problemas Ambientales de México; México City; 8-12 Dec. 1980,
6. Environmental impact of IXTOC I oil spill on south Texas sandy beaches; Infauna and shorebirds; Simposio Internacional IXTOC I (with B.R. Chapman, M.E. Kindinger, Q.R. Dokken); México; México City; 2-5 Jun. 1982.
7. IXTOC oil in the seagrass beds surrounding Isla de Media (with B.J. Baca, T.M. Schmidt); Simposio Internacional IXTOC I México; México City; 2-5 Jun. 1982.
8. Biological lines along the gulf coast; Symposium on Coastal Boundaries; Corpus Christi, Texas; 22-23 July 1987.
9. Current status of Texas bays and estuaries; Texas Environmental Coalition Assembly; Houston, Texas; 18 July 1992.
10. Arrecifes coralinos del sureste de Quintana Roo; Instituto Technologico de Chetumal; Chetumal, Quintana Roo, México; 24 July 1993.
11. Coral reef mollusks of the southern Gulf of México; Conchologists of America Convention; Corpus Christi, Texas; 18 July 1994.
12. Evaluation of burning as an oil spill cleanup technique in a high marsh community along the South Texas coast; Gulf of México and Caribbean Oil Spills in Coastal Ecosystems: Assessing Effects, Natural Recovery, and Progress in Remediation Research (with B. Hardegree and D.W. Hicks); New Orleans, Louisiana; 14-15 July 1994.
13. A look at priority problems - condition of living resources; CCBNEP All-Conference Workshop; Corpus Christi, Texas; 4 February 1995.
14. Habitats of the Corpus Christi Bay National Estuary Program; The 3rd Gulf of México Symposium; Corpus Christi, Texas; 29 March-1 April 1995.
15. Wonders Under the Sea - Mangrove Forests; Public Television Program via Texas State Aquarium; Nov. 1995.
16. Coral reefs of the southern Gulf of México; Conference for the Advancement of Science Teaching; Corpus Christi, Texas; 10 Nov. 1995.
17. Resources of the Gulf of México; Philosophical Society of Texas; Corpus Christi, Texas; 1-3 Dec. 1995.
18. Coral reef biodiversity in the southern Gulf of México; Texas Branch Annual Meeting, American Society of Microbiologists; Corpus Christi, Texas; 7 Dec. 1995.
19. Coral reefs of the southern Gulf of México-natural resources and environmental impacts; Phi Sigma Seminar, the University of Texas at Arlington; Arlington, Texas; 19 November 1996.
20. Studies conducted by the Center for Coastal Studies; Southeast Consortium for Ocean Research (SECOR); New Orleans, Louisiana; 21 April 1997.
21. The Texas coast - The environment as the economy; Leadership Texas 1997 Annual Conference; Corpus Christi, Texas; 7 August 1997.

22. Coral reefs of the southern Gulf of México-resources and impacts; the British Museum of Natural History; London England; 8 April 1998.
23. Coral reefs of the southern Gulf of México-resources and impacts; University of Texas at Brownsville; 1 March 1999.
24. Laguna Madre Compendium; Education Days '99 Bi-National Conference; Texas Center for Policy Studies; Ft. Brown Resort at Brownsville; 10 December 1999.
    Southern Gulf of México coral reefs: resources and impacts; Gulf of México Symposium 2000; Mobile, Alabama; 9-12 April 2000.
25. Laguna Madre Compendium; Bi-National Laguna Madre Region Economic and Natural Resource Symposium; Texas Center for Policy Studies; So. Padre Island, Texas; 14 April 2000.
26. Laguna Madre de Tamaulipas; International Research Symposium on Ecosystem Resiliency and Its Limits (IACERE); Americas Center on Science and Society and the New York Academy of Sciences; New York; 4-8 December 2000.
27. Laguna Madre Compendium; Opportunities for Addressing Human Impacts on the Gulf of México Ecosystem, a Binational Workshop; Pronatura and Texas Center for Policy Studies; Ciudad Victoria, Tamaulipas, México; 7-9 March 2001.
28. Status of introduced marine mussels of the genus *Perna* in the Gulf of México (with David Hicks and Robert McMahon); Symposium on Texas Aquatic Exotics; Ecology, Impacts, Management, and Policy; Texas Academy of Sciences 104th Annual Meeting; San Marcos, Texas; 1-3 March 2001.
29. Arrecifes coralinos del sur del Golfo de México: Recursos e impactos; Seminario de Pesquerias y Biología Marina; CICIMAR, La Paz, Baja California del Sur, México; 13 November 2001.
30. Minorities in Marine Science, panel organizer with Dr. Matt Gilligan in the National Association of Marine Laboratories/Southern Association of Marine Laboratories Annual Meeting; Newport, Oregon; 3-6 October 2001.
31. Harte Research Institute for Gulf of Mexico Studies; Hydrographic Society of America; Houston, Texas; 10 April 2002.
32. Harte Research Institute for Gulf of Mexico Studies; Regional Leaders Forum; George West Texas; 21 March 2002.
33. Harte Research Institute for Gulf of Mexico Studies; Leadership Texas; Corpus Christi, Texas; 15 April 2002.
34. Laguna Madre of Texas and Tamaulipas and Harte Research Institute for Gulf of Mexico Studies; Coastal Bend Chapter, National Audubon Society; Corpus Christi, Texas; 5 March, 2002.
35. Harte Research Institute for Gulf of Mexico Studies; 55th Annual Gulf and Caribbean Fisheries Institute Mexus Gulf Joint Response Team Meeting on the Harte Research Institute; Matamoros, Mexico; 2 February, 2003.
36. Laguna Madre of Texas and Tamaulipas; Seminar, Cesar Kleberg Wildlife Research Institute; Texas A&M University-Kingsville; Kingsville, Texas; 20 February 2003.

37. **The Gulf of Mexico – Past, Present, and Future: A United States, Mexico, and Cuba Collaboration; Environmental Diagnosis of the Gulf of Mexico Workshop; Instituto de Ecologia; Veracruz, Mexico; 20 August, 2003.**

38. **Gulf of Mexico Research, The Sea and coasts:  fundamental elements in social development; 6th Congress on Marine Sciences MarCuba '2003 Conference; Havana, Cuba; 1-5 December 2003.**

39. **Coastal and Ocean Conservation Issues and Harte Research Institute for Gulf of Mexico Studies; TPWD Commission Retreat; Rockport, Texas; (with Dr. Sylvia A. Earle); 14 April 2004.**

40. **International Collaboration for Research in the Gulf of Mexico; Tarpon Tomorrow Conference; Veracruz, Mexico; 8 May 2004.**

41. **Gulf of Mexico Biodiversity; Caribbean Conference on Biodiversity; Census of Marine Life; Isla Margarita, Venezuela; 14-17 June, 2004.**

42. **Biodiversity of the Gulf of Mexico, U.S. National Committee of the Census of Marine Life,  National Geographic Society, Washington, D.C., March 2005.**

43. **Harte Research Institute for Gulf of Mexico Studies; Coastal Coordination Council Meeting of the Texas General Land Office; Texas A&M University-Corpus Christi; Corpus Christi, Texas; September 2005.**

44. **Oceans and Coasts; Second Annual Harvey Weil Conservation Symposium, "Land, Sea, and Coast:  What are the Issues?  Ask the Experts;" Harte Research Institute for Gulf of Mexico Studies; Corpus Christi, Texas; October 2005.**

45. **Biodiversity of the Gulf of Mexico; International Scientific Steering Committee Meeting; Census of Marine Life; Honolulu, Hawaii; February 2006.**

46. **Coral reefs of the southern Gulf of Mexico and Harte Research Institute; Corpus Christi Museum of Science and Natural History; Corpus Christi, Texas; February 2006.**

47. **Marine Protected Area Governance in the Gulf of Mexico; Marine Protected Area Federal Committee Meeting; Corpus Christi, Texas; March 2006.**

48. **Harte Research Institute for Gulf of Mexico Studies and Texas Coastal Issues; Leadership Texas; Harte Research Institute for Gulf of Mexico Studies; Corpus Christi, Texas; April 2006.**

49. **Gulf of Mexico Research; Keynote Speaker for MarCuba 2006 in Havana, Cuba; December 2006.**

50. **NOAA: Census of Marine Life Seminar Series "Making Ocean Life Count – Biodiversity of the Gulf of Mexico"; Washington, D.C.; April 2007.**

51. **IV Congresso Mexicano de Arrecifes de Coral; Presentation of Book *Coral Reefs of the Southern Gulf of Mexico*; La Paz, Baja California Sur; 24-26 October 2007.**

52. **Coral Reefs of the Southern Gulf of Mexico; Mexican Coral Reef Society Annual Meeting; La Paz, Baja California, Mexico; 24-25 Oct. 2007**

53. **Gulf of Mexico Biodiversity Project; Census of Marine Life All-Program Annual Meeting; Auckland, New Zealand; 12-16 Nov. 2007.**

54. **Gulf of Mexico Biodiversity Project; Census of Marine Life Meeting; Universidad Nacional Autonoma de Mexico Workshop; 27-28 Nov. 2007**

55. **Census of Marine Life in Ocean Observing Systems: Opportunities, Synergies, and Connections; Consortium for Ocean Leadership Annual Meeting; Washington, D.C.; 28-29 Feb. 2008.**

56. **The Mexican Component of the Islands in the Stream Concept; A Scientific Forum on the Gulf of Mexico: The Islands in the Stream Concept; Mote Marine Laboratory, Sarasota, Florida; 23 Jan. 2008.**

57. **Harte Research Institute for Gulf of Mexico Studies; Texas Legislative Visit to TAMUCC; 31 Mar. 2008.**

58. **Recent Research on South Texas Topographic Features:  Ecology.  Annual ITM Meeting, Minerals Management Service, New Orleans, Louisiana; 7-9 Jan. 2009 (with D. Weaver and T. Shirley).**

59. **Recent Research on South Texas Topographic Features:  Mapping. Annual ITM Meeting, Minerals Management Service, New Orleans, Louisiana. 7-9 Jan. 2009 (with D. Weaver and T. Shirley).**

60. **Gulf of Mexico LME and HRI – Parallel Thinking; Inception Workshop: Integrated Assessment and Management of the Gulf of Mexico Large Marine Ecosystem; Merida, Yucatan; 24-16 June 2009.**

61. **State of Research in the Gulf of Mexico; ColacMarCuba 2009; Havana, Cuba; 26-30 October 2009.**

62. **Ixtoc Blowout and Oil Spill; University of Houston 2010 Oil Spill Symposium; Houston, Texas; 23 Sept. 2010.**

63. **U. S. National Committee Report, A Decade of Discovery-Census of Marine Life 2010; London, England; 3-6 October 2010.**

64. **Environmental Impacts of Marine Oil Spills: Spatial, Temporal, and Historical Lessons Learned, or Not? (keynote lecture); SAFGOF Oil Spill Symposium; Kotka Maritime Research Center; Kotka, Finland; 16 Nov. 2010.**

65. **Gulf of Mexico Oil Spills: Historically and Spatially (keynote lecture); SYKE Marine Research Center Seminar; Helsinki, Finland; 17 Nov. 2010.**

66. **Gulf of Mexico Oil Spills: A Historical and Spatial Perspective (keynote lecture); Bays and Bayous Symposium 2010; Mobile, Alabama; 1-2 December 2010.**

67. **Deepwater Horizon Oil Spill; Gulf of Mexico Fishery Management Council, Texas Habitat Protection Advisory Panel; Houston, Texas; 8 December 2010.**

68. **Ixtoc I Oil Spill, Plenary Roundtable 3-Impacts, Short-Term and Long-Term; Gulf of Mexico Oil Disaster Symposium, National Council for Science and the Environment; Washington, DC; 19 January 2011.**

69. **International Place-based Protection Strategies and Partnership Panel: Cuba; Beyond the Horizon: A Forum to Discuss a Potential Network of Special Ocean Places to Strengthen the Ecology, Economy, and Culture of the Gulf of Mexico; Mote Marine Laboratory, 11-13 May 2011.**

70. **Impact of Oil Spills on Gulf of Mexico Coral Reefs.  Special Symposium on Roadmap to Restoring the Ecological Health of the Gulf of Mexico after the BP Oil Spill.  SER 2011 World Conference on Ecological Restoration.  Merida, Yucatan. 21-25 August 2011.**

71. **Gulf of Mexico Oil Spills: A Historical Spatial Perspective.  SER-SETAC Symposium: Coastal Oil Spills Before and After the Deepwater Horizon: Integrating Impact and Assessment with Restoration.  Merida, Yucatan.  24-27 August 2011.**

## Contributed Papers (presentations):

1. **Molluscan populations of a submerged reef of Padre Island, Texas; American Malacological Union, 38th Annual Meeting; 9-14 July, 1972; Galveston, Texas.**

2.    A pleurotomariid gastropod from the Northwestern Gulf of México, American Society of Zoologists Annual Meeting; 27-30 Dec., Houston.

3.    Fauna of a submerged bank on the inner continental shelf off the Brazos River, Texas; Texas Academy of Sciences Annual Meeting; 4-5 Mar. 1976.

4.    Coral reef molluscs of the southwestern Gulf of México; American Malacological Union, 43rd Annual Meeting; 10-15 Jul. 1977; Naples, Florida.

5.    Distribution of *Discradisca antillarum* (d' Orbigny, 1846) (Brachiopoda; Inarticulata) in the western Gulf of México; Symposium on South Texas Fauna in honor of Dr. Allan H. Chaney, Texas A&I University, Kingsville, Dec. 1977.

6.    Organized and conducted a symposium of the 1978 Texas Academy of Sciences Lubbock, Texas, 9-11 Mar. 1978. Title - The Organisms and Ecology of Lobos Reef, Veracruz, México.  Gave one paper and co-authored one other:
        a)  Arrecife Lobos, a southwestern Gulf of México Coral Reef
        b)  The molluscs of Lobos Reef (with G.N. Wiley)

7.    Mollusks of the Punta del Morro - Punta Delgada region, Veracruz, México; American Malacological Union, 45th Annual Meeting; 5-11 Aug. 1979; Corpus Christi, Texas (with R.C. Circé and G.N. Wiley).

8.    Mollusks of shelf-edge submarine banks in the northwestern Gulf of México; American Malacological Union, 45th Annual Meeting; 5-11 Aug. 1979; Corpus Christi, Texas (with J.C. Woods).

9.    Effects of IXTOC I oil spill on the intertidal and subtidal infaunal populations along lower Texas coast barrier island beaches; 1981 Oil Spill Conference, 2-5 Mar. 1981; Atlanta, Georgia.

10.   Marine and halophytic communities of the Tamaulipan Biotic Province; International Symposium on the Tamaulipan Biotic Province; 28-30 Oct. 1982; Corpus Christi, Texas.

11.   The distribution and ecology of the molluscs of Corpus Christi Bay, Texas.  Texas Academy of Sciences Annual Meeting, 3-5 Mar. 1983; Nacogdoches, Texas.  (with M.C. Castiglione).

12.   The reptant decapods of Enmedio and Lobos coral reefs, southwestern Gulf of México.  Texas Academy of Sciences Annual Meeting, 3-5 March 1983; Nacogdoches, Texas. (with R.L. Allen).

13.   Echinoderms of Enmedio reef, southwestern Gulf of México. Texas Academy of Sciences Annual Meeting, 3-5 Mar. 1983; Nacogdoches, Texas.  (with D.H. Henkel).

14.   Southwestern Gulf of México coral reefs:  Ten years of teaching and research.  Texas Academy of Sciences Annual Meeting, 15-17 Mar. 1984; San Antonio, Texas.

15.   A new coastal studies center at Corpus Christi State University; Gulf Estuarine Research Society, Fall Meeting, Oct. 1984; Galveston, Texas.

16.   The seasonal abundance and zonation of two species of *Donax* (Bivalvia:  Donacidae)  on two south Texas sandy beaches;  Texas Academy of Sciences Annual Meeting, 14-16 Mar. 1985;  Dallas, Texas.

17.   Environmental stresses of the Veracruz coral reefs (Southwestern Gulf of México);  Fifth International Coral Reef Congress, 27 May-1 Jun. 1985;  Tahiti, French Polynesia.

18.   Importance of polychaetes to penaeid pond culture (Poster); World Mariculture Society Annual Meeting; 18-23 Jan. 1987; Guayaquil, Ecuador (with M.T. Ordner, A.L. Lawrence).

19.   Coral reefs and islands of the Campeche Bank, Southeastern Gulf of México;  Texas Academy of Sciences Annual Meeting;  5-7 Mar. 1987;  Huntsville, Texas.

20.   Distribution of shelf and shelf-edge banks in the northwestern Gulf of México (Poster);  Society of Economic Mineralogists and Paleontologists Fourth Annual Midyear Meeting;  Austin, Texas (with Ron Circe), 20-23 Aug. 1987.

21.   Regional comparison of southwestern Gulf of México to Caribbean Sea coral reefs;  Sixth International Coral Reef Symposium; Townsville, Queensland, Australia, 8-12 Aug. 1988.

22.   Quantitative assessment of an unusually dense octocoral community in the southwestern Gulf of México (Poster); Sixth International Coral Reef Symposium; Townsville, Queensland, Australia (with T. Stinnett and T. Nelson), Aug. 1988.

23.   Species composition and ecological zonation of the sponge fauna of Enmedio Reef, Veracruz, México; Texas Academy of Sciences Annual Meeting; Beaumont, Texas (with T. Nelson), 3-4 Mar. 1989.

24.   The seasonal abundance and zonation of intertidal and subtidal infaunal invertebrates on two Texas barrier island sandy beaches; Texas Academy of Sciences Annual Meeting; Beaumont, Texas (with M.E. Vega), 3-4 Mar. 1989.

25.   Effects of Hurricane Gilbert on the benthic macro infauna of two south Texas barrier island sandy beaches;  Texas Academy of Sciences Annual Meeting;  Beaumont, Texas (with B. Ruth, P. Baker, B. Hardegree, S. Schonberg, and M.E. Vega), 3-4 Mar. 1989.

26.   A survey of fauna associated with oyster reefs in the Corpus Christi Bay, Texas area; Texas Academy of Sciences Annual Meeting; Beaumont, Texas (with A. Drumright), 3-4 Mar. 1989.

27.   A high density-low diversity octocoral community in the southwestern Gulf of México (Poster).  American Academy of Underwater Sciences;  Woods Hole, Mass, 29 Sept. - 1 Oct. 1989.

28.   A comparison of community structures between two forereefs in the southwestern Gulf of México;  Texas Academy of Sciences Annual Meeting;  San Marcos, Texas (with T. Nelson), 2-3 Mar. 1990.

29.   Overview of marine research:  Center for Coastal Studies, CCSU-TAMU; Conference on Marine Research - South Texas Bays and Estuaries; Port Aransas, Texas, Feb. 1990.

30.   Salt marsh creation in the Nueces River Delta, Texas: Establishment of estuarine faunal use; The Coastal Society Twelfth International Conference; San Antonio, Texas (with B. Ruth and T. Grahl), 21-24 Oct. 1990.

31.   Shoreline determination along gently sloping shores:  a multi-disciplinary approach in the Texas Laguna Madre; The Coastal Society Twelfth International Conference; San Antonio, Texas (with R. Watson, B. Lothrup, and S. Ratliff), 21-24 Oct. 1990.

32.   Coral reef of the southern Gulf of México:  A resource ranging from pristine to stressed; America's Sea (Gulf of México) Symposium; New Orleans, Louisiana, 2-5 Dec. 1990.

33.   A quantitative survey of the ichthyofauna of Arrecife de Enmedio, Veracruz, México; Gulf Estuarine Research Society Spring Meeting; Port  Aransas, Texas (with P. Chocair), 2-4 April 1992.

34.   A topographic description of Enmedio Reef, Veracruz, Mexico; Gulf Estuarine Research Society Spring Meeting; Port Aransas, Texas (with R. Lehman), 2-4 April 1992.

35.   Ecological characterization and historical changes in the Blind Oso, Corpus Christi Bay System; Gulf Estuarine Research Society Spring Meeting; Port Aransas, Texas (with T. Barrera), 2-4 April 1992.

11

36. Effects of a severe freeze on seagrasses and associated bivalve Mollusca in Laguna Madre; Gulf Estuarine Research Society Spring Meeting; Port Aransas, Texas (with D. Hicks), 2-4 April 1992.

37. Utilization of a salt marsh mitigation site in the Nueces Delta, Texas:  Comparative estuarine faunal use; Gulf Estuarine Research Society Spring Meeting; Port Aransas, Texas (with J. Adams), 2-4 April 1992.

38. Estuarine faunal use in a mitigation project, Nueces River Delta, Texas:  Years two and three.  South Texas Bays and Estuaries Annual Meeting, University of Texas Marine Science Institute, Port Aransas, Texas (with B. Nicolau, J. Adams, D. McKee, J. Prouty, and T. Grahl), March 1993.

39. The benthic macroalgal community of Enmedio Reef, Veracruz, Mexico;  A comparison between leeward and windward environmental conditions on structure; 97th Annual Meeting of the Texas Academy of Sciences; Houston, Texas (with Roy Lehman), 3-5 March 1994.

40. Aspects of growth and recruitment of the recently introduced brown mussel, *Perna perna*, in the western Gulf of México; Gulf Estuarine Research Society Spring Meeting; Beaumont, Texas (with D. Hicks), 7-9 April 1994.

41. Aspects of growth and recruitment of the recently introduced mussel, *Perna perna* (Linnaeus, 1758), from the South Texas coast; 60th Annual Meeting of the American Malacological Union, Houston, Texas (with D. Hicks), 9-14 June 1994.

42. Mollusca of the southwestern Gulf of México rocky shores, Veracruz, México; 60th Annual Meeting of the American Malacological Union, Houston, Texas (with S.A. Alvarado and D. Rocha), 9-14 June 1994.

43. Environmental impact and recovery of the Exxon Pipeline oil spill and burn site, upper Copano Bay, Texas; Gulf Estuarine Research Society Annual Meeting; Beaumont, Texas (with B. Hardegree and D. Hicks), 7-9 April 1994.

44. Population dynamics of the recently introduced brown mussel, *Perna perna* (Linnaeus, 1758), in the western Gulf of México; Aquaculture, San Diego, California (with D. Hicks), '95; 1-4 February 1995.

45. Environmental impact and recovery of a high marsh pipeline oil spill and burn site, upper Copano Bay, Texas; 1995 International Oil Spill Conference; Long Beach, California (with B. Hardegree and D. Hicks), 27 Feb-2 March 1995.

46. Population dynamics in the recently introduced mussel, *Perna perna*, from the Gulf of México.  98th Annual of the Texas Academy of Sciences; Waco, Texas, 2-4 March 1995.

47. Quantitative assessment of benthic populations in a fresh/brackish-water marsh:  Mad Island Wildlife Management Area, Matagorda County, Texas.  98th Annual Meeting of the Texas Academy of Sciences, Waco, Texas (with S. Cox, R. Lehman), 2-4 March 1995.

48. Aspects of Piping Plover ecology on Mustang Island, Texas.  98th Annual Meeting of the Texas Academy of Sciences, Waco, Texas (with C. Lee), 2-4 March 1995.

49. Preliminary results of the vertical zonation and abundance of sponges on an outer continental shelf gas production platform, northwest Gulf of México.  98th Annual Meeting of the Texas Academy of Sciences, Waco, Texas (with C. Adams and Q.R. Dokken), 2-4 March 1995.

50. Living Resources of the Corpus Christi Bay National Estuary Program.  The 3rd Gulf of México Symposium, Corpus Christi, Texas (with L. Smith), 29 March-1 April 1995.

51. Mussels Muscle in on the Gulf of México.  The 3rd Gulf of México Symposium, Corpus Christi, Texas (with D. Hicks, poster), 29 March-1 April 1995.

52. High salt marsh plant succession following in situ burning of spilled oil on the South Texas coast.  Estuarine Research Federation, 13th International Conference; Corpus Christi, Texas (with B. Hardegree and D. Hicks), 12-16 Nov. 1995.

53. Estuarine faunal use in a mitigation project, Nueces River Delta, Texas:  1989 through 1994.  Estuarine Research Federation, 13th International Conference; Corpus Christi, Texas (with B. Nicolau, J. Adams, and B. Ruth), 12-16 Nov. 1995.

54. Evaluation of aquatic macrofaunal populations in a coastal marsh:  Mad Island Wildlife Management Area, Matagorda County, Texas.  Estuarine Research Federation, 13th International Conference, Corpus Christi, Texas (with S. Cox, R. Lehman, L. Smith, and T. Merendino), 12-16 Nov. 1995.

55. Seven and One-Half Fathom Reef:  A hard-bottom reef located in the northwestern Gulf of México.  99th Annual Meeting of the Texas Academy of Sciences, Galveston, Texas (with R. Lehman), 1-2 Mar. 1996.

56. Estuarine faunal use in a mitigation project, Nueces River Delta, Texas:  Years three and four.  99th Annual Meeting of the Texas Academy of Sciences, Galveston, Texas (with B. Nicolau), 1-2 Mar. 1996.

57. Long-term monitoring of estuarine faunal use in the Nueces Delta Mitigation Project, Corpus Christi, Texas:  1989 through 1995.  23rd Annual Ecosystem Restoration Conference, Tampa, Florida (with B. Nicolau, J. Adams, and B. Ruth), May 1996.

58. Fluorescent banding in reef corals as evidence of increased (organic) runoff onto the southern Veracruz coral reef complex.  8th International Coral Reef Symposium, Panama City, Panama (with C. Beaver, H. Hudson and K. Deslarzes), 24-29 June 1996.

59. Status of western Atlantic coral reefs in northern areas of the wider Caribbean.  8th International Coral Reef Symposium, Panama City, Panama (with J. Lang, P.M. Alcolado, and P. Dustan), 24-29 June 1996.

60. Coastal high marsh oil spill clean-up by burning:  five-year evaluation.  1999 International Oil Spill Conference, Seattle, Washington (poster with L. Hyde and K. Withers), 6-11 March 1999.

61. An international cooperative effort to provide monitoring for the Sian Ka'an Biosphere Reserve, Quintana Roo, México.  International Conference on Scientific Aspects of Coral Reef Assessment Monitoring, and Restoration, Ft. Lauderdale, Florida (poster with C. Beaver), 14-16 April 1999.

62. Long term monitoring and assessment of the Flower Garden Banks coral ecosystem.  International Conference on Scientific Aspects of Coral Reef Assessment Monitoring, and Restoration, Ft. Lauderdale, Florida (with Q. Dokken, I. MacDonald, and C. Beaver), 14-16 April 1999.

63. Faunal succession in brackish, ephemeral ponds in a high marsh on the Central Texas coast.  15th Biennial Estuarine Research Federation (ERF) International Conference, New Orleans, LA (poster with K. Withers), 25-30 September 1999.

64. Ecological characterization of northwestern Caribbean ironshores, Quintana Roo, México.  15th Biennial Estuarine Research Federation (ERF) International Conference, New Orleans, LA (poster with A. Kolterman), 25-30 September 1999.

65. Laguna Madre of Texas and Tamaulipas:  an ecological synthesis for the development of conservation strategies.  15th Biennial Estuarine Research Federation (ERF) International Conference, New Orleans, LA., 25-30 September 1999.

66. The systematics, distribution, and ecology of the mollusks of Stetson Bank, northwestern Gulf of México.  103rd Annual Meeting of

the Texas Academy of Science, Kingsville, Texas (with L. Hyde), 9-11 March 2000.

67. **Long term monitoring and assessment of the Flower Garden Banks coral ecosystem. Gulf of México Symposium, Mobile, Alabama (poster with Q. Dokken) 9-12 April 2000.**

68. **Benthic community response to bioremediation experiments on the San Jacinto River, Channelview, Texas. 2001 Estuarine Research Federation (ERF) Conference, St. Petersberg, FL., (poster with E. Albert, R.L. Lehman, and K. Withers) 4-8 Nov., 2001.**

69. **Preliminary prop scarring effects on molluscan community structure in seagrass meadows of Redfish Bay, Texas. 2001 Estuarine Research Federation (ERF) Conference, St. Petersberg, FL., (poster with J. E. Davidson and K. Withers) 4-8 Nov., 2001.**

70. **Preliminary assessment of the benthic condition in the Coastal Bend bays and estuaries in Texas. 2001 Estuarine Research Federation (ERF) Conference, St. Petersberg, FL., 4-8 Nov., 2001 (poster with A. Nunez, and K. Withers).**

71. **Faunal characterization of freshwater and estuarine sites in the Texas Coastal Bend. Texas Academy of Sciences, San Marcos, Texas, (poster with H.E. Hardaway, R.L. Lehman, and K. Withers), 2001.**

72. **Effects of propeller scars on molluscan community structure in seagrass meadows of Redfish Bay, Texas. 105th Annual Meeting of the Texas Academy of Science, Laredo, Texas (with J. E. Davidson and K. Withers), 28 Feb-2 Mar. 2002.**

73. **Larval fish recruitment to isolated nursery grounds in Nueces Bay, Texas. Larval Fish Conference, Bergen, Norway, (poster with D.J. Newstead, J. Tolan, D.A. McKee, and G. Hickman) 2002.**

74. **Mesoamerican Barrier Reef Coral Disease Characterization. American Society of Limnology and Oceanography (ASLO), Victoria, B.C., Canada (poster with O. Guerra, June, 2002.**

75. **Mesoamerican Barrier Reef Coral Disease Characterization. Society for the Advancement of Chicanos and Native Americans in Science (SACNAS), Anaheim, California (poster with O. Guerra), 26-29 September, 2002.**

76. **Benthic community relationship to seagrass cover, Upper Laguna Madre and Baffin Bay, Texas. 106th Annual Meeting of the Texas Academy of Science, Nacogdoches, Texas (presentation with J. Pearce and K. Withers), 27 Feb.-1 March, 2003.**

77. **Characterization of benthic macroinvertebrate communities in the Coastal Bend bays of Texas. 106th Annual Meeting of the Texas Academy of Science, Nacogdoches, Texas (Presentation with A. Reisinger, K. Withers and B. Nicolau), 27 Feb.-1 March, 2003.**

78. **GulfBase: Un instrumento que coadyuva a la creación de redes de investigación del Golfo de Mexico. Workshop/Symposium on Coastal Ecosystems of the Gulf of Mexico: Towards the Integration of Research Groups, Boca del Rio, Veracruz Mexico (Presentation by Julio Sanchez with M. Nipper, I. Michaud and J.W. Tunnell), 30 June-2 July 2, 2004.**

79. **Estudio comparativo sobre la dinamica poblacional de los especies do caracoles del genero *plicopurpura* en Mexico. IX Reunion Nacional de Malacologia y Conquiliologiã Dr. Antonio Garcia-Cubas Gutierrez, Merida, Yucatan, Mexico (with E. Michel-Morfin and D. Hicks), 21-24 September 2004.**

80. **Coral Reefs of the Southern Gulf of Mexico and Coastal Marine Research at Texas A&M University-Corpus Christi. Distinguished Seminar Series, Sam Houston State University, Houston, Texas, 30 September 2004.**

81. **Efecto do la extraccion sucesiva del tinte sobre la tasa de repiracion del caracol *plicopurpura pansa*. Eighth International Congress on Medical and Applied Molacology, Mexico City, Mexico (with E. Michel-Morfin and D. Hicks), 10-13 November 2004.**

82. **The Gulf of Mexico – Past, Present, and Future: Relating Ecology to Geology. Geological Society of America Annual Conference, Denver, Colorado (Technical Session – Co-Convenor with C.W. Holmes), 8-10 November 2004.**

83. **Geologic origin and geographic location determine ecological fate of southern Gulf of Mexico coral reefs. Geological Society of America Annual Conference, Denver, Colorado (presiding with C.W. Holmes), 8-10 November 2004.**

84. **Moretzsohn, F. and J.W. Tunnell, Jr. 2005. Biodiversity of marine mollusks of the Gulf of Mexico. 71st Annual Meeting of the American Malacological Society/38th Annual Meeting of the Western Society of Malacologists, Pacific Grove, California. Poster.**

85. **Moretzsohn, F. and J.W. Tunnell, Jr. 2005. Biodiversity of marine mollusks in the Gulf of Mexico. Texas Bays and Estuaries, University of Texas Marine Science Institute, Port Aransas, Texas. Poster.**

86. **Moretzsohn, F. and J. W. Tunnell, Jr. 2006. Update on the Biota of the Gulf of Mexico Project. 72nd American Malacological Society/39th Western Society of Malacologists Meeting, Seattle, WA. Oral Presentation.**

87. **Arismendez, S.S., S. Nanez-James, T. Dellinger and J.W. Tunnell, Jr. 2008. Assessment of a hands-on science-based educational experience of a STEM academy in Corpus Christi, Texas. Poster presentation at the 111th Annual Meeting of the Texas Academy of Sciences, March 6-8, 2008, Texas A&M University-Corpus Christi.**

88. **D. L. Felder, D. K. Camp, J. W. Tunnell, Jr., and F. Moretzsohn. 2008. Regional assessment of known biodiversity: the Gulf of Mexico effort. World Congress of Marine Biodiversity. Valencia, Spain, Nov. 11–15, 2008 [poster presentation].**

89. **F. Moretzsohn, J. W. Tunnell, Jr., G. Rosenberg and D. D. Turgeon. 2008. Molluscan Biodiversity of the Gulf of Mexico. World Congress of Marine Biodiversity. Valencia, Spain, Nov. 11–15, 2008 [poster presentation].**

90. **Tunnell, J. W., Jr., N. Barrera, and F. Moretzsohn. 2009. Texas Seashells, a new book on marine mollusks. Benthic Ecology Meeting 2009, Corpus Christi, Texas, Mar. 4–7, 2009. [oral presentation]**

91. **Moretzsohn, F. and Tunnell, J. W., Jr. 2009. Biodiversity of marine mollusks in the Gulf of Mexico. Benthic Ecology Meeting 2009, Corpus Christi, Texas, Mar. 4–7, 2009. [poster presentation]**

92. **Brenner, J., Moretzsohn, F., Tunnell, J. W., Jr., Shirley, T. and P. Michaud. 2009. Diseño y desarrollo de la base de datos de biodiversidad del Golfo de México. XIII Congreso Latinoamericano de Ciencias del Mar (ColacMar Cuba 2009). Havana, Cuba, October 26-30, 2009**

93. **Brenner, J., Moretzsohn, F., Tunnell, J. W., Jr., and T. C. Shirley. 2009. Biodiversity database of the Gulf of Mexico: Design and development. DIM on the Gulf of Mexico Workshop, Texas A&M University-Corpus Christi, May 15–16, 2009.**

94. **Tunnell, J. W., Jr., Andrews, J., Barrera, N. C. and F. Moretzsohn. 2009. Texas Seashells - A New Illustrated Guide. Texas Bays and Estuaries Meeting 2009, University of Texas Marine Science Institute, Port Aransas, Texas, Apr. 28–30, 2009.**

95. **Moretzsohn, F. and J. W. Tunnell, Jr. 2009. Biodiversity of marine mollusks in the Gulf of Mexico. Texas Bays and Estuaries Meeting 2009, University of Texas Marine Science Institute, Port Aransas, Texas, Apr. 28–30, 2009. [poster]**

96. **Brenner, J., F. Moretzsohn, J.W. Tunnell, Jr., and T. Shirley. 2010. BioGoMx Database: Biodiversity of the Gulf of Mexico. In From Sea to Shining Sea: The role of Landscapes in Cross-Border Strategies. Biodiversity without Boundaries, NatureServe Conservation Conference 2010, Austin Texas April 26-28, 2010.**

97. **Moretzsohn, F., Tunnell, J.W., Jr., Brenner, J., and T. Shirley. 2010. Gulf of Mexico: Pre-oil spill biotic baseline. 76th American Malacological Society and 43rd Western Society of Malacologists Annual Meeting, San Diego, California, June 26-30, 2010. [poster]**

98.  Tunnell, J.W., F. Moretzsohn, D.L. Felder, and D.K. Camp. 2010. Comprehensive Regional Assessment of Known Biodiversity in a Large Marine Ecosystem: The Gulf of Mexico Effort. A Decade of Discovery, Census of Marine Life 2010. London, England, 3-6 October 2010.

99.  Moretzsohn, F., J.W. Tunnell, Jr., J. Brenner, T.C. Shirley, and P. Michaud. 2011. Using the Biodiversity of the Gulf of Mexico Database as a Tool for Conservation of Marine Species. 2nd International Marine Conservation Congress, Victoria, British Columbia, Canada, 14-18 May 2011.

100. Moretzsohn, F., Tunnell, J. W., Jr., McKinney, L., Brenner, J., Michaud, P., and T. C. Shirley.  2011.  Mapping marine biodiversity using the Biodiversity of the Gulf of Mexico Database.  NGI 2011 Annual Conference, Mobile, AL, May 17-19, 2011.

101.  Moretzsohn, F., J. Brenner, P. Michaud, J.W. Tunnell, Jr., and T. Shirley. 2011. Gulf of Mexico biodiversity inventory and beyond. World Congress on Marine Biodiversity 2011. Aberdeen, Scotland, 26-30 September 2011.

102.  Moretzsohn, F., J.W. Tunnell, Jr., and L. McKinney. 2011. Biodiversity baseline and the Deepwater Horizon Oil Spill. SOST Deepwater Horizon Oil Spill Principal Investigator One Year Update Workshop, St. Petersburg, Florida 25-26 October 2011.

103.  Nash, H.L., J.W. Tunnell, Jr., and S. Furiness. 2012 Biological contributions of South Texas Banks to Gulf of Mexico Large Marine Ecosystem, Subtropical Biology Conference, Edinburg, Texas, 13 January 2012. [poster]

104.  Wood, J.S., J. Gibeaut, J.W. Tunnell, Jr., and H.J. Cho. 2012. Hyperspectral remote species discrimination in optically shallow waters using AISA Eagle imagery, ENVI image processing software and ESRI's ArcGIS software. Sixth NOAA Education Partnership Program Forum, Tallahassee, Florida, 26-28 March 2012.

105.  Tunnell, J.W., Jr., F. Moretzsohn, and L.D. McKinney. 2012. Gulf of Mexico biodiversity and the 2010 oil spill. Sixth NOAA Education Partnership Program Forum, Tallahassee, Florida, 26-28 March 2012.

## Professional Societies:

- American Malacological Union
- California Malacozoological Society
- Estuarine Research Federation
- Gulf Estuarine Research Society
- Houston Conchology Society
- International Society for Reef Studies
- Texas Academy of Science
- Association of Marine Laboratories of the Caribbean
- Southern Association of Marine Laboratories
- National Association of Marine Laboratories

## Honors and Awards:

- Fellow, Texas Academy of Sciences, designated 1981.
- Fulbright Scholar Award; Yucatan, México; Sept. 1985 - Jul. 1986.
- EPA Award for Environmental Excellence in Wetlands, Region 6, EPA, 1994.
- Regents Professor Service Award, Texas A&M University System Board of Regents, Jan. 1998.
- Distinguished Professor Award, Texas A&M University-Corpus Christi Alumni, 2003.
- U.S. National Committee, Census of Marine Life, 2005 -2010.
- Gulf Guardian Award, Bi-National Category for Gulfbase, 2006.
- Scientific Advisory Committee, Waitt Institute for Discovery, 2006 -2010.
- Fellow National, Explorers Club, March 2007-2010.
- TAMU-CC Excellence in Scholarly/Creative Activity Award for 2006-07.
- Gulf Guardian Award, Bi-National Category for book – *Coral Reefs of the Southern Gulf of Mexico*, 2008.
- Google Ocean Advisory Council, 2007 - 2009.
- Higher Education Award for Conservation and Environmental Stewardship, Coastal Bend Bays Foundation, 2009.
- Texas Sea Grant named the "Dr. Wes Tunnell Sportsmanship Award" for the best sportsmanship team of the NOSB for Texas, 2011.
- Harvey Weil Professional Conservationist of the Year, Corpus Christi Rotary Club, 2011.
- Emeritus Member Status with National and Southern Associations of Marine Laboratories designated 2012.

## Current Research and Interests:

- Biodiversity of the Gulf of Mexico
- Systematics, distribution, and ecology of offshore reef and bank associated molluscs in the Gulf of México
- Coral reefs of southwestern Gulf of México and Yucatan Peninsula
- Effects of oil spills on the marine environment
- Sandy beach infaunal populations
- Determination of property and/or tidal boundaries along wind-tidal flats

## Thesis/Dissertation/Technical Reports:

1.  Tunnell, J.W. 1969.  The molluscs of Seven and One-Half Fathom Reef.  M.S. Thesis, Biology Dept., Texas A&I Univ., Kingsville, 83 pp.

2.   Tunnell, J.W. 1974.  Ecological and geographical distribution of Mollusca of Lobos and Enmedio coral reefs, southwestern Gulf of México.  Ph.D. Dissertation, Biology Dept., Texas A&M Univ., College Station, Texas, 158 pp.

3.   Tunnell, J.W., J.C. Woods, M.E. Kindinger, and J.L. Kindinger.  1978.  Fauna of shelf-edge submarine banks in the northwestern Gulf of México.  Open file report to U.S. Geological Survey, Office of Marine Geology. Contract No. 14-08-001-G-381.  NTIS Publication No. PB-201 983.  66 pp.

4.   Tunnell, J.W. 1978.  Impact assessment of oil production at Tallahala Dam and Lake, Mississippi.  Technical report to U.S. Army Corps of Engineers Mobile District. Contract No. DAC WO1-78-C-0211.  45 pp.

5.   Tunnell, J.W. and Q.R. Dokken.  1979.  Environmental directory of scientists, facilities, and projects along the central and south Texas coast.  Report submitted to NOAA/OMPA, damage Assessment Prog., IXTOC I Oil Spill, Cont. No. NA 79RC00136.  61 pp.

6.   Tunnell, J. W. 1980.  Presence of barnacles on a fenceline traversing the wind-tidal flats of south Padre Island, Texas.  Report to McGinnis, Lockridge, and Kilgore, Attorneys at Law, concerning South Padre Island/Wind Tidal Flats Lawsuit.  8 pp.

7.   Tunnell, J.W.  1981.  Impact assessment of the fate and effect of a brine spill into a freshwater environment (Tallahala Creek Lake, Mississippi).  Technical Report to U.S. Army Corps of Engineers, Mobile District.  Contract No. DACW01-81-M-9931.  31 pp.

8.   Tunnell, J.W.  1981.  Environmental aspects of Plan of Operations (Section 3)  for exploratory drilling in State Tract 182 within Padre Island National Seashore. Corpus Christi Oil and Gas Company, Corpus Christi, Texas.  37 pp.

9.   Tunnell, J.W.  1982.  Plan of Operations (for exploratory drilling in State Tract 986 within Padre Island National Seashore).  Pelto Oil Company (through Drilling, Completion, and Production Engineers, Inc., Houston, Tx.).  34 pp.

10.  Tunnell, J.W. 1982.  Environmental location of Marathon No. 1 well in State Tract No. 389, lower Laguna Madre, Texas.  Report to Marathon Oil Company, Houston, Tx. 7 pp.

11.  Tunnell, J.W.  1984.  Environmental aspects of Plan of Operations, for exploratory drilling in State Tract 181 within Padre Island National Seashore.  American Petrofina Corp., Corpus Christi, Tx. 9 pp.

12.  Tunnell, J.W. 1984.  Environmental survey of proposed site for new Pan-Am road entrance south of Four-Wheel Drive Sign on Padre Island National Seashore.  Sun Exploration & Production Co., Corpus Christi, Tx. l0pp.

13.  Tunnell, J.W.  1986.  Preliminary environmental discussions and observations about a land-fill development across from Cancun Sheraton Resort between Nichupte and Bojorquez Lagoons, Cancun, Quintana Roo, México. Letter report to Subdelegacion de Ecologia, SEDUE, Quintana Roo, México.  3 pp.

14.  Tunnell, J.W. 1988.  Biological surveys of proposed road and wellsite location for Dunn-McCampbell A-96 (within Padre Island National Seashore).  Sun Exploration and Production, Corpus Christi, Texas.  9 pp.

15.  Tunnell, J.W. 1988.  Philip Dimitt Municipal Pier propwashed channel site, upper Laguna Madre - Environmental assessment, aerial photographs, and mitigation options. Prepared for City of Corpus Christi, Legal Department. 45 pp., 13 photos.

16.  Tunnell, J.W. and G. de la Cruz Aguero.  1988.  Dictamen de impacto de las actividades de dragado en el ambiente marino adyacente a CALICA, Quintana Roo, México. Tech. Rpt. submitted to CALICA for SEDUE (Quintana Roo) by CINVESTAV - Unidad Merida. 52 pp., 32 photos.

17.  Tunnell, J.W. and G. de la Cruz Aguero.  1988.  Impacto del Huracan "Gilberto" en el ambiente marino adyacente a CALICA, Quintana Roo, México. Tech Rpt.  presented to CALICA by CINVESTAV - Unidad Merida. 30pp., 28 photos.

18.  Tunnell, J.W.  1989.  Marine environmental feasibility study for a cruise ship pier on Cozumel. Tech. Rpt. prepared by Coastal Zone Consultants for Imobiliaria La Sol, Cozumel, Quintana Roo, México. Vol. I - Text, 22pp; Vol II. - Photographs, 38 plates.

19.  Tunnell, J.W.  1990.  Estudio ambiental para la restauracion de impactos en Kantenah, Cozumel, Quintana Roo.  Tech. Rpt. prepared by Coastal Zone Consultants for Sr. C. Jose Luis Martinez Aldy.  Vol. I-Text, 30 pp & 5 figs., Vol. II - Photographs, 53 plates.

20.  Tunnell, J.W.  1990.  Resurvey of seagrass recovery at Philip Dimitt Municipal Pier propwashed channel site, upper Laguna Madre.  Prepared for City of Corpus Christi, Legal Department. 13 pp.

21.  Tunnell, J.W. J.S. Adams, T. Barrera, and D. Hicks.  1991.  An annotated checklist of the fauna and flora of Oso Bay, Nueces County, Texas.  Coastal Zone Consultants Tech. Rpt. to Shiner, Moseley and Assoc., Inc. for South Texas Water Authority Nueces Estuary Regional Wastewater Study, Oso Bay Component.  26 pp.

22.  Tunnell, J.W.  1991.  Wetland delineation at the Refinery Terminal Fire Company Training Facility site, Corpus Christi, Texas.  Coastal Zone Consultants Tech. Rpt. to Shiner, Moseley and Assoc., Inc.  3 pp., 7 pl., 1 map.

23.  Tunnell, J.W.  1992.  Preliminary wetlands delineation of Koch Refining Company west property.  Coastal Zone Consultants Tech. Rpt. to Shiner, Moseley and Assoc., Inc.  5 pp., plus 72 photos with descriptions and map.

24.  Tunnell, J.W.  1992.  Wetlands delineation, Koch Refining Company Tule Lake property.  Coastal Zone Consultants Tech. Rpt. to Shiner Moseley and Assoc., Inc.  7 pp., plus 33 photos with descriptions with descriptions and map.

25.  Tunnell, J.W.  1992.  Wetlands delineation resurvey (dry season) of Koch Refining Company west property.  Coastal Zone Consultants Tech. Rpt. to Shiner, Moseley and Assoc., Inc.  4 pp., 1 map.

26.  Tunnell, J.W.  1993.  Preliminary wetlands evaluation of Redfish Bay Terminal property.  Coastal Zone Consultants Tech. Rpt.  2 pp.

27.  Fisher, R. and J.W. Tunnell.  1993.  Mission statement for Natural Resources Research Center, Al Akhawayn University in Ifrane, Kingdom of Morocco.  Texas International Education Consortium.  Austin, Texas.  4 pp.

28.  Tunnell, J.W., R. Baker, and J. Richerson.  1993.  Organizational design and staffing plan for Natural Resources Research Center, Al Akhawayn University in Ifrane, Kingdom of Morocco.  Texas International Education Consortium.  Austin, Texas.  4 pp.

29.  Tunnell, J.W., R. Baker, and J. Richerson.  1993.  Facilities and equipment requirements for Natural Resources Research Center, Al Akhawayn University in Ifrane, Kingdom of Morocco.  Texas International Education Consortium.  Austin, Texas  9 pp.

30.  Tunnell, J.W., Jr., A. Rodriguez, R. Lehman and C. Beaver.  1993.  An ecological characterization of the southern Quintana Roo coral reef system.  Center for Coastal Studies Technical Report No. TAMU-CC-9307-CCS, Texas A&M University-Corpus Christi. 161 pp.

31.  Tunnell, J.W., Jr., D.W. Hicks, and B. Hardegree.  1994.  Environmental impact and recovery of the Exxon pipeline oil spill and burn site, Upper Copano Bay, Texas:  year one. Center for Coastal Studies Technical Report No. TAMU-CC-9402-CCS. Texas A&M University-Corpus Christi.  75 pp.

32.  Tunnell, J.W., Jr.,  and D.W. Hicks.  1994.  Invasive biology of the edible brown mussel, *Perna, perna* (Linnaeus, 1758), on the South Texas Coast: year one.  Center for Coastal Studies Technical Report No. TAMU-CC-9403-CCS. Texas A&M University-Corpus Christi.  31 pp.

33.  Tunnell, J.W., Jr., B. Hardegree, K. Withers, and D.W. Hicks.  1995.  Environmental impact and recovery of the Exxon pipeline oil

spill and burn site, Upper Copano Bay, Texas:  year two.  Center for Coastal Studies Technical Report No. TAMU-CC-9501-CCS.  Texas A&M University-Corpus Christi.  42 pp.

34.   Rocha, D.D., R.L. Lehman, S.A. Alvarado, J.W. Tunnell, Jr., and P.A. Montagna.  1995.  A comparison of the benthic community north and south of the John F. Kennedy Causeway, upper Laguna Madre, Texas.  Center for Coastal Studies Technical Report No.  TAMU-CC-9504-CCS. Texas A&M University-Corpus Christi. 33 pp.

35.   Hardegree, B.J. Adams, and J.W. Tunnell.  1995.  Seagrass/depth survey for removal of Well No. 1, State Tract 236, upper Laguna Madre, Texas.  Final Report to Texas Railroad Commission, Coastal Zone Consultants.  9 pp.

36.   Withers, K., D. Rocha, S. Alvarado, and J.W. Tunnell.  1995.  Benthic invertebrate abundance and community structure in Gulf beach habitats on Padre Island National Seashore, Texas following the M/T *Berge Banker* oil spill.  Report to Beak Consultants and Eastham, Watson, Dale, and Foney, L.L.P., Center for Coastal Studies, Texas A&M University-Corpus Christi.  17 pp.

37.   Tunnell, J.W., Jr., B. Hardegree, K. Withers, and D.W. Hicks.  1995.  Environmental impact and recovery of the Exxon Pipeline oil spill and burn site, upper Copano Bay, Texas:  year two. Center for Coastal Studies Technical Report No. TAMU-CC-9501-CCS.  Texas A&M University-Corpus Christi.  42 pp.

38.   Rocha, D.D. and J.W. Tunnell, Jr.  1995.  Composition and distribution of the Gulf beach benthic invertebrate community at Padre Island National Seashore. Center for Coastal Studies Technical Report No. TAMU-CC-9503-CCS. Texas A&M University-Corpus Christi. 71 pp.

39.   Nicolau, B. and J.W. Tunnell, Jr.  1996.  Estuarine faunal use in a mitigation project, Nueces River Delta, Texas:  sixth year report with a review from 1989 through 1995. Center for Coastal Studies Technical Report No. TAMU-CC-9603-CCS. Texas A&M University-Corpus Christi. 105 pp.

40.   Nicolau, B. and J.W. Tunnell.  1996.  Environmental monitoring of the Ocean Drive Improvement Project (Spur 3), Cayo del Oso utility crossing. Final Report to City of Corpus Christi, Coastal Zone Consultants. 8 pp.

41.   Cox, S.A., E. H. Smith, and J.W. Tunnell, Jr.  1997.  Macronektonic and macrobenthic community dynamics in a coastal saltmarsh  Phase I.  TAMU-CC-9701-CCS.  81 pp.

42.   Tunnell, J.W., K. Withers, and B. Hardegree.  1997.  Environmental impact and recovery of the Exxon Pipeline oil spill and burn site, upper Copano Bay Texas: Final Report.  TAMU-CC-9703-CCS.  81 pp.

43.   Darnell, T.M., E.H. Smith, J.W. Tunnell, K. Withers, and E.R. Jones.  1997.  The influence of landscape features on bird use of marsh habitat created for Whooping Cranes (*Grus americana*) through beneficial use of dredged material: Final Report.  TAMU-CC-9704-CCS.  93 pp.

44.   Nicolau, B. and J.W. Tunnell, Jr.  1997.  Estuarine faunal use in a mitigation project, Nueces River Delta, Texas:  seventh year report with a review from 1989 through 1996.  TAMU-CC-9705-CCS.  109 pp.

45.   Adams, J.S., J.S. Fagan, and J.W. Tunnell.  1997.  Seagrass/depth/staking survey for plugging of Alpha-Omega Energy, State Holly Beach Unit No. 1, Well No. 1-L, lower Laguna Madre, Texas.  Final Report to Texas Railroad Commission, Coastal Zone Consultants.  6 pp.

46.   Schleman, T.A. and J.W. Tunnell, Jr.  1997.  Seagrass distribution.  Pages 74-118 in Brown, C.A. and N.C. Kraus (eds.)  Environmental monitoring of dredging and processes in lower Laguna Madre, Texas.  Final Report, Year 1.  Conrad Blucher Institute for Surveying and Sciences, Texas A&M University-Corpus Christi.

47.   McGrath, M.E., L. J. Hyde, and J.W. Tunnell.  1998.  Occurrence and distribution of the invasive brown mussel, <u>Perna perna</u> (Linnaeus, 1758), in Texas coastal waters.  TAMU-CC-9801-CCS.  63 pp.

48.   Wood, T.M., B.A. Nicolau, and J.W. Tunnell, Jr.  1998.  Tropic Isles Homeowner's Association entrance channel seagrass survey, Laguna Madre, Texas.  TAMU-CC-9806-CCS.  37 pp.

49.   Adams, J.S., J.S. Fagan, and J.W. Tunnell.  1998.  Seagrass/oyster/depth/staking survey for plugging of Score Energy, State Tract 387 Lease, Well No. 1 (103851), Goose Island, North (R-1) Field 35879 500, St. Charles Bay, Aransas County, Texas.  Final Report to Texas Railroad Commission, Coastal Zone Consultants.  8 pp.

50.   Hyde, L.J., K. Withers, and J.W. Tunnell, Jr.  1998.  Coastal high marsh oil spill clean-up by burning:  five-year evaluation.  TAMU-CC-9811-CCS.  50 pp.

51.   Nicolau, B.A., T.M. Wood, and J.W. Tunnell, Jr.  1998.  Tropic Isles Homeowner's Association water quality survey Laguna Madre, Texas.  TAMU-CC-9812-CCS.  38 pp.

52.   Nicolau, B., and J.W. Tunnell, Jr.  1999.  Estuarine faunal use in a mitigation project, Nueces River Delta, Texas: eighth year report with a review from 1989 through 1997.  TAMU-CC-9902-CCS.  128 pp.

53.   Dokken, Q.R., I.R. MacDonald, J.W. Tunnell, Jr., C.R. Beaver, G.S. Boland, and D.K. Hagman.  1999.  Long-term monitoring at the East and West Flower Garden Banks, 1996-1997.  TAMU-CC-9910-CCS.  99 pp.

54.   Dokken, Q.R., I.R. McDonald, J.W. Tunnell, Jr., C.R. Beaver, G.S. Boland, and D.K. Hagman.  1999.  Long-term monitoring at the East and West Flower Garden Banks, 1996-1997.  OCS Study MMS 99-0005.  Minerals Management Service.  New Orleans, LA. 101 pp.

55.   Dokken, Q.R., I.R. MacDonald, J.W. Tunnell, Jr., C. R. Beaver,  S.A. Childs, K. Withers, and T.W. Bates.  2000.  Long-term monitoring of the East and West Flower Garden Banks, 1998-1999.  TAMU-CC-0101-CCS.  117 pp.

56.   Withers, K. and J.W. Tunnell, Jr.  2001.  Data Summary, Benthic  macroinvertebrate communities coastal  2000 – Texas.  TAMU-CC-0104-CCS.  31 pp.

57.   Tunnell, J.W., N. Hilbun, and K. Withers.  2002.  Bibliography to the Laguna Madre of Texas and Tamaulipas: A Compendium.  TAMU-CC-0202-CCS.  122 pp.  http://www.sci.tamucc.edu/ccs/pubsandreports.html

58.   Smith, E. H. and J. W. Tunnell, Jr.  2002.  Environmental Progress and Evaluation of Coastal Bend Bays & Estuaries Program.  Final report to Coastal Bend Bays & Estuaries Program.  Corpus Christi, Texas. 28 pp.

59.   Sims, M., E. H. Smith, and J.W. Tunnell, Jr.  2002.  A geomorphic survey and ecologic assessment of selected Rookery Islands, Laguna Madre, Texas.  TAMU-CC-0203-CCS.  125 pp.

60.   Withers, K. and J.W. Tunnell.  2003.  Data summary: benthic macroinvertebrate communities NCA 2001-Texas.  TAMU-CC-0304-CCS.  46 pp.

61.   Tunnell, J.W., E.H. Smith, T.W. Bates, and S.J. Dilworth.  2003.  Shallow water reef – lagoon assessment of "Casa Ruby", Sian Ka'An Biosphere Reserve.  TAMU-CC-0307-CCS.  12 pp.  http://www.sci.tamucc.edu/ccs/pubsandreports.html

62.   Withers, K. and J.W. Tunnell, Jr.  2003.  Data summary: benthic macroinvertebrate communities, NCA 2002 – Texas.  TAMU-CC 0308-CCS.  30pp.

63. Nipper, M., J.W. Tunnell, R.S. Carr, V.H. Garrison, G. Smith. 2006. Effects of transported African dust to Caribbean marine ecosystems. NOAA National Undersea Research Program. 31 pp.

64. Guggenheim, D., F. Bretos, and J.W. Tunnell. 2008. Proyecto Costa Noroccidental: Project of the Northwest Coast – A Comprehensive Research and Conservation Program for Cuba's Gulf of Mexico Coast. 2007-08 Report to The Bay and Paul Foundations by the Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi, 23 pp.

65. McKinney, L., J.W. Tunnell, M. Harwell, J. Gentile, H. Kelsey, and B. Dennison. 2011. Prospectus: Gulf of Mexico Report Card Initiative. Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi. 14 pp.

66. Brown, C., K. Andrews, J. Brenner, J.W. Tunnell, C. Canfield, C. Dorsett, M. Driscoll, E. Johnson, and S. Kaderka. 2011. Strategy for Restoring the Gulf of Mexico (A Cooperative NGO Report). The Nature Conservancy. Arlington, VA. 23 pp.

## Publications (journals, proceedings, and book chapters):

1. Tunnell, J.W. and B.D. Causey. 1969. Vertebrate Pleistocene fossils from the continental shelf, Northwestern Gulf of México. TEX. A&I UNIV. STUD., 2(1): 75-76.

2. Tunnell, J.W. and A.H. Chaney. 1970 A checklist of the mollusks of Seven and One-Half Fathom Reef, Northwestern Gulf of México. CONT. MAR. SCI. UNIV. TEX., 15: 192-203.

3. Tunnell, J.W. 1972. Crania sp. (Brachiopoda) from Texas waters. TEX. JNL. SCI. 23(4): 553.

4. Tunnell, J.W. 1973. Molluscan populations of a submerged reef off Padre Island, Texas. AMU ANN. BULL. 38:25-26.

5. Bright, T.J., J.W. Tunnell, L.H. Pequegnat, C.S. Cashman, T.E. Burke, J.P. Ray, J. Teerling, C.A. Tressler, and D.A. Cropper. 1974. Biotic zonation of the West Flower Garden Bank. In Bright and Pequegnat (Eds.). Biota of the West Flower Garden Bank. Gulf Publ. Co., Houston, Texas. 435 pp.

6. Thayer, P.A., A. LaRocque, and J.W. Tunnell. 1974. Relict lacustrine sediments on the inner continental shelf, southeast of Texas. GULF COAST ASSOC. GEOL. SOCL. TRANS. 24: 337-347.

7. Tunnell, J.W. 1977. Oil spills in the environment (Chapter H. in part) In Spill training and educational program teaching manual. National Spill Control School, Corpus Christi State University. H-1 -H-8 and H-18 - H-21.

8. Tunnell, J.W., Q.R. Dokken, M.E. Kindinger, L.C. Thebeau. 1981. Effects of the IXTOC I oil spill on intertidal and subtidal infaunal populations along lower Texas coast barrier island beaches. Proceed. 1981 Oil Spill Conf., Atlanta, Georgia. pp. 467-475.

9. Chapman, B.R. and J.W. Tunnell, Jr. (Eds.). 1982. South Texas Fauna: A symposium honoring Dr. Allan H. Chaney. Caesar Kleberg Wildlife Research Institute, Kingsville, Tex. 97 pp.

10. Tunnell, J.W. 1982. Distribution of Discradisca antillarum (d' Orbigny, 1846) Brachiopoda: Inarticulata) in the western Gulf of México. In Chapman, B.R. and J.W. Tunnell, Jr. (Eds.) South Texas Fauna: A symposium honoring Dr. Allan H. Chaney. Caesar Kleberg Wildlife Research Institute. pp. 37-47.

11. Wiley, G.N., R.C. Circé, and J.W. Tunnell. 1982. An ecological survey of the molluscs of the Punta Delgada-Punta del Morro Region, Veracruz, México. THE NAUTILUS 96(2): 55-61.

12. Tunnell, J.W. 1984. Oil spills in the environment. Pp. F-1 - F-20 In Workshop on oil spill prevention and control in the coastal and territorial water of Kuwait, 27-30 May 1984. Environmental Protection Council of Kuwait and National Spill Control School, Corpus Christi State University.

13. Vega, R.R. and J.W. Tunnell. 1987. Seasonal abundance, zonation, and migratory behavior of Donax (Donacidae: Bivalvia) on Mustang and northern Padre Island, Texas. MALACOL. DATA NET (ECOSEARCH SER.) 1 (5): 97-136.

14. Tunnell, J.W. and B.R. Chapman. 1988. First record of Red-footed Boobies nesting in the Gulf of México. AMER. BIRDS. 42(3): 380-381.

15. Tunnell, J.W. 1988 Regional comparison of southwestern Gulf of México to Caribbean Sea coral reefs. Proceed. Sixth Internat'l. Coral Reef Symp., Townsville, Australia. Vol. 3, pp. 303-308.

16. Nelson, T.J., T.L. Stinnett, and J.W. Tunnell. 1988. Quantitative assessment of an unusually dense octocoral community in the southwestern Gulf of México. Proceed. Sixth Internt'l. Coral Reef Symp., Townsville, Australia. Vol. 2, pp. 791-796.

17. Tunnell, J.W. and T. Nelson. 1989. A high density - low diversity octocoral community in the southwestern Gulf of México. "Diving for Science...1989" Proceed. Am. Acad. Underwater Sci., Woods Hole, Mass. pp. 325-282.

18. Ordner, M.T., A.L. Lawrence, and J.W. Tunnell. 1990. Macrobenthos in earthen shrimp ponds in southern Texas. TEX. J. SCI. 43(3): 273-282.

19. Barrera, T.A., D. Waechter. G. Jeffress, and J.W. Tunnell, Jr. 1992. A temporal salt marsh vegetation study: implementation of a GIS. Proceed. URISA '92, Washington D.C. 1:251-260.

20. Lehman, R.L. and J.W. Tunnell, Jr. 1992. Species composition and ecology of the macroalgae of Enmedio Reef, Veracruz, México. TEX. J. SCI. 44(4):445-457.

21. Hicks, D.W. and J.W. Tunnell, Jr. 1993. Invasion of the South Texas coast by the edible brown mussel Perna perna (Linnaeus, 1758). VELIGER 36(1): 92-94.

22. Chavez, E.A. and J.W. Tunnell, Jr. 1993. Needs for management and conservation of the southern Gulf of México. Coastal Zone '93, New Orleans, Lou. 2:2040-2053.

23. Watson, R.L., J.W. Tunnell, Jr., W.N. Lothrop and S.H. Ratliff, Esq. 1993. Shoreline determination along gently sloping shores: A multidisciplinary approach. Pages 755-764 in W.M. Wise ed. Proceed. 12th Intern. Conf. of The Coastal Society. 21-24 October, 1990. San Antonio, Tex. 918 pp.

24. Ruth, B.F., J.W. Tunnell, Jr. and T.E. Grahl. 1993. Salt marsh creation in the Nueces River Delta Texas: establishment of estuarine faunal use. Pages 853-866 in W.M. Wise ed. Proceed. 12th Intern. Conf. of The Coastal Society. 21-24 October, 1990. San Antonio, Tex. 918 pp.

25. Tunnell, J.W. Jr. 1993. Natural versus human impacts to southern Gulf of México coral reef resources. Proceed. 7th Intern. Coral Reef Symp., Guam, June 1992. Vol. 1, 300-306.

26. Tunnell, J.W., Jr., B. Hardegree, D.W. Hicks. 1995. Environmental impact and recovery of a high marsh pipeline oil spill and burn site, upper Copano Bay, Texas. Proceed. 1995 Oil Spill Conf., Long Beach, California. pp. 133-138.

27. Hicks, D.W. and J.W. Tunnell, Jr. 1995 (Aug.). Ecological notes and patterns of dispersal in the recently introduced mussel, Perna

*perna* (Linné, 1758), in the Gulf of México.  AM. MALACOL. BULL.  11(2)  203-206.

28.  Hardegree, B., D.W. Hicks, and J.W. Tunnell, Jr.  1996.  Evaluation of burning as an oil spill cleanup technique in a high marsh community along the South Texas coast.  Proceed. Gulf of México and Caribbean Oil Spills in Coastal Ecosystem:  Assessing Effects, Natural Recovery, and Progress in Remediation Research, New Orleans, Louisiana. 195-212.

29.  Tunnell, J.W. Jr. and Q.R. Dokken.  1996.  Current status and historical trends of the estuarine living resources within the Corpus Christi Bay National Estuary Program Study Area.  Corpus Christi Bay National Estuary Program.  4 Vols.  1436 p.

30.  Tunnell, J.W. Jr. 1996.  The Gulf of México:  Gulf resources.  Proceed. Ann. Meet. Philos. Soc. Tex. 59-67.

31.  Tunnell, J.W., Jr. and K.J.P. Deslarzes.  1996.  Drilling for history.  CORAL REEFS 15:176.

32.  Nicolau, B.A., J.W. Tunnell, Jr. , J.S. Adams, and B.F. Ruth.  1998.  Long-term monitoring of estuarine faunal use in the Nueces Delta mitigation project, Corpus Christi, Texas;  1989 through 1995.  Proceed. 23rd Annual Conf. Ecosystems Restoration and Creation.  Tampa, Fla.

33.  Hicks, D.W., C.P. Onuf, and J.W. Tunnell, Jr.  1998.  Response of shoal grass, *Halodule wrightii*, to extreme winter conditions in the lower Laguna Madre, Texas.  AQUATIC BOTANY 62: 107-114.

34.  Lang, J., P. Alcolado, J.P. Carricart-Ganivet, M. Chiappone, A. Curran, P. Dustan, G. Gaudian, F. Geraldes, S. Gittings, R. Smith, J.W. Tunnell, Jr.  and J. Wiener.  1998.  Status of coral reefs in the northern areas of the wider Caribbean.  Pages 123-134 in Global Coral Reef Monitoring Network, Australian Institute of Marine Science.  Australia.

35.  Hyde L.J., K. Withers, J.W. Tunnell, Jr.  1999.  Coastal high marsh oil spill clean-up by burning:  five-year evaluation. Proceed. 1999 Oil Spill Conf., Seattle, Wash.  #17, Pages 1257-1260.

36.  Hicks, D., J.W. Tunnell, Jr. and R.F. McMahon.  2001.  Population dynamics of the nondigenous brown mussel *Perna perna* in the Gulf of México compared to other world-wide populations.  MARINE ECOLOGY PROGRESS SERIES.  211:181-192.

37.  Tunnell, J.W.  and B.R. Chapman.  2002.  Ecology of nesting seabirds on the Campeche Bank Islands, southeastern Gulf of México. ATOLL RESEARCH BULL. 482:1-50.

38.  Tunnell, J.W. Jr.  and F.W. Judd (eds.)  2002.  The Laguna Madre of Texas and Tamaulipas – A Compendium.  Texas A&M University Press, College Station.  346 pp.

39.  Tunnell, J.W. Jr.  2002.  Chapter 1 – Introduction.  *in* J.W. Tunnell and F.W. Judd (eds.)  The Laguna Madre of Texas and Tamaulipas - A Compendium.  Texas A&M University Press, College Station, Tx.

40.  Tunnell, J.W.  Jr.  2002.  Chapter 2 – Geography, climate, and hydrography.  *in* J.W. Tunnell and F.W. Judd (eds.)  The Laguna Madre of Texas and Tamaulipas - A Compendium.  Texas A&M University Press, College Station, Tx.

41.  Tunnell, J.W.  Jr.  2002.  Chapter 3 – Origin, development, and geology.  *in* J.W. Tunnell and F.W. Judd (eds.)  The Laguna Madre of Texas and Tamaulipas - A Compendium.  Texas A&M University Press, College Station, Tx.

42.  Tunnell, J.W.  Jr.  2002.  Chapter 6 – The environment.  *in* J.W. Tunnell and F.W. Judd (eds.)  The Laguna Madre of Texas and Tamaulipas - A Compendium.  Texas A&M University Press, College Station, Tx.

43.  Tunnell, J.W.  Jr.  2002.  Chapter 18 – Information gaps and needs.  *in* J.W. Tunnell and F.W. Judd (eds.)  The Laguna Madre of Texas Tamaulipas - A Compendium.  Texas A&M University Press, College Station, Tx.

44.  Tunnell, J.W., Jr., K. Withers, and E. Smith.  2002.  Chapter 19 – Conservation issues and recommendations.  *in* J.W. Tunnell and F.W. Judd (eds.)  The Laguna Madre of Texas Tamaulipas - A Compendium.  Texas A&M University Press, College Station.

45.  Tunnell, J.W. Jr. and S.A. Earle.  2004.  Harte Research Institute for Gulf of Mexico Studies:  Initiatives in Marine Science Research.  Proceedings of 55th Annual Gulf and Caribbean Fisheries Institute, Xel-Ha, Quintana Roo, Mexico, pp. 132-141.

46.  Beaver, C.R., S.A. Earle, J.W. Tunnell, Jr., E.F. Evans, A.V. de la Cerda. 2004.  Mass spawning of reef corals within the Veracruz Reef System, Veracruz, Mexico. *Coral Reefs*. 23:234.

47.  Tunnell, J. W., Jr., D. L. Felder, and S. A. Earle. 2005. El Golfo de Mexico-Pasado, presente, y futuro : una colaboración de Estados Unidos de América, Mexico y Cuba. Pp. 361-371 *in*  M. Caso, I. Pisanty, and E. Ezcurra (eds.), Diagnóstico ambiental del Golfo de México. Instituto Nacional de Ecologia (INE-SEMARNAT). Mexico, D.F.

48.  Tunnell, J.W., Jr. 2005. Biodiversity of the Gulf of Mexico project. Pp. 285-286 *in* P. Miloslavich and E. Klein (eds.), *Caribbean Marine Biodiversity : The Known and the Unknown*. DEStech Publications, USA.

49.  Tunnell, J.W., Jr. and R. Alvarez. 2005. Laguna Madre: A major Transboundary Wetland on the Texas-Tamaulipas Border.  Pp. 139-145 in Mittermeier, R.A. et al (eds.) *Transboundary Conservation: A New Vision for Protected Areas*. CEMEX and Conservation International. Mexico.

50.  Tunnell, J.W., Jr., S.A. Earle, R.R. Furgason. 2005.  Foreword – Dedicated Issue:  Flower Garden Banks National Marine Sanctuary. *Gulf of Mexico Science. 23(1): 1.*

51.  Tunnell, J.W. Jr., E.A. Chavez, and K. Withers. 2007. *Coral Reefs of the Southern Gulf of Mexico*. Texas A&M University Press. College Station, Texas. 256 pp.

52.  Tunnell, J.W. Jr. 2007. Chapter 1 – Research History. pp 1-3 in Tunnell, J.W., Jr., E.A. Chavez, and K. Withers (eds). *Coral Reefs of the Southern Gulf of Mexico*, Texas A&M University Press, College Station, Texas.

53.  Tunnell, J.W. Jr. 2007. Chapter 2 – Reef Distribution. pp 12-22 in Tunnell, J.W., Jr., E.A. Chavez, and K. Withers (eds). *Coral Reefs of the Southern Gulf of Mexico*, Texas A&M University Press, College Station, Texas.

54.  Chavez, E., J.W. Tunnell, Jr., and K. Withers. 2007. Chapter 5 – Reef Zonation and Ecology: Veracruz Shelf and Campeche Bank. pp 41-67 in Tunnell, J.W. Jr., E.A. Chavez, and K. Withers (eds). *Coral Reefs of the Southern Gulf of Mexico*, Texas A&M University Press, College Station, Texas.

55.  Withers, K. and J.W. Tunnell, Jr. 2007. Chapter 6 – Reef Biodiversity.  pp 68-86 in Tunnell, J.W. Jr., E.A. Chavez, and K. Withers (eds). *Coral Reefs of the Southern Gulf of Mexico*, Texas A&M University Press, College Station, Texas.

56.  Tunnell, J.W. Jr. 2007. Chapter 11 – Island Biota. pp 118-125 in Tunnell, J.W. Jr., E.A. Chavez, and K. Withers (eds). *Coral Reefs of the Southern Gulf of Mexico*, Texas A&M University Press, College Station, Texas.

57.  Chavez, E.A. and J.W. Tunnell, Jr. 2007. Chapter 13 – Conservation and Management. pp 142-151 in Tunnell, J.W. Jr., E.A. Chavez, and K. Withers (eds). *Coral Reefs of the Southern Gulf of Mexico*, Texas A&M University Press, College Station, Texas.

58.  Montagna, P., J.C. Gibeaut, and J.W. Tunnell, Jr. 2007. South Texas Climate 2100: Coastal Impacts. in Norwine, J.  and K. John (eds) *South Texas Climate 2100: Problems and Prospects, Impacts and Implications*. Texas A&M University-Kingsville.

59.  Tunnell, J.W. Jr. and Q. R. Dokken (eds). 2007. Proceedings of the State of the Gulf of Mexico Summit.  Corpus Christi, Texas. 28-

30 March 2006. Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi. 44 pp.

60. **Tunnell, J.W., Jr., N. Barrera, C.R. Beaver, J. Davidson, J.E. Gourley, F. Moretzsohn, S. Nañez-James, J.J. Pearce, and M.E. Vega. 2007. Checklist of the biota associated with southern Gulf of Mexico coral reefs and coral reef islands.  14 pp + 165 pp (Appendices). Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi.  Corpus Christi, Texas. http://www.gulfbase.org/checklist.php.**

61. **Tunnell, J.W. Jr. 2008.  The Mexican Component of the Islands in the Stream Concept.  in Richie, K.B. and B.D. Keller (eds). pp 74-76.  A Scientific Forum on the Gulf of Mexico:  The Islands in the Stream Concept.  Marine Sanctuaries Conservation Series NMSP-08-04.  U.S. Department of Commerce, NOAA, National Marine Sanctuary Program, Silver Springs, MD. 105 pp.**

62. **Tunnell, J.W., Jr., 2008. Foreword. pp. VI – VII in K.Withers and M. Nipper (eds).  *Environmental analysis of the Gulf of Mexico*.  Harte Research Institute for Gulf of Mexico Studies, Special Publication Series No. 1, Texas A&M University-Corpus Christi.**

63. **Tunnell, J.W., Jr., D.L. Felder, S.A. Earle.  2008.  The Gulf of Mexico - Past, Present, and Future:  A United States, Mexico, and Cuba Collaboration.  Pp 222-229 in K. Withers and M. Nipper (eds).  *Environmental analysis of the Gulf of Mexico*.  Harte Research Institute for Gulf of Mexico Studies, Special Publication Series No. 1, Texas A&M University-Corpus Christi.**

64. **Tunnell, J.W., Jr. 2009. Gulf of Mexico. Pp 136-137 in S.A. Earle and L.K. Glover (eds.). *Ocean - An Illustrated Atlas*. National Geographic Society.**

65. **Tunnell, J.W., Jr., D.L. Felder, S.A. Earle. 2009.  Forewared: 50-Year Update of Bulletin 89. pp. VII-XII in Cato, J.C. *Gulf of Mexico Origin, Waters, and Biota*. Volume 2, *Ocean and Coastal Economy*. Texas A&M University Press, College Station, Texas. 110 pp.**

66. **Tunnell, J.W., Jr., D.L. Felder, S.A. Earle. 2009.  Foreword: 50-Year Update of Bulletin 89.  pp. XV-XIX in D.L. Felder and D.K. Camp (eds) *Gulf of Mexico Origin, Waters and Biota*: Volume 1 *Biodiversity*. Texas A&M University Press, College Station, Texas.**

67. **Felder, D.L.,  D.K. Camp, J.W. Tunnell, Jr., 2009. Chapter 1 – An Introduction to Gulf of Mexico Biodiversity Assessment.  pp. 1-12 in D.L. Felder and D.K. Camp (eds) *Gulf of Mexico Origin, Waters and Biota*:  Volume 1 *Biodiversity*. Texas A&M University Press, College Station, Texas.**

68. **Moretzsohn, F., J.W. Tunnell, Jr., W.G. Lyons, E. Baqueiro, N. Barrera, J. Espinosa, E.F. Garcia, J. Ortea, and M. Rugero. 2009. Chapter 30 – Mollusca: Introduction. pp. 559-564 in D.L. Felder and D.K. Camp (eds) *Gulf of Mexico Origin, Waters and Biota*: Volume 1 *Biodiversity*. Texas A&M University Press, College Station, Texas.**

69. **Santagata, S. and J.W. Tunnell, Jr. 2009.  Chapter 66 – Brachiopoda of the Gulf of Mexico.  pp. 1137-1141 in D.L. Felder and D.K. Camp (eds) *Gulf of Mexico Origin, Waters and Biota*:  Volume 1 *Biodiversity*. Texas A&M University Press, College Station, Texas.**

70. **Tunnell, J.W., Jr. (editor) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009.  Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas. 172 pp.**

71. **Tunnell, W. 2009. Introduction. pp. 1-8 in Tunnell, J.W., Jr. (ed.) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009. Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas.**

72. **Tunnell, W. 2009. Research Programs (Chapter 1). pp. 9-10 in Tunnell, J.W., Jr. (ed.) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009.  Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas.**

73. **Tunnell, W. 2009. Coastal and Coral Reef Ecology (Chapter 2). pp. 11-28 in Tunnell, J.W., Jr. (ed.) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009.  Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas.**

74. **Tunnell, W. and K. Withers. 2009. Graduate Education (Chapter 9). pp. 111-112 in Tunnell, J.W., Jr. (editor) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009.  Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas.**

75. **Tunnell, W. and K. Withers. 2009. Scholarships. (Chapter 10). pp. 113-119 in Tunnell, J.W., Jr. (editor) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009.  Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas.**

76. **Tunnell, W. and G. Sutton. 2009. Financial History (Chapter 11). Pp. 120-121 in Tunnell, J.W., Jr. (editor) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009.  Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas.**

77. **Tunnell, W. and K. Withers. 2009. Publications (Chapter 12). pp. 122-123 in Tunnell, J.W., Jr. (editor) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009.  Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas.**

78. **Tunnell, W. 2009. Epilogue. pp. 124 in Tunnell, J.W., Jr. (editor) 2009.  Center for Coastal Studies:  The First 25 Years, 1984-2009. Center for Coastal Studies, College of Science and Technology, Texas A&M University-Corpus Christi, Corpus Christi, Texas.**

79. **Weaver, D.C, J.W. Tunnell Jr., and T.C. Shirley. 2009. Recent research on South Texas topographic features: mapping. Pp. 193-202 In McKay, M. and J. Nides, eds. Proceedings: Twenty-fifth Gulf of Mexico Information Transfer Meeting, January 2009. U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans. OCS Study MMS 2009-051. 298 pp.**

80. **Weaver, D.C, J.W. Tunnell Jr., and T.C. Shirley.  Recent research on South Texas topographic features: ecology. Pp. 202-209 In McKay, M. and J. Nides, eds. Proceedings: Twenty-fifth Gulf of Mexico Information Transfer Meeting, January 2009. U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans. OCS Study MMS 2009-051. 298 pp.**

81. **Brenner, J., Moretzsohn, F., Tunnell, J. W., Jr., and P. Michaud. 2009. Biodiversity of the Gulf of Mexico database: design and development. Memorias del XIII Congreso Latinoamericano de Ciencias del Mar (ColacMar Cuba 2009). Havana, Cuba, October 26–30, ISBN: 978-959-300-005-5 (CD-ROM).**

82. **Brenner, J., Moretzsohn, F., Tunnell, J. W., Jr., and T. C. Shirley. 2009. Biodiversity database of the Gulf of Mexico: Design and development. Data Integration and Management on the Gulf of Mexico Workshop, Texas A&M University-Corpus Christi, May 15–16, 2009.**

83. **Moretzsohn, F., J. Brenner, P. Michaud, J. W. Tunnell, and T. Shirley. 2010. Biodiversity of the Gulf of Mexico Database (BioGoMx). Version 1.0. Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi, Corpus Christi, Texas. Dataset retrieved from OBIS-USA. Available at: http://obisusa.nbii.gov. Database description and disclaimer at: http://gulfbase.org/  (13,626 species from the Gulf of Mexico).**

84. **Tunnell, J.W., Jr., J. Andrews, N. Barrera, F. Moretzsohn. 2010. *Encyclopedia of Texas Sea Shells*.  Texas A&M University Press, College Station. 512 pp.**

85. **Fautin, D., P. Dalton, L.S. Incze, J.C. Leong, C. Pautzke, A. Rosenberg, P. Sandifer, G. Sedberry, J.W. Tunnell, Jr., I. Abbott, R.E.**

Brainard, M. Broudeur, L.G. Eldredge, M. Feldman, F. Moretzsohn, P.S. Vroom, M. Wainstein, N. Wolff. 2010. An Overview of Marine Biodiversity in United States Waters. PLoS ONE 5(8): e11914.doi:10.1371/journal.pone.oo11914.

86. Ellis, S.L., L.S. Incze, P. Lawton, H. Ojaveer, B.R. MacKenzie, C.R. Pitcher, T.C. Shirley, M. Eero, J.W. Tunnell, Jr., P.J. Doherty, and B.M. Zeller. 2011 Four Regional Marine Biodiversity Studies: Approaches and Contributions to Ecosystem-Based Management. PLoS ONE 6(4): 18997. Doi:10.1371/journal.pone.0018997.

87. Tunnell, J.W., Jr. D.L. Felder, and S.A. Earle. 2011. Foreword: Fifty-Year Update of Bulletin 89. Pp XI-XV in D.L. Felder and D.K. Camp (eds). *Gulf of Mexico: Origin, Waters and Biota, Volume III Geology*. Texas A&M University Press., College Station, Texas.

88. Liddell, W.D. and J.W. Tunnell, Jr. 2011. Mexican Coral Reefs. Pp 341-354 in D.L. Felder and D.K. Camp (eds). *Gulf of Mexico: Origin, Waters and Biota, Volume III Geology*. Texas A&M University Press. College Station, Texas.

89. Tunnell, J.W., Jr. and G.F. Crozier. 2011 (2010). Foreword – Gulf of Mexico Marine Labs. *Gulf of Mexico Science*, Special Edition – Gulf of Mexico Marine Labs 23 (1&2):1-4.

90. Tunnell, J.W., Jr. 2011 (2010). History of the Center for Coastal Studies. *Gulf of Mexico Science*, Special Edition – Gulf of Mexico Marine Labs 23 (1&2):42-55.

91. Tunnell, J.W., Jr. 2011 (2010). History of the Harte Research Institute for Gulf of Mexico Studies at Texas A&M University-Corpus Christi. Gulf of Mexico Science, Special Edition – Gulf of Mexico Marine Labs 23 (1&2):56-70.

92. Tunnell, J.W., Jr. 2011 (2010). "Windows on the Sea" Southern Association of Marine Laboratories: The First 25 Years. Gulf of Mexico Science, Special Edition – Gulf of Mexico Marine Labs 23 (1&2):230-235.

(These last 4 papers were orally presented and written copies were submitted for publication at two separate conferences in México. They were never published, but manuscripts are available).

1. Tunnell, J.W. and B.R. Chapman. Environmental effects of IXTOC I oil spill on south Texas barrier island beaches. Proceed. Congreso sobre Problemas Ambientales de México. (In press, since 1980).

2. Tunnell, J.W. Environmental effects of IXTOC I oil impact of southwestern Gulf of México coral reefs. Proceed. Congreso sobre Problemas Ambientales de México. (In press, since 1980).

3. Tunnell, J.W., B.R. Chapman, M.E. Kindinger, Q.R. Dokken. Environmental impact of IXTOC I oil spill on south Texas sandy beaches: infauna and shorebirds. Proceed. Simposio Internacional IXTOC I México. (In press, since 1982).

4. Baca, B.J., T.M. Schmidt, and J.W. Tunnell. IXTOC I oil in the seagrass beds surrounding Isla de Media. Proceed. Simposio Internacional IXTOC I México. (In press, since 1982).

## Published Abstracts:

1. Tunnell, J.W. 1973. A Pleurotomariid gastropod from the Northwestern Gulf of México. AMER. ZOOL. 13(4): Abstract 427.

2. Tunnell, J.W. 1978. Coral reef molluscs of the Southwestern Gulf of México. ANU ANN. BULL. 43:91.

3. Tunnell, J.W. 1980. Submerged banks and coral reef mollusks of the western Gulf of México. Symposium on - Mollusks of the Gulf of Mexico. ANU ANN. BULL. 45.71.

4. Circé, R.C. and G.N. Wiley, and J.W. Tunnell. 1980. Mollusks of the Punta del Morro - Punta Delgada region, Veracruz, México. AMU ANN. BULL. 45.71.

5. Woods, J.C. and J.W. Tunnell, Jr.. 1980. Mollusks of shelf-edge submarine banks in the northwestern Gulf of México. AMU ANN BULL. 45.71.

6. Castiglione, M.C. and J.W. Tunnell. 1983. The distribution and ecology of molluscs of Corpus Christi Bay, Texas. Supplement to the 86th Annual Meeting Program, Texas Academy of Sciences. p. 66.

7. Allen, R.L. and J.W. Tunnell. 1983. The reptant decapods of Enmedio and Lobos coral reefs, southwestern Gulf of México. Supplement to the 86th Annual Meeting Program, Texas Academy of Sciences. p. 66.

8. Henkel, D.H. and J.W. Tunnell. 1983. Echinoderms of Enmedio Reef, southwestern Gulf of México. Supplement to the 86th Annual Meeting Program, Texas Academy of Sciences. p. 65.

9. Tunnell, J.W. 1984. Southwestern Gulf of México coral reefs: Ten years of teaching and research. Program and Abstracts of 87th Annual Meeting, Texas Academy of Sciences. p. 49.

10. Tunnell, J.W. 1984. A new coastal studies center at Corpus Christi State University. Abstracts for the Fall Meeting, Gulf Estuarine Research Society.

11. Vega, R. and J.W. Tunnell. 1985. The seasonal abundance and zonation of two species of *Donax* (Bivalvia: Donacidae) on two south Texas sandy beaches. Program and abstracts from the Annual Meeting, Texas Academy of Sciences. p. 40.

12. Tunnell, J.W. 1985. Environmental stresses of the Veracruz coral reefs. (Southwestern Gulf of México). Proceed. Fifth Intern. Coral Reef Congr., Tahiti, 2:384.

13. Michel-Morfin, E., D.W. Hicks, J.W. Tunnell. 2004. Estudio comparativo sobre la dinamica poblacional de los especies do caracoles del genero *plicopurpura* en Mexico. IX Réunion Nacional de Malacología y Conquiliologiã Dr. Antonio Garcia-Cubas Gutierrez. Merida. 21-24 September, 2004.Yucatan, Mexico. pp.33-34.

14. Michel-Morfin, E., D. Hicks, J.W. Tunnell. 2004. Efecto de la extraccion sucesiva del tinte sobre la tasa de repiracion del caracol *plicopurpura pansa*. Eighth International Congress on Medical and Applied Malacology. 10-13 November, 2004. Mexico City. pp. 52-53.

15. Sanchez, J., M. Nipper, I. Michaud, and J.W. Tunnell. 2004. GulfBase: Un instrumento que coadyuva a la creación de redes de investigación de Golfo de Mexico. Workshop/Symposium on Coastal Ecosystems of the Gulf of Mexico: Towards the Integration of Research Groups. 30 June-2 July, 2004, Boca del Rio, Veracruz Mexico.

16. Moretzsohn, F., Tunnell, J. W., Jr., McKinney, L., Brenner, J., Michaud, P., and T. C. Shirley. 2011. Mapping marine biodiversity using the Biodiversity of the Gulf of Mexico Database. NGI 2011 Annual Conference, Mobile, AL, May 17-19, 2011.

17. Moretzsohn, F., J. Brenner, P. Michaud, J.W. Tunnell, Jr., and T. Shirley. 2011. Gulf of Mexico biodiversity inventory and beyond. World Congress on Marine Biodiversity 2011. Aberdeen, Scotland, 26-30 September 2011. 69. International Place-based Protection Strategies and Partnership Panel: Cuba; Beyond the Horizon: A Forum to Discuss a Potential Network of Special Ocean Places to

Strengthen the Ecology, Economy, and Culture of the Gulf of Mexico; Mote Marine Laboratory, 11-13 May 2011.

18. Impact of Oil Spills on Gulf of Mexico Coral Reefs.  Special Symposium on Roadmap to Restoring the Ecological Health of the Gulf of Mexico after the BP Oil Spill.  SER 2011 World Conference on Ecological Restoration.  Merida, Yucatan.  21-25 August 2011.

19. Gulf of Mexico Oil Spills: A Historical Spatial Perspective.  SER-SETAC Symposium: Coastal Oil Spills Before and After the Deepwater Horizon: Integrating Impact and Assessment with Restoration.  Merida, Yucatan. 24-27 August 2011.

20. Moretzsohn, F., J.W. Tunnell, Jr., and L. McKinney. 2001. Biodiversity baseline and the Deepwater Horizon Oil Spill. SOST Deepwater Horizon Oil Spill Principal Investigator One Year Update Workshop, St. Petersburg, Florida 25-26 October 2011.

21. Nash, H.L., J.W. Tunnell, Jr., and S. Furiness. 2012 Biological contributions of South Texas Banks to Gulf of Mexico Large Marine Ecosystem, Subtropical Biology Conference, Edinburg, Texas, 13 January 2012. [poster]

22. Wood, J.S., J. Gibeaut, J.W. Tunnell, Jr., and H.J. Cho. 2012. Hyperspectral remote species discrimination in optically shallow waters using AISA Eagle imagery, ENVI image processing software and ESRI's ArcGIS software. Sixth NOAA Education Partnership Program Forum, Tallahassee, Florida, 26-28 March 2012.

23. Tunnell, J.W., Jr., F. Moretzsohn, and L.D. McKinney. 2012. Gulf of Mexico biodiversity and the 2010 oil spill. Sixth NOAA Education Partnership Program Forum, Tallahassee, Florida, 26-28 March 2012.

## Published Photos:

- Two color photos of Merida Yucatan, México; *México Magazine* Premiere Issues, 1987.  p. 19.
- Numerous photos in book, J.W. Tunnell and F. Judd (eds.).  2002. *The Laguna Madre of Texas and Tamaulipas*. Texas A&M University Press. College Station. 346 pp.
- Numerous photos in book, J.W. Tunnell, Jr., E. A. Chavez, and K. Withers (eds.).  2007. *Coral Reefs of the Southern Gulf of Mexico*. Texas A&M University Press, College Station.  256 pp.
- Some photos in book, J. W. Tunnell, Jr., J. Andrews, N. Barrera, and F. Moretzsohn. 2010. *Encyclopedia of Texas Seashells*. Texas A&M University Press. College Station. 512 pp.

## Professional Involvement (alphabetical order):

- American Malacological Union:  Field Trip Guide for 1979 Annual Meeting, Corpus Christi; Symposium organism with J. Britton, Gulf of México Mollusca, 1994 Annual Meeting, Houston.
- Book Review:  J. Britton and B. Morton on biota of western Gulf of México, UT Press (1987).
- Book Review: R. Darnell on Ecology of the Gulf of Mexico, Texas A&M Press (2009).
- Book Review: review of Gulf of Mexico section of National Geographic Kids Almanac (2011).
- Coastal Bend Chapter (National Audubon Society):  Co. Founder of Chapter (1974), President (1978-1980), President-Elect (1977-1978), Treasurer (1980-1981), Program Chairman (1977-1978, 1982-1983).
- Deepwater Horizon Oil Spill: became very involved in media interviews and trips to Mexico regarding this oil spill; media included New York Times, Washington Post, Associated Press, CNN, MSNBC, ABC Evening News, Fox, Time Magazine, National Geographic, and more.
- Houston Conchological Society, guest speaker (1983, 1987).
- Marine Science Institute, Univ. of Texas, guest speaker, Fish Ecology Workshop for Science Teachers, Nov. 1986, Dec. 1987.
- Metropolitan Association for Teachers of Science, guest speaker, Houston (1988).
- National Science Foundation:  Grant Reviewer (1981-Present).
- Padre Island National Seashore:  Guest Leader Walk Program (1978-1981);  Biologist Selection Committee (1981);  Annual Christmas Bird Counts (1975-82).
- Peer Review Panels on Deepwater Horizon Oil Spill Gulf Research Initiative funding to Dauphin Island Sea Lab and Northern Gulf Institute (2010 and 2011).
- Sea Grant, Texas:  Grant Reviewer  (1979-1980; 1986-Present).
- Science, Univ. Tex., Marine Science Institute, (Feb. 1990).
- Southern Methodist University, College of Continuing Education: Field Trip Guide (1981), Guest Speaker (1982).
- Southern Association of Marine Laboratories: Steering Committee and panelist for NSF Workshop on minorities in Marine
- Summer Science Institute, Corpus Christi State University, Marine Science for Secondary Teachers (1988).
- Symposium on South Texas Fauna in Honor of Dr. Allan H. Chaney: Co-organizer and co-editor of symposium/proceedings (1977).
- Tamaulipan Biotic Province Symposium:  Steering Committee (1978-1982).
- TAMU-CC National Spill Control School:  Lecturer - Oil Spills (1978 - 1997), Hazardous Material (1980-83).
- Texas Academy of Sciences:  Host of 1980 Annual Meeting; Board of Development (1981-82);  Coral Reef Symposium Organizer for 1977 Annual Meeting; Conservation Committee (1985).
- Universidad Autonoma de Tamaulipas and The University System of South Texas.  Participated in two meetings of discussion and interaction on academics and research between these two organizations, May 1984 in Kingsville, Tx. and Nov.  1984 in Ciudad Victoria, Tamaulipas, México.
- Welder Wildlife Foundation:  Conservation Ecology Workshop Lecturer and Field Trip Leader (1978-84).
- Invited seminar presentations:  Univ. Texas, Marine Science Inst., Mar. 1980, Apr. 1985;  Univ. Texas at San Antonio, Oct. 1984; Centro de Investigación y de Estudios Avanzados del IPN -Unidad Merida, Aug. 1985; Instituto Technologico de Chetumal, Oct. 1985;  Texas A&M Univ., Dept. Biol. Oceanography, Oct. 1986;  Texas A&M Univ., Galveston, Dept. Mar. Biol., Apr. 1988; Texas Christian Univ., Dept. Biol., Feb. 1989; Texas A&M Univ., Wildlife and Fisheries Science Department, Jan. 1995; The University of Texas at Arlington, Nov. 1996.

**Program Reviews:**

- Texas A&M University – Galveston, Marine Science and Oceanography Programs funded by State of Texas Special Item Funding. 26 March 1998
- University of Alaska – Juneau, Environmental and Marine Science Program and Facilities Planning, with Saratoga Associates and Cunningham group.  June - July 2001.
- East Carolina University, Proposal for Center for Integrative Coastal Studies.  January 2004.
- Vester Marine and Environmental Sciences Research Field Station, Florida Gulf Coast University. August 2010.

**Professional Boards, Panels, Committees** (alphabetical order):

- Beyond the Horizon Steering Committee (for Gulf of Mexico MPA plan), 2010.
- Caribbean MPA Management Network and Forum, Leadership and Resources Tam, 2008 – Present.
- Census of Marine Life, U.S. National Committee Member, 2005-2010; Vice-Chair, 2007-2010.
- Corpus Christi Bay National Estuary Program, Task Force Team Leader for Living Resources and Habitats, Comprehensive Conservation and Management Plan development, 1995-1999.
- Corpus Christi Bay National Estuary Program, Scientific/Technical Advisory Committee, Vice Chair, 1993 - 1998; Chair, 1999-2001.
- Environmental Science Institute, Florida A&M University, Advisory Council, 2007 – Present.
- Google Ocean Advisory Council, 2007 – 2009.
- Gulf of México Fishery Management Council, Ad Hoc Marine Reserves Committee, 1998 - 2009.
- Gulf of Mexico Large Marine Ecosystem Steering Committee, 2009-2013.
- Harte Research Institute for Gulf of Mexico Studies, Harte Advisory Council Board (ex-officio), 2001 – Present.
- Koch Industries, Inc., Koch Coastal Bend Community Advisory Council, 1998-2002.
- *Malacology Data Net (Ecosearch Series),* Editorial Advisory Board, 1987 - 1993.
- National Association of Marine Laboratories, Board of Directors, 1996-Present.
- National Council for Science and the Environment, Advisory Committee for the "Oil and Oceans Symposium" in Washington, DC, 2011.
- National Undersea Research Center, Peer Review Panelist, 1994.
- Nueces and Corpus Christi: Bay and Basin Stakeholder Committee, 2009-Present.
- Nueces Estuarine Advisory Council, 1992 - Present.
- Nueces River Authority, Steering Committee, Clean Rivers Program, 1993- Present.
- Sian Ka'an Conservation Foundation, Board of Directors, 1992-2010.
- Southern Association of Marine Laboratories, Board of Directors, 1996 - 99, President-Elect, 1999, President, 2000-2001, Past President, 2002-2003, President-Elect 2006-2007, President 2008-2009, Past-President 2010-2011.
- State of the Gulf of Mexico Steering Committee for 2006 Summit, 2004-2006.
- State of the Gulf of Mexico Steering Committee for Summit 2011, 2011.
- Technical Advisory Committee to Texas Water Commission on freshwater inflows into Nueces/Corpus Christi Bay system from Lake Corpus Christi/Choke Canyon Reservoir.  Appointed June 1990 -1992.
- Texas A&M University at Galveston, Program of Requirements for new Marine Science Research Building, 2006-2008.
- Texas A&M University Press, General Editor, Gulf Coast Studies Series, 2001-Present.
- Texas A&M University Press, General Editor, Harte Research Institute for Gulf of Mexico Studies Series, 2007 – Present.
- Texas Academy of Sciences, Board of Directors, 1989-1991.
- Texas Parks and Wildlife Department, Texas Harmful Algal Bloom Strategy Coordinating Committee, 1998-2002.
- Texas Parks and Wildlife, Coastal Resources Advisory Council, 2005-2008.
- Texas Sea Grant College Program, Academic Advisory Committee, 1994- Present.
- U.S. Coast Guard Oil Spill Team, South Texas Coastal Zone Area Committee, 1994-98.
- Waitt Institute for Discovery, Scientific Advisory Committee, 2006-2010.

**University and College Involvement** (alphabetical order):

- Biology Department:  Coordinator (1989-1990); Chair Search Committee (1990; 1994).
- Biology Field Trip/Vehicle Coordinator (1974- 1992).
- Biology Graduate Selection:  Member (1975-Present).
- Science Division:  Committee for Environmental Action on Campus, Sponsor (1990).
- College (Science & Technology), Dean Selection Committee, Member (1979-1980).
- College (Science & Technology), Dean Selection Committee, Member (1981-1983).
- College (Science & Technology), Dean Selection Committee, Member (1994).
- College (Science & Technology), Director, Blucher Institute, Selection Committee Member (1988).
- College (Science & Technology), Director, Blucher Institute, Selection Committee, Chair, (1997).
- College (Science & Technology), Instructional Development Committee, Member (1978-1981).
- College (Science & Technology), Promotion and Tenure Committee, Member (1983-1984; 1993-1995) Chairperson (1986-1988).

- College (Science & Technology), Promotion and Tenure Review Committee, Member (1988-1989; 1990-1991).
- College (Science & Technology), Science Chairperson Selection Committee, Member (1977).
- College (Science & Technology), Purpose Statement Committee, Member (1988).
- College of Science and Technology, Center for Coastal Studies - Director (1984-2009).
- Environmental Science Program Development Committee, Member (1990-1992).
- Geology Program Development Committee, Member (1979-1981).
- Geology Program Faculty Selection Committee, Member (1979-1981).
- Mariculture Grant Coordinator (1989-1990, 1990-1991).
- Physical and Life Science Department: Chair, Ph.D. CMSS Program Development Committee (2001-2005).
- Life Science Department: Member, Ph.D. Marine Biology Development Committee (2007-2008).
- Life Science Department: Chair of Search Committee for LSCI Chair of Department position (2011).
- Life Science Department: Member, Search Committee for Coral Reef Ecologist position (2011-12).
- Science Association:  Faculty Sponsor (1974-1975).
- TACT Nominating and Election Committee:  Science & Technology Rep. (1981).
- University Budget and Strategic Planning Council:  Member (1999-2005 ).
- University Committee on Administration of Organized Research Funds: Science & Technology Rep.  (1979-1980).
- University Committee on Evaluation of Grants and Contracts (1995-1998).
- University Council on Teacher Education:  Science & Technology Rep. (1983-1984).
- University Graduate Affairs Committee of Academic Council: Science & Technology Rep.  (1981-1982).
- University:  Harte Research Institute Management Team (2001-2008).
- University:  Harte Research Institute Academic Council (2004-Present).
- University Promotion and Tenure Committee:  Science & Technology Rep. (1980-1981).
- University Research Committee:  Science & Technology Rep. (1981-1982).
- University Research and Scholarly Activities Council (Formerly University Research Council) (1999-2010).
- University Self-Study, Standards Committee for Graduate Programs: Science and Technology Rep. (1978-1979).
- University Sponsored Programs Review Committee, Member (1995).
- University:  Building Coordinator of Center for Environmental Studies and Services (1990-1996) and Natural Resource Center (1996-2009)
- University:  Provost's Council (2001-2008).
- University:  Selection Committee Chair; Sponsored Programs Coordinator (1996 and 1997).
- University:  Selection Committee Member, Assist. Director, Physical Plant (1997).
- University: Selection Committee Member, Director of Research (2010-11).
- University:  CCSU/4U Assistance Group, Member (1988).
- University:  Building Coordinator for the Harte Research Institute for Gulf of Mexico Studies building (2002-2008).

## Community Involvement (alphabetical order):

- Bold Future of the Coastal Bend, Sustainable Environment Committee: (2009-2011).
- Calallen Middle School Science Fair:  Judge (1988).
- Christian Businessmen's Committee:  Supporter/Member (1981-1984).
- Comfort and Encouragement Ministries:  Board of Directors (2000-Present)
- Corpus Christi House of Prayer:  Counselor (1976-1981).
- Corpus Christi Independent School District:  Career Development Program (1977, 1981); Mystery Guest Program (1976, 1981).
- Corpus Christi Independent School District (CCISD) Texas Science, Technology, Engineering, and Math (T-STEM) Innovation Academy Design Team Member (Sept. 2006 – Present).
- Corpus Christi Museum:  Reviewer of exhibit plans/expansions (1987).
- Corpus Christi Tunnel Aquarium Committee:  Member (1977-1978).
- Deepwater Horizon Oil Spill: served as media advisor to numerous media outlets regarding the historical perspective from the Ixtoc I oil spill (National Geographic, Time magazine, Nature magazine/journal, New York Times, Washington Post, ABC World News, CNN International, and many more).
- Faith Christian School:  School Board Chairman (1976-84), School Council Member (1986-1989).
- Faith Temple:  Elder (1975-1991).
- Fantastic Friday Series, Windsor Park Elem., Athena Program, (1986, 1987); Guest speaker, Calallen Jr. High (1987); Innovation Academy with T-STEM at Cullen Middle School and Moody High School and HRI 2007, 2008).
- Fellowship of Christian Athletes:  Supporter/Member (1976-1981).
- Harvey Weil Conservationist-Sportsmanship Grant Selection Committee (2000-present).
- Harvey Weil Conservationist-Sportsmanship Steering Committee (2006-present).
- Here's Life Christi:  Supporter/Member (1976-1981).
- National Ocean Science Bowl - Center for Coastal Studies Sponsor (1999-2008); Science Judge (1999-present).
- National Science and Technology Week:  public lecture on "Views from Downunder:  Australia's Great Barrier Reef and Outback" (1988).
- Program organizer and speaker:  "Our Environment:  A look at South Texas" seminar - "Texas Coastal Ecology:  Its Uniqueness and Problems" (by J.W.T.) Co-sponsored by four civic groups.
- Rotary Club of Corpus Christi (2000-2008).
- Sea Grant Marine Education Symposium, Palacios, Texas, 1992.
- Speaker to the following groups:  Coastal Bend Audubon Society; Corpus Christi Garden Club; Coastal Bend Shell Club; Ingleside

Rotary Club; Southside Rotary Club;  Westside Rotary Club; Taft Rotary Club; Portland Rotary Club;  Aransas Pass Rotary Club; Ingleside Rotary Club;  Midtown Kiwanis Club; Taft Kiwanis Club; Uptown Kiwanis Club; Downtown Kiwanis Club; Texas A&I Biology Club; Texas A&I Conservation Class; CCSU Faculty Wives Club; Texas Shorthand Reporters Association; Various Local Schools; Society of Independent Petroleum and Earth Scientists; Junior League of Corpus Christi; Corpus Christi Museum; Third Coast Dive Club; Texas Lyceum; Texas Associated Press Managing Editors; SW Bell Pioneers; Elderhostel; Leadership Texas; Corpus Christi Downtown Rotary Club; Corpus Christi Morning Group; Corpus Christi Kiwanis Club; Padre Island Kiwanis Club; Padre Island Enhancement Association; Pan American Round Table; Corpus Christi Chapter of Texas Society of Certified Public Accountants; Houston Museum of Natural Science.

- Tex-PREP College Program:  Speaker, Del Mar College, (1987, 1988, 1989, 1990, 1991, 1992).
- Texas State Aquarium Association:  Technical Advisor (1978-1990); Biological Committee (1986-1990). Instructor/Lecturer in Guide Classes (1990, 1991, 1992).

## Graduate Advisor or Co-Advisor for:

**MS Students:**

| | | | |
|---|---|---|---|
| 1. Christi Adams, '94 | 15. Nicole Davis '11 | 29. Kay Jenkins, '00 | 43. Barbara Ruth, '90 |
| 2. John S. Adams, '93 | 16. Dolly Dobson, '03 | 30. Mary Kindinger, '81 | 44. Ronald R. Smith '96 |
| 3. Sandra Alvarado, '96 | 17. Albert Drumwright, '89 | 31. Amy Koltermann, '00 | 45. Lucinda N. Sohn, '99 |
| 4. Noe Barrera, '01 | 18. Tannika Engelhard, '98 | 32. Christopher Ledford, '03 | 46. Jackie Staggs, '08 |
| 5. Thomas Bates, '03 | 19. Shannon Garvon '04 | 33. Clare M. Lee, '95 | 47. Jennifer Stephens '10 |
| 6. Maria Brayfield '04 | 20. Richard Gibbons '04 | 34. Scott P. Milroy, '99 | 48. Terrance Todd, '03 |
| 7. Heather Butler, 08 | 21. John E. Gourley, '89 | 35. Christine Mitchell, '85 | 49. Troy Todd, '96 |
| 8. Matt Campbell, '01 | 22. Kathryn Harvey, '01 | 36. Teri J. Nelson, '91 | 50. Scott Van Sant, '03 |
| 9. Teresa B. Carrillo, '00 | 23. Kimberly Halbrook '03 | 37. Alex Nuñez, '04 | 51. Amy Thurlkill '04 |
| 10. Marie Castiglione, '83 | 24. David W. Hicks, '93 | 38. Michael Ordner, '87 | 52. Mary E. Vega, '88 |
| 11. Alejandra Chavez '09 | 25. Nancy L. Hilbun, '00 | 39. Jennifer Pearce '04 | 53. Robert Vega, '85 |
| 12. Catherine Childs, '02 | 26. Gary Hill, '75 | 40. Addie Reed '04 | 54. Catherine Williamson, '80 |
| 13. Susan  Childs, '97 | 27. Matt Hubner, '07 | 41. Nicolás Ricono, '98 | 55. Barbara Ruth, '90 |
| 14. Paul C. Choucair, '92 | 28. Larry Hyde, '00 | 42. Dennis D. Rocha, '95 | |

**Ph.D. Students:**

| | | |
|---|---|---|
| 1. Dr. Roy Lehman, '93 | 2. Dr. Kim Withers, '94 | 3. Dr. Carl Beaver, '02 |
| 4. Dr. Sandra Arismendez '10 | | |

**Post Doctoral Associates:**

| | | |
|---|---|---|
| 1. Dr. Carl Beaver 2001-2002 | 2. Dr. Emilio Morfin 2003-2004 | 3. Dr. Fabio Moretzsohn 2004-2007 |
| 4. Dr. Jorge Brenner 2007-2010 | | |

## Gulf Coast Books (book series), Sponsored by Texas A&M University-Corpus Christi, John W. Tunnell, Jr., General Editor, published by Texas A&M University Press

### Titles in the Series

1. *Lighthouses of Texas* (2001) ................................................................................. by T. Lindsay Baker
2. *The Laguna Madre of Texas and Tamaulipas* (2002) ................................................... by John W. Tunnell, Jr. and Frank J. Judd (eds.)
3. *Fishing Yesterday's Gulf Coast* (2002)  ......................................................................... by Barney Farley
4. *Designing the Bayous* (2004) ......................................................................................... by Martin Reuss
5. *Life on Matagorda Island* (2004) ........................................................................... by Wayne H. McAlister
6. *The Book of Texas Bays* (2004) by Jim Blackburn
7. *Plants of the Texas Coastal Bend* (2005) ................................................................. by Roy L. Lehman et al.
8. *Galveston Bay* (2005) ......................................................................................... by Sally E. Antrobus
9. *Crossing the Rio Grande* (2006)  ................................................................................... by Luis G. Gómez
10. *Birdlife of Houston, Galveston, and the Upper Texas Coast* (2006) ........................................... by Ted L. Eubanks et al.
11. *The Formation and Future of the Upper Texas Coast* (2007)................................................. by John B. Anderson

12. *Finding Birds on the Great Texas Coastal Birding Trail* (2007) ........................................................ by Ted Eubanks et al.
13. *Texas Coral Reefs* (2008) ................................................................................ by Jesse Canselmo
14. *The Laguna Madre and Its Fishes* (2008) ................................................................ by David A. McKee
15. *The Louisiana Coast, Guide to an American Wetland* (2008)........................................ by Gay M. Gomez
16. *Storm over the Bay* (2009).............................................................................. by Mary J. O'Rear
17. *After Ike* (2009).......................................................................................... by Bryan Carlile
18. *Glory of the Silver King* (2011)……………………………………………………by Hart Stilwell
19. *Kayaking the Texas Coast* (2011)……………………………………………………by John Whorff
20. *River Music (2011*……………………………………………………………………by Ann McCutchan

## Harte Research Institute for Gulf of Mexico Studies (book series), Sponsored by Harte Research Institute for Gulf of Mexico Studies, Texas A&M University-Corpus Christi, John W. Tunnell, Jr., General Editor, published by Texas A&M University Press

### Titles in the Series

1. *Coral Reefs of the Southern Gulf of Mexico* (2007)........................................................ by John W. Tunnell, Jr. et al. (eds.)
2. *Gulf of Mexico Origins, Waters and Biota: Volume 1 Biodiversity* (2009)........................................ by Darryl L. Felder and David A. Camp (eds.)
3. *Gulf of Mexico Origin, Water, and Biota: Volume 2 Ocean and Coastal Economy* (2009)................ by James C. Cato (ed.)
4. *Encyclopedia of Texas Seashells* (2010)................................................................ by John W. Tunnell, Jr. et al.
5. *Gulf of Mexico Origin, Waters, and Biota: Volume 3 Geology* (2011)……………………………by Noreen Buster and Charles Holmes (eds.)
6. *Sea Level Change in the Gulf of Mexico* (2011) ........................................................ by Richard A. Davis

## Vital Statistics:

**Born:**          **May 2, 1945, Biloxi, Mississippi**
**Married:**       **June 4, 1966, Kathryn Lea Tunnell**
**Children:**      **Daughter and 2 sons**

## Military:

**United States Army 1969-1971**
**Biological Laboratory Assistant**
**Sixth U.S. Army Medical Laboratory**

# Tunnell Declaration
# Exhibit B

# Exhibit B

# Literature Cited

Banks, P.D. 2011. Comprehensive Report of the 2010 Oyster Mortality Study in Breton Sound and Barataria Basins-May 2011. Louisiana Department of Wildlife and Fisheries. 8 p.

Berrigan, M., T. Candies, J. Cirino, and 8 other authors. 1991. The oyster fishery of the Gulf of Mexico, United States: A regional management plan. Number 24, March 1991. Gulf States Marine Fisheries Commission, Ocean Springs, Mississippi.

Caillouet, C.W., Jr., R.A. Hart and J.M. Nance. 2008. Growth overfishing in the brown shrimp fishery of Texas, Louisiana, and adjoining Gulf of Mexico EEZ. Fish Res 92:289–302.

Condrey, R. and D. Fuller. 1992. The US Gulf shrimp fishery. In Giantz MH, ed, Climate Variability, Climate Change and Fisheries. Cambridge University Press, Great Britain, pp 89–119.

Cowan, J.H., Jr. 2011. Red snapper in the Gulf of Mexico and U.S. South Atlantic: Data, doubt, and debate. Fisheries 36(7):319-331.

Eberline, B.S. 2012. Population dynamics of the Eastern oyster in the northern Gulf of Mexico. M.S. Thesis, Louisiana State University, Baton Rouge. 66 p.

Fodrie, F.J. and K.L. Heck. 2011. Response of Coastal Fishes to the Gulf of Mexico Oil Disaster. PLoS ONE 6(7): e21609. Doi:10.1371/journal.pone.0021609.

Guillory, V., H. Perry, P. Steele, and 9 other authors. 2001. The blue crab fishery of the Gulf of Mexico, United States: a regional management plan. Publication number 96. Gulf States Marine Fisheries Commission, Ocean Springs, Mississippi.

Hart, R.A. 2008. A biological review of the Tortugas pink shrimp fishery 1960 through 2007. NOAA Technical Memorandum NMFS-SEFSC-573. 28 p.

Lin, Q. and I.A. Mendelssohn. 2012. Impacts and recovery of the *Deepwater Horizon* Oil Spill on vegetation structure and function of coastal salt marshes in the northern Gulf of Mexico. Environmental Science & Technology 46:3737-3743.

LDWF (Louisiana Department of Wildlife and Fisheries). 2010. Oyster stock assessment report of the public oyster areas in Louisiana. Oyster Data Report Series No. 16. Louisiana Department of Wildlife and Fisheries.

Martinez, M.L., R.A. Feagin, K.M. Yeager, and 10 other authors. 2012. Artificial modifications of the coast in response to the *Deepwater Horizon* oil spill: quick solutions or long term liabilities? Frontiers in Ecology and the Environment 10(1):44-49.

McCall, B.D. and S.C. Pennings. 2012. Disturbance and recovery of salt marsh arthropod communities following BP Deepwater Horizon oil spill. PLoS ONE 7(3):e32735. 7 p.

McEarchran, J.D. 2009. Fishes (Vertebrata: Pisces) of the Gulf of Mexico. In: Felder, D.L. and D.K. Camp. Gulf of Mexico Origin, Waters, and Biota: Volume 1, Biodiversity. Texas A&M University Press. College Station, Texas, pp 1,223-1,316.

McKee, D.A. 2008. Fishes of the Texas Laguna Madre: a guide for anglers and naturalists. Texas A&M University Press. College Station, Texas. 203 p.

McKinney, L. 2009.  HRI News - Director's corner: Why the Gulf of Mexico?  Summer 2009 Newsletter: Harte Research Institute for Gulf of Mexico Studies.

MRAG (MRAG Americas Inc.). 2010. Pre-Assessment of the Gulf of Mexico Shrimp Fishery. Sustainable Fisheries Partnership. 7 p.

Muhling, B.A., M.A. Roffer, J.T. Lamkin and 6 other authors. 2012. Overlap between bluefin tuna spawning grounds and observed Deepwater Horizon surface oil in the northern Gulf of Mexico. Marine Pollution Bulletin 64: 679687.

Nance, J.M. 2011. Stock assessment report 2010 Gulf of Mexico shrimp fishery. Report for the Gulf of Mexico Fishery Management Council. 16 p.

Nance, J.M, W. Keithly, Jr., C. Caillouet, Jr. and 6 other authors 2006. Estimation of effort, maximum sustainable yield, and maximum economic yield in the shrimp fishery of the Gulf of Mexico. Gulf of Mexico Fishery Management Council. 85 p.

Neahr, T.A., G.W. Stunz, and T.J. Minello. 2010. Habitat use patterns of newly settled spotted seatrout in estuaries of the north-western Gulf of Mexico. Fisheries Management and Ecology 17:404-413.

NMFS (National Marine Fisheries Service). 2011. Fisheries of the United States 2010. National Marine Fisheries Service, Silver Spring, Maryland. 103 p.

NOAA (National Oceanic and Atmospheric Administration). 2007a. Status review of the Eastern Oyster (*Crassostrea virginica*).  NOAA Tech Mem NMFS-F/SPO-88. 105 p.

NOAA (National Oceanic and Atmospheric Administration). 2007b. Report to congress on the impacts of hurricanes Katrina, Rita, and Wilma on Alabama, Louisiana, Florida, Mississippi, and Texas Fisheries. National Oceanic and Atmospheric Administration, Silver Springs, Maryland. 133 p.

NOAA (National Oceanic and Atmospheric Administration). 2012. Proposed Red Snapper Quota Increase. Southeast Fishery Bulletin FB12-026, 10 April 2012.

NOS (National Ocean Service). NOAA. 2011.  The Gulf of Mexico at a glance: a second glance.  Washington, D.C.: U.S. Department of Commerce. 51 pp.

OSAT (Operational Science Advisory Team). 2010. Summary report for fate and effects of remnant oil in the beach environment.  New Orleans, LA.

OSAT (Operational Science Advisory Team). 2011. Summary report for sub-sea and sub-surface oil and dispersant detection: sampling and monitoring.  New Orleans, LA.

Osborn, K.W, B.W. Maghan and S.B. Drummond. 1969. Gulf of Mexico shrimp atlas. US Dep Int, Bur Commer Fish Circ 312. 20 p.

Perry, H., T. VanDevender, R. Trigg, and A. Meyers. 2011. "Oily" droplets associated with blue crab megalopae collected in the northern Gulf of Mexico. National Shellfisheries Association 103rd  Annual Meeting, 27-31 March 2011, Baltimore, Maryland. (Abstract)

Peterson, C.H., S.S. Anderson, G.N. Gherr and 19 other authors. 2012. A tale of two spills: novel science and policy implications of an emerging new oil spill model. BioScience 62:461-469.

Powell, C. 2012. Water, water everywhere…*Texas Shores*:40(2):10-30.

Soniat, T.M., S.M. King, M.A. Tarr and M.A. Thorne. 2011. Chemical and physiological measures on oysters (*Crassostrea virginica*) from oil-exposed sites in Louisiana. Journal of Shellfish Research 30:713-717.

Stunz, G.W. and D.A. McKee. 2006. Catch-and-release mortality of spotted seatrout in Texas. North American Journal of Fisheries Management 26:843-848.

Tunnell, J.W., Jr. 2009.  Gulf of Mexico.  In *Ocean: An illustrated atlas*, ed. S.A. Earle and L.K. Glover, 136-137. Washington, D.C.: National Geographic Society.

Tunnell, J.W., Jr. 2011. An expert opinion of when the Gulf of Mexico will return to pre-spill harvest status following the BP Deepwater Horizon MC 252 oil spill. Harte Research Institute for Gulf of Mexico Studies. Corpus Christi, Texas. 52 p.

VanderKooy, S.J. 2012. The oyster fishery of the Gulf of Mexico, United States: A fisheries management plan. Gulf States Marine Fisheries Commission.

Xia, K., G. Hagood, C. Childers and 8 more authors. 2012. Polycyclic aromatic hydrocarbons (PAHs) in Mississippi seafood from areas affected by the *Deepwater Horizon* oil spill. Environmental Science & Technology 46:5310-5318.

# Tunnell Declaration
# Exhibit C

# Exhibit C

# Additional Figures



Figure C-1 - Maximum daily extent of federal waters closed (2 June 2010; from the ERMA Gulf Response website).



Figure C-2 - *Deepwater Horizon*-related closures in federal waters as of 24 November 2010 (from ERMA Gulf Response website).