# Exhibit 21

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | * | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on** | * | |
| **APRIL 20, 2010** | * | **SECTION J** |
| | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF TRE' WHARTON

I, Edward Briggs Wharton III ("Tre'"), submit this declaration in support of the BP

Defendants' Memorandum In Support Of Motion For Final Approval Of Economic And

Property Damages Settlement Agreement, As Amended On May 2, 2012. I am over the age

of 18, and the opinions, statements, and conclusions expressed in this declaration are my

own.

### *Experience*

1. I was born in Covington, Louisiana and raised primarily in Baton Rouge. I have spent much

   of my life enjoying the Louisiana wetlands, including hunting, fishing and other recreation.

   For the past twenty-two years, I have been professionally involved in wetlands issues.

2. I attended college at Louisiana Tech University and earned a Bachelor of Science degree in

   wildlife conservation. As part of my education, I studied plant taxonomy and wildlife

   ecology. A copy of my current CV is attached as Exhibit A.

3. I have earned numerous certifications related to my expertise in wetlands. I earned a

   certification in wetland identification and delineations from the Army Corps of Engineers by

   completing the Regulatory IV course. I earned a certification in the classification of

wetlands and deepwater habitats by completing a 40-hour Wetland Classification and Inventory Training course sponsored by the U.S. Fish and Wildlife Service.  I also completed the 40-hour Hydric Soils and Wetland Hydrology course sponsored by the Wetland Training Institute.

4.  I have worked for over twenty-two years on wetland-related projects, primarily focusing on the Louisiana wetlands.  The types of wetland projects I have worked on include wetland delineations and mapping, wetland mitigation, wetland assimilation feasibility assessment, wetland permitting, and wetland impact assessment, including evaluating the impacts of oil on wetlands.

5.  After graduating from Louisiana Tech University in 1990, I was employed by Gulf Engineers and Consultants where I served as a project biologist/project manager performing wetland delineations and wetland permitting, natural resource management plans, National Environmental Policy Act ("NEPA") investigations (Environmental Assessment, Environmental Impact Statements, and Biological Assessments), and threatened and endangered species studies.

6.  I continued my work with the wetlands when I began working with C-K Associates LLC, located in Baton Rouge, Louisiana.  I have worked with C-K Associates for approximately 11 years and am currently C-K Associates' Ecological Team Leader, as well as a senior project manager for biological and NEPA investigations.  NEPA investigations include component studies in support of Environmental Assessments and Environmental Impact Statements, specifically wetland delineations, threatened and endangered species surveys, socioeconomic studies, floodplain assessments, Biological Assessments, and other necessary studies.

2

7. As the Ecological Team leader, I am responsible for all wetland-related projects performed by C-K Associates. My work with C-K Associates has included well over one hundred wetlands projects, which involve coordinating with state and federal agencies.

8. For example, I recently served as C-K's Senior Project Manager for the wetland assimilation project within the Fritchie Marsh System located in St. Tammany Parish, Louisiana. As Senior Project Manager, I directed all wetland field activities and supervised the feasibility analysis and baseline ecological characterization of the wetlands, coordinating with the Louisiana Department of Environmental Quality. I also served as Project Manager for the Louisiana Offshore Oil Port (LOOP) Environmental Management Plan from 2002-2011. My responsibilities included directing field activities associated with the beach elevation and beach vegetation surveys, as well as field verification associated with a land loss analysis. This involved directing the overall habitat and land loss investigation which used a geographical information system (GIS) approach to determine land change throughout both the project area and a control area. Other responsibilities included report preparation and presentation of results to the Louisiana Transportation Research Center (LTRC) and the Program Review Committee.

9. I also have experience in responding to oil spills including field data collection, assessment of impacts and development of strategies to address impacts. For example, I am part of C-K Associates' Environmental Spill Response team, which consists of C-K scientists who serve as the initial responders in the event of an unplanned release, including shoreline cleanup assessment technique (SCAT), preparation of resource-specific response plans, and natural resource damage assessment (NRDA or NRD). Through my work on the Environmental

3

Spill Response team, I have responded to oil spills, and assessed and developed strategies to address water and land based oil spills, including oil spills involving wetlands.

10. I serve on C-K Associates' SCAT team following releases of crude oil or petroleum products. As part of the SCAT team, I assess baseline conditions and identify the geographical extent of a release. I work with federal and state natural resource authorities to identify observable and measurable impacts to affected areas, including wetlands, and work to develop and evaluate potential response strategies. During a release I consider a variety of response strategies and how they affect wetlands and other natural resources, including natural recovery.

11. In addition, I provide NRDA technical assistance obtaining baseline and incident data, including in Louisiana wetlands, and facilitating the cooperative efforts with federal and state natural resource authorities. My work includes assessing impacts to wetlands flora and fauna from oil spills and working with the federal and state authorities evaluating any observable and measurable impacts.

12. I have also worked to develop wetland restoration and mitigation plans and have supervised the implementation of these plans.

13. I have supervised hundreds of wetland delineations located in the Gulf region, including many in Louisiana.

14. I have participated in biological resource evaluations and threatened and endangered species investigations throughout the Gulf region.

15. I did not personally participate in: (i) drafting or preparing the Economic Loss and Property Settlement Agreement between BP and the Plaintiffs' Steering Committee or the settlement frameworks or methodologies that are incorporated into the Settlement Agreement; (ii) the

4

settlement negotiations between BP and the PSC; or (iii) advising any of the Parties whether to agree to the terms of the Settlement Agreement.

### *Materials Reviewed*

16. In preparation for this declaration, I have reviewed the following:

- The Shoreline Cleanup Completion Plan from Unified Command

- The Louisiana Stage III Shoreline Treatment Plan

- The 2011 Shoreline Plan for Louisiana (Stage 4)

- Shoreline Treatment Recommendations for northern Barataria Bay

- SCAT data

- SCAT Weekly Oiling Summary Reports for Unified Command

- The Shoreline/Vegetation Rapid Shoreline Oiling Survey, NRD Pre-assessment data, work plan, and data sheet template

- The Shoreline/Vegetation NRD Pre-assessment Data Collection Plan data, work plan, and data sheet template

- The NRD Sampling and Monitoring Plan for the Assessment of Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico ("Coastal Wetlands Vegetation Assessment" or "CWVA") observational data, work plan, and data sheet template

- The Compensation Framework for Wetlands Real Property Claims and attachments

- RTP Chart - Exhibit 15 to the *Deepwater Horizon* Economic and Property Damages Settlement Agreement

- The Plaintiffs' Steering Committee's and BP Defendants' Joint Motion for (1) Preliminary Approval of Class Action Settlement, (2) Scheduling a Fairness Hearing,

5

(3) Approving and Issuing Proposed Class Action Settlement Notice, and (4) BP's Motion for Adjourning the Limitation and Liability Trial

- The declaration of Elliott Taylor, Ph.D.
- The declaration of Harold G. Leggett, Ph.D.
- Various articles related to the effect of oil spills on wetlands

### *Site Evaluations*

17. I made a series of site evaluations of the Louisiana wetlands on March 27, 2012, including aerial observations from a helicopter and ground observations from a boat. The aerial observations encompassed large portions of Louisiana wetlands, including the wetland areas from Barataria Bay west to Terrebonne Bay, and from Terrebonne Bay east towards South Pass near Venice, Louisiana. I also evaluated some of the wetland areas by boat, from Myrtle Grove Marina to portions of northern Barataria Bay.

18. During my boat tour on March 27, 2012, I visited seven sites in the Wetlands Real Property Claim Zone where I was able get off the boat to examine the wetland areas. The boat tour was performed during high tide. Of the seven sites, SCAT reported heavy oil at five of the sites and moderate oil at two of the sites at their maximum level of oiling observed. Six of the visited locations are sites included in the CWVA study. The other site was designated by the Unified Command as a marsh test plot to evaluate different treatment methods. With the exception of the test plot area, the sites I visited appeared healthy, and I observed new vegetation shoots from species typically found in this wetland habitat appropriate for this time of year.

19. Further, during my site visit I visually examined the shorelines between observation points. The shoreline observations were generally consistent with observations made at the site

6

visits. There were some limited areas along the shoreline between observation points where I did not observe new vegetation.

20. From June 12-14, 2012, I made another series of site visits, this time observing twenty-one CWVA sites by boat (including re-visiting the sites I had visited in March of this year). I selected these sites to include parcels in the Wetlands Real Property Claim Zone in different geographic regions of Louisiana that have been reported under the SCAT maximum oiling data as having various levels of oiling, from heavy to no oil observed. The parcels also include a variety of different marsh habitats. Several of these sites are eligible parcels under the Compensation Framework for Wetlands Real Property Claims. During these site visits, I was able to get out of the boat at many of the sites to observe more closely; at others we were able to pull the boat up to the site. This boat tour was made during low tide levels.

21. Attached as Exhibit B are brief summaries describing each of the 21 sites, presented in the order in which I visited them, including observations made under the Coastal Wetlands Vegetation Assessment study (including sediment surface oiling coverage and vegetation oiling extent index (documenting observed oiling on the entire plot)), and photographs taken of the sites in the fall of 2010, spring of 2011, fall of 2011 and March and June of 2012. The photographs from 2010 and 2011 were taken as part of the CWVA study, and the photographs from 2012 were taken by me. As set out in Exhibit B, the SCAT data show a reduction in observed oil when compared to the maximum oil observed. Specifically, ten of the sites visited had a maximum oiling level of heavy, and as of the most recent SCAT survey, three have no oil observed, one has light tarballs, one is classified as very light, and five are classified as light.

7

*Opinions*

22. Based on my background, education, professional experience, personal observations, and the materials I reviewed, I have made an assessment of the Louisiana wetlands included in the Compensation Framework for Wetlands Real Property Claims. The Compensation Framework for Wetlands Real Property Claims includes wetlands where no oil was observed and also wetlands where oil from the *Deepwater Horizon* ("DWH") spill was observed. Overall, the wetlands where oil was observed appear to be recovering, including an appearance of healthy vegetation, the emergence of new vegetation shoots, as well as a reduction in the degree of oiling due to response activities or natural attenuation. In fact, oil is currently no longer observed in many areas where oil was observed after the DWH spill.

23. I have reviewed data related to the presence of MC252 oil in the wetlands. The Compensation Framework for Wetlands Real Property Claims incorporates assessment of oiling by SCAT and under the NRD process. These assessments were done cooperatively by state and federal representatives and BP. The NRD assessments included a pre-assessment survey done from May to September 2010 (which were foot, boat, and vehicle surveys extending from Louisiana to Florida, measuring the presence of oil on water, oil on vegetation, and oil on sediment), a Rapid Assessment done from August to mid-October 2010 to enhance that knowledge (a boat based survey in Louisiana, assessing among other things oiling levels and/or oil coverage on vegetation and the degree of sediment oiling), and the CWVA (with assessments in fall 2010, spring 2011, and fall 2011). The CWVA assessed various oiling conditions in marshes in Louisiana, Mississippi, and Alabama, including observations of the extent of oiling on vegetation and the percent of sediment surface oiling. These three studies, along with SCAT, provide thorough information on the presence of oil

8

along the Louisiana shoreline following the DWH spill, and are part of the basis for the Compensation Framework for Wetlands Real Property Claims' delineation of eligible properties and division into compensation categories.

24. The SCAT data show no oil was observed at any time by DWH SCAT teams along approximately 84% of the Louisiana marsh shoreline assessed by SCAT. For the portions of the Louisiana shoreline where oil was reported, the data show that the degree of oiling has reduced over time and no oil is currently reported at many sites where oil was previously reported. Specifically, over 96% of the marsh shoreline surveyed by SCAT had no oil observed as of July 28, 2012. Further, only 0.1% of the marsh shoreline surveyed by SCAT was reported as having heavy or moderate oiling as of July 28, 2012.

25. Louisiana marshes have been impacted by oil spills in the past, and the impacts that oil spills have on marsh habitats have been studied extensively. Marsh habitats have shown resiliency to oil spills and have shown full recovery after having been oiled. Based on my experience, my observations, and the materials I reviewed for this declaration, I expect that the degree of oiling from the DWH spill will continue to decrease over time along the Louisiana shoreline from both response activities and natural attenuation. I also expect that sites that were once reported as having oil will be reported in the future as having no oil.

26. I believe the Compensation Framework for Wetlands Real Property Claims is fair. I have reviewed the Wetlands Real Property Claim Zone Map, and it is my opinion that the zones are fair because they were established using thorough and comprehensive data described in Paragraph 23. I have also reviewed the Wetlands Real Property Compensation Amount which, in my opinion, is fair to eligible claimants. Oiled parcels are compensated for an Oiled Primary Area and a Buffer Area (extending further inland) regardless of the degree of

9

oiling, which provides adequate compensation for even the most heavily oiled parcels. Eligible parcels with no oil observed also receive some compensation for a Non-Oiled Primary Area despite the fact no oil was observed by SCAT, NRD Pre-assessment, NRD Rapid Assessment or NRD CWVA. Moreover, all eligible parcels receive a Risk Transfer Premium ("RTP") of 2.5 in addition to the Wetlands Real Property Compensation Amount. It is my understanding from reviewing the RTP Chart and the Joint Motion for Preliminary Approval that RTP payments are meant to compensate class members for pre-judgment interest, any risk of oil returning, consequential damages, inconvenience, aggravation, any risk of future loss, lost value of money, compensation for emotional distress, liquidation of legal disputes about punitive damages, and other factors. Accordingly, it is my opinion that the Compensation Framework for Wetlands Real Property Claims is fair and adequate to eligible claimants.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Date: August 10, 2012

Edward Briggs Wharton III

# Wharton Declaration
# Exhibit A



## E. B. (TRÉ) WHARTON III                    RESUME
ECOLOGICAL TEAM LEADER



**Areas of Expertise**
- Wetland Investigations/Monitoring
- Wetland Mitigation
- Spill Response and Natural Resource Damage Assessments
- Biological Assessments and Inventories
- Threatened and Endangered Species Studies
- Regulatory/Permitting
- Natural Resource Planning
- Litigation Support

**Years of Relevant Experience**
22

**Education**
B.S., Wildlife Conservation, Louisiana Tech University, 1990

**Certifications**

Mr. Wharton has received certification in the Corps of Engineers' Regulatory IV Wetland Identification and Delineations Course and has received certification in a Wetland Classification and Inventory Training Course (40-hours) sponsored by the U.S. Fish and Wildlife Service, and the Hydric Soils and Wetland Hydrology (40-hours) sponsored by the Wetland Training Institute.   Mr. Wharton has completed the OSHA 40-hour hazardous materials training course in accordance with 29 CFR 1910.120 as well as the NHI Course No 142005 (NEPA and Transportation Decision making) offered through the US Department of Transportation, Federal Highway Administration.

**Project Locations**
LA, TX, AR, MS, AL, GA, NC, SC, FL, OK, TN, KY, IN

**EXPERIENCE DETAIL**

Mr. Wharton is the Manager of C-K's Ecological Team, as well as a Senior Project Manager for Biological and NEPA investigations.  He is the field supervisor for all wetland-related projects performed by C-K and has managed the performance of wetland delineations (including mapping), wetland mitigation projects,  a wetland assimilation feasibility study, and wetland permitting projects, for large tracts (greater

than 1,000-acres) throughout the southeast. He has supervised the accomplishment of several hundred wetland delineations located in the southeast covering thousands of acres. Mr. Wharton has also participated in Biological Resources Evaluations and Threatened and Endangered Species investigations throughout the Southeastern US. Mr. Wharton has also provided expert opinion for litigation support involving wetland impacts.

Mr. Wharton recently served as the Project Director for a wetland assimilation project within the Fritchie Marsh System located in St. Tammany Parish, Louisiana in support of the St. Tammany Parish Wastewater Consolidation Program. Duties include directing all field activities and preparing the feasibility analysis prior to preparing the baseline ecological characterization. He oversaw the coordination of all of the project information with LDEQ in support of the LPDES Permit application process.

Mr. Wharton has been the Project Manager for the LOOP Environmental Management Plan from 2002-2011. Responsibilities have included directing field activities associated with the beach elevation and beach vegetation surveys, as well as field verification associated with a land loss analysis. This involved directing the overall habitat and land loss investigation which used a geographical information system (GIS) approach to determine land change throughout both the project area and a control area. Other responsibilities included report preparation and presentation of results to the Louisiana Transportation Research Center (TRC) and the Program Review Committee.

Mr. Wharton managed numerous linear projects including but not limited to a General Re-Evaluation Report/Supplemental Environmental Impact Statement for the proposed improvements along the Tamiami Trail (US 41) in south Florida as well as several highway projects in Louisiana. All of these included a wetland investigation component as well as terrestrial habitat assessments and surveys.

Mr. Wharton is part of C-K's Environmental Spill Response Program (ESRP). This program has responded to a number of water and land based spills requiring his experience in collection of field data to assess impacts, to develop assessment strategies. He serves as a project biologist/phase leader during response projects evaluating impacts to flora and fauna in the affected areas. In addition, he is assists in providing Natural Resource Damage Assessment (NRDA) technical direction for obtaining baseline and incident data and facilitating the cooperative efforts between our clients and State and Federal Natural Resource Trustee Agencies.

Mr. Wharton has managed natural resources projects which include a NEPA component including an Integrated Natural Resources Management Plan and Environmental Assessment for military installations, an Endangered Species Management Plan and Environmental Assessment; and a Site-Specific Environmental Impact Assessment (EIA) for the proposed expansion of a federal lock and dam in Indiana. The EIA included preparation of a Biological Assessment, wetland delineation, an endangered mussel survey and development of concept land plans and costs for the disposal of dredge material.



Mr. Wharton has supervised data collection in the Phase I and II site assessment at two pesticide contamination sites in north Louisiana. These sites were being investigated for soil, water and air contamination. Mr. Wharton has been directly responsible for implementing sampling plans and the quality control/quality assurance of these samples.

**Wetland Delineations/Wetland Assimilation**

- Wetland Delineation, Carter Plantation, Springfield, LA - Directed field delineation for the entire golf course and associated development. This included multiple habitats over 1,000 acres. Specifically, C-K was instrumental in providing design information which resulted in the minimization of wetland impacts throughout the development.
- Lago Espanol Mitigation Bank, Iberville Parish, LA - Mr. Wharton was responsible for the management of data collection, prospectus design, and coordination with the Mitigation Bank Review Team (MBRT). The bank included multiple habitat types on over 4,000 acres. Mr. Wharton helped design restoration and enhancement plans which included species composition manipulation, hydrologic enhancement/restoration, and habitat conversion (elimination of exotics and re-planting with indigenous higher quality species).
- Wetland Assimilation, St. Tammany Wastewater Consolidation Project, LA – Worked with CDM evaluating portions of Fritchie Marsh located in St. Tammany Parish for use as wetland assimilation. Mr. Wharton was involved in obtaining all baseline information and preparing the feasibility study and completion of the applicable portions of the LPDES Permit Application to Discharge Treated Sanitary Wastewater into a Natural Wetland or Fastland (WPS-WAP). This was an ongoing project and part of St. Tammany's Wastewater Consolidation Program.
- Kinder Morgan Louisiana Pipeline, LA - Mr. Wharton was involved in the wetland delineation along the pipeline ROW. He provided technical support for threatened and endangered species evaluation.
- U.S. Highway 165 (Louisiana Department of Transportation and Development) – Project supervisor for the collection of data, delineation of wetlands, and mapping of wetlands along an approximately 66-mile by 200-foot corridor. Results were used by LaDOTD to determine impacts to wetlands and preparation of a U.S. Army 404 Permit.
- U.S. 171 Widening Project (Louisiana Department of Transportation and Development) – Participated in the delineation of wetlands along the 200-foot wide corridor from Bains, Louisiana to the Louisiana/Mississippi state line. Results were used to determine potential impacts to wetlands in conjunction with the proposed project.
- Wetland Delineation, Warner Robins Air Logistic Center, Warner Robins, GA (U.S. Army Corps of Engineers, Savannah District) – Project supervisor for an investigation of selected tracts on base for the presence or absence of jurisdictional wetlands totaling approximately 2,000 acres. Tasks included supervision of all fieldwork, final report preparation, and meeting with the



(USACE) Regulatory Branch to obtain formal verification of findings.   Results were used by base personnel to assess the suitability of tracts for future use.
- Base wide Wetland Delineation, Pope Air Force Base, NC (USACE, Savannah District) – Project supervisor during the investigation of approximately 1,800 acres for jurisdictional wetlands.  Tasks included the supervision of all fieldwork, assimilation of all data to be incorporated into a comprehensive wetland management plan, and preparation of a detailed wetland location map based on a land survey.
- Multi-Parish Wetland Determinations (U.S. Army Corps of Engineers, New Orleans District) – Project manager for the investigation of approximately 200 sites throughout south Louisiana.  Responsibilities included the collection of field data and preparation of reports.

**Environmental Assessments/Environmental Impact Statements**

- Site Specific Environmental Impact Assessment, J.T. Myers Locks and Dam, Posey County, IN (USACE, Louisville District)
- Environmental Assessment With Finding of No Significant Impact, I-10 Widening, Acadian Thruway/I-12, Route I-10 and I-12 Widening, I-10 to U.S. 61, Route I-12 (Louisiana Department of Transportation and Development)
- Environmental Impact Statement, Fort Sill, Lawton, OK (USACE, Tulsa District)
- Defense Environmental Restoration Program (Multiple Sites) (USACE, Savannah District)
- Environmental Assessment With Finding of No Significant Impacts, Levee Repairs Along Several Drainage and Levee District (USACE. Illinois, Mississippi, and Missouri Rivers Within the St. Louis District)
- Wolf River Environmental Restoration Feasibility Study, Shelby and Fayette Counties, Tennessee (USACE, Memphis District)

**Natural Resources Investigations/Planning**

- C-K developed a comprehensive wetlands restoration and enhancement plan for an approximate 2300-acre wetland area located in south Louisiana.  Planning for the restoration included constructing a hydrodynamic model for a 2,300-acre subbasin and designing a freshwater input channel into degrading wetlands.  C-K evaluated the model results and calculated the benefits to wetland functions associated with the introduction of freshwater.
- Integrated Natural Resources Management Plan (INRMP) and Environmental Assessment (EA), Blue Grass Army Depot (BGAD), Richmond, KY (USACE)
- Integrated Natural Resources Management Plan (INRMP), Fort Benning, GA (USACE)
- Integrated Natural Resources Management Plan (INRMP), Pope Air Force Base, NC (U.S. Army Corps of Engineers, Savannah District) – Project supervisor responsible for direct control of data collection and preparation of an INRMP.
- Natural Resources Inventory, Bogue Chitto State Park, LA – Project manager for the collection analysis and presentation of all natural resources within the proposed State Park. This information was given to the design firm and C-K



worked to incorporate significant resources into the overall master plan in an effort to minimize impacts.  Managed the Department of the Army permit application through issuance of the permit and coordinated mitigation.

- Fontainbleau State Park, St. Tammany Parish – Project manager responsible for the wetland delineation and recourse evaluation associated with a Department of the Army permit.  Directed all field activities including a submerged aquatic vegetation survey along the shoreline where improvements were proposed. This project incorporated natural resources into a master plan for development in an effort to minimize damage to these resources.

**Threatened and Endangered Species**

- Henry Gas Storage – Project manager for the proposed Henry Gas Storage facility which consists of four underground natural gas storage caverns and associated infrastructure including an 11-mile on-shore pipeline and a 23-mile off-shore brine discharge line.  Studies managed by Mr. Wharton included a, threatened and endangered species survey, critical habitat assessment and coordination with USFWS, cultural resources survey and a water bottom assessment looking for active oyster colonies in the vicinity of the off-shore discharge line.
- Endangered Species Management Plan/Environmental Assessment (ESMP/EA) Bluegrass Army Depot (U.S. Army Corps of Engineers, Louisville District) – Project supervisor responsible for direct control of data collection and preparation of the ESMP/EA for Bluegrass Army Depot.  The main focus of the document was integrated management of the Running Buffalo Clover (RBC) with the military mission.
- Threatened and Endangered Species Surveys, Fort Benning, GA (U.S. Army Corps of Engineers, Savannah District) – Participated in a threatened and endangered species survey within the 182,018-acre area of Fort Benning, Georgia.  One of the species of interest is the Red-cockaded woodpecker (*Picoides borealis*).
- Threatened and Endangered Species Survey, Pope Air Force Base, NC (U.S. Army Corps of Engineers, Savannah District) – Participated in field crew surveying Pope Air Force Base for the presence of federally and state listed threatened and endangered species using procedures approved by the U.S. Fish and Wildlife Service.
- U.S. 171 Widening Project (Louisiana Department of Transportation and Development) – Surveyed a 200-foot project corridor for the presence of Red-cockaded woodpeckers (*Picoides borealis*).  Results were used to determine the alignment of two new traffic lanes.

**Permitting**

- Henry Gas Storage – Project manager for the proposed Henry Gas Storage facility which consists of four underground natural gas storage caverns and associated infrastructure including an 11-mile on-shore pipeline and a 23-mile off-shore brine discharge line.  Studies directed by Mr. Wharton included a

wetland delineation on the 300-acre tract, threatened and endangered species survey, critical habitat assessment and coordination with USFWS, cultural resources survey and a water bottom assessment looking for active oyster colonies in the vicinity of the off-shore discharge line.

- Bonnet Carré Power, LLC – Project Manager for multi-media permitting effort in a proposed 1200-megawatt power plant.  Permits obtained included Title V and Acid Rain Air Permit, water permit, Department of the Army Permit, and ground water certification.   Project components also included Phase I and II Environmental Site Assessments, wetland delineation and Groundwater Sampling Plan and Analysis.  The facility was fully permitted in 2003.

- Crescent City Power, LLC – Project Manager for a proposed 650-megawatt power plant in Orleans Parish, LA.  Permits included Department of the Army Permit, air and water permit and groundwater certification.   Mr. Wharton managed all aspects of the permitting and collections associated with field data.

- Department of the Army and Coastal Use Permitting - Mr. Wharton has managed numerous permitting projects for which the project included the deposition of dredge, a fill material in wetlands.   Projects all included a component of mitigation which ranged from on-site mitigation to utilization of a mitigation bank.

## Spill Response and Natural Resource Damage Assessments

- Crude oil pipeline release in Terrebonne Bay, Terrebonne Parish Louisiana– project biologist responsible for assessing potential impacts to vegetation, mapping areas during SCAT, and assessing impacts to area wildlife.

- Crude oil pipeline release, Lafourche Parish Louisiana – evaluated oiled shoreline for impacts to vegetation, assisted in the recovery of oiled wildlife and provided regulatory assistance throughout the response

- Historical release in Bayou Trepagnier, St. Charles Parish Louisiana– assessed potential impacts to area flora and fauna, provided regulatory assistance during the remedial action, prepared vegetation recovery and monitoring plan, assisted in the preparation of the DARP.  Prepared and conducted a site-specific wetlands value assessment to predict the wetland function and value benefits resulting from the introduction of storm water into the 2,300-acre basin.

- Brine release, Lafourche Parish Louisiana – Project Manager and Project Biologist responsible for the direction of the response action, coordination with regulatory agencies throughout response, vegetation assessment and monitoring, and all reporting until closure.

- Crude oil release, Pecos River, Iraan Texas – Assisted in developing primary restoration plan jointly with TWWD and TGLO to address riparian habitat.

- Crude oil release, Homochitto National Forest, Mississippi – Assisted in developing field ecological assessment teams and review of report findings.

- Natural-gas condensate release in Vermilion Parish Louisiana.  Project biologist responsible for defining the geographical extent of the release and assessing impacts to marsh habitat.   Monitored black-necked stilt nesting site during response operation through the nesting season until fledglings had left the nest. Coordinated with the Louisiana Department of Natural Resources   during response activities.

**TRÉ WHARTON**                                              **Page 7 of 6**

- Crude oil release in Barataria Bay, Plaquemines Parish – project biologist responsible for assessing potential impacts to vegetation, mapping areas during SCAT, and assessing impacts to area wildlife.



# Wharton Declaration
# Exhibit B

# SITE 1 OF 21

**CWVA SITE NUMBER:** 1806 (FRONT)

**Lat./Long.:** 29.00468566/-89.15067855

### Oiling Information

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  May 17, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 3 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**Fall 2011**



**June 12, 2012**

From landward transect point of beginning facing generally east

**SITE 1 OF 21**

**CWVA SITE NUMBER:** 1806 (MIDDLE)

**Lat./Long.:** 29.00468566/-89.15067855

**CWVA SITE NUMBER:** 1806 (BACK)

**Lat./Long.:** 29.00468566/-89.15067855

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 2 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 1 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |

| LEGEND |
|---|
| UW – Under Water<br>ND – No Data<br>NC – Not Collected<br>NA – Not Available/Applicable<br>SSOC - Sediment Surface Oiling Coverage<br>VOEI - Vegetation Oiling Extent Index<br>    0 = No oil evident anywhere in the plot<br>    0.5 = Oil intermittently present on plant stems<br>    1.0 = Oil present on 5 - 25% of plant stems<br>    2.0 = Oil present on >25 - 50% of plant stems<br>    3.0 = Oil present on >50% of plant stems<br><br>NOTES:<br>1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile<br>2. Source: August 6, 2012 Oiling Ground Observations shapefile –<br>    most recent observation reported |

**SITE 2 OF 21**

**CWVA SITE NUMBER:** 1777 (FRONT)

**Lat./Long.:** 29.0765246/-89.15894326

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Not Available

Date of Maximum SCAT:  Not Available

[2]Most Recent SCAT Oiling Level: Not Available

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |


**Fall 2010**


**Spring 2011**


**Spring 2011**


**Fall 2011**


**June 12, 2012**
Shoreline facing southeast


**June12,2012**
Shoreline facing northwest

**SITE 2 OF 21**

**CWVA SITE NUMBER:**  1777 (BACK)

**Lat./Long.:** 29.0765246/-89.15894326

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |

| LEGEND |
|---|
| UW – Under Water<br>ND – No Data<br>NC – Not Collected<br>NA – Not Available/Applicable<br>SSOC - Sediment Surface Oiling Coverage<br>VOEI - Vegetation Oiling Extent Index<br>    0 = No oil evident anywhere in the plot<br>    0.5 = Oil intermittently present on plant stems<br>    1.0 = Oil present on 5 - 25% of plant stems<br>    2.0 = Oil present on >25 - 50% of plant stems<br>    3.0 = Oil present on >50% of plant stems<br><br>NOTES:<br>1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile<br>2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

**SITE 3 OF 21**

**CWVA SITE NUMBER:**  1811 (FRONT)

**Lat./Long.:** 29.18639107/-89.05717658

---

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  May 18, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | NA |


**Fall 2010**


**Spring 2011**


**Spring 2011**


**Fall 2011**


**Fall 2011**


**June12,2012**

Overview of Site

**SITE 3 OF 21**

**CWVA SITE NUMBER:**  1811 (BACK)

**Lat./Long.:** 2918639107/-89.05717658

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |

0 = No oil evident anywhere in the plot
0.5 = Oil intermittently present on plant stems
1.0 = Oil present on 5 - 25% of plant stems
2.0 = Oil present on >25 - 50% of plant stems
3.0 = Oil present on >50% of plant stems

NOTES:
1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile
2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported

**SITE 4 OF 21**

**CWVA SITE NUMBER:** 40 (FRONT)

**Lat./Long.:** 29.17854759/-89.07033245

### Oiling Information

[1]Maximum SCAT Oiling Level:  No Oiling Observed

Date of Maximum SCAT:  May 25, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |


**Fall 2010**


**Spring 2011**


**Fall 2011**


**June 12, 2012**

Land/water interface facing inland

**SITE 4 OF 21**

| **CWVA SITE NUMBER:** 40 (MIDDLE) |
| --- |
| **Lat./Long.:** 29.17854759/-89.07033245 |

| **CWVA SITE NUMBER:** 40 (BACK) |
| --- |
| **Lat./Long.:** 29.17854759/-89.07033245 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
| --- | --- | --- |
| Fall 2010 | ND | ND |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
| --- | --- | --- |
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |

| LEGEND |
| --- |
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|     0 = No oil evident anywhere in the plot |
|     0.5 = Oil intermittently present on plant stems |
|     1.0 = Oil present on 5 - 25% of plant stems |
|     2.0 = Oil present on >25 - 50% of plant stems |
|     3.0 = Oil present on >50% of plant stems |
|   |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

**SITE 5 OF 21**

**CWVA SITE NUMBER:**  54 (FRONT)

**Lat./Long.:** 29.19839324/-89.05185935

---

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Light

Date of Maximum SCAT:  July 30, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 12, 2012**

Facing transect at Site 54

.

**SITE 5 OF 21**

**CWVA SITE NUMBER:** 54 (MIDDLE)

**Lat./Long.:** 29.19839324/-89.05185935

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | NA | 1 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |

**CWVA SITE NUMBER:** 54 (BACK)

**Lat./Long.:** 29.19839324/-89.05185935

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 1 |
| Spring 2011 | UW | 0 |
| Fall 2011 | 0 | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|     0 = No oil evident anywhere in the plot |
|     0.5 = Oil intermittently present on plant stems |
|     1.0 = Oil present on 5 - 25% of plant stems |
|     2.0 = Oil present on >25 - 50% of plant stems |
|     3.0 = Oil present on >50% of plant stems |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

**SITE 6 OF 21**

**CWVA SITE NUMBER:**  129 (FRONT)

**Lat./Long.:** 29.20031653/-89.05370101

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Moderate

Date of Maximum SCAT:  July 12, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 12, 2012**

Transect at Site 129 facing shoreline

**SITE 6 OF 21**

| **CWVA SITE NUMBER:** 129 (MIDDLE) |
| --- |
| **Lat./Long.:** 29.20031653/-89.05370101 |

| **CWVA SITE NUMBER:** 129 (BACK) |
| --- |
| **Lat./Long.:** 29.20031653/-89.05370101 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
| --- | --- | --- |
| Fall 2010 | NA | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
| --- | --- | --- |
| Fall 2010 | NA | 0 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |

| **LEGEND** |
| --- |
| UW – Under Water<br>ND – No Data<br>NC – Not Collected<br>NA – Not Available/Applicable<br>SSOC - Sediment Surface Oiling Coverage<br>VOEI - Vegetation Oiling Extent Index<br>    0 = No oil evident anywhere in the plot<br>    0.5 = Oil intermittently present on plant stems<br>    1.0 = Oil present on 5 - 25% of plant stems<br>    2.0 = Oil present on >25 - 50% of plant stems<br>    3.0 = Oil present on >50% of plant stems<br><br>NOTES:<br>1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile<br>2. Source: August 6, 2012 Oiling Ground Observations shapefile –<br>     most recent observation reported |

## SITE 7 OF 21

**CWVA SITE NUMBER:**  1355 (FRONT)

**Lat./Long.:** 29.4791663/-89.90710339

### Oiling Information

[1]Maximum SCAT Oiling Level:  Moderate

Date of Maximum SCAT:  July 21, 2010

[2]Most Recent SCAT Oiling Level: Light

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 2 | 0.5, 3 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 13, 2012**

Shoreline facing north

**SITE 7 OF 21**

| CWVA SITE NUMBER: 1355 (MIDDLE) |
| Lat./Long.: 29.4791663/-89.90710339 |

| CWVA SITE NUMBER: 1355 (BACK) |
| Lat./Long.: 29.4791663/-89.90710339 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 1 | 1 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0.5 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | ND |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 1 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|     0 = No oil evident anywhere in the plot |
|     0.5 = Oil intermittently present on plant stems |
|     1.0 = Oil present on 5 - 25% of plant stems |
|     2.0 = Oil present on >25 - 50% of plant stems |
|     3.0 = Oil present on >50% of plant stems |
| |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

**SITE 8 OF 21**

**CWVA SITE NUMBER:**  1314 (FRONT)

**Lat./Long.:** 29.46805738/-89.90806124

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  June 16, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 1 | 1 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 13, 2012**

Facing west along shoreline

# SITE 8 OF 21

| CWVA SITE NUMBER: 1314 (MIDDLE) |
| Lat./Long.: 29.46805738/-89.90806124 |

| CWVA SITE NUMBER: 1314 (BACK) |
| Lat./Long.: 29.46805738/-89.90806124 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 1 | 1 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 1 | 1 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|    0 = No oil evident anywhere in the plot |
|    0.5 = Oil intermittently present on plant stems |
|    1.0 = Oil present on 5 - 25% of plant stems |
|    2.0 = Oil present on >25 - 50% of plant stems |
|    3.0 = Oil present on >50% of plant stems |
| |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

**SITE 9 OF 21**

**CWVA SITE NUMBER:**  906 (FRONT)

**Lat./Long.:** 29.46845842/-89.88561853

---

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  June 16, 2010

[2]Most Recent SCAT Oiling Level: Light

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 3 |
| Spring 2011 | UW | 3 |
| Fall 2011 | 10 | NA |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**March 27, 2012**

Facing west along shoreline



**June 13, 2012**

Facing west/southwest along shoreline

**SITE 9 OF 21**

**CWVA SITE NUMBER:** 906 (MIDDLE)

**Lat./Long.:** 29.46845842/-89.88561853

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 30 | 3 |
| Spring 2011 | 0 | 2 |
| Fall 2011 | 0 | 0 |

**CWVA SITE NUMBER:** 906 (BACK)

**Lat./Long.:** 29.46845842/-89.88561853

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 2 |
| Spring 2011 | 0 | 1 |
| Fall 2011 | 0 | 0 |

| LEGEND |
|---|
| UW – Under Water<br>ND – No Data<br>NC – Not Collected<br>NA – Not Available/Applicable<br>SSOC - Sediment Surface Oiling Coverage<br>VOEI - Vegetation Oiling Extent Index<br>    0 = No oil evident anywhere in the plot<br>    0.5 = Oil intermittently present on plant stems<br>    1.0 = Oil present on 5 - 25% of plant stems<br>    2.0 = Oil present on >25 - 50% of plant stems<br>    3.0 = Oil present on >50% of plant stems<br><br>NOTES:<br>1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile<br>2. Source: August 6, 2012 Oiling Ground Observations shapefile –<br>      most recent observation reported |

**SITE 10 OF 21**

**CWVA SITE NUMBER:**  1326 (FRONT)

**Lat./Long.:** 29.45677111/-89.88370821

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  June 5, 2010

[2]Most Recent SCAT Oiling Level: Light

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 3 |
| Spring 2011 | UW | 0.5 |
| Fall 2011 | UW | 0 |


**Fall 2010**


**Spring 2011**


**Fall 2011**


**March 27, 2012**

Facing inland


**June 13, 2012**

Facing north along transect

**SITE 10 OF 21**

**CWVA SITE NUMBER:** 1326 (MIDDLE)

**Lat./Long.:** 29.45677111/-89.88370821

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0.5 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | 10 | 0.5 |

**CWVA SITE NUMBER:** 1326 (BACK)

**Lat./Long.:** 29.45677111/-89.88370821

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0.5 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|     0 = No oil evident anywhere in the plot |
|     0.5 = Oil intermittently present on plant stems |
|     1.0 = Oil present on 5 - 25% of plant stems |
|     2.0 = Oil present on >25 - 50% of plant stems |
|     3.0 = Oil present on >50% of plant stems |
|   |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

# SITE 11 OF 21

**CWVA SITE NUMBER:** 910 (FRONT)

**Lat./Long.:** 29.45646852/-89.88704466

### Oiling Information

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  June 5, 2010

[2]Most Recent SCAT Oiling Level: Light

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 85 | 3 |
| Spring 2011 | 95 | 0.5 |
| Fall 2011 | 80 | 0 |



**Fall 2010**



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 13, 2012**

Facing west along transect

## SITE 11 OF 21

**CWVA SITE NUMBER:**  910 (MIDDLE)

**Lat./Long.:** 29.45646852/-89.88704466

**CWVA SITE NUMBER:**  910 (BACK)

**Lat./Long.:** 29.45646852/-89.88704466

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 2 |
| Spring 2011 | NA | 0 |
| Fall 2011 | 50 | 0.5 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 2 |
| Spring 2011 | 0 | 0.5 |
| Fall 2011 | 10 | 0 |

| LEGEND |
|---|
| UW – Under Water<br>ND – No Data<br>NC – Not Collected<br>NA – Not Available/Applicable<br>SSOC - Sediment Surface Oiling Coverage<br>VOEI - Vegetation Oiling Extent Index<br>   0 = No oil evident anywhere in the plot<br>   0.5 = Oil intermittently present on plant stems<br>   1.0 = Oil present on 5 - 25% of plant stems<br>   2.0 = Oil present on >25 - 50% of plant stems<br>   3.0 = Oil present on >50% of plant stems<br><br>NOTES:<br>1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile<br>2. Source: August 6, 2012 Oiling Ground Observations shapefile –<br>     most recent observation reported |

**SITE 12 OF 21**

**CWVA SITE NUMBER:** 914 (FRONT)

**Lat./Long.:** 29.44528899/-89.90196221

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Moderate

Date of Maximum SCAT:  August 20, 2010

[2]Most Recent SCAT Oiling Level: Light Tar Balls

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 1 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |


**Fall 2010**


**Spring 2011**


**Spring 2011**


**Fall 2011**


**June 13, 2012**
Facing south/southeast along shoreline

# SITE 12 OF 21

| CWVA SITE NUMBER: 914 (MIDDLE) |
| Lat./Long.: 29.44528899/-89.90196221 |

| CWVA SITE NUMBER: 914 (BACK) |
| Lat./Long.: 29.44528899/-89.90196221 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0.5 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |

0 = No oil evident anywhere in the plot
0.5 = Oil intermittently present on plant stems
1.0 = Oil present on 5 - 25% of plant stems
2.0 = Oil present on >25 - 50% of plant stems
3.0 = Oil present on >50% of plant stems

NOTES:
1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile
2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported

**SITE 13 OF 21**

**CWVA SITE NUMBER:**  1478 (FRONT)

**Lat./Long.:** 29.47361398/-89.85748107

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  January 28, 2011

[2]Most Recent SCAT Oiling Level: Light Tar Balls

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | UW | NA |
| Fall 2011 | UW | 0 |



**Fall 2010**



**Fall 2010**



**Spring 2011**



**Spring 2011**



**Fall 2011**



**June 13, 2012**

Facing north to back of transect

# SITE 13 OF 21



**June 13, 2012**

Facing east along shoreline

**CWVA SITE NUMBER:** 1478 (BACK)

**Lat./Long.:** 29.47361398/-89.85748107

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |

| LEGEND |
|---|
| UW – Under Water<br>ND – No Data<br>NC – Not Collected<br>NA – Not Available/Applicable<br>SSOC - Sediment Surface Oiling Coverage<br>VOEI - Vegetation Oiling Extent Index<br>    0 = No oil evident anywhere in the plot<br>    0.5 = Oil intermittently present on plant stems<br>    1.0 = Oil present on 5 - 25% of plant stems<br>    2.0 = Oil present on >25 - 50% of plant stems<br>    3.0 = Oil present on >50% of plant stems<br><br>NOTES:<br>1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile<br>2. Source: August 6, 2012 Oiling Ground Observations shapefile –<br>        most recent observation reported |

**SITE 14 OF 21**

**CWVA SITE NUMBER:** 1173 (FRONT)

**Lat./Long.:** 29.45474699/-89.79077469

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Moderate

Date of Maximum SCAT:  June 17, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0.5 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | UW | 0 |


**Fall 2010**


**Spring 2011**


**Fall 2011**


**June 13, 2012**
Facing west along shoreline


**June 13, 2012**
Facing est/northeast along shoreline

**SITE 14 OF 21**

| LEGEND |
|---|
| UW – Under Water<br>ND – No Data<br>NC – Not Collected<br>NA – Not Available/Applicable<br>SSOC - Sediment Surface Oiling Coverage<br>VOEI - Vegetation Oiling Extent Index<br>    0 = No oil evident anywhere in the plot<br>    0.5 = Oil intermittently present on plant stems<br>    1.0 = Oil present on 5 - 25% of plant stems<br>    2.0 = Oil present on >25 - 50% of plant stems<br>    3.0 = Oil present on >50% of plant stems<br><br>NOTES:<br>1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile<br>2. Source: August 6, 2012 Oiling Ground Observations shapefile –<br>      most recent observation reported |

**SITE 15 OF 21**

**CWVA SITE NUMBER:**  1179 (FRONT)

**Lat./Long.:** 29.45708443/-89.78902323

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Moderate

Date of Maximum SCAT:  June 17, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | 0 | 0 |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 13, 2012**

Facing southeast along shoreline



**June 13, 2012**

Facing northwest along shoreline

## SITE 15 OF 21

| LEGEND |
| --- |

UW – Under Water
ND – No Data
NC – Not Collected
NA – Not Available/Applicable
SSOC - Sediment Surface Oiling Coverage
VOEI - Vegetation Oiling Extent Index
    0 = No oil evident anywhere in the plot
    0.5 = Oil intermittently present on plant stems
    1.0 = Oil present on 5 - 25% of plant stems
    2.0 = Oil present on >25 - 50% of plant stems
    3.0 = Oil present on >50% of plant stems

NOTES:
1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile
2. Source: August 6, 2012 Oiling Ground Observations shapefile –
    most recent observation reported

**SITE 16 OF 21**

**CWVA SITE NUMBER:** 829 (FRONT)

**Lat./Long.:** 29.06938977/-90.31589451

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Light Tar Balls

Date of Maximum SCAT:  August 17, 2011

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 1 |
| Spring 2011 | NA | NA |
| Fall 2011 | 0 | 0 |



**Fall 2010**



**Spring 2011**

**Fall 2011**



**June 14, 2012**

Facing northwest

**SITE 16 OF 21**

| CWVA SITE NUMBER: 829 (MIDDLE) |
| Lat./Long.: 29.06938977/-90.31589451 |

| CWVA SITE NUMBER: 829 (BACK) |
| Lat./Long.: 29.06938977/-90.31589451 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | NA | NA |
| Fall 2011 | 0 | 0 |

| Date of CVWA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 1 |
| Spring 2011 | NA | NA |
| Fall 2011 | 0 | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|    0 = No oil evident anywhere in the plot |
|    0.5 = Oil intermittently present on plant stems |
|    1.0 = Oil present on 5 - 25% of plant stems |
|    2.0 = Oil present on >25 - 50% of plant stems |
|    3.0 = Oil present on >50% of plant stems |
| |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

**SITE 17 OF 21**

**CWVA SITE NUMBER:** 798 (FRONT)

**Lat./Long.:** 29.140014/-90.264361

<table>
<tr><td colspan="4" align="center">Oiling Information</td></tr>
</table>

<table>
<tr><td rowspan="2" colspan="4">
[1]Maximum SCAT Oiling Level: Heavy

Date of Maximum SCAT: May 25, 2010

[2]Most Recent SCAT Oiling Level: Light
</td></tr>
</table>

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) Adult | VOEI (0-3) Seedling |
|---|---|---|---|
| Fall 2010 | 10 | 3 | 3 |
| Spring 2011 | UW | 2 | 2 |
| Fall 2011 | NA | 0 | NA |



**Fall 2010**



**Fall 2010**



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 14, 2012**

Shoreline facing north

## SITE 17 OF 21



**June 14, 2012**

Facing west along shoreline

**CWVA SITE NUMBER:** 798 (MIDDLE)

**Lat./Long.:** 29.140014/-90.264361

**CWVA SITE NUMBER:** 798 (BACK)

**Lat./Long.:** 29.140014/-90.264361

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) Adult | VOEI (0-3) Seedling |
|---|---|---|---|
| Fall 2010 | 0 | 0 | 0 |
| Spring 2011 | 0 | 0 | 0 |
| Fall 2011 | NA | 0 | 0 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) Adult | VOEI (0-3) Seedling |
|---|---|---|---|
| Fall 2010 | 0 | 0 | 0 |
| Spring 2011 | 0 | 0 | 0 |
| Fall 2011 | NA | 0 | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |

0 = No oil evident anywhere in the plot
0.5 = Oil intermittently present on plant stems
1.0 = Oil present on 5 - 25% of plant stems
2.0 = Oil present on >25 - 50% of plant stems
3.0 = Oil present on >50% of plant stems

NOTES:
1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile
2. Source: August 6, 2012 Oiling Ground Observations shapefile –
   most recent observation reported

**SITE 18 OF 21**

**CWVA SITE NUMBER:** 285 (FRONT)

**Lat./Long.:** 29.140096/-90.265374

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  May 25, 2010

[2]Most Recent SCAT Oiling Level: Light

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) Adult | VOEI (0-3) Seedling |
|---|---|---|---|
| Fall 2010 | 30 | 2 | 2 |
| Spring 2011 | UW | 3 | 2 |
| Fall 2011 | 0 | 1 | NA |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 14, 2012**

From landward transect point of beginning facing

## SITE 18 OF 21

**CWVA SITE NUMBER:** 285 (MIDDLE)

**Lat./Long.:** 29.140096/-90.265374

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) Adult | VOEI (0-3) Seedling |
|---|---|---|---|
| Fall 2010 | 0 | 0.5 | 0.5 |
| Spring 2011 | 0 | 0 | 0 |
| Fall 2011 | 0 | 0 | 0 |

**CWVA SITE NUMBER:** 285 (BACK)

**Lat./Long.:** 29.140096/-90.265374

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) Adult | VOEI (0-3) Seedling |
|---|---|---|---|
| Fall 2010 | 0 | 0.5 | 0.5 |
| Spring 2011 | 0 | 0 | 0 |
| Fall 2011 | 0 | 0 | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|    0 = No oil evident anywhere in the plot |
|    0.5 = Oil intermittently present on plant stems |
|    1.0 = Oil present on 5 - 25% of plant stems |
|    2.0 = Oil present on >25 - 50% of plant stems |
|    3.0 = Oil present on >50% of plant stems |
|   |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

**SITE 19 OF 21**

**CWVA SITE NUMBER:**  862 (FRONT)

**Lat./Long.:** 29.27255888/-90.37331347

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Light

Date of Maximum SCAT:  May 25, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | 0 | 0 |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 14, 2012**

Facing south along shoreline

**SITE 19 OF 21**

**CWVA SITE NUMBER:** 862 (MIDDLE)

**Lat./Long.:** 29.27255888/-90.37331347

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | 0 | 0 |

**CWVA SITE NUMBER:** 862 (BACK)

**Lat./Long.:** 29.27255888/-90.37331347

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | 0 | 0 |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|    0 = No oil evident anywhere in the plot |
|    0.5 = Oil intermittently present on plant stems |
|    1.0 = Oil present on 5 - 25% of plant stems |
|    2.0 = Oil present on >25 - 50% of plant stems |
|    3.0 = Oil present on >50% of plant stems |
| |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – most recent observation reported |

**SITE 20 OF 21**

**CWVA SITE NUMBER:**  1774 (FRONT)

**Lat./Long.:** 29.28464584/-90.3366051

**Oiling Information**

[1]Maximum SCAT Oiling Level:  Heavy

Date of Maximum SCAT:  November 9, 2010

[2]Most Recent SCAT Oiling Level: Very Light

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | ND | ND |
| Fall 2011 | ND | ND |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 14, 2012**

From boat facing north towards site

**SITE 20 OF 21**

| CWVA SITE NUMBER: 1774 (MIDDLE) |
| Lat./Long.: 29.28464584/-90.3366051 |

| CVWA SITE NUMBER: 1774 (BACK) |
| Lat./Long.: 29.28464584/-90.3366051 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | ND | ND |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | UW | 0.5 |
| Spring 2011 | UW | 0 |
| Fall 2011 | ND | ND |

| LEGEND |
|---|
| UW – Under Water |
| ND – No Data |
| NC – Not Collected |
| NA – Not Available/Applicable |
| SSOC - Sediment Surface Oiling Coverage |
| VOEI - Vegetation Oiling Extent Index |
|     0 = No oil evident anywhere in the plot |
|     0.5 = Oil intermittently present on plant stems |
|     1.0 = Oil present on 5 - 25% of plant stems |
|     2.0 = Oil present on >25 - 50% of plant stems |
|     3.0 = Oil present on >50% of plant stems |
| |
| NOTES: |
| 1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile |
| 2. Source: August 6, 2012 Oiling Ground Observations shapefile – |
|     most recent observation reported |

**SITE 21 OF 21**

**CWVA SITE NUMBER:** 1714 (FRONT)

**Lat./Long.:** 29.24271936/-90.39453894

**Oiling Information**

[1]Maximum SCAT Oiling Level:  No Oil Observed

Date of Maximum SCAT:  August 2, 2010

[2]Most Recent SCAT Oiling Level: No Oil Observed

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 20 | 0 |
| Spring 2011 | UW | 0 |
| Fall 2011 | UW | 0 |



**Fall 2010**



**Spring 2011**



**Fall 2011**



**June 14, 2012**

Facing Site 1714 along transect

**SITE 21 OF 21**

| CWVA SITE NUMBER:  1714 (MIDDLE) |
|---|
| **Lat./Long.:** 29.24271936/-90.39453894 |

| CVWA SITE NUMBER:  1714 (BACK) |
|---|
| **Lat./Long.:** 29.24271936/-90.39453894 |

| Date of CWVA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | 0 | 0.5 |
| Fall 2011 | 0 | 0 |

| Date of CVWA Observation | SSOC (%) | VOEI (0-3) |
|---|---|---|
| Fall 2010 | 0 | 0 |
| Spring 2011 | 0 | 0 |
| Fall 2011 | 0 | 0 |

| LEGEND |
|---|
| UW – Under Water<br>ND – No Data<br>NC – Not Collected<br>NA – Not Available/Applicable<br>SSOC - Sediment Surface Oiling Coverage<br>VOEI - Vegetation Oiling Extent Index<br>    0 = No oil evident anywhere in the plot<br>    0.5 = Oil intermittently present on plant stems<br>    1.0 = Oil present on 5 - 25% of plant stems<br>    2.0 = Oil present on >25 - 50% of plant stems<br>    3.0 = Oil present on >50% of plant stems<br><br>NOTES:<br>1. Source: August 3, 2012 Houma SCAT Maximum Oiling shapefile<br>2. Source: August 6, 2012 Oiling Ground Observations shapefile –<br>    most recent observation reported |