# Exhibit 22

```
 1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL         )     MDL NO. 2179
      by the OIL RIG,           )
 4    DEEPWATER HORIZON in      )     SECTION "J"
      the GULF OF MEXICO,       )
 5    April 20, 2010            )     JUDGE BARBIER
                                )
 6                              )     MAG. JUDGE
                                )     SHUSHAN
 7
 8
 9
10                       VOLUME 2
11
12
13
14
15
16
17
18
19       Deposition of MELVYN WHITBY, taken at
      Pan-American Building, 601 Poydras Street,
20    11th Floor, New Orleans, Louisiana, 70130, on
      July 19, 2011.
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
        1   the operating life for a BOP?
        2       A.   I've not been part of any discussions
        3   regarding -- regarding a life cycle such as that.
        4       Q.   Okay.  If you can turn to Tab 20 in the
08:39   5   binder in front of you, and if you can pull that
        6   document, I'll put a deposition exhibit sicker on
        7   it.  Oh, actually, we don't need to.  Tab 20 was
        8   previously identified as Deposition Exhibit 3186.
        9            Are you familiar with Deposition Exhibit
08:40  10   3186?
       11       A.   Yes, sir.
       12       Q.   And this is an article that you wrote in
       13   and published in May -- June 2007 with the title:
       14   Design Evolution of a Subsea BOP.
08:40  15            Is that correct?
       16       A.   That is the title, yes.
       17       Q.   And this was published in Drilling
       18   Contractor; is that right?
       19       A.   Yes, it was.
08:40  20       Q.   And you are the author of this article,
       21   correct?
       22       A.   Yes, sir.
       23       Q.   And I'd like to draw your attention to
       24   the first page of the article in the second
08:40  25   column and the last paragraph on that section.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | The second sentence reads:  In all cases,                |
|          | 2  | however, when the BOP is called on to function in        |
|          | 3  | an emergency situation, it is the main barrier           |
|          | 4  | protecting human life, capital equipment, and the        |
| 08:41    | 5  | environment.  Therefore, it must function without        |
|          | 6  | fail.                                                    |
|          | 7  |         And did I read that correctly?                   |
|          | 8  |    A.   You did.                                         |
|          | 9  |    Q.   And those are your words, correct?               |
| 08:41    | 10 |    A.   Those are my words.                              |
|          | 11 |    Q.   And when Cameron designs and develops            |
|          | 12 | BOPs, it does so with the understanding that             |
|          | 13 | those BOPs will be called upon to function in an         |
|          | 14 | emergency situation, correct?                            |
| 08:41    | 15 |    A.   Given the -- given that all of the               |
|          | 16 | barriers are nonfunctional and -- it is the last         |
|          | 17 | barrier.                                                 |
|          | 18 |    Q.   And one of those emergency situations in         |
|          | 19 | which Cameron understands that the BOP will be           |
| 08:41    | 20 | called upon is when there is a loss of well              |
|          | 21 | control; is that right?                                  |
|          | 22 |            MR. JONES:  Object to form.                   |
|          | 23 |    A.   It is one of the tools that the drilling         |
|          | 24 | contractor can use in the -- for the purpose of          |
| 08:42    | 25 | well control.                                            |