UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br> MAGISTRATE DIV: 1 |
| THIS DOCUMENT RELATES TO *Charles Cutler v. BP, et al.*, 12-cv-2019 | * * * * | JUDGE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

NOW INTO COURT, through undersigned counsel, comes BP America Inc. and files this certificate of compliance with 28 U.S.C. § 1447(b), as required by the Court's August 7, 2012 order.

1.

The parties in this action are plaintiff, Charles Cutler, and defendant, BP America Inc. (incorrectly referred to as "BP" in the Petition).

2.

Copies of all pleadings filed in state court by the parties are attached hereto as Exhibit "A."

3.

Returns on service of process cannot be attached because no BP entity has been served in this action.

Respectfully submitted,

/s/ Devin C. Reid
Shannon S. Holtzman, T.A. (Bar #19933)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
One Shell Square
New Orleans, Louisiana 70139-5099
Telephone:    (504) 581-7979
Facsimile:    (504) 556-4108

**Attorneys for BP America Inc.**

J. Andrew Langan, P.C.
Paul D. Collier
Matthew V. Topic
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
andrew.langan@kirkland.com
paul.collier@kirkland.com
matthew.topic@kirland.com

Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of August, 2012.  I hereby further certify that a copy of the above and foregoing pleading has been sent to the plaintiff by United States mail this same day.

                                                                   /s/ Devin C. Reid

-4-

1170249_1