# EXHIBIT A

25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

DIVISION "B"

NO. 58-644

CHARLES CUTLER

VERSUS

BP, ET AL.

**NOTICE OF FILING NOTICE OF REMOVAL
TO CLERK OF COURT FOR STATE ACTION**

To:   Honorable Dorothy M. Lundin
      Clerk of Court
      25th Judicial District Court
      Plaquemines Parish, State of Louisiana
      301 Main Street, Suite 108
      Belle Chasse, Louisiana 70037

Re:   Charles Cutler v. BP, et al.
      25th Judicial District Court for the Parish of Plaquemines
      State of Louisiana
      Docket No. 58-644

**YOU ARE HEREBY NOTIFIED** that on the 6th day of August, 2012, a Notice of

Removal in the above-entitled cause, copies of which are annexed hereto, was filed in the United

States District Court for the Eastern District of Louisiana, and that on the 6th day of August

2012, opposing counsel was sent a copy of the Notice of Removal attached hereto.

Respectfully submitted,

Shannon S. Holtzman (Bar #19933)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

*Attorneys for BP America Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2012, a copy of the foregoing pleading has been served upon all counsel of record by United States Postal Service, properly addressed and postage prepaid.

1167784_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES CUTLER | * | CIVIL ACTION NO. _____ |
| | | |
| VERSUS | * | JUDGE _____ |
| | | |
| BP, ET AL. | * | MAGISTRATE JUDGE _____ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF REMOVAL OF CIVIL ACTION

### TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

NOW INTO COURT, through undersigned counsel, comes Defendant BP America, Inc.,

improperly named as BP, who, pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and 43 U.S.C. § 1349,

without waiving and specifically reserving all rights, defenses, objections, and exceptions,

hereby removes to the United States District Court for the Eastern District of Louisiana the civil

action pending against it in the 25th Judicial District Court for the Parish of Plaquemines, State

of Louisiana, entitled "*Charles Cutler v. BP, et al.,*" bearing Civil Action No. 58-644 on the

docket of that Court, upon respectfully representing the following in accordance with the

requirement of 28 U.S.C. § 1446(a) for a "short and plain statement of the grounds for removal":

## Background and Procedural Requirements

1.

BP America is the named defendant in the matter styled "*Charles Cutler v. BP, et al.*," filed in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, and bearing Case No. 58-644 ("State Court Action").

2.

Plaintiff filed his Petition for Damages on April 8, 2011.

3.

As of the date of filing this Notice of Removal, BP America has not received service.

4.

Plaintiff has not yet served BP with a summons or its state court equivalent such that the thirty day period for removal has not commenced. This Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) ("[I]f the complaint is filed in court prior to any service, the removal period runs from the service of the summons.").

## Basis for Federal Jurisdiction

5.

Plaintiff's Petition for Damages states that Plaintiff seeks "compensation under the whistle blower statute" for "pointing out" that BP allegedly failed to use Plaintiff's "Cutler Process" as part of the relief efforts related to the Deepwater Horizon oil spill. Pet. p. 4.[1] He alleges that had BP employed the re-oxygenation process, it could have "accelerat[ed] the production of natural oil and methane eating microorganisms in the Gulf of Mexico around the

---

[1]   A copy of the Petition for Damages is attached as Exhibit "A."

2

Case 2:12-cv-02019   Document 1   Filed 09/06/   Page 3 of 8

area of the spill." *Id.* at ¶ 17. These microorganisms, Plaintiff maintains, could have consumed oil and methane and reduced the extent of "environmental damage" resulting from the Macondo well blowout. *Id.* at ¶ 8.

6.

**OCSLA Ground for Removal.** This case is removable to this Court under the jurisdictional grant of the Outer Continental Shelf Lands Act ("OCSLA"), 43 U.S.C. § 1331, *et seq.* OCSLA provides, in relevant part, that "district courts of the United States shall have jurisdiction of cases and controversies arising out of, or in connection with (A) any operation conducted on the outer Continental Shelf which involves exploration, development, or production of the minerals, of the subsoil and seabed of the outer Continental Shelf, or which involves rights to such minerals." 43 U.S.C. § 1349(b)(1).

7.

OCSLA defines "minerals" to include "oil, gas, sulphur, geopressured-geothermal and associated resources." 43 U.S.C. § 1331(q). "Exploration" is the "process of searching for minerals, including . . . any drilling." 43 U.S.C. § 1331(k).

8.

On April 20, 2010, the date the oil spill began, the *Deepwater Horizon* was in the Gulf of Mexico working at the Macondo well. As the Northern District of Florida has noted, "[w]hen it exploded, the *Deepwater Horizon* was operating on the outer continental shelf. Its operations were part of the exploration for, and intended development and production of, continental-shelf oil." *Phillips v. BP p.l.c.*, No. 4:10-cv-259, 2010 U.S. Dist. LEXIS 84432, at *2 (N.D. Fla. Aug. 17, 2010). The State Court Action thus "aris[es] out of" and "in connection with" a drilling operation on the outer Continental Shelf. Plaintiff admits as much when he describes a re-

3

oxygenation process that would allegedly stimulate microorganism growth "in the Gulf of Mexico around the Deep Water Horizon [sic]." Pet. ¶ 12. The sole reason for undertaking this process would be to eliminate oil and gas flowing from the blown-out well. *Id.* at ¶ 6. The *Deepwater Horizon*'s operations at the Macondo well were unquestionably related to oil exploration. That vessel is now sunk and resting on the seabed of the Outer Continental Shelf. As a result, this Court has original subject matter jurisdiction under 43 U.S.C. § 1349(b)(1)(A).

9.

**Federal Question Removal.** This Court also has subject matter jurisdiction under 28 U.S.C. § 1331 because the claims asserted arise under a federal statute, namely, OCSLA, 43 U.S.C. § 1331 *et seq.*, and because claims involving federal enclaves like the Outer Continental Shelf by their nature arise under federal law. Federal-question claims ordinarily are subject to the well-pleaded complaint rule, but cases involving federal enclaves unavoidably involve federal and not state law, regardless of whether a plaintiff invokes federal law on the face of the complaint. For this reason, BP America can remove this case to federal court, regardless whether Plaintiff's "whistle blower statute" is a federal or state law.

10.

OCSLA not only provides that federal courts have original jurisdiction over all cases arising out of Shelf operations, it also directly specifies that federal law governs as a substantive matter. *See* 43 U.S.C. § 1333(a)(1). Hence, federal question jurisdiction under 28 U.S.C. § 1331 inherently and unavoidably exists over claims that arise out of Shelf conduct.

4

11.

Plaintiff's claims "arise under" federal law for purposes of removal under 28 U.S.C. § 1441(b) because OCSLA establishes a federal enclave on the Shelf. Claims arising out of conduct within federal enclaves necessarily arise under federal law.

12.

**Removal Venue.** Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a), as the United States District Court for the Eastern District of Louisiana is the District in which the State Court Action was filed.

## Removal Under 28 U.S.C. §§ 1441(a)

13.

This matter is removable under 28 U.S.C. § 1441 as a civil action over which the United States District Court for the Eastern District of Louisiana has original subject matter jurisdiction under 43 U.S.C. § 1349 and 28 U.S.C. § 1331.

## Effectuation of Removal and Applicable Procedural Requirements

14.

BP America hereby removes this action to the United States District Court for the Eastern District of Louisiana.

15.

The matter may be removed without regard to the citizenship or residence of the parties in accordance with 28 U.S.C. § 1441(b); nonetheless, BP America is not a citizen of the State in which the State Court Action has been brought.

16.

The allegations of this Notice were true at the time the State Court Action was commenced and remain true as of the date of filing of this Notice of Removal.

5

17.

Undersigned counsel certifies that a notice of filing removal, along with a copy of this Notice of Removal, is being filed with the Clerk of Court for the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, attached hereto as Exhibit B.

18.

Undersigned counsel certifies that a copy of this Notice of Removal has been served upon the Plaintiff, attached hereto as Exhibit C.

WHEREFORE, BP America Inc., improperly named as BP, respectfully gives notice that the civil action filed against it by Charles Cutler is hereby removed from the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana to the United States District Court for the Eastern District of Louisiana.

6

Respectfully submitted,

/s/ Devin C. Reid
Shannon S. Holtzman, T.A. (Bar #19933)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: 504-581-7979
Facsimile: 504-556-4108

*Attorneys for BP America Inc.*

Of Counsel:

J. Andrew Langan, P.C.
Paul D. Collier
Matthew V. Topic
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
andrew.langan@kirkland.com
paul.collier@kirkland.com
matthew.topic@kirland.com

Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com

7

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 6, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have served this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Devin C. Reid

1169779_1

8

Charles Cutler                          : 25th Judicial District Court

Vs                    FILED           : State of Louisiana    No. 58-644
                                                               Div. "B"
BP, el al                             : Parish of Plaquemines
              APR 8 2011
Filed : _____
                                        Deputy Clerk of Court


### PETITION FOR DAMAGES ; WRONGFUL ACTS SUIT


NOW INTO COURT comes CHARLES CUTLER, who seeks compensation from
Defendant , BP, for Damages and Wrongful Acts .  This suit is under
the " Whistle Blower " statue.  And other related negligence.

On about April 20, 2010 the Deepwater Horizon exploded killing 11
workers, sank, and caused    environmental damage around the area.
Charles Cutler contends that the catastrophe was caused by the negligence
of BP.

Charles Cutler respectfully represents the following.

                                    1

Charles Cutler will be known as the Plaintiff.  BP and other related
BP employees and subcontractors will be known as the Defendant.

                                    2

On about April 20, 2010 the Deepwater Horizon exploded, killed 11
workers and sank to the bottom of the ocean.

                                    3

The defendant was negligent in their operating procedures , LACK OF
PREPARNESS for the spill.

                                    4

BP is a foreign company.

                                    5

Defendant was also negligent for not implementing the Deep Ocean
re-oxygenation process which from here on will be referred to as
the " Cutler Process ".

                                    6

In this particular incident the whistle blower statue refers to that
the defendant should have known that the Deep Ocean re-oxygenation
process would have greatly reduced the amount of oil and methane
that caused the environmental damage.

                              Page 1

FILED

AUG 6 - 2012

DV. CLERK

7

The "Cutler Process" uses industrial size air compressors to pipe down air, which contains oxygen, to the deep ocean bottom where oxygen levels are low.  Release the oxygen on the ocean bottom, which would increase the oxygen level in the deep ocean around that area.

8

The increased level of oxygen in the deep ocean water near the blow out preventer would have caused the oil and methane loving bacteria to eat up and consume more oil and methane, which means there would be less oil and methane to create environmental damage.

9

There was/is oil and methane loving bacteria in the deep ocean water around the blow out preventer.  When all the nutrients (oil and methane) was released in the oil spill the oil loving bacteria consumed most all of the low level oxygen.  Some of the oil loving bacteria died.  As the oil loving bacteria died, as they composed, even more oxygen was depleted from the deep ocean water.

10

METHANOGENS consumed a lot of methane.

11

But again the efficiency of the methanogens was proportional to the level of oxygen in the water.

12

The DEAD ZONE  is an area in the Gulf of Mexico around the Deep Water Horizon ( close to it ) that is depleted of oxygen, causing some marine animals to die.

13

The release of all the nutrients from Defendant's oil spill can cause the DEAD ZONE to increase.  The nutrients that plaintiff is referring to is the oil and methane.

14

Had the Defendant implemented the " CUTLER PROCESS "  the oxygen levels would have been increased.

15

In the case of the oil spill, more industrial air compressors could have been brought in and  GREATLY INCREASED THE OXYGEN LEVEL IN THE DEEP OCEAN WATER.

Page 2

16

The defendant should have known this.  Now that the suit has been filed the defendant knows this.

17

The defendant could have been doing more to have reduced the oil spill with less money by accelerating the production of natural oil and methane eating microorganisms in the Gulf of Mexico around the area of the spill.

18

The whistle blower information should have been known by the defendant and now the defendant knows.  The information accelerates the production and activity of natural oil and methane eating microorganisms in the Gulf.

19

On 1-6-11 National Public Radio notes depleted oxygen levels in the deep ocean water near the defendant's oil spill.

20

The extra oxygen released around the blow out preventer would have accelerated growth and activity of methanogens and microorganisms that significantly consume oil and methane.

21

On a small scale the Cutler Process is similar to a fish aquarium. The bubbler in a fish aquarium supplies oxygen for the fish and/or microorganisms in the aquarium.  If the bubbler is turned off the fish show less activity, get sick and/or die.

22

Thats why adding extra bubbles of air near the oil spill is so important.

23

Compared to how much money was used to clean up the oil and compensate people, the amount spent on the industial compressors would be small.

24

Plaintiff plans on starting a non profit.  To use compensation received from the suit to do sample projects to see how much benefit can be obtained from the use of industrial compressors piping air to the ocean floor to increase oxygen levels in the deep water, middle water, and above.                    Page 3

Plaintiff itemizes compensation requested /

Relief Requested

A) That plaintiff be awarded compensation under the whistle blower statue and any and all other relief related to that.

B) That the future non-profit be awarded enough compensation to operate about 3 industrial compressors at locations near defendant's oil spill.  To monitor oxygen levels for at least about 2 years.

C) That Defendant implement large industrial air compressors and/or have them on stand by so they can be deployed immediately to any future spills.

D) That defendant implement the "Cutler Proces" on any Deep Water drilling rigs it has in the Gulf of Mexico.   This isn't that big of a deal since most rigs already have industrial air compressors on them.  T

E) That plaintiff be awarded compensation for pointing out the wrongful act in compliance with the Whistle Blower Statue.

D) That plaintiff be awarded compensation for coming up with the " Cutler Process ".

E) That plaintiff be awarded any and all other compensation deemed fair and just.

F) That defendant be taxed for the court costs.

Page 4

Exhibit A in the "Cutler Process" it indicates that pumping oxygen into the deep ocean water near the blow out preventer could have reduced environmental damage.

Exhibit B has a map that shows area of oil spill and other information. This indicates this is an on-going process and the Cutler Process can help reduce environmental damage .

Exhibit C indicates approximately that Defendant has been receiving ideas but action lacking.  But BP leaves no information on how plaintiff can contact them by U.S. mail.

Exhibit D indicates that even 10 years after the spill " BACTERIA FEASTING ON THE OIL CONSUME OXYGEN, CREATING A SHORTAGE THAT SUFFOCATES LIFE ".  Thats why the defendant needs to implement the "CUTLER PROCESS".  This is a whistle blower statue and the defendant needs the Court to order BP to implement the "Cutler Process" NOW not later.

Exhibit E gives information about the " DEAD ZONE " South of Louisiana. Plaintiff indicates that the defendants oil leak is causing the DEAD ZONE to get bigger due to the negligent release of nutrients (oil and methane) in the Gulf of Mexico.  On #4 in exhibit it indicates that organic matter are decomposed by bacteria near the ocean bottom, depleting the oxygen in deep water. On # 5 it indicates that marine animals can suffocate and die due to depleted oxygen.

Again, plaintiff contents that the oil and methane released by defendant could be decomposed faster by introducing air/oxygen by use of industrial compressors on rigs and boats.

On exhibit F indicates Cutler wrote the National Science Foundation concerning defendants oil spill.

On exhibit F1 indicates an abstract concerning a project that is related to the biological interactions within biological communties impacted by the oil.

Exhibit G1and G2 indicates some of the problems plaintiff had trying to locate defendant's address and obtaining information related to the oil spill from an agency that is/was subcontracted out by the defendant.

Exhibit H is a letter from the Environmental Protection Agency concerning the " CUTLER PROCESS " .

Page 5

Respectfully Submitted :   _____   4-5-11

Charles Cutler 322866

3751 Lauderdale

Kinder, LA 70648

Parish of Allen

State of Louisiana                              A F F A D A V I T

CHARLES CUTLER states under penalty of perjury and under 28

USC 1746 that the above is true and correct to the best of his

knowledge, belief and understanding.

                              _____  4-5-11

                    AFFIANT ,   Charles Cutler

Witness :

        _____

        _____

INSTRUCTION  TO  CLERK :

PLEASE  SERVE          :

BP

1597  HWY  311

SCHRIEVER, LA  70395

Page 6

" CUTLER  PROCESS "



BP oil rig and/or other rig or boat

Industrial Air Compressor

Pipe sending down compressed air

Oil and Methane Leak

Blow out Preventer

Sea Floor About 1 1/2 miles deep

Bubbler , Oxygenates Deep Ocean Water, reduces oil spill damage.

The oil drilling rig has an industrial air compressor on it.  The compressor sends down compressed air ( oxygen ),  which is released through the bubbler.

There are naturally occurring bacteria, microorganisms, and methanogens that consume the oil and methane.  As the bacteria consume the oil and methane the bacteria DEPLETES THE WATER OF OXYGEN.  At that point the bacteria die, consume oil more slowly, and get sick from lack of oxygen.

The bubbler puts oxygen back into the deep water making the bacteria and microorganisms consume the oil and methane faster and more efficiently.

The lack of oxygen in the water also increases the size of the DEAD ZONE.  The DEAD ZONE is an area south of Louisiana in the Gulf of Mexico that is depleted of oxygen, causing animals and microorganisms to die, get sick, and less efficient.

Defendant released a lot of nutrients ( oil and methane ) into the Gulf of Mexico by and/or near the DEAD ZONE causing the dead zone to get bigger.

FILED
APR 8 - 2011

# BP will set aside billions

Advocate
6-17-10

## Plan to help pay for damage along Gulf

BY GERARD SHIELDS
Advocate Washington bureau

WASHINGTON — BP agreed Wednesday to set aside $20 billion to pay for economic damages caused by its continuing Gulf Coast oil disaster.

President Barack Obama made the announcement after a White House meeting with top BP officials. Obama called earlier in the week for money to be put into an escrow account to cover the economic damages caused by the leak.

The agreement, which calls for the payments to be made by a third-party administrator, also establishes a $100 million fund to pay unemployed oil rig workers. Obama has imposed a six-month moratorium on further deepwater drilling in the Gulf.

BP will continue to be liable for the environmental damage it caused, Obama said.

"We will continue to hold BP and all other responsible parties accountable," Obama said. "And I'm absolutely confident BP will be able to meet its obligations to the Gulf Coast and to the American people."

BP officials exiting the White House meeting said the agreement is part of its promise to pay for all damages caused by the leak.

"We made clear at the start of

► NOW AT 2THEADVOCATE.COM
The latest updates on the oil leak and containment efforts, including stories and photo galleries.

this tragedy that we will meet all of our responsibilities," BP Chairman Carl-Henric Svanberg said.

In answering questions from reporters, Svanberg called those affected by the catastrophe "the small people."

"He's frustrated because he cares about the small people," Svanberg said of Obama. "We care for the small people."

Svanberg also announced that the company will not be paying dividends to its shareholders and apologized to the American people for the leak.

"We will repair the damage to this region," Svanberg said.

The escrow account will be administered by Ken Feinberg, who ran the fund that compensated victims of 9/11. The agreement establishes a three-person panel to adjudicate claims that are turned down.

The fund does not supersede either individual or states' rights to present claims in court, Obama said. Local, state, tribal and federal government

► See DAMAGE, page 4A

On paragraph 4 it says :
" BP will continue to be liable for the ENVIROMENTAL DAMAGE "

On paragraph 9 BP said :
" We will repair the damage to this region "

The picture below shows the area of the BP oil spill.

FILED
APR 8 - 2011
Bettina Phillips
DY. CLERK

B

Page

# Ideas flowing; action lacking

## State begs BP to heed advice

BY GARY PERILLOUX
Advocate business writer

A heavy oil snakes into Louisiana estuaries, state officials worry that the best hope for stopping the Gulf pollution may be trapped in a BP pipeline.

Not a conventional transmission line, but a special Houston call center fielding and testing ideas for stanching the flow of deepwater oil and removing it from the environment.

Without question, ideas are filling the pipeline to BP's Houston site, where 120 people take calls and 43 engineers test the brightest ideas. At midweek, BP spokesman John Curry said the company had received about 66,000 calls and logged another 10,000 e-mails.

"It's a huge number," he said. "All told, our goal is the same as your goal. We want to reduce the amount of oil getting into the environment."

Yet BP's action isn't matching its verbal commitment, said Mark Cooper, who heads the Governor's Office of Homeland Security and Emergency Preparedness.

"This is impacting our coast, we are being inundated and we just didn't want something entering into a black hole," said Cooper, whose office established a separate "idea" pipeline at a Business Emergency Operations Center housed at LSU and led by GOHSEP.

There, 810 ideas for easing the oil crisis had been submitted by midweek, with 734 considered not duplicative of what BP has and sent to the company, said Ramesh Kolluru, a University of Louisiana at Lafayette professor. His National Incident Management Systems and Advanced Technologies Institute is a partner at the LSU center and delivers the ideas to a panel of Louisiana scientists.

That panel has identified 28 promising ideas submitted a second time to BP for more serious consideration, Kolluru said, and the scientists are reviewing more.

Cooper said the state has asked for feedback on what BP is doing with those promising solutions and has received no response.

### Ideas for BP

To submit ideas for addressing the Gulf oil leak or cleanup, contact:

- BP online at http://www.deepwaterhorizonresponse.com
- BP by phone at (281) 366-5512.
- Louisiana online at http://www.labeoc.org

Sources: BP, state of Louisiana

In a letter sent Wednesday, Cooper asked the U.S. Coast Guard to do independent testing of the business proposals so they could be fast-tracked and put into use.

"I think the governor has made it clear that we want the spill stopped," Cooper said. "We want to make sure they have robust plans in place and are using technology as much as possible to restore our coast and put it back to what it was. Whatever that takes, we want them to use every idea and every technology possible to stop the leak. That's the bottom line."

BP's Curry said that's being done, pointing to the order of 32 oil-separating devices from a company controlled by actor Kevin Costner. Another 10 devices have been ordered for removing beach-tar deposits, though Curry couldn't say how much the company will spend on either device. To date, BP has spent $1.3 billion on the response to the April 20 Deepwater Horizon oil rig explosion that left 11 dead and spawned the Gulf floor leak.

Not all ideas are aimed at cleaning up the oil. Some are suggesting innovations on the nine BP wellhead solutions that failed or met with limited success.

"I got a call from a guy who suggested going back to the 'top kill' (well-plugging solution)," said Taylor Henry, a spokesman for U.S. Rep. Anh "Joseph" Cao, R-New Orleans.

"He said do it again with the mud, only this time do it with steel ball bearings, because that would weigh it down and deal better with the pressure."

Henry said his office is trying to place that and other ideas with the responsible BP officials.

Ideas are coming from out of state, too. Michigan inventor Mike Wiley and Boston energy consultant Mike Flaherty — who had worked together on an oil and gas project five years ago — were united by the Gulf crisis when Flaherty's 89-year-old mother told Wiley to go to the Gulf because seeing one more oiled bird on TV would kill her.

Flaherty joined Wiley on the

➤ See IDEAS, page 5A

Advocate, June 17, 2010

---

BP said in paragraph 4  :
" We want to reduce the amount of oil getting into the environment "

Plaintiff was unable to submit " Cutler Process " because he couldn't get on line or to a phone. Defendant should have put a mailing address for Whistle Blowers to contact defendant.

Advocate , June 17, 2010

The " CUTLER PROCESS " is so important it is considered protected under the Whistle Blower Statue.

## Hundreds Respond to Coast Guard Plea for Cleanup Tech

The sinking of the Deepwater Horizon oil rig in the Gulf of Mexico, and the subsequent gush of millions of gallons of petroleum, exposed a startling lack of tools for cleaning extensive spills. A month after the explosion on the BP it occurring, the United States Coast Guard issued a call for new technology tools that could help to control the catastrophe.

The request, detailed free "technology tool stores" related to oil-spill response, including methods to corral loose wetlands, better skimming vessels, next generation oil dispersants and fresh methods to detect and track spreading oil. The public has not held back. Within two weeks, the Coast Guard received more than 1,291

proposals, and had over 1,100 yet to be evaluated. While Coast Guard officials would not release details about individual proposals, officials say that at least a handful of the ideas in the wide sweep will eventually be tested, although none has been fast-tracked to the gulf.

The Coast Guard's outreach is a direct response to the kind of feedback BP offered to ideas that flooded the company after a solicited input from the public, says Coast Guard Lt. Cmdr. C.T. O'Neil. This experience, he says, unlike that one, will "provide a process by which people will know whether their idea can help in the current fight against the oil."

Many firms, large and small, see an opportunity in the aftermath of the spill. "After the Exxon Valdez, the entire industry transitioned to double hulled tankers," says Glenn Peak, the founder of startup AbTech Industries, whose Smart Sponge polymer has now attracted interest from BP after years of rejection by energy firms. "The question is, what sweeping changes will come from this disaster?" —ERIK SLAVIC

20 SEPTEMBER 2010 | ...

## The Future of Spilled Oil

WHAT WILL HAPPEN TO THE MILLIONS OF GALLONS OF CRUDE POURING INTO THE GULF OF MEXICO? — AMBER ANGELLE AND CASSIE ROEDENBERG

**1 WEEK** | Waves and wind mix oil with water to form a substance resembling chocolate mousse. Up to 40 percent of this surface oil evaporates, leaving behind more viscous compounds. Plumes of crude deep below the waterline are not broken down by sunlight, and they spread with undersea currents.

**1 MONTH** | Piner size balls form on the surface as the oily mousse breaks up. Plankton absorb the oil either free and excrete tainted membranes that settle to the bottom, damaging larval shrimp, crab and fish. On beaches, oil starves plant and animal life, emerging stories.

**1 YEAR** | The surface oil has broken into hydrocarbon components that allow water and carbon dioxide to re-form. In the wetlands, small creatures that depend on dead plant material for nutrients have exhausted their food. Numbers of crab and shrimp plums

**5 YEARS** | Beaches and wetland appear rehabilitated, but oil residue—oil residue mixed with sediments—lingers beneath the soil and in pools in the bayous. Immune plant species have taken root, the annual loss of wetlands accelerates from 25 square miles to up to 40 square miles.

**10 YEARS** | Underwater oil plumes still persist. Bacteria feasting on the oil consume oxygen, creating a shortage that suffocates life. Squid, sperm whale and whale sharks decline. The plan may eventually drift into the Atlantic where they threaten coral reefs.

**20 YEARS** | Gushes of oil, trapped in underground pockets, linger on shore. These disturbs burst unless unearthed by storms, or other activity or man-made disruptions. Aboveground, wildlife has returned to species' life cycles have been altered

Notice on 10 years. It indicates that bacteria is still feasting on the oil consume oxygen, creating a shortage that suffocates life.

Thats why the " CUTLER PROCESS " is so important.

This indicates that the oil and methane cause the oxygen to be depleted. The solution the defendant should/could/ and must do is the " CUTLER PROCESS ". Plaintiff doesn't want the defendant to say they didn't know about the " CUTLER PROCESS " because now the defendant must and should implement it.

# ENVIRONMENT

### Dead in the Water
It forms each spring and hits its lethal peak in summer—a blighted, oxygen-starved patch of the Gulf of Mexico. "Dead zones" occur around the world, from the Chesapeake Bay to the Baltic Sea. The biggest culprit? Agricultural runoff. In this case, fertilizer from upstream fields runs down the Mississippi River to the Gulf, where it spurs algae blooms. When the algae die (or are eaten and ejected by zooplankton), they decompose on the bottom, depleting the oxygen, suffocating sea life—and hurting livelihoods. Clint Guidry, a Louisiana shrimper, says, "People can't imagine how much marine life this is killing." Last year's dead zone was the third largest since monitoring began in the 1980s, but 2008's could top it. The push for ethanol fuel means farmers are planting more corn, a crop often heavily fertilized. —Chris Carroll



Mississippi River Basin

Dead Zone    Gulf of Mexico

**HOW THE DEAD ZONE KILLS**

1. Fertilizer and other compounds empty from the Mississippi River into Gulf waters.

2. In spring, freshwater runoff creates a barrier layer, cutting off the salt water below from the oxygen in the air.

3. Problem: Various fertilizers and the warming waters cause an algae bloom.

4. Dead algae sink to the bottom and are decomposed by bacteria, depleting the oxygen in deep water.



5. Marine animals that are at depths that are depleted of oxygen suffocate and die.

6. Some fish and other fast movers are able to escape the growing dead zone.

25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 58-644                                              DIVISION "B"

CHARLES CUTLER

VERSUS

BP, ET AL.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>NOTICE OF FILING NOTICE OF REMOVAL<br>TO CLERK OF COURT FOR STATE ACTION</u>

To:   Honorable Dorothy M. Lundin<br>
Clerk of Court<br>
25th Judicial District Court<br>
Plaquemines Parish, State of Louisiana<br>
301 Main Street, Suite 108<br>
Belle Chasse, Louisiana 70037

Re:   Charles Cutler v. BP, et al.<br>
25th Judicial District Court for the Parish of Plaquemines<br>
State of Louisiana<br>
Docket No. 58-644

**YOU ARE HEREBY NOTIFIED** that on the 6th day of August, 2012, a Notice of

Removal in the above-entitled cause, copies of which are annexed hereto, was filed in the United

States District Court for the Eastern District of Louisiana, and that on the 6th day of August

2012, opposing counsel was sent a copy of the Notice of Removal attached hereto.

Respectfully submitted,

Shannon S. Holtzman (Bar #19933)<br>
Devin C. Reid (Bar #32645)<br>
**LISKOW & LEWIS**<br>
701 Poydras Street, Suite 5000<br>
New Orleans, LA 70139-5099<br>
Telephone: 504-581-7979<br>
Facsimile: 504-556-4108

*Attorneys for BP America Inc.*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 6, 2012, a copy of the foregoing pleading has been

served upon all counsel of record by United States Postal Service, properly addressed and

postage prepaid.

11627004_1

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES CUTLER | * | CIVIL ACTION NO. _____ |
| VERSUS | * | JUDGE _____ |
| BP, ET AL. | * | MAGISTRATE JUDGE _____ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE TO PARTIES OF REMOVAL**

To: Charles Cutler
180 Pine Bayou Circle
Monroe, LA 71207

Re: Charles Cutler v. BP, et al., 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, Case No. 58-644

Please take notice that on the 6th day of August, 2012 BP America Inc., improperly named as BP, filed a Notice of Removal as required by law for removal of the above-captioned case from the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

/s/ Devin C. Reid
Shannon S. Holtzman, T.A. (Bar #19933)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

*Attorneys for BP America Inc.*

Of Counsel:

J. Andrew Langan, P.C.
Paul D. Collier
Matthew V. Topic
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
andrew.langan@kirkland.com
paul.collier@kirkland.com
matthew.topic@kirland.com

Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have served this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Devin C. Reid

1169783_1

-3-

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Charles Cutrer

**DEFENDANTS**
BP America Inc., improperly named as BP

**(b)** County of Residence of First Listed Plaintiff   Ouachita Parish
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*
Shannon Holtzman and Devin Reid, Liskow & Lewis, 701 Poydras  St., Suite 5000, New Orleans, LA 70139

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*
☐ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Med. Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

CIVIL RIGHTS
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

FORFEITURE/PENALTY
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
☐ 465 Other Immigration Actions

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☒ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
43 U.S.C. § 1349
Brief description of cause:
Alleges cause of action under "Whistle Blower Statute" for Deepwater Horizon Oil Spill Clean-Up Operations

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE  Carl J. Barbier
DOCKET NUMBER  10-md-2179

DATE
08/06/2012
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

JS 44 Reverse (Rev. 09/11)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.    (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdiction be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    Residence (citizenship) of Principal Parties. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.    Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.    Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.    Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity.      Example:    U.S. Civil Statute: 47 USC 553
                                            Brief Description: Unauthorized reception of cable service

VII.    Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.    Related Cases. This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

180 Pine     LA     71202

Mom.

To : J. Andrew Langan, Attorney at Law (BP rep.)
300     North     La Salle
Chicago,     Illinois     60654

To : Baton Rouge Advocate News Paper
7290     Bluebonnet
Baton Rouge, LA     708

FILED
JUN 27 2012
Bobbi Wbit
BY CLERK

To : BP & 200 WestLake Park Blvd. & Houston, TX 77079

To : Honorable Clerk of Court
P.O. Box 40     & Belle Chase, LA 70037-0040

Re: Clerk of Court & Charles Cutler Vs 00058644 BP, et al Div B
Please file this letter In the record

I have wrote representives of BP in Houston
and Chicago many times trying to obtain the
address to a BP representive in Louisiana. I
have not received any response to my complaints
about the OIL SPILL and information requests.
THEREFORE, I am requesting that the
CLERK OF COURT add this exhibit to the
above mentioned record.

Thank You,     Charles Cutler

6 - 24 - 12

Certificate (Copy sent to)     Service
of

Bureau of Ocean Energy Management and Enforce
1849 C Street, NW
Washington, DC  20240

DOROTHY M. LUNDIN
Clerk of Court & Ex-Officio Recorder
Twenty-Fifth Judicial District
Parish of Plaquemines
www.plaqueminesparishclerkofcourt.com

501 Main Street
P.O. Box 40
Belle Chasse
Louisiana 70037

MARY F. MARTIN
Chief Deputy Clerk
OFFICE  (504) 297-5180
FAX      (504) 297-5195

March 16, 2012

Charles Cutler 322866
499 Old Columbia Rd.
Harrisonburg, Louisiana 71340

Re:    Charles Cutler vs. BP, et al
       Case No. 58-644, Division "B"

Dear Mr. Cutler,

Enclosed please find a conformed copy of your Motion for Notification recently filed into the above-captioned matter.

Per the instructions on your Motion I have also mailed a copy to BP at the address you provided. Be advised that it is NOT our office's responsibility to find a representative for BP in our area to serve him/her with a copy of your lawsuit.  That responsibility is solely yours – you must obtain service information yourself and provide our office with it in writing.  Then we will re-issue the citation to BP based on the information you give to us in your written request.

Thank you,

Bettina K. Phillips
Deputy Clerk of Court

/bkp

Enclosures

COPY

Charles Cutler          : 25th Judicial District Court

VS 0005864 DIV-B        : State       of       Louisiana

BP, el al               : Parish      of       Plaquemines

Filed:

# MOTION          FOR          NOTIFICATION

NOW INTO COURT, comes CHARLES CUTLER who requests that he receive notification of any up coming hearings, orders, filings by Defendant, or notice of dismissal.

Respectfully Submitted: Charles          Cutler

Charles Cutler 322866, 499 Old Columbia Rd., Harrison, LA 71340

# ORDER

IT IS HEREBY ORDERED, that the Clerk of Court and/or Court will notify Charles Cutler of any up coming hearings and/or related matters.

District          Judge

Done and Signed this 18th day of March 2012

Please serve and/or mail a copy to:

1) BP, 200 WestLake Park Blvd., Houston, TX 77079

2) Charles Cutler 322866 Geologist, 499 Old Columbia Rd. Harrisonburg, LA 71340

From :   Charles Cutler 322866, Geologist
         499    Old    Columbia    Rd,
         Har,,            LA      71340

To    :   Honorable Clerk of Court
         P.O.            Box            40
         Belle Chase, LA 70037-0040

Re    :   Charles                    Cutler
         VS      0005864 Div.     B
         BP,    el                 al

                                    3-8-12

         Please find enclosed: "Motion For
Notification"

         Dear Clerk, I want to know if
BP   has   a   representive in   and
around your area,              If
so please serve their representive with
a copy of the suit. (* send me address to make amendment)
         I have only been able to send
the Defendant a copy certified      mail.


                    Thank You,
                    Charlie Cutler

                                    FILED
                                    MAR 14 2012
                                    by CLERK

CITATION



*CHARLES CUTLER*

*Versus*

*BP*

Case: **00058644**
Division: **B**
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP
1397 HWY 311
SCHRIEVER LA 70395

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Wednesday, April 20, 2011.

Req. By:

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA  70037

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20 _____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____

Service      $_____

Mileage     $_____            By: _____
                                        Deputy Sheriff

Total        $_____

[ FILED COPY ]

Charles Cutler                                  : 25th Judicial District Court

Vs                          ~~FILED~~           : State of Louisiana    No. 58-644

BP, el al                   APR 8 - 2011        : Parish of Plaquemines   Div. "B"

Filed :   _Bettina Ahue_                        : _____
          _BY CLERK_                              Deputy Clerk of Court


### PETITION FOR DAMAGES ; WRONGFUL ACTS SUIT

NOW INTO COURT comes CHARLES CUTLER, who seeks compensation from
Defendant , BP, for Damages and Wrongful Acts . This suit is under
the " Whistle Blower " statue. And other related negligence.

On about April 20. 2010 the Deepwater Horizon exploded killing 11
workers, sank, and  caused    environmental damage around the area.
Charles Cutler contends that the catastrophe was caused by the negligence
of BP.

Charles Cutler respectfully represents the following.

                                    1

Charles Cutler will be known as the Plaintiff.  BP and other related
BP employees and subcontractors will be known as the Defendant.

                                    2

On about April 20, 2010 the Deepwater Horizon exploded, killed 11
workers and sank to the bottom of the ocean.

                                    3

The defendant was negligent in their operating procedures , LACK OF
PREPARNESS for the spill.

                                    4

BP is a foreign company.

                                    5

Defendant was also negligent for not implementing the Deep Ocean
re-oxygenation process which from here on will be referred to as
the " Cutler Process ".

                                    6

In this particular incident the whistle blower statue refers to that
the defendant should have known that the Deep Ocean re-oxygenation
process would have greatly reduced the amount of oil and methane
that caused the environmental damage.

                                Page 1

7

The "Cutler Process" uses industrial size air compressors to pipe down air, which contains oxygen, to the deep ocean bottom where oxygen levels are low.  Release the oxygen on the ocean bottom, which would increase the oxygen level in the deep ocean around that area.

8

The increased level of oxygen in the deep ocean water near the blow out preventer would have caused the oil and methane loving bacteria to eat up and consume more oil and methane, which means there would be less oil and methane to create environmental damage.

9

There was/is oil and methane loving bacteria in the deep ocean water around the blow out preventer.  When all the nutrients (oil and methane) was released in the oil spill the oil loving bacteria consumed most all of the low level oxygen.  Some of the oil loving bacteria died.  AS the oil loving bacteria died, as they composed, even more oxygen was depleted from the deep ocean water.

10

METHANOGENS consumed a lot of methane.

11

But again the efficiency of the methanogens was proportional to the level of oxygen in the water.

12

The DEAD ZONE  is an area in the Gulf of Mexico around the Deep Water Horizon ( close to it ) that is depleted of oxygen, causing some marine animals to die.

13

The release of all the nutrients from Defendant's oil spill can cause the DEAD ZONE to increase.  The nutrients that plaintiff is referring to is the oil and methane.

14

Had the Defendant implemented the " CUTLER PROCESS "  the oxygen levels would have been increased.

15

In the case of the oil spill, more industrial air compressors could have been brought in and  GREATLY INCREASED THE OXYGEN LEVEL IN THE DEEP OCEAN WATER.

16

The defendant should have known this.  Now that the suit has been filed the defendant knows this.

17

The defendant could have been doing more to have reduced the oil spill with less money by accelerating the production of natural oil and methane eating microorganisms in the Gulf of Mexico around the area of the spill.

18

The whistle blower information should have been known by the defendant and now the defendant knows.  The information accelerates the production and activity of natural oil and methane eating microorganisms in the Gulf.

19

On 1-6-11 National Public Radio notes depleted oxygen levels in the deep ocean water near the defendant's oil spill.

20

The extra oxygen released around the blow out preventer would have accelerated growth and activity of methanogens and microorganisms that significantly consume oil and methane.

21

On a small scale the Cutler Process is similar to a fish aquarium. The bubbler in a fish aquarium supplies oxygen for the fish and/or microorganisms in the aquarium.  If the bubbler is turned off the fish show less activity, get sick and/or die.

22

Thats why adding extra bubbles of air near the oil spill is so important.

23

Compared to how much money was used to clean up the oil and compensate people, the amount spent on the industial compressors would be small.

24

Plaintiff plans on starting a non profit.  To use compensation received from the suit to do sample projects to see how much benefit can be obtained from the use of industrial compressors piping air to the ocean floor to increase oxygen levels in the deep water, middle water, and above.

Page 3

Plaintiff itemizes compensation requested  /

## Relief  Requested

A) That plaintiff be awarded compensation under the whistle blower statue and any and all other relief related to that.

B) That the future non-profit be awarded enough compensation to operate about 3 industrial compressors at locations near defendant's oil spill.  To monitor oxygen levels for at least about 2 years.

C) That Defendant implement large industrial air compressors and/or have them on stand by so they can be deployed immediately to any future spills.

D) That defendant implement the "Cutler Proces" on any Deep Water drilling rigs it has in the Gulf of Mexico.   This isn't that big of a deal since most rigs already have industrial air compressors on them.  T

E) That plaintiff be awarded compensation for pointing out the wrongful act in compliance with the Whistle Blower Statue.

D) That plaintiff be awarded compensation for coming up with the " Cutler Process ".

E) That plaintiff be awarded any and all other compensation deemed fair and just.

F) That defendant be taxed for the court costs.

Page 4

Exhibit A is the "Cutler Process" it indicates that pumping oxygen into the deep ocean water near the blow out preventer could have reduced environmental damage.

Exhibit B has a map that shows area of oil spill and other information. This indicates this is an on-going process and the Cutler Process can help reduce environmental damage.

Exhibit C indicates approximately that Defendant has been receiving ideas but action lacking. But BP leaves no information on how plaintiff can contact them by U.S. mail.

Exhibit D indicates that even 10 years after the spill " BACTERIA FEASTING ON THE OIL CONSUME OXYGEN, CREATING A SHORTAGE THAT SUFFOCATES LIFE ". Thats why the defendant needs to implement the "CUTLER PROCESS". This is a whistle blower statue and the defendant needs the Court to order BP to implement the "Cutler Process" NOW not later.

Exhibit E gives information about the " DEAD ZONE " South of Louisiana. Plaintiff indicates that the defendants oil leak is causing the DEAD ZONE to get bigger due to the negligent release of nutrients (oil and methane) in the Gulf of Mexico. On #4 in exhibit it indicates that organic matter are decomposed by bacteria near the ocean bottom, depleting the oxygen in deep water. On # 5 it indicates that marine animals can suffocate and die due to depleted oxygen.

Again, plaintiff contents that the oil and methane released by defendant could be decomposed faster by introducing air/oxygen by use of industrial compressors on rigs and boats.

On exhibit F indicates Cutler wrote the National Science Foundation concerning defendants oil spill.

On exhibit F3 indicates an abstract concerning a project that is related to the biological interactions within biological communties impacted by the oil.

Exhibit Gland G2 indicates some of the problems plaintiff had trying to locate defendant's address and obtaining information related to the oil spill from an agency that is/was subcontracted out by the defendant.

Exhibit H is a letter from the Environmental Protection Agency concerning the " CUTLER PROCESS " .

Respectfully Submitted :   _____ *Charles Cutler*

4 - 5 - 11

Charles Cutler 322866

3751 Lauderdale

Kinder, LA 70648

Parish of Allen                    A F F A D A V I T

State of Louisiana

**CHARLES CUTLER** states under penalty of perjury and under 28
USC 1746 that the above is true and correct to the best of his
knowledge, belief and understanding.

_____ *Charles Cutler*   4-5-11

AFFIANT ,   Charles Cutler

Witness:

INSTRUCTION  TO  CLERK :

PLEASE  SERVE          :

BP

1597  HWY  311

SCHRIEVER, LA  70395

Page 6

" CUTLER   PROCESS "



The oil drilling rig has an industrial air compressor on it.  The compressor sends down compressed air ( oxygen ),  which is released through the bubbler.

There are naturally occurring bacteria, microorganisms, and methanogens that consume the oil and methane.  As the bacteria consume the oil and methane the bacteria **DEPLETES THE WATER OF OXYGEN.**  At that point the bacteria die, consume oil more slowly, and get sick from lack of oxygen.

The bubbler puts oxygen back into the deep water making the bacteria and microorganisms consume the oil and methane faster and more efficiently.

The lack of oxygen in the water also increases the size of the **DEAD ZONE.**  The DEAD ZONE is an area south of Louisiana in the Gulf of Mexico that is depleted of oxygen, causing animals and microorganisms to die, get sick, and less efficient.

Defendant released a lot of nutrients ( oil and methane ) into the Gulf of Mexico by and/or near the **DEAD ZONE** causing the dead zone to get bigger.

FILED

APR 8 - 2011

A

DY. CLERK

# BP will set aside billions

*Advocate*
*6-17-10*

## Plan to help pay for damage along Gulf

On paragraph 4 it says :
" BP will continue to be liable for the ENVIROMENTAL DAMAGE "

**BY GERARD SHIELDS**
Advocate Washington bureau

**WASHINGTON** — BP agreed Wednesday to set aside $20 billion to pay for economic damages caused by its continuing Gulf Coast oil disaster.

President Barack Obama made the announcement after a White House meeting with top BP officials. Obama called earlier in the week for money to be put into an escrow account to cover the economic damages caused by the leak.

The agreement, which calls for the payments to be made by a third-party administrator, also establishes a $100 million fund to pay unemployed oil rig workers. Obama has imposed a six-month moratorium on further deepwater drilling in the Gulf.

BP will continue to be liable for the environmental damage it caused, Obama said.

"We will continue to hold BP and all other responsible parties accountable," Obama said. "And I'm absolutely confident BP will be able to meet its obligations to the Gulf Coast and to the American people."

BP officials exiting the White House meeting said the agreement is part of its promise to pay for all damages caused by the leak.

"We made clear at the start of

> **NOW AT 2THEADVOCATE.COM:**
> The latest updates on the oil leak and containment efforts, including stories and photo galleries

this tragedy that we will meet all of our responsibilities," BP Chairman Carl-Henric Svanberg said.

In answering questions from reporters, Svanberg called those affected by the catastrophe "the small people."

"He's frustrated because he cares about the small people," Svanberg said of Obama. "We care for the small people."

Svanberg also announced that the company will not be paying dividends to its shareholders and apologized to the American people for the leak.

On paragraph 9 BP said :
" We will repair the damage to this region "

"We will repair the damage to this region," Svanberg said.

The escrow account will be administered by Ken Feinberg, who ran the fund that compensated victims of 9/11. The agreement establishes a three-person panel to adjudicate claims that are turned down.

The fund does not supersede either individual or states' rights to present claims in court, Obama said. Local, state, tribal and federal government

> See **DAMAGE**, page 4A

The picture below shows the area of the BP oil spill.



**Oil location**
**forecast**
High
Medium
Heavy
Potential beached oil

Source: NOAA                                    AP graphic

FILED
APR 8 – 2011
DY. CLERK

B

Page

# Ideas flowing; action lacking

## State begs BP to heed advice

BY GARY PERILLOUX
Advocate business writer

As heavy oil snakes into Louisiana estuaries, state officials worry that the best hope for stopping the Gulf pollution may be trapped in a BP pipeline.

Not a conventional transmission line, but a special Houston call center fielding and testing ideas for stanching the flow of deepwater oil and removing it from the environment.

Without question, ideas are filling the pipeline to BP's Houston site, where 120 people take calls and 43 engineers test the brightest ideas. At midweek, BP spokesman John Curry said the company had received about 66,000 calls and logged another 10,000 e-mails.

"It's a huge number," he said. "All told, our goal is the same as your goal: We want to reduce the amount of oil getting into the environment."

Yet BP's action isn't matching its verbal commitment, said Mark Cooper, who heads the Governor's Office of Homeland Security and Emergency Preparedness.

"This is impacting our coast, we are being inundated and we just didn't want something entering into a black hole," said Cooper, whose office established a separate "idea" pipeline at a Business Emergency Operations Center housed at LSU and led by GOHSEP.

There, 810 ideas for easing the oil crisis had been submitted by midweek, with 734 considered not duplicative of what BP has and sent to the company, said Ramesh Kolluru, a University of Louisiana at Lafayette professor. His National Incident Management Systems and Advanced Technologies Institute is a partner at the LSU center and delivers the ideas to a panel of Louisiana scientists.

That panel has identified 28 promising ideas submitted a second time to BP for more serious consideration, Kolluru said, and the scientists are reviewing more.

Cooper said the state has asked for feedback on what BP is doing with those promising solutions and has received no response.

### Ideas for BP

*To submit ideas for addressing the Gulf oil leak or cleanup, contact:*

■ BP online at http://www.deepwaterhorizonresponse.com
■ BP by phone at (281) 366-5511
■ Louisiana online at http://www.labeoc.org

Sources: BP, state of Louisiana

In a letter sent Wednesday, Cooper asked the U.S. Coast Guard to do independent testing of the ideas before they could be fast-tracked and put into use.

"I think the governor has made it clear that we want the spill stopped," Cooper said. "We want to make sure they have robust plans in place and are using technology as much as possible to restore our coast and put it back to what it was. Whatever that takes, we want them to use every idea and every technology possible to stop the leak. That's the bottom line."

BP's Curry said that's being done, pointing to the order of 32 oil-separating devices from a company controlled by actor Kevin Costner. Another 10 devices have been ordered for removing beach tar deposits, though Curry couldn't say how much the company will spend on either device. To date, BP has spent $1.3 billion on the response to the April 20 Deepwater Horizon oil rig explosion that left 11 dead and spawned the Gulf floor leak.

Not all ideas are aimed at cleaning up the oil. Some are suggesting innovations on the nine BP wellhead solutions that failed or met with limited success.

"I got a call from a guy who suggested going back to the 'top kill' (well-plugging solution)," said Taylor Henry, a spokesman for U.S. Rep. Anh "Joseph" Cao, R-New Orleans.

"He said do it again with the mud, only this time do it with steel ball bearings, because that would weigh it down and deal better with the pressure."

Henry said his office is trying to place that and other ideas with the responsible BP officials.

Ideas are coming from out of state, too. Michigan inventor Mike Wiley and Boston energy consultant Mike Flaherty — who last worked together on an oil and gas project five years ago — were united by the Gulf crisis when Flaherty's 89-year-old mother told Wiley to go to the Gulf, because seeing one more oiled bird on TV would kill her.

Flaherty joined Wiley on the

➤ See IDEAS, page 5A

BP said in paragraph 4 :
" We want to reduce the amount of oil getting into the environment "

Plaintiff was unable to submit " Cutler Process " because he couldn't get on line or to a phone. Defendant should have put a mailing address for Whistle Blowers to contact defendant.

Advocate , June 17, 2010

*(margin, rotated)* Advocate June 17, 2010

The " CUTLER PROCESS " is so important it is considered protected under the Whistle Blower Statue.

## Hundreds Respond to Coast Guard Plea for Cleanup Tech

**The sinking of the Deepwater Horizon** oil rig in the Gulf of Mexico, and the subsequent gush of millions of gallons of petroleum, exposed a startling lack of tools for cleaning extensive spills. A month after the explosion on the BP-leased rig, the United States Coast Guard issued a call for new technologies that could help control the catastrophe.

The request detailed five "technology gap areas" related to oil-spill response, including methods to cap rogue wellheads, better skimming vessels, next-generation oil dispersants and fresh methods to detect and track spreading oil. The public has not held back: Within two weeks, the Coast Guard screened more than 420

submissions and had over 1000 yet to be evaluated. While Coast Guard officials would not release details about individual proposals, officials say that at least a handful of the ideas in the white papers will eventually be tested, although none has been fast-tracked to the gulf.

The Coast Guard's outreach is a direct response to the lack of feedback BP offered for ideas that flooded the company after it solicited input from the public, says Coast Guard Lt. Cmdr. C.T. O'Neil. This experience, he says, unlike that one, will "provide a process by which people will know whether their idea can help in the current fight against the oil."

Many firms, large and small, see an opportunity in the aftermath of the spill. "After the *Exxon Valdez*, the entire industry transitioned to double-hulled tankers," says Glenn Pink, the founder of startup AbTech Industries, whose Smart Sponge polymer has now attracted interest from BP after years of rejection by energy firms. "The question is, what sweeping changes will come from this disaster?" — *ERIK SOFGE*

## The Future of Spilled Oil

WHAT WILL HAPPEN TO THE MILLIONS OF GALLONS OF CRUDE POURING INTO THE GULF OF MEXICO? — *AMBER ANGELLE AND CASSIE RODENBERG*

**1 WEEK** Waves and wind mix oil with water to form a substance resembling chocolate mousse. Up to 40 percent of the surface oil evaporates, leaving behind more viscous compounds. Plumes of crude deep below the waterline are not broken down by sunlight, and they spread with undersea currents.

**1 MONTH** Pellet-size balls form on the surface as the oily mousse breaks up. Plankton absorb the oil/water mix and excrete tainted metabolites that settle to the bottom, damaging larval shrimp, crab and fish. On beaches, oil starves plants of nutrients and kills emerging shoots.

**1 YEAR** The surface oil has broken into hydrocarbon components that allow water and carbon dioxide to re-form. In the wetlands, small creatures that depend on dead plant material for nutrients have exhausted that supply. Numbers of crab and shrimp plummet.

**5 YEARS** Beaches and wetlands appear rehabilitated, but asphaltene—oil residue mixed with sediments—lingers beneath the sand and in pools in the bayous. Invasive plant species have taken root; the annual loss of wetlands accelerates from 25 square miles to up to 40 square miles.

**10 YEARS** Underwater oil plumes still persist. Bacteria feasting on the oil consume oxygen, creating a shortage that suffocates life. Squid, sperm whales and whale sharks decline. The oil may eventually drift into the Atlantic, where they threaten coral reefs.

**20 YEARS** Caches of oil, trapped in underground pockets, linger on shore. These do little harm unless unearthed by storms, animal activity or man-made disruption. Aboveground, wildlife has returned; species' life cycles have been al

Notice on 10 years. It indicates that bacteria is still feasting on the oil consume oxygen, creating a shortage that suffocates life.

Thats why the " CUTLER PROCESS " is so important.

This indicates that the oil and methane cause the oxygen to be depleted. The solution the defendant should/could/ and must do is the " CUTLER PROCESS ". Plaintiff doesn't want the defendant to say they didn't know about the " CUTLER PROCESS " because now the defendant must and should implement it.

# E N V I R O N M E N T

### Dead in the Water



It forms each spring and hits its lethal peak in summer—a blighted, oxygen-starved patch of the Gulf of Mexico. "Dead zones" occur around the world, from the Chesapeake Bay to the Baltic Sea. The biggest culprit? Agricultural runoff. In this case, fertilizer from upstream fields runs down the Mississippi River to the Gulf, where it spurs algae blooms. When the algae die (or are eaten and egested by zooplankton), they decompose on the bottom, depleting the oxygen, suffocating sea life—and hurting livelihoods. Clint Guidry, a Louisiana shrimper, says, "People can't imagine how much marine life this is killing." Last year's dead zone was the third largest since monitoring began in the 1980s, but 2008's could top it: The push for ethanol fuel means farmers are planting more corn, a crop often heavily fertilized. —*Chris Carroll*

Mississippi River Basin

HOW THE DEAD ZONE KILLS

1 Fertilizer and other compounds empty from the Mississippi River into Gulf waters.

2 In spring, freshwater runoff creates a barrier layer, cutting off the salt water below from the oxygen in the air.

3 Problem: Various fertilizers and the warming waters cause an algae bloom.

4 Dead algae sink to the bottom and are decomposed by bacteria, depleting the oxygen in deep water.



Mississippi River discharge

3 ALGAE BLOOM

Gulf of Mexico

5 DEAD ZONE

5 Marine animals that live at depths that are depleted of oxygen suffocate and die.

6 Some fish and other fast movers are able to escape the growing dead zone.

ART: HIRAM HENRIQUEZ, NG STAFF
SOURCES: NANCY N. RABALAIS, LOUISIANA UNIVERSITIES MARINE CONSORTIUM;
JAMES M. COLEMAN, COASTAL STUDIES INSTITUTE, LOUISIANA STATE UNIVERSITY; NGM MAPS

E

NATIONAL SCIENCE FOUNDATION
4201 Wilson Boulevard
ARLINGTON, VIRGINIA 22230



OFFICE OF THE
GENERAL COUNSEL

Case #11-022F

November 30, 2010

Mr. Charles Cutler 322866, Geologist JC1
3751 Lauderdale
K., LA 70648

Dear Mr. Cutler:

This is in response to your undated Freedom of Information Act (FOIA) requests for various mailing addresses, information on how to apply for grants and information on a grant awarded to LSU concerning the BP oil spill.

The FOIA is not a process for research. The information that you have requested is publicly available on various web sites and in public libraries. I am providing you with the contact information for the National Institute of Health:
National Institutes of Health
Susan R. Cornell
FOIA Officer
Building 31, Room 5B35
9000 Rockville Pike
Bethesda, MD 20892
telephone number: (301) 496-5633
fax number: (301) 402-4541

In addition, I have enclosed an abstract describing a grant to LSU concerning the Gulf Oil Spill. I am also returning your October 10, 2010 document entitled "Proposal." I have enclosed information from the Foundation's Grant Proposal Guide which describes eligibility requirements for proposal submissions.

F1

Telephone (703) 292-8060        FAX (703) 292-9041

There is no fee for FOIA services in this instance in accordance with 5 U.S.C. 552(a)(4)(A)(i) et seq.

Sincerely,

*Leslie A. Jensen*

Leslie A. Jensen
FOIA/Privacy Act Officer

Enclosure

F 2



National Science Foundation

NSF Web Site

| HOME | FUNDING | AWARDS | DISCOVERIES | NEWS | PUBLICATIONS | STATISTICS | ABOUT | FastLane |

Award Abstract #1043126

**RAPID on Gulf Oil Spill: Phytoplankton and environmental stressors as determinants of Vibrio ecology**

Awards

Search Awards
Recent Awards
Presidential and Honorary Awards
About Awards
How to Manage Your Award
Grant Policy Manual
Grant General Conditions
Cooperative Agreement Conditions
Special Conditions
Federal Demonstration Partnership
Policy Office Website

| | |
|---|---|
| NSF Org: | OCE Division of Ocean Sciences |
| Initial Amendment Date: | June 2, 2010 |
| Latest Amendment Date: | June 2, 2010 |
| Award Number: | 1043126 |
| Award Instrument: | Standard Grant |
| Program Manager: | Phillip R. Taylor OCE Division of Ocean Sciences GEO Directorate for Geosciences |
| Start Date: | July 1, 2010 |
| Expires: | June 30, 2011 (Estimated) |
| Awarded Amount to Date: | $150000 |
| Investigator(s): | Crystal Johnson cnjohnson@lsu.edu (Principal Investigator) Gary King (Co-Principal Investigator) Edward Laws (Co-Principal Investigator) |
| Sponsor: | Louisiana State University & Agricultural and Mechanical College 202 Himes Hall Baton Rouge, LA 70803 225/578-2760 |
| NSF Program(s): | BE-UF: ECOL OF INFECTIOUS DISE |
| Field Application(s): | |
| Program Reference Code(s): | 7914, 5987 |
| Program Element Code(s): | 7308 |

**ABSTRACT**

This NSF RAPID project will investigate the impact of the Deepwater Horizon oil spill in the Gulf of Mexico on the microbial, plankton and oyster systems of the region. The scientists will focus on investigating changes to the abundance and virulence of Vibrio bacteria in response to stress associated with exposure to the oil and/or indirect effects associated with biological interactions within biological communities impacted by the oil.

The research team will evaluate whether there will be an increase in the

F3

abundance of Vibrio and prevalence of Type III Secretion System 2 (TTSS2) in the location of the oil spill. TTSS2 on Vibrio is carried on a pathogenic island (PAI) that includes numerous genes. Since some of these genes are necessary for environmental adaptation, and this PAI is mobile and transferable among Vibrio, the team hypothesizes there will be an increase in the abundance of Vibrio carrying genes associated with type III secretion systems. Bulk bacterial communities and plankton composition will also be evaluated in size-fractionated water column samples across salinity and oil gradients to understand how these communities will be affected by the oil spill and how these changes will affect Vibrio abundance. The team will quantify if there is an increase in concentration of petroleum hydrocarbons in oysters and whether this increase will affect Vibrio abundance in oysters. Additionally, the team will study excretions from phytoplankton species that may be able to inhibit growth of Vibrio.

Broader Impacts of this proposal include participation of one postdoctoral researcher and one PhD student. The results from this study will be useful for understanding the environmental consequences of future similar disasters.

Please report errors in award information by writing to:
awardsearch@nsf.gov.

Print this page

Other Education and Research Links   |   Privacy   |   FOIA   |   Help   |   Contact NSF   |   Contact Web Master   |   SiteMap

The National Science Foundation, 4201 Wilson Boulevard, Arlington, Virginia 22230, USA
Tel: (703) 292-5111, FIRS: (800) 877-8339 | TDD: (800) 281-8749

Last Updated:
April 2, 2007
Text Only

F4

From : Charles Cutler 322866 MBI
3751        Lauderdale
Kinder, LA    70648

To : Gulf Coast Claims Facility
956 S. Lewis Street
New Iberia, LA 70560

Title/Re : BP Information/Address to BP in Houma, LA 70363;
Gulf Coast Claims Forms

Please find enclosed a V E R I F I C A T I O N   O F   S E R V I C E    which
verifies mail has gone to the New Iberia, LA Gulf Coast
claims Facility.

Please send me the following :

1) Address to BP Louisiana Headquarters    in        Houma,
LA   70363

2) A Gulf Coast claims form.   I feel I may be entitled
to    compensation       from      the    oil    spill.

Thank you very much for your helpfulness.    Please
send me a stamped copy of this request.

Respectfully Submitted : Charles Cutler
12 - 27 - 10                              G1

cc
DOT  SDF

V E R I F I C A T I O N   O F   S E R V I C E

Parish of Allen

A F F I D A V I T

State of Louisiana

I , _Charles Cutler_ , _David Thurston_ , _Gene Macbeer_

State under the penalty of perjury and under 28 USC 1746 that :

I saw _Charles Cutler_   mail legal mail titled : _BP Information_ /

Address to _BP in Houma, LA 70363 | Gulf Coast Claims Forms_ _ _ _ _

on _12-27-10_ _ _ . I have read all the copies they are the same. I

have signed     and/or initialed all the copies to indicate they are

the same. I have signed and/or initialed _Charles_ _Cutlers_ _ _ _ _ _

copy after I seen him mail the legal mail to :

_Gulf Coast Claims Facility_ _ _ _

_956_ _S._ _Lewis_ _Street_ _ _

_New Iberia_ _LA_ _70560_ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _

_Charles Cutler_ _ _ _ _ _ _ _ _

_David_ _ _ _ _ _ _ _ _

_Gene Macbeer_ _ _ _ _ _

AFFIANTS

Done and Signed this _27_ day of _December_ 20 _10_ _

Witnesses : _Charles Cutler_ _ _ _ _ _ _ _ _

_David_ _ _ _ _ _ _ _

_Gene Macbeer_ _ _ _ _ _

G2

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 6
1445 ROSS AVENUE, SUITE 1200
DALLAS, TX 75202-2733

MAR 0 9 2011

Mr. Charles Cutler
322866 MBI
3751 Lauderdale
Kinder, LA 70648

Re:   Request for Permit to Demonstrate Safe Experimental Process
      EPA Control No. AX-11-000-0536

Dear Mr. Cutler:

Your letter of January 11, 2011, to EPA Administrator Jackson has been forwarded to this office for response.

In your letter, you request a permit to conduct experimental tests by pumping compressed air to the sea floor to reduce oil and methane gas caused by spills. Under the Clean Water Act, EPA may issue a National Pollutant Discharge Elimination System (NPDES) permit to authorize discharges of pollutants to the Waters of the United States (WUS). To file an application for an NPDES permit, you may visit the following website for more information:

http://cfpub.epa.gov/npdes/doctype.cfm?sort=name&program_id=45&document_type_id=8

Attached are Form 1 and Form 2D for the application.

However, two factors may hinder your application process: (1) According to information provided in your letter, you do not have the specific site location of the discharge; and (2) EPA will not authorize application of oil or any form of waste into the WUS for you to conduct experimental tests. Therefore, you may want to arrange experimental tests with a company or an individual who is willing to perform the experiments first, then submit the application. Alternatively, you may arrange with a company or an individual who is willing to perform such tests without causing a discharge of pollutants to the WUS.

If you have any further questions about the permit process, please contact Mr. Isaac Chen of my staff at the mailing address listed on this letter.

Sincerely,

Brent Larsen
Chief
Permits and Technical Assistance Section

Attachments

H

Charles Cutler
**Plaintiff**

VERSUS

B P , et al
**Defendant**

SUIT NUMBER: a 58-644 "B"

2 5 JUDICIAL DISTRICT COURT

Plaquemines PARISH, LOUISIANA

FILED: _____

DEPUTY CLERK: _____

FILED

APR 8 - 2011

Bettina Phillips
BY. CLERK

## MOTION TO PROCEED IN FORMA PAUPERIS

NOW INTO THE COURT COMES _____ Charles Cutler _____, plaintiff in the above-styled cause and, pursuant to the provisions of C.C.P. art. 5181 et.seq., respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefore. In accordance with LSA-RS. 15:1186 et.seq. the plaintiff shall be required, when funds exist, to pay an initial partial filing fee of 20% of the preceding month's income credited to the plaintiff' inmate account until the entire filing fee is paid. Plaintiff hereby authorizes the Department of Corrections to withhold and forward to the Clerk of Court the initial and subsequent monthly payments.

I further swear that the responses that I have made to questions and instructions below are true.

1. Have you received, within the past twelve (12) months, any money or income from the following sources?

A. Employment by another?          Yes _____          No ___✓___
B. Self-employment?                Yes _____          No ___✓___
C. Do you receive any rents, royalties, interest income or dividends?   Yes _____   No ___✓___
D. Have you received any gifts or inheritances within the past twelve (12) months?   Yes _____   No ___✓___

E. Have you received any cash or other assets from any other source within the past twelve (12) months?          Yes _____          No _____

2. If your answer to any of the above is "Yes," describe each source of money or income and state the amount received from each source during the past twelve (12) months.

_____   _____

_____   _____

3. Do you own any real estate, or interest in real estate, stocks, bonds, notes, automobile, or other valuable property (other than ordinary household furnishings and clothing)?
          Yes _____          No ___✓___

4.  Do you own any cash, or have money in a checking or savings account?
                                                                    Yes _____ No ✓

5.  Are you confined to the Parish Jail or other institution?   Yes ✓ No _____
If your answer is "Yes," state the amount of cash or funds being held for you by the authorities
of the institution where you are confined and the name of the institution. _____ 0 _____

If you are confined to the Parish Jail or other institution, you must have the custodian of your
cash or funds at the institution complete and sign the Certificate, which is part of this Motion and
Affidavit.

6.  Are you paying your attorney a fee for filing or defending your case?  Yes ✓  No _____
If your answer is "Yes," please advise what arrangements have been made for compensation to
your attorney.

7.  I understand that a false statement or answer to any questions in this Affidavit will subject
me to the penalties for perjury; and, that I may not be allowed to file motions in forma pauperis,
if in the opinion of the Judge to whom this Affidavit is presented finds I am financially able to
pay court costs in advance or as they accrue, or, to furnish security for court costs.

_Charles Cutie_                     322866
Plaintiff                                 DOC#

                    Unit #
_____

## ORDER

Considering the above and foregoing Motion and Affidavit in Support of Motion to Proceed In
Forma Pauperis;

IT IS ORDERED that the said Motion be and hereby is GRANTED.

Thus ordered in the _25th_ Judicial District Court, in and for the Parish of _Plaquemine_ in
the State of Louisiana, this _20th_ day of _April_ 2011.

DISTRICT JUDGE

AFFIDAVIT OF PLAINTIFF
Pursuant to: Article 5183 (1)

STATE OF LOUISIANA
PARISH OF ___Allen___

I, ___Charles Cutler___, understand that a false statement or answer to any question in this affidavit will subject me to a penalty for perjury and/or dismissal of my suit. I authorized the Department of Corrections to make payments from my account in accordance with law. I declare under penalty of perjury that the foregoing is true and correct. That I am unable to pay cost in advance, as they may accrue or furnish security therefore.

___Charles Cutler___   ___322866___
Signature of Plaintiff        DOC#


AFFIDAVIT OF PLAINTIFF
Pursuant to: Article 5183 (2)

STATE OF LOUISIANA
PARISH OF ___Allen___

___James Fetterly___, being duly sworn under oath did depose and say that she/he is not an Attorney of Plaintiff, and believes that the Plaintiff is unable to pay the costs of Court in advance, or as they accrue or to furnish security thereof.

___James Fetterly___
Signature of Third Party

We the undersigned do attest, affirm and avow under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the above signed did appear personally before us and knowing him to be the person whose signature he/she did affix to this document, we do witness.

So sworn on this _____ day of _____

Witness #1 ___James Fetterly___          Witness #2 ___Jimmy Gauthier___
              Signature                                Signature

Witness #1 ___James Fetterly___          Witness #2 ___Jimmy GAUTHIER___
              Printed Name                             Printed Name

___Charles Cutler___
Charles Cutler

## STATEMENT OF ACCOUNT

(Certified Institutional Equivalent)

I hereby certify that Charles Cutler, inmate number 322866,

the plaintiff herein, has the following sums of money on account to his/her credit at

Allen Corractional Center, institution where he/she is

confined:

Prison Drawing Account: $ 0

Prison Savings Account: $ 0

A. Cash $ 0

B. Bonds $ 0

I further certify that the average monthly deposits for the preceding six months is $1.28.

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to divided by six.)

I further certify that the average monthly balance for the prior six months is $ 0.15

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)

2/28/11
Date Certified

Aladin Rougeau
Signature of Authorized Officer of
Institution and Title of Institution

From : Charles Cutler 322866

3751 Lauderdale

Kinder,  LA  70648

To  : **Honorable Clerk of Court**

P.O.  Box  40

Belle Chasse,  LA     70037-0040

RE  : Charles Cutler Vs   58-644  DIV. "B"

BP , et al

Please find enclosed a suit and a pauperis

FILED

APR 8 - 2011

Bettina Philips

DY. CLERK

Please serve :

BP

1597  Hwy 311

Schriever,  LA  70395

Please send me a stamped copy of this page back.

Thanks,                    Charles Cutler  4-5-11
                          _____
                          Charles    Cutler