UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Verification of Extrapolation of Privilege Claims by BP]**

On August 13, 2012, BP submitted a log with 3,932 entries over which it continues to assert privileges after completion of the extrapolation process. As with the extrapolation by the U.S. for DPP claims, the Court will select 30 documents from BP's privilege log for verification of the extrapolation process. By **Monday, August 20, 2012**, BP shall produce the following documents from the privilege log for *in camera* inspection.

| | | |
|---|---|---|
| 22 | 1,316 | 2,616 |
| 136 | 1,481 | 2,707 |
| 265 | 1,550 | 2,897 |
| 589 | 1,673 | 2,978 |
| 753 | 1,802 | 3,172 |
| 809 | 1,961 | 3,224 |
| 983 | 2,192 | 3,381 |
| 1,089 | 2,285 | 3,490 |
| 1,163 | 2,336 | 3,558 |
| 1,265 | 2,583 | 3,683 |

BP shall provide a privilege log listing only the documents produced for *in camera* inspection which shall refer to the 30 documents by the numbers used above. It should also specify what privileges are being claimed and challenged for each document.

    New Orleans, Louisiana, this 14th day of August, 2012.

                                         **SALLY SHUSHAN**
                                         **United States Magistrate Judge**