UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF OF
MEXICO, ON APRIL 20, 2010
Robert L. Haynes v. Guilbeau Marine, Inc., et al,
S.D. Alabama, C.A. No. 1:12–00444 ) MDL No. 2179

*U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA — FILED AUG 13 2012 — LORETTA G. WHYTE, CLERK*

*EDLA 12-2076 J(1)*

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 20, 2012, HEARING SESSION

A conditional transfer order was filed in this action *(Haynes)* on July 19, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-61" filed on July 19, 2012, is LIFTED. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Carl J. Barbier.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 8, 2012, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel