UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Allocation of Examination Time for Phase Two Depositions]**

The plaintiffs (the PSC, the U.S. and the States), BP and Transocean submitted competing proposals for the allocation of the examination time for Phase Two Depositions.  Halliburton, Anadarko and Cameron made individual requests.

The parties agree that the depositions can be divided into three basic categories: (1) Quantification; (2) Source Control; and (3) combined Quantification and Source Control ("Hybrid").

The proposals included some time (15 to 30 minutes) for "Other."  This item is excluded from the Attachments.

Where a party presents a witness, it is allocated 45 minutes at the conclusion of the deposition.

Where the person deposed is independent of any party, the person's counsel is given 30 minutes at the end of the deposition.

The PSC, the U.S. and the States report that they can allocate their time among themselves and are given a single time allocation except in cases where the deponent is a U.S. witness or affiliate.

For two day depositions all time will be doubled.

New Orleans, Louisiana, this 15th day of August, 2012.

                                               **SALLY SHUSHAN**
                                               **United States Magistrate Judge**

## QUANTIFICATION

<u>BP Witness and Affiliate</u>

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 335 | 330 | 270 | | 335 |
| TO | 25 | 30 | 90 | | 30 |
| HESI | 20 | 30 | 20 | 25 | 15 |
| Anadarko | 25 | 0 | 25 | 25 | 15 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| BP | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

<u>U.S. Witness and Affiliate</u>

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| BP | 285 | 310 | 220 | | 310 |
| TO | 25 | 25 | 90 | | 30 |
| Anadarko | 25 | 0 | 25 | 25 | 10 |
| HESI | 20 | 25 | 20 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| PSC/States | 50 | 30 | 50 | | 35 |
| US | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

3

# QUANTIFICATION

### HESI Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 295 | 180 | 230 | | 255 |
| BP | 60 | 120 | 60 | | 100 |
| TO | 25 | 45 | 90 | | 30 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| HESI | <u>30</u> | <u>45</u> | <u>30</u> | <u>25</u> | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

### Transocean Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 295 | 180 | 230 | | 265 |
| BP | 60 | 120 | 60 | | 110 |
| HESI | 30 | 45 | 30 | 25 | 10 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| TO | <u>25</u> | <u>45</u> | <u>90</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

4

## QUANTIFICATION

### Anadarko Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 295 | 180 | 230 | | 255 |
| BP | 60 | 120 | 60 | | 100 |
| TO | 25 | 45 | 90 | | 30 |
| HESI | 30 | 45 | 30 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| Anadarko | <u>25</u> | <u>45</u> | <u>25</u> | <u>25</u> | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

### Independent Third Parties

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 220 | 180 | 170 | | 220 |
| BP | 130 | 120 | 115 | | 120 |
| TO | 25 | 45 | 90 | | 20 |
| HESI | 20 | 45 | 20 | 25 | 10 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| Witness' counsel | | | | | <u>30</u> |
| Total | 420 | 435 | 420 | | 420 |

5

## SOURCE CONTROL

BP Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 345 | 300 | 285 | | 315 |
| TO | 30 | 35 | 90 | | 60 |
| HESI | 15 | 35 | 15 | 45 | 10 |
| Anadarko | 15 | 0 | 15 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| BP | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 415 | 435 | | 450 |

U.S. Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| PSC/States | 245 | 80 | 180 | | 85 |
| BP | 90 | 270 | 90 | | 230 |
| TO | 25 | 20 | 90 | | 60 |
| HESI | 20 | 20 | 20 | 45 | 10 |
| Anadarko | 25 | 0 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| U.S. | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

6

## SOURCE CONTROL

### HESI Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 255 | 180 | 190 | | 215 |
| BP | 100 | 120 | 100 | | 110 |
| TO | 25 | 45 | 90 | | 60 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| HESI | <u>30</u> | <u>45</u> | <u>30</u> | <u>45</u> | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

### Transocean Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 255 | 180 | 190 | | 255 |
| BP | 100 | 120 | 100 | | 120 |
| HESI | 30 | 45 | 30 | 45 | 10 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| TO | <u>25</u> | <u>45</u> | <u>90</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

## SOURCE CONTROL

### Anadarko Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 255 | 180 | 190 | | 215 |
| BP | 100 | 120 | 100 | | 110 |
| TO | 25 | 45 | 90 | | 60 |
| HESI | 30 | 45 | 30 | 45 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| Anadarko | <u>25</u> | <u>45</u> | <u>25</u> | <u>25</u> | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

### Independent Third Parties

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| PSC | 230 | 180 | 190 | | 190 |
| BP | 120 | 120 | 95 | | 110 |
| TO | 25 | 45 | 90 | | 60 |
| HESI | 20 | 45 | 20 | 45 | 10 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| Witness' counsel | | | | | <u>30</u> |
| Total | 420 | 435 | 420 | | 420 |

8

## **HYBRID**

BP Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 330 | 320 | 270 |  | 315 |
| TO | 30 | 35 | 90 |  | 60 |
| HESI | 20 | 35 | 20 | 30 | 10 |
| Anadarko | 25 | 0 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| BP | <u>30</u> | <u>45</u> | <u>30</u> |  | <u>45</u> |
| Total | 435 | 435 | 435 |  | 450 |

U.S. Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| PSC/States | 190 | 75 | 160 |  | 95 |
| BP | 145 | 275 | 110 |  | 220 |
| TO | 25 | 20 | 90 |  | 60 |
| HESI | 20 | 20 | 20 | 30 | 10 |
| Anadarko | 25 | 0 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| U.S. | <u>30</u> | <u>45</u> | <u>30</u> |  | <u>45</u> |
| Total | 435 | 435 | 435 |  | 450 |

## TIME ALLOCATION GROUPS

### BP & Affiliates

| | |
|---|---|
| BP | Pencor |
| ADD Energy | Schlumberger |
| BP Institute | Stress Engineering |
| Intertek | Weatherford |
| Isotech | Wild Well Control |
| Oceaneering | Worldwide Oil Field |

### U.S. & Affiliates

| | |
|---|---|
| U.S. | Statoil |
| DNV | Woods Hole |

### Other and Independents

| | |
|---|---|
| Anadarko | HESI |
| Cameron | Transocean |
| Exxon/Mobil | |