UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) ) | JUDGE BARBIER |
| 2:10-CA-10-8888 | ) | MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The law firm of Daniell, Upton & Perry, P. C. respectfully moves the Court for leave to withdraw as counsel for Claimants listed below:

| Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|
| 1. Randy & Cindy Lee | 51977 | CA-10-8888 |
| 2. CFT Properties, LLC | 107385 | CA-10-8888 |
| 3. T.J. Akin | 51354 | CA-10-8888 |
| 4. Hardin-Investments, LLC | 56667 | CA-10-8888 |
| 5. Century Wilshire, Inc. | 66666 | CA-10-8888 |
| 6. William J. Van Landingham | 85672 | CA-10-8888 |
| 7. R.J. Billingsley, Inc. | 51563 | CA-10-8888 |
| 8. Laura's Vacation Rentals, LLC | 49849 | CA-10-8888 |
| 9. Gary Douglas Joyce | 51358 | CA-10-8888 |

1

DANIELL, UPTON & PERRY, P.C.
P. O. Box 1800
Daphne, AL 36526
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)

/s/David A. Busby
**DAVID A. BUSBY**
**(ASB-4991-D67B)**

## Certificate of Service

I, David A. Busby, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Motion to Withdraw as Counsel to All Counsel of Record.

This the 15th day of August, 2012.

By: /s/David A. Busby
**David A. Busby (ASB-4991-D67B)**

2