UNITED STATES DISTRICT COURT

For the

EASTERN DISTRICT OF LOUISIANA

0⌀/27/2012

HAAH DARRYL     Claim no. 3203622
H&H Ranch Wildlife Rescue & Evacuation Shelter     HON. Carl J. Barbier

Civil Action No.     MDL-2179

vs

Oil Spill by the Oil Rig Deepwater Horizon

BP OIL INC.

MOTION TO CLARIFY THE COURTS ORDER

REGUARDING THE TIME TO OPT-OUT

1. The Court did not address the issue of after filing Claim with Adm..

    For the Settlement .

    a. do the ADM. have to NOTIFY the CLAIMANTS of a DECISION

       on the CLAIMS BEFORE the OPT-OUT time of OCT 1 , 2012

2. The Claimants may have a OPTION of knowing what if any Money is offered

    Or is DENIED ,

    . so Claimants have a LEGAL RIGHT to OPT OUT if ,

    a.. the claim was to low of offer , OR

    b. Claim was denied

3. The Claimants have a Right to Opt-out in Time , The COURTS ORDER

    Leaves the DOOR open for Claimants to lose OUT if a DECISION on the Claims

    Are NOT REACH at the time-frame of OCT1 2012 .

7/27/12     Darryl C. [signature]

Attention

Hon Barbier

Fax 504-589-4536