UNITED STATES DISTRICT COURT

For the

EASTERN DISTRICT OF LOUISIANA

06/27/2012

HAAH DARRYL    Claim no. 1123040 &
Bussiness claim 3203622

HON. Carl J. Barbier

Civil Action No.    MDL-2179

vs

BP OIL INC.

Oil Spill by the Oil Rig Deepwater Horizon

MAJOR OBJECTIONS TO THE SETTLEMENT AND WHOLE

ADMINISTRAITION COURT APPOINTED TRUSTY'S

1. Attorney are taking classes because they don't know how to file claims, Charging money and we the Claimant are still WAITING after 2 years, Claims are still not Filed,

2. We the Claimants are still losing everything while, Courts and Attorneys And Administration collects pay checks off our backs, with no reguard To the Claimants Claims.

3. The Attorneys, pick and choose witch Claims to put in first, and what Claims They don't know how too file, and Stall like GCCF and Keneth Fienberg Whole scam with BP Oil inc. did for 2 years.

1 of 4    p.1,

4. This Court Supervised Administration Settlement, has been Nothing but the same Stall and Wait tactic as BP Oil inc. & GCCF & Keneth Fienberg.

5. This Court Appointed Supervised Settlement was to be more Fair Easier to File with and has become another GCCF & Keneth Fienberg Scam and stall tactic again.

6. As a Claimant, I, am outraged at the how Attorneys, this Court and Administration, for the Stalling and Bias games being played upon The Claimants.

7. It has been brought to my attention that, my claims are still sitting Un-filed and this Claimant has had enough of the games Being played.

This Claimant has waited over 2 years and still get no answers And all stalling of claims as if GCCF was still in-charge of the New Settlement offered by this
UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA
&  BP OIL inc.

pg. 2

8. At this point in time it would take longer to FIRE a Attorney and hire new Attorneys, to handle my Claims, in time, before the Deadline set by This DISTRICT COURT.

9. Attorneys have been sitting and Collecting of the Claimants While we Suffer and are Tortured everyday by this whole BP oil inc. Spill, and this Court and everyone acts if we Don't even matter if we get anything or not.

10. As a BUSSINESS Owner and a FEDERAL LICENSED WILDLIFE RESCUE and the ONLY FEDERAL LICENSED RESCUE in the UNITES STATES OF AMERICA, Registered and have LEGAL Authority to FILE Criminal Charges without a ATTORNEY GENERAL OFFICE,

The H&H RANCH RANCH WILDLIFE RESCUE & EVACUATION SHELTER, is Requesting this
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA,

Grant Permission to File the Criminal Charges of the Death of WILDLIFE From the Deepwater Horizon Oil Spill in the Gulf of Mexico,

As FEDERAL LAW REQUIRES this Federal Licensed Wildlife rescue to do, As the Result of The Death of Wildlife from the BP Oil inc Spill.

Pg. 3.

Therefore, this Claimant, OBJECTS and makes it very clear as to why,

When we the Claimants are SUFFERING, not this COURT or ATTORNEYS

Or ADMINASTRATION,

As the ONLY Federal Licensed Wildlife Rescue, Registered with the C.C.R.

CENTRAL CONTRACT REGISTRY of THE UNITED STATES OF AMERICA

GOVERNMENT OFFICE, I, ask for the Court to grant Permission to

Bring Criminal Charges against BP OIL inc. for the death of Wildlife.

MOTION ATTACHED /


**DARRYL LEE HAAN / H&H RANCH WILDLIFE RESCUE**

&

**EVACUATION SHELTER**

6/27/12

*[signature: Darryl Haan]*

pg. 4

UNITED STATES DISTRICT COURT

For the

EASTERN DISTRICT OF LOUISIANA

06/27/2012

HAAH DARRYL   Claim no. 3203622
H&H Ranch Wildlife Rescue & Evacuation Shelter     HON. Carl J. Barbier

Civil Action No.   MDL-2179

vs

Oil Spill by the Oil Rig Deepwater Horizon

BP OIL INC.

## MOTION TO BRING CRIMINAL CHARGES FOR THE DEATH OF

## WILDLIFE

BROUGHT AGAINST BP OIL inc. by, DARRYL LEE HAAN /

H&H RANCH WILDLIFE RESCUE &EVACUATION SHELTER

Federal Licensed Wildlife Rescue, Registered with & by the C.C.R.

CENTRAL CONTRACT REIGISTRY of THE UNITED STATES

OF AMERICA, GOVERNMENT OFFICE.

1 OR.

Pg. 1.

The H&H RANCH WILDLIFE RESCUE is the ONLY COMPANY

And or RESCUE is Registered in THE UNITED STATES GOVERNMENT

For the size of a Disaster of a Oil Spill, caused by, BP OIL inc. to,

1. Handle Wildlife Rescue
2. Restore Wildlife Habitat
3. Monitor Wildlife & Habitat
4. Proper Licensed for all States
5. Bring Criminal Charges & Fines
6. Criminal Charges without a Attorney Generals Office
7. Licensed to work with all Federal Agency's

As FEDERAL LAW requires this Wildlife Rescue to Bring Criminal Charges

For the death of Wildlife and Fines, to uphold the Federal law and License

Of the H&H RANCH WILDLIFE RESCUE.

The H&H RANCH WILDLIFE RESCUE is Prepared to bring Felony Criminal Charges.

When this DISTRICT COURT has OPEN time on this

UNITED DISTRICT COURT EASTERN DISTRICT OF LOUISAINA has a opening

On the COURT DOCKET, several Felony Charges, against BP OIL inc.

Therefore, I, ask for permission to proceed with Criminal Charges, & Fines.

DARRYL LEE HAAN / H&H RANCH WILDLIFE RESCUE
& EVACUATION SHELTER

6/27/02

pg. 2.