UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL. NO. 2179 |
| | SECTION: J |
| This Document relates to: | |
| 2:10-CA-10-8888 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion of the law firm of Daniell, Upton & Perry, P.C. for leave to withdraw as counsel, **IT IS HEREBY ORDERED** that the law firm of Daniell, Upton & Perry, P.C. is withdrawn as counsel for the Claimants listed below:

| | Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|---|
| 1. | Randy & Cindy Lee | 51977 | CA-10-8888 |
| 2. | CFT Properties, LLC | 107385 | CA-10-8888 |
| 3. | T.J. Akin | 51354 | CA-10-8888 |
| 4. | Hardin-Investments, LLC | 56667 | CA-10-8888 |
| 5. | Century Wilshire, Inc. | 66666 | CA-10-8888 |
| 6. | William J. Van Landingham | 85672 | CA-10-8888 |
| 7. | R.J. Billingsley, Inc. | 51563 | CA-10-8888 |
| 8. | Laura's Vacation Rentals, LLC | 49849 | CA-10-8888 |
| 9. | Gary Douglas Joyce | 51358 | CA-10-8888 |

New Orleans, Louisiana this 16th day of August, 2012.

_____
United States District Judge