UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on
APRIL 20, 2010

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

LIAISON COUNSEL MEMORANDUM
PROVIDING STATUS REPORT

Liaison Counsel submit this report on the status of proceedings in MDL 2179, as requested by the Court in lieu of the cancelled August 17 status conference.

**1. Pre-Trial Orders:**

Since the last status report for the conference on July 13, 2012, the Court has entered Pre-Trial Order No. 50 (Amending Pre-Trial Order 13 to Govern the Production of Certain Unclassified but Controlled Information by the United States) (Rec. Doc. 6912) and Pre-Trial Order 51 (Governing Subpoenas to Third Parties) (Rec. Doc. 7049). On July 19, 2012, the Court entered an Order Regarding Misleading Websites (Rec. Doc. 6934). On August 13, 2012, the Court entered an order cancelling the Status Conference previously scheduled for Friday, August

17, 2012 (Rec. Doc. 7102).

2. **Status of the JPML Proceedings:**

Since the parties submitted the last status report on July 10, 2012, the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") has issued five new Conditional Transfer Orders conditionally transferring ten additional cases to this Court. To date, a total of sixty-two CTOs have been issued. As of August 14, 2012, there are approximately 744 total cases that have been transferred to MDL 2179. (More than 118,000 short-form joinders have been filed in MDL 2179.) As a result of dismissals, currently about 625 cases are active before the Court. Of the active cases, 354 have been transferred by the JPML, while many others were originally filed in this District. The following issues have been decided by the Panel since the parties submitted the last status report:

- On July 24, 2012, the Panel denied as moot BP's motion to transfer an action by plaintiff Elton Johnson from the Southern District of Texas to MDL 2179 as a potential tag-along action. Plaintiff Johnson's complaint alleges breach of a settlement agreement relating to his personal injury claims. The Panel noted that it had been advised that the action had been closed in the Southern District of Texas following an Opinion on Summary Judgment issued by Judge Hughes on July 19, 2012. The dismissal of Johnson's claims is now on appeal to the Fifth Circuit.

- On August 3, 2012, the Panel denied BP's motion to transfer an action by plaintiff Joseph Kaminski from the Middle District of Florida to MDL 2179 as a potential tag-along action. Plaintiff Kaminski alleges that he provided BP with his idea for an insertion pipe to assist in the efforts to cap the Macondo well but was not compensated.

- Two objections were filed regarding CTO-49. On August 3, 2012, the Panel denied the motion to vacate CTO-49 and transferred the actions to MDL 2179.

- One objection was filed regarding CTO-61. Because no motion to vacate CTO-61 was timely filed, the Panel finalized CTO-61 on August 13, 2012 and transferred the action to MDL 2179.[1]

The following issues remain undecided:

- Plaintiff Rhonda Burkeen filed a motion asking the JPML to remand her claims in the Pleading Bundle A case *Kritzer, et al. v. Transocean, Ltd., et al.*, 2:10-cv-04427-CJB-SS, to the Southern District of Texas. Briefing is complete, but it is unlikely the motion to vacate will be decided prior to the Panel's September 20, 2012 hearing.

3. **Status of State-Filed Lawsuits:**

At least forty-three Deepwater Horizon-related lawsuits are now pending in various state courts, including Baldwin County, Alabama (two cases); Mobile County, Alabama (two cases); Jefferson Parish, Louisiana (two cases); Lafayette Parish, Louisiana (one case); Lafourche Parish, Louisiana (five cases); Orleans Parish, Louisiana (four cases); Plaquemines Parish, Louisiana (six cases); Terrebonne Parish, Louisiana (three cases); St. Bernard Parish, Louisiana (one case); Hillsborough County, Florida (one case); Leon County, Florida (seven cases); Harrison County, Mississippi (two cases); Jackson County, Mississippi (one case) Harris County, Texas (three cases); Galveston County, Texas (one case); and Orange County, Texas (two cases). These cases include:

---

1   Attached is a chart showing the status of the Conditional Transfer Orders.

- Twenty-one personal injury suits, including (1) one suit brought by a plaintiff alleging injuries sustained in the April 20, 2010 incident and (2) twenty suits brought by oil spill response workers;
- Twelve lawsuits alleging loss of commercial revenues, personal income, and/or diminished real property value as a result of the oil spill;
- Seven suits alleging primarily the breach of sale, lease, or services agreements related to the spill response efforts;
- One breach of contract suit by the owner/operator of a vessel participating in the Vessels of Opportunity oil spill response program;
- Two suits alleging real property damage resulting from oil spill response staging operations conducted on plaintiffs' properties.

Motion practice, written discovery, document production, and fact witness depositions have been proceeding in some state court cases. BP is working with Magistrate Judge Shushan to encourage coordination of any such state court discovery with discovery in MDL 2179 and with this Court.

In addition to the forty-three cases discussed above, there are shareholder derivative lawsuits related to the Deepwater Horizon incident currently pending in state courts in Louisiana, Texas (consolidated litigation), and Alaska (consolidated litigation). The Louisiana and Texas actions are stayed, and defendants will seek their dismissal pursuant to Judge Ellison's decision dismissing the shareholder derivative actions in MDL 2185. On June 5, 2012, the Alaska court dismissed the action pursuant to Judge Ellison's decision; plaintiffs appealed that decision on July 2, 2012, but recently agreed to withdraw that appeal. There is one additional shareholder

action related to the Deepwater Horizon incident, an action by a former employee to recover for alleged losses related to BP stock options, currently pending in state court in Texas. On June 29, 2012, the court heard argument on BP's motion to dismiss that case. Supplemental briefing on that motion was filed in July, and an argument is scheduled for August 24.

4. **Status of MDL-2185:**

   - Securities Litigation. On February 13, 2012, Judge Ellison dismissed all of the claims of the ordinary shareholders, dismissed the claims of the lead class of holders of BP American Depositary Shares against most of the individual defendants while holding that a subset of the claims against two individual defendants and the corporate defendants could proceed, and dismissed all of the claims of a smaller purported subclass with leave to replead. As of June 8, defendants' motion to dismiss plaintiffs' second amended consolidated complaint is fully briefed.

     Seven additional related securities actions have been transferred or assigned to Judge Ellison as part of MDL 2185 since mid-April 2012. Amended complaints in five of these actions are due in mid-September. The parties submitted briefs on remand motions in the other two cases in the last two months, with responsive pleadings in each case due thirty days following a decision on remand.

   - Derivative Litigation. Plaintiffs' appeal to the United States Court of Appeals for the Fifth Circuit of the final judgment dismissing the cases on *forum non conveniens* grounds is now fully briefed. Oral argument has not yet been scheduled.

   - ERISA Litigation. On March 30, 2012, Judge Ellison granted BP's motion to dismiss

plaintiffs' consolidated amended complaint. Plaintiffs have filed a motion for leave to file an amended complaint, which is fully briefed as of May 18, 2012.

- Dividend Class Action. On September 20, 2011, BP p.l.c. moved to dismiss this putative class action, brought on behalf of holders of BP American Depositary Shares based on BP's decision not to pay a dividend in June 2010 in the aftermath of the Deepwater Horizon explosion and oil spill. On July 5, 2012, the court granted BP's motion to dismiss on the grounds that it lacks personal jurisdiction over BP p.l.c. On August 8, pursuant to an unopposed motion, the court granted plaintiff leave to amend his complaint, which plaintiff filed on August 10. BP will move to dismiss that complaint 60 days after filing.

- Discovery Coordination. In the securities and ERISA cases now in MDL 2185, plaintiffs' counsel have entered into stipulations with BP for access to BP's MDL 2179 document production pending resolution of whether any of the MDL 2185 claims will survive Rule 12 motion practice. MDL 2185 plaintiffs attended MDL 2179 Phase 1 depositions pursuant to this Court's PTOs 17 and 27 and have received copies of certain expert reports submitted in MDL 2179. In some cases, BP has agreed to make certain BP deponents available for extra time to allow questioning by MDL 2185 counsel.

## 5. Written and Deposition Discovery:

Extensive written discovery, document production, and depositions have occurred so far. The parties have produced over 110 million pages of documents (of which the United States produced more than 95 million pages), and more than 310 Phase 1 depositions have been taken,

with more than 7400 documents marked as deposition exhibits. The PSC, the United States, the petitioners-in-intervention, and the Rule 14(c) defendants have provided Phase 1 expert reports and more than 30 rebuttal expert reports. Phase One discovery is now closed with the exception of a few "Phase 1 Clean-up" items recognized by Magistrate Judge Shushan.

Magistrate Judge Shushan has set a schedule for 30(b)(6) depositions for Phase 2 (Rec. Doc. 6795-1), as the first wave of Phase 2 deposition discovery, and Phase 2 written discovery is proceeding as well. The parties continue to meet with Magistrate Judge Shushan on many Fridays to address pending discovery issues.

**6. Insurance Coverage Case Management:**

On March 1, 2012, this Court issued a Rule 54(b) Partial Final Judgment (Rec. Doc. 5938) in respect to its ruling on the scope of BP's pollution-related coverage rights under the policies at issue in the two insurance coverage declaratory judgment actions (Case Nos. 11-274 and 11-275). BP has filed a notice of appeal from the Court's judgment to the United States Court of Appeals for the Fifth Circuit. Briefing on that appeal is underway.

In June 2011, the First Excess Layer Insurers filed two interpleader actions (Case Nos. 11-1439 and 11-1440) to seek guidance from the Court in regard to their obligations to cover claims made against BP, Transocean, Anadarko, and MOEX by or on behalf of rig workers (*i.e.*, Transocean employees and contractors who were aboard the Deepwater Horizon at the time of the Incident). In December 2011, with the active involvement and assistance of Magistrate Judge Shushan, the parties to the interpleaders reached a confidential agreement to resolve these two cases. These matters have been fully briefed and are pending before Magistrate Judge Shushan. On July 31, 2012, the insurers comprising the second excess layer of Transocean's

insurance program filed an interpleader action in this Court (Case No. 12-1978).

## 7. Status of PSC Settlements with BP:

August 13 Filings. On August 13, BP and Class Counsel filed motion papers in support of final approval of the Economic and Property Damage Settlement and the Medical Benefits Settlement. (Rec. Docs. 7104, 7111, 7112, 7114.) In addition, the claims administrator for the Medical Benefits Settlement, Garretson Resolution Group, filed a report updating the Court on the status of its efforts. (Rec. Doc. 7105.)

Notice. Dissemination of the class notices was substantially complete as of July 15, 2012. As detailed in the declarations of Cameron R. Azari, which are attached to BP's August 13 filings (Rec. Docs. 7110-1, 7113-1), the class notice agent, Hilsoft Notifications, implemented the notice plans as ordered by the Court. This included dissemination of individual notice to known potential Settlement Class Members via postal mail and email, an extensive schedule of local newspaper, radio, television and Internet placements, well-read consumer magazines, a national daily business newspaper, highly-trafficked websites, and Sunday local newspapers (via newspaper supplements).

Upcoming Deadlines. Objections to the settlements must be filed with the Court by August 31, 2012, and class members have until October 1, 2012, to elect to opt out of the settlements. On November 8, 2012, the Court will hold a Fairness Hearing to determine whether to grant final approval to these settlements.

## 8. Claims Not Resolved by Settlement, Summary Judgment, or Stipulation:

On August 10, plaintiffs filed responses in opposition to the renewed motions to dismiss

filed by certain defendants, including BP, challenging the legal viability of Pure Stigma Claims, BP Dealer Claims, and Recreation Claims.  Defendants will file their reply briefs on August 27. Oral argument, if necessary, shall occur during the Status Conference scheduled for September 14, 2012.

Targeted discovery is ongoing regarding the claims brought by three States of the Republic of Mexico, with written discovery requests served by the parties in late July.  Judge Shushan has issued several orders regarding the scope of the discovery served by the Mexican States (Rec. Docs. 7027, 7068).  No briefing schedule has yet been set for motions on the Mexican States' claims, but the Court has scheduled oral argument (if argument is granted) for November 29, 2012.

**9.  Motions Set for Oral Argument:**

Prior to its cancellation on August 13, 2012, the Court had not indicated that it would hear oral argument on any pending motions at the August 17, 2012 status conference.

                Respectfully submitted,

                /s/ Don K. Haycraft
                Don K. Haycraft (Bar #14361)
                R. Keith Jarrett (Bar #16984)
                LISKOW & LEWIS
                701 Poydras Street, Suite 5000
                New Orleans, Louisiana 70139-5099
                Telephone: (504) 581-7979
                Facsimile: (504) 556-4108

                and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert R. Gasaway
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Attorneys for BP

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of August, 2012.

                                /s/ Don K. Haycraft  
                                Don K. Haycraft