## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF FILING OF STIPULATION REGARDING PRESENTMENT

PLEASE TAKE NOTICE that on behalf of the Plaintiffs' Steering Committee, BP Exploration & Production Inc., and BP America Production Company, undersigned counsel hereby files into the record the Stipulation Regarding Presentment in furtherance of Sections 4.2.5 and 7.3.2 of the Economic and Property Damages Settlement Agreement [Record Doc. No. 6276-1].

Dated:  August 16, 2012

Respectfully submitted,

/s/Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

-2-

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

Attorneys for BP Exploration & Production Inc., BP Products North America Inc., and BP America Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2012, a copy of the foregoing pleading was served upon all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

          /s/ Don K. Haycraft
          Don K. Haycraft