IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### STIPULATION REGARDING PRESENTMENT

Lead Class Counsel and Counsel for the BP Defendants, and in furtherance of Sections 4.2.5 and 7.3.2 of the Economic and Property Damages Settlement Agreement [Doc 6276-1] do agree and stipulate as follows:

IT IS STIPULATED AND AGREED that:

1. Economic Class Members with expired offers from the Gulf Coast Claims Facility ("GCCF") who Opt Out of the Economic Class shall be deemed to have satisfied the presentment requirements of the Oil Pollution Act of 1990 ("OPA"); and,

2. The parties wish to clarify and stipulate that the term "sum certain" in Section 7.3.2 of the Settlement Agreement shall be interpreted as follows: Because the Settlement Agreement contains detailed formulas to determine compensation due to Claimants and because such formulas calculate a sum certain, the sum certain requirement under OPA will be deemed satisfied by a Claimant making a Claim in the Settlement Program.

THIS STIPULATION entered into and signed this 16th day of August 16, 2012.

/s/Richard C. Godfrey, P.C.
Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

*BP Exploration & Production, Inc.*
*BP America Production Company*


/s/ Steven J. Herman, Esq.
Steven J. Herman, Esq.
(sherman@hhklawfirm.com)
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892

*Co-Lead Class Counsel*