UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] | MDL No. 2179 SECTION: J |
| This Document Relates to: 2:12-cv-1045-CJB-JCW 2:12-cv-1533-CJB-SS 2:12-cv-1716-CJB-SS | ] ] ] ] ] | Judge Barbier Mag. Judge Wilkinson (No. 1045) Mag. Judge Shushan (Nos. 1533, 1716) |

**PLAINTIFFS' MOTION TO SEVER**

Forty former employees ("Plaintiffs") of O'Brien's Response Management, Inc., Vision One LLC and ITransit Response LLC ("Defendants") brought three collective actions on behalf of themselves and others similarly situated to recover unpaid overtime wages and other damages under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*.[1] These cases (the "O'Brien's Overtime" cases) should be severed from the MDL because, unlike Rule 23 actions, the FLSA limitations period continues to run until the date an employee files a consent form. Thus, Pretrial Orders (PTOs) 1 and 15, which indefinitely stay O'Brien's response to *Prejean's* conditional certification motion, and Defendants' Answers to the *Himmerite* and *Singleton* Complaints, harm putative plaintiffs because their claims continue to detoriate. Further, the O'Brien's Overtime cases and the MDL cases are so unrelated that consolidation results in unnessary delays and expense. Accordingly, Plaintiffs request the Court sever the O'Brien's Overtime cases from the MDL and enter an order requiring: (1) O'Brien's respond to *Prejean's* Motion for Conditional Certification; and (2) Defendants answer the *Himmerite* and *Singleton* Complaints.

---

[1] *See Prejean v. O'Brien's Response Mgmt., Inc.*, No. 2:12-cv-1045 (E.D. La.) (28 plaintiffs); *Himmerite, et al. v. O'Brien's Response Mgmt., Inc. et al.*, No. 2:12-cv-1533 (E.D. La.) (5 plaintiffs); *Singleton v. O'Brien's Response Mgmt., Inc., et al.*, No. No. 2:12-cv-1716 (E.D. La.) (7 plaintiffs).

Date: August 16, 2012                              Respectfully submitted,

                                        **BRUCKNER BURCH PLLC**

                                        **/s/ David I. Moulton**
                              By: _____
                                   David I. Moulton
                                   Texas Bar No. 24051093
                             8 Greenway Plaza, Suite 1500
                             Houston, Texas 77046
                             (713) 877-8788 - Telephone
                             (713) 877-8065 - Facsimile
                             dmoulton@brucknerburch.com

## CERTIFICATE OF CONFERENCE

O'Brien's opposes this motion. Plaintiff does not know whether Defendants ITransit and Vision One oppose this motion.

                                        **/s/ David I. Moulton**
                                        _____
                                        David I. Moulton

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Sever, Memorandum in Support, Exhibits, Notice of Submission and Proposed Order have been served on all enrolled counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of August, 2012.

I hereby certify that the foregoing Notice of Submission was also served via Certified Mail (RRR) on the following parties who are not enrolled in the CM/ECF and/or Lexis Nexis File & Serve systems:

| | |
|---|---|
| *(RRR #7010 0780 0002 1357 2139)* | *(RRR #7010 0780 0002 1357 2146)* |
| I-Transit Response LLC | Vision One LLC |
| c/o Lewis B. Robbins | c/o Eric G. Politte |
| 19 James Avenue | 6620 Cypresswood, Suite 105 |
| Orlando, FL 32801 | Spring, TX 77379 |

                                        **/s/ David I. Moulton**
                                        _____
                                        David I. Moulton