```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br>MEMBER CASES:<br>11-241, 11-242, 11-401<br><br>SECTION: J(1) |

**ORDER**

Before the Court in the MDL are three member cases: 11-241, <u>Altier v. Worley Catastrophe Response, LLC et al.</u>; 11-242, <u>Altier v. Worley Catastrophe Response, LLC</u>; and 11-401, <u>Brewer et al. v. BP p.l.c. et al.</u>

The first case, 11-241, <u>Altier v. Worley Catastrophe Response, LLC et al.</u>, is a case in which claims adjusters allege violations of the Fair Labor Standards Act. The third case, 11-401, <u>Brewer et al. v. BP p.l.c. et al.</u>, similarly involves clean-up workers' allegations of Fair Labor Standards Act violations. And, the second case, 11-242, <u>Altier v. Worley Catastrophe Response, LLC</u>, involves allegations by claims adjusters of breach of contract and unjust enrichment. After reviewing the Complaints for these member cases, the Court finds that these matters are not sufficiently related to the MDL and therefore should be severed from the MDL. Accordingly,

**IT IS ORDERED** that 11-241, <u>Altier v. Worley Catastrophe</u>

**Exhibit 2**

Response, LLC et al.; 11-242, Altier v. Worley Catastrophe Response, LLC; and 11-401, Brewer et al. v. BP p.l.c. et al. are hereby **SEVERED**.

**IT IS FURTHER ORDERED** that the counsel in these three member cases identify for the Clerk's Office which documents filed in MDL 2179 pertain to these specific member cases.

New Orleans, Louisiana this 4th day of March, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE