UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>  2:12-cv-1045-CJB-JCW<br>  2:12-cv-1533-CJB-SS<br>  2:12-cv-1716-CJB-SS | ] ] ] ] ] | Judge Barbier<br>Mag. Judge Wilkinson (No. 1045)<br>Mag. Judge Shushan (Nos. 1533, 1716) |

## ORDER

The Court has considered Plaintiffs' Motion to Sever *Prejean v. O'Brien's Response Mgmt., Inc.*, No. 2:12-cv-1045-CBJ-JCW; *Himmerite, et al. v. O'Brien's Response Mgmt., Inc., et al.*, No. 2:12-cv-1533; and *Singleton, et al. v. O'Brien's Response Mgmt., Inc., et al.*, No. 2:12-cv-1716 and the submissions of the parties. The Court grants Plaintiff's Motion. Accordingly, the *Prejean*, *Himmerite*, and *Singleton* cases are hereby SEVERED from MDL 2179 and released from all MDL pretrial orders. The Court's scheduling order in Prejean still applies. Further, the Court ORDERS O'Brien's to respond to Prejean's Motion for Conditional Certification in ten calendar days of this Order. The Court further ORDERS Defendants to Answer the Himmerite and Singleton Complaints within ten calendar days of this Order.

Signed on this ___ day of _____, 2012 in New Orleans, Louisiana.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE