Click to Print

**Transaction 45450226**

**Case number:** 2:12cv01045     Served only (public) at 7/19/2012 6:23 PM CDT
**Case name:** Prejean vs O'Briens Response Management Inc
**Court:** LA US District Court Eastern District E-Service-Oil Spill

**Document List (1)   Total Statutory Fees: $0.00**

**Main Document, ID: 58754787**

| | |
|---|---|
| **Document type:** | Complaint |
| **Clerk review status/action:** | N/A |
| **Security:** | Submitted conventionally |
| **Statutory fee:** | $0.00 |
| **Document title:** | Correction of Docket Entry by Clerk re [6930] MOTION to Certify Class FLSA Sec. 216(b) Collective Action. ***PURSUANT TO PRETRIAL ORDER NO. 15: 'all pending and future motions, are continued without date unless a motion is specifically excepted from the continuance by the Court. The Court will then organize and prioritize the continued motions and in due course, set the motions for hearing. No responses to the motions are due until two weeks before the hearing date set by the Court.' **A notice [6936] |

**Parties and Recipients**

**Sender Information**

Submitted by:     Kavitha 150765 Bommidi, LexisNexis File & Serve

Authorizer:     LexisNexis Service, LexisNexis Service

**Exhibit 1**