UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>2:12-cv-1045-CJB-JCW<br>2:12-cv-1533-CJB-SS<br>2:12-cv-1716-CJB-SS | ] ] ] ] ] | Judge Barbier<br>Mag. Judge Wilkinson (No. 1045)<br>Mag. Judge Shushan (Nos. 1533, 1716) |

**NOTICE OF SUBMISSION**

Plaintiffs hereby give Notice of Submission of Plaintiff's Motion to Sever. This Motion is submitted for the next available hearing date before the Honorable Judge Barbier on September 12, 2012 at 9:30 a.m.

Date: 8/16/2012                                   Respectfully submitted,

                                                              **/s/ David I. Moulton**
                                                    By: _____
                                                              David I. Moulton
                                                              Texas State Bar No. 24051093
                                                              S.D. of Texas No. 608063
                                                    8 Greenway Plaza, Suite 1500
                                                    Houston, Texas  77046
                                                    (713) 877-8788 - Telephone
                                                    (713) 877-8065 - Facsimile
                                                    dmoulton@brucknerburch.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission of Plaintiff's Motion to Sever has been served on all enrolled counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of August, 2012.

I hereby certify that the foregoing Notice of Submission was also served via Certified Mail (RRR) on the following parties who are not enrolled in the CM/ECF System or Lexis Nexis File & Serve:

*(RRR #7010 0780 0002 1357 2139)*
I-Transit Response LLC
c/o Lewis B. Robbins
19 James Avenue
Orlando, FL 32801

*(RRR #7010 0780 0002 1357 2146)*
Vision One LLC
c/o Eric G. Politte
6620 Cypresswood, Suite 105
Spring, TX 77379

/s/ David I. Moulton
_____
David I. Moulton