UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO.:2:10-cv-08888; 2:10-cv-02771 | MDL NO.: 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO FILE SHORT FORM JOINDER IN LIMITATION BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel comes the claimant, Lamercie Jean-Baptiste, who seeks an order from this Court accepting the late filing of a Short Form Joinder filed August 16, 2012, (Rec. Doc. No. 120119) into the limitation proceeding brought by *Triton Asset Leasing GmbH, et al.*, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. as Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators of the MODU Deepwater Horizon for the following reasons:

This Court set a deadline for filing the claims in the Transocean limitation action for April 20, 2011, which was extended to September 16, 2011. As the claimant was unaware of this deadline or had not full realized his damages, he did not timely file in the Transocean Limitation Proceeding and did not contact counsel until after the deadline.

Furthermore, no prejudice will result from the acceptance of the Short Form Joinder filed after the deadline because no action has been taken in the limitation proceeding which could cause

prejudice to any other party to the proceeding. Additionally, the limitation proceeding is pending and undetermined.

Accordingly, and for the foregoing reasons, Claimant seeks an order from this Court granting this motion and that the Court deem the Short Form Joinder in the Transocean Limitation Proceeding as timely filed.

Respectfully submitted,

MORRIS BART, P.L.C.
909 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone:	504-525-8000
Facsimile:	504-599-3380

_____
MEKEL S. ALVAREZ, NO.: 22157

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17TH day of Aug., 2012, the foregoing Motion For Leave to Allow Late Filed Claim was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO.:2:10-cv-08888; 2:10-cv-02771 | MDL NO.: 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the above and foregoing Motion for Leave to Allow Late Filed Short Form Joinder:

IT IS ORDERED that the motion is GRANTED and the Short Form Joinder filed by Lamercie Jean-Baptiste, document number 120119, shall be considered timely filed in the Transocean limitation proceedings.

Signed in New Orleans, Louisiana this _____ day of _____, 2012.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE