UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" | MDL NO.: 2179 |
|---|---|
| THIS DOCUMENT RELATES TO: | SECTION: J |
| CASE NO.:2:10-cv-08888; 2:10-cv-02771 | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

### ORDER

**CONSIDERING** the above and foregoing Motion for Leave to Allow Late Filed Short Form Joinder:

IT IS ORDERED that the motion is GRANTED and the Short Form Joinder filed by Lamercie Jean-Baptiste, document number 120119, shall be considered timely filed in the Transocean limitation proceedings.

Signed in New Orleans, Louisiana this _____ day of _____, 2012.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE