1-800-421-5722, ext. 122
Fax: (504) 598-6753

My Name is Cornelia C. Norman (La. Bar # 01507) and I am the Secretary
Treasurer of the Edward Wisner Donation, a land trust established for nearly 100
years. The City of New Orleans holds the land in trust as Trustee and is also a
beneficiary. Other beneficiaries include educational and charitable organizations
as well as 46 individuals. I am the in house Land Manager and work for a
Committee that represents the beneficiaries. The monthly proceeds from the
property are distributed to the beneficiaries. The Mayor of the City of New
Orleans is the Trustee by virtue of his elected position as Mayor. He acts with the
advice and consent of the Committee. There are no public funds involved in the
operation of the Donation.

My ethical question involves litigation in the matter of the Deepwater Horizon Oil
spill. The Donation, through its Committee, hired independent legal counsel for
representation and have filed suit against BP. The property of the Donation was
greatly impacted by the spill.

The City of New Orleans has engaged, through public procurement, outside
counsel to represent their separate varied claims as a public body against BP.
Their claims are very different than the claims of the Donation.

There has been a request by the City, as Trustee, that the Donation allow the
City's contracted outside counsel to join the Donation's legal team as co-council.
There are Beneficiaries of the Donation that are opposed to this idea.

In that I must make a recommendation to the Committee on this issue, I have two
ethical questions that relate to this situation.

 1) As a Trustee is obligated to keep Trust property separate from his individual
and/or business dealings, is it a conflict for an attorney to at the same time
represent the Trustee for its personal or business action in a pending suit and also
represent the Trust in another pending action against the same defendant where
both actions arise out of the same event?

 2) If so, can the conflict be waived?

 3) If the conflict can be waived, is the waiver required from a) only the governing
committee of the Trust, which includes representatives of all the beneficiary
groups, b) from each and every member of the governing Committee of the Trust
of or c) from each and every of the Trust's beneficiaries?

 Please let me know if you have any questions. Our Committee meets next week
and I would like to know if there is a conflict and if so how to handle it so that I
can make a recommendation to the Committee.

