## CONFERENCE ATTENDANCE RECORD

DATE: 8-17-12     TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

888-684-8852; access: 6331546; Security: 81712

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robin Greenwald | PSC |
| Duke Williams | PSC |
| Don Godwin | Halliburton |
| Alan York | " " |
| Bruce Bowman | " " |
| Jenny Martinez | " " |
| Gwen Richard | " " |
| Sean Fleming | " " |
| Lauren Mitchell | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Alison Battiste | " " |
| Erika Toledo | " " |
| Jeff Breit | PSC |
| Thomas Granuchean | Cameron |
| Sarah Iiams | Anadarko |
| Nat Chakeres | USA |
| Mike Underhill | USA |
| Steve O'Rourke | USA |
| Anthony Irpino | PSC |
| Brian Barr | PSC |
| Jim Roy | PSC |
| Steve Herman | " |
| Grant Davis-Denny | TO |
| Steve Lufton | M-I |
| Jimmy Williamson | PSC |
| Don Haycraft | BP |
| Douglas Kraus | Louisiana |

# CONFERENCE ATTENDANCE RECORD

**DATE:** _____   **TIME:** _____

**CASE NAME:** _____

**DOCKET NUMBER & SECTION:** _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| FITCH | ANADARKO |
| Paul Sterbcow | PSC |
| Carmelite Bertaut | Cameron |
| Will Trevena | BP |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**August 17, 2012**  **MDL 2179 - Discovery Conference**
**Telephone Participants**

Cory Maze

Winn Sinclair

David Baay

Sean Brennan

Gordon Young

Mike Petrino