UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

...................................................................................................................................

**MOTION FOR ENTRY OF ORDER FOR RELEASE OF PHASE 1 AND PHASE 2 DISCOVERY MATERIALS TO THE DEPT. OF INTERIOR, BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT**

Consistent with prior Orders of the Court regarding release of MDL discovery materials to agencies of the United States concerning investigations conducted by Government agencies [Orders at Docket Nos. 3895, 4938, and 6977],[1] the United States

---

[1] The Order at Docket No. 3895 pertains to the United States Coast Guard, the Bureau of Ocean Energy Management Regulation and Enforcement, the Joint Investigation Team ("JIT"), the latter comprised of the USCG and BOEMRE, and the Chemical Safety and Hazard Investigation Board ("CSB"). The Order at Docket No. 4398 deals with the CSB. The Order and underlying motion papers pertaining to Docket No. 6977 deal with the Environmental Protection Agency and the investigation by its Office of Grants and Debarment.

hereby moves for release of Phase 1 and Phase 2 discovery materials to the Dept. Of Interior, Bureau of Safety and Environmental Enforcement ("BSEE").

As set out in the accompanying Memorandum and proposed Order, and consistent with the foregoing Orders of the Court, to the extent that "confidential" or "highly confidential" designations have not been withdrawn, BSEE shall treat the information in a manner consistent with the Trade Secrets Act and the Freedom of Information Act, as well as any other statutes or regulations governing disclosure of confidential business information by the EPA.

Dated: August 17, 2012.                                  Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | BRIAN HAUCK |
| Assistant Attorney General | Deputy Assistant Attorney General |
| Environment & Natural Resources Div. | Civil Division |
| JAMES NICOLL | PETER F. FROST |
|   Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
|   Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
|   Senior Attorney | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| RACHEL HANKEY | JILL DAHLMAN ROSA |
| ABIGAIL ANDRE | DAVID PFEFFER |
| JUDY HARVEY | MALINDA LAWRENCE |
| MATT LEOPOLD | ROBIN HANGAR |
| JEFFREY PRIETO | LAURA MAYBERRY |
| TOM BENSON | BRIENA STRIPPOLI |
| GORDON YOUNG | Trial Attorneys |
| BETHANY ENGEL | Torts Branch, Civil Division |
| Trial Attorneys | |

STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
E-mail: steve.o'rourke@usdoj.gov

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that, today, the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated: August 17, 2012.                              /s/ R. Michael Underhill
                                                    United States Department of Justice