UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : | MAGISTRATE JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF ORDER FOR RELEASE OF PHASE 1 AND PHASE 2 DISCOVERY MATERIALS TO THE DEPT. OF INTERIOR, <u>BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT</u>**

The Court previously entered Orders dated September 2, 2011 [Docket No. 3895], December 16, 2011 [Docket No. 4938], and July 25, 2012 [Docket No. 6977], whereby agencies of the United States have been provided MDL discovery and related documents and data in order that they be able to proceed with their respective investigations of the Gulf Oil Spill.[1] The previous Orders specified that the agencies would be provided information and

---

[1] The Order at Docket No. 3895 pertains to the United States Coast Guard, the Bureau of Ocean Energy Management Regulation and Enforcement, the Joint Investigation Team ("JIT"), the latter comprised of the USCG and BOEMRE, and the Chemical Safety and Hazard Investigation Board ("CSB"). The Order at Docket No. 4398 deals with the CSB. The Order and underlying motion papers pertaining to Docket No. 6977 deal with the Environmental Protection Agency and the investigation by its Office of Grants and Debarment.

data potentially subject to Pretrial Order 13, subject to the condition that those agencies treat the information and data in a manner consistent with the Trade Secrets Act, 18 U.S.C. § 1905, and the Freedom of Information Act ("FOIA"), as well as any other statutes or regulations governing disclosure of confidential business information by those agencies.

On October 1, 2011, the Bureau of Ocean Energy Management, Regulation and Enforcement ("BOEMRE"), formerly the Minerals Management Service ("MMS"), was replaced by the Bureau of Ocean Energy Management ("BOEM"), and the Bureau of Safety and Environmental Enforcement ("BSEE") as part of a reorganization.

BSEE is responsible for safety and environmental oversight of offshore oil and gas operations, including permitting and inspections, of offshore oil and gas operations. Its functions include the development and enforcement of safety and environmental regulations, permitting offshore exploration, development and production, inspections, offshore regulatory programs, oil spill response and newly formed training and environmental compliance programs.

In order to facilitate the provision of information to the BSEE for purposes of the exercise of its safety and regulatory oversight role, the United States seeks entry of an Order modeled along the same lines as the Court's previous Orders dealing with the USCG, BOEMRE, JIT, CSB, and EPA, *i.e.*, to the extent MDL discovery materials, such as depositions, exhibits, and documents have been designated as "confidential" or "highly confidential" within the meaning of Pretrial Order 13, BSEE may obtain such materials subject to the condition that they be treated in a manner consistent with the Trade Secrets Act

and FOIA, as well as any other statutes or regulations governing disclosure of confidential business information by the BSEE.

We note that the Court's previous Order at Docket No. 3895 (dealing with BOEMRE, but issued prior to the reorganization that brought about the BSEE), already may provide the relief sought by this motion. To avoid any ambiguity, however, the United States believes that entry of a separate Order applying specifically to the BSEE is preferable.

We therefore respectfully request that the proposed Order filed herewith be issued.

Dated: August 17, 2012.                                        Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | BRIAN HAUCK |
| Assistant Attorney General | Deputy Assistant Attorney General |
| Environment & Natural Resources Div. | Civil Division |
| JAMES NICOLL | PETER F. FROST |
|   Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
|   Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
|   Senior Attorney | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| RACHEL HANKEY | JILL DAHLMAN ROSA |
| ABIGAIL ANDRE | DAVID PFEFFER |
| JUDY HARVEY | MALINDA LAWRENCE |
| MATT LEOPOLD | ROBIN HANGAR |
| JEFFREY PRIETO | LAURA MAYBERRY |
| TOM BENSON | BRIENA STRIPPOLI |
| GORDON YOUNG | Trial Attorneys |
| BETHANY ENGEL | Torts Branch, Civil Division |
| Trial Attorneys | |

3

| | |
|---|---|
| STEVEN O'ROURKE<br>Senior Attorney<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Tel: 202-514-2779<br>Facsimile: 202-514-2583<br>E-mail: steve.o'rourke@usdoj.gov | /s/ R. Michael Underhill<br>R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Tel/Fax: 415-436-6648/415-436-6632<br>E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA