IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * Section: J * * Judge: Barbier * * Magistrate: Wilkinson |
| This Document Relates To: 2:10-CV-02771 Record Doc. 326 (Edward Wisner Donation Answer in Limitation and Cross Claim); Record Doc. 7140 (Notice of Objection to Enrollment/Substitution of Counsel and Request for Hearing) | * * * * * * |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT** comes Claimant-in-Limitation, the Edward Wisner Donation, who respectfully moves this Honorable Court to substitute Joel R. Waltzer, Robert Wiygul, and the Waltzer & Wiygul, L.L.C. law firm, with Stephen J. Herman and Soren E. Gisleson of Herman, Herman & Katz L.L.C.; James Parkerson Roy and Bob F. Wright of Domengeaux, Wright, Roy & Edwards, L.L.C.;   Fred L. Herman of Law Offices of Fred Herman, L.L.C.; Calvin C. Fayard, Jr. and C. Caroline Fayard of Fayard & Honeycutt, L.L.C.; and Walter Leger, Jr., of Leger & Shaw, L.L.C., (collectively referred to as "Substituting Counsel") as counsel of record, on behalf of Claimant-in-Limitation, the Edward Wisner Donation, in the above captioned matter.

Substituting Counsel have been retained by a vote of the Donation's Advisory Committee, as ratified and approved by the Donation's Trustee.

Certain of the Donation's beneficiaries, Mark Peneguy, Edward Peneguy, Jr., Wendell

Cook Jr., and Michael Peneguy, have filed an objection to the substitution of counsel (Rec. Doc. 7140). Substituting Counsel respectfully suggests that the beneficiaries have no standing to object to the motion to substitute.

**WHEREFORE**, Plaintiff prays that the above relief be granted and that counsel be substituted as set forth above.

/s/ Robert Wiygul
Robert Wiygul (LA #17411)
1011 Iberville Drive
Ocean Springs, MS 39564
Office: (228) 872-1125
Fax:     (228) 872-1128
robert@waltzerlaw.com

/s/ Joel Waltzer
Joel Waltzer (LA #19268)
3715 Westbank Expressway, Ste. 13
Harvey, LA   70058
Office:   (504) 340-6300
Fax:     (504) 340-6330
joel@waltzerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail upon:

Vincent J Booth
138 N Cortez St
New Orleans, Louisiana 70119
E-Mail: vbooth@boothandbooth.com
*Counsel for Mark Peneguy, et al*

This 17th day of August, 2012.

/s/ Robert Wiygul