IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * MDL No. 2179 * |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * Section: J * * Judge: Barbier * * Magistrate: Wilkinson |
| This Document Relates To: 2:10-CV-02771(Edward Wisner Donation Answer in Limitation and Cross Claim) | * * * * |

**ORDER**

Considering the foregoing Motion to Substitute:

**IT IS ORDERED** that the Motion is GRANTED and that Plaintiff's Counsel, Joel R. Waltzer, Robert Wiygul, and the law firm Waltzer & Wiygul, L.L.C., will be substituted with the following as counsel of record in the above captioned matter:

| | |
|---|---|
| Stephen J. Herman, La. Bar No. 23129 | Calvin C. Fayard, Jr. La. Bar No. 5486 |
| Soren E. Gisleson, La Bar No. 26302 | C. Caroline Fayard La. Bar No. 30888 |
| HERMAN HERMAN & KATZ LLC | FAYARD & HONEYCUTT |
| 820 O'Keefe Avenue | 519 Florida Avenue, SW |
| New Orleans, Louisiana 70113 | Denham Springs, LA 70726 |
| Telephone: (504) 581-4892 | Office: (225) 664-4193 |
| Fax No. (504) 569-6024 | Telefax: (225) 664-6925 |
| E-Mail: sherman@hhkc.com | E-Mail: calvinfayard@fayardlaw.com |
| E-Mail: sgisleson@hhkc.com | |
| | |
| Fred Herman La Bar No. 6811 | Walter Leger, Jr. La. Bar No. 8278 |
| Law Offices of Fred Herman | Leger & Shaw |
| 1010 Common St., Ste. 3000 | 600 Carondelet St., 9th Floor |
| New Orleans, LA 70112 | New Orleans, LA 70130 |
| Phone: 504-581-7070 | Phone: 504-588-9043 |
| Fax: 504-581-7083 | Fax: 504-588-9980 |

1

James Parkerson Roy, La. Bar No. 11511
Bob Wright La Bar No. 13691
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com


New Orleans, Louisiana this _____ day of _____, 2012.


                                                _____
                                                JUDGE