**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | § | |
| In Re | § | **MDL No. 2179** |
| | § | |
| **Oil Spill by the Oil Rig** | § | **Section: J** |
| **"Deepwater Horizon"** | § | |
| **in the Gulf of Mexico** | § | |
| **on April 20, 2010** | § | **Judge Barbier** |
| | § | |
| **This Document Applies to:** | § | |
| *Kibby v. BP Products* | § | |
| *North America Inc., et al.* | § | **Mag. Judge Shushan** |
| **Eastern District of Louisiana** | § | |
| *2:12-cv-02003-CJB-SS* | § | |

<u>**PARTIAL MOTION TO DISMISS AS TO DEFENDANT OFFSHORE INLAND, ONLY**</u>

Plaintiff, WILLIAM KIBBY submits this Partial Motion to Dismiss with Prejudice, respectfully showing unto the Court the following:

Plaintiff, WILLIAM KIBBY and Defendant, OFFSHORE INLAND MARINE & OILFIELD SERVICES, INC. have settled the claims arising as between them only out of this lawsuit.  Accordingly, Plaintiff no longer desires to pursue his lawsuit against this one defendant, OFFSHORE INLAND MARINE & OILFIELD SERVICES, INC. and respectfully requests that this Honorable Court dismiss this lawsuit with prejudice as to that Defendant only.  Plaintiff's claims against the other defendants shall continue.

Respectfully submitted,

_____

Charles F. Herd, Jr.
  State Bar No. 09504480
LANIER LAW FIRM
6810 F.M. 1960 West
Houston, Texas 77069
Phone: 713-659-5200
Fax: (713) 659-2204

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following known counsel of record via e-file on this 20th day of August, 2012.

Kevin A. Marks
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Thomas W. Taylor
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX77002

J. Andrews Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Boris A. Hidalgo
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, Texas 77002

James M. Kimbell
STRASBURGER & PRICE, LLP
1401 McKinney, Suite 2200
Houston, Texas 77010

_____
Charles F. Herd, Jr.