## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | § | |
| In Re | § | MDL No. 2179 |
| | § | |
| Oil Spill by the Oil Rig | § | Section: J |
| "Deepwater Horizon" | § | |
| in the Gulf of Mexico | § | |
| on April 20, 2010 | § | Judge Barbier |
| | § | |
| This Document Applies to: | § | |
| *Kibby v. BP Products* | § | |
| *North America Inc., et al.* | § | Mag. Judge Shushan |
| **Eastern District of Louisiana** | § | |
| *2:12-cv-02003-CJB-SS* | § | |

## ORDER GRANTING PARTIAL MOTION TO DISMISS

After considering the Partial Motion to Dismiss as to defendant Offshore Inland only of

Plaintiff, WILLIAM KIBBY in the above-entitled and numbered cause, the Court:

GRANTS the motion and dismisses the case with prejudice only as to defendant

OFFSHORE INLAND MARINE & OILFIELD SERVICES, INC.  Plaintiff's claims against the

other defendants remain in effect.

All costs of court to be paid by the party incurring same.

SIGNED on this _____ day of _____, 2012.


_____
THE HONORABLE JUDGE BARBIER

3