UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *12-814* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Plaintiff's Request to Certify July 11, 2012 Order Staying Case for Interlocutory Appeal. (Rec. Doc. 7109).

IT IS ORDERED that the request for certification for interlocutory appeal is DENIED.

New Orleans, Louisiana, this 20th day of August, 2012.

_____
United States District Judge