UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| Applies to:<br>*12-2019, Cutler v. BP* | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

Before the Court is BP America Inc.'s Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), respecting member case 12-2019, *Cutler v. BP*. (Rec. Doc. 7108).

IT IS ORDERED that Plaintiff's opposition to the Motion to Dismiss shall be filed by Thursday, September 20, 2012. Any reply by BP American Inc. shall be filed by Thursday, September 27, 2012, at which time the motion will be taken under advisement. The Court will not hear oral argument on this motion.

New Orleans, Louisiana, this 20th day of August, 2012.

_____
United States District Judge

The Clerk of Court is instructed to mail a copy of this Order to Plaintiff Charles Cutler at the following addresses:

| | | |
|---|---|---|
| 3751 Lauderdale<br>Kinder, LA 70648 | 180 Pine Bayou Circle<br>Monroe, LA 71207 | 499 Old Columbia Rd.<br>Harrisonburg, LA 71340 |

Charles Cutler is instructed to notify the Court of the address that should be used for future mailings.