UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG          MDL No. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010       SECTION: J

This filing relates to:                          JUDGE BARBIER

No. 10-2771

(Edward Wisner Donation Answer in
  Limitation and Cross Claim, Rec. Doc. 326)

**RESPONSE TO NOTICE OF OBJECTION
(AND SUPPORT OF MOTION TO SUBSTITUTE)**

In response to the Notice of Objection Peneguy, et al [Doc 7140] and in further support of the Motion to Substitute [Doc 7144], undersigned counsel respectfully submit the following:

**MAY IT PLEASE THE COURT:**

While a lengthy discussion on the nature of trusts would likely be necessary to dispel all of the fallacies contained within or implied by the Peneguy submission, the bottom line is:

- There is no "conflict" between the interests of the Wisner Donation beneficiaries and the interests of the Wisner Donation trustee with respect to the Donation's claims against BP and the other Defendants in this MDL and Limitation proceeding.

- There is no "conflict" between the interests of the Wisner Donation and the interests of the City of New Orleans with regard to their respective claims against BP and the other Defendants in this MDL and Limitation proceeding.

- Despite the objections and (misguided) allegations made by Peneguy, et al, a majority of the trustee's Advisory Committee, with full knowledge and informed consent, decided to retain undersigned counsel in the representation of the Donation in these proceedings.

- The decision of the trustee's Advisory Committee was ratified and approved, with full knowledge and informed consent, by the Donation's Trustee.

- In general, a beneficiary of a trust has no standing and is not separately represented in an action for damages by the trust against a third party.

- In general, a beneficiary has no standing to object to the decisions of the trustee (and/or the trustee's advisory committee) in connection with the management of the affairs of the trust *vis-a-viz* third parties.

Undersigned counsel further submit, (as Exhibit A), an independent legal ethics opinion from Basile J. Uddo, Esq.

## Conclusion

For the above and foregoing reasons, the Court should overrule the objection of Peneguy, et al, and grant the Motion to Substitute Counsel.

This 20th day of August, 2012.

Respectfully submitted,


   /s/ Stephen J. Herman
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La Bar No. 26302
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

James Parkerson Roy, La. Bar No. 11511
Bob F. Wright, La. Bar No. 13691
DOMENGEAUX WRIGHT ROY
    & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred L. Herman La Bar No. 6811
LAW OFFICES OF FRED HERMAN, APLC
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504-581-7070
Fax: 504-581-7083
E-Mail: fherman@fredhermanlaw.com

Walter J. Leger, Jr. La. Bar No. 8278
LEGER & SHAW
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980
E-Mail: wleger@legershaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading will be served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and served *via* E-Mail upon Counsel for Peneguy this 20th day of August, 2012 (and will be served upon Counsel for Peneguy by U.S. Mail on August 21, 2012):

    Vincent J. Booth, Esq.
    138 N Cortez St.
    New Orleans, Louisiana 70119
    E-Mail: vbooth@boothandbooth.com
    *Counsel for Mark Peneguy, et al*

                /s/ Stephen J. Herman