IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re | § § § | MDL No. 2179 |
| Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | § § § § § | Section: J<br><br>Judge Barbier |
| This Document Applies to:<br>*Kibby v. BP Products North America Inc., et al.*<br>Eastern District of Louisiana<br>2:12-cv-02003-CJB-SS | § § § § § § | Mag. Judge Shushan |

## ORDER GRANTING PARTIAL MOTION TO DISMISS

After considering the Partial Motion to Dismiss as to defendant Offshore Inland only of Plaintiff, WILLIAM KIBBY in the above-entitled and numbered cause, the Court:

GRANTS the motion and dismisses the case with prejudice only as to defendant OFFSHORE INLAND MARINE & OILFIELD SERVICES, INC. Plaintiff's claims against the other defendants remain in effect.

All costs of court to be paid by the party incurring same.

New Orleans, Louisiana this 21st day of August, 2012.

_____
United States District Judge

3