UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Allocation for Richard Vargo]**

The deposition of Richard Vargo is set for Wednesday, August 22, and Thursday, August 23. The parties agree that Vargo's deposition is classified as a Hybrid. He is the Halliburton designee for Source Control (Top Kill and Junk Shot) and Quantification topics. The August 15, 2012 order regarding allocation of examination time for Phase Two deposition (Rec. doc. 7122) did not make any provision for a Hybrid Halliburton depositions.

The allocation of examination time for Vargo is listed below. This is for a two day deposition. The plaintiffs refers to the PSC, the States and the U.S. The plaintiffs may reserve up 60 minutes for after the conclusion of Cameron's examination and before Halliburton's examination.

| Party | Allocation |
|---|---|
| Plaintiffs | 430 |
| BP | 220 |
| TO | 120 |
| Anadarko | 20 |
| Cameron | 20 |
| HESI | <u>90</u> |

   Total   900

New Orleans, Louisiana, this 20th day of August, 2012.

             _____
             **SALLY SHUSHAN**
             **United States Magistrate Judge**