UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

This Document Relates to: No. 12-01922

MDL No. 2179

SECTION: J

Judge Barbier
Mag. Judge Shushan

## MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Slabic Oysters, L.L.C., Dordi Slabic, and Misho's Quality Oysters, L.L.C., who move the Court to remand this case to the 25th Judicial District Court for the Parish of Plaquemines, on the grounds that the Court does not have federal question removal jurisdiction.

Respectfully submitted,

**JAMES F. GASQUET, III,** Bar #26294
LAW OFFICE OF JAMES F. GASQUET, III
A LIMITED LIABILITY COMPANY
129 Chancellor Drive
Belle Chasse, Louisiana   70037
Telephone:   504-394-5584
Facsimile:   504-394-5166
Email:        jgasquet3@bellsouth.net

By:   /s/James F. Gasquet, III
      James F. Gasquet, III

## Certificate of Service

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of August, 2012.

                                                   /s/James F. Gasquet, III
                                                     James F. Gasquet, III

X:\Docs\4136.04 (Slabic v. Bigunac)\PLDGS\MTN TO REMAND.doc