# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| *Applies to:* | * | **JUDGE BARBIER** |
| **11-826, DuWayne Mason v. Seacor** | * | |
| **Marine, LLC** | * | **MAGISTRATE SHUSHAN** |
| **10-3896, In Re: Seacor Holdings, Inc.,** | * | |
| **et al.** | * | |

## ORDER

Before the Court is DuWayne Mason's Motion to Sever Claim from "Deepwater Horizon" MDL and to Set Scheduling Conference.  (Rec. Doc. 6909)

IT IS ORDERED that any opposition to this Motion shall be filed by <u>Wednesday, September 5, 2012</u>, and shall not exceed <u>10 pages</u>, double spaced.

New Orleans, Louisiana, this 21st day of August, 2012.

_____

United States District Judge