UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | * | JUDGE BARBIER |
| Relates to: | All Cases | * | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Frank J. D'Amico, Jr., a member of the Louisiana Bar, requests that this Honorable Court allow Allen W. Lindsay, Jr., to appear *pro hac vice* as counsel for numerous class action plaintiffs. In support of this Motion, counsel states as follows:

1. Allen W. Lindsay, Jr., is licensed to practice and is a member in good standing of the bar of Florida. He has not previously filed a motion for permission to appear in Louisiana other than one time, more than 25 years ago.

2. Attached as Exhibit "A" is the Affidavit of Allen W. Lindsay, Jr., verifying his Bar membership, good standing and Louisiana *pro hac vice* admissions.

3. Allen Lindsay's address and telephone number: P. O. Box 586, Milton, Florida 32572; 850-623-3200.

Respectfully submitted,

FRANK J. D'AMICO, JR.
Frank J. D'Amico, Jr., APLC
4731 Canal Street
New Orleans, LA 70119
(504) 525-7272
Facsimile: (504) 525-9522
Louisiana Bar No.: 17519