**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
**OFFICE OF THE CLERK**

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Pensacola Division

July 27, 2012

# CERTIFICATE OF GOOD STANDING

I, JESSICA J. LYUBLANOVITS, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **Allen Weldon Lindsay, Florida Northern District Bar Number 104956**, was duly admitted to practice in this Court on **November 26, 1969**, and is in good standing as a member of the bar of this Court.

JESSICA J. LYUBLANOVITS, CLERK OF COURT

*[signature]*

SYLVIA WILLIAMS, DEPUTY CLERK

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | One North Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |