UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | | * | JUDGE BARBIER |
| Relates to: | All Cases | * | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Frank J. D'Amico, Jr., a member of the Louisiana Bar, requests that this Honorable Court allow Heather F. Lindsay, to appear *pro hac vice* as counsel for numerous class action plaintiffs. In support of this Motion, counsel states as follows:

1. Heather F. Lindsay, is licensed to practice and is a member in good standing of the bar of Florida. She has not previously filed a motion for permission to appear in Louisiana.

2. Attached as Exhibit "A" is the Affidavit of Heather F.. Lindsay, verifying her Bar membership, good standing and Louisiana *pro hac vice* admissions.

3. Heather Lindsay's address and telephone number: P. O. Box 586, Milton, Florida 32572; 850-623-3200.

Respectfully submitted,

FRANK J. D'AMICO, JR.
Frank J. D'Amico, Jr., APLC
4731 Canal Street
New Orleans, LA 70119
(504) 525-7272
Facsimile: (504) 525-9522
Louisiana Bar No.: 17519