UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | * | JUDGE BARBIER |
| Relates to: | All Cases | * | |

**AFFIDAVIT OF HEATHER F. LINDSAY, IN SUPPORT
OF MOTION TO APPEAR *PRO HAC VICE***

Heather F. Lindsay, being first fully sworn upon his oath deposes and says:

1. I currently reside in Milton, Florida, and have resided in the State of Florida continuously since March 17, 2008.

2. The jurisdiction in which I am an active member in good standing is the State of Florida as evidenced by the attached certificate of good standing.

3. I have not filed a motion for permission to appear in the State of Louisiana within the last three years.

4. I have not had a grievance filed against me in any jurisdiction that has resulted in a finding of probable cause.

5. I have not been found in contempt of court in any jurisdiction.

6. I have read and am familiar with the Local Rules of the Eastern District of Louisiana and will abide by those rules.

7. I am familiar with the electronic filing system for the United States District Court, Northern District of Florida and the Alabama Court of Civil Appeals.

8. I agree to comply with the provisions of the Louisiana Bar governing the conduct of members of the Louisiana Bar and will at all times abide by and comply with the same.

9. Louisiana counsel of record for plaintiff in this matter is Frank J. D'Amico, Jr., Esquire, 4731 Canal Street, New Orleans, LA 70119.

DATED this 15th day of August, 2012.

_/s/ Heather F. Lindsay_
HEATHER F. LINDSAY
Florida Bar No. 073441

STATE OF FLORIDA

COUNTY OF SANTA ROSA

SWORN TO AND SUBSCRIBED before me, this 15th day of August, 2012, by HEATHER F. LINDSAY, who is personally known to me or who produced _____ as identification.

*Sylvia M. Galloway*
NOTARY PUBLIC
My Commission Expires: _____

SYLVIA M. GALLOWAY
MY COMMISSION # EE 138585
EXPIRES: November 2, 2015
Bonded Thru Notary Public Underwriters