UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | | * | JUDGE BARBIER |
| Relates to: | All Cases | * | |

### ORDER

ON THIS DAY came on to be heard Frank J. D'Amioco's Motion for Admission to Practice *Pro Hac Vice*, and the Court, having considered the same, it is, therefore,

ORDERED AND ADJUDGED that Heather F. Lindsay, be and is hereby admitted, *pro hac vice*, to appear before this Court in this matter and serve as co-counsel for Plaintiffs.

DONE AND ORDERED on this _____ day of _____, 2012.

_____
JUDGE