# NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING – EHIXIBIT "1"

[As to Medical Benefits Class Members]

|    | Name | Address | Telephone Number |
|----|------|---------|------------------|
| 1. | Joseph Yerkes | 1113 Sydney Street<br>Valley, AL  36854 | 850-855-0627 cell |
| 2. | Joshua Allen Bengson | 3871 Indian Trail, Apt. E1<br>Destin, FL  32541 | 615-584-0131 cell<br>850-837-8880 wk |
| 3. | Austin Norwood | 131 River Crest Circle<br>Santa Rosa Beach, FL 32459 | 850-217-3904 cell |
| 4. | Margaret Norwood* | 131 River Crest Circle<br>Santa Rosa Beach, FL 32459 | 850-217-3904 cell |
| 5. | Robert V. Taylor | 932 Lake Drive<br>Niceville, FL 32578 | 850-240-2724 cell<br>850-897-9032 home |
| 6. | Mary S. Taylor* | 932 Lake Drive<br>Niceville, FL 32578 | 850-240-2724 cell<br>850-897-9032 home |
| 7. | Gregory Lee Marler | 222 Sibert Avenue<br>Destin, FL  32540 | 850-368-4366 cell<br>850-837-7095 work |
| 8. | Michael L. Crowder | 711 Sixth Street<br>Destin, FL  32541 | 850-259-0656 cell<br>850-259-0656 work |

\*   Although not a recognized Medical Benefits Class Member per the Proposed Settlement Agreement, joining in due to unfair exclusion.