Case 2:10-md-02179-CJB-DPC   Document 7160   Filed 08/22/12   Page 1 of 3

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   AUG 2 2 2012

LORETTA G. WHYTE
Clerk

United States District Court, Eastern District of Louisiana

| | |
|---|---|
| Charles Cutler | Civil Action No. 12-2019 |
| vs | Section : J |
| BP (BP America Inc.) | Magistrate Div. 1 |
| | Judge : Carl J. Barbier |
| | Magistrate Judge : Sally Shushan |

## OBJECTION TO "NOTICE OF REMOVAL OF CIVIL ACTION"

NOW INTO COURT, comes plaintiff, CHARLES CUTLER who OBJECTS to Removal of Civil Action from State Court to Federal Court for the following reasons

1

The suit was filed in State Court because some issues were/is based in Louisiana.

Explanation

Plaintiff was concerned about Environmental Damage to Louisiana Coast line, and swamp grass, which helps to hold the soil together and helps prevent erosion. All these issues are related to Louisiana coast line and marsh grass in Louisiana swamps.

2

Plaintiff adds amendment to suit (under state issues) to be sure and confirm the state issues.

AUG 2 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

Page R1

3

In the Amendment, on Exhibit Amendment shows the "Cutler Process" running under the Mississippi River pumping oxygen (air) into a bubbler at the bottom of the river

4

Also see letter dated August 1, 2012, Exhibit from the State of Louisiana, Coastal Protection and Restoration Authority of Louisiana, CPRA.

RE: RFP No. 2503-12-66 "Coastal Protection & System Integration" which shows that Plaintiff proposed a proposal to CPRA. The proposal was the "Cutler Process" which proposed oxygenating water to help reduce soil erosion along the Louisiana Coast line.

THEREFORE, plaintiff prays that the Court will order the petition back to where it came from, State Court.

Respectfully Submitted: *Charles Cutler*
Charles Cutler, Geologist 322866
180 Pine Bayou Circle  q  Mon., LA 71202

Certificate of Service
Devin Reid q 701 Poydros St., Suite 5000
NO, LA 70139

Page R2

Charles Cutler 322866
180 Pine Bayou Circle
Monroe, LA 74202

U.S. District Court Clerk
Eastern District of Louisiana
N.O., LA
70130