United States District Court ; Eastern District of Louisiana

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED AUG 2 2 2012 wl
LORETTA G. WHYTE
Clerk

Charles Cutler ; Civil Action No. 12-2019
vs ; Section: J
BP ; Magistrate Div: 1
; Judge ; Carl Barbier

# OBJECTION TO "MOTION TO DISMISS"

Plaintiff objects to Defendants "Motion to Dismiss" for the following reasons and explanations.

**1**

Plaintiff believes that the "Cutler Process" will reduce soil erosion along Louisianas coast line, as he submitted in "RFP No. 2503-12-66" with Coastal Protection and Restoration Authority of Louisiana. See Exhibit B

**2**

Plaintiff now makes an agreement that if the Defendant will implement the Cutler Process that Plaintiff will dismiss the suit without settlement request. Which would mean that the plaintiff would not receive any money.

**3**

As an alternative plaintiff requests that the Defendant submit the funds to Coastal Protection and Restoration Authority of Louisiana.

TENDERED FOR FILING
AUG 2 2 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

Page D 1

Explanation to #2

Please find enclosed "Amendment to Suit" see exhibit A

3

Also notice on about 8-1-12 that plaintiff filed a proposal based on the "Cutler Process" with the State of Louisiana, Coastal Protection and Restoration Authority of Louisiana, CPRA.. See Exhibit B

Explanation

Cutler, the plaintiff is trying to help stop soil erosion along the coast line and in marsh areas please note the date on the response to the proposal was dated before plaintiff received any response from Defendant. Date August, 1, 2012

4

Then on Exhibit A is a letter from the State of Louisiana. Plaintiff wrote the defendant at their address at: BP, 200 Westlake Park Blvd, Houston, TX 77079 many times and received no response. Plaintiff was trying to find BP in Louisiana, because the State of Louisiana would not serve over State lines for me. Plaintiff does have verification of service documents if need to prove that. Plaintiff believes this was a wrongful act not to respond to plaintiffs letter about the oil spill information

5

See exhibit Exhibit A which indicates that Plaintiff was seeking assistance from the State of Louisiana to find BP.

Page D2

6

On exhibit A the State of Louisiana sent Plaintiff a letter with the address to Defendant, BP. But the address was: "J. Andrew Langan, 300 North LaSalle, Chicago, Illinois 60654. Plaintiff wrote the Defendant many times trying to find a representative for BP in Louisiana, but received no response. Thats cold hearted to say the least.

7.

Also, in the "Cutler Process" an oxygenator (bubbler) would be put across the Mississippi River right before leaving the State of Louisiana.

## PRAYER

Plaintiff prays that honorable court send plaintiff's petition back to State Court where it come from.

8-18-12

Respectfully Submitted: Charles Cutler

Charles Cutler, Geologist 322866, 180 Pine Bayou Circle, Mon. LA 71202.

## Certificate of Service

Devin Reid, 701 Poydras St., Suite 5000, N.O., LA 70139

# State of Louisiana

OFFICE OF THE LIEUTENANT GOVERNOR
DEPARTMENT OF CULTURE, RECREATION & TOURISM
OFFICE OF STATE LIBRARY

TO: CHARLES CUTLER 322866  *Louisiana Republican Party*  April 5, 2012
499 OLD COLUMBIA RD.  *Executive Director Jason Dore*
HARRISONBURG LA 71340  *made comments about Ron Paul supporters trying to take over GOP convention in LA.*

RE: BP Counsel Andy Langan :

*wrote letter 6-24-12 and Houston, Ocean Enforce, Clerk of Court requesting address.*

*Jason P. Dore
Christensen Dore &
Jeansonne + Shahla, PLC
530 Lakeland Dr. Ste. 211 ≠ BR, LA 70802*



J. Andrew Langan P.C.
Kirkland & Ellis LLP
Partner

+1 312-862-2064 Work
andrew.langan@kirkland.com
300 North LaSalle
Chicago, Illinois 60654
United States
http://www.kirkland.com/alangan

*Made comments about Paul supporters trying to take over GOP Convention in LA*

Represented BP in UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA
RE: MDL NO. 2179 - OIL SPILL by the OIL RIG "DEEWATER HORIZON" in the GULF OF MEXICO - Status Conference held December 16, 2011

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

RE: WILLIAM DORE:
Source of information: LA SECRETARY OF STATE - CORPORATIONS DATABASE

*Louisiana Republican Party  Executive Director Jason Dore*

Business: THE DORE' ENERGY CORPORATION
Charter Number: 34491981 D
Domicile Address
 4823 IHLES ROAD
 LAKE CHARLES, LA 70605
Mailing Address
 C/O WILLIAM J DORE'
 4823 IHLES ROAD
 LAKE CHARLES, LA 70605
Registered Agent(s)
Agent: WILLIAM J. DORE'
Address 1: 4823 IHLES ROAD
 LAKE CHARLES, LA 70605

Officer(s) Additional Officers: No
Officer: WILLIAM J. DORE'
Title: Director
Address 1: 4823 IHLES ROAD
 LAKE CHARLES, LA 70605
William J. Doré of Doré Energy Corporation

TENDERED

*Bryan G. Jeansonne,
State GOP Executive Director
Jason, Dore's law partner
Related to Bill Doray S check ✓?*

*William Dore knows Randy Roach, LC Mayor
used to own Global Industries Sold to French Company
Heard on 4-Easter-12 NPR*

*Superpack; Red, white, and Blue
Rick Santorum 1.5 Campaign Contributions*

Exhibit A

701 NORTH 4TH STREET • BATON ROUGE, LA 70802-5232 • P.O. BOX 131 (70821-0131)
PHONE (225) 342-4923 • FAX (225) 219-4804 • WWW.STATE.LIB.LA.US
LOUISIANA DEPARTMENT OF CULTURE, RECREATION AND TOURISM • AN EQUAL OPPORTUNITY EMPLOYER



# State of Louisiana

BOBBY JINDAL
GOVERNOR

**Coastal Protection and Restoration Authority of Louisiana**

August 1, 2012

Charles Cutler
180 Pine Bayou Circle
Monroe, LA 71202

CERTIFIED MAIL  7010 3090 0003 3625 0056

RE:  RFP No. 2503-12-66
     "Coastal Protection & System Integration"

Dear Mr. Cutler:

The proposal your company submitted for the above referenced RFP is considered unacceptable by the Department due to lack of financial information, the required fee schedule and the required certification statement. Section 5.0 Proposal Content states: "Proposals not containing the mandatory information required in this section will be considered unacceptable and will not be evaluated by the State. Proposals received in response to this RFP become the property of the State and will not be returned."

We regret having to make this decision and do it only after careful and detailed consideration. The Department wishes to thank you for submitting your proposal. We hope there will be an opportunity for us to work with your firm in the future.

Sincerely,

Jerome Zeringue
Executive Director

JZ/rh

c:  Julia Raiford, DNR Contracts & Grants Administrator
    Sandra Gillen, DOA, Office of Contractual Review

Exhibit B

**Executive Division**
Post Office Box 44027 • Baton Rouge, Louisiana 70804-4027 • 450 Laurel Street • 15th Floor Chase Tower North • Baton Rouge, Louisiana 70801
(225) 342-7308 • Fax (225) 342-4711 • http://www.coastal.la.gov
An Equal Opportunity Employer

United States District Court ; Eastern District of Louisiana
(And/Or State of Louisiana)

| | | |
|---|---|---|
| Charles Cutler | ; Civil Action No. | 12-2019 |
| vs | ; Section ; | J |
| BP, et al | ; Magistrate Div ; | 1 |
| (BP of America) | ; Judge ; | Carl Barbier |

## Amendment To Suit

### 1A

Part of the "Cutler Process" is to run a pipe with holes in it, bubbler, accross the Mississippi, with oxygen (air) pumped into the pipe, so that the water will have more oxygen in it to increase oil loving bateria to consume more oil, thereby reducing soil erosion. All done in the State of Louisiana.

8-18-12

Respectfully Submitted ; *Charles Cutler*
Charles Cutler, Geologist 322866
180 Pine Bayou Circle ; Mon-, LA 70202

Please serve BP America Inc. @
701 Poydras street, Suite 5000
New Orleans, LA 70139

From : Charles Cutler, Geologist 322866
        180 Pine Bayou Circle
        Mon, LA 71202

To : U.S. District Court Clerk
        Eastern District of Louisiana
        NO. LA 70130

To : Devin Reid, Representive for BP
        701 Poydras St., Suite 5000
        NO LA 70139

8-18-12

Please find enclosed :

1) Objection to "Motion to Dismiss"
2) Objection to "Notice of Removal of Civil Action"
3) Amendment to suit

Please serve : BP America
        701 Poydras Street, Suite 5000
        New Orleans, LA 70139

with copy of "Amendment to suit"

Thank you, Charles Cutler

Charles Cutler 328266
180 Pine Bayou Circle
Mon— LA 7#202

U.S. District Court Clerk
Eastern District of Louisiana
N.O. LA
70130

