UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| *10-2771, Rec. Doc. 326 (Edward Wisner* | * | |
| *Donation's Answer and Claim in* | * | MAGISTRATE SHUSHAN |
| *Limitation)* | | |

**ORDER**

Before the Court is a motion seeking to substitute counsel for the Edward Wisner Donation ("Donation"), a land trust. (Rec. Doc. 7144). Some of the beneficiaries of the Donation object to the substitution on the perceived grounds that it would create a conflict of interest and support this position with an advisory opinion from the Louisiana State Bar Association's Ethics Advisory Service. (Rec. Doc. 7140). The objectors[1] also request that they be given until September 4, 2012 to file a full opposition. The proposed substituting counsel filed a response to the objection. (Rec. Doc. 7148).

The motion states that the proposed substituting counsel have been retained to represent the Donation in its claims against BP pursuant to a vote of the Donation's Advisory Committee that was ratified and approved by the Donation's trustee, the Mayor of the City of New Orleans. The proposed substituting counsel also represent the City of New Orleans in its claims against BP. The motion is signed by present counsel of record for the Donation.

The proposed substituting counsel attach to their response to the objection an ethics opinion

---

[1] The Court does not consider here the argument that the objectors lack standing to oppose the motion to substitute counsel.

letter from Professor Basile Uddo . (Rec. Doc. 7148-1). According to Professor Uddo, concurrently representing multiple clients against a common defendant creates a conflict of interest only if there is a significant risk that the representation of one client will be materially limited by counsel's responsibilities to another client. *See* La. R. Prof. Conduct 1.7(a)(2). Neither the objection nor the documents attached thereto articulate how the proposed substitution would create such a risk; they merely note that the claims of the City and the Donation are "very different." The mere fact that the City and the Donation may have different types of claims does not create an actual conflict. Consequently, the Court will grant the motion to substitute counsel. If at some future time an actual conflict arises, the Court can address the matter at that time.

Accordingly,

IT IS ORDERED that the Motion to Substitute Counsel of Record (Rec. Doc. 7144) is GRANTED. Joel R. Waltzer, Robert Wiygul, and the law firm of Waltzer & Wiygul, L.L.C. are hereby withdrawn as counsel of record for the Edward Wisner Donation. The following counsel are hereby enrolled as counsel of record for the Edward Wisner Donation:

Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La Bar No. 26302
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Ste. 3000
New Orleans, LA 70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: 504-588-9043
Fax: 504-588-9980

2

James Parkerson Roy, La. Bar No. 11511  
Bob Wright La Bar No. 13691  
DOMENGEAUX WRIGHT ROY  
& EDWARDS LLC  
556 Jefferson Street, Suite 500  
Lafayette, Louisiana 70501  
Telephone: (337) 233-3033  
Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com

New Orleans, Louisiana, this 23rd day of August, 2012.

_____  
United States District Judge