UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO.:2:10-cv-08888; 2:10-cv-02771 | MDL NO.: 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the above and foregoing Motion for Leave to Allow Late Filed Short Form Joinder:

IT IS ORDERED that the motion is GRANTED and the Short Form Joinder filed by Eugene C. Groh, document number 120176, shall be considered timely filed in the Transocean limitation proceedings.

Signed in New Orleans, Louisiana this _____ day of _____, 2012.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE