IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
MDL No. 2179

In RE: Oil Spill by the Oil Rig "Deepwater Horizon
in the Gulf of Mexico on April 20, 20120

## NOTICE OF APPEARANCE

Please take notice that, I, Sam P. Cooper, Jr. Attorney at Law, Mississippi State Bar Number 06514, enters my appearance on behalf of the Defendant Picayune Discount Building Supply, located at 1919 Palestine Road, Picayune, Mississippi, in the above styled and numbered Civil Litigation, and request that I be furnished with any and all pleadings, notice or other papers in this case that are relative and pertinent to this defendant, and that these may be addressed as follows:

Sam P. Cooper, Jr.
Attorney at Law
1114   Fifth Avenue
Picayune, MS.  39466
Telephone: 601-799-0208
Facsimile: 601-798-6651
E-Mail: sam_cooepr@bellsouth.net

This the 13th  day of August, 2012.

Sam P. Cooper, Jr.

## CERTIFICATE OF SERVICE

I, Sam P. Cooper, Jr. do hereby certify that I have this day delivered by regular U. S. Postage, prepaid, a true and correct copy of the above and foregoing pleadings to the following:

James Parkerson Roy
<u>Attn:</u> DeepWater Horizon
E&PD Settlement
Domengeaux Wright & Edwards
556 Jefferson St., Suite 500
P. O. Box 3668
Lafayette, La. 70501

Richard C. Godfrey, P.C.
<u>Attn:</u> Deepwater Horizon
E&PD Settlement
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Clerk of Court
United States District
Court for the Eastern
District of Louisiana
500 Poydras street
New Orleans La. 70130

Stephen J. Herman
<u>Attn:</u> Deepwater Horizon E&PD Settlement
Herman Herman Katz & Cotlar LLP
820 O'Keefe Anenue
New Orleans, LA. 70113

SO CERTIFIED, this the 13th day of August, 2012

_____
Sam P. Cooper, Jr.
Attorney at Law
1114 Fifth Avenue
Picayune, MS. 39466

HATTIESBURG MS 394

Sam P. Cooper, Jr.
Attorney at Law
1114 Fifth Avenue
Picayune, MS. 39466

Clerk of Court
United States District
Court for the Eastern
District of Louisiana
500 Poydras Street
New Orleans La. 70130

7013 0413 3367