August 18, 2012

To whom this may concern,

I am writing a letter of intent to speak at fairness hearing on why I believe this so called settlement is not fair. At least not for the fishermen who have worked Barataria Bay exclusively for many years. (GROUND ZERO) We have been sprayed with chemicals at night when fishing, seen our friends of the Bay dead or dying and for the most part had our lives turned upside down the past 28 months! I could go on and on but I'll save it for the court. Thank you for your time,

note; Colleen D. Arnondin
Commerical License 338216
" Robert Arnondin 252830 "

Signatures
X Mrs Colleen Arnondin
X Robert Arnondin

Mr & Mrs Robert Arnondin
(Commerical fishermen)

723 2nd Ave
Harvey, Louisiana
70058
cellphone (504-256-5541)

P.S. May I show Pictures at Hearing.

Mr. Robert C. Arnondin
723 2nd Ave.
Harvey, LA 70058-2632

Clerk of Court - United States
District Court for the Eastern
District of Louisiana
500 Poydras ST.
NEW ORLEANS, LA. 70130

