UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to: 2:12-cv-01485 and Unfiled Medical Benefits Class Members | Magistrate Judge Shushan |

NOTICE OF APPEARANCE

[As to Medical Benefits Class Members]

COME NOW the Law Offices of KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN & McKEE, P.A., and SMITH STAG, L.L.C. and file this Notice of Appearance as Attorneys of Record for the Medical Benefits Class Members (including also their settlement-excluded spouses who have consortium claims) listed in Exhibit "1."  In addition, attached hereto as Exhibit "2" is a Sworn Declaration of Robert J. McKee, Esquire, attesting to the representation of each Medical Benefits Class Member listed in Exhibit "1."

DATED on this 23nd day of August 2012.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile


*Attorneys for Medical Benefits Class Members*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of August 2012.

I HEREBY FURTHER CERTIFY that the above and foregoing Plaintiffs' Notice of Appearance was sent by U.S. first-class mail to:  **Medical Lead Class Counsel:**  James Parkerson Roy, Esquire, Attention:  Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention:  Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; **Defendants' Counsel:**  Richard C. Godfrey, P.C., Attention:  Deepwater Horizon Medical Benefits Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, on this 23rd day of August 2012.

                    KRUPNICK, CAMPBELL, MALONE,
                    BUSER, SLAMA, HANCOCK,
                    LIBERMAN & McKEE, P.A.

By: /s/ Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Medical Benefits Class Members*