NOTICE OF APPEARANCE - EXHIBIT "2"

[As to Medical Benefits Class Members]

**SWORN DECLARATION OF ROBERT J. MCKEE
ATTESTING TO REPRESENATION**

STATE OF FLORIDA

COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared ROBERT J. MCKEE, who after being duly sworn, deposes and states as follows:

1. I am a member of the law firm of KRUPNIC CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and am attesting that I am counsel for the Medical Benefits Class Members as listed in Exhibit "1" to the Notice of Appearance. I have been a member of the bar since April 22, 1993.

2. Under penalty of perjury the foregoing is true and correct.

DATED on this 22nd day of August 2012.

_____
ROBERT J. MCKEE, ESQUIRE

SWORN AND SUBSRIBED to before me on this 22nd day of August 2012 by ROBERT J. MCKEE.

_____
Notary Public

My Commission Expires:



HOLLY M. POTTS
Commission # DD 909063
Expires October 11, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

6