UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: No. 2:10-cv-04536 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Anadarko Petroleum Corporation ("Anadarko"), defendant in *United States v. BP Exploration & Production Inc., et al.*, 2:10-cv-4536, hereby appeals to the United States Court of Appeals for the Fifth Circuit from Section C, pages 15-24, of the Court's Order and Reasons as to the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment Regarding Liability Under the CWA and OPA, issued on February 22, 2012 (the "February 22, 2012 Order," Rec. Doc. 5809) relating to liability for civil penalties under Section 311(b)(7) of the Clean Water Act, 33 U.S.C. § 1321(b)(7), granting in part and denying in part the United States' Motion for Partial Summary Judgment (Rec. Doc. 4836), denying Anadarko's Motion for Partial Summary Judgment (Rec. Doc. 5113), and granting in part and denying in part the Motion for Partial Summary Judgment filed by Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (Rec. Doc. 5103). The February 22, 2012 Order is entered pursuant to Fed. R. Civ. P. 58(a), and thus this Notice of Appeal is timely filed under Fed. R. App. P. 4(a)(1) and 4(a)(7)(A)(ii). The Court of Appeals has jurisdiction to review the February 22, 2012 Order under 28 U.S.C. § 1292(a)(3).

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| DATED: | August 24, 2012 | BINGHAM McCUTCHEN LLP |

/s/  *James J. Dragna*
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6436
Facsimile: (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Sandra P. Franco
sandra.franco@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696

*Counsel for Anadarko Petroleum Corporation*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 24, 2012.

/s/ *James J. Dragna*
James J. Dragna