# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 12-968 and 12-970 | * * * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Extending the Exclusion (Opt-Out) Deadlines for the
Deepwater Horizon Economic and Property Damages Settlement Agreement and the
Deepwater Horizon Medical Benefits Class Action Settlement Agreement]**

IT IS ORDERED that:

Pursuant to the authority provided to the Court in Sections 8.2.1 and 28.1 of the Amended *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6430-1), the Court makes a one-time extension by modifying Paragraph 39 of its May 2, 2012 Preliminary Approval Order regarding the Economic and Property Damages Settlement Agreement (Rec. Doc. 6418) to extend the deadline by which requests for exclusion (requests to opt-out) must be postmarked from October 1, 2012 to November 1, 2012.

Additionally, pursuant to the authority provided to the Court in Sections XI.E and XXX.I of the Amended *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement (Rec. Doc. 6427-1), the Court makes a one-time extension by modifying Paragraph 29 of its May 2, 2012 Preliminary Approval Order regarding the Medical Benefits Class Action Settlement (Rec. Doc.

- 2 -

6419) to extend the deadline by which requests for exclusion (requests to opt-out) must be postmarked from October 1, 2012 to November 1, 2012.

New Orleans, Louisiana, this 27th day of August, 2012.

**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**