IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | Section J |
| | * | Honorable Carl Barbier |
| Applies to: All Cases Medical Settlement 10-7777 | * * * | Magistrate Judge Shushan |

-----------------------------------------------------------------------------------------------------

**ORDER**

CONSIDERING THE FOREGOING *ex parte* motion of Plaintiff, Malcolm A. Coco:

IT IS ORDERED that said motion is GRANTED and that Plaintiffs shall be afforded additional time until and including Friday, September 7, 2012 to file objections to the proposed settlement agreement in the referenced matter.

New Orleans, Louisiana, this the ____ day of _____, 2012.

_____
JUDGE

1