**CERTIFICATE OF SERVICE**

      I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

      August 31, 2012.

                                         /s/Daniel E. Becnel, Jr.
                                         Daniel E. Becnel, Jr.