IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | Section J |
| | * | Honorable Carl Barbier |
| Applies to: All Cases Medical Settlement 10-7777 | * * | Magistrate Judge Shushan |

-------------------------------------------------------------------------------------------------

**MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS
TO DEEPWATER HORIZON MEDICAL
SETTLEMENT AGREEMENT TO SEPTEMBER 7, 2012**

**NOW INTO COURT** comes Plaintiff, Putative Class Member, Michael A. Coco, through undersigned counsel, who submits this Motion For Enlargement Of Time To File Objections to the Deepwater Horizon Medical Settlement Agreement to September 7, 2012. In support, Plaintiff sets forth the following reasons as follows:

1. The court ordered that all objections to the Deepwater Horizon Economic and Property Damages Settlement should be filed with the Court by August 31, 2012.

2. Counsel has worked consistently and diligently to prepare and file objections with the Court by this deadline, but finalization of the objection and retrieval of the required supporting documents, outlined by various Court orders, has been made impossible due to a variety of issues surrounding Hurricane Isaac. These include, but are not limited to:

    (a) Firm closings in preparation for the storm on Monday, August 27, 2012;

1

(b) Power outages at the local law firm, as well as at the homes of its staff members;

(c) Flooding in and in surrounding areas of St. John Baptist Parish, Louisiana, the location of the law firm;

(d) Other poor weather conditions which disrupted the operations of the Firm's offices;

(e) Notice from the Court that the filing systems were unavailable beginning at noon on Monday, August 27, 2012;

(f) Unavailability of co-counsel and clients in the Florida, Alabama, Mississippi and Louisiana Coasts due to evacuations and general states of emergency in those areas;

All of the above interfered and disrupted the proper and final preparation and execution of the necessary documents and pleadings. Specifically, a Declaration by Malcolm A. Coco must accompany the Objection, however, due to Hurricane Issac, Mr. Coco is unable to comply with this requirement at this time.

In the alternative, it is requested that Plaintiff be allowed to supplement its objection with additional supporting documentation.

3. Under Federal Rule of Civil Procedure 6(b), a court can extend a deadline for good cause. The aforementioned weather conditions and disruptions constitute good cause. With the fairness hearing set months away, there can be no serious argument that an enlargement is prejudicial.

WHEREFORE, the premises considered, the undersigned respectfully prays for an order extending the time to file and submit objections until and including Friday,

September 7, 2012. If this motion cannot be ruled upon for the above or any other reason, the undersigned requests that the Court enter an appropriate order Nunc Pro Tunc granting the prayed for relief.

BECNEL LAW FIRM, LLC
106 W. 7TH Street
P.O. Drawer H
Reserve, LA 70084
PHONE : (985) 536-1186
FAX : (985) 536-5445
E-MAIL : dbecnel@becnellaw.com


/s/Daniel E. Becnel, Jr.
Daniel E. Becnel (#2926)
Trial Counsel for Plaintiffs