UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG          MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010          Section "J"

                                          Judge Barbier

This Document Relates to:  2:12-cv-01483   Magistrate Judge Shushan
                           2:12-cv-01484
           SD FL  4:12-cv-10070 and
Unfiled Economic and Property Damages
Class Members

## NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

[As to Economic and Property Damages Class Members]

COME NOW the Law Offices of KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN & McKEE, P.A. and SMITH STAG, L.L.C. and as attorneys of record for the Economic and Property Damages Class Members listed in Exhibit "1" file this Notice of Intention to Appear at Fairness Hearing.

DATED on this 31st day of August 2012.

                                          Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/ Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Economic and Property Damages Class Members*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Intention to Appear at Fairness Hearing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August 2012.

I HEREBY FURTHER CERTIFY that the above and foregoing Plaintiffs' Notice of Intention to Appear at Fairness Hearing was sent by U.S. first-class mail to:  **Economic Lead Class Counsel:**  James Parkerson Roy, Esquire, Attention:  Deepwater Horizon E&PD Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention:  Deepwater Horizon E&PD Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; **Defendants' Counsel:**  Richard C. Godfrey, P.C., Attention:  Deepwater Horizon E&PD Benefits Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL  60654, on this 31st day of August 2012.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By:  /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Economic and Property Damages Class Members*