**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**<br><br>**THIS DOCUMENT APPLIES TO:**<br>**Bundle B1 Cases and Case No. 10-4573,** *Tobatex, Inc. v. BP, plc.* | **MDL NO. 2179**<br>**SECTION:  J**<br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

**ORDER GRANTING DEFENDANTS HALLIBURTON ENERGY SERVICES INC., TRANSOCEAN, AND M-I L.L.C.'S *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS BP DEALER CLAIMS**

On this day the Court heard and considered Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s *Ex Parte* Motion For Leave to File their Reply in Support of Defendants' Motion to Dismiss BP Dealer Claims.  The Court after reviewing the Motion, finds that good cause has been shown, and that Defendants' Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Defendants are permitted to file their Reply in Support of Defendants' Motion to Dismiss BP Dealer Claims, attached to its Motion as Exhibit A.

SIGNED on the ____ day of _____, 2012.

_____
JUDGE PRESIDING

1981389 v1-24010/0002 PLEADINGS