UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO:<br>Bundle B1 Cases | MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**DEFENDANTS HALLIBURTON ENERGY SERVICES INC., TRANSOCEAN, AND M-I L.L.C.'S *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' PURE STIGMA AND RECREATION CLAIMS**

Defendants Halliburton Energy Services, Inc. ("HESI"), Transocean,[1] and M-I L.L.C. ("M-I") file this *Ex Parte* Motion For Leave to File their Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Pure Stigma Claims (Dkt. No. 6891) and Plaintiffs' Recreation Claims (Dkt. No. 6889) in Plaintiffs' First Amended Bundle B1 Master Complaint and respectfully show as follows:

1.      On June 12, 2012, this Court entered its Order Calling for Motions and Briefs on Certain Issues, including "Pure Stigma Claims" and "Recreation Claims." *See* Order Calling for Motions and Briefs on Certain Issues ("Order") (Dkt. No. 6657). Pursuant to this Court's Order, any party seeking to challenge "the legal viability (under OPA or any other legal theory) of the Pure Stigma Claims . . . and [the] Recreational Claims" must file any motion and brief by July 11, 2012. *Id*.

2.      On July 11, 2012, Defendants HESI, Transocean, and M-I filed a Motion to Dismiss Pure Stigma Claims Included in Plaintiffs' First Amended Bundle B1 Master Complaint (Dkt. No. 6891) with a Memorandum in Support (Dkt. No. 6891-1), and a Motion to Dismiss

---

[1] "Transocean" means Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Triton Asset Leasing GmbH, and Transocean Holdings LLC.

Recreation Claims Included in Plaintiffs' First Amended Bundle B1 Master Complaint (Dkt. No. 6889) with a Memorandum in Support (Dkt. No. 6889-1) (jointly referred to as "Motions to Dismiss Pure Stigma and Recreation Clams").

3. Pursuant to the Order, any opposition briefs were due on August 10, 2012. (Dkt. No. 6657). Several oppositions to Defendants' Motions to Dismiss Pure Stigma and Recreation Claims were filed. *See* (Dkt. No. 7094)(Plaintiffs' Opposition to Defendants' Motion to Dismiss "Recreation Claims" filed by the Plaintiffs' Steering Committee); (Dkt. No. 7095)(Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss "Pure Stigma" Claims filed by the Plaintiffs' Steering Committee); (Dkt. No. 7099)(Plaintiffs' Memorandum in Opposition to Defendants' Rule 12(b)(6) Motions to Dismiss "Pure Stigma" and "Recreation Claims" filed separately by individual plaintiffs).

4. The Court contemplated that the parties would file reply briefs to any oppositions. *See e.g.*, (Dkt. No. 6657 at p. 2)(requiring parties to file replies by August 27, 2012). Thus, in accordance with the Court's prior Order, Defendants seek leave to file the attached Reply. (*See* Exhibit A).

5. On August 27, 2012, the deadline for any replies to be filed, the Eastern District of Louisiana, in anticipation of Tropical Storm Isaac, closed its offices, with electronic filing unavailable beginning at noon. *See* General Order of the United States District Court Eastern District of Louisiana, dated Aug. 27, 2012. All deadlines, delays and prescriptive periods were suspended until such time as the Court reopens. *See id*.

6. On August 31, 2012, the United States District Court Eastern District of Louisiana reopened. Therefore, Defendants are filing this Motion and seek leave to file the attached reply, on the first date the Court has reopened, making this Motion and Reply timely.

## CONCLUSION

For these reasons, Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C. respectfully request the Court to grant leave to file their Reply in Support of Defendants' Motion to Dismiss Pure Stigma and Recreation Claims, and for such other and further relief the Court may deem them justly entitled.

Respectfully submitted,

**GODWIN RONQUILLO PC**

**By:**  /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No.  24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
E-:mail: steven.roberts@sutherland.com,
Rachel.clingman@sutherland.com

-and-

By: /s/ Edwin G. Preis, Jr.
Edward G. Preis, Jr. (Louisiana, No. 10703)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com

**Of Counsel:**

John M. Elsley (Texas, No. 0591950
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-9380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

**ATTORNEYS FOR DEFENDANTS TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRITON ASSET LEASING GmbH, AND TRANSOCEAN HOLDINGS LLC**

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: /s/ Brad D. Brian
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com,
allen.katz@moto.com

**ATTORNEYS FOR DEFENDANTS TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRITON ASSET LEASING GmbH, AND TRANSOCEAN HOLDINGS LLC**

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:  (305) 415-3000<br>Facsimile:  (305) 415-3001 | By: /s/ Hugh E. Tanner<br>Hugh E. Tanner<br>htanner@morganlewis.com<br>Texas Bar No. 19637400<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:  (713) 890-5000<br>Facsimile:  (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:  (713) 890-5000<br>Facsimile:  (713) 890-5001 | **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** |

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services Inc., Transocean, and M-I L.L.C.'s *Ex Parte* Motion for Leave to File Reply in Support of Motion to Dismiss Pure Stigma and Recreation Claims has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 31st day of August, 2012.

/s/ Donald E. Godwin
Donald E. Godwin