UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
Docket Number 10-7777

### EX PARTE EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGE SETTLEMENT AGREEMENT TO SEPTEMBER 7, 2012

**NOW INTO COURT** comes Plaintiff, Putative Class Member, Wolf Bay, LLC, through its representative member, Heath Rushing, through undersigned counsel, who submits this Motion For Enlargement Of Time To File Objections to the Deepwater Horizon Economic and Property Damage Settlement Agreement to September 7, 2012. In support, Plaintiffs set forth the following reasons as follows:

1. The court ordered that all objections to the Deepwater Horizon Economic and Property Damages Settlement should be filed with the Court by August 31, 2012.

2. On Monday, August 27, 2012 at noon, the Eastern District of Louisiana closed due to preparation for Hurricane Isaac. The electronic filing system was also shut down. It was not until today, Friday, August 31, 2012, that the Court and the Clerk's office opened and the CM/ECF system is now available for filing.

1

3. Counsel has worked consistently and diligently to prepare and file objections with the Court by this deadline, but finalization of the objection and retrieval of the required supporting documents, outlined by various Court orders, has been made impossible due to a variety of issues surrounding Hurricane Isaac. These include, but are not limited to:

(a) Extensive hurricane preparation by putative Class Members along the Gulf Coast since Friday, August 24, 2012;

(b) Firm closings in preparation for the storm on Monday, August 27, 2012;

(c) No computer or internet services;

(d) Power outages at the local law firm, as well as at the homes of its staff members;

(e) Extensive and progressive flooding in and in surrounding areas of the North Shore of Lake Pontchartrain, the location of the law firm;

(f) Other poor weather conditions which disrupted the operations of the Firm's offices;

(g) Unavailability of co-counsel and clients in the Florida, Alabama, Mississippi and Louisiana Coasts due to evacuations and general states of emergency in those areas;

All of the above interfered and disrupted the proper and final preparation and execution of the necessary documents and pleadings. Specifically, a Declaration by Heath Rushing must accompany the Objection, however, Mr. Rushing is trapped at his

home in Madisonville, Louisiana, with logs crossing his driveway from the flooding of the Tchefuncte River, making ingress or egress from his property impossible.

In the alternative, it is requested that Plaintiff be allowed to supplement its objection with additional supporting documentation.

4. Under Federal Rule of Civil Procedure 6(b), a court can extend a deadline for good cause. The aforementioned weather conditions and disruptions constitute good cause. With the fairness hearing set months away, there can be no serious argument that an enlargement is prejudicial.

WHEREFORE, the premises considered, the undersigned respectfully prays for an order extending the time to file and submit objections until and including Friday, September 7, 2012. If this motion cannot be ruled upon for the above or any other reason, the undersigned requests that the Court enter an appropriate order Nunc Pro Tunc granting the prayed for relief.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :      (985) 732-5651
FAX            :      (985) 735-5579
E-MAIL       :      fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Emergency Motion for Enlargement of Time to File Objections to Deepwater Horizon Economic and Property Damage Settlement Agreement to September 7, 2012, was sent by U.S. first-class mail to:

**Economic Lead Class Counsel:**

James Parkerson Roy, Esquire
ATTENTION:  Deepwater Horizon E&PD Settlement
Domegeaux Wright Roy & Edwards
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA  70501

Stephen J. Herman, Esquire
ATTENTION:  Deepwater Horizon E&PB Settlement
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

**Defendants' Counsel:**

Richard C. Godfrey, P.C.
ATTENTION:  Deepwater Horizon E&PD Settlement
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL  60654

August 31, 2012.

                                          s/Ronnie G. Penton
                                          Ronnie G. Penton