UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

******************************************************************

THIS DOCUMENT RELATES TO:
Docket Number 10-7777

## ORDER

CONSIDERING THE FOREGOING *ex parte* motion of Plaintiffs, Wolf Bay, LLC, through its representative member, Heath Rushing:

IT IS ORDERED that said motion is GRANTED and that Plaintiffs shall be afforded additional time until and including Friday, September 7, 2012 to file objections to the proposed settlement agreement in the referenced matter.

In the alternative, IT IS ORDERED that Plaintiff be allowed to supplement the record with additional supporting documentation.

New Orleans, Louisiana, this the ___ day of _____, 2012.

_____
JUDGE

1