IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to: All Cases | *  MDL No. 2179<br>*<br>*<br>*<br>*  Section: J<br>*<br>*  Honorable Carl Barbier<br>*<br>*  Magistrate Judge Shushan |

-------------------------------------------------------------------------------------------------------------------

## PROPOSED ORDER

Considering the foregoing motion of Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II LLC; JJB Inc.; Radhey, Inc.; Shanta, LLC; JMKVN LLC; Anjani Hospitality, LLC; Sweta Inc.; OVS Investment Inc.; Sree Inc.; MPJR Inc.; Pine Inn Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang Inc.; Mahalaxmi Enterprises Inc., and Unnamed Objectors 1-700 (herein after "proposed objectors"):

IT IS ORDERED that said motion is GRANTED and that Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II LLC; JJB Inc.; Radhey, Inc.; Shanta, LLC; JMKVN LLC; Anjani Hospitality, LLC; Sweta Inc.; OVS Investment Inc.; Sree Inc.; MPJR Inc.; Pine Inn Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang Inc.; Mahalaxmi Enterprises Inc., and Unnamed Objectors 1-700 shall be afforded additional time until and including Friday, September 7, 2012 to file objections to the proposed settlement agreement in the referenced matter.

New Orleans, Louisiana this ___ day of August, 2012.

_____
UNITED STATES DISTRICT COURT