UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   AUG 27 2012

LORETTA G. WHYTE
CLERK

IN RE:                                             GENERAL ORDER
TROPICAL STORM ISAAC

In anticipation of Tropical Storm Isaac, the United States District Court for the Eastern District of Louisiana will be closed on Tuesday, August 28 and Wednesday, August 29. We anticipate reopening the Court on Thursday, August 30.

Electronic filing will also be unavailable beginning at noon on Monday, August 27.

Accordingly, **IT IS ORDERED** that all deadlines, delays and prescriptive periods are hereby suspended until such time as the Court has reopened. You should check the Court's website at www.laed.uscourts.gov for the latest information regarding the Court's reopening and the availability of electronic filing.

New Orleans, Louisiana, this 27th day of August, 2012.

_Sarah Vance_
SARAH S. VANCE, CHIEF JUDGE
UNITED STATES DISTRICT COURT