IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | Section: J |
| Applies to: All Cases | * * | Honorable Carl Barbier |
| | * * | Magistrate Judge Shushan |

---

### EX PARTE MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO DEEPWATER HORIZON SETTLEMENT AGREEMENT TO SEPTEMBER 7, 2012

**NOW INTO COURT** come Plaintiffs Sree Inc., Sub Shop LLC, Impact Properties II LLC, [1] and Unnamed Objectors 1-700, (herein thereafter "Plaintiffs") through undersigned counsel, who submit this Motion For Enlargement Of Time To File Objections to Deepwater Horizon Settlement Agreement to September 7, 2012.  In support, Plaintiffs set forth the following reasons as follows:

1.  Final decisions and supporting documents and agreements contemplated by various Court orders have been substantially interrupted by counsel and proposed objectors due to a variety of issues surrounding now Tropical Storm and estimated soon to be Hurricane Issac (hereafter sometimes "Storm") These include, but are not limited to:

   a. Power outages, flooding, and other poor conditions which disrupted the operations of this Firm's Miami, Florida offices thereby interfering with the proper and final preparation and execution necessary documents and pleadings;

---

[1] Plaintiffs filed Short Form Joinders, respectively, on April 20, 2011 thereby subjecting themselves to the jurisdiction of the Court and constituting undersigned counsel's Notice of Appearance on behalf of Wesley J. Farrell and Farrell & Patel.

1

b. The current evacuation of the city of New Orleans now in process which is disrupting the operations of this Firm's New Orleans, Louisiana offices thereby interfering with the proper and final preparation and execution necessary documents and pleadings;

c. Notice that various Court filing systems have been "shut down";

d. The Court itself is, upon information and belief, to be closed and general states of emergency and orders to evacuate along the Florida, Alabama, Mississippi and Louisiana Coast have issued making proper logistics imposed on objectors and cooperation with co-counsel in these states difficult if not impossible before the August 31, 2012 deadline;

2. Under Federal Rule of Civil Procedure 6(b), a court can extend a deadline for good cause. The aforementioned weather conditions and disruptions constitute good cause. With the fairness hearing set months away, there can be no serious argument that an enlargement is prejudicial.

**WHEREFORE**, the premises considered, the undersigned respectfully prays for an order extending the time to file and submit objections until and including Friday September 7, 2012. If this motion cannot be ruled upon for the above or any other reason the undersigned requests that the Court enter an appropriate order Nunc Pro Tunc granting the prayed for relief.

This <u>27th</u> day of <u>August, 2012</u>.

Respectfully submitted,

_/s/_____
**Wesley J. Farrell**, FL Bar No. 71785
**Sarah Spiegner,** La Bar No. 31975
FARRELL & PATEL, ATTORNEYS AT LAW
1425 Brickell Ave., Suite 58C
Miami, FL 33178
Phone: (305) 798-4177
Fax:1-800-946-6711
Plaintiffs' Counsel