**From:** Steve Herman <SHERMAN@hhklawfirm.com>
**Date:** August 30, 2012 12:06:41 PM EDT
**To:** "Stuart H. Smith" <ssmith@smithstag.com>
**Cc:** "jimr@wrightroy.com" <jimr@wrightroy.com>, "McGlone, Kevin" <kmcglone@SHERGARNER.com>, Dawn Taylor <dtaylor@smithstag.com>, Ronnie Penton <rgp@rgplaw.com>, "Joel W." <joel@waltzerlaw.com>, Rick Kuykendall <rkuykendall@att.blackberry.net>, "'Gladstone Jones' (GJones@jonesswanson.com)" <GJones@jonesswanson.com>, "/:Wes Farrell" <wesfarrell@floridaattorney.com>, "Chocheles, Jo Aline" <jchocheles@shergarner.com>, MICHAEL RYAN <mryan@krupnicklaw.com>, "clay@waltzerlaw.com" <clay@waltzerlaw.com>, Shanna Laurin <slaurin@krupnicklaw.com>, "ftkuykendall@yahoo.com" <ftkuykendall@yahoo.com>, Terry Gray <terrygray@floridaattorney.com>, Mike Stag <mstag@smithstag.com>, "Juan V." <jvelasquez@floridaattorney.com>, Holly Potts <HPotts@krupnicklaw.com>, "Curtis, Martha" <MCurtis@SHERGARNER.com>, Cate Cummins <ccummins@smithstag.com>, Emma Elizabeth Daschbach <edaschbach@jonesswanson.com>, "'James M. Garner' (jgarner@shergarner.com)" <jgarner@shergarner.com>, "Lynn Swanson (LSwanson@jonesswanson.com)" <LSwanson@jonesswanson.com>, "Richard C. Godfrey" <rgodfrey@kirkland.com>, Andy Langan <alangan@kirkland.com>, Judge Shushan <Sally_Shushan@laed.uscourts.gov>, Ben Allums <Ben_Allums@laed.uscourts.gov>
**Subject: Re: BP Oil**

This would seem to be a Court issue, (and BP may have an opinion), but, for whatever it's worth, a week seems reasonable to me.


On Aug 30, 2012, at 3:34 AM, "Stuart H. Smith" <ssmith@smithstag.com> wrote:

Steve,

I appreciate your getting back to me so quickly, especially with the weather situation.

After your email we received a notice that the court would be closed through Thursday and anticipated reopening Friday. There was no information on the efs . Given your email, can we assume that the dealine for objections, barring further order of the court, will be extended  until at least next Tuesday? Frankly we are experiencing far more logistical problems from the storm than expected ( our servers were evacuated, no internet, employees homes flooded, etc.) and may end up filing for a longer extension which we would sincerely appreciate you and Jim not opposing and joining in and/or advocating. We should know definitively by this afternoon or friday morning how much additional time we believe will be necessary and will let you know.

I do note that the vast majority of the filed objections are from individuals who may or may not be represented. It seems important to us that the putative class be told as soon as possible via a press release of the current extended deadline as a result of the closure of the Courthouse. Many people who may otherwise have objected have flooded homes and businesses. A 2-4 week extension may be warranted due to the storm's impact on the entire geographical area directly affected by the oil spill.

Best,

Stuart H. Smith
Smith Stag, L.L.C.
One Canal Place
365 Canal Street, Suite 2850
New Orleans, LA 70130
Phone:
(504) 593-9600
Fax:
(504) 593-9601
The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges.
If you have received this communication in error, please immediately notify us by telephone at
504-593-9600 and return the original message to us at
mail@smithstag.com

On Aug 29, 2012, at 7:01 PM, "Steve Herman" <SHERMAN@hhklawfirm.com> wrote:

Thanks. As I told Jim the other day, I spoke with Judge Shushan on Monday, and it was her expectation that the Court would automatically extend dates for as long as ECF was / is down. I am cc:ing Judge Shushan as well as Judge Barbier's Clerk, Ben Allums on this e-mail. (Am also cc:ing BP's counsel.) - Hope all is well and safe with you and yours thru the storm.