UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Pertains to<br>2:12-cv-009888<br>2:12-cv-01295-CJB-SS<br>2:12-cv-02155<br>2:10-md-02179-CJB-SS<br>2:12-cv-02048<br>Unfiled Medical Benefits Class Members<br>Unfiled Economic and Property Damages<br>Class Members | Magistrate Judge Shushan |

## EX PARTE MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO DEEPWATER HORIZON SETTLEMENT AGREEMENT TO SEPTEMBER 7, 2012

**NOW INTO COURT** come Economic and Property Damages Class Members and Medical Benefits Class Members listed in Exhibit "1" (herein thereafter "Plaintiffs") through undersigned counsel, who submit this Motion For Enlargement Of Time To File Objections to Deepwater Horizon Settlement Agreement to September 7, 2012. In support, Plaintiffs set forth the following reasons as follows:

1. Final decisions and supporting documents and agreements contemplated by various Court orders have been substantially interrupted by counsel and proposed objectors due to a variety of issues surrounding Hurricane Issac (hereafter sometimes "Storm") These include, but are not limited to:

    a. Power outages, flooding, and other poor conditions which disrupted the operations of this Firm's New Orleans, Louisiana offices thereby interfering with

      the proper and final preparation and execution necessary documents and pleadings;

   b. Notice that various Court filing systems have been "shut down";

   c. The Court itself is, upon information and belief, to be closed and general states of emergency and orders to evacuate along the Florida, Alabama, Mississippi and Louisiana Coast have issued making proper logistics imposed on objectors and cooperation with co-counsel in these states difficult if not impossible before the August 31, 2012 deadline;

2. Under Federal Rule of Civil Procedure 6(b), a court can extend a deadline for good cause. The aforementioned weather conditions and disruptions constitute good cause. With the fairness hearing set months away, there can be no serious argument that an enlargement is prejudicial.

**WHEREFORE**, the premises considered, the undersigned respectfully prays for an order extending the time to file and submit objections until and including Friday September 7, 2012. If this motion cannot be ruled upon for the above or any other reason the undersigned requests that the Court enter an appropriate order Nunc Pro Tunc granting the prayed for relief.

Respectfully submitted.


SMITH STAG, LLC

By: /s/   Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Economic and Property Damages Class Members and Medical Benefits Class Members*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Emergency ex Parte Motion for Enlargement of Time to File Objections and Documents to Deepwater Horizon Settlement Agreement until and Including September 7, 2012, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August 2012.

SMITH STAG, LLC


By: /s/ Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

Attorneys for Economic and Property Damages
Class Members and Medical Benefits Class
Members