UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Settlement of the Economic and Property Damages Classes Oil Spill Litigation related to the "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Pertains to:<br>2:12-cv-009888<br>2:12-cv-01295-CJB-SS<br>2:12-cv-02048<br>Unfiled Medical Benefits Class Members<br>Unfiled Economic and Property Damages Class Members<br>(REF: 10-7777) | MDL No. 2179<br><br>DOCKET NO: 12-968<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN<br><br>OMNIBUS OBJECTION TO DEEPWATER HORIZON SETTLEMENT AGREEMENT |

### ORDER

Considering the foregoing *ex parte* motion of Economic and Property Damage Class Members and Medical Benefits Class Members listed in Exhibit "1" (herein after "PLAINTIFFS"):

IT IS ORDERED that said motion is GRANTED and that PLAINTIFFS shall be afforded additional time until and including Friday, September 7, 2012 to file objections to the proposed settlement agreement in the referenced matter.

New Orleans, Louisiana this ___ day of August, 2012.

_____
UNITED STATES DISTRICT COURT