UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>**Actions in B1 Pleading Bundle, and 12-970,** *Bon Secour Fisheries, Inc. et al.v. BP Exploration & Production Inc., et al.* **(REF: 10-7777)** | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN**<br><br>**NOTICE OF APPEARANCE** |

**NOTICE APPEARANCE OF COUNSEL**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Wesley J. Farrell, Esq., Sarah E. Spigener, Esq., and Frederick T. Kuykendall, III, Of Counsel, of Farrell & Patel, Attorneys At Law, hereby enter this Notice of Appearance as counsel of record for the Plaintiffs, in the above-styled cause, identified on the spreadsheet attached hereto as Exhibit A. Ms. Spigener and Mr. Kuykendall also enter their appearance on behalf of all Plaintiffs for whom a Notice of Appearance was previously entered by Mr. Farrell on behalf of Farrell and Patel, Attorneys At Law, pursuant to the filing of a Short Form Joinder on behalf of those clients with the Court.

Respectfully Submitted,

/s/  Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq.
FLBN 71785
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
Office: 305-798-4177
Fax: 1-800-946-6711

/s/  Sarah E. Spigener, Esq.

Sarah E. Spigener, Esq.
LABN 31975
Farrell & Patel,
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Office: 504-233-8585
Fax: 504-264-5953

/s/  Frederick T. Kuykendall, III, Of Counsel

ASBN 4462A59F
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
Office: 305-798-4177
Fax: 1-800-946-6711

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                              /s/ Sarah E. Spigener, Esq.