UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>**Actions in B1 Pleading Bundle, and 12-970,** *Bon Secour Fisheries, Inc. et al.v. BP Exploration & Production Inc., et al.***(REF: 10-7777)** | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN**<br><br>**NOTICE OF APPEARANCE** |

### MOTION FOR EXTENSION OF PAGE LIMIT IN SUPPORT OF MEMORANDUM FOR OBJECTIONS TO DEEPWATER HORIZON SETTLEMENT AGREEMENT

**NOW INTO COURT** come Plaintiffs Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II LLC; JJB Inc.; Radhey, Inc.; Shanta, LLC; JMKVN LLC; Anjani Hospitality, LLC; Sweta Inc.; OVS Investment Inc.; Sree Inc.; MPJR Inc.; Pine Inn Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang Inc.; Mahalaxmi Enterprises Inc.,[1] and the Plaintiffs identified in the Spreadsheet attached as **Exhibit A,** through undersigned counsel (hereinafter "Farrell & Patel" or "Firm"), who submit this *Motion and Memorandum in Support Thereof for Extension of Page Limit For Objections to Deepwater Horizon Settlement Agreement*. In support, Plaintiffs set forth the following reasons as follows:

1. On May 2, 2012, the Court signed the Notice of Filing of the Economic and Property Damages Settlement Agreements as Amended, and As Preliminarily Approved by the Court.

---

[1] Plaintiffs filed Short Form Joinders thereby subjecting themselves to the jurisdiction of the Court and constituting undersigned counsel's Notice of Appearance on behalf of Wesley J. Farrell and Farrell & Patel.

1

2. In the Amended Motion, the Court discussed numerous issues regarding the new Deepwater Horizon Settlement process, but was silent as to the page limits.

3. Farrell & Patel intends to file an objection and has worked diligently to prepare and file objections with the Court on behalf of eight-hundred and fifty one (851) Plaintiffs.

4. According to the local rules of the United States District Court for the Eastern District of Louisiana, all trial briefs or memorandum must not exceed twenty-five pages, excluding exhibits. *See.* E.D. of La. Local Rule 7.1(a)

5. Under the local rule, each Objector would be entitled to file a memorandum of 25 pages, resulting in more than 20,000 pages of filings and even more documents.

6. For this reason, Plaintiffs request this Court's approval to file a single, consolidated memorandum, not to exceed 100 pages, on behalf of these 851 Plaintiffs.

## ARGUMENT

In *Gibson v. Bair Foundations Inc.*, Defendants did not follow the Local Rule 7.1 (a) to limit non-dispositive motions to fifteen pages. However, that court permitted Defendants to exceed the page limits on the basis of judicial economy. *Gibsons v. The Bair Foundations, Inc.*, No. 1:04CV2018, at *2 (N.D. OH, Feb. 20, 2007).

Similarly, the Plaintiff in *Welker Bearing Co. v. PHD. Inc.* filed two separate motions and was instructed by the court to consolidate his arguments into a single filing. *Welker Bear Co. v. PHD, Inc.*, No. 06-13345, at *1 (E.D. MI), Jun. 4, 2007). That court acknowledged that while Plaintiff's consolidated arguments would exceed the court's 20-page limit, the court preferred to avoid the prospect of reading multiple and duplicative arguments and responses. *Id.*

In order to avoid duplicative, overlapping arguments, repetitive legal citations, and excessive filings, and on the basis of judicial economy, Plaintiffs request permission to exceed

the page limit of 25 pages.  Granting this motion facilitates judicial economy and preservation of Court resources.

## CONCLUSION

**WHEREFORE**, the premises considered, the undersigned respectfully prays for this court to grant this Motion For Extension of Page Limit In Support of Memorandum for Objections to Deepwater Horizon Settlement Agreement.

Respectfully Submitted,

/s/  Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq.
FLBN 71785
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
Office: 305-798-4177
Fax: 1-800-946-6711

/s/  Sarah E. Spigener, Esq.

Sarah E. Spigener, Esq.
LABN 31975
Farrell & Patel,
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Office: 504-233-8585
Fax: 504-264-5953

/s/  Frederick T. Kuykendall, III, Of Counsel

ASBN 4462A59F
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
Office: 305-798-4177
Fax: 1-800-946-6711

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E. Spigener, Esq.