IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** |
| | * | **Section: J** |
| **Applies to: All Cases** | * * | **Honorable Carl Barbier** |
| | * | **Magistrate Judge Shushan** |

-----------------------------------------------------------------------------------------------------------------

## PROPOSED ORDER

Considering the foregoing Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II LLC; JJB Inc.; Radhey, Inc.; Shanta, LLC; JMKVN LLC; Anjani Hospitality, LLC; Sweta Inc.; OVS Investment Inc.; Sree Inc.; MPJR Inc.; Pine Inn Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang Inc.; Mahalaxmi Enterprises Inc., and Unnamed Objectors 1-700 (herein after "proposed objectors") Motion For Extension of Page Limit In Support of Memorandum for Objections to Deepwater Horizon Settlement Agreement, IT IS ORDERED that said motion is GRANTED and that Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II LLC; JJB Inc.; Radhey, Inc.; Shanta, LLC; JMKVN LLC; Anjani Hospitality, LLC; Sweta Inc.; OVS Investment Inc.; Sree Inc.; MPJR Inc.; Pine Inn Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang Inc.; Mahalaxmi Enterprises Inc., and Unnamed Objectors 1-700 shall be granted an extension of the page limit for the memorandum for objections to proposed settlement agreement.

New Orleans, Louisiana this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT