UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates to: All Cases | * | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEARANCE

**[As to Economic and Property Damage Class Members]**

PLEASE TAKE NOTICE that James M. Garner, Martha Y. Curtis, Kevin M. McGlone and the law firm of SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C. do hereby make an appearance as attorneys of record for Economic and Property Class Members, Dixie T. Madigan, James G. Tucker, III and Nancy Moynan in the above referenced matter.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above referenced case be served upon the undersigned counsel.

          Respectfully submitted,

          /s/ James M. Garner
          JAMES M. GARNER (# 19589)
          TIMOTHY B. FRANCIS (# 14973)
          PETER L. HILBERT, JR. (#6875)
          MARTHA Y. CURTIS (#20446)
          AMANDA R. SCHENCK (#30706)
          **Sher Garner Cahill Richter Klein & Hilbert, L.L.C.**
          909 Poydras Street, 28th Floor
          New Orleans, Louisiana 70112-1033
          Telephone:  (504) 299-2100
          Facsimile:  (504) 299-2300

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August, 2012.

/s/ James M. Garner
JAMES M. GARNER