UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          MDL No.: 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010         Section "J"

                                         Judge Barbier

This Document Relates to:                Magistrate Judge Shushan
2:12-cv-02048
2:12-cv-02155
Unfiled Medical Benefits Class Members

NOTICE OF APPEARANCE

[As to Medical Benefits Class Members]

COME NOW the Law Offices of SMITH STAG, L.L.C. and KRUPNICK, CAMPBELL,

MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN & McKEE, P.A. and file this

Appearance as Attorneys of Record for the Medical Benefits Class Members (including also

their settlement-excluded spouses who have consortium claims and other individuals with claims

but who are excluded) listed in Exhibit "1." In addition, attached hereto is a Sworn Declaration

of Stuart H. Smith, Esquire, attesting to the representation of each Medical Benefits Class

Member listed in Exhibit "1."

DATED on this 31st day of August 2012.


                              Respectfully submitted.


                              SMITH STAG, L.L.C.

                              By: /s/   Stuart H. Smith

                              Stuart H. Smith, Esquire

ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and


Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Medical Benefits Class Members*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Notice of Appearance will be filed into the record via the Court's ECF electronic filing system and will be served on all counsel via Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12 this August 31, 2012.

I HEREBY FURTHER CERTIFY that the above and foregoing Plaintiffs' Notice of Appearance was sent by U.S. first-class mail to: **Medical Lead Class Counsel:** James Parkerson Roy, Esquire, Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; **Defendants' Counsel:** Richard C. Godfrey, P.C., Attention: Deepwater Horizon Medical Benefits Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654.

SMITH STAG, L.L.C.

By: /s/  Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Medical Benefits Class Members*