NOTICE OF APPEARANCE – EXHIBIT "2"
[As to Medical Benefits Class Members]

SWORN DECLARATION OF STUART H. SMITH
ATTESTING TO REPRESENTATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally appeared STUART H. SMITH, who after being duly sworn, deposes and states as follows:

1. I am a member of the law firm of SMITH STAG, L.L.C. and am attesting that I am counsel for the Medical Benefits Class Members as listed in Exhibit "1" to the Notice of Appearance. I have been a member in good standing of both the Louisiana State Bar Association (LSBA No. 17805) and the United States District Court, Eastern District of Louisiana since 1986.

2. Under penalty of perjury the foregoing is true and correct.

DATED on this ___ day of August 2012.

STUART H. SMITH

SWORN AND SUBSCRIBED before me on this ___ day of August 2012 by STUART H. SMITH.

Barry James Cooper, Jr., Notary Public

Notary Public, State of Florida
Barry J Cooper Jr
My Commission DD950751
Expires 02/10/2013

EXHIBIT 2