United States District Court, Eastern District of Louisiana

| | | | |
|---|---|---|---|
| Charles Cutler | Civil Action No. | | 12-2019 |
| Vs | Section | | J |
| BP America | Magistrate Div | | 1 |
| et al | Judge | | Carl J. Barbier |
| | Magistrate Judge | | Sally Shushan |

Letter to: ABA Young Lawyers Division
701 Poydras Street, Suite 4500
New Orleans, LA 70139

AND / OR   STAY

Plaintiff, who is indigent, requests a STAY, while waiting on a response from the above mentioned attorneys for possible representation and/or assistance –
Respectfully submitted: *Charles Cutler*   8-21-12
Charles Cutler, Geologist, 322866, 180 Pine Bayou Circle, Mon~, LA 71203

Certificate of Service

Copy send to: Devin C. Reid, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139

Clerks Office, U.S. District Court, Eastern District of Louisiana, New Orleans, LA 70130

TENDERED FOR FILING

AUG 27 2012

Charles Cutter 322866
180 Pine Bayou Circle
Mon., LA 70202

Clerk of Court, U.S. District Court, Eastern District of Louisiana

New Orleans, LA 70130