IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | Judge Barbier |
| *All cases* | * * | Magistrate Judge Shushan |

### REPLY BRIEF OF DEFENDANT CAMERON IN SUPPORT OF CONFIRMING DISMISSAL OF "BP DEALER CLAIMS"

Cameron International Corporation ("Cameron") respectfully submits this reply brief to address two aspects of the Opposition of BP Dealer Plaintiffs to Motions to Dismiss, Doc. 7097 ("BP Dealer Opposition").

1. On the supposed ground that Cameron did not explicitly move to dismiss the *Tobatex* complaint, Doc. 7097 at 2, the BP Dealer Opposition seeks to sidestep Cameron's arguments to confirm this Court's dismissal of the BP dealer claims, Doc. 6922. However, that approach ignores this Court's orders for managing pleadings in this complex MDL proceeding. In particular, Pretrial Order No. 25 relieved Cameron of any obligation to respond to the "individual" *Tobatex* complaint. Instead, as the BP Dealer Opposition concedes (at page 1), the B1 master pleading filed by the PSC at the direction of the Court (Doc. 1128) explicitly asserted claims on behalf of BP dealers. Accordingly, when Cameron moved to dismiss all the claims in the B1 master pleading (Doc. 1395), Cameron moved to dismiss the claims asserted in the *Tobatex* complaint precisely as contemplated by this Court's orders. And as explained in Cameron's brief directed to the BP Dealers claims (Doc. 6922 at 1-2), this Court dismissed all of the BP dealer claims in its ruling on the B1 complaint (Doc. 3830).

1102908v1

2. The BP Dealer Opposition also quarrels with this Court's ruling that the BP Dealer claims are governed by admiralty law and thus invalid under *Robins Dry Dock*. Doc. 7097 at 8-17. But that argument goes nowhere. If admiralty law does not apply, then some other federal law must apply. If that other federal law is OPA, then the BP Dealers have no claim at all against Cameron. Indeed, the PSC responsibly concedes that the BP Dealers only have a claim under OPA and thus have no valid claim against Cameron (Doc. 7096 at 20).

While preserving its legal positions (Doc. 6922 at 2-3), Cameron respectfully reiterates its request that this Court confirm the dismissal of the BP Dealer claims against Cameron. Respectfully submitted,

| | |
|---|---|
| _____ | /s/ Phillip A. Wittmann |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
| dbeck@brsfirm.com | pwittmann@stonepigman.com |
| Joe W. Redden, Jr. | Carmelite M. Bertaut, 3054 |
| jredden@brsfirm.com | cbertaut@stonepigman.com |
| David W. Jones | Jared Davidson, 32419 |
| djones@brsfirm.com | jdavidson@stonepigman.com |
| Geoffrey Gannaway | STONE PIGMAN WALTHER |
| ggannaway@brsfirm.com | WITTMANN L.L.C. |
| BECK, REDDEN & SECREST, L.L.P. | 546 Carondelet Street |
| One Houston Center | New Orleans, Louisiana  70130 |
| 1221 McKinney St., Suite 4500 | Phone: (504) 581-3200 |
| Houston, TX 77010 | Fax: (504) 581-3361 |
| Phone: (713) 951-3700 | |
| Fax: (713) 951-3720 | |

*Attorneys for Cameron International Corporation*

1102908v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August, 2012.

/s/ Phillip A. Wittmann

1102908v1