NOTICE OF APPEARANCE - EXHIBIT "1"

NAME, ADDRESS, AND TELEPHONE NUMBER
[As to Medical Benefits Class Members]

| | Name | Address | Telephone Number |
|---|---|---|---|
| 1. | Bryan Baird* | 339 Verret Street, New Orleans, LA 70114 | 619-206-6597 |
| 2. | Richard Danos* | 122 Dantin, Raceland, LA 70394 | 985-537-4513 |
| 3. | Janice Danos* | 122 Dantin, Raceland, LA 70394 | 985-537-4513 |
| 4. | Daniel Hatcher | 755 Eastview Street, Jackson, MS 39209 | 601-850-1963 |
| 5. | Robyn Hill* | 1033 Tampa Avenue, Foley, AL 36535 | 251-978-8402 |
| 6. | Frank Howell | 1601 W 3rd Street, Russellville, AR 72801 | 407-459-6901 |
| 7. | Stephan R. Kolian* | 6775 Corporate Boulevard, #1207, Baton Rouge, LA 70809 | 225-910-0304 |
| 8. | David Landrieu* | 5617 Ruth Street, Metairie, LA, 70003 | 504-779-5759 |
| 9. | Kimberly Flair Landrieu* | 5617 Ruth Street, Metairie, LA, 70003 | 504-779-5759 |
| 10. | Chris Albert Martin | 119 Shannon Drive, Santa Rosa Beach, FL 32459 | 850-231-5052 |
| 11. | Jennifer Martin* | 119 Shannon Drive, Santa Rosa Beach, FL 32459 | 850-231-5052 |
| 12. | Doug John Maurras | 7213 Flood Reef Road, Pensacola, FL 32507 | 417-593-9743 |
| 13. | Denise Richoux | P.O. Box 1157, Grand Isle, LA 70358 | 504-416-5165 |
| 14. | Gary Schexnayder | 261 East 15th Street, LaRose, LA 70373 | 895-693-8635 |
| 15. | Ronald Franklin Shearon | 18283 E Main, Galliano, LA 70354 | 895-278-7685 |
| 16. | Patricia Maria Rye* | 18283 E Main, Galliano, LA 70354 | 895-278-7685 |
| 17. | KS, minor* | redacted | redacted |
| 18. | KS, minor* | redacted | redacted |
| 19. | Gregory Scott Turner | 201 Forrest Hill Drive, Lucedale, MS 39452 | 601-770-8081 |

EXHIBIT 1

| 20. | Jeff R. Vaughan | 1704 Turkey Oak Drive, Gulf Breeze, FL 32566 | 850-939-7355 |
| --- | --- | --- | --- |
| 21. | Rochelle Vaughan* | 1704 Turkey Oak Drive, Gulf Breeze, FL 32566 | 850-939-7355 |
| 22. | Monette Wynne | 21 Painted Bunting, Hilton Head Island, SC 29928 | 503-457-9993 |
| 23. | Greg Wynne | 21 Painted Bunting, Hilton Head Island, SC 29928 | 503-457-9993 |
| 24. | M W | redacted | redacted |
| 25. | R W | redacted | redacted |
| 26. | G W | redacted | redacted |
| 27. | Rachel Maneen | 6501 North W Street, Pensacola, FL 32505 | 850-202-8888 |
| 28. | Michael Boatright* | 2649 Centar Street, Harvey, LA 70058 | 504-430-8900 |
| 29. | Allen Walker* | 1811 East Lakeshore Dr., Carriere, MS 39426 | 601-710-2950 |
| 30. | Roxanne Walker* | 1811 East Lakeshore Dr., Carriere, MS 39426 | 601-710-2950 |
| 31. | Patricia Boyles* | 122 Browns Court, Maryville, TN 37804 | 865-233-4776 |
| 32. | James Morgan | 174 Managers Road, Zwolle, LA 1486 | 318-645-7180 |
| 33. | Steven Aguinaga* | 3158 Leatherwood Road Tylertown, MS 39667 | 318-737-6203 |
| 34. | Stephane Aguinaga* | 3158 Leatherwood Road Tylertown, MS 39667 | 318-737-6203 |
| 35. | Christopher Green | 17201 William Penn Road, Washington, Texas 77880 | 850-878-2736 |
| 36. | Jorey Danos | 103 Plain Drive, Thibodaux, LA 70301 | 985-278-3445 |

\*      Although not recognized Medical Class member per the Proposed Settlement Agreement, joining in due to unfair exclusion.