NOTICE OF APPEARANCE - EXHIBIT "1"

NAME, ADDRESS, AND TELEPHONE NUMBER

[As to Economic and Property Damages Class Members]

| Name | Phone | Address |
|---|---|---|
| Allen, Mr. Nolan W. | (601) 488-0263 | 218 Jeff Wheat Road<br>Picayune, MS 39466 |
| Auenson, Mr. Jody | (985) 475-5101 | Go Get Em Charters<br>115 Callais Lane<br>Golden Meadow, LA 70357 |
| Backwater Charters, LLC | (985) 868-2353 | Gerald Bryant<br>305 Laurel Drive<br>Houma, LA 70360 |
| Bay Coast Charters | (985) 637-3692 | Post Office Box 6<br>Golden Meadow, LA 70357 |
| Boatright, Mr. Michael | (504) 430-8900 | 2649 Centar Street<br>Harvey, LA 70058 |
| Bonanno, Mr. Gary | (225) 279-3800 | Post Office Box 1223<br>Mandeville, LA 70470 |
| Boyles, Ms. Pat | (865) 233-4776 | 122 Browns Court<br>Maryville, TN 37804 |
| Captain Al's Seafood | (504) 710-2950 | 1811 East Lakeshore Drive<br>Carriere, MS 39426 |
| Carite, Jr., Mr. Louis R. | (985) 845-2132 | 105 Pine-Oaks Court<br>Madisonville, LA 70447 |
| Clavier, Mr. Bryan | (504) 281-2539 | 1725 Center<br>Arabi, LA 70032 |
| Coastal Product Service, Inc. | (985) 643-3376 | Walter Groce<br>1189 Clipper Drive<br>Slidell, LA 70458 |
| Conger, Mr. Jason | (251) 401-7042 | 8535 Julius Street<br>Bayou La Batre, AL 36509 |
| Craig Electric | (504) 333-6105 | Andrew Craig<br>228 20th Street<br>New Orleans, LA 70124 |
| Danos, Mr. Jorey | (985) 278-3445 | 103 Plain Drive<br>Thibodaux, LA 70301 |
| Danos, Mr. Richard | (985) 537-4513 | 122 Dantin<br>Raceland, LA 70394 |
| DiMaggio, Ms. Daneen | (504) 467-6860 | 212 N. Upland Avenue<br>Metairie, LA 70003 |
| Doan, Mr. Thong H. | (504) 277-0979 | 3536 Van Cleave Drive<br>Meraux, LA 70075 |
| Don's Boat Landing | (337) 937-5070 | Tony Romero<br>5515 W. La. Highway 688<br>Erath, LA 70533 |
| Dupre, Mr. Raymond P. | (504) 885-1782 | 3729 Apollo Dr.<br>Metairie, LA 70003 |



NOTICE OF APPEARANCE - EXHIBIT "1"

NAME, ADDRESS, AND TELEPHONE NUMBER

[As to Economic and Property Damages Class Members]

| Name | Phone | Address |
|---|---|---|
| Esponge, Mr. Coby | (985) 804-1518 | 114 Fayhey Street<br>Houma, LA 70360 |
| Frelich Boat Rental, Inc. | (504) 554-1319 | 32082 Highway 23<br>Buras, LA 70041 |
| Frost, III, Dr. Lawrence N. | (504) 833-2500 | 525 Metairie Road<br>Metairie, LA 70005 |
| Gauthier, Mr. Kenneth | (318) 359-9708 | Waterfront Construction<br>237 Scary Woods Road<br>Plaucheville, LA 71362 |
| Gazzier, Mr. Daryl | (251) 443-7000 | Daryl Gazzier<br>2401 Island Road<br>Mobile, AL 36605 |
| Goutierrez, Mr. Tony C. | (504) 682-7905 | 3584 Highway 39<br>Braithwaite, LA 70040 |
| Green, Mr. Christopher Alan | (936) 878-2736 | 17201 William Penn Road<br>Washington, TX 77880 |
| Guerra, Mr. Marc | (504) 682-2717 | 2731 Highway 39<br>Braithwaite, LA 70040 |
| Guillot, Jr., Mr. James Luke | (504) 348-2238 | 5101 Tusa Drive<br>Marrero, LA 70072 |
| Hatcher, Mr. Dan | (601) 850-1963 | 755 Eastview Street<br>Jackson, MS 39209 |
| Hidalgo-Ouellet Holdings, LLC dba Envirochem | (337) 501-3038 | Jean Ouellet<br>251 La Rue France<br>Lafayette, LA 70508 |
| Howell, Mr. Frank | (407) 459-6901 | 1601 W 3rd Street<br>Russellville, AR 72801 |
| Innovation Event Management, LP | (512) 638-7626 | John-Morris Edwards<br>5508 Highway 290 West<br>Suite 208<br>Austin, TX 78735 |
| Jenkins, Mr. Reginald | (985) 652-2305 | 1912 West Frisco Drive<br>La Place, LA 70068 |
| Kaufmann, Sr., Mr. Michael | (504) 559-1614 | 3842 Kent Street<br>Slidell, LA 70458 |
| KLLG, LLC | (318) 322-5805 | Michael Fincher<br>1900 N. 18th Street<br>Suite 301<br>Monroe, LA 71201 |
| Kolian, Mr. Stephan R. | (225) 910-0304 | 6765 Corporate Boulevard<br>#1207<br>Baton Rouge, LA 70809 |
| Krewe of Rasberry | (985) 860-7855 | 136 Rasberry Lane<br>Post Office Box 84<br>Grand Isle, LA 70358 |

NOTICE OF APPEARANCE - EXHIBIT "1"

NAME, ADDRESS, AND TELEPHONE NUMBER

[As to Economic and Property Damages Class Members]

| Name | Phone | Address |
|---|---|---|
| KTRSR Cabs, Inc. | (504) 650-2481 | Kerry Roby<br>11021 Yardley Rd.<br>New Orleans, LA 70127 |
| Landrieu, Mr. David | (504) 779-5759 | 5617 Ruth Street<br>Metairie, LA 70003 |
| Maki, Mr. Andrew Henry | (228) 627-3852 | 8412 Marthaler Road<br>Moss Point, MS 39562-9399 |
| Maneen, Ms. Rachel | (850)202-8888 | 6501 North W Street,<br>Pensacola, FL 32505 |
| Marevic, Mr. Tonci | (281) 217-0380 | Prevlake<br>1105 W. Flamingo Drive<br>Seabrook, TX 77586 |
| Marino, Mr. Anthony D. | (504) 261-7947 | 300 N. Sibley St.<br>Metairie, LA 70003 |
| Martin, Mr. Alvin | (504) 994-8481 | 1620 Carol Sue Ave.<br>apt. 112<br>Terrytown, LA 70056 |
| Martin, Mr. Chris Albert | (850) 231-5052 | 119 Shannon Drive<br>Santa Rosa Beach, FL 32459 |
| Maurras, Mr. Doug John | (417) 593-9743 | 7213 Flood Reef Road<br>Pensacola, FL 32507 |
| McKenzie, III, Mr. Leonard Caswell | (850) 291-0809 | 1516 Evarist Street<br>Alexandria, LA 71301 |
| Michel, Bryce | (985) 851-6305 | Topwater Charters<br>123 Parlange Drive<br>Houma, LA 70360 |
| Morgan, Mr. James L. | (318) 645-7180 | 174 Managers Road<br>Zwolle, LA 71486 |
| New Orleans Carriage Cab Corporation | (504) 322-7084 | Daniel Davillier<br>1010 Common Street<br>Suite 2510<br>New Orleans, LA 70112 |
| Obiol, Mr. Allen | (504) 451-9791 | 525 Labarre Road<br>Jefferson, LA 70121 |
| Obiol, Mr. Michael | (504) 289-2031 | 525 Labarre Road<br>Jefferson, LA 70121 |
| Pain Management & Surgi-Group | (504) 433-1405 | 120 Terry Parkway<br>Gretna, LA 70056 |
| Pair-A-Dice Charters of Grand Isle, Inc. | (985) 860-7855 | Keith Bergeron<br>Post Office Box 84<br>Grand Isle, LA 70358 |
| Pellegrin, Jr., Mr. John | (985) 594-5173 | 4460 Bayouside Drive<br>Chauvin, LA 70344 |
| Picou, Mr. Stephen | (318) 745-3114 | 323 Johnson Street<br>Doyline, LA 71023 |

NOTICE OF APPEARANCE - EXHIBIT "1"

NAME, ADDRESS, AND TELEPHONE NUMBER

[As to Economic and Property Damages Class Members]

| Name | Phone | Address |
|---|---|---|
| Pinac, Mr. Chris | (504) 450-0889 | 2217 Robin Street<br>Slidell, LA 70460 |
| RHS Enterprises | (504) 885-8444 | 89 Audubon Boulevard<br>New Orleans, LA 70118-5537 |
| Richoux, Ms. Denise | (504) 416-5165 | Post Office Box 1157<br>Grand Isle, LA 70358 |
| Rigs, Reefs & Wrecks, Inc. | (504) 858-0484 | Mike Lane<br>30 Seaward Court<br>New Orleans, LA 70131 |
| Roman Dardar Charters, LLC | (985) 637-0811 | 178 W 192nd Street<br>Galliano, LA 70354 |
| Shearon, Jr., Mr. Ronald Franklin | (895)278-7685 | 18283 E. Main<br>Galliano, LA 70354 |
| KUHNAU's LLC | (985) 635-6973 | 121 Park Place<br>Independence, LA 70443 |
| Southcoast Staffing, LLC | (504) 432-5123 | Daniel Nunez<br>3813 East Loyola Drive<br>Kenner, LA 70065 |
| Southern Way Charters, Inc. | (601) 299-0726 | Jon Bartlett Haddad<br>664 Tatum Camp Road<br>Purvis, MS 39475 |
| Speck-Tackler Charters | (985) 475-5871 | Stuart J. Williams<br>217 Calais Lane<br>Golden Meadow, LA 70357 |
| Taylor, Mr. Charles | (228) 493-3177 | 239 Bay Oaks Drive<br>Bay St. Louis, MS 39520 |
| The Boat Yard, Inc. | (504) 267-5959 | Tracy Palmisano<br>6440 Westbank Expressway<br>Marrero, LA 70072-2746 |
| The Brylski Company | (504) 897-6110 | Cheron Brylski<br>3418 Coliseum Street<br>New Orleans, LA 70115 |
| Thompson, Mr. John M. | (251) 463-6277 | Coastal Outdoors<br>10160 Repoll Boulevard<br>Mobile, AL 36695 |
| Torry, Jr., Mr. David | (504) 367-2555 | 1701 Lake Maurepas Drive<br>Harvey, LA 70058 |
| Turner, Mr. Gregory Scott | (601) 770-8081 | 201 Forrest Hill Drive<br>Lucedale, MS 39452 |

NOTICE OF APPEARANCE - EXHIBIT "1"

NAME, ADDRESS, AND TELEPHONE NUMBER

[As to Economic and Property Damages Class Members]

| | | |
|---|---|---|
| Vince's Seafood | (504) 366-6575 | Barbara Jimenez<br>Vince's Seafood, Inc.<br>1105 Lafayette Street<br>Gretna, LA 70053 |
| Water Wave Airboats, Inc. | (504) 544-1319 | 14325 Highway 23<br>Belle Chasse, LA 70037 |
| Wilhelm, Ms. Marla | (937) 305-1462 | 22-B Joe R Lee Road<br>Carriere, MS 39426 |
| Wilkinson, Mr. David | (504) 975-1791 | 22-B Jue R. Lee Road<br>Carriere, MS 39426 |
| Wynne, Ms. Monette | (502) 457-9993 | 21 Painted Bunting<br>Hilton Head Island, SC 29928 |