NOTICE OF APPEARANCE – EXHIBIT "2"
[As to Economic and Property Damages Class Members]

SWORN DECLARATION OF STUART H. SMITH
ATTESTING TO REPRESENTATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally appeared STUART H. SMITH, who after being duly sworn, deposes and states as follows:

1. I am a member of the law firm of SMITH STAG, L.L.C. and am attesting that I am counsel for the Economic and Property Damages Class Members as listed in Exhibit "1" to the Notice of Appearance. I have been a member in good standing of the Louisiana State Bar Association (LSBA bar no. 17805) and the United States District Court, Eastern District of Louisiana since 1986.

2. Under penalty of perjury the foregoing is true and correct.

DATED on this 30th day of August 2012.

_____
STUART H. SMITH

SWORN AND SUBSCRIBED before me on this 30th day of August 2012.

_____
Barry James Cooper, Jr., Notary Public



Notary Public State of Florida
Barry J Cooper Jr
My Commission DD960191
Expires 02/18/2013

EXHIBIT 2