UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br>2:12-cv-009888<br>2:12-cv-01295-CJB-SS<br>2:12-cv-02048<br>Unfiled Economic and Property Damages Class Members | Magistrate Judge Shushan |

NOTICE OF APPEARANCE

[As to Economic and Property Damages Class Members]

COME NOW the Law Offices of SMITH STAG, L.L.C. and KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN & McKEE, P.A. and file this Appearance as Attorneys of Record for the Economic and Property Damages Class Members listed in Exhibit "1." In addition, attached hereto is a Sworn Declaration of CATHERINE B. CUMMINS, Esquire, attesting to the representation of each Economic and Property Damages Class Member listed in Exhibit "1."

DATED on this 31st day of August 2012.

Respectfully submitted.

SMITH STAG, L.L.C.

By: /s/   Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Economic and Property Damages Class Members*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Notice of Appearance will be filed into the record via the Court's ECF electronic filing system and will be served on all counsel via Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12 this August 31, 2012.

I HEREBY FURTHER CERTIFY that the above and foregoing Plaintiffs' Notice of Appearance was sent by U.S. first-class mail to:  **Economic Lead Class Counsel:**  James Parkerson Roy, Esquire, Attention:  Deepwater Horizon E&PD Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention:  Deepwater Horizon E&PD Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; **Defendants' Counsel:**  Richard C. Godfrey, P.C., Attention:  Deepwater Horizon E&PD Benefits Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654.

SMITH STAG, L.L.C.

By: /s/ Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Economic and Property Damages Class Members*