NOTICE OF APPEARANCE – EXHIBIT "2"
[As to Economic and Property Damages Class Members]

SWORN DECLARATION OF CATHERINE B. CUMMINS
ATTESTING TO REPRESENTATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally appeared CATHERINE B. CUMMINS, who after being duly sworn, deposes and states as follows:

1. I am an associate of the law firm of SMITH STAG, L.L.C. and am attesting that I am counsel for the Economic and Property Damages Class Members as listed in Exhibit "1" to the Notice of Appearance. I have been a member in good standing of the Louisiana State Bar Association (LSBA bar no. 29558) a since 2005.

2. Under penalty of perjury the foregoing is true and correct.

DATED on this 30th day of August 2012.

_____
CATHERINE B. CUMMINS

SWORN AND SUBSCRIBED before me upon personal knowledge and direct authority provided to me on this 30th day of August 2012.

_____
Barry James Cooper, Jr., Notary Public

Notary Public State of Florida
Barry J Cooper Jr
My Commission DD065161
Expires 02/10/2013

EXHIBIT

2