UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

MDL No.:  2179

Section "J"

Judge Barbier

Magistrate Judge Shushan

This Document Relates to:
2:12-cv-009888
2:12-cv-01295-CJB-SS
2:12-cv-02048
Unfiled Economic and Property Damages
Class Members

NOTICE OF APPEARANCE

[As to Economic and Property Damages Class Members]

COME NOW the Law Offices of SMITH STAG, L.L.C. and KRUPNICK, CAMPBELL,

MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN & McKEE, P.A. and file this

Appearance as Attorneys of Record for the Economic and Property Damages Class Members

listed in Exhibit "1."   In addition, attached hereto is a Sworn Declaration of MICHAEL G.

STAG, Esquire, attesting to the representation of each Economic and Property Damages Class

Member listed in Exhibit "1."

DATED on this 31st day of August 2012.

Respectfully submitted.


SMITH STAG, L.L.C.


By: /s/   Michael G. Stag_____

Michael G. Stag, Esquire
msmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile


*Attorneys for Economic and Property Damages
Class Members*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Notice of Appearance will be filed into the record via the Court's ECF electronic filing system and will be served on all counsel via Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12 this August 31, 2012.

I HEREBY FURTHER CERTIFY that the above and foregoing Plaintiffs' Notice of Appearance was sent by U.S. first-class mail to: **Economic Lead Class Counsel:** James Parkerson Roy, Esquire, Attention: Deepwater Horizon E&PD Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention: Deepwater Horizon E&PD Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; **Defendants' Counsel:** Richard C. Godfrey, P.C., Attention: Deepwater Horizon E&PD Benefits Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654.

SMITH STAG, L.L.C.


By: /s/   Michael G. Stag

Michael G. Stag, Esquire
msmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Economic and Property Damages
Class Members*

4