**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: | * | **MDL NO. 2179** |
| **Oil Spill by the Oil Rig "Deepwater Horizon"** | * | |
| **in the Gulf of Mexico, on April 20, 2010** | * | |
| | * | **SECTION J** |
| | * | |
| **This document relates to all actions.** | * | |
| | * | **HONORABLE CARL J.** |
| | * | **BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |

---

### CLAIMANTS' NOTICE OF APPEARANCE OF COUNSEL

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE CARL J BARBIER:

COME NOW, **(1) Snodgrass Brothers, Inc.** (GCCF Claimant Number 3346519, Deepwater Horizon Settlement Program Claimant Number 100055645); **(2) La Reta, Inc.** (GCCF Claimant Number 3346127, Deepwater Horizon Settlement Program Claimant Number 100055646); and **(3) Emigdio Cruz** (GCCF Claimant Number 3401314, Deepwater Horizon Settlement Program Claimant Number 100055643) and **(4) Those Similarly Situated**, Claimants herein, and would respectfully show as follows:

Attorney **Cary M. Toland** of the **LAW OFFICE OF CARY M TOLAND PC** hereby gives notice of his appearance as Counsel for the above named Claimants in the above numbered and styled cause.   Attorney **Cary M. Toland** of the **LAW OFFICE OF CARY M TOLAND PC timely** filed short form filings in the multi-district

litigation for these clients and files this **NOTICE OF APPEARANCE** out of an abundance of causation and to insure adherence to this Honorable Court and the proposed Settlement Agreement's requirements as to appearance.

Please copy **Cary M. Toland** of the **LAW OFFICE OF CARY M TOLAND PC** on all correspondence and documents filed in this case as they relate to objections to the settlement agreement.

Respectfully submitted,

**COUNSEL FOR CLAIMANTS,**
**Snodgrass Brothers, Inc.;**
**La Reta, Inc.;**
**Emigdio Cruz**
**and Those Similarly Situated:**

**LAW OFFICE OF CARY M TOLAND PC**
855 East Harrison Street
Brownsville, Texas 78520
Telephone:   (956) 544-4607
Fax:   (956) 541-2117
E-Mail Address:   cary@carytolandlaw.com

by:   /s/Cary M. Toland
        Cary M. Toland, Attorney-in-charge
        State Bar of Texas No. 00785112
        Federal I.D. No. 17558

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that true and correct copies of **CLAIMANTS' NOTICE OF APPEARANCE OF COUNSEL** were electronically served on August 31, 2012 to all those listed as receiving electronic service.

/s/Cary M. Toland
Cary M. Toland