```
+--------------------------------------------------------------------------+
|  TPWD News Release 20090506b                                              |
+--------------------------------------------------------------------------+
|  This page contains only plain text, no HTML formatting codes.           |
|  It is not designed for display in a browser but for copying             |
|  and editing in whatever software you use to lay out pages.              |
|  To copy the text into an editing program:                               |
|    --Display this page in your browser.                                  |
|    --Select all.                                                         |
|    --Copy.                                                               |
|    --Paste in a document in your editing program.                        |
|  If you have any suggestions for improving these pages, send             |
|  an e-mail to webtech@tpwd.state.tx.us and mention Plain Text Pages.     |
+--------------------------------------------------------------------------+
```

[ Note: This item is more than three years old. Please take the publication date into consideration for any date references. ]
[ Media Contact: Aaron Reed, 512-389-8046 ] [AR]
May 6, 2009
Gulf Shrimp Season to Close May 15
AUSTIN, Texas -- The Gulf of Mexico commercial shrimp season for both state and federal waters will close 30 minutes after sunset Friday, May 15, until an unspecified time in July.
The closing date is based on samples collected by the Coastal Fisheries Division of the Texas Parks and Wildlife Department using trawl, bag seine and other information gathered from the shrimping industry.
Data regarding TPWD brown shrimp bag seine catch rates, mean lengths of shrimp in April 2008, percent of samples containing shrimp, and periods of maximum nocturnal ebb tidal flow indicate a May 15 closing date is appropriate. Typically, once the shrimp reach about 3 ½ inches long, they begin their migration back to the Gulf of Mexico.
"The closure is designed to allow these small shrimp to grow to a larger more valuable size before they are vulnerable to harvest," said Robin Riechers, TPWD Coastal Fisheries Division science and policy director. "The goal is to achieve optimum benefits for the shrimping industry while providing proper management to protect the shrimp."
The Texas closure applies to Gulf waters from the coast out to nine nautical miles. The National Marine Fisheries Service has announced federal waters out to 200 nautical miles also will be closed to conform to the Texas closure.
While the statutory opening date for the Gulf season is July 15, the Coastal Fisheries Division will be sampling shrimp populations to determine the optimum opening date for both the shrimp and the shrimpers. No announcement will be made concerning the re-opening until June data are collected.
-30-

```
-------------------------------------------------------------------------+
|  TPWD News Release 20090707a                                            |
+-------------------------------------------------------------------------+
|  This page contains only plain text, no HTML formatting codes.         |
|  It is not designed for display in a browser but for copying           |
|  and editing in whatever software you use to lay out pages.            |
|  To copy the text into an editing program:                             |
|    --Display this page in your browser.                                |
|    --Select all.                                                       |
|    --Copy.                                                             |
|    --Paste in a document in your editing program.                      |
|  If you have any suggestions for improving these pages, send           |
|  an e-mail to webtech@tpwd.state.tx.us and mention Plain Text Pages.   |
+-------------------------------------------------------------------------+
```

[ Note: This item is more than three years old. Please take the publication date into consideration for any date references. ]
[ Media Contact: Aaron Reed, 512-389-8046 ] [AR]
July 7, 2009
Gulf of Mexico Shrimp Season to Open July 15
AUSTIN, Texas -- The Gulf of Mexico commercial shrimp season for both state and federal waters will open 30 minutes after sunset Wednesday, July 15, 2009. The opening date is based on an evaluation of the biological, social and economic information to maximize the benefits to the industry and the public.
In making its determination, the Texas Parks and Wildlife Department Coastal Fisheries Division used the best available scientific information including samples collected by using trawls and bag seines in TPWD routine data collection.
"There are good stocks of brown shrimp out there and they are widely distributed," said Robin Riechers., TPWD Coastal Fisheries Division science and policy director.
The purpose of the closed Gulf season is to protect brown shrimp during their major period of emigration from the bays to the Gulf of Mexico until they reach a larger, more valuable size before harvest and to prevent waste caused by the discarding of smaller individuals.
Federal waters (from 9 to 200 nautical miles offshore) will open at the same time that state waters will open. The National Marine Fisheries Service chose to adopt rules compatible with those adopted by Texas.
-30-