# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to: All Cases | *  MDL No. 2179<br>*<br>*<br>*  Section: J<br>*<br>*  Honorable Carl Barbier<br>*<br>*  Magistrate Judge Shushan |

## NOTICE OF APPEARANCE

[As to Economic and Property Damage Class Members]

PLEASE TAKE NOTICE that Gladstone N. Jones III, Lynn E. Swanson, Catherine E. Lasky, H.S. Bartlett III, Emma Elizabeth Daschbach and the law firm of JONES, SWANSON, HUDDELL & GARRISON, LLC do hereby make an appearance as attorneys of record for Economic and Property Class Members, Murphy Foster; Don Scott; W.L. Petrey Wholesale Company, Inc.; and Petrey Novelty, Inc. in the above referenced matter.

It is respectfully requested that all pleadings, motions, correspondence and any other filings made in the above referenced case be served upon the undersigned counsel.

Respectfully submitted,

/s/ Lynn E. Swanson
**GLADSTONE N. JONES, III (# 22221)**
**LYNN E. SWANSON (#22650)**
**H.S. BARTLETT III (# 26795)**
**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
**CATHERINE E. LASKY (#28652)**
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2012, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

                                                  */s/* Lynn E. Swanson