IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | * | Section: J |
| Applies to: All Cases | * | |
| | * | Honorable Carl Barbier |
| | * | |
| | * | Magistrate Judge Shushan |

-------------------------------------------------------------------------------------------------------------------

**EX PARTE CONSENT MOTION AND INCORPORATED MEMORANDUM PURSUANT TO LOCAL RULE 7.4 IN SUPPORT FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS AND SUPPORTING DOCUMENTS TO DEEPWATER HORIZON SETTLEMENT AGREEMENT UNTIL AND INCLUDING SEPTEMBER 7, 2012**

**NOW INTO COURT** come Proposed Objectors Murphy Foster; Don Scott; W.L. Petrey Wholesale Company, Inc.; and Petrey Novelty Inc. (herein thereafter "Proposed Objectors") through their undersigned counsel, and submit this Ex Parte Consent Motion and Incorporated Memorandum in Support Pursuant to Local Rule 7.4 For Enlargement Of Time To File Objections and Supporting Documents to Deepwater Horizon Settlement Agreement Until and Including September 7, 2012. In support, Proposed Objectors set forth the following reasons:

1.   As this Court is aware, as of noon on Monday, August 27, 2012, the CM/ECF filing system was unavailable because of the approaching Hurricane Isaac and remained unavailable through August 30, 2012.

2.   Also because of Hurricane Isaac, undersigned counsel was unable to communicate with the Proposed Objectors, compile the necessary documents and finalize the objections for filing on August 31, 2012.

3.   The undersigned was informed that at least one liaison class counsel has indicated that in discussions with the Court he anticipates that the current deadline will be

1

extended for at least a like period of Court and electronic filing system closings. As of the filing of this Motion, no order has been entered.

4. The undersigned submits that an extension until and including Friday, September 7, 2012 for the filing of objections is reasonable and fair. Undersigned counsel contacted Steve Herman, liason counsel for the Plaintiffs' Steering Committee, who responded that the PSC and BP consented to a one week extension of time to file objections. *See* Exhibit "A."

5. Objections play a valuable role in the overall process of ensuring that class action settlements are fair, reasonable and adequate. No party can claim serious prejudice by, under the current circumstances, not extending the deadline, particularly in light of the fact that the fairness hearing has been noticed for November 8, 2012, which is more than two months from the date of the filing of this motion and the requested extension.

6. Under Federal Rule of Civil Procedure 16 and principles of equity the Court can extend deadlines for good cause shown. According to the Fifth Circuit, "'the good cause standard requires the "party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension."'" *In re FEMA Trailer Formaldehyde Products Liability Litigation*, 2012 WL 1580665, *2 (E.D. La. May 24, 2011)(quoting *S&W Enterprises, LLC v. SouthTrust Bank of Alabama, NA*, 315 F.3d 533, 535 (5th Cir. 2003)(internal citation omitted)).[1]

7. The Proposed Objectors submit that good cause exists because of the communication and filing delays and difficulties caused by Hurricane Isaac and that despite the

---

[1] Unlike the Proposed Objectors, the parties in *S&W Enterprises* and *FEMA Trailer* were seeking leave pursuant to Rule 16(b) to amend a scheduling order after the applicable deadlines had passed.

Proposed Objectors' diligence in preparing the objections, the current deadline of August 31, 2012, cannot be met. The Proposed Objectors also submit that no prejudice will result as a result of the one week extension requested.

**WHEREFORE**, the premises considered, the undersigned respectfully prays for an order extending the time to file and submit objections and supporting documents until and including Friday, September 7, 2012 (or in the event of like or similar motions filed by other objectors, the latest date granted by the Court).  If this motion cannot be ruled upon before the current due date for the above or any other reason the undersigned requests that the Court enter an appropriate order *Nunc Pro Tunc* granting the prayed for relief consistent with Federal Rule of Civil Procedure 16 and equity and grant the Proposed Objectors such other and further relief to which they may be entitled.

Respectfully submitted,

*/s/* Lynn E. Swanson
**GLADSTONE N. JONES, III (# 22221)**
**LYNN E. SWANSON (#22650)**
**H.S. BARTLETT III (# 26795)**
**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
**CATHERINE E. LASKY (#28652)**
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

*/s/* Lynn E. Swanson