# EXHIBIT A

# Lynn Swanson

| | |
|---|---|
| **From:** | Steve Herman <SHERMAN@hhklawfirm.com> |
| **Sent:** | Friday, August 31, 2012 11:56 AM |
| **To:** | Lynn Swanson |
| **Subject:** | Re: Consent to file Motion for Extension of time to Object |

I have already suggested a one-week extension, to which BP has agreed. Haven't heard back from the Court.

On Aug 31, 2012, at 11:52 AM, "Lynn Swanson" <LSwanson@jonesswanson.com> wrote:

> Steve:
>
> Will you, on behalf of the PSC, consent to our filing a motion for an extension of time to object to the settlement on behalf of a few of our clients?
> I hope that Isaac left you and your family safe and sound.
>
> Lynn E. Swanson
> Jones, Swanson, Huddell & Garrison, L.L.C.
> 601 Poydras Street, Suite 2655
> New Orleans, Louisiana  70130
> Telephone: 504.523.2500
> Facsimile:  504.523.2508
>
> CONFIDENTIALITY NOTICE: This e-mail transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (504) 523-2500 or by return e-mail to arrange for return of the information or destruction of the same.
>
> IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

1