IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | * | Section: J |
| Applies to: All Cases | * | |
| | * | Honorable Carl Barbier |
| | * | |
| | * | Magistrate Judge Shushan |

-------------------------------------------------------------------------------------------------------------------

## ORDER

Considering the foregoing Proposed Objectors Murphy Foster; Don Scott; W.L. Petrey Wholesale Company, Inc.; and Petrey Novelty, Inc. Ex Parte Consent Motion For Enlargement Of Time To File Objections and Supporting Documents to Deepwater Horizon Settlement Agreement Until and Including September 7, 2012,

IT IS ORDERED that said motion is GRANTED and that the Proposed Objectors shall be afforded additional time until and including Friday, September 7, 2012 to file objections to the proposed settlement agreement in the above-captioned matter.

New Orleans, Louisiana this ___ day of August, 2012.

_____
UNITED STATES DISTRICT COURT