UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO: 2179 |
| | | SECTION: J |
| | | HONORABLE CARL J. BARBIER |
| Relates to: | All Cases | |
| | | MAGISTRATE JUDGE SHUSHAN |

NOTICE OF APPEARANCE
(As to Medical Benefits Class Members)

**COMES NOW**, Sterbcow Law Group, LLC and Melancon | Rimes, LLC, who collectively file this Notice of Appearance as attorneys of record for the Medical Benefits Class Members as attached hereto. In addition, attached please find the sworn declaration of Jason L. Melancon, Esq. attesting to the representation of such individuals in the above styled action.

Signed this 31st day of August, 2012.

Respectfully Submitted:
**Melancon | Rimes, LLC**


| s/ Jason L. Melancon | s/ Marx. Sterbcow |
|---|---|
| **Jason L. Melancon, La. Bar No. 28152** | Marx Sterbcow, LLM, JD |
| **Robert C. Rimes, La. Bar No. 28740** | **La. Bar No. 28425** |
| 8706 Jefferson Hwy., Suite A | The Sterbcow Law Group, LLC |
| Baton Rouge, LA 70809 | 1734 Prytania St. |
| Telephone: (225) 303-0455 | New Orleans, LA 70130 |
| Fax: (225) 303-0459 | Telephone: (504) 523-4930 |
| jason@melanconrimes.com | Fax: (888) 241-6248 |

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER |
| Relates to: | All Cases | MAGISTRATE JUDGE SHUSHAN |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record, who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record, who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid.

**I HEREBY CERTIFY** that the above was sent via U.S. Mail to: Medical Lead Class Counsel: James Parkerson Roy, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson St., Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C. Attention: Deepwater Horizon Medical Benefits Settlement Kirkland & Ellis, LLP, 300 North LaSalle St. Chicago Il., 60654 as of the date as set forth above.

Signed this 31st day of August, 2012 at Baton Rouge, Louisiana.

_____s/ Jason L. Melancon_____