# List of Claimants

| Name | Phone | Address |
|---|---|---|
| Abreu, Reynaldo | 786-525-6631 | 1646 SW 7 Street Apartment 4 Miami, FL 33135 |
| Aparecio, Adonay | 786-328-2766 | 3060 SW 19 Street Miami, FL 33145 |
| Arellano, Miguel | 863-228-7731 | 813 East El Paso Lot 30 Clewiston, FL 33440 |
| Ayestas, Wullen | 504-473-4141 | 1556 W Chelsea Rd Apt D Harvey, LA 70058 |
| Auceda, Martha | 228-313-7821 | 11387 Gould Rd Apt B6 Gulfport, MS 39503 |
| Ayala, Ramon | 786-400-5392 | 1868 West Flagler Street Miami, FL 33135 |
| Benites, Noel | 504-275-4592 | 1016 Orange Blossom Lane Apt A Harvey, LA 70058 |
| Balmaceda, Jose | 239-269-6825 | 5441 Trammel Street Naples, FL 34113 |
| Balmaceda, Norbelis | 813-230-1208 | 3630 Hibiscus Avenue Naples, FL 34104 |
| Bueno, Luis | 406-647-3643 | 1348 Jefferson Drive #63 Port Arthur, TX 77642 |
| Bulte, Rigoberto "Tronco" | 786-232-2413 | 3275 East 4th Avenue Apt 14 Hialeah, FL 33013 |
| Cabacungan, Rubin | 863-228-7355 | PO Box 2843 Clewiston, FL 33440 |
| Castro, Ariel | 305-767-0174 | 11324 NW Flagler Lane Miami, FL 33172 |
| Castro, Carmen | 786-237-1570 | 32 NW 14th Ave Miami, FL 33125 |
| Cordero, Dania | 850-393-8814 | 16441 S Harrells Ferry Rd Apt 803 Baton Rouge, LA 70816 |
| Cortes, Fabian | 786-262-9175 | 1912 SW 131 Court Miami, FL 33175 |
| Diaz, Rigoberto | 850-530-9412 | PO Box 226883 Miami, FL 33222 |
| Fabre, Felipe | 406-663-5127 | 901 Main Avenue Port Arthur, TX 77642 |
| Flores Montalvan, Carlos | 504-645-7557 | 764 NW 36 Avenue Miami, FL 33125 |
| Garcia, Jose | 561-261-6850 | 340 West Canal Street S Lot 15 Belleglade, FL 33430 |
| Garcia-Chicano, Daschiell | 305-778-9139 | 2460 West 60th Place Apt 108 Hialeah, FL 33016 |
| Godoy, Berta | 786-587-4084 | 761 NW 35th Street Apt 3 Miami, FL 33127 |
| Godoy, Jose | 305-351-6663 | 1044 SW 3rd Street Miami, FL 33130 |
| Gonzalez, Emil | 786-444-7494 | 3636 SW 9th Street Apt 6 Miami, FL 33135 |
| Lugo, Ernesto Maya | 786-510-2443 | 901 Main Avenue Apt 134 Port Arthur, TX 77642 |
| Gonzalez, Juan | 786-372-4335 | 955 SW 2nd Avenue Apt 808 Miami, FL 33130 |
| Gonzalez, Pedro Pablo | 786-340-9135 | 11335 NW Flagler Lane Miami, FL 33172 |
| Gonzalez, Richar | 228-323-3635 | 11387 Gould Rd Apt E6 Gulfport, MS 39503 |
| Grimon, Angel | 786-470-7598 | 17010 NW 54 Court Miami Gardens, FL 33055 |
| Martinez, Lucio | 504-800-3904 | 1911 Huey P Long Avenue Gretna, LA 70053 |
| Hernandez, Leandro | 786-367-0946 | 4301 NW 197 Street Miami, FL 33055 |
| Herrera, Bryant | 786-296-8052 | 13800 SW 174 Street Miami, FL 33177 |
| Huervo, Alfredo | 251-545-8522 | 6150 Boykin Road Lot D Theodore, AL 36582 |
| Huervo, Juan | 251-272-3451 | 6150 Boykin Road Lot D Theodore, AL 36582 |
| Quintana, Alejandro | 786-354-1388 | 522 SW 3rd Street Miami, FL 33130 |
| Ramirez, Geovanni C. | 832-414-1242 | 470 Maxey Road Apt 202 Houston, TX 77013 |
| Jimenez, Heron | 561-261-5853 | 1190 Liberty Clewiston, FL 33440 |
| Leyva, Orlando | 305-8033839 | 5720 NW 111 Terr Miami, FL 33012 |
| Rodriguez, Gloria Elizabeth | 228-257-5860 | 11387 Gould Road Apt H Gulfport, MS 39503 |
| Lezanna Cortez, Segundo | 786-406-4429 | 2731 SW 16 Street Miami, FL 33145 |
| Llorens, Maura | 786-955-5341 | 863 NW 134 Place Miami, FL 33182 |
| Lopez, Blanca | 228-265-3367 | 11387 Gould Road Apt D4 Gulfport, MS 39503 |
| Tamayo, Arnaldo | 406-670-5981 | 1670 SW 11 Terrace Miami, FL 33135 |
| Machet, Carlos | 786-387-8339 | 4920 SW 89 Place Miami, FL 33165 |
| Martinez Jr., Guillermo | 786-731-4577 | 383 East 5th Street Hialeah, FL 33010 |
| Martinez Sr., Guillermo | 786-348-9807 | 11324 NW Flagler Lane Miami, FL 33172 |
| Velasquez, Norman | 832-566-7172 | 12022 Dumas Street Houston, TX 77034 |
| Martinez, Belkis | 305-244-2105 | 383 East 5th Street Hialeah, FL 33010 |
| Mejia, Jose Raul | 305-409-0706 | 1910 NW 19 Avenue Miami, FL 33125 |
| Vital, Samuel | 406-647-3853 | 901 Main Avenue Apt 134 Port Arthur, TX 77642 |
| Lopez, Stephanie | 832-508-9199 | 12022 Dumas Street Houston, TX 77034 |
| Orozco, William | 850-541-7244 | 1642 SW 7th Street Apt 2 Miami, FL 33135 |

| Name | Phone | Address |
|---|---|---|
| Paloblanco, Uriel | 561-261-0595 | 1550 Old US Highway 27 Lot 236 Clewiston, FL 33440 |
| Perez, Ruben | 786-519-6968 | 2695 SW 18th Street Apt 101 Miami, FL 33145 |
| Pupo, Jose Antonio | 305-907-4777 | 467 East 27th Street Apt 6 Hialeah, FL 33013 |
| Salgado, Enrique | 561-541-8741 | Po Box 6414 Lake Worth, FL 33417 |
| Sanchez, Nabor | 772-409-4054 | 304 S 18 Street Ft. Pierce, FL 34950 |
| Restrepo Herrera, Jaime | 786-704-6802 | 1671 NE 176 Street North Miami Beach, FL 33162 |
| Restrepo, Jaime | 786-537-1851 | 1671 NE 176 Street North Miami Beach, FL 33162 |
| Rivas, Denis | 228-383-0058 | 11600 Lorraine Road Apt A6 Gulfport, MS 39503 |
| Rodriguez, Armando | 305-810-7901 | 5155 SW 1st Street Apt 1 Miami, FL 33134 |
| Arbaysa, Brenda | 832-398-6490 | 5330 S. Lake Houston Pkwy Houston, TX 77049 |
| Romero, Leonardo | 504-342-6036 | 315 W 20 Street Apt 110 Hialeah, FL 33010 |
| Rosario, Rafael | 813-382-5538 | PO Box 153076 Tampa, FL 33684 |
| Salamanca, Remberto | 786-457-2025 | 1000 NW 24 Ave Miami, FL 33125 |
| Thaureaux Llorens, Yenileis | 305-766-4338 | 11315 NW Flagler Lane Miami, FL 33172 |
| Urroz, Rafael | 832-545-9548 | 1630 NW 1st Street Apt 4 Miami, FL 33125 |
| Vega, Nelson | 786-370-4137 | 13068 SW 188 Street Miami, FL 33177 |
| Vega-Sosa, Minaldo | 361-353-3088 | 3049 9th Street Port Arthur, TX 77642 |
| Vido, Francisco | 646-957-3193 | 1214 Dahl Rd Louisville, KY 40213 |
| Villa, Andres | 850-393-8198 | 16441 S Harrells Ferry Rd Apt 803 Baton Rouge, LA 70816 |
| Arbaiza, Ana | 832-531-4578 | 12022 Dumas Street Houston, TX 77034 |
| Morales, Pedro | 863-233-4101 | 311 S. San Pedro Street Clewiston, FL 33440 |
| Socarras, Angelo | 305-205-2865 | 150 W 16 Street Hialeah, FL 33010 |