UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO: 2179 |
| | | SECTION: J |
| | | HONORABLE CARL J. BARBIER |
| Relates to: | All Cases | |
| | | MAGISTRATE JUDGE SHUSHAN |

### SWORN DECLARATION OF JASON L. MELANCON

**STATE OF LOUISIANA**
**PARISH OF EAST BATON ROUGE**

  **BEFORE ME**, the undersigned authority, personally appeared Jason L. Melancon, who after being duly sworn, deposes and states as follows:

1. I am the managing member of the law firm of Melancon | Rimes, LLC and am attesting that I along with Marx Sterbcow are counsel for the Medical Benefits Class Members attached to the Notice of Appearance. I have been a member of the bar since October 2002.

2. Under Penalty of Perjury the foregoing is true and correct.

                  _____
                  Jason L. Melancon, Esq.

**SWORN AND SUBSCRIBED**
before me, Notary Public, on this 31st day
of August, 2012.

_____
Robert C. Rimes, La. Bar No. 28740

3