# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| All Cases | MAG. JUDGE SHUSHAN |

### NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING
(As to Economic and Property Damages Class Members)

NOW INTO COURT, comes the Didriksen Law Firm and as attorneys of record for the Economic and Property Damages Class members Quality Metal Works, Inc., Casbarian Engineering Associates, L.L.C., and Cambas Electric, Inc. file this Notice of Intention to Appear at Fairness Hearing.

DATED on this 31st day of August 2012.

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*/s/ Caleb H. Didriksen*
**CALEB H. DIDRIKSEN**, La. Bar No. 1334
**DIANE R. COSENZA**, La. Bar No. 4419
**MICHAEL D. LANE**, La. Bar No. 30364
3114 Canal Street
New Orleans, LA 70119
Telephone:  (504) 586-1600
Facsimile:   (504) 822-3119
Email: caleb@didriksenlaw.com
           diane@didriksenlaw.com
           mike@didriksenlaw.com
Attorneys for Economic and Property Damages Class Members

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Intention to Appear at Fairness Hearing has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August, 2012.

I hereby further certify that the above and foregoing Notice of Intention to Appear at Fairness Hearing was sent by U.S. first-class mail to: Economic Lead Class Counsel: James Parkerson Roy, Esquire, Attention: Deepwater Horizon E&PD Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention: Deepwater Horizon E&PD Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Ave., New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C., Attention: Deepwater Horizon E&PD Benefits Settement, Kirkland & Ellis, LLP, 300 North LaSalle Street, Chicago, IL 60654 on this 31st day of August, 2012.

/s/ Caleb H. Didriksen