# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § MDL No. 2179 <br> SECTION: J |
| This Filing Relates to: ALL CASES (Including Civil Action Nos. 10-7777, 12-968 and 12-970) | § § § § JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

## AND

## NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

COMES NOW Donald E. Godwin on behalf of Halliburton Energy Services, Inc. ("HESI"), and files this Notice of Appearance and Notice of Intention to Appear at the Fairness Hearing, scheduled for November 8, 2012, regarding the Proposed Economic & Property Damages Class Action Settlement Agreement. Although HESI is not an Economic & Property Damages Settlement Class Member, it nonetheless has standing to object to the proposed Economic & Property Damages Class Settlement, as detailed in its Objections filed contemporaneously with this Notice.

DATED on this 31st day of August 2012.

1979862 v1-24010/0002 PLEADINGS

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Notice of Intention to Appear at Fairness Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 31st day of August, 2012.

I hereby further certify that the above and foregoing Notice of Appearance and Notice of Intention to Appear at Fairness Hearing was sent by U.S. first-class mail on this 31st day of August, 2012 to:

Stephen J. Herman
HERMAN HERMAN KATZ
& COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

James Parkerson Roy
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510

| | |
|---|---|
| Rhon E. Jones<br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS & MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104 | Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| Matthew E. Lundy<br>LUNDY, LUNDY, SOILEAU &<br>SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA 70601 | Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA &<br>TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA 70037 |
| Michael C. Palmintier<br>deGRAVELLES, PALMINTIER,<br>HOLTHAUS & FRUGE'<br>618 Main Street<br>Baton Rouge, LA 70801-1910 | Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL 36660 |
| Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW &<br>ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA 70130 | Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201 |
| Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726 |
| Mikal C. Watts<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3,<br>Suite 100<br>San Antonio, TX 78257 | Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464 |
| Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP<br>435 Corporate Drive, Suite 101<br>Maison Grand Caillou<br>Houma, LA 70360 | Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134 |

                                                  /s/ Donald E. Godwin
                                                  Donald E. Godwin