UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION: J |
| **This Filing Relates to:** ALL CASES | § § | JUDGE BARBIER |
| (Including Civil Action Nos. 10-7777, 12-968 and 12-970) | § | MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

## AND

## NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

COMES NOW Donald E. Godwin on behalf of Halliburton Energy Services, Inc. ("HESI"), and files this Notice of Appearance and Notice of Intention to Appear at the Fairness Hearing, scheduled for November 8, 2012, regarding the Proposed Medical Benefits Class Action Settlement Agreement. Although HESI is not a Medical Benefits Settlement Class Member, it nonetheless has standing to object to the proposed Medical Benefits Class Settlement, as detailed in its Objections filed contemporaneously with this Notice.

DATED on this 31st day of August 2012.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance and Notice of Intention to Appear at Fairness Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 31st day of August, 2012.

I hereby further certify that the above and foregoing Notice of Appearance and Notice of Intention to Appear at Fairness Hearing was sent by U.S. first-class mail on this 31st day of August, 2012 to:

| | |
|---|---|
| Stephen J. Herman<br>HERMAN HERMAN KATZ<br>& COTLAR LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113 | James Parkerson Roy<br>DOMENGEAUX WRIGHT ROY<br>& EDWARDS LLC<br>556 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501 |
| Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996 |
| Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY 10003 | Jeffrey A. Breit<br>BREIT DRESCHER IMPREVENTO &<br>WALKER, P.C.<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510 |

Rhon E. Jones
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU &
SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3,
Suite 100
San Antonio, TX 78257

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

    /s/ Donald E. Godwin
    Donald E. Godwin