IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECT.: J<br>HON. CARL J. BARBIER |
| This document relates to all actions | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

**[As to Economic and Property Damage Class Members]**

PLEASE TAKE NOTICE that Stephen M. Huber, Brian J. Houghtaling and Charles M. Thomas, of the law firm Huber, Slack, Houghtaling, Pandit & Thomas, do hereby make an appearance as attorneys of record for Economic and Property Class Members, Donald A. Waters, Walker Fishing Fleet, LLC, and Russell Underwood, in the above referenced matter.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above referenced case be served upon the undersigned counsel.

HUBER, SLACK, HOUGHTALING,
PANDIT & THOMAS, LLP

*s/Charles M. Thomas*
**STEPHEN M. HUBER** (Bar No. 24463)
**BRIAN J. HOUGHTALING** (Bar No. 30258)
**CHARLES THOMAS** (Bar No. 31989)
1100 Poydras Street, Suite 1405
New Orleans, LA 70163
Telephone:    (504) 274-2500
Facsimile:    (504) 910-0838

**CERTIFICATE**

     I do hereby certify that the above and foregoing Notice of Appearance has been served on all counsel electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August, 2012.

                                                  s/Charles M. Thomas
                                                  CHARLES M. THOMAS