UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>**Actions in B1 Pleading Bundle, and 12-970,** *Bon Secour Fisheries, Inc. et al.v. BP Exploration & Production Inc., et al.*(**REF: 10-7777**) | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

**NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING**

PLEASE TAKE NOTICE THAT the law offices of FARRELL & PATEL and as attorneys of record for the Economic and Property Damages Settlement Class Members listed in Exhibit "A" file this Notice of Intention to Appear at Fairness Hearing. For the law offices of FARRELL & PATEL, Wesley J. Farrell and Terry Gray shall attend and speak. Terry Gray will be filing a motion to appear *pro hac vice* and is awaiting his certificate of good standing from the D.C. Bar to include with the motion.

DATED this 31st day of August, 2012.

Respectfully Submitted,

/s/ Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq.
FLBN 71785
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL 33131
Office: 305-798-4177
Fax: 1-800-946-6711

1

/s/  Terry Gray, Esq.

Terry Gray, Esq.
DCBN 470579
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
Office: 305-798-4177
Fax: 1-800-946-6711

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

I HEREBY FURTHER CERTIFY that the above and foregoing Plaintiffs' Notice of Intention to Appear at the Fairness Hearing was sent by U.S. first-class mail to:

**Plaintiffs' Counsel**

James Parkerson Roy, Esq.
Attention: Deepwater Horizon Economic E&PD Settlement
Domengeaux Wright Roy & Edwards LLC
556 Jefferson Street
Lafayette, Louisiana 70501

Stephen J. Herman, Esq.
Attention: Deepwater Horizon Economic E&PD Settlement
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Defendants' Counsel**

Richard C. Godfrey, P.C.,
Attention: Deepwater Horizon E&PD Settlement,
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

/s/ Wesley J. Farrell, Esq.