UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Working Group Conference on Friday, August 17, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

**PHASE ONE "CLEAN-UP"**

1. **PSC's Request for Transocean Depositions**.

    PSC requests that Transocean stipulate as to the admissibility of 37 documents.  Without the stipulation, it requests four follow-up Transocean depositions.  Transocean agrees that the documents are authentic, but will not stipulate to the admissibility of the documents and objects to the depositions.  The Court will review 10 representative documents submitted by the PSC.  It has the following: (1) PSC letters of July 11 and August 1, 2012; (2) Transocean letters of July 20 and August 2, 2012; and (3) binder from the PSC with the 10 documents.

2. **Other Phase One Motions.**

    Ben Allums provided a list of the pending Phase One motions.  With the exception of the adverse inference Fifth Amendment motions, everything else is briefed and ready for decision.

3. **Zantaz Phase One Documents**.

The briefing deadlines for Schedule V are applicable to the Zantaz Phase One Documents and shall be used by all parties in presenting any challenges to privilege log entries for those documents.

## PHASE TWO

### Equipment Stored at Michoud

1. **Testing BOP & Capping Stack**.

BP reported that on September 4 it will begin the removal of the bonnet, which will allow the variable bore ram cavity to be exposed to permit inspection and photographs. Captain Englebert considers this destructive testing because of the presence of a gasket seal that will no longer be sealed. BP will provide as much notice as possible as to what will occur on a particular day and what will be available for inspection in the air conditioned facility at Michoud.

On August 15, BP reported on its plans to test samples of materials removed and collected from the riser. A protocol will be provided after a visual inspection of the riser on September 4.

2. **Deadline for BOP Testing**.

**October 31, 2012** will be the deadline for testing all equipment and material stored at Michoud, including the BOP and Capping Stack. Thereafter, the equipment and material will be available for inspection only. All data related to testing will be provided on a rolling basis and no later than **November 21, 2012.**

### Phase Two Document Production

1. **BP's Challenges to U.S. Deliberative Process Privilege Claims.**

On August 6, BP reported that it will pursue challenges to five DPP entries that the U.S. reports relate to Phase Two and are withheld solely under a DPP claim. BP and the U.S. will

communicate regarding these challenges and report during the week of August 20, 2012.

2.      **Schedule I.**

The U.S. raised questions about the BP extrapolation process. After the conference, the U.S. submitted a letter dated August 17 concerning these questions. BP submitted a letter on August 20 with the 30 verification documents. First, the U.S. confirms and BP does not dispute that the U.S. challenged all privileges claimed for the 30 documents. Second, the U.S. requests that the Court review additional pre-July 18, 2010 documents as part of the verification of BP's extrapolation. BP will respond to the request on **Thursday, August 23.** If the U.S. request is granted, BP requests that it be allowed to select a sample from the U.S. list of DPP entries for verification. Third, the U.S. requests that BP extrapolate the privilege rulings across all of its Phase Two privilege log entries and not just the entries on the list of challenged documents. BP reported that its extrapolation was limited to the challenged documents.

The Court will consider the issues raised by the U.S. and B.P.

3.      **BP's August 13 Other Phases and Not Relevant Entries**.

On August 13, BP provided a list of 492 challenged entries that it recently determined related to other Phases and a list of 13 challenged entries that it recently determined were not relevant to MDL 2179. The U.S. reported that it was reviewing them and will follow-up with BP.

4.      **Schedule IV.**

BP submitted its challenges to the entries on the U.S. Schedule IV privilege logs. The U.S. anticipated responding on August 17. BP received challenges from the U.S. to its Schedule IV privilege log with 87 entries. It did not receive challenges from any other party. **Tuesday, August 21**, is the deadline for any other party to challenge entries on the Schedule IV privilege logs**.** BP

will respond to the challenges by **Thursday, August 23.**  The parties will meet-and-confer.

It is requested that BP and the U.S. submit a short report on the status of Schedule IV challenges by **Wednesday, August 29.**

5. **Schedule V.**

This applies to the privilege logs served by the U.S. and BP after July 31 and through Friday, August 17.  Challenges to these privilege logs shall be resolved as follows:  (1) **Sunday, August 26**, is the deadline for challenges by BP to these privilege logs; (2) **Tuesday, August 28**, is the deadline for additional challenges by parties other than BP; (3) by **Friday, August 31**, the U.S. shall respond to the challenges and then the parties will meet-and-confer; (4) BP and the other parties shall submit their briefs regarding remaining issues on **Friday, September 7;** (5) the U.S. shall respond by **Wednesday, September 12**; and (6) BP and other parties shall reply by **Friday, September 14.**

6. **Custodial File Production**.

BP reported that there will be further privilege logs with respect to some of its custodial productions.  Wherever possible, it will make the production of the documents and the privilege log in advance of the 21 day deadline for custodial file production.

7. **U.S. Document Production**.

The U.S. reported on the following:

    a.    With the exception of Dr. Bruns, the DOE re-collection was completed on August 15.  There were technical issues with Dr. Bruns' computer.  The production from his computer should be completed by August 24.

    b.    by August 24, the production from the Coast Guard loose media and the laptops will be complete.

    c.    There will be additional custodial productions for some Rule 30(b)(6) designees to replace files produced in native format. They will be produced within 21 days of the deposition and earlier if possible.

    d.    Some issues remain with BP regarding metadata.

    e.    The U.S. is working on privilege review for third party subpoenas.

    f.    There is an August 24 return date for production by the U.S. to the Mexican states.

BP reported that it will meet-and-confer with the U.S. on these matters and report to the Court during the week of August 20.

### Phase Two Fact Depositions

**1.**     **MDL 2185 Participation in Phase Two Discovery**

The MDL 2185 parties, subject to PTO No. 27 (rec. doc. 1075), request that they be permitted to monitor discovery including deposition attendance and receive expert reports. If any party has any objection to their participation, they shall notify the Court by **Friday, August 24.**

**2.**     **Length and Category of Depositions**.

The PSC submitted a report identifying: (a) each designee; (b) the length of the deposition where there is agreement; (c) those on which there is no agreement on the length of the deposition; and (d) the category for the designee. Some issues remain. If they cannot be resolved, they will be presented to the Court.

**3.**     **Allocation and Sequence of Examination**.

An order was issued for the allocation of examination time and the sequence of the examination. Rec. doc. 7122. The PSC submitted a request for reconsideration. Any other requests shall be submitted by close of business on **Wednesday, August 22.** BP shall reply by **Monday,**

**August 27.**  The first party to examine a witness will be permitted to reserve time for rebuttal.

**4.      Scheduling Fact Depositions**.

The status of the scheduling of Rule 30(b)(6) Depositions is as set forth below.

|                | **Designee**      | **Length**   | **Location** | **Date**       |
|----------------|-------------------|--------------|--------------|----------------|
| **Halliburton**| Richard Vargo     | Two days     | N.O.         | August 22-23   |
| **Halliburton**| Ward Guillot      | One day      | N.O.         | August 29      |
| **Halliburton**| N. Pellerin       | One day      | N.O.         | September 6    |
| **Halliburton**| R. Goosen         | One day      | N.O.         | September 10   |
| **Pencor**     |                   | One day      | N.O.         | September 10   |

The U.S. reported that document production is complete, but there is no designee.

|                    | **Designee**   | **Length** | **Location** | **Date**      |
|--------------------|----------------|------------|--------------|---------------|
| **United States**  | Paul Hsieh     | Two days   | N.O.         | Sept. 11-12   |
| **Anadarko**       | Brian O'Neil   | One Day    | N.O.         | September 12  |
| **Intertek Group** |                | One Day    | N.O.         | September 12  |

The U.S. reported that document production should be completed within a week, but there is no designee.  The U.S. will report to all parties before the September 7 conference.

|                | **Designee**    | **Length** | **Location** | **Date**      |
|----------------|-----------------|------------|--------------|---------------|
| **Woods Hole** |                 | Two days   | Boston       | Sept. 12-13   |

A request for costs and attorneys' fees is pending.

|             | **Designee**   | **Length** | **Location** | **Date**      |
|-------------|----------------|------------|--------------|---------------|
| **BP**      | M. Gochnour    | Disputed   | N.O.         | Sept. 13-14   |
| **Isotech** |                | One Day    | N.O.         | September 14  |

The U.S. reported that document production should be completed within a week, but there is no designee.  The U.S. will report to all parties before the September 7 conference.

|          | **Designee** | **Length** | **Location** | **Date**     |
|----------|--------------|------------|--------------|--------------|
| **U.S.** | Mark Sogge   | Two Days   | N.O.         | Sept. 18-19  |

| | | | | |
|---|---|---|---|---|
| **BP** | Graham Vinson | Disputed | N.O. | September 18 |
| | **Designee** | **Length** | **Location** | **Date** |
| **Anadarko** | Allan O'Donnell | One Day | N.O. | September 19 |
| **Halliburton** | S. LeBlanc | One day | N.O. | September 20 |
| **Weatherford** | | One day | N.O. | September 20 |

There was nothing to report by the U.S.

| | | | | |
|---|---|---|---|---|
| **U.S.** | Admiral Allen | Two days | N.O. | Sept. 24 and 25 |
| **U.S.** | A. Possolo | Two days | N.O. | Sept. 26 and 27 |
| **BP** | Simon Bishop | Two days | N.O. | Sept. 27 and 28 |
| **U.S.** | Mark Miller | Two days | N.O. | Oct. 1 and 2 |
| **Add Energy** | | One Day | N.O. | October 3 or 4 |

The U.S. reported that the date was changed to either October 3 or 4.

| | | | | |
|---|---|---|---|---|
| **U.S.** | Charlie Henry | Two days | N.O. | Oct. 3 and 4 |
| **Statoil** | | One Day | N.O. | October 4 |

BP reported that document production was complete. It will report to the parties before the September 7 conference.

| | | | | |
|---|---|---|---|---|
| **BP** | Bryan Ritchie | Disputed | N.O. | October 4 |
| **Oceaneering** | | One Day | N.O. | October 10 |

The U.S. is the responsible party.

| | | | | |
|---|---|---|---|---|
| **U.S.** | Lars Herbst | Two days | N.O. | Oct. 10 and 11 |
| **U.S.** | Admiral Cook | Two days | N.O. | Oct. 10 and 11 |
| **BP** | Tom Knox | Two days | N.O. | Oct. 11 and 12 |

| | | | | |
|---|---|---|---|---|
| **BP** | Adam Ballard | Two days | N.O. | Oct. 16 and 17. |
| | **Designee** | **Length** | **Location** | **Date** |
| **BP** | Greg Rohloff | Two days | N.O. | Oct. 17 and 18 |
| **U.S.** | Art Ratzell | Two days | N.O. | Oct. 17 and 18 |
| **U.S.** | Admiral Landry | Two days | N.O. | Oct. 22 and 23 |
| BP | Yun Wang | Disputed | N.O. | October 24 |
| **U.S.** | Marcia McNutt | Two days | N.O. | Oct. 24 and 25 |
| **BP** | Trevor Smith | Disputed | N.O. | Oct. 25 and 26 |
| **U.S.** | George Guthrie | Two days | N.O. | Oct. 29 and 30 |
| **U.S.** | Tom Hunter | Two days | N.O. | Oct. 30 and 31 |
| **U.S.** | Don McClay[1] | Two days | N.O. | Oct. 30-Nov. 1 |
| **Anadarko** | Robert Quitzau | One Day | N.O. | November 1 |
| **DNV** | | One Day | N.O. | Tentative Nov. 1 |

BP is the responsible party.

| | | | | |
|---|---|---|---|---|
| **Transocean** | Rob Turlak | Two Days | N.O. | Nov 5-6. |
| **U.S.** | Steve Griffiths | Disputed | N.O. | Nov 14-15 |
| **Schlumberger** | Bud Decoste | One Day | N.O. | November 27 |
| **Anadarko** | | | Houston | ? |

Dawn Peyton will be a designee. Because she has a newborn, the deposition will be in Houston. Anadarko will provide a declaration executed by a corporate officer for the topics on

---

[1] The designees for BP and the U.S. for November are not listed.

8

which it does not possess information.

| Designee | Length | Location | Date |
|---|---|---|---|
| **BP Institute** | ? | U.K. | ? |

The U.S. is working on dates for the deposition. It will report to the parties before the September 7 conference.

| | | | |
|---|---|---|---|
| **Cameron** | ? | N.O. | ? |

The U.S. and Cameron are working on document production. When it is completed, they will confer on dates and designees.

| | | | |
|---|---|---|---|
| **Stress Engineering** | ? | ? | ? |

There was no report from the U.S.

| | | | |
|---|---|---|---|
| **Wild Well Control** | One day | N.O. | ? |

The PSC is working on the document production issues. After it is complete, a date will be selected.

| | | | |
|---|---|---|---|
| **Worldwide Oilfield Machine ("WOM")** | ? | ? | ? |

The U.S. reported that document production should be completed within a week, but there is no designee. The U.S. will report to all parties before the September 7 conference.

### Phase Two Expert Discovery

The Court reported that it had decided to stagger the expert schedule with the U.S. and PSC going first. The U.S. renewed its arguments for simultaneous exchange of reports where both BP and the U.S. present quantification numbers. The U.S. also urged that, because of the uncertain deadline for the completion of fact depositions, it was difficult to commit to a deadline. The U.S. believes it may be better to begin with a mid-February deadline for the reports of the plaintiffs rather

than the January 21, 2013 deadline suggested by BP.  The U.S. asked that a deadline be set for Rule 26(a) disclosures for witnesses who will likely be called at the trial.  BP was not adverse to pushing the schedule back.  The Court will consult with Judge Barbier.

## CONFERENCE SCHEDULE

| | |
|---|---|
| Friday, August 24, 2012 | **No Conference** |
| Friday, August 31, 2012 | **No Conference** (Labor Day) |
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | **No Conference** |
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |

Tuesday, December 18, 2012 at 8:30 a.m.    Final Pretrial Conference with Judge Barbier

Friday, December 21, 2012    **No Conference** (Christmas)

Friday, December 28, 2012 at 9:30 a.m.    WGC meeting

**All Saturdays are email free days.**

New Orleans, Louisiana, this  31  day of August, 2012.



_____
U.S. Magistrate Judge