UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010

(To be filed in: CV-2010-7777)
MDL No.: 2179
Section "J"

Judge Barbier

This Document Relates to: 2:12-cv-01483
2:12-cv-01484
SD FL 4:12-cv-10070 and
Unfiled Economic and Property Damages
Class Members

Magistrate Judge Shushan

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

NOW INTO COURT comes FREDERICK T. KUYKENDALL III, on behalf of himself and certain objectors, MRI, LLC and DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC. and any other Plaintiff/Claimant he has appeared for in any claim in this case and pursuant to various Court orders file this Notice of Intent to Appear at Fairness Hearing.

1. I, Frederick T. Kuykendall, III hereby give Notice to this Honorable Court of my intent to Appear and make argument at the Fairness Hearing in this Matter on behalf of objectors MRI, LLC, Dauphin Island Property Owners Association, Inc., and other similarly situated class members as well as any other Plaintiff/Claimant I have appeared for in any claim in this case.

Respectfully submitted,

_____
s/Frederick T. Kuykendall, III
AL Bar No. ASB4462A59F
Federal Bar No.: KUYT4462
KUYKENDALL & ASSOCIATES, LLC
2012 1st Avenue North, Suite 450
Birmingham, AL 35203
Phone: 9205) 453-0060
Fax: (205) 453-0042

Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Statement of Objections has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with Pretrial Order No. 49 established in MDL 2179, on this 31st day of August 2012.

I HEREBY FURTHER CERTIFY that the above and foregoing Statement of Objections was sent by U.S. first-class mail to: **Economic Lead Class Counsel:** James Parkerson Roy, Esquire, Attention: Deepwater Horizon E&PD Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention: Deepwater Horizon E&PB Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; **Defendants' Counsel:** Richard C. Godfrey, P.C., Attention: Deepwater Horizon E&PD Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, on this 31st day of August 2012.

s/Frederick T. Kuykendall, III
AL Bar No. ASB4462A59F
Federal Bar No.: KUYF4462
KUYKENDALL & ASSOCIATES, LLC
2012 1st Avenue North, Suite 450
Birmingham, AL 35203
Phone: 9205) 453-0060
Fax: (205) 453-0042
Plaintiffs' Counsel