UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG             MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010             Section "J"

                                             Judge Barbier

This Document Relates to:  2:12-cv-01483      Magistrate Judge Shushan
                           2:12-cv-01484
                           2:12-cv-01485
               SD FL   4:12-cv-10070 and
Unfiled Medical Benefits Class Members and
Unfiled Economic and Property Damages
Class Members

**EX PARTE MOTION FOR ENLARGEMENT OF TIME TO
FILE OBJECTIONS TO DEEPWATER HORIZON SETTLEMENT AGREEMENTS
UNTIL AND INCLUDING SEPTEMBER 7, 2012**

NOW INTO COURT come the Economic and Property Damages Class Members

and Medical Benefits Class Members listed in Exhibit "1" (hereinafter Plaintiffs/Class

Members), by and through undersigned counsel, who submit this Ex Parte Motion for

Enlargement of Time to File Objections to Deepwater Horizon Settlement Agreements to

September 7, 2012.  In support, Plaintiffs/Class Members set forth the following reasons:

        1.      The Court ordered that all objections to the Deepwater Horizon Economic

and Property Damages Class Action Settlement and the Medical Benefits Class Action

Settlement be filed with the Court by August 31, 2012.  (Preliminary Approval Orders, doc nos.

6418 and 6419.)

2.     The undersigned have worked consistently and diligently to prepare and file Objections with the Court by this deadline.

3.     However, the creation of the Objections, as well as the necessary exchange of supporting documents and information with clients have been substantially interrupted due to a variety of issues surrounding Hurricane Isaac and its impact.

4.     Consequently, the havoc wrought by Hurricane Isaac has imposed certain logistics and has made it difficult if not impossible to comply with the Court's August 31, 2012, deadline.

5.     Under Federal Rule of Civil Procedure 6(b), a court can extend a deadline for good cause.  The aforementioned weather conditions and disruptions constitute good cause. With the Fairness Hearing set months away, there can be no serious argument that an enlargement is prejudicial.

WHEREFORE, the premises considered, the undersigned respectfully prays for an Order extending the time to file and submit Objections until and including Friday, September 7, 2012.  If this motion cannot be ruled upon for the above or any other reason, the undersigned requests that the Court enter an appropriate order *nunc pro tunc* granting the prayed-for relief.

Respectfully submitted.


KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com

12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Economic and Property Damages Class Members and Medical Benefits Class Members*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Ex Parte Motion for Enlargement of Time to File Objections to Deepwater Horizon Settlement Agreements to September 7, 2012, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August 2012.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/  Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Economic and Property Damages*
*Class Members and Medical Benefits Class*
*Members*