UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 <br><br> Section "J" <br><br> Judge Barbier |
| This Document Relates to:  2:12-cv-01483<br>          2:12-cv-01484<br>          2:12-cv-01485<br>     SD FL  4:12-cv-10170 and<br>Unfiled Medical Benefits Class Members and Unfiled Economic and Property Damages Class Members | Magistrate Judge Shushan |

**ORDER**

CONSIDERING the foregoing Ex Parte Motion for Enlargement of Time to File Objections to Deepwater Horizon Settlement Agreements Until and Including September 7, 2012, of the Economic and Property Damage Class Members and Medical Benefits Class Members listed in Exhibit "1" to said motion:

IT IS ORDERED that said motion is **granted** and that additional time shall be afforded until and including Friday, September 7, 2012, to file objections to the proposed settlement agreements in the referenced matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT