UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| (REF: ALL CASES) | * | MAGISTRATE JUDGE SHUSHAN |

## *EX PARTE* CONSENT MOTION AND INCORPORATED MEMORANDUM IN SUPPORT PURSUANT TO LOCAL RULE 7.4 FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS AND SUPPORTING DOCUMENTS TO DEEPWATER HORIZON SETTLEMENT AGREEMENT UNTIL AND INCLUDING SEPTEMBER 7, 2012

NOW INTO COURT come Proposed Objectors Thomas Szubinksi and George Yeomans (herein thereafter "Proposed Objectors"), through their undersigned counsel, and submit this *Ex Parte* Consent Motion and Incorporated Memorandum in Support Pursuant to Local Rule 7.4 For Enlargement Of Time To File Objections and Supporting Documents to Deepwater Horizon Settlement Agreement Until and Including September 7, 2012. In support, Proposed Objectors set forth the following reasons:

1. As this Court is aware, as of noon on Monday, August 27, 2012, the CM/ECF filing system was unavailable because of the approaching Hurricane Isaac and remained unavailable through August 30, 2012.

2. Also because of Hurricane Isaac, undersigned counsel was unable to communicate with the Proposed Objectors, compile the necessary documents and finalize the objections for filing on August 31, 2012.

3. The undersigned was informed that at least one liaison class counsel has indicated that in discussions with the Court he anticipates that the current deadline will be extended for at least

1

a like period of Court and electronic filing system closings. As of the filing of this Motion, no order has been entered.

4. The undersigned submits that an extension until and including Friday, September 7, 2012 for the filing of objections is reasonable and fair. Undersigned counsel contacted Steve Herman, liaison counsel for the Plaintiffs' Steering Committee, who responded that the PSC had no objection to the proposed objection. Undersigned counsel further understands that BP has no objection to the proposed extension.

5. Objections play a valuable role in the overall process of ensuring that class action settlements are fair, reasonable and adequate. No party can claim serious prejudice by, under the current circumstances, not extending the deadline, particularly in light of the fact that the fairness hearing has been noticed for November 8, 2012, which is more than two months from the date of the filing of this motion and the requested extension.

6. Under Federal Rule of Civil Procedure 16 and principles of equity the Court can extend deadlines for good cause shown. According to the Fifth Circuit, "'the good cause standard requires the "party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension."'" In re FEMA Trailer Formaldehyde Products Liability Litigation, 2012 WL 1580665, *2 (E.D. La. May 24, 2011)(quoting S&W Enterprises, LLC v. SouthTrust Bank of Alabama, NA, 315 F.3d 533, 535 (5th Cir. 2003)(internal citation omitted)).

7. The Proposed Objectors submit that good cause exists because of the communication and filing delays and difficulties caused by Hurricane Isaac and that despite the Proposed Objectors' diligence in preparing the objections, the current deadline of August 31, 2012, cannot be met.

The Proposed Objectors also submit that no prejudice will result as a result of the one week extension requested.

8. Proposed Objectors own property in Grand Isle, Louisiana, an area that was heavily affected by Hurricane Isaac. Undersigned counsel has been diligently filing objections for other clients, but, due to the difficulty in contacting clients in Grand Isle, Louisiana over the last several days, additional time is warranted for these Proposed Objectors.

WHEREFORE, the premises considered, the undersigned respectfully prays for an order extending the time to file and submit objections and supporting documents until and including Friday, September 7, 2012 (or in the event of like or similar motions filed by other objectors, the latest date granted by the Court). If this motion cannot be ruled upon before the current due date for the above or any other reason the undersigned requests that the Court enter an appropriate order Nunc Pro Tunc granting the prayed for relief consistent with Federal Rule of Civil Procedure 16 and equity and grant the Proposed Objectors such other and further relief to which they may be entitled.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER (# 19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. MCGLONE (#28145)
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR THOMAS SZUBINSKI AND GEORGE YEOMANS

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ James M. Garner
JAMES M. GARNER