UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| (REF: ALL CASES) | * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing *Ex Parte* Motion Proposed Objectors Thomas Szubinksi and George Yeomans (herein thereafter "Proposed Objectors"), Pursuant to Local Rule 7.4 For Enlargement Of Time To File Objections and Supporting Documents to Deepwater Horizon Settlement Agreement Until and Including September 7, 2012,

IT IS ORDERED that said motion is hereby GRANTED.

IT IS FURTHER ORDERED that Thomas Szubinski and George Yeomans shall be afforded until and including September 7, 2012 to file objections to the Deepwater Horizon Settlement Agreement.

New Orleans, Louisiana this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT

1