UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | |
| *In re the Complaint and Petition of Triton Asset Leasing GmbH, et al, No. 10-2771* | |
| SDTX 2012-22886; *Harley D. Allen, et al v. BP American Production Company* | |
| NDFL 3 11-00189; *Abbasi, et al v. Transocean Deepwater, Inc. et al* | |
| | SECTION:  J |
| *4:11-cv-06055; Kevin Brannon, et al v. BP American Production Company;* | |
| *4:11-cv-06055; Harley D. Allen, et al v. BP American Production Company;* | JUDGE BARBIER |
| And | |
| *Unfiled Economic and Property Damages Class Members* | MAG JUDGE SHUSAN |

NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

(As to Economic and Property Damages Class Members)

COME NOW the Law Offices of BRENT COON & ASSOCIATES, P.C. and as attorneys of record for the Economic and Property Damages Class Members listed in Exhibit "1" file this Notice of Intention to Appear at Fairness Hearing.

**DATED** on this the 31st day of August, 2012.

Respectfully submitted,

BRENT COON & ASSOCIATES

*/s/ Brent W. Coon*  
Brent W. Coon  
Federal Bar No. 9308  
Texas Bar No. 04769750  
215 Orleans  
Beaumont, Texas 77701  
Tel.: (409) 835-2666  
Fax: (409) 835-1912

CERTIFICATE OF SERVICE

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on August 31, 2012.

*/s/ Brent W. Coon*  
Brent W. Coon