UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | |
| *In re the Complaint and Petition of Triton Asset Leasing GmbH, et al, No. 10-2771* | |
| SDTX 2012-22886; *Harley D. Allen, et al v. BP American Production Company* | |
| NDFL 3 11-00189; *Abbasi, et al v. Transocean Deepwater, Inc. et al* | |
| | SECTION: J |
| 4:11-cv-06055; *Kevin Brannon, et al v. BP American Production Company;* | |
| 4:11-cv-06055; *Harley D. Allen, et al v. BP American Production Company;* | JUDGE BARBIER |
| And | |
| *Unfiled Economic and Property Damages Class Members* | MAG JUDGE SHUSAN |

<u>PLAINTIFFS REPRESENTED BY BRENT COON & ASSOCIATES
MOTION IN OPPOSITION AND OBJECTIONS TO THE
ECONOMIC CLASS SETTLEMENT</u>

Comes now Plaintiffs Represented by Brent Coon & Associates (hereinafter referred to as "Plaintiffs" or "BCA Plaintiffs"), in above styled actions and respectfully move this Court to amend or deny the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012. *See* Rec. Doc. 6430 (the "Settlement Agreement" or "Class Settlement"). For the reasons set forth in the accompanying Memorandum, the Settlement agreement fails to comply with the due

process requirements for class actions in that it fails to provide adequate notice to the claimants and should therefore not be approved in its current incarnation. It fails at several of the required due process requirements for a class action involving money damages including: (1) adequate notice to the class; (2) an opportunity for class members to be heard and participate; and (3) the right of class members to opt out. *Phillips Petroleum Co. v. Shutts*, 472 U.S. 797, 811-12 (1985).

Accordingly, BCA Plaintiffs respectfully ask the Court to amend the terms of the settlement in such a manner that claimants will not have to choose to opt out of the settlement until the class administrator has made a specific determination regarding the total amount the claimant is eligible to recover. If such changes cannot be made to the class settlement, BCA Plaintiffs ask the Court to not approve the settlement and for any other relief they to which they may be entitled.

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

## CERTIFICATE OF SERVICE

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on August 31, 2012.

*/s/ Brent W. Coon*
**Brent W. Coon**