UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding a One Week Extension of the Deadline for the Filing and Service of Objections to the Two Class Action Settlements]**

The current deadline for filing and service of objections to the two class action settlements is today, August 31, 2012. Unfortunately, Hurricane Isaac entered the Gulf of Mexico earlier in the week and affected parties across the gulf area. Considering that, and after consultation with Judge Barbier and with the concurrence of the PSC and BP;

**IT IS ORDERED** that the deadline to file and serve objections to the settlements is extended for one week through Friday, September 7, 2012.

New Orleans, Louisiana this 31st day of August, 2012.



_____
Sally Shushan, Magistrate Judge