IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J<br>Judge: Barbier<br>Magistrate: Shushan |
| This Document Relates To:<br>    All Cases,<br>    12-970 (Bon Secour Fisheries, Inc., et al.<br>    v. BP Exploration & Production., et al.) | |

## *EX PARTE* MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS

NOW INTO COURT comes Waltzer & Wiygul on behalf of their clients who move for additional time to file objections for the reasons stated more fully in the attached memorandum:

WHEREFORE, Waltzer & Wiygul prays that it be given more time to file objections on behalf of its clients.

Respectfully Submitted:

| /s/ Joel Waltzer | /s/ Robert Wiygul | /s/ Clay Garside |
|---|---|---|
| Joel Waltzer (LA #19268) | Robert Wiygul (LA #17411) | Clay Garside (LA Bar # 29873) |
| 3715 Westbank Expwy, Ste. 13 | 1011 Iberville Drive | 14399 Chef Menteur Hwy, Ste D |
| Harvey, LA  70058 | Ocean Springs, MS 39564 | New Orleans, LA 70129 |
| Office:  (504) 340-6300 | Office: (228) 872-1125 | Office: (504) 254-4400 |
| Fax:     (504) 340-6330 | Fax:    (228) 872-1128 | Fax:    (504) 254-1112 |
| joel@waltzerlaw.com | robert@waltzerlaw.com | clay@waltzerlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August, 2012.

/s/ Clay Garside