IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER ) <br> HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) <br> ) <br> IN RE THE COMPLAINT AND PETITION OF ) <br> TRITON ASSET LEASING GmbH, ET AL., IN A ) <br> CAUSE OF EXONERATION FROM OR ) <br> LIMITATION OF LIABILITY ) <br> ) <br> **This Document Relates To:** ) <br> All Cases, ) <br> 12-970 (Bon Secour Fisheries, Inc., et al. ) <br> v. BP Exploration & Production., et al.) ) <br> ) | MDL No. 2179 <br><br> Section: J <br><br> Judge: Barbier <br><br> Magistrate: Shushan |

# WALTZER & WIYGUL'S MEMORANDUM IN SUPPORT OF MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS

Waltzer & Wiygul is retained as counsel of record for more than one thousand Seafood Compensation Program, property owner, business, and individual claimants. For months, Waltzer & Wiygul has been preparing associational objections on behalf of client GO FISH and its membership. Several other clients were considering filing their own objections. Pursuant to the Court's Preliminary Approval Order (Rec. Doc. 6418), objections were due today.

Waltzer & Wiygul maintains its main office in Harvey, Louisiana, with offices in New Orleans East and Ocean Springs Mississippi. Since Monday, Waltzer & Wiygul attorneys and staff have been engaged in preparing for, weathering, and responding to Hurricane Isaac.

As a result of power outages due to Hurricane Isaac, Waltzer & Wiygul has been unable to access server files containing evidence and drafting materials. Power will hopefully be

restored over the weekend, and the servers brought back up thereafter, but counsel has no assurance as to when power will be restored.

Waltzer & Wiygul must allow review and obtain final approval prior to filing the objection from GO FISH's board members, and other potential objecting clients. Board members, affiants, and other clients were flooded in the storm and access to their communities is currently cut off. Those not in restricted areas are otherwise fully engaged in finding shelter and other provisions for their families.

Based on the foregoing, Waltzer & Wiygul prays for an additional ten days, up to and including September 10, 2012, to file objections.

Respectfully Submitted:

/s/ Joel Waltzer
Joel Waltzer (LA #19268)
3715 Westbank Expwy, Ste. 13
Harvey, LA  70058
Office:  (504) 340-6300
Fax:     (504) 340-6330
joel@waltzerlaw.com


/s/ Robert Wiygul
Robert Wiygul (LA #17411)
1011 Iberville Drive
Ocean Springs, MS 39564
Office: (228) 872-1125
Fax:    (228) 872-1128
robert@waltzerlaw.com


/s/ Clay Garside
Clay Garside (LA Bar # 29873)
14399 Chef Menteur Hwy, Ste D
New Orleans, LA 70129
Office: (504) 254-4400
Fax:    (504) 254-1112
clay@waltzerlaw.com