# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J  Judge: Barbier  Magistrate: Shushan |
| This Document Relates To:    All Cases,    12-970 (Bon Secour Fisheries, Inc., et al.    v. BP Exploration & Production., et al.) | |

# O R D E R

Waltzer & Wiygul's Motion for an Extension of Time to File Objections is hereby granted.  Waltzer & Wiygul is given to the 10th of September, 2012 to file objections to the proposed Economic Loss and Property Damage Settlement.

NEW ORLEANS, LOUISIANA, THIS ____ DAY OF _____, 2012.

_____
JUDGE CARL J. BARBIER, DIVISION "J"