### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * <br> * **MDL No. 2179** <br> * <br> * **CIVIL ACTION NO. 2:10-MD-02179** <br> * **SECTION:  J** <br> * |
| **THIS DOCUMENT RELATES TO:** | * **HONORABLE CARL BARBIER** <br> * **MAGISTRATE JUDGE SHUSHAN** |
| *All Actions* | * |

### NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING AS TO ECONOMIC AND PROPERTY DAMAGES CLASS MEMBERS

COME NOW the Law Offices of THE KRELLER LAW FIRM and FAEGRE BAKER DANIELS LLP and LANGSTON & LOTT, P.A. as attorneys of record for Economic and Property Damages Class Members and the plaintiffs in *Truong et al v. BP America Production Company, et al*, 2:11-CV-2766 and *Thanh Hai, Inc et al v. BP America Production Company, et al,* 2:11-CV-3180 and file this Notice of Intention to Appear at Fairness Hearing. Stephen S. Kreller, Gerard M. Nolting, William L. Roberts, Craig S. Coleman and Casey L. Lott intend to appear at the Fairness Hearing for and on behalf of Economic and Property Damages Class Members.

DATED on this 31 day of August 2012.

RESPECTFULLY SUBMITTED:

BY:   *s/Stephen S. Kreller*

THE KRELLER LAW FIRM
  Stephen S. Kreller (LA # 28440)
  757 St. Charles Avenue, Suite 301
  New Orleans, LA  70130
  Telephone:  504-484-3488
  Facsimile:  888-294-6091
  Email:  ssk@krellerlaw.com

fb.us.9082705.01

FAEGRE BAKER DANIELS LLP

Gerard M. Nolting
William L. Roberts
Craig S. Coleman
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

Duncan Lott
Casey L. Lott
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

fb.us.9082705.01

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31 day of August, 2012.

*/s/Stephen S. Kreller*

fb.us.9082705.01