# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | | MDL No.: 2179 |
| "DEEPWATER HORIZON" IN THE ) | | |
| GULF OF MEXICO ON APRIL 20, 2010 ) | | SECTION: "J" |
| ) | | |
| ) | | JUDGE BARBIER |
| ) | | |
| This Document Relates to: ) | | MAGISTRATE JUDGE SHUSHAN |
| All Cases ) | | |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

### [As to Economic and Property Damage Class Settlement]

**NOW INTO COURT**, through undersigned counsel, comes Amicus Curiae American Shrimp Association ("ASPA"), a non-profit association of U.S. domestic shrimp docks, processors, packaging suppliers, and dealer/brokers accounting for 87% of sales and production of wild caught domestic Gulf of Mexico shrimp. ASPA members include eligible class members as defined under the Economic and Property Damage Settlement Agreement. ASPA previously sought leave to enroll as Amicus Curiae for the purposes of filing its Response to the Plaintiffs' Steering Committee's and BP Defendants' Joint Motion for Preliminary Approval of the Economic and Property Damage Class Action Settlement. [Rec. Doc. 6308]. This Court granted ASPA's motion to enroll as Amicus Curiae on April 23, 2012 [Rec. Doc. 6367].

ASPA hereby notifies the Court of its intent to appear at the fairness hearing and respectfully requests the opportunity and privilege to address the Court and any and all parties regarding the matters addressed therein.

Dated on this 31st day of August 2012.

Respectfully submitted,

/s/Edward T. Hayes
**EDWARD T. HAYES (25700)**
**W. PAUL ANDERSSON (2474)**
**JERRY L. SAPORITO (11717)**
Leake & Andersson, L.L.P.
1100 Poydras Street, Suite 1700
New Orleans, LA 70163
Telephone: 504-585-7500
Email: ehayes@leakeandersson.com
*Counsel for Amicus Curiae American*
*Shrimp Processors Association*

1

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Intention to Appear at Fairness Hearing has been served on all counsel by electronically uploading same to LexisNexis File & Serve, and that same was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on this 31st day of August 2012.

I hereby certify that this Notice of Intention to Appear at Fairness Hearing was sent by U.S. first class mail to: **Economic Lead Class Counsel**: James Parkerson Roy, Esquire, Attention: Deepwater Horizon E&PD Settlement, Domegeaux, Wright, Roy & Edwards, 556 Jefferson Street, Suite 500, P.O. Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention: Deepwater Horizon E&PD Settlement, Herman, Herman, Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; **Defendants' Counsel**: Richard C. Godfrey, Esquire, Attention: Deepwater Horizon E&PD Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, on this 31st day of August 2012.

/s/Edward T. Hayes