UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| Civil Action Nos. 12-970 | : : : | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the United States' Motion for leave to file its Memorandum in excess of ordinary page limitations:

**IT IS HEREBY ORDERED** that the United States be and is hereby granted leave to file its Memorandum in Response to the "BP Defendants' Memorandum in Support of Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement."

**SIGNED** this _____ day of August, 2012, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

1