# **EXHIBIT 2**



EXHIBIT # 96
WIT:

From: Corser, Kent
Sent: Tue Jun 22 21:33:30 2010
To: Brock, Tony; Robinson, Steve W (Alaska); Cowie, Jim
Subject: FW: John Guide Email Capture
Importance: Normal
Attachments: John Guide Email - Working with Engineering Team Part 3.bmp; John Guide Working with Engineering Team Part 2.bmp; John Guide Email - Working with Engineering Team Part 1.bmp

Please read
Kent Corser
Drilling Engineering Manager NAG
BP America Inc
510 Westlake Park Blvd Room - 2.332A
Houston Texas 77079
Office- 281-366-2142
Cell - 281-433-0093
Home - 281-578-3224

From: Pere, Allen T.
Sent: Tuesday, June 22, 2010 4:31 PM
To: Corser, Kent
Subject: John Guide Email Capture

FYI
<<...>> <<...>> <<...>>
Allen Pere
BtBcp Lead
EPT - Drilling & Completions
Office: 281-366-0278
Cell: 281-615-2078



I'll be back soon and we can talk.

We're dancing to the Village People!

**From:** Guide, John
**Sent:** Saturday, April 17, 2010 8:40 AM
**To:** Sims, David C
**Subject:** Discussion - The way we work with engineering

David, over the past four days there has been so many last minute changes to the operation that the WSL's have finally come to their wits end. The quote is "flying by the seat of our pants". More over, we have made a special boat or helicopter run everyday. Everybody wants to do the right thing, but, this huge level of paranoia from engineering leadership is driving chaos. This operation is not Thunderhorse. Brian has called me numerous times trying to make sense of all the insanity. Last night's emergency evolved around the 30 bbls of cement spacer behind the top plug and how it would effect any bond logging (I do not agree with putting the spacer above the plug to begin with). This morning Brian called me and asked my advice about exploring opportunities both inside and outside of the company.

What is my authority? With the separation of engineering and operations I do not know what I can and can't do. The operation is not going to succeed if we continue in this manner.

John Guide
Rm: 02137A WL4
Office: 281-366-0531
Cell: 713-252-7918
BP-HZN-BLY00097031



From: Sims, David C
Sent: Saturday, April 17, 2010 10:14 AM
To: Guide, John
Subject: RE: Discussion - The way we work with engineering

John, I've got to go to dance practice in a few minutes. Let's talk this afternoon.

For now, and until this well is over, we have to try to remain positive and remember what you said below - everybody wants to do the right thing. The WSLs will take their cue from you. If you tell them to hang in there and we appreciate them working through this with us (12 hours a day for 14 days) - they will. It should be obvious to all that we could not plan ahead for the well conditions we're seeing, so we have to accept some level of last minute changes.

We've both in Brian's position before. The same goes for him. We need to remind him that this is a great learning opportunity, it will be over soon, and that the same issues - or worse - exist anywhere else.

I don't think anything has changed with respect to engineering and operations. Mark and Brian write the program based on discussion/direction from you and our best engineering practices. If we had more time to plan this casing job, I think all this would have been worked out before it got to the rig. If you don't agree with something engineering related, and you and Gregg can't come to an agreement, Jon or me gets involved. If it's purely operational, it's your call.

I'll be back soon and we can talk.

We're dancing to the Village People!

From: Guide, John
Sent: Saturday, April 17, 2010 8:40 AM



TOII - Relativity - Microsoft Internet Explorer

File Edit View Favorites Tools Help

https://relativity.kcura.com/Relativity/Case/Document/Review.aspx?AppID=334479&ArtifactID=2867101&profilerMode=View&ArtifactTypeID=10

Return to document list

A00003132

Document 7 of 28

**To:** Sims, David C[David.Sims@bp.com]
**From:** Guide, John
**Sent:** Sat 4/17/2010 3:18:32 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** RE: Discussion - The way we work with engineering
**Categories:** 0x00000001

I totally concur. I told them all we will work through it together. I want to do better.

---

**From:** Sims, David C
**Sent:** Saturday, April 17, 2010 10:14 AM
**To:** Guide, John
**Subject:** RE: Discussion - The way we work with engineering

John, I've got to go to dance practice in a few minutes. Let's talk this afternoon.

For now, and until this well is over, we have to try to remain positive and remember what you said below - everybody wants to do the right thing. The WSLs will take their cue from you. If you tell them to hang in there and we appreciate them working through this with us (12 hours a day for 14 days) - they will. It should be obvious to all that we could not plan ahead for the well conditions we're seeing, so we have to accept some level of last minute changes.

We've both in Brian's position before. The same goes for him. We need to remind him that this is a great learning opportunity, it will be over soon, and that the same issues - or worse - exist anywhere else.

I don't think anything has changed with respect to engineering and operations. Mark and Brian write the program based on discussion/direction from you and our best engineering practices. If we had more time to plan this casing job, I think all this would have been worked out before it got to the rig. If

**Document Information**

| | |
|---|---|
| Group Identifier: | A00003132 |
| Doc Date: | 4/17/2010 12:00 AM |
| To: | "Sims, David C" <David.Sims@bp.com> |
| From: | "Guide, John" </O=BP/OU=USANOU/CN=RECIPIENTS/CN=GUIDE... |
| Subject: | RE: Discussion - The way we work with engineering |

**Coding Information**

Document Category:

Comments:

Moved from Presumptively Privileged Folder:

Presumptively Privileg

197.84 kb/s

Done

Internet

4:29 PM

BP-HZN-BLY00097033

Now viewing document 5 (175397) of 8 in Search: 'village p...

0 keyword hit in document

| | |
|---|---|
| Company | BPXP |
| Box No | MDL2179VOL000010 |
| Custodian | IIT Targeted - Steve Robinson\|IIT - Cowie, Jim\|IIT Targeted - Cowie, Jim\|IIT Targeted - Robinson, Steve\|IIT Targeted - Cowie, Jim\|IIT - Robinson, Steve\|IIT Targeted - Steve Robinson\|IIT - Cowie, Jim\|IIT Targeted - Cowie, Jim\|IIT Targeted - Robinson, Steve\|IIT Targeted - Cowie, Jim\|IIT - Robinson, Steve\|IIT Targeted - Corser, Kent |
| Beg Doc No | BP-HZN-BLY00097030 |
| End Doc No | BP-HZN-BLY00097030 |
| DocID | BP-HZN-BLY00097030 |
| Page Count | 1 |
| ParentID | |
| Attachment | BP-HZN-BLY00097031\|BP-HZN-BLY00097032\|BP-HZN-BLY00097033 |
| Family | BP-HZN-BLY00097030-BP-HZN-BLY00097033 |
| Properties | Email |
| From | "Corser, Kent" </O=BP/OU=USAHOU/CN=USERS/CN=CORSERK> |
| To | "Brock, Tony" <BrockT@bp.com>, "Robinson, Steve W (Alaska)" <Steve.Robinson2@bp.com>, "Cowie, Jim" <jim.cowie@uk.bp.com> |
| CC | |
| BCC | |
| Subject | FW: John Guide Email Capture |
| Doc Date | 06/22/2010 |
| TimeSent | 21:33:30 |
| Date Created | 00/00/0000 |
| Date Last Modified | 00/00/0000 |
| Date Received | 06/22/2010 |
| File Size | 3843 |
| Attachment Title | FW John _kv1854.mail |
| Application | |
| File Path | \Robinson_Steve_IIT_TargetedLaptop_BP-013636\Email\Horizon Incident.pst:/Horizon Investigation/Information Requests/FW John _kv1854.mail |
| Doc Link | |
| Page Count TOF | |
| Folder ID | /Horizon Investigation/Information Requests |
| Full Text | From: Corser, Kent<br>Sent: Tue Jun 22 21:33:30 2010<br>To: Brock, Tony; Robinson, Steve W (Alaska); Cowie, Jim<br>Subject: FW: John Guide Email Capture<br>Importance: Normal<br>Attachments: John Guide Email - Working with Engineering Team Part 3.bmp; John Guide Working with Engineering Team Part 2.bmp; John Guide Email - Working with Engineering Team Part 1.bmp<br><br>Please read<br>Kent Corser<br>Drilling Engineering Manager NAG<br>BP America Inc<br>510 Westlake Park Blvd Room - 2 332A |

Houston Texas 77079
Office- 281-366-2142
Cell - 281-433-0093
Home - 281-578-3224

From: Pere, Allen L
Sent: Tuesday, June 22, 2010 4:31 PM
To: Corser, Kent
Subject: John Guide Email Capture
FYI
<<...>> <<...>> <<...>>
Allen Pere
BtBcp Lead
EPT - Drilling & Completions
Office: 281-366-0278
Cell: 281-615-2078

| Hash | 8fa1b754d92138520c00877c0ff68d62 |