# **EXHIBIT 3**

01-36952
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION : J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## WorldwideVIEW™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## ANTHONY HAYWARD

VOLUME 1

June 6, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

For U.S. & International Services
800 - 745 - 1101

```
 1  were identified by at least someone on the Team that
 2  wrote the Bly Report.  I -- I'm not able -- able to
 3  judge whether they should or shouldn't have been --
 4  have been included, based on what you've presented to
 5  me today.
 6       Q.    (By Mr. Underhill) From that exhibit, quote --
 7  this is the Guide to Sims E-mail, quote, "The operation
 8  is not going to succeed if we continue in this manner,"
 9  close quote.
10            Three days later, did it succeed?
11            MR. GODFREY:  Object as to form.
12            MR. WEBB:  Objection to form.
13       Q.    (By Mr. Underhill) The Operation, did it
14  succeed?
15            MR. GODFREY:  Objection to form.
16            MR. WEBB:  Objection to form.
17       A.    There was a cran -- tragic accident involving
18  multiple causes and multiple people.
19       Q.    (By Mr. Underhill) Can we conclude from your
20  answer that it did not succeed?
21       A.    Well --
22            MR. GODFREY:  Objection as to form.
23       Q.    (By Mr. Underhill) I didn't ask you what
24  caused it.  I simply asked you:  Did the operation
25  succeed?
```

```
 1    A.   And what we don't know from this is what
 2  operation were they referring to.
 3    Q.   Well, let me give you context.  My context,
 4  the context of my question.
 5         The Operation, from my question, and the
 6  context for that Operation, is a blowout, an explosion,
 7  a fire, 11 souls who were lost, people that were
 8  injured, some severely, a rig that lies at the bottom
 9  of the Gulf of Mexico, the largest oil spill known in
10  our nation's history, that's my context.
11              MR. GODFREY:  Objection as to form.  Is
12  there a question pending?
13              MR. WEBB:  Is there a question?  I -- I
14  don't hear a question yet.
15              MR. UNDERHILL:  And we'll get to it, so
16  if you'll do me the courtesy of letting me finish, and
17  I'll do you the courtesy of waiting for your objection.
18              MR. GODFREY:  I'd appreciate that you
19  start your question --
20    Q.   (By Mr. Underhill) So the question -- so the
21  question, sir --
22              MR. UNDERHILL:  -- and counsel --
23    Q.   (By Mr. Underhill) -- is given that context
24  that I just gave you, did the operation succeed?
25              MR. WEBB:  Objection to form.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

Exhibit 3, Page 4 of 8

```
 1                MR. GODFREY:  Object as to form.
 2        A.   This -- the E-mail trail refers to an
 3   Operation.   I -- I -- I -- I don't believe it's
 4   referring to the totality of the Operation.   I don't
 5   know that.   But I can't -- I can't determine one way or
 6   another what this reference to Operation --
 7        Q.   (By Mr. Underhill) My question was:   If you
 8   accept -- and perhaps you don't, but if you accept my
 9   context for the term "Operation," did it succeed?
10                MR. GODFREY:  Object as to form.
11                MR. WEBB:  Objection to form.
12        A.   Clear -- clearly, the -- there was a tragic,
13   tragic accident.   That's what you've described.   Now,
14   whether that links this ref -- reference to Operation,
15   to a tragic accident, I can't tell from this E-mail.
16        Q.   (By Mr. Underhill) Can you see how a
17   reasonable person and, indeed, a reasonable jurist,
18   could look at Mr. Guide's last sentence, and look at it
19   not as a statement, but as prophecy?
20                MR. GODFREY:  Object as to form.
21                MR. WEBB:  Objection to the form of the
22   question.
23        A.   I can imagine how that could be interpreted
24   that way.   Indeed.
25        Q.   (By Mr. Underhill) Do you know why the Bly
```

**PURSUANT TO CONFIDENTIALITY ORDER**

01-36956
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# ANTHONY HAYWARD

**VOLUME 2**

JUNE 8, 2011

## *COPY*



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1  room that you could characterize as a Command Center,
 2  used for the purpose of monitoring offshore drilling to
 3  prevent the very kind of blowout we had --
 4      A.   A --
 5      Q.   -- on the 20th?
 6      A.   There are drilling -- drilling centers that
 7  provide oversight of Drilling Operations.
 8      Q.   I'm talking about the oversight of the
 9  Drilling Operations on the Macondo Well.  Have you ever
10  been in that room?
11      A.   No, I have not.
12      Q.   Have you ever seen that room?
13      A.   I have not.
14      Q.   Do you know that it has been decide --
15  described as about the size of a closet?
16           MR. GODFREY:  Objection as to form.
17      A.   I was not aware of that.
18      Q.   (By Mr. Cunningham) Not aware of that?  Do you
19  know that it was closed on weekends?
20      A.   As I said, I haven't been to it, and I'm not
21  aware of it.
22      Q.   You've described deepwater drilling as similar
23  to or comparable to exploring out of -- outer space,
24  haven't you?
25      A.   I've made that analogy --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

Exhibit 3, Page 7 of 8

1     Q.    All right.

2     A.    -- yes.

3     Q.    And so BP, the Apollo Crisis Center that it
4  had for monitoring the outer space that was being
5  explored at the time of the Macondo incident, was the
6  size of a closet and was closed on weekends.

7           MR. WEBB:  Object to the form.

8     Q.    (By Mr. Cunningham) You didn't know that?

9           MR. WEBB:  Object to the form.

10    A.    I wasn't aware of the Drilling Operations.

11    Q.    (By Mr. Cunningham) We've talked a good deal
12 about BP, and I want to be sure that there's no
13 question about what exactly we're referring to when we
14 use the term "BP."  This is Tab 7 from the previous CD.

15          (Exhibit No. 6079 marked.)

16          MR. GODFREY:  Has it -- has this been
17 marked 6079?

18          MR. CUNNINGHAM:  No.  I'm just marking
19 it.

20          MR. GODFREY:  Okay.  Fine.

21    Q.    (By Mr. Cunningham) I will hand you Exhibit
22 6079.  Just for purposes of clarity, if you'll turn to
23 the page marked 2 at the bottom left.  Do you have
24 that?

25    A.    I do.