# EXHIBIT 5

01-36971
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the ) | |
| GULF OF MEXICO, on ) | SECTION: J |
| APRIL 20, 2010 ) | |
| ) | JUDGE BARBIER |
| ) | |
| ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## William Castell

**VOLUME 1**

JUNE 22, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

```
 1              MR. UNDERHILL:  Ready.
 2              THE VIDEOGRAPHER:  On the record at
 3   2:36 p.m., beginning Tape 7.
 4       Q.   (By Mr. Underhill) We're back on the record,
 5   Sir William.  I handed you Exhibit 96 before we went
 6   off and asked you to read it.  Have you finished
 7   reading the document?
 8       A.   I've read the document, sir.
 9       Q.   And prior to me handing it to you a few mim --
10   minutes ago, have you ever seen it before?
11       A.   I've seen this -- I -- I believe I've seen
12   both these documents before.
13       Q.   Okay.  And by "both these documents," for --
14   to make the record clear, the top page of Exhibit 96 is
15   an E-mail from Kent Corser to various people on June
16   22nd of 2010, correct?
17              MR. STUART:  Are you referring to the
18   first page of Exhibit 96?
19              MR. UNDERHILL:  That's correct.
20              MR. STUART:  (Indicating.)
21       A.   (Reviewing Exhibit No. 96.)  I -- I -- I'm
22   slightly confused, in that I was seeing that this was
23   an E-mail.
24       Q.   (By Mr. Underhill) Could you go to the first
25   page of the exhibit?
```

```
 1     A.    Yeah.
 2     Q.    Let's just walk through it.
 3     A.    Okay.
 4     Q.    The first page of the E-mail is an E-mail from
 5  Kent Corser, dated June 22nd of 2010, which would be
 6  after the DEEPWATER HORIZON, correct?
 7     A.    Yes, sir.
 8     Q.    Okay.  And I'll -- I'll represent to you,
 9  unless -- well, do you -- do you know who Mr. Corser
10  is --
11     A.    No, sir.
12     Q.    I'll represent to you that Mr. Corser was a --
13  a Member of the Bly Investigative Team, and he was
14  E-mailing the attached documents to various Members of
15  his Team.  That's my representation to you.
16     A.    Thank you, sir.
17     Q.    Now, the -- the next -- second page of Exhibit
18  96, have you se -- had you seen this document before I
19  showed it to you a few moments ago?
20     A.    I believe I've seen this document before.
21     Q.    And for the record, that's an E-mail from John
22  Guide to David Sims, Saturday, April 17th of 2010,
23  correct?
24     A.    Correct.
25     Q.    That would be three days before the DEEPWATER
```

```
 1  HORIZON tragedy?
 2       A.   That is correct, sir.
 3       Q.   Okay.
 4       A.   Three and a half -- it -- it may be three and
 5  a half days, because it's 8:40 a.m., but --
 6       Q.   Thanks.  Can you tell me the first time, to
 7  the best of your recollection, that you were shown
 8  either the original or a copy of this document; that
 9  is, the Guide to Sims E-mail of April 17 of 2010?
10       A.   I believe the first time I saw it was June,
11  July, that period.
12       Q.   Thank you.  Do you remember the context in
13  which you were shown it?  Was it --
14       A.   No, sir.
15       Q.   -- a -- let me -- let me complete my question.
16            Was it a SEEAC meeting?  Was it an E-mail,
17  somebody saying, "Hey, here's something interesting.
18  Why don't you look at this?"  Can you give me some
19  context of how you first saw it?
20            MR. BROCK:  Would -- would you mind if he
21  states the year that he's referring to?
22            MR. UNDERHILL:  By all means.
23            MR. BROCK:  You said "June," but what --
24  state for the record what year.
25            THE WITNESS:  Oh, I -- I think that my
```

1   recollection is that this is a document that I was
2   aware of last year.  I believe it's June, July 2010.
3              MR. BROCK:  (Nodding.)
4       A.   I don't believe that this document was
5   considered in SEEAC.  I believe the document was
6   considered with -- within the Gulf Coast Committee, and
7   it may have been available to the Board separately.
8              My later recollections are that this document
9   may have been E-mailed to the Board but isn't the
10  document that I registered until June or July -- I
11  believe in it was in the Gulf Coast Committee.
12      Q.   (By Mr. Underhill) Thank you.
13      A.   And --
14      Q.   Do you Chair the Gulf Coast Committee?
15      A.   No.
16      Q.   You're a Member of the Committee?
17      A.   Yes.
18      Q.   And do you go to the United States to attend
19  Gulf Coast Meetings of the Committee there?
20      A.   I have been to some, not all, sir.
21      Q.   Thank you.
22      A.   Meeting every two weeks, it became impossible,
23  but I usually try and attend by phone if I can't get
24  there in person.
25      Q.   We're -- we're going to not take too much time

**PURSUANT TO CONFIDENTIALITY ORDER**

Exhibit 5, Page 6 of 6