# **EXHIBIT 7**

From: Cocales, Brett W
Sent: Fri Apr 16 21:14:54 2010
To: Morel, Brian P
Subject: RE: Macondo STK geodetic
Importance: Normal
Attachments: image001.jpg

Even if the hole is perfectly straight, a straight piece of pipe even in tension will not seek the perfect center of the hole unless it has something to centralize it.

But, who cares, it's done, end of story, will probably be fine and we'll get a good cement job. I would rather have to squeeze than get stuck above the WH. So Guide is right on the risk/reward equation.

Best Regards,
Brett

---

From: Morel, Brian P
Sent: Friday, April 16, 2010 4:04 PM
To: Cocales, Brett W
Subject: FW: Macondo STK geodetic

This is why I don't understand Jesse's centralizer requirements. You can see from the plot we aren't moving much in terms of footage over long intervals.

Brian

---

From: Wayne Courville [mailto:Wayne.Courville@Halliburton.com]
Sent: Friday, April 16, 2010 3:53 PM
To: Morel, Brian P
Subject: RE: Macondo STK geodetic

Hope this helps.


Wayne Courville

Lead Tech. Prof. - Well Designer

Office:  281-871-7757
Cell:    281-686-4647



EXHIBIT # 1367

WIT:

Confidential

Exhibit 7, Page 2 of 4

TREX-01367

BP-HZN-MBI 00128383
BPD107-216784

**From:** Morel, Brian P [mailto:Brian.Morel@bp.com]
**Sent:** Friday, April 16, 2010 3:06 PM
**To:** Wayne Courville
**Subject:** RE: Macondo STK geodetic

Just 2D works from 17163 to TD

---

**From:** Wayne Courville [mailto:Wayne.Courville@Halliburton.com]
**Sent:** Friday, April 16, 2010 2:57 PM
**To:** Morel, Brian P
**Subject:** RE: Macondo STK geodetic

Brian,

3D huh? I can give you something like this but I don't think it will be very helpful, maybe it will. From what depth to what depth are you looking for?

Wayne Courville

Lead Tech. Prof. - Well Designer

Office: 281-871-7757
Cell: 281-686-4647

---

**From:** Morel, Brian P [mailto:Brian.Morel@bp.com]
**Sent:** Friday, April 16, 2010 2:38 PM
**To:** Wayne Courville
**Subject:** RE: Macondo STK geodetic

Wayne,
Anyway you can plot me just the open hole surveys in 2D and 3D?

---

**From:** Wayne Courville [mailto:Wayne.Courville@Halliburton.com]
**Sent:** Wednesday, April 14, 2010 1:57 PM
**To:** Morel, Brian P
**Subject:** Macondo STK geodetic

Wayne Courville

Lead Tech. Prof. - Well Designer

Confidential

BP-HZN-MBI 00128384

BPD107-216785

Office:   281-871-7757
Cell:     281-686-4647

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender by reply e-mail and delete all copies of this message.

Confidential

Exhibit 7, Page 4 of 4

BP-HZN-MBI 00128385
BPD107-216786