# EXHIBIT 8

```
 1             UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4
    IN RE:  OIL SPILL         MDL NO. 2179
 5  BY THE OIL RIG
    "DEEPWATER HORIZON"       SECTION:  J
 6  IN THE GULF OF
    MEXICO, ON                JUDGE BARBIER
 7  APRIL 20, 2010            MAG. JUDGE SHUSHAN

 8

 9

10
```

**VOLUME 1**

Deposition of **MARK ROBERT BLY**, 501 Westlake Park Boulevard, Houston, Texas 77210, taken in the Pan American Life Center, Louisiana 70130, reported on Thursday, February 17th, 2011.

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

1  witnesses, are properly explained the facts
2  in a way that the fact finder can understand.
3  So, again, whether it's my ignorance or
4  whether I just need to fill out the record
5  here, if you will bear with me, I would sure
6  appreciate it.
7          A.      Absolutely.
8          Q.      Can we deal on that level?
9          A.      Yeah.
10         Q.      Great.  You've heard a lot of
11 leading questions, I'm going to give you an
12 open one.  Can you explain to me that diagram
13 in your own words, what does it purport to
14 do?  And I'm talking about that diagram on
15 Page 32 of the Bly report, Exhibit 1.
16         A.      It purports to, in a structured
17 way, describe the barriers that were meant to
18 be in place or that would normally be in
19 place to prevent hydrocarbons in the
20 reservoir getting out and causing a fire.
21              And the analysis is to say, well,
22 these are the barriers that failed or were
23 penetrated.  And the fact that eight of them
24 failed was what allowed the accident to go
25 from the very initiation all the way to the

```
 1   end.
 2          Q.     Thank you very much.  Good
 3   explanation.  Let's stay with this for a
 4   little bit and see if I can kind of
 5   understand a little better my own
 6   understanding.  If I understand what this
 7   diagram tries to do, or what it says, is that
 8   you've got eight causes that work together in
 9   sequence to allow the event to happen.  So
10   far so good?
11          A.     I think that's fair.  I don't
12   know if each one is an individual cause.
13   They definitely happened together and
14   sequentially.
15          Q.     Got it.  That's a good point.
16   In fact, working from left to right on that
17   diagram -- by the way, it's called Figure 1
18   of the BP internal investigation.  Working
19   from left to right, that is, in fact, the
20   chronological sequence of those events, is it
21   not?
22          A.     Yes.
23          Q.     So if --
24          A.     You have to be careful because
25   if you look at any particular thing on here,
```

 1  that's the chronological sequence of how they
 2  came together in this accident.
 3           There may be different timelines
 4  associated with -- you know, the press
 5  understanding one of them.  The blowout
 6  prevention equipment, it didn't close, it
 7  could have been to do with maintenance that
 8  wasn't done six months prior to the
 9  accident.
10      Q.      Got you.
11      A.      So you have to be thoughtful
12  about how you --
13      Q.      Excellent point.  I appreciate
14  the clarification.  By the way, following up,
15  something Mr. Sterbcow told you earlier, if
16  you don't understand one of my questions, I'm
17  not going to be insulted if you don't -- tell
18  me you don't get it.  If you want me to
19  clarify, feel free to do so.  I want you to
20  understand the question.  And oftentimes if
21  you don't, it's my bad question, not your
22  understanding.  Okay?
23           So in terms of this diagram, if
24  I -- let's work a little more, we have at
25  least as it's diagrammed here, eight

1  same, yeah.
2      Q.   Now, let's go back to our
3  overview.  If I understand the intent of this
4  diagram is that all the holes line up in
5  sequence to allow that causation chain to
6  shoot through all eight elements of
7  causation, the cement, pressure testing, all
8  the way through BOP; correct?
9      A.   Yeah, that's -- what it says is
10 that all of these things had to -- barriers
11 had to be penetrated to get to the end of
12 them.
13     Q.   So let's just take one at
14 random, let's take the negative pressure
15 test.  If we take the negative pressure test
16 as it's depicted there all in line so the
17 causation line can go through it, if we take
18 that and move it up so the causation line now
19 hits a solid portion of that block, and
20 assuming that they took proper remedial
21 action, even if the cement had failed, even
22 if the flow collar and shoe track had failed,
23 if the negative pressure test hadn't been
24 conducted correctly, interpreted correctly
25 and proper remedial action taken, whatever

1  that might entail, then the accident wouldn't
2  have occurred; correct?
3       A.    Well, I think that that's a very
4  definitive statement.  What we -- what I
5  would prefer to say is what we said in here,
6  is if any of the critical factors had been
7  eliminated, the events could have been either
8  prevented or reduced in severity. That's what
9  I would feel comfortable in saying.
10       Q.    I'm comfortable with that.
11 Thank you.
12            Actually, let's clarify one thing
13 to make sure that we're on the same page.
14 The last one, BOP emergency operation having
15 occurred after the fire and explosion, if I
16 understand the intent there is that you
17 would have had the fire and explosion,
18 possibly or very likely the personal injury
19 and death, but had the BOP functioned
20 afterwards, at least the oil spill might
21 have been minimized; correct?
22       A.    Yeah, I don't know if the first
23 statement you made was the intent.  But this
24 was -- the reason this is separated was one
25 of the factors that we believe happened was

```
 1    once the explosion and fire occurred that
 2    played a role in one of -- at least one of
 3    the emergency functions of the BOP being
 4    inoperable.  It's written up in here.  It
 5    appears that the control cables that were
 6    required to make the EES work may have been
 7    damaged in the explosion.  So you start to
 8    have interrelationships between the factors,
 9    is the point.  If that makes sense.
10          Q.      It does.  Before we move away
11    from this, we're about to see if we are
12    reading each other on the same page here.
13    This Figure 1 on Page 32 of the BP report, it
14    indicates that the DEEPWATER HORIZON tragedy
15    wasn't based on the failure of only one of
16    the barriers listed, but it was based on an
17    accumulation of actions, a chain of actions
18    and events, if you will, that taken together
19    contributed to the blowout, fire and
20    resulting oil spill?
21          A.      Yeah.  I think you have to say
22    not actions only, but there is equipment
23    involved and, you know, there's cement that
24    failed, you know, there was things that --
25    some of it was action, some of it was
```

1  mechanical failure, some of it was decisions
2  made.  But in aggregate, multiple things had
3  to happen to get from the beginning to the
4  end.
5       Q.     So all of those things --
6  actions, decisions, failures of equipment,
7  possibly failures to maintain equipment --
8  all of those things taken together, and you
9  might have even mentioned a few other things
10 in your clarification, all of those things
11 taken, the accumulation of those actions,
12 decisions, events, equipment failures, all of
13 them taken together totaled up, accumulated
14 together, allowed the DEEPWATER HORIZON
15 tragedy to occur.
16      A.     They did not prevent it from
17 occurring, if that's saying the same thing.
18 If you conceptualize these barriers as
19 preventions or protective measures, and
20 getting through them means they did not
21 prevent it from happening in aggregate.
22      Q.     In aggregate?
23      A.     Yeah.
24      Q.     So it wasn't just one of those
25 barriers failing, it was the accumulation of

```
 1    those barriers, and to add what you
 2    mentioned, other decisions, equipment
 3    failures, all of those things added together,
 4    again to use your phraseology, allowed the
 5    tragedy to occur.  I would prefer causation,
 6    but I'm happy with --
 7         A.    Failed to effectively prevent
 8    each stage, that's sort of the concept here.
 9    Each one of these, if they work, would
10    prevent, you know, the next step in the
11    sequence of the accident, so each one that
12    gets through it, it gets closer to the end
13    of it.
14         Q.    Thank you very much.  I'm not
15    done.  Mr. Godfrey got all excited there.
16         MR. GODFREY:
17              At my age, no.
18    EXAMINATION BY MR. UNDERHILL:
19         Q.    Let's spend some time going
20    through those different elements, if we
21    could, and, again, on this one, I invite you
22    to refer to your report any time.  And I've
23    got -- you've noted in the -- I think I gave
24    you my exhibit book.  I'm going to refer to
25    some stuff that's not in there.  If you keep
```

```
 1   unless it was caused by pressure from the
 2   reservoir."
 3        Q.    You know, I had you read that
 4   out of context.  Feel free to read the full
 5   paragraph, if you want, either out loud or on
 6   the record, that that phenomenon they're
 7   referring to was -- it's referred to as the
 8   bladder effect.  Is that the context you --
 9        A.    Yes, yeah.
10        Q.    So I want to make sure I get
11   this. BP spent, ball-park figure, $10 million
12   to conduct this study that you headed, had 50
13   specialists from both inside and outside the
14   company, despite 10 million bucks and 50
15   highly experienced people, they couldn't find
16   any -- any phenomenon known as the bladder
17   effect; correct?
18        A.    That's right.
19        Q.    But two BP well site leaders,
20   Mr. Vidrine and Kaluza, they did?
21      MR. GODFREY:
22           Objection as to form.
23   EXAMINATION BY MR. UNDERHILL:
24        Q.    Somebody is wrong, either 10
25   million and 50 people is wrong or
```