# EXHIBIT 15



Article

pubs.acs.org/est

# Impacts and Recovery of the *Deepwater Horizon* Oil Spill on Vegetation Structure and Function of Coastal Salt Marshes in the Northern Gulf of Mexico

Qianxin Lin* and Irving A. Mendelssohn

Department of Oceanography and Coastal Sciences, School of the Coast and Environment, Louisiana State University, Baton Rouge, Louisiana 70803, United States



**ABSTRACT:** We investigated the impacts of the *Deepwater Horizon* (DWH) oil spill on two dominant coastal saltmarsh plants, *Spartina alterniflora* and *Juncus roemerianus*, in the northern Gulf of Mexico and the processes controlling differential species-effects and recovery. Seven months after the Macondo MC 252 oil made landfall along the shoreline salt marshes of northern Barataria Bay, Louisiana, concentrations of total petroleum hydrocarbons in the surface 2 cm of heavily oiled marsh soils were as high as 510 mg g$^{-1}$. Heavy oiling caused almost complete mortality of both species. However, moderate oiling impacted *Spartina* less severely than *Juncus* and, relative to the reference marshes, had no significant effect on *Spartina* while significantly lowering live aboveground biomass and stem density of *Juncus*. A greenhouse mesocosm study supported field results and indicated that *S. alterniflora* was much more tolerant to shoot oil coverage than *J. roemerianus*. *Spartina* recovered from as much as 100% oil coverage of shoots in 7 months; however, *Juncus* recovered to a much lesser extent. Soil-oiling significantly affected both species. Severe impacts of the Macondo oil to coastal marsh vegetation most likely resulted from oil exposure of the shoots and oil contact on/in the marsh soil, as well as repeated oiling events.

## ■ INTRODUCTION

The blowout of the Macondo MC252 wellhead on April 20, 2010 spilled a U.S. government-estimated[1] 4,900,000 barrels of crude oil into the Gulf of Mexico during the 87-day *Deepwater Horizon* (DWH) event. Although the Macondo oil that made landfall was relatively "weathered" and consisted of emulsions of crude oil depleted of its more volatile and toxic components, the nation's largest and most productive wetland-estuarine environment was exposed to an unprecedented potential for environmental damage. The DWH event oiled more than 650 miles (1040 km) of Gulf coastal habitats with more than 130 miles (208 km) designated as moderately to heavily oiled.[1] Louisiana's fragile delta habitats bore the brunt of the damage, including heavily oiled *Spartina alterniflora* and *Juncus roemerianus* coastal salt marshes in the Mississippi River delta ecosystem, especially in northern Barataria Bay of Louisiana.

Oil spills generally can cause widespread impacts to coastal wetland plants, such as reduced plant photosynthesis, transpiration, shoot height, stem density, and biomass, as well as impaired growth and regrowth, and even complete mortality depending upon the oil type, degree of oil weathering, spill volume, mode of contact with the vegetation, oil penetration of the soil, and other factors.[2−12] Recovery of coastal wetlands from oil spills may occur relatively quickly over years or slowly over decades.[13,9,14] For the DWH oil spill, acute oil impacts to marsh vegetation were evident in many marshes, especially in northern Barataria Bay, one of the most heavily oiled coastal marshes in the northern Gulf of Mexico. Impacts of the Macondo oil varied with coastal marsh location, shoreline orientation, and marsh plant species. Also, the response and recovery of marsh plants to oiling appeared to differ among the dominant plant species, especially between *Spartina alterniflora* and *Juncus roemerianus*.

Given the unique combination of characteristics of the DWH oil spill, including the large volume of oil spilled, the prolonged time for oil weathering and emulsification before making landfall, the large amount of dispersant used, and the warm climate of the northern Gulf of Mexico, the ecological impacts to and recovery of oiled shoreline vegetation are difficult to predict. Thus, documenting the early stages of impact and recovery is essential for a comprehensive assessment of the factors that determine the longer-term recovery of the marsh vegetation and many of the vegetation-dependent ecological functions. Also, an understanding of the processes that control the differential response of vegetation to oiling, especially with respect to *Spartina* and *Juncus*, will be invaluable for maximizing restoration success of DWH oil spill-impacted marshes and for future oil spills in coastal wetlands.

The objectives of the study were to (1) quantify the impacts and initial recovery of the DWH oil spill on coastal salt marshes along the most heavily oiled segment of the northern Gulf of

Received: October 12, 2011
Revised: February 9, 2012
Accepted: February 27, 2012
Published: February 27, 2012



Mexico, and (2) identify the processes that determine the differential impact and recovery of two dominant and most heavily oiled coastal saltmarsh plant species, *Spartina alterniflora* and *Juncus roemerianus*.

## ■ MATERIALS AND METHODS

**Field Study on Impacts of the *DWH* Oil Spill and Recovery of Coastal Salt Marshes.** The field study was carried out in coastal salt marshes in and around Bay Jimmy in northern Barataria Bay, Louisiana, one of the most severely oiled coastal marsh regions, covering a sampling area of about 8 km × 5 km. Seven field stations (replicates) were randomly selected from a larger population that received heavy, moderate, and nonoiled marshes based on SCAT data[15] and our field observations, resulting in a total of 21 field stations. Heavy and moderately oiled shorelines accounted for approximately 283 km of the 692 km of oiled marsh shoreline in Louisiana[16] out of a total coastal shoreline of 12 400 km. At the time of our sampling, no obvious cleanup activities had occurred at our sampling stations. In early January 2011, about 7 months after the Macondo oil made landfall in this area, samples of marsh soil and vegetation were collected. Surface 0−2 cm soil samples were collected from 5 different spots in each of 21 field stations to determine the oil concentration in the soil and degree of oiling. At each station, a 0.25 m$^2$ quadrat was haphazardly located. Plant aboveground biomass was sampled in each plot. Live and dead aboveground biomass and live stem density were analyzed to determine oil impacts and initial recovery.

**Greenhouse Mesocosm Study.** A greenhouse mesocosm experiment to determine the effects of different severities of oiling on *Spartina alterniflora* and *Juncus roemerianus* was conducted to identify the processes that determine the impacts and recovery of these two vegetation types. Separate unoiled *Spartina* and *Juncus* marsh sods (28 cm in diameter and 30 cm deep), containing intact vegetation and soil, were collected from Barataria Basin in September 2010, transported to a greenhouse (16−35 °C) at Louisiana State University, and acclimated for 1.5 months before oil treatment.

**Macondo Source Oil and Weathering Process.** The Macondo source oil with an API gravity of about 37,[17] containing relative large amount of light components like a typical south Louisiana crude (SLC), was used for the mesocosm study. To simulate the impacts of weathered Macondo oil, the source oil was artificially weathered by 40% by weight with relatively strong wind blowing under sunlight. The artificially weathered oil was subsequently emulsified to 50% water content by placing the weathered oil over 15 cm of 3% salt water and vigorously mixing the water and oil with small submersible pumps. During the *DWH* oil event, the ratio of dispersant applied to the spilled oil was close to 1:200; thus impacts from the dispersant would likely be insignificant compared to the oil, per se, on the marshes. Therefore, a dispersant treatment was not included in the greenhouse study.

**Experimental Design and Mesocosm-Study Procedures.** We simulated the most common oiling scenarios and investigated the effects of these different oiling scenarios on two vegetation types. The experimental design was a randomized block with a 6 × 2 factorial arrangement of treatments (six oil treatment-levels applied to 2 marsh types). The 6 oil treatment-levels were (1) oil coverage of the lower 30% of the shoot-height of *S. alterniflora* and *J. roemerianus*, (2) oil coverage of the lower 70% of the shoot-height, (3) repeated oil coverage of the lower 70% of the shoot-height, (4) 100% oil coverage of shoots, (5) soil oiling with 8 L m$^{-2}$ of oil added to the sediment surface and allowed to penetrate the sediment, and (6) no oil as a control. Each treatment combination was replicated five times, resulting in a total of 60 *Spartina* and *Juncus* marsh sods. For the soil oiling treatment, we applied 8 L m$^{-2}$ of emulsified, weathered oil over a standing water layer in the mesocosms, and then we drained water through the soil column to allow the floating oil to contact and penetrate the marsh soil. The drained water and any associated oil was collected via a drainage tube and returned the soil surface after ca. 8 h of drainage each day. This drainage cycle was repeated until most oil was adsorbed to the soil. For the 70% repeated oil coverage, oiling was repeated every 4 days for 2 months. All oil used in the mesocosm study was weathered and emulsified oil as described above.

**Analyses of Plant Responses and Oil Chemistry.** The following response variables were measured:

- *Plant stem density* was determined for both field and greenhouse studies by directly counting the number of stems in each experimental unit.
- *Plant canopy height* was measured for the greenhouse study with a ruler in each experimental unit to the nearest of 1 cm.
- *Aboveground biomass* of marsh plants in a 50 cm × 50 cm quadrat was harvested from the salt marshes of northern Barataria Bay, separated into live and dead components, and dried at 65 °C until a constant weight was achieved.
- *Plant community photosynthetic rate:* A portable photosynthesis system, including an infrared gas analyzer and a transparent mesocosm chamber, was used to measure plant community photosynthetic rate for the greenhouse study. Measurements were conducted under the full sunlight between 10:30 a.m. and 2:30 p.m. About 5 cm depth standing water was added to the soil surface to prevent $CO_2$ released from the soil. All plants in an experimental unit were enclosed in a transparent mesocosm chamber, and the changes in $CO_2$ concentrations in the chamber were measured over a 60-s period with the infrared gas analyzer. Photosynthetic rate ($CO_2$ exchange) was calculated and expressed as $\mu mol\ m^{-2}\ s^{-1}$.
- *Residual total petroleum hydrocarbons (TPH) in the soil*: The 0−2 cm surface soils were collected from the greenhouse and at each sampling station in northern Barataria Bay, transported to laboratory on ice in coolers, extracted with dichloromethane (DCM), and analyzed gravimetrically.[5] The DCM extracts were transferred to preweighed dishes, the DCM was evaporated, and the unevaporated oil remaining in the dishes was weighed to the nearest 0.0001 g. The TPH concentration was calculated and expressed as mg g$^{-1}$ dry soil.

**Statistical Analysis.** Statistical analysis was conducted with the Statistical Analysis System (SAS). Treatment effects were analyzed with general linear models. Least squares means were used to evaluate statistical differences among means of main factors and individual treatment-level combinations. Significant differences are reported at the 0.05 probability level, unless otherwise stated. Variables in the mesocosm study were normalized to the control of each species for better comparison because interspecies-differences in the variables were large, even in the controls.

■ **RESULTS**

**Impacts of the *DWH* Oil Spill on Coastal Salt Marshes: Barataria Bay Field Study.** Oil impacts were severe and evident seven months after the Macondo oil made landfall in many of the heavily oil marshes in northern Barataria Bay. However, the Macondo oil primarily impacted the fringing areas of these coastal salt marshes. Concentrations of total petroleum hydrocarbons (TPH) in the soil were significantly higher in heavily oiled marshes than moderate and reference marshes; moderately oiled marshes also tended to have greater soil oil concentrations than reference marshes, although this difference was not statistically significant due to large variation (Figure 1). Oiling significantly impacted aboveground biomass.



**Figure 1.** Concentration of total petroleum hydrocarbon (TPH) in the 0–2 cm soil-depth of shoreline marshes in northern Barataria Bay 7 months after the DWH spill. The values are means and standard errors ($n = 7$).

Total live aboveground biomass of the heavily oiled marshes was significantly ($p < 0.01$) lower than in reference marshes (Figure 2). However, total live aboveground biomass of the



**Figure 2.** Plant aboveground biomass in shoreline marshes in northern Barataria Bay 7 months after the DWH spill. The values are means and standard errors ($n = 7$).

moderately oiled marshes was not significantly ($p = 0.1306$) different from the reference. Total dead aboveground biomass was not significantly ($p = 0.286$) different among the oiling categories (Figure 2); considerable dead aboveground biomass had been washed away or pushed inland, leaving plant stubble in many heavily oiled locations. This likely caused the trends in dead aboveground biomass with oiling level.

*Spartina alterniflora* and *Juncus roemerianus* often codominate in coastal salt marshes of northern Barataria Bay. However, these two species responded differently to oiling. Heavy oiling tended to kill the aboveground vegetation of both species and left little live aboveground biomass for either species (Figure 3A). With moderate oiling, however, live aboveground biomass was significantly lower for *J. roemerianus*, but not for *S. alterniflora*, compared to reference marshes (Figure 3A). The different initial impacts may result in a considerable difference



**Figure 3.** Live aboveground biomass (A) and live stem density (B) of dominant plant species in shoreline marshes in northern Barataria Bay 7 months after the DWH landfall. The values are means and standard errors ($n = 7$).

in recovery between these two species. Also, live stem density of *J. roemerianus* was significantly lower in moderately oiled and heavily oiled marshes than the reference (Figure 3B), indicating that oiling affected the regenerating capacity of belowground rhizomes and recovery of this species. In contrast, live stem density of *S. alterniflora* in moderately oiled marshes was significantly higher than the reference, indicating the capacity for regrowth and recovery from their rhizomes.

**Processes That Control Oil Impacts: Mesocosm Study.** In the greenhouse mesocosm study, we investigated the effects of the most common oiling scenarios on the plant species, *S. alterniflora* and *J. roemerianus*. Effects of oiling on marsh plants varied with both oil treatment and marsh plant species. Oiling significantly affected vegetative structure, e.g., plant stem density and shoot height. Although dead plant stem density (Figure 4) significantly differed with both oil treatment ($p <$



**Figure 4.** Effects of oil treatment on plant dead stem density 7 months after oiling in the greenhouse. The values are means and standard errors ($n = 5$). Cont = Control, 30% = 30% shoot oil coverage, 70% = 70% shoot oil coverage, 70%R = 70% repeated shoot oil coverage, 100% = 100% shoot oil coverage, and Soil = oiling the soil. The legends are same for Figure 4 through Figure 8. The real values for the *Spartina* and *Juncus* controls are 22.6 stems/pot and 21.8 stems/pot, respectively.

0.0001) and plant species ($p < 0.0001$), the effect of oil treatment differed with plant species (significant interaction, $p < 0.0001$). Oiling caused more stem mortality for *Juncus* than for *Spartina*. Dead stem densities of *Juncus* in all oil treatments, except the 30% oil coverage, were significantly higher than that

of the control. In contrast, *Spartina* dead stem densities were only higher than the control for the 70% repeated oil coverage.

Plant live stem density (Figure 5) significantly differed with both oil treatment ($p < 0.0001$), plant species ($p < 0.05$), and



**Figure 5.** Effects of oil treatments on the live stem density 7 months after oiling. The values are means and standard errors ($n = 5$). The real values for the *Spartina* and *Juncus* controls are 37.8 and 198.2 stems/pot, respectively.

their interaction ($p < 0.01$). Oiling affected live stem density of *Juncus* more than that of *Spartina*. Live stem densities of *Juncus* in all oil treatments except 30% oil coverage were significantly lower than that of the control. However, live stem densities of *Spartina* in the oil treatments, except the 70% repeated coverage and oiling to the soil, were equivalent to the control.

Both stem density and shoot height determine vegetation structure. Plant canopy height (Figure 6) significantly differed



**Figure 6.** Effects of oil treatments on the plant canopy height 7 months after oiling. The values are means and standard errors ($n = 5$). The real values for the *Spartina* and *Juncus* controls are 64 and 98 cm, respectively.

with both oil treatment ($p < 0.005$) and plant species ($p < 0.0001$). A significant interaction ($p < 0.0001$) between oil treatment and plant species, as observed for live stem density, indicated that oiling affected the canopy height of *Juncus* more than that of *Spartina*. *Juncus* canopy height in the treatments of 100% oil coverage, 70% repeated coverage, and oiling to the soil were significantly lower than that of the control. However, *Spartina* canopy height in the treatments of 100% oil coverage, 70% coverage, and 70% repeated coverage were significantly higher than that of the control.

The effect of oiling on vegetation structure, i.e., stem density and canopy height, may in turn affect vegetation function, such as plant community photosynthetic rate, a measure of the C-fixation of all live shoots/leaves above the mesocosm water level. Three weeks after oil treatment, plant community photosynthetic rate (Figure 7) significantly differed with both oil treatment ($p < 0.0001$) and plant species ($p < 0.0005$), but



**Figure 7.** Effects of oil treatments on the plant community photosynthetic rates 3 weeks after oiling. The values are means and standard errors ($n = 5$). The real values for the *Spartina* and *Juncus* controls are 4.1 and 16.4 $\mu$mol m$^{-2}$ s$^{-1}$, respectively.

not their interaction ($p = 0.1707$). Thus, during the early stage of oil exposure, both plant species were equally affected by the oil. Plant community photosynthetic rates for both *Juncus* and *Spartina* in all oil treatments except the soil oiling were significantly lower than that of the control. The reduction in community photosynthetic rate was generally proportional to the degree of shoot oil coverage, likely due to less leaf surface area for photosynthesis with higher oil coverage. The 100% oil coverage almost completely inhibited community photosynthesis. Suffocation by the viscous weathered oil likely played a major role in inhibiting photosynthesis even if plant leaves were still green. Seven months after oil treatment, plant community photosynthetic rate (Figure 8) significantly differed with oil



**Figure 8.** Effects of oil treatments on the plant community photosynthetic rates 7 months after oiling. The values are means and standard errors ($n = 5$). The real values for the *Spartina* and *Juncus* controls are 23.4 and 27.1 $\mu$mol m$^{-2}$ s$^{-1}$, respectively.

treatment ($p < 0.001$), plant species ($p < 0.0001$), and their interaction ($p < 0.0001$). Plant community photosynthesis of *Spartina* recovered better than *Juncus*. Plant community photosynthetic rates of *Juncus* in all oil treatments except the 30% oil coverage were significantly lower than that of the control, and were most likely correlated to lower live stem density and canopy height. In contrast, plant community photosynthetic rates of *Spartina* in all oil treatments, except oiling to the soil, were equal to the control. Surprisingly, plant community photosynthetic rate of *Spartina* in the 70% oil coverage treatment was significantly higher than the control.

*Spartina*'s community photosynthetic rate in all oil coverage treatments had greatly recovered from the initial suppression in photosynthetic rate after oil exposure; *Juncus* did not show such a dramatic recovery although it had some recovery.

## ■ DISCUSSION

The *DWH* oil spill severely affected coastal saltmarsh plants in the Bay Jimmy area of northern Barataria Bay, Louisiana. Along many of these heavily oiled marsh shorelines, near complete mortality of vegetation occurred. However, with moderate oiling, impact was greater for *J. roemerianus* than *S. alterniflora*. Impact was directly related to the extent of oiling with significantly higher soil-surface oil concentration in the heavily oiled marshes compared to the reference marshes; moderately oiled marshes had intermediate oil levels. What caused severe oil impacts to marsh vegetation and differential impacts between plant species?

During the *DWH* event, oil released from the Macondo 252 wellhead was extensively weathered and emulsified as the oil surfaced from a depth of 1500 m and then moved 80 km or more until making contact with marsh shorelines. During this period, the Macondo oil became less toxic as more soluble and toxic oil components degraded and volatilized. Although the processes of weathering reduced the oil's toxicity, the Macondo oil that made landfall was still relatively toxic, albeit not as toxic as fresh south Louisiana crude. With exposure to air and sunlight, the oil on the marsh surface often became a dry crust, but, the oil just beneath the surface crust was still relatively fluid and strong oil fumes were evident even 7 months after landfall, indicating the presence of aromatic and relatively small molecular weight hydrocarbon components and their related toxicity. Also, where oil was trapped below laid over vegetation, weathering was impaired and fluid oil was common. Thus, direct toxicity of the Macondo oil, although relatively weathered, was likely still responsible for the plant mortality in addition to any suffocation effects of the viscous oil.

Field observation indicated that whether the Macondo oil coated plant shoots partially or completely or heavily coated the marsh soil primarily depended upon marsh location. The *DWH* oil spill generally impacted the fringing portion of the shoreline marshes, not the marsh interior, probably because of the small tidal range (generally 30−40 cm) along the northern Gulf coast and the relatively high elevation of the bayside and island marsh shorelines. Some marsh locations received more oil than the others, even within the Bay Jimmy area of northern Barataria Bay. Generally, heavily oiled marshes with thick oil accumulation on and in the soil were those with a south-orientation and closest to the Gulf of Mexico and therefore in direct line with northward moving oil. In many heavily oiled marsh locations, oil coated shoots laid horizontally in the direction of tides and waves, i.e., with the tips of plant shoots pointing landward. The viscous, emulsified, and weathered oil added extra weight to the shoots, preventing them from returning to their vertical position. Laid over shoots were likely more prone to being saturated with oil and/or repeatedly reoiled during tidal cycles, and thereby, impacts were greatest and recovery was least along these south-oriented shoreline marshes.

The moderately oiled marshes were usually located on the landward sides of marsh islands, resulting in less oil contacting these shorelines and less oil accumulation on and in the soil. Although plant shoots may have been oiled to varying degrees, the relatively low soil oiling allowed plants, especially *Spartina alterniflora*, to recover via vegetative growth from underground rhizomes.

The mesocosm study supported field results that recovery of *Spartina* from oil coverage was better than *Juncus*. Community photosynthesis of both *Spartina* and *Juncus* was almost completely inhibited with 100% oil shoot coverage after 3 weeks, indicating acute effects. However, 7 months after oil coverage of 30% to 100%, live stem density, shoot height, and community photosynthesis of *Spartina alterniflora* generally recovered to the level of the control. This result suggests that the oil, even when coating was as much as 100% of the shoots, did not kill the belowground reproductive rhizomes of *Spartina alterniflora*. A study[18] showed that although complete fouling of *Spartina alterniflora* with SLC oil caused rapid death of all leaves, new leaf production began within 2 weeks. Furthermore, Hershner and Moore[19] found that stem density, standing crop, and flowering of *S. alterniflora* recovered quickly and even increased after an oil spill in the Chesapeake Bay. In addition, *Spartina alterniflora*, *S. patens*, and *Sagittaria lancifolia* recovered in the following growing season after an experimental application of 2 L m$^{-2}$ of SLC oil in field plots, although initial effects of oil shoot coverage were significant.[12]

For *Juncus*, impacts of oil increased with oil coverage and repeated oiling. Live stem density decreased and dead stem density increased in the 70% and 100% oil coverage treatments. In addition, plant growth responses were significantly lower in the 70% repeated oil coverage than in the single 70% oil coverage, indicating repeated oiling played an important role in oil impacts. Repeated oiling may consume or eventually deplete underground carbon and nutrient reserves that are used to generate new shoots. Without the acquisition of enough new carbon from photosynthesis, the plants may eventually die from repeated oil coverage. However, in the 30% oil coverage the majority of the *Juncus* growth variables were able to recover to the control level. There are few published studies on oil effects on *Juncus roemerianus* available to compare with the present study. A 3-year study of the experimental application of Empire Mix and Saudi Arabian crude oils to a *J. roemerianus* marsh indicated that single low dosage (0.25−0.6 L m$^{-2}$) only initially affected primary productivity, whereas a single heavy dose of 1.5 L m$^{-2}$ or 6−10 successive 0.6 L m$^{-2}$ monthly applications killed the plants and completely suppressed growth for 1−2 year.[20]

Oil applied to the soil significantly affected both *Spartina* and *Juncus* in the mesocosm study. Seven months after applying 8 L m$^{-2}$ of emulsified oil to the soil, concentrations of TPH in the surface 2-cm soil, averaged over *Spartina* and *Juncus* mesocoms, were 193 mg g$^{-1}$ (±19.8 standard error, $n$ = 10). However, seven months after oil landfall, average oil concentration in the heavily oiled marshes in northern Barataria Bay was as high as 510 mg g$^{-1}$, which may suggest that the initial emulsified oil amount could have been as high as 20 L m$^{-2}$ in northern Barataria marshes if the proportional relationship between oil volume and soil concentration in the mesocosm study could be applied to the field oiling. Heavy oiling on/in the soil might greatly impact the marsh vegetation by direct toxicity and/or suffocation effects of viscous, weathered oil, although we are not able to determine exactly the initial oil amount. A number of studies have indicated that marsh plants can recover from light soil oiling. However, high oil concentrations in the soil cause significant and severe impacts to *Spartina alterniflora*, *Spartina patens*, and *Juncus roemerianus*.[2,5−7,11,21] Heavy soil oiling would impact plant belowground organs and could cause

negative impacts to marsh vegetation for years[3,13,22] to decades,[14,23] primarily depending upon the oil concentration in the soil and oil type.

The *Amoco Cadiz* supertanker oil spill along the Brittany coast of France in 1978 appears relevant to the *Deepwater Horizon* oil spill. About 1.6 million barrels of crude oil was released into the sea and impacted coastlines during the *Amoco Cadiz* incident. Initial oiling of Brittany marshes caused severe impacts to highly oil sensitive annuals, such as *Salicornia* and *Suaeda*, as well as aerial portions of perennials: however, intact undamaged roots and rhizomes quickly produced new shoots.[24] This is similar to our findings for moderately oiled marshes in northern Barataria Bay during the *DWH* event. The Brittany marshes that were oiled but not cleaned were essentially restored by natural processes within 5 years of the *Amoco Cadiz* spill.[25] However, long-term impacts of the spill were apparently due to marsh cleanup and associated removal of oiled marsh substrate; recovery of the oiling/cleanup marshes took 7–8 years after the spill,[25] suggesting that extreme cleanup procedures may have delayed the vegetation recovery.

The present research indicated that the *DWH* oil spill severely impacted coastal saltmarsh vegetation along heavily oiled marsh shorelines in northern Barataria Bay. Heavily oiled shorelines often had significantly higher concentrations of soil TPH, complete mortality of marsh plants, and little recovery 7 months after landfall of the Macondo oil. Heavily oiled marshes were generally south-oriented, located adjacent to bays and the Gulf of Mexico, and in the path of the prevailing oil movement. However, marsh plants have shown resilience and recovery in moderately oiled marshes, especially those dominated by *S. alterniflora*. Although various shoot oiling scenarios posed acute impacts to aboveground structure and function, oil contact did not kill belowground rhizomes, especially for *Spartina*; marsh plants were able to recover to various degrees if oil on and in the soil was minimal. Repeated oiling caused greater impact to marsh plants than a single oiling event. The combination of shoot oiling, repeated oiling of standing and fallen shoots, and especially oil coating and penetration of the soil likely caused high plant mortality in heavily oiled marshes with little recovery even 7 months after oiling. Thus, considerable attention should be paid to whether heavy oil coating and penetration of the sediment occur, and oil spill cleanup and marsh restoration should be conducted accordingly. A comprehensive understanding of the long-term impacts of the *DWH* oil spill and the extent of recovery requires continued investigation.

■ **AUTHOR INFORMATION**

**Corresponding Author**
*Phone: (225)578-8889; fax: (225)578-6423; e-mail: comlin@lsu.edu.

**Notes**
Dr. Irving A. Mendelssohn is a consultant to BP on wetland issues related to the Deepwater Horizon spill. The research presented in this article was independent of his activities with BP, and BP had no oversight of this research or resulting conclusions.

■ **ACKNOWLEDGMENTS**

This research was made possible in part by a grant from The Gulf of Mexico Research Initiative (LSU and the Northern Gulf Institute), and in part by the National Sea Grant Program maintained by the National Oceanic and Atmospheric Administration of the U.S. Department of Commerce. We thank Joe Baustian, Chunfu Tong, and Sean Graham for assistance in the field; Chengting Hu for help with the greenhouse mesocosm study, and three anonymous reviewers for their very helpful comments.

■ **REFERENCES**

(1) National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling. Deep Water: The Gulf Oil Disaster and the Future of Offshore Drilling, Report to the President, January 2011. Government Printing Office, 392 pp. (http://www.oilspillcommission.gov/sites/default/files/documents/DEEPWATER_ReporttothePresident_FINAL.pdf)

(2) Alexander, S. K.; Webb, J. W. Relationship of *Spartina alterniflora* growth to sediment oil content following an oil spill. In *Proceedings of the 1987 Oil Spill Conference*; American Petroleum Institute: Washington, DC, 1987; pp 445–449.

(3) Mendelssohn, I. A.; Hester, M. W.; Sasser, C.; Fischel, M. The effect of Louisiana crude oil discharge from a pipeline break on the vegetation of a southeast Louisiana brackish marsh. *Oil Chem. Pollut.* **1990**, *7*, 1–15.

(4) Hoff, R. Z.; Shigenaka, G; Henry, C. B. Salt marsh recovery from a crude oil spill: Vegetation, oil weathering, and response. In *Proceedings of the 1993 Oil Spill Conference*; American Petroleum Institute: Washington, DC, 1993; pp 307–311.

(5) Lin, Q.; Mendelssohn, I. A. A comparative investigation of the effects of Louisiana crude oil on the vegetation of fresh, brackish, and salt marsh. *Mar. Pollut. Bull.* **1996**, *32*, 202–209.

(6) Lin, Q.; Mendelssohn, I. A. The Combined effects of phytoremediation and biostimulation in enhancing habitat restoration and oil degradation of petroleum contaminated wetlands. *Ecol. Eng.* **1998**, *10*, 263–274.

(7) Lin, Q.; Mendelssohn, I. A. Determining tolerance limits for restoration and phytoremediation with *Spartina patens* in crude oil-contaminated coastal wetlands in greenhouse. *Arch. Agron. Soil Sci.* **2008**, *54*, 681–690.

(8) Lin, Q.; Mendelssohn, I. A. Potential of restoration and phytoremediation with *Juncus roemerianus* for diesel-contaminated coastal wetlands. *Ecol. Eng.* **2009**, *35*, 85–91.

(9) Hester, M. W.; Mendelssohn, I. A. Long-term recovery of a Louisiana brackish marsh plant community from oil-spill impact: Vegetation response and mitigating effects of marsh surface elevation. *Mar. Environ. Res.* **2000**, *49*, 233–254.

(10) Pezeshki, S. R.; Hester, M. W.; Lin, Q; Nyman, J. A. The effects of oil spill and clean-up on dominant US Gulf coast marsh macrophytes: A review. *Environ. Pollut.* **2000**, *108*, 129–139.

(11) Lin, Q.; Mendelssohn, I. A.; Suidan, M. T.; Lee, K.; Venosa, A. D. The dose-response relationship between No. 2 fuel oil and the growth of the salt marsh grass *Spartina alterniflora*. *Mar. Pollut. Bull.* **2002**, *44*, 897–902.

(12) DeLaune, R. D.; Pezeshki, S. R.; Jugsujinda, A.; Lindau, C. W. Sensitivity of US Gulf of Mexico coastal marsh vegetation to crude oil: Comparison of greenhouse and field responses. *Aquat. Ecol.* **2003**, *37*, 351–360.

(13) Bergen, A.; Alderson, C.; Bergfors, F.; Aquila, C.; Matsil, M. A. Restoration of a *Spartina alterniflora* salt marsh following a fuel oil spill, New York City, NY. *Wetlands Ecol. Manage.* **2000**, *8*, 185–195.

(14) Culbertson, J. B.; Valiela, I.; Pickart, M.; Peacock, E. E.; Reddy, C. M. Long-term consequences of residual petroleum on salt marsh grass. *J. Appl. Ecol.* **2008**, *45*, 1284–1292.

(15) Geospatial Platform Resource Center. http://www.geoplatform.gov/gulfresponse.

(16) Zengel S. A, Michel J. Testing and implementation of treatment methods for marshes heavily oiled during the Deepwater Horizon spill. Gulf Oil Spill SETAC Focused Meeting, 26–28 April 2011, Pensacola Fl (abstract).

Environmental Science & Technology

Article

(17) Platts Oilgram News/OPR Extra. http://www.platts.com/IM.Platts.Content/InsightAnalysis/NewsFeature/2010/oilspill/20100615.pdf

(18) Pezeshki, R. S.; DeLaune, R. D.; Nyman, J. A.; Lessard, R. R.; Canevari, G. P. Romoving oil and saving oiled marsh grass using a shoreline cleaner. In *Proceedings of the 1995 Oil Spill Conference*; American Petroleum Institute: Washington, DC, 1995; pp 203−209.

(19) Hershner, C.; Moore, K. Effects of the Chesapeake Bay oil spill on salt marshes of the lower Bay. In *Proceedings of the 1977 Oil Spill Conference*; American Petroleum Institute: Washington DC, 1977; pp 529−533.

(20) De la Cruz, A. A.; Hackney, C. T.; Rajanna, B. Some effects of crude oil on a *Juncus* tidal marsh. *J. Elisha Mitchell Sci. Soc.* **1981**, *97*, 14−28.

(21) Lin, Q.; Mendelssohn, I. A. Evaluation of tolerance limits for restoration and phytoremediation with *Spartina alterniflora* in crude oil-contaminated coastal salt marshes. In *Proceedings of the 2008 International Oil Spill Conference*; American Petroleum Institute: Washington, DC, 2008; pp 869−837.

(22) Michel, J.; Nixon, Z.; Dahlin, J.; Betenbaugh, D.; White, M.; Burton, D.; Turley, S. Recovery of interior brackish marshes seven years after the chalk point oil spill. *Mar. Pollut. Bull.* **2009**, *58*, 995−1006.

(23) Baker, J. M.; Guzman, L. M.; Bartlett, P. D.; Little, D. I.; Wilson, C. M. Long-term fate and effects of untreated thick oil deposit on salt marshes. In *Proceedings of the 1993 Oil Spill Conference*; American Petroleum Institute: Washington, DC, 1993; pp 395−399.

(24) D'Ozouville, L.; Gunlach, E. R.; Hayes, M. O. Effect of coastal processes on the distribution and persistence of oil spilled by the Amoco Cadiz − preliminary conclusions. In *Amoco Cadiz, Premieres Observations sur la pollution par les Hydrocarbures*; Actes de Colloques No. 6; Centre National pour l'Exploraton de Oceans, 1978; pp 97−114.

(25) Baca, B. J.; Lankford, T. E.; Gundlach, E. R. Recovery of Brittany coastal marshes in the eight years following the Amoco Cadiz incident. In *Proceedings of the 1987 International Oil Spill Conference*; American Petroleum Institute: Washington, DC, 1987; pp 459−464.

3743

dx.doi.org/10.1021/es203552p | *Environ. Sci. Technol.* 2012, 46, 3737−3743