# EXHIBIT 19

# Deepwater Horizon Oil Spill

# Principal Investigator Workshop

October 25-26, 2011

# Final Report



*Sponsored by*

National Science and Technology Council's

Subcommittee on Ocean Science and Technology

*Hosted by*

University of South Florida

Sirata Beach Resort and Conference Center, St. Petersburg, Florida

- During the oil spill, 35% of the federal fishing area was closed. This closure began in May 2010 and ended in mid-April 2011. (Die)

- Federally managed fish stocks affected by the fishery enclosure included mackerel, snapper, grouper, tilefish, jacks, sand perch, gray triggerfish, hogfish, shrimp, lobsters, and stone crabs. (Die)

- Understanding impacts from oil spill fishery closures to the fishing effort on the West Florida Shelf include evaluating the static biomass for reef fish species within the closure area and comparing that to the predicted and observed fishing fleet behavior. (Die)

- Killifish were used as a study organism to track marsh fish health before and during oil exposure and during a recovery period to characterize oil spill impacts on exposed Gulf coast marshes. Killifish were used because they are widely distributed, have a limited home range, and are important to estuarine food webs. (Galvez)

- Study results found a large signal of hydrocarbon exposure in Louisiana marsh fish collected in situ. CYP1a protein expression was highly elevated in the gills, intestine, head, and kidney of killifish collected from oil-contaminated sites. Exposure to field-collected sediments increased time-to-hatch, reduced the percent hatch of killifish embryos, and affected heart form and function. (Galvez)

- No developmental abnormalities were observed in killifish exposed to field-collected waters, but very low concentrations of oil exposure during development, while insufficient to induce cardiovascular abnormalities in embryos, can impair cardiac performance in adulthood. (Whitehead)

- Divergence in genome expression coincides with contaminating oil and is consistent with genome responses that are predictive to exposure to hydrocarbon-like chemicals and indicative of physiological and reproductive impairment. (Whitehead)

- Pelagic *Sargassum* is an open water habitat for numerous flora and fauna in the Gulf of Mexico, including byrozoans, barnacles, hydroids, and juvenile and adult fish species. *Sargassum* may enhance overall food web productivity by serving as a substrate for epiphytic algae. (Hernandez)

- It is currently not known how much *Sargassum* was "oiled" during the oil spill. Studies are now underway to conduct realistic mesocosm experiments to complement field observations made during the oil spill to assess acute and chronic mortality of *Sargassum* and its animal associates by floating oil and dispersants. (Hernandez)

- Concurrent research separate from ongoing work on *Sargassum* suggests that changes in mesozooplankton and ichthyoplankton assemblage structure were identified as a result of the oil spill, but long-term fisheries impacts are yet to be determined. (Hernandez)

- Since 2003, over 475 sightings of whale sharks have been documented in the northern Gulf of Mexico. From 2005-2010, aggregations of 20-200 sharks were observed at Ewing Bank during June and July. Whale sharks are opportunistic feeders, but data suggest they are aggregating during the summer in the northern Gulf to feed primarily on little tunny eggs. (Hoffmayer)

- Whale sharks were observed near oil plumes during the oil spill, but the impact of this on the acute and chronic mortality of individuals has yet to be determined. (Hoffmayer)

- An analysis of the overlap between satellite-derived estimates of surface oil and predicted bluefin tuna spawning habitat in the northern Gulf of Mexico suggested that, although eggs and larvae were likely impacted by oil-contaminated waters in the eastern Gulf of Mexico, high abundances of larvae within suitable spawning habitat were located elsewhere, especially in the western Gulf of Mexico, away from the influence of the spill. (Lamkin)