# EXHIBIT 20

**CONTROL ID:** 1217657

**CONTACT (NAME ONLY):** John Wise

**Abstract Details**

**PRESENTATION TYPE:** Invited Presentation

**KEYWORDS:** oil spill, chemical dispersants , aquatic toxicity.

**DATE/TIME LAST MODIFIED:** August 14, 2011, 11:08 AM

**DATE/TIME SUBMITTED:** August 14, 2011, 11:08 AM

**Abstract**

**TITLE:** Effects of dispersed oil on larval Sheepshead minnows

**AUTHORS (LAST NAME, FIRST NAME):** Griffitt, Joe [1]; Brown-Peterson , Nancy[1]; Boube, Idrissa [1]

**SPONSOR NAME:** John Wise, Sr.

**INSTITUTIONS (ALL):** 1. Department of Coastal Sciences, University of Southern Mississippi, Hattiesburg, MS, United States.

**ABSTRACT BODY:** Larval Sheepshead minnows (1 dpf) were exposed to 0, 0.1, or 1.0 % Water Accommodated Fraction (WAF) for 3 weeks. Endpoints assessed were hatching success, larval length, and CYP1A1 induction. WAF was produced according to established protocols. Briefly, we mixed 7180 ml ASW, 800 ml crude oil, and 20 ml Corexit 9500 for 96 hours. The mixture was allowed to separate for 4 hours, and the WAF fraction aspirated and placed in amber bottles, and stored at 4C until use. Samples of WAF were analyzed for PAH content by MicroMethods. Our results indicate that 1.0% WAF had a significant impact on hatching success, as hatch success was significantly reduced beginning at 120 hours post fertilization (hpf), and continuing through to 216 hpf. At 216 hpf, 1.0% WAF produced approximately a 10% reduction in total hatch success. After hatching, juvenile SHM were exposed to 0, 0.1, or 1.0% WAF for another 14 days. At the end of 14 days, individuals were sacrificed, and length and CYP1A1 activity assessed. The length data indicates that there was a significant (approximately 10%) reduction in length in both WAF treatments compared to controls. CYP1A1 activity is still being assessed by qPCR. Our results indicate that relatively low concentrations of dispersed oil offer the possibility of altering growth and reproduction dynamics in an ecologically sensitive member of the Mississippi estuarine community.