**EXHIBIT 21**

**CONTROL ID:** 1246762

**CONTACT (NAME ONLY):** Kevin Kleinow

Abstract Details

**PRESENTATION TYPE:** Platform or Poster

**CURRENT CATEGORY:** Ecotoxicology | Developmental Toxicology | Bioinformatics

**KEYWORDS:** Development, Dispersant, Oil Spill.

**DATE/TIME LAST MODIFIED:** January 17, 2012, 10:04 AM

**DATE/TIME SUBMITTED:** October 3, 2011, 5:55 PM

Abstract

**TITLE:** EFFECT OF DEEP HORIZON LIGHT CRUDE OIL EMULSION WITH AND WITHOUT THE DISPERSANT, COREXIT, ON EARLY FISH DEVELOPMENT

**AUTHORS (LAST NAME, FIRST NAME):** Kleinow, Kevin [1]; Bui, Allen[1]; Thibodeaux, Louis[2]; Xiao, Ray[1]; Penn, Arthur[1]; Fritz -Kleinow, Sylvia[1]

**SPONSOR NAME:** None

**INSTITUTIONS (ALL):** 1. Comparative Biomedical Sciences, Louisiana State University, Baton Rouge, LA, United States. 2. Chemical Engineering, Louisiana State University, Baton Rouge, LA, United States.

**ABSTRACT BODY:** Louisiana light crude oil released into the Gulf of Mexico by the Deep Horizon (DH) incident underwent significant alterations by remediation attempts and weathering processes before reaching coastal marshes. These studies examined the effect of DH oil emulsions and Corexit dispersant concentrations alone and in combination upon development of fish embryos. Corexit alone at 0.0, 0.3, 3.0 and 100.0 mg/L did not alter the incidence of abnormalities or death in zebrafish (ZF) embryos exposed through 8 days of development (near completion of organogenesis). Direct contact exposure of ZF embryos to DH emulsions "buttered" on a contact surface of 16cm2 (250mg) resulted in a high incidence of edema/axial deformities and subsequent mortality (40-90%) over a range of Corexit concentrations of 0, 0.3, 3.0 and 100mg/L. Only the 100 mg/l Corexit treatment with emulsion resulted in a synergistic effect. Non-contact water exposures to emulsion (250 mg) resulted in axial changes alone and mortalities < 10% throughout the 0.0 to 100 mg/L Corexit concentration range. Emulsion exposures of ZF during different developmental intervals indicate that early exposure (0-48hrs) is more inclined to affect genes involved in neurological system processes, visual

perception, and response to abiotic stimuli while late exposure (48-96hrs) triggered genes associated with responses to a stimulus, especially a chemical stimulus. Exposure and developmental data suggest that an emulsified light crude effectively presents hazardous compounds to fish embryos under direct exposure conditions present in coastal marshes. Corexit had little effect on the developmental toxicity of oil emulsions except at the highest concentrations.