# **EXHIBIT 28**



Environmental Toxicology and Chemistry, Vol. 30, No. 8, pp. 1885–1891, 2011
© 2011 SETAC
Printed in the USA
DOI: 10.1002/etc.576

# EMBRYOTOXICITY OF WEATHERED CRUDE OIL FROM THE GULF OF MEXICO IN MALLARD DUCKS (*ANAS PLATYRHYNCHOS*)

BRYSON E. FINCH, KIMBERLY J. WOOTEN, and PHILIP N. SMITH*
The Institute of Environmental and Human Health, Department of Environmental Toxicology, Texas Tech University, Lubbock, Texas, USA

(*Submitted* 24 *February* 2011; *Returned for Revision* 21 *March* 2011; *Accepted* 19 *April* 2011)

**Abstract**—Weathered crude oil in the Gulf of Mexico can result from oil spills such as the Deepwater Horizon incident that occurred on April 20, 2010 or from natural seeps. Adult waterbirds of the Gulf Coast region may become exposed to weathered crude oil while foraging, wading, or resting, and residues can then be transferred to nests, eggs, and hatchlings. Although the toxicity of many types of crude oil to avian embryos has been thoroughly studied, the effects of weathered crude oil on developing avian embryos are not well characterized. The objective of the present study was to examine embryotoxicity of weathered crude oil collected from the Gulf of Mexico in June 2010 using mallard ducks (*Anas platyrhynchos)* as a model species. Weathered crude oil was applied to fertilized mallard duck eggs by paintbrush in masses ranging from 0.1 to 99.9 mg on day 3 of incubation. Mortality occurred as early as day 7 and the conservatively derived median lethal application of weathered crude oil was 30.8 mg/egg (0.5 mg/g egg) or 30.7 µl/egg (0.5 µl/g egg). Body mass, liver and spleen mass, crown–rump and bill lengths, and frequency of deformities were not significantly different among hatchlings from oiled and control eggs. In comparison to published reports of fresh crude oil embryotoxicity, weathered crude oil was considerably less toxic. We conclude that avian toxicity varies according to the degree of crude oil weathering and the stage of embryonic development at the time of exposure. Results indicate bird eggs exposed to weathered crude oil from the Gulf of Mexico during summer 2010 may have had reduced hatching success. Environ. Toxicol. Chem. 2011;30:1885–1891. © 2011 SETAC

**Keywords**—Embryotoxicity Weathered crude oil Deepwater Horizon Gulf of Mexico Mallard duck

## INTRODUCTION

Worldwide, approximately 795 million liters of crude oil enter seas and oceans on an annual basis and an estimated 110 million liters of crude oil enter North American waters [1]. Following the Deepwater Horizon platform explosion and subsequent underwater crude oil release beginning April 20, 2010, weathered crude oil was discovered on the surface of the Gulf of Mexico and on the coast of the southeastern United States. Wetlands, marshes, and beaches of the Gulf of Mexico are breeding and nesting sites for numerous species of waterbirds [2]. As of December 14, 2010, the U.S. Fish and Wildlife Service (USFWS) bird impact report documented 101 bird species affected by the Gulf oil spill ([3]; http://www.fws.gov/home/dhoilspill/collection reports.html). The timing of this oil release coincided with nesting periods of numerous bird species indigenous to the region. Among the 101 species listed in the USFWS bird impact report, 57 species (56%) breed or nest along the Gulf of Mexico between April and July 2010, the period in which oil flowed into the Gulf from the Deepwater Horizon wellhead (Table 1).

Movement of oil-contaminated water onto or near shore increases the likelihood of exposure among nesting waterbirds. Adult birds of many species depart active nest sites periodically throughout the day [4] depending on food availability, predation risk, and external temperature [5]. When adult birds leave their nests, they may come into contact with oil while foraging for food, consuming contaminated food, swimming, acquiring nesting materials, and preening [6,7]. Adult birds exposed to weathered crude oil can then transfer oil from breast feathers, feet, or nesting materials to eggs or hatchlings [8]. Hartung [9] and Albers [10] reported that waterbirds exposed to oil often resume incubation and thus transfer oil to eggs.

Oil spills can pose a serious threat to aquatic birds [11–15]; crude oil exposure has been linked to avian mortality [16–22] and sublethal effects [23]. Impaired hatching success can result from minute amounts of crude oil applied to the eggshell of birds [18,24–27]. Hoffman [18] applied 1 to 10 µl of South Louisiana crude oil to mallard (*Anas platyrhynchos*) and chicken (*Gallus domesticus*) eggs and reported diminished embryonic growth and teratogenic effects including decreased crown–rump length, beak length, and incomplete ossification and abnormalities of supraoccipital bones.

Avian embryotoxicity of various types of crude oils including South Louisiana, Prudhoe Bay, Arabian Light, Norman Wells, Federated, Kuwait, Texas, and other petroleum products such as fuel oil no. 2, Bunker C fuel oil, virgin crankcase oil, waste crankcase oil, and aviation kerosene has been studied extensively [16,18–20,27–33]. Median lethal doses (LD50s) of fresh crude oils following application to mallard duck eggs have ranged from 1.3 to 18.3 µl/egg [19].

Crude oil toxicity varies considerably in response to weathering. Composition of crude oils changes upon exposure to wave action, evaporation, dissolution, photo-oxidation, microbial degradation, and other catabolic processes [34–39]. Therefore, the chemical composition and degradation rates of weathered crude oil are dependent on the oil source and environmental conditions to which it is exposed [36,39]. Aromatic hydrocarbons are considered the most toxic class of chemicals in crude oils [16,18,26,28,31]. However, weathered crude oils have reduced ratios of light polycyclic aromatic hydrocarbons (PAHs; one- to three-ring aromatics) to heavier PAHs (four to six rings) than fresh crude oils [40–42].

* To whom correspondence may be addressed (phil.smith@ttu.edu).
Published online 10 May 2011 in Wiley Online Library (wileyonlinelibrary.com).

Case 2:10-md-02179-CJB-DPC Document 7229-30 Filed 08/31/12 Page 3 of 8

Table 1. List of bird species occurring along the Gulf of Mexico coastline whose nesting periods (light gray) coincided with the Deepwater Horizon oil spill (dark gray/diagonal lines)

| Species | Nesting Period | | | | | | | | | | | | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | F | M | A | M | J | J | A | S | O | N | D | |
| Deep Horizon Oil Spill Duration | | | | | | | | | | | | | |
| American Coot *(Fulica Americana)* | | | | | | | | | | | | | [53] |
| American Oystercatcher *(Haematopus palliates)* | | | | | | | | | | | | | [54] |
| American Redstart *(Setophaga ruticilla)* | | | | | | | | | | | | | [53] |
| Audubon's Shearwater *(Puffinus lherminieri)* | | | | | | | | | | | | | [55] |
| Barn Swallow *(Hirundo rustica)* | | | | | | | | | | | | | [53] |
| Black Skimmer *(Rynchops niger)* | | | | | | | | | | | | | [53] |
| Black-bellied Whistling-Duck *(Dendrocygna autumnalis)* | | | | | | | | | | | | | [53] |
| Black-necked Stilt *(Himantopus mexicanus)* | | | | | | | | | | | | | [53] |
| Blue-winged Teal *(Anas discors)* | | | | | | | | | | | | | [53] |
| Boat-tailed Grackle *(Quiscalus major)* | | | | | | | | | | | | | [56] |
| Brown Pelican *(Pelecanus occidentalis)* | | | | | | | | | | | | | [53] |
| Cattle Egret *(Bubulcus ibis)* | | | | | | | | | | | | | [53] |
| Clapper Rail *(Rallus longirostris)* | | | | | | | | | | | | | [53] |
| Common Moorhen *(Gallinula chloropus)* | | | | | | | | | | | | | [57] |
| Common Nighthawk *(Chordeiles minor)* | | | | | | | | | | | | | [53] |
| Common Yellowthroat *(Geothlypis trichas)* | | | | | | | | | | | | | [53] |
| Double-crested Cormorant *(Phalacrocorax auritus)* | | | | | | | | | | | | | [53] |
| Eastern Kingbird *(Tyrannus tyrannus)* | | | | | | | | | | | | | [53] |
| Eurasian Collared-Dove *(Streptopelia decaocto)* | | | | | | | | | | | | | [53] |
| European Starling *(Sturnus vulgaris)* | | | | | | | | | | | | | [57] |
| Forster's Tern ( *Sterna forsteri)* | | | | | | | | | | | | | [53] |
| Fulvous Whistling-Duck (*Dendrocygna bicolor)* | | | | | | | | | | | | | [53] |
| Glossy Ibis (*Plegadis falcinellus)* | | | | | | | | | | | | | [53] |
| Great Egret (*Ardea alba)* | | | | | | | | | | | | | [53] |
| Green Heron (*Butorides virescens)* | | | | | | | | | | | | | [53] |
| Gull-Billed Tern (*Sterna nilotica)* | | | | | | | | | | | | | [53] |
| House Sparrow (*Passer domesticus)* | | | | | | | | | | | | | [53] |
| Killdeer (*Charadrius vociferus)* | | | | | | | | | | | | | [53] |
| King Rail (*Rallus elegans)* | | | | | | | | | | | | | [53] |
| Laughing Gull (*Larus atricilla)* | | | | | | | | | | | | | [53] |
| Least Bittern (*Ixobrychus exilis)* | | | | | | | | | | | | | [53] |
| Least Tern (*Sterna antillarum)* | | | | | | | | | | | | | [53] |
| Little Blue Heron (*Egretta caerulea)* | | | | | | | | | | | | | [57] |
| Mottled Duck (*Anas fulvigula)* | | | | | | | | | | | | | [53] |
| Neotropic Cormorant (*Phalacrocorax brasilianus)* | | | | | | | | | | | | | [53] |
| Northern Cardinal (*Cardinalis cardinalis)* | | | | | | | | | | | | | [53] |
| Northern Mockingbird (*Mimus polyglottos)* | | | | | | | | | | | | | [53] |
| Osprey (*Pandion haliaetus)* | | | | | | | | | | | | | [53] |
| Pied-billed Grebe (*Podilymbus podiceps)* | | | | | | | | | | | | | [53] |
| Purple Gallinule (*Porphyrio martinica)* | | | | | | | | | | | | | [53] |
| Purple Martin (*Progne subis)* | | | | | | | | | | | | | [53] |
| Reddish Egret (*Egretta rufescens)* | | | | | | | | | | | | | [53] |
| Red-shouldered Hawk (*Buteo lineatus)* | | | | | | | | | | | | | [53] |
| Red-tailed Hawk (*Buteo jamaicensis)* | | | | | | | | | | | | | [53] |
| Red-winged Blackbird (*Agelaius phoeniceus)* | | | | | | | | | | | | | [53] |
| Rock Pigeon (*Columba livia)* | | | | | | | | | | | | | [53] |
| Roseate Spoonbill (*Platalea ajaja)* | | | | | | | | | | | | | [53] |
| Royal Tern (*Sterna maxima)* | | | | | | | | | | | | | [53] |
| Seaside Sparrow (*Ammodramus maritimus)* | | | | | | | | | | | | | [58] |
| Snowy Egret (*Egretta thula)* | | | | | | | | | | | | | [53] |
| Sooty Tern *(Onychoprion fuscatus)* | | | | | | | | | | | | | [53] |
| Tricolored Heron (*Egretta tricolor)* | | | | | | | | | | | | | [53] |
| White Ibis (*Eudocimus albus)* | | | | | | | | | | | | | [53] |
| Willet (*Catoptrophorus semipalmatus)* | | | | | | | | | | | | | [53] |
| Wilson's Plover (*Charadrius wilsonia)* | | | | | | | | | | | | | [53] |
| Yellow-billed Cuckoo (*Coccyzus americanus)* | | | | | | | | | | | | | [53] |
| Yellow-crowned Night-Heron (*Nyctanassa violacea)* | | | | | | | | | | | | | [53] |

The effects of weathered crude oil on avian embryo survival have been studied less frequently than those of fresh crude oils. Szaro et al. [27] reported no significant differences in mallard embryotoxicity to fresh or 10 d artificially weathered Prudhoe Bay crude oil but fresh no. 2 fuel and Prudhoe Bay crude oil toxicity decreased significantly after two and three weeks of artificially weathering, respectively. Louisiana heron (*Hydranassa tricolor*) eggs topically treated with 10 µl of four-week-old Libyan crude oil resulted in significant mortality (17%) by day 12 of incubation, whereas 10 µl of fresh Libyan crude oil

did not increase mortality [27]. Laughing gulls (*Larus atricilla*) treated with 10 µl of fresh, four-week-old and eight-week-old Libyan crude oil experienced no significant mortality [27]. Lewis and Malecki [32] examined hatching success of great black-backed (*Larus marinus*) and herring (*Larus argentatus*) gull eggs treated on days 7 to 9 of incubation with no. 2 fuel oil weathered for 0, 1, 2, 4, 8, 16, and 32 d and concluded that after one month of weathering the composition of petroleum was altered to the extent that it no longer posed a significant threat at 20 µl/egg, while 50 µl/egg marginally decreased survival.

Wild birds inhabiting the coastal region of the Gulf of Mexico in summer 2010 would have been more likely to encounter weathered crude oil than fresh crude oil because of the location of the spill and rapid weathering. The Deepwater Horizon oil spill occurred approximately 66 km offshore at a water depth of 1,500 m. The addition of dispersant likely contributed to weathering by disassociating crude oil into smaller globules, facilitating breakdown of oil constituents by microbes. Consequently, fresh crude oil that reached the surface of the Gulf ascended 1,500 m and was transported considerable distances before reaching shorelines. During this time, hydrocarbon-consuming microbes, dissolution, photo-oxidation, evaporation, and wave action altered the composition of fresh crude oil. These catabolic processes would have occurred before birds could have contacted Deepwater Horizon oil. The objective of the present study was to assess the embryotoxicity of weathered crude oil collected from the Gulf of Mexico in June 2010.

## MATERIALS AND METHODS

### *Weathered crude oil collection, storage, and density*

Weathered crude oil was collected in acetone-washed 18.9-L buckets from surface water in the Gulf of Mexico, approximately 32 km south of Orange Beach, Alabama, USA, on June 4, 2010. Buckets containing weathered crude oil and seawater were sealed and stored at 4°C. During removal of weathered crude oil from buckets, seawater and oil was observed to be separated in two layers. Prior to egg application, weathered crude oil was placed in a beaker and warmed slightly on a hot plate to homogenize oil from three buckets, reduce viscosity, and facilitate application to eggshells. The beaker was kept covered to the extent possible in order to minimize volatilization.

Weathered crude oil density was quantified by placing 1 ml of gently warmed oil into a preweighed cryogenic vial. Vials containing oil were placed in an incubator set at 25°C. After 30 min, mass was determined using a Metler Toledo analytical balance (±0.01 mg).

### *Application of weathered crude oil to eggs*

The present study was reviewed and approved by the Texas Tech University Institutional Animal Care and Use Committee (IACUC Approval 10042-07). Mallard duck eggs were purchased and shipped overnight from Metzer Farms. Upon arrival, cracked eggs were removed and the remaining eggs were placed in a Profi-I forced air-incubator (Lyon Electric) for 3 d. The Profi-I forced air-incubator was equipped with automated egg rotation capabilities and temperature and humidity controls. After 72 h of development, the critical period when organogenesis begins [43], eggs were treated with weathered crude oil. A paintbrush (Shur-Line artist brush, size 2) was used to apply weathered crude oil in a rectangular pattern just below the air cell of upright eggs on July 26, 2010 [16] (Fig. 1). Weathered crude oil was applied to 176 mallard eggs in masses ranging from 0.1 to 99.9 mg/egg to ensure an even distribution of weathered crude oil: control ($n = 15$), 0.1 to 9.9 mg ($n = 16$), 10.0 to 19.9 mg ($n = 15$), 20.0 to 29.9 mg ($n = 14$), 30.0 to 39.9 mg ($n = 15$), 40.0 to 49.9 mg ($n = 15$), 50.0 to 59.9 mg ($n = 16$), 60.0 to 69.9 mg ($n = 15$), 70.0 to 79.9 mg ($n = 15$), 80.0 to 89.9 mg ($n = 16$) and 90.0 to 99.9 mg ($n = 13$). Control eggs were treated as described above, but with deionized water only. Egg mass was determined using a Metler Toledo analytical balance (±0.01 mg) before and after application of oil to

Fig. 1. Application of weathered crude oil to a mallard duck egg.

quantify the mass of oil applied to each egg. After weathered crude oil was applied, total egg surface area and the surface area covered by weathered crude oil were determined. Total egg surface area was estimated by the following allometric equation [44]:

$$A = 4.835W^{0.662}$$

where A = surface area; and W = egg weight.

For oil applications up to 89.9 mg/egg of oil, the surface area of a rectangle was used to determine the surface area of the egg covered in oil. Above 90 mg/egg, the painted surface area was calculated using a truncated cone as a result of the oil spanning the entire circumference of the egg. A string was used to determine the length and width of the oiled area along the curvature of the egg. The surface area of the total egg covered in oil was intended to increase with the amount of applied oil.

*Egg incubation, monitoring, and posthatching procedures*

Temperature and humidity were recorded daily for both the incubator and hatcher (Table 2). Embryo viability was assessed on day 7 via candling and nonviable eggs were removed. Subsequently, candling occurred on days 14, 21, and 25 to determine embryo viability. On day 25, all eggs were transferred to the Profi-IH forced air hatcher (Lyon Electric) until successful hatching or embryo death was confirmed by candling on day 34. From day 27 to day 34 posttreatment, eggs were monitored every 2 h for hatching. Upon hatching, ducklings were immediately euthanized via carbon dioxide and necropsied. The study was terminated on day 34 and all remaining eggs were confirmed dead. During necropsy, total body mass (including yolk sac), liver and spleen mass, crown–rump and bill lengths, and the presence of deformities were determined. Total body mass was measured using an Avinet hanging balance (±0.1 g) and body organ masses were measured using a Metler Toledo analytical balance (±0.01 mg). Crown–rump and bill lengths were measured with a Vernior (Type 6914) micrometer caliper (±0.1 mm).

*Statistical analysis*

Logistic regression was used to model survival data, and for purposes of calculating the median lethal application (LA50). Median lethal application terminology is used in the present study because it accurately reflects the manner in which eggs were treated. The LA50 values presented herein are compared to LD50 values reported elsewhere. Linear regression was used to determine the relationship between surface area and the mass of oil applied to each eggshell. Morphometric data were categorized into the following groups: control hatchlings, hatchlings from eggs treated with masses of weathered crude oil below the LA50, and hatchlings from eggs treated with masses of oil greater than the LA50 in a manner similar to the approach used by Hoffman and Albers [19]. Morphometric data were then compared by one-way analysis of variance. The frequency of abnormalities among hatchlings was compared using chi-square analysis. All statistical analyses were performed with R statistical software ($\alpha = 0.05$; [45]; http://www.R-project.org).

Table 2. Mean (± SE) temperature and humidity within incubator and hatcher throughout the course of egg incubation

| | Temperature (°F) | Humidity (%) |
|---|---|---|
| Incubator | 99.3 ± 0.08 | 59.0 ± 0.47 |
| Hatcher | 97.9 ± 0.13 | 66.9 ± 0.74 |

Fig. 2. Logistic regression of weathered crude oil mass and mallard embryo survival used to calculate the conservative median lethal application (LA50).

## RESULTS

Mortality occurred as early as day 7 among embryos from oil-treated eggs and continued throughout the study. Control hatching success was 67%, whereas only 39% of embryos from oil-treated eggs survived. Poor control hatching success may have been attributable to conditions or variability in incubator and hatcher temperature and humidity ([46]; Table 2). The highest incidence of mortality among oiled eggs occurred after incubation day 25. The calculated median lethal application was 30.8 mg oil/egg (0.5 mg oil/g egg; Fig. 2) or 53.4 mg oil/egg (0.9 mg oil/g egg) when derived with respect to mortality among control embryos. Surface area of weathered crude oil applied to mallard eggshells increased proportionally with increasing amount of oil applied; calculated median lethal application values corresponded to 8.3 and 14.6% egg surface area coverage, respectively (Fig. 3).

Weathered crude oil did not have a significant effect on total body mass ($F = 2.14$, $p = 0.15$), crown–rump length ($F = 0.58$,

Fig. 3. Linear regression of percent mallard egg surface area covered with weathered crude oil at varying masses.

Table 3. Mean (± SE) morphometric values of control hatchlings and mallard duck hatchlings from eggs treated with varying masses of weathered crude oil on day 3 of incubation

| Dose (mg) | *n* | Total body mass (mg) | Crown-rump length (mm) | Bill length (mm) | Liver mass[a] (mg/g) | Spleen mass[a] (μg/g) |
|---|---|---|---|---|---|---|
| Control | 10 | 40.2 ± 0.8 | 105.3 ± 1.8 | 13.3 ± 0.3 | 20.45 ± 0.92 | 269.9 ± 23.2 |
| Below LA50[c] | 31 | 39.9 ± 0.6 | 104.8 ± 1.1 | 13.7 ± 0.2 | 21.07 ± 0.50 | 273.9 ± 14.0 |
| Above LA50[c] | 27 | 39.6 ± 0.5 | 102.4 ± 0.8 | 12.8 ± 0.2 | 21.42 ± 0.60 | 290.8 ± 21.6 |
| *p* value | | 0.15[b] | 0.45[b] | 0.72[b] | 0.38[b] | 0.46[b] |

Morphometrics of hatchlings from oil-treated eggs were not significantly different from controls ($p > 0.05$).
[a] Normalized for total body mass.
[b] Comparison using one-way analysis of variance.
[c] Conservatively derived LA50.

$p = 0.45$), bill length ($F = 0.13$, $p = 0.72$), liver mass ($F = 1.86$, $p = 0.38$), or spleen mass ($F = 0.93$, $p = 0.46$) when hatchlings from oil-treated eggs were compared to controls (Table 3). Deformities were observed among hatchlings from oil-treated eggs but the frequency of deformities was not significantly different from that observed among the control group ($\chi^2 = 0.44$, $p = 0.80$). Deformities observed included twisted legs, prolapsed cloacae, eye protrusions, a twisted spine, missing eyes, jaw misalignment, cranial swelling, disproportionate and discolored livers, and abrasive surfaces of livers.

## DISCUSSION

Application of weathered crude oil to mallard duck eggs in the present study was intended to simulate exposures that may have occurred among nesting birds inhabiting the Gulf of Mexico coastal region in 2010. Weathered crude oil collected from the Gulf of Mexico in June, 2010 was toxic to mallard embryos (LA50 = 30.8 mg/egg). The conservatively derived LA50 for mallard embryos exposed to weathered crude oil in the present study was considerably higher than other published studies examining embryotoxicity of fresh crude oil to mallards (Table 4). To compare masses (mg) of weathered crude oil applied to mallard eggs in the present study to volumes (μl) applied in other studies, milligrams (of oil applied to eggs) were multiplied by the calculated weathered crude oil density (mg/μl; [19]; Table 4). The density of weathered crude oil applied to eggs in the present study was 1.003 ± 0.012 mg/μl ($n = 9$). Comparison of data in this manner indicated that fresh crude oil was 1.7 to 23.6 times more toxic to mallard embryos than weathered crude oil collected from the Gulf of Mexico in June, 2010 (Table 4). For purposes of risk or damage assessment, use of toxicity values derived from studies where fresh crude oil was applied to eggs would significantly overestimate embryotoxicity of weathered crude oils. However, variability in weathering and degree of emulsification could affect toxicity of Deepwater Horizon oil to avian embryos.

Table 4. Comparison of toxicity values of mallard eggs of fresh and weathered crude oils treated on day 3 of incubation

| Crude Oil Type | LD50 (μl) | Density (mg/μl) | LD50 (mg) |
|---|---|---|---|
| South Louisiana (fresh) | 1.3 [19] | 0.889 [59] | 1.2 |
| Kuwait[a] (fresh) | 2.2 [19] | 0.869 [59] | 1.9 |
| Texas[a] (fresh) | 5.5 [19] | 0.873[b] | 4.8 |
| Prudhoe Bay (fresh) | 18.3 [19] | 0.905 [59] | 16.6 |
| Current Study (weathered) | 30.7 | 1.003 | 30.8[c] |

[a] Oil applied later than day 3 but during the first week of incubation.
[b] http://www.engineeringtoolbox.com /liquids-densities-d_743.html.
[c] Presented as median lethal application.
LD50 = median lethal doses.

Stage of egg development at the time of oil application may have impacted observed toxicity. In the present study, exposure occurred on day 3 of incubation, a critical period with respect to organogenesis. However, environmental exposure can occur at various and/or multiple stages of avian embryo development. Albers [28] treated mallard eggs with 5 μl of oil at days 2, 6, 10, 14, 18, and 22 of incubation and reported that embryos were most sensitive during earlier stages. Hatching success observed in the present study may have increased if oil exposure had occurred at later developmental stages. Thus, timing of oil exposure plays a critical role in the potential effects oil can have on mallard embryos [28,32].

Mallard egg oil coverage may also affect hatching success. The LA50 (30.8 mg/egg or 54.3 mg/egg) derived in the present study corresponded to egg surface area coverage of 8.3 or 14.6%. Previously, egg oil coverage of 1.3 to 11.5% (1 to 10 μl) of various fresh crude oils has been associated with reduced hatching success [16,22,24,47,48]. However, Albers [16] concluded that interruption of gas exchange is not likely a major factor of embryonic mortality because even minute amounts of oil have resulted in avian embryonic death. Rather, oil constituents appear to be the primary factor of oil toxicity [16]. Application of 1 to 5 μl of South Louisiana crude oil or no. 2 fuel oil applied to approximately 5% of mallard eggshell surface reduced hatching success, whereas equivalent amounts of paraffin mixture were not embryotoxic [16]. Nonetheless, reduced gas exchange may be a contributing factor to observed embryotoxicity, particularly when large percentages of eggs' surface area are coated with crude oil.

No significant differences in morphometric data or frequency of abnormalities were detected between control hatchlings and hatchlings from eggs treated with weathered crude oil in the present study. In another study, no significant differences in hatchling mass were observed between those from eggs treated with weathered Prudhoe Bay crude oil and controls [29]. In contrast, fresh crude oils have been reported to affect morphometric endpoints and frequency of abnormalities in birds. Hoffman and Albers [19] reported significant reductions in growth (represented by decreased mass or crown–rump length) and in frequency of abnormalities among hatchlings from eggs that were treated with fresh South Louisiana or Texas crude oil as compared to controls. In two separate studies, mallard embryonic body weight, crown–rump length, and beak length and chick (*Gallus gallus*) embryonic body weight, crown–rump length, beak length, and body weight to crown–rump length ratio from eggs treated with fresh crude oils were significantly different than controls [18,30]. A possible explanation for observed alterations in growth and frequency of

abnormalities among studies with weathered versus fresh crude oils may be the relatively higher amounts of lighter PAHs in fresh crude oils and their ability to penetrate the eggshell and eggshell membrane [40–42]. Brunstrom et al. [49] suggested PAHs have a similar mode of action as chlorobiphenyls. Polyaromatic hydrocarbons and chlorobiphenyls are known to bind to aryl hydrocarbon (Ah) receptors [50–52] and PAHs with the highest affinity for the Ah receptor were the most toxic to embryos [49].

Weathered crude oil from the Deepwater Horizon spill was less toxic to mallard embryos than fresh crude oils used in other studies. Studies examining both fresh and artificially weathered (variable weathering methodologies) crude and refined oils reported reduced toxicity for weathered oils. We conclude that avian toxicity varies according to the degree of crude oil weathering and the stage of embryonic development at the time of exposure. Results of the present study suggest bird eggs exposed to small amounts of weathered crude oil present in the Gulf of Mexico during the summer of 2010 may have experienced reduced hatching success.

*Acknowledgement*—We thank Ernest Smith and Mike Wages, who were involved in collection of weathered crude oil samples. Stephen Cox was instrumental in statistical analysis. Marcos Arismendez's laboratory assistance during application of weathered crude oil was appreciated. Funding for this project was provided by Texas Tech University.

## REFERENCES

1. National Research Council. 2003. *Oil in the Sea III: Inputs, Fates, and Effects*. National Academy Press, Washington DC.
2. Withers K. 2002. Shorebird use of coastal wetland and barrier island habitat in the Gulf of Mexico. *Sci World J* 2:514–536.
3. U.S. Fish and Wildlife Service. 2010. FWS Deepwater Horizon oil spill response. Bird impact report. Washington, DC.
4. Conway CJ, Martin TE. 2000. Effects of ambient temperature on avian incubation behavior. *Behav Ecol* 11:178–188.
5. Wallander J. 2003. Sex roles during incubation in the common ringed plover. *Condor* 105:378–381.
6. Butler RG, Harfenist A, Leighton FA, Peakall DB. 1998. Impact of sublethal oil and emulsion exposure on the reproductive success of leach's storm-petrels: Short and long-term effects. *J Appl Ecol* 25:125–143.
7. Maccarone AD, Brzorad JN. 2000. Wading bird foraging: Response and recovery from an oil spill. *Int J Waterbird Biol* 23:246–257.
8. Rittinghaus H. 1956. On the indirect spread of oil pollution in a seabird sanctuary. *Ornithol Mitt* 8:43–46.
9. Hartung R. 1965. Some effects of oiling on reproduction of ducks. *J Wildl Manage* 29:872–874.
10. Albers PH. 1980. Transfer of crude oil from contaminated water to bird eggs. *Environ Res* 22:307–314.
11. Aldrich JW. 1970. Review of the problem of birds contaminated by oil and their rehabilitation. Resources Publication 87:23. U.S. Fish and Wildlife Service, Washington, DC.
12. Bourne WRP, Parrack JD, Potts GR. 1967. Birds killed in the Torrey Canyon disaster. *Nature* 215:1123–1125.
13. Holmes WN. 1984. Petroleum pollutants in the marine environment and their possible effects on seabirds. *Rev Environ Toxicol* 1:251–317.
14. Piatt JF, Lensink CJ, Butler W, Kendziorek M, Nysewander DR. 1990. Immediate impact of the Exxon Valdez oil spill on marine birds. *Auk* 107:387–397.
15. Vermeer K, Vermeer K. 1974. Oil pollution of birds—an abstracted bibliography. Canada Wildlife Service. Report 29. Gatineau, Quebec, Canada.
16. Albers PH. 1977. Effects of external applications of fuel oil on hatchability of mallard eggs. In Wolfe DA, ed, *Fate and Effects of Petroleum Hydrocarbons in Marine Ecosystems and Organisms*. Pergamon, New York, NY, USA, pp 158–163.
17. Albers PH, Szaro RC. 1978. Effects of no. 2 fuel oil on common eider eggs. *Mar Pollut* 9:138–139.
18. Hoffman DJ. 1978. Embryotoxic effects of crude oil in mallard ducks and chicks. *Toxicol Appl Pharmacol* 46:183–190.
19. Hoffman DJ, Albers PH. 1984. Evaluation of potential embryotoxicity and teratogenicity of 42 herbicides, insecticides, and petroleum contaminants to mallard eggs. *Arch Environ Contamin Toxicol* 13: 15–27.
20. King KA, Lefever CA. 1979. Effects of oil transferred from incubating gulls to their eggs. *Mar Pollut Bull* 10:319–321.
21. Ohlendorf HM, Risebrough RW, Vermeer K. 1978. Exposure of marine birds to environmental pollutants. Wildlife Research Report 9. U.S. Fish and Wildlife Service, Washington, DC.
22. White DH, King KA, Coon NC. 1979. Effects of No. 2 fuel oil on hatchability of marine and estuarine bird eggs. *Bull Environ Contam Toxicol* 21:7–10.
23. Miller DS, Peakall DB, Kinter WB. 1978. Ingestion of crude oil: Sublethal effects in herring gull chicks. *Science* 4326:315–317.
24. Hoffman DJ, Gay ML. 1981. Embryotoxic effects of benzo[a]pyrene, chrysene, and 7, 12- dimethylbenz[a]anthracene in petroleum hydrocarbon mixtures in mallard ducks. *J Toxicol Environ Health* 7:775–787.
25. Macko SA, King SM. 1980. Weathered oil: Effect on hatchability of heron and gull eggs. *Bull Environ Contam Toxicol* 25:316–320.
26. Szaro RC, Albers PH, Coon NC. 1978. Petroleum: Effects on mallard egg hatchability. *J Wildl Manage* 42:404–406.
27. Szaro RC, Coon NC, Stout W. 1980. Weathered petroleum: Effects on mallard egg hatchability. *J Wildl Manage* 44:709–713.
28. Albers PH. 1978. The effects of petroleum of different stages of incubation in bird eggs. *Bull Environ Contam Toxicol* 19:624–630.
29. Albers PH. 1979. Effects of Corexit 9527 on the hatchability of mallard eggs. *Bull Environ Contam Toxicol* 23:661–668.
30. Couillard CM, Leighton FA. 1991. Bioassays for the toxicity of petroleum oils in chicken embryos. *Environ Toxicol Chem* 10:533–538.
31. Ellenton JA. 1982. Teratogenic activity of aliphatic and aromatic fractions of Prudhoe Bay crude and fuel oil No. 2 in the chicken embryo. *Toxicol Appl Pharmacol* 63:209–215.
32. Lewis SJ, Malecki RA. 1984. Effects of egg oiling on larid productivity and population dynamics. *Auk* 101:584–592.
33. Szaro RC. 1979. Bunker C fuel oil reduces mallard egg hatchability. *Bull Environ Contam Toxicol* 22:731–732.
34. Boylan DB, Tripp BW. 1971. Determinations of hydrocarbons in sea water extracts of crude oil and crude oil fractions. *Natute* 230:44–47.
35. Burwood R, Dixon TR. 1976. Olympic alliance oil spillage. *Mar Pollut Bull* 7:86–89.
36. Jordan RE, Payne JR. 1980. *Fate and Weathering of Petroleum Spills in the Marine Environment: A Literature Review and Synopsis*. Ann Arbor Science Publishers, Ann Arbor, MI, USA.
37. Larson RA, Hunt LL, Blankenship DW. 1977. Formation of toxic products from a #2 fuel oil photooxidation. *Environ Sci Technol* 11:492–496.
38. Sivadier HO, Mikolaj PG. 1973. Measurement of evaporation rates from oil slicks on the open sea. *Proceedings*, Joint EPA-API-USCG Conference on Prevention and Control of Oil Spills. American Petroleum Institute, Washington, DC, pp 475–484.
39. Whittle KJ, Hardy R, Mackie PR, McGill AS. 1982. A quantitative assessment of the sources and fates of petroleum compounds in the marine environment. *Philos Trans R Soc London, Ser B Biol Sci* 297:193–218.
40. Barron MG, Podrabsky T, Ogle S, Ricker RW. 1999. Are aromatic hydrocarbons the primary determinant of petroleum toxicity to aquatic organisms? *Aquat Toxicol* 46:253–268.
41. Kennicutt MC II. 1988. The effect of biodegradation on crude oil bulk and molecular composition. *Oil Chem Pollut* 4:89–112.
42. Riley RG, Thomas BL, Anderson JW, Bean RM. 1980. Changes in the volatile hydrocarbon content of Prudhoe Bay crude oil treated under different simulated weathering conditions. *Mar Environ Res* 4:109–119.
43. Hanson HC. 1954. Criteria of age of incubated mallard, wood duck, and bob-white quail eggs. *Auk* 71:267–272.
44. Paganelli CV, Olszowka A, Ar A. 1974. The avian egg: Surface area, volume, and density. *Condor* 76:319–325.
45. R Core Development Team. 2010. R: A language and environment for statistical computing. R Foundation for Statistical Computing. Vienna, Austria.
46. Prince HH, Siegel PB, Cornwell GW. 1969. Incubation environment and the development of mallard embryos. *J Wildl Manage* 33:589–595.
47. Coon NC, Albers PH, Szaro RC. 1979. No. 2 fuel oil decreases embryonic survival of great blacked-backed gulls. *Bull Environ Contam Toxicol* 21:152–156.
48. Szaro RC, Albers PH. 1977. Effects of external applications of No. 2 fuel oil on common eider eggs. In Wolfe DA, ed, *Fate and Effects of*

*Petroleum Hydrocarbons in Marine Ecosystems and Organisms*. Pergamon, New York, NY, USA, pp 164–167.

49. Brunstrom B, Broman D, Naf C. 1990. Embryotoxicity of polycyclic aromatic hydrocarbons (PAHs) in three domestic avian species, and of PAHs and coplanar polychlorinated biphenyls (PCBs) in the common eider. *Environ Pollut* 67:133–143.
50. Bigelow SW, Nebert DW. 1982. The Ah regulatory gene product. Survey of nineteen polycyclic aromatic compounds' and fifteen benzo[a]pyrene metabolites' capacity to bind to the cytosolic receptor. *Toxicol Lett* 10:109–118.
51. Toftgard R, Franzen B, Gustafsson J-A, Lofroth G. 1985. Characterization of TCDD-receptor ligands present in extracts of urban particulate matter. *Environ Int* 11:369–374.
52. Piskorska-Pliszczynska J, Keys B, Safe S, Newman MS. 1986. The cytosolic receptor binding affinities and AHH induction potencies of 29 polynuclear aromatic hydrocarbons. *Toxicol Lett* 34:67–74.
53. The Birds of North America Online Database. 2011. Cornell Lab of Ornithology and American Ornithologist Union. Ithaca, NY, USA.
54. Florida Shorebird Alliance. 2009. *American Oystercatcher*. Lakeland, FL, USA.
55. Nellis D. 2001. *Common Coastal Birds of Florida & the Caribbean*. Pineapple Press, Sarasota, FL, USA.
56. Harrison H. 1979. *Peterson Field Guides: Western Birds' Nests*. Houghton Mifflin, New York, NY, USA.
57. Gough GA, Sauer JR, Iliff M. 1998. Patuxent Bird Identification Infocenter Version 97.1. U.S. Geological Survey, Patuxent Wildlife Research Center, Laurel, MD, USA.
58. National Audubon Society. 2011. *Seaside Sparrow*. New York, NY, USA.
59. Stratiev D, Dinkov R, Petkov K, Stanulov K. 2010. Evaluation of crude oil quality. *Pet Coal* 52:35–43.