UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| Civil Action Nos. 12-970 | : : : | MAGISTRATE JUDGE SHUSHAN |

...........................................................................................................................................

**EX PARTE MOTION OF THE UNITED STATES TO FILE ITS UNREDACTED MEMORANDUM UNDER SEAL REGARDING THE "UNITED STATES' RESPONSE TO THE BP DEFENDANTS' MOTION FOR FINAL APPROVAL OF *DEEPWATER HORIZON* ECONOMIC AND PROPERTY DAMAGES SETTLEMENT" [REC. DOC. 7114]**

Pursuant to Pre-Trial Order 13 (Rec. Doc. 641), the United States respectfully requests leave to file under seal its unredacted "Response to the BP Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement." [Rec. Doc. 7114.]

The portions redacted from the publicly filed document pertain to certain testimony of BP's witness, Sir William Castell, and two exhibits identified at the Castell deposition. The relevant testimony and documents are subject to a claim of "confidentiality" by BP. The relevant testimony and documents are identified as follows: TREX-6250 and TREX-06259, and Castell deposition testimony at pp. 167-168, 181-187, 501-07.

//

//

Dated: August 31, 2012.                                      Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | BRIAN HAUCK |
| Assistant Attorney General | Deputy Assistant Attorney General |
| Environment & Natural Resources Div. | Civil Division |
| JAMES NICOLL | PETER F. FROST |
|   Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
|   Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
|   Senior Attorney | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| RACHEL HANKEY | JILL DAHLMAN ROSA |
| ABIGAIL ANDRE | MALINDA LAWRENCE |
| JUDY HARVEY | ROBIN HANGAR |
| MATT LEOPOLD | LAURA MAYBERRY |
| JEFFREY PRIETO | BRIENA STRIPPOLI |
| TOM BENSON | Trial Attorneys |
| GORDON YOUNG | Torts Branch, Civil Division |
| BETHANY ENGEL | |
| Trial Attorneys | |

| | |
|---|---|
| /s/ Steven O'Rourke | /s/ R. Michael Underhill |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 7611 | 7-5395 Federal Bldg., Box 36028 |
| Washington, D.C. 20044 | 450 Golden Gate Avenue |
| Telephone: 202-514-2779 | San Francisco, CA 94102-3463 |
| E-mail: steve.o'rourke@usdoj.gov | E-mail: mike.underhill@usdoj.gov |

JIM LETTEN, United States Attorney
SHARON D. SMITH, Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that, today, the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated: August 31, 2012.    /s/ R. Michael Underhill
                           United States Department of Justice