UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| Civil Action Nos. 12-970 | : | MAGISTRATE JUDGE SHUSHAN |
| | : | |

.................................................................................................................................

### ORDER

CONSIDERING the United States' Motion for leave to file under seal its unredacted "Memorandum in Response to the BP Defendants' Memorandum in Support of Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement,"

IT IS HEREBY ORDERED that the United States be and is hereby granted leave to file the foregoing unredacted Memorandum under seal.

SIGNED this _____ day of August, 2012, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

1