UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | Civil Action No. 10-7777<br><br>No. 2179<br>SECTION J |
| Applies to:<br>12-968 and 120-970; cases within Pleading bundles B1 and B3 | § § § | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## NOTICE OF APPEARANCE AND NOTICE OF INTENT TO APPEAR AT FINAL FAIRNESS HEARING

**PLEASE TAKE NOTICE** that Joseph Darrell Palmer, a member of the Bar of California and registered with the Judicial Panel on Multidistrict Litigation, hereby appears as Counsel for Objectors Mike and Patricia Sturdivant, Susan Forsyth, James H. Kirby III, and James H. Kirby IV, and requests that all future papers or pleadings be served via electronic service through the CM/ECF system.

Attorney Joseph Darrell Palmer also gives notice of his intent to appear at the November 8, 2012, settlement hearing on behalf of said objectors.

Dated: August 31, 2012                 LAW OFFICES OF DARRELL PALMER PC


                                       By: /s/ Joseph Darrell Palmer
                                            Joseph Darrell Palmer

                                       Joseph Darrell Palmer
                                       Law Offices of Darrell Palmer PC
                                       603 N. Highway 101, Suite A

Solana Beach, CA 92075
Phone: (858) 792-5600
Fax: (858) 792-5655
Email: darrell.palmer@palmerlegalteam.com

Attorney for Objectors
James H. Kirby III, Mike and Patricia Sturdivan,
and Susan Forsyth

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

I further certify that the foregoing document was also served by First-Class Mail, postage prepaid, to the following participants:

James Parkerson Roy
Attn: Deepwater Horizon E&PD Settlement
Domengeaux Wright Roy & Edwards
556 Jefferson St., Suite 500
P.O. Box 3668
Lafayette, LA  70501

Stephen J. Herman
Attn: Deepwater Horizon E&PD Settlement
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Richard C. Godfrey, P.C.
Attn: Deepwater Horizon E&PD Settlement
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objectors