EXHIBIT A

# Okaloosa County Property Appraiser

| Owner Name | Property Address | Parcel Number |
|---|---|---|
| KIRBY JAMES III & JANE P | 630 FAIRWAY AVE<br>FORT WALTON BEACH FL, 32547 | 36-1S-24-0541-000M-0100 |

| Owner Address | Business |
|---|---|
| 630 FAIRWAY AVE NE<br>FT WALTON BCH, FL 325471708 | Not all businesses may be listed on this parcel |

| Homestead | Primary Millage District | 2011 Certified Millage Rate | Property Type |
|---|---|---|---|
| YES | FORT WALTON BEACH | 15.6372 | SINGLE FAMILY |

## 2012 PRELIMINARY VALUES

| | |
|---|---|
| Building Value | 106,572 |
| Extra Feature Value | 1,818 |
| Land Value | 58,976 |
| Agricultural Value | 0 |
| * Just (Market) Value | 167,366 |
| Assessed Value | 144,544 |
| Exemption Value | 50,000 |
| Taxable Value | 94,544 |
| Maximum Save Our Home Benefit or 10% Non-Homestead Cap | $22,822 |

## LEGAL DESCRIPTION

COUNTRY CLUB EST 1ST LOT 10 BLK M

The legal description shown here may be condensed for assessment purposes. Exact description may be obtained from the recorded deed.

* Just (Market) Value is established by the Property Appraiser for ad valorem tax purposes. It does not represent anticipated selling price

## BUILDING INFORMATION

| Type | Total Area | Heated Area | Exterior Wall | Roof Cover | Interior Wall | Flooring |
|---|---|---|---|---|---|---|
| SINGLE FAM | 3,348 | 2,602 | BRICK and 20% VINYL SID | DIMEN/TIMB | DRYWALL | VINYL TILE |
| Heating Type | A/C Type | Baths | Bedrooms | Stories | Year Built<br>Actual / Effective | Building Notes |
| AIR DUCTED | CENTRAL | 3 | 3 | 1 | 1967 / 1967 | SM EXT FOP NA |

## EXTRA FEATURE INFORMATION

| Description | Quantity | Quantity Type | Year Built |
|---|---|---|---|
| FIRPLC | 1 | UNITS | 1977 |

## LAND INFORMATION

| Description | Frontage | Depth | Land Units | Unit Type |
|---|---|---|---|---|
| SFR (000100) | 90 | 0 | 0000001.000 | LOTS |

## SALES INFORMATION

| OR Book/Page | Path To Deed | Sale Date | Sale Price | Instrument | Qualification | Vacant/Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|
| 1417/74 | | 08-01-1987 | 100 | Quit Claim Deed | UNQUALIFIED | IMPROVED | | KIRBY JAMES III & JANE P |
| 1356/1746 | | 08-01-1986 | 86,600 | Warranty Deed | QUALIFIED | IMPROVED | | |
| 1097/1805 | | 08-01-1980 | 70,800 | Warranty Deed | QUALIFIED | IMPROVED | | |
| 0/0 | | 01-01-1977 | 25,609 | PREVIOUS VALUE | UNQUALIFIED | IMPROVED | | |
| 0/0 | | 01-01-1977 | 25,609 | PREVIOUS VALUE | UNQUALIFIED | IMPROVED | | |

The Okaloosa County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, it's use or interpretation. Assessed values are from the last certified taxroll. All data is subject to change before the next certified taxroll. Website Update: August 29, 2012.

© 2002 by the County of Okaloosa, FL | Website design by qpublic.net