# EXHIBIT B

# Walton County, FL - Property Appraiser - Patrick P. Pilcher, CFA, CCF

| PARCEL MAP | GENERATE OWNER LIST BY RADIUS | RECENT SALES IN THIS AREA | PREVIOUS PARCEL NEXT PARCEL | RETURN TO MAIN SEARCH PAGE | WALTON HOME |
|---|---|---|---|---|---|

| OWNER NAME | DAYTON-STURDIVANT PATRICIA & | TODAY'S DATE | August 30, 2012 |
|---|---|---|---|
| MAILING ADDRESS | MICHAEL BRADLEY STURDIVANT | PARCEL NUMBER | 01-3S-20-34400-00A-0200 |
| | 221 VENTANA BLVD | MILLAGE GROUP | South Walton Fire (7) |
| | SANTA ROSA BCH, FL 32459 | TOTAL MILLAGE | 9.621 |
| | | PROPERTY USAGE | SINGLE FAM (000100) |
| LOCATION ADDRESS | 221 VENTANA BLVD | ACREAGE | 0.000 ACRES |

## 2011 CERTIFIED TAX ROLL

Tax Information

| JUST VALUE OF LAND | LAND VALUE AGRICULTURAL | BUILDING VALUE | TOTAL MISC VALUE | JUST OR CLASSIFIED TOTAL VALUE | ASSESSED VALUE | EXEMPT VALUE | TAXABLE VALUE | HOME STEAD |
|---|---|---|---|---|---|---|---|---|
| 53,550 | 0 | 151,248 | 2,550 | 207,348 | 167,005 | 50,000 | 117,005 | Y |

The information listed in this table is the effect of the constitutional amendment passed on January 29, 2008.

| Maximum Save Our Homes Portability Amount | $40,343 |
|---|---|

## LAND INFORMATION

| LAND USE | NUMBER OF UNITS | UNIT TYPE | SEC-TWN-RNG |
|---|---|---|---|
| SFR | 1.000 | LT | -- |

| SHORT LEGAL | LOT 20 BLK A VENTANA DUNES S/D OR 1742-405 OR 1953-328 Show Complete Legal Description |
|---|---|

## BUILDING DATA

| BUILDING # | TYPE | TOTAL AREA | HEATED AREA | BED ROOMS | BATHS | PRIMARY EXTERIOR | SECONDARY EXTERIOR | HEATING | COOLING | ACTUAL YEAR BUILT |
|---|---|---|---|---|---|---|---|---|---|---|
| Sketch Building 1 | 000900 | 1,894 | 1,434 | 3 | 2 | CONCRE SID | N/A | FORCED-AIR DUCTED | CENTRAL | 1998 |

## MISCELLANEOUS DATA

| DESCRIPTION | DIMENSIONS LxWxH | UNITS | YEAR BUILT |
|---|---|---|---|
| CONCRETE | 19 x 28 x 0 | 1 UT | 2000 |
| BRICK DR | 0 x 0 x 0 | 1 UT | 2000 |
| FIREPLACE | 0 x 0 x 0 | 1 UT | 2000 |
| DEC FENCE | 0 x 0 x 0 | 1 UT | 2004 |
| BRICK WALKWAY | 0 x 0 x 0 | 1 UT | 2004 |
| ARBOR | 0 x 0 x 0 | 1 UT | 2004 |

## SALES DATA

| SALE DATE | BOOK | PAGE | PRICE | INSTRUMENT | QUALIFICATION | IMPROVED? (AT TIME OF SALE) | GRANTOR | GRANTEE |
|---|---|---|---|---|---|---|---|---|
| 01-25-1999 | 1953 | 328 | 149,900 | CW | QUALIFIED | YES | THE RUSHING CO INC | DAYTON-STURDIVANT PATRICIA & MICHAEL BRADLEY |
| 12-01-1997 | 1742 | 405 | 25,000 | WARRANTY DEED | QUALIFIED | NO | VENTANA DUNES INC | THE RUSHING CO INC |

The Walton County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All data is subject to change before the next certified tax roll. Website updated: August 7, 2012

| RECENT SALES IN THIS AREA | PREVIOUS PARCEL NEXT PARCEL | RETURN TO MAIN SEARCH PAGE | WALTON HOME |
|---|---|---|---|

© 2002 by the County of Walton, FL | Website design by qpublic.net