# EXHIBIT C

## Walton County, FL - Property Appraiser - Patrick P. Pilcher, CFA, CCF

| PARCEL MAP | GENERATE OWNER LIST BY RADIUS | RECENT SALES IN THIS AREA | PREVIOUS PARCEL / NEXT PARCEL | RETURN TO MAIN SEARCH PAGE | WALTON HOME |

| OWNER NAME | FORSYTH SUSAN W B | TODAY'S DATE | August 30, 2012 |
|---|---|---|---|
| MAILING ADDRESS | 833 PLAMONDON RD | PARCEL NUMBER | 34-2S-21-42850-000-1703 |
| | WHEATON, IL 60187 | MILLAGE GROUP | South Walton Fire (7) |
| | | TOTAL MILLAGE | 9.621 |
| | | PROPERTY USAGE | CONDOMINIU (000400) |
| LOCATION ADDRESS | ONE BEACH CLUB DR 1703 | ACREAGE | 0.000 ACRES |

### 2011 CERTIFIED TAX ROLL

Tax Information

| JUST VALUE OF LAND | LAND VALUE AGRICULTURAL | BUILDING VALUE | TOTAL MISC VALUE | JUST OR CLASSIFIED TOTAL VALUE | ASSESSED VALUE | EXEMPT VALUE | TAXABLE VALUE | HOME STEAD |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 657,301 | 657,301 | 657,301 | 0 | 657,301 | N |

### LAND INFORMATION

| LAND USE | NUMBER OF UNITS | UNIT TYPE | SEC-TWN-RNG |
|---|---|---|---|

No land associated with this parcel.

| SHORT LEGAL | UNIT 1703 ONE BEACH CLUB DRIVE CONDO AND A FRACTIONAL INTEREST IN ALL COMMON AREAS |
|---|---|

Show Complete Legal Description

### BUILDING DATA

| BUILDING # | TYPE | TOTAL AREA | HEATED AREA | BED ROOMS | BATHS | PRIMARY EXTERIOR | SECONDARY EXTERIOR | HEATING | COOLING | ACTUAL YEAR BUILT |
|---|---|---|---|---|---|---|---|---|---|---|

No buildings associated with this parcel.

### MISCELLANEOUS DATA

| DESCRIPTION | DIMENSIONS LxWxH | UNITS | YEAR BUILT |
|---|---|---|---|
| CONDO | 0 x 0 x 0 | 2,080 SF | 2002 |

### SALES DATA

| SALE DATE | BOOK | PAGE | PRICE | INSTRUMENT | QUALIFICATION | IMPROVED? (AT TIME OF SALE) | GRANTOR | GRANTEE |
|---|---|---|---|---|---|---|---|---|
| 01-03-2003 | 2471 | 867 | 658,800 | WARRANTY DEED | QUALIFIED | YES | ONE BEACH CLUB DRIVE LLC | FORSYTH SUSAN W B |

The Walton County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All data is subject to change before the next certified tax roll. Website updated: August 7, 2012

| RECENT SALES IN THIS AREA | PREVIOUS PARCEL / NEXT PARCEL | RETURN TO MAIN SEARCH PAGE | WALTON HOME |

© 2002 by the County of Walton, FL | Website design by qpublic.net