# EXHIBIT C

```
****AUTO**5-DIGIT 32547
[name]
[address] NE
[city] FL 32547-1708
```

A Medical Benefits Class Action Settlement has been reached related to the Deepwater Horizon Incident. This Settlement will provide benefits to qualifying claimants who were "Clean-Up Workers" and residents of certain Gulf Coast areas. You are receiving this notice because you have been identified as a possible member of the Medical Benefits Settlement Class. Please review the enclosed notice about the Medical Benefits Settlement carefully.

If you are included in this Settlement, you have rights and options such as submitting a claim for benefits, opting-out of or objecting to the Settlement. A court hearing will be held on **November 8, 2012** to consider whether the Medical Benefits Settlement is fair, reasonable, and adequate. The hearing may be moved to a different date, time, or location without additional notice, so it is recommended that you periodically check DeepwaterHorizonSettlements.com for updated information.

You need to submit a claim to request benefits. You can get a copy of the Claim Form by visiting the website DeepwaterHorizonSettlements.com or by calling 1-866-992-6174. If you have questions about how to file your claim, you should call 1-866-992-6174 for assistance.

A final settlement related to economic and property damages claims has also been reached. It is possible to be a member of both settlement classes. To get more information about either settlement, visit DeepwaterHorizonSettlements.com or call 1-866-992-6174.