IN RE:  DEEPWATER HORIZON
MDL 2179

| | |
|---|---|
| **JAMES PARKERSON ROY** | **STEPHEN J. HERMAN** |
| **Domengeaux Wright Roy & Edwards LLC** | **Herman, Herman, Katz & Cotlar LLP** |
| **556 Jefferson Street, Suite 500** | **820 O'Keefe Avenue** |
| **Lafayette, LA  70501** | **New Orleans, LA  70113** |
| **E-Mail:  jimr@wrightroy.com** | **E-Mail:  sherman@hhkc.com** |
| **Telephone:  (337)233-3033** | **Telephone:  (504)581-4892** |
| **Fax No. (337)233-2796** | **Fax No. (504)561-6024** |

_____

July 11, 2012

*Via E-Mail kmiller@frilot.com*           *Via E-Mail brad.brian@mto.com*
Mr. Kerry J. Miller          Mr. Brad D. Brian
**FRILOT L.L.C.**          **MUNGER, TOLLES & OLSON, LLP**
1100 Poydras Street          355 So. Grand Avenue
Suite 3700          Los Angeles, CA  90071
New Orleans, LA 70163

Re:    MDL No. 2179 – IN RE:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

**<u>New  Depositions of Transocean Witnesses / Additional PSC Trial Exhibits</u>**

Dear Counsel:

       Our review of documents has continued since the February, 2012 trial date and we have repeatedly and consistently discovered Transocean documents that should have been produced in advance of trial either in the normal course of production or as custodial file documents prior to key depositions. A number of these documents contain information supporting punitive/privity claims against Transocean.  Plaintiffs were deprived of the use of these documents in pre-trial depositions and they were produced too late for identification as trial exhibits.

       These documents directly relate to thirteen Transocean employees who were deposed and these witnesses would have been interrogated at length about the contents of these key documents had they been timely produced. Accordingly we request the following:

1. **Four Depositions:** After careful consideration, we do not seek to re-depose all thirteen witnesses. We do seek to depose/re-depose four of the individuals to which many of the documents directly relate:  Bob Long, Steve Newman, Larry McMahan and Adrian Rose. We have attached a spreadsheet (Exhibit A) which identifies the documents relating to these four individuals and you will note they *all* were produced *on or after* January 12, 2012, the date trial exhibit lists were due.

Mr. Kerry J. Miller
Mr. Brad D. Brian
Page 2
July 11, 2012

       Before seeking relief from the court, we write to request your agreement to promptly produce these witnesses within the next 45 days in New Orleans for deposition. We propose an eight hour deposition of each with the PSC being allocated 300 minutes.

2. **Amend Exhibit List To Include New Documents; Stipulate To Admissibility**: Also, please find attached a spreadsheet (Exhibit B) of late-produced Transocean documents which contain evidence highly relevant to the issues to be tried. These documents were all produced on or after the date the final exhibit list was due and include the documents listed on attached Exhibit A. We also write to seek Transocean's agreement that all of these documents may be added to the trial exhibit list and be stipulated as admissible at trial without objection from Transocean. If we are unable to agree, we will seek relief from the court.

Please advise us of your position on these two issues within 10 days.

Yours truly,

\_\_\_s/Steve_____       \_\_s/Jim_____
STEPHEN J. HERMAN                 JAMES P. ROY
*Plaintiffs' Liaison Counsel*         *Plaintiffs' Liaison Counsel*

Enclosure:    Exhibits A & B

CC:      Magistrate Shushan
          Defense Liaison
          Federal & State Interests Coordinators