**EXHIBIT A**

| Production Date | Bates Number | Doc Date | Author | Recipient(s) |
|---|---|---|---|---|
| 4/3/2012 | TRN-MDL-07721310 | 9/15/2009 | Dan Farr [DEPOSED] | Guy Cantwell, Arnaud Bobillier, P. Smith, P. Tranter, **S. Newman** |
| 2/15/2012 | TRN-MDL-06230341 | 7/25/2008 | Steve Hand | Mandar Pathak, Barry Braniff, **Larry McMahan** |
| 2/15/2012 | TRN-MDL-06099840 | 2/12/2008 | Pharr Smith [DEPOSED] | Various |
| 2/15/2012 | TRN-MDL-06079201 | 1/29/2008 | **Larry McMahan** [DEPOSED AS 30(b)(6) WITNESS] | David Buck (new hire) |
| 2/3/2012 | TRN-MDL-05762567 | 9/15/2009 | **Steve Newman** [DEPOSED] | **Larry McMahan** |
| 2/3/2012 | TRN-MDL-05880590, TRN-MDL-05880591 | 1/20/2008 | Bill Sannan [DEPOSED] | Rob Saltiel, Paul King, Mac Polhamus |
| 1/31/2012 | TRN-MDL-05757944 | 6/1/2010 | **Larry McMahan** [DEPOSED AS 30(b)(6) WITNESS] | N/A |
| 1/31/2012 | TRN-MDL-05758177 | 12/1/2010 | **Larry McMahan** [DEPOSED AS 30(b)(6) WITNESS] | N/A |
| 1/27/2012 | TRN-MDL-05467036 | 4/9/2010 | Arnaud Bobillier | Martin Vos (Shell) |
| 1/20/2012 | TRN-MDL-01279373, TRN-MDL-04403087, TRN-MDL-04742161 | 9/24/2009 | Barry Braniff [DEPOSED], David Foster | **L. McMahan** |
| 1/12/2012 | TRN-MDL-03999531 | 9/28/2009 | **Steve Newman** [DEPOSED] | **Adrian Rose**, Rob Saltiel, Arnaud Bobillier, **Larry McMahan** |
| 1/12/2012 | TRN-MDL-04336005 | 7/25/2010 | **Larry McMahan** [DEPOSED AS 30(b)(6) WITNESS] | Bill Sannan, John MacDonald |
| 1/12/2012 | TRN-MDL-03999571 | 10/21/2009 | **Larry McMahan** [DEPOSED AS 30(b)(6) WITNESS] | **Adrian Rose**, Sherry Richard, Rob Saltiel |

| Production Date | Bates Number | Doc Date | Author | Recipient(s) |
|---|---|---|---|---|
| 1/12/2012 | TRN-MDL-04012244, TRN-MDL-04335057, TRN-MDL-04335669, TRN-MDL-04335670, TRN-MDL-04335704, TRN-MDL-04335708, TRN-MDL-04335663, TRN-MDL-04335665, TRN-MDL-04335711, TRN-MDL-04335713 | 10/15-22/2009 | **Larry McMahan** [30(b)(6)], **Adrian Rose** [DEPOSED], **Bob Long**, **Steve Newman** [DEPOSED] | Randy Atwood, Nick Jackson, Sherry Richard, Eric Brown, Courtney Wilcox, Guy Cantwell, Greg Panagos |