**EXHIBIT B**

| Production Date | Bates Number | Doc Date | Author | Recipient(s) |
|---|---|---|---|---|
| 5/7/2012 | TRN-MDL-08048841 | 5/4/2010 | Eric Hall | D. Humprey; AMI, OIM; John Boone; Rob White |
| 4/20/2012 | TRN-MDL-07822891 | 6/17/2010 | Mike Wright | Scott Cote, John Boone, Tim Williams, Bill Sannan |
| 4/3/2012 | TRN-MDL-07669373 | 2/12/2009 | Owen McWhorter | James Kent |
| 4/3/2012 | TRN-MDL-07721310 | 9/15/2009 | Dan Farr | Guy Cantwell, Arnaud Bobillier, P. Smith, P. Tranter, S. Newman |
| 3/2/2012 | TRN-MDL-0730768 | 5/10/2010 | Eddy Redd | Larry McMahan, Paul Tranter |
| 3/2/2012 | TRN-MDL-06419253 | 4/6/2010 | Steve Hand | Mark Monroe |
| 3/2/2012 | TRN-MDL-06570746 | 5/8/2005 | Marc Cleaver | David Mullen, Ron Allen, Simon Watson |
| 3/2/2012 | TRN-MDL-06416911 | 5/31/2008 | Jimmy Moore | Chris Knight, T.O. Sr. HSE Advisor |
| 2/15/2012 | TRN-MDL-06236997 | 8/7/2006 | Daun Winslow | Kenneth Brown, Grant Howard, John Keeton |
| 2/15/2012 | TRN-MDL-06172983, TRN-MDL-06172986, TRN-MDL-06172977, TRN-MDL-06172980, TRN-MDL-06172995, TRN-MDL-06172998, TRN-MDL-06172989, TRN-MDL-06172992 | 11/7-9/2004 | Arnaud Bobillier, Mac Polhamus | Glen Prater (JIC Night TP), Geoff Clark (JIC Driller), Barry Myers (JIC Sr. TP), Bill Henderson (JIC OIM) |
| 2/15/2012 | TRN-MDL-06153690, TRN-MDL-06153695 | 7/11/2008 | Bill Sannan | Chris Ness (cc: Rob Saltiel, Steve Newman, John Boone, Mike Wright, Mac Polhamus, Jerry Canducci, Larry McMahan) |
| 2/15/2012 | TRN-MDL-06230341 | 7/25/2008 | Steve Hand | Mandar Pathak, Barry Braniff, Larry McMahan |
| 2/15/2012 | TRN-MDL-06099840 | 2/12/2008 | Pharr Smith | Various |
| 2/15/2012 | TRN-MDL-06079201 | 1/29/2008 | Larry McMahan | David Buck |
| 2/15/2012 | TRN-MDL-06172977 | 11/7/2004 | A.M. Polhamus | Geoff Clark |

| Production Date | Bates Number | Doc Date | Author | Recipient(s) |
|---|---|---|---|---|
| 2/10/2012 | TRN-MDL-05978381, TRN-MDL-05978384, TRN-MDL-06438684 | 2/24/2009 | Daun Winslow | Ian Little, Jake Skelton, John Keeton |
| 2/3/2012 | TRN-MDL-05762567 | 9/15/2009 | Steve Newman | Larry McMahan |
| 2/3/2012 | TRN-MDL-05880590, TRN-MDL-05880591 | 1/20/2008 | Bill Sannan | Rob Saltiel, Paul King, Mac Polhamus |
| 2/3/2012 | TRN-MDL-05877808 | 6/19/2009 | Walter Calbucio | Arnaud Bobillier, Jimmy Moore (cc: Rob Saltiel, Adrian Rose, Larry McMahan, Pharr Smith, Bill Ambrose) |
| 2/3/2012 | TRN-MDL-05940661 | 12/15/2008 | James Kent | N/A |
| 2/3/2012 | TRN-MDL-05845491, TRN-MDL-05845492 | 2/15/2010 | Buddy Trahan | Kevin Weiss, James Kent, Jason Brown, Jason Callahan, Leon Tracy, Scott Smith |
| 1/31/2012 | TRN-MDL-05757944 | 6/1/2010 | Larry McMahan | N/A |
| 1/31/2012 | TRN-MDL-05758177 | 12/1/2010 | Larry McMahan | N/A |
| 1/27/2012 | TRN-MDL-05467036 | 4/9/2010 | Arnaud Bobillier | Martin Vos (Shell) |
| 1/27/2012 | TRN-MDL-05476582, TRN-MDL-05476583 | 9/26/2006 | Stuart Aspen (e-mail), John Mogford (speech) | Arnaud Bobillier |
| 1/20/2012 | TRN-MDL-01279373, TRN-MDL-04403087, TRN-MDL-04742161 | 9/24/2009 | Barry Braniff, David Foster | L. McMahan |
| 1/20/2012 | TRN-MDL-05127686, TRN-MDL-05205787, TRN-MDL-05205788 | 12/8/2009 | Simon Watson | Arnaud Bobillier, Paul Tranter, Deepak Munganahalli |
| 1/20/2012 | TRN-MDL-04943119, TRN-MDL-04943340, TRN-MDL-04943120 | 7/29/2009 | David Watt (custodian: Sherry Richard) | Mark Bessell (cc: Diane Vento, Sherry Richard, Mitchell Cole, Ian Clark, Dennis Edge) |
| 1/20/2012 | TRN-MDL-06451432 | 3/2/2010 | Gene Nelms | James Bjornestad, Gary Leach, Lawrence Holman, Steve Hand, Barry Braniff, Rob Turlak, Lawrence Wright, Brad Rodger |
| 1/20/2012 | TRN-MDL-04711201 | 9/17/2004 | Bill Ellis | Ed Moro, Arnaud Bobillier |

| Production Date | Bates Number | Doc Date | Author | Recipient(s) |
|---|---|---|---|---|
| 1/20/2012 | TRN-MDL-04937152 | 2/9-10/2010 | Bill Sannon, Julian Soles, Scott McKaig, Jess Richards, Ramsey Richards | Todd Wilson, Bryan Bandeko, Mark Broussard, Jason Brown, Jason Callahan, Scott Cote, Wilton Hockaday, Nathan Irwin, Danny Johnson, James Kent, Tony Reid, Lane Romine, Scott Smith, Leon Tracey, Barry Weber, Kevin Weiss, Rob White, Tim Williams, Mike Blue, Jimmie Bullock, Scott Carpenter, Dan Haslam, Danny Humphrey, Paul Johnson, John Keeton, Paul King, Scott McKaig, Keith Mesker, Keith Miller, Graham Park, Jess Richards, Ramsey Richards, Tom Shackelford, Mike Shaw, Mike Wright, Keelan Adamson, John Boone, Jerry Canducci, Eric Hall, Daniel Husted, David Matlock, Kathleen McAllister, Donnie Pirtle, Dan Reudelhuber, Regulo Salas, Brent Shoemaker, Buddy Trahan, Steven Walker, Daun Winslow |
| 1/12/2012 | TRN-MDL-04349943 | 6/14/2010 | Mike Wright | Steven Holt, John Keeton, Park Graham, Mike Shaw, Randy Sivils, Tim Williams |
| 1/12/2012 | TRN-MDL-03999531 | 9/28/2009 | Steve Newman | Adrian Rose, Rob Saltiel, Arnaud Bobillier, Larry McMahan |
| 1/12/2012 | TRN-MDL-04336005 | 7/25/2010 | Larry McMahan | Bill Sannan, John MacDonald |
| 1/12/2012 | TRN-MDL-03999571 | 10/21/2009 | Larry McMahan | Adrian Rose, Sherry Richard, Rob Saltiel |
| 1/12/2012 | TRN-MDL-04012244, TRN-MDL-04335057, TRN-MDL-04335669, TRN-MDL-04335670, TRN-MDL-04335704, TRN-MDL-04335708, TRN-MDL-04335663, TRN-MDL-04335665, TRN-MDL-04335711, TRN-MDL-04335713 | 10/15-22/2009 | Larry McMahan, Adrian Rose, Bob Long, Steve Newman | Randy Atwood, Nick Jackson, Sherry Richard, Eric Brown, Courtney Wilcox, Guy Cantwell, Greg Panagos |
| 1/12/2012 | TRN-MDL-03998938 | not dated | Lloyd's Register | Transocean |