## BP Deponents

| | BP (Quantification) | | BP (Source Control) | | BP (Hybrid) | |
|---|---|---|---|---|---|---|
| | PSC Proposal | TO Proposal | PSC Proposal | TO Proposal | PSC Proposal | TO Proposal |
| PSC | 25 | 25 | 215 | 105 | 140 | 110 |
| States | 25 | 25 | 70 | 90 | 50 | 50 |
| US | 285 | 220 | 60 | 90 | 140 | 110 |
| TO | 25 | 90 | 30 | 90 | 30 | 90 |
| HESI | 20 | 20 | 15 | 15 | 20 | 20 |
| Anadarko | 25 | 25 | 15 | 15 | 25 | 25 |
| Other | 15 | 15 | 15 | 15 | 15 | 15 |
| BP | 30 | 30 | 30 | 30 | 30 | 30 |
| Total | 450 | 450 | 450 | 450 | 450 | 450 |

## US Deponents

| | US (Quantification) | | US (Source Control) | | US (Hybrid) | |
|---|---|---|---|---|---|---|
| | PSC Proposal | TO Proposal | PSC Proposal | TO Proposal | PSC Proposal | TO Proposal |
| PSC | 25 | 25 | 185 | 120 | 140 | 110 |
| States | 25 | 25 | 60 | 60 | 50 | 50 |
| US | 30 | 30 | 30 | 30 | 30 | 30 |
| TO | 25 | 90 | 25 | 90 | 25 | 90 |
| HESI | 20 | 20 | 20 | 20 | 20 | 20 |
| Anadarko | 25 | 25 | 25 | 25 | 25 | 25 |
| Other | 15 | 15 | 15 | 15 | 15 | 15 |
| BP | 285 | 220 | 90 | 90 | 145 | 110 |
| Total | 450 | 450 | 450 | 450 | 450 | 450 |

## HESI/Anadarko Depositions

| | HESI/Anadarko (Quantification) | | HESI/Anadarko (Source Control) | |
|---|---|---|---|---|
| | PSC Proposal | TO Proposal | PSC Proposal | TO Proposal |
| PSC | 25 | 25 | 150 | 100 |
| States | 25 | 25 | 75 | 60 |
| US | 245 | 180 | 30 | 30 |
| TO | 25 | 90 | 25 | 90 |
| HESI | 30 | 30 | 30 | 30 |
| Anadarko | 25 | 25 | 25 | 25 |
| Other | 15 | 15 | 15 | 15 |

|  | BP | 60 | 60 | 100 | 100 |
|---|---|---|---|---|---|
|  | Total | 450 | 450 | 450 | 450 |

### Third Party Deponents

|  | Third Party (Quantification) | | Third Party (Source Control) | |
|---|---|---|---|---|
|  | PSC Proposal | TO Proposal | PSC Proposal | TO Proposal |
| PSC | 25 | 25 | 140 | 100 |
| States | 25 | 25 | 60 | 60 |
| US | 170 | 120 | 30 | 30 |
| TO | 25 | 90 | 25 | 90 |
| HESI | 20 | 20 | 20 | 20 |
| Anadarko | 25 | 25 | 25 | 25 |
| Other | 30 | 30 | 30 | 30 |
| BP | 130 | 115 | 120 | 95 |
| Total | 450 | 450 | 450 | 450 |

### Transocean Deponent

|  | Transocean (Source Control) | |
|---|---|---|
|  | PSC Proposal | TO Proposal |
| PSC | 150 | 150 |
| States | 75 | 70 |
| US | 30 | 30 |
| TO | 25 | 30 |
| HESI | 30 | 30 |
| Anadarko | 25 | 25 |
| Other | 15 | 15 |
| BP | 100 | 100 |
| Total | 450 | 450 |

Note: The PSC did not propose a specific time allocation for Transocean's deponent. Instead, the PSC proposed allocations for HESI, Anadarko, and TO deponents that varied based on whether the deponent was a source control deponent or a quantification deponent. Because Transocean's testimony will concern source control, we have listed the PSC's allocations for a Transocean source control deponent as the "PSC Proposal."