# KANNER & WHITELEY, L.L.C.
**701 Camp Street**
**New Orleans, Louisiana 70130**
(504) 524-5777
FAX: (504) 524-5763

August 6, 2012

Via Email: Sally_Shushan@laed.uscourts.gov
Magistrate Judge Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

Re:     MDL 2179 Time Allocations for 30(b)(6) Depositions

Judge Shushan:

In response to the PSC's proposed time allocations as contained in its August 2, 2012 letter, the State of Louisiana, the State of Alabama, the PSC and the United States held a meet and confer to discuss minor amendments to the same. The State of Louisiana was concerned with the allocations pertaining to Source Control and Hybrid topics and requested minor additions to its time from the PSC. The PSC graciously accommodated these requests. Louisiana also fully intends to cooperate with the United States, Alabama, the PSC and other parties in the ceding of time on a case-by-case basis. I have attached the amended allocations to this letter and you will note that the only modifications are to BP (Source Control), BP (Hybrid), US (Source Control), US (Hybrid) and 3rd Party (Source Control), and are in red lettering on the attachment. All the allocations contained herein are agreed to by Louisiana, Alabama, the PSC and the United States.

Should you have any questions regarding the contents of this letter, the exhibit attached hereto or this matter in general, please feel free to contact me.

Cordially yours,

KANNER & WHITELEY, L.L.C.

Douglas Kraus

{Cases; 00010880.DOCX}8/6/2012; 14:44:06
X:\Cases\0867\00010880.DOCX