# PROPOSED PHASE II 30(B)(6) DEPOSITIONS TIME ALLOCATION

### BP (Quantification)

| | |
|---|---:|
| US | 285 |
| PSC | 25 |
| States | 25 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | 15 |
| BP | <u>30</u> |
| Total | 450 minutes |

### BP (Source Control)

| | |
|---|---:|
| PSC | 195 |
| States | 90 |
| US | 60 |
| TO | 30 |
| HESI | 15 |
| Anadarko | 15 |
| Other | 15 |
| BP | <u>30</u> |
| Total | 450 minutes |

### BP (Hybrid)

| | |
|---|---:|
| PSC | 130 |
| States | 60 |
| US | 140 |
| TO | 30 |
| HESI | 20 |
| Anadarko | 25 |
| Other | 15 |
| BP | <u>30</u> |
| Total | 450 minutes |

**US (Quantification)**

| | |
|---|---|
| BP | 285 |
| Anadarko | 25 |
| TO | 25 |
| HESI | 20 |
| PSC | 25 |
| States | 25 |
| Other | 15 |
| US | <u>30</u> |
| Total | 450 minutes |

**US (Source Control)**

| | |
|---|---|
| PSC | 170 |
| States | 75 |
| BP | 90 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | 15 |
| US | <u>30</u> |
| Total | 450 minutes |

**US (Hybrid)**

| | |
|---|---|
| PSC | 130 |
| States | 60 |
| BP | 145 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | 15 |
| US | <u>30</u> |
| Total | 450 minutes |

**HESI/TO/Anadarko (Quantification)**

| | |
|---|---:|
| US | 245 |
| PSC | 25 |
| States | 25 |
| BP | 60 |
| TO | 25 |
| Anadarko | 25 |
| Other | 15 |
| HESI (sponsoring party) | <u>30</u> |
| Total | 450 minutes |

**HESI/TO/Anadarko (Source Control)**

| | |
|---|---:|
| PSC | 150 |
| States | 75 |
| US | 30 |
| BP | 100 |
| TO | 25 |
| Anadarko | 25 |
| Other | 15 |
| HESI  (sponsoring party) | <u>30</u> |
| Total | 450 minutes |

**3rdParty (Quantification)**

| | |
|---|---:|
| US | 170 |
| States | 25 |
| PSC | 25 |
| BP | 130 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | <u>30</u> |
| Total | 450 minutes |

**3rd Party (Source Control)**

| | |
|---|---:|
| PSC | 130 |
| States | 70 |
| US | 30 |
| BP | 120 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | <u>30</u> |
| | |
| Total | 450 minutes |