

SCOTT C. BARNES  KIMBERLY R. LAMBERT  MIKE PAPANTONIO  OF COUNSEL:
AMANDA S. BARR  FREDRIC G. LEVIN  CHRISTOPHER G. PAULOS  ROBERT F. KENNEDY, JR.
BRIAN H. BARR  MARTIN H. LEVIN  ROBERT E. PRICE  (LICENSED ONLY IN NEW YORK)
M. ROBERT BLANCHARD  ROBERT M. LOEHR  MARK J. PROCTOR  BEN W. GORDON, JR.
BRANDON L. BOGLE  NEIL E. McWILLIAMS, JR.  TROY A. RAFFERTY  GERALD A. McGILL
WESLEY A. BOWDEN  Wm. JEMISON MIMS, JR.  MATTHEW D. SCHULTZ
VIRGINIA M. BUCHANAN  CLAY MITCHELL  W. CAMERON STEPHENSON  LEFFERTS L. MABIE, JR. (1925-1996)
WILLIAM F. CASH III  R. LARRY MORRIS  LEO A. THOMAS  D.L. MIDDLEBROOKS (1926-1997)
MEREDITH R. DURHAM  K. LEA MORRIS  BRETT VIGODSKY  DAVID H. LEVIN (1928-2002)
(LICENSED ONLY IN LA)  PETER J. MOUGEY  AARON L. WATSON  STANLEY B. LEVIN (1938-2009)
RACHAEL R. GILMER  DANIEL A. NIGH
JAMES L. KAUFFMAN  TIMOTHY M. O'BRIEN

August 2, 2012

**VIA ELECTRONIC MAIL**
The Honorable Sally Shushan
United States District Court
Eastern District of Lousiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

    Re:    MDL 2179 Time Allocations for 30(b)(6) Depositions

Judge Shushan:

    As the Court is aware, the first Phase 2 30(b)(6) deposition is scheduled for Tuesday, August 7. In light of this, the PSC is proposing time allocations as set out in the exhibit attached to this letter. The PSC fully expects the parties will continue the practice of ceding time to other parties on a cooperative basis. Certainly, the PSC intends to fully cooperate with the US, States and other parties to ensure that all parties have the time needed to fully inquire of particular witnesses at these depositions. Still, default rules are necessary, and the PSC believes this proposal will adequately protect the interest of all parties.

    The deposition topics generally fall into one of three categories: 1) Quantification; 2) Source Control; and 3) Hybrid (witnesses designated on both quantification and source control topics). The interests of the parties on each of these topics vary according to these broad categories. For parties other than BP or the US, the PSC makes the proposal using HESI as an example for the sponsoring witness. For Transocean or Anadarko depositions, those parties would change positions with HESI as proposed.

    Thank you for your consideration.

                        Respectfully,

                        Brian H. Barr

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591   CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM