# EXHIBIT 1

BP (Quantification)

| US | 285 |
|---|---|
| PSC | 25 |
| States | 25 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | 15 |
| BP | 30 |
| | 450 minutes |

US (Source Control)

| PSC | 185 |
|---|---|
| States | 60 |
| BP | 90 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | 15 |
| US | 30 |
| | 450 minutes |

BP (Source Control)

| PSC | 215 |
|---|---|
| States | 70 |
| US | 60 |
| TO | 30 |
| HESI | 15 |
| Anadarko | 15 |
| Other | 15 |
| BP | 30 |
| | 450 minutes |

US (Hybrid)

| PSC | 140 |
|---|---|
| States | 50 |
| BP | 145 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | 15 |
| US | 30 |
| | 450 minutes |

BP (Hybrid)

| PSC | 140 |
|---|---|
| States | 50 |
| US | 140 |
| TO | 30 |
| HESI | 20 |
| Anadarko | 25 |
| Other | 15 |
| BP | 30 |
| | 450 minutes |

HESI/TO/Anadarko (Quantification)

| US | 245 |
|---|---|
| PSC | 25 |
| States | 25 |
| BP | 60 |
| TO | 25 |
| Anadarko | 25 |
| Other | 15 |
| HESI (sponsoring party) | 30 |
| | 450 minutes |

US (Quantification)

| BP | 285 |
|---|---|
| Anadarko | 25 |
| TO | 25 |
| HESI | 20 |
| PSC | 25 |
| States | 25 |
| Other | 15 |
| US | 30 |
| | 450 minutes |

HESI/TO/Anadarko (Source Control)

| PSC | 150 |
|---|---|
| States | 75 |
| US | 30 |
| BP | 100 |
| TO | 25 |
| Anadarko | 25 |
| Other | 15 |
| HESI (sponsoring witness) | 30 |
| | 450 minutes |

<u>3d Party (Quantification)</u>

| | |
|---|---|
| US | 170 |
| States | 25 |
| PSC | 25 |
| BP | 130 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | <u>30</u> |
| | 450 minutes |

<u>3d Party (Source Control)</u>

| | |
|---|---|
| PSC | 140 |
| States | 60 |
| US | 30 |
| BP | 120 |
| TO | 25 |
| HESI | 20 |
| Anadarko | 25 |
| Other | <u>30</u> |
| | 450 minutes |