**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

August 6, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Re:   MDL 2179 — Later Phases Challenges to the United States'
Privilege Logs

Dear Judge Shushan:

In light of the progress made during meet-and-confer discussions, BP is pleased to report that this letter presents no issues for the Court's resolution under its Order governing the resolution of disagreements over Later Phase designations. (Dkt. No. 6869).

BP does intend to pursue privilege challenges, if necessary, to five entries that the United States has now agreed relate to Phase 2 and that are being withheld solely under a claim of the deliberative process privilege. These entries are all described as "Email re Top Kill Follow Up" and thus relate to Phase 2, as the United States now agrees.

As the United States noted earlier today, agreement has also been reached regarding the United States' challenges to BP's Phase designations. Accordingly, BP is unaware of any Phase designation disagreements that require the Court's resolution at this time.

**Background**

On July 23, 2012, BP served 180 challenges to entries the United States had at some prior point designated as related to Later Phases. Of these, the United States agreed:

- 99 documents would be released or already were released;
- one document would be produced in redacted form; and
- eight documents have improper designations as later Phases.

Chicago     Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai

KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
August 6, 2012
Page 2

- The United States maintained its Later Phases designation on 72 documents — 64 of which appear to relate to changes in Oil Spill Response Plan (OSRP) regulations.

As BP discussed with the United States, entries related to OSRP regulations are naturally part of Phase 2, where the adequacy of BP's OSRP has been placed at issue. BP and the United States had cordial discussions regarding these entries last week, but as of this filing, the United States has not agreed to release or re-label these documents as Phase 2.

BP maintains that these 64 documents are properly part of Phase 2 discovery. BP nevertheless recognizes that, given the Court's current workload, litigating these entries will only further tax the Court's and parties' resources. BP therefore will revisit these entries during the Later Phases of this litigation, if any, as the United States suggests BP should. By postponing these challenges, BP does not admit that OSRP regulations and the United States' post-incident effort to revise and supplement these regulations are beyond appropriate discovery.

BP will continue to meet and confer with the United States regarding the five entries described above. This conversation will include a discussion about how and when to present the issue for the Court's resolution, if needed.

As noted above, however, as a result of the success of the meet-and-confer process as to Phase designations, no issues regarding challenges to the United States' Phase designations (*see* Dkt. No. 6869) need be resolved by the Court.

Sincerely,

Robert R. Gasaway

cc (via electronic mail):

| | | |
|---|---|---|
| R. Michael Underhill | Bethany Engel | Allison B. Rumsey |
| Steve O'Rourke | A. Nathaniel Chakeres | Plaintiffs' Liaison Counsel |
| Scott M. Cernich | Abigail Andre | Defense Liaison Counsel |
| Robin L. Hanger | Wagner Jackson | |
| Thomas A. Benson | Joel M. Gross | |