

SUTHERLAND ASBILL & BRENNAN LLP

1001 Fannin, Suite 3700

Houston, Texas 77002

713.470.6100  Fax 713.654.1301

www.sutherland.com

**DAVID A. BAAY**
DIRECT LINE: 713.470.6112
E-mail: david.baay@sutherland.com

August 22, 2012

<u>*VIA E-MAIL*</u>

Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

Re:    MDL 2179:  Transocean's Request for Reconsideration of the August 15, 2012 Order

Dear Judge Shushan:

      Transocean respectfully requests reconsideration of a part of this Court's August 15, 2012 Order regarding allocation of time amongst the parties for Phase II depositions.

      Transocean appreciates the careful consideration that the Court gave to the parties' initial proposals and the difficulty it faced in balancing the parties' varying interests.  Although the 60 minutes allocated to Transocean for source control and hybrid depositions was less than what Transocean had sought, it appreciates the time that it was granted for those depositions and does not seek reconsideration of those aspects of the Order.

      Transocean does, however, ask that the Court consider granting Transocean an additional 15 minutes for quantification depositions.  Under the Order, Transocean currently has only 30 minutes to question one-day witnesses on this topic.  Transocean seeks reconsideration for three reasons:

      First, 30 minutes will not be sufficient time for Transocean to question witnesses on this critical and complex topic.  Quantification is a key issue for Transocean.  Most obviously, it could impact Transocean's liability for damages or penalties that could be tied to the number of barrels of oil released.  But just as importantly, other parties' awareness of the flow rate at the time of the response effort and their decision to disregard those figures in their choice of source control efforts may have directly impacted the length and amount of the spill, a point I explain further below.  Moreover, quantification is a highly technical area that in most depositions will not be conducive to a brief 30 minute line of questioning.

Second, Transocean cannot rely on other parties to protect its interests or to cede time to Transocean in quantification depositions. In quantification depositions, Transocean intends to investigate whether BP and the United States were aware of or should have been aware of flow rate estimates that they knew or should have known exceeded rates at which their chosen source control strategies -- such as the top kill, the junk shot, and the cofferdam -- could have succeeded. Neither BP nor the United States have an interest in uncovering such evidence since it could increase BP's liability and offset the United States' recovery. Moreover, in light of the proposed settlement between the PSC and BP, the PSC may also lack an interest in investigating this area. Thus, each of these parties, who have the bulk of questioning time in quantification depositions, have no incentive to question quantification witnesses about this critical issue or to cede time to Transocean so that it may do so.

Third, granting Transocean an additional 15 minutes will allow Transocean to protect its interests without prejudicing other parties. Transocean proposes that the additional 15 minutes could come from BP's share in United States' quantification depositions (currently 310 minutes) and from Plaintiffs in BP quantification depositions (currently 335 minutes). Under that proposal, BP or Plaintiffs would cede less than 5 percent of their time to Transocean; and they would still have approximately 5 hours to question a one-day quantification witness. This de minimis impact on BP and Plaintiffs' time allocation likely will not be perceived, and certainly will not prevent these parties from fully questioning quantification witnesses. It will, however, both increase Transocean's time by a significant 50 percent and the likelihood that a key aspect of the quantification story will come to light.

In sum, for the reasons set forth above, Transocean respectfully requests that it be allocated 45 minutes in one-day quantification depositions. Thank you for considering this request.

Sincerely,

David A. Baay

19177926.1