# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

August 7, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

        Re:    MDL No. 2179 — Proposed Time Allocations for Phase 2 Depositions

Dear Judge Shushan:

Pursuant to the discussion at last Friday's Working Group Conference, BP hereby provides its proposal regarding Phase 2 deposition time allocations and deposition questioning order.

As the Court is aware, issues of Source Control and Quantification involve quite different interests and party alignments than the April 20-22 incident issues at the center of Phase 1.

Accordingly, the attached charts provide proposed default allocations for one-day and two-day Source Control and Quantification depositions for three distinct types of corporate representative deponents:  (i) representatives of BP and affiliates, (ii) representatives of the United States and affiliates, and (iii) representatives of HESI, Transocean, Anadarko, Cameron, ExxonMobil and any other "independent deponents" (Attachment A).  Also attached is a straight-forward breakdown that shows where each party fits within these deponent groups (Attachment B).

As you can see, our proposal reflects the undoubted fact that some parties centrally involved in Phase 1 issues either have little stake at all in Source Control and Quantification issues or are aligned with parties having a much more direct stake in those issues.  It reflects as well the fact that the various parties have different stakes in Source Control issues, on the one hand, and Quantification issues, on the other.  And it avoids the pitfalls of a one-size-fits-all approach for third-party corporate representative deponents. (We recognize, of course, that the Court has noted that any default allocations will be subject to modification for specific deponents.)

Chicago      Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
August 7, 2012
Page 2

With respect to deposition questioning order, we propose the following:

- United States & Affiliate Witnesses:  BP is first, then the PSC and the States, and then the other parties.  As the presenting party, the US goes last, subject to rebuttal, as was the case in Phase 1.

- HESI, Transocean, Anadarko, Cameron, ExxonMobil and any other "independent deponents" Witnesses:  BP is first, then the PSC, the States, and the United States, and then the other parties.  The presenting party (HESI, Transocean, Anadarko, or others, as applicable) goes last, subject to rebuttal.

- BP & Affiliate Witnesses:  BP has no proposal concerning questioning order beyond BP being last, subject to rebuttal.

We look forward to continued discussions of these matters with the Court and the parties during this Friday's Working Group Conference.

Sincerely,

Robert R. Gasaway

Attachments

cc (via electronic mail):

| | |
|---|---|
| Sarah D. Himmelhoch | Joel M. Gross |
| R. Michael Underhill | Allison B. Rumsey |
| Steve O'Rourke | Don K. Haycraft |
| Scott M. Cernich | Plaintiffs' Liaison Counsel |
| A. Nathaniel Chakeres | Defense Liaison Counsel (dsc2179@liskow.com) |

# ATTACHMENT A

## MDL 2179 -- Proposed Default Time Allocations for Phase 2 30(b)(6) and Fact Depositions

\* Time allocation in minutes

| Party | Source Control | | | | Quantification | | | | Combined Source Control and Quantification | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BP Witness & BP Affiliate | | US Witness & US Affiliate | | BP Witness & BP Affiliate | | US Witness & US Affiliate | | BP Witness & BP Affiliate | | US Witness & US Affiliate | |
| | One-Day Deposition | Two-Day Deposition | One-Day Deposition | Two-Day Deposition | One-Day Deposition | Two-Day Deposition | One-Day Deposition | Two-Day Deposition | One-Day Deposition | Two-Day Deposition | One-Day Deposition | Two-Day Deposition |
| US | 215 | 430 | 45 | 90 | 270 | 540 | 45 | 90 | 245 | 490 | 45 | 90 |
| BP | 45 | 90 | 270 | 540 | 45 | 90 | 310 | 620 | 45 | 90 | 275 | 550 |
| Halliburton | 35 | 70 | 20 | 40 | 30 | 60 | 25 | 50 | 35 | 70 | 20 | 40 |
| Transocean | 35 | 70 | 20 | 40 | 30 | 60 | 25 | 50 | 35 | 70 | 20 | 40 |
| PSC | 25 | 50 | 20 | 40 | | | | | 15 | 30 | 15 | 30 |
| States | 60 | 120 | 60 | 120 | 60 | 120 | 30 | 60 | 60 | 120 | 60 | 120 |
| All others | 35 | 70 | 15 | 30 | 15 | 30 | 15 | 30 | 15 | 30 | 15 | 30 |
| | | | | | | | | | | | | |
| Total minutes | 450 | 900 | 450 | 900 | 450 | 900 | 450 | 900 | 450 | 900 | 450 | 900 |
| Total hours | 7.5 | 15 | 7.5 | 15 | 7.5 | 15 | 7.5 | 15 | 7.5 | 15 | 7.5 | 15 |

| Party | HESI/TO/Anadarko/ExxonMobil/Other "Independent Deponents" | | | |
|---|---|---|---|---|
| | Source Control | | Quantification | |
| | One-Day Deposition | Two-Day Deposition | One-Day Deposition | Two-Day Deposition |
| US | 95 | 190 | 120 | 240 |
| BP | 120 | 240 | 120 | 240 |
| Halliburton | 45 | 90 | 45 | 90 |
| Transocean | 45 | 90 | 45 | 90 |
| PSC | 25 | 50 | 0 | 0 |
| States | 60 | 120 | 60 | 120 |
| Anadarko | 45 | 90 | 45 | 90 |
| All others | 15 | 30 | 15 | 30 |
| | | | | |
| Total minutes | 450 | 900 | 450 | 900 |
| Total hours | 7.5 | 15 | 7.5 | 15 |

# ATTACHMENT B

| Time Allocation Groups | | |
|---|---|---|
| **BP & Affiliates** | **US & Affiliates** | **HESI, Transocean, Anadarko, Exxon Mobil, and Other Independent Deponents** |
| BP | US | Anadarko |
| ADD Energy | DNV | Cameron |
| BP Institute | Statoil | Exxon/Mobil |
| Intertek | Woods Hole | HESI |
| Isotech | ** Gemini Solutions | Transocean |
| Oceaneering | ** R.G. Hughes & Assocs | |
| Pencor | ** Kelkar & Associates | |
| Schlumberger | ** Purdue Univ. | |
| Stress Engineering | ** U.C. Santa Barbara | |
| Weatherford | ** U.C. San Diego | |
| Wild Well Control | | |
| Worldwide Oil Field | ** Subject to Court approval by further Order | |