

45960466



**U.S. Department of Justice**

Environment and Natural Resource Division

Aug 17 2012
11:01AM

*P.O. Box 761*
*Washington, DC 20044*
*202-514-0180*
*Sarah.Himmelhoch@usdoj.gov*

August 17, 2012

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
 Eastern District of Louisiana
Hale Boggs Federal Building
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re:    MDL No. 2179 — BP's Schedule 4 Challenges to the United States' Privilege Claims

Dear Judge Shushan:

      BP has challenged the United States' assertion of attorney-client privilege over three documents in the Schedule 4 privilege log category. BP acknowledges that all three documents are subject to two privilege claims: the attorney-client and the deliberative process privilege. BP challenges only the attorney-client privilege assertion. In the interests of judicial economy and because these three documents will remain subject to the deliberative process privilege, the United States withdraws its assertion of attorney-client privilege as to these three documents.[1]

      The United States' withdrawal of the attorney-client privilege assertion as to these three documents is not a waiver of the attorney-client privilege as to any other document. Moreover, it is not a concession that a document that includes many client representatives and only one lawyer cannot be subject to the attorney-client privilege. It is, rather, an attempt to narrow the discovery disputes and allow the parties and the Court to focus on the substantive resolution of this matter.

---

[1] Had BP identified the basis for its challenge during the meet and confer process, the United States may well have been able to obviate the need for the Court to read even this short response. *See* Attachment A (Himmelhoch Email).

One final note is required before closing this short response. BP states in its letter that it is "reserving its right" to challenge the deliberative process privilege assertions on all Schedule 4 documents. The United States disputes that BP has any such right. The Schedule 4 privilege challenge was created at BP's request to resolve *all* of BP's challenges to logs generated between May 31, 2012 and July 31, 2012, including deliberative process claims. Now BP seeks to rewrite its own proposed schedule to allow it to bring additional challenges to these logs at its convenience. This reservation runs counter to the purpose of the schedule: to address and put to bed any privilege challenges so that the Parties may focus on the substance. Accordingly, the United States respectfully requests that this Court find that BP's opportunity to challenge the privilege assertions on the logs served between May 31, 2012 and July 31, 2012 has come and gone and BP must live with its strategic choice to challenge only the attorney-client assertions.

                                                Respectfully submitted,

                                                /s/ Sarah D. Himmelhoch

                                                Sarah D. Himmelhoch

cc:       Liaison & Coordinating Counsel
           Robert Gasaway

# ATTACHMENT A

# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Saturday, August 11, 2012 12:38 PM |
| **To:** | 'rgasaway@kirkland.com'; 'jeisert@kirkland.com'; Cernich, Scott (ENRD) |
| **Cc:** | 'mnomellini@kirkland.com'; 'jrussell@kirkland.com'; 'michael.petrino@kirkland.com'; 'allan.pixton@kirkland.com'; Chakeres, Aristide (ENRD); Engel, Bethany (ENRD); Andre, Abigail (ENRD); Benson, Thomas (ENRD); Hanger, Robin L. (CIV); O'Rourke, Steve (ENRD); Underhill, Mike (CIV) |
| **Subject:** | Re: MDL 2179 -- Schedule IV Privilege Challenges |

Given that BP has provided no explanation for its challenges, we do stand on our privilege claims. The briefing schedule you propose is acceptable

Sent Using U.S. DOJ/ENRD BES 5 Server

---

**From**: Gasaway, Robert R. [mailto:rgasaway@kirkland.com]
**Sent**: Saturday, August 11, 2012 11:57 AM
**To**: Eisert, Joseph A. <jeisert@kirkland.com>; Cernich, Scott (ENRD)
**Cc**: Nomellini, Mark J. <mnomellini@kirkland.com>; Russell, Joseph M. <jrussell@kirkland.com>; Petrino, Michael A. <michael.petrino@kirkland.com>; Pixton, Allan <allan.pixton@kirkland.com>; Himmelhoch, Sarah (ENRD); Chakeres, Aristide (ENRD); Engel, Bethany (ENRD); Andre, Abigail (ENRD); Benson, Thomas (ENRD); Hanger, Robin L. (CIV); O'Rourke, Steve (ENRD); Underhill, Mike (CIV)
**Subject**: Re: MDL 2179 -- Schedule IV Privilege Challenges

Dear Scott, Sarah, colleagues,

Pardon this unintended intrusion on email-free Saturday (and my miscommunication within our team of the limited scope of Judge Shushan's email-free-Saturday waiver at yesterday's WGC). We look forward to your response tomorrow or Monday -- and will adjust our filing schedule accordingly.
Best regards,
/ROB

---

**From**: Eisert, Joseph A.
**Sent**: Saturday, August 11, 2012 07:12 AM
**To**: Cernich, Scott (ENRD) <Scott.Cernich@usdoj.gov>
**Cc**: Gasaway, Robert R.; Nomellini, Mark J.; Russell, Joseph M.; Petrino, Michael A.; Pixton, Allan; Sarah.Himmelhoch@usdoj.gov; Chakeres, Aristide (ENRD) <Aristide.Chakeres@usdoj.gov>; 'Engel, Bethany (ENRD)' <Bethany.Engel@usdoj.gov>; Andre, Abigail (ENRD) <Abigail.Andre@usdoj.gov>; Benson, Thomas (ENRD) <Thomas.Benson@usdoj.gov>; Hanger, Robin L. (CIV) <Robin.L.Hanger@usdoj.gov>; O'Rourke, Steve (ENRD) <Steve.O'Rourke@usdoj.gov>; Mike.Underhill@usdoj.gov
**Subject**: MDL 2179 -- Schedule IV Privilege Challenges

Scott--

We understand from yesterday's working group conference that the United States has chosen to stand on all existing claims of privilege for the documents BP challenged as part of Schedule IV.

If we have misunderstood your position in this regard, please let us know immediately. If we have understood this matter correctly (and this is the United States' considered position), then we agree that we need not waste effort in fruitless meet-and-confer discussions.

In that event, we will file our submission regarding Schedule IV challenges on Monday, August 13.

And, as far as further briefing goes, we propose that your response be due a week later, on August 20, 2012, and our reply be due Thursday, August 23, 2012.

Thanks,

Joe

Joseph A. Eisert | Kirkland & Ellis LLP
655 Fifteenth Street, N.W. Suite 1200 | WASHINGTON, DC 20005 | (202) 879-5136 DIRECT | (202) 879-5200 FAX |
joseph.eisert@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*