

**U.S. Department of Justice**
Environment and Natural Resource Division

*P.O. Box 7611*
*Washington, DC 20044*
*202-514-0056*
*Scott.Cernich@usdoj.gov*

August 31, 2012

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

      Re:    MDL 2179: BP's Withholding of Pre-July 18, 2010 Flow Rate Documents

Dear Judge Shushan:

      BP's August 23, 2012 Letter to the Court demonstrates that BP has disregarded the Court's July 13, 2012 Order Regarding *In Camera* Inspection of BP's Claimed Privilege in Schedule I (Rec. doc. 6904) ("Schedule I Privilege Order") and August 14, 2012 Order Regarding Verification of Extrapolation of Privilege Claims by BP (Rec. doc. 7119). BP continues to withhold flow rate documents that the Court ruled are not privileged and has submitted yet another secret ex parte declaration in support of its erroneous privilege claims – this one by BP flow engineer Tim Lockett.[1]

      By letter dated August 17, 2012, the United States informed the Court of its concern that BP is withholding the following specific documents in violation of the Court's orders[2]:

- BP Entry No. 3701 (PRIV-BP-HZN-2179MDL00023881) is a "Spreadsheet" authored by BP flow engineer Farah Saidi and dated July 15, 2010.

- BP Entry No. 3871 (PRIV-BP-HZN-2179MDL00024552) is a "Spreadsheet" authored by BP reservoir engineer Robert Merrill and dated July 17, 2010.

- BP Entry No. 1453 (PRIV-BP-HZN-2179MDL00016971) is a "Report" authored by BP flow engineer Tim Lockett and dated June 18, 2010.

---

[1] And according to BP's August 23, 2012 letter, yet another secret declaration is forthcoming.
[2] The United States' concerns are not limited to these four documents. Rather, the United States believes that these documents are particularly illustrative of BP's disregard for the Court's orders regarding BP's privilege claims and the extrapolation process.

- BP Entry No. 2827 (PRIV-BP-HZN-2179MDL00021000) is a "Report" authored by BP flow engineer Tim Lockett and dated June 18, 2010.

According to its August 23, 2012 letter, BP agreed to release No. 3871, but continues to improperly withhold Nos. 3701, 1453, and 2827.[3]

On July 13, 2012, this Court ruled that:

(1) there "are no Flow Rate Team documents for the period when the well was flowing" (July 15, 2010 and before), Schedule I Privilege Order at 6; and

(2) "Pre-July 18, 2010 analysis documents relating to flow rate are discoverable." *Id*. at 13.

BP claims only work-product protection (not attorney-client privilege) over each of these documents, but they are not the work of BP's "Flow Rate Team" as the Flow Rate Team did not even exist when these documents were created. *See* Schedule I Privilege Order at 6, 12-15. Based on BP's descriptions ("Spreadsheet" and "Report"), the documents appear to be factual information. *See id*. at 14-15. Further, to the extent these are analysis documents relating to flow rate (BP's privilege log identifies them as "Quantification" documents), they must be produced. *See id*. at 13.

The flow rate documents BP is withholding were created while BP's well continued to spew oil into the Gulf of Mexico by BP engineers charged with stopping the blowout. As the Court is well aware, the credibility of BP's flow rate estimates, and whether BP used secret, internal flow rate estimates to guide its Source Control efforts, or hid those estimates and calculations from its Source Control team and the public, are at issue in this case. BP is not entitled to hide these documents under the cloak of privilege.

Respectfully submitted,

/s/ Scott M. Cernich
Scott M. Cernich

cc:   Liaison & Coordinating Counsel
      Robert Gasaway

---

[3] BP's August 23, 2012 letter refers to Entry No. 2807. The United States, in its August 17, 2012 letter, lodged its concern regarding Entry No. 2827.