**BRS** Beck Redden & Secrest
A Registered Limited Liability Partnership

Geoff A. Gannaway
ggannaway@brsfirm.com

August 7, 2012

Re:   MDL No. 2179
      In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
      In the Gulf of Mexico on April 20, 2010
      Allocation of Time for 30(b)(6) Depositions

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court, Eastern District of Louisiana

Dear Judge Shushan:

I write on behalf of Cameron in response to the deposition time allocations proposed by the PSC in Brian Barr's letter dated August 2, 2012.

Mr. Barr's letter does not allocate any time for Cameron in any of the referenced categories of depositions. Cameron respectfully requests the following allocations:

- Quantification Depositions     10 minutes
- Source Control Depositions     20 minutes
- Hybrid Depositions             20 minutes
- Cameron Witness                30 minutes

Thank you for your consideration.

Sincerely yours,

Geoff A. Gannaway

cc:   Liaison Counsel
      States' Coordinating Counsel