

Donald E. Godwin
Board Certified - Civil Trial Law -
Texas Board of Legal Specialization
Direct Dial:     214.939.4412
Direct Fax:     214.939.4803
DGodwin@GodwinRonquillo.com

**DALLAS** HOUSTON PLANO
Plano office by Appointment Only

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332 Fax

**GodwinRonquillo.com**

August 22, 2012

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

      Re:     *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States District Court, Eastern District of Louisiana

Dear Judge Shushan:

In accordance with the Court's direction at last Friday's Working Group Conference, Halliburton requests that the Court reconsider its Phase Two deposition time allocations as set out in the Court's August 15, 2012 Order (Dkt. No. 7122).

As Halliburton has made clear at numerous conferences, it does not believe it has exposure to liability for Phase Two issues.  The Court has indicated its agreement with this assessment.  *See* Transcript of August 3, 2012 Working Group Conference at 37 ("Mr. Godwin: . . . I'm of the view that Halliburton really doesn't have a stake in the Phase Two discovery and depositions --  The Court:  I'm of the same view.").

Nonetheless, given multiple opportunities to do so, the PSC has never retracted its claim that Halliburton is a target of Phase Two liability issues.  *See* Halliburton's August 8, 2012 letter regarding Phase Two Deposition Time Allocations (attached).  On this basis, Halliburton requested that it be allowed 25 minutes per day for Quantification witnesses, 45 minutes per day for Source Control Witnesses, and 30 minutes per day for Hybrid witnesses (recognizing that Halliburton has more interest in Source Control than Quantification issues).  *Id.*  Despite this request, the Court's allocation Order grants Halliburton only 15 minutes per day for BP Quantification deponents, and 10 minutes per day for all other witnesses, including Source Control witnesses.  *See* Dkt. No. 7122.

August 22, 2012
Page 2

       The Court's allocation Order places Halliburton in the same time class as Cameron and
Anadarko, both of whom have settled with BP, and neither of which has been named as a target
for Phase Two liability by the PSC.  On the other hand, the Court has granted Transocean, who
the PSC has also identified as a Phase Two target, a significantly greater time allocation in Phase
Two depositions.  Halliburton recognizes that both Anadarko and Transocean are named as
direct defendants in the DOJ's action for Clean Water Act and other statutory fines and penalties,
giving both of these parties an elevated interest in Phase Two issues.  However, it is important to
note that both BP and Transocean have also made contribution/indemnification claims against
Halliburton based upon the imposition of any such fines and penalties, and BP has specifically
reserved such claims from its assignment to the PSC in the pending settlement agreements.
While Halliburton strongly disagrees that there is any basis for such claims against it, the claims
nonetheless exist and must be defended.  Allowing Halliburton only 10 minutes in a one day
deposition that has the potential to impact its ultimate liability, while providing the lion's share of
the allocated time to the PSC (which has stated it has the discovery it needs for Phase Two
issues), the US (which has disavowed any interest in Source Control issues), and BP (which has
retained and is prosecuting claims against Halliburton) creates an uneven playing field that is
detrimental to Halliburton's interests.

       Therefore, Halliburton requests that the Court reconsider its Phase Two deposition time
allocations.  Halliburton's original requests were limited and recognized the variations in its
interests in Quantification, Source Control, and Hybrid depositions.  Halliburton re-urges its
original requests, and asks that the Court allow it 25 minutes per day for Quantification
witnesses, 45 minutes per day for Source Control Witnesses, and 30 minutes per day for Hybrid
witnesses.

                                        Respectfully submitted,

                                        Donald E. Godwin

DEG:fmh