

DONALD E. GODWIN
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL: 214.939.4412
DIRECT FAX: 214.939.4803
DGodwin@GodwinRonquillo.com

DALLAS HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332 Fax

GodwinRonquillo.com

August 8, 2012

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA 70130

      Re:    *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States Court Eastern District of Louisiana

Dear Judge Shushan:

      Halliburton has reviewed the PSC's proposed deposition time allocations (as modified by its agreement with the US and the States of Alabama and Louisiana), forwarded to the Court and counsel on Monday by Doug Kraus. Halliburton does not agree to the time allocations as proposed, and writes to make its request for adequate time during Phase Two depositions.

      As noted in several prior Working Group Conferences, the PSC has publicly stated that Halliburton remains a target regarding potential Phase Two liability. *See* Working Group Conference Transcript, March 9, 2012 at p. 21. In contrast, the PSC has also stated in prior Working Group Conferences that it has the Phase Two discovery it needs, and that it does not have a significant interest in Quantification issues. *See* Working Group Conference Transcript, March 16, 2012 at pp. 11, 12. On the other hand, the US has stated that it does not have a particular interest in Source Control issues, at one point suggesting that Source Control discovery need not go forward. *Id.* at 17.

      Despite these publicly stated positions, the PSC's proposed time allocations provide Halliburton with minimal time in each category of deposition, in most cases less time than any other defendant (including those who have settled with BP). Based on Halliburton's continued status as a focus of potential liability, and keeping in mind the Court's request that the parties carefully consider their allocation requests, Halliburton requests the following time allocations for Phase Two depositions (each time request is for a one day deposition, and would be doubled for a two day deposition):

August 8, 2012
Page 2

        For Quantification witnesses, Halliburton requests 25 minutes.

        For Source Control witnesses, Halliburton requests 45 minutes.

        For Hybrid witnesses, Halliburton requests 30 minutes.

        For Halliburton witnesses, Halliburton requests 30 minutes.

These requests may be achievable, at least in part, by tapping into the "Other" party time allocation category listed on the PSC's proposed allocation. To the extent that source is insufficient to satisfy these requests, Halliburton suggests that the necessary time could be taken from the PSC (in Quantification depositions) and the US (in Source Control depositions) for the reasons stated above.

Thank you for your consideration of these requests, and we look forward to discussing this topic at Friday's Working Group Conference.

                                            Respectfully Submitted,

                                            Donald E. Godwin

DEG:fmh