

August 31, 2012

**VIA E-MAIL**
Hon. U.S. Magistrate Sally Shushan
U.S. District Court
Eastern District of Louisiana
New Orleans, Louisiana

RE:     **MDL-2179; CASES – 10-4239, 10-4240, 10-4241 – MEXICAN STATES OF VERACRUZ, TAMAULIPAS AND QUINTANA ROO, REPUBLIC OF MEXICO.**

Dear Judge Shushan:

The Mexican States are in receipt of the Defendants' August 31, 2012 correspondence to you. The Mexican States respectfully take issue with Defendants' attempt to secure more time through mischaracterizations of Plaintiffs' production. There is no expansion beyond the targeted scope of discovery and there has been no "shuffling" of documents as Defendants suggest. By this date, Defendants should have received the OCR formats in compliance with Defendants' request. If some of the documents are of poor quality, that is how they were found by Plaintiffs. Moreover, even though many of the documents are in Spanish, they were submitted in compliance with Paragraph 15 of Judge Barbier's PTO 16 addressing foreign language documents. Although approximately 5,000 documents were produced by Plaintiffs, I am sure everyone will agree that this is a miniscule amount compared to the earlier productions in this MDL.

It is apparent to the Mexican States that Defendants have belatedly realized that there is a tremendous amount of evidence (testimonial, documentary, expert, *etc.*) establishing that the Mexican States' proprietary interests were and continue to be catastrophically physically damaged by Defendants' actions and omissions, and Defendants' counsel simply are not ready to proceed. Rather than inappropriately casting aspersions on Plaintiffs' production, Defendants should have continued to confer with Plaintiffs' counsel in an attempt to resolve these issues. We have always been available for and open to discussion. For example, with respect to Defendants' plea for more time, Plaintiffs agree that more time is necessary and, in fact, Plaintiffs were the ones who raised the issue at the August 30, 2012 telephone conference with Defendants. Defendants were awaiting Defendants' call today to address that issue. Instead, we were met with a "race to the Judge" through Defendants' subject letter to the Court.



Given Defendants' ignoring of the "meet and confer" process, Plaintiffs also agree that a telephonic hearing is appropriate to address several issues. A couple of the issues are not new, Your Honor, as we brought them to the Court's attention in prior hearings.

1) In an effort to streamline the discovery process, we have selected nine fact witnesses and six expert witnesses from our list. However, seven out of the nine facts witnesses do not have a U.S. Visa. Therefore, they cannot travel to the United States to be deposed. As our first choice, we offer our offices in Monterrey, Mexico for the location of the depositions. As a second choice, the State Government of Quintana Roo has offered their offices in Cancun as the location for the depositions. Lastly, and as we previously indicated to the Court, we suggest that the witnesses be deposed via POLYCOM VIDEO SYSTEM from Mexico. I am unsure which of the options the Defendants would prefer. However, we are willing to accommodate any consensus among Defendants with respect to the foregoing options.
2) We also want to inform the Court that our fact and expert witnesses do not speak fluent English and the depositions will need to be simultaneously translated.
3) As noted above, Plaintiffs do not object to Defendants' request for more time. Defendants could have reached agreement with Plaintiffs on that through a continuation of the meet and confer process (which we were expecting) rather than launching unmeritorious complaints. Plaintiffs respectfully request that the Court grant a thirty (30) day extension as to any and all deadlines. As I explained to Defendants, the key representatives of the three Mexican States are obligated and committed to a "State of the Union" address to their respective state legislatures and other related matters during the first two weeks in September. In addition, during the week of September 15 (Independence Day in Mexico) most of Mexico is shut down for the holiday.

In short, we are disappointed that Defendants did not just advise Plaintiffs of their need for more time to address the significant amount of Plaintiffs' proof on the issues at hand. Plaintiffs would have been happy to accommodate Defendants. We would appreciate your scheduling a telephonic hearing at your earliest convenience to address the issues of extension of deadlines, the location of the depositions, and such other issues as Defendants may wish to discuss.

Serna Building 20985 IH-10 West. San Antonio, Texas. 78257
Main: 210-472-2222 Fax: 210-228-0839 Toll Free: 1-877-822-1212



Sincerely,

*Enrique G. Serna*

Enrique G. Serna

Serna Building 20985 IH-10 West. San Antonio, Texas. 78257
Main: 210-472-2222 Fax: 210-228-0839 Toll Free: 1-877-822-1212