

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-1-1-10026

*Steven O'Rourke*
*Environmental Enforcement Section*         *Telephone (202) 514-2779*
*U.S. Mail: P.O. Box 7611, Washington, DC 20044-7611*         *Facsimile (202) 514-2583*
*Overnight Mail: 601 D Street N.W., Washington, DC, 20004*
*E-mail: steve.o'rourke@usdoj.gov*

August 22, 2012

<u>*Via E-Mail*</u>
Honorable Sally Shushan
United States Magistrate Judge
United States Courthouse, Room B-345
Eastern District of Louisiana
500 Poydras Street, New Orleans, LA. 70130
E-Mail: Sally_Shushan@laed.uscourts.gov

    Re:    *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* Civ. No. 10-MD-2179-CJB-SS (E.D. LA.)

Dear Judge Shushan:

    This letter relates to Phase Two Depositions, and addresses three minor proposed amendments to the August 15, 1012 Order [Regarding Allocation of Examination Time for Phase Two Depositions] [Doc. 7122]. During the August 17, 2012 Working Group Conference, we requested some clarifications, and set them out here again. You authorized us to send a letter today, so I reiterate the points.

    First, we want to clarify that the party who goes first in questioning can reserve time for the end (*i.e.*, will have time to go after the "presenting" party). That was the procedure during Phase One, and I do not believe that anyone objected during the WGC.

    Second, we do not believe that DNV is a US "affiliate." Certainly, during Phase One, DNV worked for the Joint Investigation Team and at that time was like a U.S. affiliate, and was treated as such during Phase One depositions. However, since that time DNV was retained by BP, and conducted "Phase Two" work for BP. Accordingly, DNV should be a BP affiliate, or at least an "Independent."

    Third, the Order does not provide an allocation for the Hybrid category for HESI, TO, or independents. Mr. Barr's letter of August 16, 2012 lays out the "hybrids"

1

as including Vargo (you already issued an order [7150]), Pellerin (HESI), Quitzau (Anadarko), and Turlak (TO). We recommend that these witnesses all be allocated under the same schedule as Vargo (*i.e.*, that Order 7150 be applied to Pellerin, Quitzau, Turlak, and any other independents who might end up in the hybrid category).

      Finally, at the August 17 WGC, Mr. Barr noted that discussions continue regarding the duration of certain witnesses. We will address that further with the parties before bringing our view to you (if necessary).

                                     Respectfully submitted,

                                       /s/ Steve O'Rourke
                                     Steven O'Rourke

cc: Mike O'Keefe, Law Clerk to Magistrate Judge Shushan
    PSC Liaison Counsel
    States Coordinating Counsel
    Defense Liaison Counsel
    Mike Underhill