#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| *All cases* | * * | Magistrate Judge Shushan |

#### MOTION OF BP, ANADARKO, CAMERON, M-I, MOEX OFFSHORE, AND WEATHERFORD TO VOLUNTARILY DISMISS WITH PREJUDICE CROSS-CLAIMS AGAINST EACH OTHER

BP Exploration & Production Inc. ("BPXP") and/or BP America Production Company ("BPAP") have entered into settlements with certain co-defendants relating to the *Deepwater Horizon* incident. Specifically, settlements have been entered into between or among the following parties:

- BPXP with Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively, "Anadarko")

- BPXP with Cameron International Corporation ("Cameron");

- BPXP with M-I L.L.C. ("M-I")

- BPXP with MOEX Offshore 2007 LLC ("MOEX Offshore") and MOEX USA Corporation ("MOEX USA")

- BPXP and BPAP with Weatherford International, Inc., and Weatherford U.S. L.P. (collectively, "Weatherford")

Pursuant to each of these settlements, Anadarko, Cameron, M-I, MOEX Offshore, and Weatherford assigned certain claims arising out of the *Deepwater Horizon* incident to BPXP.[1] To simplify the pleadings and claims in this litigation, BPXP, Anadarko, Cameron, M-I, MOEX Offshore, and Weatherford now move to dismiss with prejudice the cross-claims that each party has against the others as described in the remainder of this motion.

### A.   Anadarko and BPXP's Motion to Dismiss.

On February 13, 2012, Anadarko moved to amend its cross-claims (the "Anadarko Motion to Amend"), including to dismiss its claims against Cameron and Weatherford. *Motion of Defendants and Cross-Claim Plaintiffs Anadarko Petroleum Corporation and Anadarko E&P Company LP for Leave to Amend Cross-Claims*, Rec. Doc. 5669 , Case 2:10-md-02179-CJB-SS. On February 24, 2012, the Court entered an order granting the Anadarko Motion to Amend (the "Anadarko Amendment Order").  *Order*, Rec. Doc. 5868, Case 2:10-md-02179-CJB-SS.  The Anadarko Motion to Amend did not seek to have Anadarko's claims against Cameron and Weatherford dismissed with prejudice, and the Anadarko Amendment Order does not provide that the dismissal of those parties was with prejudice.  In addition, Anadarko's amended cross-claims continue to allege claims against M-I.  *First Amended Cross-Claims of Third-Party Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP*, Rec. Doc. 5869, Case 2:10-md-02179-CJB-SS.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), Anadarko and BPXP move to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations,

---

[1] On December 16, 2011, BPXP was substituted for MOEX Offshore as cross-claim plaintiff *Defendant MOEX Offshore's First Amended Cross-Claims*. Rec. Doc. 4946, Case 2:10-md-02179-CJB-SS. On February 13, 2012, Anadarko moved to substitute BPXP as the cross-claim plaintiff in *Anadarko's First Amended Cross-Claims*. Rec. Doc. 5670, Case 2:10-md-02179-CJB-SS. As of the filing of this motion, Anadarko's motion to substitute is pending.

2

that Anadarko has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against M-I, including the claims and allegations against M-I L.L.C. in *Defendant Anadarko's Claim, Answer, and Cross-Claims*, Rec. Doc. 338, Case 2:10-cv-02771-CJB-SS; and *First Amended Cross-Claims of Third Party Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP*, Rec. Doc. 5869, Case 2:10-md-02179-CJB-SS. In addition, Anadarko and BPXP also move to amend the Anadarko Amendment Order to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations, that Anadarko has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against Cameron and Weatherford, including the claims and allegations that were made against Cameron and Weatherford in *Defendant Anadarko's Claim, Answer, and Cross-Claims*, Rec. Doc. 338, Case 2:10-cv-02771-CJB-SS.

  **B.**  **Cameron and BPXP's Motion to Dismiss.**

Pursuant to Federal Rule of Civil Procedure 41(a), Cameron and BPXP voluntarily move to dismiss with prejudice the claims, and withdraw all associated allegations, that Cameron has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against Anadarko, MOEX Offshore, MOEX USA, and Mitsui Oil Exploration Co. Ltd. (collectively, "MOEX"); M-I, and Weatherford, including the claims and allegations against Anadarko, MOEX, M-I and Weatherford in the (i) *Answer To Verified Complaint For Exoneration, Claims, Counter-Claims, And Cross-Claims Of Cameron International Corporation*, Rec. Doc. 412, Case 2:10-cv-02771-CJB-SS; (ii) *Answer Of Cross-Defendant Cameron To Transocean's Rule 13 Cross-Claims/Counterclaims, Together With Counterclaims And Cross-Claims*, Rec. Doc. 2474, Case 2:10-md-02179-CJB-SS; (iii) *Master Answer Of Rule 14(c) Defendant Cameron International Corporation To Tendered Claims, Together With Cross-Claims*, Rec. Doc. 2472, Case 2:10-md-02179-CJB-SS; (iv) *Answer Of Cross-Defendant*

3

*Cameron International Corporation to BP's Cross-Claim, Together With Counterclaim And Cross-Claims*, Rec. Doc. 2865, Case 2:10-md-02179-CJB-SS; and (v) *Answer Of Third-Party Defendant Cameron International Corporation To Third-Party Complaint, Together With Counterclaim And Cross-Claims*, Rec. Doc. 2872, Case 2:10-md-02179-CJB-SS.

### C. M-I and BPXP's Motion to Dismiss.

Pursuant to Federal Rule of Civil Procedure 41(a), M-I and BPXP move to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations, that M-I has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against Anadarko, Cameron, MOEX and Weatherford, including the claims and allegations against Anadarko, Cameron, MOEX and Weatherford in *Defendant M-I L.L.C.'s Cross-Claims*, Rec. Doc. 2500, Case 2:10-md-02179-CJB-SS, and *Defendant M-I L.L.C.'s First Amended Cross-Claims*, Rec. Doc. 2531, Case 2:10-md-02179-CJB-SS.

### D. MOEX Offshore and BPXP's Motion to Dismiss.

On October 19, 2011, MOEX Offshore moved to amend its cross-claims (the "MOEX Motion to Amend"), including to dismiss its claims against Weatherford. *Motion of Defendant and Cross-Claim Plaintiff MOEX Offshore 2007 LLC to Amend Cross-Claims*, Rec. Doc. 4356, Case 2:10-md-02179-CJB-SS. On October 21, 2011, the Court entered an order granting the MOEX Motion to Amend (the "MOEX Amendment Order"). *Order*, Rec. Doc. 4384, Case 2:10-md-02179-CJB-SS. The MOEX Motion to Amend did not seek to have MOEX Offshore's claims against Weatherford dismissed with prejudice, and the MOEX Amendment Order does not provide that the dismissal of those parties was with prejudice. In addition, MOEX Offshore's amended cross-claims continue to allege claims against Cameron and M-I. *Amended Cross-Claims of Third-Party Defendant MOEX Offshore 2007 LLC*, Rec. Doc. 4385, Case 2:10-md-02179-CJB-SS.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), MOEX Offshore and BPXP move to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations, that MOEX Offshore has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against Cameron and M-I, including the claims and allegations against Cameron and M-I in *Cross-Claims of Third-Party Defendant MOEX Offshore 2007 LLC*, Rec. Doc. 2008, Case 2:10-md-02179-CJB-SS; *Claim, Answer and Cross-Claims of MOEX Offshore 2007 to Complaint and Petition of Triton Asset Leasing GMBH, et al. for Exoneration from or Limitation of Liability (Rule 9(h))*, Rec. Doc. 420, Case 2:10-cv-02771-CJB-SS; and *Amended Cross-Claims of Third-Party Defendant MOEX Offshore 2007 LLC*, Rec. Doc. 4385, Case 2:10-md-02179-CJB-SS.  In addition, MOEX Offshore and BPXP also move to amend the MOEX Amendment Order to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations, that MOEX Offshore has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against Weatherford, including the claims and allegations that were made against Weatherford in *Cross-Claims of Third-Party Defendant MOEX Offshore 2007 LLC*, Rec. Doc. 2008, Case 2:10-md-02179-CJB-SS; and *Claim, Answer and Cross-Claims of MOEX Offshore 2007 to Complaint and Petition of Triton Asset Leasing GMBH, et al. for Exoneration from or Limitation of Liability (Rule 9(h))*, Rec. Doc. 420, Case 2:10-cv-02771-CJB-SS.

### E.     Weatherford and BPXP's Motion to Dismiss.

Pursuant to Federal Rule of Civil Procedure 41(a), Weatherford and BPXP move to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations, that Weatherford has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against Anadarko, Cameron, M-I, and MOEX, including the claims and allegations against Anadarko, Cameron, M-I, and MOEX in (i) *Cross-Claim of Weatherford*

5

*against M-I, LLC, et al.*, Rec. Doc. 2481, Case 2:10-md-02179-CJB-SS; (ii) *Answer, Defenses, and Counter-Claim/Cross-Claim of Weatherford against Cameron International Corporation*, Rec. Doc. 2499, Case 2:10-md-02179-CJB-SS; (iii) *Answer, Defenses, and Counter-Claim/Cross-Claim of Weatherford against Anadarko Petroleum Corporation and Anadarko E&P Company LP*, Rec. Doc. 2501, Case 2:10-md-02179-CJB-SS; (iv) *Answer, Defenses, and Counter-Claim/Cross-Claim of Weatherford against M-I, LLC*, Rec. Doc. 2916, Case 2:10-md-02179-CJB-SS; and (v) *Answer, Defenses, and Counter-Claim/Cross-Claim of Weatherford against Cameron*, Rec. Doc. 2921, Case 2:10-md-02179-CJB-SS.

WHEREFORE, BPXP, Anadarko, Cameron, M-I, MOEX Offshore, and Weatherford respectfully move to dismiss with prejudice all claims, and withdraw all associated allegations, that Anadarko, Cameron, M-I, MOEX Offshore, and Weatherford have brought, or could have brought, against each other in the litigation arising out of the *Deepwater Horizon* incident. Anadarko and BPXP further respectfully move to amend the Anadarko Amendment Order to dismiss with prejudice all claims, and withdraw all associated allegations, that Anadarko has brought, or could have brought, against Cameron and Weatherford in the litigation arising out of the *Deepwater Horizon* incident.  MOEX Offshore and BPXP further respectfully move to amend the MOEX Amendment Order to dismiss with prejudice all claims, and withdraw all associated allegations, that MOEX Offshore has brought, or could have brought, against Weatherford in the litigation arising out of the *Deepwater Horizon* incident.

Date:  September 4, 2012

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

*Attorneys for BP Exploration & Production Inc.*, *BP America Production Company, and BP p.l.c.*

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

/s/ *James J. Dragna*
James J. Dragna
jim.dragna@bingham.com
BINGHAM McCUTCHEN, LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

and

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300

7

                                                      New Orleans, LA 70112
                                                     Tel: (504) 592-0691
                                                     Fax: (504) 592-0696

*Attorneys for Anadarko Petroleum Corporation and Anadarko E&P Company LP*

| | |
|---|---|
| | */s/ Phillip A. Wittmann* |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|     dbeck@brsfirm.com |     pwittman@stonepigman.com |
| Joe W. Redden, Jr. | Carmelite M. Bertaut, 3054 |
|     jredden@brsfirm.com |     cbertaut@stonepigman.com |
| David W. Jones | Jared Davidson, 32419 |
|     djones@brsfirm.com |     jdavidson@stonepigman.com |
| Geoffrey Gannaway | STONE PIGMAN WALTHER WITTMANN |
|     ggannaway@brsfirm.com | L.L.C. |
| BECK, REDDEN & SECREST, L.L.P. | 546 Carondelet Street |
| One Houston Center | New Orleans, Louisiana 70130 |
| 1221 Mckinney, Suite 4500 | 504-581-3200 |
| Houston, TX 77010-2010 | 504-581-3361 (fax) |
| 713-951-3700 | |
| 713-951-3720 (fax) | |

*Attorneys for Defendant Cameron International Corporation*

| | |
|---|---|
| Derek E. Leon | */s/ Hugh E. Tanner* |
| dleon@morganlewis.com | Hugh E. Tanner |
| Texas Bar No. 24002463 | htanner@morganlewis.com |
| MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 5300 Wachovia Financial Center | |
| 200 South Biscayne Boulevard | Texas Bar No. 19637400 |
| Miami, Florida 33131 | 1000 Louisiana, Suite 4000 |
| Telephone: (305) 415-3000 | Houston, Texas 77002 |
| Facsimile: (305) 415-3001 | Telephone: (713) 890-5000 |
| | Facsimile: (713) 890-5001 |

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

*Attorneys For Defendant M-I L.L.C.*

/s/ Philip D. Nizialek
Philip D. Nizialek (La. Bar No. 24180)
M. Hampton Carver (La. Bar No. 3947)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3820
Fax: (504) 585-3801

*Attorneys for MOEX Offshore 2007 LLC*


Michael G. Lemoine, T.A. (#8308)
Gary J. Russo (#10828)
Douglas C. Longman, Jr. (#8719)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE,
L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501-5100
Telephone: (337) 593-7624
lemoine@joneswa1ker.com
russo@joneswa1ker.com
1ongman@joneswa1ker.com

/s/ Glenn G. Goodier
Glenn G. Goodier (#06130)
Richard D. Bertram (#17881)
Lance M. Sannino (#29409)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE,
L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

*Attorneys for Weatherford US., L.P. and
Weatherford International, Inc.*

9

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of September, 2012.

                                                    */s/ Don K. Haycraft*
                                                    Don K. Haycraft