# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * | Judge Barbier<br><br>Magistrate Judge Shushan |

## BP AND CAMERON'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE THEIR CLAIMS AGAINST EACH OTHER

On December 15, 2011, BP Exploration & Production Inc. ("BPXP") and Cameron International Corporation ("Cameron") entered into a settlement of their claims against each other relating to the *Deepwater Horizon* incident.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), BPXP and BP America Production Company ("BPAP") move to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations and tender of claims, that they have brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against Cameron, including *BPXP's Third-Party Complaint Against Cameron International Corp.*, Rec. Doc. 2065, Case 2:10-md-02179-CJB-SS, and the *BP Parties' Cross-Claim Against Cameron International Corp.*, Rec. Doc. 2064, Case 2:10-md-02179-CJB-SS, and including such claims assigned to BPXP by MOEX Offshore 2007 LLC, Anadarko Petroleum Corporation, Anadarko E&P Company LP, M-I L.L.C., Weatherford International, Inc., and Weatherford U.S. L.P.

Furthermore, pursuant to Federal Rule of Civil Procedure 41(a), Cameron moves to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations, that Cameron has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against BP p.l.c., BPXP, and BPAP (collectively, "BP"), including the claims and allegations against BP in the (i) *Answer To Verified Complaint For Exoneration, Claims, Counter-Claims, And Cross-Claims Of Cameron International Corporation*, Rec. Doc. 412, Case 2:10-cv-02771-CJB-SS; (ii) *Answer Of Cross-Defendant Cameron To Transocean's Rule 13 Cross-Claims/Counterclaims, Together With Counterclaims And Cross-Claims*, Rec. Doc. 2474, Case 2:10-md-02179-CJB-SS; (iii) *Master Answer Of Rule 14(c) Defendant Cameron International Corporation To Tendered Claims, Together With Cross-Claims*, Rec. Doc. 2472, Case 2:10-md-02179-CJB-SS; (iv) *Answer Of Cross-Defendant Cameron International Corporation to BP's Cross-Claim, Together With Counterclaim And Cross-Claims*, Rec. Doc. 2865, Case 2:10-md-02179-CJB-SS; and (v) *Answer Of Third-Party Defendant Cameron International Corporation To Third-Party Complaint, Together With Counterclaim And Cross-Claims*, Rec. Doc. 2872, Case 2:10-md-02179-CJB-SS.

Nothing in this motion shall affect any rights under the December 15, 2011 Confidential Settlement Agreement, Mutual Release and Agreement to Indemnify between Cameron and BPXP.

WHEREFORE, BPXP and BPAP respectfully move to dismiss with prejudice all claims, and withdraw all associated allegations and tender of claims, that they brought, or could have brought, against Cameron in the litigation arising out of the *Deepwater Horizon* incident, and Cameron respectfully moves to dismiss with prejudice all claims, and withdraw all associated

allegations, that it brought, or could have brought, against BP in the litigation arising out of the *Deepwater Horizon* incident.

| | |
|---|---|
| Date: September 4, 2012 | Respectfully submitted, |
| | */s/ Don K. Haycraft* |
| Richard C. Godfrey, P.C. | Don K. Haycraft (Bar #14361) |
| J. Andrew Langan, P.C. | R. Keith Jarrett (Bar #16984) |
| R. Chris Heck | LISKOW & LEWIS |
| KIRKLAND & ELLIS LLP | 701 Poydras Street, Suite 5000 |
| 300 North LaSalle Street | New Orleans, Louisiana 70139-5099 |
| Chicago, IL 60654 | Telephone: (504) 581-7979 |
| Telephone: (312) 862-2000 | Facsimile: (504) 556-4108 |
| Facsimile: (312) 862-2200 | |
| | and |
| Robert C. "Mike" Brock | |
| COVINGTON & BURLING LLP | |
| 1201 Pennsylvania Avenue, NW | |
| Washington, DC 20004-2401 | |
| Telephone: (202) 662-5985 | |

*Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

| | |
|---|---|
| | */s/ Phillip A. Wittmann* |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|     dbeck@brsfirm.com |     pwittman@stonepigman.com |
| Joe W. Redden, Jr. | Carmelite M. Bertaut, 3054 |
|     jredden@brsfirm.com |     cbertaut@stonepigman.com |
| David W. Jones | Jared Davidson, 32419 |
|     djones@brsfirm.com |     jdavidson@stonepigman.com |
| Geoffrey Gannaway | STONE PIGMAN WALTHER WITTMANN |
|     ggannaway@brsfirm.com | L.L.C. |
| BECK, REDDEN & SECREST, L.L.P. | 546 Carondelet Street |
| One Houston Center | New Orleans, Louisiana 70130 |
| 1221 Mckinney, Suite 4500 | 504-581-3200 |
| Houston, TX 77010-2010 | 504-581-3361 (fax) |
| 713-951-3700 | |
| 713-951-3720 (fax) | |

*Attorneys for Defendant Cameron International Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of September, 2012.

>*/s/ Don K. Haycraft*
>Don K. Haycraft