UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | **MDL NO. 2179**<br><br>**SECTION J** |
| **This document relates to:**<br>*STATE OF VERACRUZ, REPUBLIC<br>OF MEXICO v. BP, PLC, NO. 10-4239;<br>STATE OF TAMAULIPAS, REPUBLIC<br>OF MEXICO v. BP, PLC, NO. 10-4240;<br>STATE OF QUINTANA ROO, REPUBLIC<br>OF MEXICO v. BP, PLC, NO. 10-4241* | **JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN** |

## ORDER

A telephone status conference is scheduled in this matter on **Thursday, September 6, 2012 at 8:30 a.m. CST.** The Court will initiate the conference call.

New Orleans, Louisiana, this 4th day of September, 2012.

_____
SALLY SHUSHAN
U.S. MAGISTRATE JUDGE