UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP Privilege Claims]**

On July 13, 2012, there was ruling on challenges by the U.S., Louisiana, Transocean and Halliburton to BP's assertions of privilege on documents identified on Schedule I privilege logs. Rec. doc. 6904. BP completed the process of extrapolating this ruling to documents subject to privilege claims. On August 13, 2013, it submitted a log with 3,932 entries over which it continued to assert privilege claims. Rec. doc. 7243. On August 14, 2012, the Court randomly identified 30 documents from this log for verification of the extrapolation process. Rec. doc. 7119.

A.   **Three BP Documents**.

The U.S. requests that it be permitted to select documents for the verification process in addition to the 30 documents which the Court randomly selected. It notes that only 6 of the 30 documents predate July 18, 2010, the date of the initial meeting of BP's attorney-directed Flow Rate Team. Rec. docs. 7258 and 6904 at 6. The U.S. identified four additional documents in support of its request.

   1.   BP Privilege Log Entry No. 1453 (PRIV-BP-HZN-2179MDL00016971).

   2.   BP Privilege Log Entry No. 2827 (PRIV-BP-HZN-2179MDL00021000).

   3.   BP Privilege Log Entry No. 3701 (PRIV-BP-HZN-2179MDL00023881).

   4.   BP Privilege Log Entry No. 3871 (PRIV-BP-HZN-2179MDL00024552).

Rec. doc. 7258. BP opposed the request for the expansion of the verification process. Rec. doc. 7247.

On August 23, 2012, BP reported that Entry Nos. 1453 and 2807 are privileged and are addressed in a declaration from Tim Lockett which was submitted for *in camera* review with the 30 documents. It contends that Entry No. 3701 is privileged and will be addressed in a declaration which will be filed as soon as possible. It reports that the fourth document, Entry No. 3871, is not privileged and it will be produced. Rec. doc. 7241.

The U.S. responds that Entry Nos. 1453, 2807 and 3701 are not protected from disclosure. It contends that: (1) there is no work-product protection for these three documents because they pre-date the work of the Flow Rate Team; and (2) to the extent they are analysis documents relating to the flow rate, they must be produced. Rec. doc. 7251.

By **Friday, September 7, 2012**, BP shall submit Entry Nos. 1453, 2807 and 3701 for *in camera* inspection along with the supporting declaration.

**B.**     **Scope of BP's Extrapolation**.

The U.S. requests that BP extrapolate the privilege rulings to all of BP's Phase Two privilege log entries and not just the entries on the list of challenged documents. Rec. doc. 7258 at 2-3. For the reasons stated by BP (Rec. doc. 7241 at 4-7), it is not required to extrapolate the privilege rulings to all of BP's Phase Two privilege log entries.

**The deadline for an appeal of this order is the close of business on Monday, September 10, 2012.**

New Orleans, Louisiana, this 4th day of September, 2012.

SALLY SHUSHAN
United States Magistrate Judge