UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | MDL No. 2179; CA 10-7777 |
| | ) ) | Section: J |
| This Document Relates to: | ) ) | |
| All Cases | ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

Class Members, Cobb Real Estate, Inc., G. & A. Cobb Family Limited Partnership; L & M Investments, LTD.; MAD, LTD.; MEX-CO, LTD.; ROBERT C. MISTROT; and MISSROE, L.L.C., through undersigned counsel, each hereby give notice that it will appear, through counsel, at the Settlement Hearing presently scheduled in this case for November 8, 2012, at the United States District Court for the Eastern District of Louisiana, Court Room No. C268, 500 Poydras Street, New Orleans, Louisiana 70130. Counsel requests to be heard at said hearing and anticipates taking fifteen (15) minutes to present the objections of the above-identified Class Members.

Class Members, Cobb Real Estate, Inc., G. & A. Cobb Family Limited Partnership; L & M Investments, LTD.; MAD, LTD.; MEX-CO, LTD.; ROBERT C. MISTROT; and MISSROE, L.L.C., are objecting for the reasons stated in their OBJECTIONS TO CLASS ACTION SETTLEMENT, which are incorporated herein by reference, and they expressly hereby reserve their respective right to adopt other objections to the proposed Class Settlement and rely on other evidence, oral and documentary, timely made and/or submitted herein by other parties, Class Members and/or objectors or intervenors, including, but not limited to, themselves.

Respectfully submitted,

By: _____
Stuart C. Yoes
Texas State Bar No. 00798605
THE YOES LAW FIRM, L.L.P.
3535 Calder Avenue, Suite 235
Post Office Drawer 7584
Beaumont, Texas 77726-7584
Tel: (409) 833-2352
Fax: (409) 838-5577

ATTORNEYS FOR CLASS MEMBERS, COBB REAL ESTATE, INC.; G. & A. COBB FAMILY LIMITED PARTNERSHIP; L & M INVESTMENTS, LTD.; MAD, LTD.; MEX-CO, LTD.; ROBERT C. MISTROT; and MISSROE, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Class Members has been served on Economic and Property Damages Lead Class Counsel and BP's Counsel by first class mail in accordance with Preliminary Approval Order No. 6418, and that the foregoing was sent by first class mail to the Clerk of Court of the United States District Court for the Eastern District of Louisiana and electronically filed with the Clerk by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of September, 2012.

_____
Stuart C. Yoes
scy@yoeslawfirm