UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| 12-970, 12-968, 10-7777 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Multiple motions have been filed requesting an extension of the August 31 deadline to file objections to the two proposed class action settlements. (*See* Rec. Docs. 7178, 7179, 7180, 7185, 7186, 7187, 7188, 7189, 7209, 7220, 7221, 7226). On August 31, 2012, the Court extended this deadline through September 7, 2012. (Rec. Doc. 7225). Accordingly,

IT IS ORDERED that the motions requesting an extension of the August 31 deadline to file objections (Rec. Docs. 7178, 7179, 7180, 7185, 7186, 7187, 7188, 7189, 7209, 7220, 7221, 7226) are DENIED AS MOOT.

All parties are reminded that objections to the proposed class action settlements should be filed in Case No. 10-7777. (*See* Pretrial Order 49, Rec. Doc. 6616).

New Orleans, Louisiana, this 4th day of September, 2012.

                                                      *[signature]*
                                                    United States District Judge