UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO:<br>Bundle B1 Cases and Case No. 10-4573, *Tobatex, Inc. v. BP, plc.* | § § § § § § § § § | MDL NO. 2179<br>SECTION:  J<br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**ORDER GRANTING DEFENDANTS HALLIBURTON ENERGY SERVICES INC., TRANSOCEAN, AND M-I L.L.C.'S *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' PURE STIGMA AND RECREATION CLAIMS**

On this day the Court heard and considered Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s *Ex Parte* Motion For Leave to File their Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Pure Stigma Claims (Dkt. No. 6891) and Plaintiffs' Recreation Claims (Dkt. No. 6889) in Plaintiffs' First Amended Bundle B1 Master Complaint. The Court after reviewing the Motion, finds that good cause has been shown, and that Defendants' Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Defendants are permitted to file their Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Pure Stigma Claims (Dkt. No. 6891) and Plaintiffs' Recreation Claims (Dkt. No. 6889) in Plaintiffs' First Amended Bundle B1 Master Complaint, attached to its Motion as Exhibit A.

New Orleans, Louisiana this 4th day of September, 2012.

_____
United States District Judge