UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

PRE-TRIAL ORDER NO. 52

[Amending Pretrial Orders 27 and 17 on Deposition Protocol]

In order to facilitate continued coordination of discovery in this action with the related MDL No. 2185 pending in the Southern District of Texas, Pre-Trial Orders 27 (Rec. Doc. 1075) and 17 (Rec. Doc. 740) are amended as follows:

### I. GENERAL AMENDMENT APPLICABLE TO PRE-TRIAL ORDERS 27 AND 17

Pre-Trial Orders 27 and 17 are amended and restated, to confirm that, with respect to Phase Two depositions in this action, PSC representatives from MDL No. 2185 shall have the same rights and obligations concerning Phase Two deposition access, attendance, and participation as specified in Pre-Trial Orders 27 and 17 with respect to Phase One fact depositions.

Further, PSC representatives from MDL No. 2185 may continue to receive, upon request, Phase Two expert reports from the BP Defendants, United States, and the PSC.

PSC representatives from MDL No. 2185 shall continue to comply with Pre-Trial Order 13 protecting confidentiality, as amended.

\* \* \*

**Unless expressly revised by this Order, the provisions of Pre-Trial Order 17 remain in full force and effect.**

New Orleans, Louisiana, this 4th day of September, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CARL J. BARBIER**
　　　　　　　　　　　　　　　　　　**United States District Judge**