IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All Cases* | *<br>*<br>*<br>* | Judge Barbier<br><br>Magistrate Judge Shushan |

**ORDER GRANTING THE MOTION OF BP, ANADARKO, CAMERON, M-I, MOEX OFFSHORE, AND WEATHERFORD TO VOLUNTARILY DISMISS WITH PREJUDICE CROSS-CLAIMS AGAINST EACH OTHER**

The Court has considered the Motion Of BP, Anadarko, Cameron, M-I, MOEX Offshore, And Weatherford To Voluntarily Dismiss With Prejudice Cross-Claims Against Each Other, and all responses and replies to that Motion.

The Court ORDERS that the Motion Of BP, Anadarko, Cameron, M-I, MOEX Offshore, And Weatherford To Voluntarily Dismiss With Prejudice Cross-Claims Against Each Other is GRANTED.

All claims and all associated allegations brought, or that could have been brought, by Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko) against M-I L.L.C. ("M-I") in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims and allegations against M-I in *Defendant Anadarko's Claim, Answer, and Cross-Claims*, Rec. Doc. 338, Case 2:10-cv-02771-CJB-SS; and *First Amended Cross-Claims of Third Party Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP*, Rec. Doc. 5869, Case 2:10-md-02179-CJB-SS.

Further, the Court amends its February 24, 2012 *Order*, Rec. Doc. 5868, Case 2:10-md-02179-CJB-SS, to provide that all claims and all associated allegations brought, or that could have been brought, by Anadarko against Cameron International Corporation ("Cameron"), Weatherford International, Inc., and Weatherford U.S. L.P. (collectively, "Weatherford") in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims and allegations against Cameron and Weatherford International in *Defendant Anadarko's Claim, Answer, and Cross-Claims*, Rec. Doc. 338, Case 2:10-cv-02771-CJB-SS.

All claims and all associated allegations brought, or that could have been brought, by Cameron against Anadarko, MOEX Offshore 2007 LLC, MOEX USA Corporation, Mitsui Oil Exploration Co. Ltd. (collectively, "MOEX"), M-I, and Weatherford in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims and allegations against Anadarko, MOEX, M-I, and Weatherford in the (i) *Answer To Verified Complaint For Exoneration, Claims, Counter-Claims, And Cross-Claims Of Cameron International Corporation*, Rec. Doc. 412, Case 2:10-cv-02771-CJB-SS; (ii) *Answer Of Cross-Defendant Cameron To Transocean's Rule 13 Cross-Claims/Counterclaims, Together With Counterclaims And Cross-Claims*, Rec. Doc. 2474, Case 2:10-md-02179-CJB-SS; (iii) *Master Answer Of Rule 14(c) Defendant Cameron International Corporation To Tendered Claims, Together With Cross-Claims*, Rec. Doc. 2472, Case 2:10-md-02179-CJB-SS; (iv) *Answer Of Cross-Defendant Cameron International Corporation to BP's Cross-Claim, Together With Counterclaim And Cross-Claims*, Rec. Doc. 2865, Case 2:10-md-02179-CJB-SS; and (v) *Answer Of Third-Party Defendant Cameron International Corporation To Third-Party Complaint, Together With Counterclaim And Cross-Claims*, Rec. Doc. 2872, Case 2:10-md-02179-CJB-SS.

All claims and all associated allegations brought, or that could have been brought, by M-I against Anadarko, Cameron, MOEX, and Weatherford in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims and allegations against Anadarko, Cameron, MOEX, and Weatherford in *Defendant M-I L.L.C.'s Cross-Claims*, Rec. Doc. 2500, Case 2:10-md-02179-CJB-SS, and *Defendant M-I L.L.C.'s First Amended Cross-Claims*, Rec. Doc. 2531, Case 2:10-md-02179-CJB-SS.

All claims and all associated allegations brought, or that could have been brought, by MOEX Offshore 2007 LLC ("MOEX Offshore") against Cameron and M-I, in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims and allegations against Cameron and M-I in *Cross-Claims of Third-party Defendant MOEX Offshore 2007 LLC*, Rec. Doc. 2008, Case 2:10-md-02179-CJB-SS; *Claim, Answer and Cross-Claims of MOEX Offshore 2007 to Complaint and Petition of Triton Asset Leasing GMBH, et al. for Exoneration from or Limitation of Liability (Rule 9(h))*, Rec. Doc. 420, Case 2:10-cv-02771-CJB-SS; and *Amended Cross-Claims of Third-Party Defendant MOEX Offshore 2007 LLC*, Rec. Doc. 4385, Case 2:10-md-02179-CJB-SS.  Further, the Court amends its October 21, 2011 *Order*, Rec. Doc. 4384, Case 2:10-md-02179-CJB-SS, to provide that all claims and all associated allegations brought, or that could have been brought, by MOEX Offshore against Weatherford in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims and allegations against Weatherford in *Cross-Claims of Third-party Defendant MOEX Offshore 2007 LLC*, Rec. Doc. 2008, Case 2:10-md-02179-CJB-SS; and *Claim, Answer and Cross-Claims of MOEX Offshore 2007 to Complaint and Petition of Triton Asset Leasing GMBH, et al. for Exoneration from or Limitation of Liability (Rule 9(h))*, Rec. Doc. 420, Case 2:10-cv-02771-CJB-SS.

All claims and all associated allegations brought, or that could have been brought, by Weatherford against Anadarko, Cameron, M-I, and MOEX, in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims and allegations against Anadarko, Cameron, M-I, and MOEX in (i) *Cross-Claim of Weatherford against M-I, LLC, et al.*, Rec. Doc. 2481, Case 2:10-md-02179-CJB-SS; (ii) *Answer, Defenses and Counter-Claim/Cross-Claim of Weatherford against Cameron International Corporation*, Rec. Doc. 2499, Case 2:10-md-02179-CJB-SS; (iii) *Answer, Defenses and Counter-Claim/Cross-Claim of Weatherford against Anadarko Petroleum Corporation and Anadarko E&P Company LP*, Rec. Doc. 2501, Case 2:10-md-02179-CJB-SS; (iv) *Answer, Defenses and Counter-Claim/Cross-Claim of Weatherford against M-I, LLC*, Rec. Doc. 2916, Case 2:10-md-02179-CJB-SS; and (v) *Answer, Defenses and Counter-Claim/Cross-Claim of Weatherford against Cameron*, Rec. Doc. 2921, Case 2:10-md-02179-CJB-SS.

IT IS SO ORDERED

New Orleans, Louisiana this 4th day of September, 2012.

_____
United States District Judge