IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | Judge Barbier |
| *All Cases* | * * | Magistrate Judge Shushan |

ORDER GRANTING BP AND CAMERON'S
MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE
THEIR CLAIMS AGAINST EACH OTHER

The Court has considered BP And Cameron's Motion To Voluntarily Dismiss With Prejudice Their Claims Against Each Other, and all responses and replies to that Motion.

The Court ORDERS that BP And Cameron's Motion To Voluntarily Dismiss With Prejudice Their Claims Against Each Other is GRANTED.  All claims and all associated allegations and tender of claims brought, or that could have been brought, by BP Exploration and Production Inc. ("BPXP") and BP America Production Company ("BPAP") against Cameron are dismissed and withdrawn with prejudice, including *BPXP's Third-Party Complaint Against Cameron International Corp.*, Rec. Doc. 2065, Case 2:10-md-02179-CJB-SS, and the *BP Parties' Cross-Claim Against Cameron International Corp.*, Rec. Doc. 2064, Case 2:10-md-02179-CJB-SS, and including such claims assigned to BPXP by MOEX Offshore 2007 LLC, Anadarko Petroleum Corporation, Anadarko E&P Company LP, M-I L.L.C., Weatherford International, Inc., and Weatherford U.S. L.P.  All claims and all associated allegations brought,

1

or that could have been brought, by Cameron against BPXP, BPAP, and BP p.l.c. (collectively, "BP") are dismissed and withdrawn with prejudice, including the claims and allegations against BP in the (i) *Answer To Verified Complaint For Exoneration, Claims, Counter-Claims, And Cross-Claims Of Cameron International Corporation*, Rec. Doc. 412, Case 2:10-cv-02771-CJB-SS; (ii) *Answer Of Cross-Defendant Cameron To Transocean's Rule 13 Cross-Claims/Counterclaims, Together With Counterclaims And Cross-Claims*, Rec. Doc. 2474, Case 2:10-md-02179-CJB-SS; (iii) *Master Answer Of Rule 14(c) Defendant Cameron International Corporation To Tendered Claims, Together With Cross-Claims*, Rec. Doc. 2472, Case 2:10-md-02179-CJB-SS; (iv) *Answer Of Cross-Defendant Cameron International Corporation to BP's Cross-Claim, Together With Counterclaim And Cross-Claims*, Rec. Doc. 2865, Case 2:10-md-02179-CJB-SS; and (v) *Answer Of Third-Party Defendant Cameron International Corporation To Third-Party Complaint, Together With Counterclaim And Cross-Claims*, Rec. Doc. 2872, Case 2:10-md-02179-CJB-SS.

Nothing in this Order shall affect any rights under the December 15, 2011 Confidential Settlement Agreement, Mutual Release and Agreement to Indemnify between Cameron and BPXP.

IT IS SO ORDERED

New Orleans, Louisiana this 4th day of September, 2012.

_____
United States District Judge