UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DuWAYNE MASON | * | NO. |
| | * | |
| VERSUS | * | SECTION " " |
| | * | |
| SEACOR MARINE, LLC | * | MAGISTRATE " " |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

This is a claim within the Admiralty and Maritime jurisdiction of this Honorable Court, pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, and alleges upon information and belief as follows:

1.

At all material times, plaintiff herein, DuWayne Mason, was an employee of the defendant, Seacor Marine, LLC and had been assigned by Seacor Marine, LLC to work as a member of the crew of the M/V SEACOR VANGUARD, a vessel owned and operated by defendant.

2.

On or about April 21, 2010, the M/V SEACOR VANGUARD and its crew were dispatched by defendant to pump water on the burning MODU DEEPWATER HORIZON located south of the mouth of the Mississippi River off the coast of Louisiana.

3.

From the time that the M/V SEACOR VANGUARD arrived at the scene of the rig fire, plaintiff was engaged in the process of pumping water on the burning rig while the M/V SEACOR VANGUARD and was in very close physical proximity to that burning structure.

4.

While on the scene of the rig fire, plaintiff was continuously exposed to chemicals, smoke, heat and other noxious by-products of the rig fire resulting in severe and permanent damage to his lungs and other parts of his body.

5.

During the three to four months after the rig fire was extinguished, the M/V SEACOR VANGUARD and its crew, including plaintiff, were sent to assist in the process of skimming oil and dispersant from the waters of the Gulf of Mexico.

6.

While engaged in collecting the oil and dispersant, plaintiff was exposed to crude oil, chemical components of the crude oil, chemical dispersant and other noxious by-products of the rig fire and oil spill, resulting in severe and permanent damage to his lungs and other parts of his body.

7.

All of the foregoing resulted from the negligence of defendant and/or from the unseaworthiness of the M/V SEACOR VANGUARD, particularly from the failure to provide plaintiff a safe place in which to work, failing to properly identify and monitor the chemicals in the areas where the vessel was working and failing to provide appropriate respiratory protection.

8.

As best can be ascertained at the present time, DuWayne Mason, has incurred the following losses for which he claims damages from defendant:

| | | |
|---|---|---|
| a. | Past and Future medical expenses | $250,000 |
| b. | Past and future lost wages and/or loss of earning capacity | $1,500,000 |
| c. | Past and future pain and suffering | $500,000 |
| d. | Past and future disability, mental anguish, emotional distress and loss of or impairment of the ability to enjoy life's pleasures | $500,000 |
| | **Total** | **$2,750,000** |

**WHEREFORE**, plaintiff prays that the defendant be cited and served with a copy of this complaint compelling it to appear and answer same and that after all due proceedings had herein that there be judgment in favor of plaintiff and against defendant for all relief itemized

above, together with all costs of these proceedings, interest as may be available under the circumstances and any and all other relief which may be available.

Respectfully submitted,

SILBERT & GARON, L.L.P.

/s/Scott E. Silbert
SCOTT E. SILBERT (12068)
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200
Telecopier: 504-584-5270
scott@silbertgaron.com

Attorney for DuWayne Mason

**PLEASE SERVE**:

SEACOR MARINE LLC,
 through its registered agent for service of process,
National Registered Agents, Inc.
1011 N. Causeway Blvd., Suite 3
Mandeville, LA 70471