| | Table 1: Status of Claims Filed and Notices Issued (As of 9/4/12) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Type | Claim Forms Submitted | Document Categorization Complete | Data Capture Complete | Notices Issued | Type of Notice Issued | | | |
| | | | | | | Eligible - Payable | Eligible - No Payment | Incomplete | Denial |
| 1. | Seafood Compensation Program | 5,802 | 3,443 | 905 | 536 | 102 | 47 | 120 | 267 |
| 2. | Individual Economic Loss | 15,257 | 11,289 | 8,503 | 728 | 1 | 2 | 0 | 725 |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 97 | 75 | N/A | 16 | 0 | 0 | 11 | 5 |
| 4. | Business Economic Loss | 10,796 | 6,244 | 2,638 | 483 | 62 | 2 | 234 | 185 |
| 5. | Start-Up Business Economic Loss | 912 | 530 | 205 | 22 | 0 | 0 | 7 | 15 |
| 6. | Failed Business Economic Loss | 1,016 | 668 | 256 | 59 | 0 | 0 | 8 | 51 |
| 7. | Coastal Real Property | 5,532 | 4,393 | N/A | 782 | 603 | 0 | 74 | 105 |
| 8. | Wetlands Real Property | 880 | 824 | N/A | 16 | 9 | 0 | 0 | 7 |
| 9. | Real Property Sales | 410 | 336 | N/A | 139 | 68 | 0 | 29 | 42 |
| 10. | Subsistence | 3,873 | 2,357 | N/A | 98 | 0 | 0 | 0 | 98 |
| 11. | VoO Charter Payment | 5,159 | 3,451 | N/A | 2,888 | 2,501 | 0 | 343 | 44 |
| 12. | Vessel Physical Damage | 259 | 186 | N/A | 6 | 1 | 0 | 5 | 0 |
| 13. | TOTALS | 49,993 | 33,796 | 12,507 | 5,773 | 3,347 | 51 | 831 | 1,544 |

DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

APPENDIX B

| | Claim Type | Table 2: Accepted Offers and Payments Made (As of 9/4/12) | | | | | |
|---|---|---|---|---|---|---|---|
| | | Eligibility Notices Issued with Payment Offer | | Accepted Offers | | Payments Made | |
| | | Number | Amount | Number | Amount | Number | Amount |
| 1. | Seafood Compensation Program | 102 | $8,544,689 | 50 | $5,631,313 | 1 | $40,972 |
| 2. | Individual Economic Loss | 1 | $2,572 | 1 | $2,572 | 0 | $0 |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 0 | $0 | 0 | $0 | 0 | $0 |
| 4. | Business Economic Loss | 62 | $10,995,627 | 37 | $7,278,069 | 0 | $0 |
| 5. | Start-Up Business Economic Loss | 0 | $0 | 0 | $0 | 0 | $0 |
| 6. | Failed Business Economic Loss | 0 | $0 | 0 | $0 | 0 | $0 |
| 7. | Coastal Real Property | 603 | $3,968,987 | 226 | $1,884,891 | 59 | $439,070 |
| 8. | Wetlands Real Property | 9 | $141,750 | 1 | $15,750 | 1 | $15,750 |
| 9. | Real Property Sales | 68 | $3,700,731 | 53 | $3,189,044 | 17 | $1,181,694 |
| 10. | Subsistence | 0 | $0 | 0 | $0 | 0 | $0 |
| 11. | VoO Charter Payment | 2,501 | $111,166,031 | 1,938 | $92,071,571 | 504 | $24,617,700 |
| 12. | Vessel Physical Damage | 1 | $1,088 | 1 | $1,088 | 0 | $0 |
| 13. | TOTALS | 3,347 | $138,521,476 | 2,307 | $110,074,297 | 582 | $26,295,186 |


DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS