IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | Section: J |
| Applies to: All Cases | * * | Honorable Carl Barbier |
| | * | Magistrate Judge Shushan |

## ORDER

Considering the foregoing Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II LLC; JJB Inc.; Radhey, Inc.; Shanta, LLC; JMKVN LLC; Anjani Hospitality, LLC; Sweta Inc.; OVS Investment Inc.; Sree Inc.; MPJR Inc.; Pine Inn Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang Inc.; Mahalaxmi Enterprises Inc., and Unnamed Objectors 1-700 (herein after "proposed objectors") Motion For Extension of Page Limit In Support of Memorandum for Objections to Deepwater Horizon Settlement Agreement (Rec. Doc. 7191),

IT IS ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows: Counsel may file a single, consolidated brief on behalf of all their clients not to exceed fifty (50) pages.

New Orleans, Louisiana this 4th day of September, 2012.

_____
United States District Judge