UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>    **"Deepwater Horizon" in the Gulf**<br>    **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Regarding Requests for Reconsideration of Allocation of Examination Time]**

The parties submitted proposals for the allocation of examination time for designees for Phase Two Rule 30(b)(6) depositions.[1] On August 15, 2012, an order was issued for the allocation of the examination time. The PSC and the States requested reconsideration. Rec. doc. 7239. A separate order for the allocation of the examination time for Richard Vargo, a Halliburton designee, was issued. Rec. doc. 7150. Halliburton and Transocean also requested reconsideration. Rec. docs. 7253 and 7248. The U.S. requested clarification of certain issues. Rec. doc. 7261. BP submitted a response to the requests for reconsideration and clarification. Rec. doc. 7244. The PSC and Halliburton submitted replies. Rec. docs. 7240 and 7259.

The request by the PSC and the States for reconsideration is granted in part. The time allocation for the PSC and the States for designees of U.S. Source Control and Hybrid witnesses is increased by 30 minutes for a one day deposition and the deposition time for the witness is increased by 30 minutes. The request by Halliburton for reconsideration is granted in part as reflected in the attachment. The request by Transocean for reconsideration is granted in part in that its examination time for Quantification witnesses is increased by 10 minutes and the examination time for either the

---

[1] Rec. docs. 7237, 7236, 7235, 7252, 7249, 7255 and 7238.

plaintiffs or the defendants is decreased by 10 minutes. These changes appear on the attached schedule.

For a one day deposition, the party who goes first in questioning may reserve up to 30 minutes for after the conclusion of the examination by all parties except the party presenting the witness. This time will be increased to 60 minutes for a two day deposition.

DNV is reclassified as a BP affiliate on the attached schedule.

N. Pellerin (Halliburton), R. Quitzau (Anadarko) and Rob Turlak (Transocean) are Hybrid designees. The allocation of their examination time will be similar to the allocation for Richard Vargo. The times below are for a one day deposition.

| **Party** | **N. Pellerin (HESI)** | **R. Quitzau (Anadarko)** | **Rob Turlak (Transocean)** |
|---|---|---|---|
| Plaintiffs | 215 | 215 | 240 |
| BP | 110 | 110 | 135 |
| TO | 60 | 60 | |
| HESI | | 10 | 10 |
| Anadarko | 10 | | 10 |
| Cameron | 10 | 10 | 10 |
| HESI/Anadarko/TO | <u>45</u> | <u>45</u> | <u>45</u> |
| Total | 450 | 450 | 450 |

New Orleans, Louisiana, this 5th day of September, 2012.

_____
SALLY SHUSHAN
United States Magistrate Judge

## QUANTIFICATION

BP Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 335 | 330 | 270 | | 335 minus 5 = 330 |
| TO | 25 | 30 | 90 | | 30 plus 10 = 40 |
| HESI | 20 | 30 | 20 | 25 | 15 minus 5 = 10 |
| Anadarko | 25 | 0 | 25 | 25 | 15 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| BP | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

U.S. Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| BP | 285 | 310 | 220 | | 310 minus 10 = 300 |
| TO | 25 | 25 | 90 | | 30 plus 10 = 40 |
| Anadarko | 25 | 0 | 25 | 25 | 10 |
| HESI | 20 | 25 | 20 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| PSC/States | 50 | 30 | 50 | | 35 |
| US | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

3

## QUANTIFICATION

### HESI Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 295 | 180 | 230 | | 255 minus 10 = 245 |
| BP | 60 | 120 | 60 | | 100 |
| TO | 25 | 45 | 90 | | 30 plus 10 = 40 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| HESI | <u>30</u> | <u>45</u> | <u>30</u> | <u>25</u> | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

### Transocean Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 295 | 180 | 230 | | 265 |
| BP | 60 | 120 | 60 | | 110 |
| HESI | 30 | 45 | 30 | 25 | 10 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| TO | <u>25</u> | <u>45</u> | <u>90</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

# QUANTIFICATION

### Anadarko Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 295 | 180 | 230 | | 255 minus 10 = 245 |
| BP | 60 | 120 | 60 | | 100 |
| TO | 25 | 45 | 90 | | 30 plus 10 = 40 |
| HESI | 30 | 45 | 30 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 10 | 10 |
| Anadarko | <u>25</u> | <u>45</u> | <u>25</u> | <u>25</u> | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

### Independent Third Parties

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 220 | 180 | 170 | | 220 minus 10 = 210 |
| BP | 130 | 120 | 115 | | 120 |
| TO | 25 | 45 | 90 | | 20 plus 10 = 30 |
| HESI | 20 | 45 | 20 | 25 | 10 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | <u>0</u> | <u>0</u> | <u>0</u> | <u>10</u> | 10 |
| Witness' counsel | | | | | <u>30</u> |
| Total | 420 | 435 | 420 | | 420 |

5

## SOURCE CONTROL

### BP Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 345 | 300 | 285 | | 315 minus 5 = 310 |
| TO | 30 | 35 | 90 | | 60 |
| HESI | 15 | 35 | 15 | 45 | 10 plus 5 = 15 |
| Anadarko | 15 | 0 | 15 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| BP | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 415 | 435 | | 450 |

### U.S. Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| PSC/States | 245 | 80 | 180 | | 85 plus 30 = 115 |
| BP | 90 | 270 | 90 | | 230 minus 5 = 225 |
| TO | 25 | 20 | 90 | | 60 |
| HESI | 20 | 20 | 20 | 45 | 10 plus 5 = 15 |
| Anadarko | 25 | 0 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| U.S. | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 plus 30 = 480 |

6

## SOURCE CONTROL

### HESI Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 255 | 180 | 190 | | 215 |
| BP | 100 | 120 | 100 | | 110 |
| TO | 25 | 45 | 90 | | 60 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| HESI | <u>30</u> | <u>45</u> | <u>30</u> | <u>45</u> | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

### Transocean Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 255 | 180 | 190 | | 255 minus 5 = 250 |
| BP | 100 | 120 | 100 | | 120 |
| HESI | 30 | 45 | 30 | 45 | 10 plus 5 = 15 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| TO | <u>25</u> | <u>45</u> | <u>90</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

7

## SOURCE CONTROL

### Anadarko Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 255 | 180 | 190 | | 215 minus 5 = 210 |
| BP | 100 | 120 | 100 | | 110 |
| TO | 25 | 45 | 90 | | 60 |
| HESI | 30 | 45 | 30 | 45 | 10 plus 5 = 15 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| Anadarko | <u>25</u> | <u>45</u> | <u>25</u> | <u>25</u> | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

### Independent Third Parties

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| PSC | 230 | 180 | 190 | | 190 minus 5 = 185 |
| BP | 120 | 120 | 95 | | 110 |
| TO | 25 | 45 | 90 | | 60 |
| HESI | 20 | 45 | 20 | 45 | 10 plus 5 = 15 |
| Anadarko | 25 | 45 | 25 | 25 | 10 |
| Cameron | <u>0</u> | <u>0</u> | <u>0</u> | <u>20</u> | 10 |
| Witness' counsel | | | | | <u>30</u> |
| Total | 420 | 435 | 420 | | 420 |

8

**HYBRID**

BP Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| Plaintiffs | 330 | 320 | 270 | | 315 minus 5 = 310 |
| TO | 30 | 35 | 90 | | 60 |
| HESI | 20 | 35 | 20 | 30 | 10 plus 5 = 15 |
| Anadarko | 25 | 0 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| BP | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 |

U.S. Witness and Affiliate

| Party | U.S., PSC & States | BP | TO | HESI/Ana Cameron | Allocation |
|---|---|---|---|---|---|
| PSC/States | 190 | 75 | 160 | | 95 plus 30 = 125 |
| BP | 145 | 275 | 110 | | 220 minus 5 = 215 |
| TO | 25 | 20 | 90 | | 60 |
| HESI | 20 | 20 | 20 | 30 | 10 plus 5 = 15 |
| Anadarko | 25 | 0 | 25 | 25 | 10 |
| Cameron | 0 | 0 | 0 | 20 | 10 |
| U.S. | <u>30</u> | <u>45</u> | <u>30</u> | | <u>45</u> |
| Total | 435 | 435 | 435 | | 450 plus 30 = 480 |

## **TIME ALLOCATION GROUPS**

### BP & Affiliates

| | |
|---|---|
| BP | Pencor |
| ADD Energy | Schlumberger |
| BP Institute | Stress Engineering |
| DNV | Weatherford |
| Intertek | Wild Well Control |
| Isotech | Worldwide Oil Field |
| Oceaneering | |

### U.S. & Affiliates

| | |
|---|---|
| U.S. | Statoil |
| Woods Hole | |

### Other and Independents

| | |
|---|---|
| Anadarko | HESI |
| Cameron | Transocean |
| Exxon/Mobil | |