UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| Applies to:<br>12-970 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**ORDER**

Before the Court are two motions by the United States: (1) motion for leave to file memorandum in excess of ordinary page limitations (Rec. Doc. 7229) and (2) motion to file unredacted memorandum under seal (Rec. Doc. 7230). The Court will grant the first motion. With respect to the second motion, counsel for the United States informs that the redacted portions of the memorandum are no longer designated as "confidential" by BP. Accordingly,

IT IS ORDERED the United States' motion to file unredacted memorandum under seal (Rec. Doc. 7230) is MOOT.

FURTHER ORDERED that the United States' motion for leave to file memorandum in excess of ordinary page limitations (Rec. Doc. 7229) is GRANTED.

FURTHER ORDERED that the Clerk of Court shall file into the record the <u>unredacted</u> version of the United States' memorandum, attached as an exhibit to this Order, as opposed to the redacted version submitted with the motion for leave and appearing at Rec. Doc. 7229-2.

New Orleans, Louisiana, this 6th day of September, 2012.

_____
United States District Judge