UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| | * * | JUDGE BARBIER |
| This Document Relates to: All Cases | * | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

[As to Economic and Property Damage Class Members]

COME NOW, the Law Firm of SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C. and as attorneys of record for the Economic and Property Class Members listed in Exhibit "A" file this Notice of Intention to Appear at Fairness Hearing. James M. Garner and Martha Y. Curtis intend to appear at the Fairness Hearing for the Law Firm of SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C. and on behalf of the Economic and Property Damages Class Members listed in Exhibit "A".

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER (# 19589)
TIMOTHY B. FRANCIS (# 14973)
PETER L. HILBERT, JR. (#6875)
MARTHA Y. CURTIS (#20446)
**Sher Garner Cahill Richter Klein & Hilbert, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing Notice of Intention to Appear at Fairness Hearing has been served on All Counsel electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of September, 2012.

/s/ James M. Garner  
JAMES M. GARNER