# EXHIBIT "A"

| Class Member | Phone Number | Coastal /Wetlands Property Address |
|---|---|---|
| Boettner, Edward | 504-566-3060 | #3 Alluvial Key, Lot 64<br>St. Bernard, LA 70085 |
| Kornman, Adrian S. | 985-643-0123 | 9161 Chewing Lane<br>Gulf Shores, AL |
| Leonhard, Alan T. | 504-679-5057 | 9345 Gallion Walk<br>Gulf Shores, AL |
| Madigan, Dixie | 214-697-3454 | 618 West Beach Blvd.<br>Pass Christian, MS |
| Moynan, Nancy E. | 504-941-3454 | 199 Ramoneda St.<br>Bay St. Louis, MS |
| Tucker, III, James G. | 228-332-0284 | 618 West Beach Blvd.<br>Pass Christian, MS |
| Szubinski, Thomas H. | 504-830-3838 | 231 Santiny Lane<br>Grand Isle, LA |
| Yeomans, George Earl | 504-466-1089 | L6, Sq. 1, Ocean Park S/D<br>Grand Isles, LA |