UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| Civil Action Nos. 12-970 | : : | MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF R. MICHAEL UNDERHILL IN SUPPORT OF THE UNITED STATES OF AMERICA'S RESPONSE TO "BP DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF *DEEPWATER HORIZON* ECONOMIC AND PROPERTY DAMAGES SETTLEMENT" [REC. DOC. 7114]**

R. MICHAEL UNDERHILL hereby declares:

1. I am the Attorney in Charge of the Dept. Of Justice, Torts Branch, Civil Division, West Coast and Pacific Rim Office, and one of the attorneys for the United States in this matter.

2. Provided herewith as Exhibit "1" are copies of excerpts (with highlighting added) of the deposition of BP's expert witness, Dr. J.J. Azar, said deposition having commenced in this case on December 5, 2011.

3. Provided herewith as Exhibit "2" is a copy of Exhibit 96 (with highlighting added), a document provided to the United States and other parties in this MDL by defendant BP. See also TREX-00096.

4. Provided herewith as Exhibit "3" are copies of excerpts of the deposition of Tony Hayward (with highlighting added), said deposition having commenced in this case on June 6, 2011.

5. Provided herewith as Exhibit "4" are copies of excerpts of Exhibit 1 (BP's "Internal Investigation" a/k/a the "Bly Report") (with highlighting added), a document provided to the United States and other parties in this MDL by defendant BP, as well as made publicly available on BP's website. See also TREX-00001.

6. Provided herewith as Exhibit "5" are copies of excerpts (with highlighting added) of the deposition of Sir William Castell, said deposition having commenced in this case on June 22, 2011.

7. Provided herewith as Exhibit "6" are copies of excerpts of the deposition of David Sims (with highlighting added), said deposition having commenced in this case on April 6, 2011.

8. Provided herewith as Exhibit "7" is a copy of Exhibit 1367 (with highlighting added), a document provided to the United States and other parties in this MDL by defendant BP. See also

2

TREX-01367.

9. Provided herewith as Exhibit "8" are copies of excerpts of the deposition of Mark Bly (with highlighting added), said deposition having commenced in this case on February 17, 2011.

10. Provided herewith as Exhibit "9" is the report of the United States' expert witness, Glen Benge, said report dated August 26, 2011.  See also TREX-60071.

11. Provided herewith as Exhibit "10" is a copy of Exhibit 190, a report of Boots and Coots issued on BP letterhead, said report titled, "Incident Investigation of Well MC252#1, Review of 9-7/8" x 7 Casing Negative Pressure Test," a document provided to the United States and other parties in this MDL by defendant BP.  See also TREX-00190.

12. Provided herewith as Exhibit "11" is the report of the United States' expert witness, Richard Heenan, said report dated August 26, 2011.  See also TREX-07528.

13. Provided herewith as Exhibit "12" is a copy of Exhibit 296 (with highlighting added), a document provided to the United States and other parties in this MDL by defendant BP.  See also TREX-00296.

14. Provided herewith as Exhibit "13" is a copy of a Status Update for the *Deepwater Horizon* Oil Spill Natural Resource Damage Assessment (April 2012).

15. Provided herewith as Exhibit "14" is a copy of the Mississippi Canyon 252 Incident Shoreline Cleanup Assessment Team ("SCAT") Plan 2 (April 2010).

16. Provided herewith as Exhibit "15" is a copy of:  Lin Q and I.A. Mendelssohn, *Impacts and Recovery of the Deepwater Horizon Oil Spill on Vegetative Structure and Function of Coastal Salt Marsh in the Northern Gulf of Mexico*, 46 Environmental Science & Technology 3737-43 (2012).

17. Provided herewith as Exhibit "16" is a copy of: Mendelssohn, I.A., Gary L. Andersen, D. M. Baltz, R.H. Caffey, K.R. Carman, J. W. Fleeger, S.B. Joye, Q. Lin, E. Maltby, E. B. Overton and L. P. Rozas, *Oil Impacts on Coastal Wetlands: Implications for the Mississippi River Delta Ecosystem after the Deepwater Horizon Oil Spill*, 62 BioScience 562-574 (2012).

18. Provided herewith as Exhibit "17" is a copy of: Silliman, Brian R., Johan van de Koppel, Michael W. McCoy, Jessica Diller, Gabriel N. Kasozi, Kamala Earl, Peter N. Adams and Andrew R. Zimmerman, *Degradation and resilience in Louisiana salt marshes after the BP–Deepwater Horizon oil spill*, 109 Proceedings of the National Academy of Sciences 11234–11239 (2012).

19. Provided herewith as Exhibit "18" is a copy of: Whitehead, A., B. Dubansky, C. Bodinier, T.I. Garcia, S. Miles, C. Pilley, V. Raghunathan, J.L. Roach, N. Walker, R.B. Walter, C.D. Rice, and F. Galvez, *Genomic and physiological footprint of the Deepwater Horizon oil spill on resident marsh fishes*, Proceedings of the National Academy of Sciences, doi: 10.1073/pnas.1109545108 (2011), available at

http://www.pnas.org/content/early/2011/09/21/1109545108.abstract.

20. Provided herewith as Exhibit "19" is a copy of the *Deepwater Horizon Oil Spill Principal Investigator Workshop: Final Report*, National Science and Technology Council, Subcommittee on Ocean Science and Technology, Washington, D.C. (2012).

21. Provided herewith as Exhibit "20" is a copy of: Griffitt, J., N. Brown-Peterson, I. Boube, *Effects of Dispersed Oil on Larval Sheepshead Minnows* (Abstract of Presentation) (Aug. 14, 2011).

22. Provided herewith as Exhibit "21" is a copy of: Kleinow, K., A. Bui, L. Thibodeaux,

X. Ray, A. Penn, S. Fritz-Kleinow, *Effect of Light Crude Oil Emulsion with and Without the Dispersant Correxit, on Early Fish Development* (Abstract) (Jan. 17, 2012).

23. Provided herewith as Exhibit "22" is a copy of:  Frias-Torres, S. and C.R. Bostater Jr., *Potential impacts of the Deepwater Horizon oil spill on large pelagic fishes*, 8175 Proceedings of International Society of Optics and Photonics ("SPIE") 81750F-81750F-7 (2011).

24. Provided herewith as Exhibit "23" is a copy of:  Gilde, K. and J.L. Pinckney, *Sublethal effects of crude oil on the community structure of estuarine phytoplankton*, 35 Estuaries and Coasts 853–861 (2012).

25. Provided herewith as Exhibit "24" is a copy of:  Ortmann, A.C., J. Anders, N. Shelton, L. Gong, A.G. Moss, and R.H. Condon, *Dispersed oil disrupts microbial pathways in pelagic food webs*, 7 PLoS ONE 42548 (2012).

26. Provided herewith as Exhibit "25" is a copy of:  Mitra, S., D.G. Kimmel, J. Snyder, K. Scalise, B.D. McGlaughon, M.R. Roman, G.L. Jahn, J.J. Pierson, S.B. Brandt, J.P. Montoya, R.J. Rosenbauer, T.D. Lorenson, F.L. Wong, and P.L. Campbell, *Macondo-1 well oil-derived polycyclic aromatic hydrocarbons in mesozooplankton from the northern Gulf of Mexico*, 39 Geophysical Research Letters L01605 (2012).

27. Provided herewith as Exhibit "26" is a copy of:  White, H.K., P.-Y. Hsing, W. Cho, T.M. Shank, E.E. Cordes, A.M. Quattrini, R.K. Nelson, R. Camilli, A.W.J. Demopoulos, C.R. German, J.M. Brooks, H.H. Roberts, W. Shedd, C.M. Reddy, and C.R. Fisher, *Impact of the Deepwater Horizon oil spill on a deep-water coral community in the Gulf of Mexico*, Proceedings of the National Academy of Sciences, doi:10.1073/pnas.1118029109 (2012), available at http://www.pnas.org/content/early/2012/03/23/1118029109.abstract.

28.     Provided herewith as Exhibit "27" is a copy of: Henkel J.R., B.J. Sigel, C.M. Taylor, *Large-Scale Impacts of the Deepwater Horizon Oil Spill: Can Local Disturbance Affect Distant Ecosystems through Migratory Shorebirds*? 62 BioScience 676-685 (2012).

29.     Provided herewith as Exhibit "28" is a copy of: Finch, B.E., K.J. Wooten, and P.N. Smith, *Embryotoxicity of weathered crude oil from the Gulf of Mexico in mallard ducks (Anas platyrhynchos)*, 30 Environmental Toxicology and Chemistry 1885–1891 (2011).

I declare under penalty of perjury, and in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 31, 2012.

                                                 /s/ R. Michael Underhill
                                                 R. MICHAEL UNDERHILL