# EXHIBIT 5

01-36971
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )   MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )   SECTION: J
APRIL 20, 2010 )
)   JUDGE BARBIER
)
)   MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# William Castell

**VOLUME 1**

JUNE 22, 2011

## *COPY*



*Systems Technology for the Litigation World*

**Litigation Group◆Court Reporting◆Video Production◆Videoconferencing**

**For U.S. & International Services**
**800 - 745 - 1101**

1          MR. UNDERHILL:  Ready.

2          THE VIDEOGRAPHER:  On the record at

3  2:36 p.m., beginning Tape 7.

4      Q.    (By Mr. Underhill) We're back on the record,

5  Sir William.   I handed you Exhibit 96 before we went

6  off and asked you to read it.   Have you finished

7  reading the document?

8      A.    I've read the document, sir.

9      Q.    And prior to me handing it to you a few mim --

10  minutes ago, have you ever seen it before?

11     A.    I've seen this -- I -- I believe I've seen

12  both these documents before.

13     Q.    Okay.   And by "both these documents," for --

14  to make the record clear, the top page of Exhibit 96 is

15  an E-mail from Kent Corser to various people on June

16  22nd of 2010, correct?

17          MR. STUART:  Are you referring to the

18  first page of Exhibit 96?

19          MR. UNDERHILL:  That's correct.

20          MR. STUART:  (Indicating.)

21     A.    (Reviewing Exhibit No. 96.) I -- I -- I'm

22  slightly confused, in that I was seeing that this was

23  an E-mail.

24     Q.    (By Mr. Underhill) Could you go to the first

25  page of the exhibit?

**PURSUANT TO CONFIDENTIALITY ORDER**

210

1    A.    Yeah.

2    Q.    Let's just walk through it.

3    A.    Okay.

4    Q.    The first page of the E-mail is an E-mail from

5    Kent Corser, dated June 22nd of 2010, which would be

6    after the DEEPWATER HORIZON, correct?

7    A.    Yes, sir.

8    Q.    Okay.  And I'll -- I'll represent to you,

9    unless -- well, do you -- do you know who Mr. Corser

10   is --

11   A.    No, sir.

12   Q.    I'll represent to you that Mr. Corser was a --

13   a Member of the Bly Investigative Team, and he was

14   E-mailing the attached documents to various Members of

15   his Team.  That's my representation to you.

16   A.    Thank you, sir.

17   Q.    Now, the -- the next -- second page of Exhibit

18   96, have you se -- had you seen this document before I

19   showed it to you a few moments ago?

20   A.    I believe I've seen this document before.

21   Q.    And for the record, that's an E-mail from John

22   Guide to David Sims, Saturday, April 17th of 2010,

23   correct?

24   A.    Correct.

25   Q.    That would be three days before the DEEPWATER

1  HORIZON tragedy?

2       A.    That is correct, sir.

3       Q.    Okay.

4       A.    Three and a half -- it -- it may be three and

5  a half days, because it's 8:40 a.m., but --

6       Q.    Thanks.   Can you tell me the first time, to

7  the best of your recollection, that you were shown

8  either the original or a copy of this document; that

9  is, the Guide to Sims E-mail of April 17 of 2010?

10      A.    I believe the first time I saw it was June,

11 July, that period.

12      Q.    Thank you.  Do you remember the context in

13 which you were shown it?  Was it --

14      A.    No, sir.

15      Q.    -- a -- let me -- let me complete my question.

16           Was it a SEEAC meeting?  Was it an E-mail,

17 somebody saying, "Hey, here's something interesting.

18 Why don't you look at this?"  Can you give me some

19 context of how you first saw it?

20           MR. BROCK:  Would -- would you mind if he

21 states the year that he's referring to?

22           MR. UNDERHILL:  By all means.

23           MR. BROCK:  You said "June," but what --

24 state for the record what year.

25           THE WITNESS:  Oh, I -- I think that my

**PURSUANT TO CONFIDENTIALITY ORDER**

1   recollection is that this is a document that I was

2   aware of last year.  I believe it's June, July 2010.

3                   MR. BROCK:  (Nodding.)

4       A.   I don't believe that this document was

5   considered in SEEAC.  I believe the document was

6   considered with -- within the Gulf Coast Committee, and

7   it may have been available to the Board separately.

8            My later recollections are that this document

9   may have been E-mailed to the Board but isn't the

10  document that I registered until June or July -- I

11  believe in it was in the Gulf Coast Committee.

12      Q.   (By Mr. Underhill) Thank you.

13      A.   And --

14      Q.   Do you Chair the Gulf Coast Committee?

15      A.   No.

16      Q.   You're a Member of the Committee?

17      A.   Yes.

18      Q.   And do you go to the United States to attend

19  Gulf Coast Meetings of the Committee there?

20      A.   I have been to some, not all, sir.

21      Q.   Thank you.

22      A.   Meeting every two weeks, it became impossible,

23  but I usually try and attend by phone if I can't get

24  there in person.

25      Q.   We're -- we're going to not take too much time

**PURSUANT TO CONFIDENTIALITY ORDER**