# **EXHIBIT 14**

# Mississippi Canyon 252 Incident
# Shoreline Cleanup Assessment Team (SCAT) Plan

APPROVED:

FOSC: _____    Date _____

SOSC: _____    Date _April 30, 2010_

BP: _____    Date _April 30, 2010_

Case 2:10-md-02179-CJB-DPC   Document 7293-15   Filed 09/06/12   Page 3 of 11

# Mississippi Canyon 252 Incident
# Shoreline Cleanup Assessment Team (SCAT) Plan

## Prepared by:

**ENTRIX, Inc. (BP Technical Representative)
National Oceanic and Atmospheric Administration (NOAA)
LA Department of Environmental Quality (LDEQ)
LA Department of Fisheries and Wildlife (LDFW)
U.S. Wildlife and Fisheries Service (USFWS)**

## 29 April 2010

In the event released oil reaches land, it will be necessary to perform shoreline assessments. This plan outlines the general approach, procedures and considerations that will guide such assessments. These activities are commonly referred to as SCAT, an acronym for Shoreline Cleanup Assessment Teams (or Technique).

### Objectives:

The primary objective of the SCAT process is to provide operational support. The SCAT process is a systematic approach that uses standard terminology to collect data on shoreline oiling conditions and support decision-making for shoreline cleanup. SCAT surveys are also used for:

- Development of treatment or cleanup recommendations;
- Development of treatment or cleanup standards or endpoint criteria;
- Net environmental benefit analysis;
- Post-treatment inspection and evaluation; and
- Provision of long-term monitoring.

Data collected by SCAT is used to develop shoreline cleanup plans intended to maximize the recovery of oiled habitats and resources, while minimizing the risk of injury from cleanup efforts. Consideration should always be given to:

- Potential for human exposure, by direct contact or by eating contaminated seafood;
- Extent and duration of environmental impacts if the oil is not removed;
- Natural removal rates;
- Potential for remobilized oil to affect other sensitive resources; and
- Likelihood of cleanup to cause greater harm than the oil alone.

**Objective:** Evaluate and document shoreline oiling conditions and provide cleanup recommendations and priorities to the Operations Section.

**Schedule:** As soon as oil is projected to reach the shoreline (currently a 3-day projection window is anticipated), SCAT teams will be mobilized and

the SCAT organization implemented. SCAT training/calibration will be conducted for team members as soon as enough team members arrive on site, but no later than the day prior to expected SCAT deployment to insure standardization of methods and observations, the consistency of information collected, and the reporting procedures back to the Operations group.

**SCAT Team Composition:** A Shoreline Clean-up Team Assessment Coordinator will be designated to manage SCAT teams and coordinate synthesize of field data and information flow for use by the Environmental Unit and Planning Section to support the daily Incident Action Plan (IAP). The information and recommendations generated are used by the Planning Section and implemented by the Operations Section in shoreline cleanup. Each shoreline assessment team will be comprised of representatives from the RP (Environmental Unit and Operations), Coast Guard, NOAA (or other federal agencies), and the State. State representatives will depend on the areas of shoreline affected. If shoreline areas are located with refuges or wildlife management areas, then refuge or management area managers should be part of the team as well or, at a minimum, provide input regarding clean-up concerns. Once the area of landfall is known, specific managers will be identified and notified as appropriate.

**Personnel Resources:** Each primary group (RP, Coast Guard, NOAA, and State) will designate a SCAT leader who will acquire and coordinate the necessary staff resources from their agency/group. In addition, the SCAT leaders will meet every afternoon with the SCAT Coordinator to identify the next day's SCAT plan.

SCAT Coordinator: Mary Cocklan-Vendl, BP

Deputy SCAT Coordinator: Jacqueline Michel, NOAA

Entrix: John Slocomb

Polaris: Ed Owens

Louisiana: Pat Breaux

Alabama: TBD

Mississippi: TBD

Florida: TBD

Once the area of shoreline expected to be impacted can be determined, the number of SCAT assessments needed will be determined and each agency/group will begin notification and mobilization of team resources. Every effort will be made to keep the composition of each team consistent to insure continuity in descriptions of the extent and degree of oiling and reporting.

**Equipment:** Each SCAT will have a handheld GPS unit, a satellite phone, a digital camera, shoreline assessment forms, and a shovel to conduct their surveys and collect the necessary information. In

addition, flat bottom boats (and/or airboats for marsh areas) will be needed to access areas of shoreline inaccessible from land.

Based on the initial identification of the area of shoreline expected to be impacted, the number of SCAT assessments and necessary resources will be determined and requests for equipment made through logistics. Each boat will require an operator and sufficient life jackets for each SCAT member.

Depending on the extent of shoreline projected to be impacted, aerial surveys may need to be conducted. Appropriate aircraft will be determined and coordinated with logistics and air operations.

Approach: The SCAT process will include a thorough review of Area Contingency Plan and ESI maps to become familiar with area and resource concerns. SCAT surveys will be conducted following the NOAA SCAT process/manual. Teams will utilize the NOAA "short form" (attached) to record and document shoreline conditions.

Once the projected area of landfall is known, the SCAT Coordinator and team leaders will evaluate whether aerial pre-SCAT surveys are necessary. Once oil comes ashore, initial aerial surveys by helicopter and Rapid Assessment Teams (RAT) will provide preliminary prioritization and identification of oiled areas.

The shoreline is currently divided into five (5) Operational Divisions. Once the area of shoreline impact is projected and/or known, divisions will be further subdivided into manageable SCAT segments by the Environmental Unit in coordination with Operations (If operations has already subdivided the shoreline and the segments are manageable, those subdivisions or segments will be used by the SCAT assessments). If the Environmental Unit will be responsible for determining shoreline segments, the segments will be based on identifiable landmarks (e.g., tributaries, towers, power lines) and access points as much as possible. A list of SCAT segments will be generated by the Environmental Unit and detailed maps will be provided to the SCAT teams daily.

The SCAT Coordinator in consultation with the SCAT Team leaders will be responsible for developing the daily plan for the teams. Depending on the area of shoreline impacted the SCAT coordinator and team leaders will determine how many teams should be mobilized and deployed. Areas of critical natural resources will be identified and prioritized for SCAT surveys.

Prior to beginning, SCAT survey teams will be briefed daily on safety, tides, currents and weather forecast information. In the event of lightening or other hazardous weather SCAT operations will be immediately suspended and team members will return to the command post.

Individual SCAT forms will be completed for each unique combination of shoreline oiling and/or habitat type within a SCAT segment. If either of these parameters changes, a new form will be completed. Forms shall not cross SCAT segments. GPS start and

end points must be recorded for each SCAT segment or sub-segment.

Critical information on oiling and/or clean-up methods for segments should be communicated to zone managers or operations field supervisors in real time by the Operations Section representative and all communications documented on SCAT forms.

The SCAT Team leaders are responsible for debriefing field teams and collecting and reviewing forms.    Cleanup information is extracted from forms, mapped and synthesized for incorporation into the planning process (e.g., tactics, IAP).

Maps depicting results of SCAT surveys will be produced daily.

Once initial shoreline assessment is completed, teams will transition to monitoring cleanup progress/re-oiling, and eventually transition to cleanup inspection/signoff based on approved cleanup endpoints.

## SCAT Personnel Plan
## 29 April 2010

**SCAT Management:**

- Environmental Unit Leader: David Fritz
- BP SCAT Coordinator: Mary Cocklan-Vendl
- Deputy SCAT Coordinator: Jacqui Michel (NOAA)

**SCAT Personnel- Teams**

| SCAT Team | RP Representative | State Stakeholder | Federal Stakeholder | Other Stakeholder |
|-----------|------------------|-------------------|---------------------|-------------------|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |

SHORT SHORELINE ASSESSMENT FORM for _____ Spill    Page __ of __

| 1. GENERAL INFORMATION | Date (dd/mm/yy) | Time (24h standard/daylight) | Tide Height |
|---|---|---|---|
| Segment ID: | | | L/M/H |
| Segment Name: | | hrs to          hrs | H/M/L |

Survey By: Foot / Boat / Helicopter / Overlook / _____ | Sun / Clouds / Fog / Rain / Snow / Windy

| 2. SURVEY TEAM No. ___ | Name | Organization | Phone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3. SEGMENT | Total Length _____m/yd    Length Surveyed _____m/yd    Differential GPS  Yes/No
Start GPS:  LAT _____ deg. _____ min    LONG _____ deg. _____ min
End GPS:   LAT _____ deg. _____ min    LONG _____ deg. _____ min

4. SHORELINE TYPE | Select only ONE Primary (P) and ANY Secondary (S) types present

| | | | |
|---|---|---|---|
| | Rocky Cliffs | | Riprap |
| | Exposed Man-made Structures | | Exposed Tidal Flats |
| | Wave-cut Platforms | | Sheltered Rocky Shores |
| | Fine-Medium grained Sand Beaches | | Sheltered Man-made Structures |
| | Coarse-grained Sand Beaches | | Sheltered Tidal Flats |
| | Mixed Sand and Gravel Beaches | | Wetlands |
| | Gravel Beaches | | Other _____ |

5. OPERATIONAL FEATURES | Oiled Debris? Yes / No    Type_____ Amount_____ bags
Direct backshore access? Yes / No    Access restrictions _____
Alongshore access from next segment? Yes / No    Suitable backshore staging? Yes / No

Zone ID_____    Description of oil in: Supra / Upper / Mid / Lower Tidal Zone (circle oil location)

| Oil Band Dimensions | Surface Oil Distribution | Surface Oil Thickness | Surface Oil Type | Subsurface Oil Penetration | Subsurface Oil Burial |
|---|---|---|---|---|---|
| | <1% | Film | Fresh Oil | <1 cm / in | Clean Layer |
| Width:_____m/ft | 1-10% | Stain | Mousse/Tar | 1-5 cm / in | _____cm / in |
| | 11-50% | Coat | Tarballs/Patties | 5-10 cm / in | |
| Length: _____m/ft | 51-90% | Cover | Surface Oil Residue | >10 cm / in | Oiled Layer |
| | 91-100% | Pooled | Asphalt Pavement | _____ cm / in | _____ cm / in |
| | _____% | _____cm / in | Other_____ | | |

Zone ID_____    Description of oil in: Supra / Upper / Mid / Lower Tidal Zone (circle oil location)

| Oil Band Dimensions | Surface Oil Distribution | Surface Oil Thickness | Surface Oil Type | Subsurface Oil Penetration | Subsurface Oil Burial |
|---|---|---|---|---|---|
| | <1% | Film | Fresh Oil | <1 cm / in | Clean Layer |
| Width:_____m/ft | 1-10% | Stain | Mousse/Tar | 1-5 cm / in | _____cm / in |
| | 11-50% | Coat | Tarballs/Patties | 5-10 cm / in | |
| Length: _____m/ft | 51-90% | Cover | Surface Oil Residue | >10 cm / in | Oiled Layer |
| | 91-100% | Pooled | Asphalt Pavement | _____ cm / in | _____ cm / in |
| | _____% | _____cm / in | Other_____ | | |

8. COMMENTS | Cleanup Recommendations; Ecological/Recreational/Cultural Issues; Wildlife Obs.




Sketch: Yes / No    Photos: Yes / No (Roll#_____Frames_____) Video Tape: Yes / No (Tape#_____)

## SCAT Plan Attachment I

## Mississippi Canyon 252 Incident
### Initial Phase - Louisiana
### Rapid SCAT Plan Outline

### Prepared by:

#### ENTRIX, Inc. (BP Technical Representative)
#### National Oceanic and Atmospheric Administration (NOAA)
#### LA Department of Environmental Quality (LDEQ)

### 29 April 2010

In the event released oil reaches land, it will be necessary to perform rapid assessments of shorelines to identify where the product is and any hot spots and/or sensitive areas that may require priority cleanup efforts. Below is an outline of the general approach and implementation that will guide the overall SCAT assessments. This effort is commonly referred to as SCAT (Shoreline Clean-up Assessment Team).

**SCAT Outline:**

1. Rapid SCAT [Starting 30 April 2010 pending oil trajectory]
    a. Identify high priority areas that have large amounts of mobile oil for immediate containment and removal.
    b. Two aerial teams [depart by 0700].
    c. Each team comprised of a minimum of:
        i. A Federal representative,
        ii. A State representative, and
        iii. An RP representative.
2. Aerial SCAT *[to potentially overlap continued Rapid SCAT efforts as oiling requires but not to exceed a need of three helicopters in total]*
    a. To obtain more detailed information on location, extent of oiling and continued identification of high priority areas.
    b. Two to three aerial teams to cover the following locations:
        i. Birdsfoot and Islands,
        ii. Eastern Marshes, and
        iii. West Marshes.
    c. Each team comprised of:

        i.   A Federal representative,

        ii.   A State representative, and

        iii.  An RP representative.

3.  Shoreline SCAT (by boat or foot, as appropriate) per Division (as many as needed)

    a.  Check hot spots and verify aerial observations.

    b.  Observe Operations to monitor for cleanup effectiveness

    c.  Act as Cleanup Assistance Teams (CAT) to respond to requests for assistance by Operations in the field.

    d.  Each team comprised of:

        i.   A Federal representative,

        ii.   A State representative, and

        iii.  An RP representative.

## Equipment Needs:

To be supplied by BP

- Two to three helicopters [S76, EC135]
- Six airboats (with operator and safety equipment/PFD)
    - Two launched out of Venice.
    - Four need to be trailered to locations yet to be identified further down the Delta.
- Three small boats (with operator and safety equipment/PFD) - for team to access the islands
    - One 25-foot
    - Two shallow water skiffs
- Satellite Phone or radio per team (3)
- Potable Water per team
- Food per team
- Digital camera
- GPS units (Garmen 76)
- Map booklets of target locations/SCAT forms

# MC252 Incident
# SCAT Organization

29 April 2010

