# EXHIBIT 23

Estuaries and Coasts (2012) 35:853–861
DOI 10.1007/s12237-011-9473-8

# Sublethal Effects of Crude Oil on the Community Structure of Estuarine Phytoplankton

**Kailen Gilde · James L. Pinckney**

Received: 21 October 2011 / Revised: 16 December 2011 / Accepted: 23 December 2011 / Published online: 25 January 2012
© Coastal and Estuarine Research Federation 2012

**Abstract** While the ecological impacts of crude oil exposure have been widely studied, its sublethal effects on phytoplankton community structure in salt marsh estuaries have not been well documented. The purpose of this study was to simulate oil spill conditions using a microcosm design to examine short-term (2 day) changes in phytoplankton community composition and total biomass following exposure to crude oil obtained from the Deepwater Horizon oil spill and a mixture of Texas crude oils. Microcosm experiments were performed in situ in North Inlet Estuary near Georgetown, SC. A control and six replicated experimental treatments of crude oil additions at final concentrations of 10, 50, or 100 µl l$^{-1}$ of either Deepwater Horizon spill oil or the Texas crude mixture were incubated under in situ conditions. Photopigments were analyzed using high-performance liquid chromatography and community composition was determined using ChemTax. Total phytoplankton biomass (as chl *a*) declined with increasing crude oil concentrations. Prasinophytes, the most abundant microalga in both experiments, showed no response to oil exposure in one experiment and a significant negative response in the other. Diatoms euglenophytes and chlorophytes appeared relatively resistant to oil contamination at the exposure levels used in this study, maintaining or increasing their relative abundance with increasing oil concentrations. Chlorophytes and cyanobacteria increased in relative abundance while cryptophyte abundance decreased with increasing oil concentrations. The results of these experiments suggest that low levels of crude oil exposure may reduce total biomass and alter phytoplankton community composition with possible cascade effects at higher trophic levels in salt marsh estuaries.

**Keywords** HPLC · ChemTax · Bioassay · Prasinophytes · Diatoms · Horizon Maconco spill

## Introduction

The recent Deepwater Horizon explosion and subsequent oil spill exemplifies the reality of potential crude oil contamination in coastal environments. Although efforts to prevent the resulting surface slicks from reaching the coast were often successful, some oil reached the extensive Gulf Coast salt marshes. As global energy demand rises, offshore drilling is likely to expand, increasing the need for information on the possible effects of crude oil on estuarine biota. The potential damage risks including sublethal effects should be ascertained for these sensitive habitats. Crude oil spills may impact many marsh organisms, but phytoplankton represent a major food source for many larval, juvenile, and adult fish and shellfish species. Experimental studies have shown inhibitory effects of crude oil on phytoplankton in a wide range of ecosystems (Dahl et al. 1983; Stepaniyan 2008; Nayar et al. 2005). Although the effects vary by season and location, some studies have reported no significant effect of crude oil on phytoplankton (Fabregas et al. 1984; Padros et al. 1999). The effects are also highly dependent on the type of crude oil or crude oil product because different oil components, such as naphthalene, are also toxic individually (Djomo et al. 2004; Wang and Zheng 2008).

The toxicity of crude oil and its derivatives can be attributed mainly to interference with the photosynthetic apparatus. Anthracene interferes with the transfer of electrons, while crude oil inhibits the function of photosystem II (PS II)

K. Gilde · J. L. Pinckney (✉)
Marine Science Program and Department of Biological Sciences,
University of South Carolina,
Columbia, SC 29208, USA
e-mail: pinckney@sc.edu


(Aksmann and Tukaj 2008). Due to their hydrophobicity, hydrocarbons may also interfere with membrane function and integrity (Sikkema et al. 1995). This may lead to organelles in general, and chloroplasts in particular, becoming disorganized and losing functionality (Wang and Zheng 2008). In the presence of UV radiation, compounds in oil may also degrade to form photoderivatives with increased toxicity (Mallakin et al. 1999). Furthermore, the formation of oxygen free radicals may damage DNA and reduce the viability of cultured cells (Bagchi et al. 1998). This is supported by the observation that certain algae, when exposed to oil pollution, have reduced DNA, RNA, and protein content (El-Sheekh et al. 2000). In addition, Bopp and Lettieri (2007) found that exposure to polycyclic aromatic hydrocarbons (PAHs) causes reduced expression of genes for photosynthetic pigments, as well as for some silica-associated proteins necessary for cell division in diatoms.

While the ecological impacts of crude oil exposure have been widely studied, its effects on natural phytoplankton communities in salt marsh estuaries have not been well documented. Past studies often used unialgal lab cultures, which cannot capture sublethal effects on phytoplankton community structure. Laboratory conditions may also alter the toxicity of the compounds tested and usually focus on the water accommodated fraction of oil (i.e., those compounds soluble in water). Furthermore, whole crude oil can be more toxic than the water accommodated fraction alone (Fabregas et al. 1984). The purpose of this study was to simulate natural conditions using a microcosm design to examine short-term (36 h) changes in phytoplankton community composition and total biomass following exposure to crude oil obtained from two different sources.

## Materials and Methods

The two types of crude used were from the Deepwater Horizon oil spill and a mixture of Texas crude. Louisiana light, sweet crude (LA) was obtained from Louisiana State University and originated from the BP ship *Enterprise*, which collected oil from the riser pipe of the leaking Maconco Well on 20 May 2010 (Miles, personal communication). The Texas crude (TX) was a mixture of three similar Texas oils supplied by the United States Geological Survey. The Texas oil was extracted from the Giddings and Caldwell Fields and the Austin Chalk Formation (Lillis, personal communication). Both LA and TX were used as received and without any refining. The principal components of crude oil are naphthalene, phenanthrene, fluoranthene, and acenaphene, with naphthalene accounting for about 50% (Bejarano et al. 2006).

Microcosm experiments were performed in situ at Clambank Landing (33.334° N, 79.193° W) in North

Inlet near Georgetown, SC. North Inlet is a National Estuarine Research Reserve with good water quality and minimal anthropogenic impacts (http://www.northinlet.sc.edu/). This estuary has very low concentrations of PAH, minimizing potential experimental artifacts due to acclimation of the local phytoplankton to crude oil or any of its derivatives (Wirth et al. 1998). Bioassays were conducted in mid-February 2011 and late March 2011.

Twenty-one clear, acid-washed 2-L Nalgene polycarbonate bottles were filled with surface water and divided into seven treatments, each in triplicate. One treatment was a control with no crude oil additions, but with a nutrient addition of 20 μM $NO_3^-$ and 10 μM $PO_4^{3-}$ (final concentrations). The other six treatments contained crude oil additions at final concentrations of 10, 50, or 100 μl l$^{-1}$ of either Deepwater Horizon spill oil (LA) or the Texas crude mixture (TX). Nutrients (final concentrations of 20 μM $NO_3^-$ and 10 μM $PO_4^{3-}$) were added to each of the oil addition treatments to minimize the effects of nutrient limitation during the bioassay.

In situ incubations were carried out for 33 h starting at 0730 hours to encompass two diurnal cycles. In February, all bottles were incubated in a floating corral covered with a neutral-density fiberglass screen to reduce ambient irradiance by 40% and prevent photoinhibition. Due to overcast conditions in March, neutral density screens were not used. Following incubation, 300 ml of the incubation water was filtered onto two 25-mm diameter Whatman GF/F glass fiber filters under a gentle vacuum. Filters were frozen at −80°C until further processing.

Photopigment concentrations were quantified using high-performance liquid chromatography (HPLC). Filters were lyophilized (−50°C at 70 Pa vacuum) for 20–24 h, then extracted in 600–700 μL 90% aqueous acetone at −20°C for 18–22 h. The synthetic carotenoid pigment β-apo-8′-carotenal (Sigma) was added as an internal standard. Filtered extracts (250 μl) were injected into a Shimadzu HPLC with a single monomeric column (Rainin Microsorb, 0.46× 1.5 cm, 3 μm packing) and a polymeric (Vydac 201TP54, 0.46×25 cm, 5 μm packing) reverse-phase C18 column in series. A nonlinear binary gradient consisting of solvent A (80% methanol:20% 0.5 M ammonium acetate) and solvent B (80% methanol:20% acetone) was used for the mobile phase (Pinckney et al. 1996). Absorption spectra and chromatograms (440±4 nm) were obtained using a Shimadzu SPD-M10av photodiode array detector, and pigment peaks were identified by comparing retention times and absorption spectra with pure standards (DHI, Denmark).

Total chlorophyll *a* (chlorophyll *a* + chlorophyllide *a*) was used as a proxy for phytoplankton biomass. Phytoplankton community composition within each bottle was determined using photopigment concentrations and ChemTax, a factor analysis program that uses a steepest descent algorithm to determine relative phytoplankton group abundances based

on characteristic pigment ratios (Mackey et al. 1997; Pinckney et al. 2001). The program gives relative abundances as percent group contribution to total chlorophyll *a*. An input ratio matrix tailored to North Inlet phytoplankton was used as the initial matrix (Lewitus et al. 2005). In addition, repeat analysis using the final ratio from one analysis as the initial ratio for the next run minimized error associated with deviation of the initial ratios from the true phytoplankton photopigment ratios (Latasa 2007).

Chl *a* concentrations (ln transformed) for the different treatment levels in the bioassays were analyzed with a randomized complete block design analysis of variance (ANOVA) (blocks = date of experiment). The responses of algal groups were assessed using arcsine square-root (asin√) transformed values of the relative abundances of each phytoplankton group. A two-factor multivariate analysis of variance (MANOVA) with crude oil type (three levels—control, LA, and TX) and oil concentration (four levels—0, 10, 50, and 100 μl l$^{-1}$) was used to determine significant differences between the factor levels and their interaction. Responses of individual phytoplankton groups were assessed using univariate ANOVA and the Ryan–Einot–Gabriel–Welsch F (REGW-F) test for post hoc comparisons. Discriminant analysis was applied to further classify changes in phytoplankton community structure in response to crude oil type and concentration.

## Results

### Chlorophyll *a*

The control treatment for the February bioassay showed an increase in chl *a* concentrations relative to the initial concentrations (Fig. 1). For the March bioassay, chl *a* concentrations increased fourfold. Total chl *a* concentration was not affected by the type of crude oil applied ($F_{1, 33} = 2.015$, $p = 0.146$), but crude oil concentrations had a significant effect ($F_{6, 33} = 17.53$, $p < 0.001$). There was also a significant date (block) effect ($F_{1, 33} = 160.2$, $p < 0.001$). Post hoc comparisons indicated that the control was significantly different from all other oil treatments and there was a reduction in chl *a* with increasing oil concentration (REGW-F test, $p < 0.05$).

### ChemTax Results and Community Composition

During the February incubations, prasinophytes and diatoms were the most abundant phytoplankton groups, making up over 80% of the total community, and their relative abundances were nearly constant across the oil treatments (Table 1, Fig. 2). Cryptophyte abundance increased in the 10-μl l$^{-1}$ oil treatments but was much lower and constant for the other treatments and control. Cyanobacteria, dinoflagellate, and



**Fig. 1** Results of the two bioassays (February and March 2011) showing chlorophyll *a* concentrations in initial water samples, control treatments (with nutrients added), Horizon oil spill crude oil (*LA*), and a mixture of Texas crude oils (*TX*). Crude oil was added at concentrations of 10, 50, and 100 μl l$^{-1}$. Values are the mean of three replicates and *error bars* indicate one standard deviation

haptophyte abundances were relatively constant across the treatments. In contrast, euglenophyte abundance appeared to increase in the oil treatments. No raphidophytes or chrysophytes were detected in the February bioassay.

In March, diatoms and prasinophytes were still the most prevalent groups, comprising over 80% of the phytoplankton biomass in the control. Chlorophytes, raphidophytes, and chrysophytes were also more abundant overall in the March bioassay. In contrast to the February results, prasinophytes showed a negative response to the oil additions while diatoms, cyanobacteria, and chlorophytes exhibited increases relative to the control. The cryptophyte response was similar to February, with a positive response to the 10-μl l$^{-1}$ oil addition for the TX crude only.

Phytoplankton community composition (relative group abundances) differed between the control, LA, and TX treatments (Pillai's Trace=0.631, $F_{10, 25} = 4.278$, $p = 0.002$, power=0.985) and between the different concentrations of added crude oil (Pillai's Trace=0.991, $F_{20, 52} = 2.556$, $p = 0.003$, power=0.987). The interaction between oil type and oil concentration was not significant (Pillai's Trace=0.716, $F_{20, 52} = 1.450$, $p = 0.142$, power=0.829). Univariate ANOVAs indicated that abundances of cryptophytes, cyanobacteria, diatoms,

**Table 1** Results of a posteriori tests (REGW-F test, $p \leq 0.05$) for the responses of different phytoplankton groups to the treatment levels (crude oil concentration) and type of crude oil

| Group | Crude oil concentration | | | | Crude oil type | | |
|---|---|---|---|---|---|---|---|
| | Control | 10 µl l$^{-1}$ | 50 µl l$^{-1}$ | 100 µl l$^{-1}$ | Control | TX | LA |
| Chlorophytes | | No difference | | | | No difference | |
| Cryptophytes | A | A | AB | B | | No difference | |
| Chrysophytes | | No difference | | | | No difference | |
| Cyanobacteria | A | B | B | B | A | B | B |
| Diatoms | A | A | B | B | A | A | B |
| Dinoflagellates | | No difference | | | | No difference | |
| Euglenophytes | A | B | C | C | A | B | B |
| Haptophytes | A | B | AB | A | A | B | A |
| Prasinophytes | A | AB | AB | AB | A | AB | B |
| Raphidophytes | | No difference | | | | No difference | |

Capital letters indicate homogeneous groups (i.e., no significant difference between the means)

euglenophytes, haptophytes, and prasinophytes were affected by crude oil concentrations ($p \leq 0.01$) (Table 1). Post hoc comparisons showed a gradient in responses to increasing crude oil concentration (REGW-F test, $p \leq 0.05$). At the 10-µl level, cyanobacteria, euglenophytes, and haptophytes increased in abundance while diatom abundance was higher at the 50-µl level relative to the control. Cryptophyte responses were inconsistent but also showed significantly higher abundances at the 100-µl level. Dinoflagellate, raphidophyte, and chrysophyte responses were not significantly different across the exposure levels. Group responses to the type of crude oil showed that diatoms and haptophytes were the only two groups that had different relative abundances for LA and TX oil.

Discriminant analysis was performed following the MANOVA to build a predictive model of group membership based on the observed phytoplankton group abundances for the different concentrations and types of crude oil (Fig. 3). For the different concentrations of crude oil, the first two discriminant functions explained 80.6% and 15.8% of the variance, respectively (cumulative total=96.4%) (Wilks' $\lambda$=0.066, $p<0.001$). Using these functions, 85.4% of the samples were correctly classified according to the concentration of crude oil added. The group centroids, derived from the canonical discriminant functions, suggest that the phytoplankton community composition differed between the control and oil additions and that the concentration of crude oil also promoted differences in community composition. The differences between the control and other treatments were best explained by the first discriminant function, while the second function explained the difference between the concentrations of crude oil. The primary difference between the two functions was related to a change in sign (i.e., +/−) for the coefficients for cyanobacteria, chlorophytes,

chrysophytes, and prasinophytes, suggesting that the responses of these groups were dependent on the concentration of crude oil.

For the different types of crude oil (control, LA, and TX), the first two discriminant functions explained 76.5% and 23.5% of the variance, respectively (total=100%) (Wilks' $\lambda$=0.101, $p<0.001$) (Fig. 3). Using these functions, 90.2% of the samples were correctly classified according to the type of oil used in the incubation. The group centroids suggest that the phytoplankton community composition differed between the control and oil types. The differences between the control and other treatments were best explained by the first discriminant function, while the second function explained the difference between the types of crude oil. The change in sign for the coefficients for diatoms, dinoflagellates, chlorophytes, cryptophytes, chrysophytes, and haptophytes, suggests that the responses of these groups were dependent on the type of crude oil.

## Discussion

### Exposure Levels

The exposure levels used in the bioassays (10, 50, and 100 µl l$^{-1}$) equate to ca. 8.7, 44, and 87 ppm. Whitehead et al. (2011) reported oil concentrations ranging from 0.214 ppm to 0.245 ppb in Gulf Coast estuaries following the Horizon spill, while concentrations on Florida beaches ranged from 4,500 to 3.1 ppm (Kostka et al. 2011). Although bioassay exposures in our experiments were likely in the upper range of actual field exposure levels for estuarine systems along the Gulf Coast, the bioassays reflect reasonable exposures for phytoplankton estuarine and coastal waters.





**Fig. 2** Relative abundances (percent of total chlorophyll a) of algal groups from the two bioassays (February and March 2011). Values (mean±1 sd) are shown for percent of total chlorophyll *a* concentrations in initial water samples, control treatments (with nutrients added), Horizon oil spill crude oil (*LA*), and a mixture of Texas crude oils (*TX*). Crude oil was added at concentrations of 10, 50, and 100 µl l$^{-1}$

### Effects of Hydrocarbons on Phytoplankton Growth

The results of this study show a significant reduction in phytoplankton biomass (chl *a*) with increasing concentrations of crude oil for North Inlet phytoplankton in both February and March. Numerous other studies have observed similar results from phytoplankton exposed to hydrocarbon contamination in both laboratory cultures and meso- and microcosm experiments (e.g., Dahl et al. 1983; Nayar et al. 2005; Sargian et al. 2007). Given the relatively short incubation times for the bioassays, the observed reduction is most likely due to decreased biomass, not decreased chl *a*

content per cell (Aksmann and Tukaj 2008). After 33 h of exposure, the concentrations of chl *a* in the control treatment had increased to ca. 1.5x of the initial level. However, in the oil addition treatments, chl *a* concentrations showed a minimal increase at the 10 µl l$^{-1}$ addition and no change at the 50- and 100-µl l$^{-1}$ levels. This may be due to inhibition of growth, cell mortality, or a combination of both. This result, in combination with the positive responses of several algal groups suggests that phytoplankton biomass decreases overall, but some algal groups may actually increase in relative abundance, resulting in a change in community structure. Furthermore, the measurements of chl *a* only do not



Estuaries and Coasts (2012) 35:853–861





**Fig. 3** Canonical discriminant function plots for phytoplankton community composition classified by experimental treatment (**a**) and by crude oil type (**b**). Centroids are labeled with respective treatment levels (**a**) or oil type (**b**) and functions for individual data points are indicated by the *small symbols*

adequately reflect how phytoplankton communities respond to low concentrations of oil exposure. Hing et al. (2011) found that diesel fuel affected phytoplankton by preventing growth rather than inducing mortality. Other studies, however, have contradicted this finding and measured cell mortality (El-Dib et al. 2001) or noted decreases in cell density after the addition of hydrocarbons (Echeveste et al. 2010; Adekunle et al. 2010; Tas et al. 2011). The inhibitory effect of hydrocarbons on phytoplankton growth and photosynthesis is also well documented (e.g., Fiala and Delille 1999; Liu et al. 2006; Hjorth et al. 2008). Miller et al. (1978) reported that concentrations of crude oil as low as 5 ppm could significantly impede photosynthesis within 24 h, concentrations which are lower than those of this study. It is therefore likely that both cell death and reduction in phytoplankton

growth rate contributed to the reduced chl *a* concentrations in the oil addition microcosms.

Differential Effects of Oil on Taxonomic Groupings

Crude oil and its constituents do not act identically on all phytoplankton groups. Diatoms appeared relatively resistant to oil contamination at the exposure levels used in this study, maintaining or increasing their relative abundance in the phytoplankton with increasing oil concentrations. Other studies have similarly found that diatoms are more resistant than other phytoplankton (Koshikawa et al. 2007; Gonzalez et al. 2009), which Echeveste et al. (2010) speculated was due to their lower surface area-to-volume ratio. In contrast, several studies have found that diatoms are more susceptible than phytoflagellates to oil pollution (Adekunle et al. 2010; Jung et al. 2010; Tas et al. 2011). The absence of a consistent response by diatoms in these studies may indicate species-specific responses which make it difficult to draw conclusions about diatoms as a single group. Miller et al. (1978) reported increases in chlorophytes and cyanobacteria and a decrease in cryptophytes, all of which were also observed in the present study. Resistance of green algae such as euglenophytes and chlorophytes, suggested by this study, was previously demonstrated by Sargian et al. (2007).

The changes observed in this study are relative, not absolute because we report abundances as a percentage relative to the total amount of chl *a*. An apparent increase in a group may actually be due to a decrease in other groups. Phytoplankton groups contributing more to the total community after the addition of crude oil should therefore be viewed as more resistant than groups which suffered decreases in their relative contribution, rather than increasing in cell density or biomass. In addition, the groupings used in our analysis are primarily at levels above taxonomic families and represent many distinct species within a group. Therefore, trends applying to whole groups may not be applicable to individual species. Future studies should include direct enumeration of phytoplankton species to identify species-specific responses and supplement pigment biomarker taxonomy.

Seasonality

In the North Inlet, there is a seasonal transition from a nutrient-limited, diatom-dominated phytoplankton community in winter to a grazing-limited, flagellate- and cyanobacteria-dominated community in the summer (Lewitus et al. 1998). This study took place at the end of the winter period and the beginning of the transition to the summer community. Phytoplankton communities in North Inlet in early spring are nutrient limited (Lewitus et al. 1998), and further limitation can occur due to isolation of the population from nutrient sources. Koshikawa et al. (2007) found that



nutrient limitation can mask the effect of hydrocarbons on phytoplankton, necessitating artificially increasing the nutrient concentrations in this study. In all statistical tests performed, a significant blocking factor of date was observed. This highlights the importance of seasonality on the effects of hydrocarbons. Gonzalez et al. (2009) was also able to attribute seasonal changes in phytoplankton response to crude oil to natural shifts in community structure. Further study will be necessary to determine trends in crude oil effects throughout the changing seasons. The primary implication is that phytoplankton community responses to crude oil exposure will likely vary depending on season.

Effects of Different Crude Oils

Although there was no significant effect of crude oil type on chl *a* concentrations in this study, there was a significant effect on community composition. This indicates that the two crude oils had different toxicity properties and is most likely due to slight variations in the ratios of the principal components of the oil (Djomo et al. 2004). Mixtures of PAHs may demonstrate synergism or antagonism in their cumulative effects on phytoplankton, further highlighting the importance of the exact oil composition to its toxicity. The differences observed between the Texas and Louisiana crudes highlight the importance of the type of crude oil used in toxicity studies. In order to accurately assess the environmental impacts of oil contamination, the crude oil most likely to cause the contamination should be used. Where this is not applicable, multiple types of crude should be employed to better understand different possible scenarios. Although both crude oils used in this study were light, sweet crudes, even similar hydrocarbon assemblages have been shown to differ in their effects on algae (Paixao et al. 2007).

Environmental Impacts

Hydrocarbon contamination in the environment is complicated by many factors. Even at sublethal levels, crude oil is capable of inducing stress in phytoplankton (Wolfe et al. 1999). Wild phytoplankton are also exposed to many other stressors, both natural and anthropogenic, which may make them more susceptible than laboratory cultures or other experimental populations to the effects of oil (Echeveste et al. 2010).

Predation is another major factor influencing phytoplankton. Zooplankton tend to be more susceptible to crude oil than phytoplankton (Jung et al. 2010). Several studies have noted that phytoplankton biomass may increase in contaminated waters despite reduced growth rates due to reduced grazing (Miller et al. 1978; Gonzalez et al. 2009). In addition, any pollutant that affects primary producers has the

potential to trigger trophic cascades which may alter the local food web (reviewed in Fleeger et al. 2003), especially when decreases in marsh plant biomass are also present (Hester and Mendelssohn 2000). Bacteria, viruses, and other members of the microbial community may also be impacted (Ohwada et al. 2003). Finally, toxic hydrocarbons may be transferred through the food web and accumulate at higher trophic levels. Graham et al. (2010) showed that hydrocarbons from the Deepwater Horizon oil spill were transferred to mesozooplankton, although models for other spills have indicated that buildup to harmful levels following a spill event is unlikely (Gin et al. 2001).

Despite the myriad of possible effects, observations of phytoplankton during real oil spills typically show no significant effects (Banks 2003; Varela et al. 2006). Phytoplankton communities are subject to high natural variations, which may prevent any observed changes from being distinguishable from natural fluctuations (Diez et al. 2009). In some cases, phytoplankton may adapt to the presence of crude oil (Lopez-Rodas et al. 2009), but this is unlikely when spills occur in areas with low background hydrocarbon concentrations. A more likely mitigating factor is hydrocarbon degradation by heterotrophic bacteria (Leahy and Colwell 1990). Also, some phytoplankton species may be able to degrade oil hydrocarbons (Liu et al. 2006). These responses, combined with natural dilution, dispersal, and weathering of the oil, likely reduce the effects of the oil to well below those observed in the present study. More research is needed, however, to determine what crude oil concentrations are possible in salt marshes, how long oil can persist in those environments, and whether long-term effects on phytoplankton communities are likely.

## Summary

Crude oil was found to inhibit growth and alter the community composition of natural estuarine phytoplankton assemblages. The results were replicated with two different types of crude oil and during two separate months. Phytoplankton are one of the major bases of estuarine food webs, and the effects demonstrated in this study therefore have the potential to decrease overall marsh productivity. The results may be particularly detrimental to zooplankton which selectively feed on a small subset of the phytoplankton, as changes in phytoplankton community composition might cause these species to be more severely affected than other members of the biota. Decreased carbon supply may also have a strong impact on species already stressed by direct crude oil contamination. However, estuaries vary widely, as do crude oils. As a result, there is a need for further research, especially concerning recovery times of phytoplankton communities exposed to crude oil. Retention of crude oil



in estuaries and in estuary sediments should also be investigated in future research. Given the negative effects of crude oil found in this study and the large uncertainties remaining, a precautionary approach is recommended, and steps should be taken to prevent contamination of estuaries by crude oils.

**Acknowledgments** We thank B. Bachmann, E. Kelly, and T. Armstrong for their help with field sampling and HPLC analyses. T. Richardson provided invaluable editorial comments. P. Lillis (USGS) and S. Miles (LSU) provided the crude oil. Funding for this project was obtained through an award to K. Gilde from the Magellan Scholar Undergraduate Research Program, Office of Undergraduate Research, University of South Carolina. This is publication 1640 from the Belle W. Baruch Institute for Marine and Coastal Sciences.

## References

Adekunle, I.M., M.R. Ajijo, C.O. Adeofun, and I.T. Omoniyi. 2010. Response of four phytoplankton species found in some sectors of Nigerian coastal waters to crude oil in controlled ecosystem. *International Journal of Environmental Research* 4: 65–74.

Aksmann, A., and Z. Tukaj. 2008. Intact anthracene inhibits photosynthesis in algal cells: A fluorescence induction study on *Chlamydomonas reinhardtii* cw92 strain. *Chemosphere* 74: 26–32.

Bagchi, M., D. Bagchi, J. Balmoori, X. Ye, and S.J. Stohs. 1998. Naphthalene-induced oxidative stress and DNA damage in cultured macrophage J774A.1 cells. *Free Radical Biology and Medicine* 25: 137–143.

Banks, S. 2003. SeaWiFS satellite monitoring of oil spill impact on primary production in the Galapagos Marine Reserve. *Marine Pollution Bulletin* 47: 325–330.

Bejarano, A.C., G.T. Chandler, L. He, and B.C. Coull. 2006. Individual to population level effects of South Louisiana crude oil water accommodated hydrocarbon fraction (WAF) on a marine meiobenthic copepod. *Journal of Experimental Marine Biology and Ecology* 332: 49–59.

Bopp, S.K., and T. Lettieri. 2007. Gene regulation in the marine diatom *Thalassiosira pseudonana* upon exposure to polycyclic aromatic hydrocarbons (PAHs). *Gene* 396: 293–302.

Dahl, E., M. Laake, K. Tjessem, K. Eberlein, and B. Bohle. 1983. Effects of Ekofisk crude oil on an enclosed planktonic system. *Marine Ecology Progress Series* 14: 81–91.

Diez, I., A. Secilla, A. Santolaria, and J.M. Gorostiaga. 2009. Ecological monitoring of intertidal phytobenthic communities of the Basque Coast (N. Spain) following the Prestige oil spill. *Environmental Monitoring and Assessment* 159: 555–575.

Djomo, J.E., A. Dauta, V. Ferrier, J.F. Narbonne, A. Monkiedje, T. Njine, and P. Garrigues. 2004. Toxic effects of some major polyaromatic hydrocarbons found in crude oil and aquatic sediments on *Scenedesmus subspicatus*. *Water Research* 38: 1817–1821.

Echeveste, P., S. Agusti, and J. Dachs. 2010. Cell size dependent toxicity thresholds of polycyclic aromatic hydrocarbons to natural and cultured phytoplankton populations. *Environmental Pollution* 158: 299–307.

El-Dib, M.A., H.F. Abou-Waly, and A.H. El-Naby. 2001. Fuel oil effect on the population growth, species diversity, and chlorophyll (*a*) content of freshwater microalgae. *International Journal of Environmental Health Research* 11: 189–197.

El-Sheekh, M.M., A.H. El-Naggar, M.E.H. Osman, and A. Haieder. 2000. Comparative studies on the green algae *Chlorella homosphaera* and

*Chlorella vulgaris* with respect to oil pollution in the River Nile. *Water, Air, and Soil Pollution* 124: 187–204.

Fabregas, J., C. Herrero, and M. Veiga. 1984. Effect of oil and dispersant on growth and chlorophyll *a* content of the marine microalga *Tetraselmis suecica*. *Applied and Environmental Microbiology* 47: 445–447.

Fiala, M., and D. Delille. 1999. Annual changes of microalgae biomass in Antarctic sea ice contaminated by crude oil and diesel fuel. *Polar Biology* 21: 391–396.

Fleeger, J.W., K.R. Carman, and R.M. Nisbet. 2003. Indirect effects of contaminants in aquatic ecosystems. *The Science of the Total Environment* 317: 207–233.

Gin, K.Y.H., M.D.K. Huda, W.K. Lim, and P. Tkalich. 2001. An oil spill-food chain interaction model for coastal waters. *Marine Pollution Bulletin* 42: 590–597.

Gonzalez, J., F.G. Figueiras, M. Aranguren-Gassis, B.G. Crespo, E. Fernandez, X.A.G. Moran, and M. Nieto-Cid. 2009. Effect of a simulated oil spill on natural assemblages of marine phytoplankton enclosed in microcosms. *Estuarine, Coastal and Shelf Science* 83: 265–276.

Graham, W.M., R.H. Condon, R.H. Carmichael, I. D'Ambra, H.K. Patterson, L.J. Linn, and F.J. Hernandez Jr. 2010. Oil carbon entered the coastal planktonic food web during the Deepwater Horizon oil spill. *Environmental Research Letters* 5: 1–6. 045301.

Hester, M.W., and I.A. Mendelssohn. 2000. Long-term recovery of a Louisiana brackish marsh plant community from oil-spill impact: Vegetation response and mitigating effects of marsh surface elevation. *Marine Environmental Research* 49: 233–254.

Hing, L.S., T. Ford, P. Finch, M. Crane, and D. Morritt. 2011. Laboratory stimulation of oil-spill effects on marine phytoplankton. *Aquatic Toxicology* 103: 32–37.

Hjorth, M., V.E. Forbes, and I. Dahllof. 2008. Plankton stress responses from PAH exposure and nutrient enrichment. *Marine Ecology Progress Series* 363: 121–130.

Jung, S.W., J.S. Park, O.Y. Kown, J. Kang, W.J. Shim, and Y. Kim. 2010. Effects of crude oil on marine microbial communities in short term outdoor microcosms. *The Journal of Microbiology* 48: 594–600.

Koshikawa, H., K.Q. Xu, Z.L. Liu, K. Kohata, M. Kawachi, H. Maki, M.Y. Zhu, and M. Watanbe. 2007. Effect of the water-soluble fraction of diesel oil on bacterial and primary production and the trophic transfer to mesozooplankton through a microbial food web in Yangtze estuary, China. *Estuarine, Coastal and Shelf Science* 71: 68–80.

Kostka, J.E., O. Prakash, W.A. Overholt, S.J. Green, G. Freyer, A. Canion, J. Delgardio, N. Norton, T.C. Hazen, and M. Huettel. 2011. Bacterial community response in Gulf of Mexico beach sands impacted by the Deepwater Horizon oil spill. *Applied and Environmental Microbiology* 77: 7962–7974.

Latasa, M. 2007. Improving estimations of phytoplankton class abundances using CHEMTAX. *Marine Ecology Progress Series* 329: 13–21.

Leahy, J.G., and R.R. Colwell. 1990. Microbial degradation of hydrocarbons in the environment. *Microbiological Reviews* 54: 305–315.

Lewitus, A.J., E.T. Koepfler, and J.T. Morris. 1998. Seasonal variation in the regulation of phytoplankton by nitrogen and grazing in a salt-marsh estuary. *Limnology and Oceanography* 43: 636–646.

Lewitus, A.J., D.L. White, R.G. Tymowski, M.F. Geesey, S.N. Hymel, and P.A. Noble. 2005. Adapting the CHEMTAX method for assessing phytoplankton taxonomic composition in Southeastern US estuaries. *Estuaries* 28: 160–172.

Liu, Y., T. Luan, N. Lu, and C. Lan. 2006. Toxicity of fluoranthene and its biodegradation by *Cyclotella caspia* alga. *Journal of Integrative Plant Biology* 48: 169–180.

Lopez-Rodas, V., D. Carrera-Marinez, E. Salgado, A. Mateos-Sanz, J. C. Baez, and E. Costas. 2009. A fascinating example of

microalgal adaptation to extreme crude oil contamination in a natural spill in Arroyo Minero, Rio Negro, Argentina. *Anales de la Real Academia Nacional de Farmacia* 75: 883–899.

Mackey, M., H. Higgins, D. Mackey, and S. Wright. 1997. *CHEMTAX user's manual: A program for estimating class abundances from chemical markers-application to HPLC measurements of phytoplankton pigments (report 229)*. Hobart: CSIRO Marine Laboratories.

Mallakin, A., B.J. McConkey, G. Miao, B. McKibben, V. Snieckus, D. G. Dixon, and B.M. Greenburg. 1999. Impacts of structural photomodification on the toxicity of environmental contaminants: Anthracene photooxidation products. *Ecotoxicology and Environmental Safety* 43: 204–212.

Miller, M.C., V. Alexander, and R.J. Barsdate. 1978. The effects of oil spills on phytoplankton in an arctic lake and ponds. *Arctic* 31: 192–218.

Nayar, S., B.P.L. Goh, and L.M. Chou. 2005. Environmental impacts of diesel fuel on bacteria and phytoplankton in a tropical estuary assessed using in situ mesocosms. *Ecotoxicology* 14: 397–412.

Ohwada, K., M. Nishimura, M. Wada, H. Nomura, A. Shibata, K. Okamoto, K. Toyoda, A. Yoshida, H. Takada, and M. Yamada. 2003. Study of the effect of water-soluble fractions of heavy-oil on coastal marine organisms using enclosed ecosystems, mesocosms. *Marine Pollution Bulletin* 47: 78–84.

Padros, J., E. Pelletier, R. Siron, and D. Delille. 1999. Fate of a new silicone-based oil-treating agent and its effects on marine microbial communities. *Environmental Toxicology and Chemistry* 18: 819–827.

Paixao, J.F., I.A. Nascimento, S.A. Pereira, M.B.L. Leite, G.C. Carvalho, J.S.C. Silveira Jr., M. Reboucas, G.R.A. Matias, and I.L.P. Rodrigues. 2007. Estimating the gasoline components and formulations toxicity to microalgae (*Tetraselmis chuii*) and oyster (*Crassotrea rhizophorae*) embryos: An approach to minimize environmental pollution risk. *Environmental Research* 103: 365–374.

Pinckney, J.L., D.F. Millie, K.E. Howe, H.W. Paerl, and J.P. Hurley. 1996. Flow scintillation counting of $^{14}$C labeled microalgal photosynthetic pigments. *Journal of Plankton Research* 18: 1867–1880.

Pinckney, J.L., T. Richardson, D. Millie, and H. Paerl. 2001. Application of photopigment biomarkers for quantifying microalgal community composition and *in situ* growth rates. *Organic Geochemistry* 32: 585–595.

Sargian, P., S. Mas, E. Pelletier, and S. Demers. 2007. Multiple stressors on an Antarctic microplankton assemblage: Water soluble crude oil and enhanced UVBR level at Ushuaia (Argentina). *Polar Biology* 30: 829–841.

Sikkema, J., J.A.M. de Bont, and B. Poolman. 1995. Mechanisms of membrane toxicity of hydrocarbons. *Microbiological Reviews* 59: 201–222.

Stepaniyan, O.V. 2008. Effects of crude oil on major functional characteristics of macroalgae of the Barents Sea. *Russian Journal of Marine Biology* 34: 131–134.

Tas, S., E. Okus, S. Unlu, and H. Altiok. 2011. A study on phytoplankton following 'Volgoneft-248' oil spill on the north-eastern coast of the Sea of Marmara. *Journal of the Marine Biological Association of the United Kingdom* 91: 715–725.

Varela, M., A. Bode, J. Lorenzo, M.T. Alvarez-Ossorio, A. Miranda, T. Patrocinio, R. Anadon, L. Viesca, N. Rodriguez, L. Valdes, J. Cabal, A. Urrutia, C. Garcia-Soto, M. Rodriguez, X.A. Alvarez-Salgado, and S. Groom. 2006. The effect of the "Prestige" oil spill on the plankton of the N-NW Spanish coast. *Marine Pollution Bulletin* 53: 272–286.

Wang, L., and B. Zheng. 2008. Toxic effects of fluoranthene and copper on marine diatom *Phaeodactylum tricornutum*. *Journal of Environmental Sciences* 20: 1363–1372.

Whitehead, A., B. Dubansky, C. Bodinier, T.I. Garcia, S. Miles, C. Pilley, V. Raghunathan, J.L. Roach, N. Walker, R.B. Walter, C.D. Rice, and F. Galvez. 2011. Science applications in the Deepwater Horizon oil spill special feature: Genomic and physiological footprint of the Deepwater Horizon oil spill on resident marsh fishes. Proceedings of the National Academy of Sciences 2011: 1109545108v1-201109545.

Wirth, E.F., M.H. Fulton, G.T. Chandler, P.B. Key, and G.I. Scott. 1998. Toxicity of sediment associated PAHs to the estuarine crustaceans, *Palaemonetes pugio* and *Amphiascus tenuiremis*. *Bulletin of Environmental Contamination and Toxicology* 61: 637–644.

Wolfe, M.F., H.E. Olsen, K.A. Gasuad, R.S. Tjeerdema, and M.L. Sowby. 1999. Induction of heat shock protein (hsp)60 in *Isochrysis galbana* exposed to sublethal preparations of dispersant and Prudhoe Bay crude oil. *Marine Environmental Research* 47: 473–489.