UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>Actions in B1 Pleading Bundle, and 12-970, *Bon Secour Fisheries, Inc. et al.v. BP Exploration & Production Inc., et al.*(REF: 10-7777) | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN<br><br>NOTICE OF APPEARANCE |

## NOTICE APPEARANCE OF COUNSEL

### TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Grant D. Amey, hereby enters this Notice of Appearance as counsel of record for certain Plaintiffs in the above-styled cause, to wit Dauphin Island Property Owners Association, Inc., and MRI, LLC.

Respectfully Submitted,

s/Frederick T. Kuykendall, III
AL Bar No. ASB4462A59F
Federal Bar No.: KUYF4462
KUYKENDALL & ASSOCIATES, LLC
2012 1st Avenue North, Suite 450
Birmingham, AL 35203
Phone: (205) 453-0060
Fax: (205) 453-0042
Plaintiffs' Counsel

s/Grant D. Amey
AL Bar No. ASB4273T83A
Federal Bar No.: AMEYG4273
KUYKENDALL & ASSOCIATES, LLC
2012 1st Avenue North, Suite 450

Birmingham, AL 35203
Phone: 9205) 453-0060
Fax: (205) 453-0042
Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Frederick T. Kuykendall, III
AL Bar No. ASB4462A59F
Federal Bar No.: KUYF4462
KUYKENDALL & ASSOCIATES, LLC
2012 1st Avenue North, Suite 450
Birmingham, AL 35203
Phone: (205) 453-0060
Fax: (205) 453-0042
Plaintiffs' Counsel