# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            *    MDL No. 2179
       "Deepwater Horizon" in the Gulf      *
       of Mexico, on April 20, 2010          *
              *
This document relates to: All Cases       *

*************************************************************************

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE, that undersigned counsel respectfully request that the Court enroll Frank J. D'Amico, Jr., Esq. as counsel for Plaintiffs in the above captioned matter for the firm, Frank J. D'Amico, Jr., APLC, in the Litigation in the United States District Court, Eastern District of Louisiana MDL No. 2179.

Dated: September 6, 2012

                                           Respectfully submitted,

                                           /s/ Frank J. D'Amico, Jr.
                                           FRANK J. D'AMICO, JR. (LSBA# 17519)
                                           Frank J. D'Amico, Jr., APLC
                                           4731 Canal St.
                                           New Orleans, LA 70119
                                           Phone: (504) 525-7272
                                           Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2012, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522