UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

*********************************************************************
**THIS DOCUMENT RELATES TO:**
**ALL CASES**

### FORMAL REQUEST TO PARTICIPATE AND MAKE ARGUMENT IN SUPPORT OF THE OBJECTION OF PANTHER RIDGE ESTATES, THROUGH THEIR REPRESENTATIVE, JAMES M. CURTIS, AT THE FAIRNESS HEARING

The undersigned counsel for Class Member, Panther Ridge Estates, Inc., through their Representative, James M. Curtis, hereby requests to participate and make argument at the Fairness Hearing scheduled for November 8, 2012, at the United States District Court for the Eastern District of Louisiana, Court Room No. C268, 500 Poydras Street, New Orleans, LA 70130. Counsel requests to be heard at said hearing and anticipates taking fifteen (15) minutes to present the objections of the above-identified Class Member.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX             :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Counsel for Claimant, Panther Ridge Estates, Inc.
James M. Curtis

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 6, 2012.

s/Ronnie G. Penton
Ronnie G. Penton