UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * * | MAG. JUDGE SHUSAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION FOR LEAVE TO FILE LIMITATION**</u>
<u>**SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE**</u>

# EXHIBIT A

| **Claimant** | **Date Filed** | **Docket Number** |
|---|---|---|
| 1 Adrienne Parr | 05/22/2012 | 119101 |
| 2 Allan Parr | 05/22/2012 | 119102 |
| 3 Jean Perrin | 05/22/2012 | 119103 |
| 4 Wells Turner | 06/02/2012 | 119162 |
| 5 Carolyn Brown | 06/02/2012 | 119163 |
| 6 Bradley Black | 06/02/2012 | 119164 |
| 7 Derrick Strong | 06/02/2012 | 119165 |
| 8 Argus Architecture, LLC | 06/02/2012 | 119166 |
| 9 Jack Hargis | 06/02/2012 | 119167 |
| 10 Old River RV Park, Inc. | 06/02/2012 | 119168 |
| 11 KSCA Trucking | 09/06/2012 | 120359 |
| 12 Hebert Transport, Inc. | 09/06/2012 | 120360 |
| 13 Michael Landry | 09/06/2012 | 120361 |
| 14 Albert Bergeron | 09/06/2012 | 120362 |
| 15 Wai-Kei Tsang | 09/06/2012 | 120363 |
| 16 Allan Tsang | 09/06/2012 | 120364 |
| 17 BB Land Investments | 09/06/2012 | 120365 |
| 18 S&W Wholesale Foods | 09/06/2012 | 120366 |
| 19 Special Effects, Inc. | 09/06/2012 | 120367 |
| 20 Bryan Chevrolet, Inc. | 09/06/2012 | 120368 |
| 21 La Petite Grocery | 09/06/2012 | 120369 |
| 22 River Region Executive Search, Inc | 09/06/2012 | 120370 |
| 23 Clifford A Rodrigue Co., Inc. | 09/06/2012 | 120371 |

| | | | |
|---|---|---|---|
| 24 | Southern Marine Sales | 09/06/2012 | 120372 |
| 25 | Gifted Nurses, LLC | 09/06/2012 | 120373 |
| 26 | The NOCCA Institute | 09/06/2012 | 120374 |
| 27 | Geaux for the Gold | 09/06/2012 | 120375 |
| 28 | ESP Productions, LLC | 09/06/2012 | 120376 |
| 29 | Belinda Baudoin | 09/06/2012 | 120377 |
| 30 | WOW Wingery | 09/06/2012 | 120378 |
| 31 | New Orleans Brew | 09/06/2012 | 120379 |
| 32 | Swan Offshore Marine Transportation | 09/06/2012 | 120380 |
| 33 | O'Brien's Welding & Fabrications | 09/06/2012 | 120381 |
| 34 | Martin Vicente | 09/06/2012 | 120382 |
| 35 | Parkland, Inc. | 09/06/2012 | 120383 |
| 36 | Minghang Wei | 09/06/2012 | 120384 |
| 37 | A-1 Outboards, Inc. | 09/06/2012 | 120385 |
| 38 | Jared Gipson | 09/06/2012 | 120386 |
| 39 | Oscar Cade | 09/06/2012 | 120387 |
| 40 | Sheryl Lawrence | 09/06/2012 | 120388 |
| 41 | Merdis Fields | 09/06/2012 | 120389 |
| 42 | Linda 3, LLC | 09/06/2012 | 120390 |
| 43 | Brotherhood Way General Contractor | 09/06/2012 | 120391 |
| 44 | Sherry Barker | 09/06/2012 | 120392 |