IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179, CA 10-7777 SECTION J |
| | * | HONORABLE CARL J. BARBIER |
| This document relates to: Claims/ Actions in "B1" Pleading Bundle, | * * * * | MAGISTRATE JUDGE SHUSHAN |
| | * | CIVIL ACTION NO. 12-970 |
| ALLPAR CUSTOM HOMES, INC., SEATEX MARINE SERVICE, INC., ANCELET'S MARINA, L.L.C., J.G. COBB CONSTRUCTION, LTD., AND SHIPS WHEEL, on behalf of themselves and all others similarly situated, Plaintiffs, v. | * * * * * * * * * | (2:12-cv-970) SECTION: J JUDGE CARL J. BARBIER MAGISTRATE JUDGE SUSHAN |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C., Defendants | | |

### NOTICE OF INTENT TO APPEAR, BY COUNSEL AT THE NOVEMBER 8, 2012 FAIRNESS HEARING

This hereby gives notice of Objectors, Allpar Custom Homes, Inc., SEaTex Marine Service, Inc., Ancelet's Marina, L.L.C., J.G. Cobb Construction, Ltd., and Ships Wheel (hereinafter the Allpar Objectors) intent to appear, by counsel, at the Fairness Hearing before the Honorable Carl J. Barbier, United States District Judge at the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA, Courtroom C268 on November 8, 2012 at 8:30 A.M. They will cross-examine witnesses and present legal arguments addressing their objections. At this time they do not intend to offer documents into evidence or call witnesses.

Class Members/Objectors Allpar Custom Homes, Inc., SEaTex Marine Service, Inc.,

Ancelet's Marina, L.L.C., J.G. Cobb Construction, Ltd., and Ships Wheel, are objecting for the reasons stated in their Objections to Class Action Settlement, which are incorporated herein by reference, and they expressly hereby reserve their respective right to adopt other objections to the proposed Class Settlement and rely on other evidence, oral and documentary, timely made and/or submitted herein by other parties, Class Members and/or Objectors or Intervenors, including, but not limited to, themselves.

Respectfully submitted,

_____
E. J. 'Trey' Browne, III
Bar Number: 00790388
Attorney for Objectors
7669 Clearview
Lumberton, TX 77657
(409) 338-0803

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2012, the foregoing Notice of Appearance of Class Members has been served on Economic and Property Damages Lead Class Counsel and BP's Counsel by First Class Mail in accordance with Preliminary Approval Order No. 6418, and the foregoing was sent by first class mail to the Clerk of Court of the United States District Court for the Eastern District of Louisiana and electronically filed with the Clerk by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

_____
E. J. 'Trey' Browne, III