MINUTE ENTRY
SHUSHAN, M.J.
SEPTEMBER 7, 2012

**MJSTAR: 0:50**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, SEPTEMBER 7, 2012 AT 9:30 A.M.

CASE MANAGER:     Gail Chauvin

COURT REPORTER:     Cathy Pepper

A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.