# CONFERENCE ATTENDANCE RECORD

DATE: 9-7-12            TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Roberts | TO |
| Steve Herman | PSC |
| Jim Roy | " |
| Tony Fitch | Anadarko |
| Sarah Trams | Anadarko |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sean Fleming | Halliburton |
| Lauren Mitchell | " " |
| Erika Toledo | " " |
| Alison Battiste | " " |
| David Baay | TO |
| Brian Barr | PSC |
| Kerry Miller | TO |
| Michael Doyen | TO |
| Corey Maze | AL |
| Win Sinclair | AL |
| Grant Davis-Denny | TO |
| Joe Hassinger | State of LA |
| Steve O'Rourke | US |
| Jen Bowen | US |
| Mike Underhill | US |
| Carmelite Bertaut | Cameron |
| Russ Underhill | DOJ / US |

# CONFERENCE ATTENDANCE RECORD

DATE:_____     TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Jones | CAM |
| Don Haycraft | BP |
| Rob Gasaway | BP |
| Ryan Babiuch | BP |
| Douglas Kraus | La. |
| Jimmy Williamson | PSC |
| Steve Luxton | M-I |
| Anthony Irpino | PSC |
|  |  |

## September 7, 2012 - MDL 2179 Telephone participants for Phase Two Discovery Conference

Joe Eisert - BP

Mike Petrino - BP

Mark Nomillini - BP

Jeremy Rush - National Response Corp & O'Briens Response

Robin Hanger - DOJ

Abbey Andre - DOJ

Nat Chakeris - U.S.

Tom Benson - DOJ

Bethany Engel - U.S.

Scott Cernich - U.S.

Bill Stradley - 2185 claimants

Geoff Ganaway - Cameron

Denise Scoffield - M-I

Ben Mayeaux - Airborne Support Intl and Inc.