UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>*<br>*   JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | *   MAG. JUDGE SHUSHAN<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION FOR ADOPTION OF**
**CASE MANAGEMENT AND SCHEDULING ORDER**

Cameron International Corporation and Liberty Insurance Underwriters, Inc. (a/k/a Liberty International Underwriters) move the Court for the entry of a Case Management and Scheduling Order establishing deadlines in the above captioned matter consistent with the deadlines set forth in the proposed Case Management and Scheduling Order, attached as Exhibit 1.

Dated:     September 7, 2012

                                         _/s/ Phillip A. Wittmann_
                                         Phillip A. Wittmann, 13625
                                               pwittmann@stonepigman.com
                                         Carmelite M. Bertaut, 3054
                                               cbertaut@stonepigman.com
                                         Jared Davidson, 32419
                                               jdavidson@stonepigman.com

                                         STONE PIGMAN WALTHER WITTMANN L.L.C.
                                         546 Carondelet Street
                                         New Orleans, Louisiana  70130
                                         (504) 581-3200
                                         (504) 581-3361 (fax)

Mitchell J. Auslander
	mauslander@willkie.com
Jeffrey B. Korn
	jkorn@willkie.com

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
(212) 728-8000

*Attorneys for Cameron International Corporation*


  /s/ Judy Y. Barrasso
Judy Y. Barrasso, TA, 2814
	jbarrasso@barrassousdin.com
Celeste Coco-Ewing, 25002
	Ccoco-Ewing@barrassousdin.com

BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
(504) 589-9700
(504) 589-9701 (fax)

Christopher W. Martin
Federal I.D. 13515
Gary I. Pate
Federal I.D. 29713

MARTIN, DISIERE,  JEFFERSON
 & WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, Texas  77002
(713) 632-1700
(713) 222-0101 (fax)

*Attorneys for Liberty Insurance Underwriters, Inc.*

1103581v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for Adoption of Case Management and Scheduling Order has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of September, 2012.

/s/     Phillip A. Wittmann