UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * | MAG. JUDGE SHUSHAN |
| | * | **JURY TRIAL DEMANDED** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PROPOSED CASE MANGEMENT AND SCHEDULING ORDER

Cameron International Corporation and Liberty Insurance Underwriters, Inc. (a/k/a Liberty International Underwriters) ("Liberty") hereby submit to this Court their proposed Case Management and Scheduling Order.

### I.   PLEADINGS

A.   Liberty must respond to Cameron's Amended Complaint by September 7, 2012.

### II.   DISCOVERY

A.   **Rule 26(f) Conference**:  The parties met and conferred pursuant to Fed. R. Civ. P. 26(f) on April 25, 2012, and September 4, 2012.

B.   **Initial Disclosures**:  The parties shall exchange initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1) by September 14, 2012.

EXHIBIT "1"

C.    **Written Discovery Requests**:    The parties may propound up to 35 interrogatories, 25 requests for production, and 25 requests for admissions. Written discovery may commence at any time.

D.    To the extent production involves ESI, MDL No. 2179 Pretrial Order No. 16 will apply.

E.    To the extent production of any document involves privileged and/or work product materials, MDL No. 2179 Pretrial Order No. 14 will apply.

F.    **Fact Depositions:**  The parties may each take ten (10) fact depositions.  These depositions may commence on October 15, 2012 and must conclude by January 15, 2013.

G.    All fact discovery, including depositions, will end on January 15, 2012.

H.    **Experts:**  Expert reports from plaintiff shall be submitted by February 15, 2013. Expert reports from defendant shall be submitted by March 7, 2013.  Plaintiff rebuttal reports shall be submitted by March 21, 2013.  Expert depositions may commence on April 7, 2013, and shall be completed by May 7, 2013.

III.    <u>**RULE 56 MOTIONS FOR SUMMARY JUDGMENT**</u>

A.    Any party seeking summary judgment shall file its motion no later than June 7, 2013.

B.    Responses to motions for summary judgment shall be filed 30 days after the motion is filed and served.

C.    Replies in support of motions for summary judgment shall be filed 20 days after the response is filed and served.

1103147v1

**D.**     Following the close of briefing, the Court will hold a hearing on the summary judgment motions on a date set by the Court.

## IV.     <u>TRIAL</u>

Trial will commence on _____ before the District Judge with a jury.

## V.     <u>AMENDMENTS TO THIS ORDER</u>

Any party to this action may move to amend this Proposed Case Management and Scheduling Order for Good Cause Shown.

1103147v1