UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Adoption of Case Management and Scheduling Order;

IT IS HEREBY ORDERED that the deadlines set forth in the joint motion shall be incorporated in a Case Management and Scheduling Order to be issued following a Rule 16 Scheduling Conference to be set by the Court.

New Orleans, Louisiana, this ___ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

1103581v1