UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| REF: 10-7777 | § § § | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE OF COUNSEL

**NOW INTO COURT**, comes undersigned counsel, that asks this Honorable Court to take notice that Daniel E. Becnel, Jr. and Salvadore Christina, Jr. and the Becnel Law Firm hereby enter this Notice of Appearance as counsel of record for the Plaintiffs, in the above-style cause, identified on the spreadsheet attached hereto as Exhibit A.

Date: September 7, 2012        Respectfully submitted,

BECNEL LAW FIRM LLC
 /s/Daniel E. Becnel Jr.
Daniel E. Becnel Jr. (LA Bar No.2926)
Salvadore Christina, Jr (LA Bar No. 27198)
P. O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 Fax
dbecnel@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012, I electronically filed the foregoing instrument with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

                                            /s/Daniel E. Becnel, Jr.