Exhibit A
Notice of Appearance

| First Name | Last Name (Company) | Contact Person | Address 1 | City | State | Zip Code | Home phone |
|---|---|---|---|---|---|---|---|
| Brian | Ackerson | | 1230 Taylor Street | Kenner | LA | 70062 | 504-305-4787 |
| Danica | Ansardi | Anita Nguyen LLC | 255 Church Street | Mobile | AL | 36602 | 251-433-6923 |
| | | Hong Van Nguyen | 275 River Rd | Belle Chasse | LA | 70037 | 504-442-2157 |
| David | Batt | Armand's Bistro LLC | 3900 HWY 51 | LaPlace | LA | 70068 | 225-331-0919 |
| Harry | Batt | Jimmy K. Rooker | 204 Jump Basin Rd | Venice | LA | 70091 | 504-454-5153 |
| Bradley | Becnel | | 3 Portofino Dr Unit 1901 | Pensacola | FL | 32561 | 504-454-5153 |
| | | | 15000 Emerald Coast Hwy 1408 | Destin | FL | 32541 | 985-536-1186 |
| Lynchelle | Bellamy | | St. Thomas | | | | |
| Chad | Bondi | | 712 Underwood Ave Apt. 700-K | Pensacola | FL | 32504 | 772-224-7035 |
| Howard | Buras | Mark Chilton | 1609 N. 16th Street | Orange | TX | 77630 | 409-883-8800 |
| | | | 37149 Hwy 11 | Buras | LA | 70041 | 504-564-1823 |
| | | | 8734 Singleton Road | Port Allen | LA | 70767 | 225-937-1176 |
| | Cajun Grill & Catering, LLC | Ryan Cashio | 149 Jordan Court | LaPlace | LA | 70068 | 985-359-4745 |
| | CD Grocery | Peter Malasavanh | 79 Martin Luther King | Prichard | AL | 36610 | 251-457-2799 |
| Charles | Coats | | 20 Cedarwood Drive | Perkinston | MS | 39573 | 601-928-2225 |
| | Crab Pot of Mobile | Hong Van Nguyen | 2400 Airport Rd | Mobile | AL | 36609 | 251-222-9789 |
| William | DeoGracias | | 1729 Delacroix | St Bernard | LA | 70085 | 225-243-6848 |
| Mark | Doiron | | 104 Billengrath Street | Thibodaux | LA | 70301 | 985-447-7966 |
| Robert | Dryden | | 2841 Rocky Head Rd | Enterprise | Al | 36330 | 334-726-1654 |
| Deonne | Du Barry | | 4610 Paradise Isle | Destin | FL | 32541 | 504-388-5244 |
| Brandt | Dufrene | | 124 Saltiny Ln | Grand Isle | LA | 70358 | 504-251-0206 |
| Billy | Durm | | 148 Skyview Lane | Lynchburg | TN | 37352 | 931-581-0406 |
| Jared | Elrod | | 2200 Mill Run Circle | Hoover | AL | 35226 | 205-475-3011 |
| | February Corp. | Mark Becnel | 15000 Emerald Coast Pkwy | Destin | Fl | 32541 | 850-337-5171 |
| Jerry | Folse | | 40097 Pelican Roost | Gonzales | LA | 70737 | 225-268-1850 |
| | Folse Seafood & Louisiana | Jerry Folse | 40097 Pelican Roost | Gonzales | LA | 70737 | 225-644-0065 |
| Laura | Gautreaux | | 201 Laudry Ln | Grand Isle | LA | 70358 | 985-651-9123 |
| Robert | Hafner | | 1205 Lake Louise Drive | Gretna | LA | 70056 | 504-394-9913 |
| | Hilton Nguyen LLC | Hong Van Nguyen | 5190 Motel Court | Mobile | AL | 36619 | 251-661-9099 |
| | Hot Wok of Slidell | Shui Zheng | 821 Brownswitch Road | Slidell | LA | 70458 | 985-643-1867 |
| | Impact on Hair | Kris Thomas | 2 Poydras Suite 100 | New Orleans | LA | 70130 | 504-202-0691 |

Exhbit A
Notice of Appearance

| First | Last | Contact | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| Walter | Jennings, Jr. | | 2211 Fayetteville Hwy | Lynettburg | TN | 37352 | 931-307-1623 |
| Chauncey | Jorden | | 3216 West Helena Drive | Huntsville | AL | 35810 | 256-585-2354 |
| Moises | Keyes | | 165 Delta Air Drive | Buras | LA | 70041 | 504-739-8789 |
| Evelyn | King | | 2249 6th Avenue | Port Arthur | TX | 77642 | 409-963-2188 |
| James | Kissane | | 17920 Gulf Blvd #907 | Redington | FL | 33708 | 727-264-6342 |
| Grant | Landry | | 56 Castaway Island Road | Eclectic | AL | 36024 | 228-363-3337 |
| Gerrit | Lawrence | | 1306 Sampson | West Lake | LA | 70669 | 337-721-1969 |
| Bryan | Lee | | 47110 Ben William Road | Franklinton | LA | 70438 | 985-839-0419 |
| Mickey | Loomis | | 89 Bridgewater Ln | Watersound | fl | 32413 | |
| Faye | Loup | | 119 Romes Ln | Grand Isle | LA | 70358 | 985-764-7437 |
| Mark | Mattina | | 13408 Georgia Street | Ocean Springs | MS | 39564 | 228-365-4747 |
| Derrick | McMillian Sr | | 1281 Weatherby Rd | Pensacola | FL | 32534 | 850-983-3919 |
| Raafat | Megalla | | 5908 Thomas Dr | Panama City | Fl | 32408 | 678-366-3748 |
| Vicki | Minor | Catering to You | 8207 Harry Drive | Baton Rouge | LA | 70806 | 225-978-0846 |
| Paul | Mottice | | 2924 Seidenberg Ave | Key West | FL | 33040 | 305-304-8065 |
| Billy | Nailer | | 3580 Pare Street | Trussville | AL | 35173 | 256-706-9902 |
| | New Orleans Equity LLC | John Georges | 701 Edwards Ave | Elmwood | LA | 70123 | 504-525-2021 |
| Tuan | Nguyen | | 3831 Nelva Park Drive | Katy | TX | 77449 | 713-624-0529 |
| Hong | Nguyen | | 104 Soost Court | Mobile | Al | 36608 | 251-367-4999 |
| Sultan | Nicholls | | 4807 Woodford St | Baytown | TX | 77521 | 281-427-1703 |
| Sultan | Nicholls | | 4807 Woodford Street | Baytown | TX | 77521 | 281-427-1703 |
| | North Light Yacht Club | Joe Winkeler | 113 East John Sims Pkwy | Nicevile | FL | 32578 | 850-6782350 |
| Melissa | Ortiz | | 2840 Kingston Street, Apt. C | Kenner | LA | 70062 | 504-467-5611 |
| | Ozean Development LLC | Joe Winkeler | 10 Commerce Dr Suite C | Destin | FL | 32540 | 850-699-1600 |
| | Ozean LLC | Joe Winkeler | 10 Commerce Dr Suite C | Destin | FL | 32540 | 850-699-1600 |
| Karbin | Paul Sr. | | 5329 Lafaye St | New Orleans | LA | 70122 | 504-304-2835 |
| Patrick | Payton | | 1938 East County Hwy 30A | Santa Rosa Beach | FL | 32459 | |
| | Performance Marine | Anthony | 1021 11th Street Ocean | Marathon | FL | 33050 | 305-304-0550 |
| Kuzma | Petrovich Jr | | 3663 Hwy 23 | Buras | LA | 70041 | 504-564-0330 |

Exhbit A
Notice of Appearance

| First | Last | Business | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| Kuzma | Petrovich Sr | | 3663 Hwy 23 | Buras | LA | 70041 | 504-564-0330 |
| Mike | Petrucci | | 75 Baywind Dr | Destin | FL | 32541 | 850-499-5137 |
| | Pho 88 Noodles Soup | | 8353 Jeptha Court | Mobile | AL | 36695 | 251-414-2710 |
| Roger | Pierron | Lee Pham | 4641 HWY 56 | Chauvin | LA | 70344 | 985-594-4805 |
| James | Raliff, Jr. | | 132 Lee Magee Road | Tylertown | MS | 39667 | 601-303-5788 |
| Donna | Reddick | | 21631 SR 71N | Altha | FL | 32421 | 850-674-1935 |
| Brent | Rodrigue, Sr. | | 111 Edna Street | Chauvin | LA | 70344 | 985-217-7829 |
| | Sea Farm Inc | Ron Sopko | 536 Mill Point Road | Hudgins | VA | 23076 | 804-725-9113 |
| Timothy | Smith | | 49 Elcamino | Dothan | AL | 36303 | 334-718-1821 |
| Casey | Spencer | | P.O. Box 92 | LaPlace | LA | 70069 | 985-653-0880 |
| Brewster | Stalter | | 978 Amethyst | New Orleans | LA | 70124 | 504-282-4214 |
| Mitchell | Tabor | | 500 Cavaness Drive | Houma | LA | 70364 | 985-857-9726 |
| | Tim's Seafood Deli | Van B. Tran | 19312 Greek Round Avenue | Baton Rouge | LA | 70817 | 225-756-8371 |
| Donald | Weaver | | 105 Edna Street | Chauvin | LA | 70344 | 985-466-3507 |
| Donzell | Williamson | | 10 CR 251 | Louin | MS | 39338 | 601-670-0604 |