UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010,<br><br>THIS DOCUMENT APPLIES TO:<br><br>*All Actions, 2:11-cv-1274* | Civil Case No.:<br>MDL No. 2179<br><br>Judge:<br><br>Magistrate:<br><br>Section:<br><br>**NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING AS TO ECONOMIC AND PROPERTY DAMAGE CLASS MEMBERS** |

  **COMES NOW** Ryan E. Beasley, as attorney of record in the above referenced matter and on behalf of Nathan Majoue, Robert Landry, Allen Raimer, Mark Vogt, Sr., and Brad Bertoniere and on behalf of plaintiffs for whom a Notice of Appearance was previously entered pursuant to the filing of a plaintiff profile form, and files this Notice of Intent to Appear at Fairness Hearing to object to the proposed settlement.

| | |
|---|---|
| I CERTIFY that on September 7, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record via uploading this document to Lexis Nexis File & Serve as required by Pretrial Order No. 12.<br><br>/s/ Ryan E. Beasley | Respectfully Submitted:<br><br>*[signature]*<br><br>_____<br>Ryan E. Beasley Sr. (La Bar No 28492)<br>2439 Manhattan Blvd.<br>Suite 302<br>Harvey, LA 70058<br>504.220.3944<br>504.684.1231 (facsimile)<br>ryan@rbeasleylaw.com<br>Attorney for plaintiffs |