Exhibit A

| Name | Address | Telephone Number |
|---|---|---|
| Carolyn Booker | P.O. Box 415 Gautier, MS 39553 | 228-249-1892 |
| Zena Coleman | 1400 28th St. Apt. 522 Gulfport, MS 39501 | 228-284-5041 |