**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

_____

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER ) | |
| HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| ) | |
| IN RE THE COMPLAINT AND PETITION OF ) | Section:  J |
| TRITON ASSET LEASING GmbH, ET AL., IN A ) | |
| CAUSE OF EXONERATION FROM OR ) | Judge:  Barbier |
| LIMITATION OF LIABILITY ) | |
| ) | Magistrate:  Shushan |
| This Document Relates To: ) | |
| All Cases, ) | |
| 12-970 (Bon Secour Fisheries, Inc., et al. ) | |
| v. BP Exploration & Production., et al.) ) | |

_____  )


# MOTION TO INTERVENE


NOW INTO COURT, through undersigned counsel, comes Gulf Organized Fishermen in

Solidarity & Hope (GO FISH), a Louisiana corporation, who moves to intervene as of right under

Federal Rules of Civil Procedure, Rule 24(a). In the alternative, GO FISH moves the Court for leave to

intervene under Federal Rules of Civil Procedure, Rule 24(b).

I.

GO FISH represents many many putative class members whose rights will be impaired by the

proposed class action settlement pending in the above-captioned matter. The existing parties do not

adequately represent the interests of all GO FISH members.

II.

The reasons supporting intervention are set forth more fully in the accompanying Memorandum

in Support. Pursuant to Rule 24(c), this motion is also accompanied by a pleading answering the

allegations of the Amended Class Action Complaint For Private Economic Losses And Property

Damages (Rec. Doc. 6412), requesting amendments to the class definitions, and seeking procedural due

process guarantees in the administration of the Proposed Settlement as it relates to the Seafood

Compensation Program.

III.

This motion is opposed by the Plaintiffs Steering Committee.

Respectfully Submitted:

| /s/ Joel Waltzer | /s/ Robert Wiygul | /s/ Clay Garside |
|---|---|---|
| Joel Waltzer (LA #19268) | Robert Wiygul (LA #17411) | Clay Garside (LA Bar # 29873) |
| 3715 Westbank Expwy, Ste. 13 | 1011 Iberville Drive | 14399 Chef Menteur Hwy, Ste D |
| Harvey, LA 70058 | Ocean Springs, MS 39564 | New Orleans, LA 70129 |
| Office: (504) 340-6300 | Office: (228) 872-1125 | Office: (504) 254-4400 |
| Fax:    (504) 340-6330 | Fax:    (228) 872-1128 | Fax:    (504) 254-1112 |
| joel@waltzerlaw.com | robert@waltzerlaw.com | clay@waltzerlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on All Counsel by
electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12,
and that the foregoing was electronically filed with the Clerk of Court of the United States District Court
for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of
electronic filing in accordance with the procedures established in
MDL 2179, on this 7'th day of September, 2012.

/s/ Joel Waltzer