IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J  Judge: Barbier  Magistrate: Shushan |
| This Document Relates To:  All Cases,  12-970 (Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production., et al.) | |

# REQUEST FOR HEARING

As this motion is opposed, movant Gulf Organized Fisheries in Solidarity & Hope, Inc. ("GO FISH") respectfully requests that its Motion to Intervene be set on Wednesday, September 26th, 2012.

Respectfully Submitted:

| /s/ Joel Waltzer | /s/ Robert Wiygul | /s/ Clay Garside |
|---|---|---|
| Joel Waltzer (LA #19268) | Robert Wiygul (LA #17411) | Clay Garside (LA Bar # 29873) |
| 3715 Westbank Expwy, Ste. 13 | 1011 Iberville Drive | 14399 Chef Menteur Hwy, Ste D |
| Harvey, LA 70058 | Ocean Springs, MS 39564 | New Orleans, LA 70129 |
| Office: (504) 340-6300 | Office: (228) 872-1125 | Office: (504) 254-4400 |
| Fax: (504) 340-6330 | Fax: (228) 872-1128 | Fax: (504) 254-1112 |
| joel@waltzerlaw.com | robert@waltzerlaw.com | clay@waltzerlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7'th day of September, 2012.

/s/ Joel Waltzer