UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

MDL No.: 2179

Section "J"

Judge Barbier

This Document Relates to:   2:12-cv-01483
                            2:12-cv-01484
          SD FL   4:12-cv-10070 and
Unfiled Economic and Property Damages
Class Members

## NOTICE OF APPEARANCE

**[As to Economic and Property Damages Class Members]**

COMES NOW the Office of the Monroe County Attorney, Monroe County, Florida, and files this Notice of Appearance as Attorney of Record for Amicus, Monroe County, Florida.

DATED on this 7th day of September, 2012.

Respectfully submitted,

Monroe County Attorney's Office
Monroe County, Florida

by: /s/ _____

Robert B. Shillinger, Esq.
Florida Bar Number 058262
Shillinger-bob@monroecounty-fl.gov
1111 12th Street, Suite 408
Key West FL 33040
Voice: 305-292-3470
Telefax: 305-292-3516
*Attorney for Amicus, Monroe County, Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of September, 2012.

I HEREBY FURTHER CERTIFY that the above and foregoing Notice of Appearance was sent by U.S. Mail to: Economic Lead Class Counsel: James Parkerson Roy, Esq., Attn.: Deepwater Horizon E&PD Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, PO Box 3668, Lafayette LA 70501; Stephen J. Herman, Esq., Attn.: Deepwater Horizon E&PD Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans LA 70113; and, Defendants' Counsel: Richard C. Godfrey, P.C., Attn.: Deepwater Horizon E&PD Benefits Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago IL 60654, on this 7th day of September, 2012.

Monroe County Attorney's Office
Monroe County, Florida


by: /s/ _____

Robert B. Shillinger, Esq.

Florida Bar Number 058262
Shillinger-bob@monroecounty-fl.gov
1111 12th Street, Suite 408
Key West FL 33040
Voice: 305-292-3470
Telefax: 305-292-3516
*Attorney for Amicus, Monroe County, Florida*