## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL by the Oil Rig** | **MDL NO. 10- 2179** |
| **"DEEPWATER HORIZON:** | |
| **in the GULF OF MEXICO** | **SECTION "J'** |
| | |
| | **District Judge Carl Barbier** |
| | |
| **THIS DOCUMENT RELATES TO:** | **Magistrate Judge Shushan** |
| **ALL CASES** | |

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

### NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

NOW COMES, Gothard J. Reck, A Professional Law Corporation and on behalf of those

Plaintiff Parties listed in Exhibit A, files this notice of intent to appear at the Fairness

Hearing presently set for November 8, 2012.


 **Respectfully submitted,**



**UHALT AND RECK**
 **A Partnership of Law Corporations**

                                        **/s/ GOTHARD J. RECK (La Bar 11415)**
                                        **Attorney for Plaintiff Objectors**
                                        **Listed in Exhibit A**
                                        **634 Carondelet Street**
                                        **New Orleans, Louisiana 701**
                                        **(504) 581 5444**
                                        **Email: sageheart@msn.com**

## **CERTIFICATE OF SERVICE**

It is hereby certified that the above and foregoing Notice of Intention to Appear at the Fairness Hearing has been served on all known counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7thth day of September 2012.

**/s/GOTHARD J. RECK**