# EXHIBIT A

1. **BILLY HUGH KING**
   5784 JEAN LAFITTE BOULEVARD
   LAFITTE, LOUISIANA 70067

2. **CLAUDE AND JANET MAYFIELD**
   5794 JEAN LAFITTE BOULEVARD
   LAFITTE, LOUISIANA 70067

3. **CHERRY AND IRENE VERDIN**
   3998 HIGHWAY 665
   MONTEGUT (POINTE AUX CHINES), LOUISIANA 70377

4. **STACY VERDIN**
   3998 HIGHWAY 665
   MONTEGUT (POINTE AUX CHINES), LOUISIANA 70377

5. **DARREN PATRICK SCHAFF**
   1440 SIGUR LANE
   METAIRIE, LOUISIANA 70005

6. **CHRISTOPHER TATUM MORTON, Sr.**
   5913 WHEELER DRIVE
   METAIRIE, LOUISIANA 70003