UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | |
| *In re the Complaint and Petition of Triton Asset Leasing GmbH, et al, No. 10-2771* | SECTION:  J<br>JUDGE BARBIER |
| *And* | |
| *Unfiled Seafood Processors included in the Economic and Property Damages Class Members, Including, but not limited to, JBS Packing, Inc, Farmer Boys Catfish Kitchens International d/b/a Fishermans Reef Shrimp Company, and Barber's Seafood, Inc.* | MAG JUDGE SHUSAN |

**PLAINTIFFS REPRESENTED BY BRENT COON & ASSOCIATES JOINDER IN OBJECTIONS TO FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT BY AMICUS CURIAE THE AMERICAN SHRIMP PROCESSORS ASSOCIATION**

Brent Coon & Associates Plaintiffs  (hereinafter referred to as "BCA Plaintiffs") hereby incorporate, adopt, and join in the Objections to Final Approval of Economic and Property Damages Class Settlement by Amicus Curiae the American Shrimp Processors Association.  Furthermore, Plaintiffs ask that these objections be applied to all seafood processing facilities in the Gulf region.

Plaintiffs respectfully ask the Court to reject the portion of the Class settlement that covers Seafood Processors in order find a reasonable methodology to compensate the losses of seafood processors.

DATED **on this the 7th day of September, 2012.**

        Respectfully submitted,

        BRENT COON & ASSOCIATES

        */s/ Brent W. Coon*_____

        Brent W. Coon
        Federal Bar No. 9308
        Texas Bar No. 04769750
        215 Orleans
        Beaumont, Texas 77701
        Tel.: (409) 835-2666
        Fax: (409) 835-1912

## CERTIFICATE OF SERVICE

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on September 7, 2012

        */s/ Brent W. Coon*_____
        Brent W. Coon