UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO.: 2179 |
| "DEEPWATER HORIZON" IN THE | * | SECTION: J |
| GULF OF MEXICO ON | * | JUDGE BARBIER |
| APRIL 20, 2010 | * | MAGISTRATE SHUSHAN |
| | * | |
| REF: C.A. 10-7777 | * | |

*************************************

## NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

NOW COMES, Becnel Law Firm, LLC, Daniel E. Becnel, Jr. and Salvadore Christina, Jr. and on behalf of clients that filed objections to the Economic and Medical Benefit Settlements, file this Notice of Intent to Appear at the Fairness Hearing presently set for November 8, 2012.

Respectfully submitted,

  /S/ DANIEL E. BECNEL, JR.

DANIEL E. BECNEL, JR. (LA Bar #2926)
Salvadore Christina, Jr. (LA Bar #27198)
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Statement of Objections has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with Pretrial Order No. 49 established in MDL 2179, on this 7th day of September 2012.

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.