IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL No. 2179 <br> * Section: J <br> * Judge: Barbier |
| This Document Relates To:   All Cases | * Magistrate: Shushan |

**NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING**
[As to Economic and Property Damage Class Members]

COME NOW, the Law Firm of WALTZER & WIYGUL, L.L.C. and as attorneys of record for the Economic and Property Class Members listed in Exhibit "A" file this Notice of Intention to Appear at Fairness Hearing. Robert Wiygul, Joel R. Waltzer and Clay Garside intend to appear at the Fairness Hearing for the Law Firm of WALTZER & WIYGUL, L.L.C. and on behalf of the Economic and Property Damages Class Members listed in Exhibit "A".

Respectfully submitted,

/s/ Robert Wiygul
ROBERT WIYGUL (#17411)
JOEL R. WALTZER (#19268)
CLAY GARSIDE (#29873)
Waltzer & Wiygul, LLP
1011 Iberville Drive
Ocean Springs, MS 39564
Telephone: (228) 872-1125
Facsimile: (228) 872-1128

1

2

**CERTIFICATE OF SERVICE**

    I do hereby certify that the above and foregoing Notice of Intention to Appear at Fairness Hearing has been served on All Counsel electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of September, 2012.

    /s/ Robert Wiygul
    ROBERT WIYGUL

## EXHIBIT "A"

| Class Member | Phone Number | Coastal/Wetlands Property Address |
|---|---|---|
| Joachim, Ethelyn | 228-875-2334 | 1216 Iola Road<br>Ocean Springs, MS 39564 |
| Garringer, James | 228-875-5453 | 13613 Fairway Drive<br>Ocean Springs, MS 39564 |
| Sekul, Sherman | 228-326-4650 | 5629 Shore Drive<br>Ocean Springs, MS 39564 |
| Williams, Gregory | 228-875-8415 | 10725 Eagle Nest Road<br>Ocean Springs, MS 39564 |
| Zor, Inc. | 504-400-5302 | P.O. Box 11332<br>New Orleans, LA 70181 |
| Arbo, Craig | 985-710-0857 | 228 Marlin Drive<br>Slidell, LA 70461 |
| Attaway, Ronald | 985-643-1808 | 224 Marlin Drive<br>Slidell, LA 70461 |
| Baillio, Letitia | 504-884-6636 | 236 Marlin Drive<br>Slidell, LA 70461 |
| Bertucci, Pamela | 504-909-1773 | 227 Marlin Drive<br>Slidell, LA 70461 |
| Blanchard, Timothy S. | 504-382-2456 | 240 Marlin Drive<br>Slidell, LA 70461 |
| Carrone, Ronald | 504-494-4910 | 126 Marlin Drive<br>Slidell, LA 70461 |
| Dargis, George D. | 985-966-7362 | 108 Herring Drive<br>Slidell, LA 70461 |
| Daspit, James E., Jr. | 985-710-9094 | 244 Marlin Drive<br>Slidell, LA 70461 |
| Duplessis, Andrew J., Jr. | 504-210-7246 | 112 Marlin Drive<br>Slidell, LA 70461 |

| | | |
|---|---|---|
| Falgout, Robert | 985-640-4257 | 220 Marlin Drive<br>Slidell, LA 70461 |
| Gonzalez, Alejandro | 985-960-3838 | 214 Marlin Drive<br>Slidell, LA 70461 |
| Maxwell, Barbara | 504-813-5798 | 234 Marlin Drive<br>Slidell, LA 70461 |
| Nagim, Ernest J., Jr. | 985-789-1123 | 226 Marlin Drive<br>Slidell, LA 70461 |
| Pittman, Jerret M. | 985-960-2448 | 52 Treasure Isle<br>Slidell, LA 70461 |
| Steilberg, Beryl F. | 504-458-6409 | 107 Herring Drive<br>Slidell, LA 70461 |
| Veade, Danell S. | 985-502-5763 | 106 Herring Drive<br>Slidell, LA 70461 |
| Watkins, Jo | 985-640-7964 | 212 Marlin Drive<br>Slidell, LA 70461 |
| Watson, Steven | 985-774-4518 | 222 Marlin Drive<br>Slidell, LA 70461 |
| Mondello, Michael R. | 985-290-5615 | 110 Herring Drive<br>Slidell, LA 70461 |
| Gordon, Christopher J. | 504-891-3180 | 113 Herring Drive<br>Slidell, LA 70461 |
| Parks, Lester J., Jr. | 985-718-9101 | 128 Marlin Drive<br>Slidell, LA 70461 |
| Richard, Michel | 504-416-4985 | 246 Marlin Drive<br>Slidell, LA 70461 |
| Richard, Chelsea | 504-464-6242 | 246 Marlin Drive<br>Slidell, LA 70461 |
| GO FISH<br>(Gulf Organized Fisheries in Solidarity & Hope) | 504-689-8849 | 1717 Tchoupitoulas St.<br>New Orleans, La 70130 |