# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J<br>Judge: Barbier<br>Magistrate: Shushan |
| **This Document Relates To:**<br>    All Cases,<br>    12-970 (Bon Secour Fisheries, Inc., et al.<br>    v. BP Exploration & Production., et al.) | |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

COMES NOW Waltzer & Wiygul, LLP, as attorney of record in the above referenced matter on behalf of Gulf Organized Fisheries In Solidarity & Hope, Inc. (GO FISH) and on behalf of plaintiffs for whom a Notice of Appearance has previously entered pursuant to the filing of short form joinders, and files this Notice of Intent to Appear at Fairness Hearing to object to the proposed settlement.

Respectfully Submitted:

| /s/ Joel Waltzer | /s/ Robert Wiygul | /s/ Clay Garside |
|---|---|---|
| Joel Waltzer (LA #19268) | Robert Wiygul (LA #17411) | Clay Garside (LA # 29873) |
| 3715 Westbank Expwy, Ste. 13 | 1011 Iberville Drive | 14399 Chef Menteur Hwy, Ste D |
| Harvey, LA  70058 | Ocean Springs, MS 39564 | New Orleans, LA 70129 |
| Office:  (504) 340-6300 | Office: (228) 872-1125 | Office: (504) 254-4400 |
| Fax:      (504) 340-6330 | Fax:     (228) 872-1128 | Fax:     (504) 254-1112 |
| joel@waltzerlaw.com | robert@waltzerlaw.com | clay@waltzerlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of September, 2012.

/s/ Clay Garside