IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2012 | *MDL No. 2179 * *Section "J" * |
| This document relates to all actions, including, but not limited to, the following: | *Judge Barbier * |
| 2:11-cv-00863 | *Magistrate Judge Shushan |
| 2:11-cv-00867 | * |
| 2:11-cv-00873 | * |
| 2:11-cv-00874 | * |
| 2:11-cv-00778 | * |

**************************************** *********************************

## NOTICE OF APPEARANCE

[As to Economic and Property Damages Class Members]

NOW COMES the Law Office of Boggs, Loehn & Rodrigue, and file this Notice of Appearance as Attorney of Record for the Economic and Property Damage Class Members listed in Exhibit "1," including James L. Pearson, Jr. Mark D. Ippolito, Daniel J. Murphy, Mary A. Buccola, Cathie C. Reich, Eve L. Wolfe and Thomas E. Loehn in the above-referenced matter.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above-referenced cases be served upon the undersigned counsel.

1

DATED on this 7th day of September, 2012.

> Respectfully submitted,
> **BOGGS, LOEHN & RODRIGUE**
>
> /s/ Thomas E. Loehn
> **THOMAS E. LOEHN (#8663)**
> **ROBERT F. LAKEY (#07927)**
> **CHARLES K. CHAUVIN (#27403)**
> 2324 Severn Avenue, Suite 100
> Metairie, LA 70001
> Telephone: (504) 828-1202, Fax: (504) 828-1208
> Email: tloehn@yahoo.com
> *Attorneys for Economic and Property Damages*
> *Class Members Listed in Exhibit "1"*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on the 7th day of September, 2012.

**I HEREBY FURTHER CERTIFIY** that the above and foregoing Plaintiffs' Notice of Appearance was sent by U.S. first-class mail to: Economic Lead Class Counsel: James Parkerson Roy, Esquire, Attention: Deepwater Horizon E&PD Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, Louisiana 70501; Stephen J. Herman, Esquire, Attention: Deepwater Horizon E&PD

Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113; **Defendants' Counsel:** Richard C. Godfrey, P.C., Attention Deepwater Horizon E&PD Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, on this 7th day of September, 2012.

/s/ Thomas E. Loehn<br>
**THOMAS E. LOEHN (#8663)**