UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | (To be filed in: CV-2010-7777) MDL No.:  2179 Section "J" |
| | Judge Barbier |
| This Document Relates to:  2:12-cv-01483 2:12-cv-01484 SD FL  4:12-cv-10070 and Unfiled Economic and Property Damages Class Members | Magistrate Judge Shushan |

**LIMITED APPEARANCE, MOTION AND MEMORANDUM IN SUPPORT OF JACKSON COUNTY, MISSISSIPPI; GAUTIER, MISSISSIPPI; MOSS POINT, MISSISSIPPI; OCEAN SPRINGS, MISSISSIPPI; AND PASCAGOULA, MISSISSIPPI TO FILE AMICUS BRIEF IN SUPPORT OF BEACON INVESTORS, LLC'S OBJECTION TO PROPOSED SETTLEMENT**

COMES NOW Jackson County, Mississippi; Gautier, Mississippi; Moss Point, Mississippi; Ocean Springs, Mississippi and Pascagoula, Mississippi, ("Government Entities"), and files this its Motion and Memorandum in Support For Leave to File an Amicus Brief in Support of the Objections filed by Beacon Investors, LLC, by a limited appearance, and in support of same would show as follows:

1. The Government Entities, in their respective capacities, have a duty to protect the interests of its citizens.  Implicit in that duty is the obligation to protect the economic well being of said citizens.

2. The Government Entities are not members of the proposed class and therefore files this motion requesting leave of the Court to file the attached Amicus Brief, (Exhibit "A"), in support of the objections of Beacon Investors, LLC.

WHEREFORE, PREMISES CONSIDERED, the Government Entities in a limited appearance, move this Court to allow them to file the attached Aimcus Brief in support of the Objections to the Deepwater Horizon Settlement Action and any and all other relief it may be entitled to.

DATED on this 7th day of September 2012.

    Respectfully submitted.

    DOGAN & WILKINSON, PLLC

By:   /s/ *W. Charles McVea*
    Robert W. Wilkinson, Esquire
    MS Bar No. 7215
    W. Charles McVea, Esquire
    LA Bar No. 30630
    MS Bar No. 102436
    734 Delmas Avenue (39567)
    Post Office Box 1618
    Pascagoula, MS 39568-1618
    228-762-2272 telephone
    228-762-3223 facsimile

Of Counsel:
Frederick T. Kuykendall, III
AL Bar No. ASB4462A59F
Federal Bar No. KUYF4462
Kuykendall & Associates LLC
2012 1st Avenue North, Ste. 450
Birmingham AL 35203
Phone (205) 453-0060
Fax (205) 453-0042

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Limited Appearance and Motion of Jackson County, Mississippi; Gautier, Mississippi; Moss Point, Mississippi; Ocean Springs, Mississippi and Pascagoula, Mississippi to File Amicus Brief in Support of Beacon Investors, LLC's Objection to Proposed Deepwater Horizon Class Action Settlement has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with Pretrial Order No. 49 established in MDL 2179, on this 7th day of September 2012.

I HEREBY FURTHER CERTIFY that the above and foregoing Statement of Objections was sent by U.S. first-class mail to: Economic Lead Class Counsel: James Parkerson Roy, Esquire, Attention: Deepwater Horizon E&PD Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson Street, Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esquire, Attention: Deepwater Horizon E&PD Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C., Attention: Deepwater Horizon E&PD Settlement, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, on this the 7th day of September, 2012.

s/ *W. Charles McVea*

---

Robert W. Wilkinson, Esquire
MS Bar No. 7215
W. Charles McVea, Esquire
LA Bar No. 30630
MS Bar No. 102436

734 Delmas Avenue (39567)
Post Office Box 1618
Pascagoula, MS 39568-1618
228-762-2272 telephone
228-762-3223 facsimile