UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG                    (To be filed in: CV-2010-7777)
"DEEPWATER HORIZON" IN THE                              MDL No.:  2179
GULF OF MEXICO ON APRIL 20, 2010                         Section "J"

                                                            Judge Barbier

This Document Relates to:  2:12-cv-01483          Magistrate Judge Shushan
                           2:12-cv-01484
                 SD FL  4:12-cv-10070
                     and
  Unfiled Economic and Property Damages
            Class Members

## <u>ORDER GRANTING LEAVE TO FILE AMICUS BRIEF</u>

On this day, the Court having considered Jackson County, Mississippi, Gautier, Mississippi, Moss Point, Mississippi, Ocean Springs, Mississippi, and Pascagoula, Mississippi's Motion for Leave to File Amicus Brief in Support of Beacon Investors, LLC's Objection to Proposed Settlement, finds that said motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, that Jackson County, Mississippi, Gautier, Mississippi, Moss Point, Mississippi, Ocean Springs, Mississippi, and Pascagoula, Mississippi is hereby granted leave to file their Amicus Brief in Support of Beacon Investors, LLC's Objection to Proposed Settlement.

This the _____ day of September, 2012.

_____
U.S. DISTRICT COURT JUDGE