EXHIBIT
A(1)