EXHIBIT
A(2)