EXHIBIT A(3)

