UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION:  J JUDGE BARBIER |
| This Document Relates to:  All Cases | * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

COME NOW, the Law firm of COUHIG PARTNERS, LLC which files this Notice of Intention to Appear at Fairness Hearing.  Robert E. Couhig, Jr. intends to appear at the Fairness Hearing for the Law firm of COUHIG PARTNERS, LLC.

Respectfully submitted,

**Couhig Partners, LLC**

/s/ Robert E. Couhig, Jr.
ROBERT E. COUHIG, JR. (#4439)
643 Magazine Street, Suite 300
New Orleans, LA  70130
Telephone:  504-588-1288
Facsimile:  504-588-9750

1

**CERTIFICATE OF SERVICE**

I do hereby certify tat the above and foregoing Notice of Intention to Appear at Fairness Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF Filing System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of September, 2012.

/s/ Robert E. Couhig, Jr.
ROBERT E. COUHIG, JR.