FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 SEP -4  AM 8: 51

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2079 |
| | | SECTION J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 12-968 and 12-970 | * * * * * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

NOTICE OF APPEARANCE

COMES NOW, Michael G. Prestia, of Gulfport, Mississippi, hereby enters his appearance as

counsel of record for Coastal Peppers, Inc. d/b/a Sweet Peppers Deli, in the above referenced matter.

RESPECTFULLY SUBMITTED, this the 27 day of August, 2012.

Coastal Peppers, Inc. d/b/a Sweet Peppers Deli

BY: _____
MICHAEL G. PRESTIA
(MSB No. 4482)

Michael G. Prestia
Attorney at Law
MS Bar #4482
1708 23rd Avenue
P. O. Box 1928
Gulfport, MS  39502
Telephone:    228-868-6609
Facsimile:    228-868-6695
Email: mgp3@aol.com

CERTIFICATE OF SERVICE

I, Michael G. Prestia, attorney for Coastal Peppers, Inc. d/b/a Sweet Peppers Deli, hereby

certify that I have this day served a true and correct copy of the above and foregoing instrument by

United States Mail, postage prepaid, to the following:

Clerk of Court
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

James Parkerson Roy
Attn: Deepwater Horizon E&PD Settlement
Domengeaux, Wright, Hoy & Edwards
556 Jefferson St., Suite 500
P.O. Box 3668
Lafayette, LA 70501

Stephen J. Herman
Attn: Deepwater Horizon E&PD Settlement
Herman Herman Katz & Cotlaw LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard C. Godfrey, P.C.
Attn: Deepwater Horizon E&PD Settlement
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

This the 27 day of August, 2012.

Michael G. Prestia,
Attorney for Coastal Peppers, Inc.

Michael G. Prestia
Attorney at Law
MS Bar #4482
1708 23rd Avenue
P. O. Box 1928
Gulfport, MS   39502
Telephone:     228-868-6609
Facsimile:     228-868-6695
Email: mgp3@aol.com

**MICHAEL G. PRESTIA**
ATTORNEY AND COUNSELOR AT LAW
P.O. BOX 1928
GULFPORT, MISSISSIPPI 39502

ADDRESS CORRECTION REQUESTED

RETURN RECEIPT
REQUESTED



CERTIFIED MAIL™

7009 2820 0002 6786 4100

7013053367 C026

Clerk of Court
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



1000

70130

U.S. POSTAGE
PAID
GULFPORT, MS
39507
AUG 28 '12
AMOUNT
$5.95
00079822-02