

US DISTRIST COURT

EASTERN DISTRICT OF LOUISIANNA

IN RE: DEEPWATERHORIZON MEDICAL BENEFITS SETTLEMENT

CASE NO. 10 md 2179

### NOTICE OF APPEARANCE

TO: BRITTISH PETROLEUM AND ALL SUBSIDIARIES

YOU ARE HEREBY NOTIFIED, that Plaintiff / Class Member, Timothy P. McLane of 135 North Vestavia Drive in Panama City Beach, Florida 32413 will appear at the "Fairness Hearing" on the above captioned cause on November 8th, 2012.

### CERTIFICATE OF SERVICE

I, TIMOTHY P. McLANE DO HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished by regular U.S. Mail to:

Defendant's Council / Richard C. Godfrey PC

ATT: Deepwater Horizon Medical Benefits Settlement

Kirkland and Ellis LLP

300 North LaSalle Street

Chicago, ILL 60654


Medical Lead Class Council / James Parkerson Roy

ATT: Deepwater Horizon Medical Benefits Settlement

Domengeaux Wright Roy Edwards

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

556 Jefferson St.

Suite 500

P.O. Box 3668

Lafayette, LA 70501


Medical Lead Stephen J. Herman

Herman Herman Katz and Cotlar LLP

820 Okeese Avenue

New Orleans, LA 70501


DONE THIS 28TH Day of August, 2012

*[signature: Timothy P. McLane]*

TIMOTHY P. McLANE

8614 Houston St.

Panama City Beach, Florida, 32417

(850)541-6490

TIMOTHY D. MCLANE
8814 HOUSTON ST.
PANAMA CITY BEACH, FL 32417

CLERK OF COURT
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANNA
500 POYDRES ST.
NEW ORLEANS, LA 70130



