August 25, 2012



To: Clerk of Court
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: BP Claim

We are requesting to attend the fairness hearing and wish to speak before the Judge.
We do not believe this is fair and equal treatment to all class member, nor do we believe that the negotiations were conducted properly regarding the Voo Deductions toward Charter Boats.

Signed

| Name | Boat | Address | Phone |
|---|---|---|---|
| Debbie Wilhite | Summer Hunter | 136 West Fifth Ave Gulf Shores AL | 251-948-3474 |
| Alfred J. Wilhite | Summer Hunter | 136 West Fifth Ave Gulf Shores AL | 251-948-3474 |
| Tom Ard | Boll Weevil/Fairwater | 26619 Perdido Beach Blvd. OB, AL | 251-979-2682 |
| Rob Gams | Cool Breeze | " " | 251-942.4389 |
| Al Keahl | Fish Trap Charters | " " | 251-550-8887 |
| Karen Skalnek | Fish Trap Charters | " " | 251-550-8887 |
| Brian Annan | Gulf Rebel | 4680 Burkhart Lane Orange Beach | 251-981-3119 |
| Kelly Annan | Joyce | Annan's Port Orange Beach AL | 251 981-3119 |
| Don McPherson | Getaway | 26619 Perdido Beach Blvd OB AL | 251 752-0235 |
| Mike Salley | Sure Shot | 9340 Milfin Creek Rd Elberta Al | 850-261-4358 |
| Peter Fill | Yankee Star | | 251 981-4510 |
| Steve Faust | Aquastar | 26619 Perdido Beach Blvd OB,AL | 251 747-4761 |
| Mike Rowell | Annie Girl | 26619 Perdido Beach Blvd OB,AL | 251 989-3007 |
| Dale Woodruff | Class Act | 26619 Perdido Beach Blvd OB,AL | 251 974-5911 |
| Joe Nash | Cool Change | 26619 Perdido Beach Blvd OB,AL | 251 974-5615 |
| Seth Wilson | Rip Tide | 26619 Perdido Beach Blvd OB, AL | 251 543-6291 |
| Ricky McDuffie | Sea Hunter | 27267 Perdido Beach Blvd OB, AL | 251 747-4468 |
| Tracey Kruse | Rookie | 9340 Milfin Creek Rd Elberta, AL | 251 952-2141 |

Sincerely

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

13641 5th Ave
Gulf Shores AL
36542

MOBILE AL 366
28 AUG 2012 PM 1 T

Clerk of Court
U.S. District Court
for the Eastern District of LA
500 Poydras Street
New Orleans, LA 70130

7013083315