EASTERN DISTRICT OF LOUISIANA

2012 SEP -4 AM 8: 37

LORETTA G. WHYTE
CLERK

B&D MARITIME, INC.
PO BOX 1735
ORANGE BEACH, AL 36561
251-981-7173 * 928-496-2514 (e-fax)
gonefishn@gulftel.com

Clerk of Court ✓
United States District Court for the Eastern District of Louisiana
500 Poydras St
New Orleans, LA 70130

James Parkerson Roy
Attn: Deepwater Horizon E&PD Settlement
Domengeaux Wright Roy & Edwards
556 Jefferson St, Suite 500
PO Box 3668
Lafayette, LA 70501

Stephen J. Herman
Attn: Deepwater Horizon E&PD Settlement
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard C. Godfrey, P.C.
Attn: Deepwater Horizon E&PD Settlement
Kirkland & Ellis LLP
300 N LaSalle St
Chicago, IL 60654

August 28, 2012

Re:     Fairness Hearing
        November 8, 2012

Dear Sirs or Madams

This is my written notice that I, Randy W. Boggs, President of B&D Maritime, Inc., would like the opportunity to speak at the Fairness Hearing that is currently scheduled for 8:30 a.m. on November 8, 2012 at the United States District Court of the Eastern District of Louisiana, Court Room No C268, 500 Poydras St, New Orleans, LA. I understand that this Fairness Hearing may be moved to a different date, time, or location without additional notice. I will monitor the website regularly for any updates.

Following is the information that has been requested be made a part of this notice to speak at the Fairness Hearing.

Page 2 of 2
August 28, 2012

Randy W. Boggs, President
B&D Maritime, Inc.
PO Box 1735
Orange Beach, AL 36561
251-981-7173 or 251-747-4171

Respectfully,

Randy W. Boggs

RWB/sb

Cc:  File

B&D Maritime, Inc.
PO Box 1735
Orange Beach, AL 36561

CERTIFIED MAIL™

7012 0470 0002 0238 2361



UNITED STATES
POSTAL SERVICE

1000

70130

U.S. POSTAGE
PAID
ORANGE BEACH, AL
36561
AUG 31, 12
AMOUNT
$5.75
0009203-09

Clerk of Court
United States District Court for the Eastern
District of Louisiana
500 Poydras St
New Orleans, LA 70130

701305336? 0026

