UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| THIS DOCUMENT RELATES TO: *All Cases and* | * | |
| *Unfiled Economic Loss, Property Damages, and* | * | |
| *Seafood Compensation Program Class Member Claims* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Notice of Intention to Appear At Fairness Hearing

Arnold & Itkin, LLP, and as attorneys of record for Claimants and counsel for other unfiled Economic and Property Class Members and Seafood Compensation Program Members, files this Notice of Intention to Appear at the Fairness Hearing.[1]  Kurt B. Arnold, Jason A. Itkin and/or Noah M. Wexler intend to appear at the Fairness Hearing for Arnold & Itkin, LLP. and on behalf of Claimants and counsel for other unfiled Economic and Property Class Members and Seafood Compensation Program Members.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
By: _____
Jason A. Itkin
Texas State Bar No. 24032461
SDTX #: 33053
1401 McKinney Street, Suite 2550
Houston, TX 77010
PH:   (713) 222-3800
FAX:  (713) 222-3850
Email: jitkin@arnolditkin.com

**ATTORNEY FOR CLAIMANTS**

---

[1] *See* Ex. A - List of Claimants.

1

**OF COUNSEL:**
Kurt B. Arnold
Texas State Bar No. 24036150
SDTX #: 36185
Noah M. Wexler
Texas State Bar No. 24060816
SDTX #: 916478
ARNOLD & ITKIN LLP
1401 McKinney Street, Suite 2550
Houston, TX 77010
PH:    (713) 222-3800
FAX:  (713) 222-3850
Email: karnold@arnolditkin.com
Email: nwexler@arnolditkin.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on September 7, 2012.

/s/ Jason A. Itkin
_____
Jason A. Itkin

2