## EXHIBIT A

| Claimant Name | Address | Claimant Phone # |
|---|---|---|
| 2410 Net Works, Inc. | Leonor Tower, President<br><br>P.O. Box 625<br><br>Port Isabel, TX  78578 | |
| 3rd Coast Sport Fishing | | |
| 4M and J Management LLC dba Instant Replay Sports Bar and Grill | 12457 Legacy Hills Dr.<br><br>Geismar, LA  70734 | 2252057782 |
| A.V. Cheng L.P | 4820 Washington Ave.<br><br>Houston, TX  77007 | |
| Abrego Sandblast & Paint Company | 2380 Everglades Brownsville, TX  78521 | |
| Abrego, Mr. Francisco d/b/a Alpasito, Inc. | 2380 Everglades Brownsville, TX  78521 | |
| Aguilar, Felix Cedillo | 438 W. Jefferson St., # 7324<br><br>Port Isabel, TX  78578 | 9564331261 |
| Aguillard, Mr. Jason | 40 Shearwater<br><br>La Place, LA  70068 | 2252792585 |
| Ahumada, Jr., Mr. Benito Escobedo | 2944 Bertha Ave.<br><br>Brownsville, TX  78521 | 9565446795 |
| Alas, Mr. Eduardo | 1712 N. Indiana Ave.<br><br>Brownsville, TX  78521 | 9566390889 |
| Alonso, Mr. Roman Lopez | 1338 West Highway100<br><br>Laguna Seca Park | 9569431749 |

| | | |
|---|---|---|
| | Laguna Vista, TX  78578 | |
| Alpasito, Inc. | 2380 Everglades Brownsville, TX  78521 | |
| Andelin, Mr. Daniel d/b/a Legacy Trail Bike Shop | 5330 Montego Port Charlotte, FL  33981 | |
| Annie Thornton, Inc. | 308 Timber Creek Drive Lake Jackson, TX  77566 | |
| Arcadia Seafood, Inc. | | |
| Arias, Mr. Jack | 1201 S. Ocean Drive, #2006-South Hollywood, FL  33019 | 9549209530 |
| Arturo Hernandez d/b/a Hernandez Diesel Service | 438 W. Jefferson St. #7324 Port Isabel, TX  78578 | |
| Ayers, Ms. Elizabeth | 1732 FM 36 North Farmersville, TX  75442 | 4692462050 |
| Aymond, Ms. Pamela | 1302 Hwy 1207 Deville, LA  71328 | 3187878999 |
| Baitme Fishing Charters | | |
| Baker, Mr. Thomas | Auto Transport of Naples 5643 Taylor Rd Naples, FL  34109 | 2397771376 |
| Barbara Brooks Inc. | 308 Timber Creek Drive Lake Jackson, TX  77566 | |
| Bautista Corp. | Juan Bautista, Owner 2380 Everglades | |

| | Brownsville, TX  78521 | |
|---|---|---|
| Bea's Corp. | 2380 Everglades Brownsville, TX  78521 | |
| Beau Ridge LLC | 1201 S. Ocean Drive, #2006-South<br><br>Hollywood, FL  33019 | 9549209530 |
| Beck, Mr. Derry | 1800 Hunters Dell Ct<br><br>Blue Springs, MO  64014 | 8162295560 |
| Bell, Mr. Donald | 705 Harris Ave.<br><br>Kemah, TX  77565 | 8173064410 |
| Belton, Mr. Brian | Brian Belton, Inc.<br><br>2051 255th St<br><br>Lomita, CA  90717 | 3107660738 |
| Bennett, Mr. Anthony | (Address Added 3.26.2012)<br><br>865 Doucette<br><br>Beaumont, TX  77701 | |
| Berger, Ms. Merlin | 337 Willowdale Dr.<br><br>Gray, LA  70359 | 9854144733 |
| Bernard, Mr. Darren | 1020 Roosevelt Brown<br><br>Breaux Bridge, LA  70517 | 3376676069 |
| Berryman, Mr. John | 48 Tall Oaks<br><br>Huffman, TX  77336 | 2818402814 |
| Beth Lomonte, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Black Gold Exploration, LLC | | |

| | | |
|---|---|---|
| Black, Capt. Fredrick Lee | 10130 West Halloway Path<br>Crystal River, FL  34429 | 3522203719 |
| Blanco, Mr. Rogelio | 2504 Harrison<br>Brownsville, TX  78520 | |
| Bloomfield, Mr. Errol | 618 Duke Street<br>Morgan City, LA  70380 | 9853843684 |
| Bogden, Ms. Sandra | 7000 Beach Plaza #805<br>Saint Pete Beach, FL  33706 | 7273748743 |
| Bonnet, Mr. Gregory | 302 Thompson Loop<br>Lafayette, LA  70506 | 3379919029 |
| Booth, Mr. Douglas | 3334 Smith Sims Rd.<br>Trussville, AL  35173 | 2053321102 |
| Booty, Ms. Angela | 1205 Oriole Lane<br>Ball, LA  71405 | 3188804515 |
| Boston, Mr. Greg | 7375 Lawn View Dr.<br>Williamsville, IL  62693 | 2176299020 |
| Boudreaux Shrimp Company, Inc. | P.O. Box 518<br>Port Isabel, TX  78578 | 9565428393 |
| Boyd, Mr. Mark C. | 608 Daniels St.<br>Baker, LA  70714 | 2257757826 |
| Brand, Mr. Gary | 2006 Genesee St. #4<br>Houston, TX  77006 | 7139422083 |
| Brannen, Mr. Larry | 439 Hwy 90 | |

| | | |
|---|---|---|
| | Liberty, TX  77575 | |
| Brooks, Mr. Timothy | 5805 Amity Springs Dr.<br><br>Charlotte, NC  28212 | 7042419127 |
| Brooks, Ms. Jan | Caney Creek Marina<br><br>1052 CR 201<br><br>Sargent, TX  77414 | 9792453691 |
| Broughton, Mr. Kelvin | K-Broughton Trucking<br><br>P.O. Box 1675<br><br>Monroeville, AL  36461 | 2517144010 |
| Broussard, Ms. Margo | 1015 Oakdale street<br><br>Franklin, LA  70538 | 3378291089 |
| Brown, Mr. Billy K. | New Life Cuisine<br><br>4986 Dockside Drive<br><br>Orlando, FL  32822 | 4072437448 |
| Brown, Mr. Michael | 1040 Cedar Dr.<br><br>Tunica, MS  38676 | 2283275307 |
| Browne, Mr. Nicholai | 5110 Azalea Trace Dr #1308<br><br>Houston, TX  77066 | 2816696350 |
| Bruce, Mr. Michael | 609 Allen Ave.<br><br>Panama City, FL  32401 | 0000000000 |
| Bryan, Mr. Scott | 620 Neil Road<br><br>Westlake, LA  70669 | 3372441660 |

| | | |
|---|---|---|
| Buccaneer Shrimp Corporation | Leonor Tower, President<br><br>P.O. Box 686<br><br>Port Isabel, TX  78578 | 9569431937 |
| Bueno, Mr. Bernardo | 443 E. Fronton St.<br><br>Brownsville, TX  78521 | 9565247791 |
| Building Supply House | | |
| Bullock, Mr. Jerry D. | 1019 Noah Trail NW<br><br>Brookhaven, MS  39601 | 6016954618 |
| Butler, Mr. Kirk | 370 Tiffany Cir Apt. 370<br><br>Terrell, TX  75160 | 9728328472 |
| C & J Bait, Inc. | | |
| Cabal, Mr. Angel | 45097 Fourth Ave<br><br>Callahan, FL  32011 | 2515546814 |
| Cabrales, Mr. Richard A. | 707 Johnson Ave.<br><br>Palacios, TX  77465 | 3614034574 |
| Cain, Sr., Mr. Demetrius | 3300 North Pace Blvd Suite 100<br><br>Pensacola, FL  32505 | 8504548776 |
| Calcam Services, LLC | | |
| Calhoun, Miss Kimberly | 8100 Seawall Blvd., Apt 367<br><br>Galveston, TX  77551 | 4093927958 |
| Campbell, Mr. Jimmy Ray | | 4792143458 |
| Caney Creek Marina | Jan Brooks, Owner<br><br>1052 CR 201 | |

| | | |
|---|---|---|
| | Bay City, TX  77414 | |
| Cantor, Ms. Crystal | 1545 S. Belcher Road<br><br>Clearwater, FL  33764 | |
| Cantu, Capt. Santiago | 422 W. Madison Street<br><br>Port Isabel, TX  78578 | 9562993254 |
| Cantu, Jr., Mr. Carlos | P.O. Box 881<br><br>Port Isabel, TX  78578 | 9569431477 |
| Cantu, Mr. Jesus Camacho | P.O. Box 881<br><br>Port Isabel, TX  78578 | 9569431477 |
| Cantu, Mr. Leon Alonzo | 12842 Susanna Ln.<br><br>Houston, TX  77072 | 3614041403 |
| Capt. GDA, Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| Capt. JDL, Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| Capt. Walley, Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| Capt. Wally Marine | 815 Ave O<br><br>San Leon, TX  77539 | 2813391233 |
| Captain Marks Seafood Market | | |
| Cardenas Tapia, Mr. Nicolas | 717 Randle Street<br><br>Port Lavaca, TX  77979 | |
| Cardenas, Mr. Pedro | 1128 Sandy Lane | 9568319611 |

| | Brownsville, TX  78521 | |
| | Dolby Linwood, President | |
| | 1995 Cajun Court | |
| Cardenas, Mr. Pedro | Brownsville, TX  78521 | 9568312425 |
| | 2622 Delia Ave | |
| Cardiel, Mr. Ruben D. | Brownsville, TX  78521 | 0000000000 |
| | 44 Berwick Cir. #4 | |
| Carmouche, Darbie | Shalimar, FL  32579 | 8502595878 |
| | 2790 Country Club | |
| Carr, Mr. David | Searcy, AR  72143 | 5012789974 |
| | 10860 County Rd. 24 | |
| Cary, Ms. Beverly Lynne | Fairhope, AL  36532 | 2519292114 |
| | 550 Ave A | |
| Casariego, Mr. Oscar | Key Largo, FL  33037 | 3053457291 |
| | P.O. Box 688 | |
| Castillo, Mr. Joaquin Martinez | Port Lavaca, TX  77979 | 9565219549 |
| | P.O. Box 1915 | |
| Castro, Mr. Jose E. | Port Isabel, TX  78578 | 9569083444 |
| | 17718 Cypress Laurel St. | |
| Catanese, Mr. William | Houston, TX  77095 | 2813452958 |
| | 552 E. Adams | |
| Cazares, Mr. David Rey | Brownsville, TX  78521 | 9565240540 |
| Cedillo, Mr. Eleuterio | 6215 Santa Rosa Drive | 9566401652 |

|  | Brownsville, TX  78521 |  |
|---|---|---|
| Cerda, Mr. Jose | PO Box 742<br><br>Port Isabel, TX  78578 | 9564337376 |
| Cervantes, Mr. Jose G. | 2109 Mary Ann Dr. Lot 3A.<br><br>Meraux, LA  70075 | 9857225738 |
| Chaney, Mr. Willie | 115 Domino Drive<br><br>Patterson, LA  70392 | 9854126660 |
| Chaney, Sr., Mr. John | 3079 County Rd 209 Riverside<br><br>Green Cove Springs, FL  32043 | 9042840145 |
| Charlotte Maier, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 |  |
| Chavez, Mr. Juan C. | 400 Morton #3<br><br>Palacios, TX  77465 | 3619720738 |
| Chavez, Mr. Simon | 913 Moore Ave.<br><br>Palacios, TX  77465 | 3613080142 |
| Che, Mr. Armando | 515 Henderson Street, # 7<br><br>Palacios, TX  77465 | 3615549537 |
| Chenoweth, Mr. Joseph | 44 Vimy Ct<br><br>Baltimore, MD  21220 | 4436530761 |
| Clancy, Mr. John | Villas at the Promenade, LLC<br><br>11 Commerce Dr.<br><br>Cranford, NJ  07016 | 9143299809 |

| | | |
|---|---|---|
| Clark, Capt. Raymond | Third Coast Sportsfishing, Inc.<br><br>2101 CR 36<br><br>Angleton, TX  77515 | 2815953446 |
| Clark, Dr. Kevin | 173 Cross Creek Dr.<br><br>Madison, MS  39110 | 6017904017 |
| Coastwide Construction | | |
| Cocchi, Mr. Jason | 5894 Cedar Tree Ln<br><br>Naples, FL  34104 | 2392077657 |
| Collins, Mr. Michael T. | Your Neighborhood Magazine<br><br>11329 Clayridge Drive<br><br>Tampa, FL  33635 | 8137600306 |
| Connally, Mr. Charles | P.O. Box 50835<br><br>Fort Myers, FL  33994 | 9418964073 |
| Contero, Mr. Jorge | 711 East 28th<br><br>Houston, TX  77009 | 7135506097 |
| Conway, Mr. Leo | 5307 Rebel Ridge Drive<br><br>Sugar Land, TX  77478 | 8322766458 |
| Cook, Mr. Jesse | 118 Otter Lake Rd.<br><br>Panacea, FL  32346 | 8502742907 |
| Coop Marine Railways, LLC | 2380 Everglades Brownsville, TX  78521 | |
| Corliss, Mr. Roger | 209 Unity Street Apt. B<br><br>Bellingham, WA  98225 | 7273917961 |
| Coronado, Mr. Francisco Medrano | 1017 10 East Street | 0000000000 |

| | Brownsville, TX  78520 | |
|---|---|---|
| Cowan, Mr. Calvin | 3740 Seleste Dr.<br><br>Mobile, AL  36618 | 2516451814 |
| Crumpton, Jr., Mr. Raymond L. | P.O. Box 893<br><br>Leakesville, MS  39451 | 2283231979 |
| Cuevas, Mr. Brett D. | 3133 Constance Street<br><br>New Orleans, LA  70115 | 5043099628 |
| Daigle, Mr. Gabriel Arthur | 766 Lakeland Dr.<br><br>Baton Rouge, LA  70802 | 2252476231 |
| Daniels, Mr. Warren | 2303 Neyrey Dr<br><br>Metairie, LA  70001 | 5049823136 |
| Daniels, Ms. Melinda | Ezekiel Bread, LLC<br><br>25313 Frank Stevens Road<br><br>Pass Christian, MS  39571 | 2283264491 |
| Danton's Gulf Coast Seafood Kitchen | 4611 Montrose A100 Houston, TX 77006 | 7138078883 |
| Davis, Mr. Joshua B. | 1245 Crestview<br><br>Vidor, TX  77662 | 4094541794 |
| Davis, Ms. Trina | 112 Texas Southern Dr.<br><br>Crosby, TX  77532 | 8323716027 |
| Day, Mr. Worth | 27 S. Noble Rd.<br><br>Texas City, TX  77591 | 4099352028 |
| Debrow, Mr. John | 15760 Lakeway | 7138941739 |

| | Willis, TX  77318 | |
|---|---|---|
| Deepwater Structures, Inc. | | |
| Demps, Ms. Pamela | 1613 Lucile St<br><br>Huntsville, AL  35816 | 7274819614 |
| DeRoche, Mr. Reed | 5225 Bayouside Dr<br><br>Chauvin, LA  70344 | 9858555927 |
| DG & RC Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| Diaz, Mr. Antonio David | 474 Willow Ln., #1<br><br>Brownsville, TX  78521 | 9569099129 |
| Dixon, Mr. Ray O. | 2248 Autum Sage Drive<br><br>Brownsville, TX  78526 | 9563127093 |
| Dominguez, Jr., Capt. Leonardo | 3752 Cattadori St.<br><br>Brownsville, TX  78520 | 0000000000 |
| Donald Bell Wedling Services | | |
| Donoso, Mr. Washington | 176 Pinewood Cir<br><br>Kissimmee, FL  34743 | 4079141730 |
| Doran, Capt. Thomas  E. | 2353 Murphy Road<br><br>Aransas Pass, TX  78336 | 3617581377 |
| Dos Caballeros, Inc. | Garcia Bookkeeping Service<br><br>2380 Everglades<br><br>Brownsville, TX  78521 | |
| Dos Caballeros, Inc. | Raul Garcia, Owner | |

| | | |
|---|---|---|
| | 2380 Everglades<br><br>Brownsville, TX  78521 | |
| Drilling Risk Management, Inc. | Drilling Risk Management, Inc.<br><br>161 Ranch Road<br><br>Boerne, TX  78015 | |
| Duff, Mr. Billy | P.O. Box 125<br><br>Liberty, TX  77575 | 9363461162 |
| Duff, Mr. Jerry | Jerry Duff, Co-Owner<br><br>P.O. Box 2063<br><br>Liberty, TX  77575 | |
| Duff, Mr. Jerry | P.O. Box 2063<br><br>Liberty, TX  77575 | 9363461126 |
| Duff, Mr. Jerry | South Liberty Seafood<br><br>P.O. Box 2063<br><br>Liberty, TX  77575 | |
| Duff, Mrs. Mary | P.O. Box 125<br><br>Liberty, TX  77575 | 9363461162 |
| Dunn, Ms. Michelle | 14711 Windlea Ln<br><br>Houston, TX  77040 | 7138968086 |
| Duty, Ms. James | 1317 N T Street<br><br>Pensacola, FL  32505 | 8502323496 |
| DVPJ, LP d/b/a Cafe Bello | Mr. Tony Vallone | |

| | 3755 Richmond Avenue<br><br>Houston, TX  77046 | |
|---|---|---|
| Dyess, Mr. Chris | 4902 Yacht Harbor Circle<br><br>Pensacola, FL  32514 | 8509347760 |
| Ecco Solutions d/b/a Ecco Fish USA | 1301 NW 89th Court #200<br><br>Miami, FL  33172 | |
| Edwards, Sr., Mr. David L. | 22 Swain Ct.<br><br>Covington, KY  41011 | 8596403124 |
| Eggert, Mr. Anthony | 6407 Menwood Circle<br><br>Houston, TX  77088 | |
| Ellis, Mr. David D. | 5238 Ridgeline<br><br>Brownsville, TX  78526 | 9562043471 |
| Ellzey, Mr. Kenneth E. | P.O. Box 628<br><br>Belton, SC  29627 | 8646177544 |
| Elmira Pflueckhahn, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Escobedo, Jr., Mr. Gilberto | 1005 W. Fronton<br><br>Brownsville, TX  78520 | 9566405100 |
| Escobedo, Sr., Mr. Gilberto | 145 Calle Reyna<br><br>Brownsville, TX  78520 | 9565740873 |
| Esquivel, Capt. Juan | 3053  Huntington Ct.<br><br>Brownsville, TX  78526 | 9563724941 |
| Estaban, Mr. Raciel | 200 Gloria St. | 9564664784 |

| | | |
|---|---|---|
| | Brownsville, TX  78521 | |
| Evans, Mr. Jarrett | 1014 Narrow Street<br><br>Thibodaux, LA  70301 | 9852770145 |
| Evans, Ms. Kelly | P.O. Box 251<br><br>Purcell, OK  73080 | |
| Ewald, Mr. Jeffery | 4890 Streamside Drive<br><br>Alpharetta, GA  30022 | 7706637572 |
| Ezekiel Bread, LLC | Melinda Daniels, Owner<br><br>2310 29th St., Unit A<br><br>Gulfport, MS  39501 | |
| Fabre Engineering, Inc. | 2352 Arriveste Way<br><br>Pensacola, FL  32504 | |
| Farmer, Mr. Rodney | 9706 E. Miller St.<br><br>Selma, IN  47383 | 8507748300 |
| Fial, Ms. Lee Ann | 228 Pine Ridge Drive<br><br>Waveland, MS  39576 | 2284674446 |
| Field, Mr. Marlon | 12457 Legacy Hills Dr.<br><br>Geismar, LA  70734 | 2252057782 |
| Field, Mrs. Januata L. | 12457 Legacy Hills Dr.<br><br>Geismar, LA  70734 | 2252057782 |
| Fine Shrimp Company, Inc. | Fine Shrimp Co., Inc.<br><br>P.O. Box 686 | 9569432643 |

|  | Port Isabel, TX  78578 |  |
|---|---|---|
| Flores, Mr. Armando | P.O. Box 254<br><br>Port Isabel, TX  78578 | 9565218564 |
| Flores, Mr. Elidio Zaleta | 6582 Pierre Ave<br><br>Brownsville, TX  78521 | 9048660974 |
| Fontenette, Mr. Ira | 3361 Winnebago St.<br><br>Baton Rouge, LA  70805 | 5042899532 |
| Forster, Ms. Arlene | Madeira Vista Condominiums Unit 607<br><br>12533 Woodgreen St.<br><br>Los Angeles, CA  90066 | 3103978448 |
| Forth, Mr. Derrick | Bait Me Fishing Charters<br><br>320 NW 97 Ave.<br><br>Plantation, FL  33324 | 9543940080 |
| Freeport Diesel, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 |  |
| Freeport Diesel, Inc. | Wright Gore<br><br>304 Timber Creek Dr.<br><br>Lake Jackson, TX  77566 |  |
| French, Mr. Pete | 2319 9th Street<br><br>Pascagoula, MS  39567 | 2283724476 |
| Frenger, Mr. Anthony | 30318 Lantern Ln.<br><br>Elkhart, IN  46514 | 5042984563 |

| | | |
|---|---|---|
| Friudenberg, Mr. Mark | Captain Mark's Seafood<br><br>P.O. Box 2793<br><br>Freeport, TX  77541 | 9794821420 |
| Frye, Mr. Micheal | 1103 Lafargue<br><br>Sulphur, LA  70663 | 3375275111 |
| Fuentes, Mr. Raul G. | 207 Harrison St.<br><br>Port Isabel, TX  78578 | 9564335341 |
| Fulmer, Mr. Anthony | 23805 Old Foley Road<br><br>Elberta, AL  36530 | 2512698773 |
| Gallardo, Mr. Manuel | P.O. Box 1359<br><br>Port Isabel, TX  78578 | 0000000000 |
| Garcia Bookkeeping Service | Raul L. Garcia, Owner<br><br>2380 Everglades<br><br>Brownsville, TX  78521 | |
| Garcia, Mr. Felix | P.O. Box 1702<br><br>Port Isabel, TX  78578 | |
| Garcia, Mr. Ramiro Lopez | P.O. Box 333<br><br>Brownsville, TX  78520 | |
| Garcia, Mr. Raul | Garcia Bookkeeping Service<br><br>2380 Everglades<br><br>Brownsville, TX  78521 | |
| Garcia, Mr. Victor Reyes | 1117 Trout | 9565218196 |

|  |  |  |
|---|---|---|
|  | Port Isabel, TX  78578 |  |
| Garcia, Sr., Mr. Eddie | Laguna Seca Park, #11<br><br>1338 West Highway 100<br><br>Laguna Vista, TX  78578 | 9569431177 |
| Garcia, Sr., Ruben | 3435 E 29th St.<br><br>Brownsville, TX  78521 | 9565904091 |
| Garnica, Mr. Luis A. | Leonor Tower, President<br><br>P.O. Box 686<br><br>Port Isabel, TX  78578 | 9569431937 |
| Garnica, Mr. Luis A. | P.O. Box 686<br><br>Port Isabel, TX  78578 | 9569431937 |
| Garraway, Mr. Vibert | 8131 Kimberlin Dr. South<br><br>Mobile, AL  36695 | 2516487920 |
| Garza, Mr. Francisco | 1929 La Posada<br><br>Brownsville, TX  78521 | 9565424471 |
| Garza, Mr. Gilberto | P.O. Box 1184<br><br>Port Isabel, TX  78578 | 9563725005 |
| Garza, Mr. Jose M. | 3163 Alameda Drive<br><br>Brownsville, TX  78520 | 9565540206 |
| Garza, Mr. Michael | 6529 Westview<br><br>Houston, TX  77055 | 8323586398 |
| Gasca, Capt. Jose L. | 1738 Villanova | 9569823974 |

| | | |
|---|---|---|
| | Brownsville, TX  78520 | |
| Ghio, Ms. Elizabeth | InfoFax Investigative & 3139 W. Holcombe Blvd. Ste. 200 Houston, TX  77025 | |
| Gibbs, Ms. Michele | 12002 Highland Avenue #A Gulfport, MS  39503 | 2286972679 |
| Gieder, Mr. John | Integrity Automotive Services 8954 Eastman Dr. Tampa, FL  33626 | 8138929088 |
| Gil, Mr. Roberto E. | 76208 Sun Ray Dr. Denton, TX  76208 | 9403811527 |
| Glankler, Mr. Chris | 3406 Shadow Bluff Ct. Houston, TX  77082 | 7137052350 |
| Godfrey, Mr. Roger J. | 13826 Walnut Hollow Lane Houston, TX  77082 | 2817411540 |
| Gomez, Jr., Mr. Fausto | 116 1/2 E. Adams St. Brownsville, TX  78520 | 8681963581 |
| Gonzalez, Mr. Anthony | 1010 Lucas St. Palacios, TX  77465 | 3619721311 |
| Gonzalez, Mr. Carlos Molina | P.O. Box 729 Port Isabel, TX  78578 | 9563120773 |
| Goodman, Mr. Monroe | 4494 Ector | 4095508976 |

| | Beaumont, TX  77705 | |
|---|---|---|
| Gore Family Limited Partnership | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Gore, Jr., Mr. Wright | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Gore, Mr. Raymond | 118 Seguoia<br><br>Lake Jackson, TX  77566 | |
| Greenstar Corp. | | |
| Grey Goose Services, Inc. | | |
| Griggs, Jr., Mr. Odell | 2214 Macgregor Way, Apt # Ga1<br><br>Houston, TX  77004 | 8323642168 |
| Grinier, Mr. Ernest R. | 31792 Bowie Park<br><br>San Benito, TX  78586 | 9567423096 |
| Grinstead, Mr. Brian | 2320 Barracks Street<br><br>New Orleans, LA  70119 | 5042021848 |
| Groomer Seafood, Inc. | 9801 McCullough<br><br>San Antonio, TX  78216 | |
| Group 1 Automotive, Inc. | Group 1 Automotive, Inc.<br><br>800 Gessner, Ste. 500<br><br>Houston, TX  77024 | |
| Grzegorczyk, Mr. Henry | 16 Cedar Street<br><br>Selden, NY  11784 | 6316987640 |
| Guajardo, Mr. Encarnation | P.O. Box 710 | 3615523669 |

| | Port Lavaca, TX  77979 | |
| --- | --- | --- |
| Guajardo, Mr. Jeffrey | 1415A Palo Blanco<br><br>Laguna Vista, TX  78578 | 9562937956 |
| Guajardo, Mr. Julio | P.O. Box 801<br><br>Port Isabel, TX  78578 | 2109096791 |
| Guidry, Mr. Craig | 250 Racetrack Ln.<br><br>Rayne, LA  70578 | 3374530363 |
| Guillot, Mr. Adam | 7690 Garden Grove<br><br>Theodore, AL  3658236582 | 2512817710 |
| Gulf Coast Crew Boats LLP | Brenda Bailey<br><br>P.O. Box 3887<br><br>South Padre Island, TX  78597 | |
| Gulf One, Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| Gutierez, Mr. Jose Diego | 1008 Rorem<br><br>Palacios, TX  77465 | 3615485083 |
| Gutierrez, Mr. Eloy | 2344 Los Ebanos, Apt. 1<br><br>Brownsville, TX  78521 | 9563127326 |
| Guzman, Jr., Mr. Felix | P.O. Box 41<br><br>Port Isabel, TX  78578 | 9562990780 |
| H.Y. Cheng Corporation | 4820 Washington Ave.<br><br>Houston, TX  77007 | |
| Haan, Mr. Darryl | 6421 Finance Ave. | 7278563038 |

| | | |
|---|---|---|
| | Weeki Wachee, FL  34607 | |
| Hall, Mr. Randle | Geaux Deep Offshore<br><br>782 West Harris<br><br>Raymondville, TX  78580 | 9566891911 |
| Hall, Ms. Marie | 5070 Florentine Ct.<br><br>Spring Hill, FL  34608 | 3528353199 |
| Hamblin, Mr. David Wayne | PO Box 1107<br><br>Port Isabel, TX  78578 | 9564655296 |
| Hamilton, Mr. Aaron | 12580 Piping Rock Dr. Apt. 55<br><br>Houston, TX  77077 | 2814960428 |
| Handsome Sailor Beach Club and Marina | | |
| Harbor Vista Properties | | |
| Harden, Mr. William | 2050 NW 66th Apt. 201<br><br>Miami, FL  33147 | 9125019437 |
| Harrington Seafoods, Inc. | Iris Harrington, President<br><br>412 N. Minnesota Ave.<br><br>Brownsville, TX  78521 | |
| Harris, Ms. Tori | 3320 Timberlane Way #136<br><br>Harvey, LA  70058 | 5043398674 |
| Hauter, Mr. Joseph | Joe Rugs Water Adventures<br><br>6001 France Rd.<br><br>New Orleans, LA  70126 | |

| | | |
|---|---|---|
| Hayes, Mr. Michael | 6232 Spanish Trail Drive<br><br>Apt 34<br><br>Theodore, AL  36582 | |
| Heath, Mr. Kristopher | 7448 East 1st Street<br><br>Tulsa, OK  74112 | 9366729057 |
| Helen Kay, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Helen Kay, Inc. | Wright Gore, Jr.<br><br>304 Timber Creek Dr.<br><br>Lake Jackson, TX  77566 | |
| Henry, Mr. George | 103 Magnolia St.<br><br>Warwick, GA  31796 | 2292724774 |
| Hernaez, Mr. Ben | 2404 Monaco Drive<br><br>Cedar Park, TX  78613 | 8054511141 |
| Hernandez, Mr. Eleazar | 116 Buchanan St.<br><br>Laguna Vista, TX  78578 | 6099425356 |
| Hernandez, Mr. Ernest | 3301 Lynnwood Rd<br><br>Corpus Christi, TX  78415 | 5049053322 |
| Hernandez, Mr. Gustavo | P.O. Box 67<br><br>Port Isabel, TX  78578 | 9569434209 |
| Hernandez, Mr. Ruben | 237 North Drive<br><br>Brownsville, TX  78520 | 9565442698 |

| | | |
|---|---|---|
| Herrera, Mr. Jose A. | 8026 Tevenor<br><br>Houston, TX  77075 | 3619207715 |
| Herrera, Mr. Teodulo | 2103 Leon<br><br>Port Lavaca, TX  77979 | 3612208598 |
| Hinds & Kerschner Construction, LLC | | |
| Hinds, Mr. Michael Scott | Hinds & Kerschner Construction LLC<br><br>311 Mirabelle Drive<br><br>Pensacola, FL  32514 | 3112697886 |
| Hodges, Mr. Gus | Mayflower Seafood Restaurant<br><br>4001 Nathaniel Pl. Ct.<br><br>Winston Salem, NC  27106 | 3367822594 |
| Holtrey, Mr. George | 20158 Holland Ave<br><br>Port Charlotte, FL  33952 | 9419797573 |
| Hooker, Ms. Terry | Magical Moment Weddings<br><br>3113 42nd St. West<br><br>Lehigh Acres, FL  33971 | 2393697797 |
| Hooker, Ms. Terry | Terry Hooker<br><br>3113 42nd St. West<br><br>Lehigh Acres, FL  33971 | |
| Hopkins, Capt. Jon | 1306 Dexter Ave.<br><br>Pensacola, FL  32507 | 8502552004 |
| Howard, Mr. Thomas J. | 87 Wayne Purdue Rd. | 6016061970 |

|  | Poplarville, MS  39470 |  |
|---|---|---|
| Hubbard, Mr. John | 213 Magnolia Ave.<br><br>La Place, LA  70068 | 9852248449 |
| Hudson, Mr. Brandon | 2243 Hwy 44<br><br>Columbia, MS  39429 | 6017319536 |
| Huff, Mr. Samuel Luis | 501 Henderson #23<br><br>Palacios, TX  77465 | 3619720379 |
| Huff, Mr. Will M. | 609 St. Joseph St<br><br>Lafayette, LA  70506 | 3373153581 |
| Huffman Shopping Center, Inc. |  |  |
| Humphrey, Mr. Timothy | 1307 Crystal Pass<br><br>Allen, TX  75002 | 9724229171 |
| Hurt, Mr. Jerry Lee | 3442 Silvercedar Pl. NE<br><br>Salem, OR  97305 | 4095044463 |
| Husain, Mr. Syed Khalid | Mike Husain, President<br><br>24501 FM 2100<br><br>Huffman, TX  77336 |  |
| Ibanez, Mr. Gonzalo Reyes | 1117 Trout<br><br>Port Isabel, TX  78578 | 9569084551 |
| IBC, LGC | Ismael Cepeda, Owner<br><br>2380 Everglades<br><br>Brownsville, TX  78521 |  |
| Independent Fish Company, Inc. | Jack G. Carinhas, Jr., President |  |

| | | |
|---|---|---|
| | 302 Kings Highway, Suite 109 Brownsville, TX  78521 | |
| Isabel Maier, Inc. | 308 Timber Creek Drive Lake Jackson, TX  77566 | |
| Ives Realty, Inc. | | |
| J & C Reds, Inc. | Jimmy Cantu, Owner 2380 Everglades Brownsville, TX  78521 | |
| J&J Custom Tile | | |
| J3DE, LP d/b/a Ciao Bello | Mr. Tony Vallone 5161 San Felipe Houston, TX  77056 | |
| Jackson, Mr. Cardell | 2740 County Farm Road Liberty, MS  39645 | 6013410778 |
| Jackson, Mr. Gregory | 2092 Lincolnshire Dr. Marrero, LA  70072 | 5043419395 |
| Jemison, Mr. Vincent | 1647 Success Street Baton Rouge, LA  70807 | 2253033658 |
| Jimenez, Mr. Hector | 8711 Maplecrest Drive Houston, TX  77099 | 2819338469 |
| Jimenez, Mr. Jose Damian | P.O. Box 465 Palacios, TX  77465 | 3616491262 |

| | | |
|---|---|---|
| Johnson, Mr. David L. | 7730 Alli Drive<br><br>Maurice, LA  70555 | 3378042401 |
| Johnson, Mr. Dwight | 1475 S. Lafayette Street<br><br>Denver, CO  80210 | 3027779486 |
| Johnson, Mr. James | 8917 South Old State Road<br><br>Lewis Center, OH  43035 | 6147432166 |
| Johnson, Mrs. Rebecca | Fulton Beach Marina<br><br>P.O. Box 922<br><br>Fulton, TX  78358 | 3617905490 |
| Johnston, Mr. Charles | 16030 Mary Ann Ln<br><br>Cypress, TX  77429 | 8328684735 |
| Jones, Mr. Alfred B. | 22947 Fleeta Rd.<br><br>Opp, AL  36467 | 3348041378 |
| Jones, Mr. Edward | 322 E. Cottonwood Rd.<br><br>Dothan, AL  36301 | 3348054904 |
| Justice, Mr. Van S. | P.O. Box 729<br><br>Port Isabel, TX  78578 | 9569435601 |
| Kaliviotis, Ms. Penelope | Skippers Seafood<br><br>4912 Knob View Ct<br><br>Winston Salem, NC  27104 | 3367655247 |
| Kehoe, Mr. Casey | 1856 Lucretia Avenue<br><br>Los Angeles, CA  90026 | 2134006874 |

| | | |
|---|---|---|
| Kerschner, Mr. Scott | 625 Rosevelt<br><br>Bridgeport, IL  62417 | 5048960264 |
| Kidder, Mr. Mark | AJC Transmission Parts LLC<br><br>901 North East Ave.<br><br>Panama City, FL  32401 | 8505221992 |
| Kincade, Mr. Edward | 957 Nasa Rd 1 # 146<br><br>Houston, TX  77058 | 2817731259 |
| Knight, Mr. Henry Jay | 2909 Ave E<br><br>Holmes Beach, FL  34217 | 9414057442 |
| Knox, Mr. Winthrop | 41 Dayton Street<br><br>Danvers, MA  01923 | 9787678711 |
| L & O Trawlers, Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| L & O Trawlers, Inc. | Dolby Linwood, President<br><br>1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568312425 |
| L & S Fish, Inc. | L & S Fish, Inc.<br><br>917 United St.<br><br>Key West, FL  33040 | 3057975247 |
| Ladnier, Mr. Scottie | 4703 Bel Meade<br><br>Pascagoula, MS  39581 | |
| Lagarde, Mr. Christian | Building Supply House | 9855027714 |

| | | |
|---|---|---|
| | 2257 Relacher Dr. | |
| | Mandeville, LA  70448 | |
| | Beaux Hawg BBQ and Catering, LLC | |
| | 10500 W 148Th St | |
| Landry, Mr. Brian | Overland Park, KS  66221 | 9132214453 |
| | 2110 2nd Ave. East | |
| Lawrence, Mr. Henry | Palmetto, FL  34221 | 9413065893 |
| | 5707 White Clover Drive | |
| Le, Mr. Dung | Richmond, TX  77469 | 8325952189 |
| | 4310 Argonne Street | |
| Le, Mr. Huy | Denver, CO  80249 | 8325952189 |
| | 5707 White Cloves Drive | |
| Le, Mr. Quoc | Richmond, TX  77469 | 8322874819 |
| | 3852 N. Deerwood Dr. | |
| Lecompte, Mr. Steven | Harvey, LA  70058 | 5043190735 |
| | Laguna Seca Park, #17 | |
| | 1338 West Highway 100 | |
| Ledezma, Mr. Jose Benitez | Port Isabel, TX  78578 | 9569099468 |
| | 1228 Wakefield Ln | |
| Lee, Jr., Mr. Ricky W. | Pensacola, FL  32514 | 8507767541 |
| | 503 Cannon Rd. | |
| Lee, Mr. John Ken | Victoria, TX  77904 | 3615718884 |

| | | |
|---|---|---|
| Lee, Mr. John V. | 111 Lame Hoss Lane<br><br>Driftwood, TX  78619 | 5124175512 |
| Lee, Mr. Willie G. | 126 Whiting Drive, Lot 29<br><br>Monroeville, AL  36460 | 2517437617 |
| Leon, Sr. Miguel | P.O. Box 410<br><br>Palacios, TX  77465 | 4094977121 |
| Leon, Sra. Sonia | 2178 Captain Basler Ave.<br><br>Brownsville, TX  78520 | 4094977121 |
| Levinson, Mr. William | 1537 SE 12th St.<br><br>Ocala, FL  34471 | 3523620088 |
| Liaskonis, Ms. Cathy N. | 213 Heath Cliff Pl<br><br>Winston Salem, NC  27104 | 3366596438 |
| Lighthouse Docks, Inc. | Jack G. Carinhas, Jr., President<br><br>302 Kings Highway, Suite 109<br><br>Brownsville, TX  78521 | |
| Lighthouse Fisheries, Inc. | Jack G. Carinhas, Jr., President<br><br>302 Kings Highway, Suite 109<br><br>Brownsville, TX  78521 | |
| Lilley, Mr. John | 13920 Fort Lake Rd.<br><br>Grand Bay, AL  36541 | 2518652199 |
| Linarte, Mr. Luis R. | 6926 Laguna de Palmas Dr.<br><br>Brownsville, TX  78521 | 9568385078 |

| | | |
|---|---|---|
| Linda Labin, Inc. | Raul Garcia, Owner<br><br>2380 Everglades<br><br>Brownsville, TX  78521 | |
| Linda Maria Trawlers, Inc. | Raul Garcia, Owner<br><br>2380 Everglades<br><br>Brownsville, TX  78521 | |
| Lindley, Mr. Adam | 25054 Kenneth Ave<br><br>Edwardsburg, MI  49112 | 5745207434 |
| Linwood Trawlers, Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| Linwood, Mr. Dolby | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| Liprie, Mr. Anthony | 1714 Whispering Woods<br><br>Lake Charles, LA  70605 | 3374792226 |
| Longoria, Mr. Fostino | 701 3rd Street<br><br>Palacios, TX  77465 | 3616554050 |
| Longoria, Mr. Mario | 231 Kiwi Lane<br><br>Brownsville, TX  78521 | 9569083141 |
| Longoria, Mr. Victor | 312 Tres Palacios St.<br><br>Palacios, TX  77465 | 3619722323 |
| Longoria, Sr., Mr. Vincent | 312 Tres Palacios Avenue<br><br>Palacios, TX  77465 | 3619722323 |

| | | |
|---|---|---|
| Lopez Palomar, Mr. Arnulfo | 33473 Kendall Lane<br><br>San Benito, TX  78586 | 9562334147 |
| Lopez, Mr. Celestino | 313 10th St.<br><br>Palacios, TX  77465 | 3619725924 |
| Lopez, Mr. Johnny A. | 833 Fulton St.<br><br>New Orleans, LA  70130 | 5045227442 |
| Lopez, Mr. Johnny A. | Johnny A. Lopez, Member<br><br>833 Fulton St.<br><br>New Orleans, LA  70130 | |
| Lopez, Mr. Juan L. | 313 10th St.<br><br>Palacios, TX  77465 | 3614041125 |
| Lopez, Mr. Mario | 313 Tenth St.<br><br>Palacios, TX  77465 | 3619725924 |
| Louis, Mr. Dwayne | 20307 Atascocita Shores Dr.<br><br>Humble, TX  77346 | 8323067665 |
| Loupe, Ms. Penny | P.O. Box 518<br><br>Port Isabel, TX  78578 | 9565428393 |
| Luce, Jr., Mr. Louis | 8849 Asphodel St.<br><br>Denham Springs, LA  70726 | 2254395448 |
| Lumsden, Mr. David | 2001 Mistwood Ct.<br><br>Pearland, TX  77584 | 7132984666 |
| Lydia Shrimp Co. Inc. | P.O. Box 518<br><br>Port Isabel, TX  78578 | 9565428393 |

| | | |
|---|---|---|
| Lynda Riley, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| M&S Reyes Investments, Inc. d/b/a Reyes Seafood Products | Manuel Reyes, President<br><br>P.O. Box 112<br><br>Port Isabel, TX  78578 | |
| M.P. Cheng, LLC | Yun Cheng<br><br>4820 Washington Ave.<br><br>Houston, TX  77007 | 7138612726 |
| Maeroque, Mr. Leon | 1004 8th Street<br><br>Palacios, TX  77465 | |
| Mainus, Ms. Dianna | 507 So Locust<br><br>Sallisaw, OK  74955 | 9187747321 |
| Manteo Shrimp Corporation | Leonor Tower, President<br><br>P.O. Box 625<br><br>Port Isabel, TX  78578 | |
| Marine and Industrial Specialties Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Marino, Mr. Antonio Garcia | 1008 Rorem<br><br>Palacios, TX  77465 | 3616485083 |
| Maritime Marine Radio, Inc. | | |
| Marshall, Mr. Byron | P.O. Box 351<br><br>Franklin, LA  70538 | 9144978245 |

| | | |
|---|---|---|
| Martin, Ms. Reshebi | 3941 Delaware Ave.<br><br>Kenner, LA  70065 | 5044610700 |
| Martinez, Capt. Jose E. | 1192 Palo Blanco Dr.<br><br>Laguna Vista, TX  78578 | 9569091926 |
| Martinez, Mr. Hector Orlando | 204 Rorem Ave.<br><br>Palacios, TX  77465 | 3619725386 |
| Martinez, Mr. Jose G. | 3300 Chaloma Dr.<br><br>Chalmette, LA  70043 | 5077106053 |
| Martinez, Mr. Juan M. | 204 Rorem Ave.<br><br>Palacios, TX  77465 | 3619725386 |
| Martinez, Mr. Olegario | 1145 Bowie Dr.<br><br>Brownsville, TX  78520 | 9565716128 |
| Marvis, Capt. Craig | 71700 Tunis Rd.<br><br>Rancho Mirage, CA  92270 | 7608620036 |
| Mary Kalei Shrimp Co., Inc. | Penny Loupe, Secretary<br><br>P.O. Box 518<br><br>Port Isabel, TX  78578 | |
| Matherne, Mr. Timothy | 291 Leblanc Dr.<br><br>Lockport, LA  70374 | 9855321790 |
| Matus, Mr. Angel V. | 1905 Illinois Ave N<br><br>Brownsville, TX  78521 | |
| May, Mr. Robert P. | HI TECH Energy Systems<br><br>3 Loon Drive | 2077295606 |

| | | |
|---|---|---|
| | Topsham, ME  04086 | |
| May, Ms. Sharon | 4000 Gulf Terrace Drive #1008<br><br>Destin, FL  32541 | 8509749816 |
| Mayard, Mr. Myron | Calcam Services LLC<br><br>P.O. Box 4815<br><br>Lake Charles, LA  70606 | 3375984663 |
| McConnell, Mr. Mitchell | 7461-B Three Notch Rd<br><br>Theodore, AL  36582 | 2516438666 |
| McCorkle, Mr. Charles | 327 Hunungton Circle<br><br>Vidalia, GA  30474 | 9123260243 |
| McDaniel, Ms. Niki | 17424 W. Grand Pkwy #316<br><br>Sugar Land, TX  77479 | 8327251507 |
| McDonald, Mr. Ralph | A1 Pressure Washing Services, LLC<br><br>1404 Avenue A<br><br>Marrero, LA  70072 | 5049128764 |
| Medrano, Mr. Evaristo H. | P.O. Box AH<br><br>Port Isabel, TX  78578 | |
| Medrano, Mr. Francisco | 1017 E. 10th St.<br><br>Brownsville, TX  78520 | 9566404235 |
| Mehrgolshan, Ms. Forough Mogadam | Frough M. Mogadam, Owner<br><br>4014 E. Hwy. 332<br><br>Freeport, TX  77541 | |

| | | |
|---|---|---|
| Mehrgolshan, Ms. Forough Mogadam | Willie Joe's Seafood Restaurant<br><br>1406 Kelliwood Oaks Dr.<br><br>Katy, TX  77450 | 2816476769 |
| Mendoza, Mr. German | 1008 Rorem<br><br>Palacios, TX  77465 | 3616485083 |
| Mendoza, Mr. Mannie | 204 Lousiana<br><br>Jeanerette, LA  70544 | 3373803200 |
| Mequet, Ms. Laurette | 1006 Cotton Gin<br><br>Breaux Bridge, LA  70517 | 3372580699 |
| Metcalf, Ms. Elizabeth | Rock Landing Seafood<br><br>92 Alapaha Ave.<br><br>Panacea, FL  32346 | 8506882000 |
| Mhire, Mr. Dennis | P.O. Box 17170<br><br>Lake Charles, LA  70616 | 3378425300 |
| Michael, Mrs. Debbie | TEM Holding Co. Inc. d/b/a Will Duett Services<br><br>135 Pin Oak Ln<br><br>Hempstead, TX  77445 | 9799219988 |
| Michael, Mrs. Debbie | Will Duett Services, Inc.<br><br>135 Pin Oak Ln<br><br>Hempstead, TX  77445 | 9799219988 |
| Michalak, Mr. Glenn | 15221 Coral Isle Court<br><br>Fort Myers, FL  33919 | 2394660356 |

| | | |
|---|---|---|
| Mighty B. Shrimp Co., Inc. | Mighty B. Shrimp Co., Inc.<br><br>901 South Shore Drive<br><br>Port Isabel, TX  78578 | |
| Miro Trawlers, Inc. | 102 Ebony Street<br><br>Los Fresnos, TX  78566 | 9564082827 |
| Miss Caroline, Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |
| MJM Marine LP | W. Alex May, Managing Partner<br><br>P.O. Box 3257<br><br>Port Aransas, TX  78373 | |
| Mooney, Ms. Sylvia | 1262 Frances Street<br><br>Daphne, AL  36526 | 2516262890 |
| Moreau, Mr. Craig | Craig Moreau<br><br>1250 South Pine Lake Rd.<br><br>Montgomery, TX  77316 | |
| Moreau, Mr. Craig | Weisinger Hydro Seeding & Erosion Control Services<br><br>1250 South Pine Lake Rd.<br><br>Montgomery, TX  77316 | 2813308775 |
| Moreno, Mr. Raul Blanco | 438 W. Jefferson St., # 7324<br><br>Port Isabel, TX  78578 | 9569085427 |
| Morrissette, Mr. Alvin | 3815 Pleasant Valley Rd.<br><br>Mobile, AL  36609 | 2512631000 |

| | | |
|---|---|---|
| Mothershed, Mr. John | J & J Custom Tile Installation Inc.<br><br>216 Royal Dr.<br><br>Defuniak Springs, FL  32433 | 8509519961 |
| Mothershed, Mr. John | John Mothershed, Owner<br><br>216 Royal Dr.<br><br>Defuniak Springs, FL  32433 | |
| Mouton, Mr. John | 3911 Captin Cade Rd.<br><br>Youngsville, LA  70592 | 3373156701 |
| Moxey, Ms. Nicole | 17806 SW 35 Drive<br><br>Miramar, FL  33029 | 9544046182 |
| Mullen, Ms. Tavia | 12551 Beach Hwy<br><br>Greenwood, DE  19950 | 3023598979 |
| Mullis, Mr. John | 12405 Fosters Loop Road<br><br>Fosters, AL  35463 | 2057595893 |
| Muniz, Mr. Gregorio | 1604 Suncrest Dr.<br><br>Port Lavaca, TX  77979 | 3615527206 |
| Myers, Mr. Trevor | 14102 Country Manor Dr.<br><br>Sugarland, TX  77498 | 7138054220 |
| Nelson, Mr. Leonard | 407 East Elm Street<br><br>Prichard, AL  36610 | 2517674574 |
| Nelson, Mr. Willie | 302 Fourth Avenue<br><br>Chickasaw, AL  36611 | 2514573572 |

| | | |
|---|---|---|
| Nelton, Mr. Elton | Uptown Antiques and Downtown Flea Market<br><br>1412 Tunnel Blvd.<br><br>Houma, LA  70363 | 9858794644 |
| Nguyen, Mr. Ho | 15119 Mira Vista Dr.<br><br>Houston, TX  77083 | 8328580489 |
| Nguyen, Mr. Nho | 15119 Mira Vista Dr.<br><br>Houston, TX  77083 | |
| Nicholson, Ms. Faye | P.O. Box 15563<br><br>Richmond, VA  23227 | 8045390456 |
| Nickisher, Mr. Jay | 175 Highland Drive<br><br>Mandeville, LA  70471 | 9857884470 |
| Nickisher, Mr. Jay | Hinds & Kerschner Construction LLC<br><br>311 Mirabelle Drive<br><br>Pensacola, FL  32514 | 3112697886 |
| Nyser, Mr. Steve | 3061 Azevedo Drive<br><br>Sacramento, CA  95833 | 9169216183 |
| Nyser, Mr. Steve | John Nyser Estate Trust<br><br>4376 Heinz Lane<br><br>Vacaville, CA  95688 | 7074485673 |
| Ochoa, Mr. Marco A. | 308 S. Garcia, Apt. 6, 9013 Box<br><br>Port Isabel, TX  78578 | |
| Ochoa, Mr. Marco A. | 725 South Shore Dr. | |

| | Port Isabel, TX  78578 | |
| Ogles, Ms. Rena | Ogles, Inc.<br><br>427 Ave H<br><br>Chillicothe, TX  79225 | 9408525820 |
| Oil Patch Brazos Valley, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Olguin, Mr. Nicolas | P.O. Box AH<br><br>Port Isabel, TX  78578 | 9569432506 |
| Oneal, Ms. Terry | 207 Kuyrkendall Place<br><br>Long Beach, MS  39560 | 2288609116 |
| Orem, Ms. Judy | P.O. Box 1764<br><br>Port Aransas, TX  78373 | 3612057045 |
| Ortego, Mr. Brett | 3705 Chantinger Rd<br><br>Ville Platte, LA  70586 | 3373632300 |
| Ortiz, Mr. Jose | 5866 Lourdes Blvd.<br><br>Brownsville, TX  78521 | 9568382563 |
| Overtime Sports Grill | | |
| Owensby, Mr. Brian | PO Box 249<br><br>Franklin, GA  30217 | 7063027295 |
| P.M. Cheng LLC | 4820 Washington Ave.<br><br>Houston, TX  77007 | |
| Panti , Mr. Edgar | 125 Bernal South<br><br>Brownsville, TX  78521 | 9562660703 |

| | | |
|---|---|---|
| Pappas Restaurants, Inc. | Christina Pappas<br><br>642 Yale St.<br><br>Houston, TX  77007 | |
| Partida, Mr. Luis | Del Pueblo Mexican Restaurant<br><br>20821 Unit P Eva St.<br><br>Montgomery, TX  77356 | 9365974317 |
| Paz, Mr. Francisco | P.O. Box 1096<br><br>Port Lavaca, TX  77979 | 3617460029 |
| Pearson, Mr. Thomas L. | 314 East Hunting Tower Run<br><br>Montgomery, TX  77316 | 9794826523 |
| Peeples, Mr. William | 2607 E. 111th Ave.<br><br>Tampa, FL  33612 | 8137035297 |
| Pelser, Mr. Mark | 5212 Brittmoore<br><br>Houston, TX  77041 | |
| Pelser, Mr. Mark | 9300 Baseline Rd.<br><br>Lafayette, CO  80026 | 7206419856 |
| Pennington, Mr. Timothy | P.O. Box 121<br><br>Jacksons Gap, AL  36861 | 2566746408 |
| Perez, Mr. Jose A. | 116 Roy St.<br><br>Port Isabel, TX  78578 | 9563711351 |
| Perez, Mr. Jose L. | 1008 Rorem Ave.<br><br>Palacios, TX  77465 | |

| | | |
|---|---|---|
| Perez, Mr. Thomas Garcia | 711 3rd Street<br><br>Palacios, TX  77465 | 3619725196 |
| Perkins, Mr. Isom | 516 Helveston St.<br><br>Mobile, AL  36617 | 2514083927 |
| Pierre, Mr. John | 4969 Central Dr., Apt. P246<br><br>Stone Mountain, GA  30083 | 4042461825 |
| Pinedo, Mr. Ruben | 135 Sugar Tree Ln.<br><br>Brownsville, TX  78520 | 9565794991 |
| Pittman, Mr. Jeremy | 1880 West Kingsfield Rd.<br><br>Cantonment, FL  32533 | 8506079083 |
| Plumb, Mr. Vincent | Force Travel and Leisure LLC | 4074725822 |
| Plunk, Mr. Gerald | 3545 Godwin Lane<br><br>Pensacola, FL  32526 | 8509442377 |
| Pockrus, Mr. Gerald | Poc-Tal Trawlers, Inc.<br><br>2315 Bayou Ct.<br><br>Brownsville, TX  78521 | 9564550448 |
| Pockrus, Mr. Ron | RPock, Inc<br><br>2315 Bayou Court Road<br><br>Brownsville, TX  78521 | 9562432154 |
| Poppele, Mr. Andrew | Dock's & Deck's & Marine Services<br><br>367 Foxtail Dr.<br><br>Macon, GA  31220 | 4784059180 |

| | | |
|---|---|---|
| Porto Jaibo, Inc. | Garcia Bookkeeping Service<br><br>2380 Everglades<br><br>Brownsville, TX  78521 | |
| Poteete, Mr. David | 134 Craig St.<br><br>Carrabelle, FL  32322 | 8506979079 |
| Powell, Mr. Gerald | 3404 Live Oak Dr.<br><br>Brusly, LA  70719 | 2257498845 |
| Quality Oilfield Services, LLC | | |
| Quebedeaux, Mr. Joseph P. | 122 Roger Rd.<br><br>Lafayette, LA  70507 | 3372354204 |
| Rafes, Mr. David | 5410 Burr Oak<br><br>Houston, TX  77092 | 7136811111 |
| Rafes, Mr. David | David Rafes<br><br>5410 Burr Oak<br><br>Houston, TX  77092 | |
| Ramos, Mr. Hector Rosas | 5236 S. Padre Island Hwy., #118<br><br>Brownsville, TX  78521 | 9569084144 |
| Ramos, Mr. Javier L. | 10407 N Arden Ave Apt A<br><br>Tampa, FL  33612 | 8136320314 |
| Ramos, Mr. Ray | 902 Moore<br><br>Palacios, TX  77465 | 3619726301 |
| Rapid Roofing, Inc. | | |
| Raul Garcia d/b/a Garcia Shrimp Co. | Raul Garcia, Owner | |

| | | |
|---|---|---|
| | 2380 Everglades<br><br>Brownsville, TX  78521 | |
| Raul Garcia d/b/a Garcia Shrimping Co. | Raul Garcia, Owner<br><br>2380 Everglades<br><br>Brownsville, TX  78521 | |
| Ray, Mr. Stephen | 7310 Oak Village Dr.<br><br>Humble, TX  77396 | 2814414882 |
| Raymer, Mr. Greg | 2227 Canyon Blvd., #461<br><br>Boulder, CO  80302 | 3039495964 |
| Reeder, Mr. Arthur | Richards Home Maintenance<br><br>2220 King Bee<br><br>Perkinston, MS  39573 | 6015289742 |
| Rey, Mr. Mariano Gonzales | P.O. Box 17<br><br>Palacios, TX  77465 | 3619722319 |
| Reynaga, Inc. | Ismael Fernandez, Owner<br><br>2380 Everglades<br><br>Brownsville, TX  78521 | |
| Rice, Mr. Wilburn | 310 East Lucard St.<br><br>Taft, CA  93268 | 6616237172 |
| Richard, Mr. Stevon | 9210C Chevy Lane<br><br>Youngstown, FL  32466 | 8507533045 |
| Richard, Mr. Thomas | 4205 Eve Road | 5613070054 |

|  |  |  |
|---|---|---|
|  | Erath, LA  70533 |  |
| Rigby, Ms. Doris | 810 Fairview Drive<br><br>Fort Walton Beach, FL  32547 | 8508627921 |
| Rivas, Mr. Roberto | 135 Delta Drive<br><br>Brownsville, TX  78521 | 9565410194 |
| Rivas, Mr. Roberto | Francisco Abrego, Owner<br><br>2380 Everglades<br><br>Brownsville, TX  78521 |  |
| Roach, Mr. Jaimmie | Jaimmie Roach, Owner<br><br>4318 W. 19th St.<br><br>Panama City, FL  32405 |  |
| Roach, Mr. Jaimmie | Two Chiefs Tile, LLC<br><br>11510 Bright Star Cir.<br><br>Tallahassee, FL  32305 | 8506305781 |
| Robinson, Mr. Wilbert | 1900 Snows Mill Ave., #307<br><br>Northport, AL  35476 | 2057222299 |
| Rodas, Ms. Deborah J. | Art Catering<br><br>9934 Valleywind Drive<br><br>Houston, TX  77078 | 8328899990 |
| Rodriguez, Capt. Jose A. | 25 Called Condesa<br><br>Brownsville, TX  78520 | 9562760340 |
| Rodriguez, Capt. Juan M. | P.O. Box 1531 | 9562339722 |

|  |  |  |
|---|---|---|
|  | Los Fresnos, TX  78566 |  |
| Rodriguez, Jr., Mr. Juan M. | 28619 Iowa Gardens Rd<br><br>San Benito, TX  78586 | 9565723720 |
| Rodriguez, Mr. Leandro | Lucas 816<br><br>Palacios, TX  77465 | 3016485083 |
| Rodriguez, Mr. Oscar | 648 Edgewater Isle<br><br>San Benito, TX  78586 | 9567559672 |
| Rojas, Sr., Mr. Lupe | 316 E Tres Palacios<br><br>Palacios, TX  77465 | 3619722834 |
| Roman, Mr. Roman Castelan | 321 Bahia Dr.<br><br>Port Isabel, TX  78578 | 9569432500 |
| Romero, Mr. Michael | Mike Romero Trucking LLC<br><br>225 Klondyke Road<br><br>Bourg, LA  70343 | 9857207878 |
| Rosas, Mr. Ruben | Ruben Rosas Welding Service<br><br>29448 Hamaca Lane<br><br>Los Fresnos, TX  78566 | 9562334532 |
| Ross, Mr. Curtis | 4801 Noble Dr E<br><br>Mobile, AL  36619 | 2516026575 |
| Rull, Mr. Walter | 3309 N. Stewart<br><br>Mission, TX  78572 | 8325784935 |
| Rutherford, Mr. Michael | 4743 Phillip Corry Rd. | 3377435377 |

| | | |
|---|---|---|
| | Starks, LA  70661 | |
| | 1010 Ritchie Ave. | |
| Saavedra, Mr. Daniel M. | Palacios, TX  77465 | 3619720063 |
| | 308 Ann St. | |
| Salas, Mr. Jose Alberto | Port Lavaca, TX  77979 | |
| | 391 Weslaco Rd. | |
| Saldivar, Mr. Ted T. | Brownsville, TX  78520 | 9562246525 |
| | Da Kra-a-azy Gator Gulf Coast Kitchen, LLC 20003 Riverbrook Dr. | |
| Sanchez, Mr. Frank | Humble, TX  77346 | 2816359742 |
| | Fructuoso M. Sanchez, Owner 24501 #E FM 2100 | |
| Sanchez, Mr. Frank | Huffman, TX  77336 | |
| | 6025 Willis Cir. | |
| Sanders, Mr. Darlyn | Texas City, TX  77591 | 4095999797 |
| | P.O. Box 220 | |
| Sandiford, Mr. Clarence E. | Port Isabel, TX  78578 | 9569432871 |
| | 99 Lavuelta Rd | |
| Sandler, Mr. Bernard | Montecito, CA  93108 | 8059692509 |
| | P.O. Box 177 | |
| Sandoval, Mr. Juan P. | Port Isabel, TX  78578 | 9562997163 |
| | 754 NW 126 Ave. | |
| Schiano, III, Mr. Anthony M. | | 9547329626 |

| | Coral Springs, FL  33071 | |
|---|---|---|
| | 831 N. Beltline Rd. | |
| Senkyrik, Mr. Frank | Irving, TX  75061 | 9727907650 |
| | P.O. Box 1339 | |
| Serrano, Mr. Alfredo Leal | Laguna Heights, TX  78578 | 9569433091 |
| | 204 Crestwood Circle | |
| Shadowwolf, Mr. John | Benton, LA  71006 | 3182306546 |
| | Gwendolyn Shank's Soul Food<br><br>6720 S. Lois Ave. #9302 | |
| Shank, Ms. Gwendolyn | Tampa, FL  33616 | 8137758179 |
| | 25621 Tiverton Forest Ct. | |
| Sharp, Sr., Mr. Jimmy D. | Porter, TX  77365 | 7135163110 |
| | 19822 Betten Court Ln. | |
| Shedrick, Mr. Daniel | Houston, TX  77073 | 8328914219 |
| Shrimp VIP Room, Inc. | | |
| | Francisco Abrego, Owner<br><br>2380 Everglades | |
| Si Se Puede | Brownsville, TX  78521 | |
| | 2415 Minnesota Ave. | |
| Silguero, Capt. Ubaldo | Brownsville, TX  78521 | 9568313420 |
| | 5638 Hardwood Forest | |
| Simmons, Mr. Charles | Houston, TX  77088 | |
| Simpson, Mr. Billy | 7850 Charrington Dr. | 0000000000 |

|  |  |  |
|---|---|---|
|  | Canton, MI  48187 |  |
| Sinku, Mr. Jon | 934 Port Street<br><br>New Orleans, LA  70113 | 5047153448 |
| Siokis, Mr. Gus | Arcadia Seafood, Inc.<br><br>3450 Old Salisbury Rd.<br><br>Winston Salem, NC  27127 | 7035973869 |
| Small, Ms. Beverly | Beverly Small<br><br>104 Ben Drive<br><br>Gulfport, MS  39503 |  |
| Small, Ms. Beverly | Get It Together LLC<br><br>780 Bethel Dr.<br><br>Pass Christian, MS  39571 | 2282840417 |
| Smiley, Mr. Alan | 13665 Laur-Al Rd.<br><br>Elkins, AR  72727 | 4793871146 |
| Smith, Mr. Clinton | 2452 Mohawk Ave.<br><br>Fort Pierce, FL  34946 | 7724643344 |
| Smith, Mr. Robert | P.O. Box 7605<br><br>Pasadena, TX  77508 | 7135038874 |
| Sorrels, Mr. Eric | 201 Waller St<br><br>Petal, MS  39465 | 6013367618 |
| South Liberty Seafood |  |  |
| Southern Display Mirro |  |  |

| | | |
|---|---|---|
| Southern Restaurants, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Southern Tri-Star Markets, Ltd. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Sparacino, Ms. Maria | La Spiaggia LLC<br><br>305 Lee Street<br><br>Boyle, MS  38730 | 6015732307 |
| Spaulding, Ms. Joy | 1334 Pier Ave<br><br>Metairie, LA  70005 | 5043396569 |
| Srinivasan, Mr. Meena | Deepwater Structures, Inc.<br><br>3323 Double Lake Drive<br><br>Missouri City, TX  77459 | 7132610374 |
| Srinivasan, Mr. Meena | Meena Srinivasan, Owner<br><br>3323 Double Lake Drive<br><br>Missouri City, TX  77459 | |
| Star-Bright Markets II, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Star-Bright Markets,Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Stelly, Ms. Daveene | Daveene Stelly<br><br>22240 South Hwy 82<br><br>Abbeville, LA  70510 | |

| | | |
|---|---|---|
| Stelly, Ms. Daveene | Stelly's Grocery<br><br>22240 South Hwy 82<br><br>Abbeville, LA  70510 | 3376425564 |
| Stelly's Grocery | | |
| Stenstrom, Mr. Joshua | 565 W. Sandhurst Dr., #222<br><br>Roseville, MN  55113 | 7637448113 |
| Stevenson, Mr. Charles | 4107 Mikado Ave<br><br>Macon, GA  31206 | 4784615693 |
| Stovall, Ms. Teresia | 14806 Front Beach Rd. Lot 20<br><br>Panama City Beach, FL  32413 | 2057898293 |
| Strickland, Ms. Dana | 5335 Richey Dr.<br><br>New Port Richey, FL  34652 | 7276456062 |
| Stritchko, Capt. Kathleen | 2601 Hampton Springs Drive<br><br>Seabrook, TX  77586 | 2812919525 |
| Stuber Chiropractic & Acupuncture, LLC | Stuber Chiropractic & Acupuncture, LLC<br><br>1530 Celebration Blvd., Suite 407<br><br>Celebration, FL  34747 | 4073013380 |
| Stuber, Dr. Julie A. | Stuber Chiropractic & Acupuncture, LLC<br><br>1530 Celebration Blvd., Suite 407<br><br>Celebration, FL  34747 | 4073013380 |
| Sutherland, Mr. Mark | 22907 Glenover Drive<br><br>Katy, TX  77450 | 3375134128 |

| | | |
|---|---|---|
| Swindell, Mr. Marian | 6723 Pine Springs Circle<br><br>Meridian, MS  39305 | 6019179117 |
| Talebli, Mr. Robert | Robert's Seafood and Hot To Go Kitchen, Inc.<br><br>6367 Whispering Oaks Dr. N.<br><br>Jacksonville, FL  32277 | 9047441959 |
| Tankersley, Mr. Brandon | 3022 Oak Ave.<br><br>Groves, TX  77619 | 9795893451 |
| Tanton, Jr., Mr. William F. | 3001 Oilfield Rd.<br><br>Liberty, TX  77575 | 9365259998 |
| Taschner, Mr. Daniele | 241 South 14th Street<br><br>Haines City, FL  33844 | 8632884839 |
| Taylor, Ms. Keesha | 3633 Middle Oak Drive West<br><br>Mobile, AL  36695 | 2513673343 |
| Teas, Mr. Kyle | Danton's Gulf Coast Seafood Kitchen<br><br>4611 Montrose Blvd.<br><br>Houston, TX  77006 | 7138078883 |
| Theriot, Mr. Cade | 196 East Lane<br><br>Grand Chenier, LA  70643 | 3378026190 |
| Theriot, Mr. Guy | 196 East Ln.<br><br>Grand Chenier, LA  70643 | 3378026190 |
| Thibodeaux, Mr. Shannon | 7778 1/2 Crochet Rd.<br><br>Hayes, LA  70646 | 3373042642 |

| | | |
|---|---|---|
| Thomas, Mr. Samuel Theron | Brownsville, TX  78520 | 9564668114 |
| Three Sons, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Timmons Restaurant Partners, Ltd. d/b/a Tony's | Lauri Vallone<br><br>11 E. Greenway Plaza, Suite 515<br><br>Houston, TX  77046 | |
| Tinoco, Mr. Cesar R. | P.O. Box 729<br><br>Port Isabel, TX  78578 | |
| Torres, Capt. Cecilio | 102 Garcias Court<br><br>San Benito, TX  78586 | 9562445210 |
| Torres, Mr. Thomas | 913 Moore Ave.<br><br>Palacios, TX  77465 | 3619729214 |
| Townsend, Mr. Robert | 225-A Mathison Dr.<br><br>Kerrville, TX  78028 | 8306886636 |
| Triplett, Mr. David | 1333 Gears Rd., Apt. 3207<br><br>Houston, TX  77067 | 2814089946 |
| Turbochargers.com | | |
| Twin City Shrimp Co. | | |
| Urdrales, Mr. Jose E. | P.O. Box 767<br><br>Brownsville, TX  78522 | 9564949353 |
| V.A. Cheng Corporation | Yun Cheng<br><br>4820 Washington Ave. | 7138612726 |

| | | |
|---|---|---|
| | Houston, TX  77007 | |
| Valdez, Ms. Terry | 3515 Cindy Ln.<br><br>Lakeland, FL  33801 | 8636652604 |
| Van Burren Shrimp Co., Inc. | Leonor Tower, President<br><br>P.O. Box 686<br><br>Port Isabel, TX  78578 | 9569431937 |
| Vargas, Mr. Jose A. | 2351 NW 21St. Ave.<br><br>Miami, FL  33142 | 7864432598 |
| Vasquez, Mr. Bryan Isaac | 1008 Rorem<br><br>Palacios, TX  77465 | 9857913320 |
| Vasquez, Mr. Manuel | P.O. Box 1753<br><br>Port Isabel, TX  78578 | 9569431982 |
| Vayo, Mr. Joseph | 2764 Cranbrook Ave<br><br>North Port, FL  34286 | 9414239878 |
| Velasco Transport, Inc. | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| Vincent, Mr. James J. | 433 North Island Road<br><br>Grand Chenier, LA  70643 | 3377648836 |
| Voisine, Mr. Shawn | 613 N. Upland Ave.<br><br>Metairie, LA  70003 | 5044641613 |
| W L & O, Inc. | 1995 Cajun Court<br><br>Brownsville, TX  78521 | 9568313604 |

| | | |
|---|---|---|
| Walker, Capt. James O. | 20000 Heatherstone Way, # 1<br><br>Estero, FL  33928 | |
| Walker, Mr. William H. | 2853 Edgewood<br><br>Mobile, AL  36607 | 2514786741 |
| Walsh, Mr. Stephen A. | 12655 W. Houston Center Blvd.<br><br>#11205<br><br>Houston, TX  77082 | 8328901420 |
| Washington, Mr. Joseph | 520 North Miles St.<br><br>Abbeville, LA  70510 | 3378931980 |
| Washington, Mr. Thaddeus | 207 U.S.Hwy 301 North<br><br>Lucama, NC  27851 | 2523738002 |
| WBP Shrimp Producers Corporation | Leonor Tower, President<br><br>P.O. Box 625<br><br>Port Isabel, TX  78578 | |
| Welch, Mr. Rocky | 18809 N. 26Th St.<br><br>Phoenix, AZ  85050 | 6029230134 |
| West, Ms. Deborah | 3079 County Rd. 209 Riverside<br><br>Green Cove Springs, FL  32043 | |
| Western Seafood Company | 308 Timber Creek Drive<br><br>Lake Jackson, TX  77566 | |
| White, Mr. Alan W. | 305 Matagorda<br><br>Palacios, TX  77465 | 2108671968 |

| | | |
|---|---|---|
| White, Mr. Mike | Florida Boat Docks & Seawalls, Inc.<br><br>P.O. Box 1902<br><br>Sanford, FL  32772 | 4073020045 |
| Wiley, Mr. Bryan B. | 5706 Carrollton Creek Court<br><br>Houston, TX  77084 | 8325948340 |
| Williams, Jr., Mr. Thomas | 7995 Auble Moody Rd.<br><br>Wilmer, AL  36587 | 2513666502 |
| Williams, Mr. Franklin | 2352 Horseshoe Loop<br><br>Bonifay, FL  32425 | 8507681773 |
| Williams, Mr. Willie | 105 Hemley Ave.<br><br>Mobile, AL  36607 | 2515337361 |
| Willie Joe's Seafood Restaurant | | |
| Willits, Mr. Thomas | 4413 Collins Rd.<br><br>Jacksonville, FL  32073 | 9048131066 |
| Willits, Mr. Thomas d/b/a Kathi's Crabs | | |
| Worth, Mr. Joseph | 2530 NE 20th Place<br><br>Cape Coral, FL  33909 | 2395656890 |
| Y.H. Cheng Corporation | Yun Cheng<br><br>4820 Washington Ave.<br><br>Houston, TX  77007 | 7138612726 |
| Yates, Jr., Mr. John | 539 Arcemont Ln Lot 9<br><br>Morgan City, LA  70380 | 9855181040 |
| Yates, Mr. Michael | P.O. Box 1964 | 3617299692 |

| | | |
|---|---|---|
| | Aransas Pass, TX  78336 | |
| Yousef, Mr. Hashem | 7101 Joy St H6<br><br>Pensacola, FL  32504 | 8502065278 |
| Yousefzadeh, Mr. Behzad | Southern Display Mirror Co.<br><br>1031 S. Broadway, Suite 418<br><br>Los Angeles, CA  90015 | 2137489210 |
| Zapata, Capt. Juan | 1757 Oklahoma St.<br><br>Port Isabel, TX  78578 | 9562991969 |
| Zapata, Mr. Edgar A. | 912 Welch St.<br><br>Palacios, TX  77465 | 3619723649 |
| Zapata, Mr. Nicolas Rios | 806 Polk St.<br><br>Brownsville, TX  78521 | 9562049189 |
| Zepeda, Capt. Rolando | 508 Legion Trail<br><br>Los Fresnos, TX  78566 | 9562335887 |
| Zoupoya, Mr. Koffi | 505 Bel Air Blvd, #134<br><br>Mobile, AL  36606 | 7015808354 |