



August 31, 2012

To: Whom it may concern:

I Joseph Ferguson : Onwer Of Joseph Trawl

I am giving a written request to state that I wish to speak or have someone to speak on my behalf at the fairness hearing on nov 8 ,2012

If there is any need for future information about the above request please use the contact information below.

Joesph ferguson

*Joseph Ferguson* (signature)

Joseph Trawl
14632 John Smith RD
Vancleave, Miss
39565

PH: 1-228-826-4755

Joseph Traxl
Joseph Ferguson
16632 Johnsmith Rd
Kincleave, MS 39761

Clerk of Court
United States District Court for
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130