# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | MDL NO. 2179 |
| | SECTION J |
| Relates to Claims in the "B1" Bundle | HONORABLE CARL J. BARBIER |
| | MAGISTRATE JUDGE SHUSHAM |

## NOTICE OF APPEARANCE FOR E. & P.D. CLASS MEMBERS, DCA, LLC, AND THE BREW GARDEN, LLC

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for the following class members in the above-styled cause:

1. Members:

    DCA, LLC, Debtor in Possession d/b/a
    BILLY'S TARPON TURTLE RESTAURANT
    AND MARINA[1]
    1513 Lake Tarpon Ave
    Tarpon Springs, Florida 34689

    THE BREW GARDEN, LLC
    904 North McMullen Booth Road
    Clearwater, Florida 33759

2. The above Economic and Property Damage class members are business entities within the defined class set forth in Paragraph 306 of the Amended Class Action Complaint (Doc. 6412) and are currently placed in the sub-class denominated as "Zone D."

---

[1] Counsel has been specifically appointed to represent DCA, LLC, as Debtor in Possession, in its Chapter 11 bankruptcy case, to pursue its claim against BP and related entities. 8:11-bk-13670-MGW

3.   The above class members are representative of current sub-class members denominated as "Zone D," located in Pinellas, Hillsborough, Manatee, and Sarasota Counties, Florida.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to James Parkerson Roy, Esq., Domengeaux Wright Roy & Edwards, P.O. Box 3668, Lafayette, LA 70501, Stephen J. Herman, Esq., Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, and Richard C. Godfrey, P.C., Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, by U.S. Mail, this 31st day of August, 2012.

George J.F. Werner, Esq.
1602 East 3rd Avenue
Ybor City, Florida 33605
(888)899-0205 telephone & fax
GLFW.law@gmail.com
Fla. Bar No.: 0450499

# PRIORITY MAIL®

UNITED STATES POSTAL SERVICE

PLEASE PRESS FIRMLY

Print postage online - Go to usps.com/postageonline

## Flat Rate Mailing Envelope
### For Domestic and International Use

Visit us at usps.com

**From/Expéditeur:**
Mr. George J. Werner, Esq.
1602 E 3rd Ave # B
Tampa, FL 33605

**To/Destinataire:**
CLERK OF COURT
U.S. DIST. COURT E.D. LOUISANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

**Country of Destination/Pays de destination:**

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

**INTERNATIONAL RESTRICTIONS APPLY:**

**4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES**

Customs forms are required. Consult the *International Mail Manual* (IMM) at pe.usps.gov or ask a retail associate for details.

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

Recycled Paper

United States Postal Service
DELIVERY CONFIRMATION™

0306 2400 0000 1847 1879

U.S. POSTAGE PAID
TAMPA, FL
33630
AUG 31, 12
AMOUNT
$5.90
00091139-03

1006
70130

EP14F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.