IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAM |
| Relates to Claims in the "B1" Bundle | | |

## FORMAL REQUEST TO PARTICIPATE AND MAKE ARGUMENT IN SUPPORT OF THE OBJECTIONS OF DCA, LLC AND THE BREW GARDEN, LLC, AT THE FAIRNESS HEARING

The undersigned counsel for Class Members, The Brew Garden, LLC, and DCA, LLC, Debtor in Possession, hereby requests to participate and make argument at the Fairness Hearing scheduled for November 8, 2012, in the above-styled cause, on behalf of the forgoing named Class Members, and on behalf of all other similarly situated class members located in Pinellas, Hillsborough, Manatee, and Sarasota Counties currently designated as ZONE "D" in said counties.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to James Parkerson Roy, Esq., Domengeaux Wright Roy & Edwards, P.O. Box 3668, Lafayette, LA 70501, Stephen J. Herman, Esq., Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, and Richard C. Godfrey, P.C., Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, by U.S. Mail, this 31st day of August, 2012.

George J.F. Werner, Esq.
1602 East 3rd Avenue
Ybor City, Florida 33605
(888)899-0205 telephone & fax
GLFW.law@gmail.com
Fla. Bar No.: 0450499

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

# PRIORITY MAIL®
UNITED STATES POSTAL SERVICE

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

**INTERNATIONAL RESTRICTIONS APPLY:**

**4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES**

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.



USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

Flat Rate Mailing Envelope
For Domestic and International Use

Visit us at usps.com

**From/Expéditeur:**
Mr. George J. Werner, Esq.
1602 E 3rd Ave # B
Tampa, FL 33605

**To/Destinataire:**
CLERK OF COURT
U.S. DIST. COURT E.D. LOUISANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Country of Destination/Pays de destination:



0306 2400 0000 1847 1879

PLEASE PRES

United States Postal Service®
**DELIVERY CONFIRMATION™**

1006
70130

U.S. POSTAGE
PAID
TAMPA, FL
33630
AUG 31 '12
AMOUNT
**$5.90**
00091139-03








Recycled Paper

EP14F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.