## TOWN OF GRAND ISLE
## 2009 PROPERTY TAX BILL
### IMPORTANT INFORMATION

**Town of Grand Isle**

It is our sincere desire to provide you, the taxpayer, with as much information as possible regarding your taxes. Remember, this bill is for services that the Town of Grand Isle provides to you. The Homestead Exemption is applicable to Parish taxes only and does not apply to this Town of Grand Isle tax bill.

See the reverse side of this bill for additional important information.

### MUNICIPAL ADDRESS

### PROPERTY DESCRIPTION

1955 TAX SALE GEORGE ROBERT OWNER 122/635 55 FT FRONT ON CAMINADA BAY TO BAY ST HONORE CHENIERE CAMINADA

## 2009 ORIGINAL TAX NOTICE

**BILL NUMBER** 72737

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 1,860 | |
| TOTAL ASSESSMENT / TAX | 1,860 | $22.75 |
| NET ASSESSMENT / TAX | | $22.75 |

### 2009 - MILLAGE - BASED TAX CHARGES

| TAX DISTRICT | TAX RATE | TAX AMOUNT |
|---|---|---|
| GENERAL CITY TAX | 7.17 | 13.336 |
| WATER & GAS | 5.06 | 9.411 |
| TOTAL MILLAGE RATE / TAXES | 12.23 | $22.75 |
| MOSQUITO CONTROL | | $48.00 |
| PAY THIS AMOUNT | | $70.75 |

*Pd 12/30/09 160 #195.74*

ZOR INC
P O BOX 11332
NEW ORLEANS, LA  70181

KEEP             KEEP THIS PORTION FOR YOUR RECORDS             KEEP

| | |
|---|---|
| **ACT OF CASH SALE** | **UNITED STATES OF AMERICA** |
| **FROM: MELBA WEINBERGER MCSWAIN and MICHAEL ALBERT MCSWAIN and DIANNE MCSWAIN SCHMIDT and DANIEL EDWARD MCSWAIN** | **STATE OF LOUISIANA** <br><br> **PARISH OF JEFFERSON** |
| **TO: HUGH CLINTON BAILLIO, JR. and LETITIA ANNE ENGELHARDT BAILLIO** | |

BE IT KNOWN that on this 18th day of March, 2003:

BEFORE ME, a Notary Public, duly commissioned and qualified, and in the presence of the undersigned competent witnesses,

PERSONALLY CAME AND APPEARED:

MELBA WEINBERGER, widow of ALBERT E. MCSWAIN, a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, who declared under oath unto me, Notary, that she has been married but once and then to Albert E. McSwain, who is deceased, and that she has not since remarried;

MELBA WEINBERGER MCSWAIN, in her capacity as Trustee of "The Albert E. McSwain Family Trust" created by the Last Will And Testament of Albert Edward McSwain, dated November 24, 1997, which Last Will And Testament has been probated in Proceedings No. 2001-30575 of the 22nd Judicial District Court for the Parish of St. Tammany in the matter entitled Succession of Albert Edward McSwain.

MICHAEL ALBERT MCSWAIN, a person of the full age of majority and a resident of the Parish of Jefferson, herein represented by Melba Weinberger McSwain, his duly authorized Agent & Attorney in fact, by virtue of a Power of Attorney, recorded in Instrument #1261243 of the mortgage records of St. Tammany Parish, State of Louisiana, who declared under oath unto me, Notary, that the said Michael Albert McSwain has been married but once and then to Annabelle Arguello, with whom she is presently living and residing;

DIANNE MCSWAIN, wife of STEPHEN SCHMIDT, a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, herein represented by Melba Weinberger McSwain, her duly authorized Agent & Attorney in fact, by virtue of a Power of Attorney, recorded in Instrument #1261243 of the mortgage records of St. Tammany Parish, State of Louisiana, who declared under oath unto me, Notary, that the said Dianne McSwain Schmidt has been married but once and then to Stephen Schmidt, with whom she is presently living and residing; whose mailing address is: 2400 Gay Lynn Dr., Kenner, LA 70065

DANIEL EDWARD MCSWAIN, a person of the full age of majority and a resident of the County of Pima, State of Arizona, herein represented by Melba Weinberger McSwain, his duly authorized Agent & Attorney in fact, by virtue of a Power of Attorney, recorded in Instrument #1261243 of the mortgage records of St. Tammany Parish, State of Louisiana, who declared under oath unto me, Notary, that the said Daniel Edward McSwain has never been married; whose mailing address is: 19190 Alpha Rd., Apt. 6104, Green Valley, Arizona 85614

And here the said Melba Weinberger McSwain declared that the Power of Attorney for Michael Albert McSwain, Dianne McSwain Schmit and Daniel Edward McSwain, recorded as aforesaid, remains in full force and effect as of this date, and that Principals are alive and have not been judicially interdicted or declared bankrupt.

Mailing Address:   27 ECHEZEAUX DRIVE
                  KENNER, LOUISIANA 70065

hereinafter referred to collectively as "VENDOR",

who declared that said vendor does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and

deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty

Page 1

St. Tammany Parish 1343
Instrmnt #: 1355491
Registry #: 1247519 ICV
03/24/2003 8:30:00 AM
MB    CB X MI    UCC

*[Notary/certification block, upper right:]*

*[Signature]* Dee Laux
*[Date]* 2012

---

STATE OF LOUISIANA PARISH OF ST. TAMMANY
I HEREBY CERTIFY that the above is a true and correct copy of the original as recorded at instrument # 1355491 of the original records. Given under my hand and seal of office this the 1st day of June 2012

*Dee Laux*
By. Clerk and Ex-Officio Recorder

TAX RESEARCH CERTIFICATE

OFFICE OF TAX COLLECTION FOR THE
PARISH OF ST. TAMMANY

FEE:

$ 25.00    Covington, Louisiana, March 11, 2003

I, RODNEY J. STRAIN, JR., Sheriff and Ex-Officio Tax Collector, in and for the Parish aforesaid do hereby certify, that upon examination of the Tax Roll on file in my office, I find that all Parish Taxes assessed against

LOT 32 SQ B RIGOLETS ESTATES SUB CB 1277 340 CB 1451 930 UNDIV 1/6 INT EA TO MICHAEL A MCSWAIN, DIANNE M SCHMIDT AND DANIEL E MCSWAIN INST NO 1261313

situated in the Parish of St. Tammany, State of Louisiana, for the following years:

| YEAR | ASSESSMENT NUMBER | ASSESSED IN NAME OF: |
|---|---|---|
| 2002 | 126 0615730.00 | MCSWAIN, MELBA WEINBERGER ETAL |
| 2001 | 126 0615730.00 | MCSWAIN, ALBERT E ETUX |
| 2000 | 126 0615730.00 | MCSWAIN, ALBERT E ETUX |

PARISH TAXES FOR THE YEARS:

(2000)(2001)(2002)   have been paid

2000 2001 2002      have not been paid

(2000)(2001)(2002)   have been paid by virtue of Homestead Exemption

on the above described property only insofar as the above named
MCSWAIN, MELBA WEINBERGER ETAL
concerned and no further.

```
           2002 Assessed Valuation..$  20,180.00
                Total Paid..........$   2,126.56
                Total Exempt........$   1,257.83
                TOTAL DUE...........$        .00
```

Requested By:

_Warren E. Mouledoux_
FILE #
Baillio

                                    RODNEY J. STRAIN, JR.
                                    Sheriff and Ex-Officio Tax Collector
                                    Parish of St. Tammany, Louisiana

By: _Dy Crystal Atcheny_
        DEPUTY SHERIFF

which said vendor has or may have against all preceding owners and vendors, unto:

LETITIA ANNE ENGELHARDT, wife of, and HUGH CLINTON BAILLIO, JR., both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who declared under oath unto me, Notary, as follows: Letitia Anne Engelhardt declared that she has been married twice; first to Jeffrey Joseph Mauterer, from whom she was divorced and second to Hugh Clinton Baillio, Jr., with whom she is presently living and residing; Hugh Clinton Baillio, Jr. declared that he has been married twice; first to Denise McElveen, from whom he was divorced, and second to Letitia Anne Engelhardt, with whom he is presently living and residing;

Mailing Address:   236 MARLIN DRIVE
                   SLIDELL, LOUISIANA 70461

hereinafter referred to collectively as "PURCHASER", here present accepting, and purchasing for purchaser, and purchaser's successors, heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to wit:

all of his/her right, title and interest in and to:

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, prescriptions, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the State of Louisiana, St. Tammany Parish, RIGOLETS ESTATES SUBDIVISION, SQUARE B, designated as LOT 32, and more fully described on plan of subdivision by J.J. Krebs & Sons, Inc., dated October 19, 1983, last revised November 18, 1986, recorded with the Clerk of Court, St. Tammany Parish, Map File No. EM 312 and as more fully shown on plan of survey by J. J. Krebs &Sons, Inc., dated June 30, 1986, resurveyed August 28, 1986. All as more fully on survey made by Albert E. McSwain, Registered Land Surveyor, dated January 21, 1991, resurveyed March 23, 1994.

Being the same property acquired by Melba Weinberger, wife of, and Albert E. Mc Swain from Ann Sharon Jones, wife of, and Daniel J. De Blanc by Act of Exchange of Property dated February 14, 1991, passed before Arthemise G. Barrios, Notary Public, registered in COB 1451, folio 930, Parish of St. Tammany, State of Louisiana. Further acquired by Melba Weinberger Mc Swain, et al by Judgment of Possession in the Succession of Albert Edward Mc Swain, Proceedings No. 2001-30575, 22nd Judicial District Court for the Parish of St.Tammany, State of Louisiana, dated August 17,2001 recorded in CIN 1261313, Parish of St.Tammany, State of Louisiana.

The improvements thereon bear the municipal number 236 MARLIN DRIVE, SLIDELL, LOUISIANA 70461

Without intention to interrupt or revive prescription thereon or recognize the validity thereof, the parties hereto take cognizance of the following: 1) Restrictive covenants contained on plan of subdivision. 2) Covenants, conditions, restrictions, easements, liens for assessments, powers of attorney and limitations on title as set forth in Act of Restrictive Covenants and Servitudes, registered in COB 1265, folio 415, as amended in COB 1273, folio 15 and in COB 1303, folio 519. 3) Reservation of mineral rights, with waiver of surface rights, registered in COB 718, folio 223. 4) Reservation of a servitude along the front 10 feet of the property for utilities as shown on plan of subdivision. 5) Right of way or servitude in favor of Washington-St. Tammany Electric Cooperative, Inc. along the front 10 feet registered in COB 1269, folio 136. 6) Front 50 foot building setback line as shown on plan of subdivision. 7) Title to any portion of the property lying below the high water mark of The Rigolets.

Sellers and Purchasers hereby acknowledge and recognize that the Property is sold where is, as is, in condition viewed, with waiver of redhibition. Purchasers waive and release Sellers and all previous owners thereof from any and all claims and/or causes of action which Purchaser may have or hereafter may be otherwise entitled to, based on vices or defects in the property herein referenced, including all improvements located thereon, whether in the nature of redhibition, pursuant to Louisiana Civil Code Articles 2520, et seq., reduction or diminution of the purchase price, pursuant to Louisiana Civil Code Articles 2541, et seq., concealment, and/or any other theory of law. The Purchasers further agree to assume, at the time of act of sale, the risk as to all other vices and defects in the property, including all improvements located thereon, whether those vices or defects are obvious or latent, known or unknown, easily discoverable or hidden, and/or not discoverable upon simple inspection, and including those vices or defects, knowledge of which would deter Purchasers from making this purchase. Purchasers or (their) representatives will accept the property in "AS IS" condition. Purchasers further acknowledge that Purchasers (a) have had ample opportunity to fully inspect the property, (b) have inspected the

Page 2

property to the extent Purchasers desire, (c) knows and is satisfied with the physical condition of the premises in all respects and that the same is acceptable to Purchasers "AS IS", (d) desire to purchase the property in its present condition, and (e) agrees to purchase the property subject to any physical encroachments on the property or any physical encroachments by improvements located on the property onto adjacent property. The Purchasers agree that no representation, statements or warranties have at any time been made by Sellers or their agents, as to the physical condition or state of repair of the premises in any respect, and that the purchase price takes into consideration the condition of the premises.

March 18, 2003

*[signature]*
Hugh Clinton Baillio, Jr.

*[signature]*
Letitia Anne Engelhardt Baillio

Parties herein dispense with the production of a current survey and relieve and release me, Notary, and the Law Firm of Warren E. Mouledoux, Jr. from any responsibility or liability which may result in connection therewith.

To have and to hold the above described property unto the said purchaser, and purchaser's successors, heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **Three Hundred Ninety-Five Thousand and 00/100 ($395,000.00)**, Cash, which the said purchaser has well and truly paid, in ready and current money to the said vendor, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

By reference to the Mortgage Certificates of the Clerk of Court and Ex-Officio Recorder of Mortgages in and for the Parish of St. Tammany, State of Louisiana, annexed hereto and made part hereof (which certificates, as the parties hereto are aware, are as yet undated and unsigned, relieving me, Notary, of responsibility therefor), in the names of the vendors, it does not appear that the herein described property has been heretofore alienated or is presently encumbered. EXCEPT: 1) Mortgage in favor of First National Bank of Commerce, in the amount of $104,000.00, dated April 21, 1994, passed before W. W. Young, III, N. P., recorded in Instrument #903476, which will be paid in full and cancelled from the records; 2) Assignment of Mortgage by First National Bank of Commerce to Colonial Mortgage Company, dated July 10, 1998, recorded in Instrument #1108465, which will be cancelled from the records; 3) Assignment of Mortgage by Colonial Mortgage Company, CMC Funding, Inc. and Interwest Mortgage to Mortgage Electronic Registration Systems, Inc., recorded in Instrument #1253006, which will be cancelled from the records; 4) Assignment of Mortgage by Banc One F/K/A First National Bank of Commerce to Colonial Bank, dated April 1, 2002, recorded in Instrument #1298361, which will be cancelled from the records; 5) Home Equity Mortgage in favor of Metairie Bank & Trust Co., in the amount limited to $75,000.00, dated December 14, 2001, recorded in Instrument #1280400, which will be paid in full and cancelled from the records; 6) Request for Notice of Seizure by Metairie Bank, recorded in Instrument #1280403, of which the parties hereto are cognizant; 7) Power of Attorney by Michael Albert McSwain, et al to Melba W. McSwain, recorded in Instrument #1261243, of which the parties hereto are cognizant.

The parties hereto also understand that the Clerk of Court of St. Tammany Parish does not issue Conveyance Certificates of any kind and take cognizance of that fact and relieve and release me Notary, from any and all responsibility in connection therewith, it being understood that all reasonable steps have been taken to assure that the herein conveyed property has not been heretofore alienated by the vendor.

All State, City and Parish taxes up to and including the taxes for 2002 are paid as per researches annexed hereto. 2003 taxes are being prorated as of this date.

Whenever used herein, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

THUS DONE AND PASSED, in duplicate originals in Gretna, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto subscribe their names, together with said appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____
JESSICA K. HINTON

_____
MELBA WEINBERGER MCSWAIN,
individually and as Trustee of "The Albert E. McSwain Family Trust"

_____
STEPHANIE D. SCHIEFFLER

_____
MICHAEL ALBERT MCSWAIN, by MELBA WEINBERGER MCSWAIN, Agent & Attorney in fact

_____
DIANNE MCSWAIN SCHMIDT, by MELBA WEINBERGER MCSWAIN, Agent & Attorney in fact

_____
DANIEL EDWARD MCSWAIN, by MELBA WEINBERGER MCSWAIN, Agent & Attorney in fact

_____
HUGH CLINTON BAILLIO, JR.

_____
LETITIA ANNE ENGELHARDT BAILLIO

_____
WARREN E. MOULEDOUX, JR.
NOTARY PUBLIC

**State of Mississippi** Real Property 68407 WILLIAMS GREGORY L  LRMMDDF 30-0
Jackson  Tax Year 2010  LOT 7 YATES, DAVIS, BARRENTINE
JOE TUCKER  Drawer: 13  S/D & PT UN-NAMED ST NOW VACAT-
PO BOX 998  User: LRA  #33417 DB 797-30
PASCAGOULA MS 39568  Paid: Credit  (22 MAP788.39-04)
Paid by: WILLIAMS GREGORY L

| PPIN 64318-00 | Receipt # 516748 | Date: 12/29/2010 |
|---|---|---|
| Tax District 5660 | Total Acres | Forest Acres |
| Parcel Number 62000009.000 PROP ADDR: 10725 EAGLE NEST | | Sec. Twn. Rng. 33 7S 8W |

| | Class 1 Value | Class 2 Value | Total Value | Regular Homestead | Special Exemption | Net Tax |
|---|---|---|---|---|---|---|
| True | | 163,200 | 163,200 | | | |
| Assessed | | 24,480 | 24,480 | | | |

101229 1118 LRA OS6A

| Type of Tax | Millage | Gross Tax Amount | Regular Homestead | Special Exemption | Net Tax |
|---|---|---|---|---|---|
| COUNTY | 51.3690 | 1,257.51 | | | 1,257.51 |
| CITY | 21.8300 | 534.40 | | | 534.40 |
| SCHOOL | 67.3400 | 1,648.48 | | | 1,648.48 |

**ACCOUNT PAID IN FULL**  Total Tax Due .................. $3,440.39

WILLIAMS GREGORY L
10725 EAGLE NEST RD
OCEAN SPRINGS, MS 39564

Tax Amount Paid  3,440.39
Penalty Paid
Printer Fee Paid
Excess Bid Paid
Total Paid this Receipt  3,440.39
Other Tax Payments
*Grand Total Paid*  3,440.39

Received by: _____

| State of Mississippi | Real Property | 63337 | JOACHIM ETHELYN C | LRMMOEP 30-0 |
|---|---|---|---|---|
| | | Tax Year 2010 | LOT 13 DAVIDSON HILL S/D | |
| | | | DB 1536-148 (36 MAP796.24-04) | |

Jackson
JOE TUCKER
PO BOX 998
PASCAGOULA    MS 39568
Paid by: JOACHIM ETHELYN C

Drawer: 13
User: LRA
Paid: Credit   VISA

| PPIN 59617-000 | Receipt # 502534 | Date: 12/03/2010 |
|---|---|---|
| Tax District 4660 | Total Acres | Forest Acres |

Parcel Number
61063013.000
PROP ADDR: 1216 IOLA

Sec. Twn. Rng.
24   7S   9W

| | Class 1 Value | Class 2 Value | Total Value | | | |
|---|---|---|---|---|---|---|
| True | | 223,180 | 223,180 | | | |
| Assessed | | 33,478 | 33,478 | 101203 1454 LRA 0S6A | | |

| Type of Tax | Millage | Gross Tax Amount | Regular Homestead | Special Exemption | Net Tax |
|---|---|---|---|---|---|
| COUNTY | 51.3690 | 1,719.73 | | | 1,719.73 |
| CITY | 21.8300 | 730.82 | | | 730.82 |
| SCHOOL | 67.3400 | 2,254.41 | | | 2,254.41 |

**ACCOUNT PAID IN FULL**

Total Tax Due ........................  $4,704.96

JOACHIM ETHELYN C
317 LOVERS LANE
OCEAN, SP 39564

Tax Amount Paid                4,704.96
Penalty Paid
Printer Fee Paid
Excess Bid Paid
Total Paid this Receipt         4,704.96
Other Tax Payments
*Grand Total Paid*              4,704.96

Received by: _____