UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | SECTION J |
| | * | |
| Relates to: No.10-8888 Doc. Ref. No. 78634 | * | JUDGE BARBIER |
| DHECC Claimant No.: 100021510 | * | |
| | * | MAG. JUDGE SHUSHAN |
| | * | |

******************************************

## SWORN DECLARATION

My name is Letitia Baillio. I own 236 Marlin Drive in Slidell Louisiana 70461. I attach a copy of my Act of Sale for the property. I also attach a copy of the ERMA SCAT map with my property outlined in a red rectangle. I also attach a copy of a photo of BP response workers cleaning oil off of my property after the spill. It is my understanding that the blue line along my property on the SCAT map indicates that my property was not oiled. I also understand that even though I have contemporaneous photographic evidence that the SCAT map is wrong, I cannot use that evidence to change my categorization in the settlement from non-oiled to oiled. That is not fair. My property was clearly oiled and I should be able to prove that to the Settlement Administrator with my indisputable evidence.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 7, 2012, Slidell, Louisiana.

/s/Letitia Baillio_____
Letitia Baillio



