UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG    "DEEPWATER HORIZON" IN THE    GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| Relates to: No.10-8888 Doc. Ref. No. 78634  DHECC Claimant No.: 100021510 | * * * | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SWORN DECLARATION

My name is Clint Guidry. I am a third generation shrimp fishermen. I also am the current president of the Louisiana Shrimp Association. I sit as Vice Chairman of the LA Shrimp Task Force and Chairman of the GO FISH Coalition. The Louisiana Shrimp Association represents 600 commercial shrimp fishermen. On the LA Shrimp Task Force, I sit as the lead representative for harvesters.

I usually fish in the Barataria Basin for shrimp. I have not been able to fish since the oil spill. I have spent the better part of the past two years talking to members of our organization and fulfilling my duties and obligations particularly relating to the oil spill as shrimp industry representative.

According to the data I have seen and collected regarding our members' documented catch, as of Fall 2011, white shrimp season was 40% off on our landings. This spring, starting in May 2012, according to the dock owners I polled in Plaquemines Parish, Jefferson Parish, the Barataria Basin, brown shrimp season was off 50-70%. Many fishermen have reported to me personally and to GO FISH at the conference that they are seeing unusual amounts and kinds of growths, spots, and lesions in their catch, and are not catching enough shrimp to make a living. Many, including myself, believe that we need the fisheries to turn around this white shrimp season or many fishermen will be in deep trouble.

I, and GO FISH, feel the settlement does not adequately compensate fishermen to the risk. We're seeing a lot of problems with all the fisheries such as the shrimp, crabs, oysters, and the finfish. We're being asked to take the first amount of money, pay attorney's fees, taxes, and deduct what money has been given to us. After all that, we're left with a very small amount of money and that's too risky. There's not enough money in it. There are a lot of guys that I represent that are being completely left out such as the lower income people. It's not adequate compensation.

I was asked to get involved with the settlement negotiation process. I gave a lot of time and felt I had good information and some good ideas. For several months I did everything I was asked, putting together information, meeting with John Perry, meeting PSC attorneys, providing them what they asked for.

The negotiation process left out people such as the crab and longline fishermen. I was participating more on behalf of the shrimp industry. But the crab fishermen have no organization or association to represent them. The state of Louisiana's crab fishermen are represented by the LA Crab Task Force, Gary Bauer. Gary Bauer is actually a crab processor. He's not even a fisherman, and I don't know that he was ever consulted. A couple of crabbers who did come were brought in by our attorneys at the last minute, because the PSC lawyers couldn't find anyone else. One of those guys spoke for a few minutes and left.

It's the same with the longline fishermen. They lack representation because there isn't a longline organization or association. The only organization when I use to longline in the late 80's was Blue Water, an East Coast organization. But there isn't one in the Gulf of Mexico. When we're speaking of only about 60 people, it's more difficult to get your voice heard. But that's 60 individuals and their families. The PSC asked our attorneys to find a long liner at the last minute and he spoke for a few minutes with no preparation in front of Perry and Balhoff and that was it.

This is how they created the methodologies. Instead of having us sit at a table on a daily basis and work this out so everybody would be satisfied, it was done under wraps. The first time I met with Steve Herman and Joe Rice, to talk about the settlement at a big hotel on Canal Street, I didn't know I was going until that morning. I'm not too familiar with the way things are done but if there was an open process, it may have been better. The way it turned out reflects the way it was handled. If it comes out screwed up without enough people involved or agreement on all sides; when it comes out like that, you know what, you reap what you sew and people are going to complain.

When I went to the meetings at the hotel and found out that oyster leaseholders were put in the Fund, I wrote the PSC and told them that was not right, and talked to them too, that the oyster leasehold claims are a property damage not based on landings data. I was worried then that we would all be fighting for a piece of the same pot of money.

I feel they promised us a lot but delivered very little. I told them 2008-2009 were terrible years for the shrimp industry. 2009 was the year of the shrimp strike. In 2008, Hurricanes Ike and Gustav interrupted the white shrimp season. 2010 was promising to be much better. We were told we could choose three of five years and were even talking about going back 10 years. Turns out that wasn't true. Same thing when the agreement in principle was announced and examples were given that appeared fair, both in terms of the future and between us and crabs, finfish, oysters. Then the agreement was filed, and it was very different. I feel it was a bait and switch. I think the settlement is grossly unfair to many of our fishermen. What is going to the fishermen is not enough and not evenly distributed. Crabbers and long line finfishers (which I used to be) are not treated well.

There's a whole array of issues with this settlement. The Seafood Program formulas are all based on 2010 landing reports. What about the future? The last two seasons for shrimpers for sure, crabbers and oysters too I think, have been the worst two seasons in memory. That is what I see, and I have been around as a fisherman for over 50 years. That is what other fishermen, including some old timers, tell me too.

If you need to determine future losses, you can't use 2010 landings. What they did was they sat down and said the oil spill was 87 days and everything was opened back up except for areas of Barataria Bay, Plaquemines Parish. What everyone ignored is that the real basis of the settlement claim is not only the losses of 2010. The last two seasons have been terrible and the losses have actually increased since then. Even going strictly by the OPA and ignoring punitive damages, BP is responsible to pay you for lost profits. They figure that if you can't fish, you have no expenses, but that's not true. We still have expenses when we go out to fish and return home empty handed. In fact expenses are greater when we have to range farther and troll longer looking for catch. That's just as true for the crabbers and long liners as it is for shrimpers and oystermen. Some industries get an RTP of 8 and the finfish and the crab get much lower. There is no good reason for that. It's based on the same problem of using 2010 gulf wide landings numbers to create the methodologies and the RTPs. And if the RTPs are supposed to account for punitive damages, then those should be equally available to all the fishermen and increase their RTPs equally.

The settlement should include punitive damages. The US Justice Department is prepared to go to court with BP to prove gross negligence. If BP is found guilty of gross negligence, the fishermen's claims also have substantially more value. That's what BP is trying to avoid with the settlement. BP left a lot of people out and is trying to get by as cheap as it can. If you are paying me for four years, or even six years, if half of that is punitive damages, than are you saying I really only suffered two or three years of damage?

Another objection is the failure to consider location or impacts. The most protection should go to the most affected areas. Barataria Bay, Plaquemines Parish, St. Bernard, Grand Isle, Mississippi, & Alabama. Those guys are the ones that are taking the biggest hit. Why spread the money equally all the way out west and down Florida? All you have to do is see where the heavy accumulation of oil went. Those who are closest to ground zero are the most affected. The oil spill affected the waters where many fishermen make a living. Offshore shrimp and the longliners also. The PSC made impact maps for oyster leaseholders to better compensate those they thought were worse hit. There is no reason not to give the same consideration for the rest of us.

Another group that is being left out of fair compensation is the docks and processors. Many of our un-loading docks were barely hanging on by the skin of their teeth after the oil spill, and Hurricane Issac has wiped them out. They may not even be able to come back. Dean Blanchard is going probably to have to spend a few hundred thousand dollars to get back in business. The whole seafood industry is hanging on by a thread. If fishermen don't catch shrimp, crab, oyster or fish, docks don't make any money either. It works the other way too. If we lose them, fishermen can't fish. Docks were left out of the seafood process and are being treated no

different than Bourbon Street T-Shirt Shops. If we lose out on those docks, we'll be out of business.

In addition to the docks, charter boat businesses and charter boat captains are being left out of fair compensation. The charter boats are being treated the same as our docks and processors. They depend on the fisheries and access to the fish. Their customers pay $200-400 a day to go fishing to catch 25 speckled trout. When you can't catch it anymore, this is detrimental to them. The charter boat captains are commercial fishermen. They have to buy a commercial license to be in business. It's simple, no fish, no clients, no business. The risk to the fishery affects them the same as us.

My final objection is with the court settlement program and its delay in providing relief. DHCC is picking up where GCCF and BP left off. The same people run it I think. BP paid some people emergency advances and then other people who were just as qualified were completely left out. After Feinberg gave the initial emergency claims payment, he went for a long time where he wouldn't pay interim payments. Right on the end or middle of December, Feinberg came up with the "sign your life away" $25,000 or $5,000 quick pay. He just starved everybody out. He wouldn't make a payment for anyone in the shrimp industry even if they had good legitimate documents for their claims.

DHCC seems to be doing the same thing. Patrick Juneau and the PSC have had this process for over 3 months now and not even one seafood check has gone out yet. I believe this is ridiculous. It's a plug in formula. All the documents they need are spelled out explicitly in the settlement and they could not give a few thousand fishermen their determinations. It is now 90 days later and still no determination? They're worse than Ken Feinberg and the GCCF. DHCC did send out some VOO offers for the contract claims and some people are getting VOO funds, but of course if you take the VOO funds, you are stuck with whatever follows in terms of your other offers. Fishermen want to see the whole package, to be able to think about hard numbers. Even some guys who may be satisfied with their offers won't accept them if they are not even given an opportunity to see the offer first.

The same problem remains with the change to the settlement agreement we got after our first filing of objections. The settlement now allows John Perry to redistribute the second pot of money. I think that would go a long way into making up some of the inequities. But until they put it in black and white, we don't know what the second round is going to be. We're being asked to accept offers we haven't seen. We're being asked to believe that we're going to get a larger amount from a second distribution without any assurance. After the first bait and switch, I'm not taking anything on faith. There has to be a clear open process to fix the problems with the first round.

I cannot see how the court can allow the Plaintiffs Steering Committee and the claims process to force this on fishermen and fishing businesses without them even knowing what they are getting. You know, it's like someone telling me, "Oh, I'm not gonna give you much money today but I'm gonna give you a big chunk of money next year." Well my life depends on this and my livelihood depends on it and I'm not going for that. I think that's a big fallacy with the settlement besides not having enough money to start with. I believe it's low especially after I

found out the property claims of oyster leaseholders are included in this same pot of money. There isn't enough money when you include that in the pool, especially if the second round just mirrors the first.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 7, 2012, Harvey, Louisiana.

*Clint Guidry*
Clint Guidry

Sworn and subscribed before me, Notary Public, for the Parish of Jefferson, this 7'th day of September, 2012

Joel Waltzer, N.A. #11881