UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Relates to: No.10-8888 Doc. Ref. No. 78634<br>DHECC Claimant No.: 100021510 | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

*******************************************

## SWORN DECLARATION

My name is Phuong Nguyen, I am 55 years old and a fisherman and representative for the crab community in Buras. I am also a Secretary for SEAFA which is a member of GO FISH. I have been crabbing in Buras for 8 years and many other years in Morgan City. I have been a crab fisherman for over 20 years now. I crab in many places. Usually I go crabbing in Pass A Loutre, Redfish Bay, English Bay, and Bastian Bay. When I lived in Franklin, I went crabbing at Marsh Island in Vermillion Bay.

I see now that the catch is a lot less then before the oil spill. It's very difficult to make a living crabbing now. You have to search in many places in order to get enough catch to make a profit. Before the spill, I catch $1000 of crabs in a day. Now, I can make $200-$300 a day in revenue. Since I was losing money crabbing, in spring of 2011, I switched over to shrimp. Crabbing was just too difficult. There weren't enough crabs. But now, even though I switched over to shrimp, the shrimp seasons have been just as difficult as crabs so the switch has not helped my situation. The loss in my income is over one half. Before the oil spill, I could make at least $100,000 a year in revenue. Now, just making $50,000 a year in revenue is hard.

Ever since the oil spill, I see that the future for commercial fishermen as a difficult one. Before, I use to see female crabs with eggs especially in the beginning of the season where they were plentiful. Now, there are very little females with eggs. I figure that if there are less crabs with eggs then the future will also be less. I don't see a prosperous future for crabs at all. I see the future of commercial fisherman in general as a difficult one to make a living.

I was asked by my lawyers to help other lawyers, including lawyers for BP, and a lawyer who said he was for the Court, to explain the crab industry. In March, I think on the 21'st, I went down to New Orleans and sat with these lawyers for about half an hour telling them about crabbing before and after the spill, that it was just too hard to make money as a crabber. When I told the lawyers in the room about less female crabs means a bad future for crab fishermen, all the lawyers in the room agreed. Nga Nguyen from my lawyer's office was with me and helped me translate. Chu Thien came after me to talk about longline tuna.

Then, after the big meeting, I met with the court lawyers for the fishermen in another room. A young woman interviewed me and talked to me about being a class representative. They told me about it and I agreed to do so and signed a piece of paper before leaving.

I did not hear anything else until I heard that I was listed on the lawsuit as a class representative. No one called me before the lawsuit was filed to ask whether I agreed with the Settlement.

I was told there was a hearing about the settlement and went to the hearing to listen to the lawyers present the settlement to the judge. When I heard that the crab fishermen would not be getting a high RTP compared to other fishermen, I was disappointed and knew that the lawyers ignored what I was telling them before. I feel crab fishermen don't have a voice because the lawyers did not care and because we don't have a big group compared to shrimp or oysters. I decided I did not like the settlement. I told my lawyer to keep fighting. Later, I was told the court lawyers removed my name from the lawsuit.

I have not opted out and have not received an offer from the settlement yet. But in my opinion, I do not believe the settlement is fair for crab fishermen. We are just as affected as shrimpers and oyster harvesters but I see that they place the crab RTP much lower than the others. All fisherman, regardless if you shrimp, harvest oysters, crab or fish, we are all affected the same. We have the same futures. I have shrimped too since the oil spill. Shrimping is no worse than crabbing. It is just as bad. Giving us a lower RTP then shrimp or other resources is just not fair. I do not believe I will be compensated fairly.

I worry about others who do not understand English as proficiently. They are stuck with they are given. It's difficult for these community members to understand how their offer was calculated. Some people now are being told many things and many do not understand even whether or not they need a lawyer. They are asking me whether they should take an offer, but they don't have an offer and don't know what they will receive and don't have a lawyer to help them figure it out. The process is not very clear.

I also worry because BP has dragged this out and made people wait for their money. Many people already signed releases because they needed the money, not because they wanted to. Now people need money and will take this settlement whether it's fair or not. Now, with Hurricane Isaac, this is even more of a problem. I ask that the judge make this fair as soon as possible, to help the people out.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 5, 2012, Harvey, Louisiana.

_____
Phuong Nguyen

Sworn and subscribed before me, Notary
Public, for the Parish of Jefferson, this 5'th
day of September, 2012.

_____
Joel Waltzer, N.A. #11881