

Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of November 29, 2011)*

| All Claimants | | No. of Claimants |
|---|---|---|
| **Total All Claimants** *(This is a unique count that includes all Emergency Advance Payment Claimants)* | **(Claims: 1,026,434)** | **564,004** |
| 1. Individual | | 448,039 |
| 2. Business | | 115,965 |
| *Claimants Represented by Counsel: 80,480* | | |

| Current Claimant Status | No. of Claimants |
|---|---|
| **Interim and Final Claimants - Phase II** *(This report reflects Claimants' current status as of the report date, therefore each Claimant is only represented in one category below.)* | **367,696** |
| **Reviewed - Phase II Only** | **338,417** |
| 1. Final Payment Issued | 185,874 |
| a. Quick Payment | *126,268* |
| b. Full Review | *59,606* |
| 2. Final Release Accepted Pending Payment | 335 |
| 3. Final Offer Acknowledged Pending Accepted Release | 3,860 |
| 4. Final Offer Made | 10,609 |
| With Interim Payment (4,671 out of these 10,609 Final Offers) | |
| 5. Other Claim Determinations: | 137,739 |
| a. Claimants Without an Established Loss | *13,046* |
| b. Withdrawal Requested | *507* |
| c. Claimants Notified Additional Information Required | *16,318* |
| d. Claimant Denied | *107,868* |
| **Under Review** | **29,404** |
| 1. Phase II - Interim & Final | 29,279 |
| 2. Phase I - EAP Unresolved / Under Review (Claims Subject to Liens, Audit Holds, etc.) | 125 |
| **Claimants with Resolved EAP Submissions** *(Many EAP Claimants have re-filed in the Phase II: Interim and Final Claim Stage)* | **449,874** |

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| **Total Unique Claimants** | **215,953** | **$ 5,683,055,797.57** |
| 1. Quick Pay / Full Review / Interim Payment | 217,445 | $ 3,099,265,840.20 |
| *a. Individual* | *154,917* | *$ 1,205,882,166.81* |
| *b. Business* | *62,528* | *$ 1,893,383,673.39* |
| 2. Emergency Advanced Payment (EAP) | 169,204 | $ 2,583,789,957.37 |
| *a. Individual* | *121,458* | *$ 1,019,207,352.99* |
| *b. Business* | *47,746* | *$ 1,564,582,604.38* |
| **Separate Fund for Real Estate Brokers and Agents** | | $ 54,434,574.75 |
| | **Total Paid:** | **$ 5,737,490,372.32** |

| Quick Pay Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Quick Pay Final Payments** | **128,492** | **127,689** | **126,268** | **$ 1,280,055,000.00** |
| 1. Individual | 95,280 | 94,740 | 93,801 | $ 469,055,000.00 |
| 2. Business | 33,212 | 32,949 | 32,467 | $ 811,000,000.00 |

| Interim Payments | Claimants with Filed Claims | Reviewed Claimants* | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Interim Payments** | **123,411** | **104,388** | **31,554** | **$ 417,816,232.18** |
| 1. Individual | 87,561 | 71,446 | 19,649 | $ 141,623,926.41 |
| 2. Business | 35,850 | 32,942 | 11,905 | $ 276,192,305.77 |

** Details on Interim Claimants, including Status are reflected on Page 10 of this report*

| Full Review Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Full Review Final Payments** | **149,201** | **139,676** | **59,623** | **$ 1,401,394,608.02** |
| 1. Individual | 115,131 | 107,279 | 41,467 | $ 595,203,240.40 |
| 2. Business | 34,070 | 32,397 | 18,156 | $ 806,191,367.62 |

| **Full Review Final Payment Offers** *(Inclusive of Offers with Release Accepted and Final Payment Issued)* | Offers Made | Amount Offered | Offers Accepted | Amount Accepted |
|---|---|---|---|---|
| **Total Final Offers** | **83,613** | **$ 1,802,356,199.22** | **66,249** | **$ 1,403,928,653.65** |
| 1. Final Offers: Individual | 54,833 | $ 534,259,616.75 | 45,482 | $ 456,411,536.06 |
| 2. Final Offers: Business | 28,780 | $ 1,268,096,582.47 | 20,767 | $ 947,517,117.59 |



Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics

*(Status Report as of November 29, 2011)*

### Claimant Submissions

*(Quick Pay, Interim and Full Review Claimants only)*

| All Submitted and Paid Claimants | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 128,492 | 127,689 | 126,268 | $ 1,280,055,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 149,201 | 139,676 | 59,623 | $ 1,401,394,608.02 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 123,411 | 104,388 | 31,554 | $ 417,816,232.18 |
| **Total** | **401,104** | **371,753** | **217,445** | **$ 3,099,265,840.20** |

| Submitted and Paid Claimants - Individual | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 95,280 | 94,740 | 93,801 | $ 469,055,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 115,131 | 107,279 | 41,467 | $ 595,203,240.40 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 87,561 | 71,446 | 19,649 | $ 141,623,926.41 |
| **Sub-Total** | **297,972** | **273,465** | **154,917** | **$ 1,205,882,166.81** |

| Submitted and Paid Claimants - Business | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 33,212 | 32,949 | 32,467 | $ 811,000,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 34,070 | 32,397 | 18,156 | $ 806,191,367.62 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 35,850 | 32,942 | 11,905 | $ 276,192,305.77 |
| **Sub-Total** | **103,132** | **98,288** | **62,528** | **$ 1,893,383,673.39** |

All Claimants with Filed Claims
3. Interim Payment (net of Claimants with Quick Payment Submissions) 30.77%
1. Final: Quick Pay 32.03%
2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) 37.20%

Amount Paid to All Claimants
3. Interim Payment (net of Claimants with Quick Payment Submissions) 13.48%
1. Final: Quick Pay 41.30%
2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) 45.22%



Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics

*(Status Report as of November 29, 2011)*

### Individual Claims by Amount

*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---|---|
| 1. $0.01 - $5,000.00 | 178,143 | $ 754,695,842.68 |
| 2. $5,000.01 - $10,000.00 | 51,417 | $ 383,101,778.84 |
| 3. $10,000.01 - $25,000.00 | 38,922 | $ 595,105,709.42 |
| 4. $25,000.01 - $100,000.00 | 7,979 | $ 299,617,343.23 |
| 5. $100,000.01 - $500,000.00 | 144 | $ 20,254,902.63 |
| 6. Over $500,000.00 | 37 | $ 172,313,943.00 |
| **Total** | **276,642** | **$ 2,225,089,519.80** |







GCCF

Gulf Coast Claims Facility

www.GulfCoastClaimsFacility.com

## Overall Program Statistics

*(Status Report as of November 29, 2011)*

### Business Claims by Amount

*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | | Amount Paid |
|---|---|---|---|
| 1. $0.01 - $5,000.00 | 16,204 | $ | 43,739,577.06 |
| 2. $5,000.01 - $10,000.00 | 11,760 | $ | 87,813,660.87 |
| 3. $10,000.01 - $25,000.00 | 59,878 | $ | 1,363,387,614.22 |
| 4. $25,000.01 - $100,000.00 | 18,627 | $ | 907,937,871.14 |
| 5. $100,000.01 - $500,000.00 | 3,808 | $ | 687,483,085.04 |
| 6. Over $500,000.00 | 236 | $ | 367,604,469.44 |
| **Total** | **110,513** | **$** | **3,457,966,277.77** |

Business Claims Paid by Value Range
5. $100,000.01 - $500,000.00
3.45%
6. Over $500,000.00
0.21%
4. $25,000.01 - $100,000.00
16.86%
1. $0.01 - $5,000.00
14.66%
2. $5,000.01 - $10,000.00
10.64%
3. $10,000.01 - $25,000.00
54.18%

Business Amount Paid by Value Range
4. $25,000.01 - $100,000.00
26.26%
5. $100,000.01 - $500,000.00
19.88%
6. Over $500,000.00
10.63%
1. $0.01 - $5,000.00
1.26%
3. $10,000.01 - $25,000.00
39.43%
2. $5,000.01 - $10,000.00
2.54%



Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of November 29, 2011)*

### Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---|---|
| **1. Removal and Clean Up Costs** | | |
| a. $0.01 - $5,000.00 | 69 | $ 162,006.05 |
| b. $5,000.01 - $10,000.00 | 14 | $ 101,202.43 |
| c. $10,000.01 - $25,000.00 | 26 | $ 575,757.77 |
| d. $25,000.01 - $100,000.00 | 5 | $ 229,034.00 |
| e. $100,000.01 - $500,000.00 | 4 | $ 688,152.38 |
| f. Over $500,000.00 | 1 | $ 681,518.07 |
| **Sub-Total** | **119** | **$ 2,437,670.70** |
| **2. Real or Personal Property** | | |
| a. $0.01 - $5,000.00 | 206 | $ 668,347.94 |
| b. $5,000.01 - $10,000.00 | 58 | $ 410,762.60 |
| c. $10,000.01 - $25,000.00 | 68 | $ 1,167,748.24 |
| d. $25,000.01 - $100,000.00 | 22 | $ 967,519.41 |
| e. $100,000.01 - $500,000.00 | 4 | $ 1,136,100.00 |
| f. Over $500,000.00 | 1 | $ 1,000,000.00 |
| **Sub-Total** | **359** | **$ 5,350,478.19** |
| **3. Lost Earnings or Profits** | | |
| a. $0.01 - $5,000.00 | 193,914 | $ 797,307,384.66 |
| b. $5,000.01 - $10,000.00 | 63,093 | $ 470,318,856.04 |
| c. $10,000.01 - $25,000.00 | 98,702 | $ 1,956,691,390.63 |
| d. $25,000.01 - $100,000.00 | 26,578 | $ 1,206,321,625.12 |
| e. $100,000.01 - $500,000.00 | 3,944 | $ 705,913,735.29 |
| f. Over $500,000.00 | 235 | $ 370,185,778.37 |
| **Sub-Total** | **386,466** | **$ 5,506,738,770.11** |



Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of November 29, 2011)*

### Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---|---|
| **4. Loss of Subsistence Use of Natural Resources** | | |
| a. $0.01 - $5,000.00 | 68 | $ 133,431.29 |
| b. $5,000.01 - $10,000.00 | 11 | $ 77,475.78 |
| c. $10,000.01 - $25,000.00 | 0 | $ - |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **79** | **$ 210,907.07** |
| **5. Physical Injury / Death** | | |
| a. $0.01 - $5,000.00 | 90 | $ 164,249.80 |
| b. $5,000.01 - $10,000.00 | 1 | $ 7,142.86 |
| c. $10,000.01 - $25,000.00 | 4 | $ 58,427.00 |
| d. $25,000.01 - $100,000.00 | 1 | $ 37,035.84 |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 36 | $ 168,051,116.00 |
| **Sub-Total** | **132** | **$ 168,317,971.50** |
| **6. Other Claims** | | |
| a. $0.01 - $5,000.00 | 0 | $ - |
| b. $5,000.01 - $10,000.00 | 0 | $ - |
| c. $10,000.01 - $25,000.00 | 0 | $ - |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **0** | **$ -** |
| **Total** | **387,155** | **$ 5,683,055,797.57** |



Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics

*(Status Report as of November 29, 2011)*

### Individual Lost Earnings or Profits Claims Paid by Industry

*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---|---|
| Fishing | 11,468 | $ 134,332,251.67 |
| Food, Beverage and Lodging | 142,690 | $ 945,486,737.91 |
| Multiple Industry / Business Types | 19,396 | $ 198,833,386.09 |
| No Industry Designation | 274 | $ 6,302,372.40 |
| Rental Property(ies) | 4,132 | $ 33,725,070.10 |
| Retail, Sales and Service | 80,937 | $ 602,644,293.38 |
| Seafood Processing and Distribution | 9,329 | $ 82,781,878.16 |
| Tourism and Recreation | 7,969 | $ 50,143,066.11 |
| **Total** | **276,195** | **$ 2,054,249,055.82** |



Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics

*(Status Report as of November 29, 2011)*

### Business Lost Earnings or Profits Claims Paid by Industry

*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---|---|
| Fishing | 18,628 | $ 597,871,931.65 |
| Food, Beverage and Lodging | 10,700 | $ 546,489,616.07 |
| Multiple Industry / Business Types | 5,850 | $ 149,445,028.93 |
| No Industry Designation | 3,108 | $ 61,963,301.16 |
| Rental Property(ies) | 29,433 | $ 591,140,523.57 |
| Retail, Sales and Service | 38,863 | $ 1,212,624,339.95 |
| Seafood Processing and Distribution | 1,651 | $ 198,547,861.77 |
| Tourism and Recreation | 2,038 | $ 94,407,111.19 |
| **Total** | **110,271** | **$ 3,452,489,714.29** |

# of Business Claims Paid by Industry
Tourism and Recreation 1.85%
Fishing 16.89%
Seafood Processing and Distribution 1.50%
Food, Beverage and Lodging 9.70%
Multiple Industry / Business Types 5.31%
Retail, Sales and Service 35.24%
No Industry Designation 2.82%
Rental Property(ies) 26.69%
Amount of Business Claims Paid by Industry
Tourism and Recreation 2.73%
Fishing 17.32%
Seafood Processing and Distribution 5.75%
Food, Beverage and Lodging 15.83%
Multiple Industry / Business Types 4.33%
Retail, Sales and Service 35.12%
No Industry Designation 1.79%
Rental Property(ies) 17.12%



Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics

*(Status Report as of November 29, 2011)*

### Claims by State of Residence

*(Claimants may have more than one Claim Type)*

| Claim State of Residence | Submitted Claims | Paid Claims | Amount Paid | |
|---|---|---|---|---|
| Louisiana | 369,886 | 120,042 | $ | 1,643,437,759.15 |
| Florida | 347,369 | 157,066 | $ | 2,135,321,131.15 |
| Alabama | 138,436 | 53,294 | $ | 870,796,382.60 |
| Mississippi | 106,002 | 33,292 | $ | 519,773,834.82 |
| Texas | 22,345 | 5,816 | $ | 206,545,294.91 |
| Others | 42,396 | 17,645 | $ | 307,181,394.94 |
| **Total** | **1,026,434** | **387,155** | **$** | **5,683,055,797.57** |

### Claims by State of Loss

*(Claimants may have more than one Claim Type)*

| Claim State of Loss | Submitted Claims | Paid Claims | Amount Paid | |
|---|---|---|---|---|
| Louisiana | 246,701 | 120,295 | $ | 1,638,267,519.27 |
| Florida | 307,285 | 168,326 | $ | 2,313,405,246.50 |
| Alabama | 106,967 | 56,309 | $ | 922,258,735.48 |
| Mississippi | 74,986 | 32,000 | $ | 424,361,290.74 |
| Texas | 12,157 | 3,998 | $ | 224,833,807.30 |
| Other State / Pending Location Verification | | 6,227 | $ | 159,929,198.28 |
| **Total** | | **387,155** | **$** | **5,683,055,797.57** |





GCCF

Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics

*(Status Report as of November 29, 2011)*

### Interim Claim Payment ("IP")

| IP Claimants by Process Status | No. of Claimants |
|---|---|
| **TOTAL IP Claimants** *(Claimants may have one or more Claim Category)* | **123,411** |
| 1. IP Claimants Issued Interim Payment* | 31,554 |
| *24,542 of these 31,554 Claimants have also received a Final Payment | |
| 2. $0 Determined Loss for Interim: Final Offer Made and Accepted** | 8,472 |
| **In all, 33,014 Interim Claimants have received Final Payment | |
| 3. $0 Determined Loss for Interim: Final Offer Made, Pending Acceptance or Verified Release*** | 4,823 |
| ***Prior payments made by BP and GCCF resulted in $0 additional losses | |
| 4. IP Claimants Denied | 45,065 |
| 5. IP Claimants Requiring Additional Information or Documentation | 14,731 |
| 6. IP Claimants Under Review | 18,766 |

IP Claimants by State
14%
12%
2%
42%
30%
LA
FL
AL
MS
TX

| IP Claimants by Claimant Type *(Claimants may have one or more Claim Category)* | No. of Claimants |
|---|---|
| 1. Individual | 87,561 |
| 2. Business | 35,850 |
| *Represented Claimants: 38,783* | |
| **Total** | **123,411** |

| Paid IP Claimants | Paid Claimants | Amount Paid |
|---|---|---|
| Interim Payment | 31,554 | $ 417,816,232.18 |
| **Total** | **31,554** | **$ 417,816,232.18** |

| IP Payments by Category *(includes Individual and Business)* | Paid Claims | Amount Paid |
|---|---|---|
| 1. Removal and Clean Up Costs | 19 | $ 953,732.08 |
| 2. Real or Personal Property | 28 | $ 399,519.47 |
| 3. Lost Earnings or Profits | 31,723 | $ 416,276,713.20 |
| 4. Loss of Subsistence Use of Natural Resources | 46 | $ 131,453.50 |
| 5. Physical Injury / Death | 14 | $ 54,813.93 |
| **Total** | **31,830** | **$ 417,816,232.18** |