UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| Relates to: No.10-8888 Doc. Ref. No. 78634 DHECC Claimant No.: 100021510 | * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SWORN DECLARATION

My name is Byron Encalade, I am a resident of Pointe a La Hache, LA a small fishing community located on the east bank of Plaquemines Parish. I am a fifty-eight year old veteran who is competent to make this declaration. Everything I say here is based on my personal knowledge and experience.

I can remember at the age of 13 handpicking oysters on my first boat, purchased by my father. I have been an oyster harvester ever since. I now have five boats, three are operational and two are in the process of being repaired. At the time of the BP oil spill I owned two trucks with trailers and employed truck drivers who helped me deliver shrimp, oysters, and fish to processing plants from the east coast to the gulf coast. I held a Class A commercial driver's license, an oyster harvester's license, a captain/commercial fishing license as well as a public seed ground permit for four of my vessels.

I am currently serving as president of the Louisiana Oystermen Association, Judge Advocate for American Legion Post 430, and as Constable for district one, ward three of Plaquemines Parish, which is ground zero for the Pointe-A La-Hache oyster fishing community. I was given the distinct honor of being appointed a member of the Governor's Oyster Advisory Committee and the Louisiana Oyster Task Force. The Louisiana Oystermen Association (LOA) represents about 100 fishing families. Some hold leases; all engage in various forms of commercial fishing including but not limited to oyster harvesting. The job of the LOA is to promote family fisheries, advocate for the protection of our natural resources, the sustainability of our fisheries, and the economic condition of our fishing community. We are the brother organization to the Fisherman and Concerned Citizens Organization.

GO FISH or Gulf Organized Fisheries in Solidarity & Hope is a non-profit corporation based in Louisiana comprised of organizations that represent fishermen throughout the Gulf Coast region. Their mission is to mitigate conditions, disasters and policies that affect the fishing industry. Their board of directors is comprised of representatives from organizations based in Gulf Coast fishing communities. I represent the LOA on the board. As a member of GO FISH I serve as treasurer and have been afforded the opportunity to work with organizations such as the United Commercial Fishermen, Pointe Au Chien Native American Fishermen, Shrimp Association, Bayou Keepers, Family Fishermen, SEAFA or Southeast Asian Fisherman Association and the Southern Shrimp Alliance.

GO FISH's board of directors are:
Clint Guidry, Chairman of the Louisiana Shrimp Association, Vice-Chair of the Louisiana Shrimp Task Force.
Tracy Kuhns, Executive Director of Louisiana Bayoukeeper
Thin Dtrong Nguygn, President of the Southeast Asian Fisherfolk Association (SEAFA).
Mike Roberts, President of the Association of Family Fishermen.
Theresa Dardar, Tribal Council of the Pointe-Au-Chien Indian Tribe.
George Barasich, President of the United Commercial Fishermen's Association,
member of the Louisiana Shrimp Task Force.

Through its member organizations, GO FISH represents over 1,800 commercial fishermen who work in state and federal waters. They stay on the water for extended periods of time and are experts in the fishing industry. Our fishermen are on the front line and are the authorities on how the fishing industry and its fishermen were affected by the oil spill. These are bona fide commercial fishermen who make their living from commercial fishing.

GO FISH was initially formed to help commercial fishermen and their families face the challenges from the BP oil spill disaster. Before the settlement, we fought for fair Gulf Coast Claim Facility or GCCF compensation and met with Mr. Feinberg on many occasions. I have appeared before Congress and testified on the oil spill and how it has affected fishermen. We fought and won to get our fishermen priority in the Vessel of Opportunity (VOO) program. We were all worried about the long term effect and collapse of the fisheries so we worked with BP where possible to make the best of a bad situation.

When the class action settlement proposal in this case was announced in February 2012, GO FISH tried to learn as much as possible about it. Members of the GO FISH board, me included, gave input to lawyers from the Plaintiff's Steering Committee (PSC) while the settlement was being negotiated, but we did not know what was actually in it, since the PSC did not release it then.

GO FISH did not receive the settlement proposal until the middle of April and it was very different from what we were told it would be. The new settlement reduced the amount fishermen would receive by using a calculation they call "loss percentage." We are not sure where this new calculation came from. Nor are we sure of its meaning, however, it seems that they are assuming the number of fish, shrimp and other species we catch will be reduced by a certain amount. We already have some communities where there is no production at all, where the loss is at 100%. We also see a big problem with the expense percentages they are charging fishermen. The agreement charges us for fuel as if we save money if we catch less but in fact we spend the same amount in fuel whether we catch one pound or one thousand pounds. In fact, we have had to spend a lot more in fuel to find fish since the spill occurred.

Currently, we know that Upper Barataria, the Eastbank, a portion of St. Bernard and a portion of Pointe au chien oysterbeds either completely dead or doing very poor. Only the west side and oysterbeds to the West are reproducing and flourishing.

When a fisherman catches fewer fish he/she still uses the same amount of diesel and ice. If the number of fish is reduced by even a small percentage, your expenses do not decrease by that percentage. That small difference can wipe out your whole profit margin. Therefore even a small percentage decline in fish can put fishermen out of business. Right now, I can't afford to put my boats in the water because I won't be able to cover my expenses.

Since the oil spill, the oyster leases on the eastbank of Plaquemines Parish are showing no spat and no reproduction. Areas 6 & 7 are completely useless. This community is now dead in the water. Pointe a la Hache is a community that makes its living from oyster harvesting. Now, the community's economy is in ruins since the oyster beds remain devastated. The public grounds are completely wiped out on the east bank and that means we have to pay to fish oysters on the west side, which drives up our costs by 25 to 50 percent.

The community of Pointe a la Hache has been forced to become migrant fishermen. If a fisherman has the financial resources and can travel to the west side, he is limited to areas in the lower Barataria estuary such as in Port Sulphur and Buras. However, this is limited since a majority of the oysterbeds are privately owned. The only public seed grounds (50 acres) are located in upper Barataria in Hackberry Bay. Most of the east bank oysterbeds were public seed grounds. In order to fish on public seed grounds, a harvester needs to simply own a commercial fishing license, an oyster fishing license, and a seed ground permit. The fact that most oyster harvesters must now harvest on privately leased oysterbeds presents a crucial social inequity. In order to harvest on privately leased oysterbeds, a fisherman needs the permission of the leaseholder in order to harvest. This limits the amount of available oysterbeds for the affected oyster harvesting community. These fishermen have no where to go.

Even fishing on privately owned oysterbeds in comparison to the eastbank oysterbeds is detrimental to the community fishermen. Oyster harvesters are only able to receive 50-60% of the dock price from their catch. This is a big reduction in what you receive thus impacting the fishermen financially as well as culturally. Financially, the fishermen are putting out more expenses and making much less then before the oil spill. Culturally, the community is suffering. Oyster was the primary part of the community's diet. Now, there is a reduction and loss in oysters so the fishermen cannot afford to take home any catch for their families.

The members of GO FISH are also concerned about the unbalanced distribution of monies to different kinds of fisheries and to different locations of fisheries. We held town hall forums all across the Gulf Coast in July and August. What we consistently heard from people was their catch, since the oil spill, was way down. This was in shrimp, crab and other fisheries. Places like the Barataria Basin and the east bank of Plaquemines Parish were hit hardest. So fishermen in those communities would have to go somewhere else to fish or not fish at all. Under the new settlement people who are out of work or have to travel outside of their traditional fishing grounds will receive the same compensation as those who can still fish, are not subject to excessive travel and was in a place that did not receive much damage from the oil spill. There is also money in the settlement allocated to oyster lease damage. As an oysterman I know firsthand this compensation is needed. As an advocate for the fishing industry I know fishermen and other seafood farmers need to replace the revenue they lost on catch too.

The way the Seafood Compensation Program was divided is an example of the lack of fairness in the settlement. The current process divides the entire seafood community. Since the Seafood Compensation Program is a capped fund, this puts all oyster leaseholders and harvesters against each other since they are all individually in competition for the limited funds. The settlement currently divides property owner against harvesters; vessel owners against their captains; and resources against another resource (shrimp, crab, oyster, finfish).

Another factor that threatens the fairness of the settlement is the approximate 100,000 additional oyster lease acres which are private leases owned by private land. We do not have an exact number since it is a private contract

between two private entities and cannot be recorded by the state. These are thousands of additional acres that have been ignored but will factor into the capped 2.3 billion. This is not clarified in the settlement language. Much of this private land is in Zone A and receiving $2000/acre.

We know everyone has a point of view and everyone who has been affected by this deserves the opportunity to express how this agreement affects him/her. Two GO FISH members, Maurice Phillips and Phuong Nguyen, were supposed to be class action representatives for everyone but when they saw what the deal stipulated they could not continue. GO FISH filed objections to the settlement on April 25th. Then on April 30th our lawyers met with people from BP, the PSC and Mr. Perry, who was supposed to serve as a mediator and help allocate the money in the fisheries part of the settlement. They made some changes which did help, for instance, whenever they distribute whatever is left of the $2.3 billion in what they are calling the "second round," there could be distribution modifications so that fishermen receive a level of compensation that corresponds to their damage. We have learned there are no guarantees in this process and we are unsure how or if this will happen.

Being part of this court case and bringing up the issues that our members and member organizations are concerned about is an important part of GO FISH's mission. We are working people with working people budgets. This is why GO FISH is asking to intervene in this lawsuit to give fishermen of the Gulf Coast a voice and ensure their participation in this process.

In closing I want to reiterate to the court the urgency of making this process work to replenish and restore fishermen, their families and the fishing industry. Please keep in the forefront there are fisheries in the Gulf Coast, particularly in Louisiana, that have totally collapsed and others that are showing signs of imminent failure. I declare under penalty of perjury that the foregoing statement to my knowledge is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 7, 2012, Harvey, Louisiana.

Byron Encalade

Sworn and subscribed before me, Notary Public, for the Parish of Jefferson, this 7'th day of September, 2012.

Joel Waltzer, N.A. #11881