UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: No.10-8888 Doc. Ref. No. 78634 DHECC Claimant No.: 100021510 | * * | JUDGE BARBIER |
| | * * | MAG. JUDGE SHUSHAN |

**********************************************

## SWORN DECLARATION

My name is Thien Nguyen. I have been a fisherman since I was a young child in Vietnam. When I came to America, I began shrimping during the years 1983-1987. I became a commercial longline fisherman from 1988 to present day. I am now 51 years old and have been a longline fisherman for 24 years. I am currently the President of the Southeast Asian Fisherfolk Association (SEAFA), an organization within the Gulf Organized Fisheries in Solidarity & Hope (GO FISH). My primary language is Vietnamese, but this statement has been translated for me.

Currently, there are about 35- 40 active boats fishing in the Gulf. We, the Vietnamese vessel owners and deckhands, make up 70% of the all longliners. Because we are so few in number, not too many people know or are aware of us. Our annual income is about equal or greater than an iced trawl boat (but smaller than a freezer trawl boat).

I fish offshore and catch yellow and blue fin tuna. I also catch swordfish who are the tuna's predators and limited in number. Swordfish are at the top of the food chain. We work year round (12 months per year). Often without any breaks regardless of the weather; even if a cold front is coming. The only time we do not work is when a tropical storm or hurricane is coming. We fish for tuna and swordfish offshore and often go out from 50-200 nautical miles zone from the shore.

We work just as long and hard as the shrimpers and yet, our compensation based on the same income does not come close to theirs. It's unjustified. We request BP to compensate us at least equal to or greater than the shrimp trawlers.

For the sixteen to eighteen months after the Deepwater Horizon exploded on April 20, 2010, we could not fish due to the oil spill. We had to live off the emergency money we received and depended on our savings.

These are the findings that we saw once we were back on the water:

We did not see a lot of immature fish. At this time, from May to August, we would usually see juvenile tuna. We believe that the amount of juvenile tuna available for catching have been reduced by at least by 60%. Prior to the spill we would catch an average of 100 juvenile fish per trip. Since the spill we are catching at most 30 to 40 per trip. Reduced immature fish available leads to less or potentially zero matured fish eventually. Post oil spill, 95% of the fish caught was 75 lbs and up. This means that these were the fish that had already grown up or matured before the oil spill. They were strong enough to withstand the effect of the oil and the dispersant. The volume of our catch, after 16-18 months of absence, was the same as pre-oil spill because of these large fish. Normally, it would take 2.5 to 3 years for tuna and swordfish to mature to market size, reaching a minimum of 60 lbs and up. In the recent three months, the volume in catch has dropped to less than 50%. This is because the juveniles that would be reaching maturity now were wiped out by the spill. Again, because these fish are on top of the food chain, meaning there are relatively few of them, even a 15% loss of the number of fish translates to an equivalent of 50%-70% loss in our ability to catch them, as compared to other fisheries.

There was plenty of fish available in areas where we used to fish pre-oil spill. The 16-18 months after the oil spill, there was very little of fish left. We used to fish in areas next to the Deepwater Horizon and to the south of it. When we fished in areas between the east and the south after the spill there was very little, about 10—20% of tuna and swordfish left. Now, we have to fish west of the where the Deepwater exploded.

Pre oil spill, it took us only about seven to eight 1-day sets/trips. Post oil spill, we needed to do at least ten to fourteen sets/ trips in order to cover both trip expenses and some profit. A set is not defined as casting and reeling by machine. It's a tuna longlining gear. The longline gear or a winch is about 30—40 miles long. Each set is about 30-40 miles long and it takes 4-5 hours, depending on the weather. To finish, we need to set out gear with 900 branch hooks attached. It takes 8 hours to "take in and hook back" into a container because we have to remove these hooks by hand.

The average size of a longline boat is between 65-80 ft long and 22-24 ft wide, and the depth is about 10-12 ft. The capacity to carry is 105 gross tonnage (105 GRT), and net 84 net tonnage (NRT).Prior to the spill, we would do 7 to 8 set lines per trip to catch on average 7,000 to 10,000 pounds. From September 2011 through May 2012, we had to do 10 to 12 set lines to catch 7,000 to 11,000 pounds per trip. Since May of 2012, we are still doing 10 to 12 set lines but are only catching 3,500 to 6,000 pounds per trip. Our expenses are much greater but the catch is still less even though we are working harder and longer and burning more fuel.

Another problem concerns my crew. The settlement provides deckhands less than 1.5 years' income. It's not just inadequate but also unfair and unjustified. It is not enough to protect an individual in the long run. For example, during the pre-oil spill, a deckhand would make an average of $25000--$30000/year to keep up with the living cost here in Louisiana and the United States for a family of four. If BP only compensates him for a year and a half then it's only $37,500 for $25,000 average, and this is meant to cover all future losses. It's 50% of what he would have earned just through today. In other words, the current BP compensation amount is

nowhere near the $75,000--$90,000 he would have made pre-oil spill. How can deckhands provide for their families or just maintain their way of life?

The earnings of a deckhand depends on the earning of the vessel that he works on. In 2010 after the oil spill, the remaining months were a total loss. There was no work at all and deckhands earned no money in the longline fishery. Our fishing areas were closed. In 2011, the volume caught across all the fisheries was lower than 2008-2009. Deckhands in my community only made half of what they would normally have earned pre-oil spill. In 2012, the volume in catch was even lower. It is now one third in volume of catch as compared with 2008-2009. We believe that these losses will continue. We fear that the future of the fisheries has become very uncertain.

We are longliners with a few numbers of boats present in the Gulf of Mexico. We need an advocate on our behalf and our deckhands' behalf to be compensated at least equal to or greater than an iced shrimp trawl boats. We need to be compensated adequately and justly. We all know the future of fisheries is very uncertain right now.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 7, 2012, New Orleans, Louisiana.

Thien Nguyen

Sworn and subscribed before me, Notary Public, for the Parish of Orleans, this 7th day of September, 2012

Clay Garside, Notary No. 85219