UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | SECTION J |
| | * | |
| Relates to: No.10-8888 Doc. Ref. No. 78634 | * | JUDGE BARBIER |
| DHECC Claimant No.: 100021510 | * | |
| | * | MAG. JUDGE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SWORN DECLARATION

My name is Maurice Phillips. I'm 58 years old and have been fishing ¾ of my life, since I was 17 years old on my own. I am a commercial fisherman. I shrimp, crab and harvest oysters. Besides being a commercial fisherman, I am also an oyster leaseholder.

I usually shrimp out of Barataria Basin, Bay Batiste, towards Venice and those areas.
I've never seen it so bad in my life since I've been fishing. It's the worst I've ever seen it. I saw that because I caught shrimp with oil in their gills, and the last time I was out there, I caught shrimp in this year's white shrimp season with oil still in their gills.

I have been affected financially because after a trip and you pay for your supplies and fuel, you barely have enough for yourself. This makes it hard for you to survive and to feed your family. The time you get through paying your expenses at the dock and you go out and scratch and the wear and tear to your nets, it's unbearable.

I was breaking even and now going in the hole. It's just bad. I've got more bad days than good days these days. I think the future for commercial fishermen is going to be bad. I want to be able to pass on this way of life to my kids. I hope it will get better but I don't think it will for years and years. I say that because I'm still finding oil coming up in Bay Jimmy.

My family has been affected. I no longer have the same flexibility I had before. I have to be careful not to spend the little I've got just in case there are emergencies.

My family and I live off the land, seafood and wildlife. Before the oil spill, my family and I use to go to the grocery store maybe once a week. We no longer have access to the same amount of oysters, crabs, shrimp, and wildlife. These days, we go to the store almost everyday now.

My problem with the settlement is that it is a raw deal for shrimpers and an even worse deal for crabbers. There's no good reason for crab to be getting so much less than shrimp. Although I am an oyster lease holder, I need my way of life as a person who lives off the land and sea as a harvester to be preserved.

In addition to the fishing side, I do not think that the deal for those who trap is fair. People who lease land to harvest oyster are getting compensated. What about those who lease land to trap on? If they are compensating oyster leases, why isn't the settlement compensating me as the holder of a trapping lease. The impacts from the spill and the clean up are just as bad on my trapping marshland as on my oyster leases. It just seems like they didn't have all the pieces when they went to put this puzzle together so now there are all these gaps and holes and things that don't make sense with it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2012, Harvey, Louisiana.

                                        /s/ Maurice Phillips
                                        Maurice Phillips

Sworn and subscribed before me, Notary Public, for the Parish of Jefferson, this 7th day of September, 2012

Joel Waltzer, N.A. #11881