UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| Relates to: No.10-8888 Doc. Ref. No. 78634 DHECC Claimant No.: 100021510 | * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SWORN DECLARATION

My name is Thomas Olander. I've been a commercial shrimper for at least 35 years now and am a member of the Louisiana Shrimp Association. I usually shrimp in Vermillion Bay.

Since the spill, my catch has been a whole lot less. Here we are in the second year and the shrimp are way smaller. I've never seen this small a shrimp at this time of the year ever before. At this time of the year, normally the bulk, approximately 60-70% are 40-50's and bigger. This year, before Hurricane Issac, the majority of the shrimp 70-80% were over the 100 count. In addition, I'm seeing shrimps with no eyeballs. We are catching drum fish and crabs that have sores on them. And the fins fall off the crab when you pick them up.

The spill has affected my finances over 50%. Last year it was down 50% and this year it's looking worse. It's looking like this year is going to be 60-70% down.

Financially, my family and I are barely making it. Actually, I'm now getting behind on my bills while incurring more debt to fish now. I'm three weeks into shrimp season and I have a fuel bill that I cannot afford to pay. I have almost $3000 in fuel debt and I don't have the money to cover the fuel.

There is no future for commercial fishermen. I do not anticipate a recovery. As for my future, I don't know. The mental distress is getting to me. At my age, 52 years of age, I have no idea what I'm gonna do in the near future.

I have not received an offer and do not believe that the offer from the settlement process will compensate me adequately. I'm getting many different numbers depending who you're talking to. The numbers I'm hearing right now are pretty disappointing. If you take that number, take out the attorney's fees, taxes, and deduct what I've been paid, that remaining amount is not going to compensate me for losing my career. It's a slap in the face.

The mental distress that this is doing to my family is worse than anything else. If punitive damages are suppose to cover pain and anguish then we definitely need to have that considered in any offer.

One of the issues really troubling me is the issue of forced migration. We're hearing the people are concentrating around the bullseye's around the Deepwater Horizon. However, we over here in the Vermillion Bay. Although we weren't oiled, we've been impacted since those guys who can't shrimp in their affected bays come into our bay here and our bay here isn't enough to handle the larger amounts of boats. A 30 day season is now down to 5-6 days because there's so many boats sharing the pie now. I'm not against other fishermen doing what they need to do to survive but that takes away from me. Instead of a $40,000 season, I'm down to $20,000 or less.

My objection is right now, we're going out of businesses. Whoever is in charge is holding it back from providing us relief. Matter of fact, I'm at a minus income right now because every time I go out, I can't even cover my fuel expenses. If I don't get any money coming in here soon, I'm gonna start losing my home, my property and things that I have worked hard for to get. I need some money and now. I need some sort of interim relief.

If there is a settlement, it needs to be fair. I'm telling you, my career is over with. I'm a third generation fisherman and I have to tell my son, "sorry but there's no future for you and you can't fish. You have to go to work doing something else." The settlement number they're throwing at me right now is just an embarrassment. My only experience is in the seafood business and there isn't going to be a seafood industry if this keeps dragging out. That means I'll have to retrain myself and figure out what I may be comfortable doing and I just don't have any idea at this time what that may be. For us full time fishermen, this is our only source of income and since we can't fish nor have gotten compensated, we're suffering pretty badly. My livelihood is at stake and I'm ready to do whatever it takes to fight for this.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2012, Harvey, Louisiana.

                                                                      /s/ Thomas Olander  
                                                                      Thomas Olander

Sworn and subscribed before me, Notary Public, for the Parish of Jefferson, this 7'th day of September, 2012

Joel Waltzer, N.A. #11881