UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| Relates to: No.10-8888 Doc. Ref. No. 78634 DHECC Claimant No.: 100021510 | * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*********************************************

## SWORN DECLARATION

My name is Donald Dardar and I've been a commercial fisherman for 40 years. I am the second chairman for the Pointe-au-chien Indian tribe. Fishing has been a family tradition. I am a 5th generation fisherman. I am a shrimper, crabber, and an oyster harvester. I am also a oyster lease holder. I fish mostly in Lake Barre, Lake Felicity, and the surrounding areas in Pointe au chien. I shrimp from May to June and then again from August to December. I go crabbing on my off-time from shrimping and harvesting oysters. I use to harvest oysters from my beds from November through April. I am a year around fisherman.

My catches have been a lot less. The crabs are scarce. This May brown season was the worst I've ever seen in my life. This August season start off with small shrimp. That was the first time I've ever seen that. Out of all my years, this year has been totally different. For crabs, they are catching half and sometimes even less than half. I know some shrimp is lower than crab. I check my oyster beds and they have been ruined since the oil spill. They are no longer spatting and not a single one has returned yet.

As for the community, we are feeling some affects already. Seafood is such a huge part of our tribe's culture. It's different now. We still have our community socials and gatherings but instead of seafood, we now have different foods that we prepare. We use to have community crab boils 2-3 times a week. Now we don't do a boil as often. BP is advertising that the seafood is safe and everything is back to normal. I live here and fish here. I know that it's not true what BP is saying to the world.

The future of fishermen is looking less and less good. It's looking worse because there are less and less shrimp, crab, and oysters. Oyster beds around here are gone and haven't returned yet. As for the female crabs, I barely see any when I go out now. As for shrimp, what kind of season opens with baby shrimp? I'd like to know why that is happening. No more big shrimp means less money. Less financial security means more stress and changes in my future. I may have to do something else in the future. I shouldn't have to do something else. I'm 56. What am I suppose to do?

Financially, I'm starting to run low and through my savings. The finances has dropped 80% since the oil spill. It's real bad because people can't go crabbing or shrimping. It's not good for sure.

I have not yet received an offer. I do not believe that I will be adequately compensated from my understanding of the settlement. I do not believe that this settlement is fair because in about 10 years, what they are offering me, I don't think it's enough. If I base my observations on this year's seasons, I don't think it's enough to protect me. This oil spill is taking away my livelihood and my way of living.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2012, Harvey, Louisiana.

/s/ Donald Dardar
Donald Dardar

Sworn and subscribed before me, Notary Public, for the Parish of Jefferson, this 7'th day of September, 2012

Joel Waltzer, N.A. #11881