UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| Relates to: No.10-8888 Doc. Ref. No. 78634 DHECC Claimant No.: 100021510 | * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SWORN DECLARATION

My name is George Barisich. I represent a very large area from the Mississippi River up to the north shore of Lake Pontchartrain and east to the Mississippi state line. Our primary fisheries are shrimp, oysters, crab, and fish. This area did produce about 40% of shrimp, 65% of oyster, 35% of crabs, and 45% of fin fish. Today, I am asked to give you an overview of what I see as the impact of the spill on our world.

Shrimp production during the spill in the affected areas was sporadic at best with opening and closings crippling the shrimpers who were still trying to produce.

I was the last boat shrimping and the first to back after the closure. While I did well in the areas, there were historically productive areas with almost no sign of life and still as of the last week, still no production. Keep in mind only about 8% of the fleet was shrimping so theoretically we should have been forest gumping it. Production is not the only factor to be considered.

Two weeks after the spill I got 1.95 for 40/50 the highest price I got in 8 years. One month later I got 95 cents per lb. Today, it is only worth 1.25. Some recovery but not enough, with no promise of price hikes in the near future. Overview, production is both sporadic and localized with a slower growth rate for those species that have spawned –with only a prayer for better prices.

Oysters have faired out far worst, especially for those farmers in the highly impacted areas. LA state seed ground is about at 95% lack of production with about only 6% of production of marketable oysters from the state reefs. Some of our private oyster farms have faired out a little better in that the adult oysters survived. However, as of the last week the spat catch-that is presence of baby oysters is at best 3% of where it should be. The fear is that as we harvest these adult oysters or they die off until we get a repeat spat catch we are in jeopardy of losing production in some areas all together.

To give you an example of how devastating it is. I usually average 4-6 thousand sacks in sales a year. I only sold about 600 sacks since the spill with no sign of spat catch on my reefs yet. So you can understand what I am still trying to figure out how the PSC came up with only a 40% loss value.

Crabs followed shrimp pretty close, certain areas with good production for short periods while other normally productive areas had limited production. Price until recently has been lower than average. Another factor which came into play was the severe increase in crab mortalities of trapped crabs even in the winter time, clearly of sign if stress. Another factor that is now coming into play is the over capitalization occurring in the crab fishery.

Many fishermen who got a settlement check or VoO used some of the funds to buy crab traps or equipment so as not to give it to Uncle Sam. Now many former oyster fishermen are now crabbers further slicing that pie causing more crab traps for more production. So on and on, which will collapse the fishery eventually. In short, unstable productions for the fishery.

As far as the fin fish, reports show the same trend in production in some areas, with production in historically productive areas only minimal. The fear in this species is that the effects will show a bio-mass loss. Hope we are wrong.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2012, Harvey, Louisiana.

/s/ George Barisich
George Barisich

Sworn and subscribed before me, Notary Public, for the Parish of Jefferson, this 7th day of September, 2012

Joel Waltzer, N.A. #11881