**EXHIBIT "C"**



**LOUISIANA DEPARTMENT OF WILDLIFE & FISHERIES**
**COMMERCIAL & RECREATIONAL FISHING**

Open — green
Closed to Commercial & Recreational Fishing Except for Recreational & Charterboat Angling — red

SOURCES: LDWF, NOAA, ESRI, US Census, LDOTD and LOSCO. Map Projection: NAD_1983_StatePlane_Louisiana_South_FIPS_1702_Feet. Map Date: 04/01/11.







