**EXHIBIT "H-1"**

