# EXHIBIT "H-2"

