**EXHIBIT "H-3"**

