**EXHIBIT "H-4"**

