**EXHIBIT "H-5"**

