**EXHIBIT "H-6"**

