**EXHIBIT "H-7"**