**EXHIBIT "H-8"**

