**EXHIBIT "H-9"**

