**EXHIBIT "H-10"**

