**EXHIBIT "H-11"**

