**EXHIBIT "H-12"**

