# EXHIBIT "H-13"

