**EXHIBIT "H-14"**

