**EXHIBIT "K"**

Oil from BP disaster contaminated ocean food chain | New Orleans' Multicultural News Source | The Louisiana Weekly

Case 2:10-md-02179-CJB-DPC   Document 7345-24   Filed 09/07/12   Page 2 of 2



Monday, March 19th, 2012

**Oil Spill Cleanup Workers**
Did BP Cheat You In Some Way? Learn How You Can Get Compensated
Facebook.com/Pages/BP-Claims/
AdChoices

| HOME | NEWS | HEALTH & WELLNESS | ENTERTAINMENT | EDUCATION | OPINION | CITY GUIDE | POLLS ARCHIVE | SUBSCRIBE | MULTIMEDIA | CLASSIFIEDS |

# Oil from BP disaster contaminated ocean food chain

19th March 2012  ·  0 Comments

**By Sue Sturgis**
*Contributing Writer*

**(Special from Facing South)** — Scientists have confirmed that oil from BP's Deepwater Horizon disaster has entered the marine food chain.

Research by faculty and students at East Carolina University in Greenville, N.C. found crude oil from the 2010 spill in zooplankton small animals that play a critical role in the aquatic food web.

Dr. Siddhartha Mitra with ECU's Department of Geological Sciences and Dr. David Kimmel with the Department of Biology and Institute for Coastal Sciences and Policy worked with students to analyze samples of zooplankton collected from the Gulf of Mexico in August and September 2010. They identified the origin of the oil by examining polycyclic aromatic hydrocarbons, natural components of crude oil known to cause cancer, reproductive problems and birth defects.

"Our research helped to determine a 'fingerprint' of the Deepwater Horizon spill; something that other researchers interested the spill may be able to use," Mitra told ECU Now Blog. "Furthermore, our work demonstrated that zooplankton in the Northern Gulf of Mexico accumulated toxic compounds derived from the well."

The ECU researchers worked with colleagues at the University of Maryland Center for Environmental Science, the Georgia Institute of Technology, Oregon State University and the U.S. Geological Survey. The National Science Foundation funded the study, which appeared in Geophysical Research Letters.

Next, they plan to look at whether oil compounds from the BP disaster made it to the North Carolina coast.

Fisheries in the Gulf of Mexico have been severely impacted by the 2010 oil spill, with fishermen reporting that catches are down dramatically since the disaster. At the same time, consumers are reluctant to consume Gulf seafood over concerns about contamination.

*This article was originally published in the March 19, 2012 print edition of The Louisiana Weekly newspaper*

 Recommend

You recommend this. · Insights · Error
You recommend this Sign Up to see what your friends
Confirm

### COMMUNITY CALENDAR

- 21st Century Democracy: How Politics Will Change During the Next 100 Years
- Firehouse Ministries Multicultural Fest
- Ruth G. Carter 20th Annual Spring Concert
- 9th Ward forum to mark Katrina Anniversary

View All Events

### PHOTO GALLERIES
### WEATHER
### POLLS
### GAMES

## Readers Comments (0)

You must be logged in to post a comment.



**The Louisiana Weekly**
P.O. Box 8628
New Orleans, LA 70182
(504) 282-3705

JUDICIALS | BUSINESS | CITY GUIDE | EDUCATION | ENTERTAINMENT | HEALTH | OPINIONS | ADVERTISE | PRINTING SERVICE | SHOP | SUBSCRIBE | VIDEOS

Copyright © 2011 Louisianaweekly.com. All rights reserved