# EXHIBIT "M"

# Important Announcement

The GCCF Transition Process is now closed. The Court Supervised Settlement Program began on June 4, 2012. You will no longer be able to use this website to take any action relating to your GCCF/Transition Process claim. However, if you need to do one of the following things, you may still reach the GCCF Transition Process, but only for these limited purposes:

- To accept an outstanding GCCF Transition Process Final Payment Offer that is dated prior to June 4, 2012, that has not yet expired; and/or
- To inquire about GCCF Transition Process payments (including reissue requests and 1099s).

You can reach the GCCF for these limited purposes by any of the following methods:

1. Call toll-free to (800) 916-4893.

2. Email to:

>   NoticesandOffers@GCCF-Claims.com: To accept a non-expired GCCF Transition Process Final Payment Offer
>   Info@GCCF-Claims.com: To inquire about GCCF Transition Process Payments

3. Mail to:

>   Gulf Coast Claims Facility
>   P.O. Box 9658
>   Dublin, OH 43017-4958

You can get information on the new Settlement Program in any of these ways:

1. Visit the official Court-Authorized Settlement website at www.deepwaterhorizoneconomicsettlement.com.

2. Call toll-free to 866-992-6174.

3. Email to Questions@deepwaterhorizoneconomicsettlement.com.

4. Mail to:

>   Deepwater Horizon Economic Claims Center
>   P.O. Box 1439
>   Hammond, LA 70404-1439

- Privacy Policy |
- All Rights Reserved