**EXHIBIT "N"**



Contact us  |  Reports and publications  |  BP worldwide  |  Home  |  New: Cookie information

Search:

| About BP | Products and services | Sustainability | Investors | Press | Careers | **Gulf of Mexico restoration** |

You are here:  BP Global  ›  Gulf of Mexico restoration  ›  Claims information

- Committed to the Gulf
- Restoring the environment
- Restoring the economy
- **Claims information** ▼
  - Spanish language site
  - Vietnamese language site
  - Government claims
- Back to work in the Gulf
- Supporting long-term oil spill research
- Safer drilling
- Investigations and legal proceedings
- Deepwater Horizon accident
- Contacts

**Follow us on:**

 BP on Twitter
 BP on Facebook
 BP on YouTube
 BP on Flickr

# Claims information

## Claims and government payments Gulf of Mexico oil spill

Public Report - data as of August 1, 2012

| Payments | Amount Paid |
|---|---|
| Total Paid – Individual and Business Claims | $7,059,069,411 |
| Total Paid – Government | $1,374,295,819 |
| Total Paid – Other [1] | $341,301,727 |
| Total Payments | $8,774,666,957 |

[1] Includes payments for Tourism, Seafood Marketing and Testing, Research, Behavioral Health and Contributions

▶ Claims and government payments public report – data as of August 1, 2012 (pdf, 41KB)

### BP Claims Program for individuals and businesses

Effective June 4, 2012, the BP Claims Program will accept claims under the Oil Pollution Act of 1990. The Program is open to claimants that wish to file a claim for economic and property damages related to the Deepwater Horizon incident of April 20, 2010, and fall into one of two categories:

- Individuals and businesses that are not class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement; and
- Individuals and businesses that are class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement but exercise their legal right to timely opt out of the class settlement.

Under OPA, claims may be filed with the BP Claims Program for interim, short-term damages representing less than the full amount to which the claimant may ultimately be entitled.

For any claims under OPA that are denied or that are not resolved within 90 days after the date of submission to the BP Claims Program the claimant may, provided presentment and other requirements of law are satisfied, elect to commence an action in court against BP, or to present the

**In this section**
▶ Gulf of Mexico oil spill trust



**Court-Supervised Settlement Program**

**Economic & Property Damages:** 1-866-992-6174
**Medical:** 1-877-545-5111

Economic TTY: 1-888-584-7624  Medical TTY: 1-800-877-8973

▶ Court-Supervised Settlement Program
▶ Economic and Property Damages Settlement
▶ Medical Claims Administration



**BP Claims Program**

1-855-687-2631 (toll-free, multilingual)

**Related links**
▶ BP Spanish language site
▶ BP Vietnamese language site
▶ BP Frequently Asked

claim to the NPFC, US Coast Guard Stop 7100 (ca), 4200 Wilson Boulevard, Suite 1000, Arlington, Virginia 20598-7100 for consideration. The NPFC may be contacted at 1-800-280-7118.

**Economic and property damage settlement**

BP and the Plaintiffs' Steering Committee entered into the Economic and Property Damage Class Action Settlement Agreement on April 18, 2012. The United States District Court for the Eastern District of Louisiana has given preliminary approval to the agreement. More information about the class definition and the Court-Supervised Settlement Program that will implement the settlement agreement is available at www.DeepwaterHorizonSettlements.com.

**Claim forms**

- To access a BP Claims Program claim form in English
- To access a BP Claims Program claim form in Vietnamese
- To access a BP Claims Program claim form in Spanish
- To access a 40% claims payment form in English
- To Access a 40% claims payment form in Vietnamese
- To Access a 40% claims payment form in Spanish

The 40% claim form may be used by individuals and businesses that received a 60% payment in the Transition Process and are outside of the Settlement Class or have "opted out" of the Settlement Class, but still wish to submit a claim for the remaining 40% payment from the BP Claims Program in exchange for a signed full and final Release for all claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill.

If you need information or a claim form in another language, please call 1-855-687-2631.

**Attorney representation**

If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise. An Attorney Consent Form allowing us to communicate directly with you is available by clicking here.

**Claim form submittal**

Claim forms may be submitted as follows:

By Mail: BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

By Email: Scanned forms can be sent to: bpclaimsprogram@bp.com

By Fax: 1-866-542-4785

Sidebar links:
- Questions (pdf, 113KB)
- BP Frequently Asked Questions (Vietnamese) (pdf, 187KB)
- BP Frequently Asked Questions (Spanish) (pdf, 66KB)
- BP Claim Form (pdf, 208KB)
- BP Claim Form (Vietnamese) (pdf, 306KB)
- BP Claim Form (Spanish) (pdf, 258KB)
- BP 40% Claim Form (for those who received a partial payment (60%) from the court-supervised transition program) (pdf, 129KB)
- BP 40% Claim Form (Vietnamese) (pdf, 219KB)
- BP 40% Claim Form (Spanish) (pdf, 156KB)
- Attorney Consent Form (pdf, 75KB)
- Fact Sheet (pdf, 113KB)
- Fact Sheet (Vietnamese) (pdf, 107KB)
- Fact Sheet (Spanish) (pdf, 42KB)

Online: To file a claim form electronically, download the claim form to your personal computer. Adobe Reader is required to complete the form on your computer. Print and sign it. To file the form, scan and email it, fax it, or mail the form to the BP Claims Center. The form must be signed by hand. Electronic signatures will not be accepted.

**Contact information**

The BP Claims Program can be reached by phone at 1-855-687-2631 (toll-free, multilingual)

Để biết thông tin bằng tiếng Việt vui lòng nhấp vào đây hoặc gọi số 1-855-687-2631 (số điện thoại miễn phí, đa ngôn ngữ)

Para obtener información en español, llame al 1-855-687-2631 (línea gratuita, multilingüe)

### Government claims and funding requests

All government claims and funding requests will be handled by a specialized team and given high priority. BP has made advanced funds available to the States of Alabama, Florida, Louisiana and Mississippi, as well as several local parishes in Louisiana. BP continues to pay government claims consistent with the law and is guided by the relevant statutes and regulations.

▶ Government claims

▲ back to top