UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10,2010 | MDL No. | 2179 |
| | | Section : | J |
| This Document Relates to: 2:10-cv-08888-CJB-SS | | Judge Barbier Magistrate Shushan | |

ATTACHMENT "A"

| **Plaintiff** | **Present Address** | **Telephone Number** | |
|---|---|---|---|
| 1. John Blanchard Sr. | 1159 Roman Robin Road Breaux Bridge, LA 70517 "Doc. No. 589" | (337) 228-7274 | |
| 2. Chad A. Boudreaux | 1031 Pete Guidry Rd. St. Martinville, LA 70582 "Doc. No. 606" | (337) 342-2112 (337) 349-7908 | home cell |
| 3. James K. Bourque | P.O. Box 188 Port Barre, LA 70577 "Doc. No. 67372" | (337) 585-6044 | |
| 4. Joseph N. Guillory | 5750 Hwy. 103 Port Barre, LA 70577 "Doc. No. 612" | (337) 585-9961 (337) 945-1394 | home cell |
| 5. Herbert L. Leonard | 1900 E. Willow St. Lafayette, LA 70501 "Doc. No. 67253" | (337) 234-0684 | |
| 6. Mary Robertson | 320 Daigre St. New Iberia, LA 70560 "Doc. No. 61814" | (337) 256-5706 | |

| | | | |
|---|---|---|---|
| 7. Richard Storey | 3616 Grand Point Hwy.<br>Breaux Bridge, LA 70517<br>"Doc. No. 610" | (337) 247-5020 | |
| 8. Bob Taylor & Associates | C/O Robert Taylor<br>3940 Gilbert Dr.<br>Shreveport, LA 71106<br>"Doc. No. 67445" | (817) 832-8274 | |
| 9. Gulfstream Marketing | C/O Robert Lee Taylor<br>36 Bartow Pt.<br>Savannah, LA 31404<br>"Doc No. 107584" | (404) 259-9016 | |
| 10. Merton Thompson Jr. | 109 Rosepark Lane<br>Morgan City, LA 70380<br>"Doc. No. 67243" | (337) 636-3200<br>(985) 255-2027 | cell<br>home |
| 11. Donald Trahan | 589 Pershing Hwy.<br>Sunset, LA 70584<br>"Doc. No. 67470" | (337) 315-2512 | |
| 12. Henry Truelove | 119 Genevieve St.<br>Franklin, LA 70523<br>"Doc. No. 67410" | (337) 578-4686 | |