UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the OIL RIG ) MDL. NO. 2179
"DEEPWATER HORIZON" in )
the GULF OF MEXICO, on )
APRIL 20, 2010 )
) SECTION: J
This Document relates to: )
) JUDGE BARBIER
2:10-CA-10-8888 ) MAG. JUDGE SHUSHAN

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The law firm of Daniell, Upton & Perry, P. C. respectfully moves the Court for leave to withdraw as counsel for Claimants listed below:

| Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|
| 1. A & M Forest Consultants | 107387 | CA-10-8888 |
| 2. The Cirrus Group, LLC | 61845 | CA-10-8888 |
| 3. Naman's Meat Company, Inc. | 111889 | CA-10-8888 |
| 4. Powers Real Estate Joint Venture, LLC | 60087 | CA-10-8888 |
| 5. Signature Design Flooring & Remodel, LLC | 49895 | CA-10-8888 |
| 6. Woodland, LLC | 48101 | CA-10-8888 |
| 7. Christy Whitehead | 48698 | CA-10-8888 |
| 8. Robert Thomas Roberts Revocable Trust/ Robert Thomas Roberts | 54111 | CA-10-8888 |
| 9. Elwood Ladon West, Jr. & Amanda West | 111132 | CA-10-8888 |
| 10. George Braswell | 54619 | CA-10-8888 |
| 11. Benjamin Pellegrini | 53174 | CA-10-8888 |

1

DANIELL, UPTON & PERRY, P.C.
P. O. Box 1800
Daphne, AL 36526
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)

/s/David A. Busby
**DAVID A. BUSBY**
**(ASB-4991-D67B)**

## Certificate of Service

I, David A. Busby, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Motion to Withdraw as Counsel to All Counsel of Record.

This the 10th day of September, 2012.

By: /s/David A. Busby
**David A. Busby (ASB-4991-D67B)**