# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig    "Deepwater Horizon" in the Gulf    of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| Applies to:  *All cases* | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

## ORDER

The Court has observed that counsel who are not Liaison Counsel have attended or attempted to attend meetings between the Court and Liaison Counsel. The Court reminds all parties and counsel that Liaison Counsel Meetings are restricted to designated Liaison Counsel; no additional counsel shall attend such meetings without express prior permission from the Court.

New Orleans, Louisiana, this 10th day of September, 2012.

_____
United States District Judge