# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | *   MDL NO. 2179 |
| | *   SECTION: J |
| | *   JUDGE BARBIER |
| Applies to: *All Cases* | *   MAG. JUDGE SHUSHAN |

## TRANSOCEAN'S OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE JUDGE SHUSHAN'S ORDER REGARDING THE PSC'S REQUEST FOR NEW PHASE ONE DEPOSITIONS [REC. DOC. 7268]

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.2, Transocean objects to and moves for review of the Magistrate Judge's Order entered September 4, 2012 Regarding the PSC's Request for New Phase One Depositions [Rec. Doc. 7268]. As more fully set forth in the accompanying memorandum, Transocean submits that the Order is clearly erroneous and contrary to law to the extent that it concludes that there is prejudice to the PSC with respect to Documents No. 3, 4, 6, and 7 and orders Transocean to produce its Chief Executive Officer, Steven Newman, for further deposition. Transocean respectfully requests that this Court review and reverse the Magistrate Judge's Order accordingly.

Respectfully submitted this 10th day of September, 2012,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169

1