UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DuWAYNE MASON** | * | **NO. 2:11-cv-00826(J)(1), c/w MDL No. 2179** |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| **SEACOR MARINE, LLC** | * | **MAGISTRATE JUDGE SALLY SHUSHAN** |

* * * * * * * * * *  *

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
## IN SUPPORT OF MOTION TO SEVER CLAIM (R.DOC. 6909)

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, DuWayne Mason, who respectfully requests the opportunity to file the attached proposed reply memorandum in further support of the motion to sever which he previously filed (R.Doc. 6909) in order to address arguments raised by the defendant, Seacor; in connection with the instant motion, undersigned counsel has spoke with counsel for Seacor and there is **NO OPPOSITION** to the granting of this motion to file the proposed reply memorandum.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via e-mail (or, if required by the Clerk, by placing same in the U.S. Mail, postage pre-paid) this 11th day of September, 2012.

/s/Scott E. Silbert

Respectfully submitted,

SILBERT & GARON, L.L.P.

/s/Scott E. Silbert
SCOTT E. SILBERT (12068)
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200
Telecopier: 504-584-5270
scott@silbertgaron.com