UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Depositions of Hughes, Holt, Vinson, Gansert and Bush]**

The parties are unable to agree on the length of the depositions for the following persons designated by BP in response to the Rule 30(b)(6) notice for its Phase Two deposition: John Hughes; Charlie Holt; Graham "Pinky" Vinson; Tanner Gansert; and Earnest Bush.

The U.S. contends they should be made available for two days because: (1) they are hybrid witnesses (both quantification and source control); (2) hybrid witnesses should be made available for two days; (3) the U.S. is producing its witnesses for two days; and (4) in addition to the designated topics, they possess relevant personal knowledge. The PSC joins in this request. The U.S. suggests that if the Court is inclined to reduce its requests for two day depositions, Hughes is the only witness that could be limited to one day.

On March 6, 2012, an order was issued regarding whether the PSC's Rule 30(b)(6) notice of BP's deposition for Phase Two overlapped with the notice for Phase One. For the reasons cited and notwithstanding some duplication, the PSC was permitted to proceed with the Phase Two topic. Rec. doc. 5968. The order provides:

> The Court will not permit repetitious questioning. It is impossible to referee disputes over duplicative examination during a deposition. To prevent duplicative examination, there will be <u>tight</u> limits on the time permitted to examine the designees on the Phase Two topic.

Rec. doc. 5968 at 5 (emphasis in original).  BP contends that tight limits on the examination time require that these five witnesses be limited to one day depositions.

### Topics One and Twelve - John Hughes and Charlie Holt

Topic One seeks testimony on any and all attempts after April 20, 2010 to cap and contain the well by certain methods, one of which is actuation of the BOP.  Topic Twelve seeks testimony on any analysis or modeling of the flow rate of hydrocarbons from the well in connection with the analysis and consideration of any method identified in Topic One.  BP designates the same five persons for Topics One and Twelve, including John Hughes and Charlie Holt.  Hughes is designated for BOP intervention.  Holt is designated for Top Kill and Junk Shot.

Based on the scope of the designations, Hughes will be a one day deposition and Holt will be a two day deposition.

### Topics Seven and Twenty-One - Graham "Pinky" Vinson.

Topic Seven concerns the methodology that BP used to predict, estimate and measure the pressure inside the well, including pressures through the capping stack and at whatever points hydrocarbons were being released into the Gulf for various periods, for example April 20, 2010 through July 15, 2010.  BP designated three persons, including Vinson.  He is designated for measurement of initial reservoir pressure.  The other two are designated for post-incident estimates of reservoir pressure and shut-in well head pressure and post-incident pressure measurements from pressure gauges.

Topic Twenty-One seeks testimony on all efforts by BP to predict, analyze and model the geophysical or geological characteristics and petrophysical characteristics of the Macondo M56 reservoir.  BP designated two persons, including Vinson.  He is listed for petrophysical reservoir

properties after April 1, 2010.

In addition to the factors cited above, BP contends that Vinson should be limited to one day because he was deposed for three days in Phase One. Considering the scope of the designation for Vinson on these two topics, he will be required to appear for a two day deposition.

### Topics Fourteen and Fifteen - Tanner Gansert and Earnest Bush

Topic Fourteen concerns calculations, models and analyses considered both internally and with third parties regarding BP's determination of the worst case discharge scenario for the Macondo well. Gansert is the only person designated for this topic.

Topic Fifteen seeks testimony on calculations, models and analyses considered both internally and with third parties regarding the creation of BP's regional oil spill response plan as it relates to source control and determination of the worst case discharge scenario for an exploratory well (as opposed to the Macondo Well referred to in Topic Fourteen). Gansert is designated for the oil spill response plan - exploratory well. Earnest Bush is designated for the 2009 Oil Spill Response Plan - Section 6.C

Because of the limited designation of Bush, his deposition will be limited to one day. Gansert, however, will be required to appear for two days.

New Orleans, Louisiana, this 11th day of September, 2012.

                                              **SALLY SHUSHAN**
                                              **United States Magistrate Judge**