UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

LIAISON COUNSEL MEMORANDUM

PROVIDING STATUS REPORT FOR 9/14/12 STATUS CONFERENCE

Liaison Counsel submit this report for the status conference on September 14, 2012.

1. **Pre-Trial Orders:**

Since the last status report was filed on August 16, 2012, the Court has entered Pre-Trial Order No. 52 (amending Pre-Trial Orders 17 and 27 on deposition protocol and specifying terms under which PSC representatives from MDL 2185 may access, attend, and participate in Phase Two depositions and receive Phase Two expert reports) (Rec. Doc. 7277, issued Sept. 4, 2012) and Pre-Trial Order No. 53 (Re-Appointing Plaintiffs' Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee) (Rec. Doc. 7350, issued Sept. 10, 2012).  The Court also entered the following orders since the last status report:

- On August 16, 2012, the Court entered an Order Granting in Part and Denying in Part Liberty Insurance Underwriters, Inc.'s Motion for Judgment on the Pleadings (Rec. Doc. 7129).

- On August 27, 2012, the Court entered its Order Extending the Exclusion (Opt-Out) Deadlines for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the Deepwater Horizon Medical Benefits Class Action Settlement Agreement (Rec. Doc. 7176).

- On August 31, 2012, the Court entered its Order Regarding a One Week Extension of the Deadline for the Filing and Service of Objections to the Two Class Action Settlements (Rec. Doc. 7225).

- On September 4, 2012, the Court issued an order (Rec. Doc. 7278) granting the Motion to Voluntarily Dismiss with Prejudice Cross-Claims Against Each Other (Rec. Doc. 7264) filed by defendants BP, Anadarko, Cameron, M-I, MOEX, and Weatherford.  That same day, the Court also issued an order (Rec. Doc. 7279) granting BP's and Cameron's Motion to Voluntarily Dismiss with Prejudice Their Claims Against Each Other (Rec. Doc. 7265).

2. **Status of the JPML Proceedings:**

Since the parties submitted the last status report on August 16, 2012, the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") has issued one new Conditional Transfer Order conditionally transferring one additional case to this Court.  To date, a total of sixty-three CTOs have been issued.   As of September 11, 2012, there are approximately 745 total cases that have

been transferred to MDL 2179. (More than 119,000 short-form joinders have been filed in MDL 2179.) As a result of dismissals, currently about 626 cases are active before the Court. Of the active cases, 355 have been transferred by the JPML, while many others were originally filed in this District.

The following issues remain undecided:

- Plaintiff Rhonda Burkeen filed a motion asking the JPML to remand her claims in the Pleading Bundle A case *Kritzer, et al. v. Transocean, Ltd., et al.*, 2:10-cv-04427-CJB-SS, to the Southern District of Texas. Briefing is complete, but it is unlikely the motion to vacate will be decided prior to the Panel's September 20, 2012 hearing.

- One objection was filed regarding CTO-62. Briefing is underway, and it is unlikely the motion to vacate will be decided prior to the Panel's September 20, 2012 hearing.[1]

3. **Status of State-Filed Lawsuits:**

At least forty-three Deepwater Horizon-related lawsuits are now pending in various state courts, including Baldwin County, Alabama (three cases); Mobile County, Alabama (two cases); Jefferson Parish, Louisiana (two cases); Lafayette Parish, Louisiana (one case); Lafourche Parish, Louisiana (four cases); Orleans Parish, Louisiana (three cases); Plaquemines Parish, Louisiana (six cases); Terrebonne Parish, Louisiana (three cases); St. Bernard Parish, Louisiana (one case); Hillsborough County, Florida (one case); Leon County, Florida (seven cases); Harrison County, Mississippi (two cases); Jackson County, Mississippi (one case); Harris County, Texas (three cases); Galveston County, Texas (two cases); and Orange County, Texas (two cases). These cases include:

---

1    Attached is a chart showing the status of the Conditional Transfer Orders.

- Twenty-two personal injury suits, including (1) one suit brought by a plaintiff alleging injuries sustained in the April 20, 2010 incident and (2) twenty-one suits brought by oil spill response workers;
- Eleven lawsuits alleging loss of commercial revenues, personal income, and/or diminished real property value as a result of the oil spill;
- Six suits alleging primarily the breach of sale, lease, or services agreements related to the spill response efforts;
- One breach of contract suit by the owner/operator of a vessel participating in the Vessels of Opportunity oil spill response program;
- Three suits alleging real property damage resulting from oil spill response staging operations conducted on or near plaintiffs' properties.

Motion practice, written discovery, document production, and fact witness depositions have been proceeding in some state court cases. BP is working with Magistrate Judge Shushan to encourage coordination of any such state court discovery with discovery in MDL 2179 and with this Court.

In addition to the forty-three cases discussed above, there are shareholder derivative lawsuits related to the Deepwater Horizon incident currently pending in state courts in Louisiana, Texas (consolidated litigation), and Alaska. The Louisiana and Texas actions are stayed, and defendants will seek their dismissal pursuant to Judge Ellison's decision dismissing the shareholder derivative actions in MDL 2185. Plaintiffs in the Alaska action have appealed the Alaska court's dismissal of their action pursuant to Judge Ellison's decision in the related federal court derivative cases. The parties to the Alaska case are scheduled to file their principal briefs

on appeal in October (although plaintiffs' counsel has indicated that their clients likely will agree to withdraw the appeal). There is one additional shareholder action related to the Deepwater Horizon incident, an action by a former employee to recover for alleged losses related to BP stock options, currently pending in state court in Texas. Following supplemental briefing and argument on BP's motion to dismiss that case, it was dismissed with prejudice on August 24.

4. **Status of MDL-2185:**

- Securities Litigation. Defendants' motion to dismiss the federal securities plaintiffs' second amended consolidated complaint is fully briefed, and argument is scheduled for October 5. Since April 2012, eight additional related securities actions have been transferred or assigned to Judge Ellison as part of MDL 2185. Amended complaints in four of these actions are due in mid-September, and an amended complaint in one of the other actions is due in late October. Remand motions in two other cases are fully briefed and will be argued in mid-September, with responsive pleadings in each case due thirty days following a decision on remand. The remaining case, an action filed on behalf of BP ordinary share purchasers, was removed to the United States District Court for the Southern District of Texas on August 28, and no schedule for that case has yet been set.

- Derivative Litigation. Plaintiffs' appeal to the United States Court of Appeals for the Fifth Circuit of the final judgment dismissing the shareholder derivative cases on *forum non conveniens* grounds is now fully briefed. Oral argument has not yet been scheduled.

- ERISA Litigation. On March 30, 2012, Judge Ellison granted BP's motion to dismiss plaintiffs' consolidated amended complaint. On August 27, Judge Ellison denied

plaintiffs' motion for leave to file an amended complaint, holding that the proposed amendment would be futile, and on September 4, 2012, he entered a final judgment dismissing the case with prejudice.

- Dividend Class Action.  On July 5, 2012, the court granted BP's motion to dismiss this putative class action, brought on behalf of holders of BP American Depositary Shares based on BP's decision not to pay a dividend in June 2010 in the aftermath of the Deepwater Horizon explosion and oil spill, on the grounds that the court lacks personal jurisdiction over BP p.l.c.  On August 8, pursuant to an unopposed motion, the court granted plaintiff leave to amend his complaint, which plaintiff filed on August 10.  BP's motion to dismiss the amended complaint is due in mid-October, with briefing on BP's motion scheduled to be completed by mid-December.

- Discovery Coordination.  In the securities and ERISA cases now in MDL 2185, plaintiffs' counsel have entered into stipulations with BP for access to BP's MDL 2179 document production pending resolution of whether any of the MDL 2185 claims will survive Rule 12 motion practice.  MDL 2185 plaintiffs attended MDL 2179 Phase 1 depositions pursuant to this Court's PTOs 17 and 27 and have received copies of certain expert reports submitted in MDL 2179.  In some cases, BP has agreed to make certain BP deponents available for extra time to allow questioning by MDL 2185 counsel.  Pursuant to this Court's Order of September 4, 2012 (Rec. Doc. 7277), MDL 2185 plaintiffs will attend MDL 2179 Phase 2 depositions and receive copies of certain Phase 2 expert reports on the same terms as specified in this Court's pre-trial orders for Phase 1 depositions and expert reports.

**5. Written and Deposition Discovery:**

Extensive written discovery, document production, and depositions have occurred so far. The parties have produced over 110 million pages of documents (of which the United States produced more than 95 million pages), and more than 310 Phase 1 depositions have been taken, with more than 7400 documents marked as deposition exhibits.  The PSC, the United States, the petitioners-in-intervention, and the Rule 14(c) defendants have provided Phase 1 expert reports and more than 30 rebuttal expert reports.  Phase One discovery is now closed with the exception of a few "Phase 1 Clean-up" items recognized by Magistrate Judge Shushan.

Phase 2 30(b)(6) depositions commenced in late August and have so far been scheduled through late November.  The parties are working with Magistrate Judge Shushan on a schedule for Phase 2 expert discovery, and they continue to meet with Magistrate Judge Shushan on many Fridays to address these and other pending discovery issues.

**6. Insurance Coverage Case Management:**

On March 1, 2012, this Court issued a Rule 54(b) Partial Final Judgment (Rec. Doc. 5938) in respect to its ruling on the scope of BP's pollution-related coverage rights under the policies at issue in the two insurance coverage declaratory judgment actions (Case Nos. 11-274 and 11-275).  BP has filed a notice of appeal from the Court's judgment to the United States Court of Appeals for the Fifth Circuit.  Briefing on that appeal is complete.

In June 2011, the First Excess Layer Insurers filed two interpleader actions (Case Nos. 11-1439 and 11-1440) to seek guidance from the Court in regard to their obligations to cover claims made against BP, Transocean, Anadarko, and MOEX by or on behalf of rig workers (*i.e.*, Transocean employees and contractors who were aboard the Deepwater Horizon at the time of

the Incident). In December 2011, with the active involvement and assistance of Magistrate Judge Shushan, the parties to the interpleaders reached a confidential agreement to resolve these two cases. On September 4, 2012, on the joint motion of the First Excess Layer Insurers, BP, and Transocean, Magistrate Judge Shushan issued an order authorizing interim payments to be made to Transocean and BP (Rec. Doc. 7262).

On July 31, 2012, the insurers comprising the second excess layer of Transocean's insurance program filed an interpleader action in this Court (Case No. 12-1978), modeled closely on the First Excess Layer Insurers' interpleaders, to address their policies. The parties are discussing with Judge Shushan how best to proceed with that action.

**7. Status of PSC Settlements with BP:**

Economic and Property Damages Claims Administrator's Status Report. On September 5, 2012, Patrick Juneau, the Economic and Property Damages Claims Administrator, filed a report with the Court concerning the status of claims review and detailing the substantial work performed in order to establish the Court-Supervised Settlement Program. (Rec. Doc. 7282.) As of September 4, the Claims Facility has issued eligibility notices with payment offers totaling over $138 million.

Objections. Due to Hurricane Isaac, the Court extended the deadlines for objections to the settlements from August 31 to September 7, 2012. (Rec. Doc. 7225.) There have been approximately 204 objections filed opposing the Economic and Property Damages Settlement and 19 objections filed opposing the Medical Benefit Settlement.

Upcoming Deadlines. On October 22, 2012, the PSC and BP will submit their reply briefs in support of final approval of the settlements. By order of the Court, the deadline by

which class members must request to be excluded (opt out) from the settlements has been extended from October 1 until November 1, 2012. (Rec. Doc. 7176.) On November 8, 2012, the Court will hold a Fairness Hearing to determine whether to grant final approval to these settlements.

8. **Claims Not Resolved by Settlement, Summary Judgment, or Stipulation:**

On August 27, defendants filed reply briefs in support of their renewed motions to dismiss challenging the legal viability of Pure Stigma Claims, BP Dealer Claims, and Recreation Claims. The motions are now fully briefed. Oral argument on these motions will be held at Friday's Status Conference.

Targeted discovery is ongoing regarding the claims brought by three States of the Republic of Mexico, with responses to written discovery requests served by the parties in late August. Judge Shushan has issued several orders regarding the scope of the discovery served by the Mexican States (Rec. Docs. 7027, 7068). Fact depositions were scheduled to begin on September 4, and plaintiffs were scheduled to serve expert reports on September 14. On August 31, however, plaintiffs asked Judge Shushan for a 30-day extension of all deadlines. No briefing schedule has yet been set for motions on the Mexican States' claims, but the Court has scheduled oral argument (if argument is granted) for November 29, 2012.

9. **Motions Set for Oral Argument:**

The Court has scheduled oral argument on the following motions at this status conference: Defendants' motions challenging the legal viability of plaintiffs' Pure Stigma Claims, BP Dealer Claims, and Recreation Claims. (*See* Rec. Doc. 6657).

If the Court has any questions, all parties will be prepared to address them at Friday's conference.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert R. Gasaway
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Attorneys for BP

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of September, 2012.

                /s/ Don K. Haycraft
                Don K. Haycraft