UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DuWAYNE MASON** | * | **NO. 2:11-cv-00826(J)(1), c/w MDL No. 2179** |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| **SEACOR MARINE, LLC** | * | **MAGISTRATE JUDGE SALLY SHUSHAN** |

* * * * * * * * * *     *

## ORDER

**WHEREFORE**, it is hereby ordered that the reply memorandum of DuWayne Mason be filed.

New Orleans, Louisiana this 11th day of September, 2012.

_____
United States District Judge