UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                       JUDGE BARBIER
                                                    MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding Requests to Conduct Limited Discovery
Regarding the Class Action Settlements]

On September 10, 2012, Stuart H. Smith, attorney for certain objectors to the class action settlements, filed a letter brief requesting limited discovery regarding the settlements. Rec. doc. 7353. He shows that on September 5, 2012, he wrote to counsel for the Plaintiffs' Steering Committee and counsel for BP requesting "limited and reasonable discovery." When he did not hear from them, he wrote again on September 7, 2012. (See Exhibits "A" and "B" to Smith letter).

The undersigned finds that Mr. Smith has not provided the settling party sufficient opportunity to review his request and respond.[1] However, if the discovery is to be allowed it must be accomplished on an expedited basis. Accordingly, the PSC and BP are to serve responses to Mr. Smith's letter of September 10, 2012 **on or before the close of business on Friday, September 14,**

---

[1] Five days, including a weekend, is the amount of time Mr. Smith has allowed for the parties to consider and respond to his lengthy request.

**2012.** Any response by Mr. Smith, including any proposed written discovery, shall be filed and served **no later than noon on Monday, September 17, 2012**, following which the request for discovery will be under advisement.

New Orleans, Louisiana, this 11th day of September, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**