UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>**Actions in B1 Pleading Bundle, and 12-970,** *Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc., et al.* **(REF: 10-7777)** | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN**<br><br>**PROPOSED ORDER** |

## PROPOSED ORDER

Considering the foregoing Plaintiffs Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II, LLC; JJB Inc.; Radhey, Inc.; JMKVN, LLC; Anjani Hospitality, LLC; Sweta, Inc.; OVS Investment, Inc.; Sree, Inc.; MPJR, Inc.; Pine Inn, Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang, Inc.; Mahalaxmi Enterprises, Inc.; Ashi Hotels, LLC; Gopal Govind Enterprises, LLC; Shanta, LLC; SSM Hospitality, LLC; and the Seven-hundred-and-seventy-five (775) Objectors' (herein thereafter "Objectors") Motion For Expedited Motion For Leave To Take Discovery Regarding Evidence Produced August 13, 2012, IT IS ORDERED that said motion to take limited discovery is GRANTED, the terms of which will be set forth in an upcoming order.

New Orleans, Louisiana this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT