# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
|     **"Deepwater Horizon" in the Gulf** | * | |
|     **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *All cases* | * | |
| | * | **MAGISTRATE SHUSHAN** |

## ORDER

The TIME of the Status Conference scheduled for Friday, September 14, is CHANGED to

**9:00 a.m.**, rather than 9:30 a.m.

New Orleans, Louisiana, this 11th day of September, 2012.

_____
United States District Judge