**KANNER & WHITELEY, L.L.C.**
**701 Camp Street**
**New Orleans, Louisiana 70130**
(504) 524-5777
FAX: (504) 524-5763

September 11, 2012

Via Email: Sally_Shushan@laed.uscourts.gov
Magistrate Judge Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

RE: State of Louisiana's Request for Discovery on Certain 2010 Economic Losses under OPA

Dear Judge Shushan:

The State of Louisiana requests your assistance in resolving a disagreement regarding its request for targeted discovery in connection with certain of the State's 2010 OPA Economic Loss claims and the BP Defendants' ("BP's") associated defenses. The State has, on several occasions, requested that the Court set the State's 2010 OPA Economic Loss claims for an early trial in order to facilitate payment of losses, which have been previously presented to the BP Defendants but not paid. At the Court's request, both BP and the State of Louisiana prepared and provided *in camera* submissions on May 15, 2012, detailing the issues and process associated with the State's request for a trial setting on certain of its 2010 Economic Loss claims. During the July 13, 2012 Liaison Conference in advance of the monthly Status Conference, General Caldwell raised this issue again with Judge Barbier. Although counsel for BP objected, the Court agreed to allow limited discovery regarding the State of Louisiana's 2010 Economic Losses under OPA. The Court asked that the parties work out a schedule and any disputes in relation thereto and, as needed, obtain the assistance of your Honor.

Shortly thereafter, on July 15, 2012, the State contacted counsel for BP in an effort to work through the terms of a proposed limited discovery plan. Andy Langan, on behalf of BP, advised that BP understood the Court's direction differently: that the Court had agreed only to consider the possibility of limited discovery on a number of the State's Economic Loss claims for 2010. Mr. Langan stated that the State would have to wait to hear whether the Court would agree to allow such discovery to proceed. However, Mr. Langan agreed to revisit the issue with

1

his client.  On several occasions thereafter, the State attempted to arrange further discussions with BP's counsel on this issue.  Ultimately, BP responded that it would not engage in further discussions, that it did not believe the Court allowed for limited discovery as the State requested, and that it stood by its opposition to proceeding with same. (See Attached e-mail exchange from July 27, 2012.)

Unfortunately, BP's response leaves the parties at an impasse. The State requests your Honor's assistance in resolving this dispute.  As the State has previously advised, the losses that are the subject of the State's request for discovery are substantial, but they can easily be managed for trial.  Although the State presented its 2010 Economic Losses to BP and provided all additional information requested by BP in the context of the presented claim, BP has refused to provide a detailed counter to the State's claimed damages or to even make a partial payment for any of the claimed damages.  Progress on this claim is extremely important to the State, and any assistance would be greatly appreciated.

Sincerely,

KANNER & WHITELEY, L.L.C.


By: /s/Allan Kanner_____
    Allan Kanner, Esq.

AK/kbc
Enclosure


cc:    Liaison, Coordinating and Steering Committee Counsel

## Lili Petersen

| | |
|---|---|
| **From:** | Don K. Haycraft <DKHaycraft@liskow.com> |
| **Sent:** | Friday, July 27, 2012 1:47 PM |
| **To:** | Doug Kraus |
| **Subject:** | RE: State of Louisiana's 2010 OPA Economic Damages Discovery Requests |

Doug,
Andy has verbally informed Allan (through his secretary) that from BP's perspective, Judge Barbier (in chambers) did not decide in response to General Caldwell's question that a discovery plan should be forthcoming; rather, the Court said it would think about the issue.  Therefore, the "ball isn't in our court."  From our perspective, such an plan would not be helpful in its piecemeal approach, and we will oppose it.
Don

**From:** Doug Kraus [mailto:d.kraus@kanner-law.com]
**Sent:** Friday, July 27, 2012 11:23 AM
**To:** Don K. Haycraft; 'ryan.babiuch@kirkland.com'; Rob Gasaway
**Cc:** Lili Petersen; 'andrew.langan@kirkland.com'
**Subject:** State of Louisiana's 2010 OPA Economic Damages Discovery Requests

Don, Rob & Ryan,

Thank you so much for talking with me after today's Working Group Conference.  I am just sending a reminder and memorializing our conversation that the ball is in BP's court regarding the State of Louisiana's 2010 OPA Economic Damages Discovery Requests.  Allan Kanner & I look forward to receiving Andy Langan's letter regarding the subject next week.

Thank you Sirs and have a good weekend.

Douglas Kraus
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE. _____