UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Transocean's Objections to and Motion to Review Magistrate Judge Shushan's Order [Rec. Doc. 7268] Regarding the PSC's Request for New Phase One Depositions. (Rec. Doc. 7352).

IT IS ORDERED that the PSC's response to this Motion (Rec. Doc. 7352) shall be filed by Friday, September 14, 2012, and shall not exceed 10 pages, double spaced.

New Orleans, Louisiana, this 11th day of September, 2012.

_____
United States District Judge