# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J<br><br>Judge Barbier<br><br>Magistrate Shushan |
| **This Document Relates To:**<br>2:10-CV-02179 | |

## MOTION FOR SCHEDULING ORDER TO CONDUCT LIMITED DISCOVERY

**NOW COMES** Intervenor Gulf Organized Fishermen in Solidarity & Hope ("GO FISH"), through undersigned counsel, who moves for an Order to convene a conference to schedule limited discovery regarding class certification and the Seafood Compensation Program (SCP). Specifically, GO FISH seeks discovery of non-public information that informs the use, distributional fairness and adequacy of the capped SCP Fund, the adequacy of the DHECC claims process, and the adequacy of representation for purposes of class certification, concerns more fully laid out in GO FISH's objection. The PSC has indicated it objects to formal discovery.

Respectfully Submitted:

| | | |
|---|---|---|
| /s/ Joel Waltzer | /s/ Robert Wiygul | /s/ Clay Garside |
| Joel Waltzer (LA #19268) | Robert Wiygul (LA #17411) | Clay Garside (LA #29873) |
| 3715 Westbank Expwy, Ste 13 | 1011 Iberville Drive | 14399 Chef Menteur Hwy, Ste D |
| Harvey, LA 70058 | Ocean Springs, MS 39564 | New Orleans, LA 70129 |
| Office: (504) 340-6300 | Office: (228) 872-1125 | Office: (504) 254-4400 |
| Fax:    (504) 340-6330 | Fax:    (228) 872-1128 | Fax:    (504) 254-1112 |
| joel@waltzerlaw.com | robert@waltzerlaw.com | clay@waltzerlaw.com |

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11'th day of September, 2012.

                                                      /s/ Joel Waltzer