# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section:  J<br><br>Judge Barbier<br><br>Magistrate Shushan |
| This Document Relates To:<br>2:10-CV-02179 | |

# O R D E R

      IT IS ORDERED that a conference to confect a discovery plan and scheduling order be scheduled for the \_\_\_\_ day of _____, 2012, at _____ am/pm.

_____
Judge Barbier, Section "J"