UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding the Request to Conduct Limited Discovery
Regarding the Fairness of the Proposed Seafood Compensation Program]**

On September 11, 2012, Intervenor, Gulf Organized Fishermen in Solidarity & Hope ("GO FISH"), moved for an order to conduct limited discovery into the class action settlement, and specifically the proposed Seafood Compensation Program ("SCP").

If the discovery is to be allowed, it must be accomplished on an expedited basis. Accordingly, the PSC and BP are to serve responses to the request by GO FISH **on or before noon on Monday, September 17, 2012**. Any response by GO FISH, including any proposed written discovery, shall be filed and served **no later than the close of business on Tuesday, September 18, 2012**, following which the request for discovery will be taken under advisement.

New Orleans, Louisiana, this 12th day of September, 2012.

SALLY SHUSHAN
United States Magistrate Judge