UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP Entries Nos. 1453, 2827 and 3701]**

Pursuant to the order of September 4, 2009 (Rec. doc. 7267), BP produced the following for *in camera* inspection:

1. BP Privilege Log Entry No. 1453 (PRIV-BP-HZN-2179MDL00016971).

2. BP Privilege Log Entry No. 2827 (PRIV-BP-HZN-2179MDL00021000).

3. BP Privilege Log Entry No. 3701 (PRIV-BP-HZN-2179MDL00023881).

Rec. doc. 7267.

The Court's *in camera* review demonstrates that these three documents are protected from disclosure as part of the work-product of the Flow Rate Team. BP has carried its burden of proof with respect to these three documents.

**The deadline for an appeal of this order is the close of business on Wednesday, September 19, 2012.**

New Orleans, Louisiana, this 12th day of September, 2012.

SALLY SHUSHAN
United States Magistrate Judge