UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Working Group Conference on Friday, September 7, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

PHASE ONE "CLEAN-UP"

1. **PSC's Request for Transocean Depositions**.

An order was issued. Rec. doc. 7268. The U.S. and the States requested modification of the order to permit them to have 60 minutes to question Steve Newman. The deposition will be extended to 300 minutes. The PSC is allocated 150 minutes. The States and U.S. shall allocate 60 minutes among themselves. The defendants other than Transocean shall allocate 60 minutes among themselves. Transocean shall have 30 minutes at the conclusion of the examination.[1]

2. **Zantaz Phase One Documents**.

On September 7, BP reported that it will not submit for *in camera* review any of the 211

---

[1] The order allowing the deposition has been appealed by Transocean. Rec. doc. 7352. Any appeal of this modification must be filed by the close of business on **Friday, September 14, 2012.**

entries from the U.S. Zantaz Log (Privilege Log No. 41). This will be removed from the agenda for September 14, 2012.

## PHASE TWO

### Equipment Stored at Michoud

1.  **Testing BOP & Capping Stack**.

    Captain Englebert reports that a September 4 inspection of the evidence revealed it was in good order. The evidence requested by BP should be laid out by September 7. Captain Englebert reports that the "open house" is by appointment. On September 27 and 28, evidence will be returned to the yard and the BOP/LMRP will be buttoned up.

    BP reported on the schedule for inspection of the equipment in Building 404. It will present a protocol for testing some of the material in the riser. A handheld scanner will be used to scan some parts which have not scanned before.

2.  **Deadline for BOP Testing**.

    **October 31, 2012** will be the deadline for testing all equipment and material stored at Michoud, including the BOP and Capping Stack. Thereafter, the equipment and material will be available for inspection only. All data related to testing will be provided on a rolling basis and no later than **November 21, 2012.**

### Phase Two Document Production

1.  **DPP Entries on Privilege Log Nos. 46-57.**

    By **Wednesday, September 12, 2012**, the U.S. shall provide a list of the DPP entries on the logs so samples can be selected and a determination made as to whether the U.S. properly extrapolated the rulings to the DPP entries on the logs. In addition to the randomly selected

documents, the U.S. shall produce for *in camera* inspection: (1) the 3 DPP entries which BP contends remain subject to challenge; and (2) the 5 DPP entries re-designated as Phase Two. Rec. doc. 7294 at 3-4.

**2.     DPP Entries on Privilege Log Nos. 58 and 59.**

By no later than **Wednesday, September 26, 2012**, the U.S. shall provide a listing of the DPP entries, so samples can be selected and a determination made as to whether the U.S. properly extrapolated the rulings to the DPP entries on these logs. Rec. doc. 7294 at 4.

**3.     DPP Entries on Privilege Logs Served After August 31.**

For privilege logs served after August 31, the U.S. shall proceed as provided in the September 6, 2012 order (Rec. doc. 7294 at 4).

**4.     Schedule I.**

On September 4, 2012, an order was issued regarding BP Privilege Claims. Rec. doc. 7267. Prior to the conference the U.S. and BP resolved an extrapolation issue. Schedule I will be removed from the September 14 agenda.

**5.     BP's August 13 Other Phases and Not Relevant Entries**.

On August 13, BP provided a list of 492 challenged entries that it determined related to other Phases and a list of 13 challenged entries that it determined were not relevant to MDL 2179. The U.S. reported that it would not challenge those decisions. This item will be removed from the September 14 agenda.

**6.     Schedule V.**

BP submitted its letter brief regarding the Schedule V challenges. The U.S. shall respond by **Wednesday, September 12.** BP and other parties shall reply by **Friday, September 14.**

3

**7.     Custodial File Production.**

There is a 21 day deadline in advance of a deposition for custodial file production and privilege logs. BP reported that Charlie Holt would be produced instead of Mark Patterson and that Holt's custodial file has been produced. The U.S. responded to BP's request for modeling work documents from Paul Hsieh.

**8.     Third Party Production.**

BP raised an issue concerning whether documents sought from Professor Leifer at U. C. Santa Barbara would be produced in time for depositions set for September 26 and 27. If BP encounters a problem, the Court is available to speak to counsel for the University.

**9.     U.S. Document Production.**

   a.   DOE Re-Collection - The U.S. reports that the DOE re-collection, including production of Dr. Burns' documents, is complete. It does not anticipate any further privilege logs. This will be removed from the September 14 agenda.

   b.   Coast Guard Laptops and Loose Media - The U.S. expected to ship the final non-privileged data from the loose media and non-standard Coast Guard laptops on August 24. All required privilege logs were produced on August 15. The U.S. did not have confirmation on whether all non-privileged data was produced. This will be carried over to the September 14 agenda.

   c.   Third Party FRTG Subpoenas - The U.S. reported that all of the documents received from third parties were reviewed and produced. At the September 7 conference, it shall confirm whether it withheld any of these documents as related to work-product and if so, whether it will submit an *in camera* description of the documents.

      d.    <u>Coast Guard Custodial Metadata</u> - BP reported that it is working with the U.S. on the remaining issues concerning the metadata.

      e.    <u>Deadline for U.S. Response on Deletion of Data</u> - BP reported that it received the September 4 letter from the U.S.  If it has any follow-up questions, it will take them up with the U.S.  This will be removed from the September 14 agenda.

### Phase Two Fact Depositions

**1.** **Length and Category of Depositions**.

There was argument on the length of the depositions of John Hughes; Charlie Holt; Graham "Pinky" Vinson; Tanner Gansert; and Earnest Bush.  An order was issued.  Rec. doc. 7357.

**2.** **Allocation and Sequence of Examination Time**.

The U.S. urged that presenting party should be permitted to go last in the sequence of the deposition and after all of the initial examiner's time.  There was no objection to the modification.  The presenting party will be last in the sequence of the deposition examination.

**3.** **Unscheduled Fact Depositions**.

**Anadarko** reported that Dawn Peyton will be not be a designee.  There will be no need for her deposition in Houston.

**Cameron** completed its production of documents.  It will coordinate with the U.S. on the scheduling of the deposition.

The U.S. reported that a date has not been set for the deposition of **Stress Engineering.**

The U.S. reported that it is distributing **Wild Well Control's** documents.  After it is complete, a date will be selected.

There was no report from the U.S. on **Worldwide Oilfield Machine ("WOM")**.

**4.     Scheduled Fact Depositions**.

The status of the scheduling of Rule 30(b)(6) Depositions is as set forth below.

| | **Designee** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| Week - September 10-14 | | | | |
| **Halliburton** | R. Goosen | One day | N.O. | September 10 |
| **Pencor** | | One day | N.O. | September 10 |
| **United States** | Paul Hsieh | Two days | N.O. | Sept. 11-12 |
| **Halliburton** | Ward Guillot | One day | N.O. | September 11 |
| **Anadarko** | Brian O'Neil | One Day | N.O. | September 12 |
| **Woods Hole** | | Two days | Boston | Sept. 12-13 |

A request for costs and attorneys' fees is pending.

| | | | | |
|---|---|---|---|---|
| **BP** | M. Gochnour | Two day | N.O. | Sept. 13-14 |
| **Isotech** | | One Day | N.O. | September 14 |
| Week - September 17-21 | | | | |
| **U.S.** | Mark Sogge | Two Days | N.O. | Sept. 18-19 |
| **BP** | Graham Vinson | Two Days | N.O. | Sept. 18-19 |
| **Anadarko** | Allan O'Donnell | One Day | N.O. | September 19 |
| **Halliburton** | S. LeBlanc | One day | N.O. | September 20 |
| **Weatherford** | | One day | N.O. | September 20 |
| Week - September 24-28 | | | | |
| **U.S.** | Admiral Allen | Two days | N.O. | Sept. 24 and 25 |
| **U.S.** | A. Possolo | Two days | N.O. | Sept. 26 and 27 |

| | | | | |
|---|---|---|---|---|
| **BP** | Simon Bishop | Two days | N.O. | Sept. 27 and 28 |
| Week - October 1-5 | | | | |
| **U.S.** | Mark Miller | Two days | N.O. | Oct. 1 and 2 |
| **Add Energy** | | One Day | N.O. | October 3 |
| **U.S.** | Charlie Henry | Two days | N.O. | Oct. 3 and 4 |
| **Statoil** | | One Day | N.O. | October 4 |
| **BP** | Bryan Ritchie | One Day | N.O. | October 4 |
| Week - October 8-12 | | | | |
| **Oceaneering** | | One Day | N.O. | October 10 |
| **U.S.** | Lars Herbst | Two days | N.O. | Oct. 10 and 11 |
| **U.S.** | Admiral Cook | Two days | N.O. | Oct. 10 and 11 |
| **BP** | Tom Knox | Two days | N.O. | Oct. 11 and 12 |
| Week - October 15-19 | | | | |
| **BP** | Adam Ballard | Two days | N.O. | Oct. 16 and 17. |
| **BP** | Greg Rohloff | Two days | N.O. | Oct. 17 and 18 |
| **U.S.** | Art Ratzell | Two days | N.O. | Oct. 17 and 18 |
| Week - October 22-26 | | | | |
| **U.S.** | Admiral Landry | Two days | N.O. | Oct. 22 and 23 |
| **BP** | Yun Wang | One Day | N.O. | October 24 |
| **U.S.** | Marcia McNutt | Two days | N.O. | Oct. 24 and 25 |
| **BP** | Trevor Smith | Two days | N.O. | Oct. 25 and 26 |

Week - October 29 - November 2

| | | | | |
|---|---|---|---|---|
| **U.S.** | Tom Hunter | Two days | N.O. | Oct. 30 and 31 |
| **U.S.** | Don McClay | Two days | N.O. | Oct. 30-Nov. 1 |
| **Intertek Group** | | One Day | N.O. | November 1 |
| **Anadarko** | Robert Quitzau | One Day | N.O. | November 1 |
| **DNV** | | One Day | N.O. | November 1 |

Week - November 5-9

| | | | | |
|---|---|---|---|---|
| **Transocean** | Rob Turlak | Two Days | N.O. | Nov 5-6 |
| **BP** | Hugh Banon | One day | N.O. | November 6 |
| **BP** | John Hughes | One day | N.O. | November 7 |
| **BP** | Marvin Miller | One day | N.O. | November 8 |

Week - November 12-16

| | | | | |
|---|---|---|---|---|
| **BP** | Kevin Devers | Two days | N.O. | Nov. 12-13 |
| **BP** | Tanner Gansert | Two days | N.O. | Nov. 12-13 |
| **BP** | Earnest Bush | One day | N.O. | November 14 |
| **U.S.** | Stewart Griffiths | Two days | N.O. | Nov. 14-15 |
| **BP Institute** | | Two days | U.K. | Nov. 14-15 |
| **U.S** | ____ Guthrie | Two days | N.O. | Nov. 15-16 |

Week - November 19-23

| | | | | |
|---|---|---|---|---|
| **BP** | Ellen Williams | One day | N.O. | November 19 |

Week - November 26-30

| | | | | |
|---|---|---|---|---|
| **Schlumberger** | Bud Decoste | One Day | N.O. | November 27 |

8

| | | | | |
|---|---|---|---|---|
| BP | Charlie Holt | Two days | N.O. | Nov. 28-29 |

### Phase Two Expert Discovery

The Court reported that there were no developments on expert discovery. As confirmed in a prior conference, the expert schedule will be staggered with the U.S. and the PSC going first. The deadlines for reports of experts and a schedule for expert depositions are not resolved.

### Rule 26(a) Disclosures of Trial Witnesses

At a prior conference the U.S. asked that a deadline be set for Rule 26(a) disclosures for witnesses who will likely be called at the trial. The Court asked the parties to consider a deadline of Monday, December 3, for such disclosures.

Additional fact depositions are an associated issue. The September 8, 2011 order provided that:

> In addition to the Rule 30(b)(6) designees, each side (plaintiff group and defense group) will be permitted select five (5) individuals from the coordinated lists as persons to be deposed in Phase Two. For good cause shown, the parties may be permitted to take additional Phase Two depositions.

Rec. doc. 3949 at 2. The U.S. urges that the parties begin scheduling these depositions. BP suggested that it was necessary to see the testimony from the Rule 30(b)(6) depositions before deciding on the five persons to be deposed. The Court asked the parties to consider December 3 as the deadline for designating the five additional fact witnesses.

The States asked for clarification as to whether it was five witnesses for each side or whether it was five quantification and five source control witnesses per side. The Court replied that it was five total.

9

## CONFERENCE SCHEDULE

| | |
|---|---|
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | **No Conference** |
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |
| Tuesday, December 18, 2012 at 8:30 a.m. | Final Pretrial Conference with Judge Barbier |
| Friday, December 21, 2012 | **No Conference** (Christmas) |
| Friday, December 28, 2012 at 9:30 a.m. | WGC meeting |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 12th day of September, 2012.

_____
**SALLY SHUSHAN**
**U.S. MAGISTRATE JUDGE**