IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179 SECTION J  JUDGE BARBIER MAG. JUDGE SHUSHAN  JURY TRIAL DEMANDED |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JOSEPH AGRO, ET AL | § § § | |
| VS. | § § | C.A. NO. 2:12 CV 529 CJB |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, L.P.; MOEX OFFSHORE 2007, LLC; TRANSOCEAN LTD.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION; M-I, LLC; JOHN AND JANE DOES A-Z; AND CORPORATIONS A-Z | § § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |

**MOTION FOR LEAVE TO FILE
PLAINTIFFS' THIRD AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Joseph Agro, *et al.,* Plaintiffs, filing this, their Motion for Leave to Amend Complaint and Joinder into Pleading Bundle B3 and in support of which would respectfully show unto the Court as follows:

On February 10, 2012, Plaintiffs in the above entitled and numbered cause filed their Original Complaint, which pleading contained a list of all Plaintiffs by name wishing to join the pleading. One (1) more exposure victim now wishes to join this pleading. All facts and allegations contained in Plaintiffs' Original Complaint (ECF Doc. # 1) and Plaintiffs First Amended Complaint (ECF Doc #4712) and Plaintiffs Second Amended Complaint (ECF Doc #6986) are fully incorporated as if set forth herein. Additionally, Plaintiffs would amend their Complaint to include Tai V. Nguyen. Through these filings, Plaintiffs do not waive their right to return to their respective home states for trial on the merits upon completion of this MDL's pretrial proceedings.

Defendants BP, Halliburton, Andarko, Transocean, and Cameron, have no objection to the filing of this Third Amended Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request leave of this Court to amend its pleadings to join this Plaintiff into this lawsuit.

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101
Fax: (409) 832-8577
Email:  matoups@wgttlaw.com


By:     **/s/ Mitchell A. Toups**
          Mitchell A. Toups
          Texas Bar No. 20151600

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' First Amended Original Complaint, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on September 12, 2012.

                                    /s/ Mitchell A. Toups _____
                                    **MITCHELL A. TOUPS**