IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179 SECTION J  JUDGE BARBIER MAG. JUDGE SHUSHAN  JURY TRIAL DEMANDED |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JOSEPH AGRO, ET AL | § § § | |
| VS. | § § | C.A. NO. 2:12 CV 529 CJB |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, L.P.; MOEX OFFSHORE 2007, LLC; TRANSOCEAN LTD.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION; M-I, LLC; JOHN AND JANE DOES A-Z; AND CORPORATIONS A-Z | § § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |

## ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

4

5

     Considering Plaintiff, Joseph Agro, et al's Motion for Leave to file Third Amended Complaint, and that there is no objection to the filing of Plaintiff Joseph Agro, et al's Motion for Leave to file Third Amended Complaint;

     It is ORDERED that Plaintiffs, Joseph Agro, et al, be allowed to file this Third Amended Complaint.

     SIGNED THIS \_\_\_\_\_ day of _____, 2012.

_____
HONORABLE JUDGE PRESIDING