UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| *This Document Relates To:* | THE HONORABLE CARL J. BARBIER |
| Knotty Girl Fishing L.L.C. v. Worley Catastrophe Services LLC and BP Exploration and Production Inc., 11-cv-00649 | MAGISTRATE JUDGE SHUSHAN |

### THE PLAINTIFF KNOTTY GIRL FISHING, L.L.C.'S MOTION TO LIFT STAY TO FILE MOTION TO REMAND

NOW COMES the Plaintiff Knotty Girl Fishing, L.L.C., through the undersigned counsel of record, which respectfully moves this Honorable Court to lift the stay as to the claims advanced by Plaintiff in the above-referenced action, and on suggesting that the Plaintiff's action was removed from state court on March 23, 2011, and was assigned to this Court on March 24, 2011, and on further suggesting that on March 25, 2011, the Plaintiff's claims became subject to this Court's Pre-Trial Orders in the MDL proceedings, including PTO 25 (R. Doc. 7-3) which stayed this action.

Pursuant to Section 2.2.6 of the Economic Damages Settlement Agreement entered in this matter (R. Doc. 6430), the Plaintiff's claims are excluded from the proposed settlement before this Court, and hence, the Plaintiff respectfully requests the Court lift the stay as to Plaintiff's action and permit the Plaintiff to file a motion to remand its action to state court for lack of subject matter jurisdiction, all as more fully set forth in the accompanying memorandum.

Counsel for the Plaintiff has conferred with Lead Counsel for the Plaintiffs in the MDL proceedings, and Lead Counsel has no objection to the Plaintiff's motion to lift stay.

1

WHEREFORE the Plaintiffs pray this Honorable Court grant its motion to lift stay, and that the Court permit the Plaintiff to file its motion to remand this action to state court.

>Respectfully submitted,
>
>/s/ John B. Edwards
>John B. Edwards (La Bar No. 26274)
>EDWARDS & ASSOCIATES LAW FIRM, LLC
>208 East Oak Street
>P.O. Box 974
>Amite, LA 70422
>Telephone: (985) 747-1088
>Facsimile: (985) 747-1086
>Email: john@edwardslaw.org
>
>AND
>
>/s/ Frank C. Deudenhefer, Jr.
>Frank C. Dudenhefer, Jr. (La Bar No. 5117)
>THE DUDENHEFER LAW FIRM, LLC
>601 Poydras Street, Suite 2655
>New Orleans, LA 70130
>Telephone: (504) 525-2553
>Facsimile: (504) 523-2508
>Email: fcdlaw@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 12, 2012, I electronically filed the foregoing Motion to Lift Stay with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>/s/ Frank C. Deudenhefer, Jr.
>Frank C. Dudenhefer, Jr. (La Bar No. 5117)