UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>**Actions in B1 Pleading Bundle, and 12-970,** *Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc., et al.* **(REF: 10-7777)** | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN**<br><br>**NOTICE OF FILING SUPPLEMENTAL DOCUMENTATION** |

**NOTICE OF FILING SUPPLEMENTAL DOCUMENTATION**

PLEASE TAKE NOTICE THAT Plaintiffs,[1] through undersigned counsel, respectfully submit this supplemental filing of exhibits with respect to Plaintiffs' Notice of Motion and Consolidated Expedited Motion for Leave to Take Discovery Regarding Evidence Produced August 13, 2012, filed with this Court on September 11, 2012 (Rec. Doc. 7368).

Respectfully Submitted,

/s/  Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq.
FLBN 71785
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
Office: 305-798-4177
Fax: 1-800-946-6711

---

[1] Plaintiffs Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II, LLC; JJB Inc.; Radhey, Inc.; JMKVN, LLC; Anjani Hospitality, LLC; Sweta, Inc.; OVS Investment, Inc.; Sree, Inc.; MPJR, Inc.; Pine Inn, Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang, Inc.; Mahalaxmi Enterprises, Inc.; Ashi Hotels, LLC; Gopal Govind Enterprises, LLC; Shanta, LLC; SSM Hospitality, LLC; the Seven-hundred-and-seventy-five (775) Objectors identified in the spreadsheet attached as **Exhibits A and B** in the *Consolidated Objections Of 795 Unnamed Class Members To Deepwater Horizon Settlement Agreement And Memorandum In Support Thereof*, [2-10-cv-07777-CJB-SS; D.E. 198-1, 198-2, 198-3]

    /s/  Sarah E. Spigener, Esq.

Sarah E. Spigener, Esq.
LABN 31975
Farrell & Patel,
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Office: 504-233-8585
Fax: 504-264-5953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Sarah E.  Spigener, Esq.