

September 5, 2012

Stephen J. Herman
Herman Herman & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Dear Mr. Herman,

I am writing to you on behalf of my clients, a substantial number of whom are contemplating objecting to, or opting-out of, the Settlement. On August 13, Class Counsel filed several expert reports and declarations attesting to the fairness of the Settlement, and the viability of the proposed class. I have serious questions about these assertions, particularly with regard to the methodologies employed to determine "causation", the bases for delineating and constituting the Economic Loss Zones, and the impact of certain Settlement provisions upon the interests of hotel owners and hospitality related businesses. My concerns render it challenging for me to fairly counsel my clients to support the Settlement.

I assume that Mr. Coffey's and the other declarants' conclusions are based upon the very large volume of documents, deposition transcripts and other evidence Class Counsel (and by extension the Plaintiffs' Steering Committee) amassed in prior preparation to litigate claims against BP. I believe that my and my client's acquisition of discrete and focused information pertaining to Mr. Coffey's and the other declarants' assertions regarding the fairness and legal propriety of the Settlement Agreement are the *sine qua non* of any meaningful evaluation of the Settlement. I believe that the Eastern District. of La. does not, on the current record, have sufficient facts before it to perform the necessary analysis either.

To that end, I respectfully request that at your earliest convenience, you provide me with an index of the documents and information (including deposition transcripts and identity of the deponent) and detailed information pertaining to the topics and areas in the attached document. In light of the short-time frame, I hope I can count on your and Class Counsel's full cooperation in providing the information requested.

                Regards,
                FARRELL & PATEL, ATTORNEYS AT LAW

                Wesley J. Farrell, Esq.  President



## CATEGORIES OF DOCUMENTS REQUESTED

1. Any index or indices that identify documents and other information (including deposition transcripts, expert reports, etc.) that you or any member of the PSC, Class Counsel, or any other attorney relied upon in negotiating the terms of the Settlement for the Economic and Property Damages class.

2. All documents that explain or relate to the economic, geographic, or other bases upon which each of the Economic Loss Zones was drawn, and the bases upon which the membership of named and unnamed class members was constituted.

3. All documents that refer or relate to the support for, or advocacy by, you or any member of the PSC or Class Counsel, for the termination or replacement of the Gulf Coast Claims Facility.

4. All documents that refer or relate to the economic modeling or algorithms the Settlement employs for members of the Economic Loss and Property Damage class to determine whether "causation" has been satisfied or to calculate the amount of loss for any claimant.

5. All documents that refer or relate to the propriety or impropriety, utility or disadvantage of the deadlines set by the Eastern District of Louisiana for a) filing objections, b) opting-out of the Settlement, or c) the Fairness Hearing.

6. All documents that reflect your or any member of the PSC's or Class Counsel's solicitation of input from attorneys who are not members of the PSC but who represent members of the Economic Loss and Property Damage class of Settlement about the proposed terms of the Settlement prior to February 26, 2012.

7. All documents that reflect your or any member of the PSC's or Class Counsel's solicitation of input from attorneys who are not members of the PSC but who represent hotels about the proposed terms of the Settlement prior to February 26, 2012.

8. Any and all documents that reflect the economic bases for the election and association of each of the Risk Transfer Premiums for the Economic Loss Zones.



9. All documents that reflect your or any PSC members' or Class Counsel's communication with attorneys representing members of the Economic Loss and Property Damage class informing them of the evidence available to them, or how to access it.

10. All documents that reflect your or any PSC members' or Class Counsel's consideration of or advocacy for the creation of a separate sub-class consisting of a) hotel owners and hospitality related businesses, b) real property owners and real estate developers, c) oil and gas service companies, d) VOO claimants, or e) commercial fisherman and/or seafood processors, sports fisherman.

11. Documents sufficiently explaining:

    a) development of economic loss zones;
    b) development of economic loss zone grids;
    c) development of evidentiary requirements for compensation of all class members
    d) the amount of attorney's fees to be recovered under the settlement

12. All documents which you contend justify payment of attorneys' in connection with the settlement.