## **CATEGORIES OF DOCUMENTS REQUESTED**

1. Any index or indices that identify documents and other information (including deposition transcripts, expert reports, etc.) that you or any member of the PSC, Class Counsel, or any other attorney relied upon in negotiating the terms of the Settlement for the Economic and Property Damages class.

2. All documents that explain or relate to the economic, geographic, or other bases upon which each of the Economic Loss Zones was drawn, and the bases upon which the membership of named and unnamed class members was constituted.

3. All documents that refer or relate to the support for, or advocacy by, you or any member of the PSC or Class Counsel, for the termination or replacement of the Gulf Coast Claims Facility.

4. All documents that refer or relate to the economic modeling or algorithms the Settlement employs for members of the Economic Loss and Property Damage class to determine whether "causation" has been satisfied or to calculate the amount of loss for any claimant.

5. All documents that refer or relate to the propriety or impropriety, utility or disadvantage of the deadlines set by the Eastern District of Louisiana for a) filing objections, b) opting-out of the Settlement, or c) the Fairness Hearing.

6. All documents that reflect your or any member of the PSC's or Class Counsel's solicitation of input from attorneys who are not members of the PSC but who represent members of the Economic Loss and Property Damage class of Settlement about the proposed terms of the Settlement prior to February 26, 2012.

7. All documents that reflect your or any member of the PSC's or Class Counsel's solicitation of input from attorneys who are not members of the PSC but who represent hotels about the proposed terms of the Settlement prior to February 26, 2012.

8. Any and all documents that reflect the economic bases for the election and association of each of the Risk Transfer Premiums for the Economic Loss Zones.

9. All documents that reflect your or any PSC members' or Class Counsel's communication with attorneys representing members of the Economic Loss and Property Damage class informing them of the evidence available to them, or how to access it.

10. All documents that reflect your or any PSC members' or Class Counsel's consideration of or advocacy for the creation of a separate sub-class consisting of a) hotel owners and hospitality related businesses, b) real property owners and real estate developers, c) oil and gas service companies, d) VOO claimants, or e) commercial fisherman and/or seafood processors, sports fisherman.

11. Documents sufficiently explaining:

    a) development of economic loss zones;
    b) development of economic loss zone grids;
    c) development of evidentiary requirements for compensation of all class members
    d) the amount of attorney's fees to be recovered under the settlement

12. All documents which you contend justify payment of attorneys' in connection with the settlement.