

Wednesday, September 12, 2012

Stephen J. Herman, Esq.
Herman Herman & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

*Via Electronic Mail*

Dear Mr. Herman,

On September 6, 2012, I wrote to you on behalf of my clients seeking Class Counsel's assistance with the proposed Settlement Agreement. Specifically, I requested information related to the expert reports and declarations you filed on August 13, 2012. I have received neither documents, nor information, nor any response from you or other members of Class Counsel.

I would appreciate the courtesy of a response, but out of precaution, have filed a motion with the Court seeking limited discovery on the issues previously identified.

              Regards,
              FARRELL & PATEL, ATTORNEYS AT LAW

              Wesley J. Farrell, Esq.  President