UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br> 2:10-cv-02771, 2:11-cv-00925 | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

### THE SELLNO PLAINTIFFS' REQUEST FOR RECONSIDERATION REGARDING ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come the plaintiffs in Civil Action No. 11-925 (Rec. Doc. 1) and the respondents/claimants in the limitation proceeding associated with Civil Action No. 10-2771 (Rec. Doc. 388) (the "Sellno Plaintiffs"), which are consolidated with MDL 2179 pending before this Honorable Court, and respectfully submit this Request for Reconsideration Regarding Oral Argument.

The Sellno Plaintiffs filed their Memorandum in Opposition to the Defendants' Rule 12(b)(6) Motions to Dismiss "Pure Stigma Claims" and "Recreation Claims" (Rec. Doc. 7099). The Sellno Plaintiffs also filed a Request for Oral Argument (Rec. Doc. 7100). The Sellno Plaintiffs' opposition was one of the few filed other than those filed by the Plaintiffs' Steering Committee ("PSC"). Most of the arguments raised by the Sellno Plaintiffs were not briefed by the PSC or any other parties opposing the motions.

The Court issued a Tentative Agenda on September 11, 2012, establishing the matters to be addressed at the Status Conference on Friday, September 14. The Court allotted time to the PSC to respond to each of BP's motions to dismiss. The Court also allotted time for Tobatex/MRM to respond to BP's motion to dismiss the BP dealer claims. However, the Sellno Plaintiffs were not allotted any time to respond to BP's motions.

Undersigned counsel for the Sellno Plaintiffs respectfully requests reconsideration of the oral argument time allotted by the Court to allow undersigned counsel to represent the interests of their clients at the Status Conference.  The Sellno Plaintiffs believe their arguments in opposition to the motions to dismiss are not adequately briefed by the PSC or other parties, are apparently not of interest to them and so will not be adequately presented by the PSC.  As it does not appear that the interests of the Sellno Plaintiffs are being represented by the PSC, Plaintiffs respectfully request reconsideration of the Court's oral argument schedule.

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*/s/ Caleb H. Didriksen*_____
**CALEB H. DIDRIKSEN**, La. Bar No. 1334
**DIANE R. COSENZA**, La. Bar No. 4419
**MICHAEL D. LANE**, La. Bar No. 30364
3114 Canal Street
New Orleans, LA 70119
Telephone:  (504) 586-1600
Facsimile:   (504) 822-3119
Email:  caleb@didriksenlaw.com
           diane@didriksenlaw.com
           mike@didriksenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of September, 2012.

*/s/ Caleb H. Didriksen*_____