## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-02771, 2:11-cv-00925 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER

Considering the The Sellno Plaintiffs' Request for Reconsideration Regarding Oral Argument (Rec. Doc. 7384);

IT IS HEREBY ORDERED that the Sellno Plaintiffs are allotted 5 minutes of oral argument to respond to each of BP's motions to dismiss the Recreation and Stigma Claims at the Status Conference scheduled for 9:00 a.m. on September 14, 2012.

New Orleans, Louisiana, this _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE