UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| Civil Action No. 12-970 | : : | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF ADOPTION OF GOVERNMENTAL CHALLENGES TO SETTLEMENTS ENTERED INTO BY BP AND THE GULF COAST CLAIMS FACILITY ("GCCF"), AS ILLEGAL AND IN VIOLATION OF THE OIL POLLUTION ACT AND FUNDAMENTAL PRINCIPLES OF JUSTICE

On behalf of the clients of the undersigned counsel, including the Seafood Workers Association of Franklin County and seafood workers on Apalachicola Bay, these parties hereby submit this Notice of Adoption of Governmental Challenges to Settlements Entered into by BP and the Gulf Coast Claims Facility ("GCCF") as Illegal and In Violation of the Oil Pollution Act and Fundamental Principles of Justice, and adopt the arguments and law provided by the Attorney General of Mississippi, attached hereto and incorporated herein, as well as the arguments and law provided by the Attorney Generals of Alabama, Florida and Louisiana, challenging the validity and legitimacy of the settlements entered into through BP and the GCCF.

WHEREFORE for the foregoing reasons it is respectfully requested that the settlement agreements entered into through BP and the GCCF be declared invalid and the payments made pursuant to these agreements be considered interim payments, pending a final environmental

1

damage assessment, consistent with the legal requirements of the Oil Pollution Act.

Respectfully submitted on this 12th Day of September, 2012,

/s/ Tim Howard

| | |
|---|---|
| Scott Carrothers, Esq. | Tim Howard, Esq., Ph.D. |
| 3010 South County Rd., Hwy 395 | Howard & Associates, P.A. |
| Santa Rosa Beach, FL 32459 | Florida Bar No.: 0655325 |
| (850) 766-1471 (o) | 8511 Bull Headley Road, Suite 405 |
| scarrotherslaw@gmail.com | Tallahassee, FL 32312 |
| | (850) 298-4455 (o) |
| | tim@howardjustice.com |
| | |
| Douglas S. Lyons, Esq. | Samuel T. Adams, Esq. |
| Lyons & Farrar, P.A. | Attorney at Law |
| 325 North Calhoun Street | 460 Grace Avenue |
| Tallahassee, FL 32301 | Panama City, FL 32402 |
| (850) 222-8811(o) | (850) 785-3469 (o) |
| doug.lyons@lyonsandfarrar.com | tom@samueltadams.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF ADOPTION OF GOVERNMENTAL CHALLENGES TO SETTLEMENTS ENTERED INTO BY BP AND THE GULF COAST CLAIMS FACILITY ("GCCF") AS ILLEGAL AND IN VIOLATION OF THE OIL POLLUTION ACT AND FUNDAMENTAL PRINCIPLES OF JUSTICE has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th Day of September, 2012.

/s/ Tim Howard
Tim Howard, Esq., Ph.D., Attorney