UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |
| This Document Relates to:<br><br>10-7777 | |

## NOTICE OF APPEARANCE

### (As to the Medical Benefits Class Members)

COME NOW the Law Offices of Nexsen Pruet, LLC and Douglas M. Schmidt, PLC, and file this Notice of Appearance as attorneys of record for the Medical Benefits Class Members listed in Exhibit "A."

DATED on this 13th September, 2012

Respectfully submitted.

/s/ Paul A. Dominick
Paul A. Dominick, Fed. ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777

And

Douglas M. Schmidt, Fed. ID No. 11789
335 City Park Ave
New Orleans La 70119
504-482-5711
504-482-5755 fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record, who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record, who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid.

**I HEREBY CERTIFY** that the above was sent via U.S. Mail to: Medical Lead Class Counsel: James Parkerson Roy, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson St., Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C. Attention: Deepwater Horizon Medical Benefits Settlement Kirkland & Ellis, LLP, 300 North LaSalle St. Chicago Il., 60654 as of the date as set forth below.

Signed this 13th day of September, 2012 at Charleston, South Carolina.

/s/ Paul A. Dominick
Paul A. Dominick, Fed. ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777