UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: ACTIONS IN B1 PLEADING BUNDLE, AND 12-970, BON SECOUR FISHERIES, INC., ET AL V. BP EXPLORATION & PRODUCTION, INC., ET AL (REF: 10-7777) | * * * * * * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Claimant, Wolf Bay LLC, through undersigned counsel, be allowed an expedited hearing and that his Motion to Take Discovery Regarding Evidence Produced August 13, 2012, be heard at the September 14, 2012 status conference.

Signed this _____ day of September 2012.

_____
J U D G E