UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) ) | JUDGE BARBIER |
| 2:10-CA-10-8888 | ) | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion of the law firm of Daniell, Upton & Perry, P.C. for leave to withdraw as counsel, **IT IS HEREBY ORDERED** that the law firm of Daniell, Upton & Perry, P.C. is withdrawn as counsel for the Claimants listed below:

| **Plaintiff/Claimant** | **Document No.** | **Cause No.** |
|---|---|---|
| 1. A & M Forest Consultants | 107387 | CA-10-8888 |
| 2. The Cirrus Group, LLC | 61845 | CA-10-8888 |
| 3. Naman's Meat Company, Inc. | 111889 | CA-10-8888 |
| 4. Powers Real Estate Joint Venture, LLC | 60087 | CA-10-8888 |
| 5. Signature Design Flooring & Remodel, LLC | 49895 | CA-10-8888 |
| 6. Woodland, LLC | 48101 | CA-10-8888 |
| 7. Christy Whitehead | 48698 | CA-10-8888 |
| 8. Robert Thomas Roberts Revocable Trust/ Robert Thomas Roberts | 54111 | CA-10-8888 |
| 9. Elwood Ladon West, Jr. & Amanda West | 111132 | CA-10-8888 |
| 10. George Braswell | 54619 | CA-10-8888 |
| 11. Benjamin Pellegrini | 53174 | CA-10-8888 |

1

2

New Orleans, Louisiana this 13th day of September, 2012.

_____
United States District Judge