UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: ACTIONS IN B1 PLEADING BUNDLE, AND 12-970, BON SECOUR FISHERIES, INC., ET AL V. BP EXPLORATION & PRODUCTION, INC., ET AL (REF: 10-7777) | * * * * * * * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN<br><br>NOTICE OF MOTION AND<br>EXPEDITED MOTION TO CONDUCT<br>DISCOVERY |

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Claimants MRI, LLC and Dauphin Island Property Owners Association, Inc., though undersigned counsel, be allowed an expedited hearing and that his Motion to Take Discovery Regarding Evidence Produced August 13, 2012 be heard at the September 14, 2012 status conference.

Signed this_____day of Septmeber 2012.

_____
JUDGE