UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * * | |

**************************************************

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A LIMITATION SHORT FORM JOINDER BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes claimant, Academy of Our Lady High School, who files this Memorandum in Support of the accompanying Motion for Leave to File A Limitation Short From Joinder Beyond the September 16, 2011 Deadline. Claimant seeks this Honorable Court's permission to accept Claimant's late-filed joinder, filed September 11, 2012, Document No. 120527, in the limitation proceeding for the following reasons:

1. Upon review of Deepwater Horizon Settlement documentation, it was realized that Academy of Our Lady High School had viable claims against defendants;

2. Upon a showing of good cause the Court should grant permission to file late claims if the "limitation proceeding is pending and undetermined, and the right of the parties are not adversely affected." *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) (citing 3 Benedict on Admiralty § 518, p. 542 (Knauth ed. 1940)).

3. No prejudice will result from the acceptance of the Claimant's Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimant respectfully moves this Court for an Order accepting his late-filed joinder, No. 120527, filed September 11, 2012, and granting the accompanying Motion for Leave to File A Limitation Short Form Joinder Beyond the September 16, 2011 Deadline.

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding which was extended to September 16, 2011.

2. Upon review of Deepwater Horizon Settlement documentation, it was realized that Academy of Our Lady High School had viable claims against defendants;

3. No prejudice will result from the acceptance of the Short Form Joinder filed after September 16, 2011. Moreover, no action has been taken in the limitation proceeding which could have prejudice to any other party to the proceeding.

4. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimant respectfully moves this Court for an Order granting this Motion for Acceptance of a Limitation Short Form Joinder Filed after the September 16, 2011 Deadline, Document No. 120527, filed September 11, 2012, and that the Court deem said Short Form Joinder is timely filed in the Transocean limitation proceeding.

Respectfully submitted,

/s/ J. Patrick Connick
J Patrick Connick, Bar No. 22219

Law Office of J. Patrick Connick, LLC<br>
5201 Westbank Expressway, Suite 100<br>
Marrero, LA 70072<br>
Telephone: (504) 347-4535<br>
Telecopier: (504) 347-4526

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

<i>/s/ J. Patrick Connick</i>