UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * * | |

**************************************************

## ORDER

Considering the Motion for Leave to File A Limitation Short Form Joinder Beyond the September 16, 2011 Deadline:

IT IS ORDERED that the late-filed Short Form Joinder, Document No. 120527, filed on September 11, 2012, shall be considered as a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B2 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos., 24 and 25.

Signed this ____ day of _____, 2012.

                                                    Honorable Carl J. Barbier
                                                  U. S. District Court Judge