UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| APPLIES TO: ALL CASES | : : | JUDGE BARBIER |
| | : | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Presenting Party Goes Second-to-Last]**

The oral Motion by the United States, to which no party objected, is granted. The "Order Regarding Requests for Reconsideration of Allocation of Examination Time" [Doc. 7289], and the Order re "Working Group Conference on Friday, September 7, 2012" [Doc 7379], at 5, ¶ 2, are hereby amended in the following respects:

For a one day deposition, the party who goes first in questioning may reserve up to 30 minutes for after the conclusion of the examination by all other parties (including the party presenting the witness). This time will be increased to 60 minutes for a two day deposition.

New Orleans, Louisiana, this 13th day of September, 2012.

_____
SALLY SHUSHAN
U.S. MAGISTRATE JUDGE