UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *11-925, Bundle B1* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is the Sellno Plaintiffs' request for reconsideration of the Court's decision regarding oral argument scheduled for September 14, 2012.  (Rec. Doc. 7384).  The Court has studied the Sellno Plaintiffs' opposition brief (Rec. Doc. 7099) and will consider same in any ruling respecting the motions to dismiss the "Pure Stigma" and "Recreation" claims.  However, the Court is not persuaded that it needs to hear oral argument from the Sellno Plaintiffs.  Accordingly,

IT IS ORDERED that the request for reconsideration is DENIED.

New Orleans, Louisiana, this 13th day of September, 2012.

_____
United States District Judge