## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                     MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                              JUDGE BARBIER
                                                  MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Random Selection of Deliberative Process Privilege Entries]**

Pursuant to the September 6, 2012 order (Rec. doc. 7294), the U.S. produced a list of 294 DPP entries from privilege logs 46-57.  By **Thursday, September 20, 2012**, the U.S. shall produce for *in camera* inspection the following documents:

| Entry No. | Document No. |
|-----------|-----------------|
| 53 | HSE 012-022786-88 |
| 101 | HCG 466-022713-16 |
| 152 | 0.7.21.9376 |
| 194 | DSE 030-001565-66 |
| 267 | DSE 036-00143-45 |

The deadline for the appeal of this order is **Monday, September 17, 2012.**

New Orleans, Louisiana, this 13th day of September, 2012.

                                                 **SALLY SHUSHAN**
                                                 **United States Magistrate Judge**