UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO: ALL CASES**

### NOTICE OF APPEARANCE FOR CLASS MEMBER, PANTHER RIDGE ESTATES, INC., THROUGH ITS REPRESENTATIVE MEMBER, JAMES M. CURTIS

PLEASE TAKE NOTICE that Ronnie G. Penton of The Penton Law Firm does hereby make an appearance as attorney of record for Economic and Property Class Member, Panther Ridge Estates, Inc., through its representative, James M. Curtis, in the above-referenced matter.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above referenced case be served upon the undersigned counsel.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX              :       (985) 735-5579
E-MAIL       :       fedcourtmail@rgplaw.com

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Counsel for Claimant, Panther Ridge Estates, Inc.
James M. Curtis

# **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 13, 2012.

=

                                                            s/Ronnie G. Penton
                                                            Ronnie G. Penton