UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>*All Actions* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN<br><br>PROPOSED ORDER |

## PROPOSED ORDER

IT IS HEREBY ORDERED that Sarah E. Spigener's Motion for Admission to Practice *Pro Hac Vice* be GRANTED; and the Court, having considered the same, it is therefore ORDERED that Terry Gray, be and is hereby admitted, *pro hac vice*, to appear before this Court in this matter and serve as co-counsel for Plaintiffs.

New Orleans, Louisiana this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT