UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | |
| | JUDGE BARBIER |
| *All Cases* | MAGISTRATE SHUSHAN |

## AFFIDAVIT OF TERRY A. C. GRAY IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Terry Gray, being first fully sworn upon his oath deposes and says:

1.   I am a 1999 graduate of Stanford Law School.

2.   I am and have been an active member in good of the Washington, District of Columbia bar since January 2001 as evidenced by the attached certificate of good standing.

3.   I have never filed a motion for permission to appear in the State of Louisiana.

4.   I have not had a grievance filed against me in any jurisdiction that has resulted in a finding of probable cause.

5.   I have not been found in contempt of court in any jurisdiction.

6.   I have read and am familiar with the Local Rules of the Eastern District of Louisiana and will abide by these rules.

7.   I am familiar with the electronic filing system for the United States District Court.

8.   I agree to comply with the provisions of the Louisiana Bar governing the conduct of members of the Louisiana Bar.

9.   Louisiana counsel of record for plaintiff in this matter is Sarah E. Spigener, 2825B Constance Street, New Orleans, LA 70115.

DATED this _____ day of September, 2012.

TERRY A. C. GRAY

DCBN: 470579

STATE OF _____

COUNTY OF _____

    SWORN TO AND SUBSCRIBED before me, this _____ day of September, 2012, by TERRY GRAY, who is personally known to me or produced _____ as identification.

Subscribed and sworn before me, this _2012_
day of _September_, _13_ a Notary Public
in and for _Miami-dade_ _____ County,
State of _Florida_

(Signature)

NOTARY PUBLIC

My Commission expires _March 15, 2015_

EE74046

NOTARY PUBLIC

MY COMMISION EXPIRES: