UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>  "Deepwater Horizon" in the Gulf<br>  of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Eight DPP Entries]

Pursuant to the September 6, 2012 order (Rec. doc. 7294), the U.S. submitted eight documents for *in camera* review which it contends are protected from disclosure by the DPP. To determine whether the documents were properly withheld, the procedure described in the August 7, 2012 order (Rec. doc. 7056 at 2) was followed.

Document 1.      HSE012-019676-80

Document 2.      HSE012-019682-83

The documents contain July 18, 2010 emails. They are within the categories in the Woods Declaration. They do not contain facts. The U.S. is not required to produce them.

Document 3.      HSE012-037553-78

The document is within the categories in the Woods Declaration. It contains facts, but they cannot be separated from the discussion. The DPP assertion outweighs BP's need for discovery of the document. The U.S. is not required to produce it.

Document 4.      HCG205-016848-51

Document 5.      HCG205-016856-58

Document 6.      HCG205-016861-63

<u>Document 7</u>.        HCG205-016864-66

<u>Document 8</u>.        HCG205-016870-72

The documents contain May 29, 2010 emails. They are within the categories in the Woods Declaration. The documents contain facts, but they cannot be separated from the discussion. The DPP assertion outweighs BP's need for discovery of the documents. The U.S. is not required to produce them.

New Orleans, Louisiana, this 14th day of September, 2012.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**