**2 Stix, Inc.**
Hibachi   Sushi   Asian
4731 Bayou Blvd., Pensacola, FL 32503
(850) 607-8960         2stix.net

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 SEP 12 PM 12: 42

LORETTA G. WHYTE
CLERK

September 6, 2012

Clerk of Court
United States District Court for the Eastern District of Louisianna
500 Poydras Street
New Orleans, LA 70130

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179.*

Re: Intent to speak at Fairness Hearing.

To all who are concerned:

It is my intention to speak at the Fairness Hearing scheduled for November 8, 2012 in support of my written objection.

Sincerely,

Cass Wilson
2 Stix, Inc.
(850) 292-4105 cell
casslwilson@yahoo.com

cc:  James Parkerson Roy
     Attn: Deepwater Horizon E&PD Settlement
     Domengeaux Wright Roy & Edwards
     556 Jefferson St., Suite 500
     P.O. Box 3668
     Lafayette, LA 70501

     Stephen J. Herman
     Attn: Deepwater Horizon E&PD Settlement
     Herman Herman Katz & Cotlar LLP
     820 O'Keefe Avenue
     New Orleans, LA 70113

     Richard C Godfrey, P.C.
     Attn: Deepwater Horizon E&PD Settlement
     Kirkland & Ellis LLP
     300 North LaSalle Street
     Chicago, IL 60654

STX
4731 Barcel Blvd
Pensacola FL 32503

PENSACOLA FL 325
10 SEP 2012 PM 1 L

Clerk of Court
U.S. District Ct for Eastern
District of Louisiana
500 Poydras St
New Orleans, LA 70130

USA FIRST CLASS FOREVER