AO 440 (Rev. 12/09) Summons in a Civil Action

Rec'd ck # 7962 8/20/12 $28.16 dk
B. 8/21/12 dk

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

THE KEY AMBASSADOR COMPANY, HI-LINER )
FISHING GEAR AND TACKLE, INC., et al. )
)
*Plaintiff* )
) **12-CV-10070-King/McAliley**
v. ) Civil Action No. 4:12-cv-10070
)
BP EXPLORATION & PRODUCTION, INC., BP )
AMERICA PRODUCTION COMPANY, BP P.L.C., )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AIRBORNE SUPPORT INTERNATIONAL, INC.
Registered Agent: Howard Barker
3626 Thunderbird Road
Houma, LA 70363

RECEIVED SHERIFF'S OFFICE PARISH OF TERREBONNE, LA
2012 AUG 20 P 12: 35

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert J. McKee, Esquire
Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426

Telephone: 954-761-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **August 15, 2012**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:12-cv-10070

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AIRBORNE INTERNATIONAL INC.
was received by me on *(date)* AUG. 20, 2012 @ 12:35 AM.

☒ I personally served the summons on the individual at *(place)* AIRBORNE INTERNATIONAL INC. TO HOWARD BARKER (AGENT) on *(date)* AUG 20, 2012 @ 3:31 AM.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/20/12

Server's signature

By, RALPH J. LIRETTE JR.
Printed name and title

TERREBONNE SHERIFF OFFICE (CIVIL DEPT.
434 ROUSSELL ST.
HOUMA, LA, 70360
Server's address

Additional information regarding attempted service, etc: