## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL No. 2179
      "Deepwater Horizon" in the
      Gulf of Mexico, on
      April 20, 2010                 Section: J

This Document Relates to:           Judge Barbier
                                  Mag. Judge Shushan

2:10-cv-08888-CJB-SS,
Document Nos. 42689, 40723, 40748, 40699

### MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Edward Lee Waldorph, Luke Lee Gontarek, and Surreal Surfaces, Inc., d/b/a Luke Edward & Co.

2. Edward Lee Waldorph, Luke Lee Gontarek, and Surreal Surfaces, Inc., d/b/a Luke Edward & Co. hired undersigned counsel on February 19, 2011.

3. On or about August 1, 2012, Edward Lee Waldorph notified undersigned counsel that he, Luke Lee Gontarek, and Surreal Surfaces, Inc., d/b/a Luke Edward & Co. no longer desired representation.

4. Edward Lee Waldorph has informed undersigned counsel that he, Luke Lee Gontarek, and Surreal Surfaces, Inc., d/b/a Luke Edward & Co. have hired other counsel.

5. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 14th day of September, 2012.

          PLAINTIFFS EDWARD LEE WALDORPH, LUKE LEE
          GONTAREK, AND SURREAL SURFACES, INC., D/B/A LUKE
          EDWARD & CO.

          By:    */s/Alex Peet*
                  Alex Peet (FSB # 47606)
                  LOVELACE LAW FIRM, P.A.
                  12870 U.S. Highway, 98 West, Suite 200
                  Miramar Beach, FL 32550

Telephone: (850) 837-6020
Facsimile: (850) 837-4093
dml@lovelacelaw.com


### CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 14th day of September, 2012.

_/s/Alex Peet_____
Alex Peet (FSB #47606)