**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                           MDL No. 2179
  "Deepwater Horizon" in the
  Gulf of Mexico, on
  April 20, 2010                                 Section: J


This Document Relates to:                              Judge Barbier
                                                        Mag. Judge Shushan
2:10-cv-08888-CJB-SS,
Document Nos. 42689, 40723, 40748, 40699


## ORDER ON MOTION TO WITHDRAW

   Pursuant to a Motion to Withdraw filed on or about September 14, 2012 it is

hereby ordered that counsel Alex Peet is permitted to withdraw from representation of

Edward Lee Waldorph, Luke Lee Gontarek, and Surreal Surfaces, Inc., d/b/a Luke

Edward & Co., who have hired other counsel.


Date: _____                    _____
                                          United States Magistrate Judge