UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

MDL No. 2179

Section: J

This Document Relates to:

Judge Barbier
Mag. Judge Shushan

2:10-cv-08888-CJB-SS, Document Nos. 43278 and 43292

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Eddie Burger and H2O Guide Service.

2. Eddie Burger and H2O Guide Service hired undersigned counsel on or about May 1, 2010.

3. On August 1, 2012, Eddie Burger notified undersigned counsel that he and H2O Guide Service no longer desired representation.

4. Eddie Burger has informed undersigned counsel that he and H2O intend to proceed *pro se*. Future communications to Mr. Burger and H2O Guide Service can be directed to 1300 Robin Dr., Walker, LA 70785.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 14th day of September, 2012.

PLAINTIFFS EDDIE BURGER AND H2O GUIDE SERVICE

By:   */s/Alex Peet*
Alex Peet (FSB # 47606)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL  32550
Telephone:  (850) 837-6020
Facsimile:  (850) 837-4093
dml@lovelacelaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 14th day of September, 2012.

                         /s/Alex Peet
                         Alex Peet (FSB #47606)