UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL No. 2179
    "Deepwater Horizon" in the
    Gulf of Mexico, on
    April 20, 2010                             Section: J

This Document Relates to:                Judge Barbier
                                            Mag. Judge Shushan

2:10-cv-08888-CJB-SS, Document Nos. 43278 and 43292

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about September 14, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Eddie Burger and H2O Guide Service, who will now proceed *pro se*.

Date: _____                     _____
                                                    United States Magistrate Judge