# CONFERENCE ATTENDANCE RECORD

**DATE:** 9-14-12                              **TIME:** 10:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

### DISCOVERY STATUS     CONFERENCE

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Cory Maze | Alabama |
| W. Lila Sinclair | Alabama |
| Anthony Irpino | PSC |
| Grant Davis-Denny | TO |
| Don Godwin | HESI |
| Alan York | " " |
| Jenny Martinez | " " |
| Sean Fleming | " " |
| Gwen Richard | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Alison Battiste | " " |
| Erika Toledo | " " |
| Lauren Mitchell | " " |
| A. Nathaniel Chakeres | USA |
| Tom Benson | USA |
| Steve Herman | PSC |
| Robin Greenwald | PSC |
| Brian Barr | PSC |
| Steve Robert | TO |
| Douglas Kraus | Louisiana |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Don Haycraft | BP |
| Cornelia Bertaut | Cameron |
| Kat Gallagher | Cameron |
| Mike Underhill | US |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
| --- | --- |
| Luise | To |
| Jim Roy | PSC |
| Ted Tsekerides | O'Briens, NRC |
| Mike Lyle | ^ ^ |
| Pat O'Keefe | O'Brien's /NRC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**9/14/12 MDL 2179 PHASE TWO DISCOVERY CONFERENCE**

Mark Nomillini

Alan Pixton

Mike Petrino

Tony Fitch

David Baay

Denise Scoffield

Steve O'Rourke

Wagner Jackson

Aaron Christian

Joe Eisert