**From:** Moore, Jimmy [JMoore@mail.deepwater.com]
**Sent:** Saturday, May 31, 2008 4:38 PM
**To:** Knight, Chris (Houston)
**Subject:** Re: Using the Management System

Thanks Chris.
Let's get together one day and discuss. I assure you these issues are fleetwide.
I would like your thoughts regarding how we can help the guys better understand the intent of the processes and how do we effectively ensure they are being followed?
Jimmy

----- Original Message -----
From: Knight, Chris (Houston)
To: Moore, Jimmy
Sent: Sat May 31 09:42:57 2008
Subject: RE: Using the Management System

Jimmy;
Very difficult question. After my recent visit to the Horizon to conduct the investigation into the flooding I would say it is not that they do not understand but more it is not being implemented to the extent it needs to be. You will see once I compete the report that some of the systems are being watered down to suit individual departments and the checks and balances needed by the onboard management are not robust enough. It is nothing that cannot be addressed but onboard audits need to be conducted to ensure standards are met and maintained.

Regards

Chris Knight ll

Transocean Senior HSE Advisor

Room 323 @ Park 10

Office Phone  1 832 587 8755

Cell Phone       1 713 503 2359

chris.knight@mail.deepwater.com


-----Original Message-----
From: Moore, Jimmy [mailto:JMoore@mail.deepwater.com]
Sent: Friday, May 30, 2008 12:54 PM
To: Knight, Chris (Houston)
Subject: Re: Using the Management System

Thanks Chris.
Question.
How many other guys do you think misunderstand the process? Jimmy

----- Original Message -----
From: Knight, Chris (Houston)
To: Moore, Jimmy
Cc: Hunter, Duncan (Houston); Johnson, Tony (Houston)

Sent: Fri May 30 12:42:26 2008
Subject: Using the Management System

Hi Jimmy;
I have just read the 'e' mail from Tony about Scott McGaig take on the THINK & TSTP process. He is out as of now but I will be getting with him first thing Monday to clarify the expectation going forward. I think the problem is that Scott is still thinking of JRA application instead of the THINK & TSTP processes. I will speak to you privately sometime Monday on his reaction to my clarification. Take care and have a good weekend.

Regards


Chris Knight ll

Transocean Senior HSE Advisor

Room 323 @ Park 10

Office Phone 1 832 587 8755

Cell Phone      1 713 503 2359

chris.knight@mail.deepwater.com

CONFIDENTIAL

TRN-MDL-06416912