**From:** McKaig, Scott (Houston)
**Sent:** Wednesday, February 10, 2010 8:40 PM
**To:** Richards, Ramsey (Houston); Richards, Jess (Houston); Soles, Julian (Geneva)
**Subject:** RE: Hand and Finger Injuries

We'll find that subsea engineer on the Spirit in a few months

---

**From:** Richards, Ramsey (Houston)
**Sent:** Wednesday, February 10, 2010 6:28 PM
**To:** Richards, Jess (Houston); McKaig, Scott (Houston); Soles, Julian (Geneva)
**Subject:** RE: Hand and Finger Injuries

Looks like the cement plug in the casing blew up. So perhaps it will be easier to blame the cementer now. But the Sub Sea Engineer looks like he is taking the fall!

---

**From:** Richards, Jess (Houston)
**Sent:** Wednesday, February 10, 2010 8:50 AM
**To:** McKaig, Scott (Houston); Soles, Julian (Geneva); Richards, Ramsey (Houston)
**Subject:** RE: Hand and Finger Injuries

Chris Ness is probably sitting in a coffee shop, reading the news paper, and tossing around whether he plays golf today or just takes a nap. In spite of how difficult this decision process may be, I'm sure he is feeling pretty good right now.

Oh yeah, I forgot to mention that the DWH tested their lower annular without closing the test ram and blew up their 22" casing last night? I'm sure we will find some way to blame it on the cementer.

---

**From:** McKaig, Scott (Houston)
**Sent:** Wednesday, February 10, 2010 8:42 AM
**To:** Soles, Julian (Geneva); Richards, Jess (Houston); Richards, Ramsey (Houston)
**Subject:** RE: Hand and Finger Injuries

SAM has had 6 recordables in 6 weeks and we have less rigs and less man hours....

We also have 4 of the 6 Petrobras rigs not working just now

The Driller is 3 months late coming out of shipyard, the navigator doesn't have enough working thrusters left and has to go in for emergency shipyard, the F100 is on BOP downtime and the 710 had an EDS yesterday

Premiere drilling company...... yeah right!!

---

**From:** Soles, Julian (Geneva)
**Sent:** Wednesday, February 10, 2010 12:36 PM
**To:** Richards, Jess (Houston); McKaig, Scott (Houston); Richards, Ramsey (Houston)
**Subject:** RE: Hand and Finger Injuries

More good insight from the honey monster.....when is he going to visit the rigs to see what's happening and provide some meaningful direction.

That performance sucks, I think you're right in that we'll never see a bonus again!

Julian Soles
*Manager, Corporate Planning*

transocean
Chemin de Blandonnet 2

CONFIDENTIAL

TRN-MDL-04937152

1214 Vernier
Switzerland

Cell   +41 79 838 2910
Office +41 22 930 9026

---

**From:** Richards, Jess (Houston)
**Sent:** Wednesday, February 10, 2010 3:08 PM
**To:** McKaig, Scott (Houston); Soles, Julian (Geneva); Richards, Ramsey (Houston)
**Subject:** FW: Hand and Finger Injuries

Our performance sucks. I may not ever get another bonus as long as I'm working here.

---

**From:** Sannan, Bill (Houston)
**Sent:** Tuesday, February 09, 2010 9:38 PM
**To:** Wilson, Todd (Houston); Bandeko, Bryan (Houston); Broussard, Mark (Houston); Brown, Jason D (Houston); Callahan, Jason (Newfoundland); Cote, Scott (Houston); Hockaday, Wilton (Houston); Irwin, Nathan (Houston); Johnson, Danny (Houston); Kent, James (Houston); Reid, Tony (Houston); Romine, Lane (Houston); Smith, Scott (Houston); Tracey, Leon (Houston); Weber, Barry (Houston); Weiss, Kevin (Houston); White, Rob (Houston); Williams, Tim (Houston); Blue, Mike (Houston); Bullock, Jimmie (Houston); Carpenter, Scott (NewFoundland); Haslam, Dan (Houston); Humphrey, Danny (Houston); Johnson, Paul (Houston); Keeton, John (Houston); King, Paul J (Houston); McKaig, Scott (Houston); Mesker, Keith (Houston); Miller, Keith (Houston); Park, Graham (Houston); Richards, Jess (Houston); Richards, Ramsey (Houston); Shackelford, Tom (Houston); Shaw, Mike (Houston); Wright, Mike (Houston); Adamson, Keelan (Houston); Boone, John (Houston); Canducci, Jerry (Houston); Hall, Eric (Houston); Husted, Daniel (Houston); Matlock, David (Newfoundland); McAllister, Kathleen (Houston); Pirtle, Donnie (Houston); Reudelhuber, Dan (Houston); Salas, Regulo (Trinidad); Shoemaker, Brent (Houston); Trahan, Buddy (Houston); Walker, Steven (Houston); Winslow, Daun (Houston)
**Subject:** Hand and Finger Injuries

In 2009 we had 31 recordable incidents and 15 were hand finger injuries.

In the first 6 weeks of 2010 we have suffered 5 recordable incidents and all have been hand finger injuries. I am requesting that each Rig Manager contact his rig tomorrow and personally ask what is being done to prevent hand finger injuries. We are obviously not doing enough!

Regards

Bill Sannan
General Manager - North America
Transocean Offshore Deepwater Drilling Inc.

832-587-8763 (office)
713-502-1634 (cell)
bill.sannan@deepwater.com

CONFIDENTIAL                                                                                                           TRN-MDL-04937153

**From:** Johnson, Paul (Houston)
**Sent:** Wednesday, February 10, 2010 3:11 PM
**To:** Winslow, Daun (Houston)
**Cc:** DWH, OIM (Deepwater Horizon); Kent, James (Houston); Sannan, Bill (Houston)
**Subject:** RE: Hand and Finger Injuries

Daun,
I spoke to the whole leadership team this morning in their supervisors meeting.
We reviewed the incidents that have taken place in the gulf. We discussed my expectations of them as supervisors, ensuring that quality think plans are being conducted for every job and the hazards are identified and specific reduction measures have taken place.

The only way we can ensure this is being done correctly is through effective leadership, mentoring and auditing.
We will bring this up today in all of our pretours and again at the weekly meetings.

Regards
Paul

---

**From:** Sannan, Bill (Houston)
**Sent:** Tuesday, February 09, 2010 9:38 PM
**To:** Wilson, Todd (Houston); Bandeko, Bryan (Houston); Broussard, Mark (Houston); Brown, Jason D (Houston); Callahan, Jason (Newfoundland); Cote, Scott (Houston); Hockaday, Wilton (Houston); Irwin, Nathan (Houston); Johnson, Danny (Houston); Kent, James (Houston); Reid, Tony (Houston); Romine, Lane (Houston); Smith, Scott (Houston); Tracey, Leon (Houston); Weber, Barry (Houston); Weiss, Kevin (Houston); White, Rob (Houston); Williams, Tim (Houston); Blue, Mike (Houston); Bullock, Jimmie (Houston); Carpenter, Scott (NewFoundland); Haslam, Dan (Houston); Humphrey, Danny (Houston); Johnson, Paul (Houston); Keeton, John (Houston); King, Paul J (Houston); McKaig, Scott (Houston); Mesker, Keith (Houston); Miller, Keith (Houston); Park, Graham (Houston); Richards, Jess (Houston); Richards, Ramsey (Houston); Shackelford, Tom (Houston); Shaw, Mike (Houston); Wright, Mike (Houston); Adamson, Keelan (Houston); Boone, John (Houston); Canducci, Jerry (Houston); Hall, Eric (Houston); Husted, Daniel (Houston); Matlock, David (Newfoundland); McAllister, Kathleen (Houston); Pirtle, Donnie (Houston); Reudelhuber, Dan (Houston); Salas, Regulo (Trinidad); Shoemaker, Brent (Houston); Trahan, Buddy (Houston); Walker, Steven (Houston); Winslow, Daun (Houston)
**Subject:** Hand and Finger Injuries

In 2009 we had 31 recordable incidents and 15 were hand finger injuries.

In the first 6 weeks of 2010 we have suffered 5 recordable incidents and <u>all</u> have been hand finger injuries. I am requesting that each Rig Manager contact his rig tomorrow and personally ask what is being done to prevent hand finger injuries. We are obviously not doing enough!

Regards

Bill Sannan
General Manager - North America
Transocean Offshore Deepwater Drilling Inc.

832-587-8763 (office)
713-502-1634 (cell)
bill.sannan@deepwater.com