| | |
|---|---|
| From: | Newman, Steven (Geneva) |
| Sent: | Tuesday, September 15, 2009 10:46 AM |
| To: | McMahan, Larry (Houston) |
| Subject: | RE: Feeling Discouraged? DON'T BE! |

Larry - thanks for sending this. I truly appreciate and value your commitment and passion. We will make a difference.

I agree with your assessment that we need (i) passion and (ii) active involvement. I think the 28-day hitch-management plan you and Rob have developed is a great start in driving the active involvement. I am less sanguine about how to assess the presence of passion (different folks exhibit it differently) and how to develop it if it isn't there.

SN

**Steven L. Newman**
President and Chief Operating Officer
Transocean
*"Operations conducted in an incident-free environment - all the time, everywhere."*

---

**From:** McMahan, Larry (Houston)
**Sent:** Friday, September 11, 2009 1:26 AM
**To:** Newman, Steven (Geneva)
**Subject:** Feeling Discouraged? DON'T BE!

Steven,

I sincerely hope that you are doing well this morning. You need to take care of your heath and spend adequate time with the family to maintain a reasonable work life balance. Your health will bring stamina and I think that will be a good attribute to maintain as we have a lot of work to do to achieve our vision.

Steven, I am not sure how you disseminated the conversation yesterday, but I did not and do not accept that our MDs were not on their feet discussing the issue of safety of our personnel with just a little more passion and drive than I heard. Telephone calls like that are difficult, I admit, but I was just not impressed with the leadership that was demonstrated in the call. I apologize, but I do not think that the ideas and commitment was what I would expect from a team of Managing Directors of a Fortune 500 company. I got my MBA from a Cracker Jack box I admit, but I do believe it is just as good as most that were displayed yesterday. WAS is the only team that actually had a plan of any kind and was doing something semi-proactive, credit to Mac. The others seem to be in the same paradigm that they have been in for quite a while.

I heard a lot of reasons to justify our failures and few ideas or suggestions about how we will change the world going forward. I am not sure about you, but I do not expect any significant change in our reinforcement of the THINK Planning process, not form that discussion.

Some in the HSE department are talking about the war I mentioned yesterday and feel that this is a war and should be treated as such. If it is a war, I would suggest it is a war on "attitude towards change". Steven, you are a good General, but if your Field Division Leadership does not have the passion required to fight, we will fail. I think we need some fire in our belly, some real passion to get this right. I did not see it in Mumbai and I did not hear it yesterday.

I have attached a previous memo that I stand by as a potential resolve to strengthen our culture. It will still take some passion to get it right and some active involvement with the men in the field from the leadership in town.

Please have a safe day, we need your strength to fight this war.
I will be there with you and I do not lose.

Regards,

Larry McMahan

CONFIDENTIAL

TRN-MDL-05762567