UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *10-3059 and 11-0516* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is the State of Louisiana's Motion for Certification of Interlocutory Appeal. (Rec. Doc. 6432). Largely for reasons explained to counsel during the Liaison Counsel Meeting on September 14, 2012, the Court finds the requirements for certification under 28 U.S.C. § 1292(b) are not met. Accordingly,

IT IS ORDERED that the Motion for Certification of Interlocutory Appeal (Rec. Doc. 6432) is DENIED.

New Orleans, Louisiana, this 14th day of September, 2012.

_____
United States District Judge