**MINUTE ENTRY**
**BARBIER, J.**
**September 14, 2012**
**JS-10: 115 minutes.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | : | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" in the** | : | |
| **GULF OF MEXICO, on** | : | |
| **APRIL 20, 2010** | : | **SECTION: J** |
| | : | |
| | : | |
| | : | **JUDGE BARBIER** |
| | : | **MAG. JUDGE SHUSHAN** |

.. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**                   **COURT REPORTER:**
**STEPHANIE KALL**                      **CATHY PEPPER**

**FRIDAY, SEPTEMBER 14, 2012 9:00 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

**STATUS CONFERENCE**

**Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:**

**The Court briefly discussed recently-issued Orders.**

**BP Counsel Andy Langan reported on the status of recent conditional transfer orders and the number of active cases within the MDL.**

**BP Counsel Andy Langan reported on the status of cases before various state courts.**

**BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.**

1

**BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery. With limited exceptions, Phase I discovery is closed. Phase II depositions commenced in late August.**

**BP Counsel Andy Langan reported on the status of the Insurance Coverage Cases. The appeal from the Court's Rule 54(b) Partial Final Judgment in two coverage cases, C.A. Nos. 11-274 and 11-275, is now fully briefed before the Fifth Circuit. On Sept. 4, 2012, Magistrate Judge Shushan issued an order authorizing interim payments with respect to two interpleader actions, C.A. Nos. 11-1439, 11-1440. (Rec. Doc. 7262).**

**Plaintiffs' Counsel Steve Herman reported on the status of the PSC Settlements with BP. The Opt-Out Deadline was extended to Nov. 1, 2012. (Rec. Doc. 7176). The Court has issued an Order regarding procedures for the Final Fairness Hearing on Nov. 8. (Rec. Doc. 7358). The Final Fairness Hearing will occur in Judge Lemelle's En Banc Courtroom, C-501.**

**BP Counsel Andy Langan reported on the status of cases regarding claims by three States of the Republic of Mexico.**

**Frank Deudenhefer, Jr., counsel for Knotty Girl Fishing, L.L.C., reported on a Motion to Lift Stay to File Motion to Remand. (Rec. Doc. 7381, Ref: C.A. No. 11-0649). BP counsel will file a response to this motion.**

**The Court heard oral argument on Motions to Dismiss certain "Pure Stigma Claims." (Rec. Docs. 6891, 6895, 6921). Chris Landau argued on behalf of Mover BP. Ron Jones argued on behalf of Respondent PSC. The Court took the Motions UNDER ADVISEMENT.**

**The Court heard oral argument on Motions to Dismiss certain "BP Dealer Claims." (Rec. Docs. 6892, 6893, 6922). Chris Landau argued on behalf of Mover BP. Jim Roy argued on behalf of Respondent PSC. Tom Bleau argued on behalf of Respondent Tobatex. The Court took the Motions UNDER ADVISEMENT.**

**The Court heard oral argument on Motions to Dismiss the "Recreation Claims." (Rec. Doc. 6889, 6894, 6923). Chris Landau argued on behalf of Mover BP. Elizabeth Cabraser argued for Respondent PSC. The Court took the Motions UNDER ADVISEMENT.**

**The Court thanked counsel for their continued cooperation, both with each other and the Court.**

**The Status Conference ended at 10:55.**

**The next status conference will be held on October 19, 2012 at 9:30 a.m.**

**ATTORNEYS: See attached list.**