# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| David Mack | 212-583-4000 | Perry Capital |
| Thomas Bleau | 818-422-9996 | To Batex |
| Corey Maze | (334) 353-4336 | Alabama |
| W. Sinclair | (334) 353-9110 | Alabama |
| Kerry Miller | 599-8194 | TO |
| Michael Doyen | 213 683 9195 | TO |
| Luis Li | 213 683 9205 | TO |
| Don Haycraft | 504 581 7979 | BP |
| Brett Powers | 337-494-0599 | TR |
| Rhon Jones | 334 451 0301 | PSC |
| Jameta Bertnet | 504 593 0898 | Cameron |
| Darrel E. Beene Jr. | 504-400 6501 | TI's |
| Jim Hom | 850-298-4455 | TI's |
| Don Godwin | 214.939.4400 | Halliburton |
| Alan York | 214.939.4400 | Halliburton |
| Jenny Martinez | 214.939.4400 | Halliburton |
| Alison Battiste | 214.939.4400 | Halliburton |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Bruce Bowman | 214.939.4400 | Halliburton |
| Erika Toledo | 214.939.4400 | " " |
| Lilia Garcia | " " | " " |
| Pat O'Keefe | 585-7676 | O'Brien's / NRC |
| Robert McKee | (954) 850-4569 | Executive Adventures et al |
| Allan Kanner | (504) 228-8687 | Louisiana |
| Douglas Kraus | (504) 228-8687 | Louisiana |
| Wes Farrell | 305-798-5033 | |
| Chris Landau | 202-879-5087 | BP |
| Sarah Spigener | 228 697 9842 | BP Prashuela |
| Sam Rosamond | 504-595-9866 | PSC |
| Meredith Dunham | 610-517-8865 | |
| Calvin Fayard | 225 644 4100 | PSC |
| Davin Frano | 504 261 6562 | TT |
| Elizabeth Cabraser | 415 805 2100 | PSC |
| Caroline Fayard | 504 648 1484 | PSC |
| Chris Boutwell | 334-201-4805 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Frederick Kuykendall | 205-860-7272 | A.L.A.O.A. |
| Marty McLeod | 504 584 9212 | To Excess Marketers |
| James McKenzie | 850-432-2856 | Ortega |
| Randy McKenzie | 850-432-2856 | Ortega |
| Jeff Breit | 757-615-8582 | BP PSC |
| Phil Cossich | 504 394-9000 | BP PSC |
| Brian Barr | 850 572 2164 | PSC |
| Robert Cunningham | 251 471 6191 | PSC |
| Chris Hannan | 566-8612 | Underwriter(s) |
| Jimmy Roussel | | |
| Mekel Alvarez | 599-3385 | TT |
| Denise Scofield | 713 890 5105 | MI LLC |
| Blayne Honeycutt | 225-664-0304 | TT |
| Phillip Lee | 504-602-9546 | BP |
| Michael Reed | 334-799-5994 | BP |
| Robert Gasaway | 202 879-5000 | BP |
| Emma Jacks | 646 644 8095 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| CAMILO SALAS | 799-3080 | TOM GARNER |
| Joey Dim | 601-969-1161 | MIDS Smith |
| SAMUEL T. ADAMS | 850-785-3469 | Plaintiffs |
| Mathilde Semmes | 5046156900 | MJecum |
| Victoria Lott | 251-583-4890 | |
| Andrew Homes | 713-276-7654 | Urex Offshore |
| R. E. Lindsey | 337 4785959 | Observer |
| Ronnie Penta | 9856074335 | WOLF Bay |
| Jeff Keiser | 504 210 7325 | Colson Hicks Eidson - PSC |
| Howson Middleton | 225.229.0240 | Observer/PSC |
| KYLE MORAN | 228 679-1305 | Transocean Underwriter |
| Steve Roberts | 7134706192 | Transocean |
| Michael Lane | 586-1600 | Plaintiffs |
| TONY FLETCHER | 361-816-1665 | PSC |
| James Bilsborrow | 773-934-4930 | PSC |
| Chad Primeaux | 504-648-0180 | |
|  | 601 613-1617 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ryan Babiuch | 312 862 7003 | BP |
| Guy Potvin | 917-868-1366 | BP |
| Mike Palmintier | 225 335 8300 | PSC |
| A. Nathaniel Chakeres | 202 616 6537 | USA |
| Tom Benson | 202 616 6537 | USA |
| P.L. Gilbert | 299-2100 | Seahawk Drl. |
| Danker Miller | 800 898 2034 | PSC |
| Kailey LeBoeuf | 504-525-5535 | |
| Joe Rice | 843-216.9000 | PSC |
| Jim Neath | 281-366-5815 | BP |
| Don Kelly | 504-566-8800 | Pentone Corp. |
| Mikel Watts | 210.315-4477 | PSC |
| Trevor Rochestad | (228) 493-3444 | Various Plaintiffs |
| Catherine Cummins | (504) 593-9600 | Plaintiff |
| Frank Dudenhy | 504 6165226 | Rouby |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| DERIEL MCCORVEY | 337-291-2431 | Brondum, et al |
| Brent Coon | 409 835.2666 | JBS, et al |
| CRAIG EILAND | 409.763.3260 | LANDRY'S |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Kat Gallagher | 713.951.6208 | Cameron |
| James R. Roy | 337-278-7892 | PSC |
| Ken Andrews | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | Halliburton |
| Robert B. Gundy | 504 592 0691 | Anadarko |
| Ky Kirk | 202-373-6795 | ~~Ky Kirby~~ Anadarko |
| Andy Langan | | BP |
| Don Haycraft | 5817979 | BP |
| Mike Underhill | 415-436-6648 | US |
| Ted Tsekerides | 212-310-8218 | O'Brien, NRC, Seacor |
| Michael Lyle | " | " |
| Corey Maze | (334) 353-4336 | Alabama |
| Steve Herman | (504) 453-7462 | PSC |
| Buddy Caldwell | (225) 326-6769 | State La. |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Erika Heyder | 919 801-1959 | PSC |
| Robin Greenwald | 917-343-8572 | PSC |
| VJ James Singleton | 318 631 5200 | BP |
| Wade Langlois | 504-362 5938 | JP |
| MARK HOLSTER | 630-362-8167 | BP |
| Candice Sirmon | 504 581 7750 | TT |
| Walter J. Leger, Jr. | 504-588-9043 | TT/PSC |
| Rene Rocha | 305-989-8688 | PSC |
| Mark Seyler | 575-3371 | N/A |
| Dawn Barrios | 524-3300 |  |
| Jennifer Linh Vu | 318-348-9752 | WWG |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 14, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Stephen S. Kreller | 504 484 3498 | THAWH |
| Ervin A. Gonzalez | 305 476-7400 | PSC |
| Tom Thornhill | 985.641.5010 | PSC |
| Kevin McColone | 504-299-2133 | Seahawk Drilling |
| Frank Petosa | 954/318-0268 | PSC |
| Skip Mitler | 504 561-0400 | Dynamic |
| John de Gravelles | 225 344-3735 | PSC |
| Maria Travis | 281-935-4271 | BP |
| Alex L.M. Ducros | (504) 299-8724 | Pitre' |