UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

**TRANSOCEAN'S MOTION FOR PROTECTIVE ORDER**

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26, 33, and 36, and file this Motion for Protective Order, seeking an Order to protect Transocean from answering the PSC's untimely, improper, and unduly burdensome Requests for Admissions and Interrogatory to Transocean. For the reasons set forth in Transocean's Memorandum in Support of its Motion for Protective Order, filed contemporaneously with this Motion, Transocean respectfully requests entry of the accompanying Order.

Respectfully submitted this 14th day of September, 2012,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
Rachel.clingman@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

|  |  |
|---|---|
| -and- | -and- |
| By: /s/ Edwin G. Preis, Jr. | By: /s/ Brad D. Brian |
| Edward G. Preis, Jr. (Louisiana, No. 10703) | Brad D. Brian (California, No. 79001) |
| Preis & Roy PLC | Allen M. Katz (California, No. 54933) |
| 102 Versailles Boulevard, Suite 400 | Munger Tolles & Olson LLP |
| Lafayette, Louisiana  70501 | 355 South Grand Avenue, 35th Floor |
| Telephone:  (337) 237-6062 | Los Angeles, California 90071 |
| Facsimile:  (337) 237-9129 | Telephone:  (213) 683-9100 |
|  |  |
| 601 Poydras Street, Suite 1700 | Facsimile:  (213) 683-5180, (213) 683-4018 |
| New Orleans, Louisiana  70130 | Email: brad.brian@mto.com, |
| Telephone:  (504) 581-6062 | allen.katz@moto.com |
| Facsimile:  (504) 522-9129 |  |
| Email: egp@preisroy.com |  |

**Of Counsel:**
John M. Elsley (Texas, No. 0591950
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Telephone:  (713) 224-9380
Facsimile:  (713) 225-9945
Email: john.elsley@roystonlaw.com

**ATTORNEYS FOR DEFENDANTS
TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER INC.,
TRITON ASSET LEASING GmbH, AND
TRANSOCEAN HOLDINGS LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on September 14, 2012, Carter Williams, counsel for Transocean conferred in good faith with Anthony Irpino, counsel for the PSC, in an effort to resolve this dispute, pursuant to Rule 26(c)(1).

  /s/ Kerry J. Miller
Kerry J. Miller

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2012, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice

      /s/ Kerry J. Miller_____
      Kerry J. Miller