UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

## ORDER

Transocean has made a Motion for a Protective Order pursuant to Rules 26(c), 33, and 36 of the Federal Rules of Civil Procedure.

Having considered the Motion submitted, the Court is of the opinion that its intervention in this case is necessary for good cause shown. Therefore, it is hereby:

1. **ORDERED, ADJUDGED, and DECREED** that Transocean's Motion is **GRANTED**, and Transocean is not under compulsion to respond to Plaintiffs' Requests for Admissions and Interrogatory to Transocean

2. **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all relief not expressly granted is denied.

Signed this _____ day of _____, 2012.

_____
**UNITED STATES MAGISTRATE JUDGE SALLY SHUSHAN**

1