UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br><br>*All Cases* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN<br><br>**MOTION TO APPEAR PRO HAC VICE** |

**MOTION TO APPEAR PRO HAC VICE**

Sarah E. Spigener, a member of the Louisiana Bar, respectfully requests that this Honorable Court allow Terry A. C. Gray, to appear *pro hac vice* as counsel for numerous unnamed class members. In support of this Motion, counsel states as follows:

1. Terry A. C. Gray is licensed to practice and is a member in good standing of the bar of Washington, District of Columbia. *See* Exhibit "A."

2. Mr. Gray has not previously filed a motion for permission to appear in Louisiana.

3. Attached as Exhibit "B" is the Affidavit of Terry Gray, verifying his District of Columbia Bar membership and good standing.

          Respectfully submitted,

          /s/  Sarah E. Spigener, Esq.

          Sarah E. Spigener, Esq.
          LABN 31975
          Farrell & Patel,
          1515 Poydras St., Suite 1400
          New Orleans, LA 70112
          Office: 504-233-8585
          Fax: 504-264-5953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E. Spigener, Esq.