UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br><br>*All Cases* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Terry Gray, Esq. of Farrell & Patel, Attorneys At Law, does hereby make an appearance as attorney of record for Economic and Property Class Members, Prashiela Enterprises, *et al*,[1] having previously filed short form joinders in the above-referenced matter, in accordance with undersigned counsel's Motion To Appear Pro Hac Vice submitted to this Court.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above referenced case be additionally served upon the undersigned counsel.

---

[1] Plaintiffs Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II, LLC; JJB Inc.; Radhey, Inc.; JMKVN, LLC; Anjani Hospitality, LLC; Sweta, Inc.; OVS Investment, Inc.; Sree, Inc.; MPJR, Inc.; Pine Inn, Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang, Inc.; Mahalaxmi Enterprises, Inc.; Ashi Hotels, LLC; Gopal Govind Enterprises, LLC; Shanta, LLC; SSM Hospitality, LLC; the Seven-hundred-and-seventy-five (775) Objectors identified in the spreadsheet attached as **Exhibits A and B** in the *Consolidated Objections Of 795 Unnamed Class Members To Deepwater Horizon Settlement Agreement And Memorandum In Support Thereof*, [2-10-cv-07777-CJB-SS; D.E. 198-1, 198-2, 198-3]. Additionally, attached to this Notice as Exhibit A is a list of all claimants, whom undersigned counsel represents, whom have previously filed short form joinders in this matter.

Respectfully submitted,

/s/ Terry A. C. Gray, Esq.

Terry A. C. Gray, Esq.
DC Bar No: 470579
Farrell & Patel,
1776 I Street, NW Suite 900
Washington, D.C. 20006
Office: 202.670.9757

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E.  Spigener, Esq.