UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS, Document No. 61558 | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Mandal Pontiac-Buick-GMC, Inc.

2. Mandal Pontiac-Buick-GMC, Inc. hired undersigned counsel on April 14, 2011.

3. On or about June 11, 2012, Robert Mandal notified undersigned counsel that Mandal Pontiac-Buick-GMC, Inc. no longer desired representation.

4. Robert Mandal has informed undersigned counsel that Mandal Pontiac-Buick-GMC has hired other counsel.

5. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 17th day of September, 2012.

PLAINTIFF MANDAL PONTIAC-BUICK-GMC, INC.

By:  /s/Dewitt M. Lovelace
Dewitt M. Lovelace (FSB #0872326)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL  32550
Telephone:  (850) 837-6020
Facsimile:  (850) 837-4093
dml@lovelacelaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 17th day of September, 2012.

_/s/Alex Peet_
Alex Peet (FSB #47606)
