**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                          MDL No. 2179
      "Deepwater Horizon" in the
      Gulf of Mexico, on
      April 20, 2010                                     Section: J

---

**This Document Relates to:**                          Judge Barbier
                                                       Mag. Judge Shushan
**2:10-cv-08888-CJB-SS, Document No. 61558**

## ORDER ON MOTION TO WITHDRAW

     Pursuant to a Motion to Withdraw filed on or about September 17, 2012 it is

hereby ordered that counsel Dewitt M. Lovelace is permitted to withdraw from

representation of Mandal Pontiac-Buick-GMC, Inc. who will now proceed with

alternative counsel.


Date: _____          _____
                               United States Magistrate Judge