UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| | : : | JUDGE BARBIER MAG. JUDGE SUSHAN |
| Charles J. Petty, Plaintiff | : : | |
| Versus | : : | Case No: 2:12-cv-01093-CJB |
| BP America Production Company, Defendants | : | |

## MOTION TO DISMISS CASE WITHOUT PREJUDICE

COMES NOW, Michael L. Fondren, counsel for Charles J. Petty, and would show the Court the following, to-wit:

1.  That the Plaintiff and counsel herein agree that the above styled case, *Charles J. Petty v. BP America Production Company*, Case No. 2:12-cv-01093-CJB, should be dismissed without prejudice to the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff requests that the case of *Charles J. Petty v. BP America Production Company* be dismissed without prejudice to the Plaintiff.

Respectfully submitted, this the 10th day of September, 2012.

/s/ *Michael L. Fondren*
_____
MICHAEL L. FONDREN, Attorney for Charles
J. Petty

MICHAEL L. FONDREN, P.C.
MICHAEL L. FONDREN
MSB # 8941
906 Convent Avenue
Pascagoula, MS 39567
Phone: 228-762-5110
Fax: 228-769-5110
mlfondren@hotmail.com