UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010                             Section: J

This Document Relates to:                  Judge Barbier
                                           Mag. Judge Shushan
2:10-cv-08888-CJB-SS,
Document Nos. 42689, 40723, 40748, 40699

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about September 14, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Edward Lee Waldorph, Luke Lee Gontarek, and Surreal Surfaces, Inc., d/b/a Luke Edward & Co., who have hired other counsel.

New Orleans, Louisiana this 17th day of September, 2012.

_____
United States District Judge