**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                                      MDL No. 2179
     "Deepwater Horizon" in the
     Gulf of Mexico, on
     April 20, 2010                                               Section: J


This Document Relates to:                                      Judge Barbier
                                                              Mag. Judge Shushan
2:10-cv-08888-CJB-SS, Document Nos. 43278 and 43292


## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about September 14, 2012 it is

hereby ordered that counsel Alex Peet is permitted to withdraw from representation of

Eddie Burger and H2O Guide Service, who will now proceed *pro se.*

New Orleans, Louisiana this 17th day of September, 2012.


_____
United States District Judge