

**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____TERRY ARTHUR CARLIN GRAY_____

was on the ___8TH___ day of ___JANUARY, 2001___ duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 5, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____Brandie Hancock_____
Deputy Clerk