

Monday, September 17, 2012

Hon. Sally Shushan
c/o Michael O'Keefe (mike_okeefe@laed.uscourts.gov)
United States Magistrate Judge
500 Poydras Street, Room B345
New Orleans, LA 70130

*Via Electronic Mail*

    Re:    **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
           USDC, Eastern District of Louisiana, 2:10-md-02179
           Request for Leave to Respond to Class Counsel's and BP's Objections to Request for Limited Discovery

Dear Judge Shushan,

I am in possession of your Order dated September 11, 2012 setting a briefing schedule for Mr. Stuart Smith to file a Reply to the Opposition of BP and Class Counsel to limited discovery regarding the terms of the Settlement and the putative Class Action. While BP and Class Counsel's papers do address the Motion and Letter brief from Farrell & Patel, I do not understand your September 11 Order to have directed Farrell & Patel to make any filing. Should you deem it helpful, I would request a briefing schedule and leave to file a Reply in order to protect the interests of my clients in pursuing limited discovery.
.

                                                      Regards,
                                                      FARRELL & PATEL, ATTORNEYS AT LAW

                                                      Wesley J. Farrell, Esq.  President

FARRELL & PATEL, ATTORNEYS AT LAW ● The Four Seasons Tower ●
1425 Brickell Ave, Suite 58C Miami, FL 33131 ● Office: 305-798-4177 ● Fax: 800-946-6711