UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** * | **MDL No. 10-MD-2179** |
| **"Deepwater Horizon" in the** * | |
| **Gulf of Mexico on April 20, 2010** * | **SECTION: J** |
| * | |
| * | **JUDGE BARBIER** |
| **This Document Applies to:** * | |
| **The City of Foley, Alabama** * | **MAG. JUDGE SHUSHAN** |
| * | |

## MOTION TO RELEASE HOLD-BACK FUNDS

The City of Foley, Alabama ("Foley") moves this Court for an Order: (1) releasing the funds being withheld from Foley pursuant to this Court's "hold-back" Order; or, in the alternative (2) making an immediate determination as to the amount of said funds that are payable to the Plaintiff's Steering Committee ("PSC") and releasing the remainder to Foley. As demonstrated in its contemporaneously-filed Memorandum of Law, Foley should be refunded the full hold-back amount of $35,000.00 or, in the alternative, the amount remaining after paying the PSC.

WHEREFORE, the City of Foley, Alabama respectfully requests this Court enter an Order releasing the hold-back funds or, in the alternative, making an immediate determination as to the amount of said funds that are payable to the PSC and releasing the remainder to the City of Foley, Alabama.

Respectfully submitted,

*/s/ C. Britton Bonner*

C. BRITTON BONNER (BONNC0122)
MATTHEW R. JACKSON (JACKM7882)
*Attorneys for the City of Foley, Alabama*

**COUNSEL:**
ADAMS AND REESE LLP
11 N. Water St., Suite 23200
Mobile, Alabama 36602
P.O. Box 1348 (36633)
(251) 433-3234 (Phone)
(251) 438-7733 (Fax)
britton.bonner@arlaw.com
matt.jackson@arlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that, on **September 17, 2012**, I served the foregoing motion on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and by electronically filing the same with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL21779.

/s/  C. Britton Bonner