UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 10-MD-2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| The City of Foley, Alabama | * | MAG. JUDGE SHUSHAN |
| | * | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO RELEASE HOLD-BACK FUNDS**

The City of Foley, Alabama ("Foley") requests that this Court enter an Order: (1) releasing the funds being withheld from Foley pursuant to this Court's "hold-back" Order; or, in the alternative (2) making an immediate determination as to the amount of said funds that are payable to the Plaintiff's Steering Committee ("PSC") and releasing the remainder to Foley.  In support thereof, Foley hereby submits this Memorandum of Law:

FACTUAL BACKGROUND

Foley is located in Baldwin County, Alabama near the Gulf of Mexico.  Following the *Deepwater Horizon* oil spill in 2010, Foley made a form-filing claim as a governmental entity against BP and other related entities ("BP") in this Multi-District Litigation ("MDL") for, among other things: loss of tax revenue, income and use; damage, destruction and/or diminution in property value; and response, removal, clean-up, restoration and/or remediation costs.  Foley entered into direct settlement negotiations with BP, which resulted in multiple agreements between Foley and BP.

Foley never received any assistance or benefit from the PSC at any time. Nevertheless, in accordance with this Court's hold-back Orders, BP paid 4% ($35,000.00) of the settlement funds due to Foley into the court-supervised escrow account being used as a common benefit fund from which litigation fees and expenses may be paid to the PSC. Foley now asks that those funds, or a significant portion thereof, be paid back to Foley.

## **ARGUMENT**

Foley should not have been assessed the 4% hold-back because Foley never received any assistance or benefit from the PSC. The PCS never negotiated on Foley's behalf, nor did Foley ever use any of the PSC's work product in Foley's efforts to settle its claim.[1] Foley utilized its retained city attorneys and incurred its own out-of-pocket fees, costs and expenses to resolve its potential claims. Much of the work was done prior to the hold-back order being entered by this Court. No member of the PSC ever attended any meeting or proceeding relating to Foley's claim. Foley administered its claim solely on its own and, therefore, any amount paid to the PSC would result in unfairness to the citizens of Foley. Therefore, Foley respectfully requests that this Court release the full $35,000.00 paid into the hold-back fund and pay the same to Foley.

In the alternative, this Court should make an immediate determination as to the amount of hold-back funds, if any, that are payable to the PSC and pay the remainder to Foley. While this Court has previously stated its intention to make such a

---

[1] Although this Court has previously acknowledged "the tremendous amount of work" undertaken by the PSC in this MDL [Doc. 5022 at p. 3], Foley never actually utilized any of the PSC's efforts or work product.

determination in the future [Doc. 5022 at p. 3], Foley respectfully submits that such a determination is needed immediately because Foley is in need of the funds. Specifically, the funds retained represent lost tax values that are used for the day-to-day operation of Foley and for the benefit of its citizens.

The PSC has, itself, noted several instances in which hold-back funds "will either be reduced, or possibly totally refunded to those who are required to contribute." [Doc. 5022 at p. 3] This should be one of those instances, where the PSC had virtually no involvement and the governmental entity is in need of the funds. Although the PSC had no involvement with Foley's claim, if this Court refuses to release the entire $35,000.00 to Foley now, then Foley alternatively asks this Court to make an immediate determination as to the amount of funds payable to the PSC and to pay the remainder to Foley.

WHEREFORE, the City of Foley, Alabama respectfully requests this Court enter an Order releasing the hold-back funds or, in the alternative, making an immediate determination as to the amount of said funds that are payable to the PSC and releasing the remainder to the City of Foley, Alabama.

Respectfully submitted,

*/s/ C. Britton Bonner*

C. BRITTON BONNER (BONNC0122)
MATTHEW R. JACKSON (JACKM7882)
*Attorneys for the City of Foley, Alabama*

3

**COUNSEL:**
ADAMS AND REESE LLP
11 N. Water St., Suite 23200
Mobile, Alabama 36602
P.O. Box 1348 (36633)
(251) 433-3234 (Phone)
(251) 438-7733 (Fax)
britton.bonner@arlaw.com
matt.jackson@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on **September 17, 2012**, I served the foregoing motion on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and by electronically filing the same with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL21779.

/s/  *C. Britton Bonner*