# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO:<br><br>Case No.: 2:10-cv-08888, [Rec. Doc. 72129]; 2:10-cv-02771 | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that the Dugan Law Firm, APLC be allowed to withdraw as counsel of record for Plaintiff, Juneau Sports Marketing, LLC in this case.

Signed in New Orleans, Louisiana this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE