UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: ACTIONS IN B1 PLEADING BUNDLE, | * * * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| (REF: 10-7777) | * | PROPOSED ORDER |

<u>**PROPOSED ORDER**</u>

CONSIDERING THE FOREGOING:

IT IS ORDERED that claimants, Casey Spencer and Sea Farms, Inc., through undersigned counsel be allowed to take limited discovery regarding evidence produced August 13, 2012.

    Signed this _____ day of _____, 2012.

                                                  _____
                                                      Judge