UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010                            Section: J

This Document Relates to:                 Judge Barbier
                                          Mag. Judge Shushan
2:10-cv-08888-CJB-SS, Document No. 61558

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about September 17, 2012 it is hereby ordered that counsel Dewitt M. Lovelace is permitted to withdraw from representation of Mandal Pontiac-Buick-GMC, Inc. who will now proceed with alternative counsel.

New Orleans, Louisiana this 18th day of September, 2012.

_____
United States District Judge