UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the GULF OF
MEXICO, on APRIL 20, 2010

This Document Relates to:
**Actions in B1 Pleading Bundle, and12-970,**
***Bon Secour Fisheries, Inc. et al.v. BP***
***Exploration & Production Inc., et al.*(REF:
10-7777)**

**MDL No. 2179**

**SECTION J**

**JUDGE BARBIER**
**MAGISTRATE SHUSHAN**

**MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL DOCUMENTATION**

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTATION**

NOW INTO COURT, come Plaintiffs,[1] through undersigned counsel, who respectfully

requests the opportunity to file supplemental exhibits in further support of Plaintiffs' Notice of

Motion and Consolidated Expedited Motion for Leave to Take Discovery Regarding Evidence

Produced August 13, 2012, filed with this Court on September 11, 2012 (Rec. Doc. 7368).

Respectfully Submitted,

/s/  Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq.
FLBN 71785
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
Office: 305-798-4177
Fax: 1-800-946-6711

[1]Plaintiffs Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II, LLC; JJB Inc.; Radhey, Inc.; JMKVN, LLC; Anjani Hospitality, LLC; Sweta, Inc.; OVS Investment, Inc.; Sree, Inc.; MPJR, Inc.; Pine Inn, Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang, Inc.; Mahalaxmi Enterprises, Inc.; Ashi Hotels, LLC; Gopal Govind Enterprises, LLC; Shanta, LLC; SSM Hospitality, LLC; the Seven-hundred-and-seventy-five (775) Objectors identified in the spreadsheet attached as **Exhibits A and B** in the *Consolidated Objections Of 795 Unnamed Class Members To Deepwater Horizon Settlement Agreement And Memorandum In Support Thereof*, [2-10-cv-07777-CJB-SS; D.E. 198-1, 198-2, 198-3]

/s/  Sarah E. Spigener, Esq.

Sarah E. Spigener, Esq.
LABN 31975
Farrell & Patel,
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Office: 504-233-8585
Fax: 504-264-5953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E.  Spigener, Esq.