UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| Civil Action No. 10-4536 | : : : | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, the United States of America, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the February 22, 2012, Order and Reasons As to the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment Regarding Liability under the CWA and OPA (Dkt. 5809), granting in part and denying in part plaintiff United States' Motion for Partial Summary Judgment, denying defendant Anadarko Petroleum Corporation's Motion for Partial Summary Judgment, and granting in part and denying in part defendant Transocean's Motion for Partial Summary Judgment.

Dated: September 18, 2012                        Respectfully submitted,

BRIAN HAUCK                                              IGNACIA S. MORENO
Deputy Assistant Attorney General           Assistant Attorney General
Civil Division                                                Environment & Natural Resources Div.

PETER F. FROST  
Director, Torts Branch, Civil Division  
Admiralty and Aviation  
STEPHEN G. FLYNN  
Assistant Director  
MICHELLE DELEMARRE  
SHARON SHUTLER  
JESSICA SULLIVAN  
JESSICA MCCLELLAN  
JILL DAHLMAN ROSA  
MALINDA LAWRENCE  
ROBIN HANGAR  
LAURA MAYBERRY  
BRIENA STRIPPOLI  
Torts Branch, Civil Division  

JAMES NICOLL  
Senior Counsel  
NANCY FLICKINGER  
SARAH HIMMELHOCH  
Senior Attorneys  
DEANNA CHANG  
SCOTT CERNICH  
A. NATHANIEL CHAKERES  
RACHEL HANKEY  
ABIGAIL ANDRE  
JUDY HARVEY  
MATT LEOPOLD  
JEFFREY PRIETO  
TOM BENSON  
GORDON YOUNG  
BETHANY ENGEL  
Trial Attorneys  

/s/ Steven O'Rourke  
STEVEN O'ROURKE  
Senior Attorney  
Environmental Enforcement Section  
U.S. Department of Justice  
P.O. Box 7611  
Washington, D.C. 20044  
Telephone: 202-514-2779  
E-mail: steve.o'rourke@usdoj.gov  

/s/ R. Michael Underhill  
R. MICHAEL UNDERHILL, T.A.  
Attorney in Charge, West Coast Office  
Torts Branch, Civil Division  
U.S. Department of Justice  
7-5395 Federal Bldg., Box 36028  
450 Golden Gate Avenue  
San Francisco, CA 94102-3463  
E-mail: mike.underhill@usdoj.gov  

JIM LETTEN  
United States Attorney  
SHARON D. SMITH  
Assistant United States Attorney  
Hale Boggs Federal Building  
500 Poydras Street, Ste. B-210  
New Orleans, LA 70130  

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that, today, the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated: September 18, 2012.                          /s/ Steve O'Rourke
                                                    United States Department of Justice