# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * | MDL No. 2179 |
| | * | Section: J |
| This Pleading applies to: | * | |
| | * | Judge Barbier |
| No. 2:10-cv-04536 | * | |
| | * | Magistrate Judge Shushan |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEAL

Notice is hereby given that BP Exploration & Production Inc. ("BP"), defendant in *United States v. BP Exploration & Production Inc., et al.*, 2:10-cv-04536 (part of MDL 2179), hereby appeals to the United States Court of Appeals for the Fifth Circuit from the February 22, 2012, Order and Reasons As to the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment Regarding Liability under the CWA and OPA [Rec. Doc. 5809], granting in part and denying in part plaintiff United States' Motion for Partial Summary Judgment, denying defendant Anadarko Petroleum Corporation's Motion for Partial Summary Judgment, and granting in part and denying in part defendant Transocean's Motion for Partial Summary Judgment.

This appeal is from the same Order as appealed from in both the Notice of Appeal filed by Anadarko Petroleum Corporation [Rec. Doc. 7174] and the Notice of Appeal filed by the United States [Rec. Doc. 7442], and BP respectfully submits that this appeal should be considered, in all its aspects, together with those earlier appeals.

Date: September 18, 2012                    Respectfully submitted,

                                            /s/ Don K. Haycraft
Robert R. Gasaway                           Don K. Haycraft (Bar #14361)
Jeffrey Bossert Clark                       Liskow & Lewis
Kirkland & Ellis LLP                        701 Poydras Street, Suite 5000
655 Fifteenth Street, NW                    New Orleans, Louisiana 70139-5099
Washington, D.C.  20005                     Telephone: (504) 581-7979
Telephone: (202) 879-5000                   Facsimile: (504) 556-4108
Facsimile: (202) 879-5200

                                            and

Joel M. Gross                               Richard C. Godfrey, P.C.
Allison B. Rumsey                           J. Andrew Langan, P.C.
Arnold & Porter LLP                         Kirkland & Ellis LLP
555 12th Street Northwest                   300 North LaSalle Street
Washington, D.C. 20004-1206                 Chicago, IL 60654
Telephone: (202) 942-5000                   Telephone: (312) 862-2000
Facsimile: (202) 942-5999                   Facsimile: (312) 862-2200


                                            Robert C. "Mike" Brock
                                            Covington & Burling LLP
                                            1201 Pennsylvania Avenue, NW
                                            Washington, DC 20004-2401
                                            Telephone: (202) 662-6000
                                            Facsimile: (202) 662-6291


*Attorneys for BP Exploration & Production Inc.*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of September, 2012.

/s/ Don K. Haycraft
Don K. Haycraft