September 15, 2012

Stephen J. Herman
James Parkerson Roy
935 Gravier Street, Suite 2000
New Orleans, LA    70112

Dear Co-Lead Class Counsel,

This is in response to your letter dated September 6, 2012.

As one of the owners of the LLC Cifreo, Major & Morgan, and an of owner of property located in Grand Isle, Louisiana, I am an eligible class member of the current proposed settlement in the case of the Deepwater Horizon incident and I do intend to speak at the fairness hearing scheduled for November 8, 2012 in New Orleans.

Our LLC originally filed a claim in the BP claims program which was rejected.

If you should have need for further information please contact me at the below listed address or phone number.

Sincerely,


Charles E. Morgan
7082 Island Rd, Jarreau, LA 70760
225-240-9373

cc: Richard C. Godfrey, P.C.


B MORGAN
088 ISLAND RD
JONAGON, LA 70749

BATON ROUGE
LA 708 2 T
17 SEP 2012 PM

CLERK OF COURT
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LA
500 POYDRAS ST
NEW ORLEANS, LA 70130

7013 0830 3967

Justice
FOREVER