# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: ACTIONS IN B1 PLEADING BUNDLE, AND 12-970, BON SECOUR FISHERIES, INC., ET AL V. BP EXPLORATION & PRODUCTION, INC., ET AL (REF: 10-7777) | * * * * * * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## MOTION FOR LEAVE OF COURT TO FILE WOLF BAY, LLC'S REPLY RESPONSE TO BP'S PARTIES RESPONSE AND OPPOSITION TO CERTAIN OBJECTORS' DISCOVERY REQUESTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff/Objector, Wolf Bay, LLC, who does request Leave of Court to file its Reply Response to BP's Parties Response and Opposition to Certain Objectors' Discovery Requests.

WHEREFORE, Wolf Bay, LLC prays that it she be granted Leave of Court to file its Reply Response to BP's Parties Response and Opposition to Certain Objectors' Discovery Requests.

        THE PENTON LAW FIRM
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE       :       (985) 732-5651
        FAX            :       (985) 735-5579
        E-MAIL       :       fedcourtmail@rgplaw.com


        s/Ronnie G. Penton
        Ronnie G. Penton (#10462)
        Counsel for Claimant/Objector


**CERTIFICATE OF SERVICE**


I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

    September 20, 2012.

        s/Ronnie G. Penton
        Ronnie G. Penton