UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO:  ACTIONS IN B1 PLEADING BUNDLE, AND 12-970, BON SECOUR FISHERIES, INC., ET AL V. BP EXPLORATION & PRODUCTION, INC., ET AL (REF: 10-7777) | * * * * * * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Claimant/Objector be granted Leave of Court to file its Reply Response to BP's Parties Response and Opposition to Certain Objectors' Discovery Requests.

Signed in New Orleans, Louisiana, this the _____ day of September, 2012.

_____
J U D G E