

September 20, 2012

Dear Whomever It May Concern:

Farrell & Patel respectfully requests the refunds of the filing fees for the following:

1. Motion to Appear Pro Hac Vice, filed 9/13/12, Rec. No. 7399 in 2:10-md-2179; and,
2. Motion to Appear Pro Hac Vice, filed 9/15/12, Rec. No. 7413 in 2:10-md-2179.

Sarah Spigener, on behalf of Farrell & Patel, filed the Motion before the Court on September 13, 2012, but received a deficient filing notice shortly thereafter.  In an effort to resolve the issue, she filed the Motion again on September 15, 2012; however, the firm received another deficient filing.  On Monday, September 17, 2012, Ms. Spigener contacted the Clerk's office to inquire about the deficiency notices and was informed that only a Notice of Appearance was necessary, not a Motion to Appear Pro Hac Vice.  Thus, Ms. Spigener filed a Notice of Appearance on behalf of Terry Gray on September 17, 2012.  For these reasons, Farrell & Patel seeks reimbursements of the filing fees as the Motions to Appear Pro Hac Vice were not necessary and did not need to be filed according to the Court's pretrial orders.

Sincerely,

/s/ Sarah Spigener

Sarah Spigener, Esq.
Farrell & Patel, Attorneys At Law

**Farrell & Patel, Attorneys At Law ● The Four Seasons Tower ●
1425 Brickell Ave, Suite 58C Miami, FL 33131 ● Office: 305-798-4177 ● Fax: 800-946-6711**

Page **1** of **2**





**Farrell & Patel, Attorneys At Law ● The Four Seasons Tower ●
1425 Brickell Ave, Suite 58C Miami, FL 33131 ● Office: 305-798-4177 ● Fax: 800-946-6711**

Page **2** of **2**