

Sarah Spigener <sspigener@floridaattorney.com>

# Fwd: Pay.gov Payment Confirmation: LAED CM ECF
1 message

**Sarah Spigener** <SSpigener@farrellpatel.com>  Thu, Sep 13, 2012 at 7:12 PM
To: Lani Chin-Fatt <Lani@floridaattorney.com>

---------- Forwarded message ----------
From: <paygovadmin@mail.doc.twai.gov>
Date: Thu, Sep 13, 2012 at 6:56 PM
Subject: Pay.gov Payment Confirmation: LAED CM ECF
To: "sspigener@farrellpatel.com" <sspigener@farrellpatel.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: LAED CM ECF
Pay.gov Tracking ID: 257VKOC6
Agency Tracking ID: 053L-3658492
Transaction Type: Sale
Transaction Date: Sep 13, 2012 7:56:59 PM

Account Holder Name: Ricky K Patel
Transaction Amount: $100.00
Billing Address: 1425 Brickell Ave, Ste 58C
City: Miami
State/Province: FL
Zip/Postal Code: 33131
Country: USA
Card Type: AmericanExpress
Card Number: ************2028

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

--
**Sarah Spigener**
*Attorney*
**Farrell & Patel, Attorneys at Law**
Direct Line: (504) 233-8585
Direct Fax: (504) 264-5953

**Miami:**
The Four Season Tower
1425 Brickell Ave, Suite 58C
Miami, FL 33131

Tel: 424-OIL-SPILL

Toll-Free: 1-866-LAW-FLORIDA

Fax: 1-800-946-6711

**Tampa:**

2211 East 7th Street

Tampa, FL 33605

Tel: 424-OIL-SPILL

Toll-Free: 1-866-LAW-FLORIDA

Fax: 1-800-946-6711

**New Orleans:**

1515 Poydras Street, Suite 1400

New Orleans, LA 70112

Direct Tel: 504-233-8585

Fax: 1-800-946-6711

**Houston:**

Arena Tower Two

7324 Southwest Freeway, Suite 601

Houston, TX 77074

Direct Tel: 832-408-6270

Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. Four Seasons Tower, 1425 Brickell Avenue 58C, Miami, FL 33131.