

Sarah Spigener <sspigener@floridaattorney.com>

## Pay.gov Payment Confirmation: LAED CM ECF
1 message

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>  Sat, Sep 15, 2012 at 5:43 PM
To: "sspigener@farrellpatel.com" <sspigener@farrellpatel.com>

Your payment has been submitted to Pay.gov and the details are below.  If you have any questions regarding this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: LAED CM ECF
Pay.gov Tracking ID: 2580FO1B
Agency Tracking ID: 053L-3660122
Transaction Type: Sale
Transaction Date: Sep 15, 2012 6:43:31 PM

Account Holder Name: Ricky K Patel
Transaction Amount: $100.00
Billing Address: 1425 Brickell Ave, Ste 58C
City: Miami
State/Province: FL
Zip/Postal Code: 33131
Country: USA
Card Type: AmericanExpress
Card Number: ************2028


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.