


**U.S. Department of Justice**

Environment and Natural Resource Division

Sep 19 2012
05:50PM

46542713

*P.O. Box 761*
*Washington, DC 20044*
*202-514-0180*
*Sarah.Himmelhoch@usdoj.gov*

September 19, 2012

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
 Eastern District of Louisiana
Hale Boggs Federal Building
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

  Re: MDL No. 2179 — DPP Claims in US Privilege Logs 58 and 59

Dear Judge Shushan:

  The Working Group Conference Order confirmed your order of September 13, 2012 requiring the production of the following documents for *in camera* review by September 20, 2012:

| Entry | Document | Comment |
|---|---|---|
| 53 | HSE012-022787-88 | Attached to the Court's copy of this letter. |
| 101 | HCG466-022713-16 | Attached to the Court's copy of this letter in clean and redacted format. The redacted format has been produced to the parties. |
| 152 | 0.7.21.9376 | Attached to the Court's copy of this letter. This document number appears only on the top of the first page, rather than as a Bates number on the bottom of both pages. |
| 294 | DSE030-001565-66 | Attached to the Court's copy of this letter. |
| 267 | DSE036-000143-45 | Attached to the Court's copy of this letter in clean and redacted format. The redacted format has been produced to the parties. |

  In addition, the Working Group Order directed the United States to provide a listing of the deliberative process privilege claims on the United States' 58th and 59th privilege logs for purposes of verifying the extrapolation process. That listing is attached to the Court's and the

1

parties' copies of this letter.  I will note that we made no deliberative process claims on Log 58 and all of the deliberative process claims on Log 59 relate to either Phase 1 or Later Phases.[1]  Accordingly, the United States believes these documents do not require verification at this time but will, of course, defer to the Court on this matter.

      I look forward to answering any questions regarding these documents that the Court may have.

      Respectfully submitted,

      /s/ Sarah D. Himmelhoch

      Sarah D. Himmelhoch

cc:    Liaison & Coordinating Counsel
       Robert Gasaway

---

[1] The documents appearing on Log 59 are part of a collection of documents from the custodian Lars Herbst.  When these files were originally located during our search, they were identified as corrupted files and set aside in accordance with BP's request that we cease producing unreadable files.  Recently, our litigation support contractor acquired new software that allowed us to read certain corrupted files.  As soon as the software became available, we began applying it to corrupted files identified in our collection and we have been producing those documents as expeditiously as possible, prioritizing documents related to the upcoming 30(b)(6) depositions in order of their occurrence.

2