UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding Five DPP Entries]

Pursuant to the September 13, 2012 order (Rec. doc. 7396), the U.S. submitted 5 entries from a list of 294 DPP entries from privilege logs 46-57 for *in camera* review.

Entry No. 53 (Doc. No. HSE 012-022786-88)

Entry No. 101 (Doc. No. HCG 466-022713-16)

Entry No. 152 (Doc. No. 0.7.21.9376)

Entry No. 194 (Doc. No. DSE 030-001565-66)

Entry No. 267 (Doc. No. DSE 036-00143-45)

The procedure described in the August 7, 2012 order (Rec. doc. 7056 at 2) was followed to determine whether the documents were properly withheld. The Court finds that these 5 documents were properly withheld under the deliberative process privilege.

New Orleans, Louisiana, this 20th day of September, 2012.

SALLY SHUSHAN
**United States Magistrate Judge**