# CONFERENCE ATTENDANCE RECORD

DATE: 9-21-12              TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS    CONFERENCE

 PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sarah Tiams | Anadarko |
| A. Nathaniel Chakeres | US |
| Scott Cernich | US |
| Duke Williams | TT-PSC |
| Don Godwin | Halliburton |
| Alan York | "        " |
| Jenny Martinez | "        " |
| Gwen Richard | "        " |
| Sean Fleming | "        " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Lauren Mitchell | Halliburton |
| Alison Battiste | " " |
| Erika Toledo | " " |
| Soren Gisleson | PSC |
| Jimmy Williamson | PSC |
| David Jones | CAM |
| Corey Maze | Alabama |
| Winfield Sinclair | Alabama |
| Paul Sterbcow | PSC |
| Robert Cunningham | PSC |
| David Baay | TO |
| Grant Davis Denny | TO |
| Douglas Kraus | La. |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Camelita Bertaut | Cameron |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| ANTHONY IRPINO | PSC |
| Don Haycraft + | BP |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

MDL 2179 - Telephone Discovery Conference - 9/21/12

Jeffrey Bright - PSC

Robin Hanger - U.S.

Mark Nomillini - BP

Jeremy Rush - Natl Response Corp

Joe Eisert - BP

Ben Mayeux - Airborne Support

Abbey Andre - US

Steve O'Rourke - US

Bill Stradley - MDL plaintiff 2185

Tom Benson - DOJ

Shawn Brennan - M-I

Susan with Jim Roy's office

Sylvia Simposon - Natl Response

Tony Fitch - Anardarko

Rachel Clingman - Transocean

Alan Pixton - BP