UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: ACTIONS IN B1 PLEADING BUNDLE, AND 12-970, BON SECOUR FISHERIES, INC., ET AL V. BP EXPLORATION & PRODUCTION, INC., ET AL (REF: 10-7777) | * * * * * * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Claimant/Objector be granted Leave of Court to file its Reply Response to BP's Parties Response and Opposition to Certain Objectors' Discovery Requests.

Signed in New Orleans, Louisiana, this the   21st   day of September, 2012.

_____
United States Magistrate Judge