UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Random Selection of DPP Entries for U.S. Privilege Logs 58 and 59]**

On September 19, 2012, the U.S. submitted a list of DPP entries from Privilege Logs 58 and 59. BP requests that these documents be subjected to the verification process. By **Thursday, September 27, 2012,** the U.S. shall produce the following documents for *in camera* inspection.

1. IMW035-005902 to IMW035-005926

2. IMW035-025530 to IMW035-025533

3. IMW035-033395 to IMW035-033418

4. IMW035-041945 to IMW035-041946

The deadline for the appeal of this order is **Wednesday, September 26, 2012.**

New Orleans, Louisiana, this 21st day of September, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**