1                        UNITED STATES DISTRICT COURT

2                        EASTERN DISTRICT OF LOUISIANA

3
        ****************************************************************
4
   IN RE:  OIL SPILL BY THE
5  OIL RIG *DEEPWATER HORIZON*
   IN THE GULF OF MEXICO ON
6  APRIL 20, 2010

7                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
8                              FRIDAY, SEPTEMBER 14, 2012, 9:00 A.M.

9
   THIS DOCUMENT RELATES TO
10 ALL CASES

11      ****************************************************************

12
              TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
13              HEARD BEFORE THE HONORABLE CARL J. BARBIER
                     UNITED STATES DISTRICT JUDGE
14


15
   APPEARANCES:
16


17

   FOR THE PLAINTIFFS'
18 LIAISON COUNSEL:        DOMENGEAUX WRIGHT ROY & EDWARDS
                           BY:  JAMES P. ROY, ESQUIRE
19                         P. O. BOX 3668
                           556 JEFFERSON STREET
20                         LAFAYETTE, LA  70502

21
                           HERMAN HERMAN & KATZ
22                         BY:  STEPHEN J. HERMAN, ESQUIRE
                           820 O'KEEFE AVENUE
23                         NEW ORLEANS, LA  70113

24

25

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE PLAINTIFFS:    BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQUIRE
 4                          1000 DOMINION TOWER
                            999 WATERSIDE DRIVE
 5                          NORFOLK, VA  23510

 6

 7                          LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
 8                          BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
 9                          PENSACOLA, FL  32502

10

11                          CUNNINGHAM BOUNDS
                            BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                          1601 DAUPHIN STREET
                            MOBILE, AL  36604
13

14
                            LIEFF CABRASER HEIMANN & BERNSTEIN
15                          BY:  ELIZABETH J. CABRASER, ESQUIRE
                            275 BATTERY STREET, 29TH FLOOR
16                          SAN FRANCISCO, CA  94111

17

18                          WATTS GUERRA CRAFT
                            BY:  MIKAL C. WATTS, ESQUIRE
19                               TONY PLETCHER, ESQUIRE
                            4 DOMINION DRIVE
20                          BUILDING 3, SUITE 100
                            SAN ANTONIO, TX  78257
21

22
                            WEITZ & LUXENBERG
23                          BY:  ROBIN L. GREENWALD, ESQUIRE
                            700 BROADWAY
24                          NEW YORK CITY, NY  10003

25
```

```
1    APPEARANCES CONTINUED:

2

3                         MORGAN & MORGAN
                         BY:  ALPHONSO M. ESPY, ESQUIRE
4                             FRANK M. PETOSA, ESQUIRE
                         188 EAST CAPITOL STREET, SUITE 777
5                         JACKSON, MS   39201

6

7                         MARTÍNEZ, GONZALES, KALBAC & KANE
                         BY:  ERVIN A. GONZALEZ, ESQUIRE
8                         255 ALHAMBRA CIRCLE, PENTHOUSE
                         CORAL GABLES, FL   33134
9

10
                         COSSICH SUMICH PARSIOLA & TAYLOR
11                       BY:  PHILIP F. COSSICH, JR., ESQUIRE
                         8397 HIGHWAY 23, SUITE 100
12                       BELLE CHASSE, LA   70037

13

14                       DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                         BY:  MICHAEL C. PALMINTIER, ESQUIRE
15                       618 MAIN STREET
                         BATON ROUGE, LA   70801
16

17
                         BEASLEY ALLEN CROW METHVIN
18                       PORTIS & MILES
                         BY:  RHON E. JONES, ESQUIRE
19                       POST OFFICE BOX 4160
                         MONTGOMERY, AL   36013
20

21
                         FAYARD & HONEYCUTT
22                       BY:  CALVIN C. FAYARD, JR., ESQUIRE
                         519 FLORIDA AVENUE SW
23                       DENHAM SPRINGS, LA 70726

24

25
```

1    APPEARANCES CONTINUED:

2

3                              LEGER & SHAW
                               BY:  WALTER J. LEGER, JR., ESQUIRE
4                              600 CARONDELET STREET, 9TH FLOOR
                               NEW ORLEANS, LA  7013
5

6
                               BARRIOS KINGSDORF & CASTEIX
7                              BY:  DAWN M. BARRIOS, ESQUIRE
                               701 POYDRAS STREET, SUITE 3650
8                              NEW ORLEANS LA 70139

9

10                             MORRIS BART
                               BY:  MORRIS BART, ESQUIRE
11                                   MEKEL S. ALVAREZ, ESQUIRE
                               909 POYDRAS STREET, SUITE 2000
12                             NEW ORLEANS, LA  70112

13

14                             MOTLEY RICE
                               BY:  JOSEPH D. RICE, ESQUIRE
15                             28 BRIDGESIDE BLVD.
                               MOUNT PLEASANT, SC 29464
16

17
                               LAW OFFICES OF DANIEL E. BECNEL, JR.
18                             BY:  DANIEL E. BECNEL, JR., ESQUIRE
                               106 W. SEVENTH STREET
19                             P. O. DRAWER H
                               RESERVE, LA 70084
20

21
     FOR STATE INTERESTS:      ALABAMA ATTORNEY GENERAL'S OFFICE
22                             BY:  COREY L. MAZE, ESQUIRE
                                    WINFIELD J. SINCLAIR, ESQUIRE
23                             500 DEXTER AVENUE
                               MONTGOMERY, AL  36130
24

25

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE STATE OF
      LOUISIANA:               STATE OF LOUISIANA
 4                             BY:  JAMES D.  CALDWELL, ATTORNEY GENERAL
                               POST OFFICE BOX 94005
 5                             BATON ROUGE, LA  70804

 6

 7                             KANNER & WHITELEY
                               BY:  ALLAN KANNER, ESQUIRE
 8                                   DOUGLAS R. KRAUS, ESQUIRE
                               701 CAMP STREET
 9                             NEW ORLEANS, LA  70130

10

11    FOR THE FEDERAL
      GOVERNMENT INTERESTS: U.S. DEPARTMENT OF JUSTICE
12                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
13                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
14                             SAN FRANCISCO, CA  94102

15

16    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
17    OFFSHORE DEEPWATER
      DRILLING INC., AND
18    TRANSOCEAN DEEPWATER
      INC.:                    FRILOT
19                             BY:  KERRY J. MILLER, ESQUIRE
                               ENERGY CENTRE, 36TH FLOOR
20                             1100 POYDRAS STREET
                               NEW ORLEANS, LA  70163
21

22                             SUTHERLAND ASBILL & BRENNAN
23                             BY:  STEVEN L. ROBERTS, ESQUIRE
                               1001 FANNIN STREET, SUITE 3700
24                             HOUSTON, TX  77002

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3                              MUNGER TOLLES & OLSON
                              BY:  LUIS LI, ESQUIRE
 4                                 MICHAEL R. DOYEN, ESQUIRE
                              355 SOUTH GRAND AVENUE, 35TH FLOOR
 5                            LOS ANGELES, CA  90071

 6

 7    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 8    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 9    BP CORPORATION NORTH
      AMERICA INC.,
10    BP EXPLORATION &
      PRODUCTION INC.,
11    BP HOLDINGS NORTH
      AMERICA LIMITED,
12    BP PRODUCTS NORTH
      AMERICA INC.:           LISKOW & LEWIS
13                            BY:  DON K. HAYCRAFT, ESQUIRE
                              ONE SHELL SQUARE
14                            701 POYDRAS STREET
                              SUITE 5000
15                            NEW ORLEANS, LA  70139

16

17                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQUIRE
18                                 RYAN S. BABIUCH, ESQUIRE
                              300 N. LASALLE
19                            CHICAGO, IL  60654

20

21                            KIRKLAND & ELLIS
                              BY:  ROBERT R. GASAWAY, ESQUIRE
22                                 CHRISTOPHER LANDAU, ESQUIRE
                              655 FIFTEENTH STREET, N.W.
23                            WASHINGTON, DC  20005

24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3                              COVINGTON & BURLING
                               BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
 4                             1201 PENNSYLVANIA AVENUE, NW
                               WASHINGTON, DC  20004
 5

 6
      FOR CAMERON INTERNATIONAL
 7    CORPORATION:             STONE PIGMAN WALTHER WITTMANN
                               BY:  CARMELITE M. BERTAUT, ESQUIRE
 8                             546 CARONDELET STREET
                               NEW ORLEANS, LA 70130
 9

10                             BECK REDDEN & SECREST
11                             BY:  KATHLEEN GALLAGHER, ESQUIRE
                               ONE HOUSTON CENTER
12                             1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010
13

14
      FOR HALLIBURTON
15    ENERGY SERVICES,
      INC.:                    GODWIN RONQUILLO
16                             BY:  DONALD E. GODWIN, ESQUIRE
                                    JENNY L. MARTINEZ, ESQUIRE
17                                  BRUCE W. BOWMAN, JR., ESQUIRE
                               1201 ELM STREET, SUITE 1700
18                             DALLAS, TX  75270

19

20                             GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
21                             1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
22

23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR ANADARKO
      PETROLEUM CORPORATION,
 4    ANADARKO E&P COMPANY
      LP:                      WEINER & RICHESON
 5                             BY:  ROBERT E. GUIDRY, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1300
 6                             NEW ORLEANS, LA  70112

 7


 8
                               BINGHAM MCCUTCHEN
 9                             BY:  KY E. KIRBY, ESQUIRE
                                    WARREN A. FITCH, ESQUIRE
10                             2020 K STREET, NW
                               WASHINGTON, DC  20006
11

12
      FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
13                             BY:  DENISE SCOFIELD, ESQUIRE
                               1000 LOUISIANA STREET, SUITE 4000
14                             HOUSTON, TX  77002

15


16    FOR TRANSOCEAN
      EXCESS UNDERWRITERS:     PHELPS DUNBAR
17                             BY:  EVANS M. MCLEOD, ESQUIRE
                               CANAL PLACE
18                             365 CANAL STREET, SUITE 2000
                               NEW ORLEANS, LA  70130
19

20
                               PHELPS DUNBAR
21                             BY:  KYLE S. MORAN, ESQUIRE
                               NORTHCOURT ONE
22                             2304 19TH STREET, SUITE 300
                               GULFPORT, MS  39501
23

24

25
```

09:53AM

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR O'BRIEN'S RESPONSE
      MANAGEMENT, INC.,
 4    SEACOR HOLDINGS, INC.,
      SEACOR OFFSHORE LLC,
 5    SEACOR MARINE, LLC,
      SEACOR WORLDWIDE, INC.,
 6    SEACOR MARINE, INC.,
      SEACOR MARINE
 7    INTERNATIONAL, INC.,
      AND SIEMENS FINANCIAL,
 8    INC.:                    WEIL GOTSHAL & MANGES
                               BY:  MICHAEL J. LYLE, ESQUIRE
 9                             1300 I ST., NW, SUITE 900
                               WASHINGTON, DC   20005
10

11
                               WEIL GOTSHAL & MANGES
12                             BY:  THEODORE E. TSEKERIDES, ESQUIRE
                               767 FIFTH AVENUE
13                             NEW YORK, NY   10153

14

15    FOR TOBATEX AND
      MRM ENERGY:              BLEAU FOX
16                             BY:  THOMAS P. BLEAU, ESQUIRE
                               3575 CAHUENGA BOULEVARD, WEST SUITE 580
17                             LOS ANGELES, CA   90068

18

19    ALSO PRESENT:            [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                               RECORD]
20

21

22    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 500 POYDRAS STREET, ROOM HB406
23                               NEW ORLEANS, LA   70130
                                 (504) 589-7779
24                               Cathy_Pepper@laed.uscourts.gov

25    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.
```

1                              **I N D E X**

2

3      AGENDA ITEMS                                              PAGE

4

5      THE COURT HAS ISSUED A NUMBER OF ORDERS.............   18

6      EXTEND THE DEADLINE FOR OPT-OUTS FROM OCTOBER 1ST TO   18

7      NOVEMBER 1ST.......................................

8      EXTENDED THE DEADLINE FOR OBJECTIONS BY ONE WEEK TO    18

9      SEPTEMBER 7TH......................................

10     COURT HAS ISSUED AN ORDER ON SEPTEMBER 11TH           19

11     REGARDING PROCEDURES FOR HOW WE PLAN TO CONDUCT THE

12     NOVEMBER 8TH FAIRNESS HEARING......................

13     COURT DOES NOT INTEND TO ENTERTAIN LIVE WITNESSES OR   19

14     EVIDENCE DURING THAT HEARING......................

15     DO NOT INTEND TO ENTERTAIN MULTIPLE PEOPLE VOICING    19

16     THE SAME OR CUMULATIVE OBJECTIONS..................

17     WILL LIMIT THE TIME THAT EACH PERSON WILL BE ALLOWED  19

18     TO SPEAK..........................................

19     CONDITIONAL TRANSFER ORDERS........................   19

20     SINCE AUGUST 16TH, THE PANEL HAS ISSUED ONE MORE      20

21     CONDITIONAL TRANSFER ORDER, WHICH IS NUMBER 63.......

22     COVERS JUST ONE CASE...............................   20

23     626 CASES THAT REMAIN ACTIVE IN MDL 2179.............   20

24     PANEL MEETS ON SEPTEMBER 20TH......................   20

25     PROPOSAL BY THE *BURKEEN* PLAINTIFFS..................   20

TO POTENTIALLY REMAND THAT CASE BACK TO THE SOUTHERN     20
DISTRICT OF TEXAS.....................................
STATUS OF STATE COURT CASES..........................     20
43 CASES PENDING IN VARIOUS STATE COURTS, MOSTLY IN      20
THE GULF STATES.......................................
22 OF THOSE 43 ARE PERSONAL INJURY CASES, MOSTLY         20
INVOLVING OIL SPILL RESPONSE WORKERS CLAIMING
PERSONAL INJURY.......................................
11 OTHER CASES THAT ALLEGE FINANCIAL LOSS, AND THREE     21
CASES ALLEGING REAL ESTATE PROPERTY DAMAGE AND A
VARIETY OF OTHERS.....................................
STATUS OF MDL 2185 PENDING IN HOUSTON BEFORE             21
JUDGE ELLISON.........................................
DIFFERENT TYPES OF CASES PENDING IN 2185.............     21
SECURITIES LAWS......................................     21
SECOND AMENDED CONSOLIDATED COMPLAINT................     21
ORAL ARGUMENT ON THAT ON OCTOBER 5TH.................     21
EIGHT MORE SECURITIES-TYPE CASES HAVE BEEN EITHER       22
TRANSFERRED TO JUDGE ELLISON OR ASSIGNED TO HIM......
DERIVATIVE CASE......................................     22
COURT DISMISSED THAT CASE BASED ON FORUM                22
NON CONVENIENS.......................................
PLAINTIFFS HAVE APPEALED THAT DISMISSAL TO THE          22
FIFTH CIRCUIT.........................................
ERISA...............................................     22

1    CONSOLIDATED COMPLAINT WAS DISMISSED ON MOTION....... 22

2    JUDGE ELLISON RECENTLY ENTERED A FINAL JUDGMENT ON    22

3    SEPTEMBER 4TH FOR THE FINAL DISMISSAL OF THAT........

4    DIVIDEND SUSPENSION CLASS ACTION..................... 22

5    GRANTED A MOTION TO DISMISS ON JULY 5TH.............. 22

6    PLAINTIFFS WERE GRANTED LEAVE........................ 22

7    FILE AN AMENDED COMPLAINT, WHICH THEY DID ON         22

8    AUGUST 8TH..........................................

9    COORDINATION WITH DISCOVERY IN THE CASE CONTINUES,   23

10   INCLUDING ACCESS TO THE DISCOVERY IN PHASE II OF

11   MDL 2179............................................

12   STATUS OF WRITTEN AND DEPOSITION DISCOVERY........... 23

13   PHASE II............................................ 23

14   WRITTEN DISCOVERY COMPLETE.......................... 23

15   TEN DEPOSITIONS HAVE BEEN COMPLETED................. 23

16   41 MORE 30(B)(6).................................... 23

17   GRAND TOTAL OF 51 SCHEDULED DEPOSITIONS............. 24

18   PHASE II HAS TO DO WITH SOURCE CONTROL AND           24

19   QUANTIFICATION, THAT IS, THE QUANTITY OF BARRELS

20   THAT WERE SPILLED INTO THE SEA, DISCHARGED TO THE

21   SEA.................................................

22   SCHEDULED TO BEGIN THE PHASE I TRIAL, RESCHEDULED    25

23   TRIAL, ON JANUARY 14................................

24   WHEN THE PHASE ONE TRIAL CONCLUDES WE WILL TAKE A    25

25   RECESS OF SOME UNDETERMINED TIME....................

1    INSURANCE COVERAGES CASES............................ 26

2    COVERAGE CASES INVOLVING TRANSOCEAN'S EXCESS        26

3    CARRIERS, THE FIFTH CIRCUIT APPEAL BY BP IS NOW

4    FULLY BRIEFED........................................

5    INTERPLEADER ACTION FILED THAT JUDGE SHUSHAN HAS     26

6    BEEN MANAGING.......................................

7    SEPTEMBER 4 ENTERED AN ORDER AUTHORIZING INTERIM     26

8    PAYMENTS TO TRANSOCEAN AND BP AS A RESULT OF THE

9    PROTOCOL THAT WAS NEGOTIATED SOME TIME AGO RELATING

10   TO, I BELIEVE, PERSONAL INJURY SETTLEMENTS...........

11   ANOTHER INTERPLEADER ACTION HAS BEEN FILED........... 26

12   STATUS OF PSC SETTLEMENTS WITH BP.................... 27

13   OVER 50,000 CLAIMS HAVE BEEN FILED INTO THE          27

14   SETTLEMENT PROGRAM..................................

15   OPT-OUT DATE WAS EXTENDED TO NOVEMBER 1, 2012........ 27

16   OBJECTIONS HAVE NOW BEEN FILED...................... 27

17   SETTLING PARTIES ARE GOING TO BE RESPONDING TO THESE 27

18   OBJECTIONS ON OCTOBER 22ND..........................

19   ARRANGED TO USE THE LARGE, EN BANC CEREMONIAL        28

20   COURTROOM ON THE FIFTH FLOOR........................

21   FAIRNESS HEARING ON NOVEMBER 8TH.................... 28

22   MANAGEMENT OF CLAIMS NOT RESOLVED BY SETTLEMENT,     28

23   SUMMARY JUDGMENT OR STIPULATION.....................

24   CLAIMS OF THREE MEXICAN STATES...................... 28

25   ORAL ARGUMENTS (SEE MOTIONS TRANSCRIPT).............. 33

1   REPORTER'S NOTE:  NEXT STATUS CONFERENCE IS FRIDAY,     33

2   OCTOBER 19, 2012, AT 9:30 A.M.)......................

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    **P-R-O-C-E-E-D-I-N-G-S**

3                FRIDAY, SEPTEMBER 14, 2012

4                M O R N I N G   S E S S I O N

5                  (COURT CALLED TO ORDER)

6

09:01AM  7

09:01AM  8          THE DEPUTY CLERK:  All rise.

09:01AM  9          THE COURT:  Good morning.  Please be seated, everyone.

09:01AM 10          VOICES:  Good morning, Your Honor.

09:02AM 11          THE COURT:  Stephanie, you can call this case.

09:02AM 12          THE DEPUTY CLERK:  MDL 10-2179, *In re:  Oil spill by*

09:02AM 13   *the oil rig Deepwater Horizon in the Gulf of Mexico on*

09:02AM 14   *April 20, 2010.*

09:02AM 15          THE COURT:  All right.  If counsel, liaison and

09:02AM 16   committee members, would introduce themselves, please.

09:02AM 17          MR. HERMAN:  Good morning, Your Honor.  Steve Herman

09:02AM 18   for the plaintiffs.

09:02AM 19          MR. JONES:  Rhon Jones, PSC.

09:02AM 20          MS. CABRASER:  Good morning, Your Honor.

09:02AM 21   Elizabeth Cabraser for the PSC.

09:02AM 22          MR. BREIT:  Good morning, Your Honor.  Jeffrey Breit,

09:03AM 23   PSC.

09:03AM 24          MR. UNDERHILL:  Good morning, Your Honor.

09:03AM 25   Mike Underhill, United States.

09:03AM 1        MR. MAZE:  Good morning, Your Honor.  Corey Maze for
09:03AM 2    the State of Alabama.
09:03AM 3        MR. CALDWELL:  Buddy Caldwell for the State of
09:03AM 4    Louisiana.
09:03AM 5        MR. BARR:  Good morning, Your Honor.  Brian Barr for
09:03AM 6    the PSC.
09:03AM 7        MR. CUNNINGHAM:  Good morning, Your Honor.
09:03AM 8    Robert Cunningham, PSC.
09:03AM 9        MR. ROY:  Good morning, Your Honor.  Jim Roy,
09:03AM 10   co-liaison counsel.
09:03AM 11       MR. BLEAU:  Good morning, Your Honor.  Tom Bleau for
09:03AM 12   plaintiffs Tobatex and MRM Energy.
09:03AM 13       MR. GONZALEZ:  Good morning, Judge.  Ervin Gonzalez,
09:03AM 14   PSC.
09:03AM 15       MR. PALMINTIER:  Your Honor, Mike Palmintier, PSC.
09:03AM 16       MR. ESPY:  Mike Espy, PSC.  Good morning, Your Honor.
09:03AM 17       MR. COSSICH:  Good morning, Your Honor.  Phil Cossich,
09:03AM 18   PSC.
09:03AM 19       MR. PLETCHER:  Good morning, Your Honor.  Tony Pletcher
09:03AM 20   for PSC member Mikal Watts.
09:03AM 21       MR. FAYARD:  Good morning.  Calvin Fayard, plaintiffs'
09:03AM 22   PSC, Your Honor.
09:03AM 23       MR. RICE:  Joe Rice for the PSC.
09:04AM 24       MS. GREENWALD:  Good morning, Your Honor.
09:04AM 25   Robin Greenwald, PSC.

09:04AM  1          THE COURT:  You're all by your lonesome there,

09:04AM  2  Ms. Greenwald.

09:04AM  3          MS. GREENWALD:  I'm all by myself.  I don't know what

09:04AM  4  happened.

09:04AM  5          MR. BROCK:  Good morning, Your Honor.  Mike Brock for

09:04AM  6  BP.

09:04AM  7          MR. HAYCRAFT:  Don Haycraft, BP.

09:04AM  8          MR. LANGAN:  Andy Langan for BP, Your Honor.

09:04AM  9          MR. GODWIN:  Good morning, Judge.  Don Godwin for

09:04AM 10  Halliburton.

09:04AM 11          MR. YORK:  Good morning, Your Honor.  Alan York, also

09:04AM 12  for Halliburton.

09:04AM 13          MR. LEE:  Good morning, Your Honor.  Luis Lee for

09:04AM 14  Transocean.

09:04AM 15          MR. DOYEN:  Good morning, Your Honor.  Mike Doyen for

09:04AM 16  Transocean.

09:04AM 17          MR. MILLER:  Good morning, Judge.  Kerry Miller,

09:04AM 18  Transocean.

09:04AM 19          MR. ROBERTS:  Steve Roberts, Transocean.

09:04AM 20          MS. MARTINEZ:  Good morning, Your Honor.

09:04AM 21  Jenny Martinez for Halliburton.

09:04AM 22          MR. BOWMAN:  Bruce Bowman for Halliburton.

09:04AM 23          MR. TSEKERIDES:  Good morning, Your Honor.

09:04AM 24  Ted Tsekerides, liaison for responder defendants.

09:04AM 25          MR. LYLE:  Good morning, Your Honor.  Michael Lyle for

09:04AM 1    NRC and O'Brien's.

09:05AM 2          MS. KIRBY:  Good morning, Your Honor.  Ky Kirby for

09:05AM 3    Anadarko.

09:05AM 4          MR. GUIDRY:  Robert Guidry for Anadarko.

09:05AM 5          MR. LANDAU:  Good morning, Your Honor.  Chris Landau

09:05AM 6    for BP.

09:05AM 7          MS. GALLAGHER:  Kathleen Gallagher for Cameron.

09:05AM 8          MS. SCOFIELD:  Good morning, Your Honor.

09:05AM 9    Denise Scofield for M-I.

09:05AM 10          MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway

09:05AM 11    for BP.

09:05AM 12          THE COURT:  All right.  Thank you very much.

09:05AM 13            We have, I think, a relatively short agenda for

09:05AM 14    the status conference, following which we'll entertain oral

09:05AM 15    argument on the several motions that are pending.

09:05AM 16          Since the last conference, which was actually two

09:05AM 17    months ago, since we did not have a conference in August, the

09:05AM 18    Court has issued a number of orders which are listed up on the

09:06AM 19    board -- up on the screen, I mean.

09:06AM 20          I'm not going to go through all of them, but one

09:06AM 21    of the more significant ones, we did extend the deadline for

09:06AM 22    opt-outs from October 1st to November 1st.  Then, because of

09:06AM 23    Hurricane Isaac, we extended the deadline for objections by one

09:06AM 24    week, to September 7th.  So that deadline has now passed, the

09:06AM 25    deadline for objections.

09:06AM 1        What's not up on the screen is -- well, two

09:06AM 2    things.  First of all, there is up on the screen, the last

09:06AM 3    thing on the screen, the last order, I'll just point out to

09:06AM 4    everyone that the Court has issued an order on September 11th

09:06AM 5    regarding procedures for how we plan to conduct the

09:07AM 6    November 8th fairness hearing, the most significant part of

09:07AM 7    that order being that the Court does not intend to entertain

09:07AM 8    live witnesses or evidence during that hearing.  It will decide

09:07AM 9    the fairness and adequacy of the settlements based upon the

09:07AM 10   record documents and declarations and affidavits and so forth

09:07AM 11   that are in the record, augmented by some oral argument or

09:07AM 12   statements.

09:07AM 13       There will be an ability, obviously, for people

09:07AM 14   who object to voice their objections; but, I pointed out in

09:07AM 15   that order that I do not intend to, first of all, entertain

09:07AM 16   multiple people voicing the same or cumulative objections; and,

09:08AM 17   of necessity, we'll have to limit the time that each person

09:08AM 18   will be allowed to speak.

09:08AM 19       What I do not intend is for this to turn into a

09:08AM 20   city council meeting or a school board meeting, okay.  So just

09:08AM 21   keep that in mind when planning to appear at the fairness

09:08AM 22   hearing.

09:08AM 23       Who is going to report on the conditional

09:08AM 24   transfer orders?  Mr. Langan?

09:08AM 25       MR. LANGAN:  Andy Langan for BP, Your Honor.

09:08AM 1           Liaison counsel submitted a report dated

09:08AM 2  September 11th, where we noted that since August 16th, the

09:08AM 3  Panel has issued one more conditional transfer order, which is

09:08AM 4  number 63.  That order covers just one case.  We believe there

09:08AM 5  are about 626 cases that remain active in MDL 2179.

09:08AM 6           But for Your Honor, I also wanted to note that

09:08AM 7  the Panel meets on September 20th, and I believe they are going

09:09AM 8  to take up one issue regarding the proposal by the *Burkeen*

09:09AM 9  plaintiffs, B-U-R-K-E-E-N, to potentially remand that case back

09:09AM 10  to the Southern District of Texas.

09:09AM 11           That is our report on the JPML, Your Honor.

09:09AM 12     THE COURT:  Does anybody else have anything to say on

09:09AM 13  Agenda Item Number 2?

09:09AM 14           Andy, could you move that for us a little bit, so

09:09AM 15  we can see the numbers on that?  A little bit to the right.

09:09AM 16  No, you can move it back up, but just over, so we can see the

09:09AM 17  numbers.  There you go.

09:09AM 18     MR. LANGAN:  How's that?

09:09AM 19     THE COURT:  That's good.  Thank you.

09:09AM 20           Number 3, status of state court cases.

09:09AM 21     MR. LANGAN:  Your Honor, as we pointed out in the

09:09AM 22  written report, we think there are about 43 cases pending in

09:09AM 23  various state courts, mostly in the Gulf states.  About 22 of

09:09AM 24  those 43 are personal injury cases, mostly involving oil spill

09:09AM 25  response workers claiming personal injury.

09:10AM 1          There are also 11 other cases that allege

09:10AM 2    financial loss, and three cases alleging real estate property

09:10AM 3    damage and a variety of others.

09:10AM 4          Nothing particularly significant about any of

09:10AM 5    them.  To the extent discovery needs to be coordinated, we're

09:10AM 6    doing so.  I think everything is running pretty smoothly.

09:10AM 7          THE COURT:  All right.  So there's no need for the

09:10AM 8    Court to intervene in any particular matter at this time?

09:10AM 9          MR. LANGAN:  I don't think so, Your Honor.

09:10AM 10          THE COURT:  Okay.  Great.

09:10AM 11          Does anybody else need to speak about anything

09:10AM 12    with regard to the pending state court cases?

09:10AM 13          All right.  Next, Item Number 4, status of

09:10AM 14    MDL 2185 pending in Houston before Judge Ellison.

09:10AM 15          MR. LANGAN:  Yes, Your Honor.

09:10AM 16          So, as Your Honor will recall, there are a couple

09:10AM 17    of different types of cases pending in 2185.  One is claims

09:10AM 18    made under various securities laws.  In that case, there is a

09:11AM 19    second amended consolidated complaint that has been filed.  A

09:11AM 20    motion to dismiss that complaint has been fully briefed, and I

09:11AM 21    believe Judge Ellison is going to hear oral argument on that on

09:11AM 22    October 5th.

09:11AM 23          In addition --

09:11AM 24          THE COURT:  That's the securities case, you said?

09:11AM 25          MR. LANGAN:  Securities cases, 10(b)(5) and the like.

09:11AM 1          In addition, over the last couple of months,

09:11AM 2    eight more securities-type cases have been either transferred

09:11AM 3    to Judge Ellison or assigned to him, originally having been

09:11AM 4    filed in the Southern District of Texas or, in some cases,

09:11AM 5    other courts.

09:11AM 6          Your Honor will also recall that he originally

09:11AM 7    dismissed most of the original securities case.  Now, they are

09:11AM 8    doing a round of briefing, as I mentioned, on the second

09:11AM 9    amended consolidated complaint.  So they are still settling the

09:11AM 10   pleadings.

09:11AM 11         Now, in the case of the derivative case,

09:11AM 12   Your Honor will recall that some time ago, I think perhaps

09:11AM 13   almost a year ago, the Court dismissed that case based on forum

09:12AM 14   non conveniens, and the plaintiffs have appealed that dismissal

09:12AM 15   to the Fifth Circuit.  It's fully briefed now, but the argument

09:12AM 16   date hasn't been set on the dismissal of the derivative case.

09:12AM 17         ERISA that consolidated complaint was dismissed

09:12AM 18   on motion.  After some discussion with the parties,

09:12AM 19   Judge Ellison recently entered a final judgment on

09:12AM 20   September 4th for the final dismissal of that.  Perhaps an

09:12AM 21   appeal will follow.  No one knows.

09:12AM 22         Then, in the dividend suspension class action,

09:12AM 23   Judge Ellison granted a Motion to Dismiss on July 5th.  The

09:12AM 24   plaintiffs were granted leave, I believe, to file an amended

09:12AM 25   complaint, which they did on August 8th, and a renewed

09:12AM 1   motion to dismiss is expected in that case.

09:12AM 2              Finally, I just want to mention, besides that,

09:12AM 3   that coordination with discovery in the case continues,

09:12AM 4   including access to the discovery in Phase II of MDL 2179.

09:13AM 5   Judge Shushan entered an order not long ago, by agreement of

09:13AM 6   parties, providing for continued access to 2179 discovery in

09:13AM 7   that MDL.

09:13AM 8         THE COURT:  As I appreciate it, I think I've seen that

09:13AM 9   order, and it essentially is going to continue the same

09:13AM 10  protocol as applied to Phase I, correct?

09:13AM 11        MR. LANGAN:  Correct.  Yes, Your Honor.

09:13AM 12        THE COURT:  Okay, great.

09:13AM 13             Anyone else need to speak to any issue regarding

09:13AM 14  MDL 2185 in Houston?

09:13AM 15             All right.  Status of written and deposition

09:13AM 16  discovery.

09:13AM 17        MR. HAYCRAFT:  Good morning, Your Honor.  Don Haycraft.

09:13AM 18             In Phase II, Phase II is well under way with

09:13AM 19  written discovery complete.  Deposition discovery has gotten

09:13AM 20  under way in August, and so far ten depositions have been

09:13AM 21  completed.  There are 41 more 30(b)(6).

09:13AM 22        THE COURT:  I understand these are so exciting that you

09:13AM 23  have to turn people away at the door, right?

09:13AM 24        MR. HAYCRAFT:  Yes, standing room only, Your Honor.

09:14AM 25  Yes.  Yes, indeed.

09:14AM 1          In fact, there was a deposition yesterday in

09:14AM 2    Boston, the only deposition that's been scheduled for out of

09:14AM 3    town.  It was of a third-party, Woods Hole Oceanographic

09:14AM 4    Institution.

09:14AM 5          As I said, there are 41 corporate 30(b)(6)

09:14AM 6    depositions remaining in this month, next month, and through

09:14AM 7    November, for a grand total of 51 scheduled depositions.

09:14AM 8          The parties are working with Judge Shushan, who

09:14AM 9    is working on --

09:14AM 10          THE COURT:  Are these fact or expert or both?

09:14AM 11          MR. HAYCRAFT:  All the ones scheduled so far are all

09:14AM 12    30(b)(6) depositions.

09:14AM 13          Under Judge Shushan's supervision, we're going to

09:14AM 14    be working on what fact depositions may be needed following the

09:14AM 15    30(b)(6) depositions, so the parties will be working together

09:14AM 16    on that.

09:14AM 17          THE COURT:  Just so everyone in the audience -- by the

09:14AM 18    way, we have people on the phone that have called in, as usual.

09:15AM 19    Just so everyone listening or watching understands what we're

09:15AM 20    talking about, Phase II, why don't you explain what Phase II

09:15AM 21    focuses on.

09:15AM 22          MR. HAYCRAFT:  All right, well Phase I, of course, had

09:15AM 23    to do with liability for the April 20 casualty.  Then, Phase II

09:15AM 24    has to do with source control and quantification, that is, the

09:15AM 25    quantity of barrels that were spilled into the sea, discharged

09:15AM 1    to the sea.

09:15AM 2             Phase II is to be tried, as Your Honor has

09:15AM 3    ordered, at some point following the conclusion of the Phase I

09:15AM 4    liability trial.

09:15AM 5             What Judge Shushan is working on now, in the next

09:15AM 6    few Fridays, will be other deadlines, other issues to get the

09:15AM 7    case ready for that trial following the conclusion of Phase I,

09:15AM 8    such as expert report deadlines, expert discovery, and so forth

09:15AM 9    and so on, that will be taking place early in 2013.

09:16AM 10        THE COURT:  Thank you.

09:16AM 11            Yes, because the plan is that, obviously, we're

09:16AM 12   scheduled to begin the Phase I trial, rescheduled trial, on

09:16AM 13   January 14.

09:16AM 14            When that concludes, when the Phase One trial

09:16AM 15   concludes, what I plan to do is take a recess of some

09:16AM 16   undetermined time.  I haven't quite determined how long that

09:16AM 17   recess will be.

09:16AM 18            Then, of course, we need to make sure all the

09:16AM 19   discovery is completed for Phase II; but, then we resume the

09:16AM 20   trial and go into Phase II sometime following Phase I.

09:16AM 21        MR. ROY:  Well, as Your Honor well knows, Judge Shushan

09:16AM 22   and the parties are working, as before in Phase I, now in

09:16AM 23   Phase II, every Friday, and with phone calls in between, to

09:16AM 24   keep things on pace to complete discovery as per that schedule.

09:16AM 25        THE COURT:  Right.  I appreciate everyone's efforts in

09:16AM 1    that regard.  Thank you very much.

09:17AM 2            Is there anything to report on the insurance

09:17AM 3    coverages cases?

09:17AM 4        MR. LANGAN:  Andy Langan.

09:17AM 5            Just briefly, Your Honor, with respect to the

09:17AM 6    coverage cases involving Transocean's excess carriers, the

09:17AM 7    Fifth Circuit appeal by BP is now fully briefed.  I don't

09:17AM 8    believe there is an argument date that's been set.

09:17AM 9            Then, separately, Your Honor will recall there

09:17AM 10   was an interpleader action filed that Judge Shushan has been

09:17AM 11   managing.  On September 4, she entered an order authorizing

09:17AM 12   interim payments to Transocean and BP as a result of the

09:17AM 13   protocol that was negotiated some time ago relating to, I

09:17AM 14   believe, personal injury settlements.  Those are the two most

09:17AM 15   significant events.

09:17AM 16       THE COURT:  Hasn't there been a second interpleader

09:17AM 17   filed?

09:17AM 18       MR. LANGAN:  There has.  As we mentioned in our report,

09:17AM 19   more recently another interpleader action has been filed.

09:17AM 20       THE COURT:  Is that by additional layers of insurers?

09:18AM 21       MR. LANGAN:  I believe so.

09:18AM 22       THE COURT:  Okay.

09:18AM 23       MR. LANGAN:  There may be others that are more expert

09:18AM 24   on this than I.

09:18AM 25       THE COURT:  Does anybody else want to say anything

09:18AM 1    about the insurances actions?

09:18AM 2                   Thank you, Mr. Langan.

09:18AM 3                   Status of PSC settlements with BP.

09:18AM 4         MR. HERMAN:  Good morning, Your Honor.  Steve Herman

09:18AM 5    for the class.

09:18AM 6                   I understand that over 50,000 claims have been

09:18AM 7    filed into the settlement program.  The opt-out date was

09:18AM 8    extended to November 1, 2012, by Your Honor.  The objections

09:18AM 9    deadline, as we mentioned, was extended one week due to

09:18AM 10   Hurricane Isaac.

09:18AM 11                  Objections have now been filed, and, really,

09:18AM 12   there were very few relative to the number of claims that were

09:18AM 13   filed.  In fact, many of the complaints are by people that

09:18AM 14   aren't in the class that actually want to participate in the

09:18AM 15   settlement.

09:18AM 16                  In any event, the settling parties are going to

09:18AM 17   be responding to these objections on October 22nd.  The

09:18AM 18   fairness hearing is November 8th.

09:18AM 19                  I just thought I would mention, I think

09:18AM 20   Your Honor indicated that the fairness hearing is going to take

09:18AM 21   place not in this courtroom, but I think in Judge Lemelle's

09:19AM 22   courtroom.

09:19AM 23        THE COURT:  Yes, I'm glad you reminded me to say that

09:19AM 24   in open court.

09:19AM 25                  Yes, I decided, in order to accommodate more

09:19AM 1    people, on the assumption that a lot of people may wish to

09:19AM 2    attend, even if they're not active participants in the

09:19AM 3    settlement, I've arranged to use the large, en banc ceremonial

09:19AM 4    courtroom on the Fifth floor.  So that's where we'll hold the

09:19AM 5    final fairness hearing on November 8th.

09:19AM 6              MR. HERMAN:  Thank you, Your Honor.

09:19AM 7              THE COURT:  Thank you.

09:19AM 8              Does anybody else have anything else to

09:19AM 9    contribute on that?

09:19AM 10             Is there anything to report under Item Number 8,

09:19AM 11   management of claims not resolved by settlement, summary

09:19AM 12   judgment or stipulation?

09:19AM 13             MR. LANGAN:  Your Honor, Andy Langan for BP.

09:19AM 14             Obviously, the legal motions you're going to hear

09:19AM 15   argument on in a few minutes, so I won't spend time on those;

09:19AM 16   but, I did want to mention that Judge Shushan has been managing

09:20AM 17   claims of three Mexican states that were also part of an

09:20AM 18   earlier order of the Court.

09:20AM 19             The parties have had a number of discussions with

09:20AM 20   Judge Shushan, some initial discovery has been conducted, and I

09:20AM 21   believe Her Honor entered an order earlier this week that sort

09:20AM 22   of restructured how the matter is going to be litigated in the

09:20AM 23   near term.

09:20AM 24             THE COURT:  She and I have had several discussions

09:20AM 25   about those cases.  What we decided is that -- well, first of

09:20AM 1   all, it appeared that the discovery was going to be potentially

09:20AM 2   much wider in scope and more time consuming than we had

09:20AM 3   envisioned when we first ordered that those claims be briefed

09:20AM 4   and subject to motion practice.

09:20AM 5          It then occurred to us, apparently -- I don't

09:20AM 6   know who raised the issue -- that there were one or more pure

09:21AM 7   legal issues that should be resolved before we get into fact

09:21AM 8   discovery.

09:21AM 9          So what we decided to do was to focus on that and

09:21AM 10  brief that and put aside the more time consuming fact discovery

09:21AM 11  until we wade through the legal issues first.

09:21AM 12      MR. LANGAN:  Right.  That's exactly right, Your Honor.

09:21AM 13  I believe the discovery you're talking about has to do with,

09:21AM 14  like, fate and transport of the oil.

09:21AM 15      THE COURT:  Right, which is really something we would

09:21AM 16  be doing later on in this case, anyway.

09:21AM 17      MR. LANGAN:  Correct.

09:21AM 18      THE COURT:  It would be putting the cart before the

09:21AM 19  horse, so to speak.

09:21AM 20      MR. LANGAN:  Yes, Your Honor.

09:21AM 21          Thank you.  Nothing else.

09:21AM 22      THE COURT:  Does anybody else need to contribute

09:21AM 23  anything to what Mr. Langan just said?

09:21AM 24          I think we've completed the agenda, other than

09:21AM 25  the pending motions.  Does anybody have anything else to raise

09:21AM 1    before we begin oral argument?

09:21AM 2          MR. LANGAN:  Your Honor, I think I've mentioned this to

09:22AM 3    you before, my partner on behalf of BP will be

09:22AM 4    Christopher Landau.  He'll be arguing the motions this morning

09:22AM 5    for BP.

09:22AM 6          MR. DUDENHEFER:  May I approach, Your Honor?

09:22AM 7              Very briefly.  Good morning, Your Honor.

09:22AM 8              Your Honor, name is Frank Dudenhefer.  I am

09:22AM 9    counsel for the plaintiff *NAUGHTY GIRL* in Civil Action

09:22AM 10   Number 11-649.

09:22AM 11         THE COURT:  What are the name of the --

09:22AM 12         MR. DUDENHEFER:  No, *NAUGHTY GIRL*.

09:22AM 13         THE COURT:  Oh, *NAUGHTY GIRL*.  I thought you said

09:22AM 14   Fleurty Girl.

09:22AM 15         MR. DUDENHEFER:  Pardon me.  *NAUGHTY GIRL*.  It's my bad

09:22AM 16   pronunciation this morning.  I apologize.

09:22AM 17         THE COURT:  Well, I have a case involving Fleurty Girl,

09:22AM 18   you know, Fleurty Girl versus Who Dat, Yat Chat, or something

09:22AM 19   like that.  I thought you were in the wrong courtroom,

09:22AM 20   Mr. Dudenhefer.

09:22AM 21         MR. DUDENHEFER:  I may be on the wrong street, Judge.

09:22AM 22         THE COURT:  Or the wrong day, here on the wrong day,

09:22AM 23   you know.

09:22AM 24         MR. DUDENHEFER:  *NAUGHTY GIRL*.  It's 11-0649.

09:22AM 25              Your Honor, we've filed within the last several

09:22AM 1    days a motion to lift the stay so that we can proceed with our

09:22AM 2    litigation.

09:22AM 3              There is a pending stay against all proceedings

09:22AM 4    that Your Honor issued, I think it's Case Management Order

09:22AM 5    Number 9.

09:22AM 6              THE COURT:  Right.

09:22AM 7              MR. DUDENHEFER:  We had filed a motion to lift the stay

09:23AM 8    because we have no place in this -- anyplace -- there is no

09:23AM 9    bookmark that fits my particular case.  It's one that attacks

09:23AM 10   the validity of a release executed by the clients.  It was

09:23AM 11   originally filed in state court and removed.

09:23AM 12             We would ask the Court, how you would like us to

09:23AM 13   proceed, other than we have filed the stay, we've filed the

09:23AM 14   motion to lift the stay, and we've --

09:23AM 15             THE COURT:  I'll tell you what I'll do.  I'm not

09:23AM 16   familiar with your particular case, and I haven't seen that

09:23AM 17   motion; but, what I will do, I'll think about calling

09:23AM 18   Judge Wilkinson, because I've been referring sort of

09:23AM 19   miscellaneous matters to him, and he's been trying to helping

09:23AM 20   me to manage those, so we don't put any more burden on

09:23AM 21   Judge Shushan.  So I'll call him.

09:23AM 22             What's the number of your case, again?

09:23AM 23             MR. DUDENHEFER:  It's Civil Action 11-CV-00649.

09:23AM 24             THE COURT:  Do you have that, Ben?

09:23AM 25             THE CLERK:  Yes, sir.

09:23AM 1          MR. DUDENHEFER:  I can follow up with a note to

09:23AM 2     chambers with that.

09:23AM 3          THE COURT:  It would probably be good to send us a

09:24AM 4     letter or contact Ben and remind us about that, and we'll see.

09:24AM 5               I'm not familiar with your case or the motion, so

09:24AM 6     I can't comment on it right now.

09:24AM 7          MR. DUDENHEFER:  Understood.  Thank you for hearing me

09:24AM 8     this morning, Your Honor.

09:24AM 9          MR. LANGAN:  Your Honor, it's possible we'd want to be

09:24AM 10    heard on this issue.

09:24AM 11         THE COURT:  Sure.

09:24AM 12         MR. LANGAN:  Judge Wilkinson would be great, but, I

09:24AM 13    mean, just the whole concept of going down what may be a

09:24AM 14    slippery slope here is something we may want to be heard on.

09:24AM 15         THE COURT:  Sure.  Well, I'll tell you what, why don't

09:24AM 16    we do this.  Mr. Dudenhefer, why don't you file -- have you

09:24AM 17    filed a motion, you said, to lift the stay already?

09:24AM 18         MR. DUDENHEFER:  Yes, Your Honor.  We filed it a couple

09:24AM 19    of days ago.

09:24AM 20         THE COURT:  A couple of days ago.

09:24AM 21         MR. DUDENHEFER:  Yes, sir.

09:24AM 22         THE COURT:  You're expecting a real quick turnaround

09:24AM 23    here.

09:24AM 24         MR. DUDENHEFER:  What happened was, Judge -- no, not

09:24AM 25    necessarily.

09:24AM 1          THE COURT:  These people have been waiting two years

09:24AM 2     here, you know.

09:24AM 3          MR. DUDENHEFER:  What happened, Judge, is I just

09:24AM 4     wanted -- I knew the Court had status conferences, and I didn't

09:24AM 5     mean to take up too much time of the Court this morning.

09:24AM 6          THE COURT:  Well, I tell you what, I'll ask Mr. Langan,

09:24AM 7     he has nothing much else to do, to take a look at that motion,

09:24AM 8     and maybe -- we can do this informally, by letter or something,

09:25AM 9     and then I'll decide how to proceed from there.

09:25AM 10         MR. LANGAN:  Very good.

09:25AM 11         MR. DUDENHEFER:  I'll send copies, again, to the Court

09:25AM 12    and send them to Mr. Langan directly.

09:25AM 13         THE COURT:  Thank you very much.

09:25AM 14         MR. LANGAN:  Thank you.

09:25AM 15         THE COURT:  Anything else?  All right.  Let's proceed

09:25AM 16    to the oral arguments.

17              Reporter's Note:  Next status conference is Friday,

18         October 19, 2012, at 9:30 a.m.

19              (WHEREUPON, at 9:25 a.m., the proceedings were

20         concluded.)

21                              *     *     *

22

23

24

25

1

2                        REPORTER'S CERTIFICATE

3

4          I, Cathy Pepper, Certified Realtime Reporter, Registered

5    Merit Reporter, Certified Court Reporter of the State of

6    Louisiana, Official Court Reporter for the United States

7    District Court, Eastern District of Louisiana, do hereby

8    certify that the foregoing is a true and correct transcript to

9    the best of my ability and understanding from the record of the

10   proceedings in the above-entitled and numbered matter.

11

12

13                              *s/Cathy Pepper*                    

14                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
15                              Registered Merit Reporter
                                Official Court Reporter
16                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
17

18

19

20

21

22

23

24

25

**1**

**1** [2] - 13:15, 27:8
**10(b)(5** [1] - 21:25
**10-2179** [1] - 15:12
**10-MD-2179** [1] - 1:7
**100** [2] - 2:20, 3:11
**1000** [2] - 2:4, 8:13
**10003** [1] - 2:24
**1001** [1] - 5:23
**10153** [1] - 9:13
**106** [1] - 4:18
**11** [2] - 11:9, 21:1
**11-0649** [1] - 30:24
**11-649** [1] - 30:10
**11-CV-00649** [1] -
  31:23
**1100** [1] - 5:20
**11th** [2] - 19:4, 20:2
**11TH** [1] - 10:10
**1201** [2] - 7:4, 7:17
**1221** [1] - 7:12
**1300** [2] - 8:5, 9:9
**1331** [1] - 7:21
**14** [3] - 1:8, 15:3,
  25:13
**14.............................**
  **.** [1] - 12:23
**1601** [1] - 2:12
**1615** [1] - 8:5
**1665** [1] - 7:21
**16th** [1] - 20:2
**16TH** [1] - 10:20
**1700** [1] - 7:17
**18** [3] - 10:5, 10:6,
  10:8
**188** [1] - 3:4
**19** [7] - 10:10, 10:13,
  10:15, 10:17, 10:19,
  14:2, 33:18
**19TH** [1] - 8:22
**1st** [2] - 18:22
**1ST** [1] - 10:6
**1ST................................**
  **.............** [1] - 10:7

**2**

**2** [1] - 20:13
**20** [12] - 1:6, 10:20,
  10:22, 10:23, 10:24,
  10:25, 11:1, 11:3,
  11:4, 11:6, 15:14,
  24:23
**2000** [2] - 4:11, 8:18
**20004** [1] - 7:4
**20005** [2] - 6:23, 9:9
**20006** [1] - 8:10

**2010** [2] - 1:6, 15:14
**2012** [5] - 1:8, 14:2,
  15:3, 27:8, 33:18
**2012.......** [1] - 13:15
**2013** [1] - 25:9
**2018** [1] - 3:10
**20th** [1] - 20:7
**20TH......................**
  **.** [1] - 10:24
**21** [6] - 11:9, 11:12,
  11:14, 11:15, 11:16,
  11:17
**2179** [3] - 20:5, 23:4,
  23:6
**2179.............** [1] -
  10:23
**2179...............................**
  **.................** [1] - 12:11
**2185** [4] - 11:12,
  21:14, 21:17, 23:14
**2185.............** [1] -
  11:14
**22** [11] - 11:6, 11:18,
  11:20, 11:21, 11:23,
  11:25, 12:1, 12:2,
  12:4, 12:5, 12:6,
  12:7, 20:23
**22nd** [1] - 27:17
**22ND................................**
  **.** [1] - 13:18
**23** [7] - 3:11, 12:9,
  12:12, 12:13, 12:14,
  12:15, 12:16
**2304** [1] - 8:22
**23510** [1] - 2:5
**24** [2] - 12:17, 12:18
**25** [2] - 12:22, 12:24
**255** [1] - 3:9
**26** [5] - 13:1, 13:2,
  13:5, 13:7, 13:11
**27** [5] - 13:12, 13:13,
  13:15, 13:16, 13:17
**275** [1] - 2:15
**28** [5] - 4:15, 13:19,
  13:21, 13:22, 13:24
**29464** [1] - 4:15
**29TH** [1] - 2:15

**3**

**3** [2] - 2:20, 20:20
**30(b)(6** [3] - 24:5,
  24:12, 24:15
**30(b)(6)** [1] - 23:21
**30(B)(6).....................**
  **.................** [1] - 12:16
**300** [2] - 6:18, 8:22
**316** [1] - 2:8
**32502** [1] - 2:9

**33** [2] - 13:25, 14:1
**33134** [1] - 3:8
**355** [1] - 6:4
**3575** [1] - 9:16
**35TH** [1] - 6:4
**36013** [1] - 3:10
**36130** [1] - 4:23
**365** [1] - 8:18
**3650** [1] - 4:7
**36604** [2] - 2:12
**3668** [1] - 1:19
**36TH** [1] - 5:19
**3700** [1] - 5:23
**39201** [1] - 3:5
**39501** [1] - 8:22

**4**

**4** [4] - 2:19, 13:7,
  21:13, 26:11
**4000** [1] - 8:13
**41** [3] - 12:16, 23:21,
  24:5
**4160** [1] - 3:19
**43** [4] - 11:4, 11:6,
  20:22, 20:24
**450** [1] - 5:13
**4500** [1] - 7:12
**4TH** [1] - 12:3
**4th** [1] - 22:20

**5**

**50,000** [2] - 13:13,
  27:6
**500** [2] - 4:23, 9:22
**5000** [1] - 6:14
**504** [1] - 9:23
**51** [2] - 12:17, 24:7
**519** [1] - 3:22
**5395** [1] - 5:13
**546** [1] - 7:8
**556** [1] - 1:19
**580** [1] - 9:16
**589-7779** [1] - 9:23
**5th** [2] - 21:22, 22:23
**5TH.............** [1] - 12:5
**5TH.....................** [1] -
  11:17

**6**

**600** [2] - 2:8, 4:4
**60654** [1] - 6:19
**618** [1] - 3:15
**626** [2] - 10:23, 20:5
**63** [1] - 20:4

**63......** [1] - 10:21
**655** [1] - 6:22

**7**

**700** [1] - 2:23
**70037** [1] - 3:12
**70084** [1] - 4:19
**701** [3] - 4:7, 5:8, 6:14
**70112** [2] - 4:12, 8:6
**70113** [1] - 1:23
**7013** [1] - 4:18
**70130** [4] - 5:9, 7:8,
  8:18, 9:23
**70139** [2] - 4:8, 6:15
**70163** [1] - 5:20
**70502** [1] - 1:20
**70726** [1] - 3:23
**70801** [1] - 3:15
**70804** [1] - 5:5
**75270** [1] - 7:18
**767** [1] - 9:12
**77002** [2] - 5:24, 8:14
**77010** [2] - 7:12, 7:21
**777** [1] - 3:4
**78257** [1] - 2:20
**7th** [1] - 18:24
**7TH** [1] - 5:13
**7TH................................**
  **...........** [1] - 10:9

**8**

**8** [1] - 28:10
**820** [1] - 1:22
**8397** [1] - 3:11
**8TH** [1] - 10:12
**8th** [4] - 19:6, 22:25,
  27:18, 28:5
**8TH.....................** [1] -
  13:21
**8TH................................**
  **..............** [1] - 12:8

**9**

**9** [1] - 31:5
**900** [1] - 9:9
**90068** [1] - 9:17
**90071** [1] - 6:5
**909** [1] - 4:11
**94005** [1] - 5:4
**94102** [1] - 5:14
**94111** [1] - 2:16
**999** [1] - 2:4
**9:00** [1] - 1:8
**9:25** [1] - 33:19

**9:30** [2] - 14:2, 33:18
**9TH** [1] - 4:4

**A**

**a.m** [2] - 33:18, 33:19
**A.M** [1] - 1:8
**A.M.)....................** [1]
  - 14:2
**ability** [2] - 19:13, 34:9
**above-entitled** [1] -
  34:10
**ACCESS** [1] - 12:10
**access** [2] - 23:4, 23:6
**accommodate** [1] -
  27:25
**ACTION** [3] - 1:7,
  13:5, 13:11
**Action** [2] - 30:9,
  31:23
**action** [3] - 22:22,
  26:10, 26:19
**ACTION....................**
  [1] - 12:4
**actions** [1] - 27:1
**ACTIVE** [1] - 10:23
**active** [2] - 20:5, 28:2
**addition** [2] - 21:23,
  22:1
**additional** [1] - 26:20
**adequacy** [1] - 19:9
**affidavits** [1] - 19:10
**AGENDA** [1] - 10:3
**Agenda** [1] - 20:13
**agenda** [2] - 18:13,
  29:24
**AGO** [1] - 13:9
**ago** [7] - 18:17, 22:12,
  22:13, 23:5, 26:13,
  32:19, 32:20
**agreement** [1] - 23:5
**AL** [3] - 2:12, 3:19,
  4:23
**ALABAMA** [1] - 4:21
**Alabama** [1] - 16:2
**Alan** [1] - 17:11
**ALAN** [1] - 7:20
**ALHAMBRA** [1] - 3:8
**ALL** [1] - 1:10
**ALLAN** [1] - 5:7
**ALLEGE** [1] - 11:9
**allege** [1] - 21:1
**ALLEGING** [1] - 11:10
**alleging** [1] - 21:2
**ALLEN** [1] - 3:17
**allowed** [1] - 19:18
**ALLOWED** [1] - 10:17
**almost** [1] - 22:13
**ALPHONSO** [1] - 3:3

**ALSO** [1] - 9:19
**ALVAREZ** [1] - 4:11
**AMENDED** [2] - 11:16, 12:7
**amended** [3] - 21:19, 22:9, 22:24
**AMERICA** [6] - 6:7, 6:7, 6:8, 6:9, 6:11, 6:12
**AN** [3] - 10:10, 12:7, 13:7
**Anadarko** [2] - 18:3, 18:4
**ANADARKO** [2] - 8:3, 8:4
**AND** [8] - 5:17, 9:7, 9:15, 11:9, 11:10, 12:12, 12:18, 13:8
**ANDREW** [1] - 6:17
**Andy** [5] - 17:8, 19:25, 20:14, 26:4, 28:13
**ANGELES** [2] - 6:5, 9:17
**ANOTHER** [1] - 13:11
**ANTONIO** [1] - 2:20
**anyplace** [1] - 31:8
**anyway** [1] - 29:16
**apologize** [1] - 30:16
**APPEAL** [1] - 13:3
**appeal** [2] - 22:21, 26:7
**appealed** [1] - 22:14
**APPEALED** [1] - 11:23
**appear** [1] - 19:21
**APPEARANCES** [9] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1
**appeared** [1] - 29:1
**applied** [1] - 23:10
**appreciate** [2] - 23:8, 25:25
**approach** [1] - 30:6
**April** [2] - 15:14, 24:23
**APRIL** [1] - 1:6
**ARE** [2] - 11:6, 13:17
**arguing** [1] - 30:4
**ARGUMENT** [1] - 11:17
**argument** [7] - 18:15, 19:11, 21:21, 22:15, 26:8, 28:15, 30:1
**arguments** [1] - 33:16
**ARGUMENTS** [1] - 13:25
**arranged** [1] - 28:3
**ARRANGED** [1] - 13:19
**AS** [1] - 13:8
**ASBILL** [1] - 5:22
**aside** [1] - 29:10

**ASSIGNED** [1] - 11:19
**assigned** [1] - 22:3
**assumption** [1] - 28:1
**AT** [1] - 14:2
**attacks** [1] - 31:9
**attend** [1] - 28:2
**ATTORNEY** [2] - 4:21, 5:4
**audience** [1] - 24:17
**augmented** [1] - 19:11
**AUGUST** [2] - 10:20, 12:8
**August** [4] - 18:17, 20:2, 22:25, 23:20
**AUTHORIZING** [1] - 13:7
**authorizing** [1] - 26:11
**AVENUE** [7] - 1:22, 3:22, 4:23, 5:13, 6:4, 7:4, 9:12

**B**

**BABIUCH** [1] - 6:18
**BACK** [1] - 11:1
**bad** [1] - 30:15
**BANC** [1] - 13:19
**banc** [1] - 28:3
**BARBIER** [1] - 1:13
**Barr** [1] - 16:5
**BARR** [2] - 2:8, 16:5
**BARRELS** [1] - 12:19
**barrels** [1] - 24:25
**BARRIOS** [2] - 4:6, 4:7
**BART** [2] - 4:10, 4:10
**based** [2] - 19:9, 22:13
**BASED** [1] - 11:21
**BATON** [2] - 3:15, 5:5
**BATTERY** [1] - 2:15
**BAYLEN** [1] - 2:8
**BE** [2] - 10:17, 13:17
**BEASLEY** [1] - 3:17
**BECK** [1] - 7:10
**BECNEL** [2] - 4:17, 4:18
**BEEN** [6] - 11:18, 12:15, 13:6, 13:11, 13:13, 13:16
**BEFORE** [2] - 1:13, 11:12
**begin** [2] - 25:12, 30:1
**BEGIN** [1] - 12:22
**behalf** [1] - 30:3
**BELIEVE** [1] - 13:10
**BELLE** [1] - 3:12
**Ben** [2] - 31:24, 32:4
**BERNSTEIN** [1] - 2:14
**BERTAUT** [1] - 7:7

**best** [1] - 34:9
**between** [1] - 25:23
**BINGHAM** [1] - 8:8
**bit** [2] - 20:14, 20:15
**Bleau** [1] - 16:11
**BLEAU** [3] - 9:15, 9:16, 16:11
**BLVD** [1] - 4:15
**board** [2] - 18:19, 19:20
**BOCKIUS** [1] - 8:12
**bookmark** [1] - 31:9
**Boston** [1] - 24:2
**BOULEVARD** [1] - 9:16
**BOUNDS** [1] - 2:11
**BOWMAN** [2] - 7:17, 17:22
**Bowman** [1] - 17:22
**BOX** [3] - 1:19, 3:19, 5:4
**BP** [21] - 6:7, 6:7, 6:8, 6:9, 6:10, 6:11, 6:12, 13:3, 13:8, 17:6, 17:7, 17:8, 18:6, 18:11, 19:25, 26:7, 26:12, 27:3, 28:13, 30:3, 30:5
**BP**.................. [1] - 13:12
**BRANCH** [1] - 5:12
**BREIT** [3] - 2:3, 2:3, 15:22
**Breit** [1] - 15:22
**BRENNAN** [1] - 5:22
**Brian** [1] - 16:5
**BRIAN** [1] - 2:8
**BRIDGESIDE** [1] - 4:15
**brief** [1] - 29:10
**briefed** [4] - 21:20, 22:15, 26:7, 29:3
**BRIEFED**.................
................. [1] - 13:4
**briefing** [1] - 22:8
**briefly** [2] - 26:5, 30:7
**BROADWAY** [1] - 2:23
**BROCK** [2] - 7:3, 17:5
**Brock** [1] - 17:5
**Bruce** [1] - 17:22
**BRUCE** [1] - 7:17
**Buddy** [1] - 16:3
**BUILDING** [1] - 2:20
**burden** [1] - 31:20
**Burkeen** [1] - 20:8
**BURKEEN** [1] - 10:25, 20:9
**BURLING** [1] - 7:3

**BY** [49] - 1:4, 1:18, 1:22, 2:3, 2:8, 2:11, 2:15, 2:18, 2:23, 3:3, 3:7, 3:11, 3:14, 3:18, 3:22, 4:3, 4:7, 4:10, 4:14, 4:18, 4:22, 5:4, 5:7, 5:12, 5:19, 5:23, 6:3, 6:13, 6:17, 6:21, 7:3, 7:7, 7:11, 7:16, 7:20, 8:5, 8:9, 8:13, 8:17, 8:21, 9:8, 9:12, 9:16, 9:25, 9:25, 10:8, 10:25, 13:3, 13:22

**C**

**CA** [4] - 2:16, 5:14, 6:5, 9:17
**CABRASER** [3] - 2:14, 2:15, 15:20
**Cabraser** [1] - 15:21
**CAHUENGA** [1] - 9:16
**CALDWELL** [2] - 5:4, 16:3
**Caldwell** [1] - 16:3
**CALLED** [1] - 15:5
**CALVIN** [1] - 3:22
**Calvin** [1] - 16:21
**CAMERON** [1] - 7:6
**Cameron** [1] - 18:7
**CAMP** [1] - 5:8
**CANAL** [2] - 8:17, 8:18
**CAPITOL** [1] - 3:4
**CARL** [1] - 1:13
**CARMELITE** [1] - 7:7
**CARONDELET** [2] - 4:4, 7:8
**carriers** [1] - 26:6
**CARRIERS** [1] - 13:3
**cart** [1] - 29:18
**case** [19] - 15:11, 20:4, 20:9, 21:18, 21:24, 22:7, 22:11, 22:13, 22:16, 23:1, 23:3, 25:7, 29:16, 30:17, 31:9, 31:16, 31:22, 32:5
**Case** [1] - 31:4
**CASE** [3] - 11:1, 11:21, 12:9
**CASE**.......................
........ [1] - 10:22
**CASE**.......................
............ [1] - 11:20
**CASES** [9] - 1:10, 10:23, 11:4, 11:6, 11:9, 11:10, 11:14, 11:18, 13:2

**cases** [14] - 20:5, 20:20, 20:22, 20:24, 21:1, 21:2, 21:12, 21:17, 21:25, 22:2, 22:4, 26:3, 26:6, 28:25
**CASES**.......................
... [1] - 11:3
**CASES**.......................
..... [1] - 13:1
**CASTEIX** [1] - 4:6
**casualty** [1] - 24:23
**Cathy** [2] - 34:4, 34:14
**CATHY** [1] - 9:22
Cathy_Pepper@laed
.uscourts.gov [1] - 34:16
cathy_Pepper@laed.
uscourts.gov [1] - 9:24
**CCR** [2] - 9:22, 34:14
**CENTER** [1] - 7:11
**CENTRE** [1] - 5:19
**CEREMONIAL** [1] - 13:19
**ceremonial** [1] - 28:3
**CERTIFICATE** [1] - 34:2
**Certified** [3] - 34:4, 34:5, 34:14
**certify** [1] - 34:8
**chambers** [1] - 32:2
**CHASSE** [1] - 3:12
**Chat** [1] - 30:18
**CHICAGO** [1] - 6:19
**Chris** [1] - 18:5
**CHRISTOPHER** [1] - 6:22
**Christopher** [1] - 30:4
**CIRCLE** [1] - 3:8
**Circuit** [2] - 22:15, 26:7
**CIRCUIT** [1] - 13:3
**CIRCUIT**.......................
................... [1] - 11:24
**CITY** [1] - 2:24
**city** [1] - 19:20
**CIVIL** [2] - 1:7, 5:12
**Civil** [2] - 30:9, 31:23
**claiming** [1] - 20:25
**CLAIMING** [1] - 11:7
**CLAIMS** [3] - 13:13, 13:22, 13:24
**claims** [6] - 21:17, 27:6, 27:12, 28:11, 28:17, 29:3
**CLASS** [1] - 12:4
**class** [3] - 22:22, 27:5,

27:14
**CLERK** [3] - 15:8, 15:12, 31:25
**clients** [1] - 31:10
**co** [1] - 16:10
**co-liaison** [1] - 16:10
**comment** [1] - 32:6
**committee** [1] - 15:16
**COMPANY** [3] - 6:8, 8:4
**complaint** [5] - 21:19, 21:20, 22:9, 22:17, 22:25
**COMPLAINT** [2] - 12:1, 12:7
**COMPLAINT..............** . [1] - 11:16
**complaints** [1] - 27:13
**complete** [2] - 23:19, 25:24
**COMPLETE..............** ........... [1] - 12:14
**completed** [3] - 23:21, 25:19, 29:24
**COMPLETED............** ..... [1] - 12:15
**COMPUTER** [1] - 9:25
**concept** [1] - 32:13
**concluded** [1] - 33:20
**concludes** [2] - 25:14, 25:15
**CONCLUDES** [1] - 12:24
**conclusion** [2] - 25:3, 25:7
**CONDITIONAL** [2] - 10:19, 10:21
**conditional** [2] - 19:23, 20:3
**conduct** [1] - 19:5
**CONDUCT** [1] - 10:11
**conducted** [1] - 28:20
**conference** [4] - 18:14, 18:16, 18:17, 33:17
**CONFERENCE** [2] - 1:12, 14:1
**conferences** [1] - 33:4
**CONSOLIDATED** [2] - 11:16, 12:1
**consolidated** [3] - 21:19, 22:9, 22:17
**consuming** [2] - 29:2, 29:10
**contact** [1] - 32:4
**continue** [1] - 23:9
**CONTINUED** [8] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1
**continued** [1] - 23:6

**CONTINUES** [1] - 12:9
**continues** [1] - 23:3
**contribute** [2] - 28:9, 29:22
**control** [1] - 24:24
**CONTROL** [1] - 12:18
**conveniens** [1] - 22:14
**CONVENIENS...........** ......................... [1] - 11:22
**coordinated** [1] - 21:5
**coordination** [1] - 23:3
**COORDINATION** [1] - 12:9
**copies** [1] - 33:11
**CORAL** [1] - 3:8
**COREY** [1] - 4:22
**Corey** [1] - 16:1
**corporate** [1] - 24:5
**CORPORATION** [3] - 6:9, 7:7, 8:3
**correct** [4] - 23:10, 23:11, 29:17, 34:8
**COSSICH** [3] - 3:10, 3:11, 16:17
**Cossich** [1] - 16:17
**council** [1] - 19:20
**COUNSEL** [1] - 1:18
**counsel** [4] - 15:15, 16:10, 20:1, 30:9
**couple** [4] - 21:16, 22:1, 32:18, 32:20
**course** [2] - 24:22, 25:18
**court** [4] - 20:20, 21:12, 27:24, 31:11
**Court** [15] - 18:18, 19:4, 19:7, 21:8, 22:13, 28:18, 31:12, 33:4, 33:5, 33:11, 34:5, 34:6, 34:7, 34:15, 34:16
**COURT** [51] - 1:1, 9:22, 10:5, 10:10, 10:13, 11:3, 11:21, 15:5, 15:9, 15:11, 15:15, 17:1, 18:12, 20:12, 20:19, 21:7, 21:10, 21:24, 23:8, 23:12, 23:22, 24:10, 24:17, 25:10, 25:25, 26:16, 26:20, 26:22, 26:25, 27:23, 28:7, 28:24, 29:15, 29:18, 29:22, 30:11, 30:13, 30:17, 30:22, 31:6, 31:15, 31:24, 32:3, 32:11, 32:15, 32:20,

32:22, 33:1, 33:6, 33:13, 33:15
**COURTROOM** [1] - 13:20
**courtroom** [4] - 27:21, 27:22, 28:4, 30:19
**courts** [2] - 20:23, 22:5
**COURTS** [1] - 11:4
**coverage** [1] - 26:6
**COVERAGE** [1] - 13:2
**coverages** [1] - 26:3
**COVERAGES** [1] - 13:1
**COVERS** [1] - 10:22
**covers** [1] - 20:4
**COVINGTON** [1] - 7:3
**CRAFT** [1] - 2:18
**CROW** [1] - 3:17
**CRR** [2] - 9:22, 34:14
**cumulative** [1] - 19:16
**CUMULATIVE** [1] - 10:16
**CUNNINGHAM** [3] - 2:11, 2:11, 16:7
**Cunningham** [1] - 16:8

# D

**DALLAS** [1] - 7:18
**damage** [1] - 21:3
**DAMAGE** [1] - 11:10
**DANIEL** [2] - 4:17, 4:18
**Dat** [1] - 30:18
**DATE** [1] - 13:15
**date** [3] - 22:16, 26:8, 27:7
**dated** [1] - 20:1
**DAUPHIN** [1] - 2:12
**DAWN** [1] - 4:7
**days** [3] - 31:1, 32:19, 32:20
**DC** [4] - 6:23, 7:4, 8:10, 9:9
**DEADLINE** [2] - 10:6, 10:8
**deadline** [5] - 18:21, 18:23, 18:24, 18:25, 27:9
**deadlines** [2] - 25:6, 25:8
**decide** [2] - 19:8, 33:9
**decided** [3] - 27:25, 28:25, 29:9
**declarations** [1] - 19:10
**Deepwater** [1] - 15:13

**DEEPWATER** [3] - 1:5, 5:17, 5:18
**defendants** [1] - 17:24
**DEGRAVELLES** [1] - 3:14
**DENHAM** [1] - 3:23
**DENISE** [1] - 8:13
**Denise** [1] - 18:9
**DEPARTMENT** [1] - 5:11
**DEPOSITION** [1] - 12:12
**deposition** [4] - 23:15, 23:19, 24:1, 24:2
**DEPOSITIONS** [1] - 12:15
**depositions** [6] - 23:20, 24:6, 24:7, 24:12, 24:14, 24:15
**DEPOSITIONS...........** ... [1] - 12:17
**DEPUTY** [1] - 15:8, 15:12
**DERIVATIVE** [1] - 11:20
**derivative** [2] - 22:11, 22:16
**determined** [1] - 25:16
**DEXTER** [1] - 4:23
**DID** [1] - 12:7
**DIFFERENT** [1] - 11:14
**different** [1] - 21:17
**directly** [1] - 33:12
**DISCHARGED** [1] - 12:20
**discharged** [1] - 24:25
**DISCOVERY** [3] - 12:9, 12:10, 12:14
**discovery** [15] - 21:5, 23:3, 23:4, 23:6, 23:16, 23:19, 25:8, 25:19, 25:24, 28:20, 29:1, 29:8, 29:10, 29:13
**DISCOVERY..........** [1] - 12:12
**discussion** [1] - 22:18
**discussions** [2] - 28:19, 28:24
**DISMISS** [1] - 12:5
**dismiss** [2] - 21:20, 23:1
**Dismiss** [1] - 22:23
**DISMISSAL** [2] - 11:23, 12:3
**dismissal** [3] - 22:14, 22:16, 22:20
**DISMISSED** [2] - 11:21, 12:1

**dismissed** [3] - 22:7, 22:13, 22:17
**District** [2] - 20:10, 22:4, 34:7, 34:16
**DISTRICT** [4] - 1:1, 1:2, 1:13, 11:2
**dividend** [1] - 22:22
**DIVIDEND** [1] - 12:4
**DIVISION** [1] - 5:12
**DO** [2] - 10:15, 12:18
**DOCUMENT** [1] - 1:9
**documents** [1] - 19:10
**DOES** [1] - 10:13
**DOMENGEAUX** [1] - 1:18
**DOMINION** [2] - 2:4, 2:19
**DON** [1] - 6:13
**Don** [3] - 17:7, 17:9, 23:17
**DONALD** [1] - 7:16
**door** [1] - 23:23
**DOUGLAS** [1] - 5:8
**down** [1] - 32:13
**DOYEN** [2] - 6:4, 17:15
**Doyen** [1] - 17:15
**DRAWER** [1] - 4:19
**DRESCHER** [1] - 2:3
**DRILLING** [1] - 5:17
**DRIVE** [2] - 2:4, 2:19
**DUDENHEFER** [14] - 30:6, 30:12, 30:15, 30:21, 30:24, 31:7, 31:23, 32:1, 32:7, 32:18, 32:21, 32:24, 33:3, 33:11
**Dudenhefer** [3] - 30:8, 30:20, 32:16
**due** [1] - 27:9
**DUNBAR** [2] - 8:16, 8:20
**DURING** [1] - 10:14
**during** [1] - 19:8

# E

**E&P** [1] - 8:4
**EACH** [1] - 10:17
**early** [1] - 25:9
**EAST** [1] - 3:4
**EASTERN** [1] - 1:2
**Eastern** [1] - 34:7
**EDWARDS** [1] - 1:18
**efforts** [1] - 25:25
**eight** [1] - 22:2
**EIGHT** [1] - 11:18
**either** [1] - 22:2
**EITHER** [1] - 11:18

**ELIZABETH** [1] - 2:15
**Elizabeth** [1] - 15:21
**ELLIS** [2] - 6:17, 6:21
**ELLISON** [2] - 11:19, 12:2
**Ellison** [5] - 21:14, 21:21, 22:3, 22:19, 22:23
**ELLISON...................
...................** [1] - 11:13
**ELM** [1] - 7:17
**EN** [1] - 13:19
**en** [1] - 28:3
**ENERGY** [3] - 5:19, 7:15, 9:15
**Energy** [1] - 16:12
**entered** [4] - 22:19, 23:5, 26:11, 28:21
**ENTERED** [2] - 12:2, 13:7
**ENTERTAIN** [2] - 10:13, 10:15
**entertain** [3] - 18:14, 19:7, 19:15
**entitled** [1] - 34:10
**envisioned** [1] - 29:3
**ERISA** [1] - 22:17
**ERISA......................
......................** [1] - 11:25
**ERVIN** [1] - 3:7
**Ervin** [1] - 16:13
**ESPY** [2] - 3:3, 16:16
**Espy** [1] - 16:16
**ESQUIRE** [52] - 1:18, 1:22, 2:3, 2:8, 2:11, 2:15, 2:18, 2:19, 2:23, 3:3, 3:4, 3:7, 3:11, 3:14, 3:18, 3:22, 4:3, 4:7, 4:10, 4:11, 4:14, 4:18, 4:22, 4:22, 5:7, 5:8, 5:12, 5:19, 5:23, 6:3, 6:4, 6:13, 6:17, 6:18, 6:21, 6:22, 7:3, 7:7, 7:11, 7:16, 7:16, 7:17, 7:20, 8:5, 8:9, 8:9, 8:13, 8:17, 8:21, 9:8, 9:12, 9:16
**essentially** [1] - 23:9
**estate** [1] - 21:2
**ESTATE** [1] - 11:10
**EVANS** [1] - 8:17
**event** [1] - 27:16
**events** [1] - 26:15
**evidence** [1] - 19:8
**EVIDENCE** [1] - 10:14
**exactly** [1] - 29:12
**EXCESS** [2] - 8:16,
13:2
**excess** [1] - 26:6
**exciting** [1] - 23:22
**executed** [1] - 31:10
**expected** [1] - 23:1
**expecting** [1] - 32:22
**expert** [4] - 24:10, 25:8, 26:23
**explain** [1] - 24:20
**EXPLORATION** [1] - 6:10
**extend** [1] - 18:21
**EXTEND** [1] - 10:6
**extended** [3] - 18:23, 27:8, 27:9
**EXTENDED** [2] - 10:8, 13:15
**extent** [1] - 21:5

## F

**fact** [6] - 24:1, 24:10, 24:14, 27:13, 29:7, 29:10
**FAIRNESS** [2] - 10:12, 13:21
**fairness** [6] - 19:6, 19:9, 19:21, 27:18, 27:20, 28:5
**familiar** [2] - 31:16, 32:5
**FANNIN** [1] - 5:23
**far** [2] - 23:20, 24:11
**fate** [1] - 29:14
**FAYARD** [3] - 3:21, 3:22, 16:21
**Fayard** [1] - 16:21
**FEDERAL** [1] - 5:11
**few** [3] - 25:6, 27:12, 28:15
**FIFTEENTH** [1] - 6:22
**Fifth** [3] - 22:15, 26:7, 28:4
**FIFTH** [4] - 9:12, 11:24, 13:3, 13:20
**FILE** [1] - 12:7
**file** [2] - 22:24, 32:16
**filed** [15] - 21:19, 22:4, 26:10, 26:17, 26:19, 27:7, 27:11, 27:13, 30:25, 31:7, 31:11, 31:13, 32:17, 32:18
**FILED** [3] - 9:19, 13:5, 13:13
**FILED...........** [1] - 13:11
**FILED......................
......................** [1] - 13:16
**FINAL** [2] - 12:2, 12:3

**final** [3] - 22:19, 22:20, 28:5
**finally** [1] - 23:2
**FINANCIAL** [2] - 9:7, 11:9
**financial** [1] - 21:2
**first** [5] - 19:2, 19:15, 28:25, 29:3, 29:11
**FITCH** [1] - 8:9
**fits** [1] - 31:9
**FL** [2] - 2:9, 3:8
**Fleurty** [3] - 30:14, 30:17, 30:18
**FLOOR** [5] - 2:15, 4:4, 5:13, 5:19, 6:4
**floor** [1] - 28:4
**FLOOR......................
..** [1] - 13:20
**FLORIDA** [1] - 3:22
**focus** [1] - 29:9
**focuses** [1] - 24:21
**follow** [2] - 22:21, 32:1
**following** [5] - 18:14, 24:14, 25:3, 25:7, 25:20
**FOR** [18] - 1:17, 2:3, 4:21, 5:3, 5:11, 5:16, 6:7, 7:6, 7:14, 8:3, 8:12, 8:16, 9:3, 9:15, 10:6, 10:8, 10:11, 12:3
**foregoing** [1] - 34:8
**forth** [2] - 19:10, 25:8
**FORUM** [1] - 11:21
**forum** [1] - 22:13
**FOX** [1] - 9:15
**FRANCISCO** [2] - 2:16, 5:14
**Frank** [1] - 30:8
**FRANK** [1] - 3:4
**Friday** [2] - 25:23, 33:17
**FRIDAY** [3] - 1:8, 14:1, 15:3
**Fridays** [1] - 25:6
**FRILOT** [1] - 5:18
**FROM** [1] - 10:6
**FRUGE** [1] - 3:14
**fully** [2] - 21:20, 22:15, 26:7
**FULLY** [1] - 13:4

## G

**GABLES** [1] - 3:8
**GALLAGHER** [2] - 7:11, 18:7
**Gallagher** [1] - 18:7
**GASAWAY** [2] - 6:21,

18:10
**Gasaway** [1] - 18:10
**GATE** [1] - 5:13
**GENERAL** [1] - 5:4
**GENERAL'S** [1] - 4:21
**GIRL** [5] - 30:9, 30:12, 30:13, 30:15, 30:24
**Girl** [3] - 30:14, 30:17, 30:18
**glad** [1] - 27:23
**GODWIN** [4] - 7:15, 7:16, 7:20, 17:9
**Godwin** [1] - 17:9
**GOING** [1] - 13:17
**GOLDEN** [1] - 5:13
**GONZALES** [1] - 3:7
**Gonzalez** [1] - 16:13
**GONZALEZ** [2] - 3:7, 16:13
**GOTSHAL** [2] - 9:8, 9:11
**GOVERNMENT** [1] - 5:11
**grand** [1] - 24:7
**GRAND** [2] - 6:4, 12:17
**GRANTED** [2] - 12:5, 12:6
**granted** [2] - 22:23, 22:24
**great** [3] - 21:10, 23:12, 32:12
**Greenwald** [2] - 16:25, 17:2
**GREENWALD** [3] - 2:23, 16:24, 17:3
**GUERRA** [1] - 2:18
**Guidry** [1] - 18:4
**GUIDRY** [2] - 8:5, 18:4
**Gulf** [2] - 15:13, 20:23
**GULF** [2] - 1:5, 11:5
**GULFPORT** [1] - 8:22

## H

**Halliburton** [4] - 17:10, 17:12, 17:21, 17:22
**HALLIBURTON** [1] - 7:14
**HAS** [6] - 10:5, 10:10, 10:20, 12:18, 13:5, 13:11
**HAVE** [5] - 11:18, 11:23, 12:15, 13:13, 13:16
**HAYCRAFT** [6] - 6:13, 17:7, 23:17, 23:24, 24:11, 24:22

**Haycraft** [2] - 17:7, 23:17
**HB406** [1] - 9:22
**hear** [2] - 21:21, 28:14
**heard** [2] - 32:10, 32:14
**HEARD** [1] - 1:13
**hearing** [7] - 19:6, 19:8, 19:22, 27:18, 27:20, 28:5, 32:7
**HEARING** [1] - 13:21
**HEARING...................
.....** [1] - 10:12
**HEARING...................
......** [1] - 10:14
**HEIMANN** [1] - 2:14
**helping** [1] - 31:19
**hereby** [1] - 34:7
**HERMAN** [6] - 1:21, 1:22, 15:17, 27:4, 28:6
**Herman** [2] - 15:17, 27:4
**HIGHWAY** [1] - 3:11
**HIM.....** [1] - 11:19
**hold** [1] - 28:4
**HOLDINGS** [3] - 5:16, 6:11, 9:4
**Hole** [1] - 24:3
**HOLTHAUS** [1] - 3:14
**HONEYCUTT** [1] - 3:21
**Honor** [61] - 15:10, 15:17, 15:20, 15:22, 15:24, 16:1, 16:5, 16:7, 16:9, 16:11, 16:15, 16:16, 16:17, 16:19, 16:22, 16:24, 17:5, 17:8, 17:11, 17:13, 17:15, 17:20, 17:23, 17:25, 18:2, 18:5, 18:8, 18:10, 19:25, 20:6, 20:11, 20:21, 21:9, 21:15, 21:16, 22:6, 22:12, 23:11, 23:17, 23:24, 25:2, 25:21, 26:5, 26:9, 27:4, 27:8, 27:20, 28:6, 28:13, 28:21, 29:12, 29:20, 30:2, 30:6, 30:7, 30:8, 30:25, 31:4, 32:8, 32:9, 32:18
**HONORABLE** [1] - 1:13
**Horizon** [1] - 15:13
**HORIZON** [1] - 1:5
**horse** [1] - 29:19
**Houston** [2] - 21:14, 23:14

HOUSTON [6] - 5:24, 7:11, 7:12, 7:21, 8:14, 11:12
HOW [1] - 10:11
Hurricane [2] - 18:23, 27:10

**I**

II [12] - 12:10, 12:18, 23:4, 23:18, 24:20, 24:23, 25:2, 25:19, 25:20, 25:23
II...................... .............. [1] - 12:13
IL [1] - 6:19
IMPREVENTO [1] - 2:3
IN [1] - 1:4, 1:5, 9:19, 10:23, 11:4, 11:12, 11:14, 12:9, 12:10
INC [14] - 5:17, 5:18, 6:7, 6:8, 6:9, 6:10, 6:12, 7:15, 9:3, 9:4, 9:5, 9:6, 9:7, 9:8
INCLUDING [1] - 12:10
including [1] - 23:4
indeed [1] - 23:25
indicated [1] - 27:20
informally [1] - 33:8
initial [1] - 28:20
INJURY [2] - 11:6, 13:10
injury [3] - 20:24, 20:25, 26:14
INJURY.................. ................ [1] - 11:8
Institution [1] - 24:4
INSURANCE [1] - 13:1
insurance [1] - 26:2
insurances [1] - 27:1
insurers [1] - 26:20
intend [3] - 9:7, 19:15, 19:19
INTEND [2] - 10:13, 10:15
INTERESTS [2] - 4:21, 5:11
interim [1] - 26:12
INTERIM [1] - 13:7
INTERNATIONAL [2] - 7:6, 9:7
interpleader [3] - 26:10, 26:16, 26:19
INTERPLEADER [2] - 13:5, 13:11
intervene [1] - 21:8
INTO [2] - 12:20,

13:13
introduce [1] - 15:16
involving [3] - 20:24, 26:6, 30:17
INVOLVING [2] - 11:7, 13:2
IS [4] - 10:21, 12:19, 13:3, 14:1
Isaac [2] - 18:23, 27:10
issue [4] - 20:8, 23:13, 29:6, 32:10
ISSUED [3] - 10:5, 10:10, 10:20
issued [4] - 18:18, 19:4, 20:3, 31:4
issues [3] - 25:6, 29:7, 29:11
Item [3] - 20:13, 21:13, 28:10
ITEMS [1] - 10:3

**J**

JACKSON [1] - 3:5
JAMES [2] - 1:18, 5:4
JANUARY [1] - 12:23
January [1] - 25:13
JEFFERSON [1] - 1:19
Jeffrey [1] - 15:22
JEFFREY [1] - 2:3
JENNY [1] - 7:16
Jenny [1] - 17:21
Jim [1] - 16:9
Joe [1] - 16:23
JONES [2] - 3:18, 15:19
Jones [1] - 15:19
JOSEPH [1] - 4:14
JPML [1] - 20:11
JR [6] - 3:11, 3:22, 4:3, 4:17, 4:18, 7:17
JUDGE [3] - 1:13, 11:13, 11:19, 12:2, 13:5
Judge [23] - 16:13, 17:9, 17:17, 21:14, 21:21, 22:3, 22:19, 22:23, 23:5, 24:8, 24:13, 25:5, 25:21, 26:10, 27:21, 28:16, 28:20, 30:21, 31:18, 31:21, 32:12, 32:24, 33:3
judgment [2] - 22:19, 28:12
JUDGMENT [2] - 12:2, 13:23

July [1] - 22:23
JULY [1] - 12:5
JUST [1] - 10:22
JUSTICE [1] - 5:11

**K**

KALBAC [1] - 3:7
KANE [1] - 3:7
KANNER [2] - 5:7, 5:7
Kathleen [1] - 18:7
KATHLEEN [1] - 7:11
KATZ [1] - 1:21
keep [2] - 19:21, 25:24
KERRY [1] - 5:19
Kerry [1] - 17:17
KINGSDORF [1] - 4:6
KIRBY [2] - 8:9, 18:2
Kirby [1] - 18:2
KIRKLAND [2] - 6:17, 6:21
knows [2] - 22:21, 25:21
KRAUS [1] - 5:8
Ky [1] - 18:2
KY [1] - 8:9
KYLE [1] - 8:21

**L**

L.L.C [1] - 8:12
LA [17] - 1:20, 1:23, 3:12, 3:15, 3:23, 4:4, 4:8, 4:12, 4:19, 5:5, 5:9, 5:20, 6:15, 7:8, 8:6, 8:18, 9:23
LAFAYETTE [1] - 1:20
LAMAR [1] - 7:21
LANDAU [2] - 6:22, 18:5
Landau [2] - 18:5, 30:4
Langan [9] - 17:8, 19:24, 19:25, 26:4, 27:2, 28:13, 29:23, 33:6, 33:12
LANGAN [22] - 6:17, 17:8, 19:25, 20:18, 20:21, 21:9, 21:15, 21:25, 23:11, 26:4, 26:18, 26:21, 26:23, 28:13, 29:12, 29:17, 29:20, 30:2, 32:9, 32:12, 33:10, 33:14
large [1] - 28:3
LARGE [1] - 13:19
LASALLE [1] - 6:18
last [5] - 18:16, 19:2,

19:3, 22:1, 30:25
LAW [1] - 4:17
laws [1] - 21:18
LAWS...................... ............ [1] - 11:15
layers [1] - 26:20
leave [1] - 22:24
LEAVE...................... ....... [1] - 12:6
LEE [1] - 17:13
Lee [1] - 17:13
legal [3] - 28:14, 29:7, 29:11
LEGER [2] - 4:3, 4:3
Lemelle's [1] - 27:21
letter [2] - 32:4, 33:8
LEVIN [1] - 2:7
LEWIS [2] - 6:12, 8:12
LI [1] - 6:3
liability [2] - 24:23, 25:4
LIAISON [1] - 1:18
liaison [4] - 15:15, 16:10, 17:24, 20:1
LIEFF [1] - 2:14
lift [4] - 31:1, 31:7, 31:14, 32:17
LIMIT [1] - 10:17
limit [1] - 19:17
LIMITED [1] - 6:11
LISKOW [1] - 6:12
listed [1] - 18:18
listening [1] - 24:19
litigated [1] - 28:22
litigation [1] - 31:2
live [1] - 19:8
LIVE [1] - 10:13
LLC [3] - 5:16, 9:4, 9:5
lonesome [1] - 17:1
look [1] - 33:7
LOS [2] - 6:5, 9:17
LOSS [1] - 11:9
loss [1] - 21:2
LOUISIANA [5] - 1:2, 1:7, 5:3, 8:13
Louisiana [3] - 16:4, 34:6, 34:7
LP [1] - 8:4
LUIS [1] - 6:3
Luis [1] - 17:13
LUXENBERG [1] - 2:22
Lyle [1] - 17:25
LYLE [2] - 9:8, 17:25

**M**

M-I [1] - 18:9
MAIN [1] - 3:15

manage [1] - 31:20
management [1] - 28:11
Management [1] - 31:4
MANAGEMENT [2] - 9:3, 13:22
managing [2] - 26:11, 28:16
MANAGING............... ........................ [1] - 13:6
MANGES [2] - 9:8, 9:11
MARINE [3] - 9:5, 9:6, 9:6
MARTINEZ [2] - 7:16, 17:20
Martinez [1] - 17:21
MARTÍNEZ [1] - 3:7
matter [3] - 21:8, 28:22, 34:10
matters [1] - 31:19
MAZE [2] - 4:22, 16:1
Maze [1] - 16:1
MCCUTCHEN [1] - 8:8
MCKINNEY [1] - 7:12
MCLEOD [1] - 8:17
MDL [9] - 10:23, 11:12, 12:11, 15:12, 20:5, 21:14, 23:4, 23:7, 23:14
mean [3] - 18:19, 32:13, 33:5
MECHANICAL [1] - 9:25
meeting [2] - 19:20
MEETS [1] - 10:24
meets [1] - 20:7
MEKEL [1] - 4:11
member [1] - 16:20
members [1] - 15:16
mention [3] - 23:2, 27:19, 28:16
mentioned [4] - 22:8, 26:18, 27:9, 30:2
Merit [2] - 34:5, 34:15
METHVIN [1] - 3:17
MEXICAN [1] - 13:24
Mexican [1] - 28:17
Mexico [1] - 15:13
MEXICO [1] - 1:5
MI [1] - 8:12
Michael [1] - 17:25
MICHAEL [4] - 3:14, 5:12, 6:4, 9:8
MIKAL [1] - 2:18
Mikal [1] - 16:20
Mike [5] - 15:25,

16:15, 16:16, 17:5, 17:15
**MILES** [1] - 3:18
**Miller** [1] - 17:17
**MILLER** [2] - 5:19, 17:17
**mind** [1] - 19:21
**minutes** [1] - 28:15
**miscellaneous** [1] - 31:19
**MITCHELL** [1] - 2:7
**MOBILE** [1] - 2:12
**MONTGOMERY** [2] - 3:19, 4:23
**month** [2] - 24:6
**MONTHLY** [1] - 1:12
**months** [2] - 18:17, 22:1
**MORAN** [1] - 8:21
**MORE** [3] - 10:20, 11:18, 12:16
**MORGAN** [3] - 3:3, 8:12
**morning** [37] - 15:9, 15:10, 15:17, 15:20, 15:22, 15:24, 16:1, 16:5, 16:7, 16:9, 16:11, 16:13, 16:16, 16:17, 16:19, 16:21, 16:24, 17:5, 17:9, 17:11, 17:13, 17:15, 17:17, 17:20, 17:23, 17:25, 18:2, 18:5, 18:8, 18:10, 23:17, 27:4, 30:4, 30:7, 30:16, 32:8, 33:5
**MORRIS** [2] - 4:10, 4:10
**most** [3] - 19:6, 22:7, 26:14
**mostly** [2] - 20:23, 20:24
**MOSTLY** [2] - 11:4, 11:6
**motion** [11] - 21:20, 22:18, 23:1, 29:4, 31:1, 31:7, 31:14, 31:17, 32:5, 32:17, 33:7
**MOTION** [1] - 12:5
**Motion** [1] - 22:23
**MOTION......** [1] - 12:1
**MOTIONS** [1] - 13:25
**motions** [4] - 18:15, 28:14, 29:25, 30:4
**MOTLEY** [1] - 4:14
**MOUNT** [1] - 4:15
**move** [2] - 20:14, 20:16
**MR** [73] - 15:17, 15:19,

15:22, 15:24, 16:1, 16:3, 16:5, 16:7, 16:9, 16:11, 16:13, 16:15, 16:16, 16:17, 16:19, 16:21, 16:23, 17:5, 17:7, 17:8, 17:9, 17:11, 17:13, 17:15, 17:17, 17:19, 17:22, 17:23, 17:25, 18:4, 18:5, 18:10, 19:25, 20:18, 20:21, 21:9, 21:15, 21:25, 23:11, 23:17, 23:24, 24:11, 24:22, 25:21, 26:4, 26:18, 26:21, 26:23, 27:4, 28:6, 28:13, 29:12, 29:17, 29:20, 30:2, 30:6, 30:12, 30:15, 30:21, 30:24, 31:7, 31:23, 32:1, 32:7, 32:9, 32:12, 32:18, 32:21, 32:24, 33:3, 33:10, 33:11, 33:14
**MRM** [2] - 9:15, 16:12
**MS** [9] - 3:5, 8:22, 15:20, 16:24, 17:3, 17:20, 18:2, 18:7, 18:8
**multiple** [1] - 19:16
**MULTIPLE** [1] - 10:15
**MUNGER** [1] - 6:3

## N

**N.W** [1] - 6:22
**name** [2] - 30:8, 30:11
**NAUGHTY** [5] - 30:9, 30:12, 30:13, 30:15, 30:24
**near** [1] - 28:23
**necessarily** [1] - 32:25
**necessity** [1] - 19:17
**need** [5] - 21:7, 21:11, 23:13, 25:18, 29:22
**needed** [1] - 24:14
**needs** [1] - 21:5
**NEGOTIATED** [1] - 13:9
**negotiated** [1] - 26:13
**NEW** [14] - 1:7, 1:23, 2:24, 4:4, 4:8, 4:12, 5:9, 5:20, 6:15, 7:8, 8:6, 8:18, 9:13, 9:23
**next** [3] - 21:13, 24:6, 25:5
**Next** [1] - 33:17
**NEXT** [1] - 14:1
**NO** [1] - 1:7

**NON** [1] - 11:22
**non** [1] - 22:14
**NORFOLK** [1] - 2:5
**NORTH** [4] - 6:8, 6:9, 6:11, 6:12
**NORTHCOURT** [1] - 8:21
**NOT** [3] - 10:13, 10:15, 13:22
**NOTE** [1] - 14:1
**note** [2] - 20:6, 32:1
**Note** [1] - 33:17
**noted** [1] - 20:2
**nothing** [3] - 21:4, 29:21, 33:7
**November** [6] - 18:22, 19:6, 24:7, 27:8, 27:18, 28:5
**NOVEMBER** [4] - 10:7, 10:12, 13:15, 13:21
**NOW** [2] - 13:3, 13:16
**NRC** [1] - 18:1
**Number** [6] - 20:13, 20:20, 21:13, 28:10, 30:10, 31:5
**number** [5] - 18:18, 20:4, 27:12, 28:19, 31:22
**NUMBER** [2] - 10:5, 10:21
**numbered** [1] - 34:10
**numbers** [2] - 20:15, 20:17
**NW** [3] - 7:4, 8:10, 9:9
**NY** [2] - 2:24, 9:13

## O

**O'Brien's** [1] - 18:1
**O'BRIEN'S** [1] - 9:3
**O'KEEFE** [1] - 1:22
**object** [1] - 19:14
**OBJECTIONS** [3] - 10:8, 13:16, 13:18
**objections** [7] - 18:23, 18:25, 19:14, 19:16, 27:8, 27:11, 27:17
**OBJECTIONS..........** ........ [1] - 10:16
**obviously** [3] - 19:13, 25:11, 28:14
**occurred** [1] - 29:5
**Oceanographic** [1] - 24:3
**OCTOBER** [4] - 10:6, 11:17, 13:18, 14:2
**October** [4] - 18:22, 21:22, 27:17, 33:18

**OF** [24] - 1:2, 1:5, 1:12, 4:17, 5:3, 5:3, 5:11, 10:5, 11:2, 11:3, 11:6, 11:11, 11:12, 11:14, 12:3, 12:10, 12:12, 12:17, 12:19, 12:25, 13:8, 13:12, 13:22, 13:24
**OFFICE** [3] - 3:19, 4:21, 5:4
**OFFICES** [1] - 4:17
**Official** [2] - 34:6, 34:15
**OFFICIAL** [1] - 9:22
**OFFSHORE** [2] - 5:17, 9:4
**oil** [4] - 15:12, 15:13, 20:24, 29:14
**OIL** [3] - 1:4, 1:5, 11:7
**OLSON** [1] - 6:3
**ON** [14] - 1:5, 10:10, 10:24, 11:17, 11:21, 12:1, 12:2, 12:5, 12:7, 12:23, 13:18, 13:20, 13:21
**One** [1] - 25:14
**one** [10] - 18:20, 18:23, 20:3, 20:4, 20:8, 21:17, 22:21, 27:9, 29:6, 31:9
**ONE** [7] - 6:13, 7:11, 8:21, 10:8, 10:20, 10:22, 12:24
**ones** [2] - 18:21, 24:11
**open** [1] - 27:24
**OPT** [2] - 10:6, 13:15
**opt** [2] - 18:22, 27:7
**opt-out** [1] - 27:7
**OPT-OUT** [1] - 13:15
**opt-outs** [1] - 18:22
**OPT-OUTS** [1] - 10:6
**OR** [4] - 10:13, 10:16, 11:19, 13:23
**oral** [5] - 18:14, 19:11, 21:21, 30:1, 33:16
**ORAL** [2] - 11:17, 13:25
**Order** [1] - 31:4
**order** [12] - 19:3, 19:4, 19:7, 19:15, 20:3, 20:4, 23:5, 23:9, 26:11, 27:25, 28:18, 28:21
**ORDER** [4] - 10:10, 10:21, 13:7, 15:5
**ordered** [2] - 25:3, 29:3
**orders** [2] - 18:18, 19:24
**ORDERS.............** [1] -

10:5
**ORDERS..................** ...... [1] - 10:19
**original** [1] - 22:7
**originally** [3] - 22:3, 22:6, 31:11
**ORLEANS** [12] - 1:7, 1:23, 4:4, 4:8, 4:12, 5:9, 5:20, 6:15, 7:8, 8:6, 8:18, 9:23
**OTHER** [1] - 11:9
**OTHERS..................** ............. [1] - 11:11
**OUT** [1] - 13:15
**OUTS** [1] - 10:6
**outs** [1] - 18:22
**OVER** [1] - 13:13

## P

**pace** [1] - 25:24
**PAGE** [1] - 10:3
**Palmintier** [1] - 16:15
**PALMINTIER** [3] - 3:14, 3:14, 16:15
**PANEL** [2] - 10:20, 10:24
**Panel** [2] - 20:3, 20:7
**PAPANTONIO** [1] - 2:7
**pardon** [1] - 30:15
**PARSIOLA** [1] - 3:10
**part** [2] - 19:6, 28:17
**participants** [1] - 28:2
**participate** [1] - 27:14
**particular** [3] - 21:8, 31:9, 31:16
**particularly** [1] - 21:4
**parties** [7] - 22:18, 23:6, 24:8, 24:15, 25:22, 27:16, 28:19
**PARTIES** [1] - 13:17
**partner** [1] - 30:3
**party** [1] - 24:3
**passed** [1] - 18:24
**PAYMENTS** [1] - 13:8
**payments** [1] - 26:12
**pending** [7] - 18:15, 20:22, 21:12, 21:14, 21:17, 29:25, 31:3
**PENDING** [3] - 11:4, 11:12, 11:14
**PENNSYLVANIA** [1] - 7:4
**PENSACOLA** [1] - 2:9
**PENTHOUSE** [1] - 3:8
**PEOPLE** [1] - 10:15
**people** [8] - 19:13, 19:16, 23:23, 24:18,

27:13, 28:1, 33:1
**PEPPER** [1] - 9:22
**Pepper** [3] - 34:4,
34:13, 34:14
**per** [1] - 25:24
**perhaps** [2] - 22:12,
22:20
**PERSON** [1] - 10:17
**person** [1] - 19:17
**PERSONAL** [3] - 11:6,
11:8, 13:10
**personal** [3] - 20:24,
20:25, 26:14
**PETOSA** [1] - 3:4
**PETROLEUM** [1] - 8:3
**PHASE** [5] - 12:10,
12:13, 12:18, 12:22,
12:24
**Phase** [18] - 23:4,
23:10, 23:18, 24:20,
24:22, 24:23, 25:2,
25:3, 25:7, 25:12,
25:14, 25:19, 25:20,
25:22, 25:23
**PHELPS** [2] - 8:16,
8:20
**Phil** [1] - 16:17
**PHILIP** [1] - 3:11
**phone** [2] - 24:18,
25:23
**PIGMAN** [1] - 7:7
**PLACE** [1] - 8:17
**place** [3] - 25:9, 27:21,
31:8
**plaintiff** [1] - 30:9
**PLAINTIFFS** [3] - 2:3,
11:23, 12:6
**plaintiffs** [5] - 15:18,
16:12, 20:9, 22:14,
22:24
**PLAINTIFFS'** [1] -
1:17
**plaintiffs'** [1] - 16:21
**PLAINTIFFS...............
....** [1] - 10:25
**PLAN** [1] - 10:11
**plan** [3] - 19:5, 25:11,
25:15
**planning** [1] - 19:21
**pleadings** [1] - 22:10
**PLEASANT** [1] - 4:15
**PLEASE** [1] - 9:19
**Pletcher** [1] - 16:19
**PLETCHER** [2] - 2:19,
16:19
**point** [2] - 19:3, 25:3
**pointed** [2] - 19:14,
20:21
**PORTIS** [1] - 3:18
**possible** [1] - 32:9

**POST** [2] - 3:19, 5:4
**potentially** [2] - 20:9,
29:1
**POTENTIALLY** [1] -
11:1
**POYDRAS** [6] - 4:7,
4:11, 5:20, 6:14, 8:5,
9:22
**practice** [1] - 29:4
**PRESENT** [1] - 9:19
**pretty** [1] - 21:6
**PROCEDURES** [1] -
10:11
**procedures** [1] - 19:5
**proceed** [4] - 31:1,
31:13, 33:9, 33:15
**PROCEEDINGS** [3] -
1:12, 9:25, 15:2
**proceedings** [3] -
31:3, 33:19, 34:10
**PROCTOR** [1] - 2:7
**PRODUCED** [1] - 9:25
**PRODUCTION** [2] -
6:7, 6:10
**PRODUCTS** [1] - 6:12
**program** [1] - 27:7
**PROGRAM
.................** [1] -
13:14
**pronunciation** [1] -
30:16
**PROPERTY** [1] -
11:10
**property** [1] - 21:2
**PROPOSAL** [1] -
10:25
**proposal** [1] - 20:8
**PROTOCOL** [2] - 13:9
**protocol** [2] - 23:10,
26:13
**providing** [1] - 23:6
**PSC** [15] - 13:12,
15:19, 15:21, 15:23,
16:6, 16:8, 16:14,
16:15, 16:16, 16:18,
16:20, 16:22, 16:23,
16:25, 27:3
**pure** [1] - 29:6
**put** [2] - 29:10, 31:20
**putting** [1] - 29:18

**Q**

**QUANTIFICATION** [1]
- 12:19
**quantification** [1] -
24:24
**QUANTITY** [1] - 12:19
**quantity** [1] - 24:25

**quick** [1] - 32:22
**quite** [1] - 25:16

**R**

**RAFFERTY** [1] - 2:7
**raise** [1] - 29:25
**raised** [1] - 29:6
**re** [1] - 15:12
**RE** [1] - 1:4
**ready** [1] - 25:7
**real** [2] - 21:2, 32:22
**REAL** [1] - 11:10
**really** [2] - 27:11,
29:15
**Realtime** [1] - 34:4,
34:14
**recently** [2] - 22:19,
26:19
**RECENTLY** [1] - 12:2
**recess** [2] - 25:15,
25:17
**RECESS** [1] - 12:25
**record** [3] - 19:10,
19:11, 34:9
**RECORD** [1] - 9:19
**RECORDED** [1] - 9:25
**REDDEN** [1] - 7:10
**referring** [1] - 31:18
**regard** [2] - 21:12,
26:1
**REGARDING** [1] -
10:11
**regarding** [3] - 19:5,
20:8, 23:13
**registered** [1] - 34:15
**Registered** [1] - 34:4
**RELATES** [1] - 1:9
**RELATING** [1] - 13:9
**relating** [1] - 26:13
**relative** [1] - 27:12
**relatively** [1] - 18:13
**release** [1] - 31:10
**remain** [1] - 20:5
**REMAIN** [1] - 10:23
**remaining** [1] - 24:6
**remand** [1] - 20:9
**REMAND** [1] - 11:1
**remind** [1] - 32:4
**reminded** [1] - 27:23
**removed** [1] - 31:11
**renewed** [1] - 22:25
**report** [8] - 19:23,
20:1, 20:11, 20:22,
25:8, 26:2, 26:18,
28:10
**REPORTER** [1] - 9:22
**Reporter** [7] - 34:4,
34:5, 34:6, 34:14,

34:15, 34:15
**REPORTER'S** [2] -
14:1, 34:2
**Reporter's** [1] - 33:17
**rescheduled** [1] -
25:12
**RESCHEDULED** [1] -
12:22
**RESERVE** [1] - 4:19
**RESOLVED** [1] -
13:22
**resolved** [2] - 28:11,
29:7
**respect** [1] - 26:5
**responder** [1] - 17:24
**RESPONDING** [1] -
13:17
**responding** [1] -
27:17
**response** [1] - 20:25
**RESPONSE** [2] - 9:3,
11:7
**restructured** [1] -
28:22
**RESULT** [1] - 13:8
**result** [1] - 26:12
**resume** [1] - 25:19
**RHON** [1] - 3:13
**Rhon** [1] - 15:19
**RICE** [3] - 4:14, 4:14,
16:23
**Rice** [1] - 16:23
**RICHESON** [1] - 8:4
**RIG** [1] - 1:5
**rig** [1] - 15:13
**rise** [1] - 15:8
**RMR** [2] - 9:22, 34:14
**Rob** [1] - 18:10
**ROBERT** [4] - 2:11,
6:21, 7:3, 8:5
**Robert** [2] - 16:8, 18:4
**Roberts** [1] - 17:19
**ROBERTS** [2] - 5:23,
17:19
**ROBIN** [1] - 2:23
**Robin** [1] - 16:25
**RONQUILLO** [2] -
7:15, 7:20
**ROOM** [2] - 5:13, 9:22
**room** [1] - 23:24
**ROUGE** [2] - 3:15, 5:5
**round** [1] - 22:8
**Roy** [1] - 16:9
**ROY** [4] - 1:18, 1:18,
16:9, 25:21
**running** [1] - 21:6
**RYAN** [1] - 6:18

**S**

**s/Cathy** [1] - 34:13
**SAME** [1] - 10:16
**SAN** [3] - 2:16, 2:20,
5:14
**SC** [1] - 4:15
**schedule** [1] - 25:24
**SCHEDULED** [2] -
12:17, 12:22
**scheduled** [4] - 24:2,
24:7, 24:11, 25:12
**school** [1] - 19:20
**Scofield** [1] - 18:9
**SCOFIELD** [2] - 8:13,
18:8
**scope** [1] - 29:2
**screen** [4] - 18:19,
19:1, 19:2, 19:3
**SEA** [1] - 12:20
**sea** [2] - 24:25, 25:1
**SEA.........................
.....................** [1] -
12:21
**SEACOR** [6] - 9:4, 9:4,
9:5, 9:5, 9:6, 9:6
**seated** [1] - 15:9
**SECOND** [1] - 11:16
**second** [3] - 21:19,
22:8, 26:16
**SECREST** [1] - 7:10
**SECURITIES** [2] -
11:15, 11:18
**securities** [5] - 21:18,
21:24, 21:25, 22:2,
22:7
**SECURITIES-TYPE**
[1] - 11:18
**securities-type** [1] -
22:2
**see** [3] - 20:15, 20:16,
32:4
**SEE** [2] - 9:19, 13:25
**send** [3] - 32:3, 33:11,
33:12
**separately** [1] - 26:9
**SEPTEMBER** [7] - 1:8,
10:9, 10:10, 10:24,
12:3, 13:7, 15:3
**September** [6] - 18:24,
19:4, 20:2, 20:7,
22:20, 26:11
**SERVICES** [1] - 7:15
**set** [2] - 22:16, 26:8
**SETTLEMENT** [2] -
13:14, 13:22
**settlement** [4] - 27:7,
27:15, 28:3, 28:11
**settlements** [3] - 19:9,

26:14, 27:3
SETTLEMENTS [1] -
13:12
SETTLEMENTS.........
. [1] - 13:10
SETTLING [1] - 13:17
settling [2] - 22:9,
27:16
SEVENTH [1] - 4:18
several [3] - 18:15,
28:24, 30:25
SHAW [1] - 4:3
SHEETS [1] - 9:19
SHELL [1] - 6:13
short [1] - 18:13
Shushan [8] - 23:5,
24:8, 25:5, 25:21,
26:10, 28:16, 28:20,
31:21
SHUSHAN [1] - 13:5
Shushan's [1] - 24:13
SIEMENS [1] - 9:7
SIGN [1] - 9:19
SIGN-IN [1] - 9:19
significant [4] - 18:21,
19:6, 21:4, 26:15
SINCE [1] - 10:20
SINCLAIR [1] - 4:22
slippery [1] - 32:14
slope [1] - 32:14
smoothly [1] - 21:6
SOME [2] - 12:25,
13:9
sometime [1] - 25:20
sort [2] - 28:21, 31:18
SOURCE [1] - 12:18
source [1] - 24:24
SOUTH [2] - 2:8, 6:4
SOUTHERN [1] - 11:1
Southern [2] - 20:10,
22:4
SPEAK....................
..................... [1] -
10:18
spend [1] - 28:15
spill [2] - 15:12, 20:24
SPILL [2] - 1:4, 11:7
SPILLED [1] - 12:20
spilled [1] - 24:25
SPRINGS [1] - 3:23
SQUARE [1] - 6:13
ST [1] - 9:9
standing [1] - 23:24
state [4] - 20:20,
20:23, 21:12, 31:11
State [3] - 16:2, 16:3,
34:5
STATE [5] - 4:21, 5:3,
5:3, 11:3, 11:4

statements [1] - 19:12
STATES [2] - 1:1, 1:13
states [2] - 20:23,
28:17
States [3] - 15:25,
34:6, 34:16
STATES....................
. [1] - 13:24
STATES....................
................. [1] - 11:5
status [7] - 18:14,
20:20, 21:13, 23:15,
27:3, 33:4, 33:17
STATUS [6] - 1:12,
11:3, 11:12, 12:12,
13:12, 14:1
stay [6] - 31:1, 31:3,
31:7, 31:13, 31:14,
32:17
STENOGRAPHY [1] -
9:25
Stephanie [1] - 15:11
STEPHEN [1] - 1:22
Steve [3] - 15:17,
17:19, 27:4
STEVEN [1] - 5:23
still [1] - 22:9
stipulation [1] - 28:12
STIPULATION.........
.......... [1] - 13:23
STONE [1] - 7:7
street [1] - 30:21
STREET [24] - 1:19,
2:8, 2:12, 2:15, 3:4,
3:15, 4:4, 4:7, 4:11,
4:18, 5:8, 5:20, 5:23,
6:14, 6:22, 7:8, 7:12,
7:17, 8:5, 8:10, 8:13,
8:18, 8:22, 9:22
subject [1] - 29:4
submitted [1] - 20:1
SUITE [17] - 2:8, 2:20,
3:4, 3:11, 4:7, 4:11,
5:23, 6:14, 7:12,
7:17, 7:21, 8:5, 8:13,
8:18, 8:22, 9:9, 9:16
SUMICH [1] - 3:10
summary [1] - 28:11
SUMMARY [1] - 13:23
supervision [1] -
24:13
suspension [1] -
22:22
SUSPENSION [1] -
12:4
SUTHERLAND [1] -
5:22
SW [1] - 3:22

**T**

TAKE [1] - 12:24
TAYLOR [1] - 3:10
Ted [1] - 17:24
ten [1] - 23:20
TEN [1] - 12:15
term [1] - 28:23
Texas [2] - 20:10, 22:4
TEXAS.....................
............ [1] - 11:2
THAT [12] - 10:14,
10:17, 10:23, 11:1,
11:9, 11:17, 11:21,
11:23, 12:19, 12:20,
13:5, 13:9
THAT....... [1] - 12:3
THE [78] - 1:4, 1:5,
1:13, 1:17, 2:3, 5:3,
5:11, 9:19, 10:5,
10:6, 10:8, 10:11,
10:16, 10:17, 10:20,
10:25, 11:1, 11:5,
11:23, 12:3, 12:9,
12:10, 12:19, 12:20,
12:22, 12:24, 13:3,
13:8, 13:13, 13:19,
13:20, 15:8, 15:9,
15:11, 15:12, 15:15,
17:1, 18:12, 20:12,
20:19, 21:7, 21:10,
21:24, 23:8, 23:12,
23:22, 24:10, 24:17,
25:10, 25:25, 26:16,
26:20, 26:22, 26:25,
27:23, 28:7, 28:24,
29:15, 29:18, 29:22,
30:11, 30:13, 30:17,
30:22, 31:6, 31:15,
31:24, 31:25, 32:3,
32:11, 32:15, 32:20,
32:22, 33:1, 33:6,
33:13, 33:15
themselves [1] - 15:16
THEODORE [1] - 9:12
THESE [1] - 13:17
THEY [1] - 12:7
third [1] - 24:3
third-party [1] - 24:3
THIS [1] - 1:9
THOMAS [2] - 2:7,
9:16
THOSE [1] - 11:6
three [2] - 21:2, 28:17
THREE [2] - 11:9,
13:24
TIME [2] - 10:17, 13:9
TIME....................... [1] -
12:25

TO [24] - 1:9, 10:6,
10:8, 10:11, 10:13,
10:15, 10:18, 11:1,
11:19, 11:23, 12:5,
12:10, 12:18, 12:20,
12:22, 13:8, 13:10,
13:15, 13:17, 13:19,
15:5
TOBATEX [1] - 9:15
Tobatex [1] - 16:12
together [1] - 24:15
TOLLES [1] - 6:3
Tom [1] - 16:11
TONY [1] - 2:19
Tony [1] - 16:19
TORTS [1] - 5:12
TOTAL [1] - 12:17
total [1] - 24:7
TOWER [1] - 2:4
town [1] - 24:3
TRANSCRIPT [2] -
1:12, 9:25
transcript [1] - 34:8
TRANSCRIPT)...........
.. [1] - 13:25
transfer [2] - 19:24,
20:3
TRANSFER [2] -
10:19, 10:21
TRANSFERRED [1] -
11:19
transferred [1] - 22:2
TRANSOCEAN [5] -
5:16, 5:16, 5:18,
8:16, 13:8
Transocean [5] -
17:14, 17:16, 17:18,
17:19, 26:12
Transocean's [1] -
26:6
TRANSOCEAN'S [1] -
13:2
transport [1] - 29:14
trial [6] - 25:4, 25:7,
25:12, 25:14, 25:20
TRIAL [3] - 12:22,
12:23, 12:24
tried [1] - 25:2
true [1] - 34:8
trying [1] - 31:19
Tsekerides [1] - 17:24
TSEKERIDES [2] -
9:12, 17:23
turn [2] - 19:19, 23:23
turnaround [1] - 32:22
two [4] - 18:16, 19:1,
26:14, 33:1
TX [6] - 2:20, 5:24,
7:12, 7:18, 7:21,
8:14

type [1] - 22:2
TYPE [1] - 11:18
TYPES [1] - 11:14
types [1] - 21:17

**U**

U.S [1] - 5:11
under [5] - 21:18,
23:18, 23:20, 24:13,
28:10
Underhill [1] - 15:25
UNDERHILL [2] -
5:12, 15:24
understood [1] - 32:7
UNDERWRITERS [1] -
8:16
UNDETERMINED [1] -
12:25
undetermined [1] -
25:16
United [3] - 15:25,
34:6, 34:16
UNITED [2] - 1:1, 1:13
up [8] - 18:18, 18:19,
19:1, 19:2, 20:8,
20:16, 32:1, 33:5
USE [1] - 13:19
usual [1] - 24:18

**V**

VA [1] - 2:5
validity [1] - 31:10
VARIETY [1] - 11:11
variety [1] - 21:3
VARIOUS [1] - 11:4
various [2] - 20:23,
21:18
versus [1] - 30:18
voice [1] - 19:14
VOICES [1] - 15:10
VOICING [1] - 10:15
voicing [1] - 19:16

**W**

wade [1] - 29:11
waiting [1] - 33:1
WALKER [1] - 2:3
WALTER [1] - 4:3
WALTHER [1] - 7:7
WARREN [1] - 8:9
WAS [3] - 12:1, 13:9,
13:15
WASHINGTON [4] -
6:23, 7:4, 8:10, 9:9
watching [1] - 24:19

**WATERSIDE** [1] - 2:4
**WATTS** [2] - 2:18,
  2:18
**Watts** [1] - 16:20
**WE** [2] - 10:11, 12:24
**week** [3] - 18:24, 27:9,
  28:21
**WEEK** [1] - 10:8
**WEIL** [2] - 9:8, 9:11
**WEINER** [1] - 8:4
**WEITZ** [1] - 2:22
**WERE** [2] - 12:6,
  12:20
**WEST** [1] - 9:16
**WHEN** [1] - 12:24
**WHEREUPON** [1] -
  33:19
**WHICH** [2] - 10:21,
  12:7
**WHITELEY** [1] - 5:7
**whole** [1] - 32:13
**wider** [1] - 29:2
**Wilkinson** [2] - 31:18,
  32:12
**WILL** [3] - 10:17,
  12:24
**WINFIELD** [1] - 4:22
**wish** [1] - 28:1
**WITH** [3] - 12:9, 12:18,
  13:12
**WITNESSES** [1] -
  10:13
**witnesses** [1] - 19:8
**WITTMANN** [1] - 7:7
**Woods** [1] - 24:3
**workers** [1] - 20:25
**WORKERS** [1] - 11:7
**WORLDWIDE** [1] - 9:5
**WRIGHT** [1] - 1:18
**written** [3] - 20:22,
  23:15, 23:19
**WRITTEN** [2] - 12:12,
  12:14

## Y

**Yat** [1] - 30:18
**year** [1] - 22:13
**years** [1] - 33:1
**yesterday** [1] - 24:1
**YORK** [4] - 2:24, 7:20,
  9:13, 17:11
**York** [1] - 17:11

---

"

---

**"MIKE"** [1] - 7:3