FILED

2012 AUG 23 A 9 03

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-7057　　　　　　　　　　　　　　　　　　　　　DIVISION "F"

EXTREME FISHING CHARTERS, INC, ALLEN WALKER, ROXANNE WALKER

VERSUS

BP, P.L.C., BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION INC., WEATHERFORD U.S. L.P., AND AIRBORNE SUPPORT INTERNATIONAL, INC.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF FILING NOTICE OF REMOVAL TO CLERK OF COURT FOR STATE ACTION

To:　　Honorable Dale N. Atkins
　　　　Clerk of Court
　　　　Civil District Court
　　　　Orleans Parish, State of Louisiana
　　　　421 Loyola Ave., Room 402
　　　　New Orleans, Louisiana 70112

Re:　　Extreme Fishing Charters, Inc., et al. v. BP, P.L.C., et al., Civil District Court for the Parish of Orleans, State of Louisiana, Case No. 12-7057

**YOU ARE HEREBY NOTIFIED** that on the 23rd day of August, 2012, a Notice of Removal in the above-entitled cause, copies of which are annexed hereto, was filed in the United States District Court for the Eastern District of Louisiana, and that on the 23rd day of August 2012, opposing counsel was sent a copy of the Notice of Removal attached hereto.

Respectfully submitted,

/s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
Mark D. Latham (Bar #19673)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: 504-581-7979
Facsimile: 504-556-4108

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

EXHIBIT "A"

- 2 -

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2012, a copy of the foregoing pleading has been served upon all counsel of record by United States Postal Service, properly addressed and postage prepaid.

1172111_1