# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>Relates to: 2:12-cv-02155 | MDL No.: 2:10-md-2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF HEARING

**CONSIDERING THE FOREGOING,**

Notice is hereby given that Plaintiffs' Motion to Remand in the above-captioned proceeding shall come for hearing before the court at _____ a.m./p.m. on the _____ day of _____, 2012.

                                                            This _____ day of _____ 2012

                                                            _____
                                                            MAGISTRATE JUDGE