UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>All Cases | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**PLAINTIFFS' MOTION TO NULLIFY EACH AND EVERY
GULF COAST CLAIMS FACILITY
"RELEASE AND COVENANT NOT TO SUE" and
VACATE PRELIMINARY APPROVAL ORDER
[As to the Proposed Economic and Property Damages Class Action Settlement]**

Plaintiffs, Pinellas Marine Salvage, Inc., John Mavrogiannis, and Selmer M. Salvesen, by and through their undersigned counsel, hereby file their Motion to Nullify Each and Every Gulf Coast Claims Facility "Release and Covenant Not to Sue" and Vacate Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement], Rec. Doc. 6418 dated May 2, 2012, for the reasons set out in Plaintiffs' Memorandum in Support of Their Motion to Nullify Each and Every Gulf Coast Claims Facility "Release and Covenant Not to Sue" and Vacate Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement] filed concurrently herewith.

DATED: September 24, 2012                        Respectfully submitted,

                                                                                        **/s/ Brian J. Donovan**
                                                                                        Brian J. Donovan
                                                                                        Attorney for Plaintiffs
                                                                                        Florida Bar No. 143900
                                                                                        3102 Seaway Court, Suite 304
                                                                                        Tampa, FL 33629
                                                                                       Tel: (352)328-7469
                                                                                       BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of September, 2012.

                                                            **/s/ Brian J. Donovan**
                                                             Brian J. Donovan
                                                             Attorney for Plaintiffs
                                                             Florida Bar No. 143900
                                                             3102 Seaway Court, Suite 304
                                                             Tampa, FL 33629
                                                             Tel: (352)328-7469
                                                             BrianJDonovan@verizon.net