UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SUSHAN |
| Charles J. Petty, Plaintiff | | |
| Versus | | Case No: 2:12-cv-01093-CJB |
| BP America Production Company, Defendants | | |

## ORDER TO DISMISS CASE WITHOUT PREJUDICE

COMES NOW, Michael L. Fondren, counsel for Charles J. Petty, and Jason Watkins, counsel for BP America Production Company, and would show the Court the following, to-wit:

1. That the parties and counsel herein agree that the above styled case, *Charles J. Petty v. BP America Production Company*, Case No. 2:12-cv-01093-CJB, should be dismissed without prejudice to the Plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED that the case of *Charles J. Petty v. BP America Production Company* be dismissed without prejudice to the Plaintiff.

SO ORDERED AND ADJUDGED, this the _____ day of _____, 2012.

_____
DISTRICT JUDGE

AGREED TO AS TO FORM AND SUBSTANCE:

*/s/ Jason Watkins*
_____
JASON WATKINS, Attorney for BP America
Production Company

*/s/ Michael L. Fondren*
_____
MICHAEL L. FONDREN, Attorney for Charles J. Petty

MICHAEL L. FONDREN, P.C.
MICHAEL L. FONDREN
MSB # 8941
906 Convent Avenue
Pascagoula, MS 39567
Phone: 228-762-5110
Fax: 228-769-5110
mlfondren@hotmail.com