

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Oil Spill by the Oil Rig         MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                 JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

---

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT: STATUS OF POLICY CHANGES AFFECTING DOCUMENT REQUIREMENTS**

| STATUS REPORT NO. | 2 | DATE | September 24, 2012 |
|---|---|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                      MDL NO. 2179
          "Deepwater Horizon" in the Gulf
          of Mexico, on April 20, 2010                SECTION J

Applies to:  *All Cases*                              JUDGE BARBIER
                                                      MAGISTRATE JUDGE SHUSHAN

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT:  STATUS OF POLICY CHANGES AFFECTING DOCUMENT REQUIREMENTS**

**STATUS REPORT NO. 2, DATED SEPTEMBER 24, 2012**

As the Claims Administrator reported in its Status Report No. 1, filed on September 5, 2012, we have encountered a significant percentage of incomplete claims across all claim types for various reasons.  In an effort to evaluate ways to make the Claims Process as efficient as possible, the Claims Administrator worked with the Parties and the Court to identify possible changes to policies governing certain of the document requirements in the Settlement Agreement.  As a result of those efforts, the Claims Administrator has adopted the following policy changes, which have been approved by the Parties.

| | POLICY CHANGES AFFECTING DOCUMENT REQUIREMENTS | | |
|---|---|---|---|
| | **CLAIM TYPE** | **DOCUMENT** | **POLICY CHANGE** |
| 1. | **Business Economic Loss** | **Business License** | Claimants no longer need to submit a business or professional license. |
| 2. | **Business Economic Loss** | **Profit and Loss Statements (P&Ls)** | 1. If a claimant submits 12 monthly P&Ls, an annual P&L is not required.<br>2. If a claimant submits 11 out of 12 monthly P&Ls, *and* an annual P&L, the 12th monthly P&L is not required.  The Claims Administrator will calculate the missing month's revenue and expenses. |
| 3. | **Individual Economic Loss** | **License or Permit for the Claiming Job** | Claimants no longer need to submit a license or permit for the Claiming Job. |

1

| | POLICY CHANGES AFFECTING DOCUMENT REQUIREMENTS | | |
|---|---|---|---|
| | **CLAIM TYPE** | **DOCUMENT** | **POLICY CHANGE** |
| 4. | Individual Economic Loss; Individual Periodic Vendor or Festival Vendor (IPV/FV) | Proof of Age (*e.g.,* Driver's license, passport, birth certificate or print-out from a public database) | Claimants no longer need to submit documents to prove their age. The Claims Administrator will rely upon the age provided by the claimant in the Registration Form or in a Sworn Written Statement signed by the claimant. |
| 5. | Individual Economic Loss; IPV/FV | Proof of Employability (*e.g.,* Social Security Card, Government-issued ID, temporary work visa, or green card) | Claimants no longer need to submit documentation to prove employability, if the Claims Administrator can verify the claimant's Social Security Number or taxpayer identification number through public databases. If the Claims Administrator is not able to do so, the claimant will be required to submit proof of employability. |
| 6. | Seafood | Documents that Allocate Benchmark Period Revenues by Vessel, Landing, and Catch Type | (1) Claimants may complete, sign, and submit SWS-1 to provide the required allocation.<br>(2) Where a vessel owner has submitted a Seafood Compensation Claim relating to only one vessel and one catch type supported by the claimant's Tax Returns, a SWS-1 or Trip Tickets will not be required. Instead, the Claims Administrator will allocate the revenues from the claimant's Tax Returns to the one type of catch asserted on the Claim Form. Where the documents submitted by the claimant indicate that the revenues reported in the Tax Returns are not solely related to harvesting the catch type claimed, or reflect some landings outside of the Gulf Coast Areas, the Claims Administrator will contact the claimant and request SWS-1. |

| | **CLAIM TYPE** | **DOCUMENT** | **POLICY CHANGE** |
|---|---|---|---|
| |  | **POLICY CHANGES AFFECTING DOCUMENT REQUIREMENTS** | |
| 7. | Seafood | **Vessel Registration and Ownership 4/20/10 to 12/31/10** | Claimants who have submitted proof of vessel registration for 2011 or 2012 (or if the Claims Administrator has obtained confirmation of such registration) may submit or the Program may use, any *one* of the following to show vessel registration and ownership:<br>(1) A copy of the current vessel registration as well as Trip tickets or landing reports issued by Louisiana or Florida that show vessel registration information for the proper time period;<br>(2) Federal registration information provided on submitted Federal Fisheries Permits for the proper time period;<br>(3) Information in Federal and/or State vessel registration databases where available for the proper time period;<br>(4) Saltwater products license showing vessel registration numbers for the proper time period;<br>(5) Vessel registration receipts for the proper time period; or<br>(6) Vessel title for the proper time period. |
| 8. | Seafood | **Commercial Fishing License Issued Before 4/20/10 for 2009 or 2010 Season** | As long as the Claimant has submitted valid commercial fishing license documents for 2011 or 2012, Claimants may submit, or the Program may use, any *one* of the following for proof of a commercial fishing license:<br>(1) Trip tickets or landing reports issued by Louisiana or Florida that show commercial fishing license information for the proper time period; and<br>(2) Commercial fishing license receipts for the proper time period. |
| 9. | IPV/FV | **License Required by Law to Make Sales** | Claimants no longer need to submit a license required by law to make sales. |
| 10. | IPV/FV | **Proof that the claimant sold the good(s) or service(s) claimed and did so regularly before 4/20/10** | Claimants no longer need to submit *all* of the following, but may submit any *one* of: Photographs reflecting the goods or services sold, news articles, sales flyers or advertisements reflecting the goods or services sold, and documents showing revenues and expenses. |

| | POLICY CHANGES AFFECTING DOCUMENT REQUIREMENTS | | |
|---|---|---|---|
| | **CLAIM TYPE** | **DOCUMENT** | **POLICY CHANGE** |
| 11. | **Vessel Physical Damage** | **Vessel Title** | Claimants no longer need to submit a vessel title, *if, and only if*, the claimant has submitted a vessel registration. In lieu of the title, a claimant must submit a Sworn Written Statement, which the Claims Administrator is developing now and will make available. The SWS will allow the claimant to verify that he or she owns the vessel and his or her ownership percentage. The Sworn Written Statement must be signed by the claimant. We will send an alert when this Sworn Written Statement is available. |
| 12. | **VoO Charter Payment** | **Proof of Training** | Proof of dispatch or being placed on hire will satisfy proof of training. |
| 13. | **Coastal Real Property** | **2010 Property Tax Assessment to Prove Value of a Parcel** | To prove value, claimants are no longer required to submit the 2010 Tax Assessment upfront. Instead, the Claims Administrator will rely on the Mapping Software, which contains the 2010 appraised value of the property. If the Mapping Software is missing the information, we will contact the claimant to submit the 2010 Property Tax Assessment. |
| 14. | **Real Property Sales** | **Documents required when the Mapping Software shows the parcel as not within the Compensation Zone** | Claimants whose Parcels do not appear in the Compensation Zone in the Mapping Software no longer must submit official documentation from the county or parish Assessor or a Professional Land Survey showing: (a) the actual presence of a Parcel for which there are no Parcel lines on the Real Property Sales Compensation Zone Map; (b) the Parcel is located within the geography identified in the Real Property Sales Compensation Zone Map; and (c) the county where the Parcel is located has designated the Parcel as Residential. Instead, the Claims Administrator will perform online research of the public property records and try to find the tax assessment notice issued under the name of the claimant/seller for the parcel, make a PDF of it, and then upload it into the claimant's claim file. If the Claims Administrator is not able to obtain the tax assessment, we will contact the claimant for the information. |

The removal of the business or professional license requirement applies only to Business Economic Loss, Individual Economic Loss and Individual Periodic Vendor/Festival Vendor claims. It does not change the license requirement for Seafood Program claims.

Claimants who have already received an Incompleteness Notice from the Program, review it to see if it asks for documents affected by any of the policy changes listed in the table above. If the Incompleteness Notice asks *only* for the documents mentioned in the changes above, the claimant does not need to do anything. The Claims Administrator will review the claim again and will issue a new Notice.

If the Incompleteness Notice includes items that are still required because they are not affected by these changes, the claimant will need to provide the documents that are still required. The claimant does not need to provide the documents that are no longer required.

The Claims Administrator will issue an email alert notifying law firms and claimants of these policy changes and what steps to take now, if any. We will also post this Court Report and an Alert on the general website and will work with claimants who call or visit a Claimant Assistance Center to explain these changes.

PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of September 2012.

                                                  /s/ Patrick M. Juneau
                                                  Claims Administrator