# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 07, 2012

No. 12-30012,  In Re: Deepwater Horizon
       USDC No. 2:10-CV-1758
       USDC No. 2:10-MD-2179

MEMORANDUM TO ALL COUNSEL:

Appellants' reply brief is due September 24, 2012.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc:  Mr. William Cothbert Baldwin
     Mr. David J. Beck
     Ms. Carmelite M. Bertaut
     Mr. Brad D. Brian
     Mr. Frederick Arthur Brodie
     Mr. Peter J. Butler Jr.
     Mr. Jeffrey Bossert Clark Sr.
     Ms. Rachel Giesber Clingman
     Mr. Paul D Connick Jr.
     Mr. Philip Francis Cossich Jr.
     Mr. Robert David Daniel
     Mr. Henry Tutt Dart
     Mr. James J. Dragna
     Mr. C. Berwick Duval II
     Mr. Stanwood Robert Duval
     Ms. Wanda Jean Edwards
     Mr. John Michael Elsley
     Mr. Calvin Clifford Fayard Jr.
     Mr. Edward Flanders
     Mr. Richard Cartier Godfrey
     Mr. Donald Everett Godwin
     Mr. Glenn G. Goodier
     Mr. John Phillip Haney
     Mr. Don Keller Haycraft
     Mr. Fred L. Herman
     Ms. Allyson Newton Ho
     Mr. David Blayne Honeycutt

Mr. Paul Matthew Jones
Mr. Sean Daniel Jordan
Mr. Allan L Kanner
Mr. Allen Mark Katz
Mr. Bryan Michael Killian
Mr. Ky E. Kirby
Mr. Edward F Kohnke IV
Ms. Deborah D Kuchler
Mr. James Andrew Langan
Ms. Elizabeth A Larsen
Mr. Walter J Leger Jr.
Mr. Michael G Lemoine
Mr. Derek E Leon
Mr. Daniel Benjamin Levin
Mr. Victor L. Marcello
Mr. Bradley Marten
Mr. Corey L. Maze
Mr. Jack McKay
Mr. Evans Martin McLeod
Mr. Christopher McNevin
Mr. Kerry J. Miller
Mr. Joseph Nicholas Mole
Mr. Harry J Morel Jr.
Mr. Camille A Morvant II
Mr. Stephen B. Murray Jr.
Mr. David Allen Parsiola
Mr. Richard G. Passler
Mr. Russell Stanley Post
Mr. Edwin G Preis Jr.
Mr. John F. Pritchard
Mr. Walter P Reed
Mr. Steven Lynn Roberts
Mr. John Francis Rowley
Mr. David Bruce Salmons
Mr. Lance Michael Sannino
Ms. Denise U. Scofield
Ms. Christine Elizabeth Sevin
Mr. Franklin G Shaw
Mr. Edmond Wade Shows
Mr. Barrett Robert Stephens
Mr. Kent C. Sullivan
Mr. Hugh Earl Tanner
Mr. Tommy W. Thornhill
Mr. Thomas Allen Usry
Mr. Joseph Lee Waitz Jr.
Mr. Campbell E. Wallace
Mr. Michael Butler Wigmore
Ms. Mary Jo Woods
Mr. Robert Alan York