UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig " | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2012 | * | SECTION J |
| | * | |
| Relates to: | * | JUDGE BARBIER |
| Rec. Docs. 7399 & 7413 | * | |
| | * | MAG JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Before the Court is a request for a refund of fees paid by the law firm of Farrell & Patel. On September 13 and 15, 2012, Sarah Spigener of that firm erroneously filed two Motions to Appear Pro Hac Vice on behalf of Terry A. C. Gray (Rec. Docs. 7399, 7413) and paid a $100 fee with each motion through pay.gov, the Court's electronic payment system. However, pursuant to Pre-Trial Order #1, only a Notice of Appearance was required. The motions were marked as deficient and counsel was simply added to the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court issue a refund in the amount of $200.00 to the law firm of Farrell & Patel.

New Orleans, Louisiana, this 25th day of September, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE