UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Working Group Conference on Friday, September 21, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### PHASE ONE PREPARATION

1. **Transocean Motion for Protective Order (Rec. doc. 7412).**

    The PSC filed its opposition on September 24. Transocean will reply on September 26.

2. **Courthouse Space for Trial of Phase One**.

    All parties who had space in February 2012, except for Dril-Quip and Anadarko, are requesting space for the trial in January. The Court is working to secure space for all requesting parties, but those with offices nearby may have to do without space in the courthouse.

2. **Other Preparations for Trial of Phase One**.

    In response to the Court's list of matters required for the Phase One Trial, the PSC prepared a summary of orders relating to these matters. The parties will review and comment on the PSC summary. The February 24, 2012 fact and expert witness list (Rec. doc. 5829) was circulated. The parties shall examine the list and report changes that should be made to it.

**PHASE TWO**

**Equipment Stored at Michoud**

1. **Inspection of BOP, Capping Stack and Equipment**.

The evidence is available for inspection by appointment with Captain Englebert through **Friday, October 5.** After that date, good cause will be required for inspection of the evidence.

By close of business on **Tuesday, September 25**, the parties shall notify the Court as to whether there is any objection to Judge Barbier examining the evidence. Captain Engelbert will accompany Judge Barbier to identify the pieces of the evidence. He will not be accompanied by any representative of a party.

Admiral Allen will be permitted to inspect the evidence after his deposition on Tuesday, September 25. The Court did not receive any objection to his request.

BP reported that on September 24 it will begin using the hand-held laser scanner. On September 24, it submitted the protocol for the sampling and destructive testing of the BOP and Riser materials and debris. It proposes to start the testing on October 8.

2. **Deadline for BOP Testing**.

At the request of Captain Engelbert, the deadline for testing all equipment and material stored at Michoud is shortened from October 31, 2012 to **Thursday, October 25, 2012.** All data related to testing will be provided on a rolling basis and no later than **November 21, 2012.**

**Phase Two Document Production**

1. **DPP Entries on Privilege Log Nos. 46-57.**

On September 20, 2012, an order was issued regarding five documents submitted for *in camera* inspection. They were properly withheld under the deliberative process privilege. Rec. doc.

7451. This item will not be on the September 28 agenda.

2. **DPP Entries on Privilege Log Nos. 58 and 59.**

On September 21, 2012, an order was issued requiring the U.S. to produce five documents for *in camera* inspection in connection with the verification process. Rec. doc. 7455.

3. **DPP Entries on Privilege Logs Served After Privilege Log 59.**

On September 21, 2012, the U.S. reported that it had served Privilege Log 60 with three entries (one new privilege document and two clawback documents). The U.S. did not assert the deliberative process privilege on any of these documents. The only outstanding DPP issues concern Privilege Log Nos. 58 and 59.

The U.S. reported that its privilege logs are complete except for some additional de-corrupted files and clawback documents. The U.S. privilege logs should be complete 21 days before the last Rule 30(b)(6) deposition.

4. **Schedule V and Zantaz.**

Pursuant to a September 20 order (Rec. doc. 7448), the U.S. will provide the Court with a list on September 26.

5. **Custodial File Production**.

There is a 21 day deadline in advance of a deposition for custodial file production and privilege logs.

6. **Professor Leifer Document Production**.

BP reported that Professor Leifer of U.C. - Santa Barbara attempted to send the documents, including the 30,000 emails, on a hard drive. The BP vendor found only 1,700 documents on the hard drive. Professor Leifer was out of the country, so there is no explanation for the shortfall. BP

agreed that the deposition of Anthony Possolo should proceed on September 26, but it may have to be held open. In the alternative, the Court may be asked to approve a deposition of Professor Leifer. BP reported that once the technical issues with Professor Leifer's documents are resolved, it will make a proposal. The U.S. responded that it collected documents from Professor Leifer regarding his work on the FRTG and produced them to BP. The U.S. objected to leaving Possolo's deposition open because he is not designated to testify on the additional uncertainly analysis performed by Dr. Leifer.

BP will have to demonstrate good cause for any request made by it after resolution of Dr. Leifer's production of documents.

**7.     U.S. Document Production**.

    a.     Third Party FRTG Subpoenas

The order from the last conference stated that, "[t]he U.S. will submit *in camera* the documents which it has withheld as work-product." Rec. doc. 7426 at 4. This is incorrect. Because of the date range of the BP's subpoenas, the U.S. is concerned that a third party will produce documents generated at the direction of the U.S. as part of an expert consulting agreement for the litigation. BP and the U.S. agreed that the third party will not have to produce such documents. Instead, the U.S. will submit an *in camera* statement identifying the categories of documents withheld by the U.S., the experts associated with the documents, and when the U.S. retained the experts.

    b.     Coast Guard Custodial Metadata

BP reported that it is working with the U.S. on the issue. The U.S. suggested setting a deadline for the resolution of open issues like the Coast Guard Metadata. BP responds that such a

deadline may prompt a lot of objections. Instead it suggested that the parties agree on the open items, including the Coast Guard Metadata, and a reasonable time to resolve them. The U.S. is concerned that issues are being raised now that it believes were previously resolved. The Court agreed that outstanding issues need be brought to a close. If they have re-emerged, those need to be brought to a close as well.

## Phase Two Fact Depositions

**1.    Length of Depositions and Allocation and Sequence of Examination Time**.

Kym Fontana raised a question during the deposition of Allan O'Donnell, an Anadarko designee, concerning the amount of time that can be reserved by the first questioner. Pursuant to the September 13 order (Rec. doc. 7394), 30 minutes may be reserved for a one day deposition and 60 minutes may be reserved for a two day deposition.

On September 18, BP reported that there was agreement with the U.S. that seven BP representatives would be two day depositions.

**2.    Update on Fact Depositions**.

The U.S. reported that the issues with the Intertek document production were resolved.

The U.S. continues to work on Wild Well Control discovery issues raised by it and Halliburton.

A date has not been set for the deposition of Wild Well Control.

The U.S. is confirming that the Stress Engineering document production is complete. Stress Engineering will designate ten engineers to testify on its behalf because ten different engineers headed up the modeling efforts performed by it. The depositions will be set in the second half of October.

The Cameron deposition is set for November 15 and 16.

The U.S. is working on resolving the issue raised by BP on the schedule conflict between the Guthrie and Griffiths depositions.

**3.      Phase Two and Phase Three Topics.**

BP raised the issue of questioning on later phases during Phase Two depositions. It reported that both Possolo and Miller worked on the "oil budget calculator." The document has relevance to both quantification and "fate and transport." BP will confine its examination of Possolo and Miller to quantification and not question them on later phases. It does not consider Phase Three or later phases within the scope of its notice. The U.S. accepted the clarification from BP with the understanding that a witnesses who testifies regarding an area should not be brought back to testify on that area in a later phase deposition.

The PSC reported that for Admiral Allen there are two topics which deal with dispersants. It considers subsea dispersant as a source control issue but surface dispersant is also a fate and transport issue to be addressed in a later phase. It sought clarification for Admiral Allen's deposition. BP responded that the Admiral Allen issue was different from the oil budget calculator and the deposition of Admiral Allen should cover both dispersant topics. The States added that they will ask fate and transport questions of every witness unless instructed otherwise.

**4.      Other Deposition Matters.**

The request by Woods Hole for payment of costs and attorneys' fees is pending.

There was a clawback issue during the deposition of Graham Vinson. Jeff Prieto and the U.S. are complimented on their professionalism in raising the issue about BP's document before it was used in the deposition.

5. **Scheduled Fact Depositions**.

The status of the scheduling of Rule 30(b)(6) Depositions is as set forth below.

|  | **Designee** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| Week - September 24-28 | | | | |
| **U.S.** | Admiral Allen | Two days | N.O. | Sept. 24 and 25 |
| **U.S.** | A. Possolo | Two days | N.O. | Sept. 26 and 27 |
| **BP** | Simon Bishop | Two days | N.O. | Sept. 27 and 28 |
| Week - October 1-5 | | | | |
| **U.S.** | Mark Miller | Two days | N.O. | Oct. 1 and 2 |
| **Add Energy** | | One day | N.O. | October 3 |
| **U.S.** | Charlie Henry | Two days | N.O. | Oct. 3 and 4 |
| **Statoil** | | One day | N.O. | October 4 |
| **BP** | Bryan Ritchie | Two days | N.O. | Oct. 4 and 5 |
| Week - October 8-12 | | | | |
| **Oceaneering** | | One day | N.O. | October 10 |
| **U.S.** | Lars Herbst | Two days | N.O. | Oct. 10 and 11 |
| **U.S.** | Admiral Cook | Two days | N.O. | Oct. 10 and 11 |
| **BP** | Tom Knox | Two days | N.O. | Oct. 11 and 12 |
| Week - October 15-19 | | | | |
| **BP** | Adam Ballard | Two days | N.O. | Oct. 16 and 17. |
| **BP** | Greg Rohloff | Two days | N.O. | Oct. 17 and 18 |
| **U.S.** | Art Ratzell | Two days | N.O. | Oct. 17 and 18 |

### Week - October 22-26

| Party | Deponent | Duration | Location | Date |
|---|---|---|---|---|
| **U.S.** | Admiral Landry | Two days | N.O. | Oct. 22 and 23 |
| **BP** | Yun Wang | Two days | N.O. | Oct. 24 and 25 |
| **U.S.** | Marcia McNutt | Two days | N.O. | Oct. 24 and 25 |
| **BP** | Trevor Smith | Two days | N.O. | Oct. 25 and 26 |

### Week - October 29 - November 2

| Party | Deponent | Duration | Location | Date |
|---|---|---|---|---|
| **U.S.** | Tom Hunter | Two days | N.O. | Oct. 30 and 31 |
| **U.S.** | Don McClay | Two days | N.O. | Oct. 30-Nov. 1 |
| **Intertek Group** | | One day | N.O. | November 1 |
| **Anadarko** | Robert Quitzau | One day | N.O. | November 1 |
| **DNV** | | One day | N.O. | November 1 |

### Week - November 5-9

| Party | Deponent | Duration | Location | Date |
|---|---|---|---|---|
| **Transocean** | Rob Turlak | Two days | N.O. | Nov 5 and 6 |
| **BP** | Hugh Banon | One day | N.O. | November 6 |
| **BP** | John Hughes | One day | N.O. | November 7 |
| **BP** | Marvin Miller | One day | N.O. | November 8 |

### Week - November 12-16

| Party | Deponent | Duration | Location | Date |
|---|---|---|---|---|
| **BP** | Kevin Devers | Two days | N.O. | Nov. 12 and 13 |
| **BP** | Tanner Gansert | Two days | N.O. | Nov. 12 and 13 |
| **BP** | Earnest Bush | One day | N.O. | November 14 |
| **U.S.** | Stewart Griffiths | Two days | N.O. | Nov. 14 and 15 |
| **BP Institute** | | Two days | U.K. | Nov. 14 and 15 |

| | | | | |
|---|---|---|---|---|
| **U.S** | George Guthrie | Two days | N.O. | Nov. 15 and16 |
| **Cameron** | Unidentified | Two days | N.O. | Nov. 15 and 16 |
| Week - November 19-23 | | | | |
| **BP** | Ellen Williams | Two days | N.O. | Nov. 19 and 20 |
| Week - November 26-30 | | | | |
| **Schlumberger** | Bud Decoste | One day | N.O. | November 27 |
| BP | Charlie Holt | Two days | N.O. | Nov. 28 and 29 |

### Phase Two Trial Preparation Timeline

The Court reported that it was considering the following timeline. The parties were asked to submit their comments by the close of business on **noon on Wednesday, September 26.**

10/30/12    Each party shall submit: (1) a preliminary good faith fact witness list with no more than 35 witnesses; (2) a preliminary good faith exhibit list; and (3) an *in camera* list of the experts likely to provide reports. A party will not be permitted to add to this witness list without good cause shown.

11/30/12    Deadline for completion of Rule 30(b)(6) depositions.

12/3/12    Simultaneous exchange of additional fact depositions. The U.S. and BP are each permitted to designate five. The PSC and the States may jointly designate two. The defendants other than BP may jointly designate two. For good cause shown the Court will consider additional fact depositions.

1/11/13    Complete all fact depositions.

2/4/13    Expert reports by parties with burden of proof.

2/25/13    Expert reports by parties responding.

| | |
|---|---|
| 3/11/13 | Reply expert reports. |
| 3/25/13 | Commencement of expert depositions. |
| 4/27/13 | Deadline for completion of expert depositions. |
| 5/15/13 | Rule 26(a)(3)(A)(i) disclosure of witnesses; and final exhibit lists. |
| 6/18/13 | **Trial of Phase Two**. |

## CONFERENCE SCHEDULE

| | |
|---|---|
| 9/28/12 | WGC meeting at 9:30 a.m. |
| 10/5/12 | **No WGC meeting.** |
| 10/12/12 | WGC meeting at 9:30 a.m. |
| 10/19/12 | Status Conference at 9:30 a.m. |
| | WGC meeting to follow |
| 10/26/12 | WGC meeting at 9:30 a.m. |
| 11/2/12 | WGC meeting at 9:30 a.m. |
| 11/9/12 | WGC meeting at 9:30 a.m. |
| 11/16/12 | Status Conference at 9:30 a.m. |
| | WGC meeting to follow |
| 11/30/12 | WGC meeting at 9:30 a.m. |
| 12/7/12 | WGC meeting at 9:30 a.m. |
| 12/14/12 | WGC meeting at 9:30 a.m. |
| 12/28/12 | WGC meeting at 9:30 a.m. |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 25th day of September, 2012.

_____
**SALLY SHUSHAN**
**U.S. MAGISTRATE JUDGE**