## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig**<br>          **"Deepwater Horizon"**<br>          **in the Gulf of Mexico,**<br>          **on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION: J** |
| **This Document Relates to:**<br>**Actions in B1 Pleading Bundle,** | |
| **2:11-cv-01987 and 2:11-cv-02533** | **JUDGE BARBIER**<br>**MAG. JUDGE SHUSHAN** |

_____/

### PLAINTIFFS' MOTION TO NULLIFY EACH AND EVERY
### GULF COAST CLAIMS FACILITY
### "RELEASE AND COVENANT NOT TO SUE" and
### VACATE PRELIMINARY APPROVAL ORDER
#### [As to the Proposed Economic and Property Damages Class Action Settlement]

Plaintiffs, Pinellas Marine Salvage, Inc., John Mavrogiannis, and Selmer M. Salvesen,

by and through their undersigned counsel, hereby file their Motion to Nullify Each and Every

Gulf Coast Claims Facility "Release and Covenant Not to Sue" and Vacate Preliminary

Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement],

Rec. Doc. 6418 dated May 2, 2012, for the reasons set out in Plaintiffs' Memorandum in Support

of Their Motion to Nullify Each and Every Gulf Coast Claims Facility "Release and Covenant

Not to Sue" and Vacate Preliminary Approval Order [As to the Proposed Economic and Property

Damages Class Action Settlement] filed concurrently herewith.

DATED: September 25, 2012                         Respectfully submitted,

                                                  **/s/ Brian J. Donovan_____**
                                                  Brian J. Donovan
                                                  Attorney for Plaintiffs
                                                  Florida Bar No. 143900
                                                  3102 Seaway Court, Suite 304
                                                  Tampa, FL 33629
                                                  Tel: (352)328-7469
                                                  BrianJDonovan@verizon.net

## <u>CERTIFICATE OF NON-SUPPORT</u>

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Motion to Nullify Each and Every Gulf Coast Claims Facility "Release and Covenant Not to Sue" and Vacate Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement] and Memorandum of Law. Plaintiffs' Liaison Counsel stated, "With respect to the Motion to Invalidate Each and Every GCCF Release, the PSC and others have submitted numerous filings calling into question the validity of some or all GCCF Releases; however, the Court has indicated in its B1 Order that it was not receptive to an across-the-board challenge of the Releases, as a matter of law. With respect to the Motion to Vacate Preliminary Approval, the PSC does not support, and would note that the deadline for the filing of Objections has expired."

DATED: September 25, 2012                                     Respectfully submitted,

                                                             **/s/ Brian J. Donovan_____**
                                                             Brian J. Donovan
                                                             Attorney for Plaintiffs
                                                             Florida Bar No. 143900
                                                             3102 Seaway Court, Suite 304
                                                             Tampa, FL 33629
                                                             Tel: (352)328-7469
                                                             BrianJDonovan@verizon.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>25th</u> day of September, 2012.

**/s/ Brian J. Donovan**_____
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net
