UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS,<br>Document Nos. 38703, 42675, 38700, 42683 | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Jackson Trail Apartments, LLC and William Amis Davis

2. Jackson Trail Apartments and William Amis Davis hired undersigned counsel on November 19, 2010.

3. On or about August 15, 2012, Jackson Trail Apartments, LLC, notified undersigned counsel that Jackson Trail Apartments, LLC, and William Amis Davis no longer desired representation.

4. Jackson Trail Apartments, LLC, has informed undersigned counsel that Jackson Trail Apartments, LLC and William Amis Davis will now proceed without counsel.

5. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 21st day of September, 2012.

PLAINTIFFS JACKSON TRAIL APARTMENTS, LLC AND WILLIAM AMIS DAVIS

By:   /s/Alex Peet
Alex Peet (FSB #47606)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020

Facsimile: (850) 837-4093
alex@lovelacelaw.com

### CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 21st day of September, 2012.

/s/Alex Peet
Alex Peet (FSB #47606)