UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS,<br>Document Nos. 38703, 42675, 38700, 42683 | Judge Barbier<br>Mag. Judge Shushan |

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about September 21, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Jackson Trail Apartments, LLC and William Amis Davis who will now proceed without counsel.

Date: _____                                   _____
                                                                              United States Magistrate Judge