**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *11-3179* | * | |
| | * | MAGISTRATE SHUSHAN |

<u>**ORDER**</u>

Case No. 11-3179, *Boudreaux v. Creppel* was recently transferred to this Section for possible consolidation with MDL 2179, 10-md-2179.  The Court finds consolidation with MDL 2179 is appropriate.  Accordingly,

IT IS ORDERED that Case No. 11-3179 is CONSOLIDATED with MDL 2179, 10-md-2179.  The Clerk of Court is directed to issue the customary pretrial orders following consolidation. The Clerk of Court is directed to file a copy of this Order in both 11-3179 and 10-md-2179.

New Orleans, Louisiana, this 25th day of September, 2012.

_____
United States District Judge