UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

[Regarding Sequence of Examination Time]

On September 5, 2012, an order was issued on the requests for reconsideration of the examination time for designees for Phase Two Rule 30(b)(6) depositions. Rec. doc. 7289. The order also set the sequence of examination time. There was a provision permitting the first party to examine a witness to reserve time. Id. at 2. On September 13, an order was issued clarifying that "the party who goes first in questioning may reserve up to 30 minutes for after the conclusion of the examination by all other parties (including the party presenting the witness)." This time is increased to 60 minutes for a two-day deposition. Rec. doc. 7394.

For all witnesses except source control and hybrid U.S. witness and affiliates, the party first in line to examine the witness has the largest allocation of time. For example, for a Transocean source control witness, the plaintiffs have 250 minutes followed by BP with 120 minutes. In that case, the plaintiffs may reserve up to 30 minutes for after the conclusion of the examination by all other parties, including Transocean.

For a source control witness or hybrid U.S. witness, the party first in line to examine a witness does not have the largest allocation of time. For a U.S. source control witness, the plaintiffs are first in line with 115 minutes while BP is next in order, but it has 225 minutes. For a U.S. hybrid

witness, the plaintiffs are first in line with 125 minutes with BP next in order with 215 minutes. Pursuant to the September 13 order (Rec. doc. 7394), the plaintiffs were permitted to reserve time in these depositions, but BP was not. BP questioned this outcome during the deposition of Admiral Allen, a source control or hybrid U.S. witness. The matter was resolved by permitting both plaintiffs and BP to reserve time.

Effective with the depositions beginning during the week of October 1, this procedure will be changed. For source control witnesses and hybrid U.S. witness and affiliates, the current alignment of the parties indicates that BP should be the first questioner with the right to reserve time. The plaintiffs will be the second examiner with no right to reserve time. Assuming that BP elects to reserve a full 30 minutes, the sequence of examination is as follows:

### U.S. Witness and Affiliates

|  | Source Control | Hybrid |
|---|---|---|
| BP | 195 | 185 |
| PSC/States | 115 | 125 |
| TO | 60 | 60 |
| HESI | 15 | 15 |
| Anadarko | 10 | 10 |
| Cameron | 10 | 10 |
| U.S. | 45 | 45 |
| BP (Reserved) | <u>30</u> | <u>30</u> |
| Total | 480 | 480 |

The deadline for an appeal of this order is **Wednesday, October 3, 2012.**

New Orleans, Louisiana, this 25th day of September, 2012.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**