UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section:  J |
| THIS DOCUMENT RELATES: | |
| Case No.: 2:10-CV-08888; 2:10-cv-02771<br><br>_____ / | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT COMES** undersigned counsel moves this Court for an order withdrawing Cossich, Sumich, Parsiola & Taylor, LLC as counsel of record for Plaintiff, Miho Dabo.  In support thereof, Movants would show:

1.  On or about December 19, 2011, Plaintiff retained the law firm Cossich, Sumich, Parsiola & Taylor, LLC to serve as counsel with regards to any and all non-Vessel of Opportunity Claims Plaintiff had arising out to the Deepwater Horizon Oil Spill on April 20, 2010.

2.  On or about February 3, 2012, the undersigned file an Amended Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 111009].

3.  On September 24, 2012, Plaintiff informed Cossich, Sumich, Parsiola & Taylor, LLC that he no longer desired to have the firm represent his interests.

4.  On September 25, 2012, Cossich, Sumich, Parsiola & Taylor, LLC honored the wishes of Plaintiff and the parties have terminated their relationship.  Thus, Cossich, Sumich, Parsiola & Taylor, LLC, as counsel of record requests this Court to allow its withdraw from representation of Miho Dabo in this case.

5.  Considering Plaintiff has chosen to represent himself in this matter, neither he nor any

other party will be prejudiced by Movants' withdrawal of counsel.

   6. The current mailing address of Plaintiff is 16 Deluth Canal, Empire, Louisiana 70050.

   WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of Cossich, Sumich, Parsiola & Taylor, LLC as counsel of records for Plaintiff in the above captioned case.

Dated: September 25th, 2012.

          Respectfully submitted,


          **BY:** /s/ Brandon J. Taylor
          **BRANDON J. TAYLOR**  **#27662**
          8397 Highway 23, Suite 100
          Belle Chasse, Louisiana  70037
          Telephone:  (504) 394-9000
          Facsimile:   (504)-394-9110

          *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of September, 2012.

      /s/   Brandon J. Taylor
      Brandon J. Taylor