UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | : CIVIL ACTION FILE NO.<br>:<br>: 2:10-MD-02179-CJB-SS<br>:<br>: SECTION "J"<br>:<br>: JUDGE CARL J. BARBIER<br>: MAG. JUDGE SHUSHAN |

### REQUEST TO BE HEARD AT FAIRNESS HEARING SCHEDULED FOR NOVEMBER 8, 2012

**COMES NOW** Yehuda Smolar, who hereby requests that pursuant to the *Order Regarding Procedures for November 8 Fairness Hearing* entered by this Honorable Court on September 11, 2012, he be heard with regard to his *Objection to Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012* filed in this matter on August 31, 2012.

Respectfully submitted this 25th day of September, 2012.

YES LAW GROUP, LLC

/s/ Yehuda Smolar
YEHUDA SMOLAR
Georgia Bar No. 665150

500 Bishop Street, Suite A-4
Atlanta, Georgia 30318
Telephone: (404) 525-3900
Facsimile: (404) 522-4932
ysmolar@yeslawgroup.com