UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES: | |
| Case No.: 2:10-CV-08888; 2:10-cv-02771<br>Rec. Doc. 111009<br>_____ / | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel:

It is ORDERED that the law firm of Cossich, Sumich, Parsiola & Taylor, LLC be allowed to withdraw as counsel of record for Plaintiff Miho Dabo, in this case.

New Orleans, Louisiana this 26th day of September, 2012.

_____
United States District Judge