OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 9/25/2012

In Re: Oil Spill By the Oil Rig "Deepwater Horizon" in the Gulf of Mexico

Case No. 10-2179 Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) B.P. America Production Company
   (address) 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808
2. (name) B.P. Exploration & Production
   (address) 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808
3. (name) B.P. PLC
   (address) 330 North St. Paul Street, Dallas, TX 75201
4. (name) B.P. Products North America, Inc
   (address) 320 Somerulos Street, Baton Rouge, LA 70802

Very truly yours,

_____
"Signature"
Attorney for Andry, Chrissone King
Address 610 Baronne St., NOLA 70113

(1)

```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: 9/25/2012

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico

Case No. 10-2179 Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Cameron International Corporation
   (address) 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808
2. (name) Halliburton Energy Services, Inc.
   (address) 5615 Corporate Blvd., Suite 400B, B.R., LA 70808
3. (name) Transocean LTD
   (address) 800 Brazos, Suite 400, Austin, TX 78701
4. (name) Transocean Offshore Deepwater Drilling, Inc.
   (address) 800 Brazos, Suite 400, Austin, TX 78701

Very truly yours,

"Signature"

Attorney for Andry, Cheisson & King
Address 610 Baronne St., NOLA 70113

(2)