U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   SEP 2 1 2012

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Lyle W. Cayce_
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _Cindy M. Broadhead_
   Deputy
New Orleans, Louisiana   SEP 1 9 2012

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
SEP 21 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

September 19, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 12-30883   In Re: Deepwater Horizon
       USDC No. 2:10-MD-2179
       USDC No. 2:10-CV-4536

Enclosed is an order entered in this case.

Please be advised the designation of the record must be filed in the District Court, and counsel must also provide the Fifth Circuit a copy of the designation at the time of filing.

The designation must be filed within 14 days from the above date.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _/s/ Cindy M. Broadhead_
                Cindy M. Broadhead, Deputy Clerk
                504-310-7707

Ms. Michelle Terry Delemarre
Mr. James Joseph Dragna
Ms. Judy B. Harvey
Mr. Ky E. Kirby
Ms. Deborah D Kuchler
Mr. Steven O'Rourke
Mr. David Joseph Pfeffer
Ms. Sharon Denise Smith
Mr. R. Michael Underhill
Ms. Loretta Whyte