UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**ORDER GRANTING THE PSC'S MOTION
FOR LEAVE TO FILE SUR-REPLY**

On this day the Court heard and considered the PSC's Motion for Leave to File Sur-Reply in opposition to Transocean's Motion for Protective Order.  The Court after reviewing the Motion, finds that good cause has been shown, and that the PSC's Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that the PSC is permitted to file its Sur-Reply in Opposition to Transocean's Motion for Protective Order.

New Orleans, Louisiana this _____ day of _____, 2012.

_____