UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br>   No. 12-2019, Cutler v. BP | MDL No. 2179<br><br>SECTION: J<br><br>MAGISTRATE DIV: 1<br><br>JUDGE: CARL J. BARBIER<br><br>MAGISTRATE JUDGE: SALLY SHUSHAN |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes BP America Inc. who respectfully requests leave of Court to file the attached Reply Memorandum in Support of Defendant's Motion to Dismiss.

Respectfully submitted,

/s/ Shannon S. Holtzman
Shannon S. Holtzman, T.A. (Bar #19933)
Devin C. Reid (La. Bar # 32645)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

J. Andrew Langan, P.C.
Paul D. Collier
Matthew V. Topic
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone: 312-862-2000
Fax: 312-862-2200

**Attorneys for BP America Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 27th day of September, 2012. I also certify that I have mailed this filing to the pro se plaintiff by United States Postal Service.

/s/ Shannon S. Holtzman