UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Four DPP Entries]

Pursuant to the September 21, 2012 order (Rec. doc. 7455), the U.S. submitted 4 entries from U.S. Privilege Logs 58 and 59 for *in camera* review.

1. IMW035-005902 to IMW035-005926

2. IMW035-025530 to IMW035-025533

3. IMW035-033395 to IMW035-033418

4. IMW035-041945 to IMW035-041946

The procedure described in the August 7, 2012 order (Rec. doc. 7056 at 2) was followed to determine whether the documents were properly withheld.  The Court finds that these 4 documents were properly withheld under the deliberative process privilege.

New Orleans, Louisiana, this 27th day of September, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**