IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | MDL NO. 2179<br>SECTION J<br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| Ref: C.A. NO. 12-970 | |

## NOTICE OF INTENT TO APPEAR AND REQUEST FOR PERMISSION TO SPEAK AT FAIRNESS HEARING

COMES NOW, Farr, Farr, Emerich, Hackett & Carr, P.A., on behalf of Smugglers Enterprises, Inc., B.F. FT. Myers, Inc., and Islander Properties, Inc., Economic Loss and Property Damages Class Members that filed objections to the Economic and Medical Benefit Settlements, and files this Notice of Intent to Appear and Request for Permission to Speak at Fairness Hearing presently set for November 8, 2012.

The arguments of counsel to be presented to the Court are not duplicative or cumulative objections, rather they are unique arguments regarding the impact of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, Rec. Doc. 6430-1, on countless thousands of Gulf businesses and individuals. Additionally, counsel wishes to provide supplemental oral arguments in furtherance of the previously filed objections.

                                          FARR, FARR, EMERICH,
                                            HACKETT AND CARR, P.A.

                 By:      /s/ David A. Holmes
                        David A. Holmes, Esq.
                        Florida Bar No. 0983136
                        George T. Williamson, Esq.
                        Florida Bar No. 0085585
                        99 Nesbit Street
                        Punta Gorda, Florida 33950
                        (941) 639-1158
                        Attorneys for Smugglers Enterprises, Inc., B.F. FT.
                        Myers, Inc., and Islander Properties, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the Class Notices for the Settlement Agreement in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        FARR, FARR, EMERICH,
         HACKETT AND CARR, P.A.

By: /s/ David A. Holmes
    David A. Holmes, Esq.
    Florida Bar No. 0983136
    George T. Williamson, Esq.
    Florida Bar No. 0085585
    99 Nesbit Street
    Punta Gorda, Florida 33950
    (941) 639-1158
    Attorneys for Smugglers Enterprises, Inc., B.F. FT. Myers, Inc, and Islander Properties, Inc.