UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig        *       MDL NO. 2179
   "Deepwater Horizon" in the    *
   Gulf of Mexico, on April 20, 2010  *       SECTION: J
               *
               *
               *
This Document Relates To:              *       JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS          *
               *       MAGISTRATE JUDGE SHUSHAN
               *
* * * * * * * * * * * * * * * * * * * *

## ATTACHMENT A

| Plaintiffs | Termination Date | MDL Document No. |
|---|---|---|
| Robert L. Burgess | 5/16/2012 | 2179 [should be #86] |
| Leonard Busby | 5/16/2012 | 108000 |
| Caroline Caleb | 5/16/2012 | 112733 |
| Charles Caleb | 5/16/2012 | 112735 |
| Robert Dale | 5/16/2012 | 25266 |
| Henry Lee Davis | 5/16/2012 | 395 |
| Melton Edwards | 5/16/2012 | 112739 |
| Wilbur Forehand | 5/16/2012 | 47262 |
| Chandler S. Green | 5/16/2012 | 57501 |
| Clifton Grove | 5/16/2012 | 70821 |
| Wayne Hartung | 5/16/2012 | 63465 |
| Manuel Heidelberg | 5/16/2012 | 25290 |
| Joseph Helm | 5/16/2012 | 397 |
| Darrell Jones | 5/16/2012 | 52941 |
| Elizabeth Kenny | 5/16/2012 | 56999 |
| Patrick Kenny | 5/16/2012 | 57003 |
| Michael Kirksey | 5/16/2012 | 57006 |
| Lorraine Krohn | 5/16/2012 | 47297 |
| Lee M. Ladnier | 5/16/2012 | 49246 |
| Don Landreth | 5/16/2012 | 47299 |