UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs.

| | |
|---|---|
| Robert L. Burgess | Leonard Busby |
| Caroline Caleb | Charles Caleb |
| Robert Dale | Henry Lee Davis |
| Melton Edwards | Wilbur Forehand |
| Chandler S Green | Clifton Grove |
| Wayne Hartung | Manuel Heidelberg |
| Joseph Helm | Darrell Jones |
| Elizabeth Kenny | Michael Kirksey |
| Lorraine Krohn | Lee M. Ladnier |
| Don Landreth | Patrick Kenny |

This the _____ day of _____ , 2012

_____
UNITED STATES DISTRICT JUDGE