UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ATTACHMENT A

| Plaintiffs | Termination Date | MDL Document No. |
|---|---|---|
| James Lee, Jr | 5/16/2012 | 47301 |
| Jerry Lett | 5/16/2012 | 57009 |
| Carl Martens | 5/16/2012 | 37 |
| Michael D. Mason | 5/16/2012 | 25339 |
| Leon McCampbell | 5/16/2012 | 52990 |
| Matthew Miller | 5/16/2012 | 53003 |
| Dennis Olive | 5/16/2012 | 68602 |
| Willie J. Rogers | 5/16/2012 | 367 |
| Donald H. Saujon | 5/16/2012 | 25384 |
| Gayle Seale | 5/16/2012 | 47339 |
| Qaunthia Simpkins | 5/16/2012 | 107970 |
| R.D. Simpkins | 5/16/2012 | 43583 |
| Shannon Rene Smith | 5/16/2012 | 65844 |
| James E. Snell | 5/16/2012 | 57509 |
| Shellie Spencer | 5/16/2012 | 57511 |
| Robert L. Stallings | 5/16/2012 | 408 |
| Mark D. Stephens | 5/16/2012 | 40 |
| Anna B. Stewart | 5/16/2012 | 57512 |
| Blaire Alexandra Stewart | 5/16/2012 | 57517 |
| Donald W. Stewart | 5/16/2012 | 57515 |