UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig     *     MDL NO. 2179
       "Deepwater Horizon" in the     *
       Gulf of Mexico, on April 20, 2010     *     SECTION: J
                                                       *
                                                      *
                                                      *
This Document Relates To:     *     JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS     *
                                                      *     MAGISTRATE JUDGE SHUSHAN
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs.

| | |
|---|---|
| James Lee, Jr. | Jerry Lett |
| Carl Martens | Michael D. Mason |
| Leon McCampbell | Matthew Miller |
| Dennis Olive | Willie J. Rogers |
| Donald H. Saujon | Gayle Seale |
| Qaunthia Simpkins | R. D. Simpkins |
| Shannon Rene Smith | James E. Snell |
| Shellie Spencer | Robert L. Stallings |
| Mark D. Stephens | Anna B. Stewart |
| Blaire Alexandra Stewart | Donald W. Stewart |

This the _____ day of _____ , 2012

_____
UNITED STATES DISTRICT JUDGE