UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig          *     MDL NO. 2179
       "Deepwater Horizon" in the        *
       Gulf of Mexico, on April 20, 2010 *     SECTION: J
                                         *
                                         *
                                         *
       This Document Relates To:         *     JUDGE BARBIER
       Case No. 2:10-cv-08888-CJB-SS     *
                                         *     MAGISTRATE JUDGE SHUSHAN
                                         *
* * * * * * * * * * * * * * * * * * * * *

## ATTACHMENT A

| Plaintiffs | Termination Date | MDL Document No. |
|---|---|---|
| Debra Ann Tate | 5/16/2012 | 25398 |
| Jerry Tatum | 5/16/2012 | 53046 |
| Cedric Taylor | 5/16/2012 | 57027 |
| William Roger Thomas | 5/16/2012 | 65853 |
| Glenn M. Travis | 5/16/2012 | 371 |
| Jerry Waire | 5/16/2012 | 54081 |
| Rush Watson | 5/16/2012 | 42713 |
| What's UR Point, LLC | 5/16/2012 | 36 |
| Cleophus Eugene White | 5/16/2012 | 65859 |
| Ray Williams | 5/16/2012 | 47391 |
| Stanley Williams | 5/16/2012 | 47394 |
| George E. Wilson | 5/16/2012 | 61155 |
| Charles Wolverton | 5/16/2012 | 25417 |
| Katina Young | 5/16/2012 | 65869 |
| Tracy Young | 5/16/2012 | 65872 |
| Corey Maxwell | 5/15/2012 | 108029 |