UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS | * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs.

| | |
|---|---|
| Debra Ann Tate | Jerry Tatum |
| Cedric Taylor | William Roger Thomas |
| Glenn M. Travis | Jerry Waire |
| Rush Watson | What's UR Point, LLC |
| Cleophus Eugene White | Ray Williams |
| Stanley Williams | George E. Wilson |
| Charles Wolverton | Katina Young |
| Tracy Young | Corey Maxwell |

This the _____ day of _____ , 2012

_____
UNITED STATES DISTRICT JUDGE