UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig          *     MDL NO. 2179
       "Deepwater Horizon" in the        *
       Gulf of Mexico, on April 20, 2010  *     SECTION: J
                                         *
                                         *
                                         *
       This Document Relates To:         *     JUDGE BARBIER
       Case No. 2:10-cv-08888-CJB-SS     *
                                         *     MAGISTRATE JUDGE SHUSHAN
                                         *
* * * * * * * * * * * * * * * * * * * * * *

## ATTACHMENT A

| Plaintiffs | Termination Date | MDL Document No. |
|---|---|---|
| Roger Randall | 5/15/2012 | 112249 |
| Gracie Seymore | 5/15/2012 | 57020 |
| Sunnie Seymour | 5/15/2012 | 47352 |
| Tom Makemson | 5/15/2012 | 25336 |
| Sanford Mullis | 5/15/2012 | 107960 |
| Timothy Hedrick | 5/15/2012 | 47286 |
| Todd Henderson | 5/15/2012 | 52905 |
| Arielle Bolen | 5/15/2012 | 111466 |
| Roy Bradley | 5/15/2012 | 52845 |
| Taryn Gray | 5/15/2012 | 47357 |
| David Carter | 5/15/2012 | 56965 |
| Rhonda Holland | 5/15/2012 | 47281 |
| Shawn Deboard | 5/15/2012 | 1119 |
| Jo Ella Cooper | 5/15/2012 | 112228 |
| Brandon Corbin | 5/15/2012 | 111467 |
| Billy Lee Davis | 5/15/2012 | 394 |
| Tammy Deboard Davis | 6/7/2012 | 1115 |