UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | \* | MDL NO. 2179 |
| "Deepwater Horizon" in the | \* | |
| Gulf of Mexico, on April 20, 2010 | \* | SECTION: J |
| | \* | |
| | \* | |
| | \* | |
| This Document Relates To: | \* | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | \* | |
| | \* | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

| | |
|---|---|
| Roger Randall | Gracie Seymore |
| Sunnie Seymore | Tom Makemson |
| Sanford Mullis | Timothy Hedrick |
| Todd Henderson | Arielle Bolen |
| Roy Bradley | Rhonda Holland |
| Taryn Gray | Jo Ella Cooper |
| David Carter | Billy Lee Davis |
| Shawn Deboard | |
| Brandon Corbin | |
| Tammy Deboard Davis | |

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE