UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

ATTACHMENT A

| Plaintiffs | Termination Date | MDL Document No. |
|---|---|---|
| Charles D. Weston | 5/15/2012 | 112143 |
| Lee O. Wilburn | 5/15/2012 | 65861 |
| Shellie Stubbs | 5/15/2012 | 53040 |
| Darrell Hamilton | 6/29/2012 | 65751 |
| Elester Allen | 7/27/2012 | 47224 |
| Dr. David Keddy | 7/16/2012 | 400 |
| Donny Wayne Bryant | 7/26/2012 | 56964 |
| Reggie Rodrique, Sr | 7/23/2012 | 366 |
| Kevin S. Llewallen | 8/28/2012 | 112761 |
| J. Lee Nelson | 7/13/2012 | 49321 |
| Amanda Kaiser | 9/25/2012 | 25319 |
| Audrea Creamer | 9/12/2012 | 47401 |
| Nona Johnson | 9/24/2012 | 47295 |
| Patrick McFarland | 9/13/2012 | 111499 |
| Deborah J. Merriam | 9/24/2012 | 47308 |
| Edward Vince Merriam | 9/24/2012 | 47311 |
| Mary Ellison | 9/26/2012 | 57497 |
| Houston G. Fortner | 9/26/2012 | 111886 |
| Dale P. Eiland | 9/26/2012 | 52873 |