UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

| | |
|---|---|
| Charles D. Weston | Lee O. Wilburn |
| Donny Wayne Bryant | Darrell Hamilton |
| Gary Carlston | Elester Allen |
| Dr. David Keddy | Rodrique, Reggis Sr |
| Shellie Stubbs | Kevin S. Llewallen |
| J. Lee Nelson | Audrea Creamer |
| Nona Johnson | Patrick McFarland |
| Deborah J. Merriam | Edward Vince Merriam |
| Houston G. Fortner | |

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE