**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctcorporation.com

*[Stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, 2012 SEP 26 AM 10: 30, LORETTA G. WHYTE, CLERK]*

September 24, 2012

Kriste Talton Utley
Boykin Ehret & Utley
400 Poydras Street,
Suite 1540,
New Orleans, LA 70130

Re: The Orleans Parish School Board, Pltf. vs. BP Exploration and Production, Inc., et al. including Transocean Offshore Deepwater Drilling, LLC, Dfts.

Case No. 12CV02235 

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Transocean Offshore Deepwater Drilling, LLC is not listed on our records or on the records of the State of LA.

Very truly yours,


C T Corporation System

Log# 521278083

Sent By Regular Mail

cc: Louisiana Eastern District, United States District Court
    500 Poydras Street,
    Room C-151,
    New Orleans, LA 70130

**(Returned To)**

Kriste Talton Utley
Boykin Ehret & Utley
400 Poydras Street,
Suite 1540,
New Orleans, LA 70130

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____