**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctcorporation.com

*[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 2012 SEP 26 AM 10:30 LORETTA G. WHYTE CLERK]*

September 24, 2012

Kriste Talton Utley
Boykin Ehret & Utley
400 Poydras Street,
Suite 1540,
New Orleans, LA 70130

Re: The Orleans Parish School Board, Pltf. vs. BP Exploration and Production, Inc., et al. including Transocean Ltd, Dfts.

Case No. 12CV02235

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

TRANS OCEAN LTD. withdrew to do business in the State of LA on 05/02/1993. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


C T Corporation System

Log# 521278212

Sent By Regular Mail

cc: Louisiana Eastern District, United States District Court
    500 Poydras Street,
    Room C-151,
    New Orleans, LA 70130

(Returned To)

Kriste Talton Utley
Boykin Ehret & Utley
400 Poydras Street,
Suite 1540,
New Orleans, LA 70130

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____