UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| Applies to:   all cases<br>              2:10-cv-01122 | * * * * | JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## MOTION TO EXTEND OPT-OUT DEADLINE

NOW INTO COURT comes Triton Diving Services, LLC, Dauphin Island Property Owners Association, and Recreation Investments of Florida, Inc. on behalf of the Economic and Property Damages Class Members (hereinafter "Class Members") and files this Motion to Extend Opt-Out Deadline:

1. Class Members respectfully request the Court institute a "back-end" opt-out in order for Class Members (and their attorneys) to make an informed decision on whether to opt-out of the Amended *Deepwater Horizon* Economic and Property Damages Settlement agreement (Rec. Doc. 6430-1).

2. Class Members request that the Court extend the opt-out deadline to thirty (30) days after Class Members receive "final[1]" written notice from the Deepwater Horizon Claims Center of a determination of final compensation award. This will allow Class Members to exercise their opt-out rights with adequate information to make an informed decision.

---

[1] "Final" meaning after the appeal deadlines contained in ¶ 6 of the Settlement Agreement expire.

3. In the alternative, class members request, consistent with an email from liaison counsel dated September 27, 2012 which is attached hereto, and incorporated by reference herein, as Exhibit A that the opt-out deadline be extended until and including April 20, 2013. As Exhibit A makes clear, liaison counsel has no objection to an extension of the opt-out deadline.

4. This Motion is accompanied by the Memorandum in Support of Motion to Extend Opt-Out Deadline, which is being filed contemporaneously with this instrument.

5. The undersigned certify that the Motion was presented to liaison counsel in accordance with the Pre-Trial Order and modified consistent with Exhibit A.

6. Given the exigent circumstances, Class Members respectfully request that this matter be acted upon in an expeditious manner but in no event heard no later than the Court's forthcoming status conference, at which time oral argument is requested.

Dated: September 27, 2012

Respectfully submitted,

By:   /s/James M. Garner
JAMES M. GARNER (# 19589)
PETER L. HILBERT, JR. (#6875)
MARTHA Y. CURTIS (#20446)
KEVIN M. MCGLONE (#28145)
Sher Garner Cahill Richter Klein & Hilbert
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
504-299-2100
Fax: 504-299-2300
E-mail: jgarner@shergarner.com

**COUNSEL FOR TRITON DIVING SERVICES, LLC**

By:  /s/ Frederick T. Kuykendall, III
FREDERICK THURMAN KUYKENDALL, III
Kuykendall & Associates, LLC
2013 1st Avenue North, Suite 450
Birmingham, AL 35203
205-453-0060
Fax: 205-453-0042
Email: ftkuykendall@yahoo.com

**COUNSEL FOR DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION**

By:  /s/ Edwin A. Easterby
EDWIN ARMISTEAD "ARMI" EASTERBY
Williams Kherkher Hart Boundas LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-230-2200
Fax: 713-643-6226
Email: aeasterby@williamskherkher.com

**ATTORNEY FOR RECREATION INVESTMENTS OF FLORIDA, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Extend Opt-Out Deadline has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of September 2012.

/s/ James M. Garner
James M. Garner