| | |
|---|---|
| From: | Steve Herman [SHERMAN@hhklawfirm.com] |
| Sent: | Thursday, September 27, 2012 3:04 PM |
| To: | Garner, James M. |
| Cc: | Jim Roy (jimr@wrightroy.com); Curtis, Martha; Mr. Rick Kuykendall; Gladstone Jones; McGlone, Kevin; Ronnie Penton (rgp@rgplaw.com); 'aeasterby@williamskherkher.com'; Hilbert, Peter; 'Lynn Swanson' |
| Subject: | BP MDL Opt Out Extension |

The PSC's position is as follows:

Class Counsel have been in discussions with BP, the Claims Administrator and Judge Shushan over the past several weeks regarding the Opt Out deadline (among other issues), and have no objection to an extension of same. However, the PSC respectfully disagrees with numerous statements, assumptions, characterizations and contentions contained within the present Motion.

Thanks.

---

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Wednesday, September 26, 2012 11:49 AM
**To:** Steve Herman; Jim Roy (jimr@wrightroy.com)
**Cc:** Curtis, Martha; Mr. Rick Kuykendall; Gladstone Jones; McGlone, Kevin; Ronnie Penton (rgp@rgplaw.com); 'aeasterby@williamskherkher.com'; Hilbert, Peter; 'Lynn Swanson'
**Subject:** BP MDL Opt Out Extension

Dear Jim and Steve:

Please see the attached draft Motion to Extend Opt Out Deadline and proposed Order. The final motion might include other plaintiffs, but will be substantially the same. We are writing to ask if the PSC will support the filing of this Motion or, if not, to timely let us know so we can file it and report same to the Court. Because time is of the essence, we ask the PSC to let us know their position by the end of the day tomorrow. Thanks!

James M. Garner   JGarner@Shergarner.com
TEL: (504) 299-2102
FAX: (504) 299-2302
Mobile: (504) 931-5361

SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 Poydras Street
28th Floor
New Orleans, LA 70112-4000

www.shergarner.com



EXHIBIT A

1

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.