```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   * * * * * * * * * * * * * * * * * *
     IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
 5           DEEPWATER HORIZON IN THE    *
             GULF OF MEXICO ON           *   Section J
 6           APRIL 20, 2010              *
                                         *   New Orleans, Louisiana
 7                                       *
                                         *   September 14, 2012
 8                                       *
     Applies to:  All Cases             *   10:30 a.m.
 9                                       *
     * * * * * * * * * * * * * * * * * *
10

11                    WORKING GROUP CONFERENCE
               BEFORE THE HONORABLE SALLY SHUSHAN
12               UNITED STATES MAGISTRATE JUDGE

13
     Appearances:
14

15   For the Plaintiffs:        Domengeaux Wright Roy
                                   & Edwards, LLC
16                              BY:  JAMES P. ROY, ESQ.
                                Post Office Box 3668
17                              556 Jefferson Street, Suite 500
                                Lafayette, Louisiana 70502
18

19   For the Plaintiffs:        Herman Herman Katz & Cotlar, LLP
                                BY:  STEPHEN J. HERMAN, ESQ.
20                              820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
21

22   For the Plaintiffs:        Levin Papantonio Thomas Mitchell
                                   Rafferty & Proctor, PA
23                              BY:  BRIAN H. BARR, ESQ.
                                Post Office Box 12308
24                              316 South Baylen Street, Suite 600
                                Pensacola, Florida 32591
25
```

1    Appearances:

2

3    For the Plaintiffs:        Irpino Law Firm
                                 BY:  ANTHONY IRPINO, ESQ.
                                 2216 Magazine Street
4                                New Orleans, Louisiana 70130

5

6    For the Plaintiffs:        Weitz & Luxenberg, PC
                                 BY:  ROBIN L. GREENWALD, ESQ.
                                 700 Broadway
7                                New York, New York 10003

8

9    For the State of           Attorney General of Alabama
     Alabama:                   BY:  COREY L. MAZE, ESQ.
                                      WINSTON J. SINCLAIR, ESQ.
10                               500 Dexter Avenue
                                 Montgomery, Alabama 36130

11

12   For the State of           Kanner & Whiteley, LLC
     Louisiana:                 BY:  DOUGLAS R. KRAUS, ESQ.
                                 701 Camp Street
13                               New Orleans, Louisiana 70130

14

15   For the United States      U.S. Department of Justice
     of America:                Environmental Enforcement Section
16                               BY:  A. NATHANIEL CHAKERES, ESQ.
                                      TOM BENSON, ESQ.
17                                    STEVEN O'ROURKE, ESQ.
                                 Post Office Box 7611
18                               Washington, DC 20044

19

20   For the United States      U.S. Department of Justice
     of America:                Torts Branch, Civil Division
                                 BY:  R. MICHAEL UNDERHILL, ESQ.
21                               7-5395 Federal Bldg., Box 36028
                                 450 Golden Gate Avenue
22                               San Francisco, California 94102

23

24   For Transocean Holdings    Sutherland Asbill & Brennan, LLP
     LLC, Transocean Offshore   BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,        DAVID A. BAAY, ESQ.
25   Transocean Deepwater Inc.: 1001 Fannin Street, Suite 3700
                                 Houston, Texas 77002

<u>Appearances</u>:

For Transocean Holdings                Munger Tolles & Olson, LLP
LLC, Transocean Offshore              BY:  GRANT DAVIS-DENNY, ESQ.
Deepwater Drilling Inc.,              335 S. Grand Avenue, 35th Floor
Transocean Deepwater Inc.:           Los Angeles, California 90071

For BP America Inc.,                   Liskow & Lewis, APLC
BP America Production                  BY:  DON K. HAYCRAFT, ESQ.
Company, BP Company                   701 Poydras Street, Suite 5000
North America Inc.,                   New Orleans, Louisiana 70139
BP Exploration &
Production Inc., BP
Holdings North America
Limited, BP Products
North America Inc.:

For BP America Inc.,                   Kirkland & Ellis, LLP
BP America Production                  BY:  ROBERT R. GASAWAY, ESQ.
Company, BP Company                   655 Fifteenth Street, NW
North America Inc.,                   Washington, DC 20005
BP Exploration &
Production Inc., BP
Holdings North America
Limited, BP Products
North America Inc.:

For BP America Inc.,                   Kirkland & Ellis, LLP
BP America Production                  BY:  J. ANDREW LANGAN, ESQ.
Company, BP Company                        MARK J. NOMELLINI, ESQ.
North America Inc.,                        RYAN S. BABIUCH, ESQ.
BP Exploration &                     300 North Lasalle
Production Inc., BP                   Chicago, Illinois 60654
Holdings North America
Limited, BP Products
North America Inc.:

For Cameron International              Stone Pigman Walther Wittmann, LLC
Corporation:                          BY:  CARMELITE M. BERTAUT, ESQ.
                                      546 Carondelet Street
                                      New Orleans, Louisiana 70130

```
 1    Appearances:

 2
      For Cameron International      Beck Redden & Secrest, LLP
 3    Corporation:                  BY:  KATHLEEN GALLAGHER, ESQ.
                                     1221 McKinney Street, Suite 4500
 4                                   Houston, Texas 77010

 5
      For Halliburton Energy        Godwin Ronquillo, PC
 6    Services, Inc.:               BY:  DONALD E. GODWIN, ESQ.
                                          JENNY L. MARTINEZ, ESQ.
 7                                        SEAN W. FLEMING, ESQ.
                                          LAUREN L. MITCHELL, ESQ.
 8                                        ALLISON BATTISTE, ESQ.
                                          ERIKA TOLEDO, ESQ.
 9                                   1201 Elm Street, Suite 1700
                                     Dallas, Texas 75270
10

11    For Halliburton Energy:       Godwin Ronquillo, PC
      Services, Inc.:               BY:  R. ALAN YORK, ESQ.
12                                        GWEN E. RICHARD, ESQ.
                                     1331 Lamar, Suite 1665
13                                   Houston, Texas 77010

14
      For Anadarko Petroleum        Bingham McCutchen, LLP
15    Corporation, Anadarko         BY:  WARREN A. FITCH, ESQ.
      E&P Company LP:               2020 K Street, NW
16                                   Washington, DC 20006

17
      For M-I, LLC:                 Morgan Lewis & Bockius
18                                   BY:  DENISE SCOFIELD
                                     1000 Louisiana Street, Suite 4000
19                                   Houston, Texas 77002

20
      For O'Brien's/NRC:            Weil Gotshal & Manges, LLP
21                                   BY:  THEODORE E. TSEKERIDES, ESQ.
                                     767 Fifth Avenue
22                                   New York, New York 10153

23
      For O'Brien's/NRC:            Weil Gotshal & Manges, LLP
24                                   BY:  MICHAEL LYLE, ESQ.
                                     1300 Eye Street NW, Suite 900
25                                   Washington, DC 20005
```

1    <u>Appearances</u>:

2

3    For O'Brien's/NRC:              Montgomery Barnett Brown Read
                                       Hammond & Mintz, LLP
                                     BY:  PATRICK E. O'KEEFE, ESQ.
4                                    1100 Poydras Street, Suite 3300
                                     New Orleans, Louisiana 70163
5

6    Official Court Reporter:       Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room HB-406
7                                    New Orleans, Louisiana 70130
                                     (504) 589-7778
8                                    Toni_Tusa@laed.uscourts.gov

9

10

11

12   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
13

14

15

16

17

18

19

20

21

22

23

24

25

1                               **I N D E X**

2                                                        PAGE

3
   SHOW AND TELL                                          7
4
   PHASE ONE "CLEAN-UP"                                  10
5
   PHASE TWO – EQUIPMENT STORED AT MICHOUD               10
6
   PHASE TWO – DOCUMENT PRODUCTION                       12
7
   PHASE TWO – FACT DEPOSITIONS                          17
8
   PHASE TWO – TRIAL PREPARATION TIMELINE                21
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**PROCEEDINGS**</u>

**(September 14, 2012)**

(The following proceedings were held in open court.)

**THE COURT:**  Have a seat.  How is everybody?  I listened to parts of the oral argument.  Very high quality stuff, wouldn't you say?

So, Mr. Benson, how are you today?  Introduce yourself, please.  I don't think everybody knows you.  This is Mr. Tom Benson, not the Tom Benson.

**MR. LANGAN:**  Thomas Hart Benson.

**THE COURT:**  That's right.  I have suggested to Mr. Benson that on his way out of town today he stop at the Superdome, with a picture of the Superdome on one side and the Benson Tower in the background, and you can share it with us and we are going to put it up on the projector.

Where is Mr. Maze?  Mr. Maze, could you come help me out with this, please.

Mr. Maze recently participated in what he informs me is the Dragon Boat racing competition on the Alabama River.  I didn't even know there was an Alabama River.  If you look at the very back, there's this little person back there with a cap on who is calling the cadence.  That is Mr. Corey Maze.

**MR. MAZE:**  Actually, this is me, Judge, in the middle calling the cadence.

11:25  1          THE COURT:  I thought it was in the back.

11:25  2          MR. MAZE:  No.  They put me right in the middle.  I

11:25  3  have the biggest mouth, so they put me in the middle so I can

11:25  4  scream and everybody can hear it.

11:25  5          THE COURT:  That's a good point.  How did your crew

11:25  6  do?

11:25  7          MR. MAZE:  We finished 4th out of 70 teams.

11:25  8          THE COURT:  What does everybody think about that?

11:25  9          MR. MAZE:  Well, we actually preferred that because

11:25  10  we lost to two Air Force teams and the fire department.  So we

11:25  11  would hope that they are more athletic than us in case we go to

11:25  12  war or have a fire.  They should be better than we are.

11:25  13          THE COURT:  Cory, I didn't understand that because I

11:25  14  thought the person in back was you calling the cadence.  What

11:25  15  is he doing?

11:25  16          MR. MAZE:  This is the steersman.  He actually works

11:25  17  for the company that we rent the boats from.  He steers.  The

11:25  18  person who has the camera on her head is drumming, but you

11:25  19  can't see her because she is wearing the camera.  Then

11:25  20  everybody in the middle is paddling, as you can see.

11:25  21          THE COURT:  Very nice.

11:25  22              Now, here, the next picture is a picture of the

11:26  23  team with oars in the water.

11:26  24          MR. MAZE:  The whole goal is for everybody to have

11:26  25  their paddle in the water at the same time.

11:26  1    THE COURT:  Well, that is the goal.

11:26  2    MR. MAZE:  It doesn't always happen.  And not to hit

11:26  3  each other.

11:26  4    THE COURT:  What was the distance of this race?

11:26  5    MR. MAZE:  This year was 300 meters.

11:26  6    THE COURT:  Translation?

11:26  7    MR. MAZE:  About 300 yards.  Three football fields

11:26  8  for most everybody in here.

11:26  9    THE COURT:  Any questions, Andy?

11:26  10   MR. LANGAN:  Your Honor, as long as Mr. Maze is up,

11:26  11 you know, normally at this time of year we are used to getting

11:26  12 reports from Mr. Maze about Auburn football.

11:26  13   MR. MAZE:  Why would Andy do that, Your Honor?

11:26  14   MR. LANGAN:  It seems to me we want to change the

11:26  15 subject here and I was just wondering why.

11:26  16   THE COURT:  Do you want to have a report on that or

11:26  17 no?

11:26  18   MR. MAZE:  No, Judge, we don't.  We are playing a

11:26  19 Louisiana team this weekend, and we may or may not report about

11:26  20 that next week.

11:26  21   THE COURT:  Do we have any bets going?

11:27  22   MR. MAZE:  I sure hope not.

11:27  23   THE COURT:  We had some fun bets last year.

11:27  24        We are going to try to make this a really quick

11:27  25 meeting because we are running late and I know everyone is

11:27    1    trying to get out of town.  Let's talk about it.

11:27    2                Phase One.  Judge Barbier mentioned this morning

11:27    3    that we do need to start thinking about Phase One trial

11:27    4    logistics again, which is depressing but true.  Those of you

11:27    5    who again want war room space in the courthouse, would you

11:27    6    please e-mail Mike and me, and we will start seeing if there is

11:27    7    such space still available.  No promises, but we will start

11:27    8    looking.

11:27    9                Anything else that you all are thinking about

11:27   10    about repositioning ourselves and getting ready for gearing up

11:27   11    in January, please start thinking about it.

11:28   12                So let's move on to Phase Two.  Captain

11:28   13    Englebert reports that after some difficulty, the bonnet on the

11:28   14    equipment was removed.

11:28   15                Corey, could you please put that up on the

11:28   16    projector for us.  This is a visual of removing the bonnet from

11:28   17    the equipment.  That's Captain Englebert telling us how

11:28   18    smoothly it went, so that should give you something to think

11:28   19    about.

11:28   20                The equipment has been laid out and will be

11:28   21    available for inspection by appointment through Friday,

11:28   22    October 5.  Captain Englebert urges you guys to take the

11:28   23    opportunity.  This is your best opportunity to see the

11:28   24    equipment; climate control, laid out, everything is in fine

11:29   25    order.  She thinks that if you want any last inspections, now

11:29    1    through October 5 is the time to do it.  So please talk to your

11:29    2    people.  If you want any final inspections, please do so and

11:29    3    accommodate her request.

11:29    4              She further informs us that as part of the

11:29    5    Coast Guard safety training for mobile offshore drilling

11:29    6    vessels, a class of officers would like to inspect the

11:29    7    equipment out at Michoud.  She will supervise the inspection.

11:29    8    It's just going to be a question-and-answer inspection session

11:29    9    and I don't see any problem with it.  If you all see a problem

11:29   10    with it, would you let me know as soon as possible; and in no

11:29   11    event beyond, say, Monday morning.  I think it's good that we

11:29   12    are helping the Coast Guard train their next group of officers,

11:29   13    so that's fine by me.

11:30   14              BP has reported that on September 17 and 18,

11:30   15    under Captain Englebert's supervision, it plans to open every

11:30   16    bag, every bucket, every container, every everything that can

11:30   17    be opened that contains any kind of material.  They plan on

11:30   18    photographing it, weighing it when it's capable of being

11:30   19    weighed, and then submitting a protocol for testing and

11:30   20    sampling, some of which would be deemed to be destructive

11:30   21    because the material is going to be tested, many times liquid

11:30   22    or semiliquid material, as I understand it.  You all were told

11:30   23    to object by yesterday evening.  I've not gotten any

11:30   24    objections, so that's going to go forward.

11:30   25              The deadline for BOP testing is October 31.

11:30   1   Information regarding the testing will come out on a rolling

11:30   2   basis and will end on November 21.

11:31   3           We have gotten orders out and are working on all

11:31   4   of the discovery schedules, so I'm not going to get into that

11:31   5   right now.

11:31   6           Let's talk about anything we need to talk about

11:31   7   on custodial production status.  Anything?  Any hitches?

11:31   8           Good morning, Nat.

11:31   9       **MR. CHAKERES:**  Your Honor, Nat Chakeres for the

11:31   10   United States.  Last week we put a placeholder regarding

11:31   11   Charlie Holt and we reviewed the search terms that had been

11:31   12   used for him and the documents that had been produced, and we

11:31   13   aren't requesting any additional search terms to be run on him.

11:31   14           This isn't quite custodial productions, but it's

11:31   15   productions related to certain modeling quantification-related

11:31   16   depositions that are going to be going forward.  We had a call

11:31   17   with BP sort of clarifying.  We have cross requests going on

11:31   18   for additional clarifying information there and that is

11:32   19   ongoing.

11:32   20       **THE COURT:**  Good.  Thank you.

11:32   21           Have we got any report on document production

11:32   22   from Professor Leifer?

11:32   23           Rob, you're already here.  Good morning.

11:32   24       **MR. GASAWAY:**  I anticipated you, Your Honor, and I

11:32   25   just did want to mention we have had additional communications

11:32   1   with him.  This is Rob Gasaway for BP.

11:32   2           Here's the bottom line.  Under their current

11:32   3   schedule, there are 12,000 e-mails that are to be produced.

11:32   4   That's a large number, as you know.  Once you get them, you

11:32   5   need to process them.  The current promised date for that is

11:32   6   September 24, which is just two days before the Possolo

11:32   7   deposition that we were talking about last week.  We have

11:32   8   obviously encouraged counsel for UC to move that up.

11:32   9           As I mentioned before, as an admonitory and

11:33   10  encouraging step, it may be useful to see if there would be

11:33   11  some time, consistent with the Court's schedule, early next

11:33   12  week to have a very brief call and just see if there's anything

11:33   13  that can be done.  Even guaranteeing that on Friday or Thursday

11:33   14  would be a big help to us because then we would have additional

11:33   15  days to turn that around before that deposition.

11:33   16          **THE COURT:**  Why don't you see what you can set up

11:33   17  with counsel and just let me know what time.

11:33   18          **MR. GASAWAY:**  Thank you, Your Honor.

11:33   19          **THE COURT:**  Monday.

11:33   20          **MR. GASAWAY:**  Monday?

11:33   21          **THE COURT:**  Monday.

11:33   22          **MR. GASAWAY:**  We'll look at Monday.  Thank you,

11:33   23  Your Honor.

11:33   24          **THE COURT:**  Or late this afternoon.

11:33   25          **MR. GASAWAY:**  Well, I know what Your Honor's schedule

11:33    1    is from our laser scanning conference, so I didn't want to --

11:33    2        **THE COURT:**  Late this afternoon.

11:33    3        **MR. GASAWAY:**  Late this afternoon?  I know you have a

11:33    4    very important engagement this afternoon that you cannot

11:33    5    reschedule in any way.

11:33    6         In an unrelated thing, I did want to say that

11:33    7    just now, as the conference opened, we sent in our handheld

11:33    8    laser scanning protocol to the Court and parties.  So next

11:34    9    week, as Your Honor reported, we are going to be doing the

11:34   10    photographing and sampling of the materials.  We will try to

11:34   11    have our testing protocols for those materials in late next

11:34   12    week.

11:34   13         Then just so everybody knows the roster of

11:34   14    events, early the following week, on the 24th, we will be

11:34   15    setting up the laser scanning handheld equipment we talked

11:34   16    about last week and then scanning on that week of the 24th.  So

11:34   17    I don't think there's any problem on that, but everybody should

11:34   18    know about it.

11:34   19        **THE COURT:**  Okay.  Thank you.

11:34   20        **MR. GASAWAY:**  Thank you, Your Honor.

11:34   21        **THE COURT:**  Let's get into a few things with the U.S.

11:34   22        Nat, do you want to come on up.  Let's talk

11:34   23    about the -- I'm sorry, did you want to respond?

11:34   24        **MR. CHAKERES:**  I wanted to respond real briefly on

11:34   25    the Ira Leifer e-mail issues.  We don't want to be blindsided

11:34   1    at the last minute --

11:34   2                THE COURT:  That was his chair, not your mic.

11:34   3                MR. CHAKERES:  -- if BP is going to try and say they

11:35   4    don't want the Possolo deposition to go forward.  We are

11:35   5    committed to working together.  I think, as Tom Benson

11:35   6    mentioned last week, we have already worked through our

11:35   7    privilege issues with UC, so we are not going to be a step in

11:35   8    the process for those e-mails to get out.

11:35   9                I don't want us to be blindsided.  Mr. Possolo

11:35   10   has set aside those days, and we think that it's still

11:35   11   appropriate for his deposition to go ahead those days.  Just so

11:35   12   the Court is aware, he is only testifying as to a statistical

11:35   13   uncertainty analysis that the National Institute of Standards

11:35   14   and Technology did to assist the Flow Rate Technical Group.

11:35   15               The actual work Mr. Leifer did, the U.S.

11:35   16   30(b)(6) deponent for that is Marcia McNutt, who will take

11:35   17   place sometime -- I think it's October 24-25, somewhere in that

11:35   18   range.

11:35   19               THE COURT:  Right.

11:35   20               MR. CHAKERES:  Just so we are aware, if BP wants

11:35   21   information before Mr. Possolo, we are not going to say that's

11:35   22   not legitimate, it's their deposition that they want to take,

11:36   23   but we do not want at the last minute some sort of request to

11:36   24   move that deposition that we are not aware of.

11:36   25               I just wanted to put that out there.  If that is

```
11:36   1   something BP is thinking about asking for, I think for the
11:36   2   reasons I just stated we probably oppose it, but we would
11:36   3   rather have that conversation happen earlier rather than later.
11:36   4           THE COURT:  Good.  Stay up, though, Nat, and let's
11:36   5   cover any status update on laptops and loose media.
11:36   6           MR. CHAKERES:  Your Honor, I am hoping Sarah
11:36   7   Himmelhoch is on the phone this week, otherwise Tom Benson --
11:36   8           THE COURT:  Mr. Benson will help us.
11:36   9           MR. BENSON:  I'm pretty sure Sarah is still on
11:36  10   vacation.  She is not going to be here today.
11:36  11           THE LAW CLERK:  She is out until the 15th.
11:36  12           MR. BENSON:  We expect her on Monday.
11:36  13           THE COURT:  It must be nice to work for the
11:36  14   government.
11:36  15           MR. BENSON:  I think we are all just proud of us for
11:36  16   getting through these weeks without her, you know.  I'm proud
11:36  17   of us.  I think we sent the last word we have on the Coast
11:36  18   Guard loose media in an e-mail last week.  So as far as we
11:37  19   know, we have washed our hands of that and we have gotten it
11:37  20   out.
11:37  21           THE COURT:  Good.  As to the Flow Rate Technical
11:37  22   Group third-party subpoenas, do you know whether the U.S.
11:37  23   withheld any of that production due to work product and are we
11:37  24   going to get any in camera submissions?
11:37  25           MR. BENSON:  We will, Your Honor.  We will give you
```

1     an in camera submission related to one custodian for one

2     particular person at one of the universities.

3             **THE COURT:**  Okay.

4             **MR. BENSON:**  I would guess that that would come next

5     week, if that's acceptable.

6             **THE COURT:**  Good.  Because we want to crack through

7     it.

8                  Anything to report or any loose ends that we

9     need to tie up on the Coast Guard metadata?

10            **MR. BENSON:**  No, Your Honor.  I don't think there's

11     anything further at this time.  We are talking with BP about

12     it.

13             **THE COURT:**  Good.

14            **MR. NOMELLINI:**  Your Honor, it's Mark Nomellini.

15     Mr. Benson is absolutely right.  He sent us a communication

16     indicating that -- there's some metadata issues we pointed to,

17     and they are looking into them and they are going to respond.

18     I think we will be further discussing that.

19            **THE COURT:**  Good, good, good.  Thanks, Tom.

20               Next up.  Mr. O'Rourke, I think you saw our

21     clarifying order on presentation at depositions and the

22     sequence of questioners.  Are you satisfied with the latest

23     update?

24            **MR. O'ROURKE:**  Yes.  Thank you, Your Honor.

25            **THE COURT:**  I could barely hear you.

11:38   1          **MR. O'ROURKE:**  Yes.  We got the order and thank you

11:38   2   very much.

11:38   3          **THE COURT:**  Thank you.

11:38   4              Let's see.  Any update on scheduling the Cameron

11:38   5   deposition?

11:38   6          **MS. GALLAGHER:**  Kat Gallagher for Cameron.  We

11:38   7   produced, I think, about 9,000 pages to the government and are

11:38   8   just waiting to hear how long it's going to take them to review

11:39   9   those.

11:39   10          **THE COURT:**  Good enough.  Thank you.

11:39   11              Is there a date yet for Stress Engineering?

11:39   12   Anybody know about that?

11:39   13          **MR. CHAKERES:**  Your Honor, I'll probably stay up here

11:39   14   for the next few.  No.  We have had conversations with them,

11:39   15   and I don't think they have given us a date certain yet.

11:39   16          **THE COURT:**  Wild Well?

11:39   17          **MR. CHAKERES:**  Wild Well.  We are still waiting to

11:39   18   hear back from Wild Well Control regarding discovery problems

11:39   19   that Halliburton and the United States raised.  I think we now

11:39   20   have -- all the documents that were produced to the

11:39   21   United States and the PSC, other parties have, but we are still

11:39   22   waiting to hear back from them as to the fixes.

11:39   23          **THE COURT:**  Last but not least, Worldwide.

11:39   24          **MR. CHAKERES:**  Worldwide, we are not seeking a

11:39   25   deposition still, and I'm fairly confident that we are not

11:39   1   going to seek a deposition from them.

11:39   2          **THE COURT:** Good. We will just put it back on if you

11:40   3   decide you are going to seek it. How about that?

11:40   4          **MR. CHAKERES:** That sounds good.

11:40   5          **THE COURT:** One less agenda item. Great.

11:40   6          We really have a pretty fulsome deposition

11:40   7   schedule, wouldn't you say? On deposition issues, we do have a

11:40   8   request for Woods Hole's payment of costs and attorneys' fees

11:40   9   that's still pending. We just haven't gotten around to it, but

11:40   10   we are aware it's there.

11:40   11          Relative to the conduct of depositions, guys, I

11:40   12   first want to thank Anadarko and Cameron for their cooperation

11:40   13   during the Woods Hole deposition in donating time to get us

11:40   14   through a sticky situation. That was most appreciated. I hope

11:40   15   that everybody knows that the continued professionalism during

11:40   16   the conduct of the depositions is greatly appreciated and I'm

11:40   17   sure you will keep it up.

11:41   18          Now, let's talk about the proposed Phase Two

11:41   19   preparation time line that I circulated.

11:41   20          Oh, I'm sorry. Nat.

11:41   21          **MR. CHAKERES:** Your Honor, I have two quick

11:41   22   scheduling issues that I just wanted to bring up.

11:41   23          One, BP in a letter today raised what they

11:41   24   perceive to be something of a conflict between two U.S.

11:41   25   depositions.

| | | |
|---|---|---|
| 11:41 | 1 | **THE COURT:**  Yes.  Mr. Guthrie. |
| 11:41 | 2 | **MR. CHAKERES:**  Mr. Guthrie and Mr. Griffiths. |
| 11:41 | 3 | Mr. Guthrie, we had to move him already because he was called |
| 11:41 | 4 | to a work-related engagement outside the country.  We haven't |
| 11:41 | 5 | been able to find additional dates for him.  We may be able to |
| 11:41 | 6 | find additional dates for Mr. Griffiths.  We have taken BP's |
| 11:41 | 7 | letter to heart, and we are looking to try and resolve that. |
| 11:41 | 8 | **THE COURT:**  I appreciate that.  I did think they made |
| 11:41 | 9 | a good point about a conflict in that schedule.  If we can't |
| 11:41 | 10 | move Guthrie, I assume BP would appreciate moving the other |
| 11:42 | 11 | witness. |
| 11:42 | 12 | **MR. CHAKERES:**  The one other thing I would mention, |
| 11:42 | 13 | you got out an order this past week regarding one day or two |
| 11:42 | 14 | days for BP deponents.  It didn't state in the order, and our |
| 11:42 | 15 | understanding from our argument was there wasn't a dispute. |
| 11:42 | 16 | The other hybrid and quantification witnesses on BP's list we |
| 11:42 | 17 | believe are two-day depositions, besides the ones we were |
| 11:42 | 18 | fighting over in the court, and some of them want two-day and |
| 11:42 | 19 | some of them went one-day, I believe. |
| 11:42 | 20 | The presentation was we have agreement that we |
| 11:42 | 21 | are having two days on these other people and then it's one day |
| 11:42 | 22 | for one of the others.  I don't know if BP disagrees with that, |
| 11:42 | 23 | but the revised schedule they sent around was still one day for |
| 11:42 | 24 | certain of the other quantification and hybrid witnesses.  If |
| 11:42 | 25 | we have to argue about that, we are happy to, but our position |

11:42    1    is we also need two days for these other folks.

11:42    2            THE COURT:  Guess who is right behind you.

11:42    3            Rob.

11:42    4            MR. GASAWAY:  Let us look at what we sent out, and my

11:42    5    guess is that we can come to an agreement.  We'll work with

11:43    6    them.

11:43    7            THE COURT:  If there's a problem, let us know and we

11:43    8    will work through it.

11:43    9            MR. GASAWAY:  Thank you.

11:43   10            THE COURT:  Thank you.

11:43   11            So yesterday I sent out a draft -- please note

11:43   12    it has "draft" on it -- Phase Two Trial Preparation Time Line.

11:43   13    Mr. Maze, could you put this up on the screen.

11:43   14            As per Mr. Gasaway's letter, please note the

11:43   15    highlighted front page which specifically cites to

11:43   16    Rule 26(a)(3)(A)(i), disclosure of witnesses.

11:43   17            Thank you, Rob, for correcting that.  Most

11:43   18    appreciated.  Yes, that was what I was referring to, Rob.

11:43   19    Thank you.

11:43   20            So the two things that seem to be controversial

11:44   21    are the designation of the five witnesses per side and when the

11:44   22    Rule 26(a) disclosures should take place.  If there's anything

11:44   23    else that's controversial, let's talk about it today.

11:44   24            My thinking with regard to designating the five

11:44   25    witnesses was that, according to the current schedule, we were

11:44  1   going to be substantially through the United States'

11:44  2   depositions by the end of October.  My thinking was that the

11:44  3   defendants could sit back and think about what they learned

11:44  4   during those depositions and project for us who those witnesses

11:44  5   would be.

11:44  6              Likewise, relative to taking the BP and

11:45  7   defendant depositions, we were going to be finished with that

11:45  8   approximately mid-November, and so I thought that we could go

11:45  9   ahead and move that date to November 19 rather than the

11:45  10  December 3 date that we had previously discussed.  That would

11:45  11  allow us to use some time in December to start taking those

11:45  12  depositions.

11:45  13             That was what my thinking was.  I think

11:45  14  everybody has probably read Rob's letter saying he still thinks

11:45  15  it should be December 3, and I'm happy to hear from anyone else

11:45  16  that would like to chime in.

11:46  17             Nat, it looks like you want to chime in.

11:46  18        MR. CHAKERES:  Your Honor, I think we might want to

11:46  19  spend a little bit of time looking over Rob's letter before

11:46  20  giving a final response.

11:46  21        THE COURT:  Fine.

11:46  22        MR. CHAKERES:  I think one of our concerns is that we

11:46  23  have enough time, since our expert reports are going to be

11:46  24  going first, that we incorporate this testimony and our experts

11:46  25  are able to incorporate this testimony into their reports.  So

11:46  1   anything that we can -- this is something that we'll be working

11:46  2   through, but I think that's the major concern we have and why I

11:46  3   think an earlier designation may make sense.  So that's one

11:46  4   issue.

11:46  5          One other issue -- I want Grant to be able to

11:46  6   also talk to this -- is you didn't mention this in sort of the

11:46  7   controversial points.  Steve O'Rourke may also want to jump in

11:46  8   and talk early on this.  We thought the deadline for reply

11:47  9   expert reports, for ours coming something like a week and

11:47  10  change after the BP expert reports, was too early.  We think we

11:47  11  need more time on that.  Those are the only points.

11:47  12         THE COURT:  Thank you.  I appreciate it, Nat.

11:47  13         Grant, I take it that is one of your points as

11:47  14  well, huh?

11:47  15         MR. DAVIS-DENNY:  Our main point, Your Honor --

11:47  16  sorry.  This is Grant Davis-Denny on behalf of Transocean.  One

11:47  17  of our concerns, we would like to review Rob's letter in a

11:47  18  little more detail and submit a letter ourselves, if that's

11:47  19  okay.

11:47  20         THE COURT:  Yes.

11:47  21         MR. DAVIS-DENNY:  But if you would like us to, I can

11:47  22  give you what our concern is right now.

11:47  23         THE COURT:  That would be great.

11:47  24         MR. DAVIS-DENNY:  The basic concern, Your Honor, is

11:47  25  that we don't have a say in picking BP witnesses that would be

deposed.  As we have explained, I think, before in numerous letters, our interests in Phase Two are in large part adverse to BP's interests.  For reasons we have also explained, we don't feel like we can rely on other parties to be protective of those interests.  That's one concern that we have.

I think another concern that we might like to raise with Your Honor is the limit of five witnesses.  That limit, my understanding, was set back in September of 2011, when I think it's fair to say that the complexity and scope of Phase Two may not have been fully understood like it is today. Looking back on that September 2011 order, I noted that the number of 30(b)(6) depositions we had at that time was about nine --

THE COURT:  Right.

MR. DAVIS-DENNY:  -- that had been scheduled, where today we are rapidly approaching 50, I think.

THE COURT:  Correct.

MR. DAVIS-DENNY:  So I think it may be worth taking another look at the number of depositions, but those are our main concerns.

THE COURT:  Great.  When you send the letter in, don't worry about repeating the issue of why your interests are different because I do have that, so you can say "because our interests are different."  How about that?  So that's helpful. Thank you.

11:49    1           Anybody else want to comment?

11:49    2        **MR. O'ROURKE:**  Yes, Your Honor.  This is Steve

11:49    3   O'Rourke for the United States.

11:49    4        **THE COURT:**  Now, Steve, speak up because we can

11:49    5   barely hear you.

11:49    6        **MR. O'ROURKE:**  Okay.  So what I wanted to mention was

11:49    7   back on the idea of this initial disclosure, see, we have two

11:49    8   things here.  We have a chance to name fact witnesses that we

11:49    9   want to get from BP.  We are going to take those guys and get

11:49   10   admissions from them to support our case.  The other thing we

11:49   11   need to know is who are they going to call to support their

11:49   12   case.

11:49   13        In an ordinary case, at the very beginning

11:49   14   before discovery starts, the sides exchange witness lists of

11:49   15   witnesses they may call to support their claim or defense, and

11:49   16   then we know who they are going to call and we can decide what

11:49   17   our deposition strategy is.  In addition, people send out

11:50   18   notices on the other side to try to find out witnesses the

11:50   19   other side doesn't want to call that maybe we want to call.  So

11:50   20   we have to do both those things.  So the idea that both sides

11:50   21   have to pick the witnesses they want to depose before they even

11:50   22   know who the defendant or the plaintiff is going to call seems

11:50   23   backwards to us.

11:50   24        So what I'm proposing is sooner than your

11:50   25   deadlines in here, both sides should have to exchange a list of

11:50  1  who they intend to call to support their claim or defense, and

11:50  2  then the sides will decide who they want to depose from the

11:50  3  other side.

11:50  4          As far as who the United States would want to

11:50  5  take from BP, we already have our five names for

11:50  6  quantification.  We could do that any time we wanted to.

11:50  7  Historically, BP has taken some time to schedule depositions.

11:50  8  So we would be ready to do that at any time.

11:50  9          THE COURT:  You can disclose ahead of any deadline.

11:50  10  Steve, you can disclose it ahead of any deadline that we set.

11:50  11  Feel free.

11:51  12          MR. O'ROURKE:  Right.  We don't want to pick our five

11:51  13  and then find out when they provide their trial witnesses that

11:51  14  there's 15 people on there that we never heard of before.

11:51  15          THE COURT:  Fair enough.

11:51  16          MR. O'ROURKE:  That's why they should both be done

11:51  17  and they should be done soon.  I'm talking about a 26(a)(1)

11:51  18  disclosure of witnesses that the parties may call to support

11:51  19  their claim or defense.

11:51  20          THE COURT:  Correct.

11:51  21          MR. O'ROURKE:  Not a final witness list.

11:51  22          THE COURT:  I'm with you.

11:51  23          MR. O'ROURKE:  The rules require that, and any party

11:51  24  who fails to do it is not allowed to call those witnesses at

11:51  25  trial under Rule 37.  We think that should happen, and

11:51  1  ordinarily it happens before the very first deposition.  Thank
11:51  2  you.
11:51  3              THE COURT:  Okay.  Thanks.
11:51  4                   Andy.
11:51  5              MR. LANGAN:  Your Honor, Andy Langan.  Hearing
11:51  6  Mr. O'Rourke here, I just have two comments.  I think that
11:51  7  early on in Pretrial Order 11, CMO 1, we dispensed with
11:51  8  Rule 26(a) disclosures.  Now, it could be that the
11:51  9  United States hadn't even brought its case by then, but that is
11:52  10 the state of play in MDL 2179.
11:52  11             THE COURT:  It is.  Andy, let me ask you, do you
11:52  12 recall in Phase One that we had a good faith, best effort
11:52  13 may-call --
11:52  14             MR. LANGAN:  Yes.  May 10, 2011.
11:52  15             THE COURT:  I knew you would know.
11:52  16             MR. LANGAN:  The original date was May 3 and then it
11:52  17 was adjourned a week, something like that.
11:52  18             THE COURT:  Correct.  I knew you would know.
11:52  19             MR. LANGAN:  We actually, in anticipation of this,
11:52  20 went back and looked.  But I also believe, in addition to that,
11:52  21 in Phase Two -- and this is sometime ago -- I think all the
11:52  22 parties put our heads together and came up with a list of
11:52  23 names, did we not?
11:52  24                  The other point I was going to make is I think
11:52  25 what Steve is talking about has largely been accomplished in

11:52   1   terms of putting together a list of names.  Now, I could be

11:52   2   corrected on that, but I think we did that quite a while ago.

11:52   3           **MR. O'ROURKE:**  Your Honor, this is O'Rourke.  Yeah,

11:52   4   we put together a list of names.  The United States identified

11:52   5   30 or 40 witnesses and BP identified 720.

11:52   6           **MR. LANGAN:**  Is that what it was?

11:53   7           **MR. O'ROURKE:**  That is not a useful exercise.  Under

11:53   8   26(a), you are supposed to identify the witnesses you may call

11:53   9   to support your claims.

11:53   10           **MR. LANGAN:**  Your Honor, that's my first point, which

11:53   11   is Judge Barbier dispensed with that requirement.

11:53   12           **THE COURT:**  Well, what we might think about, Andy,

11:53   13   and what I would ask that you all think about is going back to

11:53   14   the idea of the good faith may-call witness list.

11:53   15           **MR. LANGAN:**  You contemplate that, but just later on,

11:53   16   right?

11:53   17           **THE COURT:**  Well, I have to think about that, but

11:53   18   let's think in those terms.  It's certainly not going to be a

11:53   19   will-call list, and I will have to look at the schedule and put

11:53   20   down the will-call final list.  We will go back to Phase One

11:53   21   and figure out what we did and we will do something similar.

11:53   22   But as far as whittling down the 700, I think that Steve makes

11:53   23   a fairly good point that that's not a useful exercise to try to

11:53   24   figure out who of those 700 you all may be calling at trial.

11:53   25           **MR. LANGAN:**  Okay.  Thank you.

|       |    |                                                                         |
|-------|----|-------------------------------------------------------------------------|
| 11:54 | 1  | THE COURT:  Mr. Barr, what can I help you with today?                    |
| 11:54 | 2  | MR. BARR:  A lot, I wish, but I'm just going to                          |
| 11:54 | 3  | narrow it down to a couple.                                              |
| 11:54 | 4  | THE COURT:  Keep it quick.                                               |
| 11:54 | 5  | MR. BARR:  Brian Barr for the PSC.  Two issues on the                    |

THE COURT:  Mr. Barr, what can I help you with today?

MR. BARR:  A lot, I wish, but I'm just going to narrow it down to a couple.

THE COURT:  Keep it quick.

MR. BARR:  Brian Barr for the PSC.  Two issues on the designation of the witnesses.  One, I would ask that the United States confer with the PSC before they just name five witnesses on quantification.  I wish that said, "U.S. designates five defendant witnesses and PSC designates five," but that's not what it says, so we have got to work together on that.

THE COURT:  Yes.

MR. BARR:  That's number one.

Number two, one of the concerns I have on the fact witnesses is an issue we brought up a couple times -- I don't know where it's going to go -- the authenticity issues, business record issues with documents we are trying to get admitted in the Phase Two trial.

Given that these are 30(b)(6) depositions on specified topics and that a lot of these exhibits have never been used before, somebody could argue that those witnesses don't have the capability of authenticating those documents because that's not what they were designated to talk about. Even though you're allowed to ask them about them because they are documents on the topic, they weren't written by the person.

11:55  1   The person is not on the e-mail.  So there could be issues like
11:55  2   that.
11:55  3               If we are going to have to fight that fight and
11:55  4   we are not going to be able to get admissions and stipulations
11:55  5   on the admissibility of these exhibits, that's going to be a
11:55  6   lot more than five witnesses because we are going to have to
11:55  7   sit down with all of the people that wrote all these e-mails
11:55  8   and wrote all these documents and take their depositions for
11:55  9   the pure waste of time of establishing all of the thresholds.
11:55  10  So that's something we have to start chewing on because if we
11:55  11  are going down that road, this falls apart eventually.
11:55  12              THE COURT:  It's a good point.  Do you all want to
11:55  13  think about a procedure by which following each deposition the
11:56  14  parties designate those documents they think they want
11:56  15  stipulations concerning?
11:56  16              MR. BARR:  I think that's a very good idea.
11:56  17              THE COURT:  We'll work from there.
11:56  18              Andy, is that something you think we can work
11:56  19  on?
11:56  20              MR. LANGAN:  Brian raises a valid point.  I think in
11:56  21  Phase One we had similar discussions --
11:56  22              THE COURT:  We did.
11:56  23              MR. LANGAN:  -- with Mr. Roy and Mr. Herman many
11:56  24  times.  At the end of the day, I think the authenticity issues
11:56  25  were worked through pretty much by agreement, maybe with some

11:56   1   exceptions, and Judge Barbier called balls and strikes on

11:56   2   admissibility.  I expect a similar process here.

11:56   3           **THE COURT:**  I think so too.

11:56   4               Brian, why don't you think about how you want to

11:56   5   handle that so that we do it on a rolling basis as we go and

11:57   6   you're not encountering a mountain at the end of the schedule.

11:57   7           **MR. BARR:**  We can do that.  I wasn't involved in

11:57   8   Phase One as directly as other people.  But as I recall some of

11:57   9   the rulings, some of the rulings were you didn't meet these

11:57   10  five hurdles you have to jump over to have this document

11:57   11  admitted because that question wasn't asked in the deposition,

11:57   12  that wasn't done.  Well, in the process we have, you're not

11:57   13  even with the right witness that can answer the question.  So

11:57   14  to me it's a little different twist on it.  If it's going to be

11:57   15  a "gotcha" game like that, then we have to come up with a way

11:57   16  to remedy that.

11:57   17          **THE COURT:**  It's a valid concern.

11:57   18              Mr. Gasaway.

11:57   19          **MR. GASAWAY:**  Just briefly, Your Honor, two points.

11:57   20  Number one is a rule maven point and number two is a practical

11:57   21  point.

11:57   22              Steve has the wrong provision.  You'll hear in

11:57   23  the transcript he is saying Rule 26(a)(1)(A)(i) says "may

11:57   24  call."  That says "may use."  The "call" language is in the

11:58   25  provision that you have on the board here.

```
11:58   1          THE COURT:  I read it this morning.
11:58   2          MR. GASAWAY:  I know.  According to the rules, we are
11:58   3   the defendants here.  There are multiple parties in this
11:58   4   courtroom that are asserting claims against BP.  Those claims
11:58   5   have changed over time.  They have developed.  We have gotten
11:58   6   testimony.  And, yes, we have a very large number of witnesses
11:58   7   that we may need to use to refute those claims that are coming
11:58   8   in multiple forms from multiple directions.  So it's not like
11:58   9   we are hiding any balls.  We really do have a lot of people and
11:58  10   a lot of claims we are, unfortunately, trying to defend.
11:58  11          That said, I understand the concern that's
11:58  12   driving this from the United States, and probably other people
11:58  13   are thinking about this, namely, we have a trial on June 15.
11:58  14   If it should happen that BP would call witnesses on June 15
11:58  15   that have not been a 30(b)(6) witness or have not been a fact
11:58  16   witness, we would want a chance to have a conversation and a
11:59  17   deposition with those witnesses before trial.  Certainly we
11:59  18   would expect the same of the United States and others.
11:59  19          So although I think that for purposes of this
11:59  20   discussion what we have said stands, I think it's supported
11:59  21   with the rules, I would note as a practical matter we do have
11:59  22   to address the question sometime between now and not the eve of
11:59  23   trial but before trial about trial witness depositions, etc.
11:59  24          THE COURT:  Okay.
11:59  25          MR. GASAWAY:  Thank you, Your Honor.
```

1    **THE COURT:**  Thank you, Rob.

2                Let's open it up.  Anything else?  That's good.

3    Going, going, gone.  Thank you.  Everybody have a good weekend.

4                (Proceedings adjourned.)

5                             * * *

6                          <u>**CERTIFICATE**</u>

7                I, Toni Doyle Tusa, CCR, FCRR, Official Court

8    Reporter for the United States District Court, Eastern District

9    of Louisiana, do hereby certify that the foregoing is a true

10   and correct transcript, to the best of my ability and

11   understanding, from the record of the proceedings in the

12   above-entitled matter.

13

14

15                              <u>s/ Toni Doyle Tusa</u>
16                              Toni Doyle Tusa, CCR, FCRR
                                Official Court Reporter

17

18

19

20

21

22

23

24

25

## 1

10 [1] 27/14
10-MD-2179 [1] 1/4
1000 [1] 4/18
10003 [1] 2/7
1001 [1] 2/25
10153 [1] 4/22
10:30 [1] 1/8
11 [1] 27/7
1100 [1] 5/4
12,000 [1] 13/3
1201 [1] 4/9
1221 [1] 4/3
12308 [1] 1/23
1300 [1] 4/24
1331 [1] 4/12
14 [2] 1/7 7/2
15 [3] 26/14 32/13 32/14
15th [1] 16/11
1665 [1] 4/12
17 [1] 11/14
1700 [1] 4/9
18 [1] 11/14
19 [1] 22/9

## 2

20 [1] 1/6
20005 [2] 3/12 4/25
20006 [1] 4/16
20044 [1] 2/18
2010 [1] 1/6
2011 [3] 24/8 24/11 27/14
2012 [2] 1/7 7/2
2020 [1] 4/15
21 [1] 12/2
2179 [2] 1/4 27/10
2216 [1] 2/3
24 [1] 13/6
24th [2] 14/14 14/16
25 [1] 15/17
26 [6] 21/16 21/22 26/17 27/8 28/8 31/23

## 3

30 [5] 15/16 24/12 28/5 29/19 32/15
300 [2] 3/18 9/7
300 meters [1] 9/5
31 [1] 11/25
316 [1] 1/24
32591 [1] 1/24
3300 [1] 5/4
335 [1] 3/3
35th [1] 3/3
36028 [1] 2/21
36130 [1] 2/10
3668 [1] 1/16
37 [1] 26/25
3700 [1] 2/25

## 4

40 [1] 28/5
4000 [1] 4/18
406 [1] 5/6
450 [1] 2/21
4500 [1] 4/3
4th [1] 8/7

## 5

50 [1] 24/16
500 [3] 1/17 2/10 5/6
5000 [1] 3/6
504 [1] 5/7
5395 [1] 2/21
546 [1] 3/23

## 

556 [1] 1/17
589-7776 [1] 1/17

## 6

600 [1] 1/24
60654 [1] 3/19
655 [1] 3/12

## 7

7-5395 [1] 2/21
70 [1] 8/7
700 [3] 2/6 28/22 28/24
701 [2] 2/13 3/6
70113 [1] 1/20
70130 [4] 2/4 2/13 3/23 5/7
70139 [1] 3/7
70163 [1] 5/4
70502 [1] 1/17
720 [1] 28/5
75270 [1] 4/9
7611 [1] 2/17
767 [1] 4/21
77002 [2] 2/25 4/19
77010 [2] 4/4 4/13
7778 [1] 5/7

## 8

820 [1] 1/20

## 9

9,000 [1] 18/7
900 [1] 4/24
90071 [1] 3/4
94102 [1] 2/22

## A

a.m [1] 1/8
ability [1] 33/10
able [5] 20/5 20/5 22/25 23/5 30/4
about [40]
above [1] 33/12
above-entitled [1] 33/12
absolutely [1] 17/15
acceptable [1] 17/5
accommodate [1] 11/3
accomplished [1] 27/25
according [2] 21/25 32/2
actual [1] 15/15
actually [4] 7/24 8/9 8/16 27/19
addition [2] 25/17 27/20
additional [6] 12/13 12/18 12/25 13/14 20/5 20/6
address [1] 32/22
adjourned [2] 27/17 33/4
admissibility [2] 30/5 31/2
admissions [2] 25/10 30/4
admitted [2] 29/18 31/11
admonitory [1] 13/9
adverse [1] 24/2
after [2] 10/13 23/10
afternoon [4] 13/24 14/2 14/3 14/4
again [2] 10/4 10/5
against [1] 32/4
agenda [1] 19/5
ago [2] 27/21 28/2
agreement [3] 20/20 21/5 30/25
ahead [4] 15/11 22/9 26/9 26/10
aided [1] 5/12
Air [1] 8/10
Air Force [1] 8/10
Alabama [5] 2/8 2/9 2/10 7/19 7/20
ALAN [1] 4/11
all [15] 1/8 10/9 11/9 11/22 12/3 16/15 18/20 27/1 28/13 28/24 30/7 30/7 30/8

## 

30/9 30/12
allow [1] 22/11
allowed [2] 26/24 29/24
already [4] 12/23 15/6 20/3 26/5
also [5] 21/1 23/6 23/7 24/3 27/20
although [1] 32/19
always [1] 9/2
am [1] 16/6
America [17] 2/15 2/20 3/5 3/6 3/7 3/8 3/9 3/11 3/11 3/12 3/14 3/15 3/16 3/17 3/18 3/19 3/20
Anadarko [3] 4/14 4/15 19/12
analysis [1] 15/13
ANDREW [1] 3/17
Andy [7] 9/9 9/13 27/4 27/5 27/11 28/12 30/18
Angeles [1] 3/4
another [2] 24/6 24/19
answer [2] 11/8 31/13
ANTHONY [1] 2/3
anticipated [1] 12/24
anticipation [1] 27/19
any [23] 9/9 9/21 10/25 11/2 11/9 11/17 11/23 12/7 12/13 12/21 14/5 14/17 16/5 16/23 16/24 17/8 18/4 26/6 26/8 26/9 26/10 26/23 32/9
Anybody [2] 18/12 25/1
anyone [1] 22/15
anything [9] 10/9 12/6 12/7 13/12 17/8 17/11 21/22 23/1 33/2
apart [1] 30/11
APLC [1] 3/5
Appearances [5] 1/13 2/1 3/1 4/1 5/1
Applies [1] 1/8
appointment [1] 10/21
appreciate [3] 20/8 20/10 23/12
appreciated [3] 19/14 19/16 21/18
approaching [1] 24/16
appropriate [1] 15/11
approximately [1] 22/8
APRIL [1] 1/6
are [64]
aren't [1] 12/13
argue [2] 20/25 29/21
argument [2] 7/5 20/15
around [3] 13/15 19/9 20/23
as [30] 8/20 9/10 9/10 11/4 11/10 11/10 11/22 13/4 13/9 13/9 14/7 14/9 15/5 15/12 16/18 16/18 16/21 18/22 21/14 23/13 24/1 26/4 26/22 28/22 28/22 31/5 31/8 31/8 31/8 32/21
Asbill [1] 2/23
aside [1] 15/10
ask [4] 27/11 28/13 29/6 29/24
asked [1] 31/11
asking [1] 16/1
asserting [1] 32/4
assist [1] 15/14
assume [1] 20/10
at [21] 7/12 7/21 8/25 9/11 11/7 13/22 15/1 15/23 17/2 17/11 17/21 21/4 24/12 24/19 25/13 26/8 26/24 28/19 28/24 30/24 31/6
athletic [1] 8/11
Attorney [1] 2/8
attorneys' [1] 19/8
Auburn [1] 9/12
authenticating [1] 29/22
authenticity [2] 29/16 30/24
available [2] 10/7 10/21
Avenue [5] 1/20 2/10 2/21 3/3 4/21
aware [4] 15/12 15/20 15/24 19/10

**B**

BAAY [1] 2/24
BABIUCH [1] 3/18
back [14] 7/21 7/21 8/1 8/14 18/18 18/22
 19/2 22/3 24/8 24/11 25/7 27/20 28/13
 28/20
background [1] 7/14
backwards [1] 25/23
bag [1] 11/16
balls [2] 31/1 32/9
Barbier [3] 2/8 28/11 31/1
barely [2] 17/25 25/5
Barnett [1] 5/2
BARR [3] 1/23 29/1 29/5
basic [1] 23/24
basis [2] 12/2 31/5
BATTISTE [1] 4/8
Baylen [1] 1/24
be [47]
because [16] 8/9 8/13 8/19 9/25 11/21
 13/14 17/6 20/3 24/23 24/23 25/4 29/23
 29/24 30/6 30/10 31/11
Beck [1] 4/2
been [10] 10/20 12/11 12/12 20/5 24/10
 24/15 27/25 29/21 32/15 32/15
before [15] 1/11 13/6 13/9 13/15 15/21
 22/19 24/1 25/14 25/21 26/14 27/1 29/7
 29/21 32/17 32/23
beginning [1] 25/13
behalf [1] 23/16
behind [1] 21/2
being [1] 11/18
believe [3] 20/17 20/19 27/20
BENSON [11] 2/16 7/7 7/9 7/9 7/10 7/12
 7/14 15/5 16/7 16/8 17/15
BERTAUT [1] 3/22
besides [1] 20/17
best [3] 10/23 27/12 33/10
bets [2] 9/21 9/23
better [1] 8/12
between [2] 19/24 32/22
beyond [1] 11/11
big [1] 13/14
biggest [1] 8/3
Bingham [1] 4/14
bit [1] 22/19
Bldg [1] 2/21
blindsided [2] 14/25 15/9
board [1] 31/25
Boat [1] 7/19
boats [1] 8/17
Bockius [1] 4/17
bonnet [2] 10/13 10/16
BOP [1] 11/25
both [4] 25/20 25/20 25/25 26/16
bottom [1] 13/2
Box [4] 1/16 1/23 2/17 2/21
BP [38]
BP's [3] 20/6 20/16 24/3
Branch [1] 2/20
Brennan [1] 2/23
BRIAN [4] 1/23 29/5 30/20 31/4
brief [1] 13/12
briefly [2] 14/24 31/19
bring [1] 19/22
Broadway [1] 2/6
brought [2] 27/9 29/15
Brown [1] 5/2
bucket [1] 11/16
business [1] 29/17
but [25] 8/18 10/4 10/7 12/14 14/17
 15/23 16/2 18/21 18/23 19/9 20/23 20/25

**C**

cadence [3] 7/22 7/25 8/14
California [2] 2/22 3/4
call [19] 12/16 13/12 25/11 25/15 25/16
 25/19 25/19 25/22 26/1 26/18 26/24
 27/13 28/8 28/14 28/19 28/20 31/24
 31/24 32/14
called [2] 20/3 31/1
calling [4] 7/22 7/25 8/14 28/24
came [1] 27/22
camera [4] 8/18 8/19 16/24 17/1
Cameron [5] 3/22 4/2 18/4 18/6 19/12
Camp [1] 2/13
can [20] 7/14 8/3 8/4 8/20 11/16 13/13
 13/16 21/5 23/1 23/21 24/4 24/23 25/4
 25/16 26/9 26/10 29/1 30/18 31/7 31/13
can't [2] 8/19 20/9
cannot [1] 14/4
cap [1] 7/22
capability [1] 29/22
capable [1] 11/18
Captain [4] 10/12 10/17 10/22 11/15
Captain Englebert [2] 10/17 10/22
Captain Englebert's [1] 11/15
CARMELITE [1] 3/22
Carondelet [1] 3/23
case [5] 8/11 25/10 25/12 25/13 27/9
Cases [1] 1/8
CCR [3] 5/6 33/7 33/15
certain [3] 12/15 18/15 20/24
certainly [2] 28/18 32/17
CERTIFICATE [1] 33/6
certify [1] 33/9
chair [1] 15/2
CHAKERES [2] 2/16 12/9
chance [2] 25/8 32/16
change [2] 9/14 23/10
changed [1] 32/5
Charlie [1] 12/11
chewing [1] 30/10
Chicago [1] 3/19
chime [2] 22/16 22/17
circulated [1] 19/19
cites [1] 21/15
Civil [1] 2/20
claim [3] 25/15 26/1 26/19
claims [5] 28/9 32/4 32/4 32/7 32/10
clarifying [2] 12/17 12/18 17/21
class [1] 11/6
climate [1] 10/24
CMO [1] 27/7
Coast [1] 11/12 16/17 17/9
Coast Guard [3] 11/5 11/12 17/9
come [7] 7/16 12/1 14/22 17/4 21/5
 31/15
coming [2] 23/9 32/7
comment [1] 25/1
comments [1] 27/6
committed [1] 15/5
communication [1] 17/15
communications [1] 12/25
company [8] 3/6 3/6 3/12 3/12 3/17 3/17
 4/15 8/17
competition [1] 7/19
complexity [1] 24/9
computer [1] 5/12
computer-aided [1] 5/12
concern [5] 23/2 23/22 23/24 24/5 24/6
 31/17 32/1
concerning [1] 30/15

concerns [4] 22/22 23/17 24/20 29/14
confer [1] 29/7
conference [3] 1/11 14/1 14/7
confident [1] 18/25
conflict [2] 19/24 20/9
consistent [1] 13/11
container [1] 11/16
contains [1] 11/17
contemplate [1] 28/15
continued [1] 19/15
control [1] 10/24 18/18
controversial [3] 21/20 21/23 23/7
conversation [2] 16/3 32/16
conversations [1] 18/14
cooperation [1] 19/12
COREY [3] 2/9 7/22 10/15
Corporation [3] 3/22 4/3 4/15
correct [4] 24/17 26/20 27/18 33/10
corrected [1] 28/2
correcting [1] 21/17
Cory [1] 8/13
costs [1] 19/8
Cotlar [1] 1/19
could [11] 7/16 10/15 17/25 21/13 22/3
 22/8 26/6 27/8 28/1 29/21 30/1
counsel [2] 13/8 13/17
country [1] 20/4
couple [2] 29/3 29/15
court [9] 1/1 5/6 7/3 14/8 15/12 20/18
 33/7 33/8 33/16
Court's [1] 13/11
courthouse [1] 10/5
courtroom [1] 32/4
cover [1] 16/5
crack [1] 17/6
crew [1] 8/5
cross [1] 12/17
current [1] 13/2 13/5 21/25
custodial [2] 12/7 12/14
custodian [1] 17/1

**D**

Dallas [1] 4/9
date [6] 13/5 18/11 18/15 22/9 22/10
 27/16
dates [2] 20/5 20/6
DAVID [1] 2/24
DAVIS [2] 3/3 23/16
DAVIS-DENNY [2] 3/3 23/16
day [7] 20/13 20/17 20/18 20/19 20/21
 20/23 30/24
days [7] 13/6 13/15 15/10 15/11 20/14
 20/21 21/1
DC [4] 2/18 3/12 4/16 4/25
deadline [4] 11/25 23/8 26/9 26/10
deadlines [1] 25/25
December [3] 22/10 22/11 22/15
December 3 [2] 22/10 22/15
decide [3] 19/3 25/16 26/2
deemed [1] 11/20
DEEPWATER [5] 1/5 2/24 2/25 3/3 3/4
defend [1] 32/10
defendant [3] 22/7 25/22 29/9
defendants [2] 22/3 32/3
defense [3] 25/15 26/1 26/19
DENISE [1] 4/18
DENNY [2] 3/3 23/16
department [3] 2/15 2/19 8/10
deponent [1] 15/16
deponents [1] 20/14
depose [2] 25/21 26/2
deposed [1] 24/1

## D

deposition [17] 13/7 13/15 15/4 15/11 15/22 15/24 18/5 18/25 19/1 19/6 19/7 19/13 25/17 27/1 30/13 31/11 32/17
depositions [16] 12/16 17/21 19/11 19/16 19/25 20/17 22/2 22/4 22/7 22/12 24/12 24/19 26/7 29/19 30/8 32/23
depressing [1] 10/4
designate [1] 30/14
designated [1] 29/23
designates [2] 29/9 29/9
designating [1] 21/24
designation [3] 21/21 23/3 29/6
destructive [1] 11/20
detail [1] 23/18
developed [1] 32/5
Dexter [1] 2/10
did [11] 8/5 12/25 14/6 14/23 15/14 15/15 20/8 27/23 28/2 28/21 30/22
didn't [6] 7/20 8/13 14/1 20/14 23/6 31/9
different [3] 24/23 24/24 31/14
difficulty [1] 10/13
directions [1] 32/8
directly [1] 31/8
disagrees [1] 20/22
disclose [2] 26/9 26/10
disclosure [3] 21/16 25/7 26/18
disclosures [2] 21/22 27/8
discovery [3] 12/4 18/18 25/14
discussed [1] 22/10
discussing [1] 17/18
discussion [1] 32/20
discussions [1] 30/21
dispensed [2] 27/7 28/11
dispute [1] 20/15
distance [1] 9/4
DISTRICT [4] 1/1 1/2 33/8 33/8
Division [1] 2/20
do [24] 8/6 9/13 9/16 9/21 10/3 11/1 11/2 14/22 15/23 16/22 19/7 24/23 25/20 26/6 26/8 26/24 27/11 28/21 30/12 31/5 31/7 32/9 32/21 33/9
Docket [1] 1/4
document [2] 12/21 31/10
documents [7] 12/12 18/20 29/17 29/22 29/25 30/8 30/14
does [1] 8/8
doesn't [2] 9/2 25/19
doing [2] 8/15 14/9
Domengeaux [1] 1/15
DON [1] 3/6
don't [18] 7/8 9/18 11/9 13/16 14/17 14/25 15/4 15/9 17/10 18/15 20/22 23/25 24/4 24/22 26/12 29/16 29/22 31/4
DONALD [1] 4/6
donating [1] 19/13
done [4] 13/13 26/16 26/17 31/12
DOUGLAS [1] 2/12
down [5] 28/20 28/22 29/3 30/7 30/11
Doyle [4] 5/6 33/7 33/15 33/15
draft [2] 21/11 21/12
Dragon [1] 7/19
drilling [3] 2/24 3/3 11/5
driving [1] 32/12
drumming [1] 8/18
due [1] 16/23
during [3] 19/13 19/15 22/4

## E

e-mail [4] 10/6 14/25 16/18 30/1
e-mails [3] 13/3 15/8 30/7
each [2] 9/3 30/13

earlier [2] 16/3 23/3
early [3] 28/1 28/3 32/23
EASTERN [2] 1/2 33/8
Edwards [1] 1/15
effort [1] 27/12
Ellis [2] 3/11 3/16
Elm [1] 4/9
else [5] 10/9 21/23 22/15 25/1 33/2
encountering [1] 31/6
encouraged [1] 13/8
encouraging [1] 13/10
end [4] 12/2 22/2 30/24 31/6
ends [1] 17/8
Energy [2] 4/5 4/11
Enforcement [2] 16/1
engagement [2] 14/4 20/4
Engineering [1] 18/1
Englebert [3] 10/13 10/17 10/22
Englebert's [1] 11/15
enough [3] 18/10 22/23 26/15
entitled [1] 33/12
Environmental [1] 2/15
equipment [6] 10/14 10/17 10/20 10/24 11/7 14/15
ERIKA [1] 4/8
ESQ [34]
establishing [1] 30/9
etc [1] 32/23
eve [1] 32/22
even [6] 7/20 13/13 25/21 27/9 29/24 31/13
evening [1] 11/23
event [1] 11/11
events [1] 14/14
eventually [1] 30/11
every [4] 11/15 11/16 11/16 11/16
everybody [12] 7/4 7/8 8/4 8/8 8/20 8/24 9/8 14/13 14/17 19/15 22/14 33/3
everyone [1] 9/25
everything [1] 10/24 11/16
exceptions [1] 31/1
exchange [2] 25/14 25/25
exercise [2] 28/7 28/23
exhibits [1] 29/20 30/5
expect [3] 16/12 31/2 32/18
expert [3] 22/3 23/9 23/10
experts [1] 22/24
explained [2] 24/1 24/3
Exploration [3] 3/7 3/13 3/18
Eye [1] 4/24

## F

fact [3] 25/8 29/15 32/15
fails [1] 26/24
fair [2] 24/9 26/15
fairly [2] 18/25 28/23
faith [2] 27/12 28/14
falls [1] 30/11
Fannin [1] 2/25
far [3] 16/18 26/4 28/22
FCRR [3] 5/6 33/7 33/15
Federal [1] 2/1
feel [2] 24/4 26/11
fees [1] 19/8
few [2] 14/21 18/14
fields [1] 9/7
Fifteenth [1] 3/12
Fifth [1] 4/21
fight [2] 30/3 30/3
fighting [1] 20/18
figure [2] 28/21 28/24
final [4] 11/2 22/20 26/21 28/20
find [4] 20/5 20/6 25/18 26/13

fine [3] 10/24 11/13 22/21
fire [2] 8/10 8/12
Firm [1] 2/2
first [4] 19/12 22/24 27/1 28/10
FITCH [1] 4/15
five [10] 21/21 21/24 24/7 26/5 26/12 29/7 29/9 29/9 30/6 31/10
fixes [1] 18/22
FLEMING [1] 4/7
Floor [1] 3/3
Florida [1] 1/24
Flow [2] 15/14 16/21
folks [1] 21/1
following [3] 7/3 14/14 30/13
football [2] 9/7 9/12
Force [1] 8/10
foregoing [1] 33/9
forms [1] 32/8
forward [3] 11/24 12/16 15/4
Francisco [1] 2/22
free [1] 26/11
Friday [2] 10/21 13/13
front [1] 21/15
fully [1] 24/10
fulsome [1] 19/6
fun [1] 9/23
further [3] 11/4 17/11 17/18

## G

GALLAGHER [2] 4/3 18/6
game [1] 31/15
GASAWAY [3] 3/11 13/1 31/18
Gasaway's [1] 21/14
Gate [1] 2/21
gearing [1] 10/10
General [1] 2/8
get [11] 10/1 12/4 13/4 14/21 15/8 16/24 19/13 25/9 25/9 29/17 30/4
getting [3] 9/11 10/10 16/16
give [3] 10/18 16/25 23/22
given [2] 18/15 29/19
giving [1] 22/20
go [8] 8/11 11/24 15/4 15/11 22/8 28/20 29/16 31/5
goal [2] 8/24 9/1
Godwin [1] 4/5 4/6 4/11
going [41]
Golden [1] 2/21
gone [1] 33/3
good [23] 8/5 11/11 12/8 12/20 12/23 16/4 16/21 17/6 17/13 17/19 17/19 17/19 18/10 19/2 19/4 20/9 27/12 28/14 28/23 30/12 30/16 33/2 33/3
got [12] 12/21 18/1 20/13 29/10
gotcha [1] 31/15
Gotshal [2] 4/20 4/23
gotten [5] 11/23 12/3 16/19 19/9 32/5
government [2] 16/14 18/7
Grand [1] 3/3
GRANT [4] 3/3 23/5 23/13 23/16
great [3] 19/5 23/23 24/21
greatly [1] 19/16
GREENWALD [1] 2/6
Griffiths [2] 20/2 20/6
group [4] 1/11 11/12 15/14 16/22
guaranteeing [1] 13/13
Guard [4] 11/5 11/12 16/18 17/9
guess [3] 17/4 21/2 21/5
GULF [1] 1/5
Guthrie [4] 20/1 20/2 20/3 20/10
guys [3] 10/22 19/11 25/9
GWEN [1] 4/12

# H

had [12]  9/23 12/11 12/12 12/16 12/25
  18/14 20/3 22/10 24/12 24/15 27/12
  30/21
hadn't [1]  27/9
Halliburton [3]  4/5 4/11 18/19
Hammond [1]  5/3
handheld [2]  14/7 14/15
handle [1]  31/5
hands [1]  16/19
happen [4]  9/2 16/3 26/25 32/14
happens [1]  27/1
happy [2]  20/25 22/15
Hart [1]  7/10
has [9]  8/18 10/20 11/14 15/10 21/12
  22/14 26/7 27/25 31/22
have [72]
haven't [2]  19/9 20/4
having [1]  20/21
HAYCRAFT [1]  3/6
HB [1]  5/6
HB-406 [1]  5/6
he [10]  7/12 7/18 8/15 8/16 8/17 15/12
  17/15 20/3 22/14 31/23
head [1]  8/18
heads [1]  27/22
hear [8]  8/4 17/25 18/8 18/18 18/22
  22/15 25/5 31/22
heard [1]  26/14
Hearing [1]  27/5
heart [1]  20/7
held [1]  7/3
help [4]  7/17 13/14 16/8 29/1
helpful [1]  24/24
helping [1]  11/12
her [5]  8/18 8/19 11/3 16/12 16/16
here [12]  8/22 9/8 9/15 12/23 16/10
  18/13 25/8 25/25 27/6 31/2 31/25 32/3
Here's [1]  13/2
hereby [1]  33/9
Herman [4]  1/19 1/19 1/19 30/23
hiding [1]  32/9
high [1]  7/5
highlighted [1]  21/15
him [5]  12/12 12/13 13/1 20/3 20/5
Himmelhoch [1]  16/7
his [3]  7/12 15/2 15/11
Historically [1]  26/7
hit [1]  9/2
hitches [1]  12/7
Holdings [5]  2/23 3/2 3/8 3/14 3/19
Hole [1]  19/13
Hole's [1]  19/8
Holt [1]  12/11
Honor [25]  9/10 9/13 12/9 12/24 13/18
  13/23 14/9 14/20 16/6 16/25 17/10 17/14
  17/24 18/13 19/21 22/18 23/15 23/24
  24/7 25/2 27/5 28/3 28/10 31/19 32/25
Honor's [1]  13/25
HONORABLE [1]  1/11
hope [3]  8/11 9/22 19/14
hoping [1]  16/6
HORIZON [1]  1/5
Houston [4]  2/25 4/4 4/13 4/19
how [8]  7/4 7/7 8/5 10/17 18/8 19/3
  24/24 31/4
huh [1]  23/14
hurdles [1]  31/10
hybrid [2]  20/16 20/24

# I

I'll [1]  18/13
I'm [12]  12/4 14/23 16/9 16/16 18/25
  19/16 20/20 21/5 25/8 25/17 26/23 26/16
  29/2
I've [1]  11/23
idea [4]  25/7 25/20 28/14 30/16
identified [2]  28/4 28/5
identify [1]  28/8
if [23]  7/20 10/6 10/25 11/2 11/9 13/10
  13/12 15/3 15/20 15/25 17/5 19/2 20/9
  20/22 20/24 21/7 21/22 23/18 23/21 30/3
  30/10 31/14 32/14
Illinois [1]  3/19
important [1]  14/4
in [66]
in camera [2]  16/24 17/1
Inc [18]  2/24 2/25 3/3 3/4 3/5 3/7 3/8 3/9
  3/11 3/12 3/13 3/15 3/16 3/18 3/19 3/20
  4/6 4/11
incorporate [2]  22/24 22/25
indicating [2]  17/16
information [3]  12/1 12/18 15/21
informs [2]  7/19 11/4
initial [1]  25/7
inspect [1]  11/6
inspection [3]  10/21 11/7 11/8
inspections [2]  10/25 11/2
Institute [1]  15/13
intend [1]  7/3
interests [5]  24/2 24/3 24/5 24/22 24/24
International [1]  3/22 4/2
into [4]  12/4 14/21 17/17 22/25
Introduce [1]  7/7
involved [1]  31/7
Ira [1]  14/25
Irpino [2]  2/2 2/3
is [79]
isn't [1]  12/14
issue [4]  23/4 23/5 24/22 29/15
issues [10]  14/25 15/7 17/16 19/7 19/22
  29/5 29/16 29/17 30/1 30/24
it [53]
it's [20]  11/8 11/11 11/18 12/14 15/10
  15/17 15/22 17/14 18/8 19/10 20/21 24/9
  28/18 29/16 30/12 31/14 31/14 31/17
  32/8 32/20
item [1]  19/5
its [1]  27/9

# J

JAMES [1]  1/16
January [1]  10/11
Jefferson [1]  1/17
JENNY [1]  4/6
JUDGE [6]  1/12 7/24 9/18 10/2 28/11
  31/1
Judge Barbier [3]  10/2 28/11 31/1
jump [2]  23/7 31/10
June [2]  32/13 32/14
June 15 [2]  32/13 32/14
just [22]  9/15 11/8 12/25 13/6 13/12
  13/17 14/7 14/13 15/11 15/20 15/25 16/2
  16/15 18/8 19/12 19/9 19/22 27/6 28/15
  29/2 29/7 31/19
Justice [2]  2/15 2/19

# K

Kanner [1]  2/12
Kat [1]  18/6
KATHLEEN [1]  4/3
Katz [1]  1/19
keep [2]  19/17 29/4
kind [1]  11/17
Kirkland [2]  3/11 3/16

knew [2]  27/15 27/18
know [22]  7/9 9/3 9/6 14/1 14/2 15/15
  15/18 15/23 16/15 16/17 17/18 17/23
  18/17 18/12 20/22 22/17 25/11 25/16
  25/22 27/15 27/18 29/16 32/2
knows [3]  7/8 14/13 19/15
KRAUS [1]  2/12

# L

laed.uscourts.gov [1]  5/8
Lafayette [1]  1/17
laid [2]  10/20 10/24
Lamar [1]  4/12
LANGAN [2]  3/17 27/5
language [1]  31/24
laptops [1]  16/5
large [3]  13/4 24/2 32/6
largely [1]  27/25
Lasalle [1]  3/18
laser [3]  14/1 14/8 14/15
last [11]  9/23 10/25 12/10 13/7 14/16
  15/1 15/6 15/23 16/17 16/18 18/23
late [5]  9/25 13/24 14/2 14/3 14/11
later [2]  16/3 28/15
latest [1]  17/22
LAUREN [1]  4/7
Law [1]  2/2
learned [1]  22/3
least [1]  18/23
legitimate [1]  15/22
Leifer [3]  12/22 14/25 15/15
less [1]  19/5
let [5]  11/10 13/17 21/4 21/7 27/11
let's [11]  10/1 10/12 12/6 14/21 14/22
  16/4 18/4 19/18 21/23 28/18 33/2
letter [8]  19/23 20/7 21/14 22/19
  23/17 23/18 24/21
letters [1]  24/2
Levin [1]  1/22
Lewis [2]  3/5 4/17
like [11]  11/6 22/16 22/17 23/9 23/17
  23/21 24/4 24/6 24/10 27/17 30/1 31/15
  32/8
Likewise [1]  22/6
limit [2]  24/7 24/8
Limited [3]  3/9 3/14 3/20
line [3]  13/2 19/19 21/12
liquid [1]  11/21
Liskow [1]  3/5
list [9]  20/16 25/25 26/21 27/22 28/1 28/4
  28/14 28/19 28/20
listened [1]  7/5
lists [1]  25/14
little [4]  7/21 22/19 23/18 31/14
LLC [6]  1/15 2/12 2/24 3/3 3/22 4/17
LLP [10]  1/19 2/23 3/2 3/11 3/16 4/2 4/14
  4/20 4/23 5/3
logistics [1]  10/4
long [2]  9/10 18/8
look [5]  7/21 13/22 21/4 24/19 28/19
looked [1]  27/20
looking [5]  10/8 17/17 20/7 22/19 24/11
looks [1]  22/17
loose [3]  16/5 16/18 17/8
Los [1]  3/4
lost [1]  8/10
lot [5]  29/2 29/20 30/6 32/9 32/10
LOUISIANA [14]  1/2 1/6 1/17 1/20 2/4
  2/12 2/13 3/7 3/23 4/18 5/4 5/7 9/19 33/9
LP [1]  4/15
Luxenberg [1]  2/5
LYLE [1]  4/24

# M

made [1] 20/8
Magazine [1] 2/3
MAGISTRATE [1] 1/12
mail [4] 10/6 14/25 16/18 30/1
mails [3] 13/3 15/8 30/7
main [2] 23/15 24/20
major [1] 23/2
make [3] 9/24 23/3 27/24
makes [1] 28/22
Manges [2] 4/20 4/23
many [2] 11/21 30/23
Marcia [1] 15/16
MARK [2] 3/17 17/14
MARTINEZ [1] 4/6
material [3] 11/17 11/21 11/22
materials [2] 14/10 14/11
matter [2] 32/21 33/12
maven [1] 31/20
may [19] 9/19 9/19 13/10 20/5 23/3 23/7
 24/10 24/18 25/15 26/18 27/13 27/14
 27/16 28/8 28/14 28/24 31/23 31/24 32/7
May 10 [1] 27/14
May 3 [1] 27/16
may-call [2] 27/13 28/14
maybe [2] 25/19 30/25
MAZE [8] 2/9 7/16 7/16 7/18 7/23 9/10
 9/12 21/13
McCutchen [1] 4/14
McKinney [1] 4/3
McNutt [1] 15/16
MD [1] 1/4
MDL [1] 27/10
me [12] 7/17 7/19 7/24 8/2 8/3 9/14 10/6
 11/10 11/13 13/17 27/11 31/14
mechanical [1] 5/12
media [2] 16/5 16/18
meet [1] 31/9
meeting [1] 9/25
mention [4] 12/25 20/12 23/6 25/6
mentioned [3] 10/2 13/9 15/6
metadata [2] 17/9 17/16
meters [1] 9/5
MEXICO [1] 1/5
mic [1] 15/2
MICHAEL [2] 2/20 4/24
Michoud [1] 11/7
mid [1] 22/8
mid-November [1] 22/8
middle [4] 7/24 8/2 8/3 8/20
might [3] 22/18 24/6 28/12
Mike [1] 11/6
Mintz [1] 5/3
minute [2] 15/1 15/23
Mitchell [2] 1/22 4/7
mobile [1] 11/5
modeling [1] 12/15
Monday [6] 11/11 13/19 13/20 13/21
 13/22 16/12
Montgomery [2] 2/10 5/2
more [4] 8/11 23/11 23/18 30/6
Morgan [1] 4/17
morning [5] 10/2 11/11 12/8 12/23 32/1
most [3] 9/8 19/14 21/17
mountain [1] 31/6
mouth [1] 8/3
move [6] 10/12 13/8 15/24 20/3 20/10
 22/9
moving [1] 21/2
Mr. [27] 7/7 7/9 7/12 7/16 7/16 7/18 7/22
 9/10 9/12 15/9 15/15 15/21 16/8 17/15
 17/20 20/1 20/2 20/2 20/3 20/6 21/13

# N

name [1] 25/8 29/7
namely [1] 12/19
names [4] 26/5 27/23 28/1 28/4
narrow [1] 29/3
Nat [7] 12/8 12/9 14/22 16/4 19/20 22/17
 23/12
NATHANIEL [1] 2/16
National [1] 15/13
need [8] 10/3 12/6 13/5 17/9 21/1 23/11
 25/11 32/7
never [2] 26/14 29/20
New [12] 1/6 1/20 2/4 2/7 2/7 2/13 3/7
 3/23 4/22 4/22 5/4 5/7
next [9] 8/22 9/20 11/12 13/11 14/8
 14/11 17/4 17/20 18/14
nice [2] 8/21 16/13
nine [1] 24/13
no [7] 8/2 9/17 9/18 10/7 11/10 17/10
 18/14
NOMELLINI [2] 3/17 17/14
normally [1] 9/11
North [10] 3/7 3/8 3/9 3/12 3/14 3/15
 3/18 3/18 3/19 3/20
not [33] 7/9 9/2 9/19 9/22 11/23 12/4
 15/2 15/7 15/21 15/22 15/23 15/24 16/10
 18/23 18/24 18/25 24/10 26/21 26/24
 27/23 28/7 28/18 28/23 29/10 29/23 30/1
 30/4 31/6 31/12 32/8 32/15 32/15 32/22
note [3] 21/11 21/14 32/21
noted [1] 24/11
notices [1] 25/18
November [3] 12/2 22/8 22/9
November 19 [1] 22/9
November 21 [1] 12/2
now [11] 8/22 10/25 12/5 14/7 18/19
 19/18 23/22 25/4 27/8 28/1 32/22
NRC [3] 4/20 4/23 5/2
number [3] 13/4 24/12 24/19 29/13 29/14
 31/20 31/20 32/6
numerous [1] 24/1
NW [3] 3/12 4/15 4/24

# O

O'Brien's [3] 4/20 4/23 5/2
O'Brien's/NRC [3] 4/20 4/23 5/2
O'Keefe [2] 1/20 5/3
O'ROURKE [6] 2/17 17/20 23/7 25/3
 27/6 28/3
oars [1] 8/23

object [1] 11/23
obviously [1] 13/8
October [5] 10/22 11/1 11/25 15/17 22/2
October 24-25 [1] 15/17
October 31 [1] 11/25
October 5 [2] 10/22 11/1
Office [3] 1/16 1/23 2/17
officers [2] 11/6 11/12
Official [3] 5/6 33/7 33/16
offshore [3] 2/24 3/3 11/5
Oh [1] 19/20
OIL [2] 1/4 1/4
okay [7] 14/19 17/3 23/19 25/6 27/3
 28/25 32/24
Olson [1] 3/2
on [67]
Once [1] 13/4
one [28] 7/13 10/2 10/3 17/1 17/1 17/2
 19/5 19/23 20/12 20/13 20/19 20/21
 20/22 20/23 22/22 23/3 23/5 23/13 23/16
 24/5 27/12 28/20 29/6 29/13 29/14 30/21
 31/8 31/20
one-day [1] 20/19
ones [1] 20/17
ongoing [1] 12/19
only [2] 15/12 23/11
open [3] 7/3 11/15 33/2
opened [2] 11/17 14/7
opportunity [2] 10/23 10/23
oppose [1] 16/2
or [14] 8/12 9/16 9/19 11/22 13/13 13/24
 17/8 20/13 25/15 25/22 26/1 26/19 28/5
 32/15
oral [1] 7/5
order [7] 10/25 17/21 18/1 20/13 20/14
 24/11 27/7
Order 11 [1] 27/7
orders [1] 12/3
ordinarily [1] 27/1
ordinary [1] 25/13
original [1] 27/16
Orleans [8] 1/6 1/20 2/4 2/13 3/7 3/23
 5/4 5/7
other [17] 9/3 18/21 20/10 20/12 20/16
 20/21 20/24 21/1 23/5 24/4 25/10 25/18
 25/19 26/3 27/24 31/8 32/12
others [2] 20/22 32/18
otherwise [1] 16/7
our [23] 14/1 14/7 14/11 15/6 16/19
 17/20 20/14 20/15 20/25 22/22 22/23
 22/24 23/15 23/17 23/22 24/2 24/19
 24/23 25/10 25/17 26/5 26/12 27/22
ours [1] 23/9
ourselves [2] 10/10 23/18
out [21] 7/12 7/17 8/7 10/1 10/20 10/24
 11/7 12/1 12/3 15/8 15/25 16/11 16/20
 20/13 21/4 21/11 25/17 25/18 26/13
 28/21 28/24
outside [1] 20/4
over [4] 20/18 22/19 31/10 32/5

# P

PA [1] 1/22
paddle [1] 8/25
paddling [1] 8/20
page [2] 6/2 21/15
pages [1] 18/7
Papantonio [1] 1/22
part [2] 11/4 24/2
participated [1] 7/18
particular [1] 17/2
parties [7] 14/8 18/21 24/4 26/18 27/22

## P

parties... [2]  30/14 32/3
parts [1]  7/5
party [2]  16/22 26/23
past [1]  20/13
PATRICK [1]  5/3
payment [1]  19/8
PC [3]  2/5 4/5 4/11
pending [1]  19/9
Pensacola [1]  1/24
people [8]  11/2 20/21 25/17 26/14 30/7
31/8 32/9 32/12
per [2]  21/14 21/21
perceive [1]  19/24
person [6]  7/21 8/14 8/18 17/2 29/25
30/1
Petroleum [1]  4/14
Phase [13]  10/2 10/3 10/12 19/18 21/12
24/2 24/10 27/12 27/21 28/20 29/18
30/21 31/8
Phase One [6]  10/2 10/3 27/12 28/20
30/21 31/8
Phase Two [7]  10/12 19/18 21/12 24/2
24/10 27/21 29/18
phone [1]  16/7
photographing [2]  11/18 14/10
pick [2]  25/21 26/12
picking [1]  23/25
picture [3]  7/13 8/22 8/22
Pigman [1]  3/22
place [2]  15/17 21/22
placeholder [1]  10/14
plaintiff [1]  25/22
Plaintiffs [5]  1/15 1/19 1/22 2/2 2/5
plan [1]  11/17
plans [1]  11/15
play [1]  27/10
playing [1]  9/18
please [9]  7/8 7/17 10/6 10/11 10/15
11/1 11/2 21/11 21/14
point [10]  8/5 20/9 23/15 27/24 28/10
28/23 30/12 30/20 31/20 31/21
pointed [1]  17/16
points [4]  23/7 23/11 23/13 31/19
position [1]  20/25
possible [1]  11/10
Possolo [4]  13/5 14/5 15/9 15/21
Post [3]  1/16 1/23 2/17
Poydras [1]  3/6 5/4 5/6
practical [2]  31/20 32/21
preferred [1]  8/9
preparation [2]  19/19 21/12
presentation [2]  17/21 20/20
Pretrial [1]  27/7
pretty [3]  16/9 19/6 30/25
previously [1]  22/10
privilege [1]  15/7
probably [4]  16/2 18/13 22/14 32/12
problem [4]  11/9 11/9 14/17 21/7
problems [1]  18/18
procedure [1]  30/13
proceedings [5]  5/12 7/1 7/3 33/4 33/11
process [4]  13/5 15/8 31/2 31/12
Proctor [1]  1/22
produced [4]  12/12 13/3 18/7 18/20
product [1]  16/23
production [9]  3/6 3/11 3/11 3/13 3/17
3/19 12/7 12/21 16/23
productions [2]  12/14 12/15
Products [3]  3/9 3/14 3/18
professionalism [1]  19/15
Professor [1]  12/22

## Q

quality [1]  7/5
quantification [5]  12/15 20/16 20/24 26/6
29/8
quantification-related [1]  12/15
question [4]  11/8 31/11 31/13 32/22
question-and-answer [1]  11/8
questioners [1]  17/22
questions [1]  9/9
quick [3]  9/24 19/21 29/4
quite [2]  12/14 28/2

## R

race [1]  9/4
racing [1]  7/19
Rafferty [1]  1/22
raise [1]  24/7
raised [2]  18/19 19/23
raises [1]  30/20
range [1]  15/18
rapidly [1]  24/16
Rate [2]  15/14 16/21
rather [3]  16/3 16/3 22/9
RE [1]  1/4
read [3]  5/2 22/14 32/1
ready [1]  10/10 26/8
real [1]  14/24
really [3]  9/24 19/6 32/9
reasons [2]  16/2 24/3
recall [2]  27/12 31/8
recently [1]  7/18
record [2]  29/17 33/11
recorded [1]  5/12
Redden [1]  4/2
referring [1]  21/18
refute [1]  32/7
regard [1]  21/24
regarding [4]  12/1 12/10 18/18 20/13
related [4]  12/15 12/15 17/1 20/4
relative [2]  19/11 22/6
rely [1]  24/4
remedy [1]  31/16
removed [1]  10/14
removing [1]  10/16
rent [1]  8/17
repeating [1]  24/22
reply [1]  23/8
report [4]  9/16 9/19 12/21 17/8
reported [2]  11/14 14/9
Reporter [3]  5/6 33/8 33/16
reports [6]  9/12 10/13 22/23 22/25 23/9
23/10
repositioning [1]  10/10
request [3]  11/3 15/23 19/8

requesting [1]  12/13
requests [1]  28/19
require [1]  26/23
requirement [1]  28/11
reschedule [1]  14/5
resolve [1]  20/7
respond [3]  14/23 14/24 17/17
response [1]  22/20
review [2]  18/8 23/17
reviewed [1]  12/11
revised [1]  20/23
RICHARD [1]  4/12
RIG [1]  1/4
right [11]  7/11 8/2 12/5 15/19 17/15 21/2
23/22 24/14 26/12 28/16 31/13
River [2]  7/20 7/20
road [1]  30/11
Rob [6]  12/23 13/1 21/3 21/17 21/18
33/1
Rob's [3]  22/14 22/19 23/17
ROBERT [1]  3/11
ROBERTS [1]  2/24
ROBIN [1]  2/6
rolling [2]  12/1 31/5
Ronquillo [2]  4/5 4/11
room [2]  5/6 10/5
roster [1]  14/13
Roy [3]  1/15 1/16 30/23
rule [6]  21/16 21/22 26/25 27/8 31/20
31/23
Rule 26 [4]  21/16 21/22 27/8 31/23
Rule 37 [1]  26/25
rules [1]  26/23 32/2 32/21
rulings [2]  31/9 31/9
run [1]  12/13
running [1]  9/25
RYAN [1]  3/18

## S

safety [1]  11/5
said [3]  29/8 32/11 32/20
SALLY [1]  1/11
same [2]  8/25 32/18
sampling [1]  11/20 14/10
San [1]  2/22
Sarah [2]  16/6 16/9
satisfied [1]  17/22
saw [1]  17/20
say [9]  7/6 11/11 14/6 15/3 15/21 19/7
23/25 24/9 24/23
saying [2]  22/14 31/23
says [3]  29/10 31/23 31/24
scanning [4]  14/1 14/8 14/15 14/16
schedule [10]  13/3 13/11 13/25 19/7 20/9
20/23 21/25 26/7 28/19 31/6
scheduled [1]  24/15
schedules [1]  12/4
scheduling [2]  18/4 19/22
SCOFIELD [1]  4/18
scope [1]  24/9
scream [1]  8/4
screen [1]  21/13
SEAN [1]  4/7
search [2]  12/11 12/13
seat [1]  7/4
Secrest [1]  4/2
Section [2]  1/5 2/15
see [10]  8/19 8/20 10/23 11/9 11/9 13/10
13/12 13/16 18/4 25/7
seeing [1]  10/6
seek [2]  19/1 19/3
seeking [1]  18/24
seem [1]  21/20

**S**

seems [2]  9/14 25/22
semiliquid [1]  11/22
send [2]  24/21 25/17
sense [1]  23/3
sent [6]  14/7 16/17 17/15 20/23 21/4
  21/11
September [6]  1/7 7/2 11/14 13/6 24/8
  24/11
September 17 [1]  11/14
September 2011 [1]  24/11
September 24 [1]  13/6
sequence [1]  17/22
Services [2]  4/6 4/11
session [1]  11/8
set [4]  13/16 15/10 24/8 26/10
setting [1]  14/15
share [1]  7/14
she [6]  8/19 10/25 11/4 11/7 16/10 16/11
should [10]  8/12 10/18 14/7 21/22
  22/15 25/25 26/16 26/17 26/25 32/14
SHUSHAN [1]  1/11
side [5]  7/13 21/21 25/18 25/19 26/3
sides [4]  25/14 25/20 25/25 26/2
similar [3]  28/21 30/21 31/2
since [1]  22/23
SINCLAIR [1]  2/9
sit [2]  22/3 30/7
situation [1]  19/14
smoothly [1]  10/18
so [40]
software [1]  5/12
some [13]  9/23 10/13 11/20 13/11 15/23
  17/16 20/18 20/19 22/11 26/7 30/25 31/8
  31/9
somebody [1]  29/21
something [9]  10/18 16/1 19/24 23/1
  23/9 27/17 28/21 30/10 30/18
sometime [3]  15/17 27/21 32/22
somewhere [1]  15/17
soon [2]  11/10 26/17
sooner [1]  25/24
sorry [3]  14/23 19/20 23/16
sort [3]  12/17 15/23 23/6
sounds [1]  19/4
South [1]  1/24
space [2]  10/5 10/7
speak [1]  25/4
specifically [1]  21/15
specified [1]  29/20
spend [1]  22/19
SPILL [1]  1/4
Standards [1]  15/13
stands [1]  32/20
start [6]  10/3 10/6 10/7 10/11 22/11
  30/10
starts [1]  25/14
state [4]  2/8 2/12 20/14 27/10
stated [1]  16/2
STATES [15]  1/1 1/12 2/15 2/19 12/10
  18/19 18/21 25/3 26/4 27/9 28/4 29/7
  32/12 32/18 33/8
States' [1]  22/1
statistical [1]  15/12
status [2]  12/7 16/5
stay [2]  16/4 18/13
steers [1]  8/17
steersman [1]  8/16
stenography [1]  5/12
step [2]  13/10 15/7
STEPHEN [1]  1/19
Steve [7]  23/7 25/2 25/4 26/10 27/25

**S**... 

STEVE... [1]  2/21

sticky [1]  19/14
still [9]  10/7 15/10 16/9 18/17 18/21
  18/25 19/9 20/23 22/14
stipulations [2]  30/4 30/15
Stone [1]  3/22
stop [1]  7/12
strategy [1]  25/17
Street [5]  1/17 1/24 2/3 2/13 2/23 3/6
  3/12 3/23 4/3 4/9 4/15 4/18 4/24 5/4 5/6
Stress [1]  18/11
strikes [1]  31/1
stuff [1]  7/6
subject [1]  9/15
submission [1]  17/1
submissions [1]  16/24
submit [1]  23/18
submitting [1]  11/19
subpoenas [1]  16/22
substantially [1]  22/1
such [1]  10/7
suggested [1]  7/11
Suite [10]  1/17 1/24 2/25 3/6 4/3 4/9 4/12
  4/18 4/24 5/4
Superdome [2]  7/13 7/13
supervise [1]  11/7
supervision [1]  11/15
support [6]  25/10 25/11 25/15 26/1 26/18
  28/9
supported [1]  32/20
supposed [1]  28/8
sure [3]  9/22 16/9 19/17
Sutherland [1]  2/23

**T**

take [9]  10/22 15/16 15/22 18/8 21/22
  23/13 25/9 26/5 30/8
taken [2]  20/6 26/7
taking [3]  22/6 22/11 24/18
talk [10]  10/1 11/1 12/6 12/6 14/22 19/18
  21/23 23/6 23/8 29/23
talked [1]  14/15
talking [4]  13/7 17/11 26/17 27/25
team [2]  8/23 9/19
teams [2]  8/7 8/10
Technical [2]  15/14 16/21
Technology [1]  15/14
telling [1]  10/17
terms [4]  12/11 12/13 28/1 28/18
tested [1]  11/21
testifying [1]  15/12
testimony [3]  22/24 22/25 32/6
testing [4]  11/19 11/25 12/1 14/11
Texas [5]  2/25 4/4 4/9 4/13 4/19
than [6]  8/11 8/12 16/3 22/9 25/24 30/6
thank [21]  12/20 13/18 13/22 14/19
  14/20 17/24 18/1 18/3 18/10 19/12 21/9
  21/10 21/17 21/19 23/12 24/25 27/1
  28/25 32/25 33/1 33/3
Thanks [2]  17/19 27/3
that [162]
that's [26]  7/11 8/5 10/17 11/13 11/24
  13/4 15/21 17/5 19/9 21/23 23/2 23/3
  23/18 24/5 24/24 26/18 28/10 28/23
  29/10 29/13 29/23 30/5 30/10 30/16
  32/11 33/2
their [12]  8/25 11/12 15/22 29/12 29/12
  22/25 25/11 25/15 26/1 26/13 26/19 30/8
them [13]  13/4 13/5 17/17 18/8 18/14
  18/22 19/1 20/18 20/19 21/6 25/10 29/24
  29/24
then [12]  8/19 11/19 13/14 14/13 14/16

28/22 31/22

**T**... [1]  2/21

there [14]  7/20 7/21 10/6 12/18 13/3
  13/10 13/25 18/11 19/10 20/15 26/14
  30/1 30/17 32/3
there's [8]  7/21 13/12 14/17 17/10 17/16
  21/7 21/22 26/14
these [6]  16/16 20/21 21/1 29/19 29/20
  30/5 30/7 30/8 31/9
they [31]  8/2 8/3 8/11 8/12 11/17 15/3
  15/22 17/17 17/17 18/15 19/23 20/8
  20/23 22/3 25/11 25/15 25/16 25/21
  25/21 26/1 26/2 26/13 26/16 26/21 29/7
  29/23 29/24 29/25 30/14 30/14 32/5
thing [3]  14/6 20/12 25/10
things [4]  14/21 21/20 25/8 25/20
think [50]
thinking [8]  10/3 10/9 10/11 16/1 21/24
  22/2 22/13 32/13
thinks [2]  10/25 22/14
third [1]  10/7
third-party [1]  16/22
this [42]
Thomas [2]  1/22 7/10
those [23]  10/4 14/11 15/8 15/10 15/11
  18/9 22/4 22/4 22/11 23/11 24/5 24/19
  25/9 25/20 26/24 28/18 28/24 29/21
  29/22 30/14 32/4 32/7 32/17
though [2]  16/4 29/24
thought [4]  8/1 8/14 22/8 23/8
Three [1]  9/7
thresholds [1]  30/9
through [10]  10/21 11/1 15/6 16/16 17/6
  19/14 21/8 22/1 23/2 30/25
Thursday [1]  13/13
tie [1]  17/9
time [19]  8/25 9/11 11/1 13/11 13/17
  17/11 19/13 19/19 21/12 22/11 22/19
  22/23 23/11 24/12 26/6 26/7 26/8 30/9
  32/5
times [3]  11/21 29/15 30/24
today [8]  7/7 7/12 16/10 19/23 21/23
  24/10 24/16 29/1
together [5]  15/5 27/22 28/1 28/4 29/10
told [1]  11/22
TOLEDO [1]  4/8
Tolles [1]  3/2
TOM [6]  2/16 7/9 7/9 15/5 16/7 17/19
Toni [5]  5/6 5/8 33/7 33/15 33/15
too [2]  23/10 31/3
topic [1]  29/25
topics [1]  29/20
Torts [1]  2/20
Tower [1]  7/14
town [2]  7/12 10/1
train [1]  11/12
training [1]  11/5
transcript [2]  31/23 33/10
transcription [1]  5/12
Translation [1]  9/6
Transocean [7]  2/23 2/24 2/25 3/2 3/3
  3/4 23/16
trial [11]  10/3 21/12 26/13 26/25 28/24
  29/18 32/13 32/17 32/23 32/23 32/23
true [2]  10/4 33/9
try [6]  9/24 14/10 15/3 20/7 25/18 28/23
trying [3]  30/1 29/17 32/10
TSEKERIDES [1]  4/21
turn [1]  13/15
Tusa [5]  5/6 5/8 33/7 33/15 33/15
twist [1]  31/14
two [23]  8/10 10/12 13/6 19/18 19/21
  19/24 20/13 20/17 20/18 20/21 21/1

## T

two... [12]  21/12 21/20 24/2 24/10 25/7 27/6 27/21 29/5 29/14 29/18 31/19 31/20
two-day [2]  20/17 20/18

## U

U.S [7]  2/15 2/19 14/21 15/15 16/22 19/24 29/8
UC [2]  13/8 15/7
uncertainty [1]  15/13
under [4]  11/15 13/2 26/25 28/7
UNDERHILL [1]  2/20
understand [3]  8/13 11/22 32/11
understanding [3]  20/15 24/8 33/11
understood [1]  24/10
unfortunately [1]  32/10
UNITED [16]  1/1 1/12 2/15 2/19 12/10 18/19 18/21 22/1 25/3 26/4 27/9 28/4 29/7 32/12 32/18 33/8
United States [10]  12/10 18/19 18/21 25/3 26/4 27/9 28/4 29/7 32/12 32/18
United States' [1]  22/1
universities [1]  17/2
unrelated [1]  14/6
until [1]  16/11
up [20]  7/15 9/10 10/10 10/15 13/8 13/16 14/15 14/22 16/4 17/9 17/20 18/13 19/17 19/22 21/13 25/4 27/22 29/15 31/15 33/2
update [3]  16/5 17/23 18/4
urges [1]  10/22
us [19]  7/14 8/11 10/16 10/17 11/4 13/14 15/9 16/8 16/15 16/17 17/15 18/15 19/13 21/4 21/7 22/4 22/11 23/21 25/23
use [3]  22/11 31/24 32/7
used [3]  9/11 12/12 29/21
useful [3]  13/10 28/7 28/23
using [1]  5/12

## V

vacation [1]  16/10
valid [2]  30/20 31/17
very [10]  7/5 7/21 8/21 13/12 14/4 18/2 25/13 27/1 30/16 32/6
vessels [1]  11/6
visual [1]  10/16

## W

waiting [3]  18/8 18/17 18/22
Walther [1]  3/22
want [34]
wanted [5]  14/24 15/25 19/22 25/6 26/6
wants [1]  15/20
war [2]  8/12 10/5
WARREN [1]  4/15
was [27]  7/20 8/1 8/14 9/4 9/5 9/15 10/14 15/2 19/14 20/3 20/15 20/20 20/23 21/18 21/18 21/25 22/2 22/13 22/13 23/10 24/8 24/12 25/6 27/16 27/17 27/24 28/6
washed [1]  16/19
Washington [4]  2/18 3/12 4/16 4/25
wasn't [4]  20/15 31/7 31/11 31/12
waste [1]  30/9
water [2]  8/23 8/25
way [3]  7/12 14/5 31/15
we [171]
we'll [4]  13/22 21/5 23/1 30/17
wearing [1]  8/19
week [16]  9/20 12/10 13/7 13/12 14/9 14/12 14/14 14/16 14/16 15/6 16/7 16/18 17/5 20/13 23/9 27/17
weekend [2]  9/19 33/3
weeks [1]  16/16
weighed [1]  11/19
weighting [1]  15/16
Weil [2]  4/20 4/23
Weitz [1]  2/5
well [10]  8/9 9/1 13/25 18/16 18/17 18/18 23/14 28/12 28/17 31/12
went [3]  10/18 20/19 27/20
were [10]  7/3 11/22 13/7 18/20 20/17 21/25 22/7 29/23 30/25 31/9
weren't [1]  29/25
what [25]  7/18 8/8 8/14 9/4 13/16 13/17 13/25 19/23 21/4 21/18 23/22 23/22 25/6 25/16 25/24 27/25 28/6 28/12 28/13 28/21 29/1 29/10 29/23 32/20
when [5]  11/18 21/21 24/9 24/24 26/13
where [3]  7/16 24/15 29/16
whether [1]  16/22
which [6]  10/4 11/20 13/6 21/15 28/10 30/13
while [1]  28/2
Whiteley [1]  2/12
whittling [1]  28/22
who [14]  7/22 8/18 10/5 15/16 21/2 22/4 25/11 25/16 25/22 26/1 26/2 26/4 26/24 28/24
whole [1]  8/24
why [7]  9/13 9/15 13/16 23/2 24/22 26/16 31/4
Wild [3]  18/16 18/17 18/18
Wild Well [3]  18/16 18/17 18/18
will [22]  10/6 10/7 10/20 11/7 12/1 12/2 14/10 14/14 15/16 16/8 16/25 16/25 17/18 19/2 19/17 21/8 26/2 28/19 28/19 28/20 28/20 28/21
will-call [2]  28/19 28/20
WINSTON [1]  2/9
wish [2]  29/2 29/8
withheld [1]  16/23
without [1]  16/16
witness [8]  20/11 25/14 26/21 28/14 31/13 32/15 32/16 32/23
witnesses [26]  20/16 20/24 21/16 21/21 21/25 22/4 23/25 24/7 25/8 25/15 25/18 25/21 26/13 26/18 26/24 28/5 28/8 29/6 29/8 29/9 29/15 29/21 30/6 32/6 32/14 32/17
Wittmann [1]  3/22
wondering [1]  9/15
Woods [2]  19/8 19/13
Woods Hole's [1]  19/8
word [1]  16/17
work [9]  15/15 16/13 16/23 20/4 21/5 21/8 29/10 30/17 30/18
work-related [1]  20/4
worked [2]  15/6 30/25
working [4]  1/11 12/3 15/5 23/1
works [1]  8/16
Worldwide [2]  18/23 18/24
worry [1]  24/22
worth [1]  24/18
would [31]  8/11 9/13 10/5 11/6 11/10 11/20 13/10 13/14 13/14 16/2 17/4 17/4 20/10 20/12 22/5 22/10 22/16 23/17 23/21 23/23 23/25 26/4 26/8 27/15 27/18 28/13 29/6 32/14 32/16 32/18 32/21
wouldn't [2]  7/6 19/7
Wright [1]  1/15
written [1]  29/25
wrong [1]  31/22
wrote [2]  30/7 30/8

## Y

yards [1]  9/7
Yeah [1]  28/3
year [2]  9/7 8/24
yes [9]  17/24 18/1 20/1 21/18 23/20 25/2 27/14 29/12 32/6
yesterday [2]  11/23 21/11
yet [2]  18/11 18/15
York [5]  2/7 2/7 4/11 4/22 4/22
you [92]
You'll [1]  31/22
you're [4]  12/23 29/24 31/6 31/12
your [34]
Your Honor [19]  9/13 12/9 12/24 13/18 13/23 14/9 14/20 16/6 16/25 17/10 18/13 22/18 23/15 24/7 25/2 27/5 28/3 31/19 32/25
Your Honor's [1]  13/25
yourself [1]  7/8