UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br>   No. 12-2019, Cutler v. BP | MDL No. 2179<br><br>SECTION: J<br><br>MAGISTRATE DIV: 1<br><br>JUDGE: CARL J. BARBIER<br><br>MAGISTRATE JUDGE: SALLY SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING Motion for Leave to File Reply Memorandum in Support of Defendant's Motion to Dismiss;

IT IS HEREBY ORDERED that the motion is GRANTED and BP America Inc. is granted leave of Court to file its Reply Memorandum in Support of Defendant's Motion to Dismiss.

New Orleans, Louisiana this 28th day of September, 2012.

_____
United States District Judge

1176717_1