UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br>No. 12-2019, Cutler v. BP | MDL No. 2179<br><br>SECTION: J<br><br>MAGISTRATE DIV: 1<br><br>JUDGE: CARL J. BARBIER<br><br>MAGISTRATE JUDGE: SALLY SHUSHAN |

## REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

On August 13, 2012, Defendant, BP America Inc. ("BP America"), moved to dismiss Plaintiff Cutler's Complaint pursuant to Rule 12(b)(6) for failure to state a claim. Doc. 7108. Plaintiff filed his opposition brief, as well as a motion to remand, on August 22, 2012. Docs. 7160, 7161. By Order dated August 20, 2012, the Court directed BP America to file any reply by September 27, 2012, and stated that the motion to dismiss would be taken under advisement thereafter. Doc. 7147. On August 27, 2012, Plaintiff moved to stay his case while he sought representation. Doc. 7199. Pursuant to PTO 15, Plaintiff's motions to remand and stay have been continued.

BP America respectfully submits that Plaintiff's opposition brief fails to address the grounds for dismissing this case set forth in BP America's motion to dismiss. Therefore, BP America rests on the arguments set forth in its memorandum in support of its motion to dismiss and respectfully requests that the Court dismiss this action.

1

Respectfully submitted,

/s/ Shannon S. Holtzman
Shannon S. Holtzman, T.A. (Bar #19933)
Devin C. Reid (La. Bar # 32645)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

J. Andrew Langan, P.C.
Paul D. Collier
Matthew V. Topic
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000
Fax: 312-862-2200

**Attorneys for BP America Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 27th day of September, 2012. I also certify that I have mailed this filing to the pro se plaintiff by United States Postal Service.

/s/ Shannon S. Holtzman