UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>2:12-cv-01483 | | |

## ATTACHMENT "A"

| | Plaintiff | Present Address | Telephone Number |
|---|---|---|---|
| 1. | Therapy Charters Fishing Yacht, Inc. | C/O Captain Stanley Saffan<br>10800 Collins Avenue<br>Miami Beach, FL 33154 | 305-945-1578 cell<br>035-861-1688 home |
| 2. | Edward Caldwell | 13880 Perdido Key Drive<br>Pensacola, FL 32507 | 850-221-6574 cell<br>850-492-5462 work |
| 3. | Clarence Olin Marler | Post Office Box 1534<br>Destin, FL 32540 | 850-376-1013 |
| 4. | Donna Marler | Post Office Box 1534<br>Destin, FL 32540 | 850-376-1081 |
| 5. | Joseph A. Miller | 115 Waverly Hall Close<br>Rosewell, GA 30075 | 770-992-8269 hm<br>770-330-1892 wk |