# CONFERENCE ATTENDANCE RECORD

DATE: 9-28-12          TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

**DISCOVERY STATUS CONFERENCE**

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Scott Cernich | U.S. |
| Corey Maze | AL |
| Win Sinclair | AL |
| Duke Williams | TI - PSC |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Gwen Richard | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sean Fleming | Halliburton |
| Lauren Mitchell | " " |
| Alison Battiste | " " |
| Erika Toledo | " " |
| Sarah Tiams | Anadarko |
| Steve Hoina | PSC |
| Soren Gisleson | PSC |
| Grant Davis-Denny | TO |
| Carter Williams | TO |
| Brian Barr | PSC |
| R GASAWAY | BP |
| A LANGAN | BP |
| TONY FITCH | |
| Douglas Kraus | La. |
| Don Haycraft | BP |
| ROB GASAWAY | BP |
| ANDY LANGAN | BP |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ryan Babwell | BP |
| Mike Underhill | US |
| Jimmy Williamson | PSC |
| David Jones | Cameron |
| Renee Silgen | Cameron |
| Anthony Irpino | PSC |
|  |  |
|  |  |
|  |  |

## MDL 2179 - TELEPHONE PARTICIPANTS FOR PHASE TWO DISC CONFERENCE
September 28, 2012

Jeffrey Bright - PSC

Jim Roy - PSC

Alan Pixton - BP

Steve O'Rourke - DOJ

Mark Nomillini - BP

Ted Skeridies - O'Brien

Tom Benson - DOJ

Mike Petrino - BP

Jeremy Rush - O'Brien

Shawn Brennan - M-I

Bill Stradley - 2185

Joe Eisert - BP