UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| Applies to: all cases<br>2:10-cv-01122 | * * * | JUDGE CARL J. BARBIER<br>*<br>MAGISTRATE JUDGE SHUSHAN |

## EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION TO EXTEND OPT-OUT DEADLINE

NOW INTO COURT comes Triton Diving Services, LLC, Dauphin Island Property Owners Association, and Recreation Investments of Florida, Inc. on behalf of the Economic and Property Damages Class Members (hereinafter "Class Members"), who respectfully submit this *Ex* Parte Motion for Leave to File Exhibits to the Memorandum in Support of their Motion to Extend Opt-Out Deadline. On September 27, 2012, Class Members filed their motion to extend opt-out deadline. *See* Record Doc. No. 7502. Class Members in advertently omitted copies of Exhibits A and B to the supporting memorandum. Copies of those exhibits are attached hereto, and Class Members respectfully request that this Honorable Court grant their motion for leave for the purpose of filing their exhibits into the record of this case. Accordingly, Class Members move this Court for leave to file the attached Exhibits A and B into the record of this action.

Dated: September 28, 2012

                Respectfully submitted,

By:    /s/James M. Garner_____
JAMES M. GARNER (# 19589)
PETER L. HILBERT, JR. (#6875)
MARTHA Y. CURTIS (#20446)
KEVIN M. MCGLONE (#28145)
Sher Garner Cahill Richter Klein & Hilbert
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
504-299-2100
Fax: 504-299-2300
E-mail: jgarner@shergarner.com

**COUNSEL FOR TRITON DIVING SERVICES, LLC**

By:    /s/ Frederick T. Kuykendall, III\_\_\_\_\_
FREDERICK THURMAN KUYKENDALL, III
Kuykendall & Associates, LLC
2013 1st Avenue North, Suite 450
Birmingham, AL 35203
205-453-0060
Fax: 205-453-0042
Email: ftkuykendall@yahoo.com

**COUNSEL FOR DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION**

By:    /s/ Edwin A. Easterby_____
EDWIN ARMISTEAD "ARMI" EASTERBY
Williams Kherkher Hart Boundas LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-230-2200
Fax: 713-643-6226
Email: aeasterby@williamskherkher.com

**ATTORNEY FOR RECREATION INVESTMENTS OF FLORIDA, INC.**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Ex Parte* Motion for Leave to File Exhibits to Memorandum in Support of Motion to Extend Opt-Out Deadline has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of September 2012.

                                      /s/ James M. Garner
                                          James M. Garner