UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| Applies to:   all cases<br>2:10-cv-01122 | * * * | JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing *ex parte* motion of Triton Diving Services, LLC, Dauphin Island Property Owners Association, and Recreation Investments of Florida, Inc. on behalf of the Economic and Property Damages Class Members (hereinafter "Class Members"), for Leave to File Exhibits to the Memorandum in Support of their Motion to Extend Opt-Out Deadline,

IT IS ORDERED that said motion is hereby GRANTED and that Exhibits A and B to the attached motion shall be filed into the record as exhibits to the memorandum in support of the motion to extend opt-out deadline.

New Orleans, Louisiana this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE