**BDO Consulting, a Division of BDO USA, LLP**

# INDEPENDENT EVALUATION OF THE

# GULF COAST CLAIMS FACILITY REPORT OF FINDINGS & OBSERVATIONS

## TO THE U.S. DEPARTMENT OF JUSTICE

June 5, 2012



dynamic one. The GCCF constantly made adjustments and improvements as it gained a greater understanding of the myriad challenges that emerged during its operations. Mr. Feinberg informed us that, throughout its tenure, the GCCF strived to apply its protocols and methodologies in a consistent manner and that while errors undoubtedly occurred in processing such a substantial number of claims in such a short period of time, the GCCF in the past had corrected any identified errors and was committed to doing so as part of the independent evaluation.

The analysis of specific claims and the assessment of the implications of this analysis for broader populations of claims were integral to our approach to identify and correct errors in the GCCF's implementation of its claims processing protocols and methodologies. Our experienced professionals were trained on the GCCF processes and collectively committed tens of thousands of hours to reviewing claim files. Our technology professionals developed a web-based claims review platform to facilitate our evaluation of the GCCF's processing of claims. ==We also evaluated aspects of tens of thousands of claim files and programmatically searched the entire database of over one million claims for those with attributes similar to claims found to contain errors.== We supplemented our findings by requesting documents and information from the GCCF and undertook a process with the GCCF to develop an accurate understanding of the factual information required to complete our independent evaluation. As potential issues were identified, they were discussed with the GCCF until we were independently satisfied as to whether they were, in fact, issues that might affect a broader population of claims.

BDO professionals, both independently and in cooperation with the GCCF, made extensive efforts to search the claims data in the GCCF databases using a variety of sophisticated approaches to determine broader populations that may have been affected by the issues we identified. The claims testing and associated database searches were designed to find specific examples of the causes and symptoms of the concerns identified by the DOJ, and public officials and stakeholders from the Gulf States. To enhance the effectiveness of this approach, we sent teams of experienced BDO programmers and claims-testing professionals to BrownGreer's facilities in Richmond, Virginia for approximately six weeks to work side-by-side with BrownGreer professionals to gain an understanding of the issues identified and their impact on the entire universe of claimants, and to identify claimants to whom first-time or additional