UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] | MDL No. 2179 SECTION: J |
| This Document Relates to: 2:12-cv-1045-CJB-JCW 2:12-cv-1533-CJB-SS 2:12-cv-1716-CJB-SS | ] ] ] ] ] | Judge Barbier Mag. Judge Wilkinson (No. 1045) Mag. Judge Shushan (Nos. 1533, 1716) |

## PLAINTIFFS' MOTION FOR EQUITABLE TOLLING

In these three cases brought under the Fair Labor Standards Act ("FLSA"), forty former employees ("Plaintiffs") of O'Brien's Response Management, Inc., Vision One LLC and ITransit Response LLC ("Defendants") seek to recover unpaid overtime wages and other damages on behalf of themselves and others similarly situated.[1]  However, Pre-Trial Orders ("PTOs") 1 and 15 effectively stay Plaintiffs' efforts to notify potential class members.  The ensuing delay benefits Defendants at the expense of potential class members because the limitations period is not tolled until they file a consent form.  O'Brien's further delays notice by requiring a Court order to produce routine FLSA discovery that facilitates notice.  Any motion to obtain such an order would be stayed under PTO 15.  The stays, and O'Brien's conduct, prevent the "accurate and timely" notice the Supreme Court requires in FLSA cases.  Because it is inequitable to enforce the statute of limitations against potential class members who are not receiving timely notice through no fault of their own, Plaintiffs request equitable tolling.

Accordingly, Plaintiffs request the Court enter the attached order tolling claims of potential class members for the duration of the stays caused by PTOs 1 and 15 until notice issues.

---

[1] *See Prejean v. O'Brien's Response Mgmt., Inc.*, No. 2:12-cv-1045 (E.D. La.) (28 plaintiffs); *Himmerite, et al. v. O'Brien's Response Mgmt., Inc. et al.*, No. 2:12-cv-1533 (E.D. La.) (5 plaintiffs); *Singleton v. O'Brien's Response Mgmt., Inc., et al.*, No. 2:12-cv-1716 (E.D. La.) (7 plaintiffs).

Date: September 28, 2012.                    Respectfully submitted,

                                             **BRUCKNER BURCH PLLC**

                                             **/s/ David I. Moulton**
                                          By: _____
                                             David I. Moulton
                                             Texas Bar No. 24051093
                                          8 Greenway Plaza, Suite 1500
                                          Houston, Texas 77046
                                          (713) 877-8788 - Telephone
                                          (713) 877-8065 - Facsimile
                                          dmoulton@brucknerburch.com

## CERTIFICATE OF CONFERENCE

O'Brien's opposes this motion. Plaintiff does not know whether Defendants ITransit and Vision One oppose this motion.

                                             **/s/ David I. Moulton**
                                             _____
                                             David I. Moulton

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion for Equitable Tolling, Memorandum in Support, Exhibit, Notice of Submission, Request for Oral Argument, and Proposed Order have been served on all enrolled counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of September, 2012.

I hereby certify that the foregoing Notice of Submission was also served via Certified Mail (RRR) on the following parties who are not enrolled in the CM/ECF and/or Lexis Nexis File & Serve systems:

*(RRR #7010 0780 0002 1357 2245)*           *(RRR #7010 0780 0002 1357 2252)*
I-Transit Response LLC                       Vision One LLC
c/o Lewis B. Robbins                         c/o Eric G. Politte
19 James Avenue                              6620 Cypresswood, Suite 105
Orlando, FL 32801                            Spring, TX 77379

                                             **/s/ David I. Moulton**
                                             _____
                                             David I. Moulton

-2-