UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO: 12-1978 | MAGISTRATE JUDGE SHUSHAN |

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
IN THE SECOND EXCESS LAYER INSURANCE INTERPLEADER**

Considering the Stipulated Motion To Extend Time To Respond To Complaint In The Second Excess Layer Insurance Interpleader (Case No. 12-1978), it is hereby

ORDERED that the Stipulated Motion is GRANTED, and the deadline for BP and Transocean to respond to the Complaint in this case is hereby extended to and including October 22, 2012.

_____
The Honorable Sally Shushan
United States Magistrate Judge