UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] | MDL No. 2179 SECTION: J |
| This Document Relates to: 2:12-cv-1045-CJB-JCW 2:12-cv-1533-CJB-SS 2:12-cv-1716-CJB-SS | | ] ] ] ] ] | Judge Barbier Mag. Judge Wilkinson (No. 1045) Mag. Judge Shushan (Nos. 1533, 1716) |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Plaintiffs hereby request oral argument on Plaintiffs' Motion for Equitable Tolling.

Date: September 28, 2012.                  Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: _____
**/s/ David I. Moulton**
David I. Moulton
*Attorney-in-Charge for Plaintiffs*
Texas Bar No. 24051093
S.D. Tex. No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas 77002
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Request for Oral Argument has been served on all enrolled counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of September, 2012.

I hereby certify that the foregoing Notice of Submission was also served via Certified Mail (RRR) on the following parties who are not enrolled in the CM/ECF System or Lexis Nexis File & Serve:

*(RRR #7010 0780 0002 1357 2245)*
I-Transit Response LLC
c/o Lewis B. Robbins
19 James Avenue
Orlando, FL 32801


*(RRR #7010 0780 0002 1357 2252)*
Vision One LLC
c/o Eric G. Politte
6620 Cypresswood, Suite 105
Spring, TX 77379


                                      **/s/ David I. Moulton**
                                      _____
                                      David I. Moulton