# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *All Cases* | * | |
| | * | **MAGISTRATE SHUSHAN** |

## ORDER

The Status Conference previously scheduled for Friday, October 19 at 9:30 a.m. has been

RESCHEDULED for Friday, October **26** at 9:**00** a.m.

New Orleans, Louisiana, this 1st day of October, 2012.

_____
United States District Judge