UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Anadarko's Rule 30(b)(6) Deposition (Rec. doc. 7515)]

The PSC served the agreed Rule 30(b)(6) deposition notice of Anadarko. In partial response, Anadarko supplied a declaration from Nancy C. Wilms, who concluded that Anadarko did not possess information responsive to certain topics. It also designated Robert Quitzau to testify for one day on November 1 on the remaining topics.

On September 14, 2012, the U.S. reported that there are Anadarko documents which it believes contradict Anadarko's contention that it has no information on certain topics. Examples of these documents were submitted. The U.S. stresses that, in addition to these examples, there are others. The U.S. argues that these documents demonstrate that: (1) Anadarko personnel were actively involved in assessing and evaluating the risks of various source control methods (Topic 1.c); (2) it possesses information related to efforts to predict, estimate, characterize or measure temperatures and pressures of points from which hydrocarbons were released into the Gulf of Mexico (Topics 7, 8 and 14); and (3) it possesses information on several flow rate topics (Topics 4.b, 4.c, 9 and 10). Almost of all of the documents submitted by the U.S. involve Quitzau.

Anadarko responds that the documents reveal that: (1) through meetings and communications Quitzau was informed of BP's efforts to control the well, but the methods were assessed and

evaluated by BP; (2) the pressure readings referred to by him were made by BP; and (3) Anadarko did not perform the flow rate calculations referred to in the documents.

After reviewing the examples presented by the U.S., the Court finds that Anadarko is not required to provide additional witnesses to testify on these topics, but instead Anadarko will be required to produce Quitzau for a two day deposition rather than a one day deposition.

New Orleans, Louisiana, this 1st day of October, 2012.

	**SALLY SHUSHAN**
	**United States Magistrate Judge**