IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 </br></br>This document relates to:</br></br>All Actions, Including:</br></br>Case No. 11-CV-3180 and 11-CV-2766 | MDL No. 2179 </br></br>Section: J </br></br>Honorable Carl J. Barbier </br></br>Magistrate Judge Shushan |

_____

**MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TEN PAGE LIMIT IN RESPONSE TO OPPOSITIONS BY STATE OF LOUISIANA, ET AL. TO MOTION FOR FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT**
_____

Plaintiffs in the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) and *Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766 (Vessels of Opportunity Complaint) matters, and their undersigned counsel, respectfully request leave to file their Response Memorandum to Oppositions to the Motion for Final Approval of Economic and Property Damages Class Settlement by the State of Louisiana, et al. in excess of the ten-page limit imposed by Rule 7.7 of the Local Rules of the Eastern District of Louisiana.

For the reasons stated in the accompanying memorandum, the *Thanh Hai, Inc., et al* and *Hong Van Truong, et al.* petitioners submit that the requested extension from ten to twenty-five pages will be useful to the Court in assessing whether to grant final approval to the Economic and Property Damages Class Settlement.

Dated this <u>1st</u> day of <u>October</u>, 2012.

Respectfully submitted:


By: */s/Stephen S. Kreller*

THE KRELLER LAW FIRM
Stephen Skelly Kreller (LA 28440)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
Gerard M. Nolting (admitted pro hac vice)
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000
F: (612) 766-1600
E: gerry.nolting@faegrebd.com
E: william.roberts@faegrebd.com
E: craig.coleman@faegrebd.com

LANGSTON & LOTT, PA
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS 38829
T: (662) 728-9733
F: (662) 728-1992
E: clott@langstonlott.com
***Attorneys for Thanh Hai, Inc, et al. and Hong Van Truong, et al. Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of October, 2012.

                                                            */s/Stephen S. Kreller*