IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179 |
| | ) | Section: J |
| This document relates to: | ) ) | Honorable Carl J. Barbier |
| | ) | Magistrate Judge Shushan |
| All Actions, Including: | ) ) | |
| Case No. 11-CV-3180 and 11-CV-2766 | ) ) ) | |

---

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE RESPONSE MEMORANDUM
IN EXCESS OF TEN PAGE LIMIT

---

The undersigned counsel (Faegre Baker Daniels, LLP, The Kreller Law Firm and Langston & Lott, PA) represent more than 1,500 commercial fisherman[1] and more than 900 Vessel of Opportunity oil spill response participants[2] as direct action plaintiffs.  This is one of the largest groups of direct action plaintiffs in the Deepwater Horizon Oil Spill Litigation.  On behalf of those plaintiffs, the undersigned respectfully request leave to file their Response Memorandum to Oppositions to the Motion for Final Approval of the Economic and Property Damage Settlement Class Settlement by the State of Louisiana, et al. ("Response Memorandum") in excess of the ten-page limit imposed by Rule 7.7 of the Local Rules of the Eastern District of Louisiana.  Specifically, the undersigned request leave to file a Response Memorandum up to 25 pages in length.

---

[1] *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint).
[2] *Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766 (Vessels of Opportunity Complaint).

The undersigned counsel for the *Thanh Hai, Inc.* and *Hong Van Truong* plaintiffs believe that the requested 25-page Response Memorandum will be helpful to the Court in evaluating the Economic and Property Damage Class Settlement ("the Settlement") and the objections thereto, and in determining whether to grant final approval to the Settlement. The undersigned counsel and their clients were intimately involved in the events that preceded the Settlement.  In particular, they developed expert analyses and approaches to calculation of damages that formed the basis for some of the terms of the Settlement.  They were intimately involved in the negotiations between the Plaintiffs' Steering Committee and BP that culminated in the Settlement, and are uniquely positioned to respond to some of the Objections that have been made to the Settlement by the State of Louisiana and others.  The additional pages requested in this motion will be helpful in rebutting, for example, the State of Louisiana's claim that certain terms of the Settlement were unsupported by expert opinion on behalf of plaintiff class members.

For these reasons, the undersigned believe that the requested 25-page Response Memorandum will assist the Court in determining whether to grant final approval to the Settlement.

Dated this <u>1st</u> day of <u>October</u>, 2012.

Respectfully submitted:

By: *<u>/s/Stephen S. Kreller</u>*

THE KRELLER LAW FIRM
Stephen Skelly Kreller (LA 28440)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091

E: ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
Gerard M. Nolting (admitted pro hac vice)
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000
F: (612) 766-1600
E: gerry.nolting@faegrebd.com
E: william.roberts@faegrebd.com
E: craig.coleman@faegrebd.com

LANGSTON & LOTT, PA
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS 38829
T: (662) 728-9733
F: (662) 728-1992
E: clott@langstonlott.com
***Attorneys for Thanh Hai, Inc, et al. and
Hong Van Truong, et al. Plaintiffs***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and forgoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of October, 2012.

*/s/Stephen S. Kreller*