IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) MDL No. 2179 ) ) Section: J ) |
| This document relates to: | ) Honorable Carl J. Barbier ) ) Magistrate Judge Shushan |
| All Actions, Including: | ) ) |
| Case No. 11-CV-3180 and 11-CV-2766 | ) ) ) |

_____

ORDER
_____

**CONSIDERING** the MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TEN PAGE LIMIT IN RESPONSE TO OPPOSITIONS BY STATE OF LOUISIANA, ET AL. TO MOTION FOR FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT:

**IT IS HEREBY ORDERED** that the Motion for Leave of certain petitioners in the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 and *Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766 matters to file a Response Memorandum of up to 25 pages be and is hereby GRANTED.

New Orleans, Louisiana, this ____ day of October, 2012.

_____
Hon. Carl J. Barbier