UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES: | |
| All Cases and 2:10-CV-2771<br><br>_____ / | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2012.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Naybor Properties, LLC | 03/15/12 | 117967 |
| A+ Tax & Accounting Service, Inc. | 04/20/12 | 118594 |
| Naybor, John J. & Anita | 05/04/12 | 118870 |
| Sharpe, Inc. | 06/13/12 | 119358 |
| Lummus, Robert A. | 07/11/12 | 119667 |
| Stringer, Earl Eugene Jr. | 07/12/12 | 119672 |
| Mull & Associates Financial Services, LLC | 07/12/12 | 119685 |
| Islamorada Restaurant, LLC | 07/13/12 | 119690 |
| Erickson Marine Corporation | 07/13/12 | 119691 |
| Armstrong Electric Co., Inc. | 07/13/12 | 119715 |
| MK Properties, LLC | 07/16/12 | 119734 |
| Lundy, Michael | 07/16/12 | 119735 |
| Utility Service Co., Inc. | 07/17/12 | 119789 |
| T&T Boat Rentals, Inc. | 07/18/12 | 119811 |
| Northshore Palms Unlimited, LLC | 07/19/12 | 119821 |
| Blanco, Brian L. | 07/23/12 | 119851 |
| MacQueen, Julian | 07/24/12 | 119864 |
| Marion, Lamond | 07/25/12 | 119947 |
| Barnes, Tiffney Y. | 07/27/12 | 119953 |
| Laura J. Dilling Realtor | 07/27/12 | 119954 |
| Mallini, Richard Thomas | 08/02/12 | 120019 |
| Hormanski, Anthony D.  (AMENDED) | 08/06/12 | 120043 |
| Ambrose, Tawnya Breech | 08/09/12 | 120059 |
| White, Deloris A. | 08/09/12 | 120060 |
| Dickey, Paul | 08/09/12 | 120083 |
| Wackell, Susan | 08/14/12 | 120093 |
| Villanueva, Hugo J. | 08/14/12 | 120094 |
| TTA, Inc., dba Longs Video | 08/14/12 | 120095 |
| Hendrick, John "Jack" V. III | 08/15/12 | 120103 |
| Warnike, Scott  (AMENDED) | 08/17/12 | 120122 |
| Ingram Signalization, Inc. | 08/21/12 | 120159 |
| J.D. "Buck" Ingram Electric Company, Inc. | 08/21/12 | 120160 |
| Mahdieh, Amir A. | 08/24/12 | 120230 |
| Madieh, Victoria A. | 08/24/12 | 120231 |
| Bell, Sharon Denise | 08/24/12 | 120232 |
| Blount, Arthur Lee Sr. | 08/24/12 | 120233 |
| Martin, Wilson | 08/24/12 | 120234 |
| Battle, Keith C., Sr. | 08/24/12 | 120235 |
| Williams, Lee Van | 08/24/12 | 120236 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Name | Date | Number |
| --- | --- | --- |
| Baker, Frank Earl | 08/24/12 | 120237 |
| Booker, Jerry Lee | 08/24/12 | 120238 |
| Clifton, Darlene | 09/05/12 | 120346 |
| Merkey, Linda | 09/05/12 | 120347 |
| Tammany Service, LTD | 09/05/12 | 120348 |
| The Boat Show, Inc. (AMENDED) | 09/14/12 | 120565 |
| Hormanski, Anthony D. (AMENDED) | 09/24/12 | 120624 |
| Thompson, Dina Jenise | 09/25/12 | 120627 |
| West Coast B Q, Ltd. | 09/26/12 | 120631 |
| Stoky, Scott | 09/26/12 | 120634 |
| Bolden, Credell Sr. | 09/26/12 | 120636 |
| Booth, Roger Edward | 09/26/12 | 120637 |
| Borner, Tracy D. | 09/26/12 | 120638 |
| Swanier, Olteray Raymond Jr. | 09/26/12 | 120639 |
| Sloan, Brendan D. | 09/26/12 | 120640 |
| Forgotten Coast Realty of NW Florida | 09/28/12 | 120681 |
| Hoard, Michael Winston | 09/28/12 | 120682 |
| Kathy Denworth Realtor | 09/28/12 | 120683 |
| G. Karel, Inc. dba American Bartending School | 09/28/12 | 120686 |