UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section: J

THIS DOCUMENT RELATES:

All Cases and 2:10-CV-2771

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

_____/

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2012.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Grand Isle Property Management, LLC | 05/04/12 | 118871 |
| Cosse, Kerry Sr. | 05/24/12 | 119118 |
| Dragobratovich, Kristofer M. | 05/24/12 | 119119 |
| Gulf Coast Oysters, Inc. (AMENDED) | 06/01/12 | 119151 |
| Crescent Oysters, Inc. | 06/04/12 | 119169 |
| Daisy, Jeff | 06/04/12 | 119170 |
| Daisy, Shantele | 06/04/12 | 119171 |
| Daisy, Shirley | 06/04/12 | 119172 |
| Daisy, Walton J. Jr. | 06/04/12 | 119173 |
| J and P Oysters, Inc. | 06/04/12 | 119174 |
| Miss Brandy, Inc. | 06/04/12 | 119175 |
| PEAN, Inc. | 06/04/12 | 119176 |
| Tesvich, Frances Lynn | 06/04/12 | 119177 |
| Tesvich, Judith Catalanotto | 06/04/12 | 119178 |
| Tesvich, Peter J. | 06/04/12 | 119179 |
| Tesvich, Peter Luke | 06/04/12 | 119180 |
| Wall, Kevin | 06/04/12 | 119181 |
| Estate of Anna Teresa Tesvich | 06/05/12 | 119192 |
| Estate of James Daisy | 06/05/12 | 119193 |
| Simmons, Phillip Jr. | 06/06/12 | 119197 |
| LeBouef, Lindy J. | 06/06/12 | 119198 |
| Popich, Nicholas P. Jr. | 06/08/12 | 119229 |
| Odinet, Rosemary P. | 06/08/12 | 119230 |
| Buddy Daisy & Sons Corporation | 06/08/12 | 119249 |
| Jurisich, Frances Ivic | 06/12/12 | 119276 |
| Bilcic, Romeo | 06/14/12 | 119393 |
| Armstrong, Matthew Lloyd | 06/18/12 | 119406 |
| Buffone, Anthony | 06/19/12 | 119417 |
| Mioc, Ioan | 06/25/12 | 119484 |
| Ericksen, Krentel, LaPorte, L.L.P. | 06/29/12 | 119637 |
| Mudge, Richard G. | 06/29/12 | 119640 |
| Louviere, Terry J. | 06/29/12 | 119641 |
| Rodriguez, Kenneth J. | 07/10/12 | 119658 |
| Adrian, Inc. (Nikola Lupis) | 07/10/12 | 119659 |
| Lupis, Nikola | 07/10/12 | 119660 |
| D'Angelo, Brian G | 07/11/12 | 119665 |
| Amos, Brian Patrick | 07/11/12 | 119666 |
| Galmiche, Peter Joseph | 07/11/12 | 119671 |


Order on Motion for Acceptance of Limitations Short Form Joinders
   Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Name | Date | Number |
|---|---|---|
| SM Energy, LLC | 07/12/12 | 119684 |
| Capital Improvement, Inc. (Willilam Hale) | 07/16/12 | 119737 |
| Kim, James J. | 07/17/12 | 119762 |
| Ursin, Gregory | 07/17/12 | 119787 |
| Petrovich, Tory J. | 07/18/12 | 119812 |
| Petro Boat Rentals | 07/19/12 | 119815 |
| G&R Boat Rentals | 07/19/12 | 119816 |
| Broadpoint LLC dba Cellular One | 07/19/12 | 119817 |
| Bourg Supermarket, Inc. | 07/19/12 | 119820 |
| Erlinger, Carroll F. | 07/20/12 | 119843 |
| Guidry, Kyle J. | 07/20/12 | 119846 |
| Lavelle, Patrick W. | 07/20/12 | 119847 |
| Captain Chad's Fishing Adventures | 07/20/12 | 119848 |
| Kerner, Larry Jr. | 07/23/12 | 119852 |
| Lawson, Richard B. | 07/24/12 | 119919 |
| Blaize, Jacques A. | 07/25/12 | 119948 |
| Myers, Roland James | 07/27/12 | 119971 |
| Luke, Tanya L. | 07/31/12 | 120009 |
| Creppel, Christopher Jr. | 08/02/12 | 120027 |
| Landry, Jerry Sr. | 08/02/12 | 120028 |
| Galmiche, Anthony | 08/03/12 | 120032 |
| Shallow Water Fishing (AMENDED) | 08/09/12 | 120079 |
| Arnondin, Robert Charles (AMENDED) | 08/09/12 | 120080 |
| Kelley, Nelson | 08/09/12 | 120081 |
| Ingraham, Garland R. | 08/09/12 | 120082 |
| Diaz, Theodore D. | 08/09/12 | 120084 |
| Frierson, Victoria Lynn | 08/09/12 | 120085 |
| Shemper Seafood Co., Inc. | 08/10/12 | 120086 |
| Michel, David Louis | 08/10/12 | 120087 |
| Cosse, Kerry Sr. (AMENDED) | 08/10/12 | 120088 |
| Marcotte, Barbara Swain | 08/14/12 | 120092 |
| New Orleans Fish House & Seafood, Inc. | 08/15/12 | 120108 |
| New Orleans Fish House, LLC | 08/15/12 | 120109 |
| NOFH, Inc. | 08/15/12 | 120110 |
| Popich Brothers Superior Oysters, LLC   (AMENDED) | 08/15/12  -- | 120111  -- |
| Gulf Coast Oysters, Inc. (AMENDED) | 08/15/12 | 120112 |
| Borges, William Jr. | 08/16/12 | 120115 |
| D'Angelo, Brian (AMENDED) | 08/16/12 | 120116 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Name | Date | Number |
|---|---|---|
| Arnondin, Colleen Downey (AMENDED) | 08/16/12 | 120117 |
| Dean Blanchard Seafood, Inc. | 08/16/12 | 120118 |
| Frankovich, Anthony Matthew | 08/17/12 | 120123 |
| Ballas, Charles Joseph Sr. | 08/17/12 | 120125 |
| Mioc, Brenda Alice | 08/22/12 | 120181 |
| Beef Connection | 08/22/12 | 120182 |
| Suon, Karen K. | 08/22/12 | 120183 |
| Chauvin, Daryl Joseph | 08/24/12 | 120239 |
| Chauvin, Robert Glenn | 08/24/12 | 120240 |
| Breland, Chad Michael | 09/06/12 | 120393 |
| Creppel, Rick | 09/06/12 | 120394 |
| Megga Industries, Inc. | 09/06/12 | 120395 |
| M-R Seafood, LLC (AMENDED) | 09/06/12 | 120396 |
| Huber, Charles Allen (AMENDED) | 09/06/12 | 120403 |
| Lupis, Nikola (AMENDED) | 09/06/12 | 120404 |
| Butz, Louis Joseph | 09/06/12 | 120405 |
| Callahan, Russell James Sr. | 09/06/12 | 120406 |
| Boquet's Oyster House, Inc. | 09/10/12 | 120436 |
| Boquet's Seafood | 09/10/12 | 120437 |
| Buddy's Seafood, Inc. | 09/10/12 | 120438 |
| Dufrene, Judith | 04/20/11 | 84823 |
| | 09/10/12 | 120439 |
| Dufrene, Milton J. | 04/20/11 | 84818 |
| | 09/10/12 | 120440 |
| Dufrene, Ronald A. | 04/20/11 | 84814 |
| | 09/10/12 | 120441 |
| NECO, LLC | 09/10/12 | 120442 |
| Wild Bill, LLC (AMENDED) | 09/10/12 | 120443 |
| Blaize Charters, LLC | 09/13/12 | 120562 |
| Reel Tite Fishing Guide Service, LLC (AMENDED) | 09/13/12 | 120563 |
| Becnel, Harold J. (AMENDED) | 09/18/12 | 120580 |
| Cajun Boy Seafood | 09/18/12 | 120581 |
| Carver, Brent | 09/18/12 | 120582 |
| Giordano, Anthony Paul | 09/18/12 | 120583 |
| Harrison, Thomas R. Jr. | 09/18/12 | 120584 |
| Johnson, Jeffrey Lynn | 09/18/12 | 120585 |
| Mayfield, Shane Michael | 09/18/12 | 120586 |
| Pugh, Lawrence | 09/18/12 | 120587 |
| R. Fournier & Sons, Inc. | 09/18/12 | 120588 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Name | Date | Number |
| --- | --- | --- |
| Fournier, Anthony Doty | 09/18/12 | 120589 |
| Puderer, Fletcher | 09/19/12 | 120597 |
| Brignac, Leo Preston | 09/19/12 | 120598 |
| Brignac, June Larousse | 09/19/12 | 120599 |
| Gossen, Jeffrey M. | 09/19/12 | 120600 |
| Fishbusterz Madeira Beach, LLC | 09/24/12 | 120617 |
| Anselmo, Kevin | 09/24/12 | 120618 |
| Breland, Christine | 09/24/12 | 120619 |
| DeHart, Nicholas Paul | 09/24/12 | 120620 |
| Gilchrist, Caleb | 09/24/12 | 120621 |
| Seaman, Jeanette F. | 09/24/12 | 120622 |
| Kerner, Larry Jr.  (AMENDED) | 09/24/12 | 120623 |
| Moss Antiques, Inc. | 09/25/12 | 120625 |
| Keil's Antiques, Inc. | 09/25/12 | 120626 |
| Thomassie, Ronald Joseph | 09/26/12 | 120628 |
| Danos, George Joseph | 09/26/12 | 120629 |
| Penick, Ami Collins | 09/26/12 | 120630 |
| Anselmo, Anita | 09/26/12 | 120632 |
| Moore Investment Holdings, LLC | 09/26/12 | 120635 |
| Scarabin, Mathew Scott | 09/26/12 | 120641 |
| Moss Realty, L.L.C. | 09/28/12 | 120684 |
| Roquette Family, L.L.C. | 09/28/12 | 120685 |
| The Cabinet Guy, LLC | 09/28/12 | 120687 |
| 231, L.L.C. | 09/28/12 | 120688 |