UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Pertains to<br>2:12-cv-00988-CJB-SS<br>2:12-cv-01295-CJB-SS<br>2:12-cv-02048-CJB-SS<br>2:12-cv-02155-CJB-SS<br>2:12-cv-00381-CJB-SS<br>2:12-cv-02338<br>2:10-md-02179-CJB-SS<br>Unfiled Economic and Property Damages Class Members<br>Unfiled Medical Benefits Class Members | Magistrate Judge Shushan |

## MOTION FOR RECONSIDERATION AND RELIEF FROM JUDGMENT AND RENEWED MOTION FOR LIMITED DISCOVERY

NOW INTO COURT, through undersigned counsel, come Plaintiffs represented by undersigned counsel who respectfully suggest that this Honorable Court should reconsider its rulings memorialized in its Order dated September 25, 2012 as it relates to undersigned's request for limited discovery in connection with the propriety of the proposed class action settlement in the above-captioned matter. See, (REC.DOC 7480). Plaintiffs move for reconsideration under Rule 59(e) of the Federal Rules of Civil Procedure and/or for relief from judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure and further respectfully request that they may submit their written discovery to the Court. Plaintiffs base this requested relief on the facts and arguments contained in the accompanying memorandum in support of this motion.

WHEREFORE, premises considered, Plaintiffs respectfully request this Honorable Court to

reconsider its order dated September 25, 2012 for the reasons stated above and in the accompanying memorandum.

DATED on this 2nd day of October 2012.

                                      Respectfully submitted.

                                      SMITH STAG, LLC

                                      By: /s/   Stuart H. Smith

                                      Stuart H. Smith, Esquire
                                      ssmith@smithstag.com
                                      SMITH STAG, L.L.C.
                                      One Canal Place, Suite 2850
                                      365 Canal Street
                                      New Orleans, Louisiana  70130
                                      (504) 593-9600 telephone
                                      (504) 593-9601 facsimile

                                      *Attorney for Economic and Property Damages and Medical Benefits Class Members*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with Pretrial Order No. 49 established in MDL 2179, on this 2nd day of October 2012.

SMITH STAG, LLC

By: /s/ Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorney for Economic and Property Damages and Medical Benefits Class Members*