UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Pertains to<br>2:12-cv-00988-CJB-SS<br>2:12-cv-01295-CJB-SS<br>2:12-cv-02048-CJB-SS<br>2:12-cv-02155-CJB-SS<br>2:12-cv-00381-CJB-SS<br>2:12-cv-02338<br>2:10-md-02179-CJB-SS<br>Unfiled Economic and Property Damages Class Members<br>Unfiled Medical Benefits Class Members | Magistrate Judge Shushan |

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Reconsideration and Relief from Judgment and Renewed Motion for Limited Discovery and the Court having been fully advised;

IT IS ORDERED that Plaintiffs' Motion for Reconsideration and Relief from Judgment and Renewed Motion for Limited Discovery is hereby GRANTED, and the Court will review Plaintiffs' Motion for Limited Discovery on its merits.

This _____ day of _____ 2012.

_____
MAGISTRATE JUDGE