UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Random Selection of Entries]

Pursuant to the September 20, 2012 order (Rec. doc. 7448), the U.S. produced a list of 107 entries from its Zantaz privilege log. By **Wednesday, October 10, 2012**, the U.S. shall produce for *in camera* inspection the following documents. These include the entries which BP contends were not properly categorized. The Court will examine these entries to determine: (a) whether the U.S. properly asserted the DPP to these documents; and (b) whether they should be categorized as Phase One or Phase Two.

    4.      ZAN014-158650

    12.     ZAN037-018232

    29.     ZAN037-050608-09

    37.     ZAN037-058871

    48.     ZAN037-066440

    51.     ZAN037-067722

    57.     ZAN037-077022-23

    59.     ZAN037-080155-56

    89.     ZAN037-301349-53

The deadline for the appeal of this order is **Monday, October 8, 2012.**

New Orleans, Louisiana, this 1st day of October, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**