UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Answers to the Amended B3 Master Complaint]**

On October 1, 2012, BP requested leave to file its answer to the Amended B3 Master Complaint by October 26, 2012. Rec. doc. 7527. Halliburton, Transocean and M-I joined in this request. For the reasons cited by BP;

IT IS ORDERED that the parties, including BP, Halliburton, Transocean and M-I, are granted leave to file answers to the Amended B3 Master Complaint by **Friday, October 26, 2012.**

New Orleans, Louisiana, this 3rd day of October, 2012.

_____
SALLY SHUSHAN
**United States Magistrate Judge**