UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-988, 12-1295, 12-2048, 12-2155, 12-381, 12-02338, 10-md-2179<br>Unfiled Economic and Property Damages Class Members<br>Unfiled Medical Benefits Class Members | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion for Reconsideration (Rec. doc. 7531)]**

For the reasons provided in the September 25, 2012 order (Rec. doc. 7480) denying the requests by Stuart Smith of the Smith Stag LLC law firm ("Smith Stag") and others for discovery regarding the economic class action settlement;

IT IS ORDERED that Smith Stag's motion for reconsideration and relief from judgment and renewed motion for limited discovery (Rec. doc. 7531) is DENIED.

New Orleans, Louisiana, this 3rd day of October, 2012.

                                                                SALLY SHUSHAN
                                                                **United States Magistrate Judge**