READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

**District Court** Eastern District of Louisiana

**District Court Docket Number** Master Case No. 2:10-md-2179; Case No. 2:10-cv-04536

**Short Case Title** In Re: Deepwater Horizon          **Court Reporter** Cathy Pepper

**Date Notice of Appeal Filed by Clerk of District Court** Sep 10, 2012    **Court of Appeals #** 12-30883 (If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: (check appropriate box)

    Voir dire ☐;  Opening statement of plaintiff ☐;  defendant ☐;
    Closing argument of plaintiff ☐;  defendant ☐;  Opinion of court ☐;
    Jury instructions ☐;  Sentencing ☐;  Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| January 19, 2012 | Oral Argument on U.S. Motion for Partial Summary Judgment and Cross-Motions | Hon. Carl J. Barbier |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds;
- ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- ☐ Other IFP Funds;  ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds;
- ☐ Other

| | | | |
|---|---|---|---|
| Signature | /s/ James J. Dragna | Date Transcript Ordered | N/A |
| Print Name | James J. Dragna | Counsel for | Anadarko Petroleum Corporation |
| Address | Bingham McCutchen, 355 S. Grand Ave. Ste 4400, Los Angeles, CA 90071 | Phone Number | +1 (213) 680-6436 |

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.  COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received   ☐ Unable to contact ordering party   ☐ Other (Specify) _____

_____     _____     _____
Date                 Signature of Court Reporter                Telephone

Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

---

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages      _____ Actual Number of Volumes

_____     _____
Date                 Signature of Court Reporter

DKT-13 (5/96) modified 01/05 WDTX

# BINGHAM

James J. Dragna
Direct Phone: +1.213.680.6436
jim.dragna@bingham.com

September 19, 2012

Clerk's Office
U.S. District Court for the Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room C151
New Orleans, LA 70130

**Re: Transcript Order Form for Case No. 12-30883 (District Court Cases 2:10-md-2179 and 2:10-cv-04536)**

To Whom It May Concern:

Pursuant to the instructions on the last page of the Transcript Order Form, enclosed please find a copy of the Transcript Order Form for *In Re: Deepwater Horizon*, Case No. 12-30883, which is currently pending before the Fifth Circuit. Please be advised that a transcript is not necessary, as it is already on file (Rec. Doc. 5338 in Case No. 10-2179).

A copy of the enclosed form was filed with the Fifth Circuit electronically via ECF in Case No. 12-30883 on September 19, 2012, and four additional copies were sent via U.S. Mail to Court Reporter Cathy Pepper on that date. Should you have any further questions, please feel free to contact me or my paralegal, Connie Delgado (connie.delgado@bingham.com). Thank you for your consideration.

Sincerely,

James J. Dragna

Beijing
Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

T +1.213.680.6400
F +1.213.680.6499
bingham.com