<pre>
 1                    UNITED STATES DISTRICT COURT
                  THE EASTERN DISTRICT OF LOUISIANA
 2                          AT NEW ORLEANS

 3

 4   IN RE:  OIL SPILL BY THE OIL RIG    *   10-MD-2179 "J"
                 DEEPWATER HORIZON IN THE   *
 5            GULF OF MEXICO ON             *
              APRIL 20, 2010                *   September 28, 2012
 6                                          *
                                            *
 7   Applies to:   All Cases               *   9:30 a.m.
     *************************************
 8

 9

10                     WORKING GROUP CONFERENCE

11              BEFORE THE HONORABLE SALLY SHUSHAN

12                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18   SUSAN A. ZIELIE, RMR, FCRR
     Official Court Reporter
19   HB 406
     500 Poydras Street
20   New Orleans, Louisiana 70130
     susan_zielie@laed.uscourts.gov
21   504.589.7781

22

     Proceedings Recorded by Computer-aided Stenography Transcription
23   Software.

24

25
</pre>

```
 1   APPEARANCES:

 2   For the Plaintiffs' Steering     HERMAN HERMAN & KATZ
     Committee:                       BY:  SOREN GISLESON, ESQ.
 3                                    820 O'Keefe Avenue
                                      New Orleans LA 70113
 4
                                      WILLIAMS LAW GROUP
 5                                    BY:  DUKE WILLIAMS, ESQ.
                                      909 Poydras Street
 6                                    Suite 1650
                                      New Orleans LA 70112
 7
     For the Plaintiffs:             IRPINO LAW FIRM
 8                                    BY:  ANTHONY IRPINO, ESQ.
                                      One Canal Place
 9                                    365 Canal Street
                                      Suite 2990
10                                    New Orleans LA 70130

11   For the Plaintiffs:             LEVIN PAPANTONIO THOMAS MITCHELL
                                        RAFFERTY & PROCTOR
12                                    BY:  BRIAN H. BARR, ESQ.
                                      316 South Baylen Street
13                                    Suite 600
                                      Pensacola FL 32502
14
     For the Plaintiffs:             WILLIAMSON & RUSNAK
15                                    BY:  JIMMY WILLIAMSON, ESQ.
                                      4310 Yoakum Boulevard
16                                    Houston TX 77006

17   For the Federal                 US DEPARTMENT OF JUSTICE
     Government Interests:            BY:  R. MICHAEL UNDERHILL, ESQ.
18                                         SCOTT CERNICH, ESQ.
                                      450 Golden Gate Avenue
19                                    Room 7-5395
                                      San Francisco CA 94102
20
     For the State Interests:        ATTORNEY GENERAL OF ALABAMA
21                                    BY:  COREY L. MAZE, ESQ.
                                           WIN SINCLAIR, ESQ.
22                                    500 Dexter Avenue
                                      Montgomery Al 36130
23
     For the State of Louisiana:     KANNER & WHITELEY, LLC
24                                    BY:  DOUGLAS R. KRAUS, ESQ.
                                      701 Camp Street
25                                    New Orleans LA 70130
```

```
 1    APPEARANCES:

 2    For the Defendant:          LISKOW & LEWIS, APLC
                                  BY:  DON K. HAYCRAFT, ESQ.
 3                                701 Poydras Street
                                  Suite 5000
 4                                New Orleans LA 70139

 5    For the Defendant:          KIRKLAND & ELLIS, LLP
                                  BY:  J. ANDREW LANGAN, ESQ.
 6                                     RYAN BABIUCH, ESQ.
                                  300 N. Lasalle
 7                                Chicago IL 60654

 8    For the Defendant:          KIRKLAND & ELLIS, LLP
                                  BY:  ROBERT R. GASAWAY, ESQ.
 9                                655 Fifteenth Street NW
                                  Washington DC 20005
10
      For the Defendant:          FRILOT, LLC
11                                BY:  KERRY J. MILLER, ESQ.
                                  1100 Poydras Street
12                                Suite 3700
                                  New Orleans LA 70163
13
      For the Defendant:          MUNGER TOLLES & OLSON
14                                BY:  GRANT A. DAVIS-DENNY, ESQ.
                                  355 South Grand Avenue
15                                35th Floor
                                  Los Angeles CA 90071
16
      For the Defendant:          SUTHERLAND
17                                BY:  CARTER WILLIAMS, ESQ.
                                  First City Tower
18                                100 Fannin, Ste 3700
                                  Houston TX 77002-6760
19
      For the Defendant:          GODWIN RONQUILLO, PC
20                                BY:  DONALD E. GODWIN, ESQ.
                                       JENNY L. MARTINEZ, ESQ.
21                                     BRUCE W. BOWMAN, JR., ESQ.
                                       SEAN FLEMING, ESQ.
22                                     GWEN RICHARD, ESQ.
                                       SEAN W. FLEMING, ESQ.
23                                     LAUREN MITCHELL, ESQ.
                                       ALISON BATTISTE, ESQ.
24                                     ERIKA TOLEDO, ESQ.
                                  1201 Elm Street
25                                Suite 1700
                                  Dallas TX 75270
```

```
 1    APPEARANCES:

 2    For the Defendant:              GODWIN RONQUILLO, PC
                                      BY:  R. ALAN YORK, ESQ.
 3                                    1331 Lamar
                                      Suite 1665
 4                                    Houston TX 770101

 5    For the Defendant:              BINGHAM MCCUTCHEN, LLP
                                      BY:  WARREN A. FITCH, ESQ.
 6                                    2020 K Street NW
                                      Washington DC 20006
 7
      For the Defendant:              POLSINELLI SHUGHART, PC
 8                                    BY:  SARAH IAMS, ESQ.
                                      1152 15th Street NW
 9                                    Suite 800
                                      Washington DC 20005
10
                                      BECK, REDDEN & SECREST
11                                    BY:  DAVID JONES, ESQ.
                                      1221 McKinney Street
12                                    Suite 4500
                                      Houston TX 77101
13
14    APPEARING TELEPHONICALLY:       JEFFREY BREIT, ESQ., PSC
                                      ROB ROY, ESQ., PSC
15                                    STEVE O'ROURKE, ESQ., DOJ
                                      SARAH HEMMELHOCK, ESQ., DOJ
16                                    TOM BENSON, ESQ., DOJ
                                      MARK NOMILINI, ESQ., BP
17                                    ALAN PIXTON, ESQ., BP
                                      MIKE PETRINO, ESQ., BP
18                                    JOE EISERT, ESQ., BP
                                      TED SKERITIES, ESQ., O'Brien
19                                    JEREMY RUSH, ESQ., O'Brien
                                      BILL STRADLEY, ESQ., 2185
20

21

22

23

24

25
```

```
1                            AGENDA

2        (Working Group Conference on Friday, September 28, 2012)

3                                                      Page

4                     PHASE ONE PREPARATION

5    1.  Courthouse Space for Trial of Phase One          10

6    2.  Other Preparations for Trial of Phase One        10

7                         PHASE TWO

8    Equipment Stored at Michoud

9    1.  Inspection of BOP, Capping Stack and Equipment   10

10   2.  Deadline for BOP Testing                         10

11                PHASE TWO DOCUMENT PRODUCTION

12   1.  DPP Entries on Privilege Log Nos. 58 and 59

13   2.  DPP Entries on Privilege Logs Served After Privilege Log 60

14   3.  Schedule V and Zantaz

15   4.  Custodial File Production                         26

16   5.  Professor Leifer Document Production              22

17   6.  US Document Production

18       a.  Coast Guard Custodial Metadata               26

19       b.  Open Items Deadline?

20                PHASE TWO FACT DEPOSITIONS

21   1.  Length of Depositions and Allocation and Sequence

22       Of Examination Time

23   2.  Update on Fact Depositions

24          Status - Wild Well Control                     27

25          Status - Statoil                               27
```

1          Status - Stress Engineering                    27

2          Status - Guthrie and Griffiths depositions     28

3    3.   Phase Two and Phase Three Topics

4    4.   Other Deposition Matters

5    5.   Scheduled Fact Depositions

6

7                    Phase Two Trial Preparation Timeline

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

:10:14   1          NEW ORLEANS, LOUISIANA; FRIDAY, SEPTEMBER 28, 2012

:10:14   2                          9:30 A.M.

:47:38   3          THE COURT:  So, I do apologize, guys.

:47:41   4              Hello, phone participants.

:47:44   5              Good morning, guys.  I'm very sorry that I'm late.

:47:47   6   I have a good excuse, but you don't need to know it.

:47:50   7              Okay.  Mr. Maze, could I see you up at the bench,

:47:56   8   please?

:48:06   9              This morning, we're going to discuss words.  Okay.

:48:18  10   This is the best-word-ever bracket.  This is the A bracket.  And

:48:26  11   so this is like the Final Four.

:48:29  12              And, the A bracket, the winner is akimbo, which I

:48:36  13   thought was interesting.

:48:38  14              Don, you probably will like this.  You're a word

:48:42  15   guy.

:48:46  16          MR. HAYCRAFT:  I'm a sesquipedalian.

:48:50  17          THE COURT:  Yes, you are.

:48:50  18              (Phone noise.)

:48:52  19          THE COURT:  Phone participant who is out in traffic,

:48:54  20   could you mute your phone, please?  Thank you.

:48:57  21              Next up.

:49:01  22          MR. MAZE:  The P bracket.

:49:02  23          THE COURT:  The P bracket.

:49:06  24          MR. MILLER:  Is someone going to define what these

:49:09  25   words mean?

:49:10  1          THE COURT:  I can PDF this out to everybody.

:49:14  2                  But I thought that the winning P bracket was very

:49:17  3  interesting.  Phlegm.

:49:20  4          MR. HAYCRAFT:  Best words, or worst words?

:49:22  5          THE COURT:  Well, best word is what the bracket is.

:49:24  6                  What have we got next, Corey?

:49:27  7          MR. MAZE:  The first time a one-seed hasn't won the

:49:30  8  bracket.  Because, so far, you've gone with all of our

:49:34  9  favorites.

:49:34  10                  This is the Z bracket.

:49:36  11          THE COURT:  The Z bracket.

:49:38  12          MR. MAZE:  This is an upset.

:49:39  13          THE COURT:  This is an upset.  The Z bracket is zepher.

:49:43  14  Which I thought was a good best word.

:49:45  15                  And then, the final bracket is next, which I

:49:49  16  thought was very interesting.

:49:51  17          MR. MAZE:  Reader's suggested words.

:49:53  18          THE COURT:  Oh, I'm sorry, this is not the final.

:49:55  19          MR. MAZE:  No, this is the reader's suggested.

:49:57  20          THE COURT:  This is the reader's suggested.

:49:59  21          MR. MAZE:  This is the west bracket.

:50:01  22          THE COURT:  And it was between kerfuffle and

:50:04  23  indubitably, kerfuffle winning.

:50:08  24                  And then, last but not least, is the final

:50:12  25  bracket --

IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON 4.20.19

| | | |
|---|---|---|
| :50:15 | 1 | Phone participant who is in traffic, please mute |
| :50:19 | 2 | your phone. |
| :50:23 | 3 | Last bracket, best word ever, dypthong.  I think |
| :50:29 | 4 | that's a part of the BOP. |
| :50:39 | 5 | MR. HAYCRAFT:  That's what Jay Lo wears. |
| :50:41 | 6 | THE COURT:  I just thought that was fun.  Did you like |
| :50:43 | 7 | that? |
| :50:44 | 8 | MR. MAZE:  That was well done, Judge. |
| :50:46 | 9 | Although, I don't understand where dypthong came |
| :50:49 | 10 | from in the rest of the bracket.  Apparently, it was granted the |
| :50:54 | 11 | ability to get to the Final Four without playing in the earlier |
| :50:57 | 12 | logs. |
| :50:57 | 13 | THE COURT:  We didn't look at the D bracket.  If we'd |
| :51:00 | 14 | had, we would have had a bracket for every -- |
| :51:05 | 15 | MR. MAZE:  I was just worried it didn't have to go |
| :51:08 | 16 | through the earlier rounds and didn't have to take any hits. |
| :51:11 | 17 | THE COURT:  It did.  It made it through the D bracket. |
| :51:14 | 18 | All right.  So let's get going. |
| :51:20 | 19 | (Phone noise.) |
| :51:20 | 20 | MR. MILLER:  They're not listening to you. |
| :51:24 | 21 | MR. GODWIN:  They didn't hear you, Judge. |
| :51:26 | 22 | MR. MAZE:  Just don't say step out into the traffic. |
| :51:30 | 23 | THE COURT:  Person on the phone who is in traffic, who |
| :51:33 | 24 | is it?  We're now making you identify yourself. |
| :51:36 | 25 | They've been muted. |

:51:39  1          Okay.  Let's get going, guys.

:51:41  2          Courthouse space.  We think -- I'm going to go up

:51:45  3  and look at space today.  But I think that I may have located

:51:50  4  space, perhaps not as comfortable as last time, but I may have

:51:55  5  located space for all requestors.  I'm just not sure yet.  So

:52:00  6  give you an update next week.

:52:08  7          We were going to cover comments on the PSC summary

:52:12  8  of orders; but, since then, we've gotten a revision to that from

:52:17  9  Andy, and I'm going to defer that until next week.

:52:20  10          MR. LANGAN:  Thank you, Your Honor.

:52:21  11          THE COURT:  But, Andy, thank you for picking up and

:52:23  12  running with it.

:52:25  13          MR. LANGAN:  I have to give credit to Mr. Babiuch.

:52:30  14  Ryan had a lot to do with that.  So, if people like, all credit

:52:31  15  to him.

:52:32  16          THE COURT:  And if people don't like it?

:52:34  17          MR. LANGAN:  I'll take the blame.

:52:36  18          THE COURT:  Oh, no, I disagree with that.  Finally

:52:38  19  something is happening at that end.  That's good.

:52:41  20          Okay.  So let's talk about the scheduled BOP

:52:51  21  testing.  We got in from the United States yesterday evening a

:52:57  22  letter that's questioning the protocol.  And so I thought we'd

:53:03  23  get an update report on where BP thinks we are and talk about

:53:10  24  where to go from here.

:53:14  25          MR. GASAWAY:  Morning, Your Honor.  Rob Gasaway for BP.

:53:17  1          THE COURT:  Hey, Rob, how you doing?

:53:19  2          MR. GASAWAY:  I'm doing good.

:53:20  3              Here's basically where we are.  As you know, we

:53:22  4    set out a protocol by one email, and then we had a subsequent

:53:25  5    email from David Grassmick that set out a little more detail

:53:29  6    about the particular details that were going to be subject

:53:32  7    sampling.  That was in a response to a question from Halliburton

:53:38  8    and then seconded from the United States.

:53:40  9              Since that time, we saw Mr. O'Rourke's letter that

:53:43  10   came in yesterday that went to the second step of the process.

:53:45  11   Mr. O'Rourke's letter, unlike the earlier Halliburton letter,

:53:49  12   went to the actual testing itself.

:53:51  13             So I guess a couple of comments here.

:53:53  14             First of all, I do think that, in light of the

:53:56  15   comments that we've got in, that are very helpful, we'd like to

:54:00  16   defer the testing from starting Monday to Wednesday, to just

:54:03  17   give us a little bit more time and space to work this out.

:54:06  18             Secondly, I think that, in terms of the first

:54:08  19   round of comments that we got about the sampling protocol,

:54:12  20   obviously, we've taken the first step, Mr. Grassmick has

:54:17  21   identified the materials.  It may be of help, both on the

:54:21  22   sampling front and on the testing front, if we supplement that

:54:24  23   with a little bit more detail about how much, which materials

:54:28  24   and so forth.  So I do think that we're going to try to get a

:54:32  25   supplemental version of that letter out to the Court and the

:54:35  1  parties as soon as we can.

:54:38  2            As last week, Your Honor, we'd ask that we be

:54:41  3  allowed to impinge on email-free Saturday if need be to

:54:46  4  circulate that, if there's no objection.

:54:49  5        THE COURT:  I think everybody objects, but they're

:54:50  6  going to agree.

:54:51  7        MR. GASAWAY:  Okay.  Thank you.

:54:53  8            In terms of Mr. O'Rourke's letter, that obviously

:54:57  9  is a different issue.

:54:58  10        THE COURT:  It is.

:54:59  11        MR. GASAWAY:  And we'd like to noodle on that a little

:55:01  12  bit.

:55:01  13            The problem, as you would expect, is you don't

:55:05  14  know exactly which step you're going to go down until you get

:55:08  15  into the laboratory and actually start looking at it.  We're

:55:12  16  obviously looking at chemical composition here.  We all remember

:55:15  17  our high school chemistry where you have, you know, a series of

:55:19  18  steps, step 2 depends on step 1, step 3 depends on step 2.  So

:55:25  19  it's not going to be possible to specify in recipe fashion what

:55:28  20  we're going to do.  We're not going to be able to do that.  I

:55:31  21  don't think Mr. O'Rourke is asking for that.

:55:34  22            I guess, what I'd like to do is, now that I have

:55:37  23  the letter in hand, send a response and a proposal to the Court

:55:43  24  and parties about seeing if there's some way that we can make

:55:46  25  Mr. O'Rourke and any others who had the same thought more

:55:49  1   comfortable.  And, again, since we've decided to postpone the

:55:53  2   testing for two days, maybe that will give us a little time

:55:56  3   really next week to try to get this resolved.

:55:59  4            THE COURT:  Good.  I think that makes sense.

:56:01  5                 Mr. O'Rourke, do you have any comment?

:56:04  6                 Oh, he's not on the phone --

:56:01  7            MR. O'ROURKE:  I think that sounds fine by me.  And

:56:10  8   think Mr. Cernich is in the courtroom.

:56:13  9            THE COURT:  He is.  And he's standing at the podium.

:56:15  10  So we'll let him speak because I can hear him.

:56:21  11           MR. CERNICH:  Your Honor, I don't think we necessarily

:56:23  12  agree that BP can't provide a recipe for what it's going to do

:56:26  13  for each of these samples.  We think the timeframe here is

:56:29  14  unreasonable, considering these materials have been sitting out

:56:32  15  at Michoud for two years now.  And now, all of the sudden, we

:56:35  16  need to turn around our comments on a detailed and technical

:56:39  17  protocol within a couple of days.

:56:41  18               Essentially, what BP has described that they're

:56:44  19  going to do is sample from basically every bucket that's out

:56:47  20  there at Michoud, carry those samples up to a lab in

:56:50  21  Pennsylvania and have someone in the lab sort of look at the

:56:53  22  samples and decide what tests are going to be run on those

:56:56  23  samples, without any indication of why those tests are being

:57:00  24  conducted or what the criteria are for deciding which tests are

:57:05  25  going to be performed on those samples.  And so we believe that

IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON 4.20.14

:57:09  1  we need a detailed description of the how's, the why's, the

:57:13  2  what's going to be done before we can agree to this.

:57:16  3          As you recall, in Phase One, they were very,

:57:18  4  very detailed protocols for a variety of testing, including the

:57:24  5  cement testing.  And those were laid out in excruciating detail.

:57:28  6  And BP required us, everyone, to submit detailed protocols and

:57:32  7  provided very detailed protocols on what they wanted to be

:57:37  8  performed on those samples in Phase One.  We would expect the

:57:40  9  same here.

:57:40  10          THE COURT:  Okay.

:57:43  11          MR. GODWIN:  Judge, may I be heard briefly?

:57:44  12          THE COURT:  I don't know, Don.  But, come on, give it a

:57:47  13  try.

:57:49  14          MR. GODWIN:  Don Godwin for Halliburton.  Thank you,

:57:50  15  Your Honor.

:57:50  16          The concern that I've got about the testing is

:57:53  17  that it seems to me that it could bring up Phase One issues all

:57:58  18  over again.

:57:59  19          Now, if we're going to understand from that, Your

:58:02  20  Honor, it's not going to open up Phase One discovery again, and

:58:07  21  issues, and none of what is decided in the testing or the

:58:11  22  inspection or otherwise is going to be used in the Phase One

:58:16  23  trial, then I wouldn't have an issue with that.  But, if it is

:58:20  24  going to -- because, if they're looking at how much volume of

:58:24  25  material is in the riser, that could impact the amount of flow

:58:27   1   that would come out --

:58:28   2           THE COURT:  Correct.

:58:29   3           MR. GODWIN:  -- that could determine that for Phase

:58:31   4   Two, but that's one thing.

:58:32   5               But, if they're looking to break down to cement

:58:34   6   and go into all that again, as Scott says, then it seems to me

:58:37   7   we're going up a path we don't want to go up.  I'd just like

:58:40   8   some direction from you, if you would.

:58:42   9           THE COURT:  Well, you may have some direction from me.

:58:44   10           MR. GODWIN:  Thank you, Your Honor.

:58:45   11           THE COURT:  Phase One is what I call in the can, the

:58:49   12   can is sealed, and it's not going to be unsealed.

:58:53   13           MR. GODWIN:  Thank you, Your Honor.

:58:54   14           THE COURT:  You like that?  Is that direction?

:58:56   15           MR. GODWIN:  That is direction, and that's what I

:58:58   16   understood.  But it seemed that BP wants to go into another

:59:02   17   direction than what you said.

:59:03   18           THE COURT:  Well, we cannot reopen discovery in Phase

:59:09   19   One.  And what we're doing is the final look-see on trial

:59:14   20   preparation for Phase One starting in January.  And so I don't

:59:20   21   see that as being even a glimmer of a possibility.

:59:25   22           MR. GODWIN:  Thank you, Judge.

:59:26   23           THE COURT:  There you go.  Okay, thanks, Don.

:59:29   24           MR. GODWIN:  Thank you, Your Honor.

:59:30   25           THE COURT:  Okay.  Anything else on that topic?

16

:59:30  1                    (No response.)

:59:34  2          THE COURT:  All right.

:59:36  3              Oh, Rob.

:59:37  4          MR. GASAWAY:  Let me just mention, less

:59:42  5   controversially, Your Honor, we have been doing laser scans, and

:59:45  6   another round of laser scanning that we've talked about before

:59:49  7   with the parties is due to start.  Obviously, given what we

:59:53  8   learned from the Court about the backing up of the end-date for

:59:56  9   the testing, we've got to get going on that.

:59:59  10              That, we would like to start that on October 8th,

:00:02  11  if we could.  This would be the same kind of scanning that we've

:00:05  12  done before.  Remember the Creaform EXAscan that we put up.  So

:00:11  13  it's not a new kind of scanning, it's just scanning of

:00:14  14  additional parts.  And we'd like to start that a little earlier

:00:16  15  than planned, on October 8th.  Which is obviously the Columbus

:00:19  16  Day holiday, if that would be all right with the Court and

:00:22  17  parties.

:00:22  18          THE COURT:  I think that's fine.  That seems to be

:00:27  19  completely noncontroversial.

:00:28  20              And you're sharing all the information?

:00:31  21          MR. GASAWAY:  And then we will get a response back on

:00:33  22  the various points having to do with the sampling and the

:00:35  23  testing.

:00:36  24          THE COURT:  Perfect.

:00:37  25          MR. GASAWAY:  Thank you, Your Honor.

| | | |
|---|---|---|
| :00:39 | 1 | THE COURT:  All right. |
| :00:40 | 2 | MR. GASAWAY:  And, I don't know if this is clear or |
| :00:44 | 3 | not, but I did want to say, with regard to the sampling, the |
| :00:48 | 4 | sampling firm that we would use is Environmental Standards, |
| :00:53 | 5 | Inc., just so people know that.  They are litigation consultants |
| :00:58 | 6 | for BP in another context.  So, we are proposing to use them in |
| :01:02 | 7 | a way that permits us to use them for litigation purposes in |
| :01:06 | 8 | other contexts but still gets this work done in a timely |
| :01:09 | 9 | fashion.  And that is Environmental Standards, Inc., is the name |
| :01:12 | 10 | of the firm. |
| :01:13 | 11 | THE COURT:  Okay.  Thanks for the info. |
| :01:15 | 12 | All right. |
| :01:17 | 13 | MR. CERNICH:  Your Honor, just for clarification -- |
| :01:20 | 14 | Rob, is that different from the RJ Lee testing, or is that |
| :01:24 | 15 | changing who is going to be doing the testing? |
| :01:26 | 16 | THE COURT:  Hold on a second.  Ask the question into |
| :01:29 | 17 | the mike so all participants can hear. |
| :01:32 | 18 | MR. CERNICH:  I'm just asking whether the firm that Rob |
| :01:35 | 19 | just mentioned is a change to the protocol, or whether this is |
| :01:38 | 20 | in addition. |
| :01:39 | 21 | THE COURT:  In addition to the RJ Lee Group. |
| :01:44 | 22 | MR. GASAWAY:  I can try to clarify the exact line, but |
| :01:47 | 23 | basically Environmental Standards, Inc. is a sampling firm.  So |
| :01:50 | 24 | the idea is, you would take a lot of samples of various media, |
| :01:54 | 25 | potentially for litigation.  So they wouldn't be doing the |

:01:57  1  testing, but just to make sure that the samples were gathered

:02:00  2  and handled correctly and gotten to the lab correctly.  We're

:02:04  3  going to have one set of consultants do that, and another set of

:02:09  4  consultants do the testing.

:02:10  5           THE COURT:  So it sounds like it's in addition.  And

:02:13  6  these are the guys that are going to come in and pick it up and

:02:17  7  bring it to RJ Lee.

:02:20  8           MR. GASAWAY:  Exactly.  According to the chain of

:02:23  9  custody forms that would be approved and monitored by the

:02:24  10  special master, Captain Englebert.

:02:26  11           MR. CERNICH:  One more question.  I understand that

:02:26  12  there's at least one piece of material out there that is unique,

:02:29  13  and this particular piece of material will be consumed

:02:32  14  completely by any testing.  And I'd like clarification of what

:02:38  15  that item is.

:02:39  16           THE COURT:  We've had discussions about that.  I've had

:02:41  17  discussions about that with Captain Englebert, and she's

:02:45  18  thinking about that issue now.  So that is on the radar.  And

:02:50  19  nothing will happen without us announcing what's going to

:02:57  20  happen.  Okay?  And we may well include you on the discussion

:03:02  21  when I next get together with Captain Englebert.  Okay?

:03:08  22              You'd be the point of contact?

:03:10  23           MR. CERNICH:  Yes, Your Honor.

:03:11  24           THE COURT:  Okay, good, good.  We now know.

:03:14  25              Okay.  Let's see.  We're making progress, it

:03:17  1    seems to me, and real good progress, on all of the privilege log

:03:24  2    issues, which Mike and I are very relieved about.  Sarah, thank

:03:30  3    you very much for pushing that through.

:03:34  4           MS. HIMMELHOCK:  My pleasure.  Sorry for being late on

:03:36  5    that one.

:03:37  6           THE COURT:  Well, you know, at this point, we're

:03:38  7    getting somewhere, you know?

:03:41  8           MS. HIMMELHOCK:  Exactly.

:03:42  9           THE COURT:  Let's see.  Any update -- I'm sorry, Rob,

:03:45 10    is there something you want to talk about on that issue?

:03:48 11           MR. GASAWAY:  Just as a placeholder, if you would.

:03:53 12    Your Honor, we've been in contact with Sarah this week, it's

:03:55 13    been very helpful.

:03:56 14                In addition to the de-corrupted I guess documents

:04:02 15    that are referred to on page 3 and the clawback documents that

:04:05 16    are referred to on page 3, we've identified there's a third

:04:09 17    category of Inadvertently Withheld Documents.  So no action on

:04:12 18    that now, but we're just sort of trying to noodle on.

:04:16 19                I guess the only question that we're noodling on

:04:19 20    in terms of what Sarah talked about last week is, in terms of

:04:23 21    the clawback documents, there's obviously a little bit of

:04:25 22    difference in our mind between deliberative process and other

:04:28 23    privileges.  In the sense, when a document is clawed-back and we

:04:31 24    don't see any attorneys on there, we don't see any work product,

:04:36 25    we assume that's deliberative process.  But it's hard to tell

:04:39   1   from the face of the document itself.  Because, obviously,

:04:43   2   they're saying it's part of a deliberation for a decision, and

:04:47   3   you can't always see about that.  So we're trying to noodle

:04:50   4   through exactly what should happen on that.

:04:52   5              There's a couple of options.  One is we could come

:04:55   6   up with our own list and say these look like deliberative

:04:58   7   processes, are they.  We could ask them to do it, et cetera.

:05:01   8   And so it's just a, you know, a workload burden.

:05:05   9              As a preliminary matter, we had some very helpful

:05:09   10  emails -- and we appreciate Sarah getting back to us promptly --

:05:13   11  over the week just between our side and her side about, you

:05:16   12  know, what's the universe of documents, what's the scope, how

:05:19   13  many, what are we looking at between now.  And so we're kind of

:05:23   14  trying to get our arms around that issue.

:05:25   15             So I just wanted to put a placeholder down.  I

:05:28   16  don't think that changes anything today.

:05:29   17             THE COURT:  I agree.  Why don't you stay --

:05:31   18             Sarah, you wanted to comment?

:05:33   19             MS. HIMMELHOCK:  Yeah.  I think here's what happens

:05:36   20  with the clawback.  As soon as practicable, after we identify

:05:41   21  that a document needs to be clawed-back, we send a very short

:05:45   22  clawback notice that says here's the list of documents we are

:05:47   23  clawing back and what production they were in, so that the

:05:50   24  parties can segregate and remove the documents from their review

:05:56   25  queue as quickly as possible.  We follow that very terse

:06:02   1   clawback log with a privilege log that identifies those

:06:06   2   documents that are required to be logged under PTO 14 and

:06:13   3   identifies the privilege for them.

:06:15   4           Obviously, since PTO 14 provides no exemptions for

:06:18   5   BP, if we clawback a document on the grounds of BP, shortly

:06:22   6   after or simultaneously with the clawback log comes a clawback

:06:28   7   privilege log that identifies all the information that we always

:06:31   8   provide for a document that's withheld.

:06:34   9           Then, my understanding is that, if BP wishes to

:06:38   10  challenge that privilege, it can challenge that privilege.  And

:06:42   11  then we go into the process of you're verifying whether or not

:06:45   12  we properly extrapolated the BP principles and are withholding

:06:51   13  documents that are within the categories of the declarations we

:06:53   14  provided for each of the agencies.

:06:55   15          So I don't know that there's any additional

:06:57   16  procedure that needs to be put on what we're doing.  I think

:07:00   17  it's all fitting within the course of this case and the practice

:07:05   18  that everyone else is doing.  And I don't see why BP would be

:07:08   19  any different than an attorney-client claim that had to be

:07:13   20  logged or a product claim that had to be logged.

:07:16   21          MR. GASAWAY:  Let me say then that it could be that

:07:19   22  these clawbacks are being logged and we're just not deciphering

:07:23   23  in all of the noise of production, clawing-back, logging,

:07:29   24  revising logging, you know, how they're getting logged.

:07:32   25          THE COURT:  All the things that Mark Nomillini does.

:07:35  1          MR. GASAWAY:  All the things that Mark Nomillini does

:07:38  2   and keeps straight.  Mark probably has this figured out but I

:07:41  3   don't.

:07:41  4          The only point I was trying to make today is, as

:07:44  5   we looked at the colloquy that the Court had with Sarah last

:07:48  6   week and the resulting order, we could not identify this week

:07:50  7   the DPP claims that were still in play post-April 20th, Phase

:07:56  8   One claims, plus Phase Two claims.  If we already have that

:08:01  9   information and we're not smart enough to figure out, we'll

:08:04  10  figure it out if we can figure it out and then get back on it.

:08:08  11         THE COURT:  Okay.  And, if you will, let Sarah know

:08:11  12  what you can't figure out, and we'll take it from there.

:08:16  13         MR. GASAWAY:  Will do, Your Honor.  Thank you.

:08:18  14         MS. HIMMELHOCK:  It should be a pretty straight line

:08:20  15  because we use the same number to identify the document on our

:08:25  16  clawback log and our clawback privilege log.

:08:29  17         THE COURT:  Thank you, Sarah.

:08:31  18         Rob, why don't you come back up and tell us if

:08:33  19  there's anything to talk about with regard to Professor Leifer.

:08:37  20         MR. GASAWAY:  Your Honor, Rob Gasaway for BP.

:08:40  21         This is a comedy of errors, Your Honor.

:08:42  22  Basically, we went back to Professor Leifer, we said:  You tried

:08:45  23  to give us 30,000 emails, we only got 1,700.  He tried again.

:08:50  24  And two problems.

:08:52  25         Number one, whatever issue he had in copying his

Case 2:10-md-02179-CJB-DPC   Document 7539   Filed 10/03/12   Page 23 of 74

IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON 4.20.

23

:08:56   1   email on instance one, the exact same thing happened on instance

:09:01   2   two.

:09:01   3              And the second thing that happened is, instead of

:09:03   4   sending to our vendor, he sent it to his in-house lawyer at the

:09:06   5   University of California.

:09:08   6              So, yeah, we have made zero progress,

:09:14   7   unfortunately.

:09:14   8              The proposed solution that we have, going back to

:09:17   9   my friend, Mark Nomillini, is to basically have Mark and his

:09:22  10   team manage the collection and see if we can convince them just

:09:25  11   to let one of our vendors go out and have access to a computer

:09:29  12   where the vendor can take the emails off and put them into the

:09:32  13   system.

:09:32  14        THE COURT:  Didn't they agree to that when we had our

:09:34  15   conference call?  It sounded like we had reached agreement that

:09:39  16   that would be okay.

:09:40  17        MR. GASAWAY:  I think they are agreeing to that, and so

:09:43  18   now I think we're at the point of negotiating logistics.

:09:47  19        MS. HIMMELHOCK:  And I will just note for the record

:09:49  20   that the University of California has been informed which of the

:09:52  21   documents need to be held on the basis of United States'

:09:54  22   privilege claims.  And whatever agreement BP and the university

:09:58  23   reached needs to respect that BP and the parties should not

:10:01  24   receive those documents that we identified as privileged.

:10:05  25        THE COURT:  I think they understand that, Sarah.

:10:06  1          MR. GASAWAY:  That's understood, Your Honor.

:10:08  2          THE COURT:  That was part of the discussion that we

:10:12  3  had, but thank you for reminding us.

:10:15  4          MR. GASAWAY:  So I would just put a footnote on that.

:10:17  5  Obviously, the Possolo deposition that we talking about last

:10:21  6  week has now concluded as of yesterday.  We mentioned that we

:10:24  7  may have some additional questions for Mr. Possolo or we may

:10:29  8  want to talk to Professor Leifer.

:10:31  9          THE COURT:  If you can find him in the United States.

:10:34  10         MR. GASAWAY:  If we can find him.

:10:35  11             But we obviously want to look at the emails that

:10:37  12  we get, see to what extent they're new, take care of all those

:10:43  13  issues we talked about last week.

:10:44  14         THE COURT:  All right.  Thank you.

:10:50  15             Then, on US production, Sarah, last time, we had

:10:54  16  talked about whether we should make a list of outstanding items

:11:00  17  and kind of set a target date for resolution of everything

:11:05  18  that's outstanding.  Have you got anything to report on that?

:11:09  19         MS. HIMMELHOCK:  I think BP expressed its concern about

:11:13  20  that, and I'm not going to fall on my sword over it.  I

:11:16  21  understand from Alan Pixton on Rob's team that I have a list of

:11:21  22  what they consider to be the outstanding issues.  We are

:11:25  23  corresponding right now.  They've asked for a meeting.  I'm

:11:29  24  finding that the written correspondence is actually more

:11:32  25  effective in providing clarity and certainty in what they're

Case 2:10-md-02179-CJB-DPC   Document 7539   Filed 10/03/12   Page 25 of 74

IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON 4.20.25

:11:35   1    looking for and what we're providing.

:11:37   2               So, I think there'll be a couple more written

:11:40   3    exchanges, and then we'll get together on the phone and work it

:11:40   4    out.

:11:43   5               I'm thinking, unless BP thinks there are issues

:11:46   6    that were not identified in Mr. Pixton's last letter, I think I

:11:50   7    know what the universe is, and I think we are on a path to

:11:53   8    resolve it by the end of October.

:11:56   9               THE COURT:  Rob.

:11:57   10              MR. GASAWAY:  And let me just agree with that in

:12:00   11   general.  But let us go back this week and sort of make sure

:12:03   12   that we've got all the issues in terms of the most recent

:12:08   13   correspondence to make sure that if there's other things that we

:12:10   14   want to raise we let Sarah know.  And obviously, Sarah -- as

:12:15   15   opposed to bringing it before the Court, we'll let Sarah know to

:12:18   16   get it on the agenda next week.

:12:20   17              THE COURT:  I think we need to put all the cards on the

:12:23   18   table, set a target date for resolution and know that we're

:12:26   19   done.

:12:27   20              MR. GASAWAY:  Understood, Your Honor.  Thank you.

:12:28   21              MS. HIMMELHOCK:  I will note that I wasn't intending to

:12:33   22   invite BP to do what it didn't want the other parties to do.

:12:37   23              THE COURT:  I noted it, too, Sarah.  Don't worry about

:12:39   24   it.

:12:40   25              And the good news is I think Mr. Pixton is pretty

26

:12:43  1    thorough.  So I don't really foresee a problem.

:12:45  2            MS. HIMMELHOCK:  I agree.

:12:47  3            MR. GASAWAY:  And this is -- I'm not so much thinking

:12:50  4    that we're coming up with new issues out of the blue.  I just

:12:53  5    don't know that the latest round of correspondence with Mr.

:12:56  6    Pixton said:  These are all the issues.  Because, as you know,

:12:59  7    we have a large team, and people are communicating on different

:13:01  8    issues.

:13:02  9            THE COURT:  Okay.  Thank you.

:13:03  10           MR. GASAWAY:  Thank you.

:13:05  11           MR. NOMILLINI:  Your Honor, Mark Nomillini.

:13:10  12               One area of progress to add.  On the custodial

:13:16  13   metadata, the United States proposed a compromised solution.  We

:13:20  14   made a counterproposal.  And so, we think we're hopefully close

:13:25  15   on that, and we'd like to talk about that with Sarah.  And, you

:13:32  16   know, whichever way is the most productive.

:13:36  17           THE COURT:  Good.  Thanks, Mark.

:13:38  18               Okay.

:13:38  19           MS. HIMMELHOCK:  And that was covered in Mr. Pixton's

:13:41  20   letter, and I will respond early next week.

:13:43  21           THE COURT:  Good.  Thank you.

:13:44  22               All right.  Let's see.  Next up, Phase Two

:13:49  23   depositions.

:13:52  24               Have you all had enough of those already?  No,

:13:58  25   huh?

| | | |
|---|---|---|
| :13:58 | 1 | Let's get a status on the following.  Wild Well, |
| :14:02 | 2 | Statoil, Stress Engineering and Oceaneering. |
| :14:14 | 3 | What was that, his cheat sheet? |
| :14:16 | 4 | MR. CERNICH:  Yeah.  It was very interesting. |
| :14:19 | 5 | For the record, everyone can see that I didn't |
| :14:22 | 6 | read Mr. Gasaway's cheat sheet. |
| :14:26 | 7 | THE COURT:  Okay.  Update. |
| :14:27 | 8 | MR. CERNICH:  Updates. |
| :14:29 | 9 | Stress Engineering.  We're looking to start those. |
| :14:31 | 10 | We're going to confirm with counsel for Stress Engineering the |
| :14:34 | 11 | last week of October.  If they can't be completed during that |
| :14:39 | 12 | week, as I said, it may be 10 separate depositions.  They may |
| :14:43 | 13 | not be all full-day depositions, they may roll into the |
| :14:46 | 14 | following week. |
| :14:47 | 15 | THE COURT:  Okay, great. |
| :14:48 | 16 | MR. CERNICH:  Wild Well Control, still working on the |
| :14:51 | 17 | problems with the document production.  Hope to have an update |
| :14:54 | 18 | on that soon. |
| :14:55 | 19 | Statoil, we don't have a rescheduled date.  As Nat |
| :15:00 | 20 | indicated in his email, the deponent has a heart condition and |
| :15:03 | 21 | was just released from the hospital, and so we're looking -- |
| :15:06 | 22 | THE COURT:  My apologies, I shouldn't have put that |
| :15:08 | 23 | down.  I forgot. |
| :15:10 | 24 | MR. CERNICH:  No problem.  Maybe we would have had an |
| :15:12 | 25 | update. |

:15:12  1                 As I said in my email yesterday, Oceaneering is

:15:16  2  going to be postponed due to the delay in the document

:15:21  3  production there.  And we'll get back to everyone with a date

:15:24  4  hopefully within the next week for Oceaneering.

:15:26  5            THE COURT:  All right, okay.

:15:28  6                 And then we still had the conflict in Guthrie and

:15:32  7  Griffiths.

:15:32  8            MR. CERNICH:  We're working on trying to determine an

:15:36  9  alternative date there.

:15:37  10           THE COURT:  All right.  Did I forget anybody?

:15:42  11           MR. CERNICH:  I don't believe so, Your Honor.

:15:43  12           THE COURT:  I don't think so, but who knows.

:15:45  13                Thanks.

:15:48  14                Okay.

:15:48  15           MR. CERNICH:  And we received a letter from BP

:15:50  16  yesterday regarding the changing of topics with regard to Mr.

:15:56  17  Ballard, who is being deposed in a couple of weeks.  And that

:16:00  18  change was inside of the 21 day period for changing of topics,

:16:07  19  and there wasn't a case made for good cause.  And we just hope

:16:11  20  that that doesn't become a precedent going forward, that topics

:16:15  21  will be changed within the 21 day period without a demonstration

:16:18  22  of good cause.

:16:18  23           THE COURT:  Okay.

:16:20  24                Rob, do you want to comment?

:16:22  25           MR. GASAWAY:  Yes, Your Honor.  I mean, obviously, for

IN RE:   OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON 4.20.29

| | | |
|---|---|---|
| :16:27 | 1 | Mr. Ballard, it's within the 21 days.  What we thought was that |
| :16:31 | 2 | it was not within the 21 day rule because what we were doing was |
| :16:35 | 3 | relieving the burden on Mr. Ballard -- I think it came in 19 |
| :16:39 | 4 | days or something like that -- putting the topics out with Mr. |
| :16:43 | 5 | Hughes, who is in early November.  So, you know, long after 21 |
| :16:47 | 6 | days.  And then we were thinking that perhaps the United States |
| :16:51 | 7 | or other people would say:  Well, Mr. Hughes is currently |
| :16:54 | 8 | scheduled for just one day; now that he's going to be doing |
| :16:57 | 9 | extra topics, we need more time with him.  So, in trying to |
| :17:02 | 10 | anticipate that issue, we said:  Look, if you would like another |
| :17:04 | 11 | day -- I think what we said is:  If you're convinced you need |
| :17:08 | 12 | another day, we'd be willing to put the other day out there. |
| :17:12 | 13 | I will also note that, in that particular week, |
| :17:15 | 14 | there were a series of one-day depositions.  So there's a little |
| :17:19 | 15 | play, and a question about what the second day would be. |
| :17:23 | 16 | But that was our thinking, is, where you're |
| :17:26 | 17 | shifting from one to the other, it should be more than 21 days |
| :17:31 | 18 | out from where they're going to end up.  And, to the extent that |
| :17:36 | 19 | the other parties feel like they are prejudiced for time, if you |
| :17:36 | 20 | offer an additional day, then than should be satisfactory.  That |
| :17:41 | 21 | was our thinking, anyway. |
| :17:42 | 22 | MR. CERNICH:  We appreciate the additional day and will |
| :17:45 | 23 | certainly take BP up on that. |
| :17:46 | 24 | I would point out, though, as BP's pointed out |
| :17:49 | 25 | before to the Court, we have attorneys who are preparing for |

:17:52  1  these depositions.  And, as with the Guthrie deposition, that BP

:17:56  2  would like to change those two depositions because of

:17:59  3  overlapping issues.  And, the fact that they have attorneys who

:18:02  4  are trying to work on those, the same applies to all the parties

:18:05  5  here, and to have topics changed does impact our preparation.

:18:08  6       THE COURT:  Okay.  Thank you.

:18:10  7       All right.  We've got the Anadarko issue currently

:18:23  8  before us.  We'll be trying to rule on that as soon as possible.

:18:31  9       We've got the very busy deposition schedules set

:18:35  10  out.

:18:38  11       Next up -- and I thought maybe what we could do,

:18:42  12  guys -- I'm sorry, go ahead.

:18:43  13       MR. CERNICH:  Your Honor, on the Anadarko issue, you've

:18:47  14  seen the letters.  And I just want to make clear that the

:18:52  15  documents that the United States presented to the Court are

:18:54  16  simply a sampling.  As you go through the documents, you can see

:18:57  17  the intimate involvement, despite the protests from Anadarko, in

:19:02  18  the various source control and quantification efforts, including

:19:07  19  modeling efforts that were being performed by Mr. Quitzau, his

:19:12  20  input given to BP and BP's contractors.  And so, as you go

:19:16  21  forward and consider this matter, I'd like you to also consider

:19:19  22  the potential of making that deposition a two-day deposition,

:19:23  23  given the involvement of Mr. Quitzau personally as demonstrated

:19:28  24  by a variety of documents.  And we have additional documents

:19:31  25  that we can provide to demonstrate to the Court his further

31

:19:35   1    involvement if that's necessary.

:19:37   2           THE COURT:  These are just exemplar?

:19:39   3           MR. CERNICH:  Yes, Your Honor.

:19:40   4           THE COURT:  Got you covered there.

:19:42   5           Tony.

:19:43   6           MR. FITCH:  Tony Fitch, Anadarko.

:19:47   7           But I do think that, in our submission, we had

:19:49   8    pointed out what that sample does and doesn't involve, and

:19:55   9    probably further need not be said.

:19:58  10           THE COURT:  Okay.  Thank you.

:19:59  11           What I thought we'd do next is turn our

:20:02  12    attention to the further revised timeline that we got out by

:20:07  13    email.  Unfortunately, I meant to get it out yesterday but it

:20:10  14    didn't get out.  I've got hard copies here for you.  So if

:20:23  15    anybody wants to take a look.  I thought we'd take a five minute

:20:26  16    break and maybe we'd have a round-table discussion on what we've

:20:28  17    got and why it is everybody wants to protest.

:20:35  18           MR. GASAWAY:  Your Honor, Rob Gasaway.

:20:37  19           I'm not going to try to assume primacy of place on

:20:41  20    that.

:20:41  21           Before we turn to the timeline, I just wanted to

:20:45  22    mention for everybody that we've produced a letter that we got

:20:45  23    recently from DNV having to do with their Rule 30(b)(6)

:20:47  24    deposition, and Paul Colliers is a point of contact on our team

:20:51  25    in handling that deposition.  All the parties should have that.

32

:20:54  1   But Paul asked me to make sure that I announce that today, to

:20:58  2   look over what Mr. Cohen wrote to Mr. Colliers and get back to

:21:03  3   Paul if there's any issues on that.  It's just a document

:21:05  4   production and so forth; but, we wanted to make sure, if there

:21:11  5   are issues, we know about them.

:21:11  6           THE COURT:  Everybody take a look at that letter; and,

:21:13  7   make sure, if you have issues, you raise them.  Otherwise, it's

:21:16  8   a done-deal.

:21:18  9               But, anyway, do you all want to take --

:21:20  10          MR. CERNICH:  Sorry, Your Honor.

:21:21  11          THE COURT:  No problem.

:21:22  12          MR. CERNICH:  We don't recall seeing the letter.  Does

:21:25  13  Rob have a date?

:21:27  14          MR. YORK:  It was served through LexusNexus filing

:21:31  15  service.

:21:32  16          THE COURT:  The letter was served through LexusNexus.

:21:35  17              When did it come out, do you remember?

:21:38  18          MR. YORK:  I want to say yesterday or Wednesday.

:21:38  19          THE COURT:  Either Wednesday or Thursday.

:21:45  20          MR. LANGAN:  I'll send it to Scott.

:21:46  21          THE COURT:  If you wouldn't mind?  Thank you.

:21:48  22               Anyway, I realize that all have not had time to

:21:51  23  chew on the further revised timeline.  Do you want to take a

:21:55  24  five minute break and look at it and get back together?  Or

:22:04  25  you're ready to complain now?

:22:06   1                    Duke, I'm going to let you call this one.

:22:11   2              MR. WILLIAMS:  Whatever you want to do, Judge.

:22:15   3              MR. UNDERHILL:  Oh, geez.  Geez.  Give the guy some

:22:17   4   power and he punts.

:22:18   5              THE COURT:  Exactly.

:22:20   6                 Mr. Barr, I'm going to let you call this one.

:22:22   7              MR. BARR:  I'm fine going forward.

:22:24   8              THE COURT:  All right, then fine.  Let's roll right

:22:26   9   into that.

:22:28  10                 Okay.  So we got comments from everybody this

:22:31  11   week, and we've made some adjustments to the timeline.  I think

:22:38  12   we've accommodated some of the United States' concerns about

:22:42  13   expert reports and the quick turnaround time.

:22:48  14                 What else did we do?  We revised the deadlines for

:22:57  15   the preliminary witness lists and kind of gave you a better idea

:23:03  16   of what we're talking about.

:23:05  17                 Why don't we start with that?  That's really the

:23:07  18   first big change, is October the 30th we are proposing that we

:23:15  19   get a preliminary list.

:23:21  20                 And I know a lot of people said they couldn't get

:23:24  21   it down to 35, but my thinking on this is --

:23:29  22              MR. MAZE:  May I have one of these up here?

:23:31  23              THE COURT:  Oh, please.  They are to be distributed to

:23:34  24   anybody who wants hard copies.

:23:36  25                 If anybody else wants hard copies, we've got them

:23:39  1    here.

:23:41  2                  Our thinking was, for Phase Two, that we change

:23:46  3    the way we approach things.  We went into 30(b)(6) depositions,

:23:51  4    and my thought is that the topics really do cover the factual

:23:57  5    waterfront on anything you might want to know about Phase Two.

:24:06  6    So, that, we hopefully are going to have the need for very few

:24:12  7    additional fact witnesses.  Or, at least, that was the thinking.

:24:17  8    So that, if we started with the preliminary good-faith witness

:24:22  9    list in October, at the end of October, that would be not

:24:28  10   inclusive of experts and -- and I know you all are going to have

:24:36  11   a lot of experts.  And you don't have to list anyone who --

:24:46  12   well, that's not true.  Never mind.  I was going to say

:24:49  13   something that wasn't true.

:24:52  14                  So I kind of stuck with the 35.  The thinking

:24:56  15   being that, if every party lists 35 witnesses -- let's just go

:25:02  16   with the big five -- five times 35, plus the 30(b)(6)

:25:10  17   depositions that we're taking, how many potential depositions

:25:15  18   are we talking about?  It gets to be big.

:25:22  19                  And Judge Barbier was most unhappy in Phase One at

:25:29  20   the thought of having to read more than 200 depositions for

:25:33  21   Phase One.  So I'm trying to manage what we're going to bundle

:25:38  22   up and give to him in June.

:25:43  23                  So let's get some comments on that first.  And I'm

:25:47  24   willing to listen to anybody.  Roundtable discussion, let's talk

:25:50  25   about why that thinking is in error, I'm mistaken, here's

:26:00  1   another way to skin the cat.

:26:06  2             Rob.

:26:07  3        MR. GASAWAY:  Your Honor, I said I wasn't going to lead

:26:10  4   off in a sense, but I will.

:26:11  5             Here's the issue that I would spot for you now.  I

:26:15  6   understand that Judge Barbier does not want to read 200 or a

:26:19  7   bunch of depositions.  And I think the fundamental question that

:26:21  8   we're trying to address here is the relationship between

:26:24  9   potential witnesses at trial and depositions.

:26:28  10        THE COURT:  Right.

:26:29  11        MR. GASAWAY:  We've set a low number of fact

:26:31  12  depositions, and then we I think are operating under an implicit

:26:35  13  principle that before a witness comes to trial they should be

:26:39  14  subject to deposition.  So the question is how and when do we

:26:42  15  skin that cat.

:26:43  16             As you know from our submission, this is obviously

:26:46  17  a much shorter list than was provided at a similar time in Phase

:26:55  18  One.  At that time, BP, for instance, had 180 names, plus all

:26:59  19  the many, many deponents.  So now we're going to have a much

:27:02  20  shorter list.

:27:03  21             The question that we would ask is, given that we

:27:07  22  are, you know, light years from trial in *DEEPWATER HORIZON*

:27:12  23  timeframe, we're nine months out from trial, would there be a

:27:16  24  time that we could build in a -- give a good-faith list on Your

:27:23  25  Honor's timeline, the proposed timeframe, put some parameters on

:27:29   1   that to give a little bit of play at the joints, but come up

:27:32   2   with a second and narrowing list that would really be used for

:27:35   3   purposes of additional fact depositions.

:27:39   4           And the issue that we're struggling with is,

:27:42   5   obviously, other parties have the burden of proof.  They're

:27:45   6   going to submit expert reports in February, according to the

:27:49   7   revised schedule.  We will find then what the key facts that

:27:53   8   their experts rely on.  We think we know now, but I'm sure we're

:27:58   9   going to be surprised.

:27:59   10          And so, to the extent that those key facts are

:28:02   11  going to be contested facts at trial, I don't think that we can

:28:05   12  cover the waterfront before those expert reports by fact

:28:08   13  depositions, but I think that the universe of witnesses we may

:28:14   14  want to bring to trial may depend on that.

:28:17   15          So what we were thinking was, in order to get the

:28:19   16  ball rolling -- and I understand that Judge Barbier wants to

:28:28   17  have a short number -- maybe we could have some more play in the

:28:33   18  joints on October 30th.  For instance, if you said that it was

:28:38   19  going to be 35 witnesses, but 35 witnesses from BP, for

:28:45   20  instance, and say it's not going to include the what I think are

:28:49   21  51 30(b)(6) deponents, we have 14 additional fact deponents,

:28:54   22  maybe it doesn't -- it doesn't include those who testified by

:28:58   23  deposition.  But maybe we could have some more play in the

:29:01   24  joints but then with another juncture of Your Honor and the

:29:05   25  Court's choosing to really narrow it down to figure out who you

:29:09  1    really need.

:29:09  2           THE COURT:  So you would be happy to have a preliminary

:29:14  3    list of 35 not including 30(b)(6) witnesses?

:29:18  4           MR. GASAWAY:  Yeah, not including 30(b)(6) or other

:29:21  5    folks.  Probably not including other parties' witnesses.  We

:29:24  6    just had Thad Allen in a deposition.  I'd be interested to know

:29:29  7    whether the government or another party is going to bring Thad

:29:34  8    Allen.

:29:35  9           THE COURT:  Right.  This is your witness list, so

:29:36  10   you're going to exchange them simultaneously.

:29:39  11          MR. GASAWAY:  So on our list would only be BP

:29:43  12   witnesses.  But, obviously, we'd want to reserve the right, if

:29:45  13   somebody else was not going to bring a witness to trial from

:29:48  14   another party, to ask for that witness.

:29:51  15          THE COURT:  Well, I hadn't thought of it that way.  I

:29:55  16   had thought that it was anybody that BP, in your example, might

:30:02  17   want to call at trial.  So it wouldn't be just exclusively BP

:30:07  18   witnesses.

:30:08  19              If, for example, you don't have to list Admiral

:30:11  20   Allen, because I'll bet you that you're betting the United

:30:14  21   States is going to list Admiral Allen so you don't have to.

:30:18  22              But I was not thinking that it would be

:30:20  23   exclusively BP witnesses.

:30:24  24              You're also suggesting that it only be limited to

:30:28  25   BP witnesses.  So 35, not including 30(b)(6) witnesses and only

:30:34    1    BP witnesses.

:30:34    2         MR. GASAWAY:  Yeah.  That's what I would suggest.

:30:36    3    Because, I think, if we have 35 there -- probably, if we're just

:30:39    4    talking about BP witnesses, probably 35 is a right number.  And

:30:42    5    then, that way, we don't have to anticipate who the other

:30:47    6    parties are going to name at that juncture.

:30:52    7              I guess, the other thing that we would say, and

:30:55    8    you saw this in our submission, comes to the idea of making an

:30:58    9    iron-clad commitment to bring the witness to trial.  We think

:31:02   10    it's too early to do that.  And we'd like some clarity from the

:31:05   11    Court that we come -- we're not going to have to show good cause

:31:09   12    at this early juncture to take somebody off and not bring them

:31:12   13    to trial.

:31:13   14         THE COURT:  Absolutely.  And my revision says a party

:31:16   15    may not be responsible for bringing these witnesses, depending

:31:20   16    on the witness's affiliation.

:31:22   17              So, for example, if you decided to list Admiral

:31:27   18    Allen, you would not be responsible for bringing Admiral Allen.

:31:32   19         MR. GASAWAY:  Okay.

:31:33   20         THE COURT:  He's not affiliated with you.

:31:35   21         MR. GASAWAY:  Right.

:31:36   22              But let's just take somebody who is being deposed.

:31:39   23    I think the next deposition for us may be Mr. Ritchie next week.

:31:43   24    Let's say that we listed Mr. Ritchie -- and putting aside the

:31:48   25    deposition point -- what we would like to do is be able to list

:31:51  1   a BP witness but have the right to take him off the list without

:31:55  2   showing good cause at some later juncture.

:32:00  3           THE COURT:  Yeah.  I have no problem with that.

:32:02  4           MR. GASAWAY:  Okay.  Well, with that clarification,

:32:04  5   Your Honor, then where I guess I would go with this for the

:32:09  6   Court's consideration would be keep the 35, take -- make that

:32:13  7   exclusive of people who would be deposed and make that exclusive

:32:18  8   of other parties' witnesses.  So you're basically saying to BP:

:32:21  9   Give us your most 35 likely witnesses to come to trial,

:32:24  10  recognizing that you can take names off and you're not binding

:32:28  11  yourself to bring them to trial.  That would be my proposal.

:32:30  12          THE COURT:  Good, okay.  Thanks, Rob.

:32:33  13              Does anybody want to comment on that proposal and

:32:35  14  then add their own two cents?

:32:36  15              And I guess Mr. Barr does.  And we're only on

:32:40  16  point number one, preliminary good-faith fact witnesses.

:32:44  17          MR. BARR:  That's all I'm going to talk about for now.

:32:46  18              On the --

:32:47  19          THE COURT:  I know there's something more coming.

:32:50  20          MR. BARR:  Maybe.  It depends.  Maybe I'll hear

:32:52  21  something in between now and then that changes my mind.

:32:56  22              I just want to have some clarity on this.  I don't

:33:00  23  think we have an issue with what Rob proposed with the number

:33:04  24  35.  I want to make sure that this is limited to solely the

:33:10  25  witnesses we believe we may or will call live.  We're not

:33:14  1    talking about depositions that are going to be submitted in the

:33:18  2    bundles and those types of things.  This is simply, these are

:33:21  3    witnesses you may bring to court.  And, if that's what it is --

:33:25  4    I mean, I do have some concerns about the timing of it, given

:33:29  5    that we made the conscious decision to front-load quantification

:33:34  6    and put source control on the back, and most of the source

:33:38  7    control depositions are after this date.  That provides me a

:33:42  8    little discomfort.  But we can work around it.

:33:46  9           THE COURT:  That would be good cause, in my mind.  If

:33:49  10   you stumble across somebody that you didn't know about, and he

:33:57  11   or she is important to that part of the Phase Two, there you go.

:34:01  12          MR. BARR:  But am I correct that this 35 is people we

:34:05  13   think we may actually say you need to come to court and testify

:34:08  14   live?

:34:09  15          THE COURT:  Correct.

:34:10  16          MR. BARR:  Okay.

:34:11  17          THE COURT:  May or will.

:34:16  18             And you do not oppose then Rob's suggestion that

:34:22  19   it exclude people who are being deposed as 30(b)(6) witnesses

:34:28  20   even though they may be called live at trial?

:34:34  21          MR. BARR:  I guess from, just off the cuff, having not,

:34:36  22   as Rob says, had a lot of time to noodle it, I mean, I do think,

:34:42  23   if this is limited to people we may or will call live, then I

:34:47  24   don't see any reason that, if it's a 30(b)(6) witness, why you

:34:52  25   wouldn't go ahead and put them on the list.  I don't see the

:34:55   1   reason for excluding.

:34:55   2           THE COURT:  That was my thought as well.  And that's my

:34:57   3   proposal, is to include the 30(b)(6) witnesses in your 35.  But

:35:02   4   we've had a counterproposal.  All right.

:35:07   5           MR. BARR:  I think I prefer your original thought on

:35:10   6   that one.

:35:10   7           THE COURT:  All right.

:35:11   8               Mr. Kraus.

:35:14   9           MR. KRAUS:  Good morning, Your Honor.

:35:15   10          I'm a little confused with Rob's proposal.  For

:35:17   11   instance, for the state of Louisiana, on my witness list, am I

:35:22   12   only going to put the state of Louisiana's?

:35:24   13          THE COURT:  That's his proposal.

:35:26   14          MR. KRAUS:  I don't think that makes a lot of sense, to

:35:29   15   be honest.

:35:29   16          THE COURT:  To be perfectly blunt.

:35:33   17          MR. KRAUS:  Yes.

:35:34   18              I'm against that.

:35:36   19          MR. MAZE:  I understood what he meant.

:35:37   20          THE COURT:  I know you did.  Well, Corey, let's hope.

:35:40   21              Anybody else want to comment on the idea of the

:35:44   22   preliminary good-faith may-call witness list?

:35:51   23          MR. O'ROURKE:  Your Honor, this is Steve O'Rourke.  Can

:35:54   24   you hear me?

:35:55   25          THE COURT:  I can, Steve.  Keep it up at that pace and

:35:57  1    we'll be okay.

:35:59  2            MR. O'ROURKE:  Okay.  As for BP's proposal that the

:36:01  3    list would only list for BP, it would be BP employees, and the

:36:05  4    United States, it would be United States' employees, we don't

:36:10  5    object to that idea.  I think I'm the one who started

:36:13  6    instigating this whole witness list thing.

:36:15  7            The point was always, for us, we know who the

:36:17  8    30(b)(6) witnesses are, we have the opportunity to pick our five

:36:21  9    other witnesses.  But we had no idea who BP might call.  And we

:36:26  10   didn't want to get surprised on the eve of trial with a list of

:36:31  11   employees of theirs that we didn't know about it.  So, if this

:36:33  12   witness list BP tells us which BP employees it intends to call

:36:38  13   -- or, rather, that it may call at trial, and then we had a shot

:36:41  14   at their depositions with their custodial files, that's okay by

:36:45  15   us.  We would do the same thing, we would list federal witnesses

:36:48  16   that we may call.  If it's not a 30(b)(6), then they would get

:36:52  17   the deposition.  That could be true for all the parties.  And

:36:55  18   that would accommodate all our main concerns, which was not

:36:58  19   being surprised by trial witnesses.

:37:01  20           I do think it does -- Mr. Gasaway's proposal does

:37:06  21   another thing that I don't agree with.  Which is that, by

:37:09  22   limiting it to just BP employees but keeping the number 35,

:37:14  23   that's going to vastly expand the total number of witnesses.

:37:17  24   So, if you're going use his approach, the BP approach of it's

:37:21  25   just the party's own witnesses on this first round list, then

:37:24  1    the number should be substantially smaller than 35.

:37:27  2                    And those are my two points.

:37:29  3                    THE COURT:  Well, and that was my thought process when

:37:33  4    I came up with 35, you know, including the 30(b)(6) witnesses.

:37:41  5    But I'm going to have to think about it, huh?

:37:44  6                    Anybody else have thoughts on that point?

:37:48  7                    MR. CERNICH:  Your Honor, Scott Cernich for the US.

:37:52  8                    A point of clarification.  I think what I

:37:55  9    understood Mr. Gasaway to say is that BP would propose to

:38:00  10   potentially add additional witnesses to their good-faith trial

:38:04  11   list after expert discovery is completed, and I just want to

:38:08  12   make sure whether I'm understanding that correctly.  If that's

:38:11  13   the case, then that would result in another round of fact

:38:15  14   witness depositions between expert depositions and trial.  And I

:38:18  15   thought what I understood Mr. Gasaway to say is that they may be

:38:22  16   using these fact witnesses as rebuttal again with regard to the

:38:27  17   expert reports and testimony.  And I'd like to understand if

:38:32  18   that's the case.

:38:32  19                   THE COURT:  Okay.  Rob, can you give Scott some

:38:35  20   clarification on your comment?

:38:38  21                   MR. GASAWAY:  Yes, Your Honor.

:38:39  22                   My point was just that it becomes increasingly

:38:43  23   difficult to have a narrow binding set of witnesses early on

:38:51  24   since we don't know what the expert report is.  So, obviously,

:38:54  25   if we have 35 BP employees on our witness list, what we would

:39:01   1    try to do is anticipate the 35 that we would need.

:39:04   2              To the extent that we have to load that up, for

:39:06   3    instance, with other parties' witnesses and fact deponents and

:39:11   4    so forth, it becomes increasingly hard to do that.

:39:16   5              My other point is, I do think there has to be a

:39:19   6    narrowing.  I think it is at an early stage.  Like with the

:39:22   7    exhibit list, is at an early stage.  We obviously talked a

:39:25   8    little bit about that being an evolving process, not a final

:39:28   9    witness list.  And I don't expect to offer all 35 of those BP

:39:34   10   employees for deposition.  I don't expect to bring all 35 to

:39:38   11   trial.  But, if we're having a very early witness list that's

:39:42   12   before the conclusion of the 30(b)(6), before the fact

:39:45   13   depositions, I would like to have it earlier rather than later,

:39:49   14   and then talk as we are in the exhibit list about the timeframe

:39:52   15   for narrowing it down and figuring out the rules for who gets

:39:56   16   deposed or not.  But, just for this early list, that would be

:39:58   17   the proposal.

:39:59   18        THE COURT:  What about the issue of taking further fact

:40:03   19   depositions after the expert reports come in?

:40:07   20        MR. GASAWAY:  I think we could talk about that.  I

:40:10   21   mean, I know you want to get them in the can by the 11th.

:40:14   22   Obviously, there were some, you know, stragglers in Phase One.

:40:20   23   I think that our goal would not be to have additional BP

:40:24   24   witnesses deposed, obviously.  But, again, I think that goes to

:40:29   25   the issue of narrowing the list.  And what I was really trying

:40:35  1    to focus on is what should be the number and the scope for the

:40:38  2    preliminary list on the 30th.  And so the question would be at

:40:41  3    what point do you update that list.  Maybe we could give some

:40:45  4    dates for an updated list.

:40:47  5                   But, coming out of the box on the 30th, before the

:40:50  6    depositions are included for 30(b)(6), I think 35 BP witnesses,

:40:57  7    as Mr. O'Rourke said, was a proposal that we put on the table to

:41:03  8    satisfy the concern that we originally heard raised by the

:41:06  9    United States.

:41:07  10   THE COURT:  Okay.  Did that answer your question?

:41:11  11   Because I wasn't paying attention.

:41:13  12   MR. CERNICH:  I think it did.  I think what I heard was

:41:17  13   two things.  Which bother me, actually.

:41:20  14                   One is that BP does intend to potentially call

:41:24  15   rebuttal fact witnesses to the experts.

:41:29  16                   And, two, that BP does not intend to produce all

:41:32  17   35 of the individuals on their witness list for deposition.

:41:36  18   THE COURT:  Well, my only concern here about on this

:41:44  19   whole discussion is, if we're going to take 35 BP fact

:41:53  20   witnesses' depositions, then why are we taking 30(b)(6)

:41:57  21   depositions?  I mean, you know, we embarked -- and maybe it was

:42:02  22   a wrong course, but we're on the course of taking 30(b)(6)

:42:06  23   depositions to find the facts.  So I don't see taking 35 BP

:42:14  24   witnesses.  I just don't see that we have time in this schedule,

:42:19  25   nor do I think that it will be necessary.  So there's a balance

:42:27  1  between how many people BP says they may call and how many

:42:34  2  depositions we can take.  Which is why I thought that a lower

:42:39  3  number would be better, because it would not tempt you or any

:42:43  4  other party to say:  I have to take 35 BP witness depositions.

:42:51  5      MR. CERNICH:  And I think that's what my colleague, Mr.

:42:54  6  O'Rourke, said, was that, if it really is a list that's limited

:42:59  7  to the parties' employees, then we think that that list could be

:43:03  8  -- definitely could be smaller.  But we believe -- if that

:43:07  9  person may be called at trial or is going to be called at trial,

:43:10  10  and if that decision isn't going to be made until a point in the

:43:13  11  future, we should have the opportunity to depose that person

:43:18  12  before they offer live testimony at trial.

:43:22  13      THE COURT:  It's a problem.  I'm trying to balance the

:43:28  14  competing interests.

:43:30  15          Okay.  I got it.  Thank you, Scott.

:43:32  16          Mr. Barr.

:43:33  17      MR. BARR:  Just two things.

:43:34  18          One, I think limiting it to people, witnesses that

:43:43  19  the party controls will narrow some of the people who get

:43:47  20  listed, because I don't believe the -- I mean, we may not have

:43:52  21  any people on that list.  If we're not listing BP witnesses we

:43:55  22  want them to bring or US witnesses we want them to bring, our

:44:00  23  list may be zero.

:44:02  24      THE COURT:  Yeah.  I don't think you have any

:44:03  25  witnesses; do you?

:44:04  1          MR. BARR:  I don't think so.

:44:04  2          THE COURT:  Okay.

:44:05  3          MR. BARR:  I do tend to agree that, with Scott, that if

:44:09  4  we're going to limit it to the party and the people that they

:44:13  5  are going to bring from that party, that it should be a smaller

:44:17  6  number.  I mean, I hear you on the 35 and the concerns about the

:44:22  7  time.  But, if BP wants to put up 35 witnesses that haven't been

:44:28  8  deposed before -- I mean, they know who is deposed, they know

:44:32  9  who they are putting up as a 30(b)(6).  The only thing they

:44:35  10  don't know are the people that are going to be selected.  And,

:44:38  11  if they want to put those people up, they're walking into that

:44:40  12  trap themselves with their eyes open.  So, if we narrow that to

:44:46  13  a smaller, more manageable number, then I think it becomes more

:44:50  14  feasible.

:44:52  15          But I don't think it's fair to allow BP to put 35

:44:56  16  witnesses that have never been deposed and say:  We're going to

:44:59  17  call these people at trial and you don't ever get a chance to

:45:02  18  question them before they testify.

:45:04  19          THE COURT:  Okay.  Anybody else?

:45:10  20          Moving right along.  Any comments on the

:45:21  21  preliminary good-faith exhibit list?

:45:23  22          Mr. Nomillini wrote us a really excellent letter,

:45:29  23  Mr. Nomillini, suggesting that we work from the Phase One

:45:36  24  exhibit lists and add to it, indicating Phase One/Phase Two as

:45:42  25  we go.  And I thought it was a really good recommendation.  Has

:45:47    1   anybody got comments on that?  Just theoretically, concerns?

:45:54    2            Rob?

:45:56    3        MR. GASAWAY:  Your Honor, I'll try to keep your

:45:58    4   interest.

:45:59    5            One note is --

:46:02    6        THE COURT:  I was reading an email.

:46:05    7        MR. GASAWAY:  -- Mr. Barr has said on multiple

:46:07    8   occasions that he wants to have a process for talking about

:46:09    9   foundation and authenticity and hearsay exceptions.  And, just

:46:14   10   as a point of clarification, to the extent that that's still a

:46:17   11   concern for Mr. Barr -- and I think it is -- our suggestion

:46:20   12   would be to wrap that into the conversation that Mark has

:46:24   13   suggested we initiate with the exhibit lists.  So let me throw

:46:27   14   that out there as an idea for the parties.

:46:30   15        THE COURT:  I think it's a good idea.

:46:33   16        MR. NOMILLINI:  Judge, this is Mark Nomillini.

:46:35   17            So I'm happy to reach out to Mr. Barr and to tee

:46:39   18   that up and jointly work on some kind of process for addressing

:46:46   19   admissibility in advance.  And I believe what Your Honor has

:46:49   20   suggested is some kind of process after each deposition.

:46:53   21        THE COURT:  That was my thought at the time, yes.

:46:57   22        MR. CERNICH:  Your Honor, Scott Cernich for the United

:46:59   23   States.

:47:00   24            We've expressed in our letter to the Court that we

:47:02   25   disagree with the October 30th date based on the ongoing

:47:07    1   depositions.  We'd prefer it to be pushed off into the future.

:47:11    2             To the extent that it does go forward on October

:47:13    3   30th, we're talking about a very limited set of documents, I

:47:17    4   think.  Just essentially exhibits from the depositions that have

:47:21    5   been taken.

:47:21    6             I think it's also worthwhile to note that, at

:47:25    7   the end of August, the United States received a metadata overlay

:47:30    8   from BP for over a million documents.  And that metadata overlay

:47:35    9   is updating, changing, supplementing custodial information for

:47:41   10   over a million documents in BP's production.  And that should be

:47:45   11   taken into consideration in moving forward with trying to

:47:48   12   designate exhibit lists.  Because we still -- and all the

:47:51   13   parties have to get their arms around what that means as far as

:47:57   14   custodians and the number of documents that we need to both use

:48:01   15   in the upcoming depositions and potentially designate as

:48:04   16   exhibits.

:48:05   17             THE COURT:  Good.  Thank you.

:48:07   18             All right.  Any other comments on the date, being

:48:14   19   the timing, or the idea of proceeding as Mark has suggested?

:48:21   20             MR. BARR:  Just one quick comment on the timing.  It

:48:24   21   goes back to the original -- I mean, it's so long as everybody

:48:29   22   understands and agrees that, to the extent documents come up in

:48:34   23   depositions after October 30th or produced in custodial files

:48:39   24   after October 30th, that those can be added to the list, that

:48:43   25   seems like -- because, again, I get back to our concern of we're

:48:47   1   doing this before we've even done a lot of the BP source control

:48:51   2   witnesses.

:48:51   3        THE COURT:  Well, and what we might do is just start

:48:54   4   working on it.  And we might modify this to say that, you know,

:48:59   5   as documents come to the parties' attention, they may be added

:49:04   6   to the good-faith exhibit list as we work through the discovery,

:49:08   7   the deposition schedule.

:49:10   8        MR. BARR:  And I guess one of the concerns I would have

:49:12   9   is it may be a document that's already been produced but for

:49:16   10  whatever reason it hasn't been seen, reviewed, whatever, and it

:49:20   11  only comes up in the course of getting ready for a deposition or

:49:24   12  taking a deposition, that we would have that ability.

:49:26   13       THE COURT:  Right.  I think that's reasonable.

:49:29   14       MR. NOMILLINI:  Your Honor, it's Mark Nomillini.

:49:32   15       I'm not sure who was just speaking, but I think I

:49:35   16  can put their mind at ease.

:49:37   17       With respect to Phase One, the way it worked was

:49:39   18  the first list was a preliminary good-faith list.  There's a

:49:43   19  final list that will come down the road.  But I think the

:49:46   20  preliminary good-faith list is to get the ball rolling.  And

:49:50   21  it's understood that documents are going to be added after that

:49:56   22  first list, both expert reliance materials and nonexpert

:50:01   23  reliance materials.  But it does help to get the process going.

:50:05   24       THE COURT:  Okay.  Yeah, I don't have a problem with

:50:07   25  that.  That would take care of, Scott, your problem.  And we

:50:12   1   always hope to accommodate Mr. Barr's problem.

:50:17   2            MR. BARR:  I appreciate that.

:50:19   3            THE COURT:  Okay.  All right.  That was a lot easier.

:50:23   4            Nobody, I assume, has any problem with the

:50:27   5   in-camera list of experts so that Mike and I can get going on

:50:33   6   who's out there and how they're going to be organized, what

:50:36   7   their expertise is, et cetera.

:50:42   8            (No response.)

:50:44   9            THE COURT:  All right, good.

:50:49   10            Okay.  So now we get to a big bone of contention

:50:53   11   between the parties and me, and that is the additional fact

:50:59   12   witness depositions coming in December -- I'm sorry -- the

:51:06   13   designation of additional fact witnesses coming in December.

:51:12   14   And everybody had something to say about that.

:51:18   15            Is there anything new anyone wants to say?

:51:21   16   Because I have read everybody's comments on that issue.

:51:28   17   Including you.

:51:37   18            MR. DAVIS-DENNY:  Your Honor, Grant Davis-Denny on

:51:40   19   behalf of Transocean.

:51:41   20            THE COURT:  Yeah, Grant.

:51:43   21            MR. DAVIS-DENNY:  The only thing I would is add to what

:51:45   22   we said in our letter is there were some comments in BP's letter

:51:48   23   along the lines of our interests are essentially -- BP's

:51:53   24   interests are aligned with Transocean's interests on

:51:57   25   quantification issues.  And, to the extent that played into the

:52:01    1   current draft of the timeline, I'd just briefly like to comment

:52:03    2   on that.  I think there's really, from our perspective, three

:52:08    3   issues in Phase Two.

:52:09    4            One is the final modification number, where we

:52:12    5   probably are fairly well aligned with BP.

:52:15    6            But, then, two other issues.  One is source

:52:17    7   control, where we very much are not aligned with BP.

:52:20    8            And then the other part is what BP knew and when

:52:26    9   they knew it, and what the United States knew and when they knew

:52:29   10   it about flow rate during the April and May timeframe when they

:52:33   11   were making source control decisions that we think should have

:52:36   12   taken account of certain flow rate numbers that were in their

:52:39   13   possession.

:52:39   14            So I just wanted to note that for the record.

:52:42   15        THE COURT:  Yeah.  And, Grant, let me ask you, isn't

:52:44   16   that something that everybody's going to know as a result of the

:52:48   17   30(b)(6) deposition?

:52:52   18        MR. DAVIS-DENNY:  As I said in the letter, I think

:52:55   19   30(b)(6) depositions are a good start, and I think they reduce

:52:59   20   the number of depositions that we'll need to take.  But I think

:53:03   21   it's dangerous to overstate that for a couple of reasons.

:53:06   22            One is, the parties get to choose who their

:53:09   23   30(b)(6) deponents are.  So some of the most important

:53:13   24   witnesses, if we're limited to 30(b)(6) witnesses and then just

:53:18   25   a hand-full of fact witnesses, we won't get to talk to those

:53:21   1   most important people.

:53:22   2             And the second part is just sort an inherent

:53:25   3   problem you have, an inherent limitation of 30(b)(6) witnesses.

:53:27   4   Which is, you can educate a witness just enough, you know, to

:53:31   5   provide topically relevant testimony, but they may not know the

:53:34   6   details that you rally need to get into.

:53:37   7             THE COURT:  Okay.  Thank you.

:53:40   8             Anybody else?

:53:45   9             (No response.)

:53:45   10            THE COURT:  All right.

:53:47   11            MR. FITCH:  Judge --

:53:48   12            THE COURT:  Come on up, Tony.

:53:51   13            MR. FITCH:  May I be so bold to respectfully inquire

:53:57   14   whether the Court has had any response in its own mind

:54:02   15   tentatively to the various suggestions made by almost all the

:54:08   16   parties with respect to the number of fact witnesses?

:54:12   17            THE COURT:  Well, I mean, I am betwixt and between on

:54:17   18   that.  It seems to me that I've got to balance the preliminary

:54:25   19   good-faith fact witness may-call list with the number of fact

:54:32   20   depositions that I'm going to allow.  I mean, I'm very concerned

:54:36   21   about having this big preliminary list where everybody's going

:54:44   22   to want to depose everybody on that preliminary list, which is

:54:47   23   going to be way beyond what I'm thinking.  And, if I increase

:54:50   24   the number of fact witness depositions that may be taken,

:54:57   25   slightly, that might alleviate a little bit of the problem.  But

:55:04   1   I don't see a big increase in the number, Tony, merely because I

:55:10   2   don't think our schedule will allow for it.  I mean, time wise,

:55:14   3   where are we going to fit it in?

:55:18   4              And, if anybody has any bright ideas -- but I'm

:55:20   5   looking at it.

:55:22   6              If we're going to have expert reports starting in

:55:27   7   mid-February, we've got to have completed our fact depositions

:55:33   8   in sufficient time to allow the experts to review the

:55:37   9   depositions and formulate their opinions.  So I've got a real

:55:43   10  time crunch here to try to deal with.

:55:46   11             Scott has pointed that out to me with regard to

:55:48   12  his experts formulating their opinion; right?

:55:51   13      MR. CERNICH:  Right.  Right, Your Honor.

:55:53   14      THE COURT:  So that's my problem.  And I'm going to try

:55:56   15  to get another draft out maybe this weekend and let you guys

:56:01   16  chew on it.  But I don't see expanding it dramatically.

:56:08   17      MR. FITCH:  I appreciate that, Your Honor.  But I do

:56:10   18  sense that many parties think that some more fact depositions

:56:14   19  are going to be needed.  That doesn't sound unreasonable to all

:56:21   20  who are here in the courthouse.

:56:22   21      THE COURT:  Can you manufacturer some extra time for

:56:25   22  me?

:56:25   23      MR. FITCH:  No, we can't do that.  But we can maybe

:56:28   24  manufacturer extra work and extra time slots.

:56:31   25             But seeing another draft would be appreciated

:56:33  1   before any decisions are made.

:56:35  2           THE COURT:  Good, good.

:56:36  3              No, I'm not going to put a final out.  I'm going

:56:39  4   to get another draft out before a final is confected.

:56:44  5              Scott.

:56:45  6           MR. CERNICH:  The preliminary good-faith may-call list,

:56:48  7   there presumably are witnesses that the party believes are going

:56:52  8   to help their case and hurt the other side's case.  And, you

:56:56  9   know, presumably the fact witnesses the parties would designate

:57:00  10  are witnesses that they believe will help that parties' case and

:57:03  11  hurt the opponent's case.  And so perhaps, as I think Mr.

:57:09  12  O'Rourke stated, a reduction in the list of the preliminary

:57:14  13  good-faith witnesses that a party thinks or plans to put on to

:57:19  14  help their case would allow for a couple of more depositions for

:57:26  15  the other fact witnesses.

:57:27  16          THE COURT:  Okay.  All right.  Thank you.

:57:30  17             Huh-oh, here comes Gasaway followed by Barr.

:57:36  18          MR. BARR:  With that, you go first.

:57:39  19          MR. GASAWAY:  Your Honor, let me just make two points.

:57:42  20             Number one, I think that the way this conversation

:57:45  21  is going is appropriate in the sense that I don't think we want

:57:48  22  to mix apples and oranges.  Scott just made an excellent point.

:57:53  23  We have two categories, one the witness list of people we may

:57:56  24  bring to help our case; two, the fact witnesses that people want

:57:59  25  to take from BP to help their case.  And so I think, to the

:58:03  1  extent that you keep the fact witnesses low, make every party

:58:07  2  show good cause, keep an asterisk out there for the trial

:58:12  3  witness issue, which is unsolved, I think that that is what

:58:16  4  we're pushing for.

:58:17  5          We think there should be a large number of trial

:58:20  6  witnesses on October 30th, but October 30th is still more than a

:58:24  7  month out from when you have to designate witnesses.

:58:27  8          I would also say, in your order, you had a very

:58:30  9  important word:  A party will not be permitted to add to the

:58:33  10  witness list without good cause shown.  Add.  That means that we

:58:37  11  can take them off for any reason.

:58:39  12          THE COURT:  Always.

:58:40  13          MR. GASAWAY:  Always.

:58:42  14          And so, you know, we clarified here this morning

:58:44  15  that we're not committing to bring them to trial, we can take

:58:47  16  them off.  And, certainly, we're not planning on bringing 35 BP

:58:52  17  witnesses for deposition, you can count on that.

:58:56  18          And so, I think if we can just get the rules down

:59:00  19  for the first apples and the first orange designation, i.e., the

:59:06  20  October 30th and the number of fact witnesses.  We recognize

:59:10  21  this problem, as we've discussed every time this has come up,

:59:13  22  that there remains a second step that has to happen in terms of

:59:16  23  narrowing the fact witnesses.  We're not going to expect to call

:59:21  24  a witness to trial that hasn't been subject to deposition.  But,

:59:24  25  I think, if we start out keeping those two lists separate, it

:59:27   1   may be helpful.  Rather than trying to wrap it all up.

:59:32   2        THE COURT:  Okay, great.  Thank you, Rob.

:59:36   3        Brian.

:59:36   4        MR. BARR:  The only thing I want to add, the five, I'm

:59:40   5   optimistic, is sufficient.  My concern is that it's not equal.

:59:46   6   We appear to be giving the quantification part of Phase Two

:59:51   7   significantly more importance than the source control side.  And

:59:56   8   there's two parties, at least on the plaintiff -- well, three

:59:58   9   parties -- the PSC, Alabama and Louisiana -- that are primarily

:00:03  10   concerned with the source control issues.  The United States is

:00:05  11   primarily concerned with the quantification issues.  And those

:00:09  12   parties have to be able to prosecute their side of the case.

:00:12  13        THE COURT:  And, Brian, I apologize if I missed it.

:00:16  14   But, again, like I asked Grant, are you not going to be able to

:00:20  15   get that during the 30(b)(6)?  You've certainly designated those

:00:25  16   as topics.  And I presumed that you're going to get the majority

:00:32  17   of that information in 30(b)(6).

:00:34  18        MR. BARR:  I think we will get some of it.  Like Grant

:00:38  19   said, we don't control who they put up.  And there are people

:00:44  20   that are on BP's side on source control issues I would like to

:00:48  21   depose that they have not designated.  There are United States'

:00:53  22   witnesses that I would like to have more time with.  And I may

:00:58  23   have to work something out.  Because, you know, in the source

:01:02  24   control US witnesses, BP has seven and a half hours.  The PSC,

:01:08  25   the states, Alabama and Louisiana collectively, have four hours

:01:11  1   and ten minutes.  We've lost our ability to go first and last.

:01:16  2          We appear to have shifted, even though we have the

:01:19  3   burden of proof on this source control issue, we're giving BP

:01:24  4   the majority of time.

:01:25  5          And we have a lot of questions -- I mean, we feel

:01:27  6   like BP is going to walk into the trial and they're going to

:01:31  7   say:  Our response plan was approved by the United States'

:01:34  8   government.  That gives it some credence, and we should follow

:01:39  9   that.  And we're not given the time to go through that with the

:01:42  10  US and say:  What did you rely upon, what did they tell you,

:01:45  11  what didn't they tell you, what was your decision based on, was

:01:48  12  the plan intended to do X, Y, Z or was it on something else.

:01:53  13  And we don't have the time to do that.

:01:54  14         And, since we have the burden to show that -- I

:01:57  15  mean, I wish it was that it was assumed that BP's plan was not

:02:00  16  adequate and that they had the burden to prove it was adequate.

:02:05  17  But that's not where we are.  We have to prove it wasn't

:02:07  18  adequate.  And I don't know that that burden of proof is being

:02:14  19  given a significant -- sufficient enough weight with the way

:02:18  20  this has been --

:02:19  21         THE COURT:  Well, I may be assuming things that perhaps

:02:23  22  you're suggesting I shouldn't be assuming.  Point noted.

:02:27  23         MR. BARR:  That's all I wanted to say.

:02:28  24         THE COURT:  Okay.  Good enough.  Thank you.

:02:30  25         All right.  Any other comments, guys?  Is

:02:37  1    everyone okay with the adjustment to the expert report deadline?

:02:44  2            MR. CERNICH:  Your Honor, I would ask that, instead of

:02:48  3    March 25th I think you have for our replies, that we could have

:02:52  4    until March 27th.

:02:56  5            THE COURT:  You need two more days?

:02:58  6            MR. CERNICH:  We do, Your Honor.

:02:59  7            THE COURT:  Geezum.  All right.  We'll take a look at

:03:04  8    that.

:03:04  9            MR. CERNICH:  Thank you.

:03:08  10           THE COURT:  Anything else, comment-wise, before we get

:03:11  11   the next draft out?

:03:15  12               (No response.)

:03:16  13           THE COURT:  All right.

:03:22  14           MR. FITCH:  Is this 8:30 time for October 8th correct?

:03:24  15           THE COURT:  Let me tell you what's going on.  I hate to

:03:26  16   drive you guys crazy.

:03:29  17               Judge Barbier, as you know, rearranged his

:03:33  18   monthly conference and set it back a week, because we do have a

:03:37  19   conflict with something that's going on in the court.  And, if

:03:42  20   you all can accommodate an 8:30 meeting that day, that would

:03:47  21   allow me to get to that other scheduled event as well.

:03:51  22               Is that undoable for anyone?

:03:56  23               (No response.)

:03:56  24           THE COURT:  I mean, the bus will be here; huh, Corey?

:04:00  25           MR. MAZE:  We like earlier.  Earlier is better.

60

:04:02   1          THE COURT:  By the way, if you guys would rather do a 9

:04:05   2   o'clock as a matter of course, or 8:30 as a matter of course,

:04:09   3   let me know.  We can certainly do that.  That would give me more

:04:12   4   time during the course of the day.

:04:14   5              Why don't you all take a poll and tell me if you

:04:17   6   all would like to adjust the start time.

:04:20   7              You will also notice that I canceled next Friday's

:04:25   8   conference.  Was going to bring that up in a little while; but,

:04:31   9   as long as we're on the topic.  Next Friday, we're not going to

:04:34   10  have a conference.  So you're off the hook for that Friday.

:04:40   11  Duke, you can sleep in.

:04:42   12             Okay.  Let's see.  I think that's all I wanted to

:04:52   13  cover today.  Does anybody have anything else they want to

:04:55   14  cover?

:04:56   15             Mr. Barr.

:04:59   16      MR. BARR:  I wanted to bring up real quick, and I just

:05:10   17  talked about it a little bit, but if we could go back and relook

:05:14   18  at the time allotted or the order for US source control and

:05:20   19  hybrid witnesses.

:05:21   20             We had the discussion with Allen.  I thought we

:05:25   21  got an order, and then the order changed when it came back out.

:05:30   22  Because, what was discussed with Allen was, the PSC would go

:05:36   23  first, BP would go second, everybody would go through, US would

:05:40   24  present Allen and then the PSC would go and BP would go.  I do

:05:44   25  think that's probably unnecessarily complicated.

Case 2:10-md-02179-CJB-DPC   Document 7539   Filed 10/03/12   Page 61 of 74

IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON 4.20.
61

:05:48   1           But, when the order came out, it went to BP, PSC,

:05:52   2   then US and then just BP in rebuttal.  So, you know, that

:05:58   3   changed.

:06:00   4           And I do think -- and I've continued to make this

:06:03   5   point -- that the time between BP and the PSC and the states

:06:08   6   needs to be equalized on these US source control hybrid

:06:13   7   witnesses.  And, if we're going to set up a scenario that --

:06:16   8   having BP go first and giving the PSC time after them, and then

:06:20   9   letting the US go, and having, you know, another small round of

:06:25   10  rebuttal, I think could work.  I mean, again, it's complicated.

:06:29   11          THE COURT:  It is.

:06:30   12          MR. BARR:  Unnecessarily.

:06:32   13           But, if we go back to the who has the burden of

:06:34   14  actually proving something here, it seems to me we should be

:06:39   15  sticking with if plaintiffs go first and last, as it's our

:06:45   16  burden of proof on all of these issues.

:06:46   17          And BP was actually participating in the response

:06:51   18  process.  They know what they gave the United States.  They

:06:54   19  don't know everything of the United States considered, they

:06:57   20  weren't at all of the meetings, but they were in a lot of them.

:07:01   21  We weren't in any of them.  And I think that needs to be looked

:07:06   22  at.

:07:06   23          THE COURT:  Okay.  We'll look at it again.

:07:08   24          MR. BARR:  Thank you, Judge.

:07:09   25          THE COURT:  Scott?

:07:10  1          MR. CERNICH:  Your Honor, in that situation, the United

:07:13  2  States just asks that there be one party who goes after the

:07:16  3  United States, whoever that --

:07:18  4          THE COURT:  You don't care who?

:07:20  5          MR. CERNICH:  Maybe we do care, but we just don't want

:07:25  6  to have two parties taking shots after.

:07:28  7          THE COURT:  Back at it, got you.  Good enough.

:07:32  8              Anything else, guys?  Anything?

:07:36  9              Duke, come on.  You can give us a report on the

:07:42  10  Saints.

:07:45  11          MR. MILLER:  No one wants to hear that.

:07:47  12          MR. WILLIAMS:  He's still getting a paycheck.

:07:49  13  Although, standby.  He's probably going to get suspended next

:07:52  14  week.

:07:52  15          THE COURT:  So everybody knows, we're talking about

:07:55  16  Jonathan Vilma and his difficulties with the suspension and Mr.

:08:01  17  Goodell.

:08:02  18          MR. WILLIAMS:  Yeah.  I thought Kerry was a pain in the

:08:05  19  neck; but, compared to Roger Goodell, he's a Santa Clause.

:08:11  20          MR. MILLER:  So I'll be the NFL's new commissioner.

:08:15  21  Thank you.

:08:16  22          MR. WILLIAMS:  We got, while sitting here, your

:08:18  23  granting Transocean's motion.

:08:22  24          THE COURT:  For a protective order.

:08:23  25          MR. WILLIAMS:  We will deal with it the old-fashioned

63

:08:24  1    way.

:08:25  2              I wanted to point out this morning that we served

:08:27  3    another set of requests for submission going for the other 27

:08:31  4    documents.  And, obviously, in light of your ruling -- I mean,

:08:34  5    I'm disappointed.  It's nothing three Sazeracs at lunch won't --

:08:40  6              THE COURT:  I would have thought one Sazerac at lunch.

:08:45  7              MR. WILLIAMS:  Today's going to be at least three.

:08:49  8              So you guys can stand down on that, and we'll

:08:52  9    continue to talk if there's anything left to talk about.  And

:08:56  10   that's it.

:08:57  11             THE COURT:  Good enough.

:08:59  12             MR. WILLIAMS:  Thank you.

:08:59  13             THE COURT:  All right, guys.  Going, going, gone.

:09:03  14   Thank you.  Everybody have a great day and a good weekend.

:09:07  15             MS. HIMMELHOCK:  You, too, Your Honor.

:09:08  16             (11:11 a.m., proceedings concluded.)

        17

        18                       CERTIFICATE

        19

        20

        21        I, Susan A. Zielie, Official Court Reporter, do hereby
             certify that the foregoing transcript is correct.

        22

        23

        24                            /S/ SUSAN A. ZIELIE, FCRR
                                    _____
        25                            Susan A. Zielie, FCRR

## /

**/S** [1] - 63:23

## 1

**1** [5] - 5:5, 5:9, 5:12, 5:21, 12:18
**1,700** [1] - 22:23
**10** [5] - 5:5, 5:6, 5:9, 5:10, 27:12
**10-MD-2179-CJB-SS** [1] - 1:4
**100** [1] - 3:18
**1100** [1] - 3:11
**1152** [1] - 4:8
**11:11** [1] - 63:16
**11th** [1] - 44:21
**1201** [1] - 3:24
**1221** [1] - 4:11
**1331** [1] - 4:3
**14** [3] - 21:2, 21:4, 36:21
**15th** [1] - 4:8
**1650** [1] - 2:6
**1665** [1] - 4:3
**1700** [1] - 3:25
**180** [1] - 35:18
**19** [1] - 29:3

## 2

**2** [6] - 5:6, 5:10, 5:13, 5:23, 12:18
**20** [1] - 1:5
**200** [2] - 34:20, 35:6
**20005** [2] - 3:9, 4:9
**20006** [1] - 4:6
**2010** [1] - 1:5
**2012** [3] - 1:5, 5:2, 7:1
**2020** [1] - 4:6
**20th** [1] - 22:7
**21** [6] - 28:18, 28:21, 29:1, 29:2, 29:5, 29:17
**2185** [1] - 4:19
**22** [1] - 5:16
**25th** [1] - 59:3
**26** [2] - 5:15, 5:18
**27** [4] - 5:24, 5:25, 6:1, 63:3
**27th** [1] - 59:4
**28** [4] - 1:5, 5:2, 6:2, 7:1
**2990** [1] - 2:9

## 3

**3** [5] - 5:14, 6:3, 12:18, 19:15, 19:16

## 30(b)(6

**30(b)(6** [23] - 31:23, 34:3, 34:16, 36:21, 37:3, 37:4, 37:25, 40:19, 40:24, 41:3, 42:8, 42:16, 43:4, 44:12, 45:6, 45:20, 45:22, 52:17, 52:19, 52:23, 52:24, 53:3, 57:15
**30(b)(6)** [2] - 47:9, 57:17
**30,000** [1] - 22:23
**300** [1] - 3:6
**30th** [11] - 33:18, 36:18, 45:2, 45:5, 48:25, 49:3, 49:23, 49:24, 56:6, 56:20
**316** [1] - 2:12
**32502** [1] - 2:13
**35** [31] - 33:21, 34:14, 34:15, 34:16, 36:19, 37:3, 37:25, 38:3, 38:4, 39:6, 39:9, 39:24, 40:12, 41:3, 42:22, 43:1, 43:4, 43:25, 44:1, 44:9, 44:10, 45:6, 45:17, 45:19, 45:23, 46:4, 47:6, 47:7, 47:15, 56:16
**355** [1] - 3:14
**35th** [1] - 3:15
**36130** [1] - 2:22
**365** [1] - 2:9
**3700** [2] - 3:12, 3:18

## 4

**4** [2] - 5:15, 6:4
**406** [1] - 1:19
**4310** [1] - 2:15
**450** [1] - 2:18
**4500** [1] - 4:12

## 5

**5** [2] - 5:16, 6:5
**500** [2] - 1:19, 2:22
**5000** [1] - 3:3
**504.589.7781** [1] - 1:21
**51** [1] - 36:21
**58** [1] - 5:12
**59** [1] - 5:12

## 6

**6** [1] - 5:17
**60** [1] - 5:13
**600** [1] - 2:13

## 60654

**60654** [1] - 3:7
**655** [1] - 3:9

## 7

**7-5395** [1] - 2:19
**701** [2] - 2:24, 3:3
**70112** [1] - 2:6
**70113** [1] - 2:3
**70130** [3] - 1:20, 2:10, 2:25
**70139** [1] - 3:4
**70163** [1] - 3:12
**75270** [1] - 3:25
**77002-6760** [1] - 3:18
**77006** [1] - 2:16
**770101** [1] - 4:4
**77101** [1] - 4:12

## 8

**800** [1] - 4:9
**820** [1] - 2:23
**8:30** [3] - 59:14, 59:20, 60:2
**8th** [3] - 16:10, 16:15, 59:14

## 9

**9** [1] - 60:1
**90071** [1] - 3:15
**909** [1] - 2:5
**94102** [1] - 2:19
**9:30** [2] - 1:7, 7:2

## A

**A.M** [1] - 7:2
**a.m** [1] - 1:7
**ability** [3] - 9:11, 50:12, 58:1
**able** [4] - 12:20, 38:25, 57:12, 57:14
**absolutely** [1] - 38:14
**access** [1] - 23:11
**accommodate** [3] - 42:18, 51:1, 59:20
**accommodated** [1] - 33:12
**according** [2] - 18:8, 36:6
**account** [1] - 52:12
**action** [1] - 19:17
**actual** [1] - 11:12
**add** [8] - 26:12, 39:14, 43:10, 47:24, 51:21, 56:9, 56:10, 57:4
**added** [3] - 49:24, 50:5, 50:21

## addition

**addition** [4] - 17:20, 17:21, 18:5, 19:14
**additional** [13] - 16:14, 21:15, 24:7, 29:20, 29:22, 30:24, 34:7, 36:3, 36:21, 43:10, 44:23, 51:11, 51:13
**address** [1] - 35:8
**addressing** [1] - 48:18
**adequate** [3] - 58:16, 58:18
**adjust** [1] - 60:6
**adjustment** [1] - 59:1
**adjustments** [1] - 33:11
**Admiral** [4] - 37:19, 37:21, 38:17, 38:18
**admissibility** [1] - 48:19
**advance** [1] - 48:19
**affiliated** [1] - 38:20
**affiliation** [1] - 38:16
**agencies** [1] - 21:14
**agenda** [2] - 5:1, 25:16
**agree** [9] - 12:6, 13:12, 14:2, 20:17, 23:14, 25:10, 26:2, 42:21, 47:3
**agreeing** [1] - 23:17
**agreement** [2] - 23:15, 23:22
**agrees** [1] - 49:22
**ahead** [2] - 30:12, 40:25
**aided** [1] - 1:22
**akimbo** [1] - 7:12
**Al** [1] - 2:22
**Alabama** [2] - 57:9, 57:25
**ALABAMA** [1] - 2:20
**ALAN** [2] - 4:2, 4:17
**Alan** [1] - 24:21
**aligned** [3] - 51:24, 52:5, 52:7
**ALISON** [1] - 3:23
**Allen** [9] - 37:6, 37:8, 37:20, 37:21, 38:18, 60:20, 60:22, 60:24
**alleviate** [1] - 53:25
**Allocation** [1] - 5:21
**allotted** [1] - 60:18
**allow** [6] - 47:15, 53:20, 54:2, 54:8, 55:14, 59:20
**allowed** [1] - 12:3
**almost** [1] - 53:15
**alternative** [1] - 28:9
**amount** [1] - 14:25

## Anadarko

**Anadarko** [4] - 30:7, 30:13, 30:17, 31:6
**ANDREW** [1] - 3:5
**Andy** [2] - 10:9, 10:11
**Angeles** [1] - 3:15
**announce** [1] - 32:1
**announcing** [1] - 18:19
**answer** [1] - 45:10
**ANTHONY** [1] - 2:8
**anticipate** [2] - 29:10, 38:5, 44:1
**anyway** [1] - 29:21, 32:9, 32:22
**APLC** [1] - 3:2
**apologies** [1] - 27:22
**apologize** [2] - 7:3, 57:13
**appear** [2] - 57:6, 58:2
**APPEARANCES** [3] - 2:1, 3:1, 4:1
**APPEARING** [1] - 4:14
**apples** [2] - 55:22, 56:19
**applies** [2] - 1:7, 30:4
**appreciate** [4] - 20:10, 29:22, 51:2, 54:17
**appreciated** [1] - 54:25
**approach** [3] - 34:3, 42:24
**appropriate** [1] - 55:21
**approved** [2] - 18:9, 58:7
**APRIL** [1] - 1:5
**April** [2] - 22:7, 52:10
**area** [1] - 26:12
**arms** [2] - 20:14, 49:13
**aside** [1] - 38:24
**assume** [3] - 19:25, 31:19, 51:4
**assumed** [1] - 58:15
**assuming** [2] - 58:21, 58:22
**asterisk** [1] - 56:2
**AT** [1] - 1:2
**attention** [3] - 31:12, 45:11, 50:5
**attorney** [1] - 21:19
**ATTORNEY** [1] - 2:20
**attorney-client** [1] - 21:19
**attorneys** [3] - 19:24, 29:25, 30:3
**August** [1] - 49:7
**authenticity** [1] - 48:9
**Avenue** [4] - 2:3, 2:18, 2:22, 3:14

## B

**Babiuch** [1] - 10:13
**BABIUCH** [1] - 3:6
**backing** [1] - 16:8
**balance** [3] - 45:25, 46:13, 53:18
**ball** [2] - 36:16, 50:20
**Ballard** [3] - 28:17, 29:1, 29:3
**Barbier** [4] - 34:19, 35:6, 36:16, 59:17
**BARR** [21] - 2:12, 33:7, 39:17, 39:20, 40:12, 40:16, 40:21, 41:5, 46:17, 47:1, 47:3, 49:20, 50:8, 51:2, 55:18, 57:4, 57:18, 58:23, 60:16, 61:12, 61:24
**Barr** [8] - 33:6, 39:15, 46:16, 48:7, 48:11, 48:17, 55:17, 60:15
**Barr's** [1] - 51:1
**based** [2] - 48:25, 58:11
**basis** [1] - 23:21
**BATTISTE** [1] - 3:23
**Baylen** [1] - 2:12
**BECK** [1] - 4:10
**become** [1] - 28:20
**becomes** [3] - 43:22, 44:4, 47:13
**BEFORE** [1] - 1:11
**behalf** [1] - 51:19
**believes** [1] - 55:7
**bench** [1] - 7:7
**BENSON** [1] - 4:16
**best** [5] - 7:10, 8:4, 8:5, 8:14, 9:3
**best-word-ever** [1] - 7:10
**bet** [1] - 37:20
**better** [3] - 33:15, 46:3, 59:25
**betting** [1] - 37:20
**between** [11] - 8:22, 19:22, 20:11, 20:13, 35:8, 39:21, 43:14, 46:1, 51:11, 53:17, 61:5
**betwixt** [1] - 53:17
**beyond** [1] - 53:23
**big** [6] - 33:18, 34:16, 34:18, 51:10, 53:21, 54:1
**BILL** [1] - 4:19
**binding** [2] - 39:10, 43:23
**BINGHAM** [1] - 4:5

**bit** [8] - 11:17, 11:23, 12:12, 19:21, 36:1, 44:8, 53:25, 60:17
**blame** [1] - 10:17
**blue** [1] - 26:4
**blunt** [1] - 41:16
**bold** [1] - 53:13
**bone** [1] - 51:10
**BOP** [4] - 5:9, 5:10, 9:4, 10:20
**bother** [1] - 45:13
**Boulevard** [1] - 2:15
**BOWMAN** [1] - 3:21
**box** [1] - 45:5
**BP** [75] - 4:16, 4:17, 4:17, 4:18, 10:23, 10:25, 13:12, 13:18, 14:6, 15:16, 17:6, 21:5, 21:9, 21:12, 21:18, 22:20, 23:22, 23:23, 24:19, 25:5, 25:22, 28:15, 29:23, 30:1, 30:20, 35:18, 36:19, 37:11, 37:16, 37:17, 37:23, 37:25, 38:1, 38:4, 39:1, 39:8, 42:3, 42:9, 42:12, 42:22, 42:24, 43:9, 43:25, 44:9, 44:23, 45:6, 45:14, 45:16, 45:19, 45:23, 46:1, 46:4, 46:21, 47:7, 47:15, 49:8, 50:1, 52:5, 52:7, 52:8, 55:25, 56:16, 57:24, 58:3, 58:6, 60:23, 60:24, 61:1, 61:2, 61:5, 61:8, 61:17
**BP's** [8] - 29:24, 30:20, 42:2, 49:10, 51:22, 51:23, 57:20, 58:15
**bracket** [19] - 7:10, 7:12, 7:22, 7:23, 8:2, 8:5, 8:8, 8:10, 8:11, 8:13, 8:15, 8:21, 8:25, 9:3, 9:10, 9:13, 9:14, 9:17
**break** [3] - 15:5, 31:16, 32:24
**BREIT** [1] - 4:14
**Brian** [1] - 57:3
**BRIAN** [1] - 2:12
**briefly** [2] - 14:11, 52:1
**bright** [1] - 54:4
**bring** [17] - 14:17, 18:7, 36:14, 37:7, 37:13, 38:9, 38:12,

39:11, 40:3, 44:10, 46:22, 47:5, 55:24, 56:15, 60:8, 60:16
**bringing** [4] - 25:15, 38:15, 38:18, 56:16
**BRUCE** [1] - 21:19
**Bryan** [1] - 57:13
**bucket** [1] - 13:19
**build** [1] - 35:24
**bunch** [1] - 35:7
**bundle** [1] - 34:21
**bundles** [1] - 40:2
**burden** [9] - 20:8, 29:3, 36:5, 58:3, 58:14, 58:16, 58:18, 61:13, 61:16
**bus** [1] - 59:24
**busy** [1] - 30:9
**BY** [18] - 1:4, 2:2, 2:5, 2:8, 2:12, 2:15, 2:17, 2:21, 2:24, 3:2, 3:5, 3:8, 3:11, 3:14, 3:17, 3:20, 4:5, 4:11

## C

**CA** [2] - 2:19, 3:15
**California** [2] - 23:5, 23:20
**camera** [1] - 51:5
**Camp** [1] - 2:24
**Canal** [2] - 2:8, 2:9
**canceled** [1] - 60:7
**cannot** [1] - 15:18
**Capping** [1] - 5:9
**Captain** [3] - 18:10, 18:17, 18:21
**cards** [1] - 25:17
**care** [4] - 24:12, 50:25, 62:4, 62:5
**carry** [1] - 13:20
**CARTER** [1] - 3:17
**case** [12] - 21:17, 28:19, 43:13, 43:18, 55:8, 55:10, 55:11, 55:14, 55:24, 55:25, 57:12
**Cases** [1] - 1:7
**cat** [2] - 35:1, 35:15
**categories** [2] - 21:13, 55:23
**category** [1] - 19:17
**cement** [2] - 14:5, 15:5
**cents** [1] - 39:14
**CERNICH** [29] - 2:18, 13:11, 17:13, 17:18, 18:11, 18:23, 27:4, 27:8, 27:16, 27:24, 28:8, 28:11, 28:15,

29:22, 30:13, 31:3, 32:10, 32:12, 43:7, 45:12, 46:5, 48:22, 54:13, 55:6, 59:2, 59:6, 59:9, 62:1, 62:5
**Cernich** [2] - 13:8, 43:7, 48:22
**certain** [1] - 52:12
**certainly** [4] - 29:23, 56:16, 57:15, 60:3
**certainty** [1] - 24:25
**CERTIFICATE** [1] - 63:18
**certify** [1] - 63:21
**cetera** [2] - 20:7, 51:7
**chain** [1] - 18:8
**challenge** [1] - 21:10
**chance** [1] - 47:17
**change** [5] - 17:19, 28:18, 30:2, 33:18, 34:2
**changed** [4] - 28:21, 30:5, 60:21, 61:3
**changes** [2] - 20:16, 39:21
**changing** [4] - 17:15, 28:16, 28:18, 49:9
**cheat** [2] - 27:3, 27:6
**chemical** [1] - 12:16
**chemistry** [1] - 12:17
**chew** [2] - 32:23, 54:16
**Chicago** [1] - 3:7
**choose** [1] - 52:22
**choosing** [1] - 36:25
**circulate** [1] - 12:4
**City** [1] - 3:17
**clad** [1] - 38:9
**claim** [2] - 21:19, 21:20
**claims** [4] - 22:7, 22:8, 23:22
**clarification** [6] - 17:13, 18:14, 39:4, 43:8, 43:20, 48:10
**clarified** [1] - 56:14
**clarify** [1] - 17:22
**clarity** [3] - 24:25, 38:10, 39:22
**Clause** [1] - 62:19
**clawback** [10] - 19:15, 19:21, 20:20, 20:22, 21:1, 21:5, 21:6, 22:16
**clawbacks** [1] - 21:22
**clawed** [2] - 19:23, 20:21
**clawed-back** [2] - 19:23, 20:21

**clawing** [2] - 20:23, 21:23
**clawing-back** [1] - 21:23
**clear** [2] - 17:2, 30:14
**client** [1] - 21:19
**close** [1] - 26:14
**coast** [1] - 5:18
**Cohen** [1] - 32:2
**colleague** [1] - 46:5
**collection** [1] - 23:10
**collectively** [1] - 57:25
**Colliers** [1] - 31:24, 32:2
**colloquy** [1] - 22:5
**Columbus** [1] - 16:15
**comedy** [1] - 22:21
**comfortable** [2] - 10:4, 13:1
**coming** [5] - 26:4, 39:19, 45:5, 51:12, 51:13
**comment** [9] - 13:5, 20:18, 28:24, 39:13, 41:21, 43:20, 49:20, 52:1, 59:10
**comment-wise** [1] - 59:10
**comments** [13] - 10:7, 11:13, 11:15, 11:19, 13:16, 33:10, 34:23, 47:20, 48:1, 49:18, 51:16, 51:22, 58:25
**commissioner** [1] - 62:20
**commitment** [1] - 38:9
**Committee** [1] - 2:2
**committing** [1] - 56:15
**communicating** [1] - 26:7
**compared** [1] - 62:19
**competing** [1] - 46:14
**complain** [1] - 32:25
**completed** [2] - 27:11, 43:11, 54:7
**completely** [2] - 16:19, 18:14
**complicated** [2] - 60:25, 61:10
**composition** [1] - 12:16
**compromised** [1] - 26:13
**computer** [1] - 23:11
**Computer** [1] - 1:22
**Computer-aided** [1] - 1:22
**concern** [7] - 14:16, 24:19, 45:8, 45:18, 48:11, 49:25, 57:5

concerned [3] - 53:20, 57:10, 57:11
concerns [6] - 33:12, 40:4, 42:18, 47:6, 48:1, 50:8
concluded [2] - 24:6, 63:16
conclusion [1] - 44:12
condition [1] - 27:20
conducted [1] - 13:24
confected [1] - 55:4
CONFERENCE [1] - 1:10
Conference [1] - 5:2
conference [4] - 23:15, 59:18, 60:8, 60:10
confirm [1] - 27:10
conflict [2] - 28:6, 59:19
confused [1] - 41:10
conscious [1] - 40:5
consider [3] - 24:22, 30:21
consideration [2] - 39:6, 49:11
considered [1] - 61:19
considering [1] - 13:14
consultants [3] - 17:5, 18:3, 18:4
consumed [1] - 18:13
contact [2] - 18:22, 19:12, 31:24
contention [1] - 51:10
contested [1] - 36:11
context [1] - 17:6
contexts [1] - 17:8
continue [1] - 63:9
continued [1] - 61:4
contractors [1] - 30:20
Control [2] - 5:24, 27:16
control [14] - 30:18, 40:6, 40:7, 50:1, 52:7, 52:11, 57:7, 57:10, 57:19, 57:20, 57:24, 58:3, 60:18, 61:6
controls [1] - 46:19
controversially [1] - 16:5
conversation [2] - 48:12, 55:20
convince [1] - 23:10
convinced [1] - 29:11
copies [3] - 31:14, 33:24, 33:25
copying [1] - 22:25

Corey [3] - 8:6, 41:20, 59:24
COREY [1] - 2:21
correct [5] - 15:2, 40:12, 40:15, 59:14, 63:21
correctly [3] - 18:2, 43:12
correspondence [3] - 24:24, 25:13, 26:5
corresponding [1] - 24:23
corrupted [1] - 19:14
counsel [1] - 27:10
count [1] - 56:17
counterproposal [2] - 26:14, 41:4
couple [7] - 11:13, 13:17, 20:5, 25:2, 28:17, 52:21, 55:14
course [7] - 21:17, 45:22, 50:11, 60:2, 60:4
COURT [147] - 1:1, 7:3, 7:17, 7:19, 7:23, 8:1, 8:5, 8:11, 8:13, 8:18, 8:20, 8:22, 9:6, 9:13, 9:17, 9:23, 10:11, 10:16, 10:18, 11:1, 12:5, 12:10, 13:4, 13:9, 14:10, 14:12, 15:2, 15:9, 15:11, 15:14, 15:18, 15:23, 15:25, 16:2, 16:18, 16:24, 17:1, 17:11, 17:16, 17:21, 18:5, 18:16, 18:24, 19:6, 19:9, 20:17, 21:25, 22:11, 22:17, 23:14, 23:25, 24:2, 24:9, 24:14, 25:9, 25:17, 25:23, 26:9, 26:17, 26:21, 27:7, 27:15, 27:22, 28:5, 28:10, 28:12, 28:23, 30:6, 31:2, 31:4, 31:10, 32:6, 32:11, 32:16, 32:19, 32:21, 33:5, 33:8, 33:23, 35:10, 37:2, 37:9, 37:15, 38:14, 38:20, 39:3, 39:12, 39:19, 40:9, 40:15, 40:17, 41:2, 41:7, 41:13, 41:16, 41:20, 41:25, 43:3, 43:19, 44:18, 45:10, 45:18, 46:13, 46:24, 47:2, 47:19, 48:6, 48:15, 48:21, 49:17, 50:3, 50:13,

50:24, 51:3, 51:9, 51:20, 52:15, 53:7, 53:10, 53:12, 53:17, 54:14, 54:21, 55:2, 55:16, 56:12, 57:2, 57:13, 58:21, 58:24, 59:5, 59:7, 59:10, 59:13, 59:15, 59:24, 60:1, 61:11, 61:23, 61:25, 62:4, 62:7, 62:15, 62:24, 63:6, 63:11, 63:13
court [3] - 40:3, 40:13, 59:19
Court [14] - 1:18, 11:25, 12:23, 16:8, 16:16, 22:5, 25:15, 29:25, 30:15, 30:25, 38:11, 48:24, 53:14, 63:20
Court's [2] - 36:25, 39:6
Courthouse [1] - 5:5
courthouse [2] - 10:2, 54:20
courtroom [1] - 13:8
cover [5] - 10:7, 34:4, 36:12, 60:13, 60:14
covered [2] - 26:19, 31:4
crazy [1] - 59:16
Creaform [1] - 16:12
credence [1] - 58:8
credit [2] - 10:13, 10:14
criteria [1] - 13:24
crunch [1] - 54:10
cuff [1] - 40:21
current [1] - 52:1
custodial [4] - 26:12, 42:14, 49:9, 49:23
Custodial [2] - 5:15, 5:18
custodians [1] - 49:14
custody [1] - 18:9

**D**

Dallas [1] - 3:25
dangerous [1] - 52:21
date [10] - 16:8, 24:17, 25:18, 27:19, 28:3, 28:9, 32:13, 40:7, 48:25, 49:18
dates [1] - 45:4
David [1] - 11:5
DAVID [1] - 4:11
Davis [1] - 51:18
DAVIS [4] - 3:14, 51:18, 51:21, 52:18

Davis-Denny [1] - 51:18
DAVIS-DENNY [4] - 3:14, 51:18, 51:21, 52:18
days [7] - 13:2, 13:17, 29:1, 29:4, 29:6, 29:17, 59:5
DC [3] - 3:9, 4:6, 4:9
de [1] - 19:14
de-corrupted [1] - 19:14
deadline [1] - 59:1
Deadline [2] - 5:10, 5:19
deadlines [1] - 33:14
deal [3] - 32:8, 54:10, 62:25
December [2] - 51:12, 51:13
decide [1] - 13:22
decided [3] - 13:1, 14:21, 38:17
deciding [1] - 13:24
deciphering [1] - 21:22
decision [2] - 20:2, 40:5, 46:10, 58:11
decisions [2] - 52:11, 55:1
declarations [1] - 21:13
DEEPWATER [2] - 1:4, 35:22
Defendant [10] - 3:2, 3:5, 3:8, 3:10, 3:13, 3:16, 3:19, 4:2, 4:5, 4:7
defer [2] - 10:9, 11:16
define [1] - 7:24
definitely [1] - 46:8
delay [1] - 28:2
deliberation [1] - 20:2
deliberative [3] - 19:22, 19:25, 20:6
demonstrate [1] - 30:25
demonstrated [1] - 30:23
demonstration [1] - 28:21
Denny [1] - 51:18
DENNY [4] - 3:14, 51:18, 51:21, 52:18
DEPARTMENT [1] - 2:17
deponent [1] - 27:20
deponents [5] - 35:19, 36:21, 44:3, 52:23
depose [3] - 46:11,

53:22, 57:21
deposed [9] - 28:17, 38:22, 39:7, 40:19, 44:16, 44:24, 47:8, 47:16
Deposition [1] - 6:4
deposition [22] - 24:5, 30:1, 30:9, 30:22, 31:24, 31:25, 35:14, 36:23, 37:6, 38:23, 38:25, 42:17, 44:10, 45:17, 48:20, 50:7, 50:11, 50:12, 52:17, 56:17, 56:24
DEPOSITIONS [1] - 5:20
Depositions [3] - 5:21, 5:23, 6:5
depositions [42] - 6:2, 26:23, 27:12, 27:13, 29:14, 30:1, 30:2, 34:3, 34:17, 34:20, 35:7, 35:9, 35:12, 36:3, 36:13, 40:1, 40:7, 42:14, 43:14, 44:13, 44:19, 45:6, 45:20, 45:21, 45:23, 46:2, 46:4, 49:1, 49:4, 49:15, 49:23, 51:12, 52:19, 52:20, 53:20, 53:24, 54:7, 54:9, 54:18, 55:14
described [1] - 13:18
description [1] - 14:1
designate [4] - 49:12, 49:15, 55:9, 56:7
designated [2] - 57:15, 57:21
designation [2] - 51:13, 56:19
despite [1] - 30:17
detail [3] - 11:5, 11:23, 14:5
detailed [5] - 13:16, 14:1, 14:4, 14:6, 14:7
details [2] - 11:6, 53:6
determine [2] - 15:3, 28:8
Dexter [1] - 2:22
difference [1] - 19:22
different [4] - 12:9, 17:14, 21:19, 26:7
difficult [1] - 43:23
difficulties [1] - 62:16
direction [5] - 15:8, 15:9, 15:14, 15:15, 15:17
disagree [2] - 10:18, 48:25

**disappointed** [1] - 63:5
**discomfort** [1] - 40:8
**discovery** [4] - 14:20, 15:18, 43:11, 50:6
**discuss** [1] - 7:9
**discussed** [2] - 56:21, 60:22
**discussion** [6] - 18:20, 24:2, 31:16, 34:24, 45:19, 60:20
**discussions** [2] - 18:16, 18:17
**distributed** [1] - 33:23
**DISTRICT** [2] - 1:1, 1:1
**DNV** [1] - 31:23
**document** [10] - 19:23, 20:1, 20:21, 21:5, 21:8, 22:15, 27:17, 28:2, 32:3, 50:9
**DOCUMENT** [1] - 5:16
**Document** [2] - 5:16, 5:17
**documents** [22] - 19:14, 19:15, 19:21, 20:12, 20:22, 20:24, 21:2, 21:13, 23:21, 23:24, 30:15, 30:16, 30:24, 49:3, 49:8, 49:10, 49:14, 49:22, 50:5, 50:21, 63:4
**Documents** [1] - 19:17
**DOJ** [3] - 4:15, 4:15, 4:16
**Don** [4] - 7:14, 14:12, 14:14, 15:23
**DON** [1] - 3:2
**DONALD** [1] - 3:20
**done** [7] - 9:8, 14:2, 16:12, 17:8, 25:19, 32:8, 50:1
**done-deal** [1] - 32:8
**DOUGLAS** [1] - 2:24
**down** [10] - 12:14, 15:5, 20:15, 27:23, 33:21, 36:25, 44:15, 50:19, 56:18, 63:8
**DPP** [3] - 5:12, 5:13, 22:7
**draft** [5] - 52:1, 54:15, 54:25, 55:4, 59:11
**dramatically** [1] - 54:16
**drive** [1] - 59:16
**due** [2] - 16:7, 28:2
**duke** [1] - 33:1
**Duke** [2] - 60:11, 62:9
**DUKE** [1] - 2:5
**disappointed** [1] - 63:5

**during** [4] - 27:11, 52:10, 57:15, 60:4
**dypthong** [2] - 9:3, 9:9

## E

**early** [9] - 26:20, 29:5, 38:10, 38:12, 43:23, 44:6, 44:7, 44:11, 44:16
**ease** [1] - 50:16
**easier** [1] - 51:3
**EASTERN** [1] - 1:1
**educate** [1] - 53:4
**effective** [1] - 24:25
**efforts** [2] - 30:18, 30:19
**EISERT** [1] - 4:18
**Either** [1] - 32:19
**ELLIS** [2] - 3:5, 3:8
**Elm** [1] - 3:24
**email** [8] - 11:4, 11:5, 12:3, 23:1, 27:20, 28:1, 31:13, 48:6
**email-free** [1] - 12:3
**emails** [4] - 20:10, 22:23, 23:12, 24:11
**embarked** [1] - 45:21
**employees** [8] - 42:3, 42:4, 42:11, 42:12, 42:22, 43:25, 44:10, 46:7
**end** [6] - 10:19, 16:8, 25:8, 29:18, 34:9, 49:7
**end-date** [1] - 16:8
**Engineering** [4] - 6:1, 27:2, 27:9, 27:10
**Englebert** [3] - 18:10, 18:17, 18:21
**Entries** [2] - 5:12, 5:13
**Environmental** [3] - 17:4, 17:9, 17:23
**equal** [1] - 57:5
**equalized** [1] - 61:6
**Equipment** [2] - 5:8, 5:9
**ERIKA** [1] - 3:24
**error** [1] - 34:25
**errors** [1] - 22:21
**ESQ** [42] - 2:2, 2:5, 2:8, 2:12, 2:15, 2:17, 2:18, 2:21, 2:21, 2:24, 3:2, 3:5, 3:6, 3:8, 3:11, 3:14, 3:17, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 3:24, 4:2, 4:5, 4:8, 4:11, 4:14, 4:14, 4:15, 4:15,

**4:16, 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19
**essentially** [3] - 13:18, 49:4, 51:23
**et** [2] - 20:7, 51:7
**eve** [1] - 42:10
**evening** [1] - 10:21
**event** [1] - 59:21
**evolving** [1] - 44:8
**exact** [2] - 17:22, 23:1
**exactly** [5] - 12:14, 18:8, 19:8, 20:4, 33:5
**Examination** [1] - 5:22
**example** [3] - 37:16, 37:19, 38:17
**EXAscan** [1] - 16:12
**excellent** [1] - 47:22, 55:22
**exceptions** [1] - 48:9
**exchange** [1] - 37:10
**exchanges** [1] - 25:3
**exclude** [1] - 40:19
**excluding** [1] - 41:1
**exclusive** [2] - 39:7
**exclusively** [2] - 37:17, 37:23
**excruciating** [1] - 14:5
**excuse** [1] - 7:6
**exemplar** [1] - 31:2
**exemptions** [1] - 21:4
**exhibit** [7] - 44:7, 44:14, 47:21, 47:24, 48:13, 49:12, 50:6
**exhibits** [2] - 49:4, 49:16
**expand** [1] - 42:23
**expanding** [1] - 54:16
**expect** [5] - 12:13, 14:8, 44:9, 44:10, 56:23
**expert** [11] - 33:13, 36:6, 36:12, 43:11, 43:14, 43:17, 43:24, 44:19, 50:22, 54:6, 59:1
**expertise** [1] - 51:7
**experts** [7] - 34:10, 34:11, 36:8, 45:15, 51:5, 54:8, 54:12
**expressed** [2] - 24:19, 48:24
**extent** [9] - 24:12, 29:18, 36:10, 44:2, 48:10, 49:2, 49:22, 51:25, 56:1
**extra** [2] - 29:9, 54:21, 54:24
**extrapolated** [1] -

21:12
**eyes** [1] - 47:12

## F

**face** [1] - 20:1
**fact** [29] - 30:3, 34:7, 35:11, 36:3, 36:12, 36:21, 39:16, 43:13, 43:16, 44:3, 44:12, 44:18, 45:15, 45:19, 51:11, 51:13, 52:25, 53:16, 53:19, 53:24, 54:7, 54:18, 55:9, 55:15, 55:24, 56:1, 56:20, 56:23
**FACT** [1] - 5:20
**Fact** [2] - 5:23, 6:5
**facts** [4] - 36:7, 36:10, 36:11, 45:23
**factual** [1] - 34:4
**fair** [1] - 47:15
**fairly** [1] - 52:5
**faith** [12] - 34:8, 35:24, 39:16, 41:22, 43:10, 47:21, 50:6, 50:18, 50:20, 53:19, 55:6, 55:13
**fall** [1] - 24:20
**Fannin** [1] - 3:18
**far** [2] - 8:8, 49:13
**fashion** [2] - 12:19, 17:9
**fashioned** [1] - 62:25
**favorites** [1] - 8:9
**FCRR** [3] - 1:18, 63:23, 63:24
**feasible** [1] - 47:14
**February** [2] - 36:6, 54:7
**Federal** [1] - 2:17
**federal** [1] - 42:15
**few** [1] - 34:6
**Fifteenth** [1] - 3:9
**figure** [5] - 22:9, 22:10, 22:12, 36:25
**figured** [1] - 22:2
**figuring** [1] - 44:15
**File** [1] - 5:15
**files** [2] - 42:14, 49:23
**filing** [1] - 32:14
**Final** [2] - 7:11, 9:11
**final** [9] - 8:15, 8:18, 8:24, 15:19, 44:8, 50:19, 52:4, 55:3, 55:4
**finally** [1] - 10:18
**fine** [4] - 13:7, 16:18, 33:7, 33:8
**firm** [4] - 17:4, 17:10,

17:18, 17:23
**FIRM** [1] - 2:7
**First** [1] - 3:17
**first** [16] - 8:7, 11:14, 11:18, 11:20, 33:18, 34:23, 42:25, 50:18, 50:22, 55:18, 56:19, 58:1, 60:23, 61:8, 61:15
**fit** [1] - 54:3
**Fitch** [1] - 31:6
**FITCH** [7] - 4:5, 31:6, 53:11, 53:13, 54:17, 54:23, 59:14
**fitting** [1] - 21:17
**five** [6] - 31:15, 32:24, 34:16, 42:8, 57:4
**FL** [1] - 2:13
**FLEMING** [3] - 3:21, 3:22
**Floor** [1] - 3:15
**flow** [3] - 14:25, 52:10, 52:12
**focus** [1] - 45:1
**folks** [1] - 37:5
**follow** [2] - 20:25, 58:8
**followed** [1] - 55:17
**following** [2] - 27:1, 27:14
**footnote** [1] - 24:4
**foregoing** [1] - 63:21
**foresee** [1] - 26:1
**forget** [1] - 28:10
**forgot** [1] - 27:23
**forms** [1] - 18:9
**formulate** [1] - 54:9
**formulating** [1] - 54:12
**forth** [3] - 11:24, 32:4, 44:4
**forward** [5] - 28:20, 30:21, 33:7, 49:2, 49:11
**foundation** [1] - 48:9
**four** [1] - 57:25
**Four** [2] - 7:11, 9:11
**Francisco** [1] - 2:19
**free** [3] - 12:3
**Friday** [3] - 5:2, 60:9, 60:10
**FRIDAY** [1] - 7:1
**Friday's** [1] - 60:7
**friend** [1] - 23:9
**FRILOT** [1] - 3:10
**front** [3] - 11:22, 40:5
**front-load** [1] - 27:13
**full** [2] - 27:13, 52:25
**full-day** [1] - 27:13
**fun** [1] - 9:6

**fundamental** [1] - 35:7
**future** [2] - 46:11, 49:1

## G

**Gasaway** [6] - 10:25, 22:20, 31:18, 43:9, 43:15, 55:17
**GASAWAY** [40] - 3:8, 10:25, 11:2, 12:7, 12:11, 16:4, 16:21, 16:25, 17:2, 17:22, 18:8, 19:11, 21:21, 22:1, 22:13, 22:20, 23:17, 24:1, 24:4, 24:10, 25:10, 25:20, 26:3, 26:10, 28:25, 31:18, 35:3, 35:11, 37:4, 37:11, 38:2, 38:19, 38:21, 39:4, 43:21, 44:20, 48:3, 48:7, 55:19, 56:13
**Gasaway's** [2] - 27:6, 42:20
**Gate** [1] - 2:18
**gathered** [1] - 18:1
**geez** [2] - 33:3
**geezum** [1] - 59:7
**GENERAL** [1] - 2:20
**general** [1] - 25:11
**GISLESON** [1] - 2:2
**given** [7] - 16:7, 30:20, 30:23, 35:21, 40:4, 58:9, 58:19
**glimmer** [1] - 15:21
**goal** [1] - 44:23
**Godwin** [1] - 14:14
**GODWIN** [12] - 3:19, 3:20, 4:2, 9:21, 14:11, 14:14, 15:3, 15:10, 15:13, 15:15, 15:22, 15:24
**Golden** [1] - 2:18
**good-faith** [1] - 34:8, 35:24, 39:16, 41:22, 43:10, 47:21, 50:6, 50:18, 50:20, 53:19, 55:6, 55:13
**Goodell** [2] - 62:17, 62:19
**government** [2] - 37:7, 58:8
**Government** [1] - 2:17
**Grand** [1] - 3:14
**Grant** [5] - 51:18, 51:20, 52:15, 57:14, 57:18
**GRANT** [1] - 3:14
**granted** [1] - 9:10
**granting** [1] - 62:23

**Grassmick** [2] - 11:5, 11:20
**great** [3] - 27:15, 57:2, 63:14
**Griffiths** [2] - 6:2, 28:7
**grounds** [1] - 21:5
**Group** [2] - 5:2, 17:21
**GROUP** [2] - 1:10, 2:4
**Guard** [1] - 5:18
**guess** [9] - 11:13, 12:22, 19:14, 19:19, 38:7, 39:5, 39:15, 40:21, 50:8
**gULF** [1] - 1:5
**Guthrie** [3] - 6:2, 28:6, 30:1
**guy** [2] - 7:15, 33:3
**guys** [12] - 7:3, 7:5, 10:1, 18:6, 30:12, 54:15, 58:25, 59:16, 60:1, 62:8, 63:8, 63:13
**GWEN** [1] - 3:22

## H

**half** [1] - 57:24
**Halliburton** [3] - 11:7, 11:11, 14:14
**hand** [2] - 12:23, 52:25
**hand-full** [1] - 52:25
**handled** [1] - 18:2
**handling** [1] - 31:25
**happy** [1] - 37:2, 48:17
**hard** [5] - 19:25, 31:14, 33:24, 33:25, 44:4
**hate** [1] - 59:15
**HAYCRAFT** [4] - 3:2, 7:16, 8:4, 9:5
**HB** [1] - 1:19
**hear** [7] - 9:21, 13:10, 17:17, 39:20, 41:24, 47:6, 62:11
**heard** [3] - 14:11, 45:8, 45:12
**hearsay** [1] - 48:9
**heart** [1] - 27:20
**held** [1] - 23:21
**hello** [1] - 7:4
**help** [8] - 11:21, 50:23, 55:8, 55:10, 55:14, 55:24, 55:25, 57:1
**helpful** [3] - 11:15, 19:13, 20:9
**HEMMELHOCK** [1] - 4:15
**hereby** [1] - 63:20
**HERMAN** [2] - 2:2

**high** [1] - 12:17
**HIMMELHOCK** [10] - 19:4, 19:8, 20:19, 22:14, 23:19, 24:19, 25:21, 26:2, 26:19, 63:15
**hits** [1] - 9:16
**ho** [1] - 55:17
**hold** [1] - 17:16
**holiday** [1] - 16:16
**honest** [1] - 41:15
**Honor** [45] - 10:10, 10:25, 12:2, 13:11, 14:15, 14:20, 15:10, 15:13, 15:24, 16:5, 16:25, 17:13, 18:23, 19:12, 22:13, 22:20, 22:21, 24:1, 25:20, 26:11, 28:11, 28:25, 30:13, 31:3, 31:18, 32:10, 35:3, 36:24, 39:5, 41:9, 41:23, 43:7, 43:21, 48:3, 48:19, 48:22, 50:14, 51:18, 54:13, 54:17, 55:19, 59:2, 59:6, 62:1, 63:15
**Honor's** [1] - 35:25
**HONORABLE** [1] - 1:11
**hook** [1] - 60:10
**hope** [4] - 27:17, 28:19, 41:20, 51:1
**hopefully** [3] - 26:14, 28:4, 34:6
**HORIZON** [2] - 1:4, 35:22
**hospital** [1] - 27:21
**hours** [2] - 57:24, 57:25
**house** [1] - 23:4
**Houston** [4] - 2:16, 3:18, 4:4, 4:12
**Hughes** [2] - 29:5, 29:7
**hurt** [2] - 55:8, 55:11
**hybrid** [2] - 60:19, 61:6

## I

**i.e** [1] - 56:19
**IAMS** [1] - 4:8
**idea** [9] - 17:24, 33:15, 38:8, 41:21, 42:5, 42:9, 48:14, 48:15, 49:19
**ideas** [1] - 54:4
**identified** [4] - 11:21, 19:16, 23:24, 25:6

**identifies** [3] - 21:1, 21:3, 21:7
**identify** [4] - 9:24, 20:20, 22:6, 22:15
**IL** [1] - 3:7
**impact** [2] - 14:25, 30:5
**impinge** [1] - 12:3
**implicit** [1] - 35:12
**importance** [1] - 57:7
**important** [4] - 40:11, 52:23, 53:1, 56:9
**IN** [2] - 1:4, 1:4
**in-camera** [1] - 51:5
**in-house** [1] - 23:4
**Inadvertently** [1] - 19:17
**Inc** [3] - 17:5, 17:9, 17:23
**include** [4] - 18:20, 36:20, 36:22, 41:3
**included** [1] - 45:6
**including** [8] - 14:4, 30:18, 37:3, 37:4, 37:5, 37:25, 43:4, 51:17
**inclusive** [1] - 34:10
**increase** [2] - 53:23, 54:1
**increasingly** [2] - 43:22, 44:4
**indicated** [1] - 27:20
**indicating** [1] - 47:24
**indication** [1] - 13:23
**individuals** [1] - 45:17
**indubitably** [1] - 8:23
**info** [1] - 17:11
**information** [5] - 16:20, 21:7, 22:9, 49:9, 57:17
**informed** [1] - 23:20
**inherent** [2] - 53:2, 53:3
**initiate** [1] - 48:13
**input** [1] - 30:20
**inquire** [1] - 53:13
**inside** [1] - 28:18
**inspection** [2] - 5:9, 14:22
**instance** [7] - 23:1, 35:18, 36:18, 36:20, 41:11, 44:3
**instead** [2] - 23:3, 59:2
**instigating** [1] - 42:6
**intend** [2] - 45:14, 45:16
**intended** [1] - 58:12
**intending** [1] - 25:21
**intends** [1] - 42:12

**interest** [1] - 48:4
**interested** [1] - 37:6
**interesting** [4] - 7:13, 8:3, 8:16, 27:4
**Interests** [2] - 2:17, 2:20
**interests** [4] - 46:14, 51:23, 51:24
**intimate** [1] - 30:17
**invite** [1] - 25:22
**involve** [1] - 31:8
**involvement** [3] - 30:17, 30:23, 31:1
**iron** [1] - 38:9
**iron-clad** [1] - 38:9
**IRPINO** [2] - 2:7, 2:8
**issue** [17] - 12:9, 14:23, 18:18, 19:10, 20:14, 22:25, 29:10, 30:7, 30:13, 35:5, 36:4, 39:23, 44:18, 44:25, 51:16, 56:3, 58:3
**issues** [21] - 14:17, 14:21, 19:2, 24:13, 24:22, 25:5, 25:12, 26:4, 26:6, 26:8, 30:3, 32:3, 32:5, 32:7, 51:25, 52:3, 52:6, 57:10, 57:11, 57:20, 61:16
**item** [1] - 18:15
**items** [1] - 24:16
**Items** [1] - 5:19
**itself** [2] - 11:12, 20:1

## J

**January** [1] - 15:20
**Jay** [1] - 9:5
**JEFFREY** [1] - 4:14
**jENNY** [1] - 3:20
**JEREMY** [1] - 4:19
**JIMMY** [1] - 2:15
**JOE** [1] - 4:18
**jointly** [1] - 48:18
**joints** [3] - 36:1, 36:18, 36:24
**Jonathan** [1] - 62:16
**JONES** [1] - 4:11
**JR** [1] - 3:21
**JUDGE** [1] - 1:12
**judge** [2] - 14:11, 48:16
**Judge** [10] - 9:8, 9:21, 15:22, 33:2, 34:19, 35:6, 36:16, 53:11, 59:17, 61:24
**juncture** [4] - 36:24, 38:6, 38:12, 39:2

**June** [1] - 34:22
**JUSTICE** [1] - 2:17

## K

**KANNER** [1] - 2:23
**KATZ** [1] - 2:2
**keep** [5] - 39:6, 41:25, 48:3, 56:1, 56:2
**keeping** [2] - 42:22, 56:25
**keeps** [1] - 22:2
**kerfuffle** [2] - 8:22, 8:23
**KERRY** [1] - 3:11
**Kerry** [1] - 62:18
**key** [2] - 36:7, 36:10
**kind** [8] - 16:11, 16:13, 20:13, 24:17, 33:15, 34:14, 48:18, 48:20
**KIRKLAND** [2] - 3:5, 3:8
**knows** [2] - 28:12, 62:15
**Kraus** [1] - 41:8
**KRAUS** [4] - 2:24, 41:9, 41:14, 41:17

## L

**LA** [6] - 2:3, 2:6, 2:10, 2:25, 3:4, 3:12
**lab** [3] - 13:20, 13:21, 18:2
**laboratory** [1] - 12:15
**laid** [1] - 14:5
**Lamar** [1] - 4:3
**LANGAN** [5] - 3:5, 10:10, 10:13, 10:17, 32:20
**large** [2] - 26:7, 56:5
**Lasalle** [1] - 3:6
**laser** [2] - 16:5, 16:6
**last** [13] - 8:24, 9:3, 10:4, 12:2, 19:20, 22:5, 24:5, 24:13, 24:15, 25:6, 27:11, 58:1, 61:15
**late** [2] - 7:5, 19:4
**latest** [1] - 26:5
**LAUREN** [1] - 3:23
**LAW** [2] - 2:4, 2:7
**lawyer** [1] - 23:4
**lead** [1] - 35:3
**learned** [1] - 16:8
**least** [5] - 8:24, 18:12, 34:7, 57:8, 63:7
**Lee** [3] - 17:14, 17:21, 18:7
**left** [1] - 63:9

**Leifer** [4] - 5:16, 22:19, 22:22, 24:8
**Length** [1] - 5:21
**less** [1] - 16:4
**letter** [19] - 10:22, 11:9, 11:11, 11:25, 12:8, 12:23, 25:6, 26:20, 28:15, 31:22, 32:6, 32:12, 32:16, 47:22, 48:24, 51:22, 52:18
**letters** [1] - 30:14
**letting** [1] - 61:9
**LEVIN** [1] - 2:11
**LEWIS** [1] - 3:2
**LexusNexus** [2] - 32:14, 32:16
**light** [3] - 11:14, 35:22, 63:4
**likely** [1] - 39:9
**limit** [1] - 47:4
**limitation** [1] - 53:3
**limited** [6] - 37:24, 39:24, 40:23, 46:6, 49:3, 52:24
**limiting** [2] - 42:22, 46:18
**line** [2] - 17:22, 22:14
**lines** [1] - 51:23
**LISKOW** [1] - 3:2
**list** [61] - 20:6, 20:22, 24:16, 24:21, 33:19, 34:9, 34:11, 35:17, 35:20, 35:24, 36:2, 37:3, 37:9, 37:11, 37:19, 37:21, 38:17, 38:25, 39:1, 40:25, 41:11, 41:22, 42:3, 42:6, 42:10, 42:12, 42:15, 42:25, 43:11, 43:25, 44:7, 44:9, 44:11, 44:14, 44:16, 44:25, 45:2, 45:3, 45:4, 45:17, 46:6, 46:7, 46:21, 46:23, 47:21, 49:24, 50:6, 50:18, 50:19, 50:20, 50:22, 51:5, 53:19, 53:21, 53:22, 55:6, 55:12, 55:23, 56:10
**listed** [2] - 38:24, 46:20
**listen** [1] - 34:24
**listening** [1] - 9:20
**listing** [1] - 46:21
**lists** [6] - 33:15, 34:15, 47:24, 48:13, 49:12, 52:25
**litigation** [3] - 17:5, 17:7, 17:25

**live** [5] - 39:25, 40:14, 40:20, 40:23, 46:12
**LLC** [2] - 2:23, 3:10
**LLP** [3] - 3:5, 3:8, 4:5
**Lo** [1] - 9:5
**load** [2] - 40:5, 44:2
**located** [2] - 10:3, 10:5
**log** [7] - 19:1, 21:1, 21:6, 21:7, 22:16
**Log** [2] - 5:12, 5:13
**logged** [5] - 21:2, 21:20, 21:22, 21:24
**logging** [2] - 21:23, 21:24
**logistics** [1] - 23:18
**logs** [1] - 9:12
**Logs** [1] - 5:13
**look** [13] - 9:13, 10:3, 13:21, 15:19, 20:6, 24:11, 29:10, 31:15, 32:2, 32:6, 32:24, 59:7, 61:23
**look-see** [1] - 15:19
**looked** [2] - 22:5, 61:21
**looking** [9] - 12:15, 12:16, 14:24, 15:5, 20:13, 25:1, 27:9, 27:21, 54:5
**Los** [1] - 3:15
**lost** [1] - 58:1
**LOUISIANA** [2] - 1:1, 7:1
**Louisiana** [5] - 1:20, 2:23, 41:11, 57:9, 57:25
**Louisiana's** [1] - 41:12
**low** [2] - 35:11, 56:1
**lower** [1] - 46:2
**lunch** [2] - 63:5, 63:6

## M

**MAGISTRATE** [1] - 1:12
**main** [1] - 42:18
**majority** [2] - 57:16, 58:4
**manage** [2] - 23:10, 34:21
**manageable** [1] - 47:13
**manufacturer** [2] - 24:2, 54:24
**March** [2] - 59:3, 59:4
**MARK** [1] - 4:16
**Mark** [11] - 21:25, 22:1, 22:2, 23:9,

26:11, 26:17, 48:12, 48:16, 49:19, 50:14
**MARTINEZ** [1] - 3:20
**master** [1] - 18:10
**material** [3] - 14:25, 18:12, 18:13
**materials** [5] - 11:21, 11:23, 13:14, 50:22, 50:23
**matter** [4] - 20:9, 30:21, 60:2
**Matters** [1] - 6:4
**may-call** [3] - 41:22, 53:19, 55:6
**MAZE** [13] - 2:21, 7:22, 8:7, 8:12, 8:17, 8:19, 8:21, 9:8, 9:15, 9:22, 33:22, 41:19, 59:25
**Maze** [1] - 7:7
**MCCUTCHEN** [1] - 4:5
**McKinney** [1] - 4:11
**mean** [18] - 7:25, 28:25, 40:4, 40:22, 44:21, 45:21, 46:20, 47:6, 47:8, 49:21, 53:17, 53:20, 54:2, 58:5, 58:15, 59:24, 61:10, 63:4
**means** [2] - 49:13, 56:10
**meant** [2] - 31:13, 41:19
**media** [1] - 17:24
**meeting** [2] - 24:23, 59:20
**meetings** [1] - 61:20
**mention** [2] - 16:4, 31:22
**mentioned** [2] - 17:19, 24:6
**merely** [1] - 54:1
**metadata** [3] - 26:13, 49:7, 49:8
**Metadata** [1] - 5:18
**MEXICO** [1] - 1:5
**MICHAEL** [1] - 2:17
**Michoud** [3] - 5:8, 13:15, 13:20
**mid** [1] - 54:7
**mid-February** [1] - 54:7
**might** [6] - 34:5, 37:16, 42:9, 50:3, 50:4, 53:25
**mike** [1] - 17:17
**MIKE** [1] - 4:17
**Mike** [2] - 19:2, 51:5
**MILLER** [5] - 3:11, 7:24, 9:20, 62:11,

62:20
**million** [2] - 49:8, 49:10
**mind** [7] - 19:22, 32:21, 34:12, 39:21, 40:9, 50:16, 53:14
**minute** [2] - 31:15, 32:24
**minutes** [1] - 58:1
**missed** [1] - 57:13
**mistaken** [1] - 34:25
**MITCHELL** [2] - 2:11, 3:23
**mix** [1] - 55:22
**modeling** [1] - 30:19
**modification** [1] - 52:4
**modify** [1] - 50:4
**Monday** [1] - 11:16
**monitored** [1] - 18:9
**Montgomery** [1] - 2:22
**month** [1] - 56:7
**monthly** [1] - 59:18
**months** [1] - 35:23
**morning** [6] - 7:5, 7:9, 10:25, 41:9, 56:14, 63:2
**most** [7] - 25:12, 26:16, 34:19, 39:9, 40:6, 52:23, 53:1
**motion** [1] - 62:23
**moving** [2] - 47:20, 49:11
**MR** [147] - 7:16, 7:22, 7:24, 8:4, 8:7, 8:12, 8:17, 8:19, 8:21, 9:5, 9:8, 9:15, 9:20, 9:21, 9:22, 10:10, 10:13, 10:17, 10:25, 11:2, 12:7, 12:11, 13:7, 13:11, 14:11, 14:14, 15:3, 15:10, 15:13, 15:15, 15:22, 15:24, 16:4, 16:21, 16:25, 17:2, 17:13, 17:18, 17:22, 18:8, 18:11, 18:23, 19:11, 21:21, 22:1, 22:13, 22:20, 23:17, 24:1, 24:4, 24:10, 25:10, 25:20, 26:3, 26:10, 26:11, 27:4, 27:8, 27:16, 27:24, 28:8, 28:11, 28:15, 28:25, 29:22, 30:13, 31:3, 31:6, 31:18, 32:10, 32:12, 32:14, 32:18, 32:20, 33:2, 33:3, 33:7, 33:22, 35:3, 35:11, 37:4, 37:11, 38:2, 38:19, 38:21, 39:4,

39:17, 39:20, 40:12, 40:16, 40:21, 41:5, 41:9, 41:14, 41:17, 41:19, 41:23, 42:2, 43:7, 43:21, 44:20, 45:12, 46:5, 46:17, 47:1, 47:3, 48:3, 48:7, 48:16, 48:22, 49:20, 50:8, 50:14, 51:2, 51:18, 51:21, 52:18, 53:11, 53:13, 54:13, 54:17, 54:23, 55:6, 55:18, 55:19, 56:13, 57:4, 57:18, 58:23, 59:2, 59:6, 59:9, 59:14, 59:25, 60:16, 61:12, 61:24, 62:1, 62:5, 62:11, 62:12, 62:18, 62:20, 62:22, 62:25, 63:7, 63:12
**MS** [10] - 19:4, 19:8, 20:19, 22:14, 23:19, 24:19, 25:21, 26:2, 26:19, 63:15
**multiple** [1] - 48:7
**MUNGER** [1] - 3:13
**mute** [2] - 7:20, 9:1
**muted** [1] - 9:25

## N

**name** [2] - 17:9, 38:6
**names** [2] - 35:18, 39:10
**narrow** [4] - 36:25, 43:23, 46:19, 47:12
**narrowing** [5] - 36:2, 44:6, 44:15, 44:25, 56:23
**Nat** [1] - 27:19
**necessarily** [1] - 13:11
**necessary** [2] - 31:1, 45:25
**neck** [1] - 62:19
**need** [17] - 7:6, 12:3, 13:16, 14:1, 23:21, 25:17, 29:9, 29:11, 31:9, 34:6, 37:1, 40:13, 44:1, 49:14, 52:20, 53:6, 59:5
**needed** [1] - 54:19
**needs** [5] - 20:21, 21:16, 23:23, 61:6, 61:21
**negotiating** [1] - 23:18
**never** [2] - 34:12, 47:16
**NEW** [2] - 1:2, 7:1
**new** [5] - 16:13, 24:12,

26:4, 51:15, 62:20
**New** [7] - 1:20, 2:3, 2:6, 2:10, 2:25, 3:4, 3:12
**news** [1] - 25:25
**next** [19] - 7:21, 8:6, 8:15, 10:6, 10:9, 13:3, 18:21, 25:16, 26:20, 26:22, 28:4, 30:11, 31:11, 38:23, 59:11, 60:7, 60:9, 62:13
**NFL's** [1] - 62:20
**nine** [1] - 35:23
**nobody** [1] - 51:4
**noise** [3] - 7:18, 9:19, 21:23
**NOMILINI** [1] - 4:16
**NOMILLINI** [3] - 26:11, 48:16, 50:14
**Nomillini** [8] - 21:25, 22:1, 23:9, 26:11, 47:22, 47:23, 48:16, 50:14
**noncontroversial** [1] - 16:19
**none** [1] - 14:21
**nonexpert** [1] - 50:22
**noodle** [4] - 12:11, 19:18, 20:3, 40:22
**noodling** [1] - 19:19
**Nos** [1] - 5:12
**note** [6] - 23:19, 25:21, 29:13, 48:5, 49:6, 52:14
**noted** [2] - 25:23, 58:22
**nothing** [2] - 18:19, 63:5
**notice** [2] - 20:22, 60:7
**November** [1] - 29:5
**number** [24] - 22:15, 22:25, 35:11, 36:17, 38:4, 39:16, 39:23, 42:22, 42:23, 43:1, 45:1, 46:3, 47:6, 47:13, 49:14, 52:4, 52:20, 53:16, 53:19, 53:24, 54:1, 55:20, 56:5, 56:20
**numbers** [1] - 52:12
**NW** [3] - 3:9, 4:6, 4:8

## O

**O'Brien** [2] - 4:18, 4:19
**o'clock** [1] - 60:2
**O'Keefe** [1] - 2:3

**O'Rourke** [7] - 12:21, 12:25, 13:5, 41:23, 45:7, 46:6, 55:12
**O'ROURKE** [4] - 4:15, 13:7, 41:23, 42:2
**O'Rourke's** [3] - 11:9, 11:11, 12:8
**object** [1] - 42:5
**objection** [1] - 12:4
**objects** [1] - 12:5
**obviously** [20] - 11:20, 12:8, 12:16, 16:7, 16:15, 19:21, 20:1, 21:4, 24:5, 24:11, 25:14, 28:25, 35:16, 36:5, 37:12, 43:24, 44:7, 44:22, 44:24, 63:4
**occasions** [1] - 48:8
**Oceaneering** [3] - 27:2, 28:1, 28:4
**October** [16] - 16:10, 16:15, 25:8, 27:11, 33:18, 34:9, 36:18, 48:25, 49:2, 49:23, 49:24, 56:6, 56:20, 59:14
**OF** [4] - 1:1, 1:5, 2:17, 2:20
**offer** [3] - 29:20, 44:9, 46:12
**Official** [2] - 1:18, 63:20
**oiL** [1] - 1:4
**OIL** [1] - 1:4
**old** [1] - 62:25
**old-fashioned** [1] - 62:25
**OLSON** [1] - 3:13
**ON** [1] - 1:5
**one** [34] - 8:7, 11:4, 15:4, 18:3, 18:11, 18:12, 19:5, 20:5, 22:25, 23:1, 23:11, 26:12, 29:8, 29:14, 29:17, 33:1, 33:6, 33:22, 39:16, 41:6, 42:5, 45:14, 46:18, 48:5, 49:20, 50:8, 52:4, 52:6, 52:22, 55:20, 55:23, 62:2, 62:11, 63:6
**One** [18] - 2:8, 5:5, 5:6, 14:3, 14:8, 14:17, 14:20, 14:22, 15:11, 15:19, 15:20, 22:8, 34:19, 34:21, 35:18, 44:22, 47:23, 50:17
**ONE** [1] - 5:4

**one-day** [1] - 29:14
**one-seed** [1] - 8:7
**One/Phase** [1] - 47:24
**ongoing** [1] - 48:25
**Open** [1] - 5:19
**open** [2] - 14:20, 47:12
**operating** [1] - 35:12
**opinion** [1] - 54:12
**opinions** [1] - 54:9
**opponent's** [1] - 55:11
**opportunity** [2] - 42:8, 46:11
**oppose** [1] - 40:18
**opposed** [1] - 25:15
**optimistic** [1] - 57:5
**options** [1] - 20:5
**orange** [1] - 56:19
**oranges** [1] - 55:22
**order** [8] - 22:6, 36:15, 56:8, 60:18, 60:21, 61:1, 62:24
**orders** [1] - 10:8
**organized** [1] - 51:6
**original** [2] - 41:5, 49:21
**originally** [1] - 45:8
**ORLEANS** [2] - 1:2, 7:1
**Orleans** [7] - 1:20, 2:3, 2:6, 2:10, 2:25, 3:4, 3:12
**otherwise** [2] - 14:22, 32:7
**outstanding** [3] - 24:16, 24:18, 24:22
**overlapping** [1] - 30:3
**overlay** [2] - 49:7, 49:8
**overstate** [1] - 52:21
**own** [4] - 20:6, 39:14, 42:25, 53:14

## P

**pace** [1] - 41:25
**page** [2] - 19:15, 19:16
**Page** [1] - 5:3
**pain** [1] - 62:18
**PAPANTONIO** [1] - 2:11
**parameters** [1] - 35:25
**part** [7] - 9:4, 20:2, 24:2, 40:11, 52:8, 53:2, 57:6
**participant** [2] - 7:19, 9:1
**participants** [2] - 7:4, 17:17
**participating** [1] - 61:17

**particular** [3] - 11:6, 18:13, 29:13
**parties** [24] - 12:1, 12:24, 16:7, 16:17, 20:24, 23:23, 25:22, 29:19, 30:4, 31:25, 36:5, 38:6, 42:17, 48:14, 49:13, 51:11, 52:22, 53:16, 54:18, 55:9, 57:8, 57:9, 57:12, 62:6
**parties'** [6] - 37:5, 39:8, 44:3, 46:7, 50:5, 55:10
**parts** [1] - 16:14
**party** [13] - 34:15, 37:7, 37:14, 38:14, 46:4, 46:19, 47:4, 47:5, 55:7, 55:13, 56:1, 56:9, 62:2
**party's** [1] - 42:25
**path** [1] - 15:7, 25:7
**Paul** [3] - 31:24, 32:1, 32:3
**paycheck** [1] - 62:12
**paying** [1] - 45:11
**PC** [3] - 3:19, 4:2, 4:7
**PDF** [1] - 8:1
**Pennsylvania** [1] - 13:21
**Pensacola** [1] - 2:13
**people** [23] - 10:14, 10:16, 17:5, 26:7, 29:7, 33:20, 39:7, 40:12, 40:19, 40:23, 46:1, 46:18, 46:19, 46:21, 47:4, 47:10, 47:11, 47:17, 53:1, 55:23, 55:24, 57:1, 57:19
**perfect** [1] - 16:24
**perfectly** [1] - 41:16
**performed** [2] - 13:25, 14:8, 30:19
**perhaps** [4] - 10:4, 29:6, 55:11, 58:21
**period** [2] - 28:18, 28:21
**permits** [1] - 17:7
**permitted** [1] - 56:9
**person** [3] - 9:23, 46:9, 46:11
**personally** [1] - 30:23
**perspective** [1] - 52:2
**PETRINO** [1] - 4:17
**PHASE** [4] - 5:4, 5:7, 5:11, 5:20
**Phase** [29] - 5:5, 5:6, 6:3, 6:7, 14:3, 14:8, 14:17, 14:20, 14:22,

15:3, 15:11, 15:18, 15:20, 22:7, 22:8, 26:22, 34:2, 34:5, 34:19, 34:21, 35:17, 40:11, 44:22, 47:23, 47:24, 50:17, 52:3, 57:6
**phlegm** [1] - 8:3
**phone** [8] - 7:4, 7:19, 7:20, 9:1, 9:2, 9:23, 13:6, 25:3
**Phone** [2] - 7:18, 9:19
**pick** [2] - 18:6, 42:8
**picking** [1] - 10:11
**piece** [2] - 18:12, 18:13
**PIXTON** [1] - 4:17
**Pixton** [3] - 24:21, 25:25, 26:6
**Pixton's** [2] - 25:6, 26:19
**Place** [1] - 2:8
**place** [1] - 31:19
**placeholder** [2] - 19:11, 20:15
**plaintiff** [1] - 57:8
**plaintiffs** [1] - 61:15
**Plaintiffs** [3] - 2:7, 2:11, 2:14
**Plaintiffs'** [1] - 2:2
**plan** [3] - 58:7, 58:12, 58:15
**planned** [1] - 16:15
**planning** [1] - 56:16
**plans** [1] - 55:13
**play** [5] - 22:7, 29:15, 36:1, 36:17, 36:23
**played** [1] - 51:25
**playing** [1] - 9:11
**pleasure** [1] - 19:4
**plus** [3] - 22:8, 34:16, 35:18
**podium** [1] - 13:9
**point** [20] - 18:22, 19:6, 22:4, 23:18, 29:24, 31:24, 38:25, 39:16, 42:7, 43:6, 43:8, 43:22, 44:5, 45:3, 46:10, 48:10, 55:22, 58:22, 61:5, 63:2
**pointed** [3] - 29:24, 31:8, 54:11
**points** [3] - 16:22, 43:2, 55:19
**poll** [1] - 60:5
**POLSINELLI** [1] - 4:7
**possession** [1] - 52:13
**possibility** [1] - 15:21

possible [3] - 12:19, 20:25, 30:8
**Possolo** [2] - 24:5, 24:7
**post** [1] - 22:7
**post-April** [1] - 22:7
**postpone** [1] - 13:1
**postponed** [1] - 28:2
**potential** [3] - 30:22, 34:17, 35:9
**potentially** [4] - 17:25, 43:10, 45:14, 49:15
**power** [1] - 33:4
**Poydras** [4] - 1:19, 2:5, 3:3, 3:11
**practicable** [1] - 20:20
**practice** [1] - 21:17
**precedent** [1] - 28:20
**prefer** [2] - 41:5, 49:1
**prejudiced** [1] - 29:19
**preliminary** [16] - 20:9, 33:15, 33:19, 34:8, 37:2, 39:16, 41:22, 45:2, 47:21, 50:18, 50:20, 53:18, 53:21, 53:22, 55:6, 55:12
**preparation** [2] - 15:20, 30:5
**Preparation** [1] - 6:7
**PREPARATION** [1] - 5:4
**Preparations** [1] - 5:6
**preparing** [1] - 29:25
**present** [1] - 60:24
**presented** [1] - 30:15
**presumably** [1] - 55:7, 55:9
**presumed** [1] - 57:16
**pretty** [2] - 22:14, 25:25
**primacy** [1] - 31:19
**primarily** [2] - 57:9, 57:11
**principle** [1] - 35:13
**principles** [1] - 21:12
**privilege** [8] - 19:1, 21:1, 21:3, 21:7, 21:10, 22:16, 23:22
**Privilege** [3] - 5:12, 5:13
**privileged** [1] - 23:24
**privileges** [1] - 19:23
**problem** [14] - 12:13, 26:1, 27:24, 32:11, 39:3, 46:13, 50:24, 50:25, 51:1, 51:4, 53:3, 53:25, 54:14, 56:21
**problems** [2] - 22:24,

27:17
**procedure** [1] - 21:16
**proceeding** [1] - 49:19
**Proceedings** [1] - 1:22
**proceedings** [1] - 63:16
**process** [11] - 11:10, 19:22, 19:25, 21:11, 43:3, 44:8, 48:8, 48:18, 48:20, 50:23, 61:18
**processes** [1] - 20:7
**PROCTOR** [1] - 2:11
**produce** [1] - 45:16
**produced** [3] - 31:22, 49:23, 50:9
**product** [2] - 19:24, 21:20
**PRODUCTION** [1] - 5:11
**production** [7] - 20:23, 21:23, 24:15, 27:17, 28:3, 32:4, 49:10
**Production** [3] - 5:15, 5:16, 5:17
**productive** [1] - 26:16
**Professor** [4] - 5:16, 22:19, 22:22, 24:8
**progress** [4] - 18:25, 19:1, 23:6, 26:12
**promptly** [1] - 20:10
**proof** [4] - 36:5, 58:3, 58:18, 61:16
**properly** [1] - 21:12
**proposal** [10] - 12:23, 39:11, 39:13, 41:3, 41:10, 41:13, 42:2, 42:20, 44:17, 45:7
**propose** [1] - 43:9
**proposed** [4] - 23:8, 26:13, 35:25, 39:23
**proposing** [2] - 17:6, 33:18
**prosecute** [1] - 57:12
**protective** [1] - 62:24
**protest** [1] - 31:17
**protests** [1] - 30:17
**protocol** [5] - 10:22, 11:4, 11:19, 13:17, 17:19
**protocols** [3] - 14:4, 14:6, 14:7
**prove** [2] - 58:16, 58:17
**provide** [4] - 13:12, 21:8, 30:25, 53:5
**provided** [3] - 14:7, 21:14, 35:11

provides [2] - 21:4, 40:7
**providing** [2] - 24:25, 25:1
**proving** [1] - 61:14
**PSC** [10] - 4:14, 4:14, 10:7, 57:9, 57:24, 60:22, 60:24, 61:1, 61:5, 61:8
**PTO** [2] - 21:2, 21:4
**punts** [1] - 33:4
**purposes** [2] - 17:7, 36:3
**pushed** [1] - 49:1
**pushing** [2] - 19:3, 56:4
**put** [20] - 16:12, 20:15, 21:16, 23:12, 24:4, 25:17, 27:22, 29:12, 35:25, 40:6, 40:25, 41:12, 45:7, 47:7, 47:11, 47:15, 50:16, 55:3, 55:13, 57:19
**putting** [3] - 29:4, 38:24, 47:9

**Q**

**quantification** [5] - 30:18, 40:5, 51:25, 57:6, 57:11
**questioning** [1] - 10:22
**questions** [2] - 24:7, 58:5
**queue** [1] - 20:25
**quick** [3] - 33:13, 49:20, 60:16
**quickly** [1] - 20:25
**Quitzau** [2] - 30:19, 30:23

**R**

**radar** [1] - 18:18
**RAFFERTY** [1] - 2:11
**raise** [2] - 25:14, 32:7
**raised** [1] - 45:8
**rally** [1] - 53:6
**rate** [2] - 52:10, 52:12
**rather** [4] - 42:13, 44:13, 57:1, 60:1
**RE** [1] - 1:4
**reach** [1] - 48:17
**reached** [2] - 23:15, 23:23
**read** [4] - 27:6, 34:20, 35:6, 51:16
**reader's** [3] - 8:17, 8:19, 8:20

reading [1] - 48:6
**ready** [2] - 32:25, 50:11
**real** [3] - 19:1, 54:9, 60:16
**realize** [1] - 32:22
**really** [12] - 13:3, 26:1, 33:17, 34:4, 36:2, 36:25, 37:1, 44:25, 46:6, 47:22, 47:25, 52:2
**rearranged** [1] - 59:17
**reason** [4] - 40:24, 41:1, 50:10, 56:11
**reasonable** [1] - 50:13
**reasons** [1] - 52:21
**rebuttal** [4] - 43:16, 45:15, 61:2, 61:10
**receive** [1] - 23:24
**received** [2] - 28:15, 49:7
**recent** [1] - 25:12
**recently** [1] - 31:23
**recipe** [2] - 12:19, 13:12
**recognize** [1] - 56:20
**recognizing** [1] - 39:10
**recommendation** [1] - 47:25
**record** [3] - 23:19, 27:5, 52:14
**Recorded** [1] - 1:22
**REDDEN** [1] - 4:10
**reduce** [1] - 52:19
**reduction** [1] - 55:12
**referred** [2] - 19:15, 19:16
**regard** [5] - 17:3, 22:19, 28:16, 43:16, 54:11
**regarding** [1] - 28:16
**relationship** [1] - 35:8
**released** [1] - 27:21
**relevant** [1] - 53:5
**reliance** [2] - 50:22, 50:23
**relieved** [1] - 19:2
**relieving** [1] - 29:3
**relook** [1] - 60:17
**rely** [2] - 36:8, 58:10
**remains** [1] - 56:22
**remember** [3] - 12:16, 16:12, 32:17
**reminding** [1] - 24:3
**remove** [1] - 20:24
**reopen** [1] - 15:18
**replies** [1] - 59:3
**report** [5] - 10:23,

24:18, 43:24, 59:1, 62:9
**Reporter** [2] - 1:18, 63:20
**reports** [6] - 33:13, 36:6, 36:12, 43:17, 44:19, 54:6
**requestors** [1] - 10:5
**requests** [1] - 63:3
**required** [2] - 14:6, 21:2
**rescheduled** [1] - 27:19
**reserve** [1] - 37:12
**resolution** [2] - 24:17, 25:18
**resolve** [1] - 25:8
**resolved** [1] - 13:3
**respect** [3] - 23:23, 50:17, 53:16
**respectfully** [1] - 53:13
**respond** [1] - 26:20
**response** [11] - 11:7, 12:23, 16:1, 16:21, 51:8, 53:9, 53:14, 58:7, 59:12, 59:23, 61:17
**responsible** [2] - 38:15, 38:18
**rest** [1] - 9:10
**result** [2] - 43:13, 52:16
**resulting** [1] - 22:6
**review** [2] - 20:24, 54:8
**reviewed** [1] - 50:10
**revised** [4] - 31:12, 32:23, 33:14, 36:7
**revising** [1] - 21:24
**revision** [2] - 10:8, 38:14
**RICHARD** [1] - 3:22
**RIG** [1] - 1:4
**riser** [1] - 14:25
**Ritchie** [2] - 38:23, 38:24
**RJ** [3] - 17:14, 17:21, 18:7
**RMR** [1] - 1:18
**road** [1] - 50:19
**rob** [1] - 35:2
**Rob** [18] - 10:25, 11:1, 16:3, 17:14, 17:18, 19:9, 22:18, 22:20, 25:9, 28:24, 31:18, 32:13, 39:12, 39:23, 40:22, 43:19, 48:2, 57:2
**ROB** [1] - 4:14

**Rob's** [3] - 24:21, 40:18, 41:10
**ROBERT** [1] - 3:8
**Roger** [1] - 62:19
**roll** [2] - 27:13, 33:8
**rolling** [2] - 36:16, 50:20
**RONQUILLO** [2] - 3:19, 4:2
**Room** [1] - 2:19
**round** [7] - 11:19, 16:6, 26:5, 31:16, 42:25, 43:13, 61:9
**round-table** [1] - 31:16
**rounds** [1] - 9:16
**roundtable** [1] - 34:24
**ROY** [1] - 4:14
**Rule** [1] - 31:23
**rule** [2] - 29:2, 30:8
**rules** [2] - 44:15, 56:18
**ruling** [1] - 63:4
**run** [1] - 13:22
**running** [1] - 10:12
**RUSH** [1] - 4:19
**RUSNAK** [1] - 2:14
**RYAN** [1] - 3:6
**Ryan** [1] - 10:14

**S**

**Saints** [1] - 62:10
**SALLY** [1] - 1:11
**sample** [2] - 13:19, 31:8
**samples** [8] - 13:13, 13:20, 13:22, 13:23, 13:25, 14:8, 17:24, 18:1
**sampling** [8] - 11:7, 11:19, 11:22, 16:22, 17:3, 17:4, 17:23, 30:16
**San** [1] - 2:19
**Santa** [1] - 62:19
**Sarah** [15] - 19:2, 19:12, 19:20, 20:10, 20:18, 22:5, 22:11, 22:17, 23:25, 24:15, 25:14, 25:15, 25:23, 26:15
**SARAH** [2] - 4:8, 4:15
**satisfactory** [1] - 29:20
**satisfy** [1] - 45:8
**Saturday** [1] - 12:3
**saw** [2] - 11:9, 38:8
**sazerac** [1] - 63:6
**sazeracs** [1] - 63:5

**scanning** [4] - 16:6, 16:11, 16:13
**scans** [1] - 16:5
**scenario** [1] - 61:7
**schedule** [5] - 5:14, 36:7, 45:24, 50:7, 54:2
**scheduled** [3] - 10:20, 29:8, 59:21
**Scheduled** [1] - 6:5
**schedules** [1] - 30:9
**school** [1] - 12:17
**scope** [2] - 20:12, 45:1
**Scott** [12] - 15:6, 32:20, 43:7, 43:19, 46:15, 47:3, 48:22, 50:25, 54:11, 55:5, 55:22, 61:25
**SCOTT** [1] - 2:18
**sealed** [1] - 15:12
**SEAN** [2] - 3:21, 3:22
**second** [8] - 11:10, 17:16, 23:3, 29:15, 36:2, 53:2, 56:22, 60:23
**seconded** [1] - 11:8
**secondly** [1] - 11:18
**SECREST** [1] - 4:10
**see** [21] - 7:7, 15:19, 15:21, 18:25, 19:9, 19:24, 20:3, 21:18, 23:10, 24:12, 26:22, 27:5, 30:16, 40:24, 40:25, 45:23, 45:24, 54:1, 54:16, 60:12
**seed** [1] - 8:7
**seeing** [3] - 12:24, 32:12, 54:25
**segregate** [1] - 20:24
**selected** [1] - 47:10
**send** [3] - 12:23, 20:21, 32:20
**sending** [1] - 23:4
**sense** [6] - 13:4, 19:23, 35:4, 41:14, 54:18, 55:21
**sent** [1] - 23:4
**separate** [2] - 27:12, 56:25
**September** [2] - 1:5, 5:2
**SEPTEMBER** [1] - 7:1
**Sequence** [1] - 5:21
**series** [2] - 12:17, 29:14
**served** [3] - 32:14, 32:16, 63:2
**Served** [1] - 5:13
**service** [1] - 32:15
**sesquipedalian** [1] -

7:16
**set** [13] - 11:4, 11:5, 18:3, 24:17, 25:18, 30:9, 35:11, 43:23, 49:3, 59:18, 61:7, 63:3
**seven** [1] - 57:24
**sharing** [1] - 16:20
**sheet** [2] - 27:3, 27:6
**shifted** [1] - 58:2
**shifting** [1] - 29:17
**short** [2] - 20:21, 36:17
**shorter** [2] - 35:17, 35:20
**shortly** [1] - 21:5
**shot** [1] - 42:13
**shots** [1] - 62:6
**show** [3] - 38:11, 56:2, 58:14
**showing** [1] - 39:2
**shown** [1] - 56:10
**SHUGHART** [1] - 4:7
**SHUSHAN** [1] - 1:11
**side** [5] - 20:11, 57:7, 57:12, 57:20
**side's** [1] - 55:8
**significant** [1] - 58:19
**significantly** [1] - 57:13
**similar** [1] - 35:17
**simply** [2] - 30:16, 40:2
**simultaneously** [2] - 21:6, 37:10
**SINCLAIR** [1] - 2:21
**sitting** [2] - 13:14, 62:22
**situation** [1] - 62:1
**SKERITIES** [1] - 4:18
**skin** [2] - 35:1, 35:15
**sleep** [1] - 60:11
**slightly** [1] - 53:25
**slots** [1] - 54:24
**small** [1] - 61:9
**smaller** [4] - 43:1, 46:8, 47:5, 47:13
**smart** [1] - 22:9
**Software** [1] - 1:23
**solely** [1] - 39:24
**solution** [2] - 23:8, 26:13
**someone** [2] - 7:24, 13:21
**somewhere** [1] - 19:7
**soon** [4] - 12:1, 20:20, 27:18, 30:8
**SOREN** [1] - 2:2
**sorry** [7] - 7:5, 8:18, 19:4, 19:9, 30:12,

32:10, 51:12
**sort** [4] - 13:21, 19:18, 25:11, 53:22
**sound** [1] - 54:19
**sounded** [1] - 23:15
**sounds** [2] - 13:7, 18:5
**source** [13] - 30:18, 40:6, 50:1, 52:6, 52:11, 57:7, 57:10, 57:20, 57:23, 58:3, 60:18, 61:6
**South** [2] - 2:12, 3:14
**Space** [1] - 5:5
**space** [5] - 10:2, 10:3, 10:4, 10:5, 11:17
**speaking** [1] - 50:15
**special** [1] - 18:10
**specify** [1] - 12:19
**SPILL** [1] - 1:4
**spot** [1] - 35:5
**Stack** [1] - 5:9
**stage** [2] - 44:6, 44:7
**stand** [1] - 63:8
**Standards** [2] - 17:4, 17:9, 17:23
**standby** [1] - 62:13
**standing** [1] - 13:9
**start** [10] - 12:15, 16:7, 16:10, 16:14, 27:9, 33:17, 50:3, 52:19, 56:25, 60:6
**started** [2] - 34:8, 42:5
**starting** [3] - 11:16, 15:20, 54:6
**State** [2] - 2:20, 2:23
**state** [2] - 41:11, 41:12
**states** [2] - 57:25, 61:5
**States** [17] - 10:21, 11:8, 24:9, 26:13, 29:6, 30:15, 37:21, 42:4, 45:9, 48:23, 49:7, 52:9, 57:10, 61:18, 61:19, 62:2, 62:3
**STATES** [2] - 1:1, 1:12
**States'** [3] - 23:21, 33:12, 42:4, 57:21, 58:7
**Statoil** [3] - 5:25, 27:2, 27:19
**status** [1] - 27:1
**Status** [4] - 5:24, 5:25, 6:1, 6:2
**stay** [1] - 20:17
**Ste** [1] - 3:18
**Steering** [1] - 2:2
**Stenography** [1] - 1:22
**step** [9] - 9:22, 11:10,

11:20, 12:14, 12:18, 56:22
**steps** [1] - 12:18
**Steve** [2] - 41:23, 41:25
**STEVE** [1] - 4:15
**sticking** [1] - 61:15
**still** [8] - 17:8, 22:7, 27:16, 28:6, 48:10, 49:12, 56:6, 62:12
**Stored** [1] - 5:8
**STRADLEY** [1] - 4:19
**stragglers** [1] - 44:22
**straight** [2] - 22:2, 22:14
**Street** [12] - 1:19, 2:5, 2:9, 2:12, 2:24, 3:3, 3:9, 3:11, 3:24, 4:6, 4:8, 4:11
**Stress** [4] - 6:1, 27:2, 27:9, 27:10
**struggling** [1] - 36:4
**stuck** [1] - 34:14
**stumble** [1] - 40:10
**subject** [3] - 11:6, 35:14, 56:24
**submission** [4] - 31:7, 35:16, 38:8, 63:3
**submit** [2] - 14:6, 36:6
**submitted** [1] - 40:1
**subsequent** [1] - 11:4
**substantially** [1] - 43:1
**sudden** [1] - 13:15
**sufficient** [3] - 54:8, 57:5, 58:19
**suggest** [1] - 38:2
**suggested** [6] - 8:17, 8:19, 8:20, 48:13, 48:20, 49:19
**suggesting** [3] - 37:24, 47:23, 58:22
**suggestion** [2] - 40:18, 48:11
**suggestions** [1] - 53:15
**Suite** [9] - 2:6, 2:9, 2:13, 3:3, 3:12, 3:25, 4:3, 4:9, 4:12
**summary** [1] - 10:7
**supplement** [1] - 11:22
**supplemental** [1] - 11:25
**supplementing** [1] - 49:9
**surprised** [3] - 36:9, 42:10, 42:19
**SUSAN** [2] - 1:18, 63:23

**Susan** [2] - 63:20, 63:24
**susan_zielie@laed. uscourts.gov** [1] - 1:20
**suspended** [1] - 62:13
**suspension** [1] - 62:16
**SUTHERLAND** [1] - 3:16
**sword** [1] - 4:20
**system** [1] - 23:13

## T

**table** [3] - 25:18, 31:16, 45:7
**target** [2] - 24:17, 25:18
**team** [4] - 23:10, 24:21, 26:7, 31:24
**technical** [1] - 13:16
**TED** [1] - 4:18
**tee** [1] - 48:17
**TELEPHONICALLY** [1] - 4:14
**tempt** [1] - 46:3
**ten** [1] - 58:1
**tend** [1] - 47:3
**tentatively** [1] - 53:15
**terms** [6] - 11:18, 12:8, 19:20, 25:12, 56:22
**terse** [1] - 20:25
**testified** [1] - 36:22
**testify** [2] - 40:13, 47:18
**testimony** [3] - 43:17, 46:12, 53:5
**testing** [16] - 10:21, 11:12, 11:16, 11:22, 13:2, 14:4, 14:5, 14:16, 14:21, 16:9, 16:23, 17:14, 17:15, 18:1, 18:4, 18:14
**Testing** [1] - 5:10
**tests** [3] - 13:22, 13:23, 13:24
**Thad** [2] - 37:6, 37:7
**THE** [150] - 1:1, 1:4, 1:4, 1:11, 7:3, 7:17, 7:19, 7:23, 8:1, 8:5, 8:11, 8:13, 8:18, 8:20, 8:22, 9:6, 9:13, 9:17, 9:23, 10:11, 10:16, 10:18, 11:1, 12:5, 12:10, 13:4, 13:9, 14:10, 14:12, 15:2, 15:9, 15:11, 15:14, 15:18, 15:23,

15:25, 16:2, 16:18, 16:24, 17:1, 17:11, 17:16, 17:21, 18:5, 18:16, 18:24, 19:6, 19:9, 20:17, 21:25, 22:11, 22:17, 23:14, 23:25, 24:2, 24:9, 24:14, 25:9, 25:17, 25:23, 26:9, 26:17, 26:21, 27:7, 27:15, 27:22, 28:5, 28:10, 28:12, 28:23, 30:6, 31:2, 31:4, 31:10, 32:6, 32:11, 32:16, 32:19, 32:21, 33:5, 33:8, 33:23, 35:10, 37:2, 37:9, 37:15, 38:14, 38:20, 39:3, 39:12, 39:19, 40:9, 40:15, 40:17, 41:2, 41:7, 41:13, 41:16, 41:20, 41:25, 43:3, 43:19, 44:18, 45:10, 45:18, 46:13, 46:24, 47:2, 47:19, 48:6, 48:15, 48:21, 49:17, 50:3, 50:13, 50:24, 51:3, 51:9, 51:20, 52:15, 53:7, 53:10, 53:12, 53:17, 54:14, 54:21, 55:2, 55:16, 56:12, 57:2, 57:13, 58:21, 58:24, 59:5, 59:7, 59:10, 59:13, 59:15, 59:24, 60:1, 61:11, 61:23, 61:25, 62:4, 62:7, 62:15, 62:24, 63:6, 63:11, 63:13
**theirs** [1] - 42:11
**themselves** [1] - 47:12
**theoretically** [1] - 48:1
**there'll** [1] - 25:2
**they've** [2] - 9:25, 24:23
**thinking** [14] - 18:18, 25:5, 26:3, 29:6, 29:16, 29:21, 33:21, 34:2, 34:7, 34:14, 34:25, 36:15, 37:22, 53:23
**thinks** [3] - 10:23, 25:5, 55:13
**third** [1] - 19:16
**THOMAS** [1] - 2:11
**thorough** [1] - 26:1
**thoughts** [1] - 43:6
**three** [4] - 52:2, 57:8, 63:5, 63:7
**Three** [1] - 6:3

**throw** [1] - 48:13
**Thursday** [1] - 32:19
**timeframe** [5] - 13:13, 35:23, 35:25, 44:14, 52:10
**Timeline** [1] - 6:7
**timeline** [6] - 31:12, 31:21, 32:23, 33:11, 35:25, 52:1
**timely** [1] - 17:8
**timing** [4] - 40:4, 49:19, 49:20
**today** [5] - 10:3, 20:16, 22:4, 32:1, 60:13
**today's** [1] - 63:7
**together** [3] - 18:21, 25:3, 32:24
**TOLEDO** [1] - 3:24
**TOLLES** [1] - 3:13
**TOM** [1] - 4:16
**Tony** [4] - 31:5, 31:6, 53:12, 54:1
**topic** [2] - 15:25, 60:9
**topically** [1] - 53:5
**topics** [8] - 28:16, 28:18, 28:20, 29:4, 29:9, 30:5, 34:4, 57:16
**Topics** [1] - 6:3
**total** [1] - 42:23
**Tower** [1] - 3:17
**traffic** [4] - 7:19, 9:1, 9:22, 9:23
**transcript** [1] - 63:21
**Transcription** [1] - 1:22
**Transocean** [1] - 51:19
**Transocean's** [2] - 51:24, 62:23
**trap** [1] - 47:12
**Trial** [3] - 5:5, 5:6, 6:7
**trial** [30] - 14:23, 15:19, 35:9, 35:13, 35:22, 35:23, 36:11, 36:14, 37:13, 37:17, 38:9, 38:13, 39:9, 39:11, 40:20, 42:10, 42:13, 42:19, 43:10, 43:14, 44:11, 46:9, 46:12, 47:17, 56:2, 56:5, 56:15, 56:24, 58:6
**tried** [2] - 22:22, 22:23
**true** [3] - 34:12, 34:13, 42:17
**try** [9] - 11:24, 13:3, 14:13, 17:22, 31:19, 44:1, 48:3, 54:10, 54:14

**trying** [14] - 19:18, 20:3, 20:14, 22:4, 28:8, 29:9, 30:4, 30:8, 34:21, 35:8, 44:25, 46:13, 49:11, 57:1
**turn** [3] - 13:16, 31:11, 31:21
**turnaround** [1] - 33:13
**Two** [11] - 6:3, 6:7, 15:4, 22:8, 26:22, 34:2, 34:5, 40:11, 47:24, 52:3, 57:6
**two** [19] - 13:2, 13:15, 22:24, 23:2, 30:2, 30:22, 39:14, 43:2, 45:13, 45:16, 46:17, 52:6, 55:19, 55:23, 55:24, 56:25, 57:8, 59:5, 62:6
**TWO** [3] - 5:7, 5:11, 5:20
**two-day** [1] - 30:22
**TX** [5] - 2:16, 3:18, 3:25, 4:4, 4:12
**types** [1] - 40:2

## U

**UDERHILL** [1] - 33:3
**uh-ho** [1] - 55:17
**under** [2] - 21:2, 35:12
**UNDERHILL** [1] - 2:17
**understood** [7] - 15:16, 24:1, 25:20, 41:19, 43:9, 43:15, 50:21
**undoable** [1] - 59:22
**unfortunately** [2] - 23:7, 31:13
**unhappy** [1] - 34:19
**unique** [1] - 18:12
**UNITED** [2] - 1:1, 1:12
**United** [22] - 10:21, 11:8, 23:21, 24:9, 26:13, 29:6, 30:15, 33:12, 37:20, 42:4, 45:9, 48:22, 49:7, 52:9, 57:10, 57:21, 58:7, 61:18, 61:19, 62:1, 62:3
**universe** [3] - 20:12, 25:7, 36:13
**University** [2] - 23:5, 23:20
**university** [1] - 23:22
**unless** [1] - 25:5
**unlike** [1] - 11:11
**unnecessarily** [2] - 60:25, 61:12

**unreasonable** [2] - 13:14, 54:19
**unsealed** [1] - 15:12
**unsolved** [1] - 56:3
**up** [38] - 7:7, 7:21, 10:2, 10:11, 13:20, 14:17, 14:20, 15:7, 16:8, 16:12, 18:6, 20:6, 22:18, 26:4, 26:22, 29:18, 29:23, 30:11, 33:22, 34:22, 36:1, 41:25, 43:4, 44:2, 47:7, 47:9, 47:11, 48:18, 49:22, 50:11, 53:12, 56:21, 57:1, 57:19, 60:8, 60:16, 61:7
**upcoming** [1] - 49:15
**Update** [1] - 5:23
**update** [7] - 10:6, 10:23, 19:9, 27:7, 27:17, 27:25, 45:3
**updated** [1] - 45:4
**updates** [1] - 27:8
**updating** [1] - 49:9
**upset** [2] - 8:12, 8:13
**US** [12] - 2:17, 5:17, 24:15, 43:7, 46:22, 57:24, 58:10, 60:18, 60:23, 61:2, 61:6, 61:9

# V

**variety** [2] - 14:4, 30:24
**various** [4] - 16:22, 17:24, 30:18, 53:15
**vastly** [1] - 42:23
**vendor** [2] - 23:4, 23:12
**vendors** [1] - 23:11
**verifying** [1] - 21:11
**version** [1] - 11:25
**Vilma** [1] - 62:16
**volume** [1] - 14:24

# W

**walk** [1] - 58:6
**walking** [1] - 47:11
**wants** [10] - 15:16, 31:15, 31:17, 33:24, 33:25, 36:16, 47:7, 48:8, 51:15, 62:11
**WARREN** [1] - 4:5
**Washington** [3] - 3:9, 4:6, 4:9
**waterfront** [2] - 34:5, 36:12

**wears** [1] - 9:5
**Wednesday** [3] - 11:16, 32:18, 32:19
**week** [23] - 10:6, 10:9, 12:2, 13:3, 19:12, 19:20, 20:11, 22:6, 24:6, 24:13, 25:11, 25:16, 26:20, 27:11, 27:12, 27:14, 28:4, 29:13, 33:11, 38:23, 59:18, 62:14
**weekend** [2] - 54:15, 63:14
**weeks** [1] - 28:17
**weight** [1] - 58:19
**west** [1] - 8:21
**whichever** [1] - 26:16
**WHITELEY** [1] - 2:23
**whole** [2] - 42:6, 45:19
**why's** [1] - 14:1
**Wild** [2] - 5:24, 27:1
**wild** [1] - 27:16
**WILLIAMS** [10] - 2:4, 2:5, 3:17, 33:2, 62:12, 62:18, 62:22, 62:25, 63:7, 63:12
**WILLIAMSON** [2] - 2:14, 2:15
**willing** [2] - 29:12, 34:24
**WIN** [1] - 2:21
**winner** [1] - 7:12
**winning** [2] - 8:2, 8:23
**wise** [2] - 54:2, 59:10
**wish** [1] - 58:15
**wishes** [1] - 21:9
**Withheld** [1] - 19:17
**withheld** [1] - 21:8
**withholding** [1] - 21:12
**witness** [27] - 33:15, 34:8, 35:13, 37:9, 37:13, 37:14, 38:9, 39:1, 40:24, 41:11, 41:22, 42:6, 42:12, 43:14, 43:25, 44:9, 44:11, 45:17, 46:4, 51:12, 53:4, 53:19, 53:24, 55:23, 56:3, 56:10, 56:24
**witness's** [1] - 38:16
**witnesses** [67] - 34:7, 34:15, 35:9, 36:13, 36:19, 37:3, 37:5, 37:12, 37:18, 37:23, 37:25, 38:1, 38:4, 38:15, 39:8, 39:9, 39:16, 39:25, 40:3, 40:19, 41:3, 42:8, 42:9, 42:15, 42:19,

42:23, 42:25, 43:4, 43:10, 43:16, 43:23, 44:3, 44:24, 45:6, 45:15, 45:24, 46:18, 46:21, 46:22, 46:25, 47:7, 47:16, 50:2, 51:13, 52:24, 52:25, 53:3, 53:16, 55:7, 55:9, 55:10, 55:13, 55:15, 55:24, 56:1, 56:6, 56:7, 56:17, 56:20, 56:23, 57:22, 57:24, 60:19, 61:7
**witnesses'** [1] - 45:20
**won** [1] - 8:7
**word** [6] - 7:10, 7:14, 8:5, 8:14, 9:3, 56:9
**words** [5] - 7:9, 7:25, 8:4, 8:17
**WORKING** [1] - 1:10
**workload** [1] - 20:8
**worried** [1] - 9:15
**worry** [1] - 25:23
**worst** [1] - 8:4
**worthwhile** [1] - 49:6
**wrap** [2] - 48:12, 57:1
**written** [2] - 24:24, 25:2
**wrote** [2] - 32:2, 47:22

# Y

**years** [2] - 13:15, 35:22
**yesterday** [7] - 10:21, 11:10, 24:6, 28:1, 28:16, 31:13, 32:18
**Yoakum** [1] - 2:15
**YORK** [3] - 4:2, 32:14, 32:18
**yourself** [2] - 9:24, 39:11

# Z

**Zantaz** [1] - 5:14
**zepher** [1] - 8:13
**zero** [2] - 23:6, 46:23
**ZIELIE** [2] - 1:18, 63:23
**Zielie** [2] - 63:20, 63:24