AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Paul Matthew Doom, et al. | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| *Plaintiff* | MDL 2179 |
| v. | Civil Action No.  2:12-cv-02048-CJB-SS |
| BP Exploration & Production, Inc., et al. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nalco Holdings, LLC
Through Its' Registered Agent of Service:
C.T. Corporation System
5615 Corporate Blvd., Suite  400B
Baton Rouge, Louisiana  70808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine Cummins, Esq.
Smith Stag, LLC
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA  70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date:   **Sep 24 2012**

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2:12-cv-02048-CJB-SS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Nalco Holdings, LLC _____

was received by me on *(date)* _____09/28/2012_____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     C. T. Corporation System _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*     Nalco Holding Company

by certified mail _____ on *(date)* ___09/26/2012___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ____10/03/2012____

_____
Server's signature

___Jed A. Foret, Paralegal_____
Printed name and title

Smith Stag, LLC
365 Canal Street, Suite 2850
New Orleans, LA  70130
Server's address

Additional information regarding attempted service, etc:

See attached certified mail return

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Nalco Holdings, LLC
Through Its' Registered Agent of Service:
C.T. Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

2.  7012 1640 0001 6725 3809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540