UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20,2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: *11-cv-00649* | THE HONORABLE CARL J. BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## SUR-REPLY IN SUPPORT OF THE PLAINTIFFS', KNOTTY GIRL FISHING, L.L.C., ET. AL., MEMORANDUM IN SUPPORT OF THEIR MOTION TO LIFT STAY

MAY IT PLEASE THE COURT:

This Court has the daunting challenge to manage disparate claims of various categories of Plaintiffs. To that end, the Court has well met that challenge and fashioned a series of Case Management Orders to organize and catalogue the various claims and parties into subsets with overarching commonality. In doing so, this Court can address a broad spectrum of parties and the particular factual and legal issues which drive their claims.

As the Plaintiffs papers have demonstrated, these Plaintiffs have no bookmark with which to find its a place in this litigation. The Plaintiffs are outside the proposed class definition. The parties have release claims that are highly individualized and the remaining groupings heretofore established by the Court will not advance their claim. Being stayed and without recourse to argue remand, Knotty Girl and its owners are in a judicial limbo.

Plaintiffs respectfully suggest that this Court lift the stay so that a decision on the pending Motion to Remand can be argued and decided. If this Court finds it lacks jurisdiction, these matters can be remanded to state court for further proceedings. If this Court should find jurisdiction, the Plaintiffs respectful request that the Court sever this matter from these MDL proceedings or fashion a CMO so that the issues presented by Knotty Girl, et.al. proceed to disposition or trial.

## CONCLUSION

For the foregoing reasons, the Plaintiffs respectfully request this Honorable Court grant their motion to lift stay.

Respectfully submitted,

 */s/ John B. Edwards*
John B. Edwards (La Bar No. 26274)
EDWARDS & ASSOCIATES LAW FIRM, LLC
208 East Oak Street
P.O. Box 974
Amite, LA 70422
Telephone: (985) 747-1088
Facsimile: (985) 747-1086
Email: john@edwardslaw.org

2

AND

  /s/ Frank C. Dudenhefer, Jr.
Frank C. Dudenhefer, Jr. (La Bar No. 5117)
THE DUDENHEFER LAW FIRM, LLC
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 525-2553
Facsimile: (504) 523-2508
Email: fcdlaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2012, I electronically filed the foregoing Memorandum in Support of the Plaintiffs' Motion to Lift Stay with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/ Frank C. Dudenhefer, Jr.
Frank C. Dudenhefer, Jr. (La Bar No. 5117)