UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAY WHITTINGHILL,<br>　　　　Plaintiff,<br><br>versus<br><br>ABDON CALLAIS OFFSHORE, LLC,<br>　　　　Defendant. | )<br>)<br>)   Civil Action<br>)   File No. 2:10-cv-01984<br>)<br>)   Judge Carl Barbier<br>)<br>)   Magistrate Judge Sally Shushan<br>)<br>) |

## DEFENDANT'S EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant Abdon Callais Offshore, LLC, who moves this Honorable Court for entry of an order withdrawing Jacob C. Credeur (LA Bar No. 31116) of the Coats|Rose law firm, One Canal Place, 365 Canal Street, Suite 800, New Orleans, Louisiana 70130, Electronic mail: jcredeur@coatsrose.com, as counsel of record for Defendant Abdon Callais Offshore, LLC.

Undersigned counsel has moved his firm affiliation to Ogletree Deakins, Nash, Smoak & Stewart, P.C. and is no longer affiliated with the Coats|Rose law firm. Undersigned counsel has also conferred with Coats|Rose counsel and they have stated no opposition to this Motion.

Respectfully submitted,

*/s/Jacob C. Credeur* _____
Jacob C. Credeur, La Bar No. 31116
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
639 Loyola Avenue, Suite 2550
New Orleans, LA  70113
Telephone:  504.648.3840
Facsimile:  504.648.3859

Attorney for Defendant Abdon Callais Offshore, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw has been served on all counsel of record via the Court's Electronic Filing System.

This 4th day of October, 2012.

*/s/Jacob C. Credeur* _____
Jacob C. Credeur