UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLAY WHITTINGHILL,                     )
                                       )
            Plaintiff,                 )
                                       )        Civil Action
versus                                 )        File No. 2:10-cv-01984
                                       )
ABDON CALLAIS OFFSHORE, LLC,           )        Judge Carl Barbier
                                       )
            Defendant.                 )
                                       )        Magistrate Judge Sally Shushan
                                       )
                                       )

## **O R D E R**

Considering Defendant's Ex Parte Motion to Withdraw Counsel of Record;

IT IS ORDERED that Defendant's Motion is GRANTED;

IT IS FURTHER ORDERED that Jacob C. Credeur of the Coats|Rose law firm is

withdrawn as counsel of record for Defendant Abdon Callais Offshore, LLC.

This ___ day of _____, 2012.


_____
J U D G E