UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| **THIS DOCUMENT RELATES TO:** | : : | JUDGE CARL BARBIER |
| *Paul Matthew Doom, et al. v. BP Exploration & Production, Inc. et al.* (C.A. No. 12-cv-2048) (EDLA) | : : : | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Frank X. Neuner, Jr. ("TC"), Ben L. Mayeaux and Jed M. Mestayer of the law firm Laborde & Neuner as counsel of record in the captioned action for Defendant, Airborne Support International, Inc.

Lafayette, Louisiana this 4th day of October, 2012.

Respectfully submitted,

LABORDE & NEUNER

BY:     /s/ Jed M. Mestayer
        FRANK X. NEUNER, JR. - #7674 ("TC")
        Fneuner@LN-law.com
        BEN L. MAYEAUX - #19042
        Bmayeaux@LN-law.com
        JED M. MESTAYER - #29345
        Jmestayer@LN-law.com
        One Petroleum Center, Suite 200
        1001 West Pinhook Road
        Lafayette, Louisiana 70503
        Phone: (337) 237-7000
        Facsimile: (337) 233-9450
        ***Attorneys for Defendants, Airborne Support, Inc. and Airborne Support International, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of October, 2012.

                                    /s/ Jed M. Mestayer
                                       COUNSEL