UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL-2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION "J" |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* | § | |

*******************************************************************************

**STATE OF LOUISIANA'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TEN PAGE LIMIT IN RESPONSE TO OPPOSITIONS BY STATE OF LOUISIANA, ET AL. TO MOTION FOR FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT**

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General ("Louisiana" or "State"), who respectfully requests that the Court deny Plaintiffs' Motion for Leave to File Memorandum in Response to Oppositions by State of Louisiana, et al. to Motion for Final Approval of Economic and Property Damage Class Settlement.[1]

Movers are class members; they are not named plaintiffs or class representatives in the class action. Movers seek to enter duplicative evidence into the record. The PSC, which speaks for the class members in this MDL, submitted hundreds of pages of briefing in support of final approval of the Settlement.[2] Permitting Movers to file additional evidence would allow the entry of collateral evidence, as well as the entry of a selective and untested version of the facts. In addition, the PSC already took the opportunity to submit additional information in connection

---

[1] [Rec. Doc. 7525] (submitted by Plaintiffs in the *Thanh Hai Inc., et al. v. BP Am. Production Co., et al.*, U.S.D.C. for the E. Dist. of La., Case No. 2:11-cv-03180 (OPA90 Complaint) and *Hong Van Truong, et al. v. BP Am. Production Co., et al.*, U.S.D.C. for the E. Dist. of La., Case No. 2:11-cv-02766 (Vessels of Opportunity Complaint).

[2] *See* Plaintiffs' Memorandum in Support of Final Approval of Economic and Property Damages Class Settlement (8/13/12) [Rec. Doc. 7104].

with several objector requests for discovery regarding the fairness of the proposed Economic and Property Damages and the Medical Benefits Settlements.[3]

This Court previously denied objectors' requests for additional discovery regarding the terms of the Settlement.[4]   According to the Court's ruling, additional evidence regarding the analyses and approaches to the calculation of damages would not be relevant to the Court's review and would not assist the Court's consideration of the fairness, reasonableness, and adequacy of the Economic and Property Damage settlement agreement.[5]   Granting Plaintiffs' Motion for Leave would be contrary to the Court's prior rulings.[6]   Further, this Court previously stated that the PSC engaged in an analysis of the various economic injuries sustained by class members prior to reaching an agreement with BP, and that the negotiations were free of fraud and collusion.[7]   In light of these findings, any further briefing on these determinations would be a waste of the Court's time.

In light of the duplicative nature of the evidence that Plaintiffs wish to introduce and this Court's previous denial of requests to take discovery on the Settlement, the State respectfully requests that this Court deny Plaintiffs' motion for leave.

Dated this 4th day of October, 2012.


Respectfully submitted,

JAMES D. "BUDDY" CALDWELL                KANNER & WHITELEY, LLC
LOUISIANA ATTORNEY GENERAL

---

[3]*See* Ltr. from Class Counsel to Magistrate Judge Shushan re: Objector Requests for Settlement Discovery (Sept. 14, 2012) [Rec. Doc. 7417].

[4] Order [Regarding Objectors' Requests for Discovery and GO FISH's Motion to Intervene] (9/25/12) [Rec. Doc. 7480].

[5]  *See id.* at 5-6.

[6] If the Court should grant Plaintiffs' current motion, the State will request that it be granted leave to file a reply and will re-new its motion for limited discovery.

[7] *See* Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement] (5/2/12) [Rec. Doc. 6418 at 30-31]; *see also id.* at 29.

James Trey Phillips
First Assistant Attorney General
Megan K. Terrell
Assistant Attorney General
Section Chief –Environmental
State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

HENRY DART,
ATTORNEYS AT LAW P.C.

/s/ Henry T. Dart
Henry T. Dart
Grady J. Flattmann
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

SHOWS, CALI, BERTHELOT &
WALSH, LLP

/s/ E. Wade Shows
E. Wade Shows
628 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 346-1461
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

 /s/ Allan Kanner
Allan Kanner
Elizabeth B. Petersen
David A. Pote
Douglas R. Kraus
Allison M. Shipp
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**
USRY, WEEKS, &
MATTHEWS, APLC

/s/ T. Allen Usry
T. Allen Usry
1615 Poydras St.
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

MARTEN LAW, PLLC

/s/ Bradley M. Marten
Bradley M. Marten
Linda R. Larson
1191 Second Avenue
Suite 2200
Seattle, WA 98101
(206) 292-2600
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of October, 2012.

Kanner & Whiteley, L.L.C.

_/s/ Allan Kanner_____
Allan Kanner
a.kanner@kanner-law.com