UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs.

| | |
|---|---|
| Robert L. Burgess | Leonard Busby |
| Caroline Caleb | Charles Caleb |
| Robert Dale | Henry Lee Davis |
| Melton Edwards | Wilbur Forehand |
| Chandler S Green | Clifton Grove |
| Wayne Hartung | Manuel Heidelberg |
| Joseph Helm | Darrell Jones |
| Elizabeth Kenny | Michael Kirksey |
| Lorraine Krohn | Lee M. Ladnier |
| Don Landreth | Patrick Kenny |

New Orleans, Louisiana this 3rd day of October, 2012.

_____
United States District Judge