UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs.

| | |
|---|---|
| James Lee, Jr. | Jerry Lett |
| Carl Martens | Michael D. Mason |
| Leon McCampbell | Matthew Miller |
| Dennis Olive | Willie J. Rogers |
| Donald H. Saujon | Gayle Seale |
| Qaunthia Simpkins | R. D. Simpkins |
| Shannon Rene Smith | James E. Snell |
| Shellie Spencer | Robert L. Stallings |
| Mark D. Stephens | Anna B. Stewart |
| Blaire Alexandra Stewart | Donald W. Stewart |

New Orleans, Louisiana this 3rd day of October, 2012.

_____
United States District Judge