**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

In Re: Oil Spill by the Oil Rig     *    **MDL NO. 2179**
      "Deepwater Horizon" in the     *
      Gulf of Mexico, on April 20, 2010   *    **SECTION: J**
                            *
                            *
                            *
       **This Document Relates To:**     *    **JUDGE BARBIER**
       **Case No. 2:10-cv-08888-CJB-SS**    *
                            *    **MAGISTRATE JUDGE SHUSHAN**
* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

| | |
|---|---|
| Roger Randall | Gracie Seymore |
| Sunnie Seymore | Tom Makemson |
| Sanford Mullis | Timothy Hedrick |
| Todd Henderson | Arielle Bolen |
| Roy Bradley | Rhonda Holland |
| Taryn Gray | Jo Ella Cooper |
| David Carter | Billy Lee Davis |
| Shawn Deboard | |
| Brandon Corbin | |
| Tammy Deboard Davis | |

New Orleans, Louisiana this 3rd day of October, 2012.

_____
United States District Judge