UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | *<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

| | |
|---|---|
| Charles D. Weston | Lee O. Wilburn |
| Donny Wayne Bryant | Darrell Hamilton |
| Gary Carlston | Elester Allen |
| Dr. David Keddy | Rodrique, Reggis Sr |
| Shellie Stubbs | Kevin S. Llewallen |
| J. Lee Nelson | Audrea Creamer |
| Nona Johnson | Patrick McFarland |
| Deborah J. Merriam | Edward Vince Merriam |
| Houston G. Fortner | |

New Orleans, Louisiana this 3rd day of October, 2012.

_____
United States District Judge