UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein,<br><br>                    Plaintiffs,<br>vs.<br><br>BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P.,<br><br>                    Defendants. | MDL NO. 2179<br><br>This document relates to:<br>Case No. 2:11-CV-03180<br>-and-<br>Case No. 2:11-CV-02766<br><br>SECTION:  J<br><br>Judge Barbier<br>Magistrate Judge Shushan |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR MALCOLM ASSEVADO AND SOUTHERN FOODS CAJUN CUISINE, INC.**
_____

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, Gerard M. Nolting, William L. Roberts, and Craig S. Coleman and Faegre Baker Daniels LLP (formerly

1

Faegre & Benson LLP); and Duncan Lott and Casey L. Lott and Langston & Lott, PA, who by and through undersigned counsel, move this Court for an order withdrawing them as counsel of record for Malcolm J. Assevado (DWH ClaimantID: 100000685) and Southern Foods Cajun Cuisine, Inc. (DWH ClaimantID: 100000527) in this matter.  In further support of this motion, Movants state as follows:

1. On or about April 6, 2011, Malcolm Assevado and Southern Foods Cajun Cuisine, Inc. retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility.

2. On or about July 29, 2011, Malcolm Assevado retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to pursue claims for payment he was due under the Vessels of Opportunity (VoO) program.

3. On or about December 6, 2011, Malcolm Assevado and Southern Foods Cajun Cuisine, Inc. retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to litigation related to the BP Deepwater Horizon oil spill.

4. On or about November 8, 2011, the undersigned counsel filed an action naming Malcolm Assevado as a plaintiff in a Vessels of Opportunity complaint.  Undersigned are counsel of record for him in that litigation.  *See Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766.

5. On or about December 29, 2011, the undersigned counsel filed an OPA 90 complaint on behalf of Malcolm Assevado and Southern Foods Cajun Cuisine, Inc. and are counsel of record for Malcolm Assevado and Southern Foods Cajun Cuisine, Inc. in that litigation.

*See Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, United States District Court for the Eastern District of Louisiana, Case No. 2:11-cv-03180.

6. On or about May 30, 2012, Malcolm Assevado and Southern Foods Cajun Cuisine, Inc. terminated Faegre Baker Daniels LLP and The Kreller Law Firm as legal counsel. The undersigned counsel is unaware of any new legal counsel that Malcolm Assevado or Southern Foods Cajun Cuisine, Inc. has retained in this matter.

7. Malcolm Assevado and Southern Foods Cajun Cuisine, Inc. will remain in this litigation. Malcolm Assevado and Southern Foods Cajun Cuisine, Inc. will not be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE, PREMISES CONSIDERED,** Stephen S. Kreller, Gerard M. Nolting, William L. Roberts, Craig S. Coleman, Duncan Lott and Casey Lott, individually on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Plaintiff, Malcolm Assevado, and Plaintiff, Southern Foods Cajun Cuisine, Inc.

Dated: October 4, 2012.

                                                              RESPECTFULLY SUBMITTED:

                                                              BY: */s/ Stephen S. Kreller*
                                                              THE KRELLER LAW FIRM

                                                              Stephen S. Kreller (LA # 28440)
                                                              757 St. Charles Avenue, Suite 301
                                                              New Orleans, LA  70130
                                                              Telephone:  504-484-3488
                                                              Facsimile:  888-294-6091
                                                              Email:  ssk@krellerlaw.com

                                                              FAEGRE BAKER DANIELS LLP
                                                              Gerard M. Nolting (admitted pro hac vice)
                                                             William L. Roberts (admitted pro hac vice)
                                                              Craig S. Coleman (admitted pro hac vice )

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 4th day of October, 2012.

> Mr. Malcolm J. Assevado
> 2409 Rue Terre Aux Boeufs
> St. Bernard, LA 70058
>
> Southern Foods Cajun Cuisine, Inc.
> P.O. Box 307
> Violet, LA 70092

Malcolm Assevado and Southern Foods Cajun Cuisine, Inc. have been made of aware of all deadlines and pending court appearances.

> /s/ Stephen S. Kreller
> Stephen S. Kreller