UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,  <br><br>THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein,<br><br>                     Plaintiffs,<br>vs.<br><br>BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P.,<br><br>                     Defendants. | MDL NO. 2179<br><br>This document relates to:<br>Case No. 2:11-CV-03180<br>-and-<br>Case No. 2:11-CV-02766<br><br>SECTION:  J<br><br>Judge Barbier<br>Magistrate Judge Shushan |

_____

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**
_____

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court

for the Eastern District of Louisiana, Intervening Attorneys attempted to contact and

confer on several occasions with Malcolm J. Assevado (DWH ClaimantID: 100000685) and Southern Foods Cajun Cuisine, Inc. (DWH ClaimantID 100000527).  Intervening attorneys were not able to reach Malcolm J. Assevado and as a result were not able to obtain his consent for the filing or granting of the Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint for Intervention.

Date: October 4, 2012.

>RESPECTFULLY SUBMITTED:
>
>BY:  /s/ *Stephen S. Kreller*
>THE KRELLER LAW FIRM
> Stephen S. Kreller (LA # 28440)
> 757 St. Charles Avenue, Suite 301
> New Orleans, LA  70130
> Telephone:  504-484-3488
> Facsimile:  888-294-6091
> Email:  ssk@krellerlaw.com
>
>FAEGRE BAKER DANIELS, LLP
>
> Gerard M. Nolting (admitted pro hac vice)
> William L. Roberts (admitted pro hac vice)
> Craig S. Coleman (admitted pro hac vice )
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN  55402
> Telephone:  612-766-7000
> Facsimile:  612-766-1600
>
>LANGSTON & LOTT, P.A.
>
> Duncan Lott (admitted pro hac vice)
> Casey L. Lott (admitted pro hac vice)
> 100 South Main Street
> Booneville, MS  38829

Telephone: 662-728-9733
Facsimile: 662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint for Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of October 2012.

                                                                    /s/ Stephen S. Kreller