UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | This document relates to: |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | Case No. 2:11-CV-03180 -and- Case No. 2:11-CV-02766 |
| Plaintiffs, | SECTION:  J |
| vs. | |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | Judge Barbier Magistrate Judge Shushan |
| Defendants. | |

_____

**ORDER**
_____

Considering the foregoing Motion and Incorporated Memorandum in Support of Motion

for Leave to File Complaint for Intervention, filed by Stephen S. Kreller of The Kreller Law

Firm, Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA,

  IT IS HEREBY ORDERED: that the Plaintiff's Motion is GRANTED.

  New Orleans, Louisiana, this _____ day of October, 2012.

                _____
                UNITED STATES DISTRICT JUDGE