UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| Case No. 2:10-cv-8888, [Rec. Doc. 72191]; 2:10-cv-2771 | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS ORDERED** that the Dugan Law Firm, APLC be allowed to withdraw as counsel of record for Plaintiff, Houma OB-GYN Clinic in this case.

Signed in New Orleans, Louisiana this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE