UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG ) | MDL NO: 2179 |
| | "DEEPWATER HORIZON" IN ) | |
| | THE GULF OF MEXICO, ON ) | SECTION: J |
| | APRIL 20, 2010 ) | |
| | ) | |
| Relates to: 2:10-cv-07777-CJB-SS | ) | Judge Barbier |
| | ) | Mag. Judge Shushan |
| | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Jeremy D. Friedman, of the Downs Law Group, hereby files his Notice of Appearance as Co-Counsel for Claimants as attached hereto: Reynaldo Abreu, Adonay Aparecio, Miguel Arellano, Wuilen Ayestas, Martha Auceda, Ramon Ayala, Noel Benites, Jose Balmaceda, Norbelis Balmaceda, Luis Bueno, Rigoberto Bulte, Rubin Cabacungan, Ariel Castro, Carmen Castro, Dania Cordero, Fabian Cortes, Rigoberto Diaz, Felipe Fabre, Calos Flores Montalvan, Jose Garcia, Daschiell Garcia-Chicano, Berta Godoy, Jose Godoy, Emil Gonzalez, Ernesto Maya Lugo, Juan Gonzalez, Pedro Pablo Gonzalez, Richard Gonzalez, Angel Grimon, Lucio Martinez, Leandro Hernandez, Bryant Herrera, Alfredo Huervo, Juan Huervo, Alejandro Quintana, Geovanni Ramirez, Heron Jimenez, Orlando Leyva, Elizabeth Rodriguez, Segundo Lezanna Cortes, Maura Llorens, Blanca Lopez, Arnaldo Tamayo, Carlos Machet, Guillermo Martinez, Jr., Guillermo Martinez, Sr., Norman Velasquez, Belkis Martinez, Jose Raul Mejia, Samuel Vital, Stephanie Lopez, William Orozco, Uriel Paloblanco, Ruben Perez, Jose Antonio Pupo, Enrique Salgado, Nabor Sanchez, Jaime Restrepo Herrera, Jaime Restrepo, Denis Rivas, Armando Rodriguez, Brenda Arbaysa, Leonardo Romero, Rafael Rosario, Remberto Salamanca, Yenileis

1

Thaureaux Llorens, Rafael Urroz, Nelson Vega, Minaldo Vega-Sosa, Francisco Vido, Andres Villa, Ana Arbaiza, Pedro Morales, and Angelo Socarras in the above styled case. Jeremy D. Friedman is currently a member in good standing of the Southern District of Florida and Middle District of Florida and further a member in good standing of the Florida Bar.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was sent via U.S. Mail to: Medical Lead Class Counsel: James Parkerson Roy, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson St., Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C. Attention: Deepwater Horizon Medical Benefits Settlement Kirkland & Ellis, LLP, 300 North LaSalle St. Chicago Il., 60654 as of the date as set forth above.

Jeremy D. Friedman, Esq.
The Downs Law Group, PA
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
(305) 444-8226
Attorney for Claimants

  /s/ Jeremy Friedman
Jeremy D. Friedman
Florida Bar # 134643