# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
October 4, 2012

Claims Administrator Patrick Juneau has announced that the Settlement Program began issuing payments on July 31, 2012, and has been issuing outcome Notices since July 15, 2012.  The Program will issue Notices on a rolling basis as we complete reviews, and they will include Eligibility Notices, Incompleteness Notices, and Denial Notices. Each Notice will provide information explaining the outcome. We will post Notices on the secure DWH Portal for any law firm or unrepresented claimant who uses the DWH Portal. We will notify firms and unrepresented claimants by email at the end of each day if we have posted a Notice that day. Firms and unrepresented claimants may then log onto the DWH Portal to see a copy of the Notice(s). Law Firms or claimants who do not use the DWH Portal will receive Notices in the mail.  Claimants who receive an Eligibility Notice and qualify for a payment will receive that payment after all appeal periods have passed, if applicable, and the claimant has submitted all necessary paperwork, including a fully executed Release and Covenant Not to Sue.

| Table 1 | Filings by State of Residence | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Registration Forms | | | | Claims | | | |
| | State | Form Begun | Form Submitted | Total | % | Form Begun | Form Submitted | Total | % |
| 1. | Alabama | 564 | 10,316 | 10,880 | 14% | 1,336 | 10,408 | 11,744 | 16% |
| 2. | Florida | 1,516 | 27,105 | 28,621 | 38% | 3,884 | 21,512 | 25,396 | 34% |
| 3. | Louisiana | 1,357 | 17,962 | 19,319 | 25% | 2,445 | 17,666 | 20,111 | 27% |
| 4. | Mississippi | 365 | 8,228 | 8,593 | 11% | 952 | 8,057 | 9,009 | 12% |
| 5. | Texas | 250 | 3,335 | 3,585 | 5% | 661 | 2,665 | 3,326 | 4% |
| 6. | Other | 1,678 | 3,581 | 5,259 | 7% | 869 | 4,307 | 5,176 | 7% |
| 7. | Total | 5,730 | 70,527 | 76,257 | 100% | 10,147 | 64,615 | 74,762 | 100% |

**Chart 1:  Filings by State of Residence**



| Table 2 | Number of Claims by Claim Type | | | | |
|---|---|---|---|---|---|
| | Claim Type | Form Begun | Form Submitted | Total | % |
| 1. | Seafood Compensation Program | 679 | 7,115 | 7,794 | 10% |
| 2. | Individual Economic Loss | 5,195 | 19,338 | 24,533 | 33% |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 109 | 132 | 241 | <1% |
| 4. | Business Economic Loss | 1,763 | 14,558 | 16,321 | 22% |
| 5. | Start-Up Business Economic Loss | 194 | 1,202 | 1,396 | 2% |
| 6. | Failed Business Economic Loss | 207 | 1,238 | 1,445 | 2% |
| 7. | Coastal Real Property | 767 | 7,878 | 8,645 | 12% |
| 8. | Wetlands Real Property | 173 | 1,352 | 1,525 | 2% |
| 9. | Real Property Sales | 163 | 520 | 683 | 1% |
| 10. | Subsistence | 615 | 5,002 | 5,617 | 8% |
| 11. | VoO Charter Payment | 218 | 5,941 | 6,159 | 8% |
| 12. | Vessel Physical Damage | 64 | 339 | 403 | 1% |
| 13. | Total | 10,147 | 64,615 | 74,762 | 100% |

**Chart 2:  Number of Claims by Claim Type**



# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
October 4, 2012

| Table 3 | Filings by Claimant Assistance Center | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claimant Assistance Center | Registration Forms | | | | Claims | | | |
| | | Form Begun | Form Submitted | Total | % | Form Begun | Form Submitted | Total | % |
| 1. | Apalachicola, FL | 19 | 547 | 566 | 4% | 59 | 629 | 688 | 5% |
| 2. | Bay St. Louis , MS | 10 | 372 | 382 | 3% | 35 | 429 | 464 | 3% |
| 3. | Bayou La Batre, AL | 24 | 519 | 543 | 4% | 75 | 552 | 627 | 4% |
| 4. | Biloxi , MS | 26 | 1,294 | 1,320 | 10% | 102 | 1,293 | 1,395 | 10% |
| 5. | Bridge City, TX | 1 | 149 | 150 | 1% | 32 | 247 | 279 | 2% |
| 6. | Clearwater, FL | 47 | 1,310 | 1,357 | 10% | 246 | 898 | 1,144 | 8% |
| 7. | Cut Off, LA | 14 | 301 | 315 | 2% | 32 | 337 | 369 | 3% |
| 8. | Fort Walton Beach , FL | 12 | 652 | 664 | 5% | 61 | 706 | 767 | 5% |
| 9. | Grand Isle, LA | 4 | 101 | 105 | 1% | 7 | 127 | 134 | 1% |
| 10. | Gretna/Harvey, LA | 26 | 1,091 | 1,117 | 8% | 66 | 1,031 | 1,097 | 8% |
| 11. | Gulf Shores, AL | 21 | 893 | 914 | 7% | 89 | 1,019 | 1,108 | 8% |
| 12. | Houma, LA | 20 | 458 | 478 | 4% | 40 | 492 | 532 | 4% |
| 13. | Lafitte, LA | 3 | 208 | 211 | 2% | 13 | 260 | 273 | 2% |
| 14. | Mobile, AL | 30 | 1,592 | 1,622 | 12% | 140 | 1,560 | 1,700 | 12% |
| 15. | Naples, FL | 23 | 896 | 919 | 7% | 38 | 736 | 774 | 5% |
| 16. | New Orleans – CBD BG, LA | 8 | 122 | 130 | 1% | 11 | 107 | 118 | 1% |
| 17. | New Orleans East, LA | 33 | 1,493 | 1,526 | 11% | 117 | 1,538 | 1,655 | 11% |
| 18. | Panama City Beach, FL | 15 | 537 | 552 | 4% | 55 | 615 | 670 | 5% |
| 19. | Pensacola, FL | 23 | 680 | 703 | 5% | 59 | 687 | 746 | 5% |
| 20. | Total | 359 | 13,215 | 13,574 | 100% | 1,277 | 13,263 | 14,540 | 100% |

**Chart 3: Number of Claims by Claimant Assistance Center**



# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
October 4, 2012

**Legend:**

1. Form Begun - Includes electronically filed registration or claim forms for the period of time between the moment a claimant or his attorney has initiated the submission of a form and moment they complete that filing by submitting the electronic signature.  This definition also includes hard copy registration or claim forms where the DWH Intake Team is in the process of linking the scanned images and has not yet completed the data entry on that form.

2. Form Submitted - Includes electronically filed registration or claim forms after the claimant or his attorney completes the electronic signature and clicks the submit button.  This definition also includes hard copy registration or claim forms where the DWH Intake Team has completed both the linking of scanned images and the data entry on that form.

3. Note: The Claims Administrator continually monitors the status of all claim filings.  Through this process, the Claims Administrator may find duplicate claims from the same claimant.  In such cases, the Claims Administrator will close the duplicate claim and only process the remaining valid claim.  This report excludes duplicate claims from all counts of claims filed.

