**Status of Notice Generation Targets and Pace of Reviews**
(Reflects Notices Issued and Reviews Completed Through 10/1/12)

| | Claim Type | Current Status | | | | Targets | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Claim Forms Submitted as of 9/4/12 | Claims with Notice[1] | % of Claims with Initial Notice | Notices Issued per Day (Two Week Average)[1] | 15% Target | 30% Target | Claims with Eligibility Notice | % of Claims with Eligibility Notice | Claims with Eligibility or Denial Notice | % of Claims with Eligibility or Denial Notice |
| 1. | Seafood Compensation Program | 5,802 | 1,656 | 29% | 50 | 870 | 1,741 | 799 | 14% | 1,200 | 21% |
| 2. | Individual Economic Loss | 15,257 | 2,319 | 15% | 82 | 2,289 | 4,577 | 75 | <1% | 1,339 | 9% |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 97 | 29 | 30% | N/A | 15 | 29 | 0 | 0% | 15 | 15% |
| 4. | Business Economic Loss | 12,724 | 3,434 | 27% | 225 | 1,909 | 3,817 | 484 | 4% | 896 | 7% |
| 5. | Coastal Real Property | 5,532 | 2,931 | 53% | 28 | 830 | 1,660 | 1,467 | 27% | 1,706 | 31% |
| 6. | Wetlands Real Property | 880 | 105 | 12% | 7 | 132 | 264 | 61 | 7% | 101 | 11% |
| 7. | Real Property Sales | 410 | 280 | 68% | 8 | 62 | 123 | 128 | 31% | 214 | 52% |
| 8. | Subsistence | 3,873 | 160 | 4% | N/A | 581 | 1,162 | 0 | 0% | 160 | 4% |
| 9. | VoO Charter Payment | 5,159 | 4,653 | 90% | 48 | 774 | 1,548 | 4,085 | 79% | 4,225 | 82% |
| 10. | Vessel Physical Damage | 259 | 179 | 69% | 5 | 39 | 78 | 3 | 1% | 17 | 7% |
| 11. | **TOTALS** | 49,993 | 15,746 | 31% | 441 | 7,499 | 14,998 | 7,102 | 14% | 9,873 | 20% |



**Weekly Output of Reviews and Notices[1]**

[1] Claims receiving Denial Notices for a prior signed GCCF Release are counted in the total number of claims receiving a Notice because these claims do not require any further review and are therefore completed. However, we do not count these prior signed GCCF Release Denial Notices in the two week average of daily Notices issued.  We also do not count these Denial Notices in the chart of Weekly Output.  Including these Notices in these two items would overstate our daily and weekly productivity, because these claims do not require a standard Claim Type review.



#413483

APPENDIX B

Page 1 of 1