Table 1:  Status of Claims Filed and Document Categorization/Data Capture Complete
(Reflects Data Through 10/3/12)

| | Claim Type | Claim Forms Submitted | Document Categorization Complete | % of Document Categorization Complete | Data Capture Complete | % of Data Capture Complete | Notice Issued | Type of Notice Issued | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Eligible - Payable | Eligible - No Payment | Incomplete | Denial |
| 1. | Seafood Compensation Program | 7,115 | 5,251 | 74% | 3,214 | 45% | 1,816 | 699 | 235 | 479 | 403 |
| 2. | Individual Economic Loss | 19,338 | 17,013 | 88% | 13,106 | 68% | 2,609 | 79 | 16 | 1,250 | 1,264 |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 132 | 116 | 88% | N/A | N/A | 35 | 0 | 0 | 20 | 15 |
| 4. | Business Economic Loss | 14,558 | 11,000 | 76% | 5,732 | 39% | 3,214 | 485 | 10 | 2,395 | 324 |
| 5. | Start-Up Business Economic Loss | 1,202 | 942 | 78% | 496 | 41% | 261 | 7 | 0 | 234 | 20 |
| 6. | Failed Business Economic Loss | 1,238 | 998 | 81% | 582 | 47% | 203 | 0 | 0 | 120 | 83 |
| 7. | Coastal Real Property | 7,878 | 7,360 | 93% | N/A | N/A | 2,984 | 1,513 | 0 | 1,232 | 239 |
| 8. | Wetlands Real Property | 1,352 | 1,221 | 90% | N/A | N/A | 112 | 68 | 0 | 4 | 40 |
| 9. | Real Property Sales | 520 | 483 | 93% | N/A | N/A | 290 | 134 | 0 | 65 | 91 |
| 10. | Subsistence | 5,002 | 4,494 | 90% | N/A | N/A | 160 | 0 | 0 | 0 | 160 |
| 11. | VoO Charter Payment | 5,941 | 4,839 | 81% | N/A | N/A | 4,722 | 4,156 | 1 | 420 | 145 |
| 12. | Vessel Physical Damage | 339 | 280 | 83% | N/A | N/A | 179 | 3 | 0 | 162 | 14 |
| 13. | **TOTALS** | **64,615** | **53,997** | **84%** | **23,130** | **53%** | **16,585** | **7,144** | **262** | **6,381** | **2,798** |

| | Table 2: Accepted Offers and Payments Made (Reflects Payments Made Through 10/3/12) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Claim Type** | **Eligibility Notices Issued with Payment Offer** | | **Accepted Offers** | | **Payments Made** | |
| | | **Number** | **Amount** | **Number** | **Amount** | **Number** | **Amount** |
| 1. | **Seafood Compensation Program** | 699 | $105,345,745 | 322 | $56,076,237 | 30 | $1,702,435 |
| 2. | **Individual Economic Loss** | 79 | $860,968 | 24 | $391,062 | 6 | $38,173 |
| 3. | **Individual Periodic Vendor or Festival Vendor Economic Loss** | 0 | $0 | 0 | $0 | 0 | $0 |
| 4. | **Business Economic Loss** | 485 | $86,962,974 | 280 | $57,720,133 | 65 | $10,181,973 |
| 5. | **Start-Up Business Economic Loss** | 7 | $1,235,483 | 2 | $261,076 | 0 | $0 |
| 6. | **Failed Business Economic Loss** | 0 | $0 | 0 | $0 | 0 | $0 |
| 7. | **Coastal Real Property** | 1,513 | $10,447,263 | 1,067 | $6,944,299 | 415 | $2,724,484 |
| 8. | **Wetlands Real Property** | 68 | $33,570,527 | 19 | $31,792,198 | 6 | $94,500 |
| 9. | **Real Property Sales** | 134 | $7,464,450 | 104 | $5,768,794 | 50 | $3,205,606 |
| 10. | **Subsistence** | 0 | $0 | 0 | $0 | 0 | $0 |
| 11. | **VoO Charter Payment** | 4,156 | $176,599,379 | 3,457 | $151,249,183 | 1,210 | $50,720,700 |
| 12. | **Vessel Physical Damage** | 3 | $15,588 | 2 | $10,825 | 2 | $10,825 |
| 13. | **TOTALS** | **7,144** | **$422,502,376** | **5,277** | **$310,213,808** | **1,784** | **$68,678,697** |

DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS