UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG :MDL NO. 2179
    "DEEPWATER HORIZON" in the
    GULF OF MEXICO, on
    APRIL 20, 2010 :SECTION: J

:JUDGE BARBIER
APPLIES TO: Case 10-9999, doc #168 :MAG. JUDGE SHUSHAN

## ORDER

On September 17, 2012, a motion to release hold-back funds (Doc #[7423]) was filed by the City of Foley, Alabama, which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of October 5, 2012, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

New Orleans, Louisiana, this 5th day of OCTOBER, 2012.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE