## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | ) ) ) ) | MDL 2179 |
| | ) | JUDGE BARBIER |
| | ) ) | SECTION "J" |
| This Document Relates To: | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | MAG. DIV. 1 |
| Knotty Girl Fishing, L.L.C. v. Worley Catastrophe Services, LLC And BP Exploration & Production, Inc., No. 11-0649 | ) ) ) ) | |

## **ORDER**

Considering the foregoing Motion for Leave to File Supplemental Authority in Opposition to Plaintiff's Motion to Lift Stay;

**IT IS HEREBY ORDERED** that BP be allowed to file the Supplemental Authority in Opposition to Plaintiff's Motion to Lift Stay.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**