UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORREY BARLOW | CASE NO: 2:12cv02248 |
| VERSUS | JUDGE CARL J. BARBIER |
| TORREY BARLOW V. BP EXPLORATION & PRODUCTION, INC., BP, PLC, BP AMERICA PRODUCTION COMPANY, GLOBAL FABRICATIONS, LLC, LAWSON ENVIRONMENTAL SERVICE, LLC, ODYSSEA MARINE, INC., *IN PERSONAM*, AND M/V ODYSSEA ATLAS, AND THEIR ENGINES, TACKLE, APPAREL, ETC., *IN REM* | MAGISTRATE SALLY SHUSHAN |

### ANSWER TO COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes defendant, GLOBAL FABRICATIONS, LLC (hereinafter referred to as "GLOBAL"), who, in answer to the Complaint of plaintiff, TORREY BARLOW, (hereinafter referred to as "plaintiff"), with respect avers upon information and belief as follows:

### FIRST DEFENSE

The petition fails to state a cause of action against defendant upon which relief can be granted.

### SECOND DEFENSE

The Court lacks jurisdiction over this matter and/or venue is improper.

### THIRD DEFENSE

Plaintiff's cause of action has prescribed or otherwise been time barred.

**FOURTH DEFENSE**

Service of process fails to comply with the applicable Rules of Civil Procedure and therefore is insufficient.

**FIFTH DEFENSE**

**AND NOW,** in answer to the specific allegations of plaintiff's Complaint, defendant avers as follows:

1.

The allegations contained in paragraph I, and all of its subparts, involve questions of law which require no answer; however, to the extent an answer is required, same are denied.

2.

The allegations contained in paragraph II, and all of its subparts, involve questions of law which require no answer; however, to the extent an answer is required, same are denied.

3.

The allegations contained in paragraph III, Subpart A, involve defendants other than Global Fabrications, LLC, hence require no answer; however, to the extent an answer is required, same are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in paragraph III, Subpart B, involve defendants other than Global Fabrications, LLC, hence require no answer; however, to the extent an answer is required, same are denied.

5.

The allegations contained in paragraph III, Subpart C and all of its subparts, are denied.

6.

The allegations contained in paragraph III, Subpart D and all of its subparts, involve defendants other than Global Fabrications, LLC, hence require no answer; however, to the extent an answer is required, same are denied.

7.

The allegations contained in paragraph IV, Subpart A and all of its subparts, are denied.

8.

The allegations contained in paragraph IV, Subpart B and all of its subparts, are denied.

9.

The allegations contained in paragraph IV, Subpart C and all of its subparts, are denied.

10.

The allegations contained in paragraph IV, Subpart D and all of its subparts, involve defendants other than Global Fabrications, LLC, hence require no answer; however, to the extent an answer is required, same are denied insofar as they involve Global Fabrications, LLC.

11.

The allegations contained in paragraph IV, Subpart E, involve defendants other than Global, hence require no answer; however, to the extent an answer is required, same are denied insofar as they may involve Global Fabrications, LLC.

12.

The allegations contained in paragraph V of the Complaint are denied.

13.

All other allegations not heretofore specifically admitted are denied.

## SIXTH DEFENSE

AND NOW, in further answer to the Complaint, as a separate and distinct defense, defendant avers that if any injuries were sustained by plaintiff, which is denied, said injuries resulted from his own fault, carelessness, inattention to duty, and/or negligence, for which defendant is not liable.

### SEVENTH DEFENSE

FURTHER, in the alternative, defendant avers that if plaintiff suffered any injuries, as alleged, which is denied, said injuries were caused by the acts, carelessness, inattention to duty, omissions, and/or conduct of third persons, for whose fault and negligence defendant is not liable.

### EIGHTH DEFENSE

FURTHER, in the alternative, defendant avers that if plaintiff suffered any injuries, as alleged, which is denied, said injuries were contributed to by his own fault, negligence, and/or the fault or negligence of third parties, which fault should act as a complete bar, or in the alternative, as a mitigating factor with respect to any recovery by plaintiff of damages herein.

### NINTH DEFENSE

As a further defense, defendant avers that if plaintiff suffered any injuries, as alleged, which are denied, said injuries occurred as a consequence of his assumption of accepted and ordinary risks.

### TENTH DEFENSE

Defendant specifically avers that plaintiff has failed to mitigate his damages, and any recovery should therefore be reduced or eliminated.

### ELEVENTH DEFENSE

Defendant specifically asserts all defenses afforded by the Longshore and Harbor Worker's Compensation Act and/or any other applicable state compensation act.

### TWELFTH DEFENSE

Defendant emphatically denies that it was ever the owner, owner *pro hoc vice*, or charterer of the M/V ODYSSEA ATLAS. Alternatively, and only in the event it is determined that defendant was the owner, owner *pro hoc vice* and/or charterer of said vessels, which is denied, then defendant avers that the incident in question occurred without the privity of knowledge on the part of defendant or any of its directors, officers, stockholders or agents thereby entitling defendant to limitation of liability.

## THIRTEENTH DEFENSE

Defendant specifically reserves the right to amend this pleading once discovery is completed.

## FOURTEENTH DEFENSE

Defendant prays for trial by jury.

WHEREFORE, defendant, Global Fabrication, LLC, prays that after due proceedings had, there be judgment herein in its favor, dismissing plaintiff's Complaint at his cost. Alternatively, and only in the event it is determined that Global Fabrication, LLC was the owner, owner *pro hoc vice* and/or charterer of said vessels, which is denied, then Global Fabrication, LLC avers that the incident in question occurred without the privity of knowledge on the part of defendant or any of its directors, officers, stockholders or agents thereby entitling defendant to limitation of liability. Defendant further prays for trial by jury. Additionally, defendant prays for such other relief in the premises as in law or in justice it may be entitled to receive.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT, L.L.C.**

**BY: */s/ROBERT S. REICH*
ROBERT S. REICH, T.A.  (#11163)
FRANCIS A. JUROVICH (#31212)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:  (504) 830-3999
Facsimile:  (504) 830-3950
Email:  rreich@rapllclaw.com
  fjurovich@rapllclaw.com
**Attorneys for Global Fabrications, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record to this proceeding, via hand delivery, electronic filing, facsimile transmission, or U.S. Mail, postage prepaid and properly addressed, this 9TH day of October, 2012.

/S/ROBERT S. REICH
_____