UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Discovery Sought Regarding the Class Action Settlement]**

On September 25, 2012, the requests of some objectors for discovery regarding the economic class action settlement were denied.[1]  Rec. doc. 7480.  On October 3, 2012, a request for reconsideration was denied.  Rec. doc. 7535.

The PSC and BP were served with a request to produce from objectors, Reynaldo Abreu, et al, for documentation relating to the medical benefits class action settlement.  For the reasons cited in the September 25 order regarding the discovery sought by Prahiela, Wolf Bay, MRI and Spencer (Rec. doc. 7480 at 4);

IT IS ORDERED that Reynoldo Abreu, et al may not proceed with their discovery and the PSC and BP are not required to respond to it.

---

[1] Requests were filed by: (1) Stuart H. Smith of the Smith Stag, LLC law firm ("Smith Stagg") on behalf of objectors represented by him (Rec. doc. 7353); (2) Prashiela Enterprises, LLC and others ("Prashiela") (Rec. doc. 7368); (3) The Gulf Organized Fisherman in Solidarity & Hope ("GO FISH") (Rec. doc. 7374); (4) Wolf Bay, LLC ("Wolf Bay") (Rec. docs. 7383 and 7389); and (5) MRI, LLC and Dauphin Island Property Owners Association (collectively "MRI") (Rec. doc. 7391).

IT IS FURTHER ORDERED that the PSC and BP are relieved from any need to respond to discovery requests served upon them by objectors for information regarding the economic and medical benefits class action settlements.

New Orleans, Louisiana, this 9th day of October, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**