# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois 60654

| | | |
|---|---|---|
| Mark J. Nomellini<br>To Call Writer Directly:<br>(312) 862-2410<br>mark.nomellini@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

September 27, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

      Re:    MDL 2179:  Phase 2 Exhibit Lists

Dear Judge Shushan and Counsel:

      As indicated in Rob Gasaway's letter yesterday afternoon, BP endorses the Court's idea of getting an early start on the compilation of Phase 2 witness lists. In order to advance the effort, we write today to offer suggestions relating the preliminary good-faith Phase 2 exhibit lists for which the Court has now set a proposed October 30, 2012 deadline.

      Specifically, we would like to begin a conversation between the Court and parties on the following issues:  (1) whether Phase 2 exhibit lists should be included in the same document as Phase 1 exhibit lists; (2) the overall schedule for supplementing Phase 2 lists after October 30, 2012; and (3) the specific timing for supplementing Phase 2 exhibit lists to include expert reliance materials.

      First, BP proposes that each party add Phase 2 exhibit lists to the current Phase 1 exhibit lists, as part of a single Excel spreadsheet for each party's exhibits. BP proposes that each party's Phase 1/Phase 2 exhibit list have one field/column titled "Phase" that will indicate whether the document was added to the list as part of Phase 1 or Phase 2. The alternative of having two entirely separate lists poses several problems:  (i) there would be potentially extensive duplication between the Phase 1 and Phase 2 lists (we expect that at least some subset of documents that are already on the Phase 1 exhibit list would be used in the course of a Phase 2 trial); (ii) with separate lists, it would be challenging to track how rulings on Phase 1 documents applied to the identical documents on Phase 2 exhibit lists; and (iii) practically speaking, operating with two separate lists would be potentially unwieldy and cumbersome during trial as the Court and the parties attempt to locate information about particular documents quickly.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
September 27, 2012
Page 2


  Second, according to the Court's proposed Order, the October 30, 2012 filing will include "preliminary good-faith exhibit lists." We assume that, as with the May 9, 2011 Phase 1 exhibit lists, these Phase 2 first-round lists will consist primarily of deposition exhibits. We also assume that the parties will be supplementing these lists with Phase 2 materials after October 30, 2012, and that this supplementation will include (i) expert reliance materials (as discussed above) and also (ii) non-expert materials including from ongoing fact depositions.

  Third, given the October 30, 2012 deadline for preliminary Phase 2 lists, the parties will not have an opportunity to incorporate Phase 2 expert reliance documents in the initial lists. BP proposes that the deadline for adding expert reliance documents to Phase 2 exhibit lists be two weeks after Phase 2 reply expert reports are due (i.e., by March 25, 2013).

  We look forward to discussing these issues, as well as issues relating to Phase 2 exhibit lists that other parties may have, at the September 28, 2012 Working Group conference and, if necessary, in a separate conversation dedicated to Phase 2 witness lists.

            Respectfully submitted,


            /s/ Mark J. Nomellini


cc (via electronic mail):

United States' MDL Counsel
Plaintiffs' Liaison Counsel
Defense Liaison Counsel
Joel M. Gross
Allison B. Rumsey