UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Phase Two Trial Preparation Timeline]**

The attached Phase Two Trial Preparation Timeline is adopted by the Court and the parties shall prepare for the Phase Two Trial in accordance with it.

New Orleans, Louisiana, this 9th day of October, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**