## Phase Two Trial Preparation Timeline

| Date | Deadline/Event |
|---|---|
| 10/12/12 | WGC meeting at 9:30 a.m. |
| 10/19/12 | WGC meeting at 8:30 a.m. |
| 10/26/12 | Status Conference at 9:30 a.m.<br>WGC meeting to follow |

10/30/12    **Each party shall submit:**

    **1.**    **A preliminary good faith exhibit list.**

The proposal described in Mark Nomellini's letter of September 27, 2012 (rec. doc. 7601) for the good faith Phase 2 exhibit list is adopted.

    **2.**    **An *in camera* list of the experts likely to provide reports.**

| | |
|---|---|
| 11/2/12 | WGC meeting at 9:30 a.m. |
| 11/9/12 | WGC meeting at 9:30 a.m. |

11/12/12    **Simultaneous exchange of additional fact witness designations.**  The U.S. is to have 5.  BP is to have 7.  The PSC and the States may jointly designate 4.  The defendants other than BP may jointly designate 2.  For good cause shown the Court will consider additional fact depositions.[1]

11/16/12    Status Conference at 9:30 a.m.
WGC meeting to follow

11/19/12    **Each party shall submit:**

**A preliminary good faith fact may call witness list with no more than 15 witnesses.**

The list shall include the name of any person who may be called in the party's case in chief along with a brief summary of the witnesses' expected testimony.  The list shall not include experts, 30(b)(6) deponents, or the additional fact witnesses identified on 11/12/12.  A party may not be responsible for bringing these witnesses

---

[1] Custodial file production needs to be addressed.  All parties are to review the list and <u>immediately</u> commence gathering custodial files for witnesses with whom they are affiliated.

to trial, depending on the witnesses' affiliations.[2] A party will not be permitted to add to the witness list without good cause shown.

| Date | Event |
|---|---|
| 11/30/12 | WGC meeting at 9:30 a.m. **(Deadline for completion of Rule 30(b)(6) depositions)** |
| 12/7/12 | WGC meeting at 9:30 a.m. |
| 12/14/12 | WGC meeting at 9:30 a.m. |
| 12/28/12 | WGC meeting at 9:30 a.m. |
| 1/4/13 | WGC meeting at 9:30 a.m. |
| 1/11/13 | WGC meeting at 9:30 a.m. |
| 1/18/13 | WGC meeting at 9:30 a.m. |
| 1/25/13 | WGC meeting at 9:30 a.m. |
| 1/25/13 | **Complete all fact depositions - No rebuttal fact depositions will be taken** |
| 2/13/13 | **Expert reports by parties with burden of proof** |
| 2/15/13 | WGC meeting at 9:30 a.m. |
| 2/22/13 | WGC meeting at 9:30 a.m. |
| 3/1/13 | WGC meeting at 9:30 a.m. |
| 3/06/13 | **Expert reports by parties responding** |
| 3/8/13 | WGC meeting at 9:30 a.m. |
| 3/15/13 | WGC meeting at 9:30 a.m. |
| 3/27/13 | **Reply expert reports** |
| 4/08/13 | **Commencement of expert depositions** |
| 5/03/13 | **Deadline for completion of expert depositions** |

---

[2] If persons identified on the preliminary witness list are employed by or affiliated with the party submitting the list, that party shall provide dates between December 10 (presuming custodial file production on 11/19) and January 25 for their depositions.

5/20/13 **Final witness and exhibit lists**

    Note: The parties will be required to indicate in good faith those witnesses who <u>will</u> be called in the absence of reasonable notice to the contrary. Each party may designate 1 may call witness.

6/17/13 **Projected commencement of Phase Two trial**