UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | |

*****************************************************

## MOTION FOR LEAVE TO FILE A LIMITATION SHORT FORM JOINDER BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes claimant, Immaculate Conception School, who moves this Court for acceptance of a late-filed Short Form Joinder, filed October 9, 2012, Document No. 120775, in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon.

Claimant states the following as basis of this motion:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding which was extended to September 16, 2011.

2. Upon review of Deepwater Horizon Settlement documentation, it was realized that Immaculate Conception School had viable claims against defendants;

3. No prejudice will result from the acceptance of the Short Form Joinder filed after September 16, 2011. Moreover, no action has been taken in the limitation proceeding which could have prejudice to any other party to the proceeding.

4. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimant respectfully moves this Court for an Order granting this Motion for Acceptance of a Limitation Short Form Joinder Filed after the September 16, 2011 Deadline, Document No. 120775, filed October 9, 2012, and that the Court deem said Short Form Joinder is timely filed in the Transocean limitation proceeding.

Respectfully submitted,

/s/ J. Patrick Connick
J Patrick Connick, Bar No. 22219
Law Office of J. Patrick Connick, LLC
5201 Westbank Expressway, Suite 100
Marrero, LA 70072
Telephone: (504) 347-4535
Telecopier: (504) 347-4526

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ J. Patrick Connick