| Full Scope File # | Claimant Name | Busines Name | Individual or Business Type | GCCF Number |
|---|---|---|---|---|
| BCA-000179 | Abel Ramos | Individual | Individual | Unknown |
| SLG-000227 | Abi Hills | Individual | Individual | 3583890 |
| BCA-000032 | Adam Lurie | Individual | Individual | 3437201 |
| BP-000126 | Adam Pope | | Individual | 1030618 |
| SLG-000141 | Adrian Boucher | Pizza Since 1978 INC | INC | 3532516 |
| SLG-000197 | Adrienne Anderson | Tatum Ridge Golf Links, INC | INC | 3581831 |
| SLG-000087 | Ahmet Celik | Celik Marine, LLC | LLC | 3565111 |
| BCA-001594 | Alainna & Ronald Sensebe | Ink Well Printing | Partnership | 3238986 |
| BP-001263 | Alan Alario | Alan Alario Inc | INC | 1156038 |
| BP-001020 | Alan Fowler | Fowler Properties, INC | INC | 3517958 |
| BP-001126 | Albert Sibilla | Amps II Wattz | Sole Proprietorship | 3402922 |
| BP-000061 | Aletha Lee | Individual | Individual | 1151704 |
| SLG-000008 | Alicia Lundy | Individual | Individual | 3526895 |
| BCA-001230 | Allan Weilbacker | Weilbacker & Weilbacker Appraisals | INC | Unknown |
| IBP-000067 | Alvin Reed | Individual | Individual | 3413793 |
| BP-000152 | Amanda Dampier | | Individual | 1080588 |
| SLG-000113 | Amanda Gilmour | Individual | Individual | 3566794 |
| BCA-001508 | Amber Kirksey | Individual | Individual | 3015110 |
| BCA-001072 | Amy Ashmore | Individual | Individual | Unknown |
| BP-000140 | Amy Bridges | Groveland Business Group | INC | 3006886 |
| SLG-000170 | Andrea Barber | ATA-BARB INC DBA Brett Barber & Company | INC | 3575973 |
| SLG-000073 | Andrea Boaz | En V Hair Studio INC | INC | 3565086 |
| BCA-001605 | Andrea Mathis | Individual | Individual | 3583281 |
| SLG-000051 | Andrea Terry | Individual | Individual | 3559724 |
| SLG-000029 | Angela Vanderkarr | Individual | Individual | 3551956 |
| BCA-000332 | Anna Ramos | GT Investments Group LLC | LLC | 3345208 |
| SLG-000028 | Anna Tollison | Individual | Individual | 3350886 |
| BP-000833 | Anthony Ortiz | | Individual | 3296053 |
| IBP-000016 | Anthony Serio | Individual | Individual | 3516655 |
| SLG-000195 | Anthony Voights | Voights Service Center, INC | INC | 3583938 |
| SLG-000105 | Antonio Cancio | Individual | Individual | 3566337 |
| SLG-000210 | Antonio Colandrea | Villa Marina, Inc | INC | 3583064 |
| SLG-000211 | Antonio Colandrea | Parl, Inc | INC | 3581900 |
| BP-001075 | Aristos Petrou | | Individual | 3164538 |
| DDL-000002 | Arks Omar Acosta | USA Drywall & Painting | Sole Proprietorship | 3470767 |
| BP-000161 | Arthur Pouncey | Regional Ceilings, Inc | INC | 3281100 |
| DMA-000045 | Aubrey Baudean | Aubrey Baudean, JR DDS | INC | 3588002 |
| BP-001004 | Auh Thu Nguyen | M&T Quick Stop | Sole Proprietorship | 3174028 |
| BCA-000335 | Austin Hafner | Individual | Individual | 3519376 |
| BP-000801 | Babe Ray Musgrove | All Pro Power, Inc | INC | 3504389 |

| | | | | |
|---|---|---|---|---|
| SLG-000034 | Barbara Baroker | Individual | Individual | 3558587 |
| SLG-000123 | Barry Durrance | West Shore Pizza, III, INC | INC | 3575402 |
| BCA-000197 | Belinda Weaver | Individual | Individual | 3188575 |
| SLG-000125 | Ben Shepard | Pizza Zone INC | INC | 3567537 |
| BCA-000463 | Bernard Miramon | Individual | Individual | 3521969 |
| BP-000064 | Beth Ann McCormick | The Eat Beat LLC | LLC | 1153515 |
| BP-001055 | Betty Holley | A&B Tax Services | Sole Proprietorship | 3498069 |
| BP-001112 | Beverly Cutro | Individual | Individual | 3510302 |
| BP-000214 | Bikram Singh | Southeastern Hotels Limited Partnership DBA Ramada Inn Bayview | LP | 3401335 |
| BCA-001195 | Bill Ferguson | Ferguson Insurance Agency, INC | INC | 3387162 |
| BP-001191 | Bill Musgrove | Y-Paint | Individual | Unknown |
| BCA-001103 | Billy Hendley | Individual | Individual | 3185005 |
| BP-000624 | Bob McCorkindale | Atlanta Mortgage and Loan Inc | INC | 3214622 |
| CCS-000024 | Bob Simpson | Bob's Classic Cars | INC | 3562009 |
| SLG-000146 | Bobbie Cotnoir | Individual | Individual | 3575306 |
| SLG-000163 | Bonnie Rivenbark | Individual | Individual | 3575586 |
| SLG-000153 | Bozena Gluchowska | Individual | Individual | 3575292 |
| SLG-000144 | Brian Boycheck | Individual | Individual | 3580105 |
| SLG-000171 | Brian Hatfield | Individual | Individual | 3351746 |
| BCA-000458 | Brian Heimbach | KTLB, Inc | INC | 3548960 |
| SLG-000091 | Brian Phillips | Individual | Individual | 3564827 |
| SLG-000137 | Brian Wade | Individual | Individual | 3569767 |
| BCA-000021 | Brianna Fried | Individual | Individual | 3519990 |
| DMA-000101 | Bridgette Chandler | Salon 02, LLC | LLC | 3312292 |
| BP-000059 | Brooke Meade | Individual | individual | 1018188 |
| SLG-000067 | Bruce Kieffer | National Card Systems | INC | 3561235 |
| BP-000933 | Bryan Bostick | Quality Coatings & Drywall, INC | INC | 3505387 |
| BP-001035 | Bryan Bostick | LA, LLC | LLC | 3519979 |
| SLG-000206 | Bryan Fondrick | Fire Masters | Sole Proprietorship | 3350926 |
| SLG-000172 | Bundy Hogue | Individual | Individual | 3575921 |
| BP-000139 | Candice York Jones | | Individual | 1154975 |
| DDL-000005 | Carlos Johnson | Excellent Construction | Sole Proprietorship | 3487958 |
| SLG-000079 | Carmen Rowland | Roland Renaissance, INC | INC | 3575947 |
| SLG-000072 | Carmine Semaco | KC'S Riverstop, INC | INC | 3562197 |
| SLG-000085 | Carol A. Hartwig | Hartwig Mobile, INC | INC | 3563505 |
| BCA-001300 | Carol Jean Gerdes | Individual | Individual | 3535234 |
| SLG-000152 | Carolyn Gerdes | Individual | Individual | 3575559 |
| SLG-000162 | Carolyn Peterson | Individual | Individual | 3559601 |
| BP-001187 | Carolyn Tierce | Tierce Construction Inc | INC | 3519197 |
| SLG-000194 | Carrie Goldbaum | Individual | Individual | 3581536 |
| BP-001011 | Carroll Triche | TNT Seafood | LLC | 3094130 |
| BP-000057 | Casandra Lee | Individual | Individual | Unknown |
| SLG-000024 | Catherine Flories | Sgt. Peppers Headquarters, Inc | INC | 3556334 |

| | | | | |
|---|---|---|---|---|
| BP-000946 | Cathlin Melson | | Individual | 3521626 |
| BCA-000455 | Cathy Granucci | Individual | Individual | 3574328 |
| BP-000547 | Cathy Sheffield | Individual | Individual | 3513131 |
| BP-001056 | Cathy Sims | Individual | Individual | 3511397 |
| BP-000544 | CH Rigdon | Northwest Florida Fair Assoc., Inc. | INC | 3009948 |
| BP-001245 | Chad Bartz | Individual | Individual | 3363544 |
| BP-001247 | Chad Bartz | Chuck Stevens Automotive | INC | 3001920 |
| BP-001244 | Chad Bartz | Cash N Go, LLC | LLC | 3423241 |
| BP-001080 | Chad Graham | | Individual | 3369068 |
| BP-000148 | Champs Place | BBC LLC DBA Champs Place | LLC | 3412218 |
| BP-000142 | Chantele Beye | | Individual | 3005428 |
| BP-000615 | Charles Bassham | | Individual | 3501890 |
| BCA-001143 | Charles Coury | Apple Video Productions | Sole Proprietorship | Unknown |
| BP-001188 | Charles Kelly | Kelly Builders, Inc | INC | 3519737 |
| SLG-000136 | Charlie Bishee | YK Food Design, LLC | LLC | 3570469 |
| BP-001170 | Chau Nguyen | | individual | 3015478 |
| CCS-000021 | Chin Hin Yong | Hin Lee Mylaysian Restaurant | INC | 3560988 |
| BCA-001102 | Chris Giorgio | individual | Individual | 3530903 |
| BCA-001180 | Chris Tuchbaum | Individual | Individual | 3432908 |
| BP-001063 | Christian Bryson | Island Winds West | Individual | 3509848 |
| BP-000585 | Christian Koerner | CRK Enterprises, LLC | LLC | Unknown |
| BCA-001212 | Christine Gumapas | Individual | Individual | 3092057 |
| BP-000233 | Christine Simpson | Glisson, Simpson, LLC | LLC | 3401969 |
| SLG-000112 | Christopher Gilmour | Individual | Individual | 3566821 |
| SLG-000094 | Christopher Tortora | Individual | Individual | 3565144 |
| BCA-000432 | Christy Lynn Robinson | Individual | Individual | 1149440 |
| SIG-000132 | Chuong Nguyen | Pho Quyen Cuisine, INC | INC | 3567598 |
| SLG-000081 | Cindy Alexander | Individual | Individual | 3562888 |
| IBP-000007 | Cindy Champagne | Individual | Individual | 3236318 |
| BP-000428 | CL McQueen | | Individual | 3511215 |
| BP-000271 | Clarence Batain | Batain Masonry, Inc | INC | 3409384 |
| BP-000630 | Clayton Smith | CNS Cabinets, LLC | LLC | 3501198 |
| BP-001151 | Cleveland Campbell | South Alabama Materials, INC | INC | 3437814 |
| BP-001114 | Cleveland Campbell | C&C Hauling Co | INC | 3437645 |
| BP-001115 | Cleveland Campbell | American Family Investments, Inc DBA American Concrete Supply | INC | 3437557 |
| SLG-000164 | Clifford Rivenbark | Individual | Individual | 3483015 |
| DMA-000042 | Clinton Charlie | Cajun Charlie's Seafood Restaurant, INC | INC | 3010296 |
| BP-000194 | Cole Thompson | Thompson Achee Development, Inc. | INC | 3417380 |
| SLG-000126 | Colleen Neelon | Individual | Individual | 3567540 |
| BCA-000384 | Connie Wells | Individual | Individual | 3398244 |
| BCA-000069 | Crystal Michener | Individual | Individual | 3540959 |
| BP-000103 | Crystall Russ | Individual | Individual | 1029147 |
| BP-000882 | Curtis Rewerts | River Park Grocery | Sole Proprietorship | 3521914 |
| BCA-000360 | Curtis Thompson | individual | Individual | 3166220 |

| | | | | |
|---|---|---|---|---|
| BP-000242 | Cynthia Badinger | Gallery Nine Forty | Sole Proprietorship | 3279662 |
| BCA-000370 | Cynthia Banawa | Banawa Taxi Service | Sole Proprietorship | 3249325 |
| BP-000055 | Cynthia Gravt | Individual | Individual | Unknown |
| BP-001093 | Cynthia Willoughby | Willoughby Enterprise, LLC | LLC | 1085557 |
| BP-000836 | D.Q. Tran | Niceville Seafood | INC | 1041938 |
| SLG-000215 | Daemi Fariborz | Individual | Individual | 3582121 |
| SLG-000218 | Dale Dabney | Niagara of Florida, INC | INC | 3583573 |
| FMG-000019 | Dale Dardar | Individual | Individual | Unknown |
| BP-000548 | Dale Steele | Humpty Jumpty Rentals | Sole Proprietorship | 3508120 |
| BP-000210 | Dale Waldorff | Waldorff Insurance and Bonding, INC | INC | 3380281 |
| DMA-000027 | Damischa Dedeaux | Individual | Individual | 1012810 |
| BP-001152 | Damon Conway | Custom Stone and Ceramics | Individual | 3339324 |
| BCA-000160 | Dan Curry | Individual | Individual | 3413409 |
| FMG-000024 | Daniel Arabie | Individual | Individual | 3557416 |
| BP-000358 | Daniel Burch | Cobb Towing & Recovery | INC | 3510288 |
| BCA-001331 | Daniel Harder | Harder Amusements | Sole Proprietorship | 3387583 |
| BP-000561 | Daniel Hinojosa | | Individual | Unknown |
| BCA-000425 | Daniel Meyer | Individual | Individual | 3490616 |
| BP-000911 | Daniel Ward | Gulf Coast Tire and Automotive | Sole Proprietorship | 1144912 |
| BCA-001094 | Danny Ray Stiles | Bay Area Better Hearing, LLC | LLC | 3492771 |
| BP-001135 | Darren W. Bolotte | Aluma Leasing Services, LLC | LLC | 3021765 |
| BP-000817 | David Anglin | Individual | Individual | 3513040 |
| BP-000408 | David Ball | Deluna Land & Timber Company LLC | LLC | 3501882 |
| BCA-001292 | David Baylor | Individual | Individual | Unknown |
| BCA-000154 | David Brewer | Cardiac Innovations, INC | INC | 3559515 |
| BCA-000107 | David Clark | Individual | Individual | 3537752 |
| BCA-000286 | David Edwards | Individual | individual | 3516837 |
| BCA-000018 | David Ferreira | Individual | Individual | 3573797 |
| SLG-000204 | David Krzywonos | Peridida Property Owners Association, INC | INC | 3582500 |
| BP-001172 | David Maples | Southern Dozer & Tractor | INC | 3517315 |
| BP-000574 | David Stapleton | David Stapleton Builders | INC | 3507873 |
| BCA-000364 | David Zimmer | Individual | Individual | 1153697 |
| BP-000465 | Davis Dye | Gulf Walton, Inc | INC | 3504350 |
| SLG-000060 | Dawnell Kelley | Individual | Individual | 3560646 |
| BP-000044 | Dean Skipper | Tripe S Ventures, Inc | INC | 3504420 |
| BP-000043 | Dean Skipper | Crystal Orchard Inc | INC | 3506722 |
| BP-000041 | Dean Skipper | Crystal Pointe, LLC | LLC | 3501911 |
| SLG-000108 | Debora Ponce De Leon | Individual | Individual | 3566647 |
| BCA-001142 | Deborah Allen | Individual | Individual | 3585042 |
| SLG-000038 | Deborah Fiscolare-McBrayer | Indivdual | Individual | 3558766 |
| SLG-000032 | Deborah Gray | Individual | Individual | 3558272 |

| | | | | |
|---|---|---|---|---|
| SLG-000148 | Denise Dickson | Individual | Individual | 3575892 |
| BP-000049 | Denise Myers | | Individual | 1134604 |
| BP-000441 | Denvia Potter | | Individual | 3261447 |
| BCA-000607 | Derek Knapp | Individual | Individual | 3575437 |
| BP-000831 | Diana Davis | Rick Miller Painting, Inc | INC | 3506468 |
| SLG-000033 | Diane Francoletti | Individual | Individual | 3558287 |
| BP-000005 | Diane Nassar | The Green Ant | Sole Proprietorship | Unknown |
| SLG-000057 | Donald Atamanchurch | Ata Man Inc | INC | 3560575 |
| BCA-001154 | Donald Dykes | Individual | Individual | 1146429 |
| BP-001077 | Donald Hull | Harper-Hul Construction, Inc | INC | 3507711 |
| BP-000969 | Doug Thomas | | Individual | Unknown |
| BP-000377 | Doug Ward | Hwy 181 Mini Storage, LLC | LLC | 3436740 |
| SLG-000188 | Duon Chen | China King | Sole Proprietorship | 3582067 |
| BCA-001578 | Dustin Cronier | Individual | Individual | 1030365 |
| SLG-000041 | Dylan Harrellson | Individual | Individual | 3559087 |
| BCA-001211 | Eduardo Fernandez | Argos Properties, LLC | LLC | 3367653 |
| BP-000629 | Edward Jansen | | Individual | 1099534 |
| SLG-000223 | Edward Spaeth | Turtle Cove Group, LLC | LLC | 3581036 |
| BP-000151 | Elizabeth Thompson | | Individual | 3249657 |
| BCA-000149 | Elmer Badzgon | individual | Individual | 3586440 |
| IBP-000044 | Elnora McNeal | Individual | Individual | 3110160 |
| BCA-001233 | Elufrant Annylus | Individual | Individual | 3224974 |
| SLG-000119 | Elvira Handangic | Individual | Individual | 3567071 |
| BP-000240 | Emery Childress | Hwy 27 Dirt, Inc. | INC | 3346881 |
| BP-000241 | Emery Childress | Childress Farms | Partnership | 3346854 |
| DMA-000111 | Emile Naquin | Individual | Individual | 3481843 |
| BP-000181 | Eric Cooper | Cooper Communications | Sole Proprietorship | Unknown |
| BCA-000112 | Erik Gerace | Individual | individual | 3113624 |
| BCA-000077 | Erik Repp | Individual | Individual | Unknown |
| SLG-000084 | Erkin Kurbanov | Toss, Inc | INC | 3563024 |
| BCA-000209 | Esilama Artry | Individual | Individual | 3338766 |
| BP-000905 | Eugene Melson | | Individual | 1017715 |
| BP-000827 | Fairdul Hussain | Torino Inc | INC | 3258199 |
| BP-000383 | Fay Seketa | Seketa Building & Design, Inc | INC | Unknown |
| BP-000230 | Fran Duse | Baldwin County HBA | INC | Unknown |
| SLG-000030 | Francis Koziel | Individual | Individual | 3558163 |
| FMG-000012 | Francis Lovell | Lovell Properties, LLC | LLC | 3532248 |
| BCA-001479 | Frank Cozze | Individual | Individual | Unknown |
| BP-001019 | Frank Lott | Heritage Homes of Mobile INC | INC | 3388474 |
| SLG-000209 | Frank Valente | Sunshine Motorcross, LLC | LLC | 3560624 |
| BCA-000323 | Frederick Klein | Klein & Son Construction | Sole Proprietorship | Unknown |
| BCA-000105 | Gabriel Bush | Individual | individual | 3156468 |
| BP-000758 | Gannon Leary | | Individual | 3525708 |
| IBP-000010 | Gary Bordelon | Garys Electric Service, INC | INC | 3511388 |

| | | | | |
|---|---|---|---|---|
| SLG-000189 | Gary Hamilton | Palm View Golf Corp | INC | 3581520 |
| BCA-000383 | Gary Haynes | White Sands Cleaning Service | Sole Proprietorship | 1084972 |
| IBP-000009 | Gary Lamonte | Individual | Individual | 3104597 |
| BP-000461 | Gary McCabe | Prestige Properties, INC | INC | 3509721 |
| BP-000820 | Gary Tompkins | | Individual | Unknown |
| BCA-001407 | Gary Troyer | Individual | Individual | 3266099 |
| BP-000021 | Gene Myers | Paradise Marine | INC | 1147875 |
| BP-000581 | George Harvill | G.R. Harvill, Inc | INC | 3503455 |
| BP-000765 | George Roberds | Roberds Corporation | INC | 3532252 |
| SLG-000106 | Gerald Koski | Individual | Individual | 3566417 |
| BP-000278 | Gerry Rambo | Rambo Inc | INC | 3406392 |
| SLG-000224 | Gilles Gobeil | Gilles & Sons, Inc | INC | 3580909 |
| SLG-000177 | Giustino Loyal | Loyal Crab Company | Partnership | 3580114 |
| SLG-000114 | Gjovalin Curraj | Individual | Individual | 1174346 |
| SLG-000040 | Gloria Manning | Individual | Individual | 3559042 |
| BP-000918 | Gordon Spafford | Distinctive Homes, LLC | INC | 1075838 |
| SLG-000117 | Gredeli Edih | Astro Café Inc | INC | 3566816 |
| BP-000907 | Greg Austin | | Individual | 3401390 |
| SLG-000076 | Greg Mangum | Bay Area Home Inspections of South Florida Inc | INC | 3562520 |
| BCA-001400 | Greg Young | MG&D Enterprises Inc | INC | 3500032 |
| SLG-000192 | Gregory Jones | Robinhood Landscaping INC | INC | 3581816 |
| BCA-001604 | Hans Materne | Individual | Individual | 3588312 |
| BCA-000089 | Harold Thrasher | Thrasher Site Development, INC | INC | 3478481 |
| BCA-000028 | Harrison Jordan | Individual | Individual | 3477226 |
| SLG-000045 | Hayle Morse | Individual | Individual | 3528673 |
| BP-001057 | Heather Bolton | BES Construction, LLC | LLC | 3508972 |
| SLG-000039 | Heather Stribrny | Individual | Individual | 3558851 |
| SLG-000107 | Helen Mallory | Individual | Individual | 3005767 |
| BP-001251 | Henry Haseeb | H&H Financial Services INC | INC | 3418443 |
| BCA-000658 | Henry Le | Individual | Individual | Unknown |
| DMA-000083 | Herbert Glass | Backyard Pools, LLC | LLC | 3412789 |
| BP-001179 | Hoai Ha | | Individual | 3124977 |
| BCA-001512 | Hurley Lewis | Individual | Individual | Unknown |
| BCA-000119 | Irvin Leverock | Individual | Individual | 3522196 |
| BP-000212 | J. Alan Lipscomb | Benton & Lipscomb, Attys. at Law | Partnership | Unknown |
| BP-001024 | Jack Jernigan | Jernigan and Sons, Inc | INC | 3329489 |
| SLG-000160 | Jack Ogline | Individual | Individual | 3575579 |
| SLG-000115 | Jack Oliver | Individual | Individual | 1174346 |
| SLG-000042 | Jaclyn Lokay | Individual | Individual | 3559135 |
| BCA-000084 | Jacquelyn Sanborn | Individual | Individual | 3588340 |
| BP-001240 | Jacquilyn Schwartz | Premier Plans | Partnership | 3564272 |
| SLG-000130 | Jade Engelke | Individual | Individual | 3538141 |
| BCA-00761 | Jadrain Clipper | Individual | Individual | 3087771 |
| BP-000636 | James Adams | James H. Adams & Sons | INC | Unknown |
| SLG-000245 | James Atkinson | Chesapeake Bay Crab House, INC | INC | 3563484 |

| | | | | |
|---|---|---|---|---|
| BP-001161 | James Deslonde | AAVID Presentation System, LLC | LLC | 3109246 |
| BP-001282 | James Godwin | Individual | Individual | 3584435 |
| BP-001167 | James Herbert | Professional Cabinets, Inc. | INC | 3516713 |
| BP-000340 | James Hobbs | Hobbs Tree Service | Sole Proprietorship | 3191684 |
| CCS-000009 | James Horn | individual | individual | 1187340 |
| BP-000889 | James Jimbo Waldrop | J&T LLC | LLC | 3250482 |
| BP-000917 | James Johnson | | Individual | 3518316 |
| BCA-001416 | James Menelli | Florida Paint Centers, INC | INC | Unknown |
| BCA-000452 | James Osmond | East County Associates INC | INC | Unknown |
| BP-000853 | James Pittman Jr. | James Pittman JRC | INC | 3521337 |
| BP-001239 | James Rather | Creative Design | Partnership | 3564257 |
| BP-000932 | James Snell | Outdoor Expressions | Individual | 3252517 |
| BP-000302 | James Womble | Backyard Traditions LLC | LLC | 3499022 |
| BP-000948 | Janet Presley | Individual | Individual | 3500700 |
| BP-000761 | Jason Cox | Washit, Inc | INC | 3518577 |
| BP-000227 | Jason Hons | Hons Builders, Inc | INC | 3403326 |
| BP-000226 | Jason Hons | Homes by Hons LLC | INC | 3402969 |
| BP-000592 | Jason Nowling | | Individual | 3520929 |
| BCA-000151 | Jason Revie | Bottom Paint Store LLC | LLC | 3522550 |
| BP-001250 | Jason Roach | Roach Builders Inc | INC | 3223369 |
| SLG-000165 | Jason Ruberg | Individual | Individual | 3575896 |
| BP-000877 | Jaye Shirley | Gulf Coast Construction Property Management Inc | INC | Unknown |
| BCA-000367 | Jean Cadestin | Individual | Individual | 3267827 |
| BCA-001106 | Jean Claude Joseph | Jean Claude Joseph DBA JC Custom Broker & Intl. Freight Services | Sole Proprietorship | 3510173 |
| SLG-000182 | Jean Gifford | Williams Submarine, INC | INC | 3580222 |
| BP-001085 | Jeannie Jasim | Holistic Arts, LTD | INC | 3421139 |
| BP-000207 | Jeff Thompson | County Road Storage, | LLC | 3422147 |
| DMA-000205 | Jeffrey Key | The Cruise Connection | Sole Proprietorship | Unknown |
| SLG-000203 | Jeffrey Totten | Jeff Totten Enterprises | Sole Proprietorship | Unknown |
| BP-000647 | Jeffrey Turner | | Individual | 3327555 |
| SLG-000216 | Jeffrey Wild | Adventure RV, Inc | INC | 3583271 |
| BP-000337 | Jeffrey Wolfe | | Individual | 3406971 |
| BCA-000100 | Jennifer Adams | Individual | Individual | 3563666 |
| BCA-001201 | Jennifer Jones | Individual | Individual | 3068399 |
| BCA-000166 | Jeremy Pierpont | Gulf Coast Builders, LLC | LLC | 3005057 |
| BCA-001335 | Jerome Jackson | Individual | Individual | 3158538 |
| BCA-000074 | Jerome Lucas | Perfect Strokes Painting & Remodeling | Sole Proprietorship | 3102462 |
| BP-001283 | Jerre Strickland | KSW, LLC | LLC | 3448744 |
| BCA-000010 | Jerry Chueray | Individual | Individual | 3576052 |
| BCA-000122 | Jerry Mosley | Individual | Individual | 3335801 |
| BCA-000303 | Jessy Folmar | Individual | Individual | 3328329 |

| | | | | |
|---|---|---|---|---|
| BCA-000462 | Jhon Freddy Marulanda | Individual | individual | 3573467 |
| BP-000622 | Jim Henderson | Jimmy Henderson Construction | INC | 3508333 |
| BP-000692 | Jim Ivy | Infinity Homes, Inc | INC | 3502864 |
| BP-000783 | Jim Lafitte | A Plus Professional Painting | Sole Proprietorship | 3237295 |
| BCA-000344 | Jim Maxwell | James Maxwell & Associates | Sole Proprietorship | 3573690 |
| BP-001150 | Jimbo Yance | Individual | Individual | 3008848 |
| BP-000841 | Joanna Anderson | | Individual | 1155281 |
| SLG-000181 | Jody Mcitose | Thirsty's INC | INC | 3579995 |
| BP-000449 | Joe Lambeth | Cockrells Pensacola | INC | 3500398 |
| BP-000446 | Joe Lambeth | Cockrells Robertsdale | INC | 1099432 |
| SLG-000124 | Joe Tummina | Westshore Pizza XXXII INC | INC | 3579075 |
| SLG-000100 | Joel Olinski | Individual | Individual | 3565427 |
| BP-001224 | John Allen | Deadwood Mountain Millworks | INC | 3525197 |
| SLG-000135 | John Barlas | Jonny Primo's Inc | INC | 3575460 |
| SLG-000088 | John Belmont | JB's Conch Café Inc | INC | 3564443 |
| BP-000144 | John Blair | Protec Marine LLC | INC | 1040621 |
| SLG-000232 | John Cueto | GCI Imperial Investment, LLC | LLC | 3580918 |
| BP-001256 | John G. Riggins Jr | Coastal Woodwork, Inc | INC | 1187913 |
| BP-000601 | John Kearley | Kearley's Roofing & Repair, INC | INC | 3518580 |
| BP-001165 | John Keese | Bubba John Seafood | LLC | 1008791 |
| BCA-000313 | John Ledbetter | individual | Individual | 3581374 |
| BP-000217 | John Miller | J.M. Miller Plumbing and Piping | INC | 3506655 |
| BP-000537 | John Peterson | Greenscape | Sole Proprietorship | 3508116 |
| BP-000442 | John Senn | US Battery Warehouse LLC | LLC | 3526671 |
| IBP-000049 | Johnathan Kaszowski | Individual | Individual | 3339004 |
| SLG-000004 | Jon Eric St. Jean | Individual | Individual | 3556298 |
| BCA-000133 | Jonathan Turner | Individual | Individual | 3533012 |
| BCA-000170 | Jonathan Wilson | Hardrock Homes, INC | INC | 3553873 |
| BCA-001538 | Jorge Ramirez | Individual | Individual | Unknown |
| BCA-000137 | Jorge Santos | Individual | individual | Unknown |
| SLG-000137 | Joseph Brennan | BKD Too Enterprises, INC DBA Brennan Subs | INC | 3569767 |
| BCA-000152 | Joseph Byrnes | Individual | individual | 3115643 |
| BCA-000109 | Joseph Donoian | Individual | Individual | 3522046 |
| BP-000542 | Joseph Strange | Iron & Canvas Workshop | INC | 3509237 |
| BCA-001227 | Josh Taylor | Individual | Individual | 3004446 |
| BCA-001602 | Juan Magria | Individual | Individual | 3574722 |
| BP-000185 | Jud Harvill | Harvill Inc | INC | 3406556 |
| BP-000424 | Judah Castagne | First Rate Property Solutions | Sole Proprietorship | 3507905 |
| BP-000609 | Judson Basse | Emerald Coast Mortgage | Sole Proprietorship | 1166907 |
| BP-001143 | Judy Belk | J&M Fast Foods of AL Inc | INC | 3511314 |
| SLG-000191 | Julian Dias | Nova Florist, INC | INC | 3581805 |
| BP-000986 | Julie Vasquez | Samurai J Downtown | LLC | 3508168 |

| | | | | |
|---|---|---|---|---|
| BP-000053 | Justin McCurdy | Individual | Individual | 1127190 |
| SLG-000068 | Justin Stiver | Individual | Individual | 3528197 |
| BCA-001148 | Karen Buccitelli | Individual | Individual | 3566552 |
| BCA-001127 | Karen Coates | Tropical Gifts | Sole Proprietorship | Unknown |
| BCA-000731 | Kari Mullen | Individual | Individual | 3521563 |
| SLG-000064 | Kary Allen | Individual | Individual | 3561061 |
| JAY-000002 | Kathleen Carter | Individual | Individual | Unknown |
| BP-000145 | KC Chiang | Windfield Resort Properties, INC | INC | 1071939 |
| BCA-000611 | Keak Kuoch | Individual | Individual | 3230723 |
| IBP-000013 | Keith Diamond | Individual | Individual | 3354475 |
| IBP-000011 | Kelli Billings | Individual | Individual | 3500215 |
| BP-001074 | Kellie Petrou | | Individual | 3236803 |
| SLG-000104 | Kelly Kraus | Individual | Individual | 3529005 |
| JAY-000001 | Ken Carter | Individual | Individual | Unknown |
| BP-000026 | Kendra Tate | Individual | Individual | 1018113 |
| BP-000392 | Kenneth Davis | Walton Plumbing & Gas, LLC | LLC | 3509251 |
| BP-000225 | Kenneth Moberg | Kenneth J Moberg | Sole Proprietorship | 3088969 |
| IBP-000048 | Kenneth Radcliff | Individual | Individual | 3200801 |
| SLG-000187 | Kenneth Solow | Auto Transport of Naples INC | INC | 3581503 |
| BCA-000471 | Kenneth Williams | Individual | Individual | 3563218 |
| BP-000469 | Kevin Moore | A-Plus Packaging & Shipping | INC | 3412006 |
| BCA-000799 | Kevin O'Donnell | Individual | Individual | 3190024 |
| BCA-000564 | Kim Huynh | Nina Nail Care | Sole Proprietorship | Unknown |
| BCA-000178 | Kobe Sou Lakmaitree | Individual | individual | 3578942 |
| BCA-000456 | Kris Sahr | Island Way Charters, Inc | INC | 1075228 |
| SLG-000193 | Kristi Moize | Kristi's Barbershop | Sole Proprietorship | 3581376 |
| SLG-000109 | Kristin Marinola | Individual | Individual | 3566648 |
| BCA-001118 | Kurt Porter | Individual | Individual | 1143884 |
| BP-001212 | Lacy Farkash | Kountry Cand Store, Inc | INC | 1148668 |
| BCA-001146 | Lance Brooks | Bent Charters, LLC | LLC | 1150434 |
| BP-000301 | Larry Dacus | | Individual | 3501894 |
| BP-001016 | Larry Thomas | | Individual | 3189215 |
| BP-000810 | Lauren Minchew | | Individual | 3520641 |
| BP-001260 | Lea Bryson | Bryson Farms & Construction LLC | LLC | 3555461 |
| BP-000322 | Lee Olander | Midtown Mortgage, INC | INC | 3555009 |
| DDL-000004 | Leigh Anna Ammons | Let's Talk Dirt | Sole Proprietorship | Unknown |
| BP-000048 | Leonard Cox | Chaufee's Catering, Inc | INC | 1018987 |
| DMA-000047 | Leonard McMillian | Individual | Individual | Unknown |
| BP-000560 | Leonard Williams | Williams Nursery | INC | 3519586 |
| SLG-000059 | Leslie Lambert | Individual | Individual | 3560590 |
| SLG-000090 | Leslie Novak | Beach Print Shack | Sole Proprietorship | 3445251 |
| BP-001046 | Liem Tran | V-T Sil Flower-Plant Inc | INC | 3508354 |

| ID | Name | Entity | Type | Number |
|---|---|---|---|---|
| BCA-001409 | Linda Waiters | Individual | Individual | 1023643 |
| BCA-000141 | Lisa Taylor | Individual | Individual | 3238043 |
| BCA-000571 | Loc Ba Hyunh | Individual | Individual | Unknown |
| BCA-000492 | Loc Bui | Individual | Individual | Unknown |
| BP-001092 | Loc X Luong | Star Nails, LLC | LLC | 1106880 |
| BCA-000453 | Lorre Fleming | Individual | individual | 3507727 |
| BCA-000725 | Louis Marler | Individual | Individual | 1150193 |
| BCA-001265 | Louise Ferris | H&R Block | INC | Unknown |
| BCA-001355 | Lucille Presti | Individual | Individual | 1142861 |
| BCA-001545 | Luz Sierra | individual | Individual | 3578059 |
| SLG-000151 | Makalee Gentile | Individual | Individual | 3544489 |
| BP-001200 | Malcom McLean | Hunters Furniture | Sole Proprietorship | 3520099 |
| BP-000633 | Marcus Brewster | Brewster Appraisal | Sole Proprietorship | 3520920 |
| BCA-000540 | Marcus Eshetu | Individual | Individual | 1151947 |
| BP-000054 | Mariah Thomas | Individual | Individual | 1018063 |
| SLG-000005 | Marilyn Parham | Individual | Individual | 3555844 |
| SLG-000127 | Mark Amis | Individual | Individual | 3467838 |
| BCA-001420 | Mark Brawer | Individual | Individual | 3575200 |
| BP-000880 | Mark Chapman | Regal Motorcoach & Boat Storage, LLC | LLC | 3506490 |
| BP-000625 | Mark Crowson | Individual | Individual | 3334811 |
| SLG-000225 | Mark Curtis | Benian, Inc | INC | 3580787 |
| BCA-000336 | Mark Hall | Individual | individual | 3190799 |
| SLG-000205 | Mark Merolli | MRD Ventures LLC DBA Dolphin Marine Rentals | LLC | 3520626 |
| BCA-000204 | Mark Ramsarran | Individual | individual | 3166850 |
| BP-001243 | Mark Schlauder | Individual | Individual | 3540775 |
| SLG-000184 | Mark Serra | Lebretton Industries LLC CBA Fountain Dry Cleaners | LLC | 3583043 |
| DMA-000002 | Mark Snodgrass | Biloxi Transportation Systems, Inc DBA Biloxi Transfer and Storage | INC | Unknown |
| DMA-000003 | Mark Snodgrass | Coastal Moving & Storage, INC | INC | Unknown |
| DMA-000005 | Mark Snodgrass | Gulf Forwarding, Inc | INC | Unknown |
| DMA-000001 | Mark Snodgrass | AAA Transfer & Storage, INC | INC | Unknown |
| BP-000741 | Mark Swanson | MP Properties, Inc. | INC | 3517649 |
| BP-000740 | Mark Swanson | MP Properties | LLC | 3526811 |
| SLG-000048 | Marshall Kottler | Mexicali Border Café, Inc | INC | 3559400 |
| BCA-000421 | Marshall Lolley | Marshall Lolley Fishing | Sole Proprietorship | Unknown |
| BP-001007 | Marvin Alberado | M&M Machine Shop, Inc | INC | 3364469 |
| SLG-000098 | Mary Bingamen | Individual | Individual | 3570091 |
| BP-001156 | Mary Metoyer | Mary's Flooring & Interiors | INC | 3513664 |
| SLG-000120 | Mary Powell | Individual | Individual | 3567348 |
| BCA-000102 | Matt Bedell | Individual | Individual | 3541116 |
| SLG-000179 | Matt Taylor | Savage Yacht LLC | LLC | 3580513 |
| SLG-000219 | Matthew Batson | Individual | Individual | 3533575 |

| | | | | |
|---|---|---|---|---|
| SLG-000071 | Matthew Harrison | Individual | Individual | 3561969 |
| BCA-000116 | Matthew Kyser | Individual | Individual | 3586445 |
| BP-000060 | Megan Meade | Individual | Individual | 1018157 |
| SLG-000043 | Melinda McDonald | Individual | Individual | 3559149 |
| SLG-000016 | Melissa Bates | Individual | Individual | 3559062 |
| SLG-000089 | Melissa Sizemore | Individual | Individual | 3481904 |
| BP-000466 | Michael  McQuillen | Sun World Inc | INC | 3507528 |
| AKD-000006 | Michael & Cheryl Jones | J Michaels Repair Service INC | INC | 1093859 |
| BCA-000389 | Michael Adkinson | individual | Individual | 1105710 |
| SLG-000102 | Michael Bassous | Scott's Cleaners Inc | INC | 3451946 |
| BP-001294 | Michael Caravella | CGI Holdings, LLC | LLC | 3174970 |
| BP-001294 | Michael Caravella | CGI Holdings, LLC | LLC | 3174970 |
| SLG-000147 | Michael Cotnoir | Individual | Individual | 3575934 |
| BP-000436 | Michael Everett | | Individual | 3417413 |
| SLG-000150 | Michael Gadseen | Individual | Individual | 3575323 |
| BP-000008 | Michael Giannini | J&M Tackle | INC | 1121964 |
| BCA-000138 | Michael Hand | Individual | Individual | 3562892 |
| SLG-000241 | Michael Hill | MJH Auto, INC | INC | Unknown |
| BP-000707 | Michael Hinojosa | Midship Marine | INC | Unknown |
| BCA-001108 | Michael Johnson | Individual | Individual | 3486525 |
| SLG-000075 | Michael Karamaloakos | Dome Grill, Inc | INC | 3562484 |
| BCA-000196 | Michael Morris | individual | Individual | Unknown |
| SLG-000201 | Michael Muzychko | Affordable Stucco iNC | INC | 3581845 |
| SLG-000180 | Michael Stevens | Stevens Seafood Inc | INC | 3533722 |
| SLG-000019 | Michael Tolisano | Sanibel Chiropractic-Sanibel Office | Sole Proprietorship | 1023997 |
| SLG-000212 | Michelle McFarlane | Golden Krust | Sole Proprietorship | 3566563 |
| BP-000825 | Mike Turner | Mike Turner's Vinyl Siding Inc | INC | 1154258 |
| BP-000361 | Mitchell McKinion | | Individual | 3417490 |
| SLG-000049 | Mona & Emile Jazzar | Jazzmon Investements, INC | INC | 3559422 |
| IBP-000062 | Muktibeu Patel | Sierra Investments, INC | INC | 3418816 |
| SLG-000196 | Nadir Ali | Splendid Food Mart, LLC | LLC | Unknown |
| SLG-000097 | Nancy Auck | Individual | Individual | 3575958 |
| BP-000454 | Natalie Boos | Natalie's Fine Art | Sole Proprietorship | 3379022 |
| SLG-000214 | Nathan Erbes | Nathan Erbes Enterprises, INC | INC | 3583264 |
| BP-000122 | Nicholas Rightor | Individual | Individual | 1163579 |
| BP-000559 | Nick Impastato | Social Brew | Sole Proprietorship | 3501881 |
| SLG-000052 | Nicole Hernandez | Individual | Individual | 3559842 |
| BCA-000584 | Nicole Lannie | Individual | Individual | Unknown |
| SLG-000236 | Nina McLendon | Leaning Tree Farm INC | INC | 3580985 |
| BCA-001245 | Omar Fabelo | Individual | Individual | Unknown |
| BP-001141 | Ottis Ritter | Ritter Construction | Sole Proprietorship | 1098631 |
| SLG-000044 | Pamela Flanagan | Flanagan's Pub INC | INC | 3559159 |
| BCA-001298 | Pamela Garner | Individual | Individual | 3522804 |

| | | | | |
|---|---|---|---|---|
| BP-001005 | Patrick Aldrich | Aldrich's Seeside Cleening, Inc. | INC | Unknown |
| SLG-000145 | Patrick Cotroneo | Individual | Individual | 3571729 |
| SLG-000110 | Patrick O'Conner | The White Elephant pub, INC | INC | 3566618 |
| BCA-001374 | Patti Chastain | Rental prop. | INC | Unknown |
| BP-000030 | Patti Waldrop | Market Direct Designs LLC | LLC | 3046485 |
| SLG-000139 | Patty Yenish | NDY, INC DBA Grandstay Hotel and Suites | INC | 3575472 |
| BP-000505 | Paul Hildesheim | Slide and Jump Zone, LLC | LLC | 3503180 |
| BP-000597 | Paul Millet | Saint Optical | INC | 3504440 |
| BP-000785 | Paul Sims | Custom Plumbing & Piping LLC | LLC | 1121968 |
| BP-000094 | Paul Vincent | Friends of the Disabled | INC | 1105114 |
| BP-000967 | Pavlos Petrou | Russell's Marina Grill | Partnership | 1141336 |
| FMG-000047 | Penny Verdin | Individual | Individual | 3557440 |
| BP-000611 | Perry C. Jinright | Jade Consultanting, LLC | LLC | 3515872 |
| BCA-001318 | Pete Zovath | Zovath Industries | INC | Unknown |
| SLG-000031 | Peter Heslin | Individual | Individual | 3540861 |
| BP-001249 | Peter Howard | Peter Howard Churchill II, LLC | LLC | 3454113 |
| BP-001248 | Peter Howard | Austin Park II, LLC | LLC | 3451433 |
| IBP-000008 | Peter Ives | Individual | Individual | 3516460 |
| SLG-000199 | Peter Mazer | Outdoor Furniture Connection | Sole Proprietorship | 3583043 |
| BCA-001454 | Peter Munteanu | Wild Life Charters, INC | INC | 3316767 |
| BCA-000510 | Phetsamone Chanthaphonh | Individual | Individual | Unknown |
| BCA-001608 | Phi Van Nguyen | Individual | Individual | 1072228 |
| BP-001262 | Phillip Dunham | Air Systems Inc | INC | 3580535 |
| BCA-000270 | Phillip H. Abbott | Cheapos Inc | INC | 1611503 |
| BCA-001097 | Phuong Van Huynh | City Nails II | Sole Proprietorship | 3481466 |
| BCA-000157 | Poh Cramer | Individual | Individual | 3558411 |
| BP-000952 | Preston Hendrix | | Individual | 3021069 |
| BP-000165 | Rae Meccia | | Individual | Unknown |
| SLG-000213 | Ralph Fighera | Spin City, LLC | LLC | 3581034 |
| IBP-000061 | Ramesh Patel | Shri Ram, Inc | INC | 3435230 |
| SLG-000058 | Ramonita Plaza | Individual | Individual | 3506581 |
| BP-000582 | Ramsey Stuart | | Individual | 3508788 |
| BP-000502 | Ramsey Stuart | South Alabama Brick Company, Inc. | INC | 3509858 |
| IBP-000037 | Randall Bridges | Automatic Fasteners, INC | INC | 3519978 |
| BP-000784 | Randall Burt | | Individual | 3388034 |
| BCA-000217 | Randel Brown | Individual | individual | 3554067 |
| BP-001272 | Randy & Eric Crocker | Randy & Eric Crocker Homebuilders | Partnership | 3576749 |
| BP-001054 | Randy Hinojosa | | Individual | Unknown |
| BP-001246 | Raymond Wood | | Individual | Unknown |
| SLG-000074 | Rebecca Zoumberos | Limelight Photography and Design LLC | LLC | 3562352 |
| BP-000899 | Regina Gilliam | Gilliam Plumbing | Sole Proprietorship | 1134642 |

| | | | | |
|---|---|---|---|---|
| BP-000906 | Renata Young | | Individual | 3266884 |
| BP-000643 | Rene West | Executive Landscaping, Inc. | INC | 3350600 |
| BP-000641 | Rene West | Safe and Sound Mini Storage | INC | 3306733 |
| BCA-001501 | Repanule Hall | Individual | Individual | 3583151 |
| SLG-000101 | Richard Bosse | Florida Fish Guy, INC | INC | 3569761 |
| CCS-000013 | Richard Brothers | Fishing Charters, Inc | INC | 3390257 |
| BCA-001296 | Richard Carrillo | Individual | Individual | Unknown |
| BP-000285 | Richard Courtney | Internet Business Solutions | INC | 3466838 |
| BCA-000167 | Richard Goodwin | Individual | Individual | 3478571 |
| SLG-000154 | Richard Gordon | Individual | Individual | 3575559 |
| BP-001196 | Richard Inge | County Rd 20, LLC | LLC | 3523106 |
| BP-000729 | Richard Maxwell | Maxwell Construction Company, LLC | LLC | 3503197 |
| BCA-000208 | Richard Newman | Individual | Individual | 3101979 |
| BCA-000798 | Richard Norman | Individual | Individual | 1017676 |
| BCA-001124 | Richard Randolph | Sirran Holdings, INC DBA Ravens Restaurant | INC | 3244645 |
| SLG-000140 | Richard Swier | Startup Florida, Inc | INC | 3579078 |
| BP-001254 | Richard Thurman Jr | C-Glass and Closets | INC | 3539789 |
| SLG-000134 | Richard Urich | Zornoi, Inc | INC | 3575452 |
| BP-000167 | Rickey Senner | Sweet Basils Bistro | INC | 3114774 |
| SLG-000143 | Rifat Aslan | Individual | Individual | 3301502 |
| DMA-000040 | Rita Bylsma | Casamar LLC DBA Captains Fish House | LLC | 1623983 |
| IBP-000043 | Rob Florence | Histouric Tour & Batture Press Inc | INC | 3423461 |
| AKD-000003 | Robert Allende | International Material Industries LLC | LLC | 3452257 |
| BCA-001379 | Robert Beamish | Food Parade, INC | INC | Unknown |
| BP-000614 | Robert Burch | | Individual | 3503176 |
| SLG-000111 | Robert C. Hegedus | Hungry Howies Pizza | INC | 3566823 |
| BP-000464 | Robert Chatham | Chatham Home Planning, INC | INC | 3502437 |
| BCA-001150 | Robert Duncan | Childworld Learning Center, INC | INC | 3445051 |
| BP-000515 | Robert Larisey | | Individual | 3494493 |
| BP-000558 | Robert Locke | Kea-Ash Inc | INC | 3505662 |
| BP-000479 | Robert Logan | Core Fitness | Individual | 3501892 |
| SLG-000230 | Robert Martin | Miscue Lounge, INC | INC | 3580775 |
| BCA-000049 | Robert McElroy | Alabama Inshore Fishing Charters LLC | LLC | 1035499 |
| SLG-000185 | Robert Rarin | Infinity Appraisals INC | INC | 3532118 |
| DDL-000007 | Robert Seton | Individual | Individual | 7297892 |
| SLG-000200 | Robert Steele | Safety Harbor Hardware | INC | 3489732 |
| BCA-001321 | Robert Welch | Baitboy of New Smyrna | Sole Proprietorship | 1636713 |
| CCS-000025 | Robert Williams | Ocean Bingo | INC | Unknown |
| BP-001153 | Rodney Smith | Soniat Antique Shop | INC | Unknown |
| DDL-000010 | Romeo Raponi | Romeo Italian Restaurant, INC | INC | Unknown |
| BP-000028 | Ron Cheramie | Individual | Individual | 1145812 |
| BP-001111 | Ronald Bullock | | Individual | 1124169 |
| BP-000456 | Ronald Kempton | Wessex, Inc | INC | 3513714 |

| | | | | |
|---|---|---|---|---|
| BP-001215 | Ronald Lagrange | Helix Construction, INC | INC | 3501769 |
| BCA-001165 | Ronald Martin | Individual | Individual | Unknown |
| SLG-000176 | Ronald Mountcastle | Errol Estatte Country Club, LTD | LTD | 3580407 |
| SLG-000198 | Ronnie Runion | Sherwood Forest Landscaping DIV INC | INC | 3581508 |
| BP-000171 | Ronnie Wagner | Wagner Plumbing | INC | 3263287 |
| BP-000065 | Rosetta Gallagher | Treasure Memories | Sole Proprietorship | 1033397 |
| IBP-000015 | Roy Boasso | Louisiana Container Sales, INC | INC | 3044454 |
| BP-001048 | Ru T. Troung | Star Nails, LLC | LLC | 1165415 |
| BP-000987 | Russell Gilheart | Piddlewood | Sole Proprietorship | 3504385 |
| SLG-000026 | Russell Spring | Blue Coral Investment Group LLC DBA Tamiami Sunoco | LLC | 3557190 |
| BP-000247 | Ryan Creel | Creel Construction, LLC | LLC | 3382284 |
| BP-000919 | Ryan Faircloth | Faircloth McAdams Contracting, LLC | LLC | 3507911 |
| SLG-000207 | Sally Hockey | K&S Hockey, Inc | INC | 3582326 |
| SLG-000050 | Samantha Mirabelle | Samantha Bianco, Inc | INC | 3575314 |
| SLG-000133 | Samantha Mirabelle | L'Bella Style Lounge | Sole Proprietorship | 3559437 |
| BP-000062 | Samantha Stewart | Individual | Individual | 1151930 |
| SLG-000020 | Samuel Tremblay | Individual | Individual | 3557767 |
| DMA-000028 | Sandra Garlotte | Individual | Individual | Unknown |
| BP-000433 | Sandra Miller | Individual | Individual | 3501225 |
| BCA-000036 | Sarah Mills | Individual | Individual | 1189311 |
| SLG-000077 | Scott Barber | Individual | Individual | 3562588 |
| BP-001253 | Scott Grubb | | individual | 3539485 |
| SLG-000061 | Scott Heinz | Individual | Individual | 3552245 |
| SLG-000226 | Scott McGaughey | McGaughey Busses, INC | INC | Unknown |
| BCA-001190 | Scott Robert Caron | Individual | Individual | 3561107 |
| BCA-000408 | Shanairrian Tywayne Jordan | Individual | Individual | Unknown |
| BP-000267 | Shane Lassitter | Individual | Individual | 3403426 |
| BP-000970 | Sharif Elnagger | | Individual | 3045521 |
| BP-000866 | Sharon Macaluso | | Individual | 3003838 |
| BP-000418 | Sharon Senner | Chateau Hotel, LLC | LLC | 3519144 |
| SLG-000155 | Shawn Henderson | Individual | Individual | 3575567 |
| BCA-000138 | Shi Si Zheng | Individual | Individual | 3567357 |
| SLG-000002 | Stacey Ball | House of Windsor, INC | INC | 3556289 |
| SLG-000237 | Stephanie Dubsky | Stephanie Dubsky Photography | Sole Proprietorship | 3583987 |
| SLG-000173 | Stephen Pate | Individual | Individual | 3575915 |
| IBP-000052 | Stephen Wicks | Individual | Individual | 3520846 |
| SLG-000069 | Steve Kuykendall | Individual | Individual | 3561899 |
| BCA-000460 | Steve Lopez | Lopez Renovations, LLC | LLC | 3356582 |
| SLG-000156 | Steven Hernandez II | Individual | Individual | 3446288 |
| BP-001198 | Steven Nelson | DSI LLC | LLC | 3521090 |
| BP-000868 | Steven Waller | | Individual | 3500773 |

| | | | | |
|---|---|---|---|---|
| BCA-001373 | Susan Chaplin | Individual | Individual | 3404675 |
| BP-000133 | Susan Poston | Clawdaddy's of Perdido Key | INC | 3028409 |
| SLG-000174 | Susan Tylicki | Individual | Individual | 3575927 |
| BP-000127 | Susie Pope | | Individual | 3052289 |
| BCA-001239 | Suzanne Cohill | Individual | Individual | 3582949 |
| SLG-000157 | Suzanne Hoyer | Individual | Individual | 3578946 |
| SLG-000078 | T.C. Bryant | RUSure, Inc | INC | 3569282 |
| SLG-000082 | Tammy Benson | Individual | Individual | 3552664 |
| SLG-000003 | Tammy Donithan | Individual | Individual | 3556034 |
| BP-000013 | Tara Crosby | Individual | Individual | 1134668 |
| SLG-000014 | Tara Johnson | Individual | Individual | 3318938 |
| SLG-000017 | Ted Antol | Individual | Individual | 3535427 |
| BP-000281 | Ted Kennedy | City Herbs | INC | 3342048 |
| BP-000235 | Teena Haven | Teena Haven | Sole Proprietorship | 3406381 |
| BCA-000111 | Teresa Frye | Individual | Individual | 3368539 |
| BP-001162 | Teresa Shaver | Baldwin County Fence Company | INC | 3348291 |
| SLG-000018 | Terri Belle-Witty | Allsite Concrete Inc | INC | 3560234 |
| BP-001133 | Terry Tedesco | Terry Tedesco Rental Property | Individual | 3310463 |
| BCA-000136 | Terry Westenberger | Individual | individual | 3570565 |
| BCA-001082 | Thomas Brewer | Offshore International Marine | INC | 1107544 |
| SLG-000055 | Thomas Harding | Thomas A Harding LLC DBA Springs Resort Hotel | LLC | 1186836 |
| BCA-000724 | Thomas Markwith | Individual | Individual | Unknown |
| CCS-000020 | Tim Countryman | Gulf Shore Bakery, LLC | LLC | 3555770 |
| BCA-000302 | Tim Matesi | Individual | individual | 3571721 |
| BP-000138 | Tim McCormick | Gulf Coast Storage Solutions | Sole Proprietorship | 1154988 |
| BP-000890 | Tim Quattlebaum | Q&Q, LLC | LLC | 3342551 |
| SLG-00086 | Tina Arcan | BNT Liquors of Cape Haze, INC | INC | 1151540 |
| SLG-000015 | Tina Blastow | Individual | Individual | 3536278 |
| BCA-001275 | Toby Pombrio | Cardiac Medical Solutions, INC | INC | 3577914 |
| BP-000221 | Todd Boothe | MTB Custom Builders, Inc | INC | 3472548 |
| SLG-000099 | Tom Irving | TDI Ventures LLC | LLC | 3525516 |
| BCA-000090 | Tommy Earl Hamm | Tommy Hamm Construction, INC | INC | 3425014 |
| BCA-000026 | Tommy John | Individual | Individual | 3388820 |
| BCA-001289 | Tonia Zottola | Individual | Individual | 1612139 |
| SLG-000158 | Tonya Kimmi | Individual | Individual | 3535581 |
| BCA-000310 | Tonya Longo | Individual | Individual | 3327274 |
| BCA-000411 | Travis Johnson | Individual | Individual | 3220506 |
| BP-000238 | Troy Boothe | Commercial Van Specialists, Inc. | INC | 3466847 |
| BP-000978 | Troy Strehle | | Individual | 3509242 |
| BP-000856 | Troy Wilson | Royale Investments | LLC | 3457016 |
| BCA-000547 | Tyrone Henry | Individual | Individual | 3327160 |
| SLG-000093 | Valarie Hanson | Individual | Individual | 3565141 |
| SLG-000175 | Valerie Gavin | Crave of Fort Myers, Inc | INC | 3579084 |
| BCA-000238 | Vallerie Rogers | Individual | Individual | 3041465 |

| | | | | |
|---|---|---|---|---|
| SLG-000012 | Van Hyning | Individual | Individual | 1110816 |
| BCA-000163 | Vanessa Ann Demolle | Individual | Individual | 3024880 |
| BCA-001276 | Vernon Patterson | Individual | Individual | 1002933 |
| SLG-000013 | Vernon Young | Individual | Individual | 3456358 |
| BCA-001382 | Victor Harberson | Individual | Individual | Unknown |
| IBP-000031 | Victor Miranda | Individual | Individual | 3236292 |
| BCA-000248 | Victor Schneider | Individual | Individual | 3221807 |
| BP-000731 | Virgil Hinote | | Individual | 3507076 |
| SLG-000242 | Vito Saputo | Florida Westcoast Produce, LLC | LLC | Unknown |
| SLG-000027 | Vladimir Moldovan | Individual | Individual | 3559364 |
| BP-000489 | Vu Nguyen | MV Sky Blue II | Sole Proprietorship | 3017487 |
| BP-000130 | Vycki Thompson | Splash 307, Sunbird 1007 | Individual | Unknown |
| SLG-000046 | W. Keyes Elmore | North Beach Road Inc DBA Gulf View Grill | INC | 3559294 |
| BP-000913 | Wally Davis | | Individual | Unknown |
| DMA-000082 | Walter Click | Individual | Individual | 3407956 |
| BP-001021 | Walter Ed Dismukes | Ed Dismukes Plumbing | INC | 3452552 |
| CCS-000007 | Walter Stange | individual | individual | 7281010 |
| BCA-001444 | Watson Perrin | Individual | Individual | Unknown |
| SLG-000095 | Wen Man White | Tung Shing Inc DBA Peking Tokyo | INC | 3527519 |
| IBP-000042 | Wendy White | Individual | Individual | 3246318 |
| SLG-000047 | Wendy Wier | Individual | Individual | 3559309 |
| SLG-000161 | Wesley Olive | Individual | Individual | 3575582 |
| BP-000540 | Wiley Platt | Platt Homebuilders, INC | INC | 3320387 |
| BP-000539 | Wiley Platt | Platt Investments, LLC | LLC | 3506509 |
| BP-000215 | Willard Freeman | | Individual | 3406724 |
| BP-000837 | William Bolton | Beaufort Engineers Services | INC | 3509719 |
| BP-000536 | William Dawson | | Individual | 3368979 |
| BP-000393 | William Fannin | ASAP Gutters LLC | LLC | 1005318 |
| BCA-000423 | William Holden | Magnolia Printing Company, INC | INC | 3255161 |
| BP-000808 | William L. Gates III | | Individual | 3183544 |
| BCA-001146 | William Lance Brooks | Bent Charters, llc | LLC | 1150434 |
| BP-000674 | William McConnell | Solomon's Temple Ministry | Sole Proprietorship | 3458065 |
| BP-000443 | William McGuinnes | Papa Roco's Inc | INC | 1153522 |
| SLG-000159 | William Meleedy | Individual | Individual | 3495854 |
| BCA-000070 | William Miles | Individual | Individual | 3412155 |
| SLG-000178 | William Nutting | Naples Tours INC | INC | 3579726 |
| BP-001081 | William Reehl | Montrose Square, LLC | LLC | 3508366 |
| BP-001072 | William Reehl | Oxford Group | LLC | 3507709 |
| SLG-000169 | William Schmitz | Bayshore Marine and Yacht Brokerage | INC | 3534773 |
| BP-000191 | William Staggers | Eastern Shore Plastic Surgery, P.C. | INC | 1123480 |
| BP-000487 | William Watson | B&L Hay Service | Partnership | 3409511 |
| SLG-000138 | Xue Cui Xiang | Chinese Acupuncture | Sole Proprietorship | 3416243 |

| BCA-000380 | Yohance Johnson | Individual | Individual | 3571194 |
|---|---|---|---|---|
| BP-001280 | Yuette Holmes | Individual | Individual | 7189399 |
| BCA-000267 | Zaida Carrion | Individual | individual | 3571289 |