UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | SECTION J |
| | | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |
| This document relates to: *All Cases* | * * | |

## NOTICE OF HEARING

Please take notice that a hearing is set for proposed intervenor Full Scope Services, LLC's Motion to Intervene before the Honorable Sally Sushan, United States Magistrate Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on October 24, 2012, at 9:00 a.m.

1