UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179 <br><br> SECTION J <br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| This document relates to: *All Cases* | | |

## COMPLAINT FOR INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Intervenor **FULL SCOPE SERVICE, L.L.C.** ("Full Scope"), who files this complaint for intervention in accordance with Federal Rule of Civil Procedure 24.

This, the petition of intervenor, **FULL SCOPE**, alleges as follows:

1.

Made defendant-in-intervention herein are:

(A) The law and/or consulting firms of: Alvendia, Kelly & Demarest, LLC; Brent Coon & Associates; The Irpino Law Firm; Stout Law Group, PL; Coastal Consulting Services; Danziger & De Llano, LLP; D. Miller & Associates; PLLC; and J. Davis, Attorney at Law, LLC (hereinafter collectively referred to as "Defendant Firms").

(B) Individual Claimants with whom Full Scope has entered into contracts (hereinafter collectively referred to as "Individual Defendants").

1

3.

In the aftermath of the Deepwater Horizon incident and resulting oil spill, Full Scope was retained by the Defendant Firms and Individual Defendants to provide assessment and evaluation services for claimants related to oil spill damages and settlement claims in this matter.

4.

The names and other identifying information of the six hundred and eighty (680) claimants for whom Full Scope performed services pursuant to contracts with the Defendant Firms and the Individual Defendants are listed in the attached Exhibit "A".

5.

Intervenor entered into Contracts with the Defendant Firms to provide assessment and evaluation services for certain clients of Defendant Firms. These contracts contained the following term:

> "[Defendant Firm] and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until [Defendant Firm] or Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. [Defendant Firm] agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by [Defendant Firm] or Claimant. Full Scope acknowledges that services rendered are provided on an hourly basis..."

6.

Intervenor also entered into Contracts with the Individual Defendants to provide assessment and evaluation services for their claims. These contracts contained the following term:

> "Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until Claimant receives

2

payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment."

6.

Full Scope has performed its obligations under the terms of the contracts with Defendant Firms and Individual Defendants by providing assessment and evaluation services to the 680 claimants listed in Exhibit "A". These Claimants utilized the documentation and reports generated by Full Scope (pursuant to the terms of the Contracts cited above) in support of their settlement claims or litigation.

7.

Because Full Scope has fully performed under the terms of the Contracts, Defendants-in-Intervention are either presently indebted to Full Scope under the terms of the Contracts, or will become indebted to Full Scope upon receipt of payment in the future.

8.

Full Scope therefore has an interest in the settlement claims of the 680 claimants for whom Full Scope performed services under contract, and is entitled to be paid its fee directly out of the settlement funds allocated to those claimants.

3

**WHEREFORE**, intervenor, Full Scope Services, LLC, prays that the defendants-in-intervention named herein, and listed on Exhibit "A" be served with a certified copy of this complaint and after the lapse of all legal delays and subsequent filings that there be judgment in favor of intervenor, Full Scope Services, LLC, and against the Defendant Firms and Individual Defendants, defendants-in-intervention, for all relief sought under the law.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, No. 3604
Daniel A. Meyer, No. 33278
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served on all counsel of record via this Court's CM/ECF service, this October 9, 2012.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO

**PLEASE SERVE**:
PATRICK A. JUNEAU
Claims Administrator
Deepwater Horizon Economic Claims Center
P.O. Box 1439
Hammond, LA 70404-1439
ATTN: Third Party Claim Documents

4

| Full Scope File # | Claimant Name | Busines Name | Individual or Business Type | GCCF Number |
|---|---|---|---|---|
| BCA-000179 | Abel Ramos | Individual | Individual | Unknown |
| SLG-000227 | Abi Hills | Individual | Individual | 3583890 |
| BCA-000032 | Adam Lurie | Individual | Individual | 3437201 |
| BP-000126 | Adam Pope | | Individual | 1030618 |
| SLG-000141 | Adrian Boucher | Pizza Since 1978 INC | INC | 3532516 |
| SLG-000197 | Adrienne Anderson | Tatum Ridge Golf Links, INC | INC | 3581831 |
| SLG-000087 | Ahmet Celik | Celik Marine, LLC | LLC | 3565111 |
| BCA-001594 | Alainna & Ronald Sensebe | Ink Well Printing | Partnership | 3238986 |
| BP-001263 | Alan Alario | Alan Alario Inc | INC | 1156038 |
| BP-001020 | Alan Fowler | Fowler Properties, INC | INC | 3517958 |
| BP-001126 | Albert Sibilla | Amps II Wattz | Sole Proprietorship | 3402922 |
| BP-000061 | Aletha Lee | Individual | Individual | 1151704 |
| SLG-000008 | Alicia Lundy | Individual | Individual | 3526895 |
| BCA-001230 | Allan Weilbacker | Weilbacker & Weilbacker Appraisals | INC | Unknown |
| IBP-000067 | Alvin Reed | Individual | Individual | 3413793 |
| BP-000152 | Amanda Dampier | | Individual | 1080588 |
| SLG-000113 | Amanda Gilmour | Individual | Individual | 3566794 |
| BCA-001508 | Amber Kirksey | Individual | Individual | 3015110 |
| BCA-001072 | Amy Ashmore | Individual | Individual | Unknown |
| BP-000140 | Amy Bridges | Groveland Business Group | INC | 3006886 |
| SLG-000170 | Andrea Barber | ATA-BARB INC DBA Brett Barber & Company | INC | 3575973 |
| SLG-000073 | Andrea Boaz | En V Hair Studio INC | INC | 3565086 |
| BCA-001605 | Andrea Mathis | Individual | Individual | 3583281 |
| SLG-000051 | Andrea Terry | Individual | Individual | 3559724 |
| SLG-000029 | Angela Vanderkarr | Individual | Individual | 3551956 |
| BCA-000332 | Anna Ramos | GT Investments Group LLC | LLC | 3345208 |
| SLG-000028 | Anna Tollison | Individual | Individual | 3350886 |
| BP-000833 | Anthony Ortiz | | Individual | 3296053 |
| IBP-000016 | Anthony Serio | Individual | Individual | 3516655 |
| SLG-000195 | Anthony Voights | Voights Service Center, INC | INC | 3583938 |
| SLG-000105 | Antonio Cancio | Individual | Individual | 3566337 |
| SLG-000210 | Antonio Colandrea | Villa Marina, Inc | INC | 3583064 |
| SLG-000211 | Antonio Colandrea | Parl, Inc | INC | 3581900 |
| BP-001075 | Aristos Petrou | | Individual | 3164538 |
| DDL-000002 | Arks Omar Acosta | USA Drywall & Painting | Sole Proprietorship | 3470767 |
| BP-000161 | Arthur Pouncey | Regional Ceilings, Inc | INC | 3281100 |
| DMA-000045 | Aubrey Baudean | Aubrey Baudean, JR DDS | INC | 3588002 |
| BP-001004 | Auh Thu Nguyen | M&T Quick Stop | Sole Proprietorship | 3174028 |
| BCA-000335 | Austin Hafner | Individual | Individual | 3519376 |
| BP-000801 | Babe Ray Musgrove | All Pro Power, Inc | INC | 3504389 |


EXHIBIT A

| | | | | |
|---|---|---|---|---|
| BCA-000197 | Belinda Weaver | Individual | Individual | 3188575 |
| SLG-000125 | Ben Shepard | Pizza Zone INC | INC | 3567537 |
| BCA-000463 | Bernard Miramon | Individual | Individual | 3521969 |
| BP-000064 | Beth Ann McCormick | The Eat Beat LLC | LLC | 1153515 |
| BP-001055 | Betty Holley | A&B Tax Services | Sole Proprietorship | 3498069 |
| BP-001112 | Beverly Cutro | Individual | Individual | 3510302 |
| BP-000214 | Bikram Singh | Southeastern Hotels Limited Partnership DBA Ramada Inn Bayview | LP | 3401335 |
| BCA-001195 | Bill Ferguson | Ferguson Insurance Agency, INC | INC | 3387162 |
| BP-001191 | Bill Musgrove | Y-Paint | Individual | Unknown |
| BCA-001103 | Billy Hendley | Individual | Individual | 3185005 |
| BP-000624 | Bob McCorkindale | Atlanta Mortgage and Loan Inc | INC | 3214622 |
| CCS-000024 | Bob Simpson | Bob's Classic Cars | INC | 3562009 |
| SLG-000146 | Bobbie Cotnoir | Individual | Individual | 3575306 |
| SLG-000163 | Bonnie Rivenbark | Individual | Individual | 3575586 |
| SLG-000153 | Bozena Gluchowska | Individual | Individual | 3575292 |
| SLG-000144 | Brian Boycheck | Individual | Individual | 3580105 |
| SLG-000171 | Brian Hatfield | Individual | Individual | 3351746 |
| BCA-000458 | Brian Heimbach | KTLB, Inc | INC | 3548960 |
| SLG-000091 | Brian Phillips | Individual | Individual | 3564827 |
| SLG-000137 | Brian Wade | Individual | Individual | 3569767 |
| BCA-000021 | Brianna Fried | Individual | Individual | 3519990 |
| DMA-000101 | Bridgette Chandler | Salon 02, LLC | LLC | 3312292 |
| BP-000059 | Brooke Meade | Individual | individual | 1018188 |
| SLG-000067 | Bruce Kieffer | National Card Systems | INC | 3561235 |
| BP-000933 | Bryan Bostick | Quality Coatings & Drywall, INC | INC | 3505387 |
| BP-001035 | Bryan Bostick | LA, LLC | LLC | 3519979 |
| SLG-000206 | Bryan Fondrick | Fire Masters | Sole Proprietorship | 3350926 |
| SLG-000172 | Bundy Hogue | Individual | Individual | 3575921 |
| BP-000139 | Candice York Jones | | Individual | 1154975 |
| DDL-000005 | Carlos Johnson | Excellent Construction | Sole Proprietorship | 3487958 |
| SLG-000079 | Carmen Rowland | Roland Renaissance, INC | INC | 3575947 |
| SLG-000072 | Carmine Semaco | KC'S Riverstop, INC | INC | 3562197 |
| SLG-000085 | Carol A. Hartwig | Hartwig Mobile, INC | INC | 3563505 |
| BCA-001300 | Carol Jean Gerdes | Individual | Individual | 3535234 |
| SLG-000152 | Carolyn Gerdes | Individual | Individual | 3575559 |
| SLG-000162 | Carolyn Peterson | Individual | Individual | 3559601 |
| BP-001187 | Carolyn Tierce | Tierce Construction Inc | INC | 3519197 |
| SLG-000194 | Carrie Goldbaum | Individual | Individual | 3581536 |
| BP-001011 | Carroll Triche | TNT Seafood | LLC | 3094130 |
| BP-000057 | Casandra Lee | Individual | Individual | Unknown |
| SLG-000024 | Catherine Flories | Sgt. Peppers Headquarters, Inc | INC | 3556334 |
| BP-000946 | Cathlin Melson | | Individual | 3521626 |
| BCA-000455 | Cathy Granucci | Individual | Individual | 3574328 |
| BP-000547 | Cathy Sheffield | Individual | Individual | 3513131 |

| | | | | |
|---|---|---|---|---|
| BP-001056 | Cathy Sims | Individual | Individual | 3511397 |
| BP-000544 | CH Rigdon | Northwest Florida Fair Assoc., Inc. | INC | 3009948 |
| BP-001245 | Chad Bartz | Individual | Individual | 3363544 |
| BP-001247 | Chad Bartz | Chuck Stevens Automotive | INC | 3001920 |
| BP-001244 | Chad Bartz | Cash N Go, LLC | LLC | 3423241 |
| BP-001080 | Chad Graham | | Individual | 3369068 |
| BP-000148 | Champs Place | BBC LLC DBA Champs Place | LLC | 3412218 |
| BP-000142 | Chantele Beye | | Individual | 3005428 |
| BP-000615 | Charles Bassham | | Individual | 3501890 |
| BCA-001143 | Charles Coury | Apple Video Productions | Sole Proprietorship | Unknown |
| BP-001188 | Charles Kelly | Kelly Builders, Inc | INC | 3519737 |
| SLG-000136 | Charlie Bishee | YK Food Design, LLC | LLC | 3570469 |
| BP-001170 | Chau Nguyen | | individual | 3015478 |
| CCS-000021 | Chin Hin Yong | Hin Lee Mylaysian Restaurant | INC | 3560988 |
| BCA-001102 | Chris Giorgio | individual | Individual | 3530903 |
| BCA-001180 | Chris Tuchbaum | Individual | Individual | 3432908 |
| BP-001063 | Christian Bryson | Island Winds West | Individual | 3509848 |
| BP-000585 | Christian Koerner | CRK Enterprises, LLC | LLC | Unknown |
| BCA-001212 | Christine Gumapas | Individual | Individual | 3092057 |
| BP-000233 | Christine Simpson | Glisson, Simpson, LLC | LLC | 3401969 |
| SLG-000112 | Christopher Gilmour | Individual | Individual | 3566821 |
| SLG-000094 | Christopher Tortora | Individual | Individual | 3565144 |
| BCA-000432 | Christy Lynn Robinson | Individual | Individual | 1149440 |
| SIG-000132 | Chuong Nguyen | Pho Quyen Cuisine, INC | INC | 3567598 |
| SLG-000081 | Cindy Alexander | Individual | Individual | 3562888 |
| IBP-000007 | Cindy Champagne | Individual | Individual | 3236318 |
| BP-000428 | CL McQueen | | Individual | 3511215 |
| BP-000271 | Clarence Batain | Batain Masonry, Inc | INC | 3409384 |
| BP-000630 | Clayton Smith | CNS Cabinets, LLC | LLC | 3501198 |
| BP-001151 | Cleveland Campbell | South Alabama Materials, INC | INC | 3437814 |
| BP-001114 | Cleveland Campbell | C&C Hauling Co | INC | 3437645 |
| BP-001115 | Cleveland Campbell | American Family Investments, Inc DBA American Concrete Supply | INC | 3437557 |
| SLG-000164 | Clifford Rivenbark | Individual | Individual | 3483015 |
| DMA-000042 | Clinton Charlie | INC | INC | 3010296 |
| BP-000194 | Cole Thompson | Thompson Achee Development, Inc. | INC | 3417380 |
| SLG-000126 | Colleen Neelon | Individual | Individual | 3567540 |
| BCA-000384 | Connie Wells | Individual | Individual | 3398244 |
| BCA-000069 | Crystal Michener | Individual | Individual | 3540959 |
| BP-000103 | Crystall Russ | Individual | Individual | 1029147 |
| BP-000882 | Curtis Rewerts | River Park Grocery | Sole Proprietorship | 3521914 |
| BCA-000360 | Curtis Thompson | individual | Individual | 3166220 |
| BP-000242 | Cynthia Badinger | Gallery Nine Forty | Sole Proprietorship | 3279662 |
| BCA-000370 | Cynthia Banawa | Banawa Taxi Service | Sole Proprietorship | 3249325 |

| ID | Name | Business | Type | Number |
|---|---|---|---|---|
| BP-000055 | Cynthia Gravt | Individual | Individual | Unknown |
| BP-001093 | Cynthia Willoughby | Willoughby Enterprise, LLC | LLC | 1085557 |
| BP-000836 | D.Q. Tran | Niceville Seafood | INC | 1041938 |
| SLG-000215 | Daemi Fariborz | Individual | Individual | 3582121 |
| SLG-000218 | Dale Dabney | Niagara of Florida, INC | INC | 3583573 |
| FMG-000019 | Dale Dardar | Individual | Individual | Unknown |
| BP-000548 | Dale Steele | Humpty Jumpty Rentals | Sole Proprietorship | 3508120 |
| BP-000210 | Dale Waldorff | Waldorff Insurance and Bonding, INC | INC | 3380281 |
| DMA-000027 | Damischa Dedeaux | Individual | Individual | 1012810 |
| BP-001152 | Damon Conway | Custom Stone and Ceramics | Individual | 3339324 |
| BCA-000160 | Dan Curry | Individual | Individual | 3413409 |
| FMG-000024 | Daniel Arabie | Individual | Individual | 3557416 |
| BP-000358 | Daniel Burch | Cobb Towing & Recovery | INC | 3510288 |
| BCA-001331 | Daniel Harder | Harder Amusements | Sole Proprietorship | 3387583 |
| BP-000561 | Daniel Hinojosa | | Individual | Unknown |
| BCA-000425 | Daniel Meyer | Individual | Individual | 3490616 |
| BP-000911 | Daniel Ward | Gulf Coast Tire and Automotive | Sole Proprietorship | 1144912 |
| BCA-001094 | Danny Ray Stiles | Bay Area Better Hearing, LLC | LLC | 3492771 |
| BP-001135 | Darren W. Bolotte | Aluma Leasing Services, LLC | LLC | 3021765 |
| BP-000817 | David Anglin | Individual | Individual | 3513040 |
| BP-000408 | David Ball | Deluna Land & Timber Company LLC | LLC | 3501882 |
| BCA-001292 | David Baylor | Individual | Individual | Unknown |
| BCA-000154 | David Brewer | Cardiac Innovations, INC | INC | 3559515 |
| BCA-000107 | David Clark | Individual | Individual | 3537752 |
| BCA-000286 | David Edwards | Individual | individual | 3516837 |
| BCA-000018 | David Ferreira | Individual | Individual | 3573797 |
| SLG-000204 | David Krzywonos | INC | INC | 3582500 |
| BP-001172 | David Maples | Southern Dozer & Tractor | INC | 3517315 |
| BP-000574 | David Stapleton | David Stapleton Builders | INC | 3507873 |
| BCA-000364 | David Zimmer | Individual | Individual | 1153697 |
| BP-000465 | Davis Dye | Gulf Walton, Inc | INC | 3504350 |
| SLG-000060 | Dawnell Kelley | Individual | Individual | 3560646 |
| BP-000044 | Dean Skipper | Tripe S Ventures, Inc | INC | 3504420 |
| BP-000043 | Dean Skipper | Crystal Orchard Inc | INC | 3506722 |
| BP-000041 | Dean Skipper | Crystal Pointe, LLC | LLC | 3501911 |
| SLG-000108 | Debora Ponce De Leon | Individual | Individual | 3566647 |
| BCA-001142 | Deborah Allen | Individual | Individual | 3585042 |
| SLG-000038 | Deborah Fiscolare-McBrayer | Individual | Individual | 3558766 |
| SLG-000032 | Deborah Gray | Individual | Individual | 3558272 |
| SLG-000148 | Denise Dickson | Individual | Individual | 3575892 |
| BP-000049 | Denise Myers | | Individual | 1134604 |
| BP-000441 | Denvia Potter | | Individual | 3261447 |
| BCA-000607 | Derek Knapp | Individual | Individual | 3575437 |
| BP-000831 | Diana Davis | Rick Miller Painting, Inc | INC | 3506468 |

| ID | Name | Entity | Type | Number |
|---|---|---|---|---|
| SLG-000033 | Diane Francoletti | Individual | Individual | 3558287 |
| BP-000005 | Diane Nassar | The Green Ant | Sole Proprietorship | Unknown |
| SLG-000057 | Donald Atamanchurch | Ata Man Inc | INC | 3560575 |
| BCA-001154 | Donald Dykes | Individual | Individual | 1146429 |
| BP-001077 | Donald Hull | Harper-Hul Construction, Inc | INC | 3507711 |
| BP-000969 | Doug Thomas | | Individual | Unknown |
| BP-000377 | Doug Ward | Hwy 181 Mini Storage, LLC | LLC | 3436740 |
| SLG-000188 | Duon Chen | China King | Sole Proprietorship | 3582067 |
| BCA-001578 | Dustin Cronier | Individual | Individual | 1030365 |
| SLG-000041 | Dylan Harrellson | Individual | Individual | 3559087 |
| BCA-001211 | Eduardo Fernandez | Argos Properties, LLC | LLC | 3367653 |
| BP-000629 | Edward Jansen | | Individual | 1099534 |
| SLG-000223 | Edward Spaeth | Turtle Cove Group, LLC | LLC | 3581036 |
| BP-000151 | Elizabeth Thompson | | Individual | 3249657 |
| BCA-000149 | Elmer Badzgon | individual | Individual | 3586440 |
| IBP-000044 | Elnora McNeal | Individual | Individual | 3110160 |
| BCA-001233 | Elufrant Annylus | Individual | Individual | 3224974 |
| SLG-000119 | Elvira Handangic | Individual | Individual | 3567071 |
| BP-000240 | Emery Childress | Hwy 27 Dirt, Inc. | INC | 3346881 |
| BP-000241 | Emery Childress | Childress Farms | Partnership | 3346854 |
| DMA-000111 | Emile Naquin | Individual | Individual | 3481843 |
| BP-000181 | Eric Cooper | Cooper Communications | Sole Proprietorship | Unknown |
| BCA-000112 | Erik Gerace | Individual | individual | 3113624 |
| BCA-000077 | Erik Repp | Individual | Individual | Unknown |
| SLG-000084 | Erkin Kurbanov | Toss, Inc | INC | 3563024 |
| BCA-000209 | Esilama Artry | Individual | Individual | 3338766 |
| BP-000905 | Eugene Melson | | Individual | 1017715 |
| BP-000827 | Fairdul Hussain | Torino Inc | INC | 3258199 |
| BP-000383 | Fay Seketa | Seketa Building & Design, Inc | INC | Unknown |
| BP-000230 | Fran Duse | Baldwin County HBA | INC | Unknown |
| SLG-000030 | Francis Koziel | Individual | Individual | 3558163 |
| FMG-000012 | Francis Lovell | Lovell Properties, LLC | LLC | 3532248 |
| BCA-001479 | Frank Cozze | Individual | Individual | Unknown |
| BP-001019 | Frank Lott | Heritage Homes of Mobile INC | INC | 3388474 |
| SLG-000209 | Frank Valente | Sunshine Motorcross, LLC | LLC | 3560624 |
| BCA-000323 | Frederick Klein | Klein & Son Construction | Sole Proprietorship | Unknown |
| BCA-000105 | Gabriel Bush | Individual | individual | 3156468 |
| BP-000758 | Gannon Leary | | Individual | 3525708 |
| IBP-000010 | Gary Bordelon | Garys Electric Service, INC | INC | 3511388 |
| SLG-000189 | Gary Hamilton | Palm View Golf Corp | INC | 3581520 |
| BCA-000383 | Gary Haynes | White Sands Cleaning Service | Sole Proprietorship | 1084972 |
| IBP-000009 | Gary Lamonte | Individual | Individual | 3104597 |
| BP-000461 | Gary McCabe | Prestige Properties, INC | INC | 3509721 |

| BP-000820 | Gary Tompkins | | Individual | Unknown |
|---|---|---|---|---|
| BCA-001407 | Gary Troyer | Individual | Individual | 3266099 |
| BP-000021 | Gene Myers | Paradise Marine | INC | 1147875 |
| BP-000581 | George Harvill | G.R. Harvill, Inc | INC | 3503455 |
| BP-000765 | George Roberds | Roberds Corporation | INC | 3532252 |
| SLG-000106 | Gerald Koski | Individual | Individual | 3566417 |
| BP-000278 | Gerry Rambo | Rambo Inc | INC | 3406392 |
| SLG-000224 | Gilles Gobeil | Gilles & Sons, Inc | INC | 3580909 |
| SLG-000177 | Giustino Loyal | Loyal Crab Company | Partnership | 3580114 |
| SLG-000114 | Gjovalin Curraj | Individual | Individual | 1174346 |
| SLG-000040 | Gloria Manning | Individual | Individual | 3559042 |
| BP-000918 | Gordon Spafford | Distinctive Homes, LLC | INC | 1075838 |
| SLG-000117 | Gredeli Edih | Astro Café Inc | INC | 3566816 |
| BP-000907 | Greg Austin | | Individual | 3401390 |
| SLG-000076 | Greg Mangum | Bay Area Home Inspections of South Florida Inc | INC | 3562520 |
| BCA-001400 | Greg Young | MG&D Enterprises Inc | INC | 3500032 |
| SLG-000192 | Gregory Jones | Robinhood Landscaping INC | INC | 3581816 |
| BCA-001604 | Hans Materne | Individual | Individual | 3588312 |
| BCA-000089 | Harold Thrasher | Thrasher Site Development, INC | INC | 3478481 |
| BCA-000028 | Harrison Jordan | Individual | Individual | 3477226 |
| SLG-000045 | Hayle Morse | Individual | Individual | 3528673 |
| BP-001057 | Heather Bolton | BES Construction, LLC | LLC | 3508972 |
| SLG-000039 | Heather Stribrny | Individual | Individual | 3558851 |
| SLG-000107 | Helen Mallory | Individual | Individual | 3005767 |
| BP-001251 | Henry Haseeb | H&H Financial Services INC | INC | 3418443 |
| BCA-000658 | Henry Le | Individual | Individual | Unknown |
| DMA-000083 | Herbert Glass | Backyard Pools, LLC | LLC | 3412789 |
| BP-001179 | Hoai Ha | | Individual | 3124977 |
| BCA-001512 | Hurley Lewis | Individual | Individual | Unknown |
| BCA-000119 | Irvin Leverock | Individual | Individual | 3522196 |
| BP-000212 | J. Alan Lipscomb | Benton & Lipscomb, Attys. at Law | Partnership | Unknown |
| BP-001024 | Jack Jernigan | Jernigan and Sons, Inc | INC | 3329489 |
| SLG-000160 | Jack Ogline | Individual | Individual | 3575579 |
| SLG-000115 | Jack Oliver | Individual | Individual | 1174346 |
| SLG-000042 | Jaclyn Lokay | Individual | Individual | 3559135 |
| BCA-000084 | Jacquelyn Sanborn | Individual | Individual | 3588340 |
| BP-001240 | Jacquilyn Schwartz | Premier Plans | Partnership | 3564272 |
| SLG-000130 | Jade Engelke | Individual | Individual | 3538141 |
| BCA-00761 | Jadrain Clipper | Individual | Individual | 3087771 |
| BP-000636 | James Adams | James H. Adams & Sons | INC | Unknown |
| SLG-000245 | James Atkinson | Chesapeake Bay Crab House, INC | INC | 3563484 |
| BP-001161 | James Deslonde | AAVID Presentation System, LLC | LLC | 3109246 |
| BP-001282 | James Godwin | Individual | Individual | 3584435 |
| BP-001167 | James Herbert | Professional Cabinets, Inc. | INC | 3516713 |
| BP-000340 | James Hobbs | Hobbs Tree Service | Sole Proprietorship | 3191684 |

| | | | | |
|---|---|---|---|---|
| CCS-000009 | James Horn | individual | individual | 1187340 |
| BP-000889 | James Jimbo Waldrop | J&T LLC | LLC | 3250482 |
| BP-000917 | James Johnson | | Individual | 3518316 |
| BCA-001416 | James Menelli | Florida Paint Centers, INC | INC | Unknown |
| BCA-000452 | James Osmond | East County Associates INC | INC | Unknown |
| BP-000853 | James Pittman Jr. | James Pittman JRC | INC | 3521337 |
| BP-001239 | James Rather | Creative Design | Partnership | 3564257 |
| BP-000932 | James Snell | Outdoor Expressions | Individual | 3252517 |
| BP-000302 | James Womble | Backyard Traditions LLC | LLC | 3499022 |
| BP-000948 | Janet Presley | Individual | Individual | 3500700 |
| BP-000761 | Jason Cox | Washit, Inc | INC | 3518577 |
| BP-000227 | Jason Hons | Hons Builders, Inc | INC | 3403326 |
| BP-000226 | Jason Hons | Homes by Hons LLC | INC | 3402969 |
| BP-000592 | Jason Nowling | | Individual | 3520929 |
| BCA-000151 | Jason Revie | Bottom Paint Store LLC | LLC | 3522550 |
| BP-001250 | Jason Roach | Roach Builders Inc | INC | 3223369 |
| SLG-000165 | Jason Ruberg | Individual | Individual | 3575896 |
| BP-000877 | Jaye Shirley | Gulf Coast Construction Property Management Inc | INC | Unknown |
| BCA-000367 | Jean Cadestin | Individual | Individual | 3267827 |
| BCA-001106 | Jean Claude Joseph | Jean Claude Joseph DBA JC Custom Broker & Intl. Freight Services | Sole Proprietorship | 3510173 |
| SLG-000182 | Jean Gifford | Williams Submarine, INC | INC | 3580222 |
| BP-001085 | Jeannie Jasim | Holistic Arts, LTD | INC | 3421139 |
| BP-000207 | Jeff Thompson | County Road Storage, | LLC | 3422147 |
| DMA-000205 | Jeffrey Key | The Cruise Connection | Sole Proprietorship | Unknown |
| SLG-000203 | Jeffrey Totten | Jeff Totten Enterprises | Sole Proprietorship | Unknown |
| BP-000647 | Jeffrey Turner | | Individual | 3327555 |
| SLG-000216 | Jeffrey Wild | Adventure RV, Inc | INC | 3583271 |
| BP-000337 | Jeffrey Wolfe | | Individual | 3406971 |
| BCA-000100 | Jennifer Adams | Individual | Individual | 3563666 |
| BCA-001201 | Jennifer Jones | Individual | Individual | 3068399 |
| BCA-000166 | Jeremy Pierpont | Gulf Coast Builders, LLC | LLC | 3005057 |
| BCA-001335 | Jerome Jackson | Individual | Individual | 3158538 |
| BCA-000074 | Jerome Lucas | Perfect Strokes Painting & Remodeling | Sole Proprietorship | 3102462 |
| BP-001283 | Jerre Strickland | KSW, LLC | LLC | 3448744 |
| BCA-000010 | Jerry Chueray | Individual | Individual | 3576052 |
| BCA-000122 | Jerry Mosley | Individual | Individual | 3335801 |
| BCA-000303 | Jessy Folmar | Individual | Individual | 3328329 |
| BCA-000462 | Jhon Freddy Marulanda | Individual | individual | 3573467 |
| BP-000622 | Jim Henderson | Jimmy Henderson Construction | INC | 3508333 |
| BP-000692 | Jim Ivy | Infinity Homes, Inc | INC | 3502864 |
| BP-000783 | Jim Lafitte | A Plus Professional Painting | Sole Proprietorship | 3237295 |

| | | | | |
|---|---|---|---|---|
| BCA-000344 | Jim Maxwell | James Maxwell & Associates | Sole Proprietorship | 3573690 |
| BP-001150 | Jimbo Yance | Individual | Individual | 3008848 |
| BP-000841 | Joanna Anderson | | Individual | 1155281 |
| SLG-000181 | Jody Mcitose | Thirsty's INC | INC | 3579995 |
| BP-000449 | Joe Lambeth | Cockrells Pensacola | INC | 3500398 |
| BP-000446 | Joe Lambeth | Cockrells Robertsdale | INC | 1099432 |
| SLG-000124 | Joe Tummina | Westshore Pizza XXXII INC | INC | 3579075 |
| SLG-000100 | Joel Olinski | Individual | Individual | 3565427 |
| BP-001224 | John Allen | Deadwood Mountain Millworks | INC | 3525197 |
| SLG-000135 | John Barlas | Jonny Primo's Inc | INC | 3575460 |
| SLG-000088 | John Belmont | JB's Conch Café Inc | INC | 3564443 |
| BP-000144 | John Blair | Protec Marine LLC | INC | 1040621 |
| SLG-000232 | John Cueto | GCI Imperial Investment, LLC | LLC | 3580918 |
| BP-001256 | John G. Riggins Jr | Coastal Woodwork, Inc | INC | 1187913 |
| BP-000601 | John Kearley | Kearley's Roofing & Repair, INC | INC | 3518580 |
| BP-001165 | John Keese | Bubba John Seafood | LLC | 1008791 |
| BCA-000313 | John Ledbetter | individual | Individual | 3581374 |
| BP-000217 | John Miller | J.M. Miller Plumbing and Piping | INC | 3506655 |
| BP-000537 | John Peterson | Greenscape | Sole Proprietorship | 3508116 |
| BP-000442 | John Senn | US Battery Warehouse LLC | LLC | 3526671 |
| IBP-000049 | Johnathan Kaszowski | Individual | Individual | 3339004 |
| SLG-000004 | Jon Eric St. Jean | Individual | Individual | 3556298 |
| BCA-000133 | Jonathan Turner | Individual | Individual | 3533012 |
| BCA-000170 | Jonathan Wilson | Hardrock Homes, INC | INC | 3553873 |
| BCA-001538 | Jorge Ramirez | Individual | Individual | Unknown |
| BCA-000137 | Jorge Santos | Individual | individual | Unknown |
| SLG-000137 | Joseph Brennan | Brennan Subs | INC | 3569767 |
| BCA-000152 | Joseph Byrnes | Individual | individual | 3115643 |
| BCA-000109 | Joseph Donoian | Individual | Individual | 3522046 |
| BP-000542 | Joseph Strange | Iron & Canvas Workshop | INC | 3509237 |
| BCA-001227 | Josh Taylor | Individual | Individual | 3004446 |
| BCA-001602 | Juan Magria | Individual | Individual | 3574722 |
| BP-000185 | Jud Harvill | Harvill Inc | INC | 3406556 |
| BP-000424 | Judah Castagne | First Rate Property Solutions | Sole Proprietorship | 3507905 |
| BP-000609 | Judson Basse | Emerald Coast Mortgage | Sole Proprietorship | 1166907 |
| BP-001143 | Judy Belk | J&M Fast Foods of AL Inc | INC | 3511314 |
| SLG-000191 | Julian Dias | Nova Florist, INC | INC | 3581805 |
| BP-000986 | Julie Vasquez | Samurai J Downtown | LLC | 3508168 |
| BP-000053 | Justin McCurdy | Individual | Individual | 1127190 |
| SLG-000068 | Justin Stiver | Individual | Individual | 3528197 |
| BCA-001148 | Karen Buccitelli | Individual | Individual | 3566552 |
| BCA-001127 | Karen Coates | Tropical Gifts | Sole Proprietorship | Unknown |
| BCA-000731 | Kari Mullen | Individual | Individual | 3521563 |

| | | | | |
|---|---|---|---|---|
| SLG-000064 | Kary Allen | Individual | Individual | 3561061 |
| JAY-000002 | Kathleen Carter | Individual | Individual | Unknown |
| BP-000145 | KC Chiang | Windfield Resort Properties, INC | INC | 1071939 |
| BCA-000611 | Keak Kuoch | Individual | Individual | 3230723 |
| IBP-000013 | Keith Diamond | Individual | Individual | 3354475 |
| IBP-000011 | Kelli Billings | Individual | Individual | 3500215 |
| BP-001074 | Kellie Petrou | | Individual | 3236803 |
| SLG-000104 | Kelly Kraus | Individual | Individual | 3529005 |
| JAY-000001 | Ken Carter | Individual | Individual | Unknown |
| BP-000026 | Kendra Tate | Individual | Individual | 1018113 |
| BP-000392 | Kenneth Davis | Walton Plumbing & Gas, LLC | LLC | 3509251 |
| BP-000225 | Kenneth Moberg | Kenneth J Moberg | Sole Proprietorship | 3088969 |
| IBP-000048 | Kenneth Radcliff | Individual | Individual | 3200801 |
| SLG-000187 | Kenneth Solow | Auto Transport of Naples INC | INC | 3581503 |
| BCA-000471 | Kenneth Williams | Individual | Individual | 3563218 |
| BP-000469 | Kevin Moore | A-Plus Packaging & Shipping | INC | 3412006 |
| BCA-000799 | Kevin O'Donnell | Individual | Individual | 3190024 |
| BCA-000564 | Kim Huynh | Nina Nail Care | Sole Proprietorship | Unknown |
| BCA-000178 | Kobe Sou Lakmaitree | Individual | individual | 3578942 |
| BCA-000456 | Kris Sahr | Island Way Charters, Inc | INC | 1075228 |
| SLG-000193 | Kristi Moize | Kristi's Barbershop | Sole Proprietorship | 3581376 |
| SLG-000109 | Kristin Marinola | Individual | Individual | 3566648 |
| BCA-001118 | Kurt Porter | Individual | Individual | 1143884 |
| BP-001212 | Lacy Farkash | Kountry Cand Store, Inc | INC | 1148668 |
| BCA-001146 | Lance Brooks | Bent Charters, LLC | LLC | 1150434 |
| BP-000301 | Larry Dacus | | Individual | 3501894 |
| BP-001016 | Larry Thomas | | Individual | 3189215 |
| BP-000810 | Lauren Minchew | | Individual | 3520641 |
| BP-001260 | Lea Bryson | Bryson Farms & Construction LLC | LLC | 3555461 |
| BP-000322 | Lee Olander | Midtown Mortgage, INC | INC | 3555009 |
| DDL-000004 | Leigh Anna Ammons | Let's Talk Dirt | Sole Proprietorship | Unknown |
| BP-000048 | Leonard Cox | Chaufee's Catering, Inc | INC | 1018987 |
| DMA-000047 | Leonard McMillian | Individual | Individual | Unknown |
| BP-000560 | Leonard Williams | Williams Nursery | INC | 3519586 |
| SLG-000059 | Leslie Lambert | Individual | Individual | 3560590 |
| SLG-000090 | Leslie Novak | Beach Print Shack | Sole Proprietorship | 3445251 |
| BP-001046 | Liem Tran | V-T Sil Flower-Plant Inc | INC | 3508354 |
| BCA-001409 | Linda Waiters | Individual | Individual | 1023643 |
| BCA-000141 | Lisa Taylor | Individual | Individual | 3238043 |
| BCA-000571 | Loc Ba Hyunh | Individual | Individual | Unknown |
| BCA-000492 | Loc Bui | Individual | Individual | Unknown |
| BP-001092 | Loc X Luong | Star Nails, LLC | LLC | 1106880 |
| BCA-000453 | Lorre Fleming | Individual | individual | 3507727 |

| | | | | |
|---|---|---|---|---|
| BCA-000725 | Louis Marler | Individual | Individual | 1150193 |
| BCA-001265 | Louise Ferris | H&R Block | INC | Unknown |
| BCA-001355 | Lucille Presti | Individual | Individual | 1142861 |
| BCA-001545 | Luz Sierra | individual | Individual | 3578059 |
| SLG-000151 | Makalee Gentile | Individual | Individual | 3544489 |
| BP-001200 | Malcom McLean | Hunters Furniture | Sole Proprietorship | 3520099 |
| BP-000633 | Marcus Brewster | Brewster Appraisal | Sole Proprietorship | 3520920 |
| BCA-000540 | Marcus Eshetu | Individual | Individual | 1151947 |
| BP-000054 | Mariah Thomas | Individual | Individual | 1018063 |
| SLG-000005 | Marilyn Parham | Individual | Individual | 3555844 |
| SLG-000127 | Mark Amis | Individual | Individual | 3467838 |
| BCA-001420 | Mark Brawer | Individual | Individual | 3575200 |
| BP-000880 | Mark Chapman | LLC | LLC | 3506490 |
| BP-000625 | Mark Crowson | Individual | Individual | 3334811 |
| SLG-000225 | Mark Curtis | Benian, Inc | INC | 3580787 |
| BCA-000336 | Mark Hall | Individual | individual | 3190799 |
| SLG-000205 | Mark Merolli | MRD Ventures LLC DBA Dolphin Marine Rentals | LLC | 3520626 |
| BCA-000204 | Mark Ramsarran | Individual | individual | 3166850 |
| BP-001243 | Mark Schlauder | Individual | Individual | 3540775 |
| SLG-000184 | Mark Serra | Lebretton Industries LLC CBA Fountain Dry Cleaners | LLC | 3583043 |
| DMA-000002 | Mark Snodgrass | Biloxi Transportation Systems, Inc DBA Biloxi Transfer and Storage | INC | Unknown |
| DMA-000003 | Mark Snodgrass | Coastal Moving & Storage, INC | INC | Unknown |
| DMA-000005 | Mark Snodgrass | Gulf Forwarding, Inc | INC | Unknown |
| DMA-000001 | Mark Snodgrass | AAA Transfer & Storage, INC | INC | Unknown |
| BP-000741 | Mark Swanson | MP Properties, Inc. | INC | 3517649 |
| BP-000740 | Mark Swanson | MP Properties | LLC | 3526811 |
| SLG-000048 | Marshall Kottler | Mexicali Border Café, Inc | INC | 3559400 |
| BCA-000421 | Marshall Lolley | Marshall Lolley Fishing | Sole Proprietorship | Unknown |
| BP-001007 | Marvin Alberado | M&M Machine Shop, Inc | INC | 3364469 |
| SLG-000098 | Mary Bingamen | Individual | Individual | 3570091 |
| BP-001156 | Mary Metoyer | Mary's Flooring & Interiors | INC | 3513664 |
| SLG-000120 | Mary Powell | Individual | Individual | 3567348 |
| BCA-000102 | Matt Bedell | Individual | Individual | 3541116 |
| SLG-000179 | Matt Taylor | Savage Yacht LLC | LLC | 3580513 |
| SLG-000219 | Matthew Batson | Individual | Individual | 3533575 |
| SLG-000071 | Matthew Harrison | Individual | Individual | 3561969 |
| BCA-000116 | Matthew Kyser | Individual | Individual | 3586445 |
| BP-000060 | Megan Meade | Individual | Individual | 1018157 |
| SLG-000043 | Melinda McDonald | Individual | Individual | 3559149 |
| SLG-000016 | Melissa Bates | Individual | Individual | 3559062 |
| SLG-000089 | Melissa Sizemore | Individual | Individual | 3481904 |
| BP-000466 | Michael McQuillen | Sun World Inc | INC | 3507528 |

| | | | | |
|---|---|---|---|---|
| AKD-000006 | Michael & Cheryl Jones | J Michaels Repair Service INC | INC | 1093859 |
| BCA-000389 | Michael Adkinson | individual | Individual | 1105710 |
| SLG-000102 | Michael Bassous | Scott's Cleaners Inc | INC | 3451946 |
| BP-001294 | Michael Caravella | CGI Holdings, LLC | LLC | 3174970 |
| BP-001294 | Michael Caravella | CGI Holdings, LLC | LLC | 3174970 |
| SLG-000147 | Michael Cotnoir | Individual | Individual | 3575934 |
| BP-000436 | Michael Everett | | Individual | 3417413 |
| SLG-000150 | Michael Gadseen | Individual | Individual | 3575323 |
| BP-000008 | Michael Giannini | J&M Tackle | INC | 1121964 |
| BCA-000138 | Michael Hand | Individual | Individual | 3562892 |
| SLG-000241 | Michael Hill | MJH Auto, INC | INC | Unknown |
| BP-000707 | Michael Hinojosa | Midship Marine | INC | Unknown |
| BCA-001108 | Michael Johnson | Individual | Individual | 3486525 |
| SLG-000075 | Michael Karamaloakos | Dome Grill, Inc | INC | 3562484 |
| BCA-000196 | Michael Morris | individual | Individual | Unknown |
| SLG-000201 | Michael Muzychko | Affordable Stucco iNC | INC | 3581845 |
| SLG-000180 | Michael Stevens | Stevens Seafood Inc | INC | 3533722 |
| SLG-000019 | Michael Tolisano | Sanibel Chiropractic-Sanibel Office | Sole Proprietorship | 1023997 |
| SLG-000212 | Michelle McFarlane | Golden Krust | Sole Proprietorship | 3566563 |
| BP-000825 | Mike Turner | Mike Turner's Vinyl Siding Inc | INC | 1154258 |
| BP-000361 | Mitchell McKinion | | Individual | 3417490 |
| SLG-000049 | Mona & Emile Jazzar | Jazzmon Investements, INC | INC | 3559422 |
| IBP-000062 | Muktibeu Patel | Sierra Investments, INC | INC | 3418816 |
| SLG-000196 | Nadir Ali | Splendid Food Mart, LLC | LLC | Unknown |
| SLG-000097 | Nancy Auck | Individual | Individual | 3575958 |
| BP-000454 | Natalie Boos | Natalie's Fine Art | Sole Proprietorship | 3379022 |
| SLG-000214 | Nathan Erbes | Nathan Erbes Enterprises, INC | INC | 3583264 |
| BP-000122 | Nicholas Rightor | Individual | Individual | 1163579 |
| BP-000559 | Nick Impastato | Social Brew | Sole Proprietorship | 3501881 |
| SLG-000052 | Nicole Hernandez | Individual | Individual | 3559842 |
| BCA-000584 | Nicole Lannie | Individual | Individual | Unknown |
| SLG-000236 | Nina McLendon | Leaning Tree Farm INC | INC | 3580985 |
| BCA-001245 | Omar Fabelo | Individual | Individual | Unknown |
| BP-001141 | Ottis Ritter | Ritter Construction | Sole Proprietorship | 1098631 |
| SLG-000044 | Pamela Flanagan | Flanagan's Pub INC | INC | 3559159 |
| BCA-001298 | Pamela Garner | Individual | Individual | 3522804 |
| BP-001005 | Patrick Aldrich | Aldrich's Seeside Cleening, Inc. | INC | Unknown |
| SLG-000145 | Patrick Cotroneo | Individual | Individual | 3571729 |
| SLG-000110 | Patrick O'Conner | The White Elephant pub, INC | INC | 3566618 |
| BCA-001374 | Patti Chastain | Rental prop. | INC | Unknown |
| BP-000030 | Patti Waldrop | Market Direct Designs LLC | LLC | 3046485 |
| SLG-000139 | Patty Yenish | Suites | INC | 3575472 |
| BP-000505 | Paul Hildesheim | Slide and Jump Zone, LLC | LLC | 3503180 |

| | | | | |
|---|---|---|---|---|
| BP-000597 | Paul Millet | Saint Optical | INC | 3504440 |
| BP-000785 | Paul Sims | Custom Plumbing & Piping LLC | LLC | 1121968 |
| BP-000094 | Paul Vincent | Friends of the Disabled | INC | 1105114 |
| BP-000967 | Pavlos Petrou | Russell's Marina Grill | Partnership | 1141336 |
| FMG-000047 | Penny Verdin | Individual | Individual | 3557440 |
| BP-000611 | Perry C. Jinright | Jade Consultanting, LLC | LLC | 3515872 |
| BCA-001318 | Pete Zovath | Zovath Industries | INC | Unknown |
| SLG-000031 | Peter Heslin | Individual | Individual | 3540861 |
| BP-001249 | Peter Howard | Peter Howard Churchill II, LLC | LLC | 3454113 |
| BP-001248 | Peter Howard | Austin Park II, LLC | LLC | 3451433 |
| IBP-000008 | Peter Ives | Individual | Individual | 3516460 |
| SLG-000199 | Peter Mazer | Outdoor Furniture Connection | Sole Proprietorship | 3583043 |
| BCA-001454 | Peter Munteanu | Wild Life Charters, INC | INC | 3316767 |
| BCA-000510 | Phetsamone Chanthaphonh | Individual | Individual | Unknown |
| BCA-001608 | Phi Van Nguyen | Individual | Individual | 1072228 |
| BP-001262 | Phillip Dunham | Air Systems Inc | INC | 3580535 |
| BCA-000270 | Phillip H. Abbott | Cheapos Inc | INC | 1611503 |
| BCA-001097 | Phuong Van Huynh | City Nails II | Sole Proprietorship | 3481466 |
| BCA-000157 | Poh Cramer | Individual | Individual | 3558411 |
| BP-000952 | Preston Hendrix | | Individual | 3021069 |
| BP-000165 | Rae Meccia | | Individual | Unknown |
| SLG-000213 | Ralph Fighera | Spin City, LLC | LLC | 3581034 |
| IBP-000061 | Ramesh Patel | Shri Ram, Inc | INC | 3435230 |
| SLG-000058 | Ramonita Plaza | Individual | Individual | 3506581 |
| BP-000582 | Ramsey Stuart | | Individual | 3508788 |
| BP-000502 | Ramsey Stuart | South Alabama Brick Company, Inc. | INC | 3509858 |
| IBP-000037 | Randall Bridges | Automatic Fasteners, INC | INC | 3519978 |
| BP-000784 | Randall Burt | | Individual | 3388034 |
| BCA-000217 | Randel Brown | Individual | individual | 3554067 |
| BP-001272 | Randy & Eric Crocker | Randy & Eric Crocker Homebuilders | Partnership | 3576749 |
| BP-001054 | Randy Hinojosa | | Individual | Unknown |
| BP-001246 | Raymond Wood | | Individual | Unknown |
| SLG-000074 | Rebecca Zoumberos | Limelight Photography and Design LLC | LLC | 3562352 |
| BP-000899 | Regina Gilliam | Gilliam Plumbing | Sole Proprietorship | 1134642 |
| BP-000906 | Renata Young | | Individual | 3266884 |
| BP-000643 | Rene West | Executive Landscaping, Inc. | INC | 3350600 |
| BP-000641 | Rene West | Safe and Sound Mini Storage | INC | 3306733 |
| BCA-001501 | Repanule Hall | Individual | Individual | 3583151 |
| SLG-000101 | Richard Bosse | Florida Fish Guy, INC | INC | 3569761 |
| CCS-000013 | Richard Brothers | Fishing Charters, Inc | INC | 3390257 |
| BCA-001296 | Richard Carrillo | Individual | Individual | Unknown |
| BP-000285 | Richard Courtney | Internet Business Solutions | INC | 3466838 |
| BCA-000167 | Richard Goodwin | Individual | Individual | 3478571 |
| SLG-000154 | Richard Gordon | Individual | Individual | 3575559 |

| | | | | |
|---|---|---|---|---|
| BP-001196 | Richard Inge | County Rd 20, LLC | LLC | 3523106 |
| BP-000729 | Richard Maxwell | Maxwell Construction Company, LLC | LLC | 3503197 |
| BCA-000208 | Richard Newman | Individual | Individual | 3101979 |
| BCA-000798 | Richard Norman | Individual | Individual | 1017676 |
| BCA-001124 | Richard Randolph | Restaurant | INC | 3244645 |
| SLG-000140 | Richard Swier | Startup Florida, Inc | INC | 3579078 |
| BP-001254 | Richard Thurman Jr | C-Glass and Closets | INC | 3539789 |
| SLG-000134 | Richard Urich | Zornoi, Inc | INC | 3575452 |
| BP-000167 | Rickey Senner | Sweet Basils Bistro | INC | 3114774 |
| SLG-000143 | Rifat Aslan | Individual | Individual | 3301502 |
| DMA-000040 | Rita Bylsma | House | LLC | 1623983 |
| IBP-000043 | Rob Florence | Histouric Tour & Batture Press Inc | INC | 3423461 |
| AKD-000003 | Robert Allende | International Material Industries LLC | LLC | 3452257 |
| BCA-001379 | Robert Beamish | Food Parade, INC | INC | Unknown |
| BP-000614 | Robert Burch | | Individual | 3503176 |
| SLG-000111 | Robert C. Hegedus | Hungry Howies Pizza | INC | 3566823 |
| BP-000464 | Robert Chatham | Chatham Home Planning, INC | INC | 3502437 |
| BCA-001150 | Robert Duncan | Childworld Learning Center, INC | INC | 3445051 |
| BP-000515 | Robert Larisey | | Individual | 3494493 |
| BP-000558 | Robert Locke | Kea-Ash Inc | INC | 3505662 |
| BP-000479 | Robert Logan | Core Fitness | Individual | 3501892 |
| SLG-000230 | Robert Martin | Miscue Lounge, INC | INC | 3580775 |
| BCA-000049 | Robert McElroy | Alabama Inshore Fishing Charters LLC | LLC | 1035499 |
| SLG-000185 | Robert Rarin | Infinity Appraisals INC | INC | 3532118 |
| DDL-000007 | Robert Seton | Individual | Individual | 7297892 |
| SLG-000200 | Robert Steele | Safety Harbor Hardware | INC | 3489732 |
| BCA-001321 | Robert Welch | Baitboy of New Smyrna | Sole Proprietorship | 1636713 |
| CCS-000025 | Robert Williams | Ocean Bingo | INC | Unknown |
| BP-001153 | Rodney Smith | Soniat Antique Shop | INC | Unknown |
| DDL-000010 | Romeo Raponi | Romeo Italian Restaurant, INC | INC | Unknown |
| BP-000028 | Ron Cheramie | Individual | Individual | 1145812 |
| BP-001111 | Ronald Bullock | | Individual | 1124169 |
| BP-000456 | Ronald Kempton | Wessex, Inc | INC | 3513714 |
| BP-001215 | Ronald Lagrange | Helix Construction, INC | INC | 3501769 |
| BCA-001165 | Ronald Martin | Individual | Individual | Unknown |
| SLG-000176 | Ronald Mountcastle | Errol Estatte Country Club, LTD | LTD | 3580407 |
| SLG-000198 | Ronnie Runion | Sherwood Forest Landscaping DIV INC | INC | 3581508 |
| BP-000171 | Ronnie Wagner | Wagner Plumbing | INC | 3263287 |
| BP-000065 | Rosetta Gallagher | Treasure Memories | Sole Proprietorship | 1033397 |
| IBP-000015 | Roy Boasso | Louisiana Container Sales, INC | INC | 3044454 |
| BP-001048 | Ru T. Troung | Star Nails, LLC | LLC | 1165415 |
| BP-000987 | Russell Gilheart | Piddlewood | Sole Proprietorship | 3504385 |
| SLG-000026 | Russell Spring | Blue Coral Investment Group LLC DBA Tamiami Sunoco | LLC | 3557190 |
| BP-000247 | Ryan Creel | Creel Construction, LLC | LLC | 3382284 |

| BP-000919 | Ryan Faircloth | Faircloth McAdams Contracting, LLC | LLC | 3507911 |
|---|---|---|---|---|
| SLG-000207 | Sally Hockey | K&S Hockey, Inc | INC | 3582326 |
| SLG-000050 | Samantha Mirabelle | Samantha Bianco, Inc | INC | 3575314 |
| SLG-000133 | Samantha Mirabelle | L'Bella Style Lounge | Sole Proprietorship | 3559437 |
| BP-000062 | Samantha Stewart | Individual | Individual | 1151930 |
| SLG-000020 | Samuel Tremblay | Individual | Individual | 3557767 |
| DMA-000028 | Sandra Garlotte | Individual | Individual | Unknown |
| BP-000433 | Sandra Miller | Individual | Individual | 3501225 |
| BCA-000036 | Sarah Mills | Individual | Individual | 1189311 |
| SLG-000077 | Scott Barber | Individual | Individual | 3562588 |
| BP-001253 | Scott Grubb | | individual | 3539485 |
| SLG-000061 | Scott Heinz | Individual | Individual | 3552245 |
| SLG-000226 | Scott McGaughey | McGaughey Busses, INC | INC | Unknown |
| BCA-001190 | Scott Robert Caron | Individual | Individual | 3561107 |
| BCA-000408 | Shanairrian Tywayne Jordan | Individual | Individual | Unknown |
| BP-000267 | Shane Lassitter | Individual | Individual | 3403426 |
| BP-000970 | Sharif Elnagger | | Individual | 3045521 |
| BP-000866 | Sharon Macaluso | | Individual | 3003838 |
| BP-000418 | Sharon Senner | Chateau Hotel, LLC | LLC | 3519144 |
| SLG-000155 | Shawn Henderson | Individual | Individual | 3575567 |
| BCA-000138 | Shi Si Zheng | Individual | Individual | 3567357 |
| SLG-000002 | Stacey Ball | House of Windsor, INC | INC | 3556289 |
| SLG-000237 | Stephanie Dubsky | Stephanie Dubsky Photography | Sole Proprietorship | 3583987 |
| SLG-000173 | Stephen Pate | Individual | Individual | 3575915 |
| IBP-000052 | Stephen Wicks | Individual | Individual | 3520846 |
| SLG-000069 | Steve Kuykendall | Individual | Individual | 3561899 |
| BCA-000460 | Steve Lopez | Lopez Renovations, LLC | LLC | 3356582 |
| SLG-000156 | Steven Hernandez II | Individual | Individual | 3446288 |
| BP-001198 | Steven Nelson | DSI LLC | LLC | 3521090 |
| BP-000868 | Steven Waller | | Individual | 3500773 |
| BCA-001373 | Susan Chaplin | Individual | Individual | 3404675 |
| BP-000133 | Susan Poston | Clawdaddy's of Perdido Key | INC | 3028409 |
| SLG-000174 | Susan Tylicki | Individual | Individual | 3575927 |
| BP-000127 | Susie Pope | | Individual | 3052289 |
| BCA-001239 | Suzanne Cohill | Individual | Individual | 3582949 |
| SLG-000157 | Suzanne Hoyer | Individual | Individual | 3578946 |
| SLG-000078 | T.C. Bryant | RUSure, Inc | INC | 3569282 |
| SLG-000082 | Tammy Benson | Individual | Individual | 3552664 |
| SLG-000003 | Tammy Donithan | Individual | Individual | 3556034 |
| BP-000013 | Tara Crosby | Individual | Individual | 1134668 |
| SLG-000014 | Tara Johnson | Individual | Individual | 3318938 |
| SLG-000017 | Ted Antol | Individual | Individual | 3535427 |
| BP-000281 | Ted Kennedy | City Herbs | INC | 3342048 |
| BP-000235 | Teena Haven | Teena Haven | Sole Proprietorship | 3406381 |

| | | | | |
|---|---|---|---|---|
| BCA-000111 | Teresa Frye | Individual | Individual | 3368539 |
| BP-001162 | Teresa Shaver | Baldwin County Fence Company | INC | 3348291 |
| SLG-000018 | Terri Belle-Witty | Allsite Concrete Inc | INC | 3560234 |
| BP-001133 | Terry Tedesco | Terry Tedesco Rental Property | Individual | 3310463 |
| BCA-000136 | Terry Westenberger | Individual | individual | 3570565 |
| BCA-001082 | Thomas Brewer | Offshore International Marine | INC | 1107544 |
| SLG-000055 | Thomas Harding | Thomas A Harding LLC DBA Springs Resort Hotel | LLC | 1186836 |
| BCA-000724 | Thomas Markwith | Individual | Individual | Unknown |
| CCS-000020 | Tim Countryman | Gulf Shore Bakery, LLC | LLC | 3555770 |
| BCA-000302 | Tim Matesi | Individual | individual | 3571721 |
| BP-000138 | Tim McCormick | Gulf Coast Storage Solutions | Sole Proprietorship | 1154988 |
| BP-000890 | Tim Quattlebaum | Q&Q, LLC | LLC | 3342551 |
| SLG-00086 | Tina Arcan | BNT Liquors of Cape Haze, INC | INC | 1151540 |
| SLG-000015 | Tina Blastow | Individual | Individual | 3536278 |
| BCA-001275 | Toby Pombrio | Cardiac Medical Solutions, INC | INC | 3577914 |
| BP-000221 | Todd Boothe | MTB Custom Builders, Inc | INC | 3472548 |
| SLG-000099 | Tom Irving | TDI Ventures LLC | LLC | 3525516 |
| BCA-000090 | Tommy Earl Hamm | Tommy Hamm Construction, INC | INC | 3425014 |
| BCA-000026 | Tommy John | Individual | Individual | 3388820 |
| BCA-001289 | Tonia Zottola | Individual | Individual | 1612139 |
| SLG-000158 | Tonya Kimmi | Individual | Individual | 3535581 |
| BCA-000310 | Tonya Longo | Individual | Individual | 3327274 |
| BCA-000411 | Travis Johnson | Individual | Individual | 3220506 |
| BP-000238 | Troy Boothe | Commercial Van Specialists, Inc. | INC | 3466847 |
| BP-000978 | Troy Strehle | | Individual | 3509242 |
| BP-000856 | Troy Wilson | Royale Investments | LLC | 3457016 |
| BCA-000547 | Tyrone Henry | Individual | Individual | 3327160 |
| SLG-000093 | Valarie Hanson | Individual | Individual | 3565141 |
| SLG-000175 | Valerie Gavin | Crave of Fort Myers, Inc | INC | 3579084 |
| BCA-000238 | Vallerie Rogers | Individual | Individual | 3041465 |
| SLG-000012 | Van Hyning | Individual | Individual | 1110816 |
| BCA-000163 | Vanessa Ann Demolle | Individual | Individual | 3024880 |
| BCA-001276 | Vernon Patterson | Individual | Individual | 1002933 |
| SLG-000013 | Vernon Young | Individual | Individual | 3456358 |
| BCA-001382 | Victor Harberson | Individual | Individual | Unknown |
| IBP-000031 | Victor Miranda | Individual | Individual | 3236292 |
| BCA-000248 | Victor Schneider | Individual | Individual | 3221807 |
| BP-000731 | Virgil Hinote | | Individual | 3507076 |
| SLG-000242 | Vito Saputo | Florida Westcoast Produce, LLC | LLC | Unknown |
| SLG-000027 | Vladimir Moldovan | Individual | Individual | 3559364 |
| BP-000489 | Vu Nguyen | MV Sky Blue II | Sole Proprietorship | 3017487 |
| BP-000130 | Vycki Thompson | Splash 307, Sunbird 1007 | Individual | Unknown |
| SLG-000046 | W. Keyes Elmore | Grill | INC | 3559294 |
| BP-000913 | Wally Davis | | Individual | Unknown |

| | | | | |
|---|---|---|---|---|
| DMA-000082 | Walter Click | Individual | Individual | 3407956 |
| BP-001021 | Walter Ed Dismukes | Ed Dismukes Plumbing | INC | 3452552 |
| CCS-000007 | Walter Stange | individual | individual | 7281010 |
| BCA-001444 | Watson Perrin | Individual | Individual | Unknown |
| SLG-000095 | Wen Man White | Tung Shing Inc DBA Peking Tokyo | INC | 3527519 |
| IBP-000042 | Wendy White | Individual | Individual | 3246318 |
| SLG-000047 | Wendy Wier | Individual | Individual | 3559309 |
| SLG-000161 | Wesley Olive | Individual | Individual | 3575582 |
| BP-000540 | Wiley Platt | Platt Homebuilders, INC | INC | 3320387 |
| BP-000539 | Wiley Platt | Platt Investments, LLC | LLC | 3506509 |
| BP-000215 | Willard Freeman | | Individual | 3406724 |
| BP-000837 | William Bolton | Beaufort Engineers Services | INC | 3509719 |
| BP-000536 | William Dawson | | Individual | 3368979 |
| BP-000393 | William Fannin | ASAP Gutters LLC | LLC | 1005318 |
| BCA-000423 | William Holden | Magnolia Printing Company, INC | INC | 3255161 |
| BP-000808 | William L. Gates III | | Individual | 3183544 |
| BCA-001146 | William Lance Brooks | Bent Charters, llc | LLC | 1150434 |
| BP-000674 | William McConnell | Solomon's Temple Ministry | Sole Proprietorship | 3458065 |
| BP-000443 | William McGuinnes | Papa Roco's Inc | INC | 1153522 |
| SLG-000159 | William Meleedy | Individual | Individual | 3495854 |
| BCA-000070 | William Miles | Individual | Individual | 3412155 |
| SLG-000178 | William Nutting | Naples Tours INC | INC | 3579726 |
| BP-001081 | William Reehl | Montrose Square, LLC | LLC | 3508366 |
| BP-001072 | William Reehl | Oxford Group | LLC | 3507709 |
| SLG-000169 | William Schmitz | Bayshore Marine and Yacht Brokerage | INC | 3534773 |
| BP-000191 | William Staggers | Eastern Shore Plastic Surgery, P.C. | INC | 1123480 |
| BP-000487 | William Watson | B&L Hay Service | Partnership | 3409511 |
| SLG-000138 | Xue Cui Xiang | Chinese Acupuncture | Sole Proprietorship | 3416243 |
| BCA-000380 | Yohance Johnson | Individual | Individual | 3571194 |
| BP-001280 | Yuette Holmes | Individual | Individual | 7189399 |
| BCA-000267 | Zaida Carrion | Individual | individual | 3571289 |