UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 |
| | | SECTION J |
| | | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |
| This document relates to: *All Cases* | * * | |

## ORDER

Considering the foregoing Motion for Leave to Intervene by proposed Intervenor Full Scope Services, LLC;

**IT IS ORDERED** that Intervenor Full Scope Services, LLC Motion for Leave is granted, and their incorporated Motion to Intervene shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2012.

**JUDGE, UNITED STATES DISTRICT COURT**

1