UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-01984-CJB-SS | *<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering Defendant's Ex Parte Motion to Withdraw Counsel of Record;

IT IS ORDERED that Defendant's Motion is GRANTED;

IT IS FURTHER ORDERED that Jacob C. Credeur of the Coats|Rose law firm is withdrawn as counsel of record for Defendant Abdon Callais Offshore, LLC.

New Orleans, Louisiana this 9th day of October, 2012.

_____
United States District Judge