UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **This document relates to:** | * | JUDGE BARBIER |
| *11-3180, 11-2766, 12-970* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is a Motion by the plaintiffs in member cases 11-3180 and 11-2766 requesting leave to file a memorandum in excess of the ten-page limit in response to oppositions by State of Louisiana, et al. to the Motion for Final Approval of Economic and Property Damages Class Settlement, filed. (Rec. Doc. 7525). The State of Louisiana opposed this motion, and the movers replied. (Rec. Docs. 7553, 7588).[1] Having considered the parties' arguments, the relevant record, and the applicable law,

**IT IS ORDERED** that the Motion for Leave to File Memorandum in Excess of Ten Page Limit in Response to Oppositions by State of Louisiana, et al. to Motion for Final Approval of Economic and Property Damages Class Settlement (Rec. Doc. 7525) is **GRANTED.** Movers may file a single, twenty-five page memorandum no later than Friday, October 19, 2012.

New Orleans, Louisiana, this 9th day of October, 2012.

_____
United States District Judge

---

[1] To the extent the State and the movers should have sought leave to file their respective opposition and reply briefs, such leave is hereby granted and the briefs considered.