UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br><br>*All Cases*; *Bon Secour Fisheries, Inc., et all, individually and on behalf of themselves and all others similarly situated vs. BP Exploration & Production Inc., et al.* | MDL No. 2179; No. 12-970<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## 795 OBJECTORS' OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION

NOW INTO COURT, through undersigned counsel, come Objectors[1], whom object to and respectfully move this Honorable Court, pursuant to Federal Rule of Civil Procedure 72 and Local Rule 72, to review the rulings memorialized in the Order dated September 25, 2012 as it relates to undersigned counsel's request for limited discovery in connection with the propriety of the proposed class action settlement in the above-captioned matter. *See* Rec. Doc. 7368. Objectors seek review of Magistrate Judge Shushan's Order under Rule 72 of the Federal Rules of Civil Procedure and/or for relief from judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure, and further respectfully request that this Court permit their limited written discovery and permit the taking of the requested depositions. Objectors base this requested relief on the facts and arguments contained in the accompanying memorandum in support of this motion.

---

[1] Plaintiffs Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II, LLC; JJB Inc.; Radhey, Inc.; JMKVN, LLC; Anjani Hospitality, LLC; Sweta, Inc.; OVS Investment, Inc.; Sree, Inc.; MPJR, Inc.; Pine Inn, Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang, Inc.; Mahalaxmi Enterprises, Inc.; Ashi Hotels, LLC; Gopal Govind Enterprises, LLC; Shanta, LLC; SSM Hospitality, LLC; the Seven-hundred-and-seventy-five (775) Objectors identified in the spreadsheet attached as **Exhibits A and B** in the *Consolidated Objections Of 795 Unnamed Class Members To Deepwater Horizon Settlement Agreement And Memorandum In Support Thereof*, [2-10-cv-07777-CJB-SS; D.E. 198-1, 198-2, 198-3]

1

WHEREFORE, premises considered, Plaintiffs respectfully request this Honorable Court enter an Order permitting the requested discovery and that this Court vacate the Magistrate Judge's Order and permit written discovery related to the Settlement Agreement and the Putative Class Action. Plaintiffs respectfully request that the Court treat this Motion on as expedited basis in light of the impending fairness hearing date.

DATED on this 9th day of October 2012.

Respectfully submitted,

/s/ Wesley J. Farrell, Esq.
Wesley J. Farrell, Esq.
FLBN 71783
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL 33131
Office: 305-798-4177
Fax: 1-800-946-6711

/s/ Terry A. C. Gray, Esq.

Terry A. C. Gray, Esq.
DC Bar No: 470579
Farrell & Patel,
1776 I Street, NW Suite 900
Washington, D.C. 20006
Office: 202.670.9757

/s/ Sarah E. Spigener, Esq.

Sarah E. Spigener, Esq.
LABN 31975
Farrell & Patel,
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Office: 504-233-8585
Fax: 504-264-5953

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E.  Spigener, Esq.