UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010

This Document Relates to:

*All Cases*; *Bon Secour Fisheries, Inc., et all,*
*individually and on behalf of themselves and*
*all others similarly situated vs. BP Exploration*
*& Production Inc., et al.*

MDL No. 2179; No. 12-970

SECTION J

JUDGE BARBIER
MAGISTRATE SHUSHAN

## ORDER

This matter having come before the Court as 795 Objectors' Objection To Magistrate

Judge's Recommendation and the Court having been fully advised;

IT IS ORDERED that the 795 Objectors' Objection To Magistrate Judge's

Recommendation is hereby GRANTED; IT IS FURTHER ORDERED that the Magistrate

Judge's Order is VACATED; and ORDERED that the Court will review Plaintiffs' Motion for

Limited Discovery on its merits.

This _____ day of _____ 2012.

_____
JUDGE

4