UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  *  *  *  * | MDL NO. 2179 |
| | | SECTION J |
| Relates to: *All Cases* | * * * | JUDGE BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO CLARIFY CURRENT HOLD-BACK ORDER CONCERNING REFUND OF TRANSITION PAYMENTS

Class Counsel and the BP Defendants respectfully request that the Court clarify, in certain respects, its January 18, 2012 Order (Rec. Doc. 5274), as amended on May 3, 2012 (Rec. Doc. 6428) (collectively, the "Current Hold-Back Order").[1]

The Current Hold-Back Order requires defendants to hold back a portion of any settlement payments made (a) to plaintiffs in litigation or (b) to certain claimants in the Gulf Coast Claims Facility ("GCCF") process (i.e., those also participating in MDL 2179) because the Plaintiffs' Steering Committee ("PSC") had performed work that may have conferred a common benefit on plaintiffs or claimants such that a common benefit fee award might in future be justified. This common-benefit logic of the Court's original hold-back Order remains largely unchanged through to and including the Current Hold-Back Order. *See* Order (Dec. 28, 2011) (Rec. Doc. 5022).

Critically, however, BP and Class Counsel have now entered into the Economic and

---

[1] The Court's original hold-back order was issued on December 28, 2011, and amended on January 4, 2012. *See* Order and Reasons dated December 28, 2011 (Rec. Doc. 5022), *as amended by* Order dated January 4, 2012 (Rec. Doc. 5064). Both of those prior Orders were amended and **superseded** by the January 18, 2012 Order (Rec. Doc. 5274).

Property Damages Class Action Settlement ("Economic Loss Settlement") and the Medical Benefits Class Action Settlement, and the Court's May 3, 2012 Order provides that hold-backs will *not* be required as to those who choose to accept the benefits of one or both Settlements as class members.  This, in conjunction with the Court's Transition Order, ¶ 12 (Mar. 8, 2012) (Rec. Doc. 5988) and the Economic Loss Settlement, Section 4.2.3, means that hold-backs will continue to be applied to two categories of plaintiffs: (1) those who settled their claims as of or before 11:59 p.m. on February 26, 2012; and (2) those who settle their claims in the future but choose to *opt out* of the Settlements or those who are simply *non-class members* not covered by the Settlements.  Hold-back amounts for these two types of claimants will continue to be kept in the MDL 2179 Reserve Account ("Account").

Several issues, however, still remain to be clarified.  These issues relate to the "transition payments" made in the Transition Process after the Settlements were reached but prior to the opening of the Court Supervised Settlement Program:

*First*, the Court should clarify that all of the claimants who received 60% transition payments (minus 6% hold-backs), and who are eligible to and choose to remain as members in the economic class, will be entitled to a refund of those hold-backs from the Account.  This is because, pursuant to Exhibit 27 of the Economic and Property Damages Class Action Settlement, common benefit attorney fees will be paid on (a) such 60% transition payments where full releases were executed or (b) payments under the Settlement Program (including 40% residuals) where the Individual Release is executed.  BP and Class Counsel propose that the Claims Administrator of the Economic and Property Damages Class Action Settlement be empowered to make these refunds.

*Second*, the Court should also clarify that such refunds will be treated as "transition

payments" within the meaning of the Economic Loss Settlement.

*Third*, the Court should authorize the Claims Administrator to work with Magistrate Judge Shushan on the administration of the Proposed Order and delegate to Magistrate Judge Shushan the ability to make all necessary and appropriate logistical arrangements that will allow the Claims Administrator to administer making refunds from the Reserve Account.[2]  Similarly, the January 18, 2012 Order directed Phil Garrett, CPA, to track holdback information and prepare periodic reports thereon.  The Claims Administrator should be authorized to work with Mr. Garrett as well.

Further explanation in support of the Court ordering the requested clarifications is provided in the accompanying memorandum in support of this Motion.

## CONCLUSION

Class Counsel and BP respectfully request that the 6% holdback issues as described above should be clarified and refunds issued accordingly by the Claims Administrator working with Magistrate Judge Shushan and Phil Garrett, CPA.

| | |
|---|---|
| Date: October 9, 2012 | Respectfully submitted, |
| __/s/ Stephen J. Herman_____ | ___/s/ James Parkerson Roy_____ |
| | |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| | |
| Interim Class Counsel/ | Interim Class Counsel/ |
| Plaintiffs Liaison Counsel | Plaintiffs Liaison Counsel |
| MDL 2179 | MDL 2179 |

---

[2]  Class Counsel and BP have discussed this proposal with Claims Administrator Juneau and can represent that he is willing to oversee the payment of refunds.

*PLAINTIFFS' STEERING COMMITTEE*
*And PROPOSED CLASS COUNSEL*
_____

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office:  (843) 216-9159
Telefax: (843) 216-9290

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
Office:  (985) 876-7595
Telefax: (985) 876-7594

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522


Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:  (202) 662-5985

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy Bloom
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Jeffrey Bossert Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for BP Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of October 2012.

/s/ Don K. Haycraft
Don K. Haycraft