# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 12-970 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**IT IS ORDERED** that any responses to the Objections to Magistrate's Recommendations (Rec. Doc. 7602) filed by Gulf Organized Fisheries In Solidarity and Hope, Inc. ("GO FISH") shall be filed by Monday, October 15, 2012 and shall not exceed 10 pages.

New Orleans, Louisiana, this 9th day of October, 2012.

_____
United States District Judge