UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **This document relates to:** | * | JUDGE BARBIER |
| *11-1987 and 11-2533* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court are Plaintiffs' Motions to Nullify Each and Every Gulf Coast Claims Facility "Release and Covenant Not to Sue" and Vacate Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement]. (Rec. Docs. 7473, 6902, 6831). Having considered the motion, the applicable law, and the relevant record,

**IT IS ORDERED** that the Motions (Rec. Docs. 7473, 6902, 6831) are **DENIED.**

New Orleans, Louisiana, this 10th day of October, 2012.

_____
United States District Judge