UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br>SECTION "J" |
| This document relates to:<br>*10-1122, 12-970* | * * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

# ORDER

Before the Court is a motion by Triton Diving Services, LLC, et al. to extend the opt-out deadline relative to the proposed Economic and Property Damages Class Settlement (Rec. Doc. 7502) and a related motion for leave to file supplemental exhibits (Rec. Doc. 7517). The Court previously granted preliminary approval for this settlement (Rec. Doc. 6418) and extended the opt-out deadline from October 1, 2012 to November 1, 2012 (Rec. Doc. 7176). Although the Court is well aware of its authority to extend the opt-out dates in connection with the two pending settlements, at this time any extension would be premature and unnecessary. Accordingly,

**IT IS ORDERED** that the Motion for Leave to File Exhibits to Memorandum in Support of Motion to Extend Opt-Out Deadline (Rec. Doc. 7517) is **GRANTED**.

**FURTHER ORDERED** that the Motion to Extend Opt-Out Deadline (Rec. Doc. 7502) is **DENIED**.

Signed in New Orleans, Louisiana, this the 10th day of October, 2012.

_____
United States District Judge