## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
|    **"Deepwater Horizon" in the Gulf** | * | |
|    **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| *12-1045* | * | |
| *12-1533* | * | **MAG. JUDGE SHUSHAN (Nos.** |
| *12-1716* | * | **1533, 1716)** |
| | * | **MAG. JUDGE WILKINSON (No.** |
| | * | **1045)** |

## ORDER

Before the Court is Plaintiffs' Motion for Equitable Tolling (Rec. Doc. 7518) in the member cases referenced above. Having considered the motion, the applicable law, and the relevant record, the Court finds the motion should be **GRANTED**. Accordingly,

**IT IS ORDERED** that potential plaintiffs' claims in *Prejean v. O'Brien's Response Mgmt., Inc.,* No. 12-1045, are tolled from July 18, 2012, the date of Plaintiffs' Motion for Conditional Certification, until notice issues or the Court otherwise orders.

**FURTHER ORDERED** that potential plaintiffs' claims in *Himmerite v. O'Brien's Response Mgmt., Inc.*, No. 12-1533, are tolled from June 15, 2012, the date of the *Himmerite* Complaint, until notice issues or the Court otherwise orders.

**FURTHER ORDERED** that potential plaintiffs' claims in *Singleton v. O'Brien's Response Mgmt., Inc.*, No. 12-1716, are tolled from June 29, 2012, the date of the *Singleton* Complaint, until notice issues or the Court otherwise orders.

New Orleans, Louisiana, this 10th day of October, 2012.

                                                                                        _____
                                                                                         United States District Judge