UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein,<br><br>                      Plaintiffs,<br>vs.<br><br>BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P.,<br><br>                      Defendants. | MDL NO. 2179<br><br>This document relates to:<br>Case No. 2:11-CV-03180<br>-and-<br>Case No. 2:11-CV-02766<br><br>SECTION:  J<br><br>Judge Barbier<br>Magistrate Judge Shushan |

_____

**ORDER**
_____

Considering the foregoing Motion and Incorporated Memorandum in Support of Motion

for Leave to File Complaint for Intervention, filed by Stephen S. Kreller of The Kreller Law

Firm, Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA,

IT IS HEREBY ORDERED: that the Plaintiff's Motion is GRANTED.

New Orleans, Louisiana, this 10th day of October, 2012.

_____
United States District Judge