UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** *11-1439 and 11-1440* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

### ORDER

**[Regarding Interim Payments in the Interpleader Actions]**

Upon joint motion by First Excess Layer Underwriters, BP and Transocean for certain interim payments to be made in the Interpleader Actions (Case Nos. 11-1439 and 11-1440), the Court hereby authorizes payment to Transocean and BP in accordance with the *in camera* submission schedule provided to the Court on September 21, 2012, by First Excess Layer Underwriters.

The Court further orders, adjudges, and decrees, without prejudice to the parties' respective positions in regard to whether said interim payments are sufficient or reasonable in amount for the claims in question and without prejudice to the parties' respective positions in the insurance litigation in MDL No. 2179 and any appeals therefrom, that First Excess Layer Underwriters are discharged from any further obligation or liability under the First Excess Layer Insurance Policies to the extent of said payments, but only to the extent of said payments, and the Court will enter a judgment accordingly at the conclusion of the Interpleader Actions.

New Orleans, Louisiana, this 10th day of October, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**