

Stephen S. Kreller
ssk@krellerlaw.com

October 10, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:    Thanh Hai, Inc., et al. v. BP American Production Company, et al.
            U.S.D.C. for E.D. of LA, Case No. 2:11-cv-03180 (OPA90)

Dear Hon. Whyte:

I am writing to respectfully request that summons on the Complaint for Intervention be issued to the following defendants:

1. **MALCOLM J. ASSEVADO**
   2409 Rue Terre Aux Boeufs
   St. Bernard, Louisiana 70085

2. **SOUTHERN FOODS CAJUN CUISINE, INC.**
   c/o MALCOLM J. ASSEVADO
   2409 Rue Terre Aux Boeufs
   St. Bernard, Louisiana 70085

If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

With kindest regards, I am

Very truly yours,

Stephen S. Kreller

Attachments

757 Saint Charles Avenue, Suite 301 / New Orleans, LA 70130
504.484.3488 / 888.929.3488 / Fax: 888.294.6091 / www.krellerlaw.com
Licensed in Alabama, Georgia, Louisiana and New York