

United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

September 28, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30883   In Re: Deepwater Horizon
       USDC No. 2:10-MD-2179
       USDC No. 2:10-CV-4536

The court has granted an extension of time to and including October 17, 2012 for filing the joint designation of the record on appeal in this case. The parties are reminded that the designation should be filed with the clerk of the district court and a copy should also be provided to this court.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Allison G. Lopez, Deputy Clerk
                504-310-7702

Mr. Brad D. Brian
Ms. Michelle Terry Delemarre
Mr. James Joseph Dragna
Mr. John Michael Elsley
Mr. Daniel O. Goforth
Ms. Judy B. Harvey
Mr. Don Keller Haycraft
Mr. Brian D. Israel
Mr. Allen Mark Katz
Mr. Bryan Michael Killian
Mr. Ky E. Kirby
Mr. Edward F Kohnke IV
Ms. Deborah D Kuchler
Mr. James Andrew Langan
Mr. Daniel Benjamin Levin
Mr. Kerry J. Miller
Mr. Steven O'Rourke
Mr. David Joseph Pfeffer
Mr. Steven Lynn Roberts
Mr. David Bruce Salmons
Ms. Sharon Denise Smith
Mr. R. Michael Underhill
Mr. Michael Butler Wigmore
Ms. Loretta Whyte