UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TORREY BARLOW** | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| vs. | * | 12-02248 |
| | * | |
| **BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C., GLOBAL FABRICATIONS, LLC, LAWSON EVIRONMENTAL SERVICE, LLC, ODYSSEA MARINE, INC.,** *in personam*, **AND M/V ODYSSEA ATLAS, AND THEIR ENGINES, TACKLE, APPAREL, ETC.,** *in rem*, | * * * * * * * * | SECTION "J" JUDGE BARBIER MAGISTRATE SHUSHAN |
| Defendants. | * * * | |

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Time to Plead,

**IT IS HEREBY ORDERED** that Odyssea Marine, Inc.'s motion is **GRANTED.**

Odyssea Marine, Inc. shall have until November 5, 2012 to respond to plaintiff's complaint.

New Orleans, Louisiana, this _____ day of October 2012.

_____
UNITED STATES DISTRICT JUDGE