UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on April 20, 2010 | ) | Section: J |
| | ) | |
| This document relates to: | ) | Judge Barbier |
| | ) | Mag. Judge Shushan |
| 10-1768 & 10-2454 | ) | |
| | ) | |

**NOTICE OF ADDRESS CHANGE**

Counsel for plaintiff Center for Biological Diversity, Charles M. Tebbutt and Daniel C. Snyder, hereby give notice of change of address. The electronic notice information has not changed, but the following address and telephone contact information should now be used to reach Mr. Tebbutt and Mr. Snyder:

Charles M. Tebbutt
Daniel C. Snyder
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
(ph) 541-344-3505; (fax) 541-344-3516
charlie.tebbuttlaw@gmail.com
dan.tebbuttlaw@gmail.com

Respectfully submitted this 11th day of October, 2012.

    s/Charles M. Tebbutt
    Charles M. Tebbutt, *pro hac vice*
    Law Offices of Charles M. Tebbutt, P.C.
    941 Lawrence St.
    Eugene, Oregon 97401
    Tel:  (541) 344-3505
    Fax: (541) 344-3516
    charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2012, I electronically served the foregoing on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                      s/ Charles M. Tebbutt
                                      Charles M. Tebbutt
                                      Law Offices of Charles M. Tebbutt, P.C.