UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document applies to:<br>*ALL CASES* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## JOINT MOTION FOR STIPULATED ORDER

Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Triton Asset Leasing GmbH (collectively "Transocean") and the Plaintiffs Steering Committee ("PSC") jointly move this Honorable Court to issue the following stipulated order regarding the issues addressed in Orders Rec. Docs. 7268 and 7437:

The parties having had further discussions regarding the issues addressed in Orders Rec. Docs. 7268 and 7437, it is stipulated and agreed as follows:

1. Transocean hereby designates Steven Newman as a will-call witness.

2. Transocean will call Mr. Newman as a witness during its case at the Phase 1 trial, at which time all other parties will have the right to cross-examine Mr. Newman.

3. If for any reason Transocean fails to call Mr. Newman as a witness during its case at the Phase 1 trial, the PSC shall have the right to reopen its case for the purposes of calling Mr. Newman as its witness and the Court shall have all necessary powers to compel Mr. Newman's attendance at trial.

4. The admissibility of the documents at issue in the motions leading to Orders Rec. Docs. 7268 and 7437 shall be dealt with by the court in the ordinary course, in the same manner

as other exhibits proposed to be introduced at trial. The PSC is permitted to add the documents referenced in Rec. Docs. 7268 and 7437 to their Phase 1 trial exhibit list. All arguments for and against admissibility of said documents are preserved, except that Transocean stipulates that all of said documents are authentic.

5. The supplemental deposition of Mr. Newman allowed by Orders Rec. Docs 7268 and 7437 shall not proceed.

Respectfully Submitted:

/s/ Kerry J. Miller_____

| | |
|---|---|
| Steven L. Roberts (Texas, No. 17019300) | Kerry J. Miller (Louisiana, No. 24562) |
| Rachel Giesber Clingman (Texas, No. 00784125) | Frilot L.L.C. |
| Sutherland Asbill & Brennan LLP | 1100 Poydras Street, Suite 3700 |
| 1001 Fannin Street, Suite 3700 | New Orleans, LA 70163 |
| Houston, TX 77002 | Telephone: (504) 599-8169 |
| Telephone: (713) 470-6100 | Facsimile: (504) 599-8154 |
| Facsimile: (713) 654-1301 | Email: kmiller@frilot.com |
| Email: steven.roberts@sutherland.com | |
| Email: rachel.clingman@sutherland.com | -and- |

Edwin G. Preis, Jr. (Louisiana, No. 10703)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, LA 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com

-and-

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP

|  | 355 South Grand Avenue, 35th Floor |
|---|---|
|  | Los Angeles, CA  90071 |
|  | Telephone:  (213) 683-9100 |
|  | Facsimile:  (213) 683-5180, (213) 683-4018 |
|  | Email:  brad.brian@mto.com |
|  | Email:  allen.katz@mto.com |

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, TX  77002
Telephone:   (713) 224-8380
Facsimile:    (713) 225-9945
Email:           john.elsley@roystonlaw.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

| /s/ Stephen J. Herman | s/ James Parkerson Roy |
|---|---|
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY |
| 820 O'Keefe Avenue | & EDWARDS LLC |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhkc.com | Fax No. (337) 233-2796 |
| *Plaintiffs' Liaison Counsel* | E-Mail: jimr@wrightroy.com |
|  | *Plaintiffs' Liaison Counsel* |

*Plaintiffs' Liaison Counsel*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 13, on October 11, 2012.

/s/  Kerry J. Miller