UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document applies to:<br>*ALL CASES* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## STIPULATED ORDER

The parties having had further discussions regarding the issues addressed in Orders Rec. Docs. 7268 and 7437, it is stipulated and agreed as follows:

1. Transocean hereby designates Steven Newman as a will-call witness.

2. Transocean will call Mr. Newman as a witness during its case at the Phase 1 trial, at which time all other parties will have the right to cross-examine Mr. Newman.

3. If for any reason Transocean fails to call Mr. Newman as a witness during its case at the Phase 1 trial, the PSC shall have the right to reopen its case for the purposes of calling Mr. Newman as its witness and the Court shall have all necessary powers to compel Mr. Newman's attendance at trial.

4. The admissibility of the documents at issue in the motions leading to Orders Rec. Docs. 7268 and 7437 shall be dealt with by the court in the ordinary course, in the same manner as other exhibits proposed to be introduced at trial.  The PSC is permitted to add the documents referenced in Rec. Docs. 7268 and 7437 to their Phase 1 trial exhibit list.  All arguments for and against admissibility of said documents are preserved, except that Transocean stipulates that all of said documents are authentic.

     5. The supplemental deposition of Mr. Newman allowed by Orders Rec. Docs 7268 and 7437 shall not proceed.

     IT IS SO ORDERED.

     New Orleans, Louisiana, this ___ day of October, 2012.

                                                                                               _____
                                                                                      United States Magistrate Judge