UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| Applies to: *All Cases,* including No. 10-4536 and No. 10-2771 | § § § § | MAG. JUDGE SHUSHAN |

## HALLIBURTON ENERGY SERVICES, INC.'S UNOPPOSED
## EX PARTE CONSENT MOTION FOR LEAVE TO AMEND ANSWERS

**TO THE HONORABLE CARL J. BARBIER:**

Pursuant to Federal Rule of Civil Procedure 15(a), Halliburton Energy Services, Inc. ("HESI") requests leave to file its (1) First Amended Answer to the First Amended Master Claim in Limitation and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint For Private Economic Losses ("B1 Master Complaint") (attached as Exhibit A)[1]; (2) First Amended Answer to BP Defendants' ("BP") Cross-Complaint and Third-Party Complaint in the MDL proceeding (attached as Exhibit B); and (3) First Amended Answer to BP's Third-Party Complaint in the Department of Justice Action (attached as Exhibit C).  HESI files its Memorandum in support of this Motion herewith, presenting facts and reasons underlying HESI's Motion.

Counsel for the PSC and for BP have informed that while they disagree substantively with the affirmative defenses raised by HESI in its amended answers, they do not object to HESI's filing of the amended answers.

---

[1] In accordance with Judge Shushan's Order (Dkt. No. 7534), HESI will file its answer to the PSC's B3 Master Complaint by October 26, 2012.

**Conclusion and Prayer**

HESI respectfully requests that this Court grant the Motion for Leave, and for all other relief, legal and equitable, to which it is justly entitled.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

By: /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:  (713) 425-7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Motion for Leave to Amend Answers has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 11th day of October, 2012.

    /s/ Donald E. Godwin
    Donald E. Godwin

1994362 v1-24010/0002 PLEADINGS