UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179 <br><br> SECTION:  J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |
| Applies to: | | |
| *All Cases,* including No. 10-4536 and No. 10-2771 | | |

## HALLIBURTON ENERGY SERVICES, INC.'S
## MEMORANDUM IN SUPPORT OF ITS
## UNOPPOSED EXPARTE CONSENT MOTION FOR LEAVE TO AMEND ANSWERS

**TO THE HONORABLE CARL J. BARBIER:**

Pursuant to Federal Rule of Civil Procedure 15(a), Halliburton Energy Services, Inc. ("HESI") seeks leave to file its (1) First Amended Answer to the First Amended Master Claim in Limitation and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint For Private Economic Losses ("B1 Master Complaint") (attached as Exhibit A); (2) First Amended Answer to BP's Cross-Complaint and Third-Party Complaint in the MDL proceeding ("BP MDL Complaint") (attached as Exhibit B); and (3) First Amended Answer to BP's Third-Party Complaint in the Department of Justice Action ("BP DOJ Complaint") (attached as Exhibit C), (collectively, the "First Amended Answers") and respectfully states as follows:

### Background and Procedural History

The PSC filed its B1 Master Complaint on February 9, 2011. (Dkt. No. 1128). HESI answered on September 26, 2011. (Dkt. No. 4118). BP filed its MDL Complaint on April 20, 2011. (Dkt. No. 2082). HESI answered on June 20, 2011. (Dkt. No. 2947). BP filed its DOJ

Complaint on April 20, 2011.  (Dkt. No. 2083).  HESI answered on June 20, 2011.  (Dkt. No. 2953).

On April 18, 2012, the Plaintiffs and BP filed their proposed Economic and Property Damages Settlement Agreement (Dkt. No. 6276; *amended as* Dkt. No. 6430 *on May 3, 2012*) and the Medical Benefits Class Action Settlement Agreement (Dkt. No. 6273; *amended as* Dkt. No. 6427 *on May 3, 2012*) (together the "Settlement Agreements").  The proposed Settlement Agreements, which remain subject to final Court approval following a certification and fairness hearing scheduled for November 8, 2012, give rise to new defenses to claims against HESI asserted by and/or purportedly assigned to BP and/or the PSC.  HESI requests leave to amend its answers primarily to add affirmative defenses arising from the Settlement Agreements.

## Argument and Authorities

**1.      Leave to Amend Should Be Freely Granted.**

Under Fed. R. Civ. P. 15(a), "leave to amend shall be freely given when justice so requires, and should be granted absent some justification for refusal."  *United States ex rel. Willard v. Humana Health Plan of Texas, Inc.*, 336 F.3d 375, 386 (5th Cir. 2003) (*citing Foman v. Davis*, 371 U.S. 178, 83 S. Ct. 227, 230 (1962)).  A court should not deny leave to amend unless there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed [or] undue prejudice to the opposing party by virtue of allowance of the amendment."  *Id.*  Because none of these factors are present, and because this motion is unopposed, this Court should grant HESI leave to file its amended answers.

**2. HESI's Request For Leave to Amend is Timely, Proper, and Prejudices No Other Parties.**

In compliance with this Court's scheduling orders, HESI filed its Objections to preliminary approval of the Settlement Agreements on April 24, 2012 (Dkt. No. 6350), and filed its Objections to final approval of the Settlement Agreements on August 31, 2012 (Case No. 10-7777, Dkt. Nos. 91 and 93). By filing these Objections, HESI put all parties on notice of the legal issues arising from the proposed Settlement Agreements which HESI now seeks to add to its affirmative defenses. Thus, all parties have had notice of HESI's legal positions regarding the proposed Settlement Agreements, and no party is prejudiced by HESI's request for leave to amend its answers.

Moreover, the terms of the proposed Settlement Agreements remain subject to the Court's consideration of the pending motions for final approval of the Settlement Agreements. If anything, HESI's request for leave to amend is anticipatory because the Court could require changes to the proposed Settlement Agreements, which changes could impact the affirmative defenses HESI now seeks to add to its answers. Nonetheless, given the January 14, 2013 trial setting, and in an effort to ensure its pleadings are complete and comprehensive, HESI seeks leave to add these affirmative defenses now (based on the proposed Settlement Agreements as currently filed), reserving its right to seek further amendments should the need arise. Accordingly, this Court should grant HESI's Motion for Leave to amend its answers.

## Conclusion

For the foregoing reasons, HESI respectfully requests that this Court grant the motion for leave, permitting HESI to file its First Amended Answers, attached hereto as Exhibits A, B, and C. HESI further requests such other and further relief to which it may be entitled.

Respectfully submitted,

**GODWIN RONQUILLO PC**

/s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
ayork@GodwinRonquillo.com
Misty Hataway-Coné
mcone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: (713) 595-8300
Facsimile: (713) 425-7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Memorandum in Support of Motion for Leave to Amend Answers has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 11th day of October, 2012.

          /s/ Donald E. Godwin
          Donald E. Godwin

1994385 v1-24010/0002 PLEADINGS