UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: *All Cases,* including No. 10-4536 and No. 10-2771 _____ | § § § § | MAG. JUDGE SHUSHAN |

## ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S UNOPPOSED EX PARTE CONSENT MOTION FOR LEAVE TO AMEND ANSWERS

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Unopposed *Ex Parte* Consent Motion For Leave To Amend Answers.  The Court after reviewing the Motion, finds that good cause has been shown, and that Defendant's Motion should be and is in all things GRANTED.

THEREFORE, IT IS HEREBY ORDERED that Defendant is permitted to file its:  (1) First Amended Answer to the First Amended Master Claim in Limitation and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint For Private Economic Losses ("B1 Master Complaint") (2) First Amended Answer to BP Defendants' ("BP") Cross-Complaint and Third-Party Complaint in the MDL proceeding; and (3) First Amended Answer to BP's Third-Party Complaint in the Department of Justice action.

SIGNED on the ____ day of _____, 2012.

_____
JUDGE PRESIDING

2013959 v1-24010/0002 PLEADINGS