UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION J JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO**: | : : | MAG. JUDGE SHUSHAN |
| *Cajun Offshore Charters, LLC v. BP, PLC, et al* *Civil Action No:  2-10-cv-01341* | : : : : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

**ON MOTION** of Kristopher R. Kahao of Kleinpeter & Schwartzberg, LLC, and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., and Jeremy Hebert of Becker & Hebert and Paul Sterbcow and Ian Taylor of Lewis, Kullman, Sterbcow and Abramson, and on suggesting to this Court that Kristopher R. Kahao, Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley no longer represent the plaintiff, Cajun Offshore Charters, LLC, in the above captioned matter, and that Plaintiff has engaged Jeremy Hebert of Becker & Hebert and Paul Sterbcow and Ian Taylor of Lewis, Kullman, Sterbcow and Abramson, as its attorney.  Jeremy Hebert, Ian Taylor and Paul Sterbcow desire to be enrolled as counsel of record for Plaintiff, Cajun Offshore Charters, LLC, and Kristopher R. Kahao, Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley, to be withdrawn.

**WHEREFORE**, Jeremy Hebert, Ian Taylor and Paul Sterbcow respectfully request to be enrolled as counsel of record for Plaintiff, Cajun Offshore Charters, LLC, and Kristopher R. Kahao of Kleinpeter & Schwartzberg, L.L.C., and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley

of Wigington, Rumley, Dunn & Ritch, L.L.P., Attorneys at Law, respectfully request that their names be withdrawn.

Respectfully submitted,

**KLEINPETER & SCHWARTZBERG, L.L.C.**
619 Jefferson Highway Suite 2H
Baton Rouge, Louisiana 70806
Telephone: (225) 926-4130
Facsimile: (225) 929-9817


BY:   s/Kristopher R. Kahao
Kristopher R. Kahao (La. Bar No. 31804)
**kriskahao@gmail.com**

AND

Joseph E. Ritch (Texas Bar No. 24037364)
David L. Rumley (Texas Bar No. 00791581)
**WIGINGTON RUMLEY DUNN & RITCH, LLP**
123 North Carrizo Street
Corpus Christi, Texas 78401
Telephone:  (361) 885-7500
Facsimile:  (361) 885-0487

AND

Joseph M. Dunn (Texas Bar No. 06245650)
**WIGINGTON RUMLEY DUNN & RITCH, LLP**
601 Howard Street
San Antonio, Texas  78212
Telephone:  (210) 487-7500
Facsimile:  (210) 487-7501

**AND**

**BECKER & HEBERT**
910 Harding Street
Lafayette, Louisiana  70503
Telephone:  (337) 233-1987
Facsimile:  (337) 235-1748

BY:   s/Jeremy Hebert
Jeremy Hebert (La. Bar No. 26327)

Paul M. Sterbcow, T.A. (#17817)
Ian F. Taylor (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
**Sterbcow@lksalaw.com**
**itaylor@lksalaw.com**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2012, a copy of the foregoing pleading has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

  s/Kristopher R. Kahao
Kristopher R. Kahao (#31804)