UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON | : | SECTION J |
| APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | MAG. JUDGE SHUSHAN |
| *Cajun Offshore Charters, LLC v.* | : | |
| *BP, PLC, et al* | : | |
| *Civil Action No:  2-10-cv-01341* | : | |

## O R D E R

Considering the above and foregoing Joint Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that Kristopher R. Kahao of Kleinpeter & Schwartzberg, L.L.C., and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., Attorneys at Law, be and are hereby withdrawn as counsel of record for Plaintiff, Cajun Offshore Charters, LLC, and Jeremy Hebert of Becker & Hebert and Paul Sterbcow and Ian Taylor of Lewis, Kullman, Sterbcow and Abramson be and are hereby enrolled as counsel for Plaintiff.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE