# CONFERENCE ATTENDANCE RECORD

DATE: 10-12-12     TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Duke Williams | PSC - TI's |
| Alan York | Halliburton |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Gwen Richard | " " |
| Sean Fleming | " " |
| Lauren Mitchell | " " |
| Alison Batiste | " " |
| Erika Toledo | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Stephen Flynn DOJ | USA |
| Corey Maze | AL |
| Win Sinclair | AL |
| Grant Davis-Denny | TO |
| Abby Andre | USA |
| Steve O'Rourke | USA |
| Mike Underhill | USA |
| Sarah Himes | Anadarko |
| Anthony Irpino | PSC |
| Paul Sterbcow | PSC |
| Tony Fitch | Anadarko |
| Renee Siegert | Cameron |
| Ashley Ennis | Cameron |
| Brian Barr | PSC |
| Doug Kraus | La. |
| Don Haycraft | BP |
| Ryan Babiuch | BP |

# CONFERENCE ATTENDANCE RECORD

DATE: _____    TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Rob Gasaway | BP |
| Andy Langan | BP |
| Steve Luxton | M-I |
| Jimmy Williamson | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

MDL 2179 - Phase Two Discovery Conference - 10-12-12

**Telephone Participants**

Mark Nomillini - BP

Ben Mayeaux - Airborne Support

Sarah Himmelhoch - US

Mike Petrino - BP

Joe Eisert - BP

Bill Stradley - 2185

Betheny Engle - US

Shawn Brennan - M-I

Pat O'Keefe - O'Brien

Sylvia Simpson - Seacor, et al

Scott Cernich - US

Carter Williams - TO

Erica Penzac - US