UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL ACTIONS | : : : | MAGISTRATE JUDGE SHUSHAN |

**THE UNITED STATES OF AMERICA'S REQUESTED ADVERSE INFERENCES REGARDING FIFTH AMENDMENT INVOCATIONS**

Pursuant to Paragraph 3 of the Court's Order of August 13, 2012 (Rec. Doc. 7107), the United States respectfully requests that the Court draw additional adverse interests based upon the attached Fifth Amendment invocations of BP Senior Drilling Engineer Mark Hafle, BP Drilling Engineer Brian Morel, and BP Well Site Leader Robert Kaluza.

Additionally, the United States incorporates as though set forth herein the requested adverse inferences previously filed by Plaintiffs (Rec. Doc. 5873 and 5873-1 through 13) with respect to the testimony of the following witnesses:

| Rec. Doc. | Name | Employer | Position | Inferences Against |
|---|---|---|---|---|
| 5873-1 | Hafle, Mark | BP | Sr. Drilling Engineer | BP |
| 5873-2 | Morel, Brian | BP | Drilling Engineer | BP Halliburton |

| 5873-3 | Kaluza, Robert | BP | Well Site Leader | BP |
| 5873-4 | Kuchta, Kurt | Transocean | Master of Deepwater Horizon | Transocean |
| 5873-5 | Harrell, Jimmy | Transocean | Offshore Installation Manager | Transocean BP |
| 5873-6 | Bertone, Steve | Transocean | Chief Engineer/Maintenance Supervisor | Transocean BP |
| 5873-7 | Haire, Christopher | Halliburton | Service Supervisor | Halliburton Transocean BP |
| 5873-8 | Willis, Cathleenia | Sperry Sun | Mud Logger | Halliburton BP |
| 5873-9 | Fleytas, Andrea | Transocean | Dynamic Positioning Officer | Transocean |
| 5873-10 | Ingram, James | Transocean | Senior Materials Coordinator | BP |
| 5873-11 | Holloway, Caleb | Transocean | Floor Hand | Transocean |
| 5873-12 | Sandell, Micah | Transocean | Crane Operator | BP |
| 5873-13 | Seraile, Alan | Transocean | Assistant Driller | Transocean |

The United States also incorporates as though set forth herein the requested adverse inferences previously filed by Halliburton (Rec. Doc. 5885 and 5885-1) with respect to the testimony of the following witnesses:

| Rec. Doc. | Name | Employer | Position | Inferences Against |
|---|---|---|---|---|
| 5885-1 | Hafle, Mark | BP | Senior Drilling Engineer | BP |
| 5885-1 | Morel, Brian | BP | Drilling Engineer | BP |

2

| 5885-1 | Kaluza, Robert | BP | Well Site Leader (On Rig) | BP |
| --- | --- | --- | --- | --- |
| 5885-1 | Harrell, Jimmy | Transocean | Offshore Installation Manager | TO |
| 5885-1 | Bertone, Steve | Transocean | Chief Engineer/Maintenance Supervisor | TO |
| 5885-1 | Wheeler, Wyman | Transocean | Toolpusher | TO |
| 5885-1 | Seraile, Alan | Transocean | Assistant Driller | TO |

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Dated: October 12, 2012.                      Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | BRIAN HAUCK |
| Assistant Attorney General | Deputy Assistant Attorney General |
| Environment & Natural Resources Div. | Civil Division |
| JAMES NICOLL | PETER F. FROST |
|   Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
|   Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
|   Senior Attorney | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| RACHEL HANKEY | JILL DAHLMAN ROSA |
| ABIGAIL ANDRE | MALINDA LAWRENCE |
| JUDY HARVEY | ROBIN HANGAR |
| MATT LEOPOLD | LAURA MAYBERRY |
| JEFFREY PRIETO | BRIENA STRIPPOLI |
| TOM BENSON | Trial Attorneys |
| GORDON YOUNG | Torts Branch, Civil Division |
| BETHANY ENGEL | |
| Trial Attorneys | |

/s/ Steven O'Rourke                           /s/ R. Michael Underhill
STEVEN O'ROURKE                               R. MICHAEL UNDERHILL, T.A.
Senior Attorney                               Attorney in Charge, West Coast Office
Environmental Enforcement Section             Torts Branch, Civil Division
U.S. Department of Justice                    U.S. Department of Justice
P.O. Box 7611                                 7-5395 Federal Bldg., Box 36028
Washington, D.C. 20044                        450 Golden Gate Avenue
Telephone: 202-514-2779                       San Francisco, CA 94102-3463
E-mail: steve.o'rourke@usdoj.gov              E-mail: mike.underhill@usdoj.gov

JIM LETTEN, United States Attorney
SHARON D. SMITH, Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that, today, the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated: October 12, 2012.                    /s/ R. Michael Underhill
                                            United States Department of Justice