UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL ACTIONS | : : : | MAGISTRATE JUDGE SHUSHAN |

..............................................................................................................................

### EXHIBIT 1

### THE UNITED STATES OF AMERICA'S REQUESTED ADVERSE INFERENCES REGARDING FIFTH AMENDMENT INVOCATIONS BY BP SENIOR DRILLING ENGINEER MARK HAFLE

1.  **BP's MMS filings of the well's fracture gradients were outdated and/or wrong; BP drilled portions of the well without the required safe drilling margin.**

118:20 - 118:25:

    20    Q.    You knew that the MMS

    21    regulations prohibited drilling without the

    22    safe drilling marging identified in the

    23    approved permit to drill, correct?

    25    A.    Same answer.

//

//

119:06 - 119:11

| | | | |
|---|---|---|---|
| 119 06 | Q. | And you knew that BP was |
| 07 | | required to maintain at least a 0.5 ppg |
| 08 | | margin at all times unless it had received a |
| 09 | | waiver from MMS, correct. |
| 11 | A. | Same answer |

120:20 - 121:10

| | | | |
|---|---|---|---|
| 120:20 | Q. | You also knew that when BP |
| 21 | | submitted a worksheet in its permit |
| 22 | | application listing mud weights and fracture |
| 23 | | gradients for intervals that had not yet been |
| 24 | | drilled, that BP would not drill an interval |
| 25 | | with a drilling margin less than the |
| 121:01 | | difference between the mud weight for that |
| 02 | | interval and the fracture gradient at the |
| 03 | | previous shoe, correct? |
| 05 | A. | Same answer |
| 06 | Q. | You're aware that MMS relies on |
| 07 | | BP to report accurate and reliable figures in |
| 08 | | its permit applications, correct? |
| 10 | A. | Same answer |

123:07 - 123:13

| | | | |
|---|---|---|---|
| 123:07 | Q. | | And you also knew that when it |
| 08 | | | drilled ahead at 8,970 feet after taking the |
| 09 | | | kick, it was drilling with a surface mud |
| 10 | | | weight of 10.1 ppg and a surface fracture |
| 11 | | | gradient of less than 10.3 ppg, correct? |
| 13 | A. | | Same answer |

124:01 - 124:13

| | | | |
|---|---|---|---|
| 124:01 | Q. | | When BP set its 13-5/8-inch |
| 02 | | | casing shoe around March 22nd, 2010, its |
| 03 | | | fracture gradient experts did not trust the |
| 04 | | | formation integrity test result of 14.6 ppg, |
| 05 | | | did they? |
| 07 | A. | | Same answer |
| 08 | Q. | | You knew that they thought that |
| 09 | | | the 14.G – 14.6 ppg result was excessive and |
| 10 | | | not reliable as a formation integrity tool, |
| 11 | | | didn't you? |
| 13 | A. | | Same answer |

//

126:24 - 127:15

| | | | |
|---|---|---|---|
| 126:24 | Q. | You knew that at 18,260 feet |
| 25 | | the well suffered a total loss of returns, |
| 127:01 | | correct? |
| 03 | A | Same answer |
| 04 | Q. | You knew that it, again, lost |
| 05 | | returns at that depth when the well was |
| 06 | | static and had a downhole mud weight of – of |
| 07 | | approximately 14.5 ppg. |
| 09 | A. | Same answer |
| 10 | Q. | From that point on, you assumed |
| 11 | | that the most reliable estimate of the |
| 12 | | downhole fracture gradient at 18,260 feet was |
| 13 | | approximately 14.5 ppg, correct? |
| 15 | A. | Same answer. |

2.  **Hafle knew that certain best and safest cementing practices were not used because of concerns about fracturing the formation.**

128:20 - 129:21

20      Q. You were aware that certain

21      traditional best and safest cementing

22      practices were not being used at the Macondo

23      well because BP was concerned about

| | | |
|---|---|---|
| 24 | | fracturing the formation, correct? |
| 129:01 | | A. Same answer. |
| 02 | Q. | You also knew that the concern |
| 03 | | about fracturing the Macondo well formation |
| 04 | | caused BP to use a variety of techniques in |
| 05 | | order to minimize ECD during the cementing of |
| 06 | | the production casing, correct? |
| 07 | A. | Same answer. |
| 08 | Q. | You were aware that – that the |
| 09 | | engineering team used a pump rate of 4 BPM |
| 10 | | for the cementing of the production casing at |
| 11 | | the Macondo well in an effort to minimize |
| 12 | | CED, correct? |
| 14 | A. | Same answer. |
| 15 | Q. | And you were aware that BP |
| 16 | | originally planned to circulate drilling |
| 17 | | fluid at a flow rate of at least five to |
| 18 | | eight barrels per minute while attempting to |
| 19 | | convert the float collar? |
| 21 | A. | Same answer. |

//

//

131:13-132:07

| | | | |
|---|---|---|---|
| 131:13 | | Q. | You were also aware that the BP |
| | 14 | | engineering team reduced the volume of cement |
| | 15 | | for the cementing of the production casing in |
| | 16 | | an effort to lower ECD, correct? |
| | 18 | A. | Same answer. |
| | 19 | Q. | And you knew that BP deviated |
| | 20 | | from its original drilling program when it |
| | 21 | | decided not to run a full bottoms-up |
| | 22 | | circulation of drilling mud prior to |
| | 23 | | cementing the production casing? |
| | 25 | A. | Same answer. |
| 132:01 | | Q. | You knew that BP decided not to |
| | 02 | | run a full bottoms-up prior to cementing the |
| | 03 | | production casing because of a concern that |
| | 04 | | doing so could fracture the formation, |
| | 05 | | correct? |
| | 07 | A. | Same answer. |