UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF : | |
| OF MEXICO, ON APRIL 20, 2010 : | SECTION J |
| : | |
| THIS DOCUMENT RELATES TO: : | JUDGE BARBIER |
| : | |
| ALL ACTIONS : | MAGISTRATE JUDGE SHUSHAN |
| : | |

# EXHIBIT 2

### THE UNITED STATES OF AMERICA'S REQUESTED ADVERSE INFERENCES REGARDING FIFTH AMENDMENT INVOCATIONS BY BP DRILLING ENGINEER BRIAN MOREL

1. **BP had known for some time that the reported and permitted fracture gradients were misstated to the MMS; BP drilled part of the well without the required safe drilling margin.**

103:04-103:13

| | | |
|---|---|---|
| 103:04 | Q. | You knew that the regulations prohibited |
| 05 | | drilling without a safe drilling margin, as |
| 06 | | identified in the approved APD for the Macondo |
| 07 | | Well, correct? |
| 08 | A. | Same answer. |
| 09 | Q. | You also understood that, in the case of |

| | |
|---|---|
| 10 | the Macondo Well, BP was required to maintain a |
| 11 | safe margin between its mud weight and its |
| 12 | fracture gradient, correct? |
| 13 | A.   Same answer. |

106:06-106:13

| | |
|---|---|
| 106:06 | Q.   (BY MR. UUNDERHILL) You knew that when BP |
| 07 | drilled ahead at 8,970 feet after it took the |
| 08 | kick, it was drilling with a surface mud weight of |
| 09 | 10.1 pounds per gallon and a surface fracture |
| 10 | gradient at the interval of less than 10.3 ppg, |
| 11 | correct? |
| 13 | A.   Same answer. |

106:14-107:03

| | |
|---|---|
| 106:14 | Q.   (BY MR. UNDERHILL)   You knew that when BP |
| 15 | set its 13 and five-eighths shoe casing – cashing |
| 16 | shoe in around March 22nd of 2010 at roughly |
| 17 | 13,145 feet, its fracture gradient experts who |
| 18 | were working on the Macondo Well did not trust the |

| | | |
|---|---|---|
| 19 | | formation integrity test of 14.6 pounds per |
| 20 | | gallon, correct? |
| 22 | A. | Same answer. |
| 23 | Q. | (BY MR. UNDERHILL) You also knew that |
| 24 | | they – that is, BP's internal experts – thought |
| 25 | | that result was excessive and not reliable as a |
| 107:01 | | formation integrity tool, correct? |
| 03 | A. | Same answer. |

107:11-107:15

| | | |
|---|---|---|
| 107:11 | Q. | (BY MR. UNDERHILL) You knew that on |
| 12 | | April 2, 2010, BP set its 9 and seven-eighths shoe |
| 13 | | casing at the depth of roughly 17,168 feet, |
| 14 | | correct? |
| 15 | A. | Same answer |

108:09-108:13

| | | |
|---|---|---|
| 108:09 | Q. | (BY MR. UNDERHILL) You also knew that |
| 10 | | BP's purported 16-pound fracture gradient test |
| 11 | | result was not valid, correct? |

3

| | | |
|---|---|---|
| 13 | A. | Same answer. |

**2.    The anomaly of the bottom plug landing earlier than predicted during the cement job should have put BP on notice that the bottom plug bypassed mud on its way down the Macondo well and contaminated the cement.**

119:19-120:11

| | |
|---|---|
| 119:19 | Q. The cement job has been discussed |
| 20 | previously, but I want to focus on landing the |
| 21 | bottom plug. And you knew that the bottom plug |
| 22 | landed nine barrels ahead of plan, correct? |
| 23 | MR. MORRISS: Form.\ |
| 24 | A. Same answer. |
| 25 | Q. (BY MR. HYMEL) And when the bottom plug |
| 120:1 | landed nine barrels ahead of plan, that meant that |
| 2 | the bottom plug probably bypassed the mud on the |
| 3 | way down and the mud contaminated the cement. Do |
| 4 | you agree? |
| 5 | MR. MORRISS: Form. |
| 6 | A. Same answer. |
| 7 | Q. (BY MR. HYMEL) Did you do anything to |
| 8 | investigate why the bottom plug landed nine |
| 9 | barrels ahead of plan? |

|  |  |  |
|---|---|---|
| | 10 | MR. MORRISS:  Form. |
| | 11 | A.  Same answer. |

3.   **Morel observed the circulating pressure on the Macondo well was very low after BP completed its attempts to convert the float equipment.  Morel considered that there may have been a breach somewhere in the casing string causing the lower than predicted circulating pressure readings, but he did <u>nothing to confirm the casing's integrity</u>.**

173:1-174:22

| | | |
|---|---|---|
| 173:1 | | Q.  (BY MR. SCHWARTZ)  You were aware of the |
| | 2 | difficulties with the float conversion; isn't that |
| | 3 | right? |
| | 4 | A.  Same answer. |
| | 5 | Q.  And you knew that it took nine attempts |
| | 6 | and 3,140 psi pressure to establish circulation? |
| | 7 | A.  Same answer. |
| | 8 | Q.  And even after circulation was |
| | 9 | established, you had doubts that the float collar |
| | 10 | had actually converted; isn't that true? |
| | 11 | MR. MORRISS:  Form. |
| | 12 | A.  Same answer. |
| | 13 | Q.  (BY MR. SCHWARTZ)  And you weren't even |
| | 14 | sure when it was dislodged at 3140 psi when the |

|   |   |
|---|---|
| 15 | circulation was established; isn't that right? |
| 16 | MR. MORRISS:  Form. |
| 17 | A.  Same answer. |
| 18 | Q.  (BY MR. SCHWARTZ)  And you were also |
| 19 | concerned with low circulating pressure at that |
| 20 | time; isn't that true? |
| 21 | MR. MORRISS:  Form. |
| 22 | A.  Same answer. |
| 23 | Q.  (BY MR. SCHWARTZ)  Despite your doubts in |
| 24 | this regard, isn't it true that you didn't try to |
| 25 | verify in a meaningful way that the float collar |
| 174:1 | had converted? |
| 2 | MR. MORRISS:  Form. |
| 3 | A.  Same answer. |
| 4 | Q.  (BY MR. SCHWARTZ)  And these are |
| 5 | unconverted float valves that could have |
| 6 | compromised the bottom hole cement job; isn't that |
| 7 | right? |
| 8 | MR. MORRISS:  Form. |
| 9 | A.  Same answer. |

10      Q.  (BY MR. SCHWARTZ)  Yet, you assumed that

11      risk, didn't you?

12      MR. MORRISS:  Form.

13      A.  Same answer.

14      Q.  (BY MR. SCHWARTZ)  You were also concerned

15      that there might have been a breach somewhere in

16      the casing during this time; isn't that true?

17      MR. MORRISS:  Form.

18      A.  Same answer.

19      Q.  (BY MR. SCHWARTZ)  But you didn't do

20      anything to verify that, did you?

21      MR. MORRISS:  Form.

22      A.  Same answer.