UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| ALL ACTIONS | : | MAGISTRATE JUDGE SHUSHAN |
| | : | |

..................................................................................................................................................

**EXHIBIT 3**

**THE UNITED STATES OF AMERICA'S REQUESTED ADVERSE
INFERENCES REGARDING FIFTH AMENDMENT INVOCATIONS BY
BP WELL SITE LEADER ROBERT KALUZA**

1.       **As the Well Site Leader on duty at the time the production casing cement job
         was pumped, Kaluza failed to verify that the final cement slurry met the job's
         <u>requirements and had been fully tested</u>.**

36:5-41:21

36:5          Q.    (By Mr. Bickford) And, sir, you

     6        know that a Cement Bond Log would have

     7        determined whether or not foam cement -- the

     8        foam cement that was used in this particular

     9        case was stable or not?

10      MR. MORRISS:  Form.

11      A.      Same answer.

12      Q.      (By Mr. Bickford) And you knew,

13      sir, that a finding of the cement -- I'm

14      sorry.

15      You knew, sir, that a finding

16      that the foam cement was not stable would

17      have called into question the integrity of

18      the cement job?

19      MR. MORRISS:  Form.

20      A.      Same answer.

21      Q.      (By Mr. Bickford) And speaking

22      of foam cement, had you ever had experience

23      at a well where foam cement was used on a

24      deepwater well before?

25      A.      Same answer.

37:1    Q.      (By Mr. Bickford) Sir, prior to

2       the cement job, did you ever see any testing

3       from Halliburton concerning the foam cement

4       that was utilized in the final cement job?

2

5      A.    Same answer.

6      Q.    (By Mr. Bickford) Sir, did you

7       ever receive a report or confirm for yourself

8      that the foam cement that Halliburton had

9      mixed for the well was adequate for the

10     pressure and heat present at the bottom of

11      the Macondo Well, sir?

12     A.    Same answer.

13     Q.    Sir, as Well Site Leader, was it

14     your ultimate responsibility to ensure that

15     the cement that was being used was proper and

16     correct cement?

17      MR. MORRISS:  Form.

18     A.    Same answer.

19     Q.    (By Mr. Bickford) And, sir,

20     the -- you never had any information, sir,

21     did you, about the testing of the final

22     cement mixture that was used, did you?

23     MR. HARTLEY:  Object to form.

24     MR. MORRISS:  Form.

25    A.    Same answer.

38:1    Q.    (By Mr. Bickford) And despite

2    the lack of information about the cement job,

3    about the flow -- in addition to the float

4    collar problems that you had, in addition to

5    the lack of a Cement Bond Log, you stood by

6    and knew that the Transocean personnel were

7    about to grossly underbalance the well by

8    displacing mud with seawater, didn't you?

9    MR. HARTLEY:  Form.

10    MR. CLARKE:  Objection.

11    A.    Same answer.

12    Q.    (By Mr. Bickford) And, sir,

13    you -- you were not certain prior to that

14    displacement that the cement job that had

15    been performed wa -- was adequate, were you?

16    MR. MORRISS:  Form.

17    A.    Same answer.

18    Q.    (By Mr. Bickford) And, sir,

19    because there was no cement plug yet set,

20    everything was riding on having a proper

21    cement job which would hold the formation at

22    the bottom of the well; isn't that true?

23    MR. MORRISS:  Form.

24    A.    Same answer.

25    Q.    (By Mr. Bickford) And in betting

39:1    on that information, you bet upon the safety

2    of everyone on the rig, didn't you?

3     MR. MORRISS:  Form.

4    A.    Same answer.

5    Q.    (By Mr. Bickford) Now, sir, did

6    you conduct the prizer -- positive pressure

7    test to test the integrity of the cement job?

8    A.    Same answer.

9    MR. HARTLEY:  Object to form.

10    Q.    (By Mr. Bickford) And, sir, were

11    you aware that a positive pressure test was

12    performed on the well prior to the

13    displacement of mud to seawater?

14    A.    Same answer.

5

15    Q.    Sir, prior to conducting that

16    positive pressure test, were you -- were

17    you ev -- were you ever informed as to the

18    conditioning time of the foam cement that was

19    utilized in cementing the well?

20    A.    Same answer.

21    Q.    And the conditioning time, sir,

22    is the time it takes the cement to set up and

23    form a viable barrier, isn't it, sir?

24    MR. MORRISS:  Form.

25    MR. HARTLEY:  Object to form.

40:1    A.    Same answer.

2    Q.    (By Mr. Bickford) And despite

3    not knowing the conditioning time for the

4    cement, you went ahead and authorized a

5    positive pressure test in the well; is that

6    correct?

7    MR. MORRISS:  Form.

8    MR. HARTLEY:  Object to form.

9    A.    Same answer.

6

10   Q.    (By Mr. Bickford) And, sir, the

11        positive pressure test on the well was

12        conducted without any BP Representative on

13        the rig knowing the conditioning time for the

14        cement; is that correct?

15        MR. CLARKE:  Objection.

16        MR. MORRISS:  Form.

17        MR. HARTLEY:  Object to form.

18   A.    Same answer.

19   Q.    (By Mr. Bickford) And you

20        certainly didn't know the conditioning time

21        did you, sir?

22        MR. MORRISS:  Form.

23        MR. HARTLEY:  Object to form.

24   A.    Same answer.

25   Q.    (By Mr. Bickford) And you –

41:1      you, sir, were aware that a negative test was

2        performed on this well, were you not?

3   A.    Same answer.

4   Q.    Okay.  And you were aware of the

5      results of the negative pressure test, were

6      you not?

7      MR. CLARKE:  Objection.

8      A.    Same answer.

9      Q.    (By Mr. Bickford) And the

10      negative pressure test would always be done

11      on a well of this type to confirm the well's

12      integrity; is that correct?

13      MR. MORRISS:  Form.

14      MR. CLARKE:  Objection.

15      A.    Same answer.

16      Q.    (By Mr. Bickford) And, in fact,

17      when it's done, there should be some

18      expectation that the well might lack

19      integrity; is that true?

20      MR. MORRISS:  Form.

21      A.    Same answer.

//

//

120:1-126:5

120:1      Q.   Does this Report include the

2      actual number of centralizers that was used?

3      A.   Same answer.

4      Q.   Did you ever ask Halliburton to

5      model the cement job with only six

6      centralizers?

7      A.   Same answer.

8      Q.   To your knowledge, did anyone at

9      BP ever ask Halliburton to model the cement

10      job with only six centralizers?

11      MR. MORRISS:  Object to form.

12      A.   Same answer.

13      Q.   (By Ms. Hankey) Did you ever ask

14      Halliburton to model the cement drive --

15      cement job using the actual placement of the

16      centralizers?

17      MR. MORRISS:  Form.

18      A.   Same answer.

19      Q.   (By Ms. Hankey) To your

20     knowledge, did anyone at BP ever ask

21     Halliburton to model the cement job using the

22     actual placement of the centralizers?

23     MR. MORRISS:  Form.

24     A.     Same answer.

25     Q.     (By Ms. Hankey) Did anyone at

121:1     Halliburton offer to perform the model with

2     the actual placement and number of

3     centralizers used?

4     MR. HARTLEY:  Object to form.

5     A.     Same answer.

6     Q.     (By Ms. Hankey) Were there 21

7     centralizers in total available on the rig at

8     the time the production casing was run?

9     A.     Same answer.

10     Q.     Isn't it true that no model was

11     ever performed with the location and the

12     number of centralizers actually used?

13     MR. MORRISS:  Form.

14     A.     Same answer.

15     Q.     (By Ms. Hankey) I'm going to ask

16     you to look at Tab 6.  This document is

17     entitled "Wellsite Checklists, Cementing

18     Responsibilities."

19     THE COURT REPORTER:  Exhibit number?

20     MS. HANKEY:  I'm sorry.  It's Exhibit

21     569.

22     Q.     (By Ms. Hankey) And if you turn

23     to Page 2, it -- the page says:  "Wellsite

24     Leader/Drilling Engineer" --

25     MR. CLARKE:  Can you -- I'm sorry.

122:1

2     MS. HANKEY:  Yes.  Just the next page.

3     Q.     "Cementing Responsibilities"?

4     MR. CLARKE:  Bates ending in 969?

5     MS. HANKEY:  Yeah, Bates ending in 969.

6     Q.     (By Ms. Hankey) And if you turn

7     to Page 5, Bates ending in 3972.  And you --

8     look at No. 8.  It says:  "Confirm correct

9     centralisers are available and suitable stop

11

10      collars have been supplied.  Confirm

11      installation is according to design and

12      review any necessary" -- "necessary changes

13      with the Cement Company engineer."

14      Did you understand this to be

15      one of your responsibilities as Well Site

16      Leader?

17      A.     Same answer.

18      Q.     And isn't it true that none of

19      the Well Site Leaders for the HORIZON ensured

20      that the correct centralizers and suitable

21      stop collars were supplied?

22      MR. MORRISS:  Form.

23      A.     Same answer.

24      Q.     (By Ms. Hankey) Did you ensure

25      that the correct centralizers are available

123:1      and suitable stop collars had been sup --

2       supplied?

3       MR. CLARKE:  Objection.

4       MR. MORRISS:  Form.

5    A.    Same answer.

6    Q.    (By Ms. Hankey) Did Halliburton

7    personnel inform the Engineers and/or Well

8    Site Leaders at BP that they recommended the

9    use of at least 21 centralizers?

10   MR. MORRISS:  Form.

11   A.    Same answer.

12   Q.    (By Ms. Hankey) Did Halliburton

13   personnel inform the Engineers and/or Well

14   Site Leaders at BP that less than 21

15   centralizers -- centralizers could lead to a

16   significant risk of gas flow potential?

17   MR. MORRISS:  Form.

18   A.    Same answer.

19   Q.    (By Ms. Hankey) And I'm going to

20   ask you to turn back to Page 2 in that same

21   exhibit.  On Page -- it's Bates numbered 969.

22   Item No. 2 says:  "Verify that the final

23   slurry" -- "slurry recommendation meets the

24   job requirements including" DB -- "DWOP and

25      ETP compliance."

124:1      Did you understand that this was

2      one of your responsibilities as Well Site

3      Leader?

4      A.    Same answer.

5      Q.    Did you verify that the final

6       recommendation met the job requirements?

7      A.    Same answer.

8      Q.    If you would turn to Page 3,

9      which is Bates No. 970, Item No. 1 says:

10      "For an offshore location ensure all final

11      slurry designs have been based on samples of

12      materials taken at the rig site."

13      Did you understand that to be

14      one of your responsibilities as Well Site

15      Leader?

16      A.    Same answer.

17      Q.    Did you ensure that all final

18      slurry designs were based on samples taken at

19      the rig site before the cement was run?

20    A.    Same answer.

21    Q.    And then later on that same

22    page, Item No. 4 says:  "Review strength

23    development indicated by laboratory testing

24    against timeline for subsequent operations

25    (pressure testing," burial -- "barrier

125:1    removal, drill out) and discuss any WOC

2    identified with Cement Company to assess

3    possible mitigations."

4    Did you understand that to be

5    one of your responsibilities as Well Site

6    Leader?

7    A.    Same answer.

8    Q.    Did you review any of the cement

9    testing results for a strength development?

10    A.    Same answer.

11    Q.    There are a number of other

12    items in this checklist for Wellsite Leader,

13    Cementing Responsibilities, are there not?

14    A.    Same answer.

15

15    Q.    Did you ensure that each one of

16    these outlined responsibilities has been --

17    had been met before running the cement?

18    A.    Same answer.

19    MR. MORRISS:  Object to form.

20    Q.    (By Ms. Hankey) To your

21    knowledge, did anyone at BP ensure that each

22    one of these outlined responsibilities had

23    been met before running the cement?

24    MR. MORRISS:  Objection, form.

25    A.    Same answer.

126:1    Q.    (By Ms. Hankey) According to

2    this, it was the Well Site Leader and

3    Drilling Engineer's responsibility to ensure

4    that the proper tests were completed before

5    the cement was run, correct?

6    MR. MORRISS:  Form.

7    A.    Same answer.

8    Q.    (By Ms. Hankey) It was the Well

9    Site Leader and Drilling Engineer's

16

10    responsibility to ensure that these tests

11    were completed.  You could not simply rely on

12    the contractor, could you?

13    MR. MORRISS:  Form.

14    A.    Same answer.

15    Q.    (By Ms. Hankey) In fact, given

16    that it was BP's well, it would not be

17    reasonable to rel -- completely rely on the

18    contractor, would it?

19    MR. MORRISS:  Form.

20    A.    Same answer.

21    Q.    (By Ms. Hankey) Wouldn't it be

22    unreasonable to wholly rely on the contractor

23    if you had previously noted that you were not

24    getting quality work from that contractor?

25    MR. MORRISS:  Form.

//

//

//

2.      **Kaluza observed the circulating pressure on the Macondo well was very low after BP completed its attempts to convert the float equipment.  Kaluza stated that something may have blown in the well or there may have been a hole in** <u>**the casing string that was causing the low circulation pressure readings**</u>**.**

112:19-114:2

112:19      I'm going to jump around a bit

   20      considering that I'm following up on the

   21      other attorney, but I'd like to start with

   22      looking again at Exhibit 31, what has been

   23      marked as Exhibit 3188.  It says on the first

   24      page, "Halliburton had modelled that at

   25      4bbls/minute pressure should be 570 psi.

113:1      Ramped up in 1 bbl increments slowly to

   2      4 bbl/minute at 350 psi."

   3      Do you dispute, Mr. Kaluza, that

   4      that is what happened?

   5      MR. MORRISS:  Object to form.

   6      MR. CLARKE:  The --

   7      A.     Same answer.

   8      Q.     (By Ms. Hankey) So it -- it's

   9      true, is it not, that you had problems

   10      establishing circulation pressure during the

11      float collar conversion?

12      MR. MORRISS:  Object to form.

13      A.     Same answer.

14      Q.     (By Ms. Hankey) And isn't it

15      true, Mr. Kaluza, that you were uncomfortable

16      with the circulation pressure being so low?

17      MR. MORRISS:  Form.

18      A.     Same answer.

19      Q.     (By Ms. Hankey) You stated that

20      it was odd that it was so low, correct?

21      MR. MORRISS:  Form.

22      A.     Same answer.

23      Q.     (By Ms. Hankey) In fact, didn't

24      you state that you may have blown something

25      up the casing?

114:1   MR. MORRISS:  Form.

2      A.     Same answer.

//

//

//

232:6-234:11

232:6     Q.   (By Mr. Hartley) Once the float

7    collar was deemed to have converted at 3,142

8    psi, you were surprised at the low

9    circulating rate?

10    MR. MORRISS:  Form.

11    Q.   (By Mr. Hartley) Is that right?

12    A.   Same answer.

13    Q.   At that point, shortly after

14    that low circulating rate was established,

15    you made a comment that you think you blew

16    something further up the casing?

17    MR. MORRISS:  Form.

18    A.   Same answer.

19    Q.   (By Mr. Hartley) You had a

20    concern at that point that either the casing

21    or casing joint had -- had ruptured or a hole

22    was caused in it?

23    MR. MORRISS:  Form.

24    A.   Same answer.

25     Q.    (By Mr. Hartley) You attributed

233:1     the low circulating volume to mud going

2     through that hole rather than circulating

3     through the float collar?

4     MR. MORRISS:  Form.

5     A.    Same answer.

6     Q.    (By Mr. Hartley) You commented

7     shortly after that ninth effort to convert

8     the float collars, quote, "I'm afraid that

9     we've blown something higher up in the casing

10     joint," end quote.

11     Isn't that right?

12     MR. MORRISS:  Form.

13     A.    Same answer.

14     Q.    (By Mr. Hartley) After that

15     ninth effort to convert the float collar,

16     pressuring up to 34 p -- 42 psi, you never

17     ran any additional tests to determine the

18     casing integrity or whether, in fact,

19     something had ruptured higher up, did you?

20      MR. MORRISS:  Form.

21      A.    Same answer.

22      Q.    (By Mr. Hartley) Did you call

23      anybody at BP onshore to express any concerns

24      about the float collar conversion efforts?

25      A.    Same answer.

234:1   Q.      To this day, you don't know

2       whether the float collar actually converted

3       on April 20th, 2010, do you?

4       MR. MORRISS:  Form.

5       A.    Same answer.

6       Q.    (By Mr. Hartley) You still think

7       there may have been some damage to the casing

8       or the -- or the joint higher up?

9       MR. CLARKE:  Objection.

10      MR. MORRISS:  Form.

11      A.    Same answer.

//

//

**3.      BP never confirmed the casing's integrity after BP attempted to convert the <u>float equipment and established circulation on the well.</u>**

232:6-234:11

    6      Q.    (By Mr. Hartley) Once the float

    7      collar was deemed to have converted at 3,142

    8      psi, you were surprised at the low

    9      circulating rate?

    10     MR. MORRISS:  Form.

    11     Q.    (By Mr. Hartley) Is that right?

    12     A.    Same answer.

    13     Q.    At that point, shortly after

    14     that low circulating rate was established,

    15     you made a comment that you think you blew

    16     something further up the casing?

    17     MR. MORRISS:  Form.

    18     A.    Same answer.

    19     Q.    (By Mr. Hartley) You had a

    20     concern at that point that either the casing

    21     or casing joint had -- had ruptured or a hole

    22     was caused in it?

    23     MR. MORRISS:  Form.

24      A.    Same answer.

25      Q.    (By Mr. Hartley) You attributed

233:1      the low circulating volume to mud going

2      through that hole rather than circulating

3      through the float collar?

4      MR. MORRISS:  Form.

5      A.    Same answer.

6      Q.    (By Mr. Hartley) You commented

7      shortly after that ninth effort to convert

8      the float collars, quote, "I'm afraid that

9      we've blown something higher up in the casing

10      joint," end quote.

11      Isn't that right?

12      MR. MORRISS:  Form.

13      A.    Same answer.

14      Q.    (By Mr. Hartley) After that

15      ninth effort to convert the float collar,

16      pressuring up to 34 p -- 42 psi, you never

17      ran any additional tests to determine the

18      casing integrity or whether, in fact,

19    something had ruptured higher up, did you?

20    MR. MORRISS:  Form.

21    A.    Same answer.

22    Q.    (By Mr. Hartley) Did you call

23    anybody at BP onshore to express any concerns

24    about the float collar conversion efforts?

25    A.    Same answer.

234:1    Q.    To this day, you don't know

2    whether the float collar actually converted

3    on April 20th, 2010, do you?

4    MR. MORRISS:  Form.

5    A.    Same answer.

6    Q.    (By Mr. Hartley) You still think

7    there may have been some damage to the casing

8    or the -- or the joint higher up?

9    MR. CLARKE:  Objection.

10    MR. MORRISS:  Form.

11    A.    Same answer.