UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deep Water Horizon" in | * | |
| the Gulf of Mexico, on  April | * | SECTION "J" |
| 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates to: 12:02248 | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |

## *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

Pursuant to Local Rule 7.8, Defendant, Odyssea Marine, Inc. ("Odyssea Marine"), operator of the M/V Odyssea Atlas, respectfully moves the Court for a twenty-one day extension of time through November 5, 2012 to respond to plaintiff, Torrey Barlow's complaint.

1.

Odyssea Marine's current deadline to respond to plaintiff's complaint is October 15, 2012.  Odyssea Marine has not requested a prior extension of time to plead. Plaintiff has not filed in the record an objection to an extension of time.

2.

Fore the foregoing reasons, and pursuant to Local Civil Rule 7.8, Odyssea Marine respectfully moves for a twenty-one day extension of time, through November 5, 2012, to respond to plaintiff's complaint.

Respectfully submitted,

**ADAMS AND REESE LLP**

/s/ Charles A. Cerise, Jr.
CHARLES A. CERISE, JR. (#1755)
charles.cerise@arlaw.com
KYLE L. POTTS (#26472)
Kyle.Potts@arlaw.com
4500 One Shell Square
New Orleans, LA  70l39
Tel: (504) 58l-3234
Fax: (504) 566-0210
*Attorneys for Odyssea Marine, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that a copy was mailed, with the confirmation of filing, to any non-CM/ECF participants.

/s/ Charles A. Cerise, Jr.
CHARLES A. CERISE, JR.