# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION "J" |
| | | JUDGE BARBIER |
| This Document Relates to: 12:02248 | * | MAGISTRATE SHUSHAN |
| | * * | |

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Time to Plead,

**IT IS HEREBY ORDERED** that Odyssea Marine, Inc.'s motion is **GRANTED.**

Odyssea Marine, Inc. shall have until November 5, 2012 to respond to plaintiff's complaint.

New Orleans, Louisiana, this ____ day of October 2012.

_____
UNITED STATES DISTRICT JUDGE