UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON | : | SECTION J |
| APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | MAG. JUDGE SHUSHAN |
| *Cajun Offshore Charters, LLC v.* | : | |
| *BP, PLC, et al* | : | |
| *Civil Action No:  2-10-cv-01341* | : | |

## O R D E R

Considering the above and foregoing Joint Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that Kristopher R. Kahao of Kleinpeter & Schwartzberg, L.L.C., and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., Attorneys at Law, be and are hereby withdrawn as counsel of record for Plaintiff, Cajun Offshore Charters, LLC, and Jeremy Hebert of Becker & Hebert and Paul Sterbcow and Ian Taylor of Lewis, Kullman, Sterbcow and Abramson be and are hereby enrolled as counsel for Plaintiff.

New Orleans, Louisiana this 12th day of October, 2012.

_____
United States District Judge