UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179<br><br>SECTION: J |
| Relates to: 2:10-cv-07777-CJB-SS | ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO COMPEL PLAINTIFF'S AND DEFENDANT'S RESPONSES TO OBJECTORS' REQUESTS TO PRODUCE

COMES NOW, the Objectors, Reynaldo Abreu, et. al., by and through undersigned counsel, and Pursuant to Fed. R. Civ. P. 26, 34, and 37, hereby moves this Court to compel the Plaintiff, Kip Plaisance, as class representative, and the Defendant, BP Exploration & Production, Inc., to respond to the Objectors' Requests to Produce, and in support would state as follows:

1. On October 3, 2012, Objectors propounded two identical Requests to Produce. One was sent to the Defendant, BP Exploration & Production, Inc. ("BP"), and the other was sent to the Plaintiff, Kip Plaisance ("Plaisance"), as class representative.

2. In their Requests to Produce, Objectors requested the following items:

    a. Redacted list of all Claimants listed in the BP Medical Encounters Database.

    b. Any and all documentation that demonstrates the total number of Claimants in the BP Medical Encounters Database who complained of any conditions listed in the Specified Physical Conditions Matrix.

    c. Any and all documentation that demonstrates the total number of Claimants contained in the BP Medical Encounters Database.

3. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), Objectors requested both BP and Plaisance to produce these items within thirty (30) days.

4. BP responded to Objectors' Request to Produce on October 4, 2012. In its letter, BP stated: "BP does not intend to respond to your request other than to reserve all rights and objections with regard to your requests."

5. On August 5, 2012, Objectors received correspondence from the Plaintiff Plaisance which unequivocally stated that the Plaintiff would not be responding to Objectors' Request to Produce.

6. Because both BP and Plaisance have made it clear that they do not intend to respond to Objectors' Requests To Produce, this Motion to Compel is both timely and ripe.

7. Without the timely production of these items, Objectors will be greatly prejudiced at the Fairness Hearing regarding the proposed Medical Benefits Class Action Settlement.

8. Objectors request the Court to compel both BP and Plaisance to produce the following items:

   a. Redacted list of all Claimants listed in the BP Medical Encounters Database.

   b. Any and all documentation that demonstrates the total number of Claimants in the BP Medical Encounters Database who complained of any conditions listed in the Specified Physical Conditions Matrix.

   c. Any and all documentation that demonstrates the total number of Claimants contained in the BP Medical Encounters Database.

WHEREFORE, the Objectors respectfully request that this Court grant the Objectors' Motion to Compel responses from both the Plaintiff, Kip Plaisance, as class representative, and the Defendant, BP Exploration & Production, Inc., to their Requests To Produce in accordance with the original request, and any additional relief this Court deems just and proper.

Respectfully Submitted,

Jeremy D. Friedman, Esq.
The Downs Law Group, PA
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
(305) 444-8226
Attorney for Claimants

　/s/ Jeremy Friedman___
Jeremy D. Friedman
Florida Bar # 134643

| Marx Sterbcow, Esq. | Jason Melancon, Esq. |
| --- | --- |
| The Sterbcow Law Group | Melancon & Rimes |
| 1734 Prytania St | 8706 Jefferson Hwy, Ste A |
| New Orleans, LA 70130 | Baton Rouge, LA 70809 |
| (504) 723-2184 | (225) 303-0455 |
| Louisiana Bar # | Louisiana Bar # |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was sent via U.S. Mail to: Medical Lead Class Counsel: James Parkerson Roy, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson St., Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C. Attention: Deepwater Horizon Medical Benefits Settlement Kirkland & Ellis, LLP, 300 North LaSalle St. Chicago Il., 60654 as of the date as set forth above.