UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br>11-0649 | *<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Plaintiff Knotty Girl Fishing, L.L.C.'s Motion to Lift Stay to File Motion to Remand. (Rec. Doc. 7381; *see also* Pl.'s Reply Br., Rec. Doc. 7548). BP filed an opposition (Rec. Doc. 7469) and later filed a Motion for Leave to File Supplemental Authority in Opposition to Plaintiff's Motion to Lift Stay (Rec. Doc. 7596).

The Court hereby **GRANTS** BP's Motion for Leave to File Supplemental Authority (Rec. Doc. 7596).

With respect to the Motion to Lift Stay to File Motion to Remand, having considered counsel's arguments, the relevant record, and the applicable law,

**IT IS ORDERED** that the Motion to Lift Stay (Rec. Doc. 7381) is **DENIED** and the stay **MAINTAINED**. The Court does not address at this time remand issues relating to Knotty Girl Fishing, L.L.C.

New Orleans, Louisiana, this 12th day of October, 2012.

_____
United States District Judge