UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to:<br><br>ALL CASES AND 2:10-CV-2771 | | |

### HALLIBURTON ENERGY SERVICES INC.'S AMENDED MOTION FOR ADVERSE INFERENCES BASED ON ASSERTIONS OF THE FIFTH AMENDMENT

Defendant Halliburton Energy Services, Inc. ("HESI") files this Amended Motion For Adverse Inferences Based on Assertions of the Fifth Amendment, pursuant to the Court's February 14, 2012 Order regarding Scope of Adverse Inferences Drawn from Invocation of Fifth Amendment Privilege Against Self-Incrimination (Rec. Doc. 5682), Magistrate Shushan's February 23, 2012 request that parties provide a listing of the adverse inferences to be drawn from the testimony of witnesses who have invoked the Fifth Amendment, and the Court's Order regarding Working Group Conference on Friday, August 10, 2012 (Rec. Doc. 7107).  HESI respectfully seeks adverse inferences against BP and/or Transocean with regard to the following BP and Transocean employees who have invoked the Fifth Amendment:[1]

    Stephen Bertone
    Mark Hafle
    Jimmy Harrell
    Robert Kaluza, Jr.
    Brian Morel
    Allen Seraile
    Wyman Wheeler

---

[1] The issue of Don Vidrine's ability to be deposed is on appeal to the Fifth Circuit.  In the event that Vidrine provides testimony and invokes the Fifth Amendment, HESI reserves its right to supplement and amend this Amended Motion for Adverse Inferences Based on Assertions of the Fifth Amendment.

| | |
|---|---|
| Dated: October 12, 2012 | Respectfully Submitted, |
| | **GODWIN RONQUILLO PC** |
| | **By:** /s/ *Donald E. Godwin* |
| | Donald E. Godwin |
| | *Attorney-in-charge* |
| | State Bar No. 08056500 |
| | dgodwin@GodwinRonquillo.com |
| | Bruce W. Bowman, Jr. |
| | State Bar No. 02752000 |
| | bbowman@GodwinRonquillo.com |
| | Jenny L. Martinez |
| | State Bar No. 24013109 |
| | jmartinez@GodwinRonquillo.com |
| | Floyd R. Hartley, Jr. |
| | State Bar No. 00798242 |
| | fhartley@GodwinRonquillo.com |
| | Gavin E. Hill |
| | State Bar No. 00796756 |
| | ghill@GodwinRonquillo.com |
| | Renaissance Tower |
| | 1201 Elm, Suite 1700 |
| | Dallas, Texas 75270-2041 |
| | Telephone: (214) 939-4400 |
| | Facsimile: (214) 760-7332 |
| | and |
| | R. Alan York |
| | AYork@GodwinRonquillo.com |
| | Jerry C. von Sternberg |
| | JVonSternberg@GodwinRonquillo.com |
| | Misty Hataway-Coné |
| | MCone@GodwinRonquillo.com |
| | 1331 Lamar, Suite 1665 |
| | Houston, Texas 77010 |
| | Telephone: 713.595.8300 |
| | Facsimile: 713.425.7594 |
| | **ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services Inc.'s Amended Motion for Adverse Inferences Based on Assertions of the Fifth Amendment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 12th day of October, 2012.

/s/  Donald E. Godwin
Donald E. Godwin