# EXHIBIT A
# STEVE BERTONE

01-37555
PW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Steve Bertone

**VOLUME 1**

JULY 27, 2011

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
**For U.S. & International Services**
800 - 745 - 1101

```
 1  can follow along?
 2         MR. LUNDY:  Yeah, we have an extra one.
 3         Q.    (BY MR. LUNDY)  All right.
 4  Mr. Bertone, I'm going to talk to you now
 5  briefly about an audit that was performed in
 6  September 2009.  If you'll look at tab 1 in
 7  the binder in front of you, you'll see the
 8  document that I'm going to refer to.  The
 9  document is Bates-stamped BP_HZN_MBI00136211
10  through 136270.  It's been marked as
11  Exhibit 4362.
12              Mr. Bertone, you were aware that
13  an audit was performed on the Deepwater
14  Horizon in September 2009 on the date
15  September 13th through the 17th; is that
16  correct?
17         A.    Same answer.
18         Q.    And the document that we have
19  marked as Exhibit 4362 is the findings of the
20  audit that was performed in 2009.  Do you
21  recognize this document?
22         A.    Same answer.
23         Q.    All right.  And on Page 2 under
24  the "Executive Summary" we see findings from
25  the audit; is that correct?
```

```
            1        A.      Same answer.
            2        Q.      All right.  And isn't it true
            3   that one of the findings in the audit which
            4   is found on Page 2, four paragraphs down from
08:51       5   the "Findings of particular note were the
            6   following," if you'll go down four
            7   paragraphs, you'll see one of the findings
            8   was that there was overdue planned
            9   maintenance considered excessive 390 jobs,
08:51      10   amounting to 3,545 man-hours.  Do you see
           11   that?
           12        THE REPORTER:  Who objected?
           13        MR. KINCHEN:  Objection; form.
           14        Q.      (BY MR. LUNDY)  Do you see that
08:51      15   finding?
           16        A.      Same answer.
           17        Q.      Mr. Bertone, how much of the
           18   planned maintenance was completed between
           19   September 2009 and April 20th, 2010?
08:51      20        A.      Same answer.
           21        Q.      Okay.  Isn't it true that very
           22   little of the planned maintenance identified
           23   in this executive summary was performed
           24   between September 2009 and April 20, 2010?
08:52      25        MR. KINCHEN:  Object to form.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

48

 1      A.    Same answer.
 2            MR. KINCHEN:  Object to form.
 3      Q.    (BY MR. MORRISS)  And you would
 4 agree that to properly maintain the safety
 5 critical equipment on the Deepwater Horizon
 6 there were a certain number of qualified
 7 people that would be necessary to carry out
 8 that task, correct?
 9      A.    Same answer.
10            MR. KINCHEN:  Object to form.
11      Q.    (BY MR. MORRISS)  And Transocean
12 knew and you knew before April 20th, 2010
13 that there were not -- there were not enough
14 maintenance and repair personnel to carry out
15 these safety critical responsibilities,
16 correct?
17            MR. KINCHEN:  Object to form.
18      A.    Same answer.
19      Q.    (BY MR. MORRISS)  And Transocean
20 had insufficient manpower on the Deepwater
21 Horizon on April 2010 to carry out these
22 safety critical repair and maintenance
23 functions, correct?
24            MR. KINCHEN:  Object to form.
25      A.    Same answer.

**PURSUANT TO CONFIDENTIALITY ORDER**

86

|  |  |
|---|---|
| 1 | Q.     Turn with me to the Bates |
| 2 | numbers 585.  The box up at the top that says |
| 3 | "Weaknesses."  One of the last italicized |
| 4 | quotes here states, "Run it, rig it, fix it, |
| 10:20  5 | that's how they work and the Drilling |
| 6 | Department should be held more accountable |
| 7 | than what they are (currently) are." |
| 8 |        Do you see that, sir? |
| 9 |     A.     Same answer. |
| 10:20 10 |     Q.     From your experience as a chief |
| 11 | engineer on board the Horizon, this is an |
| 12 | accurate statement concerning the maintenance |
| 13 | philosophy of Transocean, is it not? |
| 14 |     A.     Same answer. |
| 10:20 15 |     MR. KINCHEN:  Object to form. |
| 16 |     Q.     (BY MR. FLEMING)  The |
| 17 | maintenance philosophy of Transocean was to |
| 18 | run it, break it, fix it, correct? |
| 19 |     MR. KINCHEN:  Object to form. |
| 10:20 20 |     A.     Same answer. |
| 21 |     Q.     (BY MR. FLEMING)  Turn with me |
| 22 | to tab 4, please, and I think this is now the |
| 23 | third copy of exactly the same exhibit you've |
| 24 | seen before with yet another exhibit number |
| 10:20 25 | on it.  This is the follow-up rig audit |

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1            MR. KINCHEN:  Object to form.
 2       A.   Same answer.
 3       Q.   (BY MR. FLEMING)  That did, in
 4  fact, occur; did it not?
 5            MR. KINCHEN:  Object to form.
 6       A.   Same answer.
 7       Q.   (BY MR. FLEMING)  As chief
 8  engineer you did not feel you had the
 9  necessary personnel to perform adequate
10  maintenance tasks; did you?
11            MR. KINCHEN:  Object to form.
12       A.   Same answer.
13       Q.   (BY MR. FLEMING)  Turn with me
14  to Page 11, please.  About halfway down this
15  page there is a statement that reads, The
16  spare pod is not 100 percent complete
17  before -- I'm sorry, the spare pod is not
18  100 percent complete, being deficient in
19  solenoid valves, and the SEM needs to be
20  refurbished by Cameron."
21            Do you see that, sir?
22       A.   Same answer.
23       Q.   This is, in fact, an accurate
24  statement as far as you were aware as the
25  chief engineer for the Horizon, correct?
```