# EXHIBIT B-2
# MARK HAFLE

29

1    duties.

2        Q.  I'm going to take some notes here.

3    According to the mud log on the DEEPWATER

4    HORIZON, the drilled the formation just below

5    the productive zone and lost full returns when

6    they weighed up to 14.4 pounds per gallons.

7    Did you take this lost circulation zone into

8    consideration when you were designing the

9    cement job for this well?

10       A.  Absolutely.

11       Q.  And what did you take into

12   consideration?  What was the end result of

13   what happened with your work on that?  Did you

14   continue to go forward with the --

15       A.  I'm not sure what specific part you're

16   asking about.

17       Q.  You design a cement job and you had

18   full loss returns in that zone, did you change

19   your cement job at that time?

20       A.  We never -- we designed the cement job

21   after we had the real well data to give us the

22   best chance of giving a successful cement job

23   with the actual well data that was given to us

24   both pressures and lost circulation.

25       Q.  And who was giving that to you?

30

1     A.  Who gave us that cement design?

2     Q.  Yes.

3     A.  Halliburton, we worked with Halliburton

4  to design that.  Halliburton has the piece of

5  software.  They run the model, we review the

6  model, we adjust the model parameters until

7  we're satisfied that the model has been

8  prepared as well as possible.

9     Q.  Do you know if they had any specific

10  additives in that cement that would mitigate

11  loss returns?

12     A.  I believe they had planned to use lost

13  circulation material in that cement, yes.

14     Q.  How about hydrocarbon influx, was there

15  any special additives for that, do you know?

16     A.  I'm not sure.

17     Q.  Reduced annular space?

18     A.  Don't understand what that means.

19     Q.  Do you -- yeah, the friction reduction

20  of the -- on the cement job?

21     A.  I'm not sure.

22     Q.  Why was specifically nitrogen used on

23  this job?

24     A.  Nitrogen is used to lighten the weight

25  of the cement.

31

1    Q.  And who approved the -- did you approve

2    the use of the nitrogen in the job or was that

3    Halliburton?

4        A.  The recommendations were from both the

5    drilling engineering department and

6    Halliburton.  The approval process would be

7    the people above us.

8        Q.  How many previous nitrogen jobs had you

9    reviewed or approved?

10       A.  Two on this particular well.

11       Q.  Two on this well?

12       A.  Yeah.

13       Q.  And those were the first two?

14       A.  The 28 inch and the 22 inch casing.

15   Nitrogen jobs are used primarily on those two

16   strings on every deep water well because it's

17   the best way to combat shallow water flow.

18       Q.  Did you have any loss returns while

19   displacing that nitrified cement?

20       A.  Not to --

21       Q.  For the production casing?

22       A.  I was not made aware of any.

23       Q.  Did you look at any data that would

24   indicate that there was loss returns?

25       A.  No, sir.

32

1     Q.  Did you run any bond or temperature

2  logs?

3     A.  No, sir.

4     Q.  Why not?

5     A.  We had not gotten to that point in the

6  well plan before the incident occurred.

7     Q.  Did you have a good cement job on that

8  9 and 7/8th by 7 inch casing?

9     A.  All the indicators that I was told

10  about would indicate that it was a good cement

11  job.

12     Q.  And what data did you review to get

13  that assessment?

14     A.  I was given verbal communications that

15  we had full returns, that we had cement lift

16  pressure and that we had bumped the plug.  All

17  of which those three parameters are very

18  important to get a primary cement job.

19     Q.  And whose verbal indication did that

20  come from?

21     A.  Brian Morrel.

22     Q.  Who?

23     A.  Brian Morrel.

24     Q.  And who does he work with?

25     A.  He's a BP drilling engineer.

33

1      Q.  Do you feel that the failure of the

2   possible nitrogen cement job possibly led to

3   -- was directly related to this blow out?

4      A.  I can't speculate on that because the

5   investigation's not complete.

6          MR. MATHEWS:

7              That's all I have, sir.

8          THE WITNESS:

9              Thank you.

10         E X A M I N A T I O N

11   BY MR. McCARROLL:

12      Q.  Can we go back and just cover a couple

13   of items real quick.  Specifically the pore

14   pressure frac gradient, can you elaborate how

15   that is effected in a deep water well for the

16   shallow casings?  Is there something specific

17   that needs to be looked at for deep water

18   drilling for pore pressure frac gradient for

19   shallow casing?

20      A.  Because you've got -- the deeper the

21   water the lower those frac gradients are in

22   the shallow strings.  So, occasionally, you

23   know, you have to take that into consideration

24   when you plan your casing points.

25      Q.  So, how's that different than a shelf

34

1    well?

2        A.  A shelf well you would have very high

3    frac gradients, very shallow.  In deep water

4    you have very low frac gradients.

5        Q.  And what does that mean in plain

6    English?  Do you wind out setting more casing

7    strings in deep water than you do in the

8    shelf?

9        A.  It's not necessarily always the case,

10   but kind of generally speaking deep water

11   wells going to an equivalent depth probably

12   would require more casing strings than an

13   equivalent depth in the shelf.

14       Q.  So, does that bring the possibility of

15   casing yourself out of the hole in drilling

16   terms in deep water?

17       A.  I've never heard the term "Casing

18   yourself out", but —

19       Q.  Well —

20       A.  Running out of strings of pipe not

21   reaching your objectives, absolutely.

22       Q.  When you get so small at the bottom

23   it's not productive to produce the well?

24       A.  It's never happened to BP in our deep

25   water group, but I can imagine that case

35

1    happening.

2        Q.  Isn't that what you have to be careful

3    for in deep water though?

4        A.  Well, I think that's what you have to

5    be careful for in any well.

6        Q.  Well, in deep water the cost is a lot

7    more expensive then it is for shallow wells.

8    You need a higher flow rate to justify those

9    wells.

10       A.  I don't get involved in the economics.

11       Q.  Well, I mean I would think you would be

12   involved in the casing design and the casing

13   design leads to the economics.

14       A.  When we're — when we're doing the

15   objectives for a well we're given a minimum

16   hole size that we're expected to deliver.

17       Q.  And what was that minimum hole size in

18   this case?

19       A.  8 and a half inch hole.

20       Q.  With a production casing of what?

21       A.  7 inch.

22       Q.  Okay.  And you delivered that?

23       A.  We delivered that.

24       Q.  Don't you think that for that size

25   casing and that small a hole that you

36

1   essentially set up your Halliburton cementer

2   for failure?

3       A.  Not at all.

4       Q.  Especially when you have a loss return

5   zone right below the productive zone?

6       A.  Not at all.

7       Q.  Do you think that's normal to expect

8   someone to be able to cement 7 inch casing

9   inside an 8 and a half inch hole with a severe

10  loss return below the production zone?

11      A.  I believe it is possible to get a

12  successful cement job in that casing.

13      Q.  Do you think that is a good idea?

14      A.  I think that it's done everyday on

15  wells —

16      Q.  Is that a good engineering practice?

17      A.  I believe it is a sound engineering

18  practice.

19      Q.  Okay.  Personally I would not want to

20  try to attempt that myself.

21      A.  Understood.

22      Q.  And what was the result of this

23  particular job when you did that?

24      A.  All indications were that we had an

25  adequate cement job.

37

1    Q.  What was the ultimate result?

2    A.  I'm not sure I understand the question.

3    Q.  What happened to the well?

4    A.  I'm not sure what conclusion you're

5    trying to draw.

6    Q.  Well, in order for the well to flow the

7    cement has to fail; is that correct?

8    A.  That's not entirely correct in my

9    opinion.

10   Q.  So, you think the cement job was

11   successful, but then the well flowed --

12   A.  The indications that I have were --

13   Q.  -- 11 people were killed, but you still

14   think the cement job was successful?

15   A.  I don't have any data that says that

16   the cement job was not successful.

17   Q.  The fact that the well flowed doesn't

18   tell you something?

19   A.  The fact that the well flowed tells me

20   that the well became out of control at some

21   point after the cement job and that the data

22   from the investigation has not yet proven why

23   the well became out of control.

24   Q.  So, what is the purpose of the cement

25   job if not to control the flow from the

38

1    productive interval?

2        A.  The purpose of the cement job is to

3    isolate the reservoir for future production.

4        Q.  And control the flow until you

5    perforate, correct?

6        A.  The cement, the mud, the seal assembly

7    all control the flow of the well after the

8    cement job.

9        Q.  The cement and the mud controls the

10   flow before you perforate?

11       A.  The cement, the mud and the seal

12   assembly control the flow.

13       Q.  Okay.  Then why do you need cement at

14   all?

15       A.  Because you're going to do a completion

16   and you couldn't isolate the various

17   reservoirs for perforating without the cement

18   in place.

19       Q.  Right.  So, essentially the cement

20   prevents the flow until you perforate?

21       A.  It is one of the mechanisms.

22       Q.  Right.  So, if the well flowed it would

23   be logical to I think everybody here that the

24   cement didn't do that?

25       A.  I will wait for the conclusion of the

39

1   investigation to prove that.

2        Q.  That would be my logic that the cement

3   didn't work.

4        MR. LANSDEN:

5           I'm going to object.  I understand

6             that you're asking questions —

7        MR. McCARROLL:

8           Yes.  I agree with you Counselor.

9   BY MR. McCARROLL:

10       Q.  Let me just check my notes here real

11   quick.  The ballooning, do you think the

12   ballooning had something to do with the fact

13   that you set two extra casing strings?

14       A.  No, sir.

15       Q.  So, why did you have to set two extra

16   casing strings that wasn't in your original

17   plan if it wasn't because of the ballooning?

18   I mean ballooning — I read the daily reports

19   and it looks like to me the trouble you had

20   besides the kicks was ballooning.

21       A.  I cannot recall every section of the

22   well that had ballooning.

23       Q.  Well, you are the drilling engineer,

24   aren't you?

25       A.  Yes, I am one of the drilling

40

1    engineers.

2        Q.   One of the drilling engineers?

3        A.   Yes.

4        Q.   Who is the other drilling engineer?

5        A.   Brian Morrel.

6        Q.   And does he write or design the casing?

7        A.   He's involved in that process also.

8        Q.   And is he a senior drilling engineer

9    and you're a junior drilling engineer?

10       A.   The opposite is true.

11       Q.   Oh, you're the senior?

12       A.   Yes.

13       Q.   And he's like the trainee?

14       A.   He is not a trainee. He is a junior

15   drilling engineer.

16       Q.   Okay.  Do you get calls from the rig

17   directly?

18       A.   Occasionally.

19       Q.   Occasionally.  Do you get calls in the

20   middle of the night?

21       A.   Occasionally.

22       Q.   And do they call you when they have

23   trouble?

24       A.   Depending on the type of trouble, yes.

25       Q.   So, if they'd have a severe ballooning

41

1   problem, would the rig call you and ask you

2   for advice?

3       A.  Possibly.

4       Q.  Okay.  Would your advice be to set

5   casing?

6       A.  No.

7       Q.  What would your advice be?

8       A.  Let's find out why the wellbore is

9   ballooning and what we can do to fix that

10  ballooning to still reach the objective casing

11  points.

12      Q.  And then ultimately, if you cannot fix

13  it through loss control material or some other

14  means cutting back mud weight, then what would

15  your suggestion be?

16      A.  You would have to set a string of

17  casing.

18      Q.  And you did set two extra strings of

19  casing in this well?

20      A.  Yes, sir.

21      Q.  Okay.  So, my assumption from looking

22  at that and reading the daily reports is

23  ballooning resulted in you setting these two

24  extra casing strings directly --

25      A.  I -- I would not go to the same

42

1    conclusion.

2        Q.  Okay.  Thank you.

3        A.  If you're using ballooning and loss

4    circulation events as the same terminology

5    then possibly, but we had major loss

6    circulation events up the hole and in multiple

7    hole sections.

8        Q.  Alright.

9        A.  So, those were not ballooning events

10   because we lost thousands of barrels of mud

11   that never came back.

12       Q.  So, could you tell me the most severe

13   formation in this well where you had a loss

14   returns problem?

15       A.  I can't remember the exact hole

16   section, but it was way up the hole.  The

17   productive interval was not the worst lost

18   circulation event.

19       Q.  Okay.  How about the second to worst?

20       A.  Second to worst I cannot recall exactly

21   which hole section that was, but it may be

22   kind of a tie between the productive interval

23   and one up the hole.

24       Q.  Okay.  So, you did have severe loss

25   returns near the productive interval?

43

1    A. 3,000 barrels.

2    Q. Okay. And how did you address that?

3    A. Loss circulation material, cutting the

4    mud weight, reducing ECD through lower

5    circulation rates.

6    Q. Do you think the loss circulation

7    material for addressing it's rear loss returns

8    is a permanent fix?

9    A. It depends on the material and how it's

10   applied, it can be a permanent fix.

11   Q. Or is it just a temporary fix?

12   A. It can be both.

13   Q. Okay. Loss returns material invades

14   the formation or does it just plaster on the

15   face of the formation?

16   A. It depends on the material pump.

17   Q. Okay. And what material did you pump?

18   A. We pump our standard 84 pound per

19   barrel kind of a 200 barrel of loss

20   circulation material that has a variety of

21   products in it. Then we pump an MI product

22   called Forma Squeeze Forma Set, which is kind

23   of a two stage process. That -- the last part

24   of that is actually kind of a product that

25   goes from a liquid to a semi-solid state that

44

1    does both, attach to the outside of the

2    wellbore as well as go into the potential

3    fracture or permeable zone to seal that up.

4        Q.  Okay.  When you got to the very bottom

5    of the hole and you decide to cement, did you

6    inform Halliburton about the severe loss

7    returns?

8        A.  Halliburton was aware of the loss

9    circulation in that hole section.

10       Q.  And who in Halliburton did you inform

11   specifically?

12       A.  In BP's office we have a desk engineer

13   from Halliburton, Jessie Gagliano.

14       Q.  And what's his name?

15       A.  Jessie Gagliano.

16       Q.  Jessie Gagliano?

17       A.  Uh-huh (affirmative reply).

18       Q.  Okay.  And did he design the cement job

19   specifically with that in mind?

20       A.  I believe that the model was created

21   with that in mind, yes.

22       Q.  And did he come back and discuss that

23   with you in detail?

24       A.  He discussed that with several groups

25   of people over that week while we were

45

1    wireline

2        Q.  Did he discuss that with you?

3        A.  Yes, I was in those meetings with those

4    discussions.

5        Q.  And did you have any concerns?

6        A.  Not specifically.

7        Q.  Did anybody have any concerns?

8        A.  We were concerned that the pore

9    pressure and frac gradient window for that

10   cement job was going to be a narrow window to

11   execute that cement job.  That's why we spent

12   five days --

13       Q.  Did anybody consider stopping, you

14   know, because of safety and not proceeding?

15       A.  No one believed that there was going to

16   be a safety issue with pumping that cement

17   job.

18       Q.  Okay.  So, y'all did discuss your

19   concerns, right?

20       A.  Absolutely.

21       Q.  Alright.  And you went ahead and

22   proceeded with the job anyway?

23       A.  All of the risks had been addressed,

24   all of the concerns had been addressed.  We

25   had a model that suggested that if executed

46

1    properly we would be able to get a successful

2    cement job on this string of pipe.

3        Q.  Did anyone in the group express any

4    concerns to you after the meeting?

5        A.  Not that I can recall.

6        Q.  Okay.  Anyone on the rig express any

7    concerns to you after you sent the procedure

8    out there?

9        A.  Not that I recall.

10       Q.  Okay.  So, when the job was pumped and

11   they had some loss returns, did anyone

12   consider running cement bond logs or

13   temperature logs to find out where the top of

14   the cement was?

15       A.  I was not made aware of any losses

16   during the cement job.

17       Q.  Well, the data we received from BP

18   showed that you had some loss returns.

19       A.  I don't -- I have not seen that data.

20   I've not been shown that data.

21       Q.  So, did anyone from the rig talk to you

22   about running a cement bond log or a

23   temperature log?

24       A.  No one from the rig discussed that.

25       Q.  Thank you.

47

1          EXAMINATION

2     BY MR. MATHEWS:

3          Q.  I just have one question: Earlier in

4     your testimony you said that you had visited

5     the DEEPWATER HORIZON in March for what you

6     thought was going to be a weekend trip and

7     actually turned out to be a week.  Why did it

8     take so long and what happened for that to --

9          A.  Well, the problem I went out there to

10    kind of oversee the correction was done

11    successfully.  I like to be offshore, it had

12    been two or three years since I had been on

13    the rig previously.  Engineers don't get the

14    opportunity to go offshore that often and I

15    know -- I mean I've known a bunch of the guys

16    that died a long time.  And, you know, it's

17    kind of a reunion if you will.  Those guys

18    spend half their lives offshore.  And many of

19    those people were involved in a big kind of

20    pre-job meeting three or four years ago for a

21    well that I was engineer on.  So, I have a

22    personal tie with some of those people.  And,

23    once you're out there, it's easy to stay.

24    People don't really want you to go in.  When

25    the engineer comes out they give you plenty of

48

1    things to do because they like having you

2    around.  You're part of the team.

3        Q.  Okay.  So, there was no problem with

4    the well?

5        A.  I did not stay because of additional

6    problems.

7        Q.  I know.  I was trying to get a

8    clarification earlier.  Thank you.

9        A.  Uh-huh (affirmative reply).

10          E X A M I N A T I O N

11   BY CAPT NGUYEN:

12       Q.  Mr. Hafle, I have a couple of questions

13   for you.  Did you review the case file for the

14   DEEPWATER HORIZON before you came here to

15   testify?

16       A.  I'm not sure I understand the question.

17       Q.  Did you review the case file, the BP

18   case file, on the design case file for the

19   DEEPWATER HORIZON in terms of this particular

20   drilling operation?

21       A.  Are you talking about the casing

22   design?

23       Q.  Whatever files you have, engineering

24   files, design files, you have on the drilling

25   operation there.

49

1   A.  Sorry, I'm not sure what —

2   Q.  You drill a hole —

3      MR. LANSDEN:

4         Excuse me, with all due respect,

5            this is delicate information.  I'm

6      going to object to you asking him about

7      anything that he discussed with me, any

8      documents I went through with him.  So,

9      I'm not sure really —

10      CAPT NGUYEN:

11         No, no.  My question is that he

12            works for BP.  He's a design engineer.

13      We have a situation here and he come

14      here to testify.  Did he review the

15      case file for this particular job

16      before he came here to testify.

17      THE WITNESS:

18         I'm familiar with all of the

19            design aspects of the well.  Did I

20      review those prior to coming here?  I

21      mean people in the BP office have been

22      asking me questions since the hour the

23      incident occurred.  So, I've reviewed

24      various aspects of the well

25      absolutely.

50

1     BY CAPT NGUYEN:

2         Q.   Because -- is BP certified ISO--9000,

3     9001?

4         A.   I believe they are, yes.

5         Q.   Okay.  So, I want to make a linkage --

6     well, my understanding is that one of the

7     questions that Mr. Mathews had for you was

8     that -- I believe it was a revision change to

9     some procedure.

10        CAPT NGUYEN:

11            Is that correct, Mr. Mathews?

12        MR. MATHEWS:

13            Yes.

14    BY CAPT NGUYEN:

15        Q.   And you didn't remember what the latest

16    version was for that particular procedure.

17        A.   Do you have that procedure that has the

18    revision?  I mean there are dozens of

19    procedures that have revisions during the

20    drilling of a well.

21        CAPT NGUYEN:

22            Mr. Mathews, can you clarify which

23                procedure you were talking about and

24    what revision?

25        MR. MATHEWS:

51

1      There was multiple revisions

2          submitted to the MMS through March and

3      April.  Four revisions to the original

4      approved APD and the last six days

5      there was actually three

6      revisions submitted to changing the

7      program.  Unfortunately I can't release

8      that because it has proprietary

9      information in it, but the prognosis

10     was changed and I'll give you the dates

11     if you want to go back and -- we

12     can call you back to testify upon --

13     THE WITNESS:

14         I can summarize what --

15     MR. MATHEWS:

16         Okay.

17     THE WITNESS:

18         You know, you're describing the

19          changes what I would describe as

20     additions to the permit.

21   BY CAPT NGUYEN:

22     Q.  No, I was just looking at — BP's ISO-

23   9000, 9001 certified organization.  And you,

24   as a design engineer, and you cannot — oh,

25   well maybe — I would think that you would

52

1     have the latest -- what the latest revision to

2     a particular procedure that Mr. Mathews talked

3     about.

4          A.   I probably wrote all of those EPD

5     additions, but, you know, if you want to ask

6     me about a specific one I can answer a

7     question.  But if there's seven or eight of

8     them there --

9          MR. MATHEWS:

10              I can touch on just really some of

11                the stuff, just a synopsis of what

12              happened.  On March 26th after the

13              original approval you revised the

14              casing program which changed to

15              include an 9 and 7/8ths liner.  You

16              then came back and revised your casing

17              program again on April 14th to include

18              a 7 inch production casing.  Then you

19              came in on April 15th to correct the

20              casing program again to 7 and 9 and

21              7/8th inch and 7 inch are actually

22              tapered casing.  And you corrected your

23              well design information on that

24              application.  And then on the same day

25              it came back that you inadvertently

53

1    removed the 9 and 7/8th inch liner from

2    the well design information in the

3    earlier one that you submitted on the

4    15th and you have reincorporated it in

5    the two applications submitted to the

6    MMS on 4/15.

7        THE WITNESS:

8        I'm familiar with every one of

9            those.

10   BY CAPT NGUYEN:

11       Q.  You what?

12       A.  I'm familiar with every one of those

13   changes.  You call them changes, I would call

14   them additions to the permit.  Some of those

15   repeats were because of the person actually

16   entering into the well, e-wells, in the MMS

17   system.  That person is new to the system.

18   Sherrie Douglas is the primary person that

19   inputs that data.  I believe these were being

20   input by Heather Powell and, just due to the

21   nature of the additions, she made some typos

22   that we corrected.  There is no substantial

23   change to the well program.  These were

24   additional casing strings that were required

25   to reach objective depths.  The 7 by 9 and

54

1    7/8ths casing was the planned production

2    casing that you have to permit before you run

3    it on the well type. So, there's not changes.

4    They are additional permit steps that are

5    required to complete the well.

6        Q.   I just want to make sure that whatever

7    the design engineer changed his modification,

8    addition, whatever you've done, that same

9    version is on the rig itself for execution?

10   That's all I'm trying to get to.

11       A.   Absolutely.

12       Q.   That's what I'm trying to get to here.

13   And when you answer is that you don't remember

14   which revision —

15       A.   Well, I'm not at the rig site.

16       Q.   That's what I want to get

17   clarification.

18       A.   I don't know what version they have at

19   the rig site, but I know our regulatory

20   department is responsible for insuring that

21   they have that right version on the rig site.

22       Q.   Yes, sir.  As you can see with my

23   uniform you know I'm in the Coast Guard.

24       A.   Yes, sir.

25       Q.   But I'm also a marine technical

55

1    officer.  And the Coast Guard approves vessel

2    designs and our engineer, such as myself in my

3    younger days, deal directly with the engineer

4    of the vessel owner.  I was surprised to hear

5    that in this case you are a design engineer

6    for BP, but didn't you have to go through your

7    regulatory people to get the MMS drilling

8    engineer?  I'm just surprised that -- not

9    surprised, but that's just a little bit

10    different than what I'm familiar with without

11    process.  Can you tell me something about

12    qualifications of your regulatory people who

13    act in the intermediary between you and the

14    regulatory folks?  What are their capability?

15       A.   So, due to the size of BP we are given

16    the luxury of having somebody that facilitates

17    that conversation between drilling at BP and

18    drilling at the MMS.  Sherrie Douglas is like

19    that single point of contact so that you don't

20    have multiple people talking to the MMS

21    without everybody knowing who's talking to MMS

22    and then you don't end up with two different

23    stories if I talk to John versus if I talk to

24    Frank versus if I talk to David at the MMS.

25    And then I fail to tell somebody else within

56

1    the organization.  So, that person is a single

2    point contact that we're given that luxury of

3    having at BP.

4         Q.  What is her technical qualifications?

5         A.  She does not have any technical

6    qualification nor does she need any because

7    the drilling engineer supplies the data for

8    the permit, the permit is transferred

9    electronically to the engineer in MMS, they

10   review it.  Either approve it or disapprove

11   it.  She is a liaison, if you will, between

12   those two drilling engineers.

13        Q.  So, she has no role in reviewing or

14   approving your proposal?

15        A.  No.  She knows the regulations, so if

16   she sees a blatant error in something that one

17   of the engineers proposes she can -- through

18   her knowledge of the regulations.  She's been

19   in regulatory for a long, long time.  She

20   would know some of the CFR regulations to be

21   able to say 'Hey, you know, that's not right.'

22        Q.  But the regulations have technical

23   aspects to it and if she does not have any

24   technical qualifications how can she ensure

25   compliance with the technical aspect of the

57

1    regulation?

2        A.   She has her work history and years of

3    experience.

4        Q.   What would those be?

5        A.   She's been in regulatory for probably a

6    couple of decades, without giving away her

7    age. I'm not sure how old she is and how many

8    years she's worked, but she's got a lot of

9    experience in regulatory both within BP and

10   prior to her work at BP.

11       Q.   My line of questioning is I want to

12   make sure that this process is different than

13   the process that I'm used to. And I want to

14   make sure that — that the linkage -- the

15   critical linkage between you and the

16   government reviewer that performs some

17   function not just, you know, handing off the

18   information without any additional review for

19   regulatory compliance.

20       A.   Okay. So, when I do a permit or any

21   engineer does a permit, it gets submitted

22   through the e-wells system. If we know

23   there's going to be some issue that perhaps

24   the engineer at the regulatory department at

25   the MMS would not be aware of, we would have a

58

1    face to face or a phone conference with myself

2    in the meeting, with Sherrie in the meeting or

3    Heather.  We have talked -- I have personally

4    talked to many of the drilling engineers at

5    the MMS, both face to face and over the phone,

6    when there's issues that need to have

7    technical discussions about.

8        Q.  Okay.  So, you know, for our own

9    knowledge here: So, you are the senior well

10   design engineer; is that right?

11       A.  I've never had the title of well design

12   engineer, but senior drilling engineer, yes.

13       Q.  Senior engineer.  So, who's above you?

14   I'm just trying to look at the review and

15   approval process here.

16       A.  I report -- I mean if you want to see

17   the org chart, I'm sure somebody can provide

18   you with that.  But I report to a engineering

19   team leader who reports to an engineering

20   manager who reports to, you know, a vice

21   president of drilling I believe.

22       Q.  Okay.  From that -- so, if a project,

23   just as the one that the DEEPWATER HORIZON was

24   involved in, you design the well, you send it

25   up and how many levels of review and approval

59

1      -- is that what you just described?  Is that

2      the various level review and approval?

3          A.   It's also reviewed, in additional to

4      the engineering review side, there would be an

5      operation review side.  The people that report

6      to the rig side is operations.  So, the well

7      site leaders get a chance to review the

8      drilling program.  The wells team leader gets

9      a chance to review and approve the drilling

10     program.  The drilling operations manager gets

11     to approve the drilling program and those two

12     sides kind of meet at a few levels above me to

13     the vice president of drilling at BP.

14         Q.   Are there independent safety review

15     within BP to ensure that -- it sounds to me

16     that's a technical reviewing chain.  Are there

17     also safety reviewing chain that would provide

18     input to the process?

19         A.   Absolutely.  During the design phase of

20     the well both the casing design is reviewed by

21     independent folks.  Most of those work in the

22     technology department in the other building at

23     BP.  So, there's casing, there's cement

24     experts that check the cement designs, there's

25     fluid experts that check the mud designs,

60

1    there's rock strength experts that check kind

2    of the geo—mechanics aspects of the well,

3    there's loss circulation specialists within BP

4    that review the plans.  All the -- in fact,

5    all these people were involved in this Macondo

6    well.

7        Q.  Yes, sir.  Okay, thank you.

8            E X A M I N A T I O N

9    BY LT BUTTS:

10        Q.  Sir, you said this was an exploratory

11   well?

12        A.  Yes.

13        Q.  What -- again, I think you mentioned

14   two criteria that you use in the plan.  What

15   were those two criteria again?

16        A.  The pore pressure and fracture

17   gradient.

18        Q.  I think you said something like geology

19   data in a nearby well --

20        A.  So, offset information, geologic

21   predictions, if you will.  When you first

22   obtain a lease from the U.S. Government

23   they've shot seismic across that lease,

24   somebody had shot spec seismic across that

25   lease.  BP has acquired that seismic.  The

1    geologists and geophysicists have to analyze

2    that data and determine that there's a viable

3    prospect on that block, so we acquire that

4    block.

5        Q.   And how old is that data?  In this area

6    in Mississippi Canyon-252?

7        A.   Some of it's very new, but I don't know

8    the exact vintage.  But, yeah, I know that —

9    I mean while the well is drilling there's a

10   seismic boat shooting new seismic right on

11   location.

12       Q.   Okay.

13       A.   So, there's a lot of new technology in

14   seismic that's being done as we're drilling

15   wells even.

16       Q.   Okay.  And nearby wells, how many

17   nearby wells do you have that you actually

18   looked back to to

19       A.   Multiple.  In fact, on this block

20   there's two wells.

21       Q.   Two wells?

22       A.   Drilled many years ago, but at much

23   shallower depth.  There's actually a producing

24   gas field on this block.

25       Q.   Alright.

62

1      A.  So, we had some good offset information

2      for the upper hole sections.  The deeper hole

3      sections you then are stretching, you know,

4      tens and twenty miles away for the nearest

5      wellbore.

6          Q.  Okay, thank you.

7              E X A M I N A T I O N

8      BY MR. MATHEWS:

9          Q.  Just for the record, earlier I heard

10     you say that you've been doing day to day

11     reviews and internal talks with BP.  You've

12     never looked at the cement information on that

13     casing string?

14         A.  Not specifically, no.  Not that I can

15     recall.  I mean --

16         Q.  You don't recall, yes or no, if you've

17     looked at any type of logs on the cement --

18         A.  Post job data?

19         Q.  Yes, sir.

20         A.  No, I don't recall.

21         Q.  Thank you.

22             CAPT NGUYEN:

23                 Flag state?

24             MR. LINSIN:

25                 No questions, thank you, Captain.

63

1      CAPT NGUYEN:

2          Yes, sir.  BP, do you have

3              questions for your witness?

4      MR. GODFREY:

5          No questions at this time.

6      CAPT NGUYEN:

7          Yes, sir.  Transocean?

8      MR. KOHNKE:

9          Thank you.

10      E X A M I N A T I O N

11      BY MR. KOHNKE:

12      Q.  Good morning, Mr. Hafle.  You said that

13  you had extended your stay when you visited

14  the HORIZON.  You extended it to a week.

15      A.  Ten days actually.

16      Q.  How many?

17      A.  Ten days.

18      Q.  Ten days.  And, when asked the reason

19  for that, you said that you had come to know

20  some of the deceased by the well and you

21  enjoyed being around them and I understand I

22  think what you mean.  But let me ask you this:

23  Which of the deceased were you particularly

24  referring to?  Which ones were you closest to?

25      A.  The people that I knew from the meeting

64

1   in Galveston several years ago: Jason, Dewey.

2       Q.   Was -- Jason Anderson the toolpusher,

3   correct?

4       A.   I believe. I'm not sure exactly his

5   title.

6       Q.   Alright.

7       A.   But I believe he was the toolpusher,

8   yes.

9       Q.   And Dewey, do you know Dewey's last

10  name?

11      A.   Revette.

12      Q.   And he was the driller, was he not?

13      A.   Yes.

14      Q.   Okay.  These were good men, weren't

15  they?

16      A.   Very good.

17      Q.   They knew their job?

18      A.   Absolutely.

19      Q.   And you knew that -- you knew that they

20  knew their job?  There was no doubt in your

21  mind about that?

22      A.   No doubt.

23      Q.   Okay.  And they perished in this

24  accident trying to do their job; isn't that

25  correct?

65

1    A.  That is correct.

2    Q.  You don't criticize them for any of the

3    things that they were trying to do, do you?

4    A.  No, sir.

5    Q.  Okay.  Now --

6        CAPT NGUYEN:

7            Mr. Kohnke, I'm not sure Mr. Hafle

8                has knowledge of what these crew

9        members did on the HORIZON during the

10       casualty.  So, I don't think that he

11       can confirm that they can confirm that

12       they did everything right.  I just want

13       to make sure of that.  Is that --

14       MR. KOHNKE:

15           Well, I'm not asking if they did

16               everything right.  I'm saying does he

17       have any criticisms of what they did.

18       CAPT NGUYEN:

19           Based on what -- we don't know

20               what they did.

21       MR. KOHNKE:

22           Right.

23       CAPT NGUYEN:

24           He just --

25       THE WITNESS:

66

1        In the general terms I know those

2    gentlemen and during the ten days I

3        was out there I can say that they were

4    doing the job that they were out there

5    to do.

6    CAPT NGUYEN:

7        Okay.  So, you feel that they are

8    qualified to do the job, based on your

9    experience?

10    THE WITNESS:

11        I feel the did their job.  I don't

12        know their background and

13    qualifications.

14    CAPT NGUYEN:

15        But not specifically to this

16        particular casualty?  You have no

17    knowledge of what happened?

18    THE WITNESS:

19        I have no knowledge of what

20        happened --

21    CAPT NGUYEN:

22        Alright.  Thanks, sir.

23    THE WITNESS:

24        -- while that event was going on

25        on the rig that night.

67

1      BY MR. KOHNKE:

2          Q.  Now, at the time of this blowout, let

3      me get this clear: All of the casing that was

4      to be run had been run; is that correct?

5          A.  That is correct.

6          Q.  And all of the cementing of that casing

7      that was to be cemented had been completed; is

8      that correct?

9          A.  That is not correct.  We still had to

10     set a surface cement plug.

11         Q.  Okay.  With respect to the surface

12     plug, other than that, all of the down hole

13     below that surface plug that was to be at what

14     depth?

15         A.  The surface cement plug?

16         Q.  Yes.

17         A.  I don't remember the exact depth, but

18     it's permitted roughly 3,000 feet below the

19     mud line.

20         Q.  Okay.  And so everything below what was

21     to be the location of the surface plug had

22     been cemented; is that correct?

23         A.  That's correct.

24         Q.  Okay.  The seal assembly at the well

25     head had been set?

68

1      A.   To my knowledge, yes.

2      Q.   Alright.  And then at that point you

3   had a sealed wellbore; is that correct?

4      A.   The information that I was given is

5   that that wellbore had been pressure tested

6   successfully to 2500 PSI, which would indicate

7   it sealed because that would be well above the

8   fracture gradient of any of the formations

9   that would be exposed, yes.

10      Q.   And, in addition to the pressure

11   testing which seeks to determine if you have

12   in fact a sealed wellbore, there were also two

13   negative tests, are you aware of that today?

14      A.   I'm aware that they were going to be

15   doing negative tests.  I'm not sure if they

16   did two or if they did one or if they did

17   three, to be honest.

18      Q.   And the testimony on this record has

19   been that the negative tests, both of them,

20   were successful?

21      A.   That is my indication from the

22   information that I was given from the rig

23   also.

24      Q.   So, in this point, in BP's judgement it

25   was — because it's a sealed wellbore, because

69

1    it's been tested it's safe to displace the mud

2    with seawater on the riser?

3        A.  That's why we do those tests.

4        Q.  That's correct, alright.  Now, the next

5    step in this process after displacing the mud

6    in the riser was to set the surface plug;

7    isn't that correct?

8        A.  That's correct.

9        Q.  Alright.  And, when you set the surface

10   plug, that is a cement plug or filler of what

11   dimension?  How long or deep would this cement

12   plug be?

13       A.  This plug was planned to be 300 feet

14   long.

15       Q.  Okay.  And it would have been how many

16   feet below the mud line?

17       A.  Approximately 3,000.

18       Q.  And how many feet above the total

19   vertical depth?

20       A.  Roughly 10,000.

21       Q.  Okay.  And at some point you said --

22   you were asked a question about the CBL and

23   the temperature log.  How is a CBL run?

24       A.  On wire line.

25       Q.  And how do you get the wire line down

70

1    to the bottom?

2       A.  You rig up the equipment in the derrick

3    and it goes over a set of shivs and the wire

4    line operator allows it to free fall into the

5    wellbore.

6       Q.  Do you need an open wellbore to get

7    down to the bottom in order to run a CBL?

8       A.  Yes.

9       Q.  Were y'all planning to drill a separate

10    parallel hole to get down or were you planning

11    to go down through the existing wellbore?

12       A.  You run a CBL on the cement job that

13    you just performed inside of that casing.  You

14    would go directly inside that.

15       Q.  Alright.  Well, what were you going to

16    do about the surface plug that they were about

17    to set through several hundred feet of cement

18    and how were you going to get passed that?

19       A.  Because of the conditions of the cement

20    job there's not a requirement to run a CBL.

21       Q.  That's not my questions.

22       A.  There was no plans to run a CBL.

23       Q.  Well, you said earlier that the CBL was

24    in waiting -- I thought you said -- those

25    weren't your words, those are my words.  That

71

1    the CBL was something that you were

2    considering doing, but this blowout occurred

3    before it could be done, didn't you say that?

4       A.  I don't recall saying that.

5       Q.  Okay.  Well, the fact is that once the

6    surface plug is set there's no plan to run a

7    CBL, is there?

8       A.  That surface plug will be removed in

9    the future and a CBL will be run in the

10   future.

11      Q.  Well, we're talking about a year from

12   now or whenever BP decides to produce the

13   well?

14      A.  Some date in the future, yes.

15      Q.  Well, I'm talking about in terms of

16   this well, this well.  Up until the blowout

17   was there a plan to run a CBL?

18      A.  If the cement job was unsuccessful --

19      Q.  The cement job for the plug --

20      A.  For the casing, for the casing.  The

21   cement job for the 7 inch casing if that

22   cement job had been deemed unsuccessful there

23   is a decision tree process that has conditions

24   that which we perhaps would have run a CBL.

25   If you don't have those documents I'm sure

72

1    somebody can supply those to you.

2         Q.  Isn't the CBL a means for determining

3    if the cement job is successful?  Isn't that

4    what it does?

5         A.  It's one of the methods.

6         Q.  Okay.  And so why did BP have the

7    equipment sent out to the rig if it didn't

8    intend to use that equipment?

9         A.  It's my belief and knowledge that there

10   was no equipment at the rig site to run that.

11        Q.  Okay.  There has been a report in the

12   Times Picayune, the local paper, that there

13   was a -- the equipment necessary to do the log

14   and that the workers were sent back to the

15   shore some hours before it, do you have any

16   knowledge of that?

17        A.  I believe that's inaccurate.

18        Q.  Okay.  So, you do not believe that

19   there was any equipment to run the CBL on the

20   rig at the time of this blowout?

21        A.  I'm unaware of whether there was or was

22   not to be honest.

23        Q.  Okay.  But the purpose of a CBL, let's

24   be clear about this, what does a CBL give you?

25   What information with respect to the quality

73

1    and sufficiency of a cement job?

2        A.  So, CBL is an abbreviation for cement

3    bond log.

4        Q.  Alright.

5        A.  It gives you some indication of whether

6    or not there is cement to casing contact,

7    cement bonding to the pipe.

8        Q.  In other words: Whether it's holding,

9    correct?

10        A.  It's a qualitative not a quantitative

11    means of determining whether or not that

12    cement has completely sealed against the

13    casing.

14        Q.  So, you determine from a qualitative

15    standpoint whether or not the job that you

16    intended the cement to perform is going to be

17    performed?

18        A.  You're going to have to repeat that

19    question.

20        Q.  Sure.  Qualitatively you want to know

21    is this cement, which is meant to be a

22    barrier, is it going to work?  That's what

23    qualitative means, doesn't it?

24        A.  Possibly.

25        Q.  Possibly you said?

74

1    A.   Well, I'm still not sure I understand

2    your question.

3    Q.   Okay.  You want the cement to be a

4    barrier, don't you?

5    A.   Cement is put in every casing string to

6    be a barrier, yes.

7    Q.   Okay.  So, for it to be a barrier, it's

8    got to work?

9    A.   It has to be in place above the zone

10   that you're trying to isolate, absolutely.

11   Q.   So, you would agree that it has to

12   work?  It has to be fulfilling it's intended

13   purpose?

14   A.   It is one of the barrier methods, yes.

15   Q.   And the cement bond log gives you that

16   information qualitatively?

17   A.   Sometimes.

18   Q.   It doesn't give it to you

19   quantitatively, it gives it to you

20   qualitatively as I appreciate your testimony?

21   A.   Yes.  I'm not a cement bond log expert.

22   Q.   Now, wouldn't it always be a good idea

23   to do a cement bond log?

24   A.   It depends on whose opinion you're

25   asking.

75

1    Q.  I'm asking yours.

2        A.  In my opinion it's not always necessary

3    to run a cement bond log.

4        Q.  Not always necessary, alright.  Well,

5    you had some -- let me see if I can get the

6    right language here.  You had some loss return

7    at the production interval, did you not?

8        A.  Yes, sir.

9        Q.  Now, loss return at the production

10   interval, what does that mean in plain

11   everyday English?

12       A.  While drilling that hole section we

13   lost over 3,000 barrels of mud while drilling.

14       Q.  Okay.  Now, when you're using nitrified

15   cement it makes the cement lighter, doesn't

16   it?

17       A.  Yes, sir.

18       Q.  Was there any concern that some of that

19   cement may have been lost at this interval?

20       A.  The model that was done would indicate

21   that it could all be put in place without

22   losses.

23       Q.  When was that model done?

24       A.  The week prior to running casing.

25       Q.  Okay.  But that's a model.  That only

76

1  gives you a hypothetical or a projection, if

2  you will.

3      A.  That's correct.

4      Q.  The reality can only be determined by

5  running a cement bond log; isn't that correct?

6      A.  That's not correct.

7      Q.  Temperature log, is that part of the

8  cement bond log or is that a separate log?

9      A.  Some say that bond logs probably have a

10  temperature function built into them.  I'm not

11  sure what logging tool would have actually

12  been run on this well, but both those tools

13  are both -- you can have a cement bond log

14  with temperature measurements more than likely

15  and you can have just a single temperature log

16  also.

17     Q.  Now, you said the cement bond log was

18  under consideration when the blow out

19  occurred.  Tell me: What was the

20  consideration?

21     A.  I did not say that.

22     Q.  Oh, I'm sorry.  I thought you said it

23  was still under consideration.  Had it been

24  ruled out?  Had BP decided "We don't need a

25  cement bond log for this well"?

77

1    A.  I believe that decision had been made

2    based on the management of change document

3    that has a decision tree path depending on how

4    the cement job execution occurred that a bond

5    log was not required for this well.

6       Q.  Not required by MMS or not required by

7    BP?

8       A.  Both.

9       Q.  Okay.  Now, for this well to have begun

10    to flow, what had to happen?  What had to

11    fail, in other words?

12       A.  I'm not sure.

13       Q.  Well, let's talk about the

14    possibilities.  There are only a couple; isn't

15    that correct?

16       A.  There's multiple failure points.  Every

17    joint of casing is screwed together and

18    there's several hundred joints of casing that

19    have a thread that any of those threads could

20    leak.

21       Q.  Okay.  Well, let's — for hydrocarbons

22    to enter there has to be a failure at a point,

23    at some point, correct?

24       A.  When the investigation's finished we'll

25    perhaps know.  I don't believe you're going to

78

1    ever find out exactly how the hydrocarbons got

2    in the wellbore.

3        Q.  Well, if I ask you "How did it get in?"

4    that will be your answer, but that wasn't my

5    question.  My question was: There has to be a

6    failure at some point for this well to flow;

7    isn't that correct?

8        A.  Not necessarily.

9        Q.  Excuse me?

10       A.  Not necessarily.

11       Q.  So, I guess this well didn't flow and

12   it didn't blowout?

13       A.  The well did flow and blow out, yes,

14   sir.

15       Q.  Well, there had to be a failure at some

16   location; isn't that correct?

17       A.  It is a possibility that the initial

18   flow and expiration was not caused by a

19   failure of any of the tubulars or cement.

20       Q.  Okay.  Well, let's -- then let me get

21   back to my original question: Give me the

22   different possibilities that would have

23   allowed this well to flow.  What failures

24   would have occurred?

25       A.  I am not going to speculate on all of

79

1   the mechanisms of the failure.

2       Q.  Mr. Hafle, I'm not asking --

3       A.  There will be an official

4   investigation, which is on going, which is why

5   we're here to answer questions to try to find

6   out what happened on this well.

7       Q.  Mr. Hafle, I'm not asking you to

8   speculate about the cause.  Do you understand

9   that?  That's not my question.  My question

10  is: Among the causes, what are they?  For

11  example: A cement failure, that's one of the

12  causes; isn't that correct?

13      A.  Possibly.

14      Q.  Alright.  It could have been a collapse

15  of the casing?

16      A.  Possibly.

17      Q.  Okay.  And if -- what are the other

18  possible causes down hole for the hydrocarbons

19  to enter this drill string?

20      A.  The hydrocarbons could have been in the

21  wellbore prior to the casing being run.

22      Q.  Okay.  And, if that's the case, then

23  there would have to be a failure of the seal,

24  the well head seal; isn't that correct?

25      A.  No.

80

1        Q.  Okay.  Now, were you and are you now or

2    have you been a part of the BP investigation

3    team looking into the actual causes of this

4    failure?

5        A.  I'm not part of the investigation team.

6        Q.  Okay.

7        A.  I've been interviewed by one.  I mean

8    I'm not part of the investigation team.

9        Q.  Okay.  Let me ask you about these

10   casing strings.  We've established that the

11   original APD called for I think you said six

12   strings; is that correct, and that it

13   ultimately had eight?

14       A.  The original design back in January of

15   2009 --

16       Q.  Yes.

17       A.  -- is when we started working earnest

18   on this wellbore, wellbore design.  Probably

19   prior to 2009.  The original design had seven

20   strings.  Upon review in the process that we

21   go through about planning a well within the

22   expiration department and within BP's drilling

23   department we go through a series of peer

24   reviews, peer assists, technical data reviews,

25   risk assessments.  The design changed from

81

1   seven strings to six strings based on our

2   understanding.

3      Q.  I just want the number.  You can

4   shorten it if you wish.

5      A.  Six strings was what was permitted

6   initially.

7      Q.  And ultimately how many were run?  How

8   many strings?

9      A.  Eight strings were required to reach

10   the objective depth.

11      Q.  And each string has a certain length or

12   distance that each string covers; is that

13   correct?

14      A.  Yes, sir.

15      Q.  And how are they -- within a given

16   string, a given diameter of casing, how are

17   these casings put together?  Are they

18   threaded?

19      A.  Every string is threaded, yes, sir.

20      Q.  Okay.  And then it ultimately looks

21   like -- if you look at the well diagram it

22   ultimately looks like an old 19th century

23   pirate's spy glass or telescope.  It's larger

24   and then it gets smaller and smaller and

25   smaller; isn't that correct?

82

1      A.  Somebody might infer that's what it

2    looks like, yes.

3      Q.  Somebody who's not a petroleum engineer

4    might make that conclusion?

5      A.  Yes.

6      Q.  Alright.  And the widest is at the top

7    and then it gets smaller and smaller.  And

8    where these overlaps occur as it comes down

9    it's wider and then it's -- there's a narrower

10   or smaller diameter casing string inside that,

11   the one above it; isn't that the way it works?

12     A.  Yes, yes.

13     Q.  And part of the cementing that takes

14   place that we've been talking about, cement at

15   -- every time a casing string is run cement is

16   then run out of a shoe at the bottom and

17   hopefully run up the sides; isn't that

18   correct?

19     A.  That's always the plan, yes.

20     Q.  Alright.  And my question to you now

21   is: The last -- the very last of these casing

22   strings that -- the tapered string down to the

23   7 inch string --

24     A.  -- the production casing string, yes.

25     Q.  Correct.  Where it fitted into the

83

1    casing string above it was cement run up into

2    that interval?

3        A.   There was no plans to bring cement back

4    inside of the 9 and 7/8ths liner.

5        Q.   But there was above that, correct?

6        A.   No, I don't believe so.  Only on the

7    surface casing is it required to bring cement

8    back to the surface.

9        Q.   And the cementing that took place was

10    down at the production interval at the bottom,

11    cement was run out of the very bottom and up

12    the sides to cover or close off the production

13    interval; is that right?

14        A.   That was part of the job of cement.  It

15    also covered up additional sands that were in

16    that hole section.

17        Q.   And by regulation the cement has to

18    extent 500 feet above the upper limits of that

19    production zone?

20        A.   If that's the only hydrocarbon zone in

21    the wellbore, yes, that would be correct.

22        Q.   And in this case was that deemed to be

23    the only hydrocarbons and did the cement go

24    500 feet above the production zone?

25        A.   There was actually a higher hydrocarbon

84

1    zone in the wellbore that we brought cement

2    much higher above --

3         Q.  At a much higher level?

4         A.  Yes.

5         Q.  Okay.  Now, between that top of the

6    cement and the next section where casing met

7    -- excuse me, where it joined, was there any

8    cement in that joint?

9         A.  This long string of casing does not

10   touch the other strings of casing until you're

11   back to the mud line at the water depth.

12   There's no hang off procedures, there's no

13   additional equipment.  It's a long string you

14   hang off at the well head.

15        Q.  Do you have a copy of the -- the

16   drilling program for this well in front of

17   you?

18        A.  No, sir.

19        Q.  Let me hand you a copy and ask if you

20   can identify this.  I don't know if the board

21   has this or not, but this is what I'm showing

22   him (indicating).  I guess MMS has this in

23   their files.  And quite frankly I think we got

24   this from MMS.

25        Q.  This is the drilling program that we --

85

1      LT BUTTS:

2          It's dated January 10th?

3      MR. KOHNKE:

4          Yes, well January -- it doesn't

5          have a day.  January 10, 2010 I should

6      say.

7      MR. LINSIN:

8          Captain, may I inquire: Is there a

9          Bates number on this document?  It

10     would be very helpful if --

11     MR. KOHNKE:

12         No, there isn't.

13     MR. LINSIN:

14         -- we had some way of identifying

15         this document.

16     MR. KOHNKE:

17         Unfortunately there are no Bates

18         numbers.

19     BY MR. KOHNKE:

20     Q.  Okay.  This is a document you've seen

21     before?

22     A.  Yes, sir.

23     Q.  And you have signed it I believe as

24     "Senior drilling engineer" --

25     MR. MATHEWS:

86

1        Mr. Kohnke, before we go further

2        I'm sorry, but you asserted that you

3     got that from the MMS.

4     MR. KOHNKE:

5        No, I said "I think". I'm not

6        sure --

7     MR. MATHEWS:

8        Okay.

9     MR. KOHNKE:

10        -- where we got it.

11    MR. MATHEWS:

12       Okay. We just want to clarify that

13       we never released that for the record.

14    THE WITNESS:

15       Well, for the record this document

16       was not given to the MMS. It's not

17    required to be given to the MMS, so you

18     got it from another source.

19    BY MR. KOHNKE:

20    Q. Perhaps so. That's why I said "I

21   believe". I don't know the source, but that's

22   your signature indicating that it was prepared

23   by Brian Morrel and reviewed by you, among

24   others?

25    A. Absolutely.

87

1    Q.  In addition to being reviewed by you

2    it's reviewed by Brett Cocollas (phonetic), is

3    that his —

4        A.  It's reviewed by Brett Cocollas, it's

5    approved by David Sims, it's approved by John

6    Guy (phonetic) and it's approved by Ian Lill

7    (phonetic), who was the drilling manager at

8    the time.

9        Q.  Alright.  And in this document there is

10   an indication on the second page, if you'll

11   turn to it please.

12       A.  (Witness complies.)

13       CAPT NGUYEN:

14          Mr. Kohnke, you know, with my MMS

15       counterparts that are right here, the

16          board has never seen this document.

17       So, in order to address this document,

18       you need to, you know, submit it to the

19       board for consideration before we

20       discuss it here.  Because the Parties

21       In Interest, I don't know whether they

22       have received it from the board or not

23       and we haven't received it so

24       therefore we shouldn't be talking about

25       this document which we have no idea

88

1    what you're referring to.

2    MR. KOHNKE:

3        Well, can we take a break and I'll

4        get some copies made?

5    CAPT NGUYEN:

6        That's not going to give us

7        enough --

8    THE WITNESS:

9        It's a lot of pages in length.

10   CAPT NGUYEN:

11       -- opportunity.  We will have

12       additional hearings on this and we can

13   do this properly in terms of providing

14   it to the board and --

15   MR. KOHNKE:

16       As long as Mr. Hafle or one of the

17   individuals who signed this is back

18       and I can cross examine them, that's

19   fine.

20   CAPT NGUYEN:

21       You can request a witness to the

22       board and we can consider it with

23   appropriate evidence to discuss this

24   matter.  Thank you, sir.

25   MR. KOHNKE:

89

1       I will do that then.  Let me make

2           sure I understand what you're saying.

3       When we resume and one of these

4       witnesses are here and I have made

5       copies of this BP document and given it

6       to the board then I'll be permitted to

7       cross examine the witness at that time?

8       CAPT NGUYEN:

9           You can request the board to

10          consider witnesses and evidence and if

11      we believe that the witnesses that you

12      offer or the evidence that you offer

13      have relevance to this investigation we

14      will provide that to the PIIs and we

15      can have this discussion during this

16      hearing.

17      MR. KOHNKE:

18          Alright.

19      CAPT NGUYEN:

20          Yes, sir.

21      BY MR. KOHNKE:

22      Q.  Just for purposes of identification

23      and for the board's understanding this is the

24      drilling program for this well and it says

25      "Final drilling program" on it, does it not?

1      A.  This document may in fact not be a

2    complete copy of the drilling program.  This

3    is the second drilling program created for the

4    well specific for the DEEPWATER HORIZON.

5    There's another version of this program that

6    was created for the MARIANAS back in 2009.

7      Q.  Alright.  But -- and I understand there

8    may be an earlier version created for the

9    MARIANAS.  To understand: Is this the version

10   that was created for when the HORIZON came on

11   location?

12     A.  The cover page appears to --

13     Q.  Okay.

14     A.  -- warrant that statement.

15     Q.  So, if we wanted to know what

16   directions BP had given it's company men and

17   Transocean, it would be found -- Transocean

18   for the work of the HORIZON it would be found

19   in this document or it's ultimate version; is

20   that correct?

21     A.  That would be correct.

22     Q.  Alright.  Okay.  Most of my questions

23   were going to be derived from this document.

24   So, let me -- I just have a few more and then

25   I'll sit down.  The production zone was

91

1    between what depth and what depth?  Can you

2    give me the perimeters or the dimensions of

3    it?

4         A.  I cannot give you the exact depths, but

5    roughly it's in the last hole section at or

6    about 18,200 feet plus or minus.

7         Q.  The shoe on the very bottom string of

8    casing, did that extend down below the

9    production zone?

10        A.  Yes, it did.

11        Q.  It did.  How far below?

12        A.  I'm not exactly sure how many feet, but

13   several feet below the production zone.

14        Q.  Okay.  And what's the reason for doing

15   that?

16        A.  When you go to complete a well you need

17   — you need casing below the bottom

18   perforation so that when you perforate the

19   well you get perforation debris that falls in.

20   This is commonly known as rat hole.  And this

21   rat hole you like to have as much as possible

22   so you try to set that casing as deep as

23   possible below the productive interval.

24        Q.  Do you know how long the shoe track was

25   on that 7 inch casing?

92

1    A.  Approximately 200 feet.

2    Q.  Excuse me?

3    A.  Approximately 200 feet.

4    Q.  200 feet, okay.  And what was the

5    pressure rating of the float equipment?

6    A.  I don't recall the exact rating.

7    Q.  Alright.  One second please.  Now,

8    there was a question or two from the board

9    dealing with BOPs and BOP testing.  Do you

10   understand that when a BOP is tested that the

11   company men onboard sign off on that test, you

12   know that don't you?

13   A.  I'm aware of that, yes.

14   Q.  Okay.  So, that test when it's

15   performed and the pressures that are read on

16   that test are then signed off by a variety of

17   people in addition to whoever performs the

18   test on the BOP and that would include the rig

19   management and the BP company men?

20   A.  I've never signed off on one of those

21   tests, so I don't know exactly who does sign

22   off on those tests, but I'm sure that there is

23   a set of Transocean people and BP folks that

24   sign off on that test.

25   Q.  And, in looking at the daily reports

93

1     that are coming from the rig, you see when

2     those tests are performed yourself?  You may

3     not track it, but you see —

4         A.  I see that there's been BOP test done,

5     we know that we're required to test at least

6     every 14 days, so it's a date that's kept

7     track of very closely during the drilling of a

8     well.

9         Q.  Now, you indicated you were given some

10    sort of a verbal communication from Brian

11    Morrel and I don't — and I'm not sure what

12    that verbal communication included.  Can you

13    repeat what you said earlier?

14        A.  You're going to have to tell me.  I

15    talked to Brian a lot on this well.  It was a

16    160 plus days.  So —

17        Q.  I thought it had something to do with

18    the surface plug.

19        A.  I don't recall.

20        Q.  Okay.  Okay, thank you.

21        A.  Your welcome.

22        CAPT NGUYEN:

23            Thank you, sir.

24        MR. DYKES:

25            I've got a couple of follow up

94

1         questions to Mr. Kohnke.

2              EXAMINATION

3     BY MR. DYKES:

4         Q.  With respect to the cement bond log,

5     would a cement bond log tell you where the top

6     of the cement was?

7         A.  Possibly.

8         Q.  If it was good or if it was bad or

9     would it show up?

10        A.  Cement bond logs are often times very

11    inconclusive.  So, it is likely that you might

12    get a top of cement, but it's not guaranteed.

13        Q.  Okay.  But in an 8 and a half inch hole

14    with 7 inch casing it would probably be a

15    pretty good indication that you would see the

16    top of the cement?

17        A.  I think from my experience having run

18    less than a handful of cement bond logs.  But,

19    with my knowledge, I would say that you would

20    be able to tell where the top of the cement

21    was, yes.

22        Q.  Okay, thank you.

23        MR. McCARROLL:

24            Can I follow up on that, too?

25              EXAMINATION

95

1  BY MR. McCARROLL:

2      Q.  I just want to clarify your testimony

3  when you were being questioned about a

4  decision to run or not run a bond log.  You

5  said that BP and MMS both had concurred, is

6  that your testimony?

7      A.  I don't recall saying that, but I don't

8  believe there's anything in the CFRs that say

9  that a cement bond log is required.

10      Q.  But I want you to clarify:  To my

11  knowledge MMS was not involved in any decision

12  to run or not run a bond log or temperature

13  log.

14      A.  That is correct.  We never requested

15  permission nor do I think we have to request

16  permission to run a bond log.

17      Q.  Okay, thank you.

18          E X A M I N A T I O N

19  BY LT BUTTS:

20      Q.  And that's a good point.  If it's not

21  in the CFRs then perhaps it does need to be.

22  Is this CBL is it an integrity test?  I

23  understand there's pressure negative and I

24  guess you bump it actually with pressure.

25  What exactly is this telling us?

96

1      A.   A CBL is run most usually -- when you

2      have a production casing you run a CBL.  A CBL

3      would have been run on this well.  Some day in

4      the future when we bring another rig out to do

5      the completion you would run a cement bond log

6      to find out if the cement across the

7      productive interval had enough integrity to

8      warrant perforating the casing during the

9      completion and allowing this well to flow back

10     to a platform.  If that cement bond log in the

11     future showed that there was poor cement you

12     would do a remedial cement job because you

13     have to have a good cement job for a

14     production.  So, that cement bond log is an

15     evaluation tool that is not always 100 percent

16     right.  There's many factors that can effect

17     it's quality.  It's not a quantitative tool.

18     It does not tell you the exact percentage of

19     cement at any given point.  So, it's kind of

20     like it's a tool in the engineering tool box

21     that has to be used with a bit of caution.

22     But if it shows there's no cement two or three

23     years from now when we come to do the

24     completion we will do a remedial cement job on

25     that casing.

97

1    Q.  And forgive me I don't know of this

2    tool or it's purpose and I was just kind of

3    trying to relate it to perhaps a weld

4    procedure.  When there's a bonding moment

5    between two plates we can no destructively

6    test through non-particle or we could test

7    radiography and then we can actually determine

8    if a weld was in fact bonded and I didn't know

9    if this was a tool similar to radiography

10   where we could determine 'Wow, this cement job

11   was good deal' and then move on.

12   A.  I think if it's a really good cement

13   job a cement bond log tells you it's a really

14   good cement job.  It doesn't — it's not very

15   good at telling you if it's less than a good

16   cement job.

17   Q.  Okay.

18   A.  It kind of is up to the experience of

19   the people reading it, the conditions the tool

20   was run in, how long the cement has had to

21   cure.

22   Q.  Okay.  Thanks for the education.

23   CAPT NGUYEN:

24        Cameron?

25   COUNSEL REPRESENTING CAMERON, INC.:

98

1          No questions.

2          CAPT NGUYEN:

3              Thank you.  Halliburton?

4          MR. GODWIN:

5              Yes.

6          CAPT NGUYEN:

7              Yes, sir.

8              E X A M I N A T I O N

9      BY MR. GODWIN:

10         Q.  Good morning, Mr. Hafle.

11             A.  Good morning.

12             Q.  My name is Don Godwin.  I represent

13     Halliburton.  We've never spoken before have

14     we, sir?

15             A.  No, sir.

16             Q.  Let me clarify something if I can.  The

17     decision about running the cement bond log was

18     not a decision that Halliburton was involved

19     in, was it?

20         A.  Halliburton does not direct what

21     logging tools we run on a well.  They can make

22     recommendations.

23         Q.  Right.  That was BP's decision as to

24     whether or not to run a cement bond log,

25     correct?

99

1      A.  That is correct.

2      Q.  Thank you.  And, sir, are you aware

3   that Schlumberger actually had a crew out on

4   the rig to run the cement bond log, are you

5   not, sir?

6      A.  I am not aware if that crew was on the

7   rig.

8      Q.  Okay, sir.  In terms of the

9   centralizers, let me go back there again.  You

10   talked about that.

11      A.  I have not talked about centralizers

12   today, sir.

13      Q.  Okay.  Sir, well let me talk with you a

14   little bit about it briefly if I might please.

15   You said -- you talked about gas flow

16   pressures and you mentioned that Jessie

17   Gagliano knew about the gas flow pressures in

18   the well, did you not?

19      A.  I have not talked about gas flow

20   pressures today either.

21      Q.  Okay, sir.  Do you know Jessie

22   Gagliano?

23      A.  I do.

24      Q.  Okay, sir.  Are you aware that Jessie

25   Gagliano and others at Halliburton designed a

100

1    plan with regard to the cement job?

2       A.  Jessie Gagliano was the primary desk

3    engineer for Halliburton that did the model

4    runs, yes.

5       Q.  Alright, sir.  And are you aware that

6    Halliburton recommended 21 centralizers be

7    used in this well?

8       A.  I'm aware that the final model that was

9    agreed upon had perhaps 21 centralizers.  I

10    can't remember the exact number, but it was in

11    that ballpark.

12       Q.  Okay.  Halliburton recommended the use

13    of 21 centralizers, how many centralizers were

14    actually in the well at the time that it blew

15    out?

16       A.  To be honest I'm not sure how many

17    centralizers they ran.

18       Q.  Are you aware that that number was 6?

19       A.  I've heard various discussions that

20    that is the case, yes.

21       Q.  Thank you, sir.

22       MR. GODWIN:

23          Nothing further, Captain.

24       CAPT NGUYEN:

25          Thank you, sir.  M-I SWACO?

101

1        COUNSEL REPRESENTING M-I SWACO:

2          No questions.

3        CAPT NGUYEN:

4          Yes, sir.  Dril-Quip?

5        MR. KAPLAN:

6          Just a few questions, Captain.

7        CAPT NGUYEN:

8          Yes, sir.

9        E X A M I N A T I O N

10   BY MR. KAPLAN:

11     Q.  Good morning, sir.

12     A.  Morning.

13     Q.  My name is Lee Kaplan.  I represent

14   Dril-Quip.  Do you know what a lock down

15   sleeve is?

16     A.  I'm familiar with it, but I've never

17   run one.

18     Q.  Do you know what it does?

19     A.  It's part of the equipment that gets

20   run in the well prior to doing a tree

21   installation for completions.

22     Q.  Do you know how it works in conjunction

23   with the casing hanger and the seal assembly?

24     A.  Not the details of that equipment, no.

25     Q.  Do you know if a lock down sleeve was

102

1    part of the design for this well?

2        A.  It was.

3        Q.  And do you know if it had been

4    installed at the time of the accident?

5        A.  It had not been installed.

6        Q.  Thank you.  No further questions.

7        MR. KAPLAN:

8            Thank you, Captain.

9        CAPT NGUYEN:

10           Yes, sir.  Thank you.  Weatherford?

11       COUNSEL REPRESENTING WEATHERFORD,

12           INC.:

13           No thank you, Captain.

14       CAPT NGUYEN:

15           Yes, sir.  Anadarko?

16       COUNSEL REPRESENTING ANADARKO

17           PETROLEUM CORPORATION:

18           No questions, Captain.

19       CAPT NGUYEN:

20           Yes, sir.  MOEX?

21       COUNSEL REPRESENTING MOEX USA:

22           (No response.)

23       CAPT NGUYEN:

24           Douglas Brown?

25       MR. SEELY:

103

1      No questions.

2      CAPT NGUYEN:

3         Okay, thank you.  Any additional

4          questions from the board?

5      E X A M I N A T I O N

6   BY MR. DYKES:

7      Q.  Mr. Hafle, in general terms back to the

8   centralizers, who makes the final decision on

9   deviations and changes to that well design?

10      A.  It's a team decision on engineering

11   decisions.  We make recommendations and people

12   sign off on that, approve those design

13   changes.

14      Q.  Okay.  But I guess my question is: It's

15   a group of you?  It's a team?

16      A.  I would say it's always not -- it's

17   usually not a single person making a decision

18   for a change on a well of this magnitude.

19   Ultimately there is a top signature, but on

20   this procedure here, for instance, there's

21   three approvals.

22      Q.  Okay.

23      A.  There's not a top approval.  If you

24   look at the org chart I guess you could say

25   the highest ranking BP official would be the

104

1 top approver of that change.

2  Q. Who would be looking at the daily

3 drilling reports, either the IADC reports or

4 the BP daily reports to make sure that the

5 well is going as planned according to the

6 procedures?

7  A. There'd be fifteen or twenty people

8 that would be looking at that report.

9  Q. So, who would have the ultimate

10 decision in when you removed certain things or

11 add certain things, such as centralizers,

12 where you reduce it from 21 down to 6?

13  A. I'm not sure who would have the

14 ultimate.  It depends on at the time who

15 decided that a change was required.  I'm not

16 sure why a change was required.  I mean

17 somebody made that determination.  I don't

18 believe it was made by a single person, but I

19 really don't have the facts as to who made

20 that decision that day.

21  Q. Okay, thank you.

22  A. Yep.

23  MR. McCARROLL:

24   Can I do a follow up on the —

25   E X A M I N A T I O N

105

1      BY MR. McCARROLL:

2          Q.  And I don't want to stay on this bond

3      log too long, but I think it is a critical

4      part of the decision making here as to why the

5      well blew out.  So, I would like to just go

6      back over it just briefly.  You stated that

7      you would run a cement bond log or a

8      temperature log as part of the evaluation of

9      perforation and producing the well; is that

10     correct?

11         A.  I've never run a cement bond log

12     personally for that purpose, but I know that

13     cement bond logs are used to evaluate the

14     production casing cement prior to doing the

15     perforating completion, yes.

16         Q.  I thought your testimony was that you

17     were planning to run one in the future before

18     you completed the --

19         A.  Someone that's going to complete this

20     well will run a bond long on this well in the

21     future.

22         Q.  That wasn't your testimony that you

23     were planning to --

24         A.  Not me personally.  I will not be

25     involved in the completion of this well

106

1    because I'm in the exploration drilling

2    department.

3        Q.   Okay.  Let me get to my question and

4    maybe you can help me with this: If you're

5    going to run a temperature bond log before you

6    produce a well, wouldn't you also want to run

7    a temperature bond log to make sure it's safe

8    to leave the well in the current condition?

9        A.   No, sir.  We have never done that.

10   We've suspended hundreds and hundreds of

11   wells.  Every operator in the Gulf of Mexico

12   does that without running a bond log.

13       Q.   Even in a well that had a severe loss

14   return zone that, by your own testimony, took

15   3,000 barrels of mud and you had to pump loss

16   returns material so you had a severe condition

17   here, you had a very technical cement job with

18   nitrogen, which I don't think is a standard

19   cement design for production casing.  So, you

20   had some clues here that you may have a

21   cementing problem and to me to be safe as an

22   operator you should then take some steps to

23   make sure it's safe to leave the well in that

24   condition.  Do you feel like BP did that?

25       MR. LANSDEN:

107

1       I'm going to object.  You've

2           included a whole -- with all due

3       respect, your own facts, your own

4       testimony.  He's given facts, he's

5       given facts, he's come here

6       today --

7       MR. McCARROLL:

8           I'm asking for his conclusion.

9       MR. LANSDEN:

10          Well, I think you've --

11      MR. McCARROLL:

12          His recommendation as a drilling

13          engineer for the rig.

14      MR. LANSDEN:

15          You've added so many things and

16          it's so convoluted I don't think he can

17      answer it.  If you want to ask the

18      question by steps I will ask him to

19      answer it.  We want to cooperate, but I

20      think your question is just over broad

21      asking for conclusions on which he

22      hasn't testified on this entire basis

23      for answering.  Could you break it down

24      a little bit?

25      MR. McCARROLL:

108

1          I'll withdraw the question. Thank

2             you.

3       MR. LANSDEN:

4          Thank you.

5       CAPT NGUYEN:

6          Mr. Hafle, thank you very much for

7             being here.

8       THE WITNESS:

9          Thank you.

10      CAPT NGUYEN:

11         Are there any questions that we

12            didn't ask or any information with

13      relevance to the investigation that you

14      think we should know?

15      THE WITNESS:

16         I'm sure the gentleman from

17            Transocean will have additional

18      questions, but I have nothing.  I have

19      nothing to add.

20      CAPT NGUYEN:

21         Okay.  If we need you to come back

22            to -- if we need some additional

23      information, will you make yourself

24      available to the board?

25      THE WITNESS:

109

1        I'm fully available.  Yes, sir.

2        CAPT NGUYEN:

3            Yes, sir.  Thank you very much.

4        THE WITNESS:

5            Thank you.

6        CAPT NGUYEN:

7            You are dismissed.  We will take a

8        break.  We will resume at 9:45.  Thank

9            you.

10       (Whereupon, a short break was taken off the

11       record.)

12       CAPT NGUYEN:

13           The board will now call on Mr.

14           Christopher Pleasant with Transocean.

15       Mr. Pleasant, please rise and raise

16       your right hand so I can put you under

17       oath.

18       MR. PLEASANT:

19           (Witness complies.)

20       *  *  *  *  *  *

21               CHRISTOPHER PLEASANT,

22       after being first duly sworn in the cause,

23       testified as follows:

24       CAPT NGUYEN:

25           Thank you, sir, for being here.