# EXHIBIT C-2
# JIMMY HARRELL

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 60

1   inspections, any of those inspectors ever

2   telling you that you were required to have a

3   certification for your drilling equipment

4   that you did not have?

5        A.    I do not recollect that.

6        MR. LINSIN:

7             Nothing further.  Thank you.

8        CAPTAIN NGUYEN:

9             Transocean, do you have a question

10   for your witness.

11        COUNSEL REPRESENTING TRANSOCEAN:

12             Not at this time.

13        CAPTAIN NGUYEN:

14             Cameron?

15   EXAMINATION BY MR. JONES:

16        Q.    Good morning, Mr. Harrell, David

17   Jones on behalf of Cameron.

18             I have a couple of questions that

19   I would like to talk about, timing and

20   sequence.

21             To help us out, I am going to put

22   in front of you your statement.

23             According to your statement --

24        CAPTAIN NGUYEN:

25             Excuse me, is that the statement

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 61

1    he gave to the Coast Guard?

2    EXAMINATION BY MR. JONES:

3        Q.    Was that the statement you gave on

4    the DAMON BANKSTON after the incident?

5        A.    It is.  That's my signature.

6        Q.    According to the statement, at

7    2150 hours, you were taking a shower and you

8    heard an explosion, correct?

9        A.    That's correct.

10        Q.    After that, you then smelled gas,

11    felt a strong back draft and had -- then

12    there was another explosion?

13        A.    That's correct.

14        Q.    Approximately how long after the

15    first explosion did the second explosion

16    occur?

17        A.    It was pretty close together.  I

18    would say within three seconds.

19        Q.    So there wasn't a period of

20    minutes, it was one explosion, then another

21    explosion immediately?

22        A.    Yes, sir.

23        Q.    All right.  And then, presumably,

24    you got some clothes on and made your way up

25    to the rig, correct?

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 62

1      A.    Well, when you say "the rig" --

2      Q.    I'm sorry.  Up to the bridge?

3      A.    Yeah, I did.  Like I say,

4   everything was tore up in there.  I did

5   manage to get partial clothes on and make it

6   to the bridge.

7      Q.    Okay.  On the way up to the

8   bridge, did you see any fire?

9      A.    Oh, yeah.

10     Q.    Where specifically did you see

11  fire?

12     A.    On the drill floor.  I seen that

13  before I ever made it to the bridge.  You

14  could actually see it from inside the

15  quarters.

16     Q.    Was the derrick on fire as well?

17     A.    Yes.

18     Q.    There was testimony about mud

19  raining down.  When you were going from the

20  quarters to the bridge, did you see mud

21  raining down?

22     A.    It was slick out there.  I

23  couldn't say that it was mud.  It could have

24  been gas and oil for all I know.  It was

25  just very slippery.

Page 63

1      Q.   Did you see either mud and gas and

2   oil coming out from anywhere on the rig

3   floor as you were making your way up?

4      A.   No.  I seen fire like it was

5   probably coming from some type of gas or oil

6   burning.

7      Q.   Okay.  You have a note that when

8   you got to the bridge, the BOP panel was

9   abnormal.  And I wrote down when you were

10   answering questions a moment ago that it

11   was -- you thought it was abnormal because

12   the lighting on the panel didn't look right.

13   Is that right?

14      A.   It didn't.  Like I say, I had a

15   lot of methane and insulation in my eyes,

16   but it did not look good.

17      Q.   Were there any lights on the panel

18   that you could see?

19      A.   Yeah, there was lights, but like I

20   say, some of them seemed to be blocked and

21   all.

22      Q.   So there were some lights that

23   were on and other lights that were off that

24   should normally be on?

25      A.   Well, it just looked to me like it

Page 64

1   was more lit up like some of the block

2   buttons had actually went to block and

3   shouldn't have been.

4       Q.   Were any of the lights blinking;

5   do you recall?

6       A.   I didn't see nothing blinking, not

7   that I recall.

8       Q.   All right.  Then your statement

9   says that "The subsea engineer, Chris

10  Pleasant, was instructed by OIM to EDS."

11          I assume that is you?

12      A.   That is me.

13      Q.   How long after the first explosion

14  was it before Mr. Pleasant was instructed to

15  EDS?

16      A.   I don't have an exact time.  I was

17  in the shower.  I would say between five and

18  ten minutes, just according to how long it

19  took me to crawl out and get up there.

20      Q.   I believe you testified that you

21  saw Mr. Pleasant actually EDS the system?

22      A.   I did see him and talked to him.

23      Q.   Did you see any change in the

24  lights in the panel after he hit the EDS?

25      A.   No, sir, I did not.

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 65

1        MR. JONES:

2              Thank you, sir.

3    EXAMINATION BY MR. DYKES:

4        Q.    You mentioned that you saw lights

5    that indicated the panel was blocked?

6        A.    The lights wasn't normal.  That is

7    all I can tell you.  Like I say, I had that

8    stuff in my eyes, but it didn't look normal

9    to me.

10       Q.    What are these lights that you

11   were talking about indicating blocked?

12       A.    You got green, yellow and red

13   lights on the panel.  And I look at this

14   panel every day, and it wasn't normal.

15       Q.    What do you mean by the term "it

16   looked like items were blocked"?

17       A.    It looked like lights were on that

18   were not supposed to be on.

19       Q.    What are these lights?

20       A.    All different functions.  I'm not

21   saying that every light was abnormal, but

22   the panel -- it was not normal.

23       Q.    Okay.  But I'm trying to

24   understand what you mean by "blocked"?

25       A.    You got a green and red.

Page 66

1    Q.    I assume that tells you if it is

2  open or closed?

3    A.    It does.

4    Q.    Red being closed?

5    A.    Yes.

6    Q.    Green being open?

7    A.    Yes.

8    Q.    What does yellow mean?

9    A.    It is blocked.  In the neutral

10  position.

11    Q.    Is that a manual step somebody

12  would have to take under normal

13  circumstances?  I mean, is yellow an

14  indication or is yellow a function?

15    A.    Yellow is an indication of what

16  the valve is actually in, or that component.

17    Q.    Does the operator, whether it is a

18  subsea engineer or whoever, from that panel,

19  do they have the capability of putting it

20  into the neutral position?

21    A.    Yes, you do, from either panel.

22    Q.    Okay.  And that is what it

23  indicated to you?  It didn't look right?

24  All of a sudden, you have lights lit up that

25  are indicating this thing is blocked?

Page 67

1    A.    Yes.  Like I say, it was not

2    normal.  That is all I can tell you.  And

3    the condition I was in, I mean, I didn't

4    have a lot of time, you know, to investigate

5    it, but it wasn't normal.

6        Q.    What would be the normal

7    condition, either all green or all red or

8    what would you expect to see?

9        A.    Well, I expected to see the

10   annular preventer closed and expected to see

11   the diverter closed.  But some of the

12   functions, it looked like something had

13   taken the panel out.

14       Q.    Taken the panel out of service?

15       A.    Well, it looked like it had

16   received some damage from the explosion.

17       Q.    That disabled that panel at the

18   bridge?

19       A.    Well, I wouldn't say "disabled,"

20   but it wasn't normal.

21       Q.    You are telling me that something

22   took it out of service, and I am trying to

23   understand.

24            What you are thinking is the

25   explosion did something to the logic in the

Page 68

1    control system so that it was giving you all

2    kinds of weird signals?

3         A.   Yes, I would think so.

4         Q.   I want to back up a couple of

5    pages to where Lieutenant Butts made the

6    reference to the term "pincer" and you may

7    have said it the day before in the

8    11 o'clock meeting.  Why did you make that

9    statement?

10         A.   I think the company man had made

11    the statement of something, you know, "Be

12    careful," you know, "with the nitrogen" or

13    maybe didn't close the bag or whatever.

14    Like I said, we do have those -- we do have

15    shear rams and all that, too.

16              That nitrogen can be a bad thing.

17    If it gets in the riser, it will unload the

18    riser on you.

19         Q.   But it is in the foam cement so

20    that you are nitrifying the cement, so you

21    are mixing it with the cement, right?

22         A.   Yes, but anything can happen.  You

23    can get a leak in your drill string or

24    anything.  You got that foam, that nitrous

25    in your riser, you could have a problem.

Page 69

1     Q.    Have you-all had that problem

2   before?

3     A.    No, but I have heard of other rigs

4   having that problem.

5     Q.    Running nitrified cement?

6     A.    Yes.

7     Q.    But you-all run it all the time in

8   the shallow portions of the well?

9     A.    Yes, but like I said, anything can

10  go wrong.  You can get that nitrous in the

11  cement even after it is in place.

12    Q.    Was there a problem pumping it

13  this go-round?

14    A.    No.  I just wanted everybody to be

15  aware of the foam cement and the nitrous and

16  the problems which can occur.

17    Q.    So it wasn't that you may have had

18  doubts about the cement job working?

19    A.    Didn't have no doubts.

20  EXAMINATION BY MR. MATHEWS:

21    Q.    Is there a closed caption on the

22  rig?  CCTV?

23    A.    Yes.  We do have CCTV on the rig.

24    Q.    Is that transmitted to the beach

25  as well?

Page 70

1        A.    No.

2        Q.    Did you see anything going on on

3    the rig floor on the CCTV while you were in

4    the bridge?

5        A.    No, when I got to the bridge,

6    everything was taken out.  No power.

7        Q.    Okay.

8    CAPTAIN NGUYEN:

9            Next party in interest is

10   Halliburton.

11   EXAMINATION BY MR. GODWIN:

12       Q.    My name is Don Godwin, lawyer for

13   Halliburton, and I have some questions for

14   you.

15       A.    Yes.

16       Q.    If you don't understand something

17   I ask you, please tell me, and I will try to

18   rephrase it.  My purpose here is to make

19   sure you understand.

20            You mentioned at this pre-tour

21   meeting on the 19th, when there was a

22   discussion you had with the company man and

23   possibly with another employee from

24   Transocean that you did not characterize

25   that as a disagreement or an argument.

Page 71

1          You remember that testimony?

2      A.   Yeah.   There is a big difference,

3  though, between an argument and a

4  disagreement.

5      Q.   I understand, sir.

6      A.   What disagreement are you

7  referring to?

8      Q.   Well, there was some testimony

9  here yesterday by Mr. Douglas Brown with

10 Transocean.   You know Mr. Brown, don't you?

11     A.   Yes, I know Doug Brown.

12     Q.   When is the last time you spoke

13 with him?

14     A.   I think I spoke with him briefly

15 Tuesday at the memorial.

16     Q.   You haven't seen him since he

17 testified yesterday?

18     A.   No.

19     Q.   He testified about a meeting that

20 occurred on the 19th of April, and there was

21 a discussion that he characterized as

22 somewhat of a disagreement, or he called it

23 a skirmish between you and the company man.

24          Was there a pre-tour meeting

25 between you and the company man for BP on

Page 72

1   April 19, as you recall?

2        A.   There is always a pre-tour meeting

3   at 11 o'clock.

4        Q.   You said there was a discussion

5   between you and the company man, that there

6   was a disagreement about a negative test,

7   but you said it was on the preceding day.

8             Do you remember saying that this

9   morning?

10       A.   Yes.  I remember -- like I say, it

11  wasn't no argument.  I did ask him to stay

12  behind.  Like I said, all these plans kept

13  changing, and the plan I seen did not have a

14  negative test to be performed before

15  displacing with seawater.

16       Q.   And the plans were BP's?

17       A.   Yes.  They had been coming from

18  town.  They had been changing pretty

19  regular.

20       Q.   Did it concern you that BP was

21  regularly changing its drilling plans on the

22  DEEPWATER HORIZON certainly in the immediate

23  days prior to the blowout?

24       A.   It didn't concern me.  A lot of it

25  was based on they were scared they were

Page 73

1    going to lose returns.

2        Q.    Was it then on the 18th when you

3    and the company man had the conversation at

4    the pre-tour meeting about the negative

5    test?

6        COUNSEL REPRESENTING BP:

7            I think counsel has his chronology

8    wrong from the testimony earlier this

9    morning.  I think he is misstating --

10        MR. CLEMENTS:

11            Can I ask that we not try to

12    recite prior testimony and ask the witness

13    if it is accurate or not.  Just ask the

14    witness directly the question that addresses

15    the information you are seeking.

16        MR. GODWIN:

17            Certainly.

18    EXAMINATION BY MR. GODWIN:

19        Q.    Sir, on the 19th of April, the day

20    prior to the blowout, did you have a

21    pre-tour meeting with the company man?

22        A.    Yes, always.

23        Q.    Was that Mr. Bob Kaluza?

24        A.    That was Bob on the -- the 18th

25    and 19th?

Page 74

1        Q.    The 19th.

2        A.    Yes.

3        Q.    Who was in this pre-tour meeting

4    with Bob Kaluza on the 19th?

5        A.    I can't tell you.

6        Q.    Did you make the statement in the

7    meeting that "if that is the way company man

8    wanted it to be, that's the way it will have

9    to be"?

10       A.    No, I did not make that statement.

11   I don't know where you heard that at.

12       Q.    All right, sir.

13             Did you make the statement

14   following the meeting on the 19th, when you

15   left, that "that's the reason we have the

16   pincers"?

17       A.    I can't recall.

18       Q.    You are not saying you didn't say

19   it, you just don't recall it?

20       A.    I'm not saying I didn't.  But I

21   just don't recall it.

22       Q.    Okay, sir.

23             You have testified that you have,

24   over your career, been involved in virtually

25   all aspects of drilling, correct?

Page 75

1      A.    That's correct.

2      Q.    You are familiar with

3   "bottoms-up," I know, are you not, sir?

4      A.    Yes.  Bottoms-up, I am.

5      Q.    You are familiar with the

6   bottoms-up procedure.

7            Were you a part of the decision

8   not to circulate the well bottoms-up for the

9   9th casing string prior to the running of

10  the cement job?

11     A.    For which casing string?

12     Q.    For the 9th.

13     A.    Which casing string would that be?

14     Q.    The 9th casing string just prior

15  to when the cement job was going to be run.

16  Were you part of the decision to not do a

17  bottoms-up on the well?

18     A.    You are going to have to be more

19  clear.  You say the 9th, are you talking

20  about the 9 and 7/8ths inch?

21     Q.    Yes.

22            Are you aware there was a

23  bottoms-up that was run prior to the cement

24  job being performed?

25     A.    Running the casing and circulating

Page 76

1    bottoms-up once the casing was at the

2    desired depth?

3        Q.    Yes, sir.

4        A.    No, there was not a bottoms-up

5    performed.

6        Q.    Was a bottoms-up performed before

7    the cement job was actually performed?

8        A.    No, sir.

9        Q.    Who made the decision not to do a

10   bottoms-up?

11       A.    BP.

12       Q.    Were you informed of that

13   decision?

14       A.    Well, I knew they wouldn't do a

15   bottoms-up, and a lot of things could change

16   on that.  Like I say, if you started losing,

17   you would go directly into cement, anyway.

18       Q.    How did you learn and from whom

19   that there would not be a bottoms-up

20   performed on the well prior to the cement

21   job?

22       A.    Company man.

23       Q.    Which one?  Mr. Vidrine or

24   Mr. Kaluza?

25       A.    I don't recall which one of them I

Page 77

1    talked to at that time.

2         Q.   Mr. Vidrine was the evening

3    company man, was he not?

4         A.   Yes, he was.

5         Q.   Mr. Kaluza was the day company

6    man?

7         A.   That's correct.

8         Q.   Do you recall how long the well

9    had been static prior to the cement job?

10        A.   What do you mean?

11        Q.   How long had it been sitting there

12   without any activity, if that occurred?

13        A.   Well, all we done, we went in and

14   made a conditioning trip.  Circulating

15   bottoms-up prior to that, and just stayed

16   near the rig-up to run casing.

17        Q.   Are you aware from any reports

18   from Transocean showing the well had been

19   static for approximately 70 hours prior to

20   the cement job?

21        A.   I didn't see the reports, but I

22   know the well was static.

23        Q.   And do you know for about how many

24   hours?

25        A.   I don't keep up with hours.

Page 78

1          Q.    Who would know that, and where

2     would we be able to see that?

3          A.    The only place you could see it

4     would be on the IADC report.

5          Q.    Do you know how many barrels of

6     mud were added prior to the cement job or

7     circulated prior to the cement job on

8     April 19?

9          A.    What do you mean by "added"?

10         Q.    Or run?  How many barrels of mud

11    were circulated before the cement job on

12    April 19?

13         A.    I don't know the exact figure.

14         Q.    Did you learn from any source that

15    Halliburton had recommended running

16    substantially more mud in the circulation

17    process than what BP decided to run?

18         A.    No, I was not aware of that.

19         Q.    You are familiar with float

20    equipment, are you not?

21         A.    Yes, sir, I am.

22         Q.    Do you know anything about the

23    multiple attempts to convert the float

24    equipment on April 19 in the mid-afternoon

25    hours between, say, 2:00 and 5:00 in the

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 79

1    afternoon?

2         A.   Yes, they did have a problem

3    converting the flow equipment.  I have seen

4    this several times.  It took a little more

5    pressure.

6         Q.   Were you aware that it took nine

7    times to convert the float equipment?

8         A.   I can't say it was nine times.  I

9    didn't keep up with the times, but it did

10   take doing it -- bringing the pressure up in

11   stages to convert.

12        Q.   Did it concern you that it seemed

13   to be taking several times to convert the

14   float equipment on the afternoon of the

15   19th?

16        A.   No, it didn't really concern me.

17        Q.   Who provided the float equipment

18   to BP?

19        A.   To provided this float equipment?

20        Q.   Yes, sir, to BP.

21        A.   I don't know.  I don't know what

22   float equipment it was.

23        Q.   Do you know if it was Weatherford?

24        A.   That is normally who does it, but

25   I can't say that it was Weatherford.  I

Page 80

1    didn't actually look at the float equipment.

2        Q.   The casing job that was done there

3    prior to the cement job, was that performed

4    by Transocean?

5        A.   The casing job prior to the 9 and

6    7/8ths by 7 inch?

7        Q.   Right.

8             Was the casing job performed, was

9    that done by Transocean?

10       A.   We have, I mean, Transocean -- I

11   reckon I don't understand the question.  Are

12   you talking about the string right before --

13       Q.   Just before the cement job, the

14   casing job that was done, was it done by

15   Transocean?

16       A.   Yes.  We assisted in running this

17   casing.

18       Q.   Who did you assist?  Was it

19   Weatherford?

20       A.   Weatherford.

21       Q.   And what company provided the

22   subsea plug system?  Was that Weatherford?

23       A.   I don't know.  I don't know about

24   the plug.

25       Q.   Who would know that, sir?

USCG/MMS Marine Board of Investigation                The Joint United States Coast Guard/Minerals Management Service Investigation

Page 81

 1       A.    That would be BP.  They are in

 2   charge of all the plugs.  The operator.

 3       Q.    Let's talk a little bit about this

 4   negative test that you referenced earlier.

 5             You said that the company man

 6   wanted to perform a negative test --

 7       A.    I didn't say that.

 8       Q.    You didn't say that?

 9       A.    No, I didn't.

10       Q.    Okay.  I thought you stated that

11   was the reason for you and the company man

12   having a discussion, I believe you said, on

13   the 18th?

14       A.    That is not what I said.  I said

15   there was not a negative test in the plan.

16       Q.    There was not a negative test in

17   the plan?

18       A.    That is what I said.

19       Q.    Did you think there should be one

20   called for?

21       A.    I would not displace without doing

22   a negative test.

23       Q.    Did BP inform you that it desired

24   to alter the plan in order to perform a

25   negative test?

USCG/MMS Marine Board of Investigation                The Joint United States Coast Guard/Minerals Management Service Investigation

Page 82

1      A.    Can you repeat that?

2      Q.    Yes, sir.

3            Did BP tell you at any time that

4    it desired to alter the drilling plan in

5    order to incorporate a negative test?

6      A.    Yes, they agreed to do a negative

7    test.  If that is what you are getting at.

8            It seems like a trick question to

9    me.

10     Q.    Okay, sir.  Well, it is not

11   intended to be.

12           Did you recommend to BP that a

13   negative test be performed?

14     A.    Yes, I did.

15     Q.    And who was it with BP that agreed

16   to your recommendation that a negative test

17   be performed?

18     A.    I think it was Don Vidrine.

19     Q.    Do you recall how many negative

20   tests there were?

21     A.    They done two negative tests.

22     Q.    And do you know how many barrels

23   of fluid were coming back during the course

24   of the first negative test?

25     A.    How many barrels came back?

Page 83

1      Q.    Yes, sir.

2      A.    No, I don't recall exactly.

3      Q.    Well, the preference would be

4    there would be no barrels coming back, of

5    fluid, during the negative test, correct?

6    Or very few?

7      A.    Yeah, that would be -- sometimes

8    you have a little unbalance, I mean, in the

9    line.

10     Q.    Are you aware that during the

11   first negative test, approximately

12   23 barrels came back?

13     A.    I knew it was somewhere around

14   there because it was leaking.  They filled

15   it back up on the back side with a trip

16   tank.

17     Q.    Yes, sir.

18     A.    I thought it was 15 barrels they

19   put in.

20     Q.    My notes show that on the second

21   test, there were 15 barrels that came back.

22     A.    Okay.

23     Q.    Does that refresh your memory

24   about the first test?

25     A.    I didn't keep up with the barrels.

Page 84

1    I did stop and tell them to increase the

2    annular pressure from -- I believe it was 12

3    to 2000, and it ended up being about 1900.

4        Q.   Okay.  And was the pressure that

5    was being held somewhere between 1200 and

6    1400 pounds during the negative test, or do

7    you know?

8        A.   That is what they had on it

9    initially.

10       Q.   Did that seem too high to you?

11       A.   No, it didn't.

12       Q.   As I understand it, you would have

13   preferred there be very few or no barrels

14   coming back during the negative test,

15   correct?

16       A.   Well, yeah, you always get some,

17   like I said.  The less the better, though.

18       Q.   Did you consider the first

19   negative test to be successful, even with

20   the barrels that came back?

21       A.   Yes, but you can always check your

22   pressure at any time.

23       Q.   Did you consider the second

24   negative test to be successful even with the

25   barrels, approximately 15, coming back?

Page 85

1     A.    Yes, I did.

2     Q.    Who on the DEEPWATER HORIZON was

3  interpreting the negative test data for the

4  first and second tests?

5     A.    Who was interpreting the data?

6  The company man and the toolpusher up there.

7     Q.    Was there a third negative test

8  conducted prior to the cement job?

9     A.    There was no third negative test

10  done to my knowledge.

11     Q.    Let's talk about bypassing the mud

12  pit, if you will.

13          During a negative test, where is

14  the mud generally circulated to?

15     A.    The shaker and onto the mud pit.

16     Q.    When displacing mud from the

17  riser, where is it normally returned to?

18     A.    To the active mud pits, sand traps

19  and all that.

20     Q.    Why is the mud normally returned

21  to the mud pits during the course of a

22  negative test?

23     A.    Why is it always --

24     Q.    Why is it normally returned to the

25  mud pits as opposed to some other location?

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 86

1       A.    I mean, that's where it is

2   supposed to go.

3       Q.    Does it have anything to do with

4   going to the mud pit since there are gauges

5   there that would measure --

6       A.    Yes.  You have PVT sensors in

7   certain pits and certain pits that are in

8   the active system.

9       Q.    And also by returning the mud to

10  the mud pits from the riser, does that also

11  enable you to determine through the use of

12  gauges how much gas is in the mud?

13      A.    The gas sensors are not in there.

14  You got some gas sensors in the mud pit.

15  You also have a gas detector in the top of

16  the shaker where the mud goes into the

17  shaker at the possum belly.

18      Q.    Well, is the boat that was there

19  next to the rig, were there any gauges in

20  there to determine the volumes of mud going

21  in?

22      A.    Yes.  They have a screen, and they

23  actually do a strap on the pits.

24      Q.    In the boat there, you testified

25  earlier, during the negative test there was

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 87

1    mud being displaced, if you will, or

2    discharged over to the boat, correct?

3         A.   I didn't say it was being put into

4    the boat.

5         Q.   I thought you said mud was

6    going --

7         A.   I did not say mud was going to the

8    boat.

9         MR. CLEMENTS:

10              For the record, I think he said

11   the opposite.

12        MR. GODWIN:

13              It was going to the mud pit?

14   EXAMINATION BY MR. GODWIN:

15        Q.   On April 20, was the mud returned

16   to the mud pits, to your knowledge?

17        A.   I don't know.  I don't keep up

18   with the mud they put on the boat or the

19   pits.  That would be the mud engineer and

20   the derrickman.

21        Q.   If it was shown that mud was going

22   to the boat there instead of the mud pit,

23   would you know why that was occurring?

24        A.   Like I said, the mud goes to the

25   mud pit, and then it goes to the boat.

Page 88

1      Q.    You say it went to the mud pit and

2  then to the boat --

3      A.    I didn't say that.

4      Q.    Are you aware of any mud that went

5  directly from the riser into the boat as

6  opposed to first going to the mud pit?

7      A.    I said earlier there is no way to

8  do that.

9      Q.    Were you aware of how many

10  centralizers were pulling the strings down

11  the hole prior to the cement job being

12  performed?

13      A.    No, I don't know the exact amount.

14      Q.    You didn't know anything about

15  that?

16      A.    No, sir.  I thought they left them

17  off.

18      Q.    Who left them off?

19      A.    BP.  They make that decision on

20  whether to put centralizers on or off.  That

21  doesn't come out of the OIM.

22      Q.    Did BP also make the decision as

23  to how many centralizers would go down the

24  hole?

25      A.    That's correct.

Page 89

1      MR. GODWIN:

2           Thank you, sir, very much.

3      CAPTAIN NGUYEN:

4           Dril-Quip?  Anadarko?  MOEX?

5           (All counsel queried, all counsel

6      declined.)

7      EXAMINATION BY MR. GORDON:

8      Q.   Mr. Harrell, my name is Steve

9      Gordon.  I met you, I believe, at the

10     memorial.

11          Do you recall that?

12     A.   No, I don't remember meeting you.

13     Q.   I know you lost a lot of friends

14     out there.

15     A.   I did.

16     Q.   I know that.

17          And the purpose of this is to try

18     to figure out if there is anything that

19     could have been done to avoid this again.

20          Do you understand that?

21     A.   I understand that.

22     Q.   Can you please tell me what

23     procedures were in effect that would have

24     avoided people being in the area where they

25     were killed?

Page 90

1      A.    You have got to have people up

2   there to run the equipment.

3      Q.    I understand.

4            But yesterday, there was testimony

5   that said that that area, I think it was the

6   pump room --

7   MR. CLEMENTS:

8            I object to the reconstruction of

9   prior testimony.  We were led to believe

10  this would be a question-and-answer

11  procedure, and we would like to proceed with

12  questions so that the witness can give

13  direct answers.

14  MR. GORDON:

15           If you let me, I will.

16  EXAMINATION BY MR. GORDON:

17     Q.    We were told that the pump room

18  would accumulate gas in the beginning phases

19  of a blowout.  Do you agree with that?

20     A.    Well, it's subject to it.

21     Q.    As an OIM you know that, right?

22     A.    Yes, I mean, the whole rig is

23  subject to it as far as that goes.

24     Q.    Of course, but because they are

25  receiving the mud first, as it comes up the

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 91

1   riser, the mud is going to have gas in it,

2   and it is going to accumulate in those

3   rooms, correct?

4        A.   Correct.

5        Q.   And what procedures are in place

6   by Transocean to anticipate that and then

7   get those people out?

8        A.   We have gas sensors up on the

9   bridge, and we always notify our personnel

10  when we have a high content level of gas,

11  and get them out of any space to shut down

12  everything when they're drilling.  Normally,

13  you don't get gas back when you are

14  displacing the riser.  You have done all

15  your tests, and you don't anticipate getting

16  any gas back.

17       Q.   I understand.  But at some point

18  when the mud was spewing up at a very high

19  rate way up in the air, somebody knew there

20  was a problem with the well control.  Maybe

21  not you, but somebody on the rig, correct?

22       A.   I guess so.  Like I said, I was in

23  the shower at the time of the explosion.

24       Q.   Well, let's hope they did, before

25  the explosion, realize that they had some

Page 92

1    problem with the well, correct?

2         A.   Yeah, from what I seen, everything

3    happened pretty quick.

4         Q.   I understand.

5              And my question, though, is before

6    the explosion, that key time when there was

7    mud coming out and you have an obvious flow

8    from the well, did Transocean have any

9    written policies on getting those men out of

10   that area that's anticipated to have

11   explosive gas?  Did they have a written

12   policy?

13        A.   Not a written policy, but like I

14   say, at certain levels, we make sure that

15   everybody is out of the shaker area.  The

16   mud area too.  It's according to whether the

17   alarm goes off.

18             Now, these alarms go off, they are

19   set up in different places in the mud

20   system.

21        Q.   Yesterday there was testimony that

22   in the engine room, they were noting alarms

23   all over the rig.

24        A.   I'm sure they did right at the

25   time -- when it unloaded, I'm sure they did.

Page 93

1      Q.   Before the explosion?

2      A.   I'm not aware of that.

3      Q.   I'm just telling you what they

4  said.

5           So my question is, in that key

6  time -- just yes or no -- was there a

7  written policy to remove those men out of

8  that area?

9      A.   Yes, I mean, we would get them

10  out.

11     Q.   There was a written policy?

12     A.   I didn't say we had a written

13  policy, but we would get them out.  This is

14  done by the bridge.  They notify personnel

15  in them spaces.  They have all that at the

16  CCR, the bridge.

17     Q.   Yes, sir.

18          I believe there was testimony

19  yesterday there was contact from the bridge

20  to the BANKSTON to let go of whatever lines

21  were connected?

22     MR. GODFREY:

23          I object.  I think the questioner

24  can ask questions about facts and not insert

25  testimony --

Page 94

1      MR. CLEMENTS:

2           For the record, the witness was

3   not in the room yesterday.

4      MR. GORDON:

5           Thank you.

6   EXAMINATION BY MR. GORDON:

7      Q.   Were you aware that the BANKSTON

8   was contacted by the bridge to let go?

9      A.   No, I don't know that they

10  contacted anybody.  I do know that he was

11  released when I got up to the bridge.

12     Q.   Okay.  Is it your opinion that

13  during that time, when that transmission was

14  made prior to an explosion, there should

15  have been a contact from the bridge to the

16  shaker room, pit room, pump room, to vacate

17  those premises?

18     A.   I didn't understand.

19     MR. CLEMENTS:

20          I would like to lodge an objection

21  to counsel seeking to elicit opinions from

22  this witness on the basis of hypotheticals.

23  I don't think that is appropriate.  And it

24  requires speculation.  There is no

25  foundation for such a question.

Page 95

1      MR. GORDON:

2          With all due respect, I am truly

3   trying to figure out what policies were out

4   there, and if they were not there, how, in

5   the future, they can implement them to avoid

6   casualties.  And that is it.  That is the

7   purpose of my question.

8      MR. KOHNKE:

9          Captain, asking this gentleman his

10  opinion when he doesn't have the underlying

11  facts won't help, and this is the problem.

12  It is just going down a rabbit trail without

13  anything at the end.

14         I wish he could figure this out;

15  that would be fine.  But that is not a

16  foundation for this witness to render an

17  opinion to help him do that.

18     MR. GORDON:

19         With all due respect, this is the

20  man in control of that vessel when it is on

21  station.  If he doesn't know, nobody knows.

22     THE WITNESS:

23         I don't have all these manuals

24  sitting here in front of me.  I do know the

25  bridge -- I do know that they notify people

Page 96

1    in those spaces and get them out any time

2    there is any gas in any space.  Or go check

3    it out.

4    EXAMINATION BY MR. GORDON:

5        Q.    Do you have knowledge that that

6    happened, sir?

7        A.    No, I don't have any knowledge.

8        Q.    As the OIM, are you the person

9    that has the authority to order a distress

10   signal?

11       A.    Yes, I have the authority to do

12   that.

13       Q.    Did you know that there was an

14   attempt to order a distress signal at the

15   lifeboats?

16       A.    There was a distress signal

17   ordered before we ever got to the lifeboats.

18       Q.    Tell me, when does it shift from

19   the OIM to the captain on the ability to

20   order a distress signal?

21       A.    Well, the captain is in charge of

22   all emergency -- I did not order a distress

23   signal.  I said the distress signal had been

24   ordered when I got to the bridge.

25       Q.    Is it a fair assumption that the

Page 97

1    crew believed that you were the person to

2    have the sole authority?

3         MR. CLEMENTS:

4              Objection.  Counsel is asking this

5    witness to speculate on what other people

6    not in the room, not before the board may

7    have thought and what their opinions are.

8    This is sheer speculation, there is no

9    foundation, and not the proper --

10        MR. GORDON:

11             I will move on.

12   EXAMINATION BY MR. GORDON:

13        Q.   Regarding the pinchers, sir, I

14   want to make it clear what you said.

15             Is it true that you said, "Well,

16   that is what they make those pinchers for"?

17        A.   I probably did say that.  Like I

18   said earlier, I don't recall it.  I probably

19   say a lot of things I don't recall.

20        Q.   If you said that, what I believe

21   the testimony is, you were referring to the

22   what?

23        A.   Are you talking about the

24   pinchers?

25        Q.   Yes.

Page 98

1       A.    It could be the casing shear rams

2   or the blind shear rams.

3       Q.    If those were actuated, what would

4   happen?

5       A.    Well, one cuts the pipe, one cuts

6   the seals.  It is according to the weight of

7   the pipe, which one is the shear, which --

8       Q.    Would the BOP be, in essence,

9   functioning at that point?

10       A.    Functioning?

11       Q.    Yes.  Would it be closing off the

12   well?

13       A.    It would if you had the blind

14   shear ram.

15       Q.    When you said that, was it your

16   belief that the BOP had the capacity to do

17   that?

18       A.    Yes.  Like I say, it is according

19   to the weight of the casing or the drill

20   pipe.

21       Q.    You personally believed it would

22   have worked at that time?

23       A.    Yes, sir.

24       Q.    I would like you to specify,

25   please, exactly what monitors and what they

Page 99

1    are called that would have monitored any

2    flow to the mud pits or the shakers.  What

3    are those called?

4        A.    That is your flow-in and flow-out.

5        Q.    Where are they located, those

6    monitors?  The gauges?

7        A.    You have got one in the flow line.

8    You got some on the shakers.

9        Q.    Are they electronic?

10        A.    Yes, they have electronics going

11    to them.  Also, the mud loggers, they have

12    one.  They monitor flow also.

13        Q.    Yes, sir, but I am talking about

14    items or appurtenances to the DEEPWATER

15    HORIZON.

16        A.    Yes, we have return flow.

17        Q.    Are those electronic?

18        A.    Yes.

19        Q.    Is the data recorded?

20        A.    Yes, it is.  I mean, it is

21    recorded, but where are you talking about,

22    recorded?

23        Q.    That was my next question.

24              Where is it recorded?

25        A.    They have a trend on the driller.

Page 100

1   There's various places throughout the rig

2   that you can see that.

3        Q.   Is it kept in an electronic data

4   format like on a computer hard drive?

5        A.   You could back it up on there.

6   You can back up the trend.

7        Q.   Is it sent realtime to the main

8   land?

9        A.   BP, they can see everything we do

10  out there.

11       Q.   In realtime?

12       A.   In realtime.

13            I know Sperry, they have realtime

14  data they send to town.  Not Transocean, but

15  Sperry.

16       Q.   I understand.

17            But prior to the explosion, any of

18  that data would have been sent shoreside,

19  correct?

20       A.   Yes.  It should have been sent to

21  the shore.

22       Q.   Do you know what the pollution

23  pans are?

24       A.   Yes.

25       Q.   What are those?

Page 101

1      A.    They catch any spillage going off

2  the rig floor.

3      Q.    Was there any drilling the day of

4  the 20th on the floor?

5      A.    No, sir.

6      Q.    Any reason why the floor would

7  have mud on it, rig floor?

8      A.    Yeah, there's always a cleanup

9  after the casing was run and everything.

10  Spillage from mud and everything.

11      Q.    Is it your testimony, sir, that

12  there was, in fact, mud on the rig floor the

13  day of the 20th?

14      A.    I can't answer that question

15  because I wasn't on the drill floor on the

16  day of the 20th.

17      Q.    Not your tour, but the whole day

18  of the 20th, you were never on the rig

19  floor?

20      A.    I was on the rig floor on the

21  evening of the 20th.

22      Q.    On the evening of the 20th?

23      A.    That's correct.

24      Q.    So from let's say 1200 hours, the

25  morning of the 20th, you know, the

Page 102

1    morning -- all that morning and all that

2    afternoon, you never saw the rig floor?

3         A.   I seen it on the monitors, but no,

4    I didn't go up there.

5         Q.   Was there mud on it?

6         A.   Not when I was up there.

7         Q.   Can you tell me why the pollution

8    pans filled up at 1700 hours?

9         MR. CLEMENTS:

10            Are you asking a hypothetical

11    question?

12        MR. GORDON:

13            I am asking him to assume that --

14        CAPTAIN NGUYEN:

15            No.  Counsel is right.  That is a

16    hypothetical question.

17    EXAMINATION BY MR. GORDON:

18        Q.   Could the pollution pans fill up

19    if there is no mud on the floor?

20        A.   Yes.  I guess if they was washing

21    or something.

22        Q.    Is there any way they can come up,

23    the pollution pans, or are they sealed at

24    the bottom?

25        A.   Yes, or there wouldn't be a

Page 103

1    pollution pan.

2        Q.   So it is not like a sink where

3    there is a drain?

4        A.   No.

5        Q.   I understand there were meetings

6    to attend that day?

7        A.   Yes.

8        Q.   Especially that day?

9        A.   We had a couple more meetings to

10   attend with the VIPs that was coming on

11   board.  We had four VIPs coming on board.

12       Q.   And they were on board?

13       A.   They were on board.

14       Q.   And you had attended meetings with

15   them there with higher-ups, correct?

16       A.   Yes.

17       Q.   As OIM, you were keeping them

18   informed of how the well was doing, correct?

19       A.    I informed them when I went to

20   greet them, when they got off the helicopter

21   of what operations we had going on at the

22   time.

23       Q.   And that includes test results,

24   correct?

25       A.   No, I didn't give them test

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 104

1    results.   I didn't know when they got there.

2        Q.    That night you never knew of any

3    test results, and you never conveyed that

4    information?

5        MR. CLEMENTS:

6            That is a compound question.

7    Whether or not he knew test results is one

8    question, and whether or not he gave them to

9    other people is another.   I object.

10       MR. GORDON:

11           Yes, sir.

12   EXAMINATION BY MR. GORDON:

13       Q.    That night, were you aware of any

14   test results at the well?

15       A.    I was.   Don Vidrine, the company

16   man for BP, told me they had a good negative

17   test for 30 minutes.

18       Q.    Are you aware of any other test

19   results?

20       A.    That is all he told me.

21       Q.    Were you aware of any others, sir?

22       A.    I know the senior toolpusher told

23   me he talked to the toolpusher on the drill

24   floor before I got in the shower and said

25   they had a good negative test.

Page 105

1      Q.    Did you convey that information to

2   Transocean's people that had come to the

3   DEEPWATER HORIZON?

4      A.    No, I didn't convey it to them.

5      Q.    One last question.

6            Looking back on it now, can you

7   identify any warning signs at any point in

8   the day of the explosion that would have

9   suggest a potential event like this was

10  going to happen?

11     A.    No, I couldn't.  If I was aware of

12  any problem, I would have been on the rig

13  floor to resolve any problem that I thought

14  may have occurred.

15     MR. GORDON:

16           Okay.  Thank you so much.

17     CAPTAIN NGUYEN:

18           BP?

19     MR. GODFREY:

20           Thank you.

21  EXAMINATION BY MR. GODFREY:

22     Q.    Good morning.  My name is Rick

23  Godfrey; I represent BP.

24     A.    Okay.

25     Q.    Pleasure to meet you this morning.

Page 106

1    I appreciate your time.

2         A.    Okay.

3         Q.    I would like to begin by focusing

4    on the meeting that took place on April 20.

5         A.    The pre-tour meeting?

6         Q.    Yes, sir.

7               At that pre-tour meeting, I

8    believe you testified there was a discussion

9    between you and the company man, Mr. Kaluza,

10   about the necessity or desirability of

11   conducting a certain test.

12              Do you recall that?

13        A.    Yeah, a negative test that I

14   didn't see in the plan.

15        Q.    Is it correct that you wanted to

16   have a negative test performed on the drill

17   pipe?

18        A.    I would not displace without a

19   negative test being performed.

20        Q.    Did Mr. Kaluza agree you could

21   perform such a test?

22        A.    Yes.  They didn't really have no

23   problem with it.  They just left it out of

24   the plan, the forward plan.

25        Q.    Was the negative test that you and

Page 107

1    Transocean wanted to have performed at that

2    11:00 a.m. meeting subsequently performed?

3         A.   Can you repeat that?

4         Q.   Sure.

5              Was that test performed?

6         A.   Yes.

7         Q.   Was that test a successful test in

8    your judgment?

9         A.   I thought it was.  They wanted to

10   do another.  I reckon there's nothing wrong

11   with doing a second test.

12        Q.   So the BP person, Mr. Kaluza,

13   wanted a second test?

14        A.   I didn't say that.

15        Q.   Who wanted that?

16        A.   I think Don Vidrine wanted to.

17        Q.   Was that, at the time, then

18   performed?

19        A.   Yes, it was done.

20        Q.   And was that test also

21   successfully passed?

22        A.   Yes.  He told me -- I did meet

23   him.  He said it was successful for 30

24   minutes.

25        Q.   Was there any disagreement or

Page 108

1  argument you had at the 11:00 a.m. meeting

2  on the morning of April 20 between you or

3  any of your colleagues and the people from

4  BP that morning?

5      A.    No.  There wasn't no argument.  I

6  did ask a few of them to stay back so we

7  could discuss the negative test and make

8  sure it was done prior to displacing the

9  seawater.

10      Q.    Were you satisfied that all of the

11  procedures were safe and in proper order?

12      A.    Yes.

13      Q.    You had no concern about the

14  drilling operations that were planned to be

15  performed for the rest of the day on

16  April 20 at the conclusion of that

17  11:00 a.m. meeting on that day; is that

18  correct?

19      A.    I had no problems because

20  everything was sorted out and the proper

21  tests were going to be performed.

22      Q.    You told Mr. Gordon a few moments

23  ago that the senior toolpusher had spoken

24  with the toolpusher about a good negative

25  test.

Page 109

1              Do you recall that?

2      A.    Yes.  I do recall that.  That was

3   somewhere around 2130 on the day of the

4   20th.

5      Q.    Who was that person?

6      A.    Randy Ezell.

7      Q.    Who was the toolpusher he spoke to

8   that you are referring to?

9      A.    One of the deceased, Jason

10  Anderson.

11     Q.    Let's go now to the meeting on the

12  19th.

13            You testified there was a meeting

14  that took place on the 19th of April when

15  there was a discussion of the cement job.

16            Do you recall that?

17     A.    You need to be a little more clear

18  on the question.

19     Q.    Sure.  Do you recall discussing

20  the cement job at the 11:00 a.m. meeting

21  that took place on April 19, 2010?

22     A.    What portion of the cement job?

23  What are you talking about specifically?

24     Q.    Do you recall testifying earlier

25  today that the company man said, "Be careful

Page 110

1   with the nitrogen"?

2           Do you recall that?

3       A.   Yes, I remember him saying that.

4       Q.   And nitrogen is used for the

5   purpose of preventing channeling down a

6   hole; is that your understanding?

7       A.   Yeah, it gives the cement some

8   lift too.

9       Q.   And, in fact, nitrogen is added to

10  the cement as a safety mechanism to prevent

11  hydrocarbons from coming up the hole?

12          Is that your understanding?

13      A.   You can actually get the nitrogen

14  in the riser, too, you know.  There is

15  always a chance -- any time you run

16  something through the rudder tank, you take

17  a chance on getting hydrocarbons.

18      Q.   At the conclusion of the regular

19  11:00 a.m. meeting on April 19th, were you

20  personally satisfied that the plans for the

21  cement job were safe to your satisfaction as

22  the OIM of the DEEPWATER HORIZON?

23      A.   Yes, I was.  Like I say, they are

24  approved by MMS and BP has engineers.  They

25  do all kinds of tests on this cement.  They

Page 111

1   have always done a good job in the past.

2        Q.    Now, there was also testimony

3   today about circulation and bottoms-up.

4             Do you recall that?

5        A.    Yes.

6        Q.    Is it fair to assume from your

7   prior testimony that you had no concerns

8   with respect to circulation or bottoms-up at

9   no time on April 20 of the year 2010?

10       A.    No, I had no concerns.  I know it

11  is always better to do a bottoms-up.

12       Q.    Was a bottoms-up eventually done

13  at some point?

14       A.    No, sir.

15       Q.    With respect to the float

16  equipment where it took several times before

17  the float equipment was established, as far

18  as you were concerned, was that normal?

19       A.    Yeah.  Most of the time, it takes

20  a higher pressure to shift it.

21       Q.    At any time on April 19 or

22  April 20, did you have any safety concerns

23  with respect to any of the operations that

24  were taking place on the DEEPWATER HORIZON?

25       A.    No, I didn't.

Page 112

1    Q.    Right.   In fact, there is an HSE

2    policy of Transocean that gives you the

3    authority to shut down the operation at any

4    time you think there may be a safety issue;

5    is that right?

6    A.    That is me or anybody has the

7    privilege to -- or the obligation to stop

8    the job.

9    Q.    Now, you said a little while ago

10   in answer to Mr. Gordon's question that you

11   were on the rig floor on the evening of the

12   20th.

13         Do you recall that?

14   A.    Yes.   I went up there with the

15   VIPs on the tour.

16   Q.    What time of the day did you go to

17   the rig floor on the evening of the 20th?

18   A.    It was somewhere approximately

19   5:00, 5:30.   Somewhere in that time period.

20   Q.    When you went to the rig floor

21   approximately between 5:00 p.m. and

22   5:30 p.m. on the afternoon and early evening

23   of April 20, did you have any concerns about

24   the drilling conditions or about the safety

25   of the men on the DEEPWATER HORIZON?

Page 113

1      A.    No, I didn't.

2      Q.    Was there anything that you

3  observed when you visited the rig floor on

4  April 20 between 5:00 and 5:30 p.m. that

5  caused you any concern about the safety of

6  the DEEPWATER HORIZON or its crew?

7      A.    Not about the safety.  Like I say,

8  they did have the one little problem with

9  the annular.  I asked them to increase the

10  annular pressure to assist in being able to

11  get a negative test to hold the mud in the

12  riser between it and the drill pipe.

13      Q.    And did the crew successfully

14  follow your recommendation?

15      A.    Yes, and it did hold.

16      Q.    And it was successful, your

17  recommendation?

18      A.    Yes, sir.

19      Q.    Thank you.

20          And you testified earlier that --

21  I think it was in response to a member of

22  the board's question about -- you had a

23  discussion about whether there would be six

24  or seven days of maintenance that would be

25  done once this well was completed before the

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 114

1   next well.

2           Do you recall that?

3       A.   Yes.

4       Q.   Is that normal to have maintenance

5   on one well before you go to the next to

6   make sure the vessel is shipshape?

7       A.   Yes, sir, you have got to go

8   through your BOPs.  It changes from well to

9   well, but normally it is six to seven days.

10      Q.   So there was nothing unusual about

11  the maintenance list that you were going

12  over of six to seven days that you were

13  planning to do upon completion of the MC252

14  and before you moved to the NILE (phonetic)

15  well; is that right?

16      A.   That's about right.  There was

17  some little changes and UPS work we had to

18  do.

19      Q.   With respect to the visitors who

20  came to the vessel, did Mr. O'Brien and

21  Mr. Sims come to discuss anything other than

22  safety, as far as you know?

23      A.   Yes, they came to talk about the

24  safety, the seven years without a lost-time

25  incident.

Page 115

1        Q.    Did they come to talk to you about

2    maintenance you were going to do?

3        A.    They reviewed our maintenance plan

4    between wells.

5        Q.    Thank you.

6            If I seem like I am skipping

7    around, it is because I am last here asking

8    questions, so I am trying to fill in some

9    gaps.  I apologize for that.

10            With respect to the centralizers

11    that you mentioned, whatever the decision

12    that was made with respect to centralizers,

13    were you satisfied that the drill plan was

14    proceeding according to plan and everything

15    was safe?

16        A.    Yes.  I mean, I don't make the

17    decision to put the centralizers on anyway.

18        Q.    Let's talk about responsibilities.

19            You are familiar with the bridging

20    document?

21        A.    Yes, I have a copy in my office.

22        Q.    Is it true that at all times prior

23    to an emergency that you, and you alone as

24    the OIM, are responsible for the safety, the

25    conditions and the procedures on board the

Page 116

1    DEEPWATER HORIZON?

2         A.    Yes.  As OIM, I am responsible for

3    the safety of everyone.

4         Q.    Are you familiar with the phrase

5    or concept a "kick"?

6         A.    A kick influx?

7         Q.    Yes.  What does that refer to?

8         A.    It means you don't have enough mud

9    density to hold back hydrocarbons and you

10   can take an influx into the wellbore.

11        Q.    Does that create a well control

12   situation?

13        A.    Yes, it could.

14        Q.    And that is something that is both

15   monitored and managed by which personnel on

16   board the DEEPWATER HORIZON?

17        A.    By which personnel?

18        Q.    Yes, sir.

19        A.    That is monitored by the drill

20   crew.

21        Q.    Would that be the senior

22   toolpusher?

23        A.    That would be the assistant

24   driller, driller, toolpusher, senior

25   toolpusher, myself, and it's just according

Page 117

1    to what stage of well control you're talking

2    about.  Well control can even start back

3    with the planning of the well, you know.

4        Q.    In the event of a kick, what does

5    the driller do?

6        A.    He shuts the well.

7        Q.    Does the driller have any number

8    of things he can do before shutting the

9    well, like circulation, things of that type?

10        A.    Can you repeat the question?

11        Q.    Sure.  I will break it down for

12    you.

13        A.    Okay.

14        Q.    Did the DEEPWATER HORIZON

15    experience a kick in March of 2010 on this

16    well?

17        A.    Yeah, it was in March of 2010.

18        Q.    Can you describe what took place

19    after the kick was observed?

20        A.    We shut the well in, weighted the

21    mud up and circulated the kick out.

22        Q.    Was the well control opening that

23    took place in March of 2010 on the DEEPWATER

24    HORIZON conducted by the driller, the

25    assistant driller and that crew?

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 118

1      A.    Talking about "that crew," which

2   crew are you talking about?

3      Q.    The crew that works with the

4   driller, the drilling crew?

5      A.    Yeah, I think they were out at

6   that time.

7      Q.    At any time on April 20, 2010,

8   prior to the time the explosion took place

9   when you were in the shower, did anyone

10   advise you this was a well control

11   situation?

12      A.    No, sir.

13      Q.    In the event of a drilling

14   emergency, are there different levels of

15   drilling measures that are outlined in the

16   emergency response manual?

17      A.    Yeah, there are all different

18   levels of emergencies.

19      Q.    And the driller sits in the

20   drilling shack, correct?

21      A.    Yes, he is in the driller's house.

22      Q.    And there is equipment in there

23   that monitors pressure, right?

24      A.    Yes.

25      Q.    Flow?

Page 119

1      A.    Flow.

2      Q.    Amount of mud?  The quantity of

3  mud?

4      A.    Yes.  PVT, they monitor PVT.

5      Q.    Does the driller have the ability

6  to activate the BOP in the drilling shack on

7  his own volition?

8      A.    Yes.  That is called the driller's

9  panel up on the rig floor.

10     Q.    You were a driller once, right?

11     A.    Yes, sir.

12     Q.    Worked your way up?

13     A.    Yes, sir.

14     Q.    Ever have well control situations

15 when you were a driller?

16     A.    Yes.

17     Q.    How do you typically become aware

18 of that?

19     A.    You got trends you watch on your

20 screens.  You can have several different

21 things that can take place.  It is just

22 according to the scenario.

23     Q.    Did anyone inform you at any time

24 after the event of April 20 that earlier

25 than the time you indicated in your

Page 120

1   statement, that people on the drilling rig

2   floor believed there was a well control

3   situation?

4        A.   I was told by the senior

5   toolpusher, once I got on the M/V DAMON

6   BANKSTON, that he had talked to the

7   assistant driller, and he was putting his

8   clothes on and going to the rig floor, and

9   that is when the explosion occurred.

10       Q.   The conversation you had on the

11  DAMON BANKSTON, the person you were speaking

12  to was Mr. Ezell?

13       A.   Yes.  I talked to him once we got

14  on the boat, while we had triage, waiting on

15  the Coast Guard and all.

16       Q.   Did Mr. Ezell tell you

17  approximately what time he learned there was

18  a well-control situation on the 20th?

19       A.   He told me approximately 2145.

20  Just prior to, I mean, a couple of minutes.

21       Q.   Did he give you any indication of

22  what he had been told by the people on the

23  rig floor?

24       A.   This is exactly what he told me.

25  He said he was talking to the assistant

Page 121

1  driller, and they had a well-control

2  situation.  They had mud coming out of the

3  riser.

4      Q.   Did he give any indication as to

5  whether at 2145 that he, Mr. Ezell, when he

6  had been informed that mud was coming out of

7  the riser that the driller or the assistant

8  driller or anyone on board the vessel had

9  attempted to activate the BOP?

10     A.   He did tell me that he asked the

11 assistant driller, "Well, are y'all shutting

12 it in?"  He said, "The toolpusher is

13 shutting it in as we speak."

14     Q.   Was there any discussion about the

15 emergency disconnect system at that time

16 that you are aware of?

17     A.   Not that I know of.

18     Q.   Was there anything else that

19 Mr. Ezell told you either on board the DAMON

20 BANKSTON or since the accident about the

21 well-control situation?

22     A.   No, he hasn't.  I really haven't

23 talked with him.

24     Q.   Have you had any conversations

25 with anyone else who was on board the vessel

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 122

1    on April 20 about a well-control situation

2    since that day?

3         A.   No, sir.

4         Q.   Let's change topics and talk about

5    the BOP.

6              Who inspects the BOP on board the

7    DEEPWATER HORIZON?

8         A.   Who inspects the BOP?

9         Q.   Yes, sir.

10        A.   Subsea engineers are in charge of

11   the BOP.

12        Q.   Are those subsea engineers who

13   work for Transocean?

14        A.   Yes, sir, they do.

15        Q.   How often was the BOP inspected on

16   the DEEPWATER HORIZON?

17        A.   Can you be more specific?  What

18   are you talking about, inspected?

19        Q.   Let's break it down.

20             Were there inspections on the

21   DEEPWATER HORIZON under your watch and

22   command?

23        A.   We inspected daily, you know, did

24   our checks.

25        Q.   And the subsea engineers were the

Page 123

1   ones who did the inspections?

2        A.   Well, yes.  And like I say, we

3   also inspected subsea, you know, with a

4   remotely operated vehicle, ROV.

5        Q.   At any time, did anyone ever

6   suggest to you that the BOP might not be

7   functioning or might have issues of

8   functionality?

9        A.   It did have a little tick on the

10  test rams, the lower-body ram which is test

11  rams used for testing BOPs.  When I first

12  got on the rig, they had a little tick on

13  the open position.

14       Q.   What do you mean by "tick"?

15       A.   That is the little flow cap on the

16  open position.

17       Q.   Is that a leak?

18       A.   That can be trash or anything in

19  the solenoid.

20       Q.   Did that concern you at all?

21       A.   They got it to stop.  No, it

22  didn't.  It was in the open position, and

23  you could run them in block and the leak

24  would stop.

25       Q.   As far as you knew, on April 20,

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 124

1    was the BOP functioning?

2         A.   Yes, it was functioning good.

3         Q.   Final set of questions.

4              When you are on the bridge, when

5    you came up out of the shower, you were

6    joined there by -- the captain was there,

7    the master, Captain Kuchta?

8         A.   Yes.

9         Q.   The subsea engineer, Chris

10   Pleasant, was there?

11        A.   Yes.

12        Q.   And you were there?

13        A.   Yes.

14        Q.   And two explosions had already

15   happened, right?

16        A.   Yes.  That happened when I was in

17   the shower.

18        Q.   And there was fire on the derrick?

19        A.   Yes, sir.

20        Q.   There was fire on the rig?

21        A.   Yes, sir.

22        Q.   Electricity is out?

23        A.   Yes, sir.  No power.

24        Q.   No power.  Engines are off?

25        A.   Yeah, no engines.

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255              (504) 529-5255
New Orleans * Baton Rouge * Shreveport

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 125

1        Q.    Chaos, right?

2        A.    (Witness nods head affirmatively.)

3        Q.    And as of the time you arrived, no

4    one had activated the emergency disconnect

5    system after all that?

6        A.    No.   I figured -- like I say,

7    nobody could operate.   It took them out on

8    the drill floor.   That is why I was headed

9    to the panel.

10       Q.    Did you give the order to activate

11   the EDS?

12       A.    Yes.   Chris was up there, and I

13   told him to go ahead and EDS.   I think the

14   captain told him too at the same time.   Best

15   I can recall.

16       Q.    Did the EDS look like it had

17   worked when he activated it?

18       A.    No, it didn't appear to do

19   nothing.

20       Q.    When you say, it didn't appear to

21   do much, what do you mean?

22       A.    Well, Chris was right in front of

23   the panel, and he said he didn't get a

24   signal that anything happened.   I mean, you

25   got a lot of things to look at.   You have

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 126

1    got flow meters and everything and lights.

2    Nothing appeared to function.

3         Q.    So the BOP panel looked abnormal?

4         A.    It did to me.

5         Q.    And the EDS system didn't

6    function?

7         A.    Didn't appear to.

8         Q.    So the emergency systems on the

9    vessel, the BOP and the EDS from your

10   observations, neither of those systems,

11   which are solely designed to operate in an

12   emergency, appeared to you, as the OIM on

13   that vessel, appeared to be working during

14   the emergency at hand?

15        A.    It appeared they had been taken

16   out by the explosion.

17        MR. GODFREY:

18             Thank you, sir.

19   EXAMINATION BY MR. MATHEWS:

20        Q.    In a well-control situation, would

21   you typically divert to the gas buster?

22        A.    No.

23        Q.    Do you know if the rig floor tried

24   to divert to the gas buster?

25        A.    I don't know what they had lined

Page 127

1    up at the time.

2        Q.    I'm getting a little confused.

3            You keep referring to the

4    procedure that didn't have the negative

5    test.  Was that an MMS-approved procedure or

6    BP procedure?

7        A.    No.  This well here -- this plan

8    deviated from the initial plan.  It had

9    extra strings added to it.  As I stated

10   earlier, they had been revising the plan.  I

11   think this was the second or third plan we

12   had.

13       Q.    Right.  But was the procedure you

14   were discussing with the BP company man that

15   didn't include the negative test, was that

16   an MMS-approved procedure or a BP procedure?

17       A.    It was just a BP well procedure.

18   It doesn't have MMS on it.

19       Q.    So you are not aware if MMS

20   actually had a well procedure that was

21   submitted by BP that included a negative

22   test approved by the MMS?

23       A.    I know they have APDs.

24            I don't really understand your

25   question.

Page 128

1    Q.    The discussion you had with the BP

2  company man, did it include a negative test?

3    A.    (Witness nods head affirmatively.)

4    Q.    What procedure were they referring

5  to?  Was it a BP procedure approved by the

6  MMS, or was it a BP procedure that had

7  changed on the floor?

8    A.    That was a BP procedure from town

9  that had changed, to the best of my

10  knowledge.

11    MR. MATHEWS:

12         Thank you.

13  EXAMINATION BY MR. DYKES:

14    Q.    Did the MMS-approved APD on the

15  rig that you looked at, did it have a

16  negative test on it?

17    A.    I don't recall.  I mean, I can't

18  recall.  But that is something I always

19  require, a negative test.

20    Q.    But you don't know if the APD that

21  you know that you had on the rig -- do you

22  ever look at the APD, the procedure that is

23  submitted?

24    A.    Yes, sir.

25    Q.    But you don't know if this one had

Page 129

1      a negative test on it?

2            A.    I can't remember.

3            MR. DYKES:

4                  Thank you.

5      EXAMINATION BY CAPTAIN NGUYEN:

6            Q.    I have a couple of questions.

7                  Were you on board the HORIZON in

8      August of 2008?

9            A.    Yes, I have been on it since 2004.

10           Q.    Were you aware of a total loss of

11     power on the HORIZON for two minutes?

12           A.    Yes, they had a problem with the

13     governor.

14           Q.    Were you on board during that

15     incident?

16           A.    Yes, I was.

17           Q.    So you say there was a problem

18     with the governor?

19           A.    Yes.

20           Q.    With redundancy in the system --

21     what were you doing, were you drilling?

22           A.    I don't think we were drilling at

23     that time.  I think we were actually out of

24     the hole.

25           Q.    With redundancy, how come the

Page 130

1  vessel lost power for two minutes?  What

2  happened to emergency power and all that?

3       A.   It was an over-speed problem.

4       Q.   But it was only one engine, right?

5       A.   Yes, but it took the other one

6  when it went down.  I know one engine

7  started back up.

8       Q.   But it took two minutes?  What

9  happened to the emergency power?  Did it

10  come on when the regular power went out?

11       A.   I can't remember all the details,

12  but it was close to a couple of minutes.

13       Q.   As OIM and you have a total loss

14  of power for two minutes, is that a concern

15  to you?

16       A.   It's according to the weather

17  conditions, how fast you drift off.

18       Q.   But having -- so if the weather

19  were perfect, you would be fine with that?

20       A.   Yeah.  It takes several minutes.

21  I report to the bridge in case of an

22  emergency like that, and I do remember being

23  up there.

24            I don't recollect getting too far

25  off location during that two minutes.

Page 131

1    Q.   So the vessel is a dynamically

2  positioned vessel?

3    A.   Yes.

4    Q.   And if you lost power, you could

5  start to drift off?

6    A.   Yes, sir.

7    Q.   What if you were drilling and lost

8  total power, would that be a concern to you?

9    A.   Yes, it is any time.  You have

10  more steps to go through when you have pipe

11  across there.  You have to hang off when you

12  get into a yellow condition; and red, you

13  have to disconnect.

14    Q.   So a loss of power should be a

15  concern to you, right?

16    A.   Yes, I will be talking to the

17  drill floor.

18    Q.   Do you report the incident to

19  anybody?

20    A.   Yes.

21    Q.   Who do you report it to?

22    A.   Upper management, rig management.

23    Q.   And what happens after that, after

24  the report up to rig management?

25    A.   They go through different

Page 132

1   scenarios, finding out what caused the

2   problem and fixing the problems before they

3   return to work.

4         Q.   Did you contact class society?

5         A.   I did not.

6         Q.   Did you contact the flag state?

7         A.   I did not.

8         Q.   Have you seen this organizational

9   chart before?

10        A.   Yes.  We have it posted on the

11  rig.

12        Q.   The BP vessel, when would it not

13  be under way?

14        A.   When you are latched up to the

15  wellhead.  That means you are latched up to

16  the BOP with a wellhead.

17        Q.   Is that their definition of "under

18  way"?

19        A.   I thought you said "not under

20  way."

21        Q.   That's right.  What I am saying

22  is, "latched up," does that mean it is not

23  under way?

24        A.   That's correct.

25        Q.   According to whose definition?

Page 133

1      A.    To the chart here.  I mean, any

2    time we are not latched up, we have to go

3    through customs and all that.  And the

4    captain on board the DEEPWATER HORIZON, he

5    is in charge when we are not latched up,

6    under way.  OIM is in charge when we're

7    under way.

8      Q.    Nautical terminology, "under way,

9    not under way," those are standard

10   terminologies.  What I am saying is,

11   latching up is not an anchoring system, so

12   would the vessel be continuously under way?

13     A.    No.

14     Q.    Who says "no"?  Is it Transocean?

15     A.    I say no, because you are

16   restricted in your maneuverability when you

17   are latched up.

18     Q.    So is the drilling system an

19   anchoring system?

20     A.    No, it is a DP.

21     Q.    But a DP is not an anchoring

22   system?

23     A.    Correct.

24     Q.    So the vessel is continuously

25   under way, is it not?

Page 134

1      A.    No, it is not.  You are holding,

2  maintaining position when you are latched

3  up.  You are not making any way.

4      Q.    But you are under way?

5      A.    No.

6      Q.    You are not making way, but you

7  are under way.  Correct?

8      MR. CLEMENTS:

9          It has been asked and answered

10  several times.

11      CAPTAIN NGUYEN:

12          I understand.

13  EXAMINATION BY CAPTAIN NGUYEN:

14      Q.    When you say that you are the OIM

15  and in charge of the vessel and its

16  personnel, it seems to me that you don't

17  have visibility on some of the activities

18  going on on the vessel in terms of the

19  testing, the results and things like that.

20          So I want to make sure that when I

21  look at the safety net, somebody is in

22  charge of that vessel at all times.  And I

23  want to make sure that people understand

24  that.  Okay?  If the vessel is under way,

25  what does it mean?  Who is in charge?

Page 135

1    From my understanding of the

2    configuration of the vessel, this vessel is

3    a little under way.  It may not be making

4    way, but it is under way.  So according to

5    your organization there, it is always going

6    to be the master of the vessel who is in

7    charge.

8        Let's say you were in charge when

9    you were latched up.  Now, according to your

10   testimony, according to the transfer of

11   command, what you are saying is, once the

12   abandon ship is ordered by the master, there

13   is some kind of transfer of command that

14   takes place between you and the master,

15   correct?

16       A.    Yes.

17       Q.    When does that take place?  When

18   the EDS is activated?  When does that

19   transfer of command take place?  Under what

20   conditions?

21       A.    Yeah, it would be after the

22   disconnect, because once you disconnect from

23   the well, he would be in command at that

24   time.

25       Q.    So from what I understand, you try

USCG/MMS Marine Board of Investigation                          The Joint United States Coast Guard/Minerals Management Service Investigation

Page 136

1    to activate the BOP and you try to activate

2    the EDS and you have no indication of

3    whether the EDS was activated or not.

4            So if it didn't activate, assuming

5    that you were in command before the

6    incident, if the EDS didn't activate, would

7    you still be in command throughout the

8    evolution here instead of the master?

9        A.   Yes.  If it wasn't latched up,

10   yes.  I mean, if it wasn't unlatched during

11   the EDS signals.

12       Q.   So it is not very clear, is it, in

13   terms of whether the master was in charge of

14   the situation or you were in charge of the

15   situation, so there was chaos, right?

16       A.   There wasn't chaos about that.

17       Q.   I don't understand.  Did you have

18   a handoff?  How did the handoff take place

19   between you and the master in terms of this

20   evolution?

21       A.   We worked together, but that is

22   something -- I mean, I do turn it over to

23   him.  Like, if we are going to a new

24   location, after we unlatch, he becomes in

25   charge.  But I am still responsible for the

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 137

1    safety of everybody out there no matter

2    what.

3         Q.   I'm just trying to understand

4    here, especially in a crisis situation, the

5    line of communication and the chain of

6    command.  The line of authority has to be

7    clear here.  I am not very clear on what

8    happened.  Because of the way the

9    organization is set up, I am not very clear

10   on how that transition of authority took

11   place during the casualty.

12              Did it ever hand off between you

13   and the master of the vessel?

14        A.   No, I never made a handoff because

15   it did not unlatch.  You could see the slip

16   joint come up in the --              .

17        Q.   So people were still looking to

18   you for direction?

19        A.   Yes.

20        Q.   People were still looking for you

21   to order the abandon ship?

22        A.   Well, yeah, but like I say, the

23   captain, he plays a major role too in an

24   emergency and all.

25        Q.   I understand.  I think that is --

Page 138

1   what my understanding is, when I look at

2   that organizational chart, everybody had

3   their own responsibility and activities

4   going on.  But I don't have a good feeling

5   that there is somebody that has a handle on

6   the organization of all activities going on

7   on this vessel from routine to crisis area.

8          That is my feeling from listening

9   to the testimony.  Everybody focuses on

10  their responsibilities, and then when you go

11  into a crisis situation, whose

12  responsibility is it to make sure that the

13  vessel is secure and everybody is evacuated.

14  I have heard a lot about everybody at

15  Transocean has the ability to stop an

16  operation.  So I am not sure that is clear

17  enough.

18          A.   Can I say something?

19          Q.   Yes.

20          A.   I would like to say there was a

21  lot of trauma with a lot of personnel,

22  especially over there on the starboard side.

23  That is where I came from.

24          Like I say, there was trouble

25  seeing, breathing, even talking with all

Page 139

1    that gas that I was engulfed with.

2         Q.   I understand that.  And whatever

3    you can do before that in terms of a clear

4    chain of command and things people need to

5    do to make it easier to go into crisis.

6              But what I am seeing here is BP is

7    in charge of some things.  Transocean is in

8    charge of some things.  But a lot of

9    activities, it seems to me, is not very well

10   or tightly coordinated in a way that makes

11   me feel comfortable.

12             Maybe that is the way of the

13   business out there, but it seems to me that,

14   you know, being in the Coast Guard, it

15   doesn't seem to me that would make a smooth

16   transition into crisis.

17        A.   I can see your point to some

18   extent in a crisis, being latched or

19   unlatched.  Because normally, being

20   unlatched means you are going from one

21   location to another, and normally it

22   wouldn't show up during a crisis situation.

23        Q.   One of the things that has come

24   out during this investigation, there may be

25   some changes in regulations.  Would you

Page 140

1    think it appropriate for the government to

2    require that one person is OIM so you can

3    ensure the smooth transition during crisis?

4    Would you recommend something like that?

5         A.   I think we do it on some of our

6    vessels already.

7         Q.   Yes, sir.  But do you think that

8    would be a good idea for the government to

9    require that?  Because here you have two

10   individuals, OIM, like you don't have the

11   marine side of it, and the master has the

12   marine side of it.  And then there are two

13   different people here.

14        A.   Yes.  Any time you can eliminate

15   confusion, it would be better.

16        Q.   So based on that organizational

17   chart, is there a time you feel there was

18   some confusion, that it was not as efficient

19   as it could be?

20        A.   I never had a captain I couldn't

21   work with.

22        MR. KOHNKE:

23             Captain, there was clearly

24   confusion because there was an explosion

25   with methane gas, and clearly there was

Page 141

1    confusion, but I have never heard anyone say

2    there was an inability to communicate to get

3    these people off this vessel.  115 people

4    were safely, effectively evacuated.  And

5    although I understand the Coast Guard may

6    have a good purpose trying to put on paper

7    some organizational chart, some table for

8    handing off authority and accomplishing

9    something, in this instance, it was

10   perfectly accomplished, and I think the

11   record reflects that, as well as it could

12   have been, perhaps far better than it could

13   have been expected to be accomplished.

14          So I ask when you say "confusion,"

15   there may be confusion on paper, but there

16   was not, in fact, confusion on the rig.

17          That is all I want to say.

18       CAPTAIN NGUYEN:

19          I understand.  The line of

20   questions I am asking Mr. Harrell is just

21   like you refer to 115 people were saved.

22   Well, the DAMON BANKSTON was out there.  It

23   was not a requirement for the DAMON BANKSTON

24   to be out there.  So 115 people could have

25   been, you know, not being here with us

Page 142

1   because, you know, it is a possibility.

2          So what I am saying is, if there

3   is a chance to have a standby boat

4   requirement, it's the same thing here, to

5   look at the licensing requirement and all

6   that.  I am just asking Mr. Harrell based on

7   experience.

8          I am not trying to say that -- I

9   am not making any conclusion here.  I am

10  just asking him as an experienced OIM on

11  what his recommendation would be for the

12  board to consider.

13  EXAMINATION BY CAPTAIN NGUYEN:

14      Q.   So in your opinion, are there any

15  changes you would make in ensuring that

16  clear line of authority?

17      A.   Yes.  It would eliminate confusion

18  if the OIM and master were the same person.

19  Other than that, I am satisfied with the

20  organizational chart.

21      Q.   Yes, sir.  I appreciate your

22  answer.

23  EXAMINATION BY MR. DYKES:

24      Q.   You testified that when you first

25  got on the rig, the BOP stack had a tick?

Page 143

1      A.    Yes.   They tracked it down to the

2  BOP test rams, which would be the lower-pipe

3  rams in the open position.

4      Q.    Did they ever fix that problem?

5      A.    They were going to check the

6  solenoid when it come up.  They did have it

7  in the block.

8            This is not a well control ram

9  either.

10     Q.    Right.   It is a test ram?

11     A.    That's correct.

12     Q.    It only holds pressure from the

13  top?

14     A.    Correct.

15     Q.    The question is, though, did it

16  ever get fixed?

17     A.    No, it was still the same.   It

18  still had a tick if it was in the open

19  position.  And it was ran in the blocked

20  position.

21     Q.    And you just ran it in and kept it

22  in the blocked position during normal

23  drilling operations?

24     A.    That's correct.

25     Q.    What was the configuration of the

USCG/MMS Marine Board of Investigation          The Joint United States Coast Guard/Minerals Management Service Investigation

Page 144

1   other BOP controls under normal drilling

2   conditions, in the open, blocked or

3   closed --

4       A.   Open.

5       Q.   All in the open?

6       A.   (Witness nods head affirmatively.)

7       Q.   Same thing with casing?

8       A.   Now, that is just on the rams.

9       Q.   Just on the rams?

10      A.   But now, your failsafe valves are

11  kept closed, your choke and kill valves.

12      Q.   I'm just talking about strictly

13  the BOP stack itself.

14      A.   They are open.

15      Q.   Kept in the open position?

16      A.   Yes.

17      Q.   When you convert over from

18  drilling operations and you begin running

19  your casing and cementing operations, the

20  BOP controls still stay in the same

21  position, all in the open position?

22      A.   Yes, they do.  You do back off

23  your annulars.  And you have to switch it

24  from EDS2 to EDS1 on account of the casing

25  being across the BOP.

Page 145

1    Q.    How many barrels of mud control

2  stations are there on the DEEPWATER HORIZON?

3    A.    Two, one at the bridge, CCR, and

4  one on the drill floor.  And you do have

5  another panel in the CCU, but it is not an

6  actual BOP panel.

7    Q.    But can you control the BOP stack

8  from the CCR?

9    A.    You can do certain things, but you

10 can't do the opening and closing of the BOPs

11 and all, the rams and all.

12    Q.    You cannot open or control the

13 rams from the CCR?

14    A.    You can, but like I say, you don't

15 have a panel.  You got different readings --

16 they can use that when -- they do use that

17 when they have got the BOPs up at the

18 surface.

19    Q.    So they can use that control to

20 operate and function the rams, open, neutral

21 or closed?

22    A.    Yes.

23    Q.    Does that control in the CCR, does

24 that control act as a master to the other

25 two?

Page 146

1       A.    You said "CCR."  Now, you're

2   talking about the bridge.

3       Q.    I'm sorry.  Where the subsea

4   engineer is?

5       A.    The CCU?

6       Q.    CCU.  I'm sorry.  Does that

7   control unit in the CCU act as a master to

8   the other two control panels?

9       A.    It has even got data you can get

10  off this one.  You cannot get data off the

11  other two.

12      Q.    I guess my question is:  Can I

13  disable the one at the floor or take them

14  out of service, the one at the drill floor

15  and the one at the bridge by the operation

16  of the one in the CCU?

17      A.    No, not to my knowledge.

18      Q.    So for whatever reason, if the one

19  at the CCU got put into the blocked or

20  neutral position, it does not render the

21  other two control panels out of service or

22  inoperable when you have no BOP function at

23  the bridge or at the floor?

24      A.    No matter what, if you had that in

25  neutral, if you went to a different panel,

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 147

1    you could change it.

2        Q.   It is still functioning?

3        A.   Yes.  I'm sorry, I misunderstood

4    you.

5        MR. DYKES:

6            I have no other questions.

7        CAPTAIN NGUYEN:

8            Mr. Harrell, thank you very much

9    for coming here and testifying to the board.

10           Are there any questions that we

11   didn't ask you or that you would like to

12   provide to the board that has relevance to

13   this investigation?

14       THE WITNESS:

15           There is one thing I was concerned

16   about during all this.  When I got on this

17   boat, there was a lot of people who went

18   through a lot of trauma on that boat, and

19   they kept them out there for 30 hours

20   watching that rig burn and unable to talk to

21   their families.

22           Them guys went through a lot, and

---

USCG/MMS Marine Board of Investigation                    The Joint United States Coast Guard/Minerals Management Service Investigation

Page 149

1            Yes, sir.

2        CAPTAIN NGUYEN:

Page 148

1    but do it in a more timely manner.

2            The Coast Guard done an extremely

3    good job getting the personnel off of there.

4    But in the future, we could do a better job

5    with getting them on the beach and getting

6    taken care of.  These guys had a lot of

7    trauma, they had a lot of exposure to the

8    methane, and also the water and fuel, you

9    know.  It wasn't the best conditions, you

10   know, to stay out there for 30 hours.

11       CAPTAIN NGUYEN:

12           Yes, sir.  I understand.

13       THE WITNESS:

14           I do appreciate everyone's help

15   getting everybody off of there.

16       CAPTAIN NGUYEN:

17           I understand that the DAMON

18   BANKSTON was the only vessel out there

19   available for search and rescue, and they

20   were looking for other members of the

21   DEEPWATER HORIZON.

22           If we have additional questions

23   for you, will you make yourself available to

24   the board in the future?

25       THE WITNESS:

Page 149

1              Yes, sir.

2         CAPTAIN NGUYEN:

3              Thank you.  We will take a break

4    until 11:00.

5         (Recess.)

6         CAPTAIN NGUYEN:

7              The board will now call on Captain

8    Kuchta.

9         CAPTAIN CURT ROBERT KUCHTA,

10   having been first duly sworn as a witness,

11   was examined and testified as follows:

12    (Edward F. Kohnke IV, Esq., appearing with

13   Captain Kuchta.)

14        MR. KOHNKE:

15             Captain, may I make one brief

16   statement, please?

17             Captain Kuchta has a slight

18   stutter, and he informs me that he is more

19   nervous today than when he sat for his

20   captain's license.  So he would like for the

21   board to understand that he will do his

22   best.

23             Periodically, he has asked me just

24   to slow him down and that might help.  So

25   with that understanding, can we proceed?