# EXHIBIT E
# BRIAN MOREL

01-37488
DG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Brian Morel

**VOLUME 1**

JULY 21, 2011

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
For U.S. & International Services
800 - 745 - 1101

## Page 17

```
 1       A. Same answer.
 2       Q. Have you been interviewed by any federal
 3   or state agencies?
 4       A. Same answer.
 5       Q. Such as the FBI?
 6       A. Same answer.
 7       Q. Okay. EPA?
 8       A. Same answer.
 9       Q. Okay. Sir, have you been subpoenaed to
10   testify before a grand jury?
11       A. Same answer.
12       Q. Have you testified before a grand jury?
13       A. Same answer.
14       Q. Sir, have you been given -- have you been
15   offered immunity from prosecution for testimony
16   in --
17       A. Same answer.
18       Q. You have to let me finish the question.
19           Have you been offered immunity
20   against prosecution for testimony that you've
21   given in connection with the DEEPWATER HORIZON
22   Macondo Well?
23       A. Same answer.
24       Q. Okay. Do you have -- have you been given
25   and -- and accepted immunity for any testimony
```

## Page 18

```
 1   that you have given or may give as a result of the
 2   DEEPWATER HORIZON Macondo Well incident?
 3       A. Same answer.
 4       Q. Sir, as a result of the Macondo Well
 5   incident, have you been reprimanded by BP?
 6       A. Same answer.
 7       Q. Okay. Sir, did you receive a bonus
 8   payment for the year 2010 from BP?
 9       A. Same answer.
10       Q. What was that bonus payment --
11       A. Same answer.
12       Q. -- predicated on?
13           You have to let me finish, then
14   answer.
15           Sir, your position during the years
16   2009-2010 at BP had been on a well design team; is
17   that correct, sir?
18       A. Same answer.
19       Q. And you and your team were responsible for
20   designing the Macondo Well, were you not?
21       A. Same answer.
22       Q. Okay. And, sir, you, in fact, were the
23   principal person in designing the casing of that
24   well, were you not?
25           MR. MORRISS: Object to form.
```

## Page 19

```
 1       A. Same answer.
 2       Q. (BY MR. BICKFORD) And you and your team
 3   approved of the design of the cementing of that
 4   well, did you not?
 5       A. Same answer.
 6       Q. And you and your team monitored the well
 7   as it was being drilled, did you not?
 8           MR. MORRISS: Form.
 9           MR. BICKFORD: What's your form
10   objection?
11           MR. MORRISS: Use of the word
12   "monitor," what that means. It's vague. I don't
13   understand what you mean by "they."
14       Q. (BY MR. BICKFORD) Do you know what the
15   term "monitor data from a well" means?
16       A. Same answer.
17       Q. Okay. Sir, you and your well team
18   monitored the well as it was being drilled, did
19   you not?
20           BY MR. MORRISS: Object to form.
21       A. Same answer.
22       Q. (BY MR. BICKFORD) Sir, you and your team
23   oversaw and approved procedures such as cement
24   bond logs, negative tests, positive tests and
25   other well integrity tests, did you not?
```

## Page 20

```
 1           MR. MORRISS: Form.
 2       A. Same answer.
 3       Q. (BY MR. BICKFORD) Sir, it was part of
 4   your responsibility to make sure that in designing
 5   this well, that the rig itself was kept safe; is
 6   that correct?
 7           MR. MORRISS: Form.
 8       A. Same answer.
 9       Q. (BY MR. BICKFORD) It was part of your
10   responsibility in designing this well that its
11   personnel was kept safe; is that true?
12           MR. MORRISS: Form.
13       A. Same answer.
14       Q. (BY MR. BICKFORD) And, sir, it was part
15   of your responsibility to make sure in designing
16   this well that the environment was kept safe; is
17   that correct?
18           MR. MORRISS: Form.
19       A. Same answer.
20       Q. (BY MR. BICKFORD) And, sir, it was part
21   of you and your team's responsibility to prepare
22   reports and permits to the MMS, both for approval
23   and to keep the MMS apprised -- apprised of the
24   well operations; is that correct?
25           MR. MORRISS: Form.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

Page 21

```
         1      A. Same answer.
         2      Q. (BY MR. BICKFORD)  Sir, you knew for some
         3   time that this well was very problematic, didn't
         4   you, sir?
3:48     5          MR. MORRISS: Form.
         6      A. Same answer.
         7          MR. BICKFORD: What's your form
         8   objection, the word "problematic"?
         9          MR. MORRISS: Problematic.
3:48    10      Q. (BY MR. BICKFORD)  Sir, this well was
        11   problematic, wasn't it?
        12          MR. MORRISS: Form.
        13      A. Same answer.
        14      Q. (BY MR. BICKFORD)  You had a lot of
3:48    15   problems with it, didn't you?
        16          MR. MORRISS: Form.
        17      A. Same answer.
        18      Q. (BY MR. BICKFORD)  Sir -- in fact, sir,
        19   you referred to this well as a nightmare well, did
3:48    20   you not?
        21      A. Same answer.
        22      Q. Okay.  Sir, I'd ask you to turn to Tab
        23   No. 19 in the white book.  And, sir, this
        24   document, Bates -- with an ending Bates No. 7582
3:49    25   is, in fact, an E-mail chain between you and your
```

Page 22

```
         1   wife, is it not?
         2          (Marked Exhibit No. 4507.)
         3      A. Same answer.
         4      Q. (BY MR. BICKFORD)  And in this E-mail
3:50     5   chain, you tell your wife that -- "Sorry you-all
         6   have" -- "having" -- "Sorry, you-all are
         7   having" -- I'm sorry.
         8          Your wife tells you, "Sorry you-all
         9   are having well issues again.  This has been a
3:50    10   nightmare well.  You are smart to," quote, "'let
        11   it go,'" close quote, "since you won't be involved
        12   in all the conversation over the weekend.  They
        13   can live with the consequences if they are poor."
        14          Is that a discussion between you and
3:50    15   your wife, sir?
        16      A. Same answer.
        17      Q. In fact, you did believe this was a
        18   nightmare well, didn't you, sir?
        19          MR. MORRISS: Form.
3:50    20      A. Same answer.
        21      Q. (BY MR. BICKFORD)  And, in fact, you also
        22   referred to this well as a "well from hell," did
        23   you not, sir?
        24      A. Same answer.
3:50    25      Q. And in E-mails to and from your wife, you
```

Page 23

```
 1   referred to this privately with her as a "well
 2   from hell," did you not?
 3      A. Same answer.
 4      Q. Did other people at -- on the drill team
 5   at BP refer to this as a "well from hell," too?
 6      A. Same answer.
 7      Q. Did people on the rig, to your knowledge,
 8   refer to this as a "well from hell"?
 9      A. Same answer.
10      Q. And, in fact, this history -- this -- the
11   Macondo Well had a history of well control
12   problems, did it not?
13          MR. MORRISS: Form.
14      A. Same answer.
15      Q. (BY MR. BICKFORD) And, in fact, in March
16   of 2010, the well experienced a very bad kick, did
17   it not?
18          MR. MORRISS: Form.
19      A. Same answer.
20      Q. (BY MR. BICKFORD) I direct your attention
21   to the Bates stamp which ends in 504.  It is an
22   E-mail purportedly dated March 9th from you to
23   Jade Morel; and it states: "We took a bad kick
24   last night.  Been in the ops room all day trying
25   to figure out what to do."
```

Page 24

```
 1          Did I read that correctly, sir?
 2      A. Same answer.
 3      Q. And that's what you informed your wife on
 4   that day; isn't that correct, sir?
 5      A. Same answer.
 6      Q. So, you did take a very bad kick, didn't
 7   you?
 8          MR. MORRISS: Form.
 9      A. Same answer.
10      Q. (BY MR. BICKFORD)  Sir, in fact, the --
11   this was a situation where the kick actually
12   caused the drill pipe to become stuck, and you
13   couldn't circulate because the formation had
14   collapsed around it; is that correct?
15          MR. MORRISS: Form.
16      A. Same answer.
17      Q. (BY MR. BICKFORD)  And, in fact, sir, your
18   team was having a number of organizational
19   problems at the time, was it not?
20          MR. MORRISS: Form.
21      A. Same answer.
22      Q. (BY MR. BICKFORD)  Sir, I direct your
23   attention to the Bates stamp number ending in 541,
24   which is Page 4 of this exhibit.  This is a --
25   purports to be another E-mail from you, sir, to
```

**PURSUANT TO CONFIDENTIALITY ORDER**

Page 25

1  your wife dated Thursday March 11, 2010, quote:
2  "Our team is out of control. Management is being
3  superconservative beyond belief. Now, the lounge
4  lizard is going to help us out. I can't take it;
5  so, I am staying away from the issues today."
6      Did I read that correctly, sir?
7  A. Same answer.
8  Q. Is that what you wrote your wife on
9  March 11th, 2010?
10  A. Same answer.
11  Q. In fact, the -- the lounge lizard, sir,
12  was Mr. Guide?
13      MR. MORRISS: Form.
14  A. Same answer.
15  Q. (BY MR. BICKFORD) And did you get along
16  with Mr. Guide, sir?
17  A. Same answer.
18  Q. And you were not -- you were not
19  personally pleased that Mr. Guide was not
20  participating in the well design team, were you,
21  sir?
22  A. Same answer.
23  Q. And the damages from this kick in March of
24  2010 cost millions of dollars in equipment and
25  delay, did it not?

Page 26

1      MR. MORRISS: Form.
2  A. Same answer.
3      MR. BICKFORD: What's your form
4  objection to that?
5      MR. MORRISS: It's vague.
6      THE COURT REPORTER: I'm sorry. I
7  can't hear you.
8      MR. MORRISS: It's vague. It's
9  imprecise. Form is improper. The statement is an
10  assertion on your part unsupported by the facts.
11  Q. (BY MR. BICKFORD) Have you kept -- you
12  kept having problems with the ECD on this well,
13  didn't you?
14  A. Same answer.
15  Q. I direct your attention to what is Bates
16  stamped 5 -- 7547, which is Page 9. This is an
17  E-mail purportedly dated March 22, 2010, from you
18  to your wife, Jade Morel, and you state, quote:
19  We got another curve ball today. 14.71 ECD
20  supposed to be 13.8 max (overburden is a 14.5).
21  The Tiger team is scratching their heads. Just
22  keeps throwing us curve balls."
23      Is that what -- did I read that
24  correctly, sir?
25  A. Same answer.

Page 27

1  Q. And is this what you wrote to your wife on
2  March 22, 2010, sir?
3  A. Same answer.
4  Q. And the Tiger team, sir, is an elite team
5  of well control experts at BP; is that correct?
6  A. Same answer.
7  Q. And, in fact, the well continued to keep
8  giving you problems after this date, did it not?
9  A. Same answer.
10  Q. I direct your attention to an E-mail which
11  is 7424.
12      MR. MEHTA: Do you have a page number
13  for that, Brian?
14      MR. BICKFORD: I'll get it to you in
15  just a second. Here it is. Page 10.
16      MR. MEHTA: 7524?
17      MR. BICKFORD: Yes, 7524, Page 10.
18  Q. (BY MR. BICKFORD) Sir, this is an E-mail
19  chain dated one day later on March 23rd, 2010; and
20  you, in writing to your wife, Jade Morel, state:
21  "Never stops with this well. Just keeps throwing
22  us curve balls and making me work. When I haven't
23  been in meetings, I've been struggling to get
24  everything done we need to get done."
25      Is that what you wrote your wife on

Page 28

1  March 23rd, 2010?
2  A. Same answer.
3  Q. And the well was continuing to give you
4  problems, was it not, sir?
5  A. Same answer.
6  Q. And, sir, the demands on your time of this
7  well kept growing and growing, didn't it?
8  A. Same answer.
9  Q. Sir, I direct your attention to Bates
10  7467, Page 11.
11      Sir, this is -- purports to be an
12  E-mail chain dated March 30th, 2010, some six days
13  after -- seven days after the E-mail that we just
14  looked at. Quote: "My day is already busy.
15  People wanting to know more and more as we get
16  close to the target."
17      Is that what you wrote your wife,
18  sir?
19  A. Same answer.
20  Q. Sir, going to Page 12, on April 5th, you
21  had yet another well control problem, did you not?
22  A. Same answer.
23  Q. And, in fact, you wrote your wife on that
24  day that, quote: "In another well control
25  situation with total loss returns. So, today

PURSUANT TO CONFIDENTIALITY ORDER

## Page 29

```
 1   should be a busy one."
 2            Is that what you wrote your wife,
 3   sir?
 4        A.  Same answer.
 5        Q.  "Total loss returns" is not a good thing
 6   to happen when drilling a well, is it, sir?
 7        A.  Same answer.
 8        Q.  It meant more costs to this well, sir, did
 9   it not?
10            MR. MORRISS:  Form.
11        A.  Same answer.
12        Q.  (BY MR. BICKFORD)  But this well was
13   supposed to be a big payday for you and BP, wasn't
14   it?
15            MR. MORRISS:  Form.
16        A.  Same answer.
17        Q.  (BY MR. BICKFORD)  But isn't that what you
18   meant, sir, when you E-mailed your wife?  And I
19   direct your attention to the April 5th, Page 13,
20   quote:  "Not too bad.  Just spend the morning
21   trying to figure out what to do.  I think we have
22   a good plan.  Didn't take much of convincing --
23   didn't take much convincing of anyone, and I just
24   sent out the procedure to the rig.  So, hopefully
25   we can start working on getting it done and
```

## Page 30

```
 1   getting this well over with.  People are happy
 2   about the sand we've seen so far, but that's on
 3   the down low -- down low."
 4            Did I read that correctly, sir?
 5            MR. MORRISS:  Form.
 6        A.  Same answer.
 7        Q.  (BY MR. BICKFORD)  And, sir, people were
 8   happy about the sand they had seen so far because
 9   BP thought this was a big well, didn't they?
10            MR. MORRISS:  Form.
11        A.  Same answer.
12        Q.  (BY MR. BICKFORD)  And, sir, because it
13   was a big well with a high payout, you-all were
14   willing to take some risks, weren't you?
15            MR. MORRISS:  Form.
16        A.  Same answer.
17        Q.  (BY MR. BICKFORD)  But, sir, you were
18   still worried about well integrity, weren't you?
19            MR. MORRISS:  Form.
20        A.  Same answer.
21        Q.  (BY MR. BICKFORD)  On May -- on
22   April 13th, you considered not running casing or
23   running -- or running a liner because of the well
24   integrity, did you not?
25        A.  Same answer.
```

## Page 31

```
 1        Q.  Let me direct your attention to 7550 at
 2   the bottom of Page 16, E-mail purported to be
 3   between you and your wife dated April 13th of
 4   2010:  "We are considering not running casing or
 5   running a liner because of integrity issues.  So,
 6   I have a 4:00 p.m. meeting which might" -- it
 7   looks like -- "got until 5:00 p.m.  Hopefully, we
 8   can knock it out quicker."
 9            Did I read that correctly?
10        A.  Same answer.
11        Q.  Why, sir, were you considering not running
12   a case -- running casing or running a liner
13   because of integrity issues?
14        A.  Same answer.
15        Q.  What were the integrity issues that you
16   were concerned about in April 13th, 2010, some
17   seven days before this well blew up?
18        A.  Same answer.
19        Q.  Sir, then, right as this well was supposed
20   to be finished, there was a change-out of
21   personnel of BP on the rig, was there not?
22        A.  Same answer.
23        Q.  And Mr. Koluza was sent to the rig, was he
24   not?
25        A.  Same answer.
```

## Page 32

```
 1        Q.  And Mr. Koluza wasn't really trusted by
 2   the people in your section, was he?
 3            MR. MORRISS:  Form.
 4        A.  Same answer.
 5        Q.  (BY MR. BICKFORD)  You knew that
 6   Mr. Koluza was a subpar well site leader, didn't
 7   you?
 8            MR. MORRISS:  Form.
 9        A.  Same answer.
10        Q.  (BY MR. BICKFORD)  Did your drilling team
11   know that he was one of the least rated well site
12   leaders by BP in the Gulf of Mexico?
13            MR. MORRISS:  Form.
14        A.  Same answer.
15        Q.  (BY MR. BICKFORD)  Mr. Koluza didn't know
16   anything about this well, did he?
17            MR. MORRISS:  Form.
18        A.  Same answer.
19        Q.  (BY MR. BICKFORD)  And you were so
20   concerned about that that you went out to the rig
21   to oversee operations yourself, personally, did
22   you not?
23            MR. MORRISS:  Form.
24        A.  Same answer.
25        Q.  (BY MR. BICKFORD)  Okay.  I direct your
```

PURSUANT TO CONFIDENTIALITY ORDER

## Page 33

```
 1  attention to Page 17 of the exhibit, sir. Another
 2  E-mail purportedly from you to your wife Jade; is
 3  that correct, sir?
 4      A. Same answer.
 5      Q. And, sir, in writing this E-mail, you
 6  wrote: "Yah, really busy, got the long-string" --
 7  looks like -- "to design. So, we will be running
 8  that but will have to work the liner for a
 9  contingency. I have to go offshore. Our normal
10  WSL" -- that's well site leader, correct, sir?
11      A. Same answer.
12      Q. -- "is heading in, and the new guy is good
13  but not in tune with the well. So, I need to go
14  out there and make sure they follow every step as
15  any deviations could lead to us not getting a good
16  cement job and having to do a lot of remedial
17  operations. Am all right going. Don't plan to
18  stay long. Running casing, then heading home."
19          Did I read that correctly, sir?
20      A. Same answer.
21      Q. Sir, you-all knew that Mr. Koluza didn't
22  have any experience with this well, correct?
23          MR. MORRISS: Object to form.
24      A. Same answer.
25      Q. (BY MR. BICKFORD) And you knew, sir,
```

## Page 34

```
 1  that -- did you know, sir, that he also didn't
 2  have any long-term experience in deepwater
 3  operations?
 4          MR. MORRISS: Object to form.
 5      A. Same answer.
 6      Q. (BY MR. BICKFORD) And isn't it true, sir,
 7  that nobody on the -- your drill team prepared a
 8  packet of information to give Mr. Koluza to orient
 9  him as to the issues on this particular well prior
10  to him going to the DEEPWATER HORIZON; is that
11  correct, sir?
12          MR. MORRISS: Form.
13      A. Same answer.
14      Q. (BY MR. BICKFORD) And that's something
15  that probably should have been done, in hindsight,
16  wasn't it, sir?
17          MR. MORRISS: Form.
18      A. Same answer.
19      Q. (BY MR. BICKFORD) Excuse me just a
20  second, Mr. Morel.
21          Sir, turn to Tab 24, please, in the
22  white book. Sir, this purports to be a nomination
23  for promotion. Have you seen this document
24  before?
25      A. Same answer.
```

## Page 35

```
 1      Q. And, sir, one of the reasons that you had
 2  been nominated for promotion within BP --
 3          MR. BICKFORD: And I'm going to mark
 4  this as Exhibit No. 4508.
 5          (Marked Exhibit No. 4508.)
 6      Q. (BY MR. BICKFORD) One of the reasons that
 7  you had been nominated for promotion with BP was
 8  for saving BP money, was it not?
 9      A. Same answer.
10      Q. In fact, it was listed as the "wise
11  decisions" on your nomination for promotion, sir;
12  isn't that correct?
13      A. Same answer.
14      Q. And if I -- in fact, they cite you as
15  saving $500,000 in one instance; is that correct?
16      A. Same answer.
17      Q. And, in fact, they cite you as saving
18  $2 million in another instance; is that correct?
19      A. Same answer.
20      Q. Okay. So, when it got to the Macondo
21  Well, you were eager to save money on that well,
22  too, weren't you, sir?
23          MR. MORRISS: Object to form.
24      A. Same answer.
25      Q. (BY MR. BICKFORD) In fact, in all of your
```

## Page 36

```
 1  employment evaluations at BP, the fact that you
 2  had been saving the company money were prominently
 3  mentioned, weren't they?
 4          MR. MORRISS: Object to form.
 5      A. Same answer.
 6      Q. (BY MR. BICKFORD) And you've been praised
 7  for that; isn't that correct, sir?
 8          MR. MORRISS: Object to form.
 9      A. Same answer.
10      Q. (BY MR. BICKFORD) Did you get this
11  promotion, sir?
12      A. Same answer.
13      Q. Sir, wasn't it a fact that, as of the
14  spring of 2010, the Macondo Well was far behind
15  schedule?
16      A. Same answer.
17      Q. Wasn't it a fact, sir, it was far for
18  cost?
19          MR. MORRISS: Form.
20      A. Same answer.
21      Q. (BY MR. BICKFORD) And you knew your drill
22  team, sir, was anxious to plug and abandon this
23  well and move to the next project; is that
24  correct, sir?
25          MR. MORRISS: Form.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

Case 2:10-md-02179-CJB-DPC   Document 7644-8   Filed 10/12/12   Page 8 of 17

## Page 37

```
 1        A. Same answer.
 2        Q. (BY MR. BICKFORD) And that was the Nile
 3   project; is that correct, sir?
 4        A. Same answer.
 5        Q. And so, sir, when it came to April of
 6   2010, your team was concerned about saving as much
 7   time and money as possible on this well; is that
 8   correct?
 9            MR. MORRISS: Form.
10        A. Same answer.
11        Q. (BY MR. BICKFORD) And, sir, by not
12   placing 21 centralizers in the well, despite the
13   strong recommendations of Halliburton, time and
14   money were saved, were they not?
15            MR. MORRISS: Form.
16        A. Same answer.
17        Q. (BY MR. BICKFORD) And by not waiting for
18   the results of the foam stability test on the
19   cement slurry that was actually used on the well
20   on or about April 19th, 2010, time and money was
21   saved, were they not?
22            MR. MORRISS: Form.
23        A. Same answer.
24        Q. (BY MR. BICKFORD) And by not running a
25   cement bond log, time and money were saved on the
```

## Page 38

```
 1   well; is that correct?
 2            MR. MORRISS: Form.
 3        A. Same answer.
 4        Q. (BY MR. BICKFORD) And by using a spacer
 5   made of a combination of loss circulation
 6   materials to avoid transporting that material off
 7   the rig and disposing it as hazardous waste,
 8   you-all saved BP time and money, did you not?
 9            MR. MORRISS: Form.
10        A. Same answer.
11        Q. (BY MR. BICKFORD) By displacing the mud
12   in the riser before setting the surface cement,
13   you saved time and money, didn't you?
14            MR. MORRISS: Form.
15        A. Same answer.
16        Q. (BY MR. BICKFORD) By setting the cement
17   plug at 3,000 feet below the mud line and
18   seawater, you saved time and money, didn't you,
19   sir?
20            MR. MORRISS: Form.
21        A. Same answer.
22        Q. (BY MR. BICKFORD) By not performing well
23   integrity diagnostic in light of troubling and
24   unexplained negative pressure tests, you saved
25   time and money, didn't you?
```

## Page 39

```
 1            MR. MORRISS: Form.
 2        A. Same answer.
 3        Q. (BY MR. BICKFORD) And you would agree
 4   with me, sir, that the negative pressure test
 5   results that were made on the DEEPWATER HORIZON on
 6   April 20th, 2010, were, in fact, anomalous?
 7        A. Same answer.
 8        Q. And you'd agree with me, sir, that those
 9   anomalous results should have been fully reported
10   to the shore; is that correct?
11        A. Same answer.
12        Q. And you would agree with me, sir, that
13   those anomalous results were completely
14   misinterpreted, were they not?
15            MR. MORRISS: Form.
16        A. Same answer.
17        Q. (BY MR. BICKFORD) And by bypassing the
18   pits and pumping mud directly to the DAMON
19   BANKSTON on April 20, 2010, BP saved time and
20   money, did it not?
21            MR. MORRISS: Object to form.
22            MR. HYMEL: Form.
23        A. Same answer.
24        Q. (BY MR. BICKFORD) By not running a
25   top-to-bottom circulation, BP saved time and
```

## Page 40

```
 1   money, did it not?
 2            MR. MORRISS: Form.
 3        A. Same answer.
 4        Q. (BY MR. BICKFORD) By using a long-string
 5   versus a liner and tie-back, BP saved time and
 6   money on the Macondo Well, did it not?
 7            MR. MORRISS: Form.
 8        A. Same answer.
 9        Q. (BY MR. BICKFORD) In fact, some $7- to
10   $10 million were saved, is that correct?
11            MR. MORRISS: Form.
12        A. Same answer.
13        Q. (BY MR. BICKFORD) Sir -- if a liner and
14   tie-back were used, sir, there would have been a
15   lower ECD, correct?
16            MR. MORRISS: Form.
17        A. Same answer.
18        Q. (BY MR. BICKFORD) And, sir, having a
19   lower ECD would have likely provided you with a
20   better cement job; isn't that correct, sir?
21            MR. MORRISS: Form.
22        A. Same answer.
23        Q. (BY MR. BICKFORD) And, sir, in addition,
24   had you used a liner and tie-back, that would have
25   acted as an additional annual -- annular barrier,
```

10 (Pages 37 to 40)

**PURSUANT TO CONFIDENTIALITY ORDER**

45

1  the Tiger team warned your drill design team
2  against fast drilling and overrunning your ability
3  to interpret realtime data on this well?
4      A. Same answer.
5      Q. Sir, in -- at BP in your drilling
6  programs, isn't it true that all MOCs, management
7  changes, require risk assessments?
8          MR. MORRISS: Form.
9      A. Same answer.
10     Q. (BY MR. BICKFORD) Was there a Management
11 of Change for the failure to achieve planned
12 depths on casing seats at 36 inches, 28 inches,
13 22 inches, 18 inches, 16 inches, and 13 and
14 five-eighths inches?
15         MR. MORRISS: Form.
16     A. Same answer.
17     Q. (BY MR. BICKFORD) Were manage- --
18 Management of Changes were not filed for the scope
19 of those changes, were they?
20     A. Same answer.
21     Q. Were Management of Change orders filed for
22 failure to achieve margins exceeding leak-off
23 requirements while drilling?
24         MR. MORRISS: Form.
25     A. Same answer.

46

1      Q. (BY MR. BICKFORD) Sir, is it true that
2  your BP drill team identified an uncontrolled
3  blowout as a moderate risk -- moderate risk?
4      A. Same answer.
5      Q. Sir, is it true that your BP drill team
6  identified the cost impact as only the impact of
7  an uncontrolled blowout and chose to eliminate the
8  13 and five-eighths inch intermediate protective
9  string on cost alone, ignoring process safety in
10 HSSE?
11         MR. MORRISS: Form.
12     A. Same answer.
13     Q. (BY MR. BICKFORD) Sir, the Macondo Well
14 employed a long-string design, did it not?
15     A. Same answer.
16     Q. And the well design had been changed
17 several times prior to the final design, had it
18 not?
19     A. Same answer.
20     Q. And the fact that your team eventually
21 decided to employ a long-string well design should
22 have put the well site leaders on added vigilance
23 for cement failures; is that correct?
24         MR. MORRISS: Form.
25     A. Same answer.

47

1      Q. (BY MR. BICKFORD) And you should have
2  briefed the people on -- the drillers on the
3  TransOcean rig as to that concern, shouldn't you
4  have?
5          MR. MORRISS: Form.
6      A. Same answer.
7      Q. (BY MR. BICKFORD) And the drillers on
8  the -- the TransOcean drillers were not briefed on
9  that concern, were -- were they?
10         MR. MORRISS: Form.
11     A. Same answer.
12     Q. (BY MR. BICKFORD) It should have been
13 your concern that the cement job was not properly
14 performed, given the well design that you chose,
15 isn't that correct?
16         MR. MORRISS: Form.
17     A. Same answer.
18     Q. (BY MR. BICKFORD) Sir, I ask you to look
19 at Exhibit No. -- Tab No. 47, which is a previous
20 exhibit, which I'm going to re-mark today and
21 I'll -- as Exhibit 4510.
22         (Marked Exhibit No. 4510.)
23     Q. (BY MR. BICKFORD) Sir, do you recognize
24 this document?
25     A. Same answer.

48

1      Q. Sir, this is a -- purports to be a
2  production casing report prepared for you on
3  April 15th, 2010, by Halliburton?
4      A. Same answer.
5      Q. And, sir, you reviewed this document,
6  didn't you?
7      A. Same answer.
8      Q. And sir, you knew that as of -- for the
9  well design -- for the casing design that your
10 team had intended to use on the DEEPWATER HORIZON,
11 that Halliburton had made -- was asked to make
12 specific cement recommendations; is that correct?
13     A. Same answer.
14     Q. And, in fact, these are the cement --
15 cementing recommendations or cementing program
16 that was submitted by Jesse Gagliano to you on
17 behalf of Halliburton, correct?
18     A. Same answer.
19     Q. And, sir, this particular program made the
20 assumption that there would be a number of
21 centralizers used in the well space, did it not?
22         MR. MORRISS: Form.
23     A. Same answer.
24     Q. (BY MR. BICKFORD) And, in fact, Jesse
25 Gagliano proposed that 21 centralizers be used; is

**PURSUANT TO CONFIDENTIALITY ORDER**

```
                                                    49
 1   that correct?
 2         MR. MORRISS: Form.
 3         A. Same answer.
 4         Q. (BY MR. BICKFORD) And, in fact, in
 5   response to that particular recommendation, your
 6   well team went out and found the added
 7   centralizers that it needed to meet the
 8   Halliburton recommendations, did it not?
 9         MR. MORRISS: Form.
10         A. Same answer.
11         Q. (BY MR. BICKFORD) And, sir, those
12   centralizers were actually delivered to the rig,
13   were they not?
14         A. Same answer.
15         Q. (BY MR. BICKFORD) And the purpose of
16   having the centralizers in the well was to ensure
17   a good cement job; is that correct?
18         MR. MORRISS: Form.
19         A. Same answer.
20         Q. (BY MR. BICKFORD) And the purpose of
21   having those centralizers in the well, sir, was to
22   prevent channeling; isn't that correct, sir?
23         A. Same answer.
24         Q. And had channeling occurred, it would have
25   compromised the cement job; is that correct, sir?

                                                    50
 1         MR. MORRISS: Form.
 2         A. Same answer.
 3         Q. (BY MR. BICKFORD) And, sir, isn't it true
 4   that had 21 centralizers been utilized, that it
 5   was Halliburton's opinion that there would have
 6   been minor gas flow problems on this particular
 7   well, sir?
 8         MR. MORRISS: Form.
 9         A. Same answer.
10         Q. (BY MR. BICKFORD) And, sir, you actually
11   viewed the centralizers on the rig, did you not?
12         A. Same answer.
13         Q. Okay. And, sir, it was you that reported
14   back to shore, sir, that the centralizers that had
15   been sent out to the rig were, in fact, different
16   than the centralizers that shore thought was on
17   the rig; is that correct?
18         A. Same answer.
19         Q. And, in fact, sir, they weren't, were
20   they?
21         A. Same answer.
22         Q. You made a mistake, didn't you, sir?
23         MR. MORRISS: Form.
24         A. Same answer.
25         Q. (BY MR. BICKFORD) As a result of that

                                                    51
 1   mistake, sir, isn't it a fact that Mr. Guide
 2   directed that that centralizer -- that 21
 3   centralizers not be used on the well; is that
 4   correct?
 5         MR. MORRISS: Form.
 6         A. Same answer.
 7         Q. (BY MR. BICKFORD) Okay. And, sir,
 8   eventually, only seven centralizers were used; is
 9   that correct?
10         MR. MORRISS: Form.
11         A. Same answer.
12         Q. (BY MR. BICKFORD) And, sir, you agreed
13   with that decision, did you not?
14         A. Same answer.
15         Q. And, sir, can you tell me what type of
16   centralizers were actually shipped to the
17   DEEPWATER HORIZON?
18         A. Same answer.
19         Q. Sir, you were aware, on April 18th -- and
20   turn to Tab 57 -- excuse me. I'm sorry. It's 58.
21   This has been previously marked as an exhibit.
22         MR. BICKFORD: For today, I'm going
23   to mark this as 4511.
24         (Marked Exhibit No. 4511.)
25         Q. (BY MR. BICKFORD) Sir, have you seen this

                                                    52
 1   document before?
 2         A. Same answer.
 3         Q. It purports to be a casing production
 4   report prepared for you, submitted by Jesse
 5   Gagliano of Halliburton --
 6         A. Same --
 7         Q. -- dated April 17th, 2010. Have you seen
 8   this document before?
 9         A. Same answer.
10         Q. Did you-all ask Mr. Gagliano to run an --
11   alternate reports on the cement job with only six
12   or seven centralizers being used?
13         A. Same answer.
14         Q. Who asked him to do that?
15         A. Same answer.
16         Q. Okay. Did you also receive, on the 18th
17   of April, a casing design report stating that if
18   only seven centralizers were used, that there
19   would be a severe gas flow problem?
20         A. Same answer.
21         Q. Okay. But you knew that, didn't you, sir?
22         MR. MORRISS: Form.
23         A. Same answer.
24         Q. (BY MR. BICKFORD) Did you make any
25   attempts to stop the job on the rig because of the
```

**PURSUANT TO CONFIDENTIALITY ORDER**

**Page 53**

1  lack of centralizers, sir?
2      A. Same answer.
3      Q. In fact, you agreed that the centralizers
4  weren't necessary, didn't you, sir?
5      A. Same answer.
6      Q. Okay. In fact, you thought gravity would
7  keep the pipe straight in the hole, didn't you,
8  sir?
9      A. Same answer.
10      Q. Isn't that what you wrote Mr. Hafle?
11      A. Same answer.
12      Q. Sir, you realized that this well, under
13  your plan, was going to be severely underbalanced,
14  didn't you?
15          MR. MORRISS: Form.
16      A. Same answer.
17      Q. (BY MR. BICKFORD) And the fact that this
18  well was going to be underbalanced, the well at
19  one point was going to be relying on the cement
20  job as the only barrier to the influx of
21  hydrocarbons into the well; is that correct?
22          MR. MORRISS: Objection; form.
23      A. Same answer.
24          MR. BICKFORD: How much time do I
25  have?

**Page 54**

1          THE VIDEOGRAPHER: You have five
2  minutes.
3          MR. BICKFORD: We can take a break at
4  this time.
5          THE VIDEOGRAPHER: Off the record at
6  8:26 [sic] a.m., ending Tape 1.
7          (Break from 9:26 a.m. to 9:39 a.m.)
8          THE VIDEOGRAPHER: On the record at
9  9:39 a.m., beginning Tape 2.
10      Q. (BY MR. BICKFORD) Okay. Mr. Morel, your
11  counsel indicated to me at the break that I --
12  that you perhaps might want to answer some
13  questions regarding your background. And I'm
14  going to go back and ask you -- re-ask a question
15  concerning your educational background.
16          Can you tell me what your educational
17  background is, sir?
18      A. I have a BS in mechanical engineering from
19  Rice University.
20      Q. And when did you obtain that degree, sir?
21      A. 2005.
22      Q. And besides that degree, do you have any
23  other degrees?
24      A. No.
25      Q. Okay. And can you tell me, outside of any

**Page 55**

1  employment that you may or may not have had with
2  BP, what jobs you have had?
3      A. I did an internship in college with
4  Wyman-Gordon at Aluminum Foundry, and I also did
5  an internship in college with Harley Davidson, as
6  a frame designer.
7      Q. Have you had -- excluding any job you may
8  or may not have had with BP, have you ever had a
9  job within the petroleum industry?
10      A. No.
11      Q. Sir, what is a "negative test"?
12      A. Same answer.
13      Q. Okay. Sir, is it true that a negative
14  test tests the integrity of a -- a well?
15      A. Same answer.
16      Q. Can it be used to test the integrity of a
17  cement job on a well?
18      A. Same answer.
19      Q. Can it be used -- it is, in fact, used to
20  test the integrity of a well to prevent the influx
21  of hydrocarbons through a cement job? Is that
22  correct?
23      A. Same answer.
24      Q. Sir, as of April 20th, 2000 -- as of
25  April 20, 2010, did BP have a standardized method

**Page 56**

1  to conduct a negative test on a deepwater rig?
2      A. Same answer.
3      Q. Isn't it true that BP didn't have such a
4  test -- standardized test?
5          MR. MORRISS: Form.
6      A. Same answer.
7      Q. (BY MR. BICKFORD) And isn't it true that
8  TransOcean did not have a -- such a standardized
9  test?
10      A. Same answer.
11      Q. And isn't it a fact, sir, that it was up
12  to you to find or create a standardized -- strike
13  that.
14          Sir, is it -- isn't it a fact that
15  you were charged to go out and find a procedure to
16  conduct a negative test?
17          MR. MORRISS: Form.
18      A. Same answer.
19      Q. (BY MR. BICKFORD) And, sir, where did you
20  find that procedure?
21      A. Same answer.
22      Q. And, sir, was that procedure communicated
23  to the rig?
24      A. Same answer.
25      Q. And who did you discuss that procedure

### Page 117

1  Q. (BY MR. HYMEL)  You did not tell
2  TransOcean that the Transo -- the Temporary
3  Abandonment Procedure used on April 20th, 2010,
4  deviated from the Temporary Abandonment Procedure
5  approved by the MMS, did you?
6      MR. MORRISS: Form.
7  A. Same answer.
8  Q. (BY MR. HYMEL)  One of the temporary
9  abandonment procedures required that the mud in
10 the -- in the well be displaced to 3300 feet below
11 the mud line. Did you ever determine whether
12 there was actually any need to displace the mud
13 that far down?
14     MR. MORRISS: Form.
15 A. Same answer.
16 Q. (BY MR. HYMEL)  Did you do any
17 calculations to determine if there was any need to
18 displace the mud in the well down to 3300 feet
19 below the mud line?
20 A. Same answer.
21 Q. Did you ask any of the engineers on your
22 team if there was any reason to displace the mud
23 in the well to 3300 feet below the mud line?
24 A. Same answer.
25 Q. Did you ever calculate the amount of

### Page 118

1  stress that would be put on the downhole cement
2  job if you displaced the mud in the well down to
3  3300 feet below the mud line?
4  A. Same answer.
5  Q. Did BP perform any formal risk assessments
6  on the changes in the different temporary
7  abandonment procedures?
8      MR. MORRISS: Form.
9  A. Same answer.
10 Q. (BY MR. HYMEL)  Did BP perform any
11 Management of Change procedures on the different
12 temporary abandonment procedures?
13     MR. MORRISS: Form.
14 A. Same answer.
15 Q. (BY MR. HYMEL)  Mr. Underhill asked you
16 some questions about the bottoms-up procedure; and
17 you were concerned that doing a bottoms-up would
18 have taken an additional 10 to 12 hours, correct?
19     MR. MORRISS: Form.
20 A. Same answer.
21 Q. (BY MR. HYMEL)  You knew that reducing the
22 volume and rate of mud circulation increased the
23 risk of contamination of the cement; do you agree?
24     MR. MORRISS: Form.
25 A. Same answer.

### Page 119

1  Q. (BY MR. HYMEL)  And you knew that
2  increasing the risk of contamination increased the
3  risk that the bottom hole cement job would fail,
4  didn't you?
5      MR. MORRISS: Form.
6  A. Same answer.
7  Q. (BY MR. HYMEL)  BP did not perform any
8  formal risk assessment on the decision to not
9  perform a bottoms-up at a low rate, correct?
10     MR. MORRISS: Form.
11 A. Same answer.
12 Q. (BY MR. HYMEL)  Did BP perform a
13 Management of Change procedure on the decision to
14 not perform a full bottoms-up at a low rate?
15 A. Same answer.
16 Q. Did TransOcean play any part in the
17 decision not to run a bottoms-up?
18 A. Same answer.
19 Q. The cement job has been discussed
20 previously, but I want to focus on landing the
21 bottom plug.  And you knew that the bottom plug
22 landed nine barrels ahead of plan, correct?
23     MR. MORRISS: Form.
24 A. Same answer.
25 Q. (BY MR. HYMEL)  And when the bottom plug

### Page 120

1  landed nine barrels ahead of plan, that meant that
2  the bottom plug probably bypassed the mud on the
3  way down and the mud contaminated the cement.  Do
4  you agree?
5      MR. MORRISS: Form.
6  A. Same answer.
7  Q. (BY MR. HYMEL)  Did you do anything to
8  investigate why the bottom plug landed nine
9  barrels ahead of plan?
10     MR. MORRISS: Form.
11 A. Same answer.
12 Q. (BY MR. HYMEL)  Did TransOcean have any
13 involvement in deciding how much cement to pump?
14 A. Same answer.
15 Q. You would agree that TransOcean had no
16 involvement in deciding how slow or fast to pump
17 the cement?
18 A. Same answer.
19 Q. And you did not warn any of the crew on
20 the rig that BP decided to pump the cement at a
21 lower rate, correct?
22     MR. MORRISS: Form.
23 A. Same answer.
24 Q. (BY MR. HYMEL)  To the best of your
25 knowledge, no one at BP informed TransOcean that

**PURSUANT TO CONFIDENTIALITY ORDER**

### Page 137

```
 1      A.  Same answer.
 2      Q.  Do you agree that you never asked anyone
 3  at TransOcean what they thought about running a
 4  long string versus a liner?
 5      A.  Same answer.
 6      Q.  As far as you knew, no one else at BP
 7  asked TransOcean about running a long string
 8  versus a liner, correct?
 9      A.  Same answer.
10      Q.  You never told anyone at TransOcean that
11  using a long string increased the risk of getting
12  a bad cement job, did you?
13          MR. MORRISS: Form.
14      A.  Same answer.
15      Q.  (BY MR. HYMEL)  You never told anyone at
16  TransOcean that the long string was not as safe as
17  the liner, did you?
18          MR. MORRISS: Normal.
19      A.  Same answer.
20      Q.  (BY MR. HYMEL)  As far as you know, no one
21  else at BP told TransOcean that, did they?
22          MR. MORRISS: Form.
23      A.  Same answer.
24      Q.  (BY MR. HYMEL)  You never told anyone at
25  TransOcean that, with the long string, it would be
```

### Page 138

```
 1  important to fix any problems with the cement
 2  before the temporary abandonment, did you?
 3      A.  Same answer.
 4      Q.  (BY MR. HYMEL)  You relied on
 5  Halliburton's OptiCem modeling and justification
 6  for recommending going forward with the long
 7  string; isn't that correct?
 8          MR. MORRISS: Form.
 9          MR. SCHWARTZ: Objection; form.
10      A.  Same answer.
11      Q.  (BY MR. HYMEL)  In fact, BP recommends
12  computer modeling for cement jobs, doesn't it?
13          MR. MORRISS: Form.
14      A.  Same answer.
15      Q.  (BY MR. HYMEL)  And Halliburton OptiCem
16  modeling was the only computer model you used for
17  the cement job; isn't that correct?
18      A.  Same answer.
19      Q.  (BY MR. HYMEL)  Isn't it true that BP
20  policy didn't allow you to pay attention to the
21  model one day and ignore it the next day?
22          MR. MORRISS: Form.
23      A.  Same answer.
24      Q.  (BY MR. HYMEL)  BP initially ordered six
25  centralizer subs for use with the -- the
```

### Page 139

```
 1  production casing, correct?
 2      A.  Same answer.
 3      Q.  And you're aware that Mr. Walz asked
 4  Mr. Cocales to get 15 more centralizers to be sent
 5  to the rig, correct?
 6          MR. MORRISS: Form.
 7      A.  Same answer.
 8      Q.  (BY MR. HYMEL)  And Mr. Guide decided that
 9  he did not want to use the additional
10  centralizers, correct?
11          MR. MORRISS: Form.
12      A.  Same answer.
13      Q.  (BY MR. HYMEL)  If Mr. Guide didn't like
14  the centralizers that were sent to the rig, you
15  could have waited for more centralizers; isn't
16  that correct?
17          MR. MORRISS: Form.
18      A.  Same answer.
19      Q.  (BY MR. HYMEL)  And one of the options
20  discussed at that point was simply to plug the
21  open hole; isn't that correct?
22          MR. MORRISS: Form.
23      A.  Same answer.
24      Q.  (BY MR. HYMEL)  Now, you were the person
25  at BP who decided where the six centralizers would
```

### Page 140

```
 1  actually go on the drill -- on the production
 2  casing, correct?
 3          MR. MORRISS: Form.
 4      A.  Same answer.
 5      Q.  (BY MR. HYMEL)  You understood that it was
 6  important not only to get the right number of
 7  centralizers, but to put them in the right
 8  locations, correct?
 9      A.  Same answer.
10      Q.  In fact, you knew that poor casing
11  centralization could result in an inadequate
12  cement job; isn't that correct?
13          MR. MORRISS: Form.
14      A.  Same answer.
15      Q.  (BY MR. HYMEL)  You knew that API
16  Recommended Practice 65 states that computer
17  simulations using accurate well and fluid data
18  should be used to determine centralizer placement,
19  didn't you?
20      A.  Same answer.
21      Q.  You're aware that BP's own policies
22  recommended running multiple computer simulations
23  to determine the sensitivity of the well design to
24  hole size, excess cement volume and channelling,
25  correct?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
                                      149
 1      Q.  Did BP perform any -- a Management of
 2  Change procedure on increasing the pressure to
 3  attempt to convert the float collar?
 4      A.  Same answer.
 5      Q.  Did BP perform a Management of Change on
 6  the low circulation pressure?
 7      A.  Same answer.
 8      Q.  You had concerns about a breach in the
 9  casing, didn't you?
10      A.  Same answer.
11          MR. MORRISS: Form.
12      Q.  (BY MR. HYMEL)  Even though you had
13  concerns about a breach in the casing, you did
14  nothing about that concern and decided to move
15  forward with the TA procedure, correct?
16          MR. MORRISS: Form.
17      A.  Same answer.
18          MR. HYMEL: Those are all the
19  questions I have, sir.
20          THE VIDEOGRAPHER: Off the record at
21  11:38 A.M., ending Tape 4.
22          (Break from 11:38 a.m. to 11:43 a.m.)
23          THE VIDEOGRAPHER: On the record at
24  11:43 a.m., beginning Tape 5.
25              E X A M I N A T I O N
```

```
                                      150
 1  BY MR. SCHWARTZ:
 2      Q.  Hi, Mr. Morel.  My name is Jon-Bernard
 3  Schwartz, and I represent Halliburton.  Do you
 4  understand who I am and who I represent?
 5      A.  Yes.
 6      Q.  I want to go back, if I could, to the
 7  design of the production casing that we've been
 8  discussing today.
 9          You have agreed and you agree now
10  that cementing a long string is more difficult
11  than cementing a liner?
12          MR. MORRISS: Form.
13      A.  Same answer.
14      Q.  (BY MR. SCHWARTZ)  And you also agree that
15  it was substantially cheaper to cement the long
16  string than the liner; isn't that correct?
17          MR. MORRISS: Form.
18      A.  Same answer.
19      Q.  (BY MR. SCHWARTZ)  And it would save --
20  doing so, it would have saved BP -- or did save BP
21  7- to $10 million, right?
22          MR. MORRISS: Form.
23      A.  Same answer.
24      Q.  (BY MR. SCHWARTZ)  Isn't it true that
25  using a long string rather than a liner increases
```

```
                                      151
 1  the risk of cement contamination?
 2          MR. MORRISS: Form.
 3      A.  Same answer.
 4      Q.  (BY MR. SCHWARTZ)  And -- and this risk
 5  was further increased by using a tapered long
 6  string because the wiper plugs could not wipe it
 7  properly?
 8          MR. MORRISS: Form.
 9      A.  Same answer.
10      Q.  (BY MR. SCHWARTZ)  And using a long string
11  did not permit moving or rotating the casing
12  during the cement job; isn't that right?
13          MR. MORRISS: Form.
14      A.  Same answer.
15      Q.  (BY MR. SCHWARTZ)  And you knew this,
16  didn't you?
17          MR. MORRISS: Form.
18      A.  Same answer.
19      Q.  (BY MR. SCHWARTZ)  And rotating the casing
20  would have improved the likelihood of a quality
21  cement job, wouldn't it?
22          MR. MORRISS: Form.
23      A.  Same answer.
24      Q.  (BY MR. SCHWARTZ)  And cementing the long
25  string required a higher cement pumping pressure
```

```
                                      152
 1  and resulted in a higher ECD than cementing a
 2  liner?
 3          MR. MORRISS: Form.
 4      A.  Same answer.
 5      Q.  (BY MR. SCHWARTZ)  Isn't it true that if
 6  you had choose -- chosen a liner, you could have
 7  obtained a lower ECD?
 8          MR. MORRISS: Form.
 9      A.  Same answer.
10      Q.  (BY MR. SCHWARTZ)  And isn't it true that
11  with a liner, you could have ignored the ECD
12  completely because you would have had the
13  mechanical seal as another barrier to the
14  hydrocarbon flow?
15          MR. MORRISS: Form.
16      A.  Same answer.
17      Q.  (BY MR. SCHWARTZ)  And isn't it true that
18  if you had chosen a liner, you would have been
19  more prone to remediate a cement job because
20  remediation is easier with a liner than with a
21  long string?
22          MR. MORRISS: Form.
23      A.  Same answer.
24      Q.  (BY MR. SCHWARTZ)  During the week
25  preceding the blowout when you were making changes
```

PURSUANT TO CONFIDENTIALITY ORDER

153

1:40  1  to the Temporary Abandonment Procedure, you didn't
2  consider how the risks associated with such
3  changes would be mitigated in accordance with the
4  risk register, did you?
1:40  5      MR. MORRISS: Form.
6      A. Same answer.
7      Q. (BY MR. SCHWARTZ) With regards to the
8  risk register, when BP recommended the final long
9  string design, you knew that possible hydrocarbon
1:40 10 zones could be left exposed in the annulus with
11 only the casing hanger seal as a single barrier
12 for the temporary abandonment, right?
13     MR. MORRISS: Form.
14     A. Same answer.
1:40 15     Q. (BY MR. SCHWARTZ) But you did nothing to
16 mitigate that risk?
17     MR. MORRISS: Form.
18     A. Same answer.
19     Q. (BY MR. SCHWARTZ) If you had chosen a
1:40 20 liner over the long string, you wouldn't have had
21 to have used a lower volume cement, correct?
22     MR. MORRISS: Form.
23     A. Same answer.
24     Q. (BY MR. SCHWARTZ) If you had chosen a
1:40 25 liner over the long string, you wouldn't have had

154

1  to use a slower pump rate; isn't that correct?
2      MR. MORRISS: Form.
3      A. Same answer.
4      Q. (BY MR. SCHWARTZ) If you had chosen the
1:40 5  liner over the long string, you wouldn't have had
6  to use nitrogen cement with reduced density; isn't
7  that correct?
8      MR. MORRISS: Form.
9      A. Same answer.
1:40 10 Q. (BY MR. SCHWARTZ) In sum, BP's
11 engineering team did not adequately consider the
12 effect that the long string design would have on
13 the cement job, did it?
14     MR. MORRISS: Form.
1:40 15     A. Same answer.
16     Q. (BY MR. SCHWARTZ) And you were part of
17 this team, weren't you?
18     A. Same answer.
19     Q. (BY MR. SCHWARTZ) BP made -- you, on
1:40 20 behalf of BP, made numerous cost-saving decisions
21 that increased the chance of a blowout without
22 running a formal risk assessment; isn't that
23 right?
24     MR. MORRISS: Form.
1:40 25     A. Same answer.

155

1      Q. (BY MR. SCHWARTZ) Isn't it true that in
2  the days preceding the blowout, many of your
3  decisions regarding the well were affected by the
4  fact that the well was over budget?
5      A. Same answer.
6      MR. MORRISS: Form.
7      Q. (BY MR. SCHWARTZ) Isn't it true that in
8  the days preceding the blowout, many of your
9  decisions regarding the well were affected by the
10 fact that the -- the well was over its allocated
11 time for its completion?
12     MR. MORRISS: Form.
13     A. Same answer.
14     Q. (BY MR. SCHWARTZ) Because of that, in the
15 days proceeding the blowout, didn't you, on behalf
16 of BP, make many decisions that were cost-driven?
17     MR. MORRISS: Form.
18     A. Same answer.
19     Q. (BY MR. SCHWARTZ) And you did so without
20 running any formal risk assessment; isn't that
21 right?
22     MR. MORRISS: Form.
23     A. Same answer.
24     Q. (BY MR. SCHWARTZ) And you made changes in
25 the days preceding the blowout just on an ad hoc

156

1  basis?
2      A. Same answer.
3      MR. MORRISS: Form.
4      Q. (BY MR. SCHWARTZ) And we -- you were
5  questioned previously about your deciding not to
6  wait for more centralizers to be delivered to the
7  rig, right?
8      A. Same answer.
9      Q. And that's -- not waiting for the
10 centralizers to be delivered to the rig saved
11 time, didn't it?
12     MR. MORRISS: Form.
13     A. Same answer.
14     Q. (BY MR. SCHWARTZ) And time is money;
15 isn't it?
16     MR. MORRISS: Form.
17     A. Same answer.
18     Q. (BY MR. SCHWARTZ) I'm going to hand you,
19 Mr. Morel, what's been previously marked as
20 Exhibit 2041. And it's Tab 5. So, if you would
21 look at that document.
22     And this is an E-mail from you to
23 Jesse Gagliano, Mark Hafle, Brett Cocales, and
24 Greg Walz, subject: Regarding OptiCem report.
25 And again, it's dated Thursday, April 15th. I'm

PURSUANT TO CONFIDENTIALITY ORDER

```
                                               157
     1  going to read the text of the E-mail: "We have
     2  six centralizers. We can run them in a row,
     3  spread out, or any combinations of the two, but
     4  the vertical hole, so hopefully the pipe stays
1:49 5  centralized due to gravity. As far as changes,
     6  it's too late to get any more product to the rig.
     7  Our only options is to rearrange placement of
     8  these centralizers. Please see attached diagram
     9  for my recommendation."
1:49 10         Did I read that right, Mr. Morel?
     11     A. Same answer.
     12     Q. And so, you said here: "It's too late to
     13  get any more product to the rig." Isn't that
     14  right?
1:49 15     A. Same answer.
     16     Q. The truth is, it's never too late to get
     17  any more product to the rig; isn't that right?
     18         MR. MORRISS: Form.
     19     A. Same answer.
1:49 20     Q. (BY MR. SCHWARTZ) If you had wanted to,
     21  you could have stopped the rig completely to wait
     22  on this product getting to the rig, couldn't you?
     23     A. Same answer.
     24     Q. Anyone on the rig on BP's behalf could
1:49 25  have done that; isn't that true?
```

```
                                               158
     1     A. Same answer.
     2     Q. But the reason that you didn't wait for
     3  more product to arrive to the rig was -- was
     4  putting cost over safety; isn't that right?
1:49 5         MR. MORRISS: Form.
     6     A. Same answer.
     7     Q. (BY MR. SCHWARTZ) And we talked about
     8  running the cement evaluation log, didn't we,
     9  today?
1:50 10     A. Same answer.
     11     Q. And again, BP decided not to run a cement
     12  evaluation log; isn't that right?
     13     A. Same answer.
     14        MR. MORRISS: Form.
1:50 15     Q. (BY MR. SCHWARTZ) And that decision saved
     16  BP time?
     17        MR. MORRISS: Form.
     18     A. Same answer.
     19     Q. (BY MR. SCHWARTZ) And that decision saved
1:50 20  BP money, didn't it?
     21        MR. MORRISS: Form.
     22     A. Same answer.
     23     Q. (BY MR. SCHWARTZ) On or about April 15th,
     24  you recommended to the Macondo onshore engineers
1:50 25  about setting a deep plug in the seawater; isn't
```

```
                                               159
     1  that right?
     2     A. Same answer.
     3     Q. But you never conducted or saw to it that
     4  someone else conducted any formal risk analysis in
     5  this regard; isn't that right?
     6        MR. MORRISS: Form.
     7     A. Same answer.
     8     Q. (BY MR. SCHWARTZ) And you did that
     9  because it saved you time, right?
     10       MR. MORRISS: Form.
     11    A. Same answer.
     12    Q. (BY MR. SCHWARTZ) And it saved you money?
     13       MR. MORRISS: Form.
     14    A. Same answer.
     15    Q. (BY MR. SCHWARTZ) You decided not to
     16  perform or have any tests performed -- strike
     17  that.
     18         BP decided not to perform additional
     19  tests regarding well integrity given the dubious
     20  negative test results; isn't that right?
     21       MR. MORRISS: Form.
     22    A. Same answer.
     23    Q. (BY MR. SCHWARTZ) And you knew about
     24  these test results?
     25       MR. MORRISS: Form.
```

```
                                               160
     1    A. Same answer.
     2    Q. (BY MR. SCHWARTZ) And you did not make
     3  any recommendations to perform additional tests?
     4       MR. MORRISS: Form.
     5    A. Same answer.
     6    Q. (BY MR. SCHWARTZ) Is that because it
     7  saved you guys time?
     8    A. Same answer.
     9       MR. MORRISS: Form.
     10   Q. (BY MR. SCHWARTZ) And it saved you money,
     11  right?
     12      MR. MORRISS: Form.
     13   A. Same answer.
     14   Q. (BY MR. SCHWARTZ) During the displacement
     15  procedure, you did not emphasize the importance of
     16  monitoring for kicks during the displacement, did
     17  you?
     18      MR. MORRISS: Form.
     19   A. Same answer.
     20   Q. (BY MR. SCHWARTZ) I'd like to talk about
     21  the volume of cement that was pumped. Isn't it
     22  true that it's better to pump more, rather than
     23  less, cement into a well?
     24      MR. MORRISS: Form.
     25   A. Same answer.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

**Page 177**

2:03
1  A. Same answer.
2  Q. (BY MR. SCHWARTZ) Isn't it true that
3  conducting a full bottoms-up prior to a cementing
4  job is considered to be a best industry practice?
5  MR. MORRISS: Form.
6  A. Same answer.
7  Q. (BY MR. SCHWARTZ) And you'd agree with me
8  that BP made the decision not to conduct a full
9  bottoms-up prior to the final cement job?

2:03
10  A. Same answer.
11  Q. And you would agree with me that this
12  resulted in cement contamination?
13  MR. MORRISS: Form.
14  A. Same answer.

2:03
15  Q. (BY MR. SCHWARTZ) And you would agree
16  with me that it was a contributing cause to the
17  blowout?
18  A. Same answer.
19  MR. MORRISS: Form.

2:03
20  Q. (BY MR. SCHWARTZ) With regards to the
21  spacer that was used that we've discussed today,
22  BP chose to use lost circulation materials as a
23  spacer; isn't that right?
24  A. Same answer.

2:03
25  Q. (BY MR. SCHWARTZ) And when you did so, BP

**Page 178**

1  knew that there was a risk that this dense spacer
2  could clog flow paths that could be critical to
3  proper negative test procedure; isn't that right?
4  MR. MORRISS: Form.

2:04
5  MS. SCOFIELD: Objection; form.
6  A. Same answer.
7  Q. (BY MR. SCHWARTZ) And, nonetheless, you
8  used this spacer because it saved BP time and
9  money; isn't that right?

2:04
10  MR. MORRISS: Form.
11  A. Same answer.
12  Q. (BY MR. SCHWARTZ) Isn't it late that --
13  isn't it true that as late as April 12, 2010, you
14  did not have a Temporary Abandonment Procedure in

2:06
15  place?
16  MR. MORRISS: Form.
17  A. Same answer.
18  Q. (BY MR. SCHWARTZ) Isn't it true that the
19  rig crew and the well site leaders were still

2:07
20  waiting on this procedure from you as late as
21  April 12th, 2010?
22  MR. MORRISS: Form.
23  A. Same answer.
24  Q. (BY MR. SCHWARTZ) And isn't it true that

2:07
25  at that time, around April 12th of 2010, planning

**Page 179**

1  had been lagging behind operations for some time?
2  MR. MORRISS: Form.
3  A. Same answer.
4  Q. (BY MR. SCHWARTZ) During displacement, BP
5  replaced 8,367 feet of drilling mud with seawater
6  before setting any additional mechanical barriers;
7  isn't that right?
8  A. Same answer.
9  Q. (BY MR. SCHWARTZ) And BP conducted no
10  formal risk assessment of these changes to the TA
11  procedure; isn't that true?
12  A. Same answer.
13  MR. MORRISS: Form.
14  Q. (BY MR. SCHWARTZ) And by "TA," I mean
15  temporary abandonment.
16  You conducted no -- no such formal
17  risk assessment yourself, did you?
18  A. Same answer.
19  MR. MORRISS: Form.
20  Q. (BY MR. SCHWARTZ) And you did not
21  consider the combined effect of changes to the
22  temporary procedure -- to -- strike that.
23  You did not consider the combined
24  effect of these changes upon the Temporary
25  Abandonment Procedure; isn't that true?

**Page 180**

1  MR. MORRISS: Form.
2  A. Same answer.
3  Q. (BY MR. SCHWARTZ) Mr. Morel, I'm going to
4  hand you what's been previously marked as Exhibit
5  1517. Take a minute, if you would, to familiarize
6  yourself with that document and if I -- if you
7  would, please look at the second page of this
8  document.
9  And this is the E-mail dated
10  April 16th, 2010, between you and Mr. Cocales; and
11  I'm going to read it to you. It says: "Even if
12  the hole is perfectly straight, a straight piece
13  of pipe even in tension will not seek the perfect
14  center of the hole unless it has something to
15  centralize it. But who cares? It's done. End of
16  story. We'll probably be fine and we'll get a
17  good cement job. I would rather have to squeeze
18  than get stuck above the WH. So, Guide is right
19  on the risk/reward equation. Best regards,
20  Brett."
21  Did I read that correctly?
22  A. Same answer.
23  Q. And isn't it true that you never responded
24  to Mr. Cocales, when he said "Who cares? It's
25  done. End of story. We'll probably be fine"?

**PURSUANT TO CONFIDENTIALITY ORDER**