# EXHIBIT F
# ALLEN SERAILE

01-37546
TC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )     MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )     SECTION: J
APRIL 20, 2010                           )
                                         )     JUDGE BARBIER
                                         )
                                         )     MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

## *WorldwideVIEW*™
### **Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Allen Seraile

**VOLUME 1**

JULY 25, 2011

## *COPY*



### WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group★Court Reporting★Video Production★Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

9

1  explosion?
2      A. Same answer.
3      Q. Isn't it true that the DEEPWATER HORIZON
4  drilled oil wells in the Gulf of Mexico on behalf
5  of BP during the entire time of your employment?
6      A. Same answer.
7      Q. Mr. Seraile, if you'll grab the first
8  document which will be marked as Exhibit 4800.
9          (Exhibit 4800 was marked.)
10     Q. (BY MR. WHITLEY)  And I'm going to
11 represent to you this is a résumé or job posting
12 posted by Transocean for the position of
13 assistant driller.  If you'll follow along with
14 me.  Am I reading it correctly that the assistant
15 driller reports to the driller?
16     A. Same answer.
17     Q. And the assistant driller supervises the
18 derrick hand, pump hand and floor hand.
19         Isn't that correct?
20     A. Same answer.
21     Q. The basic function of the assistant
22 driller is to: Assist the driller in operating
23 drilling and mud circulating equipment as
24 instructed in the well program and in accordance
25 to company policies and procedures.

11

1  systems.
2          Correct?
3      A. Same answer.
4      Q. And finally, the last duty I want to
5  recognize is you were responsible for:  Knowing
6  the client rules and company procedures for well
7  control and blowout prevention.
8          Isn't that correct?
9      A. Same answer.
10     Q. And the client is BP, correct?
11     A. Same answer.
12     Q. When it states that your responsibility
13 was to operate the drilling and mud circulating
14 equipment as instructed in the well program,
15 isn't it true that BP dictates what that well
16 program is, and you are simply implementing BP's
17 design program?
18         MR. STEPHANY: Objection; form.
19     A. Same answer.
20     Q. (BY MR. WHITLEY)  For instance, you
21 understand that BP takes a survey of the site and
22 BP engineers the well, designs the well; isn't
23 that correct?
24     A. Same answer.
25     Q. It's BP that dictated what type of casing

10

1          Isn't that correct?
2      A. Same answer.
3      Q. And that well program described in the
4  basic function, that is designed by BP; isn't
5  that correct?
6      A. Same answer.
7      Q. And as part of your duties and
8  responsibilities, it lists that you have to:
9  Read and interpret various gauges and meters
10 relating to the drilling operations.
11         Isn't that correct?
12     A. Same answer.
13     Q. And so reading and interpreting those
14 gauges, it's your basic job duty and
15 responsibility to detect kicks; isn't that
16 correct?
17     A. Same answer.
18     Q. And further, part of your duties and
19 responsibilities was to:  Assist the driller
20 during an emergency or well control situation.
21         Isn't that correct?
22     A. Same answer.
23     Q. And you were responsible for:  Assisting
24 and running and cementing casing strings, running
25 and retrieving BOPs and risers and monitoring mud

12

1  you as part of the drilling team used at the
2  Macondo site; isn't that correct?
3          MR. STEPHANY: Objection; form.
4      A. Same answer.
5      Q. (BY MR. WHITLEY)  And BP dictated what
6  type of cement program was used at Macondo; isn't
7  that correct?
8      A. Same answer.
9      Q. Isn't it true that you as an assistant
10 driller depended on BP and trusted that they
11 ensured their testing and otherwise that the
12 cement formula would be fit for use at the
13 Macondo site?
14         MR. STEPHANY: Objection; form.
15     A. Same answer.
16     Q. (BY MR. WHITLEY)  And even though per
17 this job description an assistant driller like
18 you, you're supposed to be monitoring the mud
19 gauges and supervising the pump hand, it is BP
20 who dictates the mud weight to be used; isn't
21 that correct?
22         MR. STEPHANY: Objection; form.
23     A. Same answer.
24     Q. (BY MR. WHITLEY)  And it's BP that
25 determines the mud flow; isn't that correct?

3 (Pages 9 to 12)

**PURSUANT TO CONFIDENTIALITY ORDER**



13

1    A.  Same answer.
2       Q.  And you as an assistant driller working
3    in the mud program, you depended on BP's
4    calculations regarding the mud weight and the mud
5    flow; isn't that correct?
6       A.  Same answer.
7          MR. STEPHANY: Objection; form.
8       Q.  (BY MR. WHITLEY)  And you as an assistant
9    driller did not have any authority to change BP's
10   dictate on the mud weight or mud flow; isn't that
11   correct?
12         MR. STEPHANY: Objection; form.
13      A.  Same answer.
14      Q.  (BY MR. WHITLEY)  Isn't it true to the
15   best of your knowledge that Transocean was never
16   consulted regarding the calculations of maximum
17   anticipated surface pressure, fracture gradient
18   and margins in the BP well design?
19         MR. STEPHANY: Objection; form.
20      A.  Same answer.
21      Q.  (BY MR. WHITLEY)  And it's BP who
22   dictated how many centralizers were used in the
23   wellbore at the Macondo site; isn't that correct?
24         MR. STEPHANY: Objection; form.
25      A.  Same answer.

14

1          (Discussion off the record.)
2       Q.  (BY MR. WHITLEY)  And isn't it true that
3    BP makes the decision of whether to perform a
4    complete bottoms-up circulation before cementing,
5    correct?
6          MR. STEPHANY: Objection; form.
7       A.  Same answer.
8       Q.  (BY MR. WHITLEY)  And even though you are
9    a driller, it was BP that dictated the depth of
10   the well; isn't that correct?
11      A.  Same answer.
12      Q.  And it was BP that dictated the rate of
13   penetration into the -- into the well; isn't that
14   correct?
15         MR. STEPHANY: Objection; form.
16      A.  Same answer.
17      Q.  (BY MR. WHITLEY)  Indeed, when there were
18   losses of fluid to the formation in early April
19   of 2010, it was BP that changed the total depth
20   from 20,200 feet to 18,360 feet; isn't that
21   correct?
22      A.  Same answer.
23      Q.  You as an assistant driller, you report
24   information, but you do not have the ability to
25   make decisions regarding how deep to drill the

15

1    well, do you?
2          MR. STEPHANY: Objection; form.
3       A.  Same answer.
4       Q.  (BY MR. WHITLEY)  And that's BP's call,
5    isn't it?
6          MR. STEPHANY: Objection; form.
7       A.  Same answer.
8       Q.  (BY MR. WHITLEY)  And so you as an
9    assistant driller, you are implementing the well
10   program designed by BP; isn't that correct?
11      A.  Same answer.
12      Q.  And that's why under this job description
13   it's important for you as an assistant driller to
14   know the client's rules; isn't that correct?
15      A.  Same answer.
16      Q.  Isn't it true to your knowledge that as
17   an assistant driller, BP controlled the timing
18   and whether -- and whether or not to conduct a
19   negative pressure test?
20      A.  Same answer.
21         MR. STEPHANY: Objection; form.
22      Q.  (BY MR. WHITLEY)  And isn't it true in
23   conducting negative pressure tests, it was BP and
24   not the assistant drillers or the drilling team
25   that interpreted the results and made the

16

1    decision of whether to proceed based on those
2    results?
3          MR. STEPHANY: Objection; form.
4       A.  Same answer.
5       Q.  (BY MR. WHITLEY)  And it was BP's well
6    team site leader, John Guide, and not you or your
7    drilling bosses at Transocean that decided to
8    send Schlumberger home on the morning of
9    April 20th and not run a cement bond log test;
10   isn't that correct?
11         MR. STEPHANY: Objection; form.
12      A.  Same answer.
13      Q.  (BY MR. WHITLEY)  Isn't it true that the
14   decision to displace the well during temporary
15   abandonment procedures and leaving in place only
16   one barrier against the influx of hydrocarbons
17   was BP's and BP's call alone?
18         MR. STEPHANY: Objection; form.
19      A.  Same answer.
20      Q.  (BY MR. WHITLEY)  And isn't it true that
21   it is a BP requirement that you as a drilling
22   team must have two barriers be maintained at all
23   times in the hole; isn't that correct?
24      A.  Same answer.
25      Q.  And two barriers in this instance during

4  (Pages 13 to 16)

**PURSUANT TO CONFIDENTIALITY ORDER**



49

| | |
|---|---|
| 9:23 | 1  Q. (BY MR. DART)  Isn't it true that<br>2  Transocean was made aware of the aforementioned<br>3  DNV, ModuSpec and BP audits sufficiently in<br>4  advance of April 20, 2010, to correct the<br>5  deficiencies noted in those audits before the<br>6  disastrous well blowout on April 20th, 2010?<br>7       MR. KING: Objection; form.<br>8       A. Same answer. |
| 9:23 | 9  Q. (BY MR. DART)  Isn't it true that the<br>10 DEEPWATER HORIZON was behind schedule for<br>11 completion of the work on the Macondo well?<br>12      MR. KING: Objection; form.<br>13      A. Same answer. |
| 9:26 | 14 Q. (BY MR. DART)  Isn't it true that BP and<br>15 Transocean were in a hurry to finish the Macondo<br>16 well because it was behind schedule?<br>17      MR. KING: Objection; form.<br>18      MR. STEPHANY: Objection; form.<br>19      A. Same answer. |
| 9:26 | 20 Q. (BY MR. DART)  Isn't it true that BP and<br>21 Transocean planned to move the DEEPWATER HORIZON<br>22 to the Nile well immediately after completing its<br>23 work on the Macondo well?<br>24      MR. STEPHANY: Objection; form.<br>25      A. Same answer. |

Lines:

9:23  1  Q. (BY MR. DART)  Isn't it true that
      2  Transocean was made aware of the aforementioned
      3  DNV, ModuSpec and BP audits sufficiently in
      4  advance of April 20, 2010, to correct the
      5  deficiencies noted in those audits before the
      6  disastrous well blowout on April 20th, 2010?
      7       MR. KING: Objection; form.
      8       A. Same answer.
9:23  9  Q. (BY MR. DART)  Isn't it true that the
      10 DEEPWATER HORIZON was behind schedule for
      11 completion of the work on the Macondo well?
      12      MR. KING: Objection; form.
      13      A. Same answer.
9:26  14 Q. (BY MR. DART)  Isn't it true that BP and
      15 Transocean were in a hurry to finish the Macondo
      16 well because it was behind schedule?
      17      MR. KING: Objection; form.
      18      MR. STEPHANY: Objection; form.
      19      A. Same answer.
9:26  20 Q. (BY MR. DART)  Isn't it true that BP and
      21 Transocean planned to move the DEEPWATER HORIZON
      22 to the Nile well immediately after completing its
      23 work on the Macondo well?
      24      MR. STEPHANY: Objection; form.
9:26  25      A. Same answer.

51

1  Q. (BY MR. DART)  Isn't it true that you
2  knew that the OIM in charge of the DEEPWATER
3  HORIZON on April 19th and 20th of 2010 cut
4  corners by not following Transocean's safety
5  management system in the operation of the
6  DEEPWATER HORIZON on the Macondo well?
7       MR. KING: Objection; form.
8       A. Same answer.
9  Q. (BY MR. DART)  Isn't it true that the
10 failure of Transocean's rig crew, including the
11 OIM, the senior toolpusher and the driller who
12 were on tour on April 19 and 20th, 2010, to
13 comply with Transocean's safety management system
14 in the operation of the DEEPWATER HORIZON on the
15 Macondo well caused the disastrous blowout of the
16 Macondo well on the night of April 20, 2010?
17      MR. KING: Objection; form.
18      A. Same answer.
19 Q. (BY MR. DART)  Isn't it true that the
20 OIM, the driller, and the senior toolpusher and the
21 senior toolpusher who were on tour on the evening
22 of the blowout on April 20, 2010, had a duty to
23 monitor the Macondo well during the hour before
24 drilling mud and hydrocarbons hit the rig floor?
25      MR. KING: Objection; form.

50

9:26  1  Q. (BY MR. DART)  Isn't it true that BP was
      2  facing a short deadline from the MMS for
      3  completing its work on the Nile well?
      4       MR. STEPHANY: Objection; form.
9:26  5       A. Same answer.
      6  Q. (BY MR. DART)  Isn't it true that you
      7  were told by Transocean management to cut corners
      8  in order to finish the DEEPWATER HORIZON's work
      9  on the Macondo well in time to get to the Nile
9:26  10 well and meet the MMS deadline?
      11      MR. KING: Objection; form.
      12      A. Same answer.
      13 Q. (BY MR. DART)  Isn't it true that BP well
      14 site leaders encouraged you to cut corners in
9:26  15 order to finish the DEEPWATER HORIZON's work on
      16 the Macondo well in time to get to the Nile well
      17 and meet the MMS deadline?
      18      MR. STEPHANY: Objection; form.
      19      A. Same answer.
9:26  20 Q. (BY MR. DART)  Isn't it true that you did
      21 cut corners by not following Transocean's safety
      22 management system in the operation of the
      23 DEEPWATER HORIZON on the Macondo well?
      24      MR. KING: Objection; form.
9:29  25      A. Same answer.

52

1       A. Same answer.
2  Q. (BY MR. DART)  Isn't it true that the
3  OIM, the driller and the assistant driller did
4  not properly monitor the Macondo well during the
5  hour before mud and hydrocarbons hit the rig
6  floor?
7       MR. KING: Objection; form.
8       A. Same answer.
9  Q. (BY MR. DART)  Isn't it true that had the
10 OIM, the driller, the assistant driller and
11 senior toolpusher properly monitored the Macondo
12 well during the hour before mud and hydrocarbons
13 hit the rig floor, the well could have been shut
14 in?
15      MR. KING: Objection; form.
16      A. Same answer.
17 Q. (BY MR. DART)  Isn't it true that had the
18 OIM, the driller, the assistant driller and
19 senior toolpusher properly monitored the Macondo
20 well during the hour before mud and hydrocarbons
21 hit the rig floor, the disastrous blowout on
22 April 20th of 2010 would have been prevented?
23      MR. KING: Objection; form.
24      A. Same answer.
25 Q. (BY MR. DART)  Isn't it true that the

**PURSUANT TO CONFIDENTIALITY ORDER**

53

1  failure of the DEEPWATER HORIZON crew to control
2  the Macondo well on April 20th was a violation of
3  federal MMS regulations?
4       MR. KING: Objection; form.
5       A. Same answer.
6       Q. (BY MR. DART) That's all the questions I
7  have. Thank you, sir.
8       THE VIDEOGRAPHER: The time now is
9  9:30 a.m., and we are now off the record.
10       (Break.)
11       THE VIDEOGRAPHER: This begins
12  Tape 3 of the deposition of Allen Seraile. The
13  time is now 9:33 a.m., and we are back on the
14  record.
15            EXAMINATION
16  BY MR. KING:
17       Q. Mr. Seraile, my name is Ryan King. I
18  just introduced myself to you. I'm here on
19  behalf of Transocean. As I understand it, you
20  plan to continue asserting your Fifth Amendment
21  right; is that correct?
22       A. Yes.
23       Q. I only have a few questions for you.
24       First of all, isn't it true that you do
25  not have any reason to believe that any

54

1  Transocean personnel on the DEEPWATER HORIZON rig
2  failed to perform their duties competently?
3       MR. DART: Objection; form.
4       A. Same answer.
5       Q. (BY MR. KING) Isn't it true that you do
6  not have any reason to believe that the actions
7  of any Transocean personnel on the DEEPWATER
8  HORIZON rig contributed in any way to the blowout
9  on April the 20th, 2010?
10       MR. DART: Objection; form.
11       A. Same answer.
12       Q. (BY MR. KING) That's all the questions I
13  have for you.
14       THE VIDEOGRAPHER: The time now is
15  9:34 a.m., and we are now off the record.
16       (Break.)
17       THE VIDEOGRAPHER: The time now is
18  9:37 a.m., and we are back on the record.
19            EXAMINATION
20  BY MR. SCHWARTZ:
21       Q. Good morning, Mr. Seraile. My name is
22  Jon-Bernard Schwartz, and I represent
23  Halliburton.
24       Do you understand who I am and who I
25  represent?

55

1       A. Yes, sir.
2       Q. I just want to ask you some questions
3  today.
4       Do you understand that taking the Fifth
5  Amendment today may have an impact on your
6  ability to prosecute your personal injury case?
7       A. Same.
8       Q. Have you been identified as a target or a
9  subject by any federal or state official?
10       A. Same answer.
11       Q. And you realize you have testified
12  previously before the MBI panel, right?
13       A. Same.
14       Q. And is everything you testified about
15  during that testimony true and correct?
16       A. Same answer.
17       Q. And you testified that you worked on the
18  DEEPWATER HORIZON as the assistant driller for a
19  year; is that right?
20       A. Same answer.
21       Q. And during that time you worked on the
22  DEEPWATER HORIZON rig as an assistant driller,
23  you had an opportunity to get to know the
24  personnel working on the rig; isn't that true?
25       A. Same answer.

56

1       Q. And you had a chance to work with the
2  Halliburton mud loggers. Isn't that right?
3       Q. And they were good mud loggers, weren't
4  they?
5       A. Same answer.
6       Q. And you had confidence in their ability
7  to do their jobs, didn't you?
8       A. Same answer.
9       Q. You found them to be conscientious about
10  their work; isn't that right?
11       A. Same answer.
12       MR. DART: Objection to the form.
13       A. Same answer.
14       Q. (BY MR. SCHWARTZ) You trusted them to do
15  their job capably?
16       A. Same answer.
17       Q. And you never had any problem with either
18  of the mud loggers with regards to them not doing
19  their job; isn't that right?
20       A. Same answer.
21       Q. You'd agree with me, wouldn't you, that
22  the drilling crew has primary responsibility for
23  kick detection?
24       A. Same answer.
25       Q. And you'd agree with me that the mud

**PURSUANT TO CONFIDENTIALITY ORDER**

57

1  loggers are merely a second set of eyes to the
2  drill crew in monitoring data downhole?
3       MR. DART: Object to the form.
4       A. Same answer.
9:39  5       Q. (BY MR. SCHWARTZ)  And you agree with me
6  that the mud loggers monitor data for trends and
7  report to the drill crew any detected trends that
8  raise questions?
9       A. Same answer.
9:39  10      Q. You'd agree with me, wouldn't you, that
11 mud loggers also monitor data for trends that may
12 indicate potential kicks?
13      A. Same answer.
14      Q. And such data would be in the form of pit
9:39  15 volume change; isn't that right?
16      A. Same answer.
17      Q. And such data would be in the form of
18 flow-out; isn't that right?
19      A. Same answer.
9:39  20      Q. And such data would be in the form of gas
21 and mud; isn't that right?
22      A. Same answer.
23      Q. And such data would in the form of drill
24 pipe pressure; isn't that true?
9:40  25      A. Same answer.

58

1       Q. And you'd agree with me that it's much
2  easier for the drilling crew to detect a kick
3  than it is for a mud logger because the drilling
4  crew is aware of all of the major events taking
9:40  5  place on the rig, while the mud loggers are not?
6       MR. KING: Objection; form.
7       A. Same answer.
8       Q. (BY MR. SCHWARTZ)  You'd agree with me,
9  wouldn't you, that unless the mud loggers are
9:40  10 told in advance about what activities are going
11 to take place on a rig, it is difficult for them
12 to know the source of the fluids and why pit
13 volumes are changing; isn't that right?
14      A. Same answer.
9:40  15      Q. And are you familiar with the data
16 available -- strike that.
17        It's true that -- strike that again.
18        Isn't it true that you are familiar with
19 the data available to the mud loggers?
9:40  20      A. Same answer.
21      Q. And this data that's available to the mud
22 loggers is being influenced by rig conditions and
23 activities; isn't that right?
24      A. Same answer.
9:40  25      Q. And such conditions and activities that

59

1  would influence the data are crane movement;
2  isn't that right?
3       A. Same answer.
4       Q. It's also rig movement; isn't that right?
5       A. Same answer.
6       Q. Rig movement can affect pit volumes;
7  isn't that true?
8       A. Same answer.
9       Q. So you'd agree with me that it's
10 important for the mud loggers to know what's
11 going on to properly interpret the data and spot
12 trends; isn't that right?
13      A. Same answer.
14      Q. And you agree with me that simultaneous
15 operations may impede the mud loggers' ability to
16 continuously and accurately monitor the status?
17        MR. KING: Objection; form.
18      A. Same answer.
19      Q. (BY MR. SCHWARTZ)  As the assistant
20 driller you are familiar with the data available
21 to the drilling crew; isn't that right?
22      A. Same answer.
23      Q. And you'd agree with me that the drilling
24 crew had the mud logger data plus their own
25 through Transocean's sensors; isn't that right?

60

1       A. Same answer.
2       Q. And you had the mud loggers' data
3  available to you in your office on the rig,
4  didn't you?
5       A. Same answer.
6       Q. And this data was sufficient to monitor
7  the rig, wasn't it?
8       A. Same answer.
9       Q. And you'd agree with me that it was the
10 drilling crew's responsibility to monitor the
11 data during the particular operations; isn't that
12 right?
13      A. Same answer.
14      Q. It was your responsibility to monitor
15 during the -- to monitor during the positive
16 pressure test; isn't that right?
17      A. Same answer.
18      Q. It was the drilling crew's responsibility
19 to monitor during the negative pressure test;
20 isn't that true?
21      A. Same answer.
22      Q. It was the drilling crew's responsibility
23 to monitor the cement job on casing in the
24 productive zone; isn't that right?
25      A. Same answer.

15  (Pages 57 to 60)

**PURSUANT TO CONFIDENTIALITY ORDER**



61

9:40

1    Q.  And it was the drilling crew's
2    responsibility to monitor while displacing the
3    riser to seawater; is that right?
4        A.  Same answer.
5    Q.  And one of the responsibilities is to
6    shut in the well as quickly as possible if a kick
7    is indicated or suspected; isn't that right?
8        A.  Same answer.
9            MR. SCHWARTZ:  And can someone
10   direct me, was his MBI testimony actually marked
11   as an exhibit?
12           MR. WHITLEY:  Yes.
13           MR. SCHWARTZ:  It was marked?  Do
14   you have that in front of you?
15           MR. WHITLEY:  It was 4801.
16       Q.  (BY MR. SCHWARTZ)  4801.  And
17   Mr. Seraile, I'm going to ask you to look at
18   Exhibit 4801 that was previously marked today.
19   If you would, sir, please go to Page 127.  I'm
20   going to read your testimony.
21       On Line 14 there is a question.  It says:
22   Do you have the authority to activate the EDS?
23       And your answer is:  No.  It's only the
24   senior toolpusher and -- senior toolpusher.
25       Did I read that correctly, Mr. Seraile?

63

1    you testified during the MBI hearing that you
2    didn't have the authority to activate the EDS;
3    isn't that right?
4        A.  Same answer.
5    Q.  Would you agree with me that early
6    recognition of the warning signals and rapid
7    shut-in are keys to effective well control?
8        A.  Same answer.
9    Q.  And you understand that a driller must
10   shut in the well as quickly as possible if a kick
11   is suspected or indicated; isn't that right?
12       A.  Same answer.
13       Q.  But you have no role as an emergency
14   disconnect at the time of the DEEPWATER HORIZON
15   blowout; isn't that right?
16       A.  Same answer.
17       Q.  Another key responsibility from your --
18   from a driller's key responsibilities is to
19   constantly monitor the speed, pump strokes,
20   pressure, pit volume, trip tank penetration, mud
21   weight and rotary torque to detect anything
22   unusual or out of the ordinary; isn't that right?
23       A.  Same answer.
24       Q.  The driller must constantly monitor the
25   well; isn't that right?

62

9:42

1        A.  Same answer.
2    Q.  And if you would, Mr. Seraile, go to
3    Page 133 -- I'm sorry, sir -- go to Page 132.  At
4    the bottom of Page 132, Line 24, the question is:
5        QUESTION:  I just have one question.  I
6    brought it up earlier.  Did I hear you correctly
7    to say that you have a role in the emergency
8    disconnect?
9        ANSWER:  No, sir, I have no role as an
10   emergency disconnect.
11       QUESTION:  Are you familiar with
12   Transocean's emergency disconnect procedures?
13       ANSWER:  Somewhat, yes, sir.
14       QUESTION:  And you don't have any role in
15   those?
16       ANSWER:  I was told I'm not supposed to
17   do an EDS until the OIM is present.
18       Did I read that correctly?
19       A.  Same answer.
20       Q.  (BY MR. SCHWARTZ)  So I just asked you
21   whether one of the responsibilities is to shut in
22   the well as quickly as possible if a kick is
23   indicated or suspected, right?
24       A.  Same answer.
25       Q.  But you testified before the MBI -- or

64

1        A.  Same answer.
2    Q.  And if anything impedes the ability of
3    the driller to monitor the well, the job or
4    operation should be stopped immediately; isn't
5    that right?
6        A.  Same answer.
7    Q.  Now, you've never been -- you have never
8    been -- strike that.
9        You were not on the DEEPWATER HORIZON
10   during temporary abandonment procedures before;
11   isn't that true?
12       A.  Same answer.
13       Q.  And -- but would you agree with me that
14   it was unusual to have this much activity going
15   on at the same time as the temporary abandonment?
16       A.  Same answer.
17       Q.  And wouldn't you agree with me that it's
18   not common to perform multiple operations
19   simultaneously with displacement?
20       A.  Same answer.
21       Q.  And you'd agree with me that it's not
22   common to move fluids and clean the pits
23   simultaneously during displacement; isn't that
24   right?
25       A.  Same answer.

PURSUANT TO CONFIDENTIALITY ORDER

**109**

1   self-incrimination?
2      A. Same answer.
3      Q. I'd like to talk to you a little bit
4   about well control actions.
5        You're familiar with the Transocean Well
6   Control Handbook?
7      A. Same answer.
8      Q. And you understand the roles of your
9   supervisors and those you supervise in the
10  process?
11     A. Same answer.
12     Q. And you understand your own roles?
13     A. Same answer.
14     Q. As stated in Section 1.2 of the
15  Transocean Well Control Handbook:  If there is
16  any indication of flow, you should consider
17  shutting in the well immediately rather than
18  taking the additional time to conduct a flow
19  check?
20     A. Same answer.
21     Q. And you understood that in a well control
22  situation, as an assistant driller you should
23  shut the well in first and then consider
24  conducting a flow check, correct?
25     A. Same answer.

**110**

1      Q. And you're familiar with Section 1.3 of
2   the Transocean Well Control Handbook?
3      A. Same answer.
4      Q. Section 1.3 under Detection Procedures
5   states that:  It is the responsibility of the
6   driller or a person performing the driller's role
7   to shut in the well as quickly as possible if a
8   kick is indicated or suspected.
9        Correct?
10     A. Same answer.
11     Q. And you as the assistant driller would be
12  one of those people responsible for performing
13  the driller's role at times?
14     A. Same answer.
15     Q. Also under Section 1.3 of the Transocean
16  Well Control Handbook, it states:  The driller is
17  responsible for monitoring the well at all times,
18  identifying when the well is to be shut in, and
19  shutting in the well quickly and safely.
20       Correct?
21     A. Same answer.
22     Q. And once the well is shut in, then you
23  can call the person in charge?
24     A. Same answer.
25     Q. And so the clear instruction to the

**111**

1   driller and then you as the assistant driller in
2   the Well Control Handbook is to shut the well in
3   first, correct?
4      A. Same answer.
5      Q. Also stated in the well control
6   responsibilities of Section 1.3 of the Transocean
7   Well Control Handbook is:  The assistant driller
8   lines up the mud gas separator and vacuum
9   degasser.
10       Correct?
11     A. Same answer.
12     Q. And so the assistant driller is
13  responsible for deciding whether to use the
14  diverter or send influx to the mud gas separator
15  in a well control event?
16     A. Same answer.
17     Q. In your role as an assistant driller
18  you're also familiar with the Transocean Field
19  Operations Manual?
20     Q. And you understand that one of your
21  responsibilities as set forth in that manual is:
22  To effectively implement the policies and
23  procedures set forth in the Transocean Well
24  Control Handbook?

**112**

1      A. Same answer.
2      Q. And you also understand that you're
3   responsible as set forth in the Transocean Field
4   Operations Manual:  To ensure that your direct
5   reports are involved in well control procedures
6   and competent to fulfill their responsibilities?
7      A. Same answer.
8      Q. And you also understand as set forth in
9   the Transocean Field Operations Manual that:  You
10  as the assistant driller are responsible for
11  understanding and following the driller's key
12  responsibilities?
13     A. Same answer.
14     Q. And you agree -- strike that.
15       And as an assistant driller you're
16  responsible for supervising the drill crew in
17  their roles to meet the driller's key
18  responsibilities?
19     A. Same answer.
20     Q. Subsection 3 -- I'm sorry -- Section 3,
21  Subsection 1.3 of the Transocean Field Operations
22  Manual sets forth the driller's key
23  responsibilities, correct?
24     A. Same answer.
25     Q. And you're familiar with all those

**PURSUANT TO CONFIDENTIALITY ORDER**

113

1  responsibilities?
2      A.  Same answer.
3      Q.  And the policy that's set forth in the
4  Transocean Field Operations Manual with respect
5  to the driller's key responsibilities is that you
6  are required to comply with the driller's key
7  responsibilities, correct?
8      A.  Same answer.
9      Q.  They're not suggestions or optional goals
10  but, rather, requirements, correct?
11      A.  Same answer.
12      Q.  The responsibilities of the driller and
13  assistant driller with regard to the driller's
14  key responsibilities are that the driller is
15  responsible for understanding all the driller's
16  key responsibilities?
17      A.  Same answer.
18      Q.  And that you as the assistant driller are
19  responsible for understanding all the driller's
20  key responsibilities?
21      A.  Same answer.
22      Q.  Policies set forth in the Transocean
23  Field Operations Manual for the driller's key
24  responsibilities state that:  The drillers must
25  conduct drilling operations in compliance with

114

1  the driller's key responsibilities.
2      Correct?
3      A.  Same answer.
4      Q.  And the purpose is that certain basic
5  practices are required to have safe operations?
6      A.  Same answer.
7      Q.  One of the four basic practices that's
8  specifically mentioned is systematic monitoring,
9  correct?
10      A.  Same answer.
11      Q.  The purpose of the driller's key
12  responsibilities, which are basic to good oil
13  field practice and should be clearly communicated
14  in writing to each driller in order to ensure
15  that drilling operations are conducted in a safe
16  and efficient manner, include clear
17  communications, systematic monitoring,
18  recordkeeping and safe working practices at all
19  times.
20      Correct?
21      A.  Same answer.
22      Q.  Driller's key responsibilities as you
23  understand them are intended to reduce the
24  chances of unwanted events, correct?
25      A.  Same answer.

115

1      Q.  And you agree that one of those unwanted
2  events would be kicks?
3      A.  Same answer.
4      Q.  And blowouts?
5      A.  Same answer.
6      Q.  The responsibilities identified in the
7  Transocean Field Operations Manual for the
8  driller's key responsibilities are the minimum
9  requirements for the driller and assistant
10  driller, correct?
11      A.  Same answer.
12      Q.  And they're intended to be supplemented
13  by even more than what's specified there?
14      A.  Same answer.
15      Q.  Starting with 4.1, the driller's key
16  responsibilities sets forth what a driller must
17  do, correct?
18      A.  Same answer.
19      Q.  And your understanding is that the items
20  identified there are required, correct?
21      A.  Same answer.
22      Q.  They're not optional?
23      A.  Same answer.
24      Q.  Focusing on the second of the driller's
25  key responsibilities, Transocean Field Operations

116

1  Manual states that:  Shut in the well as quickly
2  as possible if a kick is indicated or suspected.
3  Early recognition of the warning signals and
4  rapid shut-in are the key to effective well
5  control.  Shutting in the well quickly will
6  minimize the amount of formation fluid entering
7  the wellbore.
8      Correct?
9      A.  Same answer.
10      Q.  A driller must shut in a well as quickly
11  as possible if a kick is indicated, correct?
12      A.  Same answer.
13      Q.  And that's true even if a kick is only
14  suspected?
15      A.  Same answer.
16      Q.  And No. 15 of the Driller's Key
17  Responsibilities states:  It's a requirement to
18  constantly monitor speed, pump strokes, pressure,
19  pit volume, trip tank, penetration, mud weight
20  and rotary torque to detect anything unusual or
21  out of the ordinary.
22      Correct?
23      A.  Same answer.
24      Q.  A driller must constantly monitor the
25  well?

**PURSUANT TO CONFIDENTIALITY ORDER**