UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| ……………………………………………... | : | |

**BP'S MOTION FOR ADVERSE INFERENCES
BASED ON ASSERTIONS OF THE FIFTH AMENDMENT**

Defendants, BP Exploration & Production Inc. and BP America Production Company (collectively "BP") file this Motion for Adverse Inferences Based on Assertions of the Fifth Amendment, pursuant to the Court's February 14, 2012, Order regarding Scope of Adverse Inferences Drawn from Invocation of Fifth Amendment Privilege Against Self-Incrimination (Doc. No. 5682); Magistrate Shushan's February 23, 2012, request that parties provide a listing of the adverse inferences to be drawn from the testimony of witnesses who have invoked the Fifth Amendment (E-mail from Sally Shushan, Magistrate Judge, to Steve Herman, et al., (Feb. 23, 2012, 08:50 CST)); and Magistrate Shushan's August 13, 2012, Order setting the October 12, 2012, deadline for filing motions for adverse inferences (Doc. No. 7107). BP respectfully seeks adverse inferences against Halliburton Energy Services, Inc. ("HESI") and Transocean with regard to the following HESI and Transocean employees who have invoked the Fifth Amendment:

1. Christopher Haire (HESI)

2. Andrea Fleytas (Transocean)

3. Jim Wayne Harrell (Transocean)

4. Curt Robert Kuchta (Transocean)

5. Caleb Holloway (Transocean)

6. Stephen Ray Bertone (Transocean)

7. Allen Seraile (Transocean)

8. Micah Sandell (Transocean)

9. Wyman Wheeler (Transocean)

10. Patrick Morgan (Transocean)

Dated: October 12, 2012                    Respectfully submitted,


                                           /s / Don K. Haycraft.


                                           Don K. Haycraft (Bar #14361)
                                           R. Keith Jarrett (Bar #16984)
                                           LISKOW & LEWIS
                                           One Shell Square
                                           701 Poydras Street, Suite 5000
                                           New Orleans, Louisiana 70139-5099
                                           Telephone: (504) 581-7979
                                           Facsimile: (504) 556-4108

                                           and

                                           Richard C. Godfrey, P.C.
                                           (richard.godfrey@kirkland.com)
                                           J. Andrew Langan, P.C.
                                           (andrew.langan@kirkland.com)
                                           Timothy A. Duffy, P.C.
                                           (tim.duffy@kirkland.com)
                                           Kirkland & Ellis LLP
                                           300 North LaSalle Street
                                           Chicago, IL 60654
                                           Telephone: (312) 862-2000
                                           Facsimile: (312) 862-2200

                                           and

                                           Robert C. "Mike" Brock
                                           (mbrock@cov.com)
                                           Covington & Burling LLP
                                           1201 Pennsylvania Avenue, NW
                                           Washington, DC 20004-2401
                                           Telephone: (202) 662-5985

                                           *Attorneys for the BP Exploration &*
                                           *Production Inc. & BP America Production*
                                           *Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of October, 2012.

/s/  Don K. Haycraft

K&E 24120680.5