## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | : | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, on | : | |
| April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates To: All Actions | : | JUDGE BARBIER |
| | : | MAGISTRATE JUDGE |
| …………………………………………….... | : | SHUSHAN |

## BP'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR ADVERSE INFERENCES BASED ON ASSERTIONS OF THE FIFTH AMENDMENT

Defendants, BP Exploration & Production Inc. and BP America Production Company (collectively "BP"), files this Memorandum in Support of Its Motion for Adverse Inferences Based on Assertions of the Fifth Amendment.  BP has previously moved to bar such adverse inferences at trial, arguing that the circumstances under which the relevant witnesses testified and the nature of the inferences sought did not meet the standards required by the Supreme Court and the Fifth Circuit for admissible adverse inferences.  Rather, the inferences sought by other parties essentially amounted to counsel's "wish list" of facts not otherwise established by the evidence.  BP continues to believe that a proper application of law would bar any adverse inferences at trial.  To the extent, however, that the Court disagrees with BP and allows inferences as proposed by other parties,[1] BP submits that it too is entitled to submit the adverse inferences described below, which would be admissible into evidence under the standards proposed by the other parties seeking such inferences.

---

[1] BP reserves the right, of course, to nevertheless object to other parties' proposed inferences for lack of sufficient support even under a more lenient standard for admission.  Put simply, while BP generally believes that it would inappropriate to allow inferences at trial, some inferences may still be more appropriate than others.

## LEGAL STANDARD

In *Baxter v. Palmigiano*, the Supreme Court held that "the Fifth Amendment does not forbid adverse inferences against parties to civil actions when they refuse to testify in response to probative evidence offered against them. . . ." 425 U.S. 308, 318 (1976).  "Courts that have addressed this issue have rejected bright-line rules, and instead have concluded that the party urging the use of the inference must show that the circumstances of the particular case justify the imputation of the negative inference."  *State Farm Mut. Auto. Ins. Co. v. Abrams*, 96 C 6365, 2000 WL 574466, at *6 (N.D. Ill. May 11, 2000); *F.D.I.C. v. Fid. & Deposit Co. of Md.*, 45 F.3d 969, 978 (5th Cir. 1995) (requiring evaluation on a case-by-case basis).

BP previously filed a Motion in Limine seeking a bar against adverse inferences based on assertions of the Fifth Amendment where the inference lacked trustworthiness.  *See* Doc. No. 5112 ("BP's MIL").  BP argued that allowing adverse inferences in certain situations (*i.e.*, inferences drawn against BP based on invocations by non-BP employees or non-corporate designees) would improperly grant opposing counsel carte blanche to establish whatever "facts" they wished with regard to the events that led to the sinking of the *Deepwater Horizon* and resulting oil spill.  Doc. No. 5112-1 ("BP's MIL Mem.") at 3-9.

In support of its argument, BP stressed several non-exclusive factors relevant to adverse inference determinations as articulated in *LiButti v. United States*, a Second Circuit decision adopted by a number of jurisdictions.  107 F.3d 110 (2d Cir. 1997).  These factors include:  (1) the nature of the relationship between the party against which the inference is sought and the witness; (2) the degree of control the party against which the inference is sought has over the witness; (3) the compatibility of interests of the party against whom the inference is sought and the witness in the outcome of the litigation; (4) the role of the invoker in the litigation.  *Id.* at 123-24.  As the *LiButti* factors made clear, the trial court's "***overarching concern is***

*fundamentally whether the adverse inference is trustworthy under all of the circumstances and will advance the search for the truth.*"  *Id.* at 124 (emphasis added).

To that end, "[b]efore an adverse inference may be drawn from a party's refusal to testify in a civil case, there must be independent corroborative evidence to support the negative inference beyond the invocation of the privilege."  *Kontos v. Kontos*, 968 F. Supp. 400, 408 (S.D. Ind. 1997); *see also In re Nat'l Liquidators, Inc.*, 182 B.R. 186, 195 (S.D. Ohio 1995). Counterbalancing the need for corroborating evidence to support an adverse inference is the rule that a court should not draw an inference if there is enough other evidence and testimony to decide the issue without the aid of the inference.  *Abrams*, 2000 WL 574466, at *7 (deciding summary judgment motion "without relying on Fifth Amendment adverse inferences" because it could); *Farace v. Indep. Fire Ins. Co.*, 699 F.2d 204, 210-11 (5th Cir. 1983) (refusing to draw an adverse inference where "the defendant ha[d] ample opportunity to impeach its witness by other means").

The Court issued an Order on February 14, 2012, resolving BP's and other parties' motions in limine with respect to adverse inferences based on the invocation of the Fifth Amendment.  Doc. No. 5682 ("Order").  The Court held that it would not enforce any categorical bar against drawing adverse inferences, holding that Fifth Circuit precedent did not require a special relationship between the witness and the party against whom the adverse inference was sought.  Order at 4.  But the Court found that the *LiButti* factors "are useful in making the case-by-case evaluation required" by Fifth Circuit precedent.  Order at 5.  In particular, the Court noted that the fourth *LiButti* factor (*i.e.*, the role of the non-party witness in the litigation) was consistent with Fifth Circuit precedent discussing the propriety of adverse inferences.  *Id.*; *see also LiButti*, 107 F.3d at 123-24 ("Whether the non-party witness was a key figure in the

litigation and played a controlling role in respect to any of its underlying aspects also logically merits consideration by the trial court."). Because at the time the Court entered its Order no party had identified the specific adverse inferences sought, the Court denied BP's Motion in Limine without prejudice to re-urge on a case-by-case basis.

BP respectfully maintains the objections it raised in its Motion in Limine.  Subject to those continuing objections, and given the guidance provided by the Court's February 14, 2012 Order, to the extent that the Court allows adverse inferences to be submitted at trial, BP requests the Court make such adverse inferences against Halliburton Energy Services, Inc. ("HESI") and Transocean as described in detail below.

## ARGUMENT

Several *LiButti* factors weigh in favor of the Court making adverse inferences against HESI and Transocean based on invocations of the Fifth Amendment by their respective employees.  First, the nature of the relationship between each of these companies and their respective employees—described in *LiButti* as "invariably . . . the most significant circumstance"—suggests a strong sense of loyalty and thus trustworthiness.  *LiButti*, 107 F.3d at 123.  "The closer the bond, whether by reason of blood, friendship, or business, the less likely the non-party witness would be to render testimony in order to damage the relationship."  *Id.* Here, each deponent is an employee of the party against whom BP seeks a particular adverse inference.

Similarly, each deponent has compatible interests with the party against whom BP seeks a particular adverse inference (*i.e.*, his or her employer).  Under *LiButti*, "[t]he trial court should evaluate whether the non-party witness is pragmatically a non-captioned party in interest and whether the assertion of the privilege advances the interests of both the non-party witness and the affected party in the outcome of the litigation."  *Id.*  Again, each HESI and Transocean deponent

at issue shares compatible, if not the same, interests as his or her employer in this litigation.  And finally, as the Court observed in its February 14, 2012, Order, the fourth *LiButti* factor—the role of the non-party witness in the litigation—is clearly relevant to this case.  Here, the Court looks to "[w]hether the non-party witness was a key figure in the litigation and played a controlling role in respect to any of its underlying aspects . . . ."  *Id.* at 123-24.  Each of the deponents listed below played a key role in the events that led to the sinking of the *Deepwater Horizon* and resulting oil spill.

## I.     BP'S REQUEST FOR ADVERSE INFERENCES AGAINST HESI

1.   Christopher Haire

Mr. Haire was a service supervisor for HESI's cement operations on the Macondo Well. He assisted Vincent Tabler with the negative test on April 20, 2010. BP seeks the following inferences against HESI based on Mr. Haire's invocation of the Fifth Amendment at trial:[2]

| Inference | Citation[3] |
|---|---|
| Haire monitored the two negative tests performed through the drill pipe. | **Q. You were responsible for monitoring the two negative tests performed through the drill pipe; is that right?**<br><br>A. I'll take the Fifth.  (122:24-123:6). |

---

[2]  The independent evidence corroborating the adverse inferences BP seeks against HESI based on Haire's invocations of the Fifth Amendment includes: TREX 3683 (NBC Houston Local 2 News article based on interview with Haire); TREX 47643 (Video of Haire Statements to Local 2 News); and TREX 3652 (2010-06-10 Email from C. Haire to V. Tabler).

[3]  For clariy, all citations to deposition transcripts in this Memorandum omit objections.

| Inference | Citation[3] |
|---|---|
| Haire monitored pressure and bled off pressure during the negative test on April 20, 2010. | **Q. And during the negative test, you monitored and reported pressures; is that right?**<br><br>A. Fifth.  (123:7-10).<br><br>**Q. You also bled off pressure and reported the number of barrels that were flowing back; is that right?**<br><br>A. Fifth.  (123:11-14). |
| Haire bled back 23 barrels during the first negative test, when he only expected to get three to five barrels, which raised a red flag. | **Q. And you bled off that pressure and got back 23 barrels; is that right?**<br><br>A. Fifth.  (124:8-10).<br><br>**Q. And in your experience, you expected to see only three or five barrels come back from the well, right?**<br><br>A. Fifth.  (124:14-19).<br><br>**Q. But you got 23 barrels here, which is unusual, right?**<br><br>A. Fifth.<br><br>**Q. This raised a red flag to you, correct?**<br><br>A. Fifth.  (124:20-25). |

| Inference | Citation[3] |
|---|---|
| When Haire bled back pressure on the kill line during the second negative test, he observed 15 barrels of seawater and was unable to bleed pressure to zero before shutting in the well, which raised a red flag. | **Q. And when you bled off pressure through the kill line, you'd agree with me that you got 15 barrels of seawater back, correct?**<br><br>A. Fifth.  (126:3-7).<br><br>**Q. And you were not able to bleed the pressure down to zero before shutting in the line; is that correct?**<br><br>A. Fifth.<br><br>**Q. Based on your experience as a cementer, this was another red flag because of the amount of volume, correct?**<br><br>A. Fifth.  (126:12-21). |
| Haire did not observe a successful negative test in the two tests that he performed. | **Q. And during the negative test that you worked on, you did not see anything indicating a successful negative test; is that right?**<br><br>A. Fifth.  (129:17-21). |
| Haire was not satisfied with the results of the first or second negative test. | **Q. And as we discussed earlier, you were not satisfied with the results of the first negative tests, right?**<br><br>A. Fifth.  (134:20-23).<br><br>**Q. You were not satisfied with the second negative test; is that correct?**<br><br>A. Fifth.  (135:8-10). |

| Inference | Citation[3] |
|---|---|
| Haire went up to the rig floor to investigate. Four Transocean employees told Haire that a third negative test was successful. | **Q. And when you went to -- to the rig floor, you were told by Transocean that a third test you were not involved in had passed; is that right?**<br><br>A. Fifth.  (136:15-23).<br><br>**Q. You met with four Transocean employees at that time; is that right?**<br><br>A. Fifth.  (127:22-24).<br><br>**Q. And these Transocean employees told you that a third negative test had been performed; is that correct?**<br><br>A. Fifth again.<br><br>**Q. And they told you that this third negative test was successful; is that right?**<br><br>A. Fifth.  (128:3-128:14). |
| Haire found it strange that he was not involved in the third negative test. | **Q. You thought this was strange that you were not involved in the test, right?**<br><br>A. Fifth.  (136:24-137:6). |
| And, when Haire went to the rig floor to investigate, he did not see anything indicating a successful test there. | **Q. And when you went to the rig floor, you did not see anything indicating a successful negative test; is that right?**<br><br>A. Fifth.  (129:22-130:4). |
| Haire personally saw no evidence indicating a successful negative test. | **Q. And you personally had no indication on the rig that the negative tests were successful; is that right?**<br><br>A. Fifth.  (136:7-14). |

| Inference | Citation[3] |
|---|---|
| Haire did not elevate his concerns about the failed negative tests to BP, Halliburton or Transocean. | **Q. And despite your concerns, you took no action regarding the negative test, right?**<br><br>A. Fifth.  (137:7-14).<br><br>**Q. You did not elevate your concerns to BP about the negative test, right?**<br><br>A. Fifth.  (137:15-22).<br><br>**Q. You did not elevate your concerns to any supervisor within Halliburton, right?**<br><br>A. Fifth.  (137:23-138:3).<br><br>**Q. You did not seek out the Transocean OIM or captain to address your concerns; is that right?**<br><br>A. Fifth.  (138:4-9). |
| Haire did not attempt to stop work. | **Q. At any time, you did not stop work or attempt to stop work on April 20th; is that correct?**<br><br>A. Fifth.  (138:10-13). |

## II.    BP's Request for Adverse Inferences Against Transocean

1.    Andrea Fleytas

Ms. Fleytas was Transocean's Dynamic Positioning Operator ("DPO") on the *Deepwater Horizon* bridge watch at the time of the incident on April 20, 2010.  As a DPO, she was responsible for monitoring the fire and gas alarms on the *Deepwater Horizon*; alerting the crew when fire and gas alarms went off; and sounding the general alarms when multiple high gas alarms went off.  BP seeks the following inferences against Transocean based on Ms. Fleytas's invocation of the Fifth Amendment at trial:[4]

---

[4] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Fleytas's invocations of the Fifth Amendment includes: TREX 0939 (Transocean ISM/ISPS MODU Handbook) at TRN-

| Inference | Citation |
|---|---|
| Ms. Fleytas was responsible for monitoring the fire and gas alarms on the *Deepwater Horizon*. | **Q. Ms. Fleytas, one of your duties -- or your duty as a Transocean DPO was to monitor the fire and gas alarms on the DEEPWATER HORIZON rig, correct?**<br><br>A. Same answer.  (53:15-19). |
| Ms. Fleytas was responsible for alerting the crew on the *Deepwater Horizon* when fire and gas alarms went off. | **Q. And your duty as a DPO was to alert the crew on the DEEPWATER HORIZON rig to fire and gas alarms, correct?**<br><br>A. Same answer.  (53:20-23). |
| Ms. Fleytas was responsible for sounding the general alarms on the *Deepwater Horizon* when multiple high gas alarms went off. | **Q. Your duty as a DPO watch on the bridge was to sound the general alarm when there were multiple high gas alarms going off; is that correct?**<br><br>A. Same answer.<br><br>**Q. And your duty as a DPO was -- on watch on the bridge was to sound the general alarm when there were, in fact, two or more high gas sensors going off on the rig; is that correct?**<br><br>A. Same answer.  (53:24-54:11). |
| Ms. Fleytas did not take the basic operating course for the Kongsberg Simrad fire and gas system on the *Deepwater Horizon*. | **Q. And Transocean never did send you to that K-Chief basic course given by Kongsberg, did they?**<br><br>A. Same answer.  (30:22-31:1). |

MDL-00033226; TREX 3755 (Operations Manual - Deepwater Horizon, 2. Organization and Responsibilities) at BP-HZN-MBI00011579–80; TREX 3800 (Transocean's Interviewing Form for Jimmy Harrell) at TRN-INV-00001870; TREX 4365 (Transocean Interviewing Form for Stephen Bertone) at TRN-INV-00000301; TREX 4462 (Personnel Training Files for Fleytas) at TRN-MDL-00035808; TREX 4472 (Transocean Interviewing Form for Andrea Fleytas) at TRN-INV-00001469; TREX 4818 (Transocean Interviewing Form for James Ingram) at TRN-INV-00002122; TREX 4954 (Transocean Interviewing Form for Sarah Kathleen Williams) at TRN-INV-00005100; TREX 5032 (Interviewing Form for Yancy Kelplinger) at TRN-INV-00002650; TREX 5033 (8/22/09 Email from DWH, DPOperator to DWH, Captain re: DWH PIC Letter) at TRN-MDL-02411792; TREX 5286 (5/6/05 Handover Notes) at TRN-MDL-01587344; TREX 5763 (Deepwater Horizon Operations Manual, Vol. 1) at TRN-MDL-02066321; TREX 5764 (Transocean DWH Investigation, What were the Emergency Planning - Reaction to Rig Alarms) at TRN-INV-01027041.

| Inference | Citation |
|---|---|
| Ms. Fleytas did not receive any training on how to respond in the event of a major well blowout. | **Q. All right.  And finally -- we'll get back to that in a second.  Ma'am, isn't it a fact that despite putting you on the bridge of a rig by some accounts with close to a billion dollars, that there were never any simulations of a major well blowout such as the one that sank, the DEEPWATER HORIZON?**<br><br>A. Same answer.<br><br>**Q. In other words, there was no training given you as a dynamic positioning officer by Transocean of a worst case scenario on this rig, was there?**<br><br>A. Same answer.<br><br>**Q. And, ma'am, despite putting you on the bridge of a vessel that had over a hundred souls onboard, there were never any simulations which would have assisted you to determine what immediate actions to take in the event of a major well blowout, such as the one which sank, the DEEPWATER HORIZON, were there?**<br><br>A. Same answer.  (28:23-29:23). |
| Ms. Fleytas did not receive any training on how to respond when multiple gas alarms went off at once. | **Q. Isn't it true that as the DPO, Transocean did not train you as to what exactly to do when you saw multiple gas alarms going off on the bridge; is that correct?**<br><br>A. Same answer.<br><br>**Q. And isn't it true that as a DPO, Transocean did not train you as to what systems to shut down through the ESD panel when you saw multiple gas alarms going off on the bridge; is that correct?**<br><br>A. Same answer.  (54:12-25). |

| Inference | Citation |
|---|---|
| Ms. Fleytas did not receive any training on how to operate the emergency shutdown ("ESD") system. | **Q. But you were actually never trained by Transocean on when conditions on the rig would warrant activation of that emergency shutdown panel that was on your DPO station, correct?**<br><br>A. Same answer.<br><br>**Q. And you were never given procedures from Transocean for when conditions warranted activation of that emergency shutdown system?**<br><br>A. Same answer. (66:14-67:1). |
| The general alarms on the *Deepwater Horizon* were placed in manual mode. | **Q. The general alarm on the DEEPWATER HORIZON rig required human intervention; is that correct?**<br><br>A. Same answer.<br><br>**Q. Meaning, you as the DPO had to manually go over and hit the general alarm in order for it to sound on the rig; is that correct?**<br><br>A. Same answer.<br><br>**Q. And on April 20th, 2010, the general alarm on the DEEPWATER HORIZON was set to manual mode, correct?**<br><br>A. Same answer.<br><br>**Q. The general alarm was not on automatic mode on the rig on April 20th, correct?**<br><br>A. Same answer. (55:6-25). |
| Ms. Fleytas waited until after the explosion and the power went off on the *Deepwater Horizon* to attempt to sound the general alarm. | **Q. Now, you waited until after the power went out on the DEEPWATER HORIZON rig, and there was a big explosion to attempt to sound the general alarm on the night of April 20th; is that correct?**<br><br>A. Same answer. (56:1-7). |

| Inference | Citation |
|---|---|
| The Emergency Shutdown System ("ESD") system on the *Deepwater Horizon* was placed in manual mode. | **Q. And on April 20th, the emergency shutdown panel was not on automatic mode, correct?**<br><br>A. Same answer.<br><br>**Q. Therefore, the emergency shutdown panel required human intervention to manually hit the controls to shut down the ventilation to the engine room on April 20th, correct?**<br><br>A. Same answer.  (66:3-13). |
| Ms. Fleytas did not activate the ESD system on the *Deepwater Horizon* on the night of the incident. | **Q. On April 20th, 2010, after you saw all the high gas alarms and magenta going off on the DEEPWATER HORIZON rig, you, in fact, did not activate the emergency shutdown system to shut off the ventilation to the engine rooms, correct?**<br><br>A. Same answer.  (67:17-23). |
| No one activated the ESD system on the *Deepwater Horizon* on the night of the incident. | **Q. And, in fact, no one activated the emergency shutdown, or ESD system, on April 20th to shut down the engines or cut off ventilation to the engine rooms; is that correct?**<br><br>A. Same answer.  (67:24-68:5). |
| The fire and gas alarms on the *Deepwater Horizon* were inhibited. | **Q. And Transocean had chosen to set those alarms to an inhibited position, all of the alarms, didn't they?**<br><br>A. Same answer.<br><br>**Q. And that included combustible gas alarms, toxic gas alarms, and fire alarms; is that correct?**<br><br>A. Same answer.  (34:21-35:5). |
| No automatic combustible gas alarms were ever sounded on the *Deepwater Horizon* on the night of the incident. | **Q.    And yet, no automatic combustible gas alarm was ever sounded because all of the alarms were set to be inhibited; is that correct?**<br><br>A. Same answer.  (34:15-20). |

| Inference | Citation |
|---|---|
| Under the Transocean dual command structure, the OIM was in charge when the *Deepwater Horizon* was on station and attached to the well, while the Captain was in charge during an emergency. | **Q. Now, on the night of April 20th, 2010, before the incident started, OIM from Transocean, who was Jimmy Harrell, was in charge because the rig was on station and attached to the well; is that correct?** <br><br> A. Same answer. <br><br> **Q. Then when the emergency started on April 20th, 2010, under the Transocean command structure, Captain Kuchta, in your understanding, should then have been in charge; is that correct?** <br><br> A. Same answer. (60:5-17). |
| On the night of the incident, there was no actual announcement or record made of the change in command on the *Deepwater Horizon*. | **Q. So your understanding was that there was a change in command from the OIM to the captain on the night of April 20th once the incident started; is that correct?** <br><br> A. Same answer. <br><br> **Q. But there was no actual announcement made on the rig that the command had changed from the OIM, Jimmy Harrell, to the captain, Captain Kuchta, correct?** <br><br> A. Same answer. <br><br> **Q. You yourself did not make any announcement that the command had changed from the OIM, Harrell, to Captain Kuchta?** <br><br> A. Same answer. <br><br> **Q. And there was no record made on the rig, either, that the command had changed from the OIM to the captain; is that right?** <br><br> A. Same answer. <br><br> **Q. And you yourself did not make a record on the rig that the command had changed from the Transocean OIM to the Transocean captain, who was Captain Kuchta, correct?** <br><br> A. Same answer. (60:18-61:17). |

| Inference | Citation |
|---|---|
| There was confusion on the *Deepwater Horizon* about who was in charge when the emergency started. | **Q. Isn't it true that the Transocean dual command structure led to confusion on the bridge on the night of April 20, 2010?**<br><br>A. Same answer.  (59:18-23). |
| This confusion caused a delay in activating the emergency disconnect system ("EDS"). | **Q. Isn't it true that the Transocean command confusion caused a delay in activating the EDS, or the emergency disconnect system, on April 20th?**<br><br>A. Same answer.  (59:24-60:4). |
| Although Captain Kuchta should have been the person in charge on the *Deepwater Horizon* during the incident, he waited until OIM Harrell arrived on the bridge to ask for permission to EDS. | **Q. So the decision to activate the EDS on April 20th did not happen until later on that evening when Jimmy Harrell arrived on the bridge; is that correct?**<br><br>A. Same answer.<br><br>**Q. And, in fact, Captain Kuchta asked the OIM, Jimmy Harrell from Transocean, for permission to EDS; is that correct?**<br><br>A. Same answer.  (61:18-62:3). |

2.      Jimmy Harrell

Mr. Harrell was Transocean's Offshore Installation Manager ("OIM") on the *Deepwater Horizon* on April 20, 2010.  As OIM, he was responsible for the rig crew, safety and preventing pollution.  He had overall responsibility for activities on the *Deepwater Horizon* while it was latched to the well.  BP seeks the following inferences against Transocean based on Mr. Harrell's invocation of the Fifth Amendment at trial:[5]

---

[5] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Harrell's invocations of the Fifth Amendment includes: TREX 0006 (Interview Notes of D. Vidrine) at BP-HZN-MBI00021410–11; TREX 291 (Macondo Prospect Drilling Program, January 2010) at TRN-HCJ-00093526–633; TREX 571 (4/18/10 Safety Drill Report) at BP-HZN-MBI00167546; TREX 717 (4/18/10 Email Subject: Updated Info for Prod Casing job) at HAL_0125421–22; TREX 737 (9 7/8" X 7" CASING JOB PROCEDURE - M.C. 252 Well #1 V.2) at HAL_0129303–06; TREX 0926 (4/14/10 Transocean's Operations Advisory); TREX 0939 (Transocean's ISM/ISPS MODU Handbook) at TRN-MDL-00033226; TREX 1356 (Drilling Contract, ¶¶ Articles 15.2, 15.6); TREX 1452 (Transocean's Field Operations Handbook) at TRN-HCEC-00011650–655; TREX 1453, (Transocean's Emergency Response Manual, ¶ 7) at TRN-MDL-00048232–40; TREX 1454 (Transocean's Well Control Handbook) at TRN-MDL-00286783; TREX 1472 (4/21/10 Email String regarding DWH Updated Well Status) at TRN-MDL-00653235; TREX-1523 (4/5/10 Transocean's Well Operations Group Advisory); TREX 2197

| Inference | Citation |
|---|---|
| Mr. Harrell was responsible for safety and preventing pollution on the *Deepwater Horizon*. | **Q. Isn't it true that you were the ultimate authority aboard the DEEPWATER HORIZON?**<br><br>A. I take the Fifth.<br><br>**Q. Isn't it true that you were the ultimate authority on DEEPWATER HORIZON for safety?**<br><br>A. I take the Fifth.<br><br>**Q. Isn't it true you were the ultimate authority on DEEPWATER HORIZON for preventing pollution?**<br><br>A. I take the Fifth.  (65:22-66:11; *see also* 96:8-12). |
| Mr. Harrell had overall responsibility for all activities on the *Deepwater Horizon* while it was latched to the well. | **Q. And isn't it true, sir, that otherwise you, the OIM, were -- had overall responsible-- overall responsibility for activities aboard the DEEPWATER HORIZON while latched onto the well in April 2010? Isn't that true?**<br><br>A. I take the Fifth.  (53:6-13). |

(2/18/10 Email from P. King to D. Tonnel, FW: Bardolino Well Control Incident PPT) at TRN-MDL-01288248; TREX 2598 (4/19/10 Daily Drilling Report) at BP-HZN-MBI00136940–45; TREX 3465 (1/28/10 Daily Drilling Report for MC 727 #2) at TRN-MDL-00600992; TREX 3466 (1/28/10 Email from DWH, AsstDriller to DWH, Toolpusher attaching negative test while displacing procedure); TREX 3754 (Transocean Emergency Response Manual, DWH Organization Chart) at TRN-INV-0092867; TREX 3800 (Transocean Interviewing Form for Jimmy Harrell) at TRN-INV-00001874; TREX 4365 (Transocean Interviewing Form for Stephen Bertone) at TRN-INV-00000301; TREX 4472 (Transocean Interviewing Form for Andrea Fleytas) at TRN-INV-00001472; TREX 4902 (5/16/10 Email regarding FW: Macondo KT); TREX 4957 (9/13/10 BOP Discussion) at TRN-INV-00975896; TREX 5629 (Transocean Interviewing Form for Chris Pleasant) at TRN-INV-00003886; TREX 5696 (2/6/10 Email regarding FW: Macondo KT and attaching Well Advisor spreadsheets); TREX 5764 (Transocean DWH Investigation, What were the Emergency Planning - Reaction to Rig Alarms) at TRN-INV-01027041; TREX 7116 (Transocean's Well Advisor program); TREX 7121 (Section 5 - Actions Upon Taking A Kick) at TRN-MDL-0086830–31; TREX 7490 (Halliburton Foam Jobs in GoM between Jan. 2005 to April 2010); TREX 01452 (Transocean's Field Operations Manual) at Section 3, 1.7 , TRN-HCEC-00011728–36; TREX 03421 (E-Mail from O. McWhorter to J. Kent) at TRN-MDL-00310821; TREX 03605 (Cameron Bulletin EB 891 D) at CAM_CIV_0003276; TREX 03784 (RMS II) at TRN-MDL-00077211; TREX 07693 (J. Van Lue Email) .

| Inference | Citation |
|---|---|
| Captain Curt Kutcha, the Master of the *Deepwater Horizon*, reported to Mr. Harrell unless the rig was underway or there was an emergency. | **Q. Isn't it true that aboard the DEEPWATER HORIZON in April 2010 when you were the offshore installation manager that the captain or master aboard the DEEPWATER HORIZON reported to you?**<br><br>A. I take the Fifth.<br><br>**Q. And isn't it true that aboard the DEEPWATER HORIZON in April 2010 following Transocean's business practice, that the master was the -- was in charge only when the rig was underway and/or moving to another location?**<br><br>A. I take the Fifth.  (52:17-53:5). |
| Transocean's drilling crew on the *Deepwater Horizon* reported to Mr. Harrell. | **Q. It's true that the Transocean crew -- isn't it true, sir, that the Transocean crew, including the driller, the senior toolpusher, the toolpusher, the drillers and the assistant drillers reported to you, not to the BP wellsite leader?**<br><br>A. I take the Fifth.  (95:18-96:1). |
| Mr. Harrell was responsible for reviewing the temporary abandonment procedure. | **Q. Isn't it true that it was your responsibility as the overall person in charge aboard DEEPWATER HORIZON to double-check the temporary abandonment procedure placed by BP?**<br><br>A. I take the Fifth.  (73:17-23). |
| Mr. Harrell was responsible for reviewing the displacement procedure. | **Q. And isn't it true that it was your responsibility as OIM and an overall responsibility for the safety of the DEEPWATER HORIZON to double-check the displacement procedure?**<br><br>A. I take the Fifth.  (73:24-74:5). |
| Transocean was responsible for well control on the *Deepwater Horizon*. | **Q. Isn't it true that the OIM, the senior and tool -- the senior toolpusher, the toolpusher, the drillers, and the assistant drillers are always responsible for well control aboard the DEEPWATER HORIZON?**<br><br>A. I take the Fifth.   (78:14-20).<br><br>**Q. Isn't it true that Transocean was responsible for well control, including shutting in the well in the case of a kick?**<br><br>A. I take the Fifth.  (95:12-17). |

17

| Inference | Citation |
|---|---|
| Transocean was responsible for well control on the *Deepwater Horizon* on the night of April 20, 2010. | **Q. And that was true on April the 20th, sir, that the OIM, the toolpushers, the drillers, and the assistant drillers were the persons responsible for well control aboard the DEEPWATER HORIZON?**<br><br>A. I take the Fifth.  (78:21-79:3). |
| Transocean was responsible for constantly monitoring the well, identifying kicks, and shutting in the well in the case of a kick. | **Q. Isn't it true that Transocean was responsible for monitoring the well at all times?**<br><br>A. I take the Fifth.<br><br>**Q. Isn't it true that Transocean was responsible for identifying kicks?**<br><br>A. I take the Fifth.<br><br>**Q. Isn't it true that Transocean was responsible for well control, including shutting in the well in the case of a kick?**<br><br>A. I take the Fifth.  (95:2-17). |
| Even when a cement barrier is in place, Transocean's drilling crew is instructed to constantly monitor the well. | **Q. Isn't it true that even though a cement barrier appears to be in place, that your drill crew was instructed by you to carefully monitor or constantly monitor no matter what the number of barriers?**<br><br>A. I take the Fifth.  (81:19-82:1). |
| No matter how many centralizers are being used on the well, Transocean's responsibility remains the same – constantly monitor the well. | **Q. Isn't it true from your point of view and your years of experience as an OIM that as far as the drill crew is concerned, whether or not centralizers or the number of centralizers are used, that the driller's responsibility remains the same, to constantly monitor the well?**<br><br>A. I take the Fifth.<br><br>**Q. And that regardless of whether 5, 6, or 21 centralizers are used, the drill crew's responsibility is to constantly monitor the well.  Isn't that a fact?**<br><br>A. I take the Fifth.  (88:3-18). |

| Inference | Citation |
|---|---|
| The BP company men were not responsible for well control on the *Deepwater Horizon*. | **Q. And that Transocean policy is that well control is under the supervision of you and the drilling crew and not the BP company man?**<br><br>A. I take the Fifth.<br><br>**Q. And that in fact Transocean policy is that the BP company man cannot handle any Transocean equipment, whether it be -- whether it be drilling equipment or whether it be well control controls?**<br><br>A. I take the Fifth.  (54:15-55:3). |
| Transocean was in charge of the decision to divert to the mud gas separator rather than divert overboard. | **Q. And isn't it true that the OIM, the toolpushers, the drillers, the assistant drillers are in charge of any decision to divert overboard rather than through the mud gas separator?**<br><br>A. I take the Fifth.  (79:11-17). |
| If mud is coming out of the riser, Transocean should divert overboard rather than divert to the mud gas separator. | **Q. Isn't it true that when mud is coming out of the riser in a well control situation, that the decision should be made by the drill crew to divert overboard rather than to attempt to divert the flow through the mud gas separator?**<br><br>A. I take the Fifth.  (79:18-25). |
| As OIM, Mr. Harrell had previously completed foam cement jobs at depths of 17,000 to 18,000 feet. | **Q. You've done -- you, as OIM aboard DEEPWATER HORIZON, have done foam cement jobs at the depth of 17- or 18,000 feet a couple of times previously to this job in April 2010, true?**<br><br>A. I take the Fifth.  (81:2-7). |
| Mr. Harrell was aware that the Macondo Well cement design included nitrified cement. | **Q. You were aware that the cement design included a nitrified cement that was put into -- put into the wellbore on April the 19th, 2010?**<br><br>A. I take the Fifth.  (94:12-16). |
| As OIM, Mr. Harrell was satisfied that the cement design was safe. | **Q. You as OIM aboard the DEEPWATER HORIZON were satisfied that the cement design was safe?**<br><br>A. I take the Fifth.  (94:17-21). |

| Inference | Citation |
|---|---|
| Transocean knows how to perform negative pressure tests. | **Q. Okay. Isn't it true that you and your drilling crew knew how to perform negative pressure tests?**<br><br>A. I take the Fifth.<br><br>**Q. That conducting and evaluating negative pressure tests is a standard procedure in the drilling of wells at Transocean?**<br><br>A. I take the Fifth.  (61:2-12). |
| Transocean's rig crew on the *Deepwater Horizon* had its own procedure for conducting a negative pressure test. | **Q. Okay.  Isn't it true that on DEEPWATER HORIZON while drilling at Macondo 252 that the DEEPWATER HORIZON drill crew had itself a procedure for conducting a negative test?**<br><br>A. I take the Fifth.  (62:3-9). |
| If Mr. Harrell had any questions about the results of the negative pressure test, then he had the authority to stop the job. | **Q. Isn't it true that you and the drill crew under your supervision had the stop work authority allowed by Transocean if they had any questions about the results of either the positive or the negative tests?**<br><br>A. I take the Fifth.  (74:14-21). |
| If anyone on Transocean's drilling crew had a question about the results of the negative pressure test, then they had the authority to stop the job. | **Q. Isn't it true that you and the drill crew under your supervision had the stop work authority allowed by Transocean if they had any questions about the results of either the positive or the negative tests?**<br><br>A. I take the Fifth.  (74:14-21). |
| As the OIM, Mr. Harrell had to be satisfied with the negative pressure test. | **Q. Isn't it true that as a OIM and a person overall in charge aboard the DEEPWATER HORIZON that you and/or your senior drill crew needed to be satisfied with both the positive test and the negative test?**<br><br>A. I take the Fifth.  (74:6-13). |
| On April 20, 2010, Mr. Harrell considered the first negative test to be successful. | **Q. You considered the first negative test to have been a success, even though some barrel -- there were some barrels that came back?**<br><br>A. I take the Fifth.  (84:19-24). |

| Inference | Citation |
|---|---|
| BP's company man and Transocean's drilling crew conferred and interpreted the second negative pressure test on April 20, 2010. | **Q. Isn't it true that in the second negative pressure test, that both the BP company man and the toolpusher from Transocean as well as the driller and assistant driller conferred about whether or not the second negative pressure test had been a success?**<br><br>A. I take the Fifth.  (85:18-86:1).<br><br>**Q. Isn't it true that on April the 20th both the Transocean drill crew, including its senior toolpusher and driller and the BP company men, interpreted the negative pressure test?**<br><br>A. Take -- I take the Fifth.  (86:8-14). |
| Randy Ezell, Transocean's Senior Toolpusher, reported to Mr. Harrell that the second negative pressure test was successful. | **Q. And in fact it was the toolpusher, Randy Ezell, who reported to you that the second test had been successful, correct?**<br><br>A. I take the Fifth.  (86:2-7). |
| There was confusion on the *Deepwater Horizon* about who was the person in charge when the emergency started. | **Q. Isn't it true that after the explosion and certainly by the time you made your way to the bridge that there was confusion on the bridge?**<br><br>A. I take the Fifth.<br><br>**Q. And in fact that confusion included who was in charge?**<br><br>A. I take the Fifth.  (91:8-17). |
| There was confusion on the *Deepwater Horizon* about who had the authority to EDS when the emergency started. | **Q. . . . Isn't it true that following the explosion, that there was some discussion and disagreement aboard the DEEPWATER HORIZON as to who had the authority to activate the emergency disconnect system?**<br><br>A. I take the Fifth.  (38:24-39:6). |
| Chris Pleasant, Transocean's Subsea Supervisor, waited until OIM Harrell arrived on the bridge to EDS. | **Q. Isn't it true that Chris Pleasant waited until you got to the bridge to perform the EDS?**<br><br>A. I take the Fifth.  (70:3-6). |
| The Transocean rig crew on the *Deepwater Horizon* had not been drilled on EDSing. | **Q. Isn't it true that you did not drill the crew in EDS sequencing?**<br><br>A. I take the Fifth.  (71:1-5). |

| Inference | Citation |
|---|---|
| On the night of April 20, 2010, the EDS failed to activate on the *Deepwater Horizon*. | **Q. Isn't it true that both the emergency disconnect system and the automatic mode function failed to operate on the night of April 20, 2010?**<br><br>A. I take the Fifth.  (40:16-20). |
| On the night of April 20, 2010, Mr. Harrell did not feel any pressure from BP to speed up the well. | **Q. Isn't it true, sir, that you felt that as OIM aboard DEEPWATER HORIZON on the evening of April the 20th, you no -- you felt no pressure to hurry from BP?**<br><br>A. I take the Fifth.  (75:23-76:4). |
| Transocean did not replace the control pod batteries in accordance with manufacturer recommendations. | **Q. Isn't it true that the control pod batteries on the BOP had  not been replaced as the manufacturer recommended?**<br><br>A. I take the Fifth.  (71:18-23). |
| Transocean's subsea engineers were responsible for the maintenance and inspection of the BOP. | **Q. Who was responsible for inspecting the BOP?**<br><br>A. I take the Fifth.<br><br>**Q. That would be Transocean through subsea engineers, would it not?**<br><br>A. I take the Fifth.  (144:8-14). |
| From attending daily morning conference calls with the BP's onshore team and other members of Transocean's rig crew, Mr. Harrell received detailed operational and engineering information about the Macondo Well. | **Q. Isn't it true that you attended daily morning conference calls with the onshore BP team?**<br><br>A. I take the Fifth.<br><br>**Q. Isn't it true that other members of your Transocean crew aboard the DEEPWATER HORIZON also attended those calls?**<br><br>A. I take the Fifth.<br><br>**Q. Isn't it true that those morning calls contained detailed operational and engineering information relating to the MC 252 well?**<br><br>A. I take the Fifth.  (93:18-94:6). |
| As the OIM, Mr. Harrell received the APDs that BP submitted to the MMS for the *Deepwater Horizon*. | **Q. Isn't it true that you as OIM aboard the DEEPWATER HORIZON received APDs that BP was submitting to the MMS?**<br><br>A. I take the Fifth.  (94:7-11). |

22

| Inference | Citation |
|---|---|
| Transocean's Well Advisor program provided a checklist of needed safety procedures prior to starting a drilling operation, including checking pore pressure, fracture gradient, ram configuration, emergency disconnect sequences, well control methods, diverting procedures and the bridging document. | **Q. And that the Well Advisor was intended by Transocean management to be used by the OIM about to engage in a drilling job in order to provide a checklist of needed safety procedures prior to embarking on that job?**<br><br>A. I take the Fifth.  (56:3-10; *see also* 57:2-60:7). |
| Prior to the Macondo Well, Mr. Harrell did not use the Well Advisor program to evaluate the safety issues at the well. | **Q. Isn't it true that for the Macondo 252 well drilling operation that neither you nor your counterpart OIM for the DEEPWATER HORIZON used the Well Advisor program in order to evaluate safety issues for the Macondo 252 well?**<br><br>A. I take the Fifth.  (56:11-19). |
| Prior to the Macondo Well, Mr. Harrell did not engage in any peer review of BP's drilling plan for the well. | **Q. Isn't it true that due to the failure to complete a Well Advisor program for Macondo 252 that you failed to engage in any peer review or double-check of the BP drilling plan?**<br><br>A. I take the Fifth.  (56:20-57:1). |
| Prior to April 20, 2010, Mr. Harrell did not receive the advisories for the Sedco 711 well control incident that occurred in the North Sea on December 20, 2009. | **Q. Next we're going to turn to a couple of advisories issued by Transocean during 2010.  The first exhibit has been labeled as Exhibit 926, and it's entitled: Loss of well control during upper completion.  And it's dated 14 April 2010.  And the second exhibit I'm going to show you is Exhibit 1523, which is entitled: Monitoring well control integrity of mechanical barriers. And it's dated April 5, 2010.  And here's my question, Mr. Harrell.  Isn't it true that you as OIM aboard the DEEPWATER HORIZON in April 2010 never received any of those advisories?**<br><br>A. I take the Fifth.  (50:12-51:2). |
| Prior to April 20, 2010, Mr. Harrell was not told to review the advisories for the Sedco 711 event. | **Q. And isn't it true, sir, that as OIM aboard the DEEPWATER HORIZON in April 2010, you were never told by your superiors to review advisories such as the exhibits I've just shown you on the Transocean EDOC system?**<br><br>A. I take the Fifth.  (51:3-10). |

| Inference | Citation |
|---|---|
| Prior to April 20, 2010, Transocean's drilling crew did not learn about the Sedco 711 incident. | **Q. Isn't it true that as a result, your drill crew was never informed about the lessons learned from the well control incident that occurred aboard the Transocean rig called SEDCO 711 that occurred December 20, 2009?**<br><br>A. I take the Fifth.  (51:11-20). |

### 3.    Captain Curt Kuchta

Mr. Kuchta was Transocean's Master on the *Deepwater Horizon* on April 20, 2010.  He was ultimately responsible for the safety of the crew and the ship during the blowout.  BP seeks the following inferences against Transocean based on Mr. Kuchta's invocation of the Fifth Amendment at trial:[6]

| Inference | Citation |
|---|---|
| As the Master of the *Deepwater Horizon*, Captain Kuchta is ultimately responsible for the safety of the rig crew. | **Q. Isn't it true that as captain of the Deepwater Horizon, you are ultimately responsible for the safety of your crew?**<br><br>A. Same answer.  (78:6-10). |
| As the Master, Captain Kuchta is ultimately responsible for the safety of the *Deepwater Horizon*. | **Q. Isn't it true that the captain is ultimately responsible for the safety of his ship under his command?**<br><br>A. Same answer.  (76:22-77:1). |
| Although Capt. Kuchta was responsible for the safety of the crew and the *Deepwater Horizon*, he did not receive any training in the International Safety Management ("ISM") code. | **Q. Isn't it true that your training record, Exhibit 3747, shows no training in the ISM code?**<br><br>A. Same answer.  (66:19-22). |

---

[6] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Kuchta's invocations of the Fifth Amendment includes: TREX 0939 (Transocean ISM/ISPS MODU Handbook) at TRN-MDL-00033226; TREX 0942 (Master - Career Center); TREX 3747 (Transocean Training History List Profile) at TRN-USCG_MMS-00023988–91; TREX 3755 (Operations Manual - Deepwater Horizon, 2. Organization and Responsibilities) at BP-HZN-MBI00011579–80; TREX 4365 (Transocean Interviewing Form for Stephen Bertone) at TRN-INV-00000301; TREX 4472 (Transocean Interviewing Form for Andrea Fleytas) at TRN-INV-00001469; TREX 4957 (9/13/10 BOP Discussion) at TRN-INV-00975896; TREX 5629 (Transocean Interviewing Form for Chris Pleasant) at TRN-INV-00003878-86; TREX 5764 (Transocean DWH Investigation, What were the Emergency Planning - Reaction to Rig Alarms) at TRN-INV-01027041.

| Inference | Citation |
|---|---|
| Although other drilling vessels operated by other drilling contractors have the Offshore Installation Manager ("OIM") and Master as one position, Transocean decided to have the OIM and the Master as separate positions on the *Deepwater Horizon*. | **Q. Isn't it true that your employer, Transocean, chose to have the OIM and Master as separate positions on board the Deepwater Horizon?**<br><br>A. Same answer.<br><br>**Q. Isn't it true, sir, that after -- that in your experience, other drilling contractors drilling offshore have the OIM and Master as the same person?**<br><br>A. Same answer.<br><br>**Q. In other words, on other drilling vessels operated by other drilling contractors, the OIM and Master are a combined position?**<br><br>A. Same answer.  (63:11-25). |
| Under the Transocean dual command structure, the OIM is in charge while the rig is on station and attached to the well, while the Master is in charge when the rig is moving from Point A to Point B during an emergency. | **Q. . . . Isn't it true, sir, that on Deepwater Horizon, the Transocean dual command system required that the captain was the person in charge when the Deepwater Horizon was moving from Point A to Point B?**<br><br>A. Same answer.<br><br>**Q. And isn't it true that that same organizational structure imposed by Transocean required that the OIM be the person in charge when the vessel was latched on in a drilling operation?**<br><br>A. Same answer.  (84:19-85:5). |
| This dual command structure led to confusion on the *Deepwater Horizon* about who was the person in charge when the emergency started on the night of April 20, 2010. | **Q. Isn't it true that the Transocean imposed dual command structure led to confusion on the bridge on the night of April 20, 2010?**<br><br>A. Same answer.  (64:1-6).<br><br>**Q. And isn't it true that on the night of April 20, 2010, some people aboard the Deepwater Horizon believe that the captain took command in an emergency situation?**<br><br>A. Same answer.<br><br>**Q. And isn't it true that on the night of April the 20th, some crew members believed that unless the vessel unlatched, the OIM remained the person in charge?**<br><br>A. Same answer.  (85:6-20). |

| Inference | Citation |
|---|---|
| This confusion caused a delay in activating the emergency disconnect system ("EDS"). | **Q. Isn't it true that confusion over command caused a delay in the response on the bridge of the Deepwater Horizon?**<br><br>A. Same answer.  (64:15-20).<br><br>**Q. You did not initially order anyone to activate the emergency disconnect system, or EDS, did you?**<br><br>A. Same answer.<br><br>**Q. You did not issue the order to activate the EDS until 2156; is that correct?**<br><br>A. Same answer.<br><br>**Q. And you did not issue the order to activate the EDS until the OIM came onto the bridge; is that correct?**<br><br>A. Same answer.<br><br>**Q. And that was only after you were asked by several individuals whether they should activate the EDS; is that correct?**<br><br>A. Same answer.<br><br>**Q. And that was only after Chris Pleasant had actually tried to activate the EDS; isn't that correct?**<br><br>A. Same answer.  (58:1-23). |
| Chris Pleasant, Transocean's Subsea Supervisor, attempted to EDS, but Capt. Kuchta told him to "calm down" and not to EDS. | **Q. Isn't it true that you told Chris Pleasant to, quote, calm down.  We're not EDSing, question mark, end quote?**<br><br>A. Same answer.  (63:4-7; *see also* 78:18-21). |
| The command to EDS occurred after OIM Jimmy Harrell arrived on the bridge and gave his permission to EDS. | **Q. Isn't it true that the command to EDS occurred only after Jimmy Harrell, the OIM, arrived on the bridge?**<br><br>A. Same answer.  (62:17-63:3). |
| When Transocean finally attempted to activate the EDS, it failed to disconnect the rig from the well. | **Q. Isn't it true that the EDS failed to dis- -- disconnect the LMRP from the lower BOP stack?**<br><br>A. Same answer.  (75:8-11). |

| Inference | Citation |
|---|---|
| Capt. Kuchta did not receive any EDS training from Transocean. | **Q. Isn't it true that Transocean never trained you to perform EDS?**<br><br>A. Same answer.  (78:25-79:2). |

4.    Caleb Holloway

Mr. Halloway was a Transocean floorhand on the *Deepwater Horizon* on tour during the April 20, 2010 incident.   As a floorhand, Holloway worked as directed by the drillers and assistant drillers.    BP seeks the following inferences against Transocean based on Mr. Halloway's invocation of the Fifth Amendment at trial:[7]

| Inference | Citation |
|---|---|
| During the events leading up to the explosions on April 20, 2010, no one in Transocean's drilling crew alerted Mr. Holloway that there was a well control event. | **Q. . . . During the events that -- that ended up or culminated in an explosion or explosions, did anybody in the drill crew alert you that there was a well control situation?**<br><br>A. I'll plead the Fifth.  (116:7-22). |
| Transocean's procedures in its Well Control Handbook and Emergency Response Manual were not followed by Transocean's drilling crew in the 45 minutes before the explosions. | **Q. Were the procedures in the Transocean Well Control Manual followed by the drill crew during the evening of April 20th, 2010, in the 45 minutes prior to the explosion?**<br><br>A. I would like to plead the Fifth.<br><br>**Q. Were the procedures set forth in Transocean's Emergency Response Manual, Section 7, Well Control, Shallow Gas Blowout, followed by any of the people on the drill crew at that time?**<br><br>A. I would like to plead the Fifth.  (118:16-119:4). |

---

[7] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Holloway's invocations of the Fifth Amendment includes: TREX 1724 (5/27/10 Statement of Douglas Harold Brown before the House Judiciary Committee) at 3; TREX 2620 (Transocean Interview with Caleb Holloway) at TRN-MDL-00490859–60; TREX 2622 (USCG Statement of Caleb Holloway); and TREX 4960 (Transocean Interviewing Form for Randy Ezell) at TRN-INV-00001426.

| Inference | Citation |
|---|---|
| On the night of April 20, 2010, Transocean's drilling crew diverted to the mud gas separator instead of diverting the flow overboard. | **Q. Now, I'm back to the night of April the 20th. Did you know that evening that someone in the drill crew diverted the flow to the poor boy degasser rather than diverted it to the overboard lines?**<br><br>A. I would like to plead the Fifth. (123:19-25). |
| Mr. Holloway heard the *Deepwater Horizon*'s engine rev up before the explosions. | **Q. . . . When -- When you were at the location where you were before the explosion occurred, do I understand correctly that you heard the engines -- the big diesel engines on Deepwater Horizon revving up?**<br><br>A. I plead the Fifth. (130:24-131:4). |
| On the night of April 20, 2010, Mr. Holloway did not hear the general alarm during the incident or anyone announce that a well control situation was in progress. | **Q. Is it true, Mr. Holloway, that you did not hear a general alarm being sounded that evening?**<br><br>A. Plead the Fifth.<br><br>**Q. That evening did you hear over your radio or over the loud speakers or verbally from one of your superiors that a phase I or phase II or phase III well control situation was in progress?**<br><br>A. I plead the Fifth. (131:5-14). |

    5.    Stephen Bertone

    Mr. Bertone was Transocean's Chief Engineer/Maintenance Supervisor on the *Deepwater Horizon* on April 20, 2010. Bertone's responsibilities included supervising and controlling the maintenance and repairs of equipment on the *Deepwater Horizon*, including the safety devices and subsea equipment such as the yellow and blue pods and solenoid valves. BP seeks the following inferences against Transocean based on Mr. Bertone's invocation of the Fifth Amendment at trial:[8]

---

[8] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Bertone's invocations of the Fifth Amendment includes: TREX 0929, at TRN-HCEC-00090584; TREX 1724 (5/27/10 Statement of Douglas Harold Brown before the House Judiciary Committee) at 2-3; TREX 3342 (Transocean Maintenance Procedures); TREX 3405 (Deepwater Horizon Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period, September 2009) at TRN-MDL-00478601; TREX 3417 (4/18/10 Deepwater Horizon Rig Hardware Assessment Report) at MODUSI019008338; TREX 4361 (4/21/10 USCG Statement of Stephen Bertone); TREX 4363 (Maintenance Supervisor-Career Center); TREX 4365 (Transocean Interviewing Form for Stephen

| Inference | Citation |
|---|---|
| As Maintenance Supervisor, Mr. Bertone was responsible for supervising and controlling the maintenance and repair of equipment on the *Deepwater Horizon*. | **Q. Now, your responsibility is maintenance supervisor was to supervise and control the maintenance and repair of equipment on the Deepwater Horizon; is that correct?**<br><br>A. Same answer.  (40:22-41:2). |
| As Maintenance Supervisor, Mr. Bertone was responsible for planning, execution, and accurate recording of the maintenance in accordance with Transocean's maintenance management system. | **Q. And if you'll turn over to Page 5330, four pages over, under Section 2 this indicates that as maintenance supervisor you were responsible for the planning, execution, and accurate recording of the maintenance in accordance with the maintenance management system, correct?**<br><br>A. Same answer.  (42:11-19). |
| Transocean knew that maintenance and repair of equipment was important to assure that Transocean's rig crew could monitor for well control events, close in the well during an influx of hydrocarbons, and prevent a fire and explosion on the rig. | **Q. Now, TO understood and you understood in April of 2010 that maintenance and repair of equipment was important to assure that the Transocean crew could monitor for well control events, close in the well during an influx of hydrocarbon, and prevent a fire and explosion on the rig; correct?**<br><br>A. Same answer.  (43:4-12). |
| As Maintenance Supervisor, Mr. Bertone was responsible for ensuring that Transocean's rig crew members were familiar with the equipment, were properly monitored, and had successfully completed required training. | **Q. And it gives specific duties and responsibilities to the maintenance supervisor to make sure that the personnel is familiar with the equipment, that the personnel is properly monitored, and that the personnel has successfully completed company required training, correct?**<br><br>A. Same answer.<br><br>**Q. And as maintenance supervisor those responsibilities would have fallen to you, correct?**<br><br>A. Same answer.  (45:21-46:9). |

Bertone) at TRN-INV-00000301; TREX 4472 (Transocean Interviewing Form for Andrea Fleytas) at TRN-INV-00001469; TREX 4957 (9/13/10 BOP Discussion) at TRN-INV-00975896; TREX 5297 (10/30/09 Email from S. Bertone re: Rig Down Time) at TRN-INV-00695743; TREX 5618 (10/30/09 Email from P. Johnson re: Rig Down Time) at TRN-INV-00704639–42; TREX 00940 (Make the Right Move); TREX 01164 (DNV Phase 1 Final Report) at 39; TREX 01356A (Drilling Contract); TREX 03605 (Cameron Bulletin EB 891 D, CAM_CIV_0003276); TREX 47606 (Transocean - Our Company).

| Inference | Citation |
|---|---|
| It was Transocean's responsibility to make sure that its rig crewmembers on the *Deepwater Horizon* were competent and able to repair and maintain equipment. | **Q. And the obligation to train the employees on the Transocean rig, the obligation to make sure they were competent and able to repair and maintain equipment, that responsibility fell exclusively to Transocean, true?**<br><br>A. Same answer.  (46:10-17). |
| Transocean failed to maintain a sufficient amount of manpower to maintain and repair the *Deepwater Horizon*. | **Q. Now, Transocean controlled the number of competent people assigned to perform, repair and maintenance on the Deepwater Horizon, is that correct?**<br><br>A. Same answer.<br><br>**Q. And you would agree that to properly maintain the safety critical equipment on the Deepwater Horizon there were a certain number of qualified people that would be necessary to carry out that task, correct?**<br><br>A. Same answer.<br><br>**Q. And Transocean knew and you knew before April 20th, 2010 that there were not -- there were not enough maintenance and repair personnel to carry out these safety critical responsibilities, correct?**<br><br>A. Same answer.<br><br>**Q. And Transocean had insufficient manpower on the Deepwater Horizon on April 2010 to carry out these safety critical repair and maintenance functions, correct?**<br><br>A. Same answer.  (47:21-48:25). |
| Mr. Bertone discussed with other Transocean rig crew members that there was insufficient manpower to perform maintenance and repair on the *Deepwater Horizon*. | **Q. In fact, you had conversations with employees that worked for you about this insufficient manpower problem, correct?**<br><br>A. Same answer.<br><br>**Q. You had a discussion with Brent Mansfield who expressed to you his concern that there were not enough manpower, there was insufficient personnel to perform maintenance and repair on the Deepwater Horizon, correct?**<br><br>A. Same answer.  (49:1-14). |

| Inference | Citation |
|---|---|
| Transocean forced Mr. Bertone to prioritize the corrective maintenance items, which led to significant delays in repairing equipment or some equipment not getting repaired at all. | **Q. And instead of addressing this problem with additional competent workers, Transocean forced you to prioritize corrective maintenance and repairs, correct?**<br><br>A. Same answer.<br><br>**Q. And by forcing you to prioritize repair and maintenance, some things were delayed in being repaired and some things simply did not get repaired; is that correct?**<br><br>A. Same answer.  (50:22-51:10). |
| In April 2010, Transocean relied on the rig management system ("RMS") to record maintenance activities and to prompt the crew when maintenance and repair was due. | **Q. And Transocean relies and did rely in April of 2010 on the RMS system to both record maintenance activities and to prompt the crew when maintenance and repair was due, correct?**<br><br>A. Same answer.  (52:20-53:1). |
| Transocean experienced significant problems with the RMS system. | **Q. And Transocean experienced significant problems with the system; is that correct?**<br><br>A. Same answer.<br><br>**Q. And these problems included the fact that not all maintenance and repairs were being entered into the system, right?**<br><br>A. Same answer.<br><br>**Q. And some of Transocean's employees reported work as having been completed when, in fact, the work had not been completed, correct?**<br><br>A. Same answer.<br><br>**Q. And some tasks were simply lost during the conversion; is that correct?**<br><br>A. Same answer.  (53:10-54:5). |

| Inference | Citation |
|---|---|
| As Maintenance Supervisor, Mr. Bertone was responsible for implementing the follow-up requirements to audits as issued by clients, regulatory authorities, or rig management. | **Q. Now, if you'll turn back to tab 1 in your notebook, which is -- again, is Exhibit 4363.  Exhibit 4363 describes one of your duties as the Transocean maintenance supervisor to implement the follow-up requirements to audits as issued by clients, regulatory authorities, or rig management; is that correct?**<br><br>A. Same answer.  (56:16-57:1). |
| It was Transocean's sole responsibility to address the deficiencies noted in the audits of the *Deepwater Horizon*. | **Q. All right.  And Transocean and you as maintenance supervisor have the sole responsibility for addressing maintenance and repair issues identified during these audits, correct?**<br><br>A. Same answer.  (57:2-8). |
| Mr. Bertone was responsible for maintaining and repairing the safety devices on the *Deepwater Horizon* engines. | **Q. Now, you were asked a few questions about the engine and the overspeed devices and so I'll not repeat that, but the engine itself was within your realm of responsibility as it relates to maintenance and repair, correct?**<br><br>A. Same answer.<br><br>**Q. And that would include the safety devices on the engine, such as the overspeed device, correct?**<br><br>A. Same answer.  (65:6-16). |
| Transocean's subsea team was responsible for the maintenance of the solenoids in the control pods. | **Q. And the solenoids would fall under the responsibility of the subsea team, correct?**<br><br>A. Same answer.  (67:21-24). |
| Transocean's subsea team was responsible for replacing the batteries in the control pods. | **Q. And the subsea team would have had responsible for replacing the batteries in both the blue and the yellow pod, correct?**<br><br>A. Same answer.  (66:5-10). |
| To function properly, the AMF/ Deadman system requires either the yellow or blue control pod batteries to have sufficient charge. | **Q. And you understand that the deadman system could not activate the blind shear rams unless the batteries in either the yellow or blue pod had sufficient charge to allow the hydraulics to operate correctly, correct?**<br><br>A. Same answer.  (66:17-24). |

| Inference | Citation |
|-----------|----------|
| Transocean is unable to provide any evidence that the batteries in the blue pod were replaced according to the manufacturer's recommendations. | **Q. And you and TO were unable to provide any evidence that the batteries in the blue or yellow pod were replaced, as required by the manufacturer, correct?**<br><br>A. Same answer.  (66:25-67:4). |
| The engines on the *Deepwater Horizon* were equipped with overspeed devices, which were designed to shut down the fuel to the engines when it increases to an unsafe speed. | **Q. Are you familiar with the overspeed devices on the engines that are designed to shut down fuel to the engine when it -- when it increases to an unsafe speed?**<br><br>A. Same answer.<br><br>**Q. The overspeed device that shuts down fuel to the engine in the event of overspeed not only shuts down the engine, but gives an alarm and trips the feeder breaker from the generator; is that correct?**<br><br>A. Same answer.  (31:25-32:14). |
| The engines on the *Deepwater Horizon* were equipped with rig savers, which were designed to shut off ventilation to the engine in order to prevent an ignition source. | **Q. A rig saver is a safety device that shuts off ventilation of air into the engine and thus a potential ignition source; is that correct?**<br><br>A. Same answer.  (33:5-10). |
| On the night of April 20, 2010, the overspeed devices and rig savers failed on the *Deepwater Horizon*. | **Q. Isn't it true that the overspeed safety devices failed on April 20th, 2010?**<br><br>A. Same answer.  (32:21-25).<br><br>**Q. All right. Isn't it true that the rig savers on the engines that were running that night also failed?**<br><br>A. Same answer.  (33:11-15). |
| On the night of April 20, 2010, the engines on the *Deepwater Horizon* over-sped to the point of explosion. | **Q. Isn't it true that at the time of the explosion the engines that were running were increasing in speed up until the point of the explosion?**<br><br>A. Same answer.  (32:15-19). |

| Inference | Citation |
|---|---|
| On the night of April 20, 2010, there was significant delay in activating the emergency disconnect system ("EDS"). | **Q. Now, you were asked a few questions about your Coast Guard statement.  I want to talk to you a little bit about the emerg -- emergency disconnect system.  Would you agree with me that there was a significant delay on the part of the Transocean crew in activating the emergency disconnect system on April 20th, 2010?**<br><br>A. Same answer.  (60:20-61:3).<br><br>**Q. And during this entire period of time from when hydrocarbons were noted to be on the rig floor, through the first explosion, the second explosion, making your way to the bridge, and ultimately getting permission to activate the EDS system there was a significant delay in activating this safety critical measure, correct?**<br><br>A. Same answer.  (63:17-64:2). |

| Inference | Citation |
|---|---|
| Transocean's rig crew members did not activate the EDS until after they obtained permission from OIM Jimmy Harrell to EDS. | **Q. And then you got dressed and made your way toward the rig, ridge -- toward the bridge; is that correct?**<br><br>A. Same answer.<br><br>**Q. And when you got to the bridge you saw Chris Pleasant standing at the BOP panel, correct?**<br><br>A. Same answer.<br><br>**Q. And you asked Chris whether he had activated the EDS system, right?**<br><br>A. Same answer.<br><br>**Q. And he said he had not, correct?**<br><br>A. Same answer.<br><br>**Q. He said he needed permission to active the EDS system, correct?**<br><br>A. Same answer.  (62:1-21).<br><br>**Q. You then found Jimmy Harrell and obtained permission to active the EDS, correct?**<br><br>A. Same answer.<br><br>**Q. You then told Chris Pleasant to activate the EDS, correct?**<br><br>A. Same answer.  (63:8-16). |
| On the night of April 20, 2010, the EDS failed to activate. | **Q. Isn't it true that the emergency shutdown system also failed on the night of April 20th?**<br><br>A. Same answer.  (33:25-34:4). |

| Inference | Citation |
|-----------|----------|
| As the world's largest offshore drilling contractor, Transocean represents itself as the deepwater drilling expert. | **Q. Did you now that Transocean represents itself as being the deepwater drilling expert?**<br><br>A. Same answer.<br><br>**Q. You understand that Transocean represents itself as being the world's largest offshore drilling contractor, correct?**<br><br>A. Same answer.  (64:7-16). |
| Transocean represents that it offers the most comprehensive turnkey drilling service in the world. | **Q. And you understand that Transocean represents that it offers the most comprehensive turnkey drilling service in the world, correct?**<br><br>A. Same answer.  (64:18-23). |
| Transocean understood that BP was relying on Transocean's expertise in drilling the Macondo Well. | **Q. And you and Transocean understood that BP was relying on that expertise in drilling the Macondo well and recognizing hydrocarbon gas in the wellbore and closing in the well, correct?**<br><br>A. Same answer.  (64:24-65:5). |

6.     Allen Seraile

Mr. Seraile was a Transocean's Assistant Driller on the *Deepwater Horizon* on April 20, 2010.  He was responsible for operating and monitoring all the drilling systems and equipment and assisting the drill crew with their activities.  BP seeks the following inferences against Transocean based on Mr. Seraile's invocation of the Fifth Amendment at trial:[9]

---

[9] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Seraile's invocations of the Fifth Amendment includes: TREX 0571 (4/18/10 Safety Drill Report) at BP-HZN-MBI00167544-46; TREX 0596 (Transocean's Well Control Handbook) at BP-HZN-2179MDL00330785; TREX 671 (Transocean Deepwater Horizon Operations Manual, Vol. 1 of 2, § 10, p. 10.24) at BP-HZN-2179MDL00142394; TREX 1452 (Transocean's Field Operations Handbook) at TRN-HCED-00011650; TREX 1453 (Transocean's Emergency Response Manual) at TRN-MDL-00048232; TREX 1523 (Transocean Well Operations Group Advisory, Monitoring Well Control Integrity of Mechanical Barriers) at TRN-MDL-00273270; TREX 2872 (4/26/10 Email attaching report from Bandolino) at TRN-MDL-01290991; TREX 3465 (1/28/10 Daily Drilling Report of MC 727 #2) at TRN-MDL-00600990–95; TREX 3466 (2/28/10 Email from DWH, AsstDriller to DWH, Toolpusher attaching negative test while displacing) at TRN-MDL-01323431–32; TREX 3800 (Transocean Interviewing Form for Jimmy Harrell) at TRN-INV-00001874; TREX 3808 (Transocean Investigation Report) at Ch. 3.3, Drill Floor Activities; TREX 0596 (Transocean's Well Control Handbook) at BP-HZN-2179MDL0033097; TREX 4640 (DWH TSTP for Negative flow test using choke and kill lines) at TRN-MDL-01445569–70; TREX 4804 (Training Certificates) at TRN-MDL-0034546; TREX 4805 (2/6/10 Email from DWH, AsstDriller to DWH, Toolpusher

| Inference | Citation |
|---|---|
| As the Assistant Driller, Mr. Seraile was responsible for operating and monitoring the drilling systems and equipment and assisting Transocean's drilling crew with their activities. | **Q. . . . As an assistant driller, your basic function is to operate and monitor all drilling systems and equipment and to assist in drill crew work activities, correct?**<br><br>A. Same answer.  (102:1-5). |
| As the Assistant Driller, Mr. Seraile was responsible for continuously monitoring the well. | **Q. As an assistant driller, one of your responsibilities was to continuously monitor the well?**<br><br>A. Same answer.  (102:6-9). |
| As the Assistant Driller, Mr. Seraile was responsible for detecting and recognizing kick indicators, and shutting in the well as quickly as possible if a kick is indicated or suspected. | **Q. As an assistant driller, one of your responsibilities was to continuously monitor the well?**<br><br>A. Same answer.<br><br>**Q. And you were responsible for being able to detect and recognize the signs of a kick or blowout before it turned into an emergency situation?**<br><br>A. Same answer.<br><br>**Q. You were to assist the driller in monitoring the high tech and Sperry-Sun drilling data?**<br><br>A. Same answer.<br><br>**Q. And you were responsible for recognizing and controlling well conditions?**<br><br>A. Same answer.  (102:6-103:9). |
| As the Assistant Driller, Mr. Seraile knew that it was important to monitor and record pit volume totals during drilling operations. | **Q. You would agree with me that it's important to monitor and record pit volume totals during a drilling operation, correct?**<br><br>A. Same answer.<br><br>**Q. And part of you job as assistant driller is to record all the pit volume totals, correct?**<br><br>A. Same answer.  (101:1-7). |

attaching Well Advisor informational spreadsheet) at TRN-MDL-01577596–666; TREX 4806 (2/26/10 Email string among M-I Swaco and DWH, AsstDriller attaching BP Horizon mud report) at TRN-MDL-01577370–74; TREX 4942 (Transocean's Health and Safety Policies and Procedures Manual) at BP-HZN-2179MDL00132222–23; TREX 4954 (Transocean Interviewing Form for Sarah Kathleen Williams) at TRN-INV-00005100; TREX 5286 (5/6/05 Handover Notes) at TRN-MDL-01587344.

| Inference | Citation |
|---|---|
| As the Assistant Driller, Mr. Seraile knew that there was never a time that he could pay less attention to monitoring the well. | **Q. . . . As an assistant driller, you would agree that there is never a time that you can pay less attention to monitoring the well?**<br><br>A. Same answer.  (104:8-11). |
| As the Assistant Driller, Mr. Seraile knew that he had to carefully monitor the well during all stages of operations. | **Q. You have to monitor the well carefully during all stages of the operations?**<br><br>A. Same answer.<br><br>**Q. And you have to monitor carefully during each and every operation?**<br><br>A. Same answer.  (104:12-17). |
| As the Assistant Driller, Mr. Seraile knew, before April 20, 2010, that kicks could occur while cementing and that wells had been lost due to improperly designed cement slurries and spacers. | **Q. Prior to April 20th, 2010, you were personally aware that kicks can occur while cementing as a result of reducing the hydrostatic pressure during the operation, correct?**<br><br>A. Same answer.<br><br>**Q. And prior to April 20th, 2010, you were personally aware that wells had been lost due to improperly designed cement slurries and spacers?**<br><br>A. Same answer.  (99:24-100:7). |
| As the Assistant Driller, Mr. Seraile understood the importance of monitoring the well carefully during and after cementing operations. | **Q. Because of this knowledge, you knew it was important to monitor the well carefully during the cement operations to watch for a kick?**<br><br>A. Same answer.<br><br>**Q. And you also knew that it was important to monitor the well carefully after cement operations to watch for a kick?**<br><br>A. Same answer.  (100:18-25). |

| Inference | Citation |
|---|---|
| In well control training, Mr. Seraile learned of the importance of monitoring the well at all times, responding to kick indications in a timely manner, and minimizing the influx of any hydrocarbons in the well. | **Q. Now, as part of that training for the IADC well control accreditation program, you were taught the importance of monitoring the well at all times; is that correct?**<br><br>A. Same answer.<br><br>**Q. And you were taught the importance of responding to kick indicators in a timely fashion?**<br><br>A. Same answer.<br><br>**Q. You were taught that you want to minimize the influx of any hydrocarbons in the well?**<br><br>A. Same answer.  (92:22-93:8). |
| In well control training, Mr. Seraile learned that the consequences of not responding in a timely fashion are blowout, pollution, fire and loss of life. | **Q. And you were taught that the consequences of not responding in a timely fashion include the kick can become a blowout?**<br><br>A. Same answer.<br><br>**Q. There can be pollution?**<br><br>A. Same answer.<br><br>**Q. There is potential for fire?**<br><br>A. Same answer.<br><br>**Q. And there is the potential for loss of life?**<br><br>A. Same answer.  (93:9-19). |
| During a well control event, Mr. Seraile knew that he should divert overboard rather than divert to the mud gas separator ("MGS") because volumes during a well control event can quickly overwhelm the MGS. | **Q. It taught during -- during your IADC well control accreditation program, you were taught during a well control event you should divert overboard, not to the mud gas separator, correct?**<br><br>A. Same answer.<br><br>**Q. And that's because volumes during a well control event can overwhelm the mud gas separator, correct?**<br><br>A. Same answer.  (94:2-10). |

| Inference | Citation |
|---|---|
| Aboard the *Deepwater Horizon*, Mr. Seraile participated in well control safety drills, where Transocean emphasized that the immediate priority is to shut in the well. | **Q. And again, if you look under the comments, starting with the second sentence, it indicates: Discussed well control responsibilities with each crew member. The next sentence: Discussed the procedures for shutting in on casing. And then the next sentence: The immediate priority is to shut in the well. Do you recall discussing those statements during your safety drill on April 18th, 2010, in which you participated?**<br><br>A. Same answer. (99:12-23). |
| Through daily plans, pretour meetings, mud reports, the Well Advisor program and riser run reports, Mr. Seraile received the necessary information to complete his job duties on the *Deepwater Horizon*. | **Q. Mr. Seraile, you had -- you had sufficient information from the pretour meetings, the daily plans, the mud reports, the Well Advisor and the riser run information to adequately and properly perform your job duties as an assistant driller on board the Transocean DEEPWATER HORIZON while at the Macondo well, correct?**<br><br>A. Same answer. (122:1-9). |
| If Mr. Seraile had any problems or needed further information to complete his job duties, he would have asked the appropriate Transocean individuals before proceeding. | **Q. And if there was information that you needed to complete your job and conduct those tasks, you would ask the appropriate individuals before proceeding, correct?**<br><br>A. Same answer. (122:10-14). |
| Mr. Seraile did not believe that any operations on the *Deepwater Horizon* on April 20, 2010 interfered with his ability to monitor the well. | **Q. And you did not conclude that operations on April 20, 2010, interfered with your ability to monitor the well, did you?**<br><br>A. Same answer. (104:23-105:1). |
| Mr. Seraile was not told by anyone that the operations on the *Deepwater Horizon* on April 20, 2010 interfered with the drilling crew's ability to monitor the well. | **Q. And you were not told by anyone else that operations on April 20, 2010, interfered with your ability to monitor the well?**<br><br>A. Same answer. (105:2-5). |

| Inference | Citation |
|---|---|
| Prior to the Macondo Well, Mr. Seraile had been involved in negative pressure tests, including negative pressure tests during displacement. | **Q. . . . In the course of your duties as an assistant driller, you've been involved in well integrity tests before, correct?**<br><br>A. Same answer.<br><br>**Q. You've been involved in positive pressure tests?**<br><br>A. Same answer.<br><br>**Q. And you've been involved in negative pressure tests?**<br><br>A. Same answer.<br><br>**Q. And you've been involved in negative pressure tests conducted during displacement as was done at the Macondo well on April 20, 2010?**<br><br>A. Same answer.  (126:15-127:3). |
| Through training provided by Transocean, Mr. Seraile knew how to design, conduct and evaluate negative pressure tests. | **Q. And you knew how to create those procedures because you had received training from Transocean regarding the steps that go into a negative test procedure?**<br><br>A. Same answer.<br><br>**Q. And you know how to conduct negative test procedures because you had received training from Transocean regarding how to perform a negative test procedure?**<br><br>A. Same answer.<br><br>**Q. And you knew how to evaluate a negative pressure test because Transocean had provided you with training to teach you how to evaluate a negative pressure test?**<br><br>A. Same answer.  (131:10-24). |

| Inference | Citation |
|---|---|
| Transocean's drilling crew knew how to design, conduct and evaluate negative pressure tests. | **Q. And you received that training along with other members of the Transocean drill crew aboard the DEEPWATER HORIZON?**<br><br>A. Same answer.<br><br>**Q. And you have no reason to doubt that they were similarly capable of drafting procedures for a negative test?**<br><br>A. Same answer.<br><br>**Q. And you have no reason to doubt that they were capable of conducting a negative pressure test?**<br><br>A. Same answer.<br><br>**Q. And you have no reason to doubt that they were capable of evaluating a negative pressure test?**<br><br>A. Same answer.  (131:25-132:15). |
| If Mr. Seraile or anyone involved in the negative pressure test felt that it was unsafe, then they would have exercised their stop-the-job authority to address their concerns before proceeding with displacement. | **Q. And you would agree that you didn't have any safety concerns regarding the operations on April 20th, 2010?**<br><br>A. Same answer.<br><br>**Q. And if you did have any concerns regarding those operations, you would have stopped the job until those concerns were addressed?**<br><br>A. Same answer.<br><br>. . . .<br><br>**Q. And if anyone else had concerns regarding the operations being conducted on April 20, 2010, including the negative pressure test, you would expect them to stop the job until those concerns were addressed?**<br><br>A. Same answer.<br><br>**Q. And you never heard anyone else voice concerns about the operations being conducted on April 20, 2010?**<br><br>A. Same answer.  (125:5-126:4). |

| Inference | Citation |
|---|---|
| On the night of April 20, 2010, Transocean did not detect the kick, and thus failed to rapidly shut in the well when it started to flow. | **Q. On April 20th there was no early kick detection by the people hired by TO to monitor the well, right?**<br><br>A. Same answer.<br><br>**Q. On April 20th, 2010, because the people hired by Transocean did not detect a kick, there was no attempt made to rapidly shut in the well when the well started to flow, correct?**<br><br>A. Same answer.  (154:15-23). |
| On the night of April 20, 2010, Transocean made no attempt to activate the BOP until after the hydrocarbons were in the riser above the BOP. | **Q. And in fact the people hired by Transocean did not detect a kick, there was no attempt to made to activate the BOP until the hydrocarbons, oil and gas, were in the riser above the BOP, correct?**<br><br>A. Same answer.  (154:24-155:5). |
| On the night of the incident, Mr. Seraile did not hear any general alarms before the explosion. | **Q. And it is your understanding that the DEEPWATER HORIZON was equipped with alarms that were -- you were trained would alert you and your fellow crew members of the presence of combustible gas; isn't that correct?**<br><br>A. Same answer.<br><br>**Q. Yet you heard gas but heard -- you heard gas but heard no alarm before the explosion; isn't that correct?**<br><br>A. Same answer. (27:10-19). |

7.    Micah Sandell

Mr. Sandell was a Transocean's Crane Operator on the *Deepwater Horizon* on April 20, 2010.  He was responsible for offloading boats, moving lifts on the deck, and placing tools on the rig floor when asked.  BP seeks the following inferences against Transocean based on Mr. Sandell's invocation of the Fifth Amendment at trial:[10]

---

[10] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Sandell's invocations of the Fifth Amendment includes: TREX 1454 (Transocean's Well Control Handbook); TREX 2337 (4/16/2010 Email attaching the Forward Plan and listing the upcoming critical path operations); TREX 2338 (Transocean TSTP for Change Main Hoist Cable Port Crane or STBD Crane); TREX 3478 (4/21/10 USCG Witness Statement of Micah Sandell); TREX 3800 (Transocean's Interviewing Form for Jimmy Harrell) at TRN-INV-

| Inference | Citation |
|---|---|
| Mr. Sandell regularly attended pre-tour meetings, along with the Transocean drillers, assistant drillers, toolpushers and other members of the drilling crew, where upcoming rig operations were discussed. | **Q. In addition, you regularly attended pretower meetings, right?**<br><br>A. Take the Fifth.<br><br>**Q. And at these pretower meetings, you discussed the upcoming operations that were going to take place on the rig?**<br><br>A. Take the Fifth.<br><br>**Q. Besides the crane operators, the Transocean drillers would also routinely attend these pretower meetings, correct?**<br><br>A. Take the Fifth.<br><br>**Q. As well as the Transocean assistant drillers?**<br><br>A. Take the Fifth.<br><br>**Q. And the Transocean toolpushers?**<br><br>A. Take the Fifth.<br><br>**Q. And other members of the Transocean drill crew?**<br><br>A. Take the Fifth.  (48:12-49:5). |

00001870; TREX 4942 (Transocean's Health and Safety Policies and Procedures Manual) at BP-HZN-2179MDL00132222–26; TREX 4954 (Transocean Interviewing Form for Sarah Kathleen Williams) at TRN-INV-00005100; TREX 4960 (Transocean Interviewing Form for Randy Ezell) at TRN-INV-00001426; TREX 47862 (Transocean Interviewing Form for Russ Cummings); TREX 48039 (Transocean Interviewing Form for Craig Breland) at TRN-INV-00000484.

| Inference | Citation |
|---|---|
| Mr. Sandell, along with the Transocean drilling crew and the mudloggers, received emails attaching the Forward Plans, Critical Path Operations, which listed upcoming rig operations. | **Q. So you received these forward plans while you were aboard the deep -- DEEPWATER HORIZON. And from these plans that you received, you were aware of the upcoming drilling operations that the drill crew would be conducting on the DEEPWATER HORIZON as well, correct?**<br><br>A. Take the Fifth.<br><br>**Q. Similarly, the other individuals received these forward plans such as we see Joseph Keith, the mud logger, and the drill floor and the Transocean toolpusher would likewise be aware of any crane operations that were being conducted, correct?**<br><br>A. Take the Fifth.  (47:19-48:8). |
| Mr. Sandell had the authority and obligation to stop work on the *Deepwater Horizon* to correct unsafe behavior. | **Q. And you're aware that if you feel that there is any situation where safe operations are not taking place, you have the obligation to stop those activities?**<br><br>A. I take the Fifth.  (46:5-9). |
| Every Transocean employee on the *Deepwater Horizon* had stop-the-job authority. | **Q. You knew that under Transocean's policies every Transocean employee on the rig has stop-the-job authority, correct?**<br><br>A. I take the Fifth.  (46:1-4). |
| Mr. Sandell knows that it is good well control practice to stop any operations which are impairing Transocean's ability to monitor the well. | **Q. But you're aware it is a good well control practice to stop any operations which are impairing the ability to monitor the well?**<br><br>A. I take the Fifth.  (31:7-11). |

| Inference | Citation |
|---|---|
| Although crane movements may impair Transocean's ability to monitor the flow and pit volumes, they do not impair Transocean's ability to monitor drill pipe pressure. | **Q. You're aware when you're working on the DEEPWATER HORIZON that crane movements can cause the rig to sway, right?**<br><br>A. I take the Fifth.<br><br>**Q. And you're aware that this rig movement can affect the flow-out levels and pit volumes.**<br><br>A. I take the Fifth.<br><br>**Q. So crane movement could impair the ability to monitor a flow-out versus flow in?**<br><br>A. I take the Fifth.<br><br>**Q. And crane -- crane movement could also impair the ability to monitor pit levels, correct?**<br><br>A. I take the Fifth.<br><br>**Q. But crane movement would not impair the ability to monitor drill pipe pressure, correct?**<br><br>A. I take the Fifth.  (30:7-31:1). |
| Any time Transocean's drilling crew or the mudloggers believe the crane needs to be shut down for any reason, they can contact the crane operators by radio and tell the crane operators to stop-the-job. | **Q. When you're operating the cranes, the driller can contact you as the crane operator at any time to stop the crane operations, right?**<br><br>A. I take the Fifth.<br><br>**Q. The same would be true for the mud logger: Anytime they believe the crane needs to be shut down for whatever reason, they can contact you on the radio and tell the crane operator to stop operating the cranes?**<br><br>A. I take the Fifth.  (31:20-32:6). |

| Inference | Citation |
|---|---|
| In Mr. Sandell's experience, it is usually Transocean's driller, assistant driller, toolpusher, or deck pusher that asks him to cease crane operations if they are unable to monitor the well. | **Q. In your experience, if the driller is having difficulty monitoring the well, the driller will contact the crane operator to order you to stop the crane operations, right?**<br><br>A. I take the Fifth.<br><br>**Q. In your experience, it would be typical for the Transocean assistant driller, the Transocean toolpusher, or the Transocean [deck pusher] to let you know if you need to cease crane operations, right?**<br><br>A. I take the Fifth.<br><br>**Q. In fact, you know it is expected that the Transocean driller or others on the drill crew will contact you if they are unable to monitor well data due to crane operations?**<br><br>A. I take the Fifth.  (33:7-24). |
| On April 20, 2010, neither Transocean's drilling crew nor the mudloggers reported that the crane operations were impairing their abilities to monitor the well. | **Q. On April 20, 2010, did the drill crew or mud loggers report that crane movements were affecting the pit level?**<br><br>A. I take the Fifth.<br><br>**Q. On April 20, 2010, did the drill crew or mudloggers report that crane movements were affecting their ability to monitor for flow?**<br><br>A. I take the Fifth.  (32:10-18). |
| On April 20, 2010, neither Transocean's drilling crew nor the mudloggers asked for the crane operations to stop. | **Q. On April 20, 2010, while you were on duty in the crane, you had access to radio communications, correct?**<br><br>A. I take the Fifth.<br><br>**Q. You never heard any transmission over your radio requesting crane operations to stop, did you?**<br><br>A. I take the Fifth.<br><br>**Q. You never heard any radio transmission that the drillers or mud loggers were having trouble monitoring the well, correct?**<br><br>A. I take the Fifth.  (32:19-33:6). |

| Inference | Citation |
|---|---|
| On the night of April 20, 2010, Transocean's drill crew diverted the flow to the mud gas separator. | **Q. Transocean's drill crew had diverted the flow to the mud gas separator, correct?**<br><br>A. I take the Fifth.<br><br>**Q. And you knew this because several seconds after mud stopped coming -- stopped shooting all the way up the derrick, that mud and gas started instead coming out of the degasser?**<br><br>A. I take the Fifth.  (36:1-10).<br><br>**Q. You did not see the mud or gas being diverted overboard away from the rig floor, did you?**<br><br>A. I take the Fifth.  (37:17-20). |
| Mr. Sandell believes the first explosion came from the degasser. | **Q. According to what you witnessed the evening of April 20, 2010, the degasser tank on top of the motor shed on the starboard side of the derrick exploded and started the first fire, correct?**<br><br>A. I take the Fifth.  (39:2-7). |
| Mr. Sandell does not recall hearing the general alarm sound the night of April 20, 2010. | **Q. Putting this particular drill aside, do you recall hearing the general alarm sound the evening of April 20, 2010?**<br><br>A. I take the Fifth.  (42:3-6). |
| No one told Mr. Sandell that the general alarms on the *Deepwater Horizon* were inhibited. | **Q. No one told you during your safety drill on April 18, 2010, that certain alarms on the DEEPWATER HORIZON were inhibited, did they?**<br><br>A. I take the Fifth.<br><br>**Q. Besides the April 18th safety drill, did anyone at any time ever tell you that the DEEPWATER HORIZON had inhibited certain alarms?**<br><br>A. I take the Fifth.<br><br>**Q. At any time did you learn that certain alarms on the DEEPWATER HORIZON were deactivated so they would not sound automatically?**<br><br>A. I take the Fifth.  (42:7-21). |

| Inference | Citation |
|---|---|
| On the night of the incident, Mr. Sandell identified OIM Jimmy Harrell as the person in charge of the *Deepwater Horizon*. | **Q. Mr. Sandell, I want to direct your attention to a document which Mr. Matthews, counsel for the PSC, marked earlier this morning, Exhibit 3478, which was your witness statement to the Coast Guard. Do you have that in front of you?**<br><br>A. No.<br><br>**Q. I can grab you a copy. I can actually show you this one. And on that witness statement, did you write -- did you identify Jimmy Harrell as the person in charge of the vessel?**<br><br>A. I take the Fifth.<br><br>**Q. And Jimmy Harrell was a Transocean OIM aboard the DEEPWATER HORIZON, correct?**<br><br>A. Take the Fifth. (54:1-18). |
| Task Specific Think Procedures ("TSTPs") assist the Transocean rig crew in identifying hazards. | **Q. One of the purposes of this task safety think procedure is to assist the Transocean rig crew in identifying hazards; is that true?**<br><br>A. Take the Fifth.<br><br>**Q. It's part of Transocean's safety procedures?**<br><br>A. Take the Fifth. (51:8-15). |
| By following TSTPs, the Transocean rig crew reduces the chance of an injury, reduces the chance of harm to the environment and the risks of an operation. | **Q. And if you follow a task safety think procedure, you reduce the chance of an injury?**<br><br>A. Take the Fifth.<br><br>**Q. You reduce the chance of harm to the environment?**<br><br>A. I take the Fifth.<br><br>**Q. And you reduce the risk of the operation that you are conducting?**<br><br>A. I take the Fifth. (51:16-25). |
| Transocean has developed TSTPs for certain crane operations. | **Q. And you aware of task safety think procedures regarding crane operations such as the one in front of you, which is marked Exhibit 2338, correct?**<br><br>A. Take the Fifth. (52:1-5). |

8.    Wyman Wheeler

Mr. Wheeler was Transocean's Toolpusher on the *Deepwater Horizon* on April 20, 2010. He was responsible for supervising drilling operations and associated activities and ensuring that drilling operations are carried out in a safe, efficient and productive manner.   BP seeks the following inferences against Transocean based on Mr. Wheeler's invocation of the Fifth Amendment at trial:[11]

| Inference | Citation |
|---|---|
| As the Toolpusher, Mr. Wheeler was responsible for continuously monitoring the well. | **Q. And it's your understanding through your experience working for Transocean, that a driller must constantly monitor a well?**<br><br>A. Same answer.  (50:20-24). |
| As the Toolpusher, Mr. Wheeler was responsible for detecting and recognizing kick indicators, and shutting in the well as quickly as possible if a kick is indicated or suspected. | **Q. Looking at section 4.1, the second point below there states that driller's must shut in the well as quickly as possible if a kick is indicated or suspected.  Early recognition of the warning signals and rapid shut-in are the key to effective well control.  Shutting in a well quickly will minimize the amount of formation fluid entering the wellbore.  Did I read that correctly?**<br><br>A. Same answer.  (49:23-50:8). |

---

[11] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Wheeler's invocations of the Fifth Amendment includes: TREX 291 (Macondo Prospect Drilling Program, January 2010) at TRN-HCJ-00093526–633; TREX 671 (Transocean Deepwater Horizon Operations Manual, Vol. 1, § 10, p. 10.24) at BP-HZN-2179MDL00142394; TREX 0571 (4/18/10 Safety Drill Report) at BP-HZN-MBI00167544; TREX 0596 (Transocean's Well Control Handbook); TREX 01452 (Transocean's Field Operations Manual) at Section 3, 1.7, TRN-HCEC-00011728–36; TREX 1453 (Transocean's Emergency Response Manual) at TRN-MDL-00048232; TREX 1472 (4/21/10 Email String regarding DWH Updated Well Status) at TRN-MDL-00653235; TREX 2872, (4/26/10 Email attaching report from Bandolino) at TRN-MDL-01290991; TREX 3465 (1/28/10 Daily Drilling Report of MC 727 #2) at TRN-MDL-00600990–95; TREX 3466 (2/28/10 Email from DWH, AsstDriller to DWH, Toolpusher attaching negative test while displacing) at TRN-MDL-01323431–32; TREX 3474 (Transocean Interviewing Form for Patrick Morgan) at TRN-INV-00003448–49; TREX 3800 (Transocean Interviewing Form for Jimmy Harrell) at TRN-INV-00001874; TREX 4255 (Transocean's Well Control Handbook) at BP-HZN-2179MDL00330974; TREX 4640 (DWH TSTP for Negative flow test using choke and kill lines) at TRN-MDL-01445569–70; TREX 4805 (2/6/10 Email from DWH, AsstDriller to DWH, Toolpusher attaching Well Advisor informational spreadsheet) at TRN-MDL-01577370–666; TREX 4806 (2/26/10 Email string among M-I Swaco and DWH, AsstDriller attaching BP Horizon mud report) at TRN-MDL-01577370–74; TREX 4833 (1/20/10 Email from DWH, Toolpusher to DWH, AsstDriller forwarding email from B. Cocales) at TRN-MDL-0139833; TREX 4834 (Excerpt from Transocean's Field Operations Manual, Driller's Key Responsibilities) at TRN-MDL-01341088.

| Inference | Citation |
|---|---|
| As the Toolpusher, Mr. Wheeler knew that it was important to monitor speed, pump strokes, pressure, pit volume, trip tank penetration, mud weight, and rotary torque during drilling operations. | **Q. And I'd like to ask you to turn two pages to the Bates ending in 1090.  And this is still under the -- the heading of 4.1, drillers must, but .15 states that drillers must constantly monitor speed, pump strokes, pressure, pit volume, trip tank penetration, mud weight, and rotary torque, to detect anything unusual or out of the ordinary. Did I read that correctly?**<br><br>A. Same answer.  (50:9-19). |
| In well control training, Mr. Wheeler learned of the importance of monitoring the well during drilling operations, responding to kick indications in a timely manner, and minimizing the influx of any kick. | **Q. You were taught importance of monitoring?**<br><br>A. Same answer.<br><br>**Q. You were taught the importance of responding to kick indications in a timely fashion?**<br><br>A. Same answer.<br><br>**Q. You were taught that you want to minimize the influx of hydrocarbons into a well during a kick situation, correct?**<br><br>A. Same answer.  (41:1-11). |
| In well control training, Mr. Wheeler learned that the consequences of not responding to a kick or kick indication in a timely manner are blowout, pollution, fire and loss of life. | **Q. And you were taught the consequences of not responding in a timely fashion could include a blowout, pollution, potential for fire, and loss of life, correct?**<br><br>A. Same answer.  (41:12-17). |
| During a well control event, Mr. Wheeler knew that he should divert overboard rather than divert to the mud gas separator ("MGS") because volumes during a well control event can quickly overwhelm the MGS. | **Q. And as part of that well-control supervisory training, you were also provided instruction regarding the use of diverters and mud gas separator system?**<br><br>A. Same answer.<br><br>**Q. And you were taught during a well-control event, you should divert overboard and not the mud gas separators, correct?**<br><br>A. Same answer.  (41:18-42:2). |
| Aboard the *Deepwater Horizon*, Mr. Wheeler participated in well control safety drills, where Transocean emphasized that the immediate priority is to shut in the well. | **Q. Now, you participated in safety drills during your time as a Transocean employee on the DEEPWATER HORIZON, correct?**<br><br>A. Same answer.  (42:19-22). |

| Inference | Citation |
|---|---|
| As the Toolpusher, Mr. Wheeler knew before April 20, 2010, that kicks could occur while cementing and that wells had been lost due to improperly designed cement slurries and spacers. | **Q. Prior to April 20th, 2010, you personally knew that kicks can occur while cementing as a result of reducing hydrostatic pressure during the operation, correct?**<br><br>A. Same answer.<br><br>**Q. And prior to April 20th, 2010, you personally were aware that wells have been lost due to improperly designed cement slurries and spacers?**<br><br>A. Same answer.<br><br>**Q. And you would expect the Transocean drilling crew that you supervised and worked with to know that wells could be lost or have been lost due to improperly designed cement slurries and spacers, correct?**<br><br>A. Same answer.  (44:16-45:10). |
| As the Toolpusher, Mr. Wheeler understood the importance of monitoring the well carefully during and after cementing operations. | **Q. And because of this knowledge, you knew it was important to monitor the well carefully during the cement operations to watch for a kick, right?**<br><br>A. Same answer.<br><br>**Q. And you also knew it was important to monitor the well carefully after the cement operations to watch for a kick, right?**<br><br>A. Same answer.  (45:11-20). |

| Inference | Citation |
|---|---|
| Through daily mud reports, casing tally runs, five-day planners, pre-tour and pre-job meetings, Mr. Wheeler received the necessary information to complete his job duties on the *Deepwater Horizon*. | **Q. . . . As a toolpusher, you received daily plans, correct?**<br><br>A. I plead the Fifth.<br><br>**Q. You received daily mud reports, correct?**<br><br>A. Same answer.<br><br>**Q. You received casing tally runs?**<br><br>A. Same answer.<br><br>**Q. And you also received five-day planners that would make you aware of upcoming operations?**<br><br>A. Same answer.<br><br>**Q. You attended pre-tour meetings?**<br><br>A. Same answer.<br><br>**Q. And you attended pre-job or pre-task meetings, as well, correct?**<br><br>A. Same answer.<br><br>**Q. You were provided with the necessary information to do your job and carry out your responsibilities as the toolpusher, correct?**<br><br>A. Same answer.  (51:14-52:13). |

| Inference | Citation |
|---|---|
| Prior to the Macondo Well, Mr. Wheeler had been involved in negative pressure tests, including negative pressure tests during displacement. | **Q. . . . In the course of your duties as a toolpusher, you've been involved in well integrity tests before, correct?**<br><br>A. I plead the Fifth.<br><br>**Q. You've been involved in positive pressure tests?**<br><br>A. Same answer.<br><br>**Q. And you've been involved in negative pressure tests?**<br><br>A. Same answer.<br><br>**Q. You've been involved in negative pressure tests conducted during displaceme as was done at the Macondo well on April 20, 2010?**<br><br>A. Same answer. (54:19-55:8). |
| Mr. Wheeler knew how to design, conduct and evaluate negative pressure tests. | **Q. And you knew how to create or design negative-test procedures?**<br><br>A. Same answer.<br><br>**Q. And you knew how to conduct negative-test procedures?**<br><br>A. Same answer.<br><br>**Q. And you also knew how to evaluate a negative test?**<br><br>A. Same answer. (55:9-17). |
| Transocean's drilling crew knew how to design, conduct and evaluate negative pressure tests. | **Q. You have no reason to doubt that the other members of Transocean's drill crew were not equally capable of conducting and evaluating a negative-pressure test; is that correct?**<br><br>A. Same answer. (55:18-23). |

| Inference | Citation |
|---|---|
| Mr. Wheeler did not have any concerns about the negative pressure test procedures. | **Q. Now, before going off tower, you discussed the negative-pressure test procedure with the BP wellsite leader and others from Transocean drill crew; is that correct?**<br><br>A. Same answer.<br><br>**Q. And you indicated that you were comfortable with that procedure, correct?**<br><br>A. Same answer. (58:11-19). |
| If Mr. Wheeler or anyone involved in the negative pressure test felt that it was unsafe, then they would have exercised their stop-the-job authority to address their concerns before proceeding with displacement. | **Q. Are you aware that the negative test was eventually conducted?**<br><br>A. Same answer.<br><br>**Q. Are you aware that the Transocean rig crew and the BP wellsite leaders agreed to proceed following the completion of that negative test?**<br><br>A. Same answer.<br><br>**Q. And you're aware that Transocean personnel are part of the decision-making process in determining the success of a well-integrity test, correct?**<br><br>A. Same answer.<br><br>**Q. If anyone involved in the operation felt it was unsafe to proceed following the conclusion of the negative test, they could exercise their stop-work authority before proceeding to displacement, correct?**<br><br>A. Same answer.<br><br>**Q. And you don't have any knowledge of anyone voicing concerns or stopping the job following the conclusion of the negative test, correct?**<br><br>A. Same answer. (59:15-60:20). |
| BP reached out to Transocean for its input in the design and operations at the Macondo Well. | **Q. And this would be an example of an instance where BP reached out to you as well as others at Transocean for your input in the design and operations at Macondo Well?**<br><br>A. Same answer.  (39:18-22). |

9.      Patrick Morgan

Mr. Morgan was Transocean's Assistant Driller on the *Deepwater Horizon* on April 20,

2010.  He was responsible for operating and monitoring all the drilling systems and equipment

and assisting the drill crew with their activities.   BP seeks the following inferences against

Transocean based on Mr. Morgan's invocation of the Fifth Amendment at trial:[12]

| Inference | Citation |
|-----------|----------|
| As the Assistant Driller, Mr. Morgan was responsible for operating and monitoring the drilling systems and equipment and assisting Transocean's drilling crew with their activities. | **Q. . . . As an assistant driller, your basic function is to operate and monitor all drilling systems and equipment and assist in drill crew work activities?** <br><br> A. Fifth.  (25:9-13). |
| As the Assistant Driller, Mr. Morgan was responsible for continuously monitoring the well. | **Q. As an assistant driller, one of your responsibilities is to continuously monitor the well; is that correct?** <br><br> A. Fifth.  (25:14-17). |

---

[12] The independent evidence corroborating the adverse inferences BP seeks against Transocean based on Morgan's invocations of the Fifth Amendment includes: TREX 0571 (4/18/10 Safety Drill Report) at BP-HZN-MBI00167544; TREX 0596 (Transocean's Well Control Handbook) at BP-HZN-2179MDL00330785; TREX 1452 (Transocean's Field Operations Handbook) at TRN-HCED-00011650; TREX 671 (Transocean Deepwater Horizon Operations Manual, Vol. 1, § 10, p. 10.24) at BP-HZN-2179MDL00142394; TREX 1453 (Transocean's Emergency Response Manual) at TRN-MDL-00048232; TREX 1472 (4/21/10 Email String regarding DWH Updated Well Status) at TRN-MDL-00653235; TREX 1523 (Transocean Well Operations Group Advisory, Monitoring Well Control Integrity of Mechanical Barriers) at TRN-MDL-00273270; TREX 2872, (4/26/10 Email attaching report from Bandolino) at TRN-MDL-01290991; TREX 3464 (Training Certificates for Patrick Morgan) at TRN-MDL-01314110; TREX 3465 (1/28/10 Daily Drilling Report of MC 727 #2) at TRN-MDL-00600990–95; TREX 3466 (2/28/10 Email from DWH, AsstDriller to DWH, Toolpusher attaching negative test while displacing) at TRN-MDL-01323431–32; TREX 3474 (Transocean Interviewing Form for Patrick Morgan) at TRN-INV-00003448–49; TREX 3800 (Transocean Interviewing Form for Jimmy Harrell) at TRN-INV-00001874; TREX 4255 (Transocean's Well Control Handbook) at BP-HZN-2179MDL00330974; TREX 4640 (DWH TSTP for Negative flow test using choke and kill lines) at TRN-MDL-01445569–70; TREX 4805 (2/6/10 Email from DWH, AsstDriller to DWH, Toolpusher attaching Well Advisor informational spreadsheet) at TRN-MDL-01577596–666; TREX 4806 (2/26/10 Email string among M-I Swaco and DWH, AsstDriller attaching BP Horizon mud report) at TRN-MDL-01577370–74; TREX 4942 (Transocean's Health and Safety Policies and Procedures Manual) at BP-HZN-2179MDL00132222–23.

| Inference | Citation |
|---|---|
| As the Assistant Driller, Mr. Morgan was responsible for detecting and recognizing kick indicators, and shutting in the well as quickly as possible if a kick is indicated or suspected. | **Q. And you also understand, again, as set forth in the Transocean Field Operations Manual, that, as the assistant driller, you're responsible for understanding and following the driller's key responsibilities?**<br><br>A. Fifth.  (30:20-31:1)<br><br>**Q. You understand that one of the driller's key responsibilities is to shut in the well as quickly as possible if a kick is indicated or suspected, correct?**<br><br>A. Fifth.<br><br>**Q. And that early recognition of the warning signals and rapid shut-in are the key to effective well control, right?**<br><br>A. Fifth.<br><br>**Q. You understand that a driller must shut in the well as quickly as possible if a kick is suspected or indicated?**<br><br>A. Fifth.  (32:9-21). |
| As the Assistant Driller, Mr. Morgan knew that it was important to monitor and record pit volume totals during drilling operations. | **Q. You'd agree that it's important to monitor pit volume totals during drilling operations?**<br><br>A. Fifth.<br><br>**Q. And that includes recording all pit volumes, which is the driller's responsibility?**<br><br>A. Fifth.  (24:6-13). |
| As the Assistant Driller, Mr. Morgan was responsible for constantly monitoring the speed, pump strokes, pressure, pit volume, trip tank, penetration, mud weight, and rotary torque to detect anything unusual. | **Q. . . . Another key responsibility from the driller's key responsibilities, you understand to be constantly monitor the speed, pump strokes, pressure, pit volume, trip tank, penetration, mud weight, and rotary torque to detect anything unusual or out of the ordinary?**<br><br>A. Fifth.  (32:24-33:6). |
| As the Assistant Driller, Mr. Morgan knew that there was never a time that he could pay less attention to monitoring the well. | **Q. As an assistant driller, you'd agree that there's never a time that you can pay less attention to monitoring the well?**<br><br>A. Fifth.  (25:21-24). |

| Inference | Citation |
|---|---|
| As the Assistant Driller, Mr. Morgan knew that he had to carefully monitor the well during all stages of operations. | **Q. And you have to monitor the well carefully during all stages of the well?**<br><br>A. Fifth.<br><br>**Q. And during all operations of the well?**<br><br>A. Fifth.  (25:25-26:5). |
| In well control training, Mr. Morgan learned of the importance of monitoring the well during drilling operations, responding to kick indications in a timely manner, and minimizing the influx of any kick. | **Q. As part of your training in this course with IADC well control, you were taught the importance of monitoring the well during drilling?**<br><br>A. Fifth.<br><br>**Q. You were taught the importance of responding to kick indicators in a timely fashion?**<br><br>A. Fifth.<br><br>**Q. You were taught that it's important to minimize the influx of any kick?**<br><br>A. Fifth.  (17:12-23). |
| In well control training, Mr. Morgan learned that the consequences of not responding to a kick or kick indication in a timely manner are blowout, pollution, fire and loss of life. | **Q. And that by failing to do so, the consequences of not responding to a kick or kick indication in a timely fashion could include the kick turning into a blowout?**<br><br>A. Fifth.<br><br>**Q. It could include pollution?**<br><br>A. Fifth.<br><br>**Q. Could include potential for fire?**<br><br>A. Fifth.<br><br>**Q. And could include the loss of life?**<br><br>A. Fifth.  (17:24-18:11). |

| Inference | Citation |
|---|---|
| During a well control event, Mr. Morgan knew that he should divert overboard rather than divert to the mud gas separator ("MGS") because volumes during a well control event can quickly overwhelm the MGS. | **Q. And you were taught during your training as part of this program that during a well control event, you should divert overboard and not to the mud gas separator, correct?**<br><br>A. Fifth.<br><br>**Q. And the reason for that is because volumes during a well control event could overwhelm the mud gas separator?**<br><br>A. Fifth.  (18:17-19:1). |
| Aboard the *Deepwater Horizon*, Mr. Morgan participated in well control safety drills, where Transocean emphasized that the immediate priority is to shut in the well. | **Q. And you recall being part of safety drill on board the DEEPWATER HORIZON on April 18 --**<br><br>A. Fifth.<br><br>**Q. -- 2010? This April 18 safety drill took place two days before the incident?**<br><br>A. Fifth.<br><br>**Q. Under the "Comments" section, it's noted, "15,090 sacks of barite on board.  Discussed well control responsibilities with each crew member and discussed the procedures for shutting in on casing.  The immediate priority is to shut in the well."  Do you recall participating in a safety drill where those issues were discussed?**<br><br>A. Fifth.  (22:16-23:8). |

| Inference | Citation |
|---|---|
| Through daily plans and pre-tour and pre-job meetings, Mr. Morgan received the necessary information to complete his job duties on the *Deepwater Horizon*. | **Q. . . . In your role as an assistant driller, you received daily plans?**<br><br>A. Fifth.<br><br>**Q. And those daily plans set out the operations that were to be conducted that day?**<br><br>A. Fifth.<br><br>**Q. You attended pre-tower meetings?**<br><br>A. Fifth.<br><br>**Q. And you attended pre-job meetings, correct?**<br><br>A. Fifth.<br><br>**Q. You agree that you were provided with necessary information to do your job and carry out your responsibilities?**<br><br>A. Fifth. (34:3-21). |
| If Mr. Morgan had any problems or needed further information to complete his job duties, he would have asked the appropriate Transocean individuals before proceeding. | **Q. And you understood that if there was information that you needed to complete your job, you would ask the appropriate individuals before proceeding, correct?**<br><br>A. Fifth. (34:22-35:1). |
| Mr. Morgan did not have any safety concerns regarding the operations on the *Deepwater Horizon* on April 20, 2010. | **Q. You would agree that you didn't have any safety concerns regarding the operations on April 20, 2010?**<br><br>A. Fifth. (37:23-38:1). |
| Mr. Morgan was not told by anyone that the operations on the *Deepwater Horizon* on April 20, 2010 interfered with the drilling crew's ability to monitor the well. | **Q. You were not told by anyone else that operations on April 20, 2010, interfered with the driller's ability to monitor the well, were you?**<br><br>A. Fifth. (26:16-20). |

| Inference | Citation |
|---|---|
| Prior to the Macondo Well, Mr. Morgan had been involved in negative pressure tests, including negative pressure tests during displacement. | **Q. . . . In the course of your duties as an assistant driller, you've been involved in well integrity tests prior to your -- the DEEPWATER HORIZON's work on the Macondo Well?**<br><br>A. Fifth.<br><br>**Q. And you've been involved in positive pressure tests?**<br><br>A. Fifth.<br><br>**Q. And you've been involved in negative pressure tests?**<br><br>A. Fifth.<br><br>**Q. And you've been involved in negative pressure tests conducted during displacement as was done on the Macondo well on April 20, 2010?**<br><br>A. Fifth.  (38:20-39:12). |

| Inference | Citation |
|---|---|
| Through training provided by Transocean, Mr. Morgan knew how to design, conduct and evaluate negative pressure tests. | **Q. Without going through the procedure in detail, we can assume and you would agree that you knew how to create negative test procedures because you received training from Transocean regarding the steps that go into a negative test procedure?**<br><br>A. Fifth.<br><br>. . . .<br><br>**Q. And you knew how to conduct negative test procedures, correct?**<br><br>A. Fifth.<br><br>**Q. And that's because you received training in your position as assistant driller with Transocean regarding how to perform a negative test?**<br><br>A. Fifth.<br><br>**Q. And you knew how to evaluate a negative pressure test, correct?**<br><br>A. Fifth.<br><br>**Q. And that's because you had received training provided to you by Transocean to understand how to evaluate a negative pressure test?**<br><br>A. Fifth.  (43:8-44:8). |

| Inference | Citation |
|---|---|
| Transocean's drilling crew knew how to design, conduct and evaluate negative pressure tests. | **Q. And you received that training, along with other Transocean drill crew personnel?**<br><br>A. Fifth.<br><br>**Q. And you have no reason to doubt that they were similarly capable of drafting procedures for a negative test?**<br><br>A. Fifth.<br><br>. . . .<br><br>**Q. And given that those -- the Transocean drill crew members underwent that same training with you, you have no reason to doubt they were capable of conducting any negative pressure tests?**<br><br>A. Fifth.<br><br>**Q. And again, you have no reason to doubt that they were capable of evaluating a negative pressure test?**<br><br>A. Fifth.  (44:9-45:4). |
| If Mr. Morgan or anyone involved in the negative pressure test felt that it was unsafe, then they would have exercised their stop-the-job authority to address their concerns before proceeding with displacement. | **Q. And you were relieved just before the negative test was conducted?**<br><br>A. Fifth.<br><br>**Q. But you are aware that the negative test was eventually conducted?**<br><br>A. Fifth.<br><br>**Q. And you're aware that the crew agreed -- agreed to proceed following the completion of the negative test?**<br><br>A. Fifth.<br><br>**Q. If anyone involved in the operations felt it was unsafe to proceed, they could exercise their stop-work authority before proceeding to displacement?**<br><br>A. Fifth.  (37:8-22). |

Dated: October 12, 2012

Respectfully submitted,

/s / Don K. Haycraft.

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration &*
*Production Inc. & BP America Production*
*Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of October, 2012.

/s/  Don K. Haycraft

K&E 24139872.9