UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding DPP Entries Submitted on October 10, 2012]**

Pursuant to the October 2, 2012 order (Rec. doc. 7532), the U.S. was required to produce nine documents for *in camera* inspection. The documents were to be examined to determine: (a) whether the U.S. properly asserted the DPP to these documents; and (b) whether they should be categorized as Phase One or Phase Two.

1. ZAN014-158650.

    This document is a page within ZAN014-158646-62. The entire document is not relevant to the claims and defenses of the parties for any Phase of MDL 2179. The U.S. is not required to produce it.

2. ZAN037-018232.

    BP questioned whether this document was relevant to Phase One. Rec. doc. 7427 at 5. The document is not relevant to Phase One. The U.S. properly asserted the DPP to this document.

3. ZAN037-050608-09.

    BP questioned whether this document was relevant to Phase One. Rec. doc. 7427 at 5. The Court agrees that it is relevant to Phase One. The issue is moot, however, because the U.S. properly asserted the DPP to this document.

4. ZAN037-058871.

The U.S. reported that it will produce this document. It is a duplicate of a document which has been produced.

5. ZAN037-066440.

The U.S. reported that it will produce this document. It is a duplicate of a document which has been produced.

6. ZAN037-067722.

BP questioned whether this document was relevant to Phase One. Rec. doc. 7427 at 5. The Court agrees that it is relevant to Phase One. The issue is moot, however, because the U.S. properly asserted the DPP to this document.

7. ZAN037-077022-23

BP questioned whether this document was relevant to Phase One. Rec. doc. 7427 at 5. The document is not relevant to Phase One. The U.S. properly asserted the DPP to this document.

8. ZAN037-080155-56

BP questioned whether this document was relevant to Phase One. Rec. doc. 7427 at 5. The Court agrees that it is relevant to Phase One. The issue is moot, however, because the U.S. properly asserted the DPP to this document.

9. ZAN052-335127-31.

In the order of October 2, 2012, the Court improperly identified a document. The U.S. produced ZAN052-335127-31, which is one of the documents found at entry No. 89 on the Excel spreadsheet submitted by the U.S. No. 89 was the randomly selected entry. The U.S. produced the proper document for *in camera* inspection.

The U.S. properly asserted the DPP to this document.  BP did not question whether it was properly categorized.

\* \* \*

The deadline for an appeal from this order is **Friday, October 19, 2012.**

New Orleans, Louisiana, this 15th day of October, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**