UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

**ON JOINT MOTION** of David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC and Mekel S. Alvarez of Morris Bart, LLC and on stating to this Court that as of October 15, 2012, David B. Franco and James R. Dugan, II no longer represent the Plaintiffs / Claimants listed below, and that Plaintiffs / Claimants are proceeding forward with its additional counsel, Mekel S. Alvarez of Morris Bart, LLC as their sole attorneys. Mekel S. Alvarez of Morris Bart, LLC hereby desires to be enrolled as counsel of record for Plaintiffs / Claimants, and David B. Franco and James R. Dugan, II to be withdrawn.

| Plaintiff / Claimant | Document No. |
|---|---|
| 1. Allen Accounting & Consulting, LLC | 61024 |
| 2. Deborah N. Groh | 61454 |
| 3. Robert A. Farrell | 61519 |
| 4. James H. Llewellyn | 61479 |
| 5. Don's A/C, LLC | 61457 |
| 6. Eugene Bibbins | 61460 |
| 7. James E. Hatten | 61474 |
| 8. Tyrone Sanchez | 61581 |
| 9. Wendell Hills | 61600 |
| 10. Samuel Penn, Jr. | 61526 |
| 11. S.M.T. & C. Trucking, LLC | 61532 |
| 12. Peter W. Amadeo, Jr. | 61514 |
| 13. Theresa Amadeo | 61510 |
| 14. Elite Dental Lab, Inc. | 61443 |
| 15. Jerome T. Campbell | 61496 |

| | |
|---|---|
| 16. Thomas W. Norman | 61566 |
| 17. Total Truck & Trailer, LLC | 61572 |

**WHEREFORE**, Mekel S. Alvarez of Morris Bart, LLC respectfully requests to be enrolled as counsel of record for Plaintiffs / Claimants listed above and David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, respectfully request that their names be withdrawn.

Dated: October 15, 2012

                                                    Respectfully submitted,

BY:    */s/ David B. Franco*
           David B. Franco (TXSBA #24072097)
           James R. Dugan, II (LSBA #24785)
           THE DUGAN LAW FIRM, APLC
           365 Canal Street, Suite 1000
           New Orleans, LA 70130
           Telephone: (504) 648-0180
           Facsimile: (504) 648-0181

BY:    */s/ Mekel S. Alvarez*
           Mekel s. Alvarez (LSBA #22157)
           MORRIS BART, LLC
           909 Poydras Street, 20th Floor
           New Orleans, LA. 70112
           Telephone: (504) 525-8000
           Facsimile: (504) 599-3380

           *Attorney for Plaintiffs / Claimants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute Counsel of Record, and [Proposed Order], have been served on all counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of October, 2012.

/s/ David B. Franco
David B. Franco, Esq.