**From:** Joel Waltzer [mailto:Joel@waltzerlaw.com]
**Sent:** Saturday, March 03, 2012 12:26 PM
**To:** Rice, Joe
**Cc:** Robert Wiygul; Clay Garside
**Subject:** RE: BP settlement...

☺ Help is why I am a lawyer.  I know you must be exhausted, but if you can humor me a bit more:

I assume the reason you did not mention specific risk factors for different fisheries is because the different factors will go to the neutral for determination…

Did BP/PSC accept the vessel size/effort based eligibility criteria of the alternative industry aver method we articulated as forming the basis or is that still up for grabs?
Is the pre-spill revenue formed over the periods previously mentioned (2009, aver 08/09, three of five 2005-09, six of ten 2000-09)?

As we have many fishermen in every category, I would like the opportunity to participate in the presentation of (neutral) data to the arbiter if possible.  Put another way, please keep me involved so I can help toss out the [bull…] others will throw.  I sense we all have a lot of work ahead…

Joe, I know any result is by nature imperfect but I also know you guys have done your very best.  I believe (for what it is worth), you and John (and Calvin, Caroline, and Steve, et al.) are very, very good.  Thank YOU for your patience.

/s/  Joel Waltzer

JOEL WALTZER  |  PARTNER  |  Waltzer & Wiygul  |  3715 WESTBANK EXPRESSWAY, SUITE 13, HARVEY, LA 70058  |  Phone : 504.340.6300  |  Fax: 504.340.6330  |  Cell:  504.430.0844  |  E: joel@waltzerlaw.com


**From:** Rice, Joe [mailto:jrice@motleyrice.com]
**Sent:** Saturday, March 03, 2012 11:07 AM
**To:** Joel Waltzer
**Subject:** Re: BP settlement...

Thanks for your help

Sent from my iPad