| | |
|---|---|
| **From:** | Steve Herman |
| **Sent:** | Thursday, April 12, 2012 2:20 PM |
| **To:** | Dan Balhoff; John Perry |
| **Cc:** | James Roy; Joe Rice; John Baden |
| **Subject:** | Fwd: BP Oil Spill Settlement for Blue Crab Industry |
| **Attachments:** | 4-12-2012.Letter.Liaison.Counsel.nkmpdf.pdf; ATT00001.htm |

FYI - See attached.


**From:** "Natalie Mitchell" <nataliem@kinneylaw.com>
**To:** "Steve Herman" <SHERMAN@hhkc.com>, "jimr@wrightroy.com" <jimr@wrightroy.com>
**Subject: BP Oil Spill Settlement for Blue Crab Industry**

Steve & James:

Please see the attached correspondence from our firm. Please do not hesitate to contact me if you require any further information regarding the issues addressed in the letter.

Best Regards,

Natalie K. Mitchell

Natalie K. Mitchell
Kinney, Ellinghausen, Richard & DeShazo
1250 Poydras Street, Suite 2450
New Orleans, Louisiana 70113
Telephone:  (504) 524-0206
Facsimile:   (504) 525-6216

CONFIDENTIALITY NOTICE: The accompanying email/facsimile is intended solely for the use of the recipient designated above.  Documents(s) transmitted herewith may contain information which is confidential and privileged.  Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited.  If you have received this email/facsimile in error, please notify us immediately by telephone at (504) 524-0206.
TRANSMISSION PROBLEMS: If you do not receive the number of accompanying pages indicated or experience any other transmission problems, please contact us at (504) 524-0206.

# KINNEY, ELLINGHAUSEN, RICHARD & DESHAZO

A PROFESSIONAL LAW CORPORATION
1250 Poydras Street, Suite 2450
New Orleans, LA 70113

| | | | |
|---|---|---|---|
| HENRY W. KINNEY | henryk@kinneylaw.com | TELEPHONE: | 504.524.0206 |
| JOHN W. ELLINGHAUSEN | johne@kinneylaw.com | FACSIMILE: | 504.525.6206 |
| DON M. RICHARD | donr@kinneylaw.com | | |
| MICHAEL L. DESHAZO | michaeld@kinneylaw.com | WEBSITE: | kinneylaw.com |
| | | | |
| JOHN D. MIRANDA | johnd@kinneylaw.com | | |
| REBECCA S. MILLER | rebeccam@kinneylaw.com | | |
| NATALIE K. MITCHELL | nataliem@kinneylaw.com | | |

April 12, 2012

Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
sherman@hhkc.com
BY EMAIL & U.S. MAIL

James Parkerson Roy
Domengeaux Wright Roy & Edwards LLC
556 Jefferson Street
Lafayette, Louisiana 70501
Phone: (800) 375-6186 or (337) 233-3033
jimr@wrightroy.com
BY EMAIL & U.S. MAIL

Re:     Deepwater Horizon oil spill settlements for blue crab industry

Dear Steve & James:

We represent eighty-four businesses and individuals in the blue crab industry in Terrebonne and Lafourche Parishes, thirty-seven of which still have claims pending. We are writing to bring up some concerns that we have regarding the settlement negotiations that are currently taking place between yourselves and British Petroleum.

First, our clients have informed us that the oil spill has caused a devastating drop in the supply of blue crabs. Our crab harvester clients have been unable to harvest enough crabs to justify the expenses associated with each trip. Accordingly, the crab

processing and wholesale companies we represent are not receiving enough supply to keep the doors open and keep their employees working. Our review of the landings data from the Louisiana Department of Wildlife & Fisheries shows a 31% drop in supply in the year 2011, compared to the average landings from 2001 – 2009. See below.



Furthermore, we are sure you are aware that in recent weeks several studies have been published showing that there is evidence that the spilled oil has reached the food chain, and has already severely harmed Gulf wildlife.

Through our efforts in working with Mr. Feinberg and the GCCF, we convinced the GCCF to increase the settlement offers for our clients from double the 2010 lost profits, to four times the 2010 lost profits. While this is certainly a step in the right direction, we believe that this multiplier does not fully compensate our clients, who continue to experience serious losses with no indication that circumstances will improve. As such, we suggest that a multiplier of eight times the 2010 losses, or four times the 2010 and 2011 losses together, would be appropriate for those in the blue crab industry who are still experiencing lost income as a result of the spill.

Second, we are concerned about the way that the GCCF has measured lost profits. We suggest that their method of determining lost revenues and then applying an LOI ratio to obtain lost profits is not a reasonable way of measuring our clients' losses, as this calculation does not accurately consider the real effects of the spill on their business expenses. For the vast majority of our clients, the GCCF has overstated the un-incurred expenses which they have deducted from our clients' lost revenues. For some of our clients, we were able to demonstrate that costs did not decrease proportionately with revenue, and the issue was resolved. However, we have several clients who have not had their loss calculations adjusted, and as a result, the settlement offers extended by the GCCF do not reflect the actual losses incurred.

Please take these issues into consideration when finalizing your settlement terms with British Petroleum. Without a fair settlement offer, which accounts for continuing

2

losses and measures losses in a reasonable way, there will be several individuals and businesses in the blue crab industry who will opt out of the settlement. Our clients are eager to resolve this dispute, so that they can make the tough decisions that need to be made regarding their future livelihoods. Nonetheless, they will not accept a settlement offer that does not fully compensate them for their continuing losses.

Sincerely,

HENRY W. KINNEY

HWK/nkm

cc: Bayouside Drive Seafood, LLC
 Cajun Crab, LLC
 Crab Express, LLC
 Mr. Marvin & Mrs. Susiana Dempster
 Dubois Seafood, Inc.
 Never Enough Seafood, LLC
 Paw Paw's Cajun Kitchen
 Seafood 27
 Mr. Joe Catalano
 Mr. Royal Marie
 Mr. Dennis Rodrigue
 Ms. Linda Tillman
 Mr. Marvin Dempster, Jr.
 Mr. Chad & Mrs. Amanda Blanchard
 Mr. Ollen & Mrs. Della Blanchard
 Mr. Eric Blanchard
 Ms. Jessica Blanchard
 Ms. Paige Dupre
 Mrs. Nguyet Bach Cao
 Mr. Vien Danh
 Ms. Diep Nguyen Le
 Ms. Trang Le
 Mr. Trung Duc Luong
 Ms. Cam Hong Nguyen
 Ms. Kim P. Nguyen
 Ms. Nhan Thi Nguyen
 Ms. Tinh Thi Nguyen
 Mr. Van C. Nguyen
 Mr. Cu Gia Pham
 Ms. Sen Thi Pham
 Ms. Phung Thi Truong
 Ms. Ho Vu
 Ms. Lan Kim Vu