UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179 SECTION: J |
| Relates to: 2:10-cv-07777-CJB-SS | ) ) ) ) | Judge Barbier Mag. Judge Shushan |

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

COMES NOW, the Objectors, Reynaldo Abreu, et. al., by and through undersigned counsel, and hereby gives Notice of their Withdrawal of their Motion To Compel filed on October 12, 2012. Upon receiving notice on October 15, 2012 of the court's order on October 9, 2012, the Motion to Compel has become moot. As a result, the Objectors hereby give notice of their withdrawal of the Motion to Compel in accordance with the Court's order.

Respectfully Submitted,
Jeremy D. Friedman, Esq.
The Downs Law Group, PA
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
(305) 444-8226
Attorney for Claimants

   /s/ Jeremy Friedman
Jeremy D. Friedman
Florida Bar # 134643

Marx Sterbcow, Esq.
The Sterbcow Law Group
1734 Prytania St
New Orleans, LA 70130
(504) 723-2184
Louisiana Bar #

Jason Melancon, Esq.
Melancon & Rimes
8706 Jefferson Hwy, Ste A
Baton Rouge, LA 70809
(225) 303-0455
Louisiana Bar #

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was sent via U.S. Mail to: Medical Lead Class Counsel: James Parkerson Roy, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson St., Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C. Attention: Deepwater Horizon Medical Benefits Settlement Kirkland & Ellis, LLP, 300 North LaSalle St. Chicago Il., 60654 as of the date as set forth above.