UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179<br><br>SECTION: J |
| Relates to: 2:10-cv-07777-CJB-SS | ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

**MOTION FOR RECONSIDERATION OF THE COURT'S
ORDER DENYNG OBJECTORS' REQUEST TO PRODUCE**

COMES NOW, the Objectors, Reynaldo Abreu, et. al., by and through undersigned counsel, and hereby move this Court to reconsider its order, dated October 9, 2012, which stated that Objectors may not proceed with their discovery requests, and in support, would state as follows:

1. On October 3, 2012, Objectors propounded two identical Requests to Produce. One was sent to the Defendant, BP Exploration & Production, Inc. ("BP"), and the other was sent to the Plaintiff, Kip Plaisance ("Plaisance"), as class representative.

2. In their Requests to Produce, Objectors requested the following items:

    a. Redacted list of all Claimants listed in the BP Medical Encounters Database.

    b. Any and all documentation that demonstrates the total number of Claimants in the BP Medical Encounters Database who complained of any conditions listed in the Specified Physical Conditions Matrix.

    c. Any and all documentation that demonstrates the total number of Claimants contained in the BP Medical Encounters Database.

3. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), Objectors requested both BP and Plaisance to produce these items within thirty (30) days.

4. BP responded to Objectors' Request to Produce via letter on October 4, 2012. In its letter, BP stated: "BP does not intend to respond to your request other than to reserve all rights and objections with regard to your requests." BP further explained that it believed that the Order issued by the court on September 25, 2012 [Regarding Objectors' Requests for Discovery and GO FISH's Motion to Intervene] prevented the Objectors from obtaining discovery. Rec. Doc. 7480.

5. On October 5, 2012, Objectors received correspondence from counsel for Plaisance which unequivocally stated that the Plaintiff would not be responding to Objectors' Request to Produce.

6. Thereafter, on October 12, 2012, the Objectors filed a Motion to Compel a Response by BP and Plaisance to their discovery requests.

7. On October 15, 2012, BP contacted the Objectors and advised that the court had issued an order on October 9 concerning the discovery requests at issue which denied the objector's attempts to obtain the discovery requested and further negated the need for a response by BP and Plaisance thereto.

8. None of the counsel for the Objectors, however, received notice of the order. As such, the Motion to Compel was filed without knowledge that the Court had already issued an order denying the right to discovery.

9. Upon the foregoing, the Objectors hereby request that the Court grant the instant motion and reconsider its ruling and permit the discovery requests to proceed accordingly.

10. Without the timely production of the items requested, Objectors will be greatly prejudiced at the Fairness Hearing regarding the proposed Medical Benefits Class Action Settlement.

WHEREFORE, the Objectors respectfully request that this Court reconsider its order dated October 9, 2012, and permit Objectors' to conduct discovery in regards to the service of their Request to Produce and further order that the Plaintiff and the Defendant respond to the discovery in a timely matter, along with any additional relief this Court deems just and proper.

        Respectfully Submitted,

        Jeremy D. Friedman, Esq.
        The Downs Law Group, PA
        3250 Mary Street, Suite 307
        Coconut Grove, FL 33133
        (305) 444-8226
        Attorney for Claimants

        __/s/ Jeremy Friedman___
        Jeremy D. Friedman
        Florida Bar # 134643

| | |
|---|---|
| Marx Sterbcow, Esq. | Jason Melancon, Esq. |
| The Sterbcow Law Group | Melancon & Rimes |
| 1734 Prytania St | 8706 Jefferson Hwy, Ste A |
| New Orleans, LA 70130 | Baton Rouge, LA 70809 |
| (504) 723-2184 | (225) 303-0455 |
| Louisiana Bar # | Louisiana Bar # |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was sent via U.S. Mail to: Medical Lead Class Counsel: James Parkerson Roy, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson St., Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C. Attention: Deepwater Horizon Medical Benefits Settlement Kirkland & Ellis, LLP, 300 North LaSalle St. Chicago Il., 60654 as of the date as set forth above.