July 31, 2012

Willis & Buckley, APC

3723 Canal Street

New Orleans, Louisiana 70119

Dear Willis & Buckley, APC:

At this time we will not need your service to represent us regarding our Gulf Coast Claims facility claims in representing us with the Vessels of Opportunity claim. If any information is needed please contact Mr. Chris Anderson with FAEGRE BAKER DANIELS at 1-612-766-8086.

Thank You

Chad M. Rogers Sr.

*Chad M Rogers Sr.*
7-31-2012