UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | CIVIL ACTION NO. 2:10-MD-02179<br><br>SECTION: J<br><br><br>JUDGE: CARL J. BARBIER<br><br>MAG: SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO INTERVENE

Willis & Buckley, APC, through Jennifer N. Willis, respectfully moves this Honorable Court for leave to file a Complaint of Intervention in the captioned action pursuant to Federal Rules of Civil Procedure Rule 24(a)92) on the grounds that intervenor claims an interest in and is entitled to the proceeds of any settlement or judgment in the captioned action in preference to other creditors and that intervenor is so situated that the disposition of the action may as a practical matter impede intervenor's ability to protect that interest.

The filing of this Complaint of Intervention will not in any way delay the progress of this matter.

It is unknown whether this motion will be opposed.

**WHEREFORE**, Willis & Buckley, APC, through Jennifer N. Willis, prays that it be allowed

to file its Complaint of Intervention in the aforesaid matter.

                                                  Respectfully submitted,

OF COUNSEL:

                                        /s/ Jennifer N. Willis
                                        JENNIFER N. WILLIS (#14877)
                                        Willis & Buckley, APC
                                        3723 Canal Street
                                        New Orleans, Louisiana 70119
                                        Telephone: (504) 488-6301
                                        Facsimile: (504) 488-6302
                                        jenniferwblaw@bellsouth.net

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on October 16, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                                  /s/ Jennifer N. Willis