8-17-2011

I would like to terminate representation with the firm Willis & Buckley, APC. Represented by Jennifer N. Willis as of August 17, 2011.

Sincerely,

Harvey Cheramie Jr,

RECEIVED AUG 1 7 2011