UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| This Document Relates to: 10-8888 | * * * | SECTION "J" JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Faisal Samad | 3800 Lime Street<br>Metairie, LA 70006 | 52930 | (504) 339-6202 |
| LaWanda St. Sauveur | 3021 Concordia Dr.<br>LaPlace, LA 70068 | 52963 | (504) 914-1851 |
| Tefera Aleme Milko | 3915 North I-10 Service Rd.,<br>Apt. 314<br>Metairie, LA 70002 | 48591 | (504) 669-2206 |
| Younes Muhsen | 3513 Transcontinental Dr.<br>New Orleans, LA 70006 | 52850 | (504) 428-9746 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

                                              Respectfully Submitted,

                                              _s/ Martins I. Imudia_____

>Martins I. Imudia-24809
>Martins I. Imudia & Associates, APLC
>3105 David Drive
>Metairie, Louisiana  70003
>Telephone:  (504) 885-0015
>           and
>Terrence J. Lestelle-8540
>Andrea S. Lestelle-8539
>Jeffrey B. Struckhoff-30173
>Richard M. Morgan-32603
>Lestelle & Lestelle, APLC
>3421 N. Causeway Boulevard,
>Suite 602
>Metairie, Louisiana 70002
>Telephone: 504-828-1224
>
>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this  16th  day of  October 2012, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

> s/ Martins I. Imudia
>Martins I. Imudia