# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

Mark J. Nomellini
To Call Writer Directly:
(312) 862-2410
mark.nomellini@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 9, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re:    MDL 2179 — Proposed Conventions for Creating and Exchanging Phase Two Trial Exhibit Lists

Dear Judge Shushan:

In order to aid the parties in efficiently and accurately creating and exchanging their Phase Two Trial Exhibit Lists, BP proposes that the parties also adopt the following exhibit list conventions, similar to those used in the Phase One Trial.  (These are in addition to the proposals in my letter of September 27, 2012 which was adopted by Court Order on October 9, 2012).

## Numbering Exhibits

For deposition exhibits designated as Phase Two Trial Exhibits, we propose that the parties use the exhibit numbers assigned to those exhibits at the deposition, as reflected in the running index from the depositions.  For Phase Two Trial Exhibits that were designated as a Phase One Trial Exhibit by any party (including deposition exhibits, reliance exhibits, and all other Phase One Trial Exhibits), we propose that the parties use the same exhibit number as were assigned in the Phase One trial.  All other Phase Two Trial Exhibits would use the following numeric ranges depending on the designating party (generally, 100,000 higher than the corresponding Phase One range):

    PSC:          120,000
    U.S.:          130,000
    BP:           140,000
    Transocean:  150,000
    Halliburton:   160,000
    States:       170,000

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
October 9, 2012
Page 2

    Cameron:    175,000
    Anadarko:    180,000
    MOEX:    185,000

For reference purposes, the ranges used in Phase I were as follows:

PSC:    20,000
U.S.    30,000
BP:    40,000
Transocean:    50,000
Halliburton:    60,000
States:    70,000
Cameron:    75,000
Anadarko:    80,000
MOEX:    85,000.

## Exchanging Exhibit Lists

In exchanging Phase Two Trial Exhibit Lists and subsequent revised lists, we propose that the parties exchange a native Microsoft Excel also an Adobe PDF version. We propose that the list shall identify each Phase Two Trial Exhibit designated by that party, and include, at a minimum, the following columns:

| Column Name | Brief Description |
|---|---|
| Trial Exhibit Number | The parties agree to use the following numbering convention: "TREX-xxxxxx"<br><br>For example, Exhibit Number 1 will be named "TREX-000001" |
| Bates Range | Beg. Bates - End Bates |
| Date | Date of the document |
| Description | Brief description of the exhibit |

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
October 9, 2012
Page 3

| Phase | The parties agree to identify whether an exhibit is a Phase One Trial Exhibit, Phase Two Trial Exhibit, or both. This column will be populated with one of the following entries (please use exact text, including "One" and "Two" spelled out):<br><br>Phase One<br><br>Phase Two<br><br>Phase One; Phase Two |
|---|---|
| New Exhibit/Revised Exhibit Since Prior List | The parties will identify by placing an "X" in this column all Trial Exhibits entries that have been added **or** revised in any way since circulating the prior version of their Phase Two Trial Exhibit List.<br><br>The Parties will **also** identify, by listing in their cover letter, any Trial Exhibit Designations that have been removed since circulating the prior version of their Phase Two Trial Exhibit List |

### Processing And Branding of Trial Exhibits For Use At Trial

For Deposition Exhibits, Worldwide Court Reporters ("Worldwide") shall be responsible for processing and branding each exhibit for use at trial. For non Deposition Exhibits, the parties shall exchange images of each exhibit amongst themselves, and supply a final copy to Worldwide for use at Trial. The parties will meet and confer regarding any issues relating to the authenticity of exhibit images provided to Worldwide.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
October 9, 2012
Page 4

      BP hopes that the use of the foregoing conventions will aid all parties in efficiently exchanging and processing each others' respective Phase Two Trial Exhibit Lists.  BP remains open to suggested additions and/or revisions to these conventions from any party, and asks that any proposed changes be circulated among the parties by **Friday, October 12**.

                        Sincerely,

                        /s/ Mark J. Nomellini

cc (via electronic mail):

United States' MDL Counsel
Plaintiffs' Liaison Counsel
Defense Liaison Counsel (dsc2179@liskow.com)
Joel M. Gross
Allison B. Rumsey