## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                  JUDGE BARBIER
                               MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Working Group Conference on Friday, October 12, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

## PHASE ONE PREPARATION

1.  **Courthouse Space for Trial of Phase One**.

    The space assignments are as follows:

    | | |
    |---|---|
    | Dept. of Justice | 1st Floor Courthouse - Senior Judges' Jury Room. |
    | PSC | 1st Floor Courthouse - Senior Judges' Courtroom |
    | BP | 1st Floor Hale Boggs - Bunker |
    | State of La | 3rd Floor Hale Boggs - Attorney Conference Center Room |
    | Transocean | 3rd Floor Hale Boggs - Magistrate Judges' Jury Room |
    | Halliburton | 4th Floor Hale Boggs - Judge Moore's Chambers |
    | Cameron | 4th Floor Hale Boggs - Judge Moore's Courtroom |

There is no space yet for M-I Swaco. GSA will report by early November if space becomes available.

2.  **Phase One Exhibits**.

    HESI reported on the Phase One trial exhibit database. It suggested the following timeline to complete the task:

| 11/22/12 | HESI circulates a spreadsheet of all exhibits that were on the list requiring correction and identifies the correction. |
| 11/01/12 | Parties raise and resolve any objections to the correction spreadsheet. |
| 11/15/12 | Parties circulate subjective redaction criteria. |
| 11/27/12 | Parties raise any objections to the parties' subjective redaction criteria. |
| 12/07/12 | Parties resolve subjective redaction criteria objections. |
| 12/15/12 | InData makes the subjective redactions and includes a watermark on each exhibit to demonstrate that it completed this process. |

If there is any objection to the procedure and timeline proposed by HESI, the parties shall notify HESI before the **October 19, 2012** working group conference.

**3.    Phase One Witness List**.

Transocean commented that certain witnesses listed on Phase One lists may not be required because a party is not a participant in Phase One.  It was asked to circulate a list of witnesses that it believes are not required for trial.  If there is disagreement on a witness identified by Transocean as no longer required, it will be taken up.  If there is no disagreement, the witnesses will be dropped from the list and a new witness list prepared.

**4.    Order for Preparation for Trial of Phase One**.

The PSC completed a summary of orders relating to preparation for trial of Phase One.  BP presented a response.  The PSC and BP will work to prepare a proposed single pretrial procedural order.

**PHASE TWO**

**Equipment Stored at Michoud**

1.    **Inspection and Testing of BOP, Capping Stack and Equipment**.

Judge Barbier inspected the evidence last week.

BP reported that the sampling procedure was underway at Michoud.  On October 11, 2012, the Court addressed questions to BP regarding the testing.  On October 12, BP responded.  The questions and responses were reviewed at the conference.  BP responded to issues raised by the U.S. The U.S. reiterated its objections.  It acknowledged that the second protocol was an improvement over the first, but contended that more clarity is required.

BP reported that it will make the allocation for Captain Engelbert's September activity report.  **2.    Deadline for BOP Testing**.

The deadline for testing all equipment and material stored at Michoud is **Thursday, October 25, 2012.**  BP reported that it may seek a small adjustment in the deadline. All data related to testing will be provided on a rolling basis and no later than **November 21, 2012.**

**Phase Two Document Production**

1.    **DPP Entries on Privilege Logs Served After Privilege Log 60.**

BP reported that there were no issues with U.S. privilege log nos. 61-64.  BP and the U.S. are not required to serve updated privilege log lists when they have not served a privilege log during the week in which the list would be due.

2.    **Schedule V and Zantaz.**

On October 15, 2012, an order was issued regarding the DPP entries submitted by the U.S. submitted for *in camera* (Rec. doc. 7646).  This will not be on the agenda for October 19.

3

3.      **Custodial File Production**.

There is a 21 day deadline in advance of a deposition for custodial file production and privilege logs.

4.      **Professor Ira Leifer Document Production**.

BP reported substantial progress was made on the production of Professor Leifer's documents.  The documents were delivered to BP's vendor who is screening them pursuant to the agreement with the U.S. before production to BP.

5.      **U.S. Document Production**.

BP reported that it received the answers it sought from the U.S. relative to its "clean-up" production.  If there is a need for anything further, BP will request a telephone conference with the Court and the U.S.  If there is no communication from BP, it will not be on the agenda on October 19, 2012.

BP was given until October 19 to raise any outstanding issues regarding the U.S. discovery responses.  This is subject to the right of the U.S. to object to BP's right to raise the issues, including but not limited to the ground that it was not raised by the August 15 deadline.

**Phase Two Fact Depositions**

1.      **Update on Fact Depositions**.

The Statoil witness is Ruben Schalke from Norway.  Because of a heart condition he is unable to travel.  It will be done by video conference at the offices in Houston of the Statoil law firm on November 12.  The parties shall supply pre-marked exhibits to Mr. Schalke in advance of the deposition.

Robert Quitzau, the Anadarko Rule 30(b)(6) witness, was confirmed for November 1 and 2.

The deposition of Dr. Griffiths is set for November 13 and 14.  The deposition of Dr. Guthrie is set for November 15 and 16.

There will a supplemental document production by Intertek and Wild Well.  If these are not resolved by October 19, the U.S. will seek the Court's assistance.

Stress Engineering has 10 topics and 10 different engineer designees.  The names are not available.  The U.S. is working to determine whether these will be half day or full day depositions. They will not be available during the last week of October.  The U.S. is working on new dates.

There was no report on the Oceaneering deposition.

The U.S. requested that the Court act on the Woods Hole request for fees so it will know how to respond to the BP Institute's request for fees.

By close of business on Monday, October 15, the parties were asked to report any objection to shifting Rob Turlak's deposition from November 5 and 6 to November 6 and 7.

**2.**     **Scheduled Rule 30(b)(6) Depositions**.

**Friday, November 30**, is the deadline for the completion of Rule 30(b)(6) depositions.  The status of the scheduling of the remaining Rule 30(b)(6) Depositions is as set forth below.

|  | **Designee** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| | Week - October 15-19 | | | |
| **BP** | Adam Ballard | Two days | N.O. | Oct. 16 and 17. |
| **BP** | Greg Rohloff | Two days | N.O. | Oct. 17 and 18 |
| **U.S.** | Art Ratzell | Two days | N.O. | Oct. 17 and 18 |

Week - October 22-26

| | | | | |
|---|---|---|---|---|
| **U.S.** | Admiral Landry | Two days | N.O. | Oct. 22 and 23 |
| **BP** | Yun Wang | Two days | N.O. | Oct. 24 and 25 |
| **U.S.** | Marcia McNutt | Two days | N.O. | Oct. 24 and 25 |
| **BP** | Trevor Smith | Two days | N.O. | Oct. 25 and 26 |

Week - October 29 - November 2

| | | | | |
|---|---|---|---|---|
| **U.S.** | Tom Hunter | Two days | N.O. | Oct. 30 and 31 |
| **U.S.** | Don McClay | Two days | N.O. | Oct. 30-Nov. 1 |
| **Intertek Group** | | One day | N.O. | November 1 |
| **Anadarko** | Robert Quitzau | Two day | N.O. | Nov. 1 and 2. |
| **DNV** | | One day | N.O. | November 1 |

Week - November 5-9

| | | | | |
|---|---|---|---|---|
| **BP** | Robert Sanders | One day | N.O. | November 5 |
| **Transocean** | Rob Turlak | Two days | N.O. | Nov 6 and 7 |
| **BP** | Hugh Banon | One day | N.O. | November 6 |
| **BP** | John Hughes | One day | N.O. | November 7 |
| **BP** | Marvin Miller | One day | N.O. | November 8 |

Week - November 12-16

| | | | | |
|---|---|---|---|---|
| **Statoil** - **Video** | Ruben Schalke | One day | Houston | November 12 |
| **BP** | Kevin Devers | Two days | N.O. | Nov. 12 and 13 |
| **BP** | Tanner Gansert | Two days | N.O. | Nov. 12 and 13 |
| **U.S.** | Stewart Griffiths | Two days | N.O. | Nov. 13 and 14 |

6

| | | | | |
|---|---|---|---|---|
| **BP** | Earnest Bush | One day | N.O. | November 14 |
| **BP Institute** | | Two days | U.K. | Nov. 14 and 15 |
| **U.S** | George Guthrie | Two days | N.O. | Nov. 15 and16 |
| **Cameron** | Unidentified | Two days | N.O. | Nov. 15 and 16 |
| Week - November 19-23 | | | | |
| **BP** | Ellen Williams | Two days | N.O. | Nov. 19 and 20 |
| Week - November 26-30 | | | | |
| **Schlumberger** | Bud Decoste | One day | N.O. | November 27 |
| **BP** | Charlie Holt | Two days | N.O. | Nov. 28 and 29 |

## **Phase Two Exhibits**

1.      **Objections to Deposition Exhibits**.

BP circulated a proposed order regarding the procedure for objecting to Phase Two deposition Exhibits.  The PSC responded that the first part of the proposal concerning identification of exhibits to which a party objects within 30 days of their use in a deposition was positive, particularly if the objection is that there is no possible way for the exhibit to be admitted.  The PSC was not in accord with the second part of the proposal which set up a briefing procedure for objections and resolution by the Court before discovery was complete and the opportunities to demonstrate the admissibility of the document were not exhausted.  The U.S. shared some of the PSC's concerns but preferred a procedure where Phase Two exhibits are listed and then objections are made as was done for Phase One.  BP, the PSC and U.S. will meet-and-confer and report on any progress at the next conference.

2.      **Preliminary Good Faith Exhibit Lists**.

**Tuesday, October 30**, is the deadline for the preliminary good faith exhibit lists.  The proposal by Mark Nomellini found in his letters of September 27 (Rec. doc. 7601) and October 9, 2012 (Rec. doc. 7657) is adopted.

**Phase Two Deadlines**

1.      **Phase Two Expert Depositions**.

**Tuesday, October 30**, is the deadline for the parties to submit *in camera* lists of the experts likely to provide reports.

2.      **Simultaneous exchange of additional fact witness designations**.

Pursuant to the Phase Two Preparation Timeline (Rec. doc. 7603), **Monday, November 12**, is the deadline for the parties to exchange additional fact witness designations.

The U.S. may designate up to 5 additional Quantification fact witnesses.

The PSC and the States may jointly designate up to 4 additional Source Control fact witnesses.

The defendants other than BP may jointly designate up to 2 additional Source Control fact witnesses.

BP may designate up to 7 additional fact witnesses, but no more than 5 of these shall be Quantification fact witnesses.

3.      **Preliminary good faith fact may call witness list**.

Pursuant to the timeline (Rec. doc. 7603), **Monday, November 19**, is the deadline for preliminary good faith fact may call witness lists with no more than 15 witnesses.

## CONFERENCE SCHEDULE

| | |
|---|---|
| 10/19/12 | **WGC meeting at 8:30 a.m.**  Note change in time for conference. |
| 10/26/12 | Status Conference at 9:00 a.m.<br>WGC meeting to follow |
| 11/2/12 | WGC meeting at 9:30 a.m. |
| 11/9/12 | WGC meeting at 9:30 a.m. |
| 11/16/12 | Status Conference at 9:30 a.m.<br>WGC meeting to follow |
| 11/30/12 | WGC meeting at 9:30 a.m. |
| 12/7/12 | WGC meeting at 9:30 a.m. |
| 12/14/12 | WGC meeting at 9:30 a.m. |
| 12/28/12 | WGC meeting at 9:30 a.m. |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 16th day of October, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**