UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br>12-2248 | *<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Defendant Odyssea Marine, Inc.'s Motion for Extension of Time to Plead (Rec. Doc. 7638)[1], which requests a 21-day extension for responding to Plaintiff Torrey Barlow's Complaint in the member case referenced above. Defendant's Motion states that the current deadline for responding is October 15, 2012.

Plaintiff alleges that he was injured as a result of "exposure to oil and/or oil-dispersing chemicals and/or decontaminants by virtue of his employment as a clean-up and/or response worker." (Compl. ¶ 2, Rec. Doc. 1, C.A. 12-2248). This Complaint falls within Pleading Bundle B3. (*See* Pretrial Order No. 25 ¶ 1, Rec. Doc. 983). Such complaints are stayed until further order of the Court. (*Id.* ¶ 8). The Court has not lifted the stay or otherwise called for responses with respect to this Complaint. Therefore, Defendant's belief that responses were due on October 15 is incorrect. At this time, this Motion is premature and unnecessary.

**IT IS ORDERED** that Defendant Odyssea Marine, Inc.'s Motion for Extension of Time to Plead (Rec. Doc. 7638) is **DENIED AS PREMATURE.**

---

[1] Citations are to the Court's master docket for MDL 2179, C.A. 10-md-2179, unless otherwise noted.

New Orleans, Louisiana, this 16th day of October, 2012.

                                                                                             _____
                                                                                             United States District Judge