UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

**ORDER**

Considering the above and foregoing Joint Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, be and are hereby withdrawn as counsel of record for Plaintiffs / Claimants and Mekel S. Alvarez of Morris Bart, LLC be and is hereby enrolled as counsel of record for Plaintiffs / Claimants listed below.

| Plaintiff / Claimant | Document No. |
|---|---|
| 1. Allen Accounting & Consulting, LLC | 61024 |
| 2. Deborah N. Groh | 61454 |
| 3. Robert A. Farrell | 61519 |
| 4. James H. Llewellyn | 61479 |
| 5. Don's A/C, LLC | 61457 |
| 6. Eugene Bibbins | 61460 |
| 7. James E. Hatten | 61474 |
| 8. Tyrone Sanchez | 61581 |
| 9. Wendell Hills | 61600 |
| 10. Samuel Penn, Jr. | 61526 |
| 11. S.M.T. & C. Trucking, LLC | 61532 |
| 12. Peter W. Amadeo, Jr. | 61514 |
| 13. Theresa Amadeo | 61510 |
| 14. Elite Dental Lab, Inc. | 61443 |
| 15. Jerome T. Campbell | 61496 |

| | |
|---|---|
| 16. Thomas W. Norman | 61566 |
| 17. Total Truck & Trailer, LLC | 61572 |

Signed in New Orleans, Louisiana this 16th day of October, 2012.

_____
United States District Judge