UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| This Document Relates to: 10-8888 | * * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

Tefera Aleme Milko (48591)         Faisal Samad (52930)

Younes Muhsen (52850)              LaWanda St. Sauveur ( 52963)

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

Tefera Aleme Milko (48591)         Faisal Samad (52930)

Younes Muhsen (52850)              LaWanda St. Sauveur ( 52963)

New Orleans, Louisiana, this  17th  day of  October , 2012.

_____
United States District Judge