UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE; OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| 2:10-cv-02771, 2:10-cv-08888 | MAG. JUDGE SHUSHAN |

## EX PARTE MOTION TO SUBSTITUTE AND ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Jolene Sue Aguilera (Doc. No. 33347), Anita Francis Anderson (Doc. No. 34684), Patrick Joseph Araguel (Doc. No. 34685), Jennifer Chapman Araguel (Doc. No. 42667), Betty J. Zabel Revocable Trust (Doc. No. 44267), Bluewater Seafood (Doc. No. 38735), Clayton Frank Bonjean (Doc. No. 43060), Robert Earl Boston (Doc. No. 55346), Craigside Leasing, LLC (Doc. No. 42460), Mark Joseph Crowe (Doc. No. 34721), Paula Bernadette Crowe (Doc. No. 43952), David Alan Dewell (Doc. No. 38620), Debbie Lynn Dewell (Doc. No. 38597), Benjamin Clark Edwards (Doc. Nos. 43742, 54027), Clark Anthony Edwards (Doc. No. 43740), Douglas K. Farver Revocable Trust (Doc. No. 44308), Douglas Keith Farver (Doc. No. 44302), Jerry Austin Floyd (Doc. No. 34807), Julian Roy Godwin (Doc. No. 34933), Sara Beth Godwin (Doc. No. 42641), Hao Van Le (Doc. No. 38734), Yvette Michelle Henderson (Doc. No. 48231), Timothy Lynn Henderson (Doc. No. 48241), Jack Sutton Antique & Jewelry Company, Inc. (Doc. No. 38674), Jack Mike Sutton (Doc. No. 38678), Lori Anne Karian (Docs. No. 57421, 57425, 57434), Stephan David Karian (Docs. No. 57427, 57430), John Edward Leuenberger (Doc. No. 43984), The Leuenberger Living Trust (Doc. No. 43983), Nattaya Suvanakul Leuenberger (Doc. No. 43985), Lori Karian Qualified Personal Residence Trust (Doc. No. 57433), Mainsail Realty (Doc. No. 43061), Beverly Gayle Marr (Doc. No. 48310), Thomas Albert Marr (Doc. No. 48299), Julia

James McArthur (Doc. No. 38370), Alan Malcolm O'Neal (Doc. No. 43759), Ann Tucker Person (Doc. Nos. 42462, 91338), Brett Thomas Person (Doc. No. 42461), The Pinson Revocable Trust (Doc. No. 48107), Noel Kay Pinson (Doc. No. 48089), Richard Carroll Pinson (Doc. No. 48050), William Toombs Roden (Doc. No. 42637), S & L Karian Properties, LLC (Doc. No. 57428), Bobby Graydon Sanders, Sr. (Doc. No. 36331), Southern Hospitality Professional Magazine, LLC (Doc. No. 38564), Stephan Karian Qualified Personal Residence Trust (Doc. No. 57431), SWF MGMT, LLC (Doc. No. 55326), Waterstone Resort Group, L.L.C. (Doc. No. 54017), Waterstone Resorts, LLC (Doc. No. 43751), William Michael Webster (Doc. No. 43746), Richard Jonathon Webster (Doc. No. 43743), Constance Ochs Whitney (Doc. Nos. 36665, 48548), Betty Jean Zabel (Doc. No. 44259), who respectfully move the Court to enter the accompanying order substituting and enrolling Dewitt M. Lovelace as counsel of record for them in the place and stead of Alex Peet. In support of this motion, Plaintiffs state that Alex Peet is preparing to leave the employ of the Lovelace Law Firm, P.A.

WHEREFORE, Plaintiffs request that the Court enter the accompanying order substituting and enrolling Dewitt M. Lovelace as counsel of record for them in the place and stead of Alex Peet.

Respectfully submitted,

LOVELACE LAW FIRM, P.A.

/s/ Dewitt M. Lovelace
Dewitt M. Lovelace, Fl. Bar No. 0872326
Alex Peet, Fl. Bar No. 47606
12870 U.S. Hwy. 98 W., Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Fax: (850) 837-4093
Email: dml@lovelacelaw.com
alex@lovelacelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion to Substitute and Enroll Counsel of Record has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of October, 2012.

/s/ Dewitt M. Lovelace