UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE; OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

MDL NO. 2179

SECTION: J

THIS DOCUMENT RELATES TO:

2:10-cv-02771, 2:10-cv-08888

JUDGE BARBIER

MAG. JUDGE SHUSHAN

## ORDER

Considering the foregoing,

**IT IS ORDERED THAT** Dewitt M. Lovelace be and hereby is substituted and enrolled

as counsel of record for Jolene Sue Aguilera (Doc. No. 33347), Anita Francis Anderson (Doc.

No. 34684), Patrick Joseph Araguel (Doc. No. 34685), Jennifer Chapman Araguel (Doc. No.

42667), Betty J. Zabel Revocable Trust (Doc. No. 44267), Bluewater Seafood (Doc. No. 38735),

Clayton Frank Bonjean (Doc. No. 43060), Robert Earl Boston (Doc. No. 55346), Craigside

Leasing, LLC (Doc. No. 42460), Mark Joseph Crowe (Doc. No. 34721), Paula Bernadette Crowe

(Doc. No. 43952), David Alan Dewell (Doc. No. 38620), Debbie Lynn Dewell (Doc. No.

38597), Benjamin Clark Edwards (Doc. Nos. 43742, 54027), Clark Anthony Edwards (Doc. No.

43740), Douglas K. Farver Revocable Trust (Doc. No. 44308), Douglas Keith Farver (Doc. No.

44302), Jerry Austin Floyd (Doc. No. 34807), Julian Roy Godwin (Doc. No. 34933), Sara Beth

Godwin (Doc. No. 42641), Hao Van Le (Doc. No. 38734), Yvette Michelle Henderson (Doc. No.

48231), Timothy Lynn Henderson (Doc. No. 48241), Jack Sutton Antique & Jewelry Company,

Inc. (Doc. No. 38674), Jack Mike Sutton (Doc. No. 38678), Lori Anne Karian (Docs. No. 57421,

57425, 57434), Stephan David Karian (Docs. No. 57427, 57430), John Edward Leuenberger

(Doc. No. 43984), The Leuenberger Living Trust (Doc. No. 43983), Nattaya Suvanakul

Leuenberger (Doc. No. 43985), Lori Karian Qualified Personal Residence Trust (Doc. No.

57433), Mainsail Realty (Doc. No. 43061), Beverly Gayle Marr (Doc. No. 48310), Thomas

Albert Marr (Doc. No. 48299), Julia James McArthur (Doc. No. 38370), Alan Malcolm O'Neal

(Doc. No. 43759), Ann Tucker Person (Doc. Nos. 42462, 91338), Brett Thomas Person (Doc.

No. 42461), The Pinson Revocable Trust (Doc. No. 48107), Noel Kay Pinson (Doc. No. 48089),

Richard Carroll Pinson (Doc. No. 48050), William Toombs Roden (Doc. No. 42637), S & L

Karian Properties, LLC (Doc. No. 57428), Bobby Graydon Sanders, Sr. (Doc. No. 36331),

Southern Hospitality Professional Magazine, LLC (Doc. No. 38564), Stephan Karian Qualified

Personal Residence Trust (Doc. No. 57431), SWF MGMT, LLC (Doc. No. 55326), Waterstone

Resort Group, L.L.C. (Doc. No. 54017), Waterstone Resorts, LLC (Doc. No. 43751), William

Michael Webster (Doc. No. 43746), Richard Jonathon Webster (Doc. No. 43743), Constance

Ochs Whitney (Doc. Nos. 36665, 48548), and Betty Jean Zabel (Doc. No. 44259).

   **IT IS FURTHER ORDERED** that Alex Peet is withdrawn as counsel for the

above-named Plaintiffs.

   New Orleans, Louisiana, this _____ day of _____, 2012.


           _____

           United States District Judge