UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 2:10-cv-07777 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion for Reconsideration (Rec. doc. 7651)]**

IT IS ORDERED that: (1) the motion of the objectors, Reynaldo Abreu, et al, for reconsideration of the Court's order denying objectors' request to produce (Rec. doc. 7651) is set for hearing (**no oral argument**) on **Wednesday, October 24, 2012**; and (2) any opposition shall be submitted by **close of business on Tuesday, October 23, 2012.**

New Orleans, Louisiana, this 17th day of October, 2012.

                                                               SALLY SHUSHAN
                                                               United States Magistrate Judge