UNITED STATES DISTRICT COURT

For the

EASTERN DISTRICT OF LOUISIANA

10/ 05 /2012

HAAH  DARRYL        Claim no. 3203622
H&H Ranch Wildlife Rescue & Evacuation Shelter        HON. Carl J. Barbier

Civil Action  No.      MDL-2179

vs

Oil Spill by the Oil Rig Deepwater Horizon

BP OIL INC.

MOTION TO HOLD     BP INC. & ATTORNEYS

LISKOW LAW FIRM IN  COMTEMPT OF COURT

FOR

NON- COMPLIANCE OF A FEDERAL SUBOENA

AS ATTACHED DOCUMENTS  SHOW  FEDERAL SUBPOENA WAS SERVED AS WAS  INGORED .

1. The Plaintiff H&H RANCH WILDLIFE RECUE asks for a   COURT ORDER making BP OIL inc. and Attorneys  LISKOW  LAW FIRM   Comply with the FEDERAL SUBPOENA.

2 . Plaintiff asks for FINES and or JAIL TIME  for VIOLATIONS of Federal Civil Procedures of a Federal Subpoena  of the FEDERAL DISTRICT COURT ,       for the EASTERN DISTRICT COURT OF LOUISIANA

3. the CONTRACY requested under FEDRAL SUBPOENA , is the paperwork that is need for the COURT SETTLEMENT in the case 3203622 BP/ GCCF ADM. COURT SETTLEMENT CASE no. 100041309.

4. The Plaintiff has waiting the Time allowed by Federal Civil Procedures Rules of serving a Federal Subpoena , and has not be COMPLIED with By FEDERAL CIVIL LAWS.

5 . Several attempts where made to the Law firm of Liskow / BP Oil inc. Attorneys for the Request and Copy's.

5. Paper work and all such Federal Subpoena and Emails ATTACHED

There of , the Plaintiff should be GRANTED the MOTION to be HELD IN CONTEMPT OF COURT.

DARRYL LEE HAAN /   OWNER / CEO

H&H RANCH WILDLIFE RESCUE & EVACUATION SHELTER

10/5/12     *[signature]*

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Htt Ranch Equine Rescue
_____
Plaintiff
v.
BP Oil, inc.
_____
Defendant

Civil Action No. MDL-2179

(If the action is pending in another district, state where: )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: BP oil, inc. + attorneys for BP Oil, inc.

☒ **Production:** YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Contract between TRI-State Bird Rescue + BP Oil inc.

Place: send copy to 8421 Finance av / week. Wachee, FL 34607

Date and Time: 14 days from The day Received

☐ **Inspection of Premises:** YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:

Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: Sep. 22/2012

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

OR Darryl Finn
_____
Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____, who issues or requests this subpoena, are:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __BP Oil inc__
was received by me on *(date)* __SepT 22 . 2012__

☒ I served the subpoena by delivering a copy to the named person as follows: __Don K. Haycraft__
__attorney for BP Oil inc. at dkhaycraft@liskow.com__
on *(date)* __SepT 21 20/12__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ __0.00__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __SepT 22/2012__    __Darryl Haan__
                         Server's signature

__Darryl Haan / owner H+H Ranch Equine Rescue__
Printed name and title

__6421 Financeau__
__week: wachee, FL, 34607__
Server's address

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

Oct 05 12 10:46a  darryl haan  352-694-7752  p.3
Case 2:10-md-02179-CJB-DPC   Document 7666   Filed 10/17/12   Page 6 of 8
Print                                                                Page 1 of 1

**Subject:** LEGAL NOTICE
**From:** darryl haan (darrylh0418@yahoo.com)
**To:** dkhaycraft@liskow.com;
**Date:** Saturday, September 22, 2012 9:56 AM

LEGAL NOTICE for DON K HAYCRAFT

1ST notice      (1A)

D.H.

Oct 05 12 10:40a    darryl haan    352-596-2753    p.7
Case 2:10-md-02179-CJB-DPC   Document 7666   Filed 10/17/12   Page 7 of 8
Print                                                                    Page 1 of 1

**Subject:** legal notice
**From:** darryl haan (darrylh0418@yahoo.com)
**To:** dkhaycraft@liskow.com;
**Date:** Tuesday, October 2, 2012 11:58 AM

H&H RANCH WILDLIFE RESCUE , do you and Bp intend to COMPLY with the FEDERAL SUBPOENA , I, Darryl Haan have served upon you & BP inc. ? or shall i FILE for a NON-COMPLIANCE ORDER, or you may reach me at 352-596-2753 , or BP claim 3203622 or claim with court adm. 100041309, I await a ANSWER from you and BP inc.

H&H WILDLIFE RESCUE & EVACUATION SHELTER

DARRYL HAAN/ CEO/ OWNER

*[Handwritten: 1B]*

*[Handwritten: 2nd notice]*

*[Handwritten signature: D.H.]*

**Subject:** Fw: LEGAL NOTICE
**From:** darryl haan (darrylh0418@yahoo.com)
**To:** firm@liskow.com;
**Date:** Wednesday, October 3, 2012 6:27 AM

----- Forwarded Message -----
**From:** darryl haan <darrylh0418@yahoo.com>
**To:** "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>
**Sent:** Saturday, September 22, 2012 9:56 AM
**Subject:** LEGAL NOTICE

LEGAL NOTICE for DON K HAYCRAFT

(1C)

Forward To Law Firm

3rd notice

DH.