IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br>SECTION: J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| 12-cv-968, Plaisance, *et al.* v. BP Exploration & Production Inc., *et al.* | * * * | MAGISTRATE JUDGE SHUSHAN |
| and | * * | |
| 12-cv-970, Bon Secour Fisheries, Inc., *et al.* v. BP Exploration & Production Inc., *et al.* | * * | |

**BP'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE REPLY MEMORANDA IN EXCESS OF PAGE LENGTH IN SUPPORT OF ITS MOTIONS FOR FINAL APPROVAL OF THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AND THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT**

Pursuant to the Preliminary Approval Orders dated May 2, 2012 (Rec. Doc. 6418; Rec. Doc. 6419), BP is to file its reply memoranda in support of final approval of the two class action settlements on October 22. BP respectfully requests leave to file Reply Memoranda in Support of its Motions for Final Approval of the Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement that exceed the limit imposed by Rule 7.7 of the Local Rules of the Eastern District of Louisiana. Local Rule 7.7 imposes a limit of ten pages for reply memoranda supporting a motion. BP requests leave to file a reply memorandum of no more than ninety pages for the Economic and Property Damages Settlement and no more than forty-five pages for the Medical Benefits Settlement in order to permit it sufficient space to address the comprehensive settlements that BP and the PSC have reached to resolve certain claims in the *Deepwater Horizon* litigation.

The settlement agreements presented for the Court's approval are comprehensive and detailed. Various objectors have filed oversize pleadings that (while not meritorious) require a response. *See, e.g.*, Obj. Doc. 101; Obj. Doc. 123; Obj. Doc. 198; Obj. Doc. 230. Given the complexity of the litigation, the extensive record, the expert information being provided, and the need to respond to the objections that have been submitted, BP submits that the requested extensions will be useful to the Court in assessing whether the settlements are fair, reasonable, and adequate and should be finally approved under Federal Rule of Civil Procedure 23. BP therefore respectfully requests that the Court grant its motion.

October 17, 2012                          Respectfully submitted,

| | |
|---|---|
| | /s/ Richard C. Godfrey, P.C. |
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Andrew B. Bloomer, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX  77079 | Scott W. Fowkes, P.C. |
| Telephone:  (281) 366-2000 | R. Chris Heck |
| Telefax:  (312) 862-2200 | Christopher J. Esbrook |
| | Catherine L. Fitzpatrick |
| Ellen K. Reisman | Elizabeth A. Larsen |
| ARNOLD & PORTER LLP | KIRKLAND & ELLIS LLP |
| 777 South Figueroa Street | 300 North LaSalle Street |
| Los Angeles, CA 90017-5844 | Chicago, IL  60654 |
| | |
| Daniel A. Cantor | Jeffrey Bossert Clark |
| Andrew T. Karron | Steven A. Myers |
| James P. Joseph | KIRKLAND & ELLIS LLP |
| Ethan P. Greene | 655 Fifteenth Street, N.W. |
| Matthew J. Douglas | Washington, D.C. 20005 |
| ARNOLD & PORTER LLP | |
| 555 Twelfth Street, NW | /s/ Don K. Haycraft |
| Washington, DC 20004-1206 | Don K. Haycraft (Bar #14361) |
| | R. Keith Jarrett (Bar #16984) |
| Jeffrey Lennard | LISKOW & LEWIS |
| Keith Moskowitz | 701 Poydras Street, Suite 5000 |
| SNR DENTON | New Orleans, Louisiana 70139 |
| 233 South Wacker Drive | Telephone:  (504) 581-7979 |
| Suite 7800 | Telefax:  (504) 556-4108 |
| Chicago, IL  60606 | |
| Telephone:  (312) 876-8000 | Robert C. "Mike" Brock |
| Telefax:  (312) 876-7934 | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| *Of Counsel* | Telephone:  (202) 662-5985 |
| | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of October, 2012.

*/s/ Don K. Haycraft*
Don K. Haycraft