UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br>10-4427 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Plaintiff Rhonda Burkeen's Motion for Suggestion of Remand to Transferor Court (Rec. Doc. 6347), which requests that the Court file a Suggestion of Remand[1] respecting Plaintiff's case with the United States Judicial Panel on Multidistrict Litigation ("JPML"). The Court finds Plaintiff's requested relief is inappropriate at this time. The Court also notes the JPML's recent order denying a similar motion. (Rec. Doc. 7641, *JPML docket:* MDL 2179, Rec. Doc. 1154).

**IT IS ORDERED** that the Motion for Suggestion of Remand to Transferor Court (Rec. Doc. 6347) **IS DENIED.**

New Orleans, Louisiana, this 17th day of October, 2012.

_____
United States District Judge

---

[1] *See* J.P.M.L. Rules of Proc. 10.1 to 10.3.