US District Court
Eastern District of Louisiana

IN RE: Oil Spill by the oil rig | MDL No. 2179
"Deepwater Horizon" in the Gulf | Section : J
of Mexico, on April 20, 2010 | Magistrate Div : 1
| Magistrate Div : 1
| Judge Carl J. Barrier
| Magistrate Judge
| Sally Shushan

Memorandum In Support to bring Petition Back to State Court

See Exhibit A-10-2-12 helps indicates that the suit should be brought back to state court. It states in part:

" reduce soil erosion along the <u>Gulf</u> <u>Coast</u> due to the oil spill "

Respectfully Submitted : Charles Cutler 10-2-12
Charles Cutler, Geologist, 322866 ; 180 Pine Bayou Circle, Mon, LA 71202

Certificate of Service

1) Shannon Holtzman ; BP representative, One Shell Square
701 Poydras Street., Suite 5000
NO, LA 70139

TENDERED FOR FILING

OCT - 9 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

From: Charles Cutler
To: Shannon Holtzman / BP Representive
Re: Our File No. 10451.084

10-2-12

Dear Shannon Holtzman AND/OR BP,

Thank you for a copy of the Motions you filed. I am currently indigent. I will make every effort to send you a copy of what I file. However, I have to sell my lunches to obtain extra stamps, and that is difficult. If possible please send me some self addressed envelopes to you and/or stamps (on marijuana charge)

I have reduced my settlement request to $500.00 from $1,000.00.

I am looking for the address to BP's Chief Scientist and/or Head Environmental Scientist. I want to send them a copy of my process to reduce environmental damage from the oil spill and <u>reduce soil erosion along the Gulf Coast due to the oil spill</u>.

I have a copy of my process in the suit. I strongly believe that if my process is

Exhibit A-10-2-12

implemented that the future and/or past environmental damage & soil errosion would/will be reduced. I was hoping my process would be so good that BP would give me a small amount of compensation as a reward.

Please send me the mailing address to submitt the proposal as a concept and/or for consideration by top BP executives and/or Head Environmental Scientists.

Please also send me any additional comments suggestions and/or information needed to have my process reviewed and/or considered by top BP excutives and/or other BP personal and/or top representatives for BP. Failure to do this may be interpertated as **NEGLECT.**

And/or friends of BP and/or their representatives that can help me put together a packet to submit to top BP excutives for review and/or consideration.

Thank you very much for your time, consideration, and/or concern in protecting the Gulf of Mexico and/or Louisianas Coast Line. Yours Very Truly, Charles Cutler, Geologist

Exhibit A-10-2-12

Charles Cutler 322866
180 Pine Bayou Circle
Monroe, LA 71202

SHREVEPORT LA 711
04 OCT 2012 PM 4 T

US District Court, Eastern District of Louisiana
NO, LA 70130

FOREVER