UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 10-9999, Rec. Doc. 168 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is a Motion to Release Hold-Back Funds filed by the City of Foley, Alabama ("Foley"), which requests that the Court issue an order "(1) releasing the funds being withheld from Foley pursuant to this Court's 'hold-back' Order; or, in the alternative (2) making an immediate determination as to the amount of said funds that are payable to the Plaintiff's Steering Committee ("PSC") and releasing the remainder to Foley." (Rec. Doc. 7626). Assuming Foley is entitled to a refund, it would be premature at this time for the Court to attempt to determine the amount of such refund. Accordingly,

**IT IS ORDERED** that Foley's Motion for Release of Hold-Back Funds (Rec. Doc. 7626) is **DENIED AS PREMATURE**.

New Orleans, Louisiana, this 17th day of October, 2012.

_____
United States District Judge