IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| 12-cv-968, Plaisance, *et al.* v. BP Exploration & Production Inc., *et al.* | * * * | MAGISTRATE JUDGE SHUSHAN |
| and | * * | |
| 12-cv-970, Bon Secour Fisheries, Inc., *et al.* v. BP Exploration & Production Inc., *et al.* | * * | |

## ORDER

**IT IS HEREBY ORDERED** that BP's Motion for Leave to File Reply Memoranda in Excess of Page Length in Support of its Motions for Final Approval of the Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement is **GRANTED**. BP may file a reply memorandum of no more than ninety pages in support of the Economic and Property Damages Settlement and a reply memorandum of no more than forty-five pages in support of the Medical Benefits Class Action Settlement.

New Orleans, Louisiana this 17th day of October, 2012.

_____
United States District Judge