UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION:  J |
| Applies to: *All Cases,* including No. 10-4536 and No. 10-2771 | § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S UNOPPOSED EX PARTE CONSENT MOTION FOR LEAVE TO AMEND ANSWERS**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Unopposed *Ex Parte* Consent Motion For Leave To Amend Answers.  The Court after reviewing the Motion, finds that good cause has been shown, and that Defendant's Motion should be and is in all things GRANTED.

THEREFORE, IT IS HEREBY ORDERED that Defendant is permitted to file its:  (1) First Amended Answer to the First Amended Master Claim in Limitation and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint For Private Economic Losses ("B1 Master Complaint") (2) First Amended Answer to BP Defendants' ("BP") Cross-Complaint and Third-Party Complaint in the MDL proceeding; and (3) First Amended Answer to BP's Third-Party Complaint in the Department of Justice action.

New Orleans, Louisiana this 17th day of October, 2012.

_____
United States District Judge