UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO.: 2179 |
| | * | SECTION:   J |
| This Document Pertains to 2:12-cv-009888 2:12-cv-01295-CJB-SS 2:12-cv-02155 2:10-md-02179-CJB-SS 2:12-cv-02048 Unfiled Medical Benefits Class Members Unfiled Economic and Property Damages Class Members | * * * * * * * * * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO EXTEND THE
OPT OUT DEADLINE OF NOVEMBER 1, 2012

**NOW INTO COURT**, through undersigned counsel, come Economic and Property Damages Class Members and file this Motion to Extend the Opt Out-Deadline of November 1, 2012, for the reasons set forth below and in the memorandum in support:

1.

A meaningful opportunity to opt-out of the Deepwater Horizon Economic and Property Settlement is necessary to satisfy due process concerns and is an essential component to the success of class action settlements under Federal Rule of Civil Procedure 23(b)(3), such as the proposed settlements in this case.

2.

The Deepwater Horizon Economic and Property Damages Settlement Agreement state that the Court may extend the opt-out deadline.

3.

Under Federal Rule of Civil Procedure 6(b), a court can extend a deadline for putative class members to opt out of a class action for good cause.

4.

The claims filing process with the Deepwater Horizon Claims Center has been lengthy and difficult. Many Claimants with claims that have been properly filed with the Deepwater Horizon Claims Center have not received final compensation offers. According to the Claims Administrator, 70,527 claimants have registered for the settlement program and only 16,585 have received notice of denial, incompleteness or eligibility. See *Status Report No. 3, October 5, 2012, Report by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement* (attached as Exhibit A). The figures reported by the Claims Administrator make it clear that there is no possibility that all claims will be reviewed in advance of the opt-out deadline. Without any final compensation offers, Claimants and their counsel cannot make reasoned decisions on the best course of action, and thus, will not have a meaningful opportunity to decide whether to opt-out.

5.

Absent meaningful settlement efforts and compensation offers from the Deepwater Horizon Claims Center, Claimants have been unable to fully understand the settlement process and cannot make reasoned decisions. Furthermore, due to the delays in the claims process and the lack of final compensation offers, Claimants' counsel has been unable to advise Claimants on the

matters relevant to the claims process and the proposed settlements. Therefore, enlargement of the opt-out period is essential to project the rights of all the putative class members.

6.

Further, there is no significant reason for the November 1, 2012 deadline. Under the Oil Pollution Act, many claims need not be brought until April 2013, approximately 6 months after the opt-out deadline in this case.

7.

The uncertain nature of the settlement agreement and lengthy delays experienced thus far in receiving settlement offers from the Deepwater Horizon Economic Claims Center make it impossible for claimants to fully decide whether they should remain in the settlement class or opt-out. It is a matter of fundamental fairness to all claimants that they are afforded a full understanding of their potential to recover under the settlement to decide whether to opt out. Therefore, claimants suggest that the opt-out deadline be extended and additional two months.

**WHEREFORE,** Claimants respectfully request that, for the reasons more fully set forth in the attached memorandum in support, this Court issue an Order enlarging the period to opt out of the proposed settlements in this case.

Respectfully submitted.

SMITH STAG, L.L.C.

By: /s/ Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130

4

(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Economic and Property Settlement Class Members*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Extend the Opt-Out Deadline of November 1, 2012 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of October, 2012.