UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO.: 2179 |
| | * | SECTION:  J |
| This Document Pertains to 2:12-cv-009888 2:12-cv-01295-CJB-SS 2:12-cv-02155 2:10-md-02179-CJB-SS 2:12-cv-02048 Unfiled Medical Benefits Class Members Unfiled Economic and Property Damages Class Members | * * * * * * * * * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |
| ****************************************** | * | |

### ORDER

This matter having come before the Court on Plaintiffs' Motion to Extend The Opt Out Deadline of November 1, 2012 and the Court being fully advised;

IT IS ORDERED that Plaintiffs' Motion to Extend The Opt Out Deadline of November 1, 2012 is hereby GRANTED.

IT IS FURTHER ORDERED that the Opt-Out deadline for the Deepwater Economic and Property Damage Settlement be extended until January 1, 2013.

This _____ day of _____ 2012.

_____
**MAGISTRATE JUDGE**