# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1. Ardoin, Hector Jr., Individually & dba Bethel Missionary Baptist Church
2. Bernard, Abraham B., Jr., Individually and d/b/a United Marine Shipyard
3. Bolt, John Roy, Individually and d/b/a Greater Little Zion Church Of God In Christ
4. Brown, Richard E., Individually and d/b/a New Birth Community Church
5. Bryant, Gerald Wayne, Individually and d/b/a Pilgrim Rest Missionary Baptist Church
6. Chew, Jearon DeMarkus, Individually and d/b/a East Gill Missionary Baptist Church
7. Clark, Issac Townsend, Individually and d/b/a Love Center Church of God in Christ
8. Collier, Robert Earl, Individually and d/b/a Boulden Memorial Church of God in Christ
9. Elam, Sr., Delton C., Individually and d/b/a New Hope Church of God in Christ
10. Franklin, James Chester, Individually and d/b/a Pleasant Green Baptist Church
11. Haynes, Jr., Felix, d/b/a Rising Sun Baptist Church
12. Johnson, Curtis Gene, Individually and d/b/a Greater Grace Missionary Baptist Church
13. Nonette, Albert, Individually and d/b/a Johnson Memorial Baptist Church
14. Pitre, Jr., Albert, Individually and d/b/a Spring Hill Missionary Baptist Church
15. Rogers, Joseph, Individually and d/b/a Mount Horeb Missionary Baptist Church
16. Williams, Mell, Jr., Individually and d/b/a New Light Baptist Church
17. Wolfe, Elray, Individually and d/b/a Holy Way Church of God in Christ
18. Hamilton, Albert Ed IV
19. Hayes, Rita Elizabeth
20. Rangel, Thomas
21. Aakquanakhann, Dionne Cox
22. Aakquanakhann, Ernest I.
23. Abshier, Jerry Lynn
24. Adams, Leonard Ray
25. Adix, Carl Conrad, III
26. Aguilar, Jose Luis
27. Aguilar, Monica Irene
28. Alexander, June
29. Allen, Elizabeth Lorene
30. Allen, Justin Wade
31. Allison, Jerry Lynn
32. Alston, Mark Wade
33. Anderson, Jerome
34. Andrepoint, Gerald
35. Andrepont, Joseph
36. Andresio, Eliseo Agravante
37. Andresio, Eva
38. Andresio, Lester P.
39. Antu, Robert Lopez
40. Ardoin, Timothy Chad
41. Armour, Gloria Dean
42. Armour, Mitchell Joseph
43. Armstrong, Alice Romecca
44. Armstrong, Curtis Ray
45. Arrant, Jack
46. Arvizo, Amanda Medrano
47. Arvizo, Oscar L.
48. Ashabranner, Carolyn
49. Ashabranner, George
50. Ashabranner, James
51. Atchison, Gwendalyn Boone
52. Atchley, James Louis
53. Atherly, Ainsley
54. Atkins, Keith Peyton
55. Auau, Sanaki Alo Makane
56. Augustine, Vincent James

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

---

57. Avondet, Charles, II
58. Ayala, Juan
59. Aydelotte, Kenneth Wayne
60. Ayers, Erskine Eugene
61. Bach, Brian Lee
62. Bailey, James Allen
63. Bailey, Kevin Carl, Sr.
64. Bainbridge, William Louis, IV
65. Baldwin, Keith Hollis
66. Baldwin, Thomas Wayne
67. Banuelos, Jorge Barrera
68. Baptiste, Wilfred
69. Barber, Elizabeth (Foley)
70. Bares, John Bernard
71. Barge, Byron Jackson
72. Barge, Kathleen Dawn
73. Barker, Barbara Adele
74. Barlow, Desa G. Letulle
75. Barlow, Eddie Dale, Jr.
76. Barnaba, Peter Clay
77. Barnes, Ivan Dale
78. Barnes, Jr., John Lester
79. Barnett, Andrew Christopher
80. Barrow, Christopher Joseph
81. Barrow, Dustin Mitchell
82. Barry, Anthony Patrick, Jr.
83. Barry, Thomas Kevin
84. Bassett, Roderick Deshawn
85. Bates, Isaac
86. Batiste, Jerome Marcellus
87. Batiste, Michael Leon
88. Battle, Clinton, Jr.
89. Baylor, Edna Fay
90. Baylor, Raymond
91. Beachler, Frank Thomas, Jr.
92. Bean, Jessie James
93. Beaudeaux, Brent
94. Becker, Talmadge
95. Beebe, Maurice Gene, Jr.
96. Bell, Esel D.
97. Bell, June Vernon
98. Benjamin, Johnny Clyde
99. Benjamin, Robby Jay
100. Bennett, Terry Don
101. Benoit, Glenn Dale
102. Bernard, Deborah Ross
103. Bernard, Earnest, Jr.
104. Berry, Otis Claude, Jr.
105. Berwick, Frank Edward
106. Berwick, Toby E.
107. Bethea, Nicholas Bradley
108. Bias, James
109. Bias, Lamarcus Darnell
110. Bill, Donald Ray
111. Bittle, Parker Garrett
112. Blanco, Jose Guadalupe
113. Bledsoe, Edwin Bernard
114. Blevins, Michael Henry
115. Blue, James Wesley
116. Bob, Isaac
117. Bobb, Irel
118. Boland, Jimmie Don, Jr.
119. Bolden, Linda Gail
120. Bond, Tommy Glen
121. Bonura, Gregory Paul
122. Bonvillion, Michael Lee
123. Boone, Chadra Renee
124. Boone, Michael Oshannon
125. Boudreaux, Joseph Paul
126. Boudreaux, Judy Wright
127. Bowden, Kevin Andrew
128. Bowman, Louis, Jr.
129. Bowman, Wash
130. Box, Larry Joe
131. Braddock, Leslie Clay, Jr.
132. Bradley, Lucius
133. Bradley, Richard James
134. Braley, Chad Edward
135. Brasfield, Rita Ann
136. Braudway, Andy Glyndon
137. Braudway, Andy Glyndon, Jr.
138. Breaux, Jason Paul
139. Bridgers, Michael Joel
140. Briggs, Edward Hayward
141. Briggs, Sammy Davis
142. Brinlee, Gregory Lynn

## EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

143. Brisendine, Sherry Judalon
144. Broughton, Oneal
145. Broussard, Eva Bates
146. Broussard, Jerry Wayne
147. Broussard, Jody Francois
148. Broussard, Roy Rogers
149. Brown, Bradley Scott
150. Brown, Dorothy Boxie
151. Brown, Elliott Winston
152. Brown, Kenneth Earl
153. Brown, Norman John
154. Brown, Steven Thomas
155. Brown, Vicky
156. Brown, Wayman, Sr.
157. Brown, Wilford Gene
158. Bruno, Blake Aaron
159. Bruno, Brenda Cross
160. Bruno, Dominic Craig
161. Buchholz, Frank Fredrick
162. Buchholz, Justin R.
163. Budro, Aaron Michael
164. Bunch, Charles William, Jr.
165. Burch, Robert Allen
166. Burkett, Blake Rell
167. Burkhead, Justin Wayne
168. Burnaman, Brian Allen
169. Burrell, Donald Carson
170. Burt, John David
171. Burton, John
172. Butler, Mary L. Romar
173. Byrd, Clinton
174. Byrd, Earl
175. Byrd, Marvin Wayne
176. Cabradilla, Cristino Yap
177. Caldwell, Katherine
178. Caldwell, Travis Lit
179. Caleb, Caroline Lofton
180. Caleb, Charles
181. Callaway, Robert Allen
182. Campbell, Brian Roosevelt
183. Cannon, Leroy, Jr.
184. Cano, Elizabeth
185. Cantu, Alma
186. Cantu, Ruben Paul
187. Cardenas, Homero
188. Carey, Adolf
189. Carouthers, Kevin Lee
190. Carouthers, Tristie Lyn
191. Carouthers, Wilbur Lee
192. Carr, Henry Louis
193. Carr, Paul Anthony
194. Carrington, James Edward
195. Carroll, Eva Odems
196. Carter, Roy Dean, Jr.
197. Carver, David Holcomb
198. Cassel, Christopher Alan
199. Cassel, Laura Faye
200. Castaneda, Richard Ray
201. Castaneda, Richard Ray, Jr.
202. Castille, Brian Gerard
203. Castille, Brian Keith
204. Castille, Derrick Wayne
205. Castille, Merlin Gerard
206. Castille, Sara Brown
207. Castille, Timothy
208. Castille, Todd Eric
209. Castillo, Javier Almaraz
210. Castillo, Raul Dario
211. Castolenia, Brenton Micheal
212. Castolenia, Michael Gerard
213. Caswell, Norma Bertrand
214. Ceja, Hugo Martinez
215. Ceja, Miguel Martinez
216. Chaison, Louis Phillip
217. Champagne, Kevin Charles
218. Chandler, Kena
219. Chapman, Dylan Perry
220. Chapman, Steven Dale
221. Charles, Elijah
222. Chatlin, Billy Ray
223. Chelette, Randall Odell
224. Chelette, Vonda Foster
225. Chimeno, Ryan Levi
226. Chow, Carl Lee
227. Christmas, Troy Wayne
228. Clapp, Mary Ferguson

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 229. | Clapp, Merle Laverne | 272. | Culver, Joshua Michael |
| 230. | Clark, Charles Harry, Jr. | 273. | Currie, Lisa Lynn |
| 231. | Clark, Joseph, Jr. | 274. | Curry, Andrew |
| 232. | Clay, Shameika Reinette | 275. | Custer, Thomas Eugene |
| 233. | Cloide, Teddy Joe | 276. | Dacus, Melinda Lee |
| 234. | Coffee, Michael Leslie, II | 277. | Dade, Willie E. |
| 235. | Coleman, Chaddrick Lee | 278. | Dafonte, Tammy Gilbert |
| 236. | Coleman, Leo Patrick | 279. | Dale, Sheila Barden |
| 237. | Coleman, Raymond | 280. | Dale, Ty Lane |
| 238. | Collins, Brandal W. | 281. | Dangerfield, Millard, Jr. |
| 239. | Collins, Carolyn Delores | 282. | Daniel, Laura Anne |
| 240. | Collins, Elizabeth Stewart | 283. | Daniel, Robert Joseph |
| 241. | Collins, Elmer Leroy | 284. | Davis, Damion Sid |
| 242. | Collins, James H. | 285. | Davis, Dannie Floyd |
| 243. | Collins, Randall Brent | 286. | Davis, Donald Lynn |
| 244. | Comeaux, Albin | 287. | Davis, Jack Vincent |
| 245. | Comeaux, Cody Allen | 288. | Davis, Milton Ray |
| 246. | Comeaux, Michael E. | 289. | Davis, Richard Lynn |
| 247. | Comeaux, Reginald Charles | 290. | Davis, Stephanie Sue |
| 248. | Compton, Felecia Denise | 291. | Dawson, George Wesley |
| 249. | Conner, Dexter Jene | 292. | Dawson, Wyndalyn K. |
| 250. | Conner, Katherine Marie | 293. | Dean, Roger Lee |
| 251. | Connor, Darcy James | 294. | Dean, Ronnie James |
| 252. | Constance, Maximin | 295. | DeBlanc, Stella Marie |
| 253. | Constant, John Westley | 296. | Decuire, Alfred Gerald |
| 254. | Cooksey, Joyce Smith | 297. | DeGrasse, George Edward, Jr. |
| 255. | Cooksey, Phillip James | 298. | Delarosa, Marcus Keith |
| 256. | Cordle, Joshua Raine | 299. | Delarosa, Richard Mark |
| 257. | Coverdale, Charles Richard | 300. | Delco, Elizabeth Ann (Briggs) |
| 258. | Coverdale, Chris Allen | 301. | Delk, Donald Glenn |
| 259. | Coverdale, Deborah Gaudet | 302. | Demoss, David Dean |
| 260. | Cox, Jennifer Lynn | 303. | Denby, Gary Wayne |
| 261. | Crain, Kimberly Ann | 304. | Dennis, Richard Shefford |
| 262. | Crain, Larry Don | 305. | Derouen, Marcus Lee |
| 263. | Crain, Luke Andrew | 306. | Deshotel, Albert Vincent |
| 264. | Crain, Richard Edward | 307. | Deshotel, Jason Ray |
| 265. | Crane, James William, Sr. | 308. | Deshotel, Ricky Ray |
| 266. | Crocker, Elizabeth Ann | 309. | Dever, Karl Ray |
| 267. | Crocker, Jerrod Lynn | 310. | Devillier, Coulon Wade |
| 268. | Crocker, Raymond Van | 311. | Devillier, Jett Harlan |
| 269. | Crosson, Douglas Alfred | 312. | Devillier, Yale Harlan |
| 270. | Crowe, Kashunda Lyn | 313. | Deyton, Kevin Wade |
| 271. | Culbertson, Richard Andrew | 314. | Dillon, David Scott |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

---

315. Diltz, David Dylan
316. Diltz, Debra Westman
317. Diltz, Denis Dee
318. Diltz, Jacob Daniel
319. Dixon, Vera Miller
320. Dobrinich, Thomas Joseph
321. Doland, Michael Russell
322. Drago, Joseph Gerard
323. Drake, Andrew Garrett
324. Dreier, Sarah Ann
325. Dreier, Todd Lane
326. Driskill, Joshua Paris
327. Driver, Lawrence V., Jr.
328. Drones, Albert Joe
329. Drones, Edward Lee
330. Drones, Paster Lee, Jr.
331. Dubois, Bernard S.
332. Ducote, Joel Christopher
333. Dues, Elsie Tolbert
334. Duff, Rupert Malcolm
335. Dugas, Charles
336. Duhl, John William
337. Duke, Joshua David
338. Dunaway, Wilton Neal
339. Duncan, Albert
340. Duplechin, Bruce Adam
341. Duplecion, Kyle Joseph
342. Dupre, Keven Joseph
343. Dupre, Wallace Joseph, Jr.
344. Dupree, Michael Charles
345. Eads, Brad Deloy
346. Easter, Montreall
347. Eddings, Ronald
348. Eden, Michael Louis
349. Edmond, Clinton Joseph
350. Edmondson, Homer Edel, Sr.
351. Edwards, Alma Tarver
352. Edwards, Byron R.
353. Edwards, James Wyndle
354. Edwards, Lawrence
355. Elford, Robert Donald
356. Ellis, Ernest Charles
357. Ellis, Terry Don
358. Ellison, I.V.
359. Elmore, David, Jr.
360. Enderle, Cory James
361. Eppler, Jerry Alton
362. Eppler, Martha English
363. Epps, David Lester
364. Espree, John Alfred, II
365. Etheridge, Cornelius
366. Etheridge, Louis James
367. Evans, Joe Benten, III
368. Evans, Raymond Edgar
369. Evans, Rufus Patrick
370. Faseler, Payton Robert
371. Ferguson, David Keith
372. Fillyaw, Sean Deonteria
373. Fisher, David Kyle
374. Fisher, David Lee
375. Fisher, James Edward
376. Flanagan, Brenda Holliman
377. Flanagan, James Larry
378. Flanders, Nicholas Talbot
379. Fleming, Pierre Maurice
380. Flewellen, Fred Alphanzo
381. Flewellen, Geneva Todd
382. Flores, Domingo, Jr.
383. Flores, Jesse Martinez
384. Flowers, Albert Edward
385. Foley, Willie Earl
386. Folsom, James Benton
387. Fondren, Jory Matthew
388. Fontenot, Claudette Denise
389. Fontenot, Denson Carman
390. Fontenot, Ferdinand Dewayne
391. Fontenot, Kenneth Wade
392. Ford, John Thomas, Jr.
393. Foreman, Glen Dale
394. Fournier, Robert Michael
395. Frank, Clarence
396. Frank, Elnora Doffney
397. Frank, Lawrence McCloyd
398. Frank, Mack Henry
399. Frazier, Steve Keith
400. Frederick, Helen Ann

**EXHIBIT "A"**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

| | | | |
|---|---|---|---|
| 401. | Frederick, Michael W., Jr. | 444. | Green, James Fredrick |
| 402. | Fusilier, Jeremy Jerome | 445. | Green, Jerry |
| 403. | Gallerson, Ronald Trent | 446. | Green, Reginald Jerome |
| 404. | Gallett, Shawn Andrew | 447. | Green, Sharon Lynett |
| 405. | Galloway, Brad Allen | 448. | Grice, Carl Lewis, Sr. |
| 406. | Garcia, Adrian Rocky | 449. | Guidry, Glenn Wade |
| 407. | Garcia, Juan Manuel | 450. | Guidry, Katherine Louise |
| 408. | Garcia, Juan Manuel, Jr. | 451. | Guidry, Tennise Joseph |
| 409. | Garza, Lewis | 452. | Guillory, Irvin J. |
| 410. | Gaudet, Dale Thomas | 453. | Guillory, Joseph Terry |
| 411. | Gavard, Cody Franklin | 454. | Guthrie, Darrel Wayne |
| 412. | George, Robert Lee | 455. | Guy, Michael Jerome |
| 413. | George, Rodney Bernadine | 456. | Guzman, Richard J. |
| 414. | Gibbs, Roy Anthony | 457. | Hadnot, Letony Warren |
| 415. | Gilbert, Robert Timothy | 458. | Hadnot, Willie, Jr. |
| 416. | Gilbert, Sue Ellen | 459. | Hadnott, William Winston |
| 417. | Gilbert, William Stephen | 460. | Hall, Doris Price |
| 418. | Ginn, Michael Lee, Jr. | 461. | Hampton, Moore Reall |
| 419. | Gisselberg, David Herbert | 462. | Hampton, Robbin Gayle |
| 420. | Gisselberg, Patricia C. | 463. | Hampton, Ryan Royce |
| 421. | Gobble, Earl Wayne | 464. | Handley, James Todd |
| 422. | Godfrey, Larry Demetrius | 465. | Hanson, Jerry Russell |
| 423. | Godfrey, Lawrence Calvin | 466. | Hardy, Karl Wayne |
| 424. | Godfrey, Lawrence Victor | 467. | Hardy, Karl Wendel |
| 425. | Gomez, Esteban Alberto | 468. | Hardy, Norris |
| 426. | Goodlow, Lorenza | 469. | Hardy, Stephen Ray |
| 427. | Goodman, Carlton Ray | 470. | Hargraves, Carl Aldin |
| 428. | Goolsby, John Henry | 471. | Harmon, Caleb Dale |
| 429. | Gordon, Ellie Louise | 472. | Harmon, Kenneth Eugene |
| 430. | Gordon, Mark Douglas | 473. | Harper, Tommie Dell |
| 431. | Goudeau, Clifton, Jr. | 474. | Harrington, Richard Wayne |
| 432. | Goudeau, Joyce Berry | 475. | Harrington, Rosalie |
| 433. | Goudeau, Leon, Jr. | 476. | Harris, David Allen |
| 434. | Goudeau, Leona Derouen | 477. | Harrison, Dwight |
| 435. | Gould, Lathan Neil | 478. | Hartel, John Kent III |
| 436. | Graham, Aaron Dale | 479. | Havard, Mark Christopher |
| 437. | Grandeza, Edna M. | 480. | Hawkins, Albert Anthony |
| 438. | Grandeza, Manuel Hilado | 481. | Haynes, Beulah Louise |
| 439. | Gray, David Glenn | 482. | Haynes, Clarence |
| 440. | Gray, David Glenn, Jr. | 483. | Haynes, Clarence Denson, Jr. |
| 441. | Green, Abe | 484. | Haynes, Don Calvin |
| 442. | Green, Debbie Kay | 485. | Haynes, Richard Lee |
| 443. | Green, Jake | 486. | Hays, Isaac |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 487. | Hays, Isaac, III | 530. | Hughes, Scott Thomas |
| 488. | Headley, Joseph Lincoln | 531. | Hughes-Landry, Amber-Kaye |
| 489. | Hebert, Charles Adam | 532. | Hulet, Gregory Scott |
| 490. | Hector, Auriel Llewellyn | 533. | Humphrey, Willie David |
| 491. | Heggins, Lovodges | 534. | Hunt, Isadore, Sr. |
| 492. | Henderson, Jason Grant | 535. | Hunteman, Jerry Daniel |
| 493. | Henry, Harry Brown | 536. | Hunter, Xavier Enrico |
| 494. | Henslee, Chad Jason | 537. | Hutson, Thomas Lee |
| 495. | Henslee, Donald Lee | 538. | Isac, Darence Antonio |
| 496. | Herline, Janet Sue | 539. | Isadore, William Deadmon |
| 497. | Herline, Raymond Ernest | 540. | Isbell, Charmon Deanne |
| 498. | Hernandez, Silverio G. | 541. | Isbell, Jimmy Fred, Jr. |
| 499. | Herrera, Leticia | 542. | Jackson, Billy Joel, Jr. |
| 500. | Herrigan, Charles James, III | 543. | Jackson, Brefredia Idom |
| 501. | Herring, Jo Ann | 544. | Jackson, Dustin Ray |
| 502. | Herring, Steven Dekator, Sr. | 545. | Jackson, Hattie Dennis |
| 503. | Hicks, Lloyd Ray | 546. | Jackson, Jay Bentley |
| 504. | Hidalgo, Judy Hillin | 547. | Jackson, John Thomas |
| 505. | Hidalgo, Troy Calvin | 548. | Jackson, Kyle Joseph |
| 506. | Hillin, Jay Michael | 549. | Jackson, Lavonda |
| 507. | Hillin, Steve Bryant | 550. | Jackson, Philmore, Jr. |
| 508. | Hinkins, Michael Anthony | 551. | Jackson, W. M. |
| 509. | Hoelzer, Rick Alan | 552. | James, Dewayne, Jr. |
| 510. | Hollier, Rayford Ray | 553. | Jenkins, Austen Taylor |
| 511. | Hollier, Stella Ann | 554. | Jenkins, Jerry |
| 512. | Holmes, Tartanisha Evett | 555. | Jenkins, Shedrick Duane |
| 513. | Holt, James Allen | 556. | Jnohope, Emile |
| 514. | Holt, Larry Donnell | 557. | Johnson, Bryan Gerald |
| 515. | Holt, Raugers | 558. | Johnson, Chandra Bell |
| 516. | Holt, Ronald Eugene | 559. | Johnson, Cheryl Rae |
| 517. | Honeycutt, Jordan Janae | 560. | Johnson, Ed, Jr. |
| 518. | Howard, Glen Terrence | 561. | Johnson, Ervin Wade, Jr. |
| 519. | Howard, Wilbur Leon | 562. | Johnson, Everett Wayne |
| 520. | Hoyt, Charles Dale | 563. | Johnson, Frederick Arthur |
| 521. | Hudgeons, Samuel Cody | 564. | Johnson, Horace |
| 522. | Hudgeons, Travis Dean | 565. | Johnson, James |
| 523. | Hudson, Wayne Conrad, Jr. | 566. | Johnson, Jimmie |
| 524. | Hues, Thomas Eldon | 567. | Johnson, Joseph Dudley, Jr. |
| 525. | Huff, Justin Taylor | 568. | Johnson, Reginald Elwin |
| 526. | Huff, Wesley Lamar | 569. | Johnson, Roger Lee |
| 527. | Hughes, Gloria Ann | 570. | Johnson, Roger Lee, Jr. |
| 528. | Hughes, Karen Stark | 571. | Johnson, Sylvia Y. |
| 529. | Hughes, Linton Pierce | 572. | Johnston, Leo Wayne |

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 573. | Jones, Calvin, Sr. | 616. | Lange, Charles Anthony |
| 574. | Jones, Earl Thomas | 617. | Larkins, Larry James |
| 575. | Jones, Elaskia Harrison | 618. | Lartigue, Bulia Patricia |
| 576. | Jones, Jesse James, Jr. | 619. | Latique, Mark M. |
| 577. | Jones, Joe Willis | 620. | Laus, Roy |
| 578. | Jones, Johnny Gus | 621. | Lavan, Marion Gene |
| 579. | Jones, Ronald Craig | 622. | Lavine, Leonard, Jr. |
| 580. | Jordon, Ralph Eli, Jr. | 623. | Leasure, Herman David |
| 581. | Joseph, Felix Phill | 624. | LeBlanc Jr., Edward Lee |
| 582. | Joseph, James | 625. | LeBlanc, Joshua Richard |
| 583. | Joseph, Jerome | 626. | LeBlanc, Sean Roy |
| 584. | Julien, Demarcus D. | 627. | LeBoeuf, Cory Eugene |
| 585. | Kellams, Donna Lynn | 628. | LeBoeuf, Mary Kathleen |
| 586. | Kellams, Kimberly Danielle | 629. | Lee Jr., Martin |
| 587. | Kellams, Susan D'Ann | 630. | Leger, Anthony James |
| 588. | Kelly, Emanuel, Jr. | 631. | Leger, Jeremy Scott |
| 589. | Kelly, Walter Lee | 632. | Leger, Mary Etta |
| 590. | Kemp, Courtney Dail | 633. | Leger, Roy Antell |
| 591. | Keneson, Walter Gerard, Jr. | 634. | Lemelle, Jesse Hillary |
| 592. | Kennard, McKinley James, Sr. | 635. | Lemke, Richard Kent |
| 593. | Kennedy, Kenneth Wayne | 636. | Lewis, Eugene, Jr. |
| 594. | Kent, Robert Paul | 637. | Lewis, John Carl |
| 595. | Key, Joseph Leeman | 638. | Lewis, Lee Edward |
| 596. | King, Edmond | 639. | Lewis, Mary Smith |
| 597. | King, Jacqueline Denise Bendy | 640. | Lewis, Raymond Peter |
| 598. | King, Kevin Ray | 641. | Lister, Adrian Brent |
| 599. | King, Marcus Joseph | 642. | Livings, Charles Clinton |
| 600. | King, Michael Ray | 643. | Lockett, Ethan |
| 601. | Kinlaw, Catherine Bell | 644. | Long, Wilfred Harold, Jr. |
| 602. | Kinlaw, Derek James | 645. | Lopez, Edward Gerard |
| 603. | Knapp, Gerald Vester | 646. | Lopez, Gary Wayne |
| 604. | Knight, Thomas Albert | 647. | Lopez, Susan Decure |
| 605. | Krenek, Chad Michael | 648. | Lowrey, James Curtis |
| 606. | Kressman, Ross Edward | 649. | Lupo, Brian J. |
| 607. | Kyler, Gerald Alvin | 650. | Lutz, Herbert Dennis |
| 608. | LaBove, Herbert James | 651. | Malone, James Anderson |
| 609. | LaBove, Jarrett Rashad | 652. | Malveaux, Leroy |
| 610. | Lacour, David Alton, Jr. | 653. | Malveaux, Lionel |
| 611. | Landry, Charles | 654. | Malvo, Darrell Earl |
| 612. | Landry, Christopher Shane | 655. | Malvo, Michael Wayne, Sr. |
| 613. | Landry, Dallbess, Jr. | 656. | Malvo, Mollie Gilliam |
| 614. | Lane, James Henry | 657. | Malvo, Vertis |
| 615. | Lane, Kenneth Leon | 658. | Manning, Barbara Kate |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

659. Manning, Brannon Lee
660. Manning, William Lee
661. Marcus, Anthony
662. Marks, Dean Alan
663. Marlow, Robert Shane
664. Martin, Avery Monroe
665. Martin, Brandon Michael
666. Martin, Carroll Edwin
667. Martin, Lisa Gayle
668. Martin, Brett
669.
670. Martin, Weston
671. Martin, Wilfred
672. Martinez, Cesar Uriel
673. Matak, Christopher Martin
674. Matak, Danny Michael
675. Matkin, Cade Anthony
676. Matkin, Lindsey Anne Dalby
677. Matkin, Timothy Burl
678. Matthews, Anthony Lane
679. Maurich, Johnny Lynn
680. Maurich, Johnny Pete
681. Maurich, Teddy Glynn
682. Maxey, Eddie Ross
683. May, Chad Duaine
684. May, Harold Edward
685. Mayfield, Roy L., Jr.
686. Mayo, Ryan Allan
687. Mayordomo, Elmer Roglan
688. McAdams, Steve Eugene
689. McBride, Mary (Ann) Souell
690. McCalister, Travis Lewis
691. McCelvey, Shawn Michael
692. McClelland, Jannai Machell
693. McClelland, Mark William
694. McCook, Carolyn Erwin
695. McCook, Clifton Dale
696. McDaniel, Charles Lonzo
697. McDaniel, Maxine
698. McDaniel, Otis Lee
699. McDonald, McClain Allen
700. McElduff, Gary Patrick
701. McGough, Shawn Christopher

702. McGrew, Damon Richard
703. McKelvey, Aneither Juanita
704. McKelvey, Eddie Lee
705. McLamore, Eddie Mathis
706. McNeely, Maxine Thomas
707. McShan, David Duane
708. McShan, Steven Duane
709. Medford, Finis Diamond, Jr.
710. Mehravaran, Alan
711. Mendez, Heather Darrell
712. Mendez, Jose Reynaldo, Jr.
713. Meredith, Nguyen T.
714. Meredith, Reginald Eric
715. Merendino, Jason Louis
716. Miekelson, Edward Lee
717. Mikel, James Alvn
718. Mikel, Jeanette A. (Cooper)
719. Milby, John Charles
720. Miles, Clifton
721. Millard, Charles Raymond
722. Miller, Horace Eugene
723. Miller, Ray Bufford
724. Miller, Ronda Gail
725. Miller, Sarah Marie
726. Millican, William Edward
727. Mills, Andrew Earl
728. Minix, Ray, Sr.
729. Minkins, Davis, Jr.
730. Mireles, Robert Ochoa, Jr.
731. Mohead, Lisa C.
732. Monroe, Charles Frederick
733. Monroe, Timothy Andrew
734. Montalvo, Joshua Paul
735. Mooney, Johnnie James
736. Moore, Albert
737. Moore, Deltra White
738. Moore, Dustin Elliott
739. Moore, Ernest Dewitt
740. Moore, Jousha, Jr.
741. Moore, Larry Gene
742. Moore, Sheena Riehl
743. Moore, Terrell Goldey
744. Morehead, Elmo

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

745. Morgan, Berry, Jr.
746. Morgan, Holly Tabetha
747. Morrell, Joseph Wayne
748. Morris, Stephen Richard
749. Moss, Derek Glenn
750. Mouton, Robert Kennedy
751. Mouton, Robin Donatta
752. Murry, Oscar
753. Myers, Christopher Lee
754. Myers, Lucas Evan
755. Myers, Michael Ray
756. Myles, Raymond
757. Navy, Coverston Lawrence
758. Ned, Kenneth Ray
759. Newsome, Dennis Edwin
760. Newsome, Thomas Colby
761. Newsome, Thomas Wade
762. Nguyen, Xuyen
763. Nielssen, Robert Lehman, III
764. Nixon III, Linny
765. Nixon, Jason
766. Nobles, Ryan Joseph
767. O'Neal, Brenda Anderson
768. O'Neal, Lee Roy, III
769. O'Neal, Lee Roy, Jr.
770. O'Neal, Terri Murphy
771. Odom, Benjamin Scott
772. Odom, Spencer James
773. Ojeda, Manuel Cruz
774. Okun, Curtis Ann
775. Okun, Glenda Kay
776. Okun, James Dale
777. Ortiz, Alfredo
778. Ortiz, Miguel Angel
779. Owens, Bobby Nell
780. Owens, Precious Dunyell
781. Parker, Carl Allen, Jr.
782. Parker, Roy W.
783. Parker, Stephen Reed
784. Parkerson, Elvin
785. Parks, Robert James
786. Parsley, George Wilburn, Jr.
787. Pate, Alesia Chaplin
788. Patterson, Carla Nichole
789. Patterson, Sharon Tezeno
790. Pearson, Mark Anthony, Sr.
791. Peavy, Brandy Berwick
792. Peavy, Jimmy Welburn
793. Peavy, Matthew Joseph
794. Perkins, Clint Louis
795. Perron, Rahn Rene
796. Perry, Jeffery
797. Peter, Diane Holmes
798. Petry, Wendell Joseph
799. Phelps, Frank James, Jr.
800. Phillips, James L. (4059)
801. Phillips, James L. (6100)
802. Phillips, Joclyn Washington
803. Phillips, Narvie Lee
804. Picard, Ted Andrew
805. Pickron, Ronda Fay
806. Pickron, Ruby Jackson
807. Pierce, James Clarence
808. Pigg, Gary Dow
809. Pippin, Brent Justin
810. Pleasant, Joyce Marie
811. Polar, Ronald Antonio
812. Polk, Ronald Allen
813. Pollard, Nathaniel
814. Ponce, Agustin Medrano
815. Ponce, Javier
816. Pool, Troy Lane
817. Portier, Michael Lee
818. Potato, Noemi L.
819. Potato, Robert H.
820. Pouch, Faron Tracy
821. Poullard, Domonick Terrell
822. Pouncy, David Henry, Jr.
823. Powell, Kenneth Wayne
824. Pradia, Arnold Michael
825. Pradia, Aubrey Joseph, Jr.
826. Pradia, Curtis Paul
827. Price, Fredrick Douglas
828. Price, Kenneth Ray
829. Price, William James, Jr.
830. Prout, Jerry

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

831. Provo, Albert, Jr.
832. Provost, Herbert Paul
833. Provost, Joseph Early
834. Pugh, Alan Craig
835. Pugh, Barbara Deanda
836. Pyles, Billy Ray
837. Quebodeaux, Larry Jerome
838. Quebodeaux, Mary Musgrove (Denise)
839. Quigley, Cody Alan
840. Ramsey, Brett Joseph
841. Randle, George Wesley
842. Randolph, Caroline Elaine
843. Randolph, Ralph Bunch
844. Rankin, Joseph Eugene
845. Raven, John
846. Ray, Andrew
847. Redeaux, Dekeitha Danyaer
848. Reed, Elgie James
849. Reed, Jay Michael
850. Reed, Joshua Brennan
851. Reeves, Delano Cleon, Jr.
852. Renfrow, Lester Wayne
853. Renick, Jon Scott
854. Reyna, Ignacio Ponce, Jr.
855. Reynolds, Jason Lee
856. Rhodes, Dwane Kendrick
857. Rhodes, James Roland, Jr.
858. Richardson, Alvin
859. Richardson, Kevin David
860. Richmond, Delois Mason
861. Richmond, Scott Alan
862. Richter, Shannon Rinhart
863. Rideaux, Miller
864. Riley, Deborah Roberts
865. Riley, Milton Edward
866. Ripple, Benny Lynn
867. Roberds, Kristina Michelle
868. Roberson, Mozell
869. Roberts, Blaze Parson
870. Roberts, David Hal
871. Robicheaux, Eric Joseph
872. Robinson, Alfred Charles
873. Robinson, Irvin Dale
874. Roebuck, Thomas Peter, III
875. Rogers, Colby Keith
876. Rogers, Joseph Lynn
877. Rogers, Keith Ray
878. Rojas, Adrian Rodrique
879. Romar, Curtis Martin
880. Romar, Earnest, Jr.
881. Romero, Brenda S. (Bailes)
882. Romero, David Wayne
883. Romero, Felicia Marie
884. Rooks, Clarence Perry
885. Ross, Lucille
886. Russell, Roy Glyenn
887. Ruysenaars, Peter John
888. Ryals, David Junior
889. Ryherd, Mark David
890. Ryherd, Susan King
891. Rylander, John Albert
892. Salassi, Kelly Ann
893. Salassi, Vincent William
894. Salayandia, Antonio, Jr.
895. Salayandia, Jackelyn G.
896. Salter, Charles Albert
897. Sampson, Steve Anthony
898. Sams, Chester Edward
899. Sanchez, Charles Silva
900. Sanford, Robert Eugene, Jr.
901. Savage, Michael Neal
902. Savoy, Charles Lee
903. Says, Cody Wade
904. Schexsnaider, Jason Wayne
905. Scott, Columbus
906. Scott, Herman Monte
907. Scott, Willie J.
908. Sealy, John Wayne
909. Seamann, Bradley Wayne
910. Sellers, Justin Wayne
911. Sellers, Stephen William
912. Sepulvado, Mark Joseph
913. Sepulvado, Michael Glynn
914. Serna, Roberto
915. Shackelford, Walter D.

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 916. | Shepherd Charles McKennie | 959. | Stafford, Lonnie Joseph |
| 917. | Shepherd, Dessie Lee | 960. | Stanley, Ira Sebring |
| 918. | Sheppard, Joan Hindley | 961. | Staten, Kenneth |
| 919. | Sheppard, Kent | 962. | Stelly, Debora Bisor |
| 920. | Shetley, Debbie Burnside | 963. | Stelly, Leroy Charles |
| 921. | Shetley, Sidney Alexander | 964. | Stelly, Stephen Bailey |
| 922. | Shish, Mary Frances | 965. | Stephenson, Marcus Keith |
| 923. | Shynett, Frank William | 966. | Stevens, Renard |
| 924. | Sias, Debra Ann | 967. | Stevenson, Gregory |
| 925. | Sikes, Anthony Carroll | 968. | Steward, Floyd Belvin |
| 926. | Simien, Chasmin Nikolai | 969. | Stewart, Barbara Savoy |
| 927. | Simien, Clovis, Jr. | 970. | Stewart, Beverly |
| 928. | Simien, Joseph Donald | 971. | Stewart, Charles Larry |
| 929. | Simino, Casey Lee | 972. | Stewart, Edward, Jr. (2400) |
| 930. | Simmons, James Edward, Jr. | 973. | Stewart, Edward, Jr. (5494) |
| 931. | Simmons, Moses | 974. | Stiles, Paul Douglas |
| 932. | Simpson, Joe Allen | 975. | Stiles, Robert Michael |
| 933. | Sims, James Brandon | 976. | Stillwell, Michael Ray |
| 934. | Sims, Robert Clarence | 977. | Stobart, George Stanley IV |
| 935. | Singletary, Jimmy Julius | 978. | Strickland, Larry Glenn |
| 936. | Sisson, Thomas Luther, Jr. | 979. | Strickland, Wesley Aaron |
| 937. | Smith, Albert Dorsey, Jr. | 980. | Stutes Jr., Henry Lee |
| 938. | Smith, Clyde, Jr. | 981. | Stutes, April Nicole |
| 939. | Smith, Donald Paul | 982. | Suddath, Paul Ray, Jr. |
| 940. | Smith, Gilbert Lee | 983. | Surratt, Lemuel |
| 941. | Smith, Henry James | 984. | Swain, James Edward, Jr. |
| 942. | Smith, John Evrin | 985. | Swartz, Judith Eberhardt, Individually and obo Richard Randall, Deceased |
| 943. | Smith, Jules Crosby | | |
| 944. | Smith, Norris Lee | 986. | Swartz, Judy, Individually and obo Randall, Richard L., Deceased |
| 945. | Smith, Patricia Sue | | |
| 946. | Smith, Robert Arthur | 987. | Sweazie, Billy Ward |
| 947. | Smith, Rosalyn Yvonne | 988. | Swinson, Fred Astaire |
| 948. | Smith, Sharon Lynett (Green) | 989. | Sylvester, Felton Paul |
| 949. | Smith, Stacey | 990. | Tanton, Bobby Lee |
| 950. | Soileau, Patrick Emile | 991. | Tarver, Mary Ann (White) |
| 951. | Solis, Jose Antonio | 992. | Tarver, Rodney James |
| 952. | Sonn, Clarence | 993. | Taylor, Melvin |
| 953. | Sonn, Gregory Keith | 994. | Taylor, Nancy Lynn (Gonzales) |
| 954. | Sonnier, Earl Peter | 995. | Taylor, Ronnie Eugene |
| 955. | Sparrow, Carl Michael | 996. | Taylor, Terry Daniel |
| 956. | Sparrow, Kevin Paul | 997. | Telger, David Kline |
| 957. | Spears, Willie James | 998. | Telger, Wendy Lynn |
| 958. | Spoto, Giovanni Anthony | 999. | Tenopir, Christopher Allen |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1000. Terrell, William Taylor
1001. Theobald, Fred Mark
1002. Thibeaux, William, Jr.
1003. Thibeaux, William, Sr.
1004. Thierry, Duretha Jackson
1005. Thierry, Michael Craig
1006. Thomas, Christopher Doyle
1007. Thomas, James
1008. Thomas, Lisa McWilliams
1009. Thomas, Robert
1010. Thomas, Zonya Faye
1011. Thompson, Irene Hadnot
1012. Thompson, James A., Jr.
1013. Thorkveen, Gloria Morris
1014. Thorkveen, Tilford Hearld
1015. Tilton, Kathleen
1016. Tilton, Paul Dewayne
1017. Tolbert, Mary Doris
1018. Tompkins, Jeremy Wayne
1019. Torres, Jessie, III
1020. Trahan, Billy
1021. Trahan, Gregory Darrin
1022. Travis, Matthew West
1023. Trent, Shawn D.
1024. Trevino, Abel Donald
1025. Trevino, Dustin
1026. Trevino, Dustin Reyes
1027. Trevino, Edward
1028. Trevino, Lisa Manganice
1029. Tribble, Brandon James
1030. Tribble, Christopher Michael
1031. Tribble, Ricky James
1032. Troutner, James Russell
1033. Trumble, Ralph, Jr.
1034. Trussell, Carl Guy, Jr.
1035. Trusty, William Bryant
1036. Tubbs, James Mason
1037. Tullar, Mahlon Arnold, Jr.
1038. Tumlinson, Christa Lyn
1039. Tumlinson, Joe Lee, Jr.
1040. Turk, Emma Ruth
1041. Turner, James
1042. Turner, Kert Wayne (6676)
1043. Turner, Kert Wayne, Jr. (4191)
1044. Turpen, George Michael
1045. Tweedel, Elsie Mae
1046. Twine, Reginald Clayton
1047. Tyson, Benjamin Everett, III
1048. Tyson, James Stanley
1049. Uptigrove, Ryan Daniel
1050. Vada, Melinda (Osborne)
1051. Valdez, Guadalupe
1052. Valdez, Mary Jane
1053. Valentine, Gerald D.
1054. Vanderdoes, Arthur Earl
1055. Vandyke, Graham Pinenell
1056. Vaughns, Allen Wayne
1057. Vayon, Michelle Rey
1058. Vela, Jose Armando
1059. Victorian, Jocelyn Barfield
1060. Villemez, Percy Joseph, Jr.
1061. Vital, Ray
1062. Vonahsen, Tamara Sue
1063. Wada, Kazuo Otis
1064. Waddy, Gastonia, Jr.
1065. Wagenhauser, Amy O'Neal
1066. Waldon, Roy T.
1067. Walker, Timothy Andrew, III
1068. Wallace, Mark Randall
1069. Wallen, Harlos Ray
1070. Walls, Terrence Maurice
1071. Walters, Percy Edward
1072. Ward, Bernard Montgomery
1073. Ward, Edith B.
1074. Warden, Robert Edward
1075. Ware, David Charles
1076. Warren, Horace, Jr.
1077. Warren, Nolan Juhun
1078. Washington, John Artemus
1079. Washington, Micah Erwin
1080. Waters, Jason Levi
1081. Watkins, Church, Jr.
1082. Weatherly, Johnathon Tate
1083. Webb, Luther James
1084. Wesley, Kenneth Wayne
1085. Westbrook, Charles Edsel, Jr.

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1086. Westbrook, Randy Erroll
1087. Westman, Raymond George, Jr.
1088. Wheeler, John Stanley
1089. Whitaker, Frederick B.
1090. White, Bernadette Holloway
1091. Whittington, Robert Lee
1092. Whittington, Wendell Curtis
1093. Wigley, Wayne Russel
1094. Wilfer, Amos Lawrence
1095. Wilkes, Samuel, Jr.
1096. Wilkins, Charles
1097. Williams, Adrian Devon
1098. Williams, Amos
1099. Williams, Anthony James
1100. Williams, Arthur
1101. Williams, Bert Anthony
1102. Williams, Bryant Kent
1103. Williams, Carl Lee
1104. Williams, Charles
1105. Williams, Clarence
1106. Williams, Darren Keith
1107. Williams, Flossie Ray
1108. Williams, Johnny Ray
1109. Williams, Pierre Ottis
1110. Williams, Raymond Lee
1111. Williams, Ruby Jean
1112. Williams, Tiffany Michelle
1113. Willis, James Dorsey
1114. Willis, Johnnie Clark, Jr.
1115. Wilson, Billy Ray
1116. Wilson, Cecil Anthony
1117. Wilson, Charles Eric
1118. Wilson, Dante Cornelius
1119. Wilson, David Eugene
1120. Wilson, David Eugene, Jr.
1121. Wilson, Desaray Lamar
1122. Wilson, Gene, Jr.
1123. Wilson, James Hope
1124. Wilson, John Baptiste
1125. Wilson, Kenneth Mitchell
1126. Windfont, John Dexter
1127. Winfrey, Mary Ethel
1128. Winfrey, Paul Wayne
1129. Wolfe, Jon-Foxx Austin
1130. Woods, Charles, III
1131. Woodside, Keith Alan
1132. Woodside, Mikerial Bush
1133. Wooley, Icylee Boone
1134. Woolley, Billy Lynn
1135. Wright, Nancy Smith
1136. Yap, Joselito Somes
1137. Yezak, Diana Bell
1138. Yezak, Howard Bernard
1139. Young, Bobby Mac
1140. Young, Robert Earl
1141. Zambardino, Mark Allan
1142. Zambardino, Todd Michael
1143. Zwahr, Richard Gene