UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | *  CIVIL ACTION NO: 2:10-md-02179<br>*<br>*  SECTION "J"<br>*<br>*  JUDGE BARBIER<br>* |
| This document applies to:  2:12-cv-02338 | *  MAGISTRATE JUDGE SHUSHAN<br>* |

## EX PARTE FIRST MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, come ES&H, Inc. and Team Labor Force, LLC, sought to be made defendants, and upon suggesting they desire more time to file an Answer or other pleading, this is their first request for an extension, and there is no objection in the record, move pursuant to Local Rule 7.8 for an extension of twenty one (21) days from the time the pleading would otherwise be due.

Respectfully submitted,

**ADAMS AND REESE LLP**

/s/ A. Kirk Gasperecz
A. Kirk Gasperecz, T.A. (La. Bar #17583)
James T. Rogers III (La. Bar #21845)
4500 One Shell Square
New Orleans, LA 70139
(504) 581-3234

Attorneys for Defendants,
ES&H, Inc. and TEAM LABOR FORCE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

/s/ A. Kirk Gasperecz
A. KIRK GASPERECZ