UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | CIVIL ACTION NO: 2:10-md-02179  SECTION "J"  JUDGE BARBIER |
| This document applies to:  2:12-cv-02338 | * * | MAGISTRATE JUDGE SHUSHAN |

**O R D E R**

Considering the foregoing motion,

**IT IS ORDERED** that ES&H, Inc. and Team Labor Force, LLC be and hereby are granted an extension of time to file an Answer or other responsive pleading of twenty one (21) days from the time the pleading would otherwise be due.

New Orleans, Louisiana this _____ day of October, 2012

_____
DISTRICT JUDGE