**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| | * | MAGISTRATE NO. 1 |
| Nos. 2:10-cv-04536; 2:10-md-2179 | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**JOINT DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 12-30883**

Pursuant to the September 19, 2012 Order in Fifth Circuit Case No. 12-30883 (Doc.

00511991989), Defendant-Appellants, Plaintiff-Appellee, and Defendant-Appellee ("Parties")

hereby file their joint designations for the District Court to use in constructing the Record on

Appeal.  For those docket entries that have associated attachments or exhibits, the Parties intend

that all such attachments or exhibits should also be included in the Record.  The Parties also

request that the Court include in the Record the full docket sheets for both cases listed in the

caption.

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 99 | 08/26/2010 | ORDER re longer-term preservation and storage protocol order(s). |
| MDL 2179 | 1128 | 02/09/2011 | First Amended Master Answer to Complaint & Petition of Triton Asset Leasing GmbH, et al for Exoneration From or Limitation of Liability (Rule 9(h)); First Amended Master Claim in Limitation (10-2771) (Rule 9(h)) & First Amended Master Complaint, Cross-Claim, & 3rd-Party Complaint for Private Economic Losses in Accordance with PTO #11 (CMO #1), Section III(B1) (B1 Bundle) re 879 Complaint for Non-Governmental Economic Losses ("B1 Bundle"). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 1395 | 02/28/2011 | MOTION to Dismiss *First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] For Failure to State a Claim and Demand for Trial by Jury* by Cameron International Corporation. |
| MDL 2179 | 1414 | 02/28/2011 | MOTION to Dismiss *Master Complaint for Pleading Bundle B1* by Anadarko Petroleum Corporation; Anadarko E&P Company LP; MOEX Offshore 2007 LLC; MOEX USA Corporation. |
| MDL 2179 | 1420 | 02/28/2011 | Transocean Defendants ANSWER to Complaint of United States of America by Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC , and Triton Asset Leasing GmbH. |
| MDL 2179 | 1803 | 03/29/2011 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1414 MOTION to Dismiss Master Complaint for Pleading Bundle B1, 1416 MOTION to Dismiss Master Complaint for Pleading Bundle B3. |
| MDL 2179 | 1804 | 03/29/2011 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1395 MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] For Failure to State a Claim and Demand for Trial by Jury , 1433 MOTION to Dismiss The Plaintiffs' Bundle B1 Claims for Private. |
| MDL 2179 | 1821 | 03/30/2011 | OMNIBUS RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1414 MOTION to Dismiss Master Complaint for Pleading Bundle B1, 1395 MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] For Failure to State a Claim and Demand for Trial by Jury , 1429 MOTION to Dismiss Plaintiffs' Master Complaint for Economic Losses (B1 Bundle) , 1440 MOTION to Dismiss Case Pleading Bundle B1, 1433 MOTION to Dismiss The Plaintiffs' Bundle B1 Claims for Private Economic Losses, 1390 MOTION to Dismiss Party All B1 Bundle Cases and 10- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | 2771 , First Amended B1 Master Claim in Limitation and First Amended Master Complaint by Petitioners in Limitation and, 1589 MOTION to Dismiss Plaintiff's Class Action Complaint. |
| MDL 2179 | 1832 | 04/01/2011 | ORDER setting schedule to assist the Court in confecting a plan for the February 27, 2012 Trial of Liability, Limitation, Exoneration and Fault Allocation. |
| MDL 2179 | 1858 | 04/04/2011 | BP Exploration & Production Inc.'s ANSWER to Complaint *of the United States*. |
| MDL 2179 | 1860 | 04/04/2011 | ANSWER to Complaint *of the United States* by Defendant Anadarko Petroleum Corporation. |
| MDL 2179 | 1861 | 04/04/2011 | MOTION to Dismiss *Complaint of the United States* by Defendant Anadarko E&P Company LP. |
| MDL 2179 | 1946 | 04/13/2011 | BRIEF/Memorandum by United States *Regarding the Plan for the February 2012 Liability Trial*. |
| MDL 2179 | 1955 | 04/13/2011 | Memorandum by Defendants *Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC Regarding Structure of the February 27, 2012 Trial*. |
| MDL 2179 | 2064 | 04/20/2011 | CROSSCLAIM against Cameron International Corporation filed by BP Exploration & Production Inc., BP America Production Company. |
| MDL 2179 | 2068 | 04/20/2011 | Transocean's Rule 13 Cross-Claims/Counter-Claims. |
| MDL 2179 | 2075 | 04/20/2011 | CROSSCLAIM AND THIRD PARTY COMPLAINT against Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Transocean Ltd., Transocean Inc. filed by Defendant BP Exploration & Production, Inc. |
| MDL 2179 | 2125 | 04/26/2011 | Reply by Defendants *Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC Regarding Proposed Trial Structure*. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 2191 | 04/29/2011 | Response/Reply by Defendant Cameron International Corporation, in Support of Motion to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] For Failure to State a Claim and Demand for Trial by Jury. |
| MDL 2179 | 2208 | 04/29/2011 | *Consolidated Reply to Plaintiff Steering Committee's Omnibus Oppositions to Defendants' Motions to Dismiss the Master Complaints for Pleading Bundles B1 and B3*; by MOEX Offshore, MOEX USA, Anadarko Petroleum Corporation, and Anadarko E&P Company. |
| MDL 2179 | 2217 | 04/29/2011 | *Reply to Plaintiffs' Steering Committee's Memorandum of Law in Opposition to the MOEX and Anadarko Defendants' Motions to Dismiss Plaintiffs' Negligence Claims and Motions to Dismiss the OPA Claims Against Anadarko E&P*, by Defendants MOEX Offshore 2007, Anadarko Petroleum Corporation, and Anadarko E&P Company. |
| MDL 2179 | 2402 | 05/18/2011 | ORDER RE: REQUESTED BRIEFING ON TRIAL PLAN ISSUES. |
| MDL 2179 | 2479 | 05/20/2011 | MOTION to Dismiss *Transocean's Rule 13 Cross-Claims/Counter-Claims* by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 2574 | 05/30/2011 | ANSWER to BP Exploration & Production, Inc.'s Crossclaim & THIRD PARTY COMPLAINT by Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH & CROSSCLAIM/Counterclaims & Third-Party Complaint against BP Exploration, BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., M-I, LLC, Cameron International Corporation, Anadarko Exploration & Production Company LP, Anadarko Petroleum Corporation Co., MOEX Offshore 2007 LLC, MOEX USA Corporation, Mitsui Oil Exploration Company, Ltd., Weatherford U.S. L.P., Weatherford International, Inc., and Dril-Quip, Inc. |
| MDL 2179 | 2587 | 05/31/2011 | MOTION for Partial Summary Judgment as to the liability of the Anadarko Defendants and Opposition to Def. A E&P's Motion to Dismiss, including exhibits.  [Exhibit 19, Rec. Doc. 2587-37, filed under seal] |
| MDL 2179 | 2588 | 05/31/2011 | EXPARTE MOTION to Seal Document Exhibit 19 to United States' Combined Memorandum [Doc. 2587] by United States. (Attachments: # 1 Proposed Order, # 2 Notice of Submission) |
| MDL 2179 | 2620 | 06/02/2011 | ORDER granting 2588 Motion to Seal Exhibit 19 re Motion doc # 2587 . Signed by Judge Carl Barbier on 6/2/11. |
| MDL 2179 | 2657 | 06/03/2011 | MOTION by Petitioners In Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH to dismiss Under Rule 12(b)(6) for Local Government Entity C Master Claim In Limitation and the Local Government Entity C Master Complaint. Motion set for 8/3/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission |
| MDL 2179 | 2671 | 06/06/2011 | Memorandum by USA re Order re: *Requested Briefing on Trial Plan Issues*. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 2674 | 06/06/2011 | Memorandum re Order *Regarding Bench Trial, Jury Trial and Consolidation Issues* filed by Anadarko Petroleum Corporation & Anadarko E&P Company LP. |
| MDL 2179 | 2865 | 06/20/2011 | ANSWER to 2064 BP's Crossclaim with Jury Demand by Cameron International Corporation, CROSSCLAIM with Jury Demand & COUNTERCLAIM with Jury Demand against BP Exploration and Production, Inc, BP America Production Company, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., Anadarko Petroleum Corporation, Anadarko E&P Company, LP and MOEX Offshore 2007 LLC. |
| MDL 2179 | 2924 | 06/20/2011 | MOTION to Dismiss *Transocean's Rule 13 Cross-Claims/Counter-Claims Against Anadarko Petroleum Corporation and Anadarko E&P Company LP* by Defendant Anadarko Petroleum Corporation and Anadarko E&P Company LP. |
| MDL 2179 | 2927 | 06/20/2011 | MOTION to Dismiss *the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I LLC, and Weatherford U.S. L.P. against Anadarko Petroleum Corporation and Anadarko E&P Company LP* by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP. |
| MDL 2179 | 3113 | 06/30/2011 | REPLY in Support of Anadarko E&P Company LP's Motion to Dismiss. |
| MDL 2179 | 3260 | 07/11/2011 | MOTION to Dismiss *the Cross-Claims and/or Counterclaims of Cameron International Corporation* by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP. |
| MDL 2179 | 3830 | 08/26/2011 | ORDER AND REASONS as to Motions to Dismiss B1 Master Complaint. |
| MDL 2179 | 3890 | 09/01/2011 | ORDERED that parties are invited to submit briefing as to what effect the Court's decision has on other Motions to Dismiss pending in this MDL as stated within document. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 3975 | 09/12/2011 | STATEMENT by United States of America re Order Inviting Briefing on Impact of B1 Opinions on Other Motions to Dismiss. |
| MDL 2179 | 3991 | 09/12/2011 | MEMORANDUM by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4033 | 09/14/2011 | Pre-Trial Order No. 41 (Case Management Order No. 3) |
| MDL 2179 | 4083 | 09/21/2011 | Amended Pretrial Order No. 41 |
| MDL 2179 | 4273 | 10/11/2011 | RESPONSE/MEMORANDUM in Opposition filed by Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH re 2477 MOTION to Dismiss Transocean's Rule 13 Cross-Claims/Counter-Claims, 2878 MOTION to Dismiss Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint by MOEX USA Corporation, 2924 MOTION to Dismiss Transocean's Rule 13 Cross-Claims/Counter-Claims Against Anadarko Petroleum Corporation and Anadarko E&P Company LP, 2873 MOTION to Dismiss Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint by MOEX Offshore 2007 LLC, 2479 MOTION to Dismiss Transocean's Rule 13 Cross-Claims/Counter-Claims. |
| MDL 2179 | 4308 | 10/17/2011 | RESPONSE in Opposition to Motion filed by Defendant Dril-Quip, Inc. re 2888 MOTION to Dismiss Third Party Defendant Dril-Quip, Inc.'s Cross-Claims by MOEX Offshore 2007 LLC, 2892 MOTION to Dismiss Third Party Defendant Dril-Quip, Inc.'s Cross-Claims by MOEX USA Corporation, 2927 MOTION to Dismiss the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I LLC, and Weatherford U.S. L.P. against Anadarko Petroleum Corporation and Anadarko E&P Company LP. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 4310 | 10/17/2011 | RESPONSE/MEMORANDUM in Opposition filed by Defendant Halliburton Energy Services, Inc. re 2882 MOTION to Dismiss First Amended Cross-Claims of Halliburton Energy Services Inc. by MOEX Offshore 2007 LLC, 2885 MOTION to Dismiss First Amended Cross-Claims of Halliburton Energy Services, Inc. by MOEX USA Corporation, 2927 MOTION to Dismiss the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I LLC, and Weatherford U.S. L.P. against Anadarko Petroleum Corporation and Anadarko E&P Company LP. |
| MDL 2179 | 4316 | 10/17/2011 | RESPONSE/MEMORANDUM in Opposition filed by Defendants Weatherford U.S., L.P., Weatherford International, Inc. re 2910 MOTION to Dismiss the Counter-Claim/Cross-Claim of Weatherford U.S., L.P. and Weatherford International, Inc. by MOEX Offshore 2007 LLC, 2927 MOTION to Dismiss the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I LLC, and Weatherford U.S. L.P. against Anadarko Petroleum Corporation and Anadarko E&P Company LP. |
| MDL 2179 | 4319 | 10/17/2011 | MOTION in Limine *to Exclude Evidence Regarding The Anadarko Entities Knowledge Or Access to Information about Well Design And/Or Operations on The Macondo Prospect from The Limitation of Liability Trial* by Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP. |
| MDL 2179 | 4322 | 10/17/2011 | RESPONSE/MEMORANDUM in Opposition filed by Defendant M-I L.L.C. re 2905 MOTION to Dismiss Defendant M-I L.L.C.'s First Amended Cross-Claims by MOEX USA Corporation, 2903 MOTION to Dismiss Defendant M-I-L.L.C.'s First Amended Cross-Claims by MOEX Offshore 2007 LLC, 2927 MOTION to Dismiss the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I LLC, and Weatherford U.S. L.P. against |

8

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Anadarko Petroleum Corporation and Anadarko E&P Company LP. |
| MDL 2179 | 4477 | 11/03/2011 | Transocean's Motion for Partial Summary Judgment Against BP to Enforce BP's Contractual Obligations, Including BP's Obligation to Defend, Indemnity and Hold Transocean Harmless Against Pollution Claims.  [Exhibits 70-174, 175-177, filed under seal] |
| MDL 2179 | 4483 | 11/04/2011 | EX PARTE/CONSENT MOTION for Leave to Withdraw Motion to Dismiss Only Insofar As It Applies To Cross-Claims of Weatherford U.S. L.P. by Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP. |
| MDL 2179 | 4518 | 11/07/2011 | REPLY to Response to Motion filed by Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP re MOTION to Dismiss *the Cross-Claims and/or Counterclaims of Cameron International Corporation*, MOTION to Dismiss *Transocean's Rule 13 Cross-Claims/Counter-Claims Against Anadarko Petroleum Corporation and Anadarko E&P Company LP*, MOTION to Dismiss *the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I LLC, and Weatherford U.S. L.P. against Anadarko Petroleum Corporation and Anadarko E&P Company LP*, MOTION to Dismiss *Transocean's Rule 13 Cross-Claims/Counter-Claims by Anadarko Petroleum Corporation and Anadarko E&P Company LP*. |
| MDL 2179 | 4543 | 11/08/2011 | RESPONSE/MEMORANDUM in Opposition filed by Federal Government Interests re MOTION in Limine *to Exclude Evidence Regarding The Anadarko Entities Knowledge Or Access to Information about Well Design And/Or Operations on The Macondo Prospect from The Limitation of Liability Trial*. |
| MDL 2179 | 4544 | 11/08/2011 | Halliburton Energy Services, Inc.'s Opposition to Anadarko's Motion in Limine to Exclude Evidence of its Knowledge or Access to Information About Well Design |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | And/or Operations. |
| MDL 2179 | 4565 | 11/14/2011 | ORDER granting Motion for Leave to Partially Withdraw Motion to Dismiss Only Insofar As It Applies To Cross-Claims of Weatherford U.S. L.P. by Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP. |
| MDL 2179 | 4578 | 11/14/2011 | Order and Reasons As to the Motions to Dismiss the Complaints of the States of Alabama and Louisiana, Part of Pleading Bundle C. |
| MDL 2179 | 4613 | 11/16/2011 | REPLY to Response to Motion filed by Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP re MOTION in Limine to *Exclude Evidence Regarding The Anadarko Entities Knowledge Or Access to Information about Well Design And/Or Operations on The Macondo Prospect from The Limitation of Liability Trial.* |
| MDL 2179 | 4642 | 11/18/2011 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 11/18/2011.  ORDERED: that Plaintiffs' Steering Committees Motion in Limine to Exclude Evidence of the Alleged Fault of Non-Parties and Immune Parties is DENIED; that United States' Motion to Dismiss Rule 14(c) Third-Party Complaint and Cross Claim of Transocean is GRANTED; that Anadarko and MOEX's Motions to Dismiss certain Cross-Claims and Counterclaims is GRANTED and Motions in Limine to Exclude Evidence is DEFERRED; that Plaintiffs Motion for Partial Summary Judgment on the Issue of Liability for Breach of Master Vessel Charter Agreement, Vessel of Opportunity Program is TAKEN UNDER ADVISEMENT. |
| MDL 2179 | 4786 | 12/02/2011 | TRANSCRIPT of Monthly Status Conference held on November 18, 2011 before Judge Carl J. Barbier. |
| MDL 2179 | 4819 | 12/06/2011 | Ex parte Motion to File Under Seal Exhibits to Plaintiff United States' Memorandum of Law in Support of United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Inc., and the Transocean Defendants, and the Anadarko Defendants-. |
| MDL 2179 | 4820 | 12/05/2011 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages for Memorandum in Support of United States' Second Motion for Partial Summary Judgment by Federal Government Interests. (Attachments: # 1 Proposed Order Proposed Order Granting Motion to Exceed Page Limit, # 2 Proposed Pleading United States' Second Motion for Partial Summary Judgment as to BP, Transocean Defendants and Anadarko Defendants, # 3 Proposed Order Proposed Order as to United States' Partial Summary Judgment Motion, # 4 Proposed Order Proposed Entry of Judgment, # 5 Proposed Pleading United States' Memorandum in Support of Second Motion for Summary Judgment, # 6 Proposed Pleading Statement of Undisputed Material Facts, # 7 Exhibit No. 1 (pending Motion to File Under Seal), # 8 Exhibit No. 2 (pending Motion to File Under Seal), # 9 Exhibit No. 3.A, # 10 Exhibit No. 3.B, # 11 Exhibit No. 4, # 12 Exhibit No. 5, # 13 Exhibit No. 6 (pending Motion to File Under Seal), # 14 Exhibit No. 7 (pending Motion to File Under Seal), # 15 Exhibit No. 8 (pending Motion to File Under Seal), # 16 Exhibit No. 9 (pending Motion to File Under Seal), # 17 Exhibit No. 10 (pending Motion to File Under Seal), # 18 Exhibit No. 11 (pending Motion to File Under Seal), # 19 Exhibit No. 12 (pending Motion to File Under Seal), # 20 Exhibit No. 13 (pending Motion to File Under Seal), # 21 Exhibit No. 14 (pending Motion to File Under Seal), # 22 Exhibit No. 15 (pending Motion to File Under Seal), # 23 Exhibit No. 16, # 24 Exhibit No. 17 (pending Motion to File Under Seal), # 25 Exhibit No. 18, # 26 Exhibit No. 19 (pending Motion to File Under Seal), # 27 Exhibit No. 20, # 28 Exhibit No. 21 (pending Motion to File Under Seal), # 29 Exhibit No. 22, # 30 Exhibit No. 23 (pending Motion to File Under Seal), # 31 Exhibit No. 24 (pending Motion to |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | File Under Seal), # 32 Exhibit No. 25, # 33 Exhibit No. 26.A, # 34 Exhibit No. 26.B, # 35 Exhibit No. 27, # 36 Exhibit No. 28, # 37 Exhibit No. 29, # 38 Exhibit No. 30, # 39 Exhibit No. 31, # 40 Exhibit No. 32, # 41 Exhibit No. 33, # 42 Exhibit No. 34, # 43 Exhibit No. 35, # 44 Exhibit No. 36, # 45 Exhibit No. 37, # 46 Exhibit No. 38, # 47 Exhibit No. 39, # 48 Exhibit No. 40 (pending Motion to File Under Seal), # 49 Exhibit No. 41, # 50 Exhibit No. 42, # 51 Exhibit No. 43. |
| MDL 2179 | 4826 | 12/07/2011 | BP's Memorandum in Opposition to Transocean's Motion for Partial Summary Judgment and in Support of BP's Cross-Motion for Partial Summary Judgment Relating to Alleged Contractual Indemnities. |
| MDL 2179 | 4827 | 12/07/2011 | BP's Cross-Motion for Partial Summary Judgment Rejecting Transocean's Claim for Indemnification for Fines, Penalties, and Punitive Damages. |
| MDL 2179 | 4835 | 12/08/2011 | ORDER granting 4820 Motion for Leave to File Excess Pages re Memorandum in Support of United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production, Inc., the Transocean Defendants, and the Anadarko Defendants. |
| MDL 2179 | 4836 | 12/08/2011 | 2011 Second MOTION for Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc., the Transocean Defendants, and the Anadarko Defendants by United States of America, including exhibits.  [Exhibits 1-2, 6-15, 17, 19, 21, 23-24, 40, filed under seal.] |
| MDL 2179 | 4837 | 12/08/2011 | ORDER granting 4819 Motion to Seal Exhibits 1-2, 6-15, 17, 19, 21, 23-24, and 40 re 4836 Second MOTION for Partial Summary Judgment. |
| MDL 2179 | 4840 | 12/08/2011 | Plaintiff United States' Memorandum in Opposition to Defendant Transocean's Motion for Partial Summary Judgment Against BP to Enforce BP's Contractual Obligations, Including BP's Obligation to Defend, Indemnify and Hold Transocean Harmless Against Pollution Claims. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 4862 | 12/12/2011 | Transocean's Reply Memorandum to United States Memorandum Opposing Transocean's Motion for Partial Summary Judgment for Indemnity from BP. |
| MDL 2179 | 4867 | 12/12/2011 | Transocean's Reply to BP's Response to Transocean's Motion for Partial Summary Judgment and Transocean's Opposition to BP's Cross-Motion for Partial Summary Judgment. |
| MDL 2179 | 4932 | 12/15/2011 | BP's Reply Memorandum to Transocean's Opposition to BP's Cross Motion for Partial Summary Judgment. |
| MDL 2179 | 5103 | 01/09/2012 | Cross MOTION for Partial Summary Judgment; RESPONSE/MEMORANDUM in Opposition filed by Transocean re 4836 Second Motion for Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc., the Transocean Defendants, and the Anadarko Defendants (including Exhibit #1 Transocean's Response to Separate Statement of Plaintiff United States in Support of 2nd Motion for Partial Summary Judgment, # 2 Exhibit Transocean's Evidentiary Objections to Separate Statement of Plaintiff U. S. in Support of 2nd Motion for Partial Summary Judgment, # 3 Exhibit Daun Winslow Deposition Excerpts).. |
| MDL 2179 | 5113 | 01/09/2012 | Cross MOTION for Summary Judgment *as to Anadarko's Non-Liability under The CWA* by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support, # 3 Statement of Contested/Uncontested Facts, including exhibits.) [Exhibits 1-8, 15-18, 20-29, and 37, Rec. Docs. 5113-4 through 5113-12, 5113-19 through 5113-22, 5113-24 through 5113-33, and 5113-41, filed under seal] |
| MDL 2179 | 5124 | 01/09/2012 | Jan. 9, 2012, RESPONSE/MEMORANDUM in Opposition filed by Defendant BP Exploration & Production Inc. re 4836 Second MOTION for Partial Summary Judgment as to the Liability of BP Exploration & Production Inc., the Transocean Defendants, and the |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Anadarko Defendants. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit) |
| MDL 2179 | 5214 | 01/16/2012 | REPLY to Response to Motion filed by United States of America re 4836 Second Motion for Partial Summary Judgment; RESPONSE/MEMORANDUM in Opposition re 5113 Anadarko's Cross Motion for Summary Judgment, and 5103 Transocean's Cross Motion for Partial Summary Judgment, including exhibits.  [Exhibits 5-6 (exhibit 1) and 8-9, Rec. Docs. 5214-21 through 5214-24, filed under seal] |
| MDL 2179 | 5215 | 01/16/2012 | EXPARTE/CONSENT MOTION to Seal Documents Exhibits 5, 6 (exhibit 1), 8, and 9 as to 5214 Reply to Response to Motion, by United States of America. (Attachments: # 1 Proposed Order) |
| MDL 2179 | 5216 | 01/16/2012 | RESPONSE/MEMORANDUM in Opposition filed by United States of America re 5113 Cross MOTION for Summary Judgment as to Anadarko's Non-Liability under The CWA Response to Anadarko's Statement of Undisputed Facts. |
| MDL 2179 | 5265 | 01/18/2012 | RESPONSE to Motion as to the Statement of Material Facts filed by Defendant BP Exploration & Production Inc. re 5113 Anadarko's Cross Motion for Summary Judgment as to Anadarko's Non-Liability under The CWA, 4836 United States of America's Second Motion for Partial Summary Judgment. |
| MDL 2179 | 5266 | 01/18/2012 | RESPONSE to Motion as to the Statement of Material Facts filed by Defendant BP Exploration & Production Inc. re 5103 Transocean's Cross Motion for Partial Summary Judgment, 4836 United States of America's Second Motion for Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc., the Transocean Defendants, and the Anadarko Defendants. |
| MDL 2179 | 5278 | 01/18/2012 | ORDER granting 5215 Motion to Seal Document - Exhibits 5, 6 (exhibit 1), 8, and 9 as to the 5214 Reply to Response to Motion; |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Response/Memorandum in Opposition filed by United States of America. Signed by Judge Carl Barbier on 1/18/2012. |
| MDL 2179 | 5280 | 01/18/2012 | REPLY to Response to Motion filed by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP re 5113 Cross MOTION for Summary Judgment *as to Anadarko's Non-Liability under The CWA*. |
| MDL 2179 | 5283 | 01/18/2012 | Jan. 18, 2012, MEMORANDUM IN RESPONSE to Motion filed by Defendant BP Exploration & Production Inc. re 5113 Cross MOTION for Summary Judgment as to Anadarko's Non-Liability under The CWA, 5103 MOTION for Partial Summary Judgment; and SURREPLY MEMORANDUM IN RESPONSE to 5214 Reply by United States of America re 4836 Second MOTION for Partial Summary Judgment, including exhibits.  [Exhibits 1-13 filed under seal.] |
| MDL 2179 | 5300 | 01/19/2012 | REPLY to Response to Motion filed by Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc. re 5103 Cross MOTION for Partial Summary Judgment that the Transocean defendants are not liable under OPA or the Clean Water Act with respect to the underwater discharge of oil from the Macondo Well. |
| MDL 2179 | 5304 | 01/19/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 1/19/2012.  The Court heard oral argument on three Motions for Partial Summary Judgment regarding liability under OPA and the CWA. The Motions were taken UNDER ADVISEMENT. |
| MDL 2179 | 5338 | 01/23/2012 | TRANSCRIPT of Motions Hearing held January 19, 2012. |
| MDL 2179 | 5510 | 01/31/2012 | AMICUS CURIAE BRIEF filed by Plaintiff Liaison Counsel and PSC re 2587 United States' MOTION for Partial Summary Judgment, 4836 United States' Second MOTION for Partial Summary Judgment. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 5544 | 02/01/2012 | OBJECTIONS by United States to Phase One Trial Stipulations. |
| MDL 2179 | 5545 | 02/01/2012 | Defendants' Agreed STIPULATIONS. |
| MDL 2179 | 5446 | 01/26/2012 | Order and Reasons As to Transocean and BP's Cross-Motions for Partial Summary Judgment Regarding Indemnity. |
| MDL 2179 | 5493 | 01/31/2012 | Order and Reasons As to Halliburton's and BP's Cross-Motions for Partial Summary Judgment Regarding Indemnity. |
| MDL 2179 | 5510 | 01/31/2012 | AMICUS CURIAE BRIEF filed by Plaintiff Liaison Counsel and PSC re 2587 United States' MOTION for Partial Summary Judgment, 4836 United States' Second MOTION for Partial Summary Judgment. |
| MDL 2179 | 5809 | 02/24/2012 | ORDER AND REASONS granting in part, denying in part 4836 United States' Motion for Partial Summary Judgment; denying 5113 Anadarko's Motion for Partial Summary Judgment; granting in part, denying in part 5103 Transocean's Motion for Partial Summary Judgment. |
| MDL 2179 | 5836 | 02/24/2012 | ORDER granting Anadarko's Motion in Limine to Exclude Evidence Regarding the Anadarko Entities' Knowledge of or Access to Information About Well Design and/or Operations of the Macondo Prospect from the Limitation of Liability Trial. |
| MDL 2179 | 5870 | 02/24/2012 | ORDER denying as MOOT United States' Motion for Partial Summary Judgment as to the liability of the Anadarko Defendants (Rec. Doc. 2587). |
| MDL 2179 | 5924 | 02/29/2012 | EX PARTE/CONSENT MOTION for Entry of Stipulated Order by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP. |
| MDL 2179 | 5930 | 02/29/2012 | STIPULATED ORDER REGARDING ANADARKO ENTITIES. |
| MDL 2179 | 6397 | 05/01/2012/ | RESPONSE/MEMORANDUM in Opposition filed by United States of America re 6266 Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval and BP's Motion to Adjourn Trial*. |
| MDL 2179 | 6592 | 05/30/2012 | Second Amended Pretrial Order No. 41 |
| MDL 2179 | 7174 | 08/24/2012 | NOTICE OF APPEAL by Anadarko Petroleum Corp. as to Rec. Doc. 5809. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 7293 | 09/06/2012 | MEMORANDUM in Response to Motion filed by USA re 7114 MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 |
| MDL 2179 | 7442 | 09/18/2012 | NOTICE OF APPEAL by the United States of America as to Rec. Doc. 5809, Order, Memorandum & Opinion. |
| MDL 2179 | 7443 | 09/18/2012 | NOTICE OF APPEAL by Defendant BP Exploration & Production Inc. as to Rec. Doc. 5809, Order, Memorandum & Opinion. |
| MDL 2179 | 7637 | 10/12/2012 | MOTION for Adverse Inferences Against Defendants as a Result of Fifth Amendment Invocations, filed by the United States of America |
| 10-4536 | 1 | 12/15/2010 | COMPLAINT against All Defendants filed by United States of America. |
| 10-4536 | 4 | 12/15/2010 | PRETRIAL ORDERS: #1, #11 & #12 & Order re plaintiff profile form. |

Respectfully submitted,

DATED:        October 17, 2012        BINGHAM McCUTCHEN LLP


*James J. Dragna*
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6436
Facsimile: (213) 680-8636

David B. Salmons
david.salmons@bingham.com
Ky E. Kirby
ky.kirby@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806

Telephone: (202) 373-6000
Facsimile: (202) 373-6001

*Counsel for Anadarko Petroleum Corporation*

/s/ *Steven O'Rourke*
Steven O'Rourke
steve.orourke@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 514-2779
Facsimile: (202) 514-2583

Michelle Terry Delemarre
michelle.delemarre@usdoj.gov
U.S. Department of Justice
1425 New York Avenue, NW
Room 8020
Washington, DC 20005-0000
Telephone: (202) 616-4037
Facsimile: (202) 616-4159

Judy B. Harvey
judith.harvey@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390
Telephone: (202) 514-3932
Facsimile: (202) 514-4231

David Joseph Pfeffer
david.j.pfeffer@usdoj.gov
U.S. Department of Justice
1425 New York Avenue, NW
Suite 10100
Washington, DC 20005-0000
Telephone: (202) 616-4105
Facsimile: (202) 616-4002

Sharon Denise Smith
sharon.d.smith@usdoj.gov
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130-0000
Telephone: (504) 680-3000
Facsimile: (504) 589-4013

R. Michael Underhill
mike.underhill@usdoj.gov
U.S. Attorney's Office
Northern District of California
Room 7-5395
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-0000
Telephone: (415) 436-6648

*Counsel for the United States of America*

/s/ *Brad D. Brian*
Brad D. Brian
brad.brian@mto.com
Allen Mark Katz
allenkatz@yahoo.com
Daniel Benjamin Levin
daniel.levin@mto.com
Munger, Tolles & Olson, L.L.P.
355 S. Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 683-5180

John Michael Elsley
john.elsley@roystonlaw.com
Royston, Rayzor, Vickery & Williams, L.L.P.
711 Louisiana Street, Suite 500
Pennzoil Place S. Tower
Houston, TX 77002-2716
Telephone: (713) 224-8380
Facsimile: (713) 225-9945

Kerry J. Miller
kmiller@frilot.com
Frilot, L.L.C.

1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145

Steven Lynn Roberts
steve.roberts@sutherland.com
Sean Jordan
sean.jordan@sutherland.com
Sutherland Asbill & Brennan, L.L.P.
1001 Fannin Street, Suite 3700
Houston, TX 77002-6760
Telephone: (713) 470-6100
Facsimile: (713) 654-1301

*Counsel for Triton Asset Leasing GmbH,*
*Transocean Holdings L.L.C., Transocean*
*Offshore Deepwater Drilling Inc.,*
*and Transocean Deepwater Inc.*


/s/ *Don K. Haycraft*
Don K. Haycraft
dkhaycraft@liskow.com
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Joel M. Gross
joel.gross@aporter.com
Allison B. Rumsey
allison.rumsey@aporter.com
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004-0000
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Richard C. Godfrey, P.C.
richard.godfrey@kirkland.com
J. Andrew Langan, P.C.
andrew.langan@kirkland.com
Kirkland & Ellis LLP
300 N. LaSalle Street

Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert R. Gasaway
robert.gasaway@kirkland.com
Jeffrey Bossert Clark
jeffrey.clark@kirkland.com
Aditya Bamzai
aditya.bamzai@kirkland.com
Aaron L. Nielson
aaron.nielson@kirkland.com
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for BP Exploration & Production, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 17, 2012.

/s/ *James J. Dragna*
James J. Dragna