UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to: 2:11-cv-01159 | * * * * | JUDGE: CARL J. BARBIER<br><br>MAG: SALLY SHUSHAN |

*******************************************

## ORDER

The Court, having considered the Motion for Leave to Intervene of Willis & Buckley, APC, through Jennifer N. Willis:

**IT IS HEREBY ORDERED** that Willis & Buckley, APC, through Jennifer N. Willis, is _____ leave to file its Complaint of Intervention and said Complaint of Intervention attached to the Motion for Leave to Intervene is deemed filed.

Signed this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE