8-17-2011

I would like to terminate representation with the firm Willis & Buckley, APC, Represented by Jennifer N. Willis as of August 17, 2011.

Sincerely,
Harvey Cheramie Jr.

RECEIVED AUG 17 2011