UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Rec. Doc. 7666[1] | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is a "Motion to Hold BP Inc. & Attorneys Liskow Law Firm in Contempt of Court for Non-Compliance of a Federal Sub[p]oena" filed by Darryl Haan, *pro se*.[2] (Rec. Doc. 7666). It is not clear if Mr. Haan filed a Short-Form Joinder in this Multidistrict Litigation or is otherwise a party to any case before this Court. In any respect, Mr. Haan's subpoena violates the Court's pretrial orders regarding discovery,[3] and the subpoena does not comply with the requirements of Fed. R. Civ. P. 45.[4] The Court also notes that the Magistrate Judge denied a similar motion by Mr. Haan on April 11, 2012. (Rec. Doc. 6213). Accordingly,

**IT IS ORDERED** that Mr. Haan's Motion (Rec. Doc. 7666) **IS DENIED.**

---

[1] Because it is unclear if the Plaintiff/Mover is a party to a case pending before this Court, the reference is to the underlying motion, rather than to a particular case.

[2] The Motion's caption states "Haah Darryl," but the motion is signed by "Darryl Haan."

[3] *See, e.g.*, Pretrial Order No. 11 ¶ X, Rec. Doc. 569 (requiring discovery to be initiated by and/or coordinated through the Plaintiff Steering Committee); Pretrial Order No. 25 ¶ 8, Rec. Doc. 983 (staying member cases within this MDL).

[4] For example, a subpoena must be signed by either the clerk of the issuing court or, in certain instances, an attorney. Fed. R. Civ. P. 45(a)(3). The subpoena attached to Mr. Haan's Motion is signed by neither.

New Orleans, Louisiana, this 18th day of October, 2012.

_____
United States District Judge

**Clerk to Notify:**

**Darryl Haan**
**6421 Finance Ave.**
**Weeki Wachee, FL 34607**