UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:  12-1978 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### SECOND STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT IN THE SECOND EXCESS LAYER INSURANCE INTERPLEADER

On July 31, 2012, various insurance companies (collectively, "Second Excess Layer Insurers") that issued or subscribed to a certain excess liability insurance policy (Policy No. ARS4927) filed a complaint in interpleader (Case No. 12-1978) against BP and Transocean. The case ("Second Excess Layer Insurance Interpleader") has been assigned to MDL 2179. Shortly after the complaint's filing, BP and Transocean waived service.  On October 9, 2012, this Court extended the time for BP and Transocean to respond to the complaint to October 22, 2012.

Because the parties have made progress but remain in discussions about how best to proceed with the Second Excess Layer Insurance Interpleader, all parties (as identified below) hereby stipulate and agree, without prejudice to or waiver of any defenses or arguments, that the time for BP and Transocean to answer or otherwise respond to the complaint should be extended to November 9, 2012, and the parties hereby jointly so move.  A proposed form of order has been filed herewith.

Dated: October 18, 2012                                           Respectfully submitted,

/s/ David B. Goodwin

Allan B. Moore                                                David B. Goodwin
Mark D. Herman                                                Covington & Burling, LLP
Covington & Burling LLP                                       One Front Street, 35th Floor
1201 Pennsylvania Avenue, NW                                  San Francisco, California  94111
Washington, DC  20004-2401                                    Tel:  (415) 591-6000
Tel:  (202) 662-6000                                          Fax: (415) 591-6091
Fax:  (202) 778-5575                                          Email  dgoodwin@cov.com
Email: abmoore@cov.com

COUNSEL FOR BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY


/s/ Kerry J. Miller

Steven L. Roberts (TX No. 17019300)                           Kerry J. Miller (LA No. 24562)
Rachel Giesber Clingman (TX No. 00784125)                     Frilot, L.L.C.
Kent C. Sullivan (TX No 19487300)                             1100 Poydras Street, Suite 3700
Sutherland, Asbill & Brennan, LLP                             New Orleans, Louisiana  70163
1001 Fannin Street, Suite 3700                                Tel:  (504) 599-8169
Houston, Texas  77002                                         Fax:  (504) 599-8154
Tel:  (713) 470-6100                                          Email: kmiller@frilot.com
Fax:  (713) 654-1301
Email: steven.roberts@sutherland.com
           rachel.clingman@sutherland.com
           kent.sullivan@sutherland.com

John M. Elsley (TX, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Tel:  (713) 224-8380
Fax:  (713) 225-9945
Email: john.elseley@roystonlaw.com


COUNSEL FOR TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. AND TRANSOCEAN DEEPWATER INC.

/s/ Richard N. Dicharry
Richard N. Dicharry (LA No. 4929)
Evans Martin McLeod (LA No. 24846)
Kyle S. Moran (LA No. 33611)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Tel:  (504) 566-1311
Fax:  (504) 568-9130
Email:  Richard.Dicharry@phelps.com
            Marty.McLeod@phelps.com
            Kyle.Moran@phelps.com

COUNSEL FOR VARIOUS INSURANCE COMPANIES ISSUING OR SUBSCRIBING TO EXCESS POLICY ARS4927

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of October, 2012.

                                                             /s/ Mark D. Herman  
                                                             Mark D. Herman