IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * |
| This document relates to: | * <br> * HONORABLE CARL J. BARBIER |
| *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* No. 12-970 | * <br> * MAGISTRATE JUDGE SHUSHAN <br> * <br> * |
| *Plaisance, et al v. BP Exploration & Production, Inc., et al.* No. 12-968 | * <br> * <br> * <br> * |

## ORDER

**CONSIDERING** the Motion for Leave to File Reply Briefs in Excess of Page Limitations, and the record in these proceedings:

**IT IS ORDERED** that the Class Representatives be and are hereby granted leave to file their Reply Briefs in Support of Final Approval of the Economic and Property Damages Class Settlement and the Medical Benefits Class Settlement in excess of page limitations.

**SIGNED** at New Orleans, Louisiana this 18th day of October, 2012.

_____
United States District Judge