UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **This Document Relates To:** | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

In light of the two Orders issued on September 4, 2012 that granted (1) BP and Cameron's Motion to Voluntarily Dismiss With Prejudice Their Claims Against Each Other (Rec. Doc. 7279) and (2) the Motion of BP, Anadarko, Cameron, M-I, MOEX Offshore, and Weatherford to Voluntarily Dismiss With Prejudice Cross-Claims Against Each Other (Rec. Doc. 7278), certain other motions are now moot.  Accordingly,

**IT IS ORDERED** the following motions are **DENIED AS MOOT:**

1. M-I L.L.C.'s Motion to Dismiss Cross-Claim of Anadarko Petroleum Corporation and Anadarko E&P Company LP (Rec. Doc. 2817)

2. M-I L.L.C.'s Motion to Dismiss MOEX Offshore 2007 LLC's Cross-Claim (Rec. Doc. 2853)

3. M-I L.L.C.'s Motion to Dismiss Cross-Claim of MOEX Offshore 2007 LLC (Rec. Doc. 2875)

4. BP's Motion to Dismiss Anadarko's Crossclaims for Lack of Subject Matter Jurisdiction and Improper Venue (Rec. Doc. 2944)

5. M-I L.L.C.'s Motion to Dismiss Cameron International Corporation's Crossclaims (Rec. Doc. 4047)

6. Motions of MOEX Offshore 2007 LLC and MOEX USA Corporation and Mitsui Oil Exploration Company, Ltd (By Special Appearance) to Dismiss Crossclaims and Counterclaims of Cameron International Corporation for Failure to State a Claim

       Upon Which Relief Can Be Granted (Rec. Doc. 4842)

7.      Motions of MOEX Offshore 2007 LLC and MOEX USA Corporation and Mitsui Oil Exploration Company, Ltd (By Special Appearance) to Dismiss Crossclaims and Counterclaims of Cameron International Corporation for Failure to State a Claim Upon Which Relief Can Be Granted (Rec. Doc. 5831)

8.      Motion of Defendant Cameron for Summary Judgment Dismissing Claims Asserted by BP Parties (Rec. Doc. 6661)

New Orleans, Louisiana, this 18th day of October, 2012.

                                       _____
                                         United States District Judge