

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctcorporation.com



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 OCT -5 PM 1:52

LORETTA G. WHYTE
CLERK

October 02, 2012

Catherine B. Cummins
Smith Stag, L.L.C.
365 Canal Street, Suite 2850,
New Orleans, LA 70130

Re: Steve Kolian, et al., Pltfs. vs. BP Exploration & Production Inc., et al. including BP, P.L.C., Dfts.

Case No. 212CV02338CJBSS

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

BP, P.L.C. is not listed on our records or on the records of the State of LA.

Very truly yours,


C T Corporation System

Log# 521323697

Sent By Regular Mail

cc: Louisiana Eastern District, United States District Court
    500 Poydras Street,
    Room C-151,
    New Orleans, LA 70130

**(Returned To)**

Catherine B. Cummins
Smith Stag, L.L.C.
365 Canal Street, Suite 2850,
New Orleans, LA 70130