UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: All Cases | * * * | MAGISTRATE SHUSHAN |

************************************************************************

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully represents that considering the delicate nature of this issue, that oral argument will assist in the Court's resolution of the pending Joint Motion for Joint Motion to Clarify Current Hold-Back Order Concerning Refund of Transition Payments, doc. No. 7613 and our firm's objection to said motion, doc. No. 7694.

Therefore, pursuant to Local Rule 78.1 E, Plaintiffs request oral argument on the Joint Motion to Clarify Current Hold-Back Order Concerning Refund of Transition Payments set for hearing before this Court.

Respectfully submitted,

BY:   /s/Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH STREET
P.O. DRAWER H
Reserve, LA 70084
(985) 536-1186

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

/s/Daniel E. Becnel, Jr.