UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010            Section: J

This Document Relates to:            Judge Barbier
           Mag. Judge Shushan
2:10-cv-08888-CJB-SS

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about October 18, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Selwyn Horace Turner, III, Doc. No. 40443.

Date: _____            _____
           United States Magistrate Judge