UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> Section: J |
| This Document Relates to: | Judge Barbier <br><br> Mag. Judge Shushan |
| 2:10-cv-02771, 2:10-cv-08888 | |

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Thomas Todd Martin, III, Doc. No. 40338.

2. Thomas Todd Martin, III, Doc. No. 40338, hired undersigned counsel on or about November 18, 2010.

3. Thomas Todd Martin, III, subsequently informed undersigned counsel that he had hired new counsel.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 18th day of October, 2012.

PLAINTIFF Thomas Todd Martin, III

By: _/s/Alex Peet_
Alex Peet (FSB # 47606)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093
dml@lovelacelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 18th day of October, 2012.

                                   _/s/Alex Peet_
                                   Alex Peet (FSB #47606)