# CONFERENCE ATTENDANCE RECORD

DATE: 10-19-12            TIME: 8:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS   CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sarah Iiams | Anadarko |
| Jeffry Breit | PSC |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Gwen Richard | " " |
| Bruce Bowman | " " |
| Sean Fleming | " " |
| Alison Battiste | " " |

Duke Williams           PSC
Anthony Irpino          PSC

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Lauren Mitchell | Halliburton |
| Erika Toledo | " " |
| R. Sean Brennan, Jr. | M-I, LLC |
| Tony Fitch | Anadarko |
| Corey Maze | AL |
| Win Sinclair | AL |
| Carmelite Bertaut | Cameron |
| Maggie Broussard | Cameron |
| Scott Cernich | US |
| Nat Chakeres | US |
| Douglas Kraus | La. |
| Brian Barr | PSC |
| Don Haycraft | BP |
| David Baay | TO |
| Daniel Jones | CAM |
| Ryan Babiuch | BP |
| Rob Gasaway | BP |
| Jimmy Williamson | PSC |
| Soren Gisleson | PSC |

**MDL 2179 - In re: Deepwater Horizon, et al.**

### October 19, 2012 - Discovery Status Conference
### Phone Participants

Sarah Himmelhoch - U.S.

Abbey Andre - U.S.

Ben Mayeaux - Airborne Support

Joe Eisert - BP

Grant Davis-Deny - TO

Mark Nomillini - BP