EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1. Ardoin, Hector Jr., Individually & dba Bethel Missionary Baptist Church
2. Bernard, Abraham B., Jr., Individually and d/b/a United Marine Shipyard
3. Bolt, John Roy, Individually and d/b/a Greater Little Zion Church Of God In Christ
4. Brown, Richard E., Individually and d/b/a New Birth Community Church
5. Bryant, Gerald Wayne, Individually and d/b/a Pilgrim Rest Missionary Baptist Church
6. Chew, Jearon DeMarkus, Individually and d/b/a East Gill Missionary Baptist Church
7. Clark, Issac Townsend, Individually and d/b/a Love Center Church of God in Christ
8. Collier, Robert Earl, Individually and d/b/a Boulden Memorial Church of God in Christ
9. Elam, Sr., Delton C., Individually and d/b/a New Hope Church of God in Christ
10. Franklin, James Chester, Individually and d/b/a Pleasant Green Baptist Church
11. Haynes, Jr., Felix, d/b/a Rising Sun Baptist Church
12. Johnson, Curtis Gene, Individually and d/b/a Greater Grace Missionary Baptist Church
13. Nonette, Albert, Individually and d/b/a Johnson Memorial Baptist Church
14. Pitre, Jr., Albert, Individually and d/b/a Spring Hill Missionary Baptist Church
15. Rogers, Joseph, Individually and d/b/a Mount Horeb Missionary Baptist Church
16. Williams, Mell, Jr., Individually and d/b/a New Light Baptist Church
17. Wolfe, Elray, Individually and d/b/a Holy Way Church of God in Christ
18. Hamilton, Albert Ed IV
19. Hayes, Rita Elizabeth
20. Rangel, Thomas
21. Aakquanakhann, Dionne Cox
22. Aakquanakhann, Ernest I.
23. Abshier, Jerry Lynn
24. Adams, Leonard Ray
25. Adix, Carl Conrad, III
26. Aguilar, Jose Luis
27. Aguilar, Monica Irene
28. Alexander, June
29. Allen, Elizabeth Lorene
30. Allen, Justin Wade
31. Allison, Jerry Lynn
32. Alston, Mark Wade
33. Anderson, Jerome
34. Andrepoint, Gerald
35. Andrepont, Joseph
36. Andresio, Eliseo Agravante
37. Andresio, Eva
38. Andresio, Lester P.
39. Antu, Robert Lopez
40. Ardoin, Timothy Chad
41. Armour, Gloria Dean
42. Armour, Mitchell Joseph
43. Armstrong, Alice Romecca
44. Armstrong, Curtis Ray
45. Arrant, Jack
46. Arvizo, Amanda Medrano
47. Arvizo, Oscar L.
48. Ashabranner, Carolyn
49. Ashabranner, George
50. Ashabranner, James
51. Atchison, Gwendalyn Boone
52. Atchley, James Louis
53. Atherly, Ainsley
54. Atkins, Keith Peyton
55. Auau, Sanaki Alo Makane
56. Augustine, Vincent James

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 57. | Avondet, Charles, II | 100. | Bennett, Terry Don |
| 58. | Ayala, Juan | 101. | Benoit, Glenn Dale |
| 59. | Aydelotte, Kenneth Wayne | 102. | Bernard, Deborah Ross |
| 60. | Ayers, Erskine Eugene | 103. | Bernard, Earnest, Jr. |
| 61. | Bach, Brian Lee | 104. | Berry, Otis Claude, Jr. |
| 62. | Bailey, James Allen | 105. | Berwick, Frank Edward |
| 63. | Bailey, Kevin Carl, Sr. | 106. | Berwick, Toby E. |
| 64. | Bainbridge, William Louis, IV | 107. | Bethea, Nicholas Bradley |
| 65. | Baldwin, Keith Hollis | 108. | Bias, James |
| 66. | Baldwin, Thomas Wayne | 109. | Bias, Lamarcus Darnell |
| 67. | Banuelos, Jorge Barrera | 110. | Bill, Donald Ray |
| 68. | Baptiste, Wilfred | 111. | Bittle, Parker Garrett |
| 69. | Barber, Elizabeth (Foley) | 112. | Blanco, Jose Guadalupe |
| 70. | Bares, John Bernard | 113. | Bledsoe, Edwin Bernard |
| 71. | Barge, Byron Jackson | 114. | Blevins, Michael Henry |
| 72. | Barge, Kathleen Dawn | 115. | Blue, James Wesley |
| 73. | Barker, Barbara Adele | 116. | Bob, Isaac |
| 74. | Barlow, Desa G. Letulle | 117. | Bobb, Irel |
| 75. | Barlow, Eddie Dale, Jr. | 118. | Boland, Jimmie Don, Jr. |
| 76. | Barnaba, Peter Clay | 119. | Bolden, Linda Gail |
| 77. | Barnes, Ivan Dale | 120. | Bond, Tommy Glen |
| 78. | Barnes, Jr., John Lester | 121. | Bonura, Gregory Paul |
| 79. | Barnett, Andrew Christopher | 122. | Bonvillion, Michael Lee |
| 80. | Barrow, Christopher Joseph | 123. | Boone, Chadra Renee |
| 81. | Barrow, Dustin Mitchell | 124. | Boone, Michael Oshannon |
| 82. | Barry, Anthony Patrick, Jr. | 125. | Boudreaux, Joseph Paul |
| 83. | Barry, Thomas Kevin | 126. | Boudreaux, Judy Wright |
| 84. | Bassett, Roderick Deshawn | 127. | Bowden, Kevin Andrew |
| 85. | Bates, Isaac | 128. | Bowman, Louis, Jr. |
| 86. | Batiste, Jerome Marcellus | 129. | Bowman, Wash |
| 87. | Batiste, Michael Leon | 130. | Box, Larry Joe |
| 88. | Battle, Clinton, Jr. | 131. | Braddock, Leslie Clay, Jr. |
| 89. | Baylor, Edna Fay | 132. | Bradley, Lucius |
| 90. | Baylor, Raymond | 133. | Bradley, Richard James |
| 91. | Beachler, Frank Thomas, Jr. | 134. | Braley, Chad Edward |
| 92. | Bean, Jessie James | 135. | Brasfield, Rita Ann |
| 93. | Beaudeaux, Brent | 136. | Braudway, Andy Glyndon |
| 94. | Becker, Talmadge | 137. | Braudway, Andy Glyndon, Jr. |
| 95. | Beebe, Maurice Gene, Jr. | 138. | Breaux, Jason Paul |
| 96. | Bell, Esel D. | 139. | Bridgers, Michael Joel |
| 97. | Bell, June Vernon | 140. | Briggs, Edward Hayward |
| 98. | Benjamin, Johnny Clyde | 141. | Briggs, Sammy Davis |
| 99. | Benjamin, Robby Jay | 142. | Brinlee, Gregory Lynn |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

143. Brisendine, Sherry Judalon
144. Broughton, Oneal
145. Broussard, Eva Bates
146. Broussard, Jerry Wayne
147. Broussard, Jody Francois
148. Broussard, Roy Rogers
149. Brown, Bradley Scott
150. Brown, Dorothy Boxie
151. Brown, Elliott Winston
152. Brown, Kenneth Earl
153. Brown, Norman John
154. Brown, Steven Thomas
155. Brown, Vicky
156. Brown, Wayman, Sr.
157. Brown, Wilford Gene
158. Bruno, Blake Aaron
159. Bruno, Brenda Cross
160. Bruno, Dominic Craig
161. Buchholz, Frank Fredrick
162. Buchholz, Justin R.
163. Budro, Aaron Michael
164. Bunch, Charles William, Jr.
165. Burch, Robert Allen
166. Burkett, Blake Rell
167. Burkhead, Justin Wayne
168. Burnaman, Brian Allen
169. Burrell, Donald Carson
170. Burt, John David
171. Burton, John
172. Butler, Mary L. Romar
173. Byrd, Clinton
174. Byrd, Earl
175. Byrd, Marvin Wayne
176. Cabradilla, Cristino Yap
177. Caldwell, Katherine
178. Caldwell, Travis Lit
179. Caleb, Caroline Lofton
180. Caleb, Charles
181. Callaway, Robert Allen
182. Campbell, Brian Roosevelt
183. Cannon, Leroy, Jr.
184. Cano, Elizabeth
185. Cantu, Alma
186. Cantu, Ruben Paul
187. Cardenas, Homero
188. Carey, Adolf
189. Carouthers, Kevin Lee
190. Carouthers, Tristie Lyn
191. Carouthers, Wilbur Lee
192. Carr, Henry Louis
193. Carr, Paul Anthony
194. Carrington, James Edward
195. Carroll, Eva Odems
196. Carter, Roy Dean, Jr.
197. Carver, David Holcomb
198. Cassel, Christopher Alan
199. Cassel, Laura Faye
200. Castaneda, Richard Ray
201. Castaneda, Richard Ray, Jr.
202. Castille, Brian Gerard
203. Castille, Brian Keith
204. Castille, Derrick Wayne
205. Castille, Merlin Gerard
206. Castille, Sara Brown
207. Castille, Timothy
208. Castille, Todd Eric
209. Castillo, Javier Almaraz
210. Castillo, Raul Dario
211. Castolenia, Brenton Micheal
212. Castolenia, Michael Gerard
213. Caswell, Norma Bertrand
214. Ceja, Hugo Martinez
215. Ceja, Miguel Martinez
216. Chaison, Louis Phillip
217. Champagne, Kevin Charles
218. Chandler, Kena
219. Chapman, Dylan Perry
220. Chapman, Steven Dale
221. Charles, Elijah
222. Chatlin, Billy Ray
223. Chelette, Randall Odell
224. Chelette, Vonda Foster
225. Chimeno, Ryan Levi
226. Chow, Carl Lee
227. Christmas, Troy Wayne
228. Clapp, Mary Ferguson

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 229. | Clapp, Merle Laverne | 272. | Culver, Joshua Michael |
| 230. | Clark, Charles Harry, Jr. | 273. | Currie, Lisa Lynn |
| 231. | Clark, Joseph, Jr. | 274. | Curry, Andrew |
| 232. | Clay, Shameika Reinette | 275. | Custer, Thomas Eugene |
| 233. | Cloide, Teddy Joe | 276. | Dacus, Melinda Lee |
| 234. | Coffee, Michael Leslie, II | 277. | Dade, Willie E. |
| 235. | Coleman, Chaddrick Lee | 278. | Dafonte, Tammy Gilbert |
| 236. | Coleman, Leo Patrick | 279. | Dale, Sheila Barden |
| 237. | Coleman, Raymond | 280. | Dale, Ty Lane |
| 238. | Collins, Brandal W. | 281. | Dangerfield, Millard, Jr. |
| 239. | Collins, Carolyn Delores | 282. | Daniel, Laura Anne |
| 240. | Collins, Elizabeth Stewart | 283. | Daniel, Robert Joseph |
| 241. | Collins, Elmer Leroy | 284. | Davis, Damion Sid |
| 242. | Collins, James H. | 285. | Davis, Dannie Floyd |
| 243. | Collins, Randall Brent | 286. | Davis, Donald Lynn |
| 244. | Comeaux, Albin | 287. | Davis, Jack Vincent |
| 245. | Comeaux, Cody Allen | 288. | Davis, Milton Ray |
| 246. | Comeaux, Michael E. | 289. | Davis, Richard Lynn |
| 247. | Comeaux, Reginald Charles | 290. | Davis, Stephanie Sue |
| 248. | Compton, Felecia Denise | 291. | Dawson, George Wesley |
| 249. | Conner, Dexter Jene | 292. | Dawson, Wyndalyn K. |
| 250. | Conner, Katherine Marie | 293. | Dean, Roger Lee |
| 251. | Connor, Darcy James | 294. | Dean, Ronnie James |
| 252. | Constance, Maximin | 295. | DeBlanc, Stella Marie |
| 253. | Constant, John Westley | 296. | Decuire, Alfred Gerald |
| 254. | Cooksey, Joyce Smith | 297. | DeGrasse, George Edward, Jr. |
| 255. | Cooksey, Phillip James | 298. | Delarosa, Marcus Keith |
| 256. | Cordle, Joshua Raine | 299. | Delarosa, Richard Mark |
| 257. | Coverdale, Charles Richard | 300. | Delco, Elizabeth Ann (Briggs) |
| 258. | Coverdale, Chris Allen | 301. | Delk, Donald Glenn |
| 259. | Coverdale, Deborah Gaudet | 302. | Demoss, David Dean |
| 260. | Cox, Jennifer Lynn | 303. | Denby, Gary Wayne |
| 261. | Crain, Kimberly Ann | 304. | Dennis, Richard Shefford |
| 262. | Crain, Larry Don | 305. | Derouen, Marcus Lee |
| 263. | Crain, Luke Andrew | 306. | Deshotel, Albert Vincent |
| 264. | Crain, Richard Edward | 307. | Deshotel, Jason Ray |
| 265. | Crane, James William, Sr. | 308. | Deshotel, Ricky Ray |
| 266. | Crocker, Elizabeth Ann | 309. | Dever, Karl Ray |
| 267. | Crocker, Jerrod Lynn | 310. | Devillier, Coulon Wade |
| 268. | Crocker, Raymond Van | 311. | Devillier, Jett Harlan |
| 269. | Crosson, Douglas Alfred | 312. | Devillier, Yale Harlan |
| 270. | Crowe, Kashunda Lyn | 313. | Deyton, Kevin Wade |
| 271. | Culbertson, Richard Andrew | 314. | Dillon, David Scott |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 315. | Diltz, David Dylan | 358. | Ellison, I.V. |
| 316. | Diltz, Debra Westman | 359. | Elmore, David, Jr. |
| 317. | Diltz, Denis Dee | 360. | Enderle, Cory James |
| 318. | Diltz, Jacob Daniel | 361. | Eppler, Jerry Alton |
| 319. | Dixon, Vera Miller | 362. | Eppler, Martha English |
| 320. | Dobrinich, Thomas Joseph | 363. | Epps, David Lester |
| 321. | Doland, Michael Russell | 364. | Espree, John Alfred, II |
| 322. | Drago, Joseph Gerard | 365. | Etheridge, Cornelius |
| 323. | Drake, Andrew Garrett | 366. | Etheridge, Louis James |
| 324. | Dreier, Sarah Ann | 367. | Evans, Joe Benten, III |
| 325. | Dreier, Todd Lane | 368. | Evans, Raymond Edgar |
| 326. | Driskill, Joshua Paris | 369. | Evans, Rufus Patrick |
| 327. | Driver, Lawrence V., Jr. | 370. | Faseler, Payton Robert |
| 328. | Drones, Albert Joe | 371. | Ferguson, David Keith |
| 329. | Drones, Edward Lee | 372. | Fillyaw, Sean Deonteria |
| 330. | Drones, Paster Lee, Jr. | 373. | Fisher, David Kyle |
| 331. | Dubois, Bernard S. | 374. | Fisher, David Lee |
| 332. | Ducote, Joel Christopher | 375. | Fisher, James Edward |
| 333. | Dues, Elsie Tolbert | 376. | Flanagan, Brenda Holliman |
| 334. | Duff, Rupert Malcolm | 377. | Flanagan, James Larry |
| 335. | Dugas, Charles | 378. | Flanders, Nicholas Talbot |
| 336. | Duhl, John William | 379. | Fleming, Pierre Maurice |
| 337. | Duke, Joshua David | 380. | Flewellen, Fred Alphanzo |
| 338. | Dunaway, Wilton Neal | 381. | Flewellen, Geneva Todd |
| 339. | Duncan, Albert | 382. | Flores, Domingo, Jr. |
| 340. | Duplechin, Bruce Adam | 383. | Flores, Jesse Martinez |
| 341. | Duplecion, Kyle Joseph | 384. | Flowers, Albert Edward |
| 342. | Dupre, Keven Joseph | 385. | Foley, Willie Earl |
| 343. | Dupre, Wallace Joseph, Jr. | 386. | Folsom, James Benton |
| 344. | Dupree, Michael Charles | 387. | Fondren, Jory Matthew |
| 345. | Eads, Brad Deloy | 388. | Fontenot, Claudette Denise |
| 346. | Easter, Montreall | 389. | Fontenot, Denson Carman |
| 347. | Eddings, Ronald | 390. | Fontenot, Ferdinand Dewayne |
| 348. | Eden, Michael Louis | 391. | Fontenot, Kenneth Wade |
| 349. | Edmond, Clinton Joseph | 392. | Ford, John Thomas, Jr. |
| 350. | Edmondson, Homer Edel, Sr. | 393. | Foreman, Glen Dale |
| 351. | Edwards, Alma Tarver | 394. | Fournier, Robert Michael |
| 352. | Edwards, Byron R. | 395. | Frank, Clarence |
| 353. | Edwards, James Wyndle | 396. | Frank, Elnora Doffney |
| 354. | Edwards, Lawrence | 397. | Frank, Lawrence McCloyd |
| 355. | Elford, Robert Donald | 398. | Frank, Mack Henry |
| 356. | Ellis, Ernest Charles | 399. | Frazier, Steve Keith |
| 357. | Ellis, Terry Don | 400. | Frederick, Helen Ann |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

401. Frederick, Michael W., Jr.
402. Fusilier, Jeremy Jerome
403. Gallerson, Ronald Trent
404. Gallett, Shawn Andrew
405. Galloway, Brad Allen
406. Garcia, Adrian Rocky
407. Garcia, Juan Manuel
408. Garcia, Juan Manuel, Jr.
409. Garza, Lewis
410. Gaudet, Dale Thomas
411. Gavard, Cody Franklin
412. George, Robert Lee
413. George, Rodney Bernadine
414. Gibbs, Roy Anthony
415. Gilbert, Robert Timothy
416. Gilbert, Sue Ellen
417. Gilbert, William Stephen
418. Ginn, Michael Lee, Jr.
419. Gisselberg, David Herbert
420. Gisselberg, Patricia C.
421. Gobble, Earl Wayne
422. Godfrey, Larry Demetrius
423. Godfrey, Lawrence Calvin
424. Godfrey, Lawrence Victor
425. Gomez, Esteban Alberto
426. Goodlow, Lorenza
427. Goodman, Carlton Ray
428. Goolsby, John Henry
429. Gordon, Ellie Louise
430. Gordon, Mark Douglas
431. Goudeau, Clifton, Jr.
432. Goudeau, Joyce Berry
433. Goudeau, Leon, Jr.
434. Goudeau, Leona Derouen
435. Gould, Lathan Neil
436. Graham, Aaron Dale
437. Grandeza, Edna M.
438. Grandeza, Manuel Hilado
439. Gray, David Glenn
440. Gray, David Glenn, Jr.
441. Green, Abe
442. Green, Debbie Kay
443. Green, Jake
444. Green, James Fredrick
445. Green, Jerry
446. Green, Reginald Jerome
447. Green, Sharon Lynett
448. Grice, Carl Lewis, Sr.
449. Guidry, Glenn Wade
450. Guidry, Katherine Louise
451. Guidry, Tennise Joseph
452. Guillory, Irvin J.
453. Guillory, Joseph Terry
454. Guthrie, Darrel Wayne
455. Guy, Michael Jerome
456. Guzman, Richard J.
457. Hadnot, Letony Warren
458. Hadnot, Willie, Jr.
459. Hadnott, William Winston
460. Hall, Doris Price
461. Hampton, Moore Reall
462. Hampton, Robbin Gayle
463. Hampton, Ryan Royce
464. Handley, James Todd
465. Hanson, Jerry Russell
466. Hardy, Karl Wayne
467. Hardy, Karl Wendel
468. Hardy, Norris
469. Hardy, Stephen Ray
470. Hargraves, Carl Aldin
471. Harmon, Caleb Dale
472. Harmon, Kenneth Eugene
473. Harper, Tommie Dell
474. Harrington, Richard Wayne
475. Harrington, Rosalie
476. Harris, David Allen
477. Harrison, Dwight
478. Hartel, John Kent III
479. Havard, Mark Christopher
480. Hawkins, Albert Anthony
481. Haynes, Beulah Louise
482. Haynes, Clarence
483. Haynes, Clarence Denson, Jr.
484. Haynes, Don Calvin
485. Haynes, Richard Lee
486. Hays, Isaac

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 487. | Hays, Isaac, III | 530. | Hughes, Scott Thomas |
| 488. | Headley, Joseph Lincoln | 531. | Hughes-Landry, Amber-Kaye |
| 489. | Hebert, Charles Adam | 532. | Hulet, Gregory Scott |
| 490. | Hector, Auriel Llewellyn | 533. | Humphrey, Willie David |
| 491. | Heggins, Lovodges | 534. | Hunt, Isadore, Sr. |
| 492. | Henderson, Jason Grant | 535. | Hunteman, Jerry Daniel |
| 493. | Henry, Harry Brown | 536. | Hunter, Xavier Enrico |
| 494. | Henslee, Chad Jason | 537. | Hutson, Thomas Lee |
| 495. | Henslee, Donald Lee | 538. | Isac, Darence Antonio |
| 496. | Herline, Janet Sue | 539. | Isadore, William Deadmon |
| 497. | Herline, Raymond Ernest | 540. | Isbell, Charmon Deanne |
| 498. | Hernandez, Silverio G. | 541. | Isbell, Jimmy Fred, Jr. |
| 499. | Herrera, Leticia | 542. | Jackson, Billy Joel, Jr. |
| 500. | Herrigan, Charles James, III | 543. | Jackson, Brefredia Idom |
| 501. | Herring, Jo Ann | 544. | Jackson, Dustin Ray |
| 502. | Herring, Steven Dekator, Sr. | 545. | Jackson, Hattie Dennis |
| 503. | Hicks, Lloyd Ray | 546. | Jackson, Jay Bentley |
| 504. | Hidalgo, Judy Hillin | 547. | Jackson, John Thomas |
| 505. | Hidalgo, Troy Calvin | 548. | Jackson, Kyle Joseph |
| 506. | Hillin, Jay Michael | 549. | Jackson, Lavonda |
| 507. | Hillin, Steve Bryant | 550. | Jackson, Philmore, Jr. |
| 508. | Hinkins, Michael Anthony | 551. | Jackson, W. M. |
| 509. | Hoelzer, Rick Alan | 552. | James, Dewayne, Jr. |
| 510. | Hollier, Rayford Ray | 553. | Jenkins, Austen Taylor |
| 511. | Hollier, Stella Ann | 554. | Jenkins, Jerry |
| 512. | Holmes, Tartanisha Evett | 555. | Jenkins, Shedrick Duane |
| 513. | Holt, James Allen | 556. | Jnohope, Emile |
| 514. | Holt, Larry Donnell | 557. | Johnson, Bryan Gerald |
| 515. | Holt, Raugers | 558. | Johnson, Chandra Bell |
| 516. | Holt, Ronald Eugene | 559. | Johnson, Cheryl Rae |
| 517. | Honeycutt, Jordan Janae | 560. | Johnson, Ed, Jr. |
| 518. | Howard, Glen Terrence | 561. | Johnson, Ervin Wade, Jr. |
| 519. | Howard, Wilbur Leon | 562. | Johnson, Everett Wayne |
| 520. | Hoyt, Charles Dale | 563. | Johnson, Frederick Arthur |
| 521. | Hudgeons, Samuel Cody | 564. | Johnson, Horace |
| 522. | Hudgeons, Travis Dean | 565. | Johnson, James |
| 523. | Hudson, Wayne Conrad, Jr. | 566. | Johnson, Jimmie |
| 524. | Hues, Thomas Eldon | 567. | Johnson, Joseph Dudley, Jr. |
| 525. | Huff, Justin Taylor | 568. | Johnson, Reginald Elwin |
| 526. | Huff, Wesley Lamar | 569. | Johnson, Roger Lee |
| 527. | Hughes, Gloria Ann | 570. | Johnson, Roger Lee, Jr. |
| 528. | Hughes, Karen Stark | 571. | Johnson, Sylvia Y. |
| 529. | Hughes, Linton Pierce | 572. | Johnston, Leo Wayne |

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 573. | Jones, Calvin, Sr. | 616. | Lange, Charles Anthony |
| 574. | Jones, Earl Thomas | 617. | Larkins, Larry James |
| 575. | Jones, Elaskia Harrison | 618. | Lartigue, Bulia Patricia |
| 576. | Jones, Jesse James, Jr. | 619. | Latique, Mark M. |
| 577. | Jones, Joe Willis | 620. | Laus, Roy |
| 578. | Jones, Johnny Gus | 621. | Lavan, Marion Gene |
| 579. | Jones, Ronald Craig | 622. | Lavine, Leonard, Jr. |
| 580. | Jordon, Ralph Eli, Jr. | 623. | Leasure, Herman David |
| 581. | Joseph, Felix Phill | 624. | LeBlanc Jr., Edward Lee |
| 582. | Joseph, James | 625. | LeBlanc, Joshua Richard |
| 583. | Joseph, Jerome | 626. | LeBlanc, Sean Roy |
| 584. | Julien, Demarcus D. | 627. | LeBoeuf, Cory Eugene |
| 585. | Kellams, Donna Lynn | 628. | LeBoeuf, Mary Kathleen |
| 586. | Kellams, Kimberly Danielle | 629. | Lee Jr., Martin |
| 587. | Kellams, Susan D'Ann | 630. | Leger, Anthony James |
| 588. | Kelly, Emanuel, Jr. | 631. | Leger, Jeremy Scott |
| 589. | Kelly, Walter Lee | 632. | Leger, Mary Etta |
| 590. | Kemp, Courtney Dail | 633. | Leger, Roy Antell |
| 591. | Keneson, Walter Gerard, Jr. | 634. | Lemelle, Jesse Hillary |
| 592. | Kennard, McKinley James, Sr. | 635. | Lemke, Richard Kent |
| 593. | Kennedy, Kenneth Wayne | 636. | Lewis, Eugene, Jr. |
| 594. | Kent, Robert Paul | 637. | Lewis, John Carl |
| 595. | Key, Joseph Leeman | 638. | Lewis, Lee Edward |
| 596. | King, Edmond | 639. | Lewis, Mary Smith |
| 597. | King, Jacqueline Denise Bendy | 640. | Lewis, Raymond Peter |
| 598. | King, Kevin Ray | 641. | Lister, Adrian Brent |
| 599. | King, Marcus Joseph | 642. | Livings, Charles Clinton |
| 600. | King, Michael Ray | 643. | Lockett, Ethan |
| 601. | Kinlaw, Catherine Bell | 644. | Long, Wilfred Harold, Jr. |
| 602. | Kinlaw, Derek James | 645. | Lopez, Edward Gerard |
| 603. | Knapp, Gerald Vester | 646. | Lopez, Gary Wayne |
| 604. | Knight, Thomas Albert | 647. | Lopez, Susan Decure |
| 605. | Krenek, Chad Michael | 648. | Lowrey, James Curtis |
| 606. | Kressman, Ross Edward | 649. | Lupo, Brian J. |
| 607. | Kyler, Gerald Alvin | 650. | Lutz, Herbert Dennis |
| 608. | LaBove, Herbert James | 651. | Malone, James Anderson |
| 609. | LaBove, Jarrett Rashad | 652. | Malveaux, Leroy |
| 610. | Lacour, David Alton, Jr. | 653. | Malveaux, Lionel |
| 611. | Landry, Charles | 654. | Malvo, Darrell Earl |
| 612. | Landry, Christopher Shane | 655. | Malvo, Michael Wayne, Sr. |
| 613. | Landry, Dallbess, Jr. | 656. | Malvo, Mollie Gilliam |
| 614. | Lane, James Henry | 657. | Malvo, Vertis |
| 615. | Lane, Kenneth Leon | 658. | Manning, Barbara Kate |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

659. Manning, Brannon Lee
660. Manning, William Lee
661. Marcus, Anthony
662. Marks, Dean Alan
663. Marlow, Robert Shane
664. Martin, Avery Monroe
665. Martin, Brandon Michael
666. Martin, Carroll Edwin
667. Martin, Lisa Gayle
668. Martin, Brett
669.
670. Martin, Weston
671. Martin, Wilfred
672. Martinez, Cesar Uriel
673. Matak, Christopher Martin
674. Matak, Danny Michael
675. Matkin, Cade Anthony
676. Matkin, Lindsey Anne Dalby
677. Matkin, Timothy Burl
678. Matthews, Anthony Lane
679. Maurich, Johnny Lynn
680. Maurich, Johnny Pete
681. Maurich, Teddy Glynn
682. Maxey, Eddie Ross
683. May, Chad Duaine
684. May, Harold Edward
685. Mayfield, Roy L., Jr.
686. Mayo, Ryan Allan
687. Mayordomo, Elmer Roglan
688. McAdams, Steve Eugene
689. McBride, Mary (Ann) Souell
690. McCalister, Travis Lewis
691. McCelvey, Shawn Michael
692. McClelland, Jannai Machell
693. McClelland, Mark William
694. McCook, Carolyn Erwin
695. McCook, Clifton Dale
696. McDaniel, Charles Lonzo
697. McDaniel, Maxine
698. McDaniel, Otis Lee
699. McDonald, McClain Allen
700. McElduff, Gary Patrick
701. McGough, Shawn Christopher
702. McGrew, Damon Richard
703. McKelvey, Aneither Juanita
704. McKelvey, Eddie Lee
705. McLamore, Eddie Mathis
706. McNeely, Maxine Thomas
707. McShan, David Duane
708. McShan, Steven Duane
709. Medford, Finis Diamond, Jr.
710. Mehravaran, Alan
711. Mendez, Heather Darrell
712. Mendez, Jose Reynaldo, Jr.
713. Meredith, Nguyen T.
714. Meredith, Reginald Eric
715. Merendino, Jason Louis
716. Miekelson, Edward Lee
717. Mikel, James Alvn
718. Mikel, Jeanette A. (Cooper)
719. Milby, John Charles
720. Miles, Clifton
721. Millard, Charles Raymond
722. Miller, Horace Eugene
723. Miller, Ray Bufford
724. Miller, Ronda Gail
725. Miller, Sarah Marie
726. Millican, William Edward
727. Mills, Andrew Earl
728. Minix, Ray, Sr.
729. Minkins, Davis, Jr.
730. Mireles, Robert Ochoa, Jr.
731. Mohead, Lisa C.
732. Monroe, Charles Frederick
733. Monroe, Timothy Andrew
734. Montalvo, Joshua Paul
735. Mooney, Johnnie James
736. Moore, Albert
737. Moore, Deltra White
738. Moore, Dustin Elliott
739. Moore, Ernest Dewitt
740. Moore, Jousha, Jr.
741. Moore, Larry Gene
742. Moore, Sheena Riehl
743. Moore, Terrell Goldey
744. Morehead, Elmo

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 745. | Morgan, Berry, Jr. | 788. | Patterson, Carla Nichole |
| 746. | Morgan, Holly Tabetha | 789. | Patterson, Sharon Tezeno |
| 747. | Morrell, Joseph Wayne | 790. | Pearson, Mark Anthony, Sr. |
| 748. | Morris, Stephen Richard | 791. | Peavy, Brandy Berwick |
| 749. | Moss, Derek Glenn | 792. | Peavy, Jimmy Welburn |
| 750. | Mouton, Robert Kennedy | 793. | Peavy, Matthew Joseph |
| 751. | Mouton, Robin Donatta | 794. | Perkins, Clint Louis |
| 752. | Murry, Oscar | 795. | Perron, Rahn Rene |
| 753. | Myers, Christopher Lee | 796. | Perry, Jeffery |
| 754. | Myers, Lucas Evan | 797. | Peter, Diane Holmes |
| 755. | Myers, Michael Ray | 798. | Petry, Wendell Joseph |
| 756. | Myles, Raymond | 799. | Phelps, Frank James, Jr. |
| 757. | Navy, Coverston Lawrence | 800. | Phillips, James L. (4059) |
| 758. | Ned, Kenneth Ray | 801. | Phillips, James L. (6100) |
| 759. | Newsome, Dennis Edwin | 802. | Phillips, Joclyn Washington |
| 760. | Newsome, Thomas Colby | 803. | Phillips, Narvie Lee |
| 761. | Newsome, Thomas Wade | 804. | Picard, Ted Andrew |
| 762. | Nguyen, Xuyen | 805. | Pickron, Ronda Fay |
| 763. | Nielssen, Robert Lehman, III | 806. | Pickron, Ruby Jackson |
| 764. | Nixon III, Linny | 807. | Pierce, James Clarence |
| 765. | Nixon, Jason | 808. | Pigg, Gary Dow |
| 766. | Nobles, Ryan Joseph | 809. | Pippin, Brent Justin |
| 767. | O'Neal, Brenda Anderson | 810. | Pleasant, Joyce Marie |
| 768. | O'Neal, Lee Roy, III | 811. | Polar, Ronald Antonio |
| 769. | O'Neal, Lee Roy, Jr. | 812. | Polk, Ronald Allen |
| 770. | O'Neal, Terri Murphy | 813. | Pollard, Nathaniel |
| 771. | Odom, Benjamin Scott | 814. | Ponce, Agustin Medrano |
| 772. | Odom, Spencer James | 815. | Ponce, Javier |
| 773. | Ojeda, Manuel Cruz | 816. | Pool, Troy Lane |
| 774. | Okun, Curtis Ann | 817. | Portier, Michael Lee |
| 775. | Okun, Glenda Kay | 818. | Potato, Noemi L. |
| 776. | Okun, James Dale | 819. | Potato, Robert H. |
| 777. | Ortiz, Alfredo | 820. | Pouch, Faron Tracy |
| 778. | Ortiz, Miguel Angel | 821. | Poullard, Domonick Terrell |
| 779. | Owens, Bobby Nell | 822. | Pouncy, David Henry, Jr. |
| 780. | Owens, Precious Dunyell | 823. | Powell, Kenneth Wayne |
| 781. | Parker, Carl Allen, Jr. | 824. | Pradia, Arnold Michael |
| 782. | Parker, Roy W. | 825. | Pradia, Aubrey Joseph, Jr. |
| 783. | Parker, Stephen Reed | 826. | Pradia, Curtis Paul |
| 784. | Parkerson, Elvin | 827. | Price, Fredrick Douglas |
| 785. | Parks, Robert James | 828. | Price, Kenneth Ray |
| 786. | Parsley, George Wilburn, Jr. | 829. | Price, William James, Jr. |
| 787. | Pate, Alesia Chaplin | 830. | Prout, Jerry |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 831. | Provo, Albert, Jr. | 873. | Robinson, Irvin Dale |
| 832. | Provost, Herbert Paul | 874. | Roebuck, Thomas Peter, III |
| 833. | Provost, Joseph Early | 875. | Rogers, Colby Keith |
| 834. | Pugh, Alan Craig | 876. | Rogers, Joseph Lynn |
| 835. | Pugh, Barbara Deanda | 877. | Rogers, Keith Ray |
| 836. | Pyles, Billy Ray | 878. | Rojas, Adrian Rodrique |
| 837. | Quebodeaux, Larry Jerome | 879. | Romar, Curtis Martin |
| 838. | Quebodeaux, Mary Musgrove (Denise) | 880. | Romar, Earnest, Jr. |
| | | 881. | Romero, Brenda S. (Bailes) |
| 839. | Quigley, Cody Alan | 882. | Romero, David Wayne |
| 840. | Ramsey, Brett Joseph | 883. | Romero, Felicia Marie |
| 841. | Randle, George Wesley | 884. | Rooks, Clarence Perry |
| 842. | Randolph, Caroline Elaine | 885. | Ross, Lucille |
| 843. | Randolph, Ralph Bunch | 886. | Russell, Roy Glyenn |
| 844. | Rankin, Joseph Eugene | 887. | Ruysenaars, Peter John |
| 845. | Raven, John | 888. | Ryals, David Junior |
| 846. | Ray, Andrew | 889. | Ryherd, Mark David |
| 847. | Redeaux, Dekeitha Danyaer | 890. | Ryherd, Susan King |
| 848. | Reed, Elgie James | 891. | Rylander, John Albert |
| 849. | Reed, Jay Michael | 892. | Salassi, Kelly Ann |
| 850. | Reed, Joshua Brennan | 893. | Salassi, Vincent William |
| 851. | Reeves, Delano Cleon, Jr. | 894. | Salayandia, Antonio, Jr. |
| 852. | Renfrow, Lester Wayne | 895. | Salayandia, Jackelyn G. |
| 853. | Renick, Jon Scott | 896. | Salter, Charles Albert |
| 854. | Reyna, Ignacio Ponce, Jr. | 897. | Sampson, Steve Anthony |
| 855. | Reynolds, Jason Lee | 898. | Sams, Chester Edward |
| 856. | Rhodes, Dwane Kendrick | 899. | Sanchez, Charles Silva |
| 857. | Rhodes, James Roland, Jr. | 900. | Sanford, Robert Eugene, Jr. |
| 858. | Richardson, Alvin | 901. | Savage, Michael Neal |
| 859. | Richardson, Kevin David | 902. | Savoy, Charles Lee |
| 860. | Richmond, Delois Mason | 903. | Says, Cody Wade |
| 861. | Richmond, Scott Alan | 904. | Schexsnaider, Jason Wayne |
| 862. | Richter, Shannon Rinhart | 905. | Scott, Columbus |
| 863. | Rideaux, Miller | 906. | Scott, Herman Monte |
| 864. | Riley, Deborah Roberts | 907. | Scott, Willie J. |
| 865. | Riley, Milton Edward | 908. | Sealy, John Wayne |
| 866. | Ripple, Benny Lynn | 909. | Seamann, Bradley Wayne |
| 867. | Roberds, Kristina Michelle | 910. | Sellers, Justin Wayne |
| 868. | Roberson, Mozell | 911. | Sellers, Stephen William |
| 869. | Roberts, Blaze Parson | 912. | Sepulvado, Mark Joseph |
| 870. | Roberts, David Hal | 913. | Sepulvado, Michael Glynn |
| 871. | Robicheaux, Eric Joseph | 914. | Serna, Roberto |
| 872. | Robinson, Alfred Charles | 915. | Shackelford, Walter D. |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 916. | Shepherd Charles McKennie | 959. | Stafford, Lonnie Joseph |
| 917. | Shepherd, Dessie Lee | 960. | Stanley, Ira Sebring |
| 918. | Sheppard, Joan Hindley | 961. | Staten, Kenneth |
| 919. | Sheppard, Kent | 962. | Stelly, Debora Bisor |
| 920. | Shetley, Debbie Burnside | 963. | Stelly, Leroy Charles |
| 921. | Shetley, Sidney Alexander | 964. | Stelly, Stephen Bailey |
| 922. | Shish, Mary Frances | 965. | Stephenson, Marcus Keith |
| 923. | Shynett, Frank William | 966. | Stevens, Renard |
| 924. | Sias, Debra Ann | 967. | Stevenson, Gregory |
| 925. | Sikes, Anthony Carroll | 968. | Steward, Floyd Belvin |
| 926. | Simien, Chasmin Nikolai | 969. | Stewart, Barbara Savoy |
| 927. | Simien, Clovis, Jr. | 970. | Stewart, Beverly |
| 928. | Simien, Joseph Donald | 971. | Stewart, Charles Larry |
| 929. | Simino, Casey Lee | 972. | Stewart, Edward, Jr. (2400) |
| 930. | Simmons, James Edward, Jr. | 973. | Stewart, Edward, Jr. (5494) |
| 931. | Simmons, Moses | 974. | Stiles, Paul Douglas |
| 932. | Simpson, Joe Allen | 975. | Stiles, Robert Michael |
| 933. | Sims, James Brandon | 976. | Stillwell, Michael Ray |
| 934. | Sims, Robert Clarence | 977. | Stobart, George Stanley IV |
| 935. | Singletary, Jimmy Julius | 978. | Strickland, Larry Glenn |
| 936. | Sisson, Thomas Luther, Jr. | 979. | Strickland, Wesley Aaron |
| 937. | Smith, Albert Dorsey, Jr. | 980. | Stutes Jr., Henry Lee |
| 938. | Smith, Clyde, Jr. | 981. | Stutes, April Nicole |
| 939. | Smith, Donald Paul | 982. | Suddath, Paul Ray, Jr. |
| 940. | Smith, Gilbert Lee | 983. | Surratt, Lemuel |
| 941. | Smith, Henry James | 984. | Swain, James Edward, Jr. |
| 942. | Smith, John Evrin | 985. | Swartz, Judith Eberhardt, Individually and obo Richard Randall, Deceased |
| 943. | Smith, Jules Crosby | | |
| 944. | Smith, Norris Lee | 986. | Swartz, Judy, Individually and obo Randall, Richard L., Deceased |
| 945. | Smith, Patricia Sue | | |
| 946. | Smith, Robert Arthur | 987. | Sweazie, Billy Ward |
| 947. | Smith, Rosalyn Yvonne | 988. | Swinson, Fred Astaire |
| 948. | Smith, Sharon Lynett (Green) | 989. | Sylvester, Felton Paul |
| 949. | Smith, Stacey | 990. | Tanton, Bobby Lee |
| 950. | Soileau, Patrick Emile | 991. | Tarver, Mary Ann (White) |
| 951. | Solis, Jose Antonio | 992. | Tarver, Rodney James |
| 952. | Sonn, Clarence | 993. | Taylor, Melvin |
| 953. | Sonn, Gregory Keith | 994. | Taylor, Nancy Lynn (Gonzales) |
| 954. | Sonnier, Earl Peter | 995. | Taylor, Ronnie Eugene |
| 955. | Sparrow, Carl Michael | 996. | Taylor, Terry Daniel |
| 956. | Sparrow, Kevin Paul | 997. | Telger, David Kline |
| 957. | Spears, Willie James | 998. | Telger, Wendy Lynn |
| 958. | Spoto, Giovanni Anthony | 999. | Tenopir, Christopher Allen |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1000. Terrell, William Taylor
1001. Theobald, Fred Mark
1002. Thibeaux, William, Jr.
1003. Thibeaux, William, Sr.
1004. Thierry, Duretha Jackson
1005. Thierry, Michael Craig
1006. Thomas, Christopher Doyle
1007. Thomas, James
1008. Thomas, Lisa McWilliams
1009. Thomas, Robert
1010. Thomas, Zonya Faye
1011. Thompson, Irene Hadnot
1012. Thompson, James A., Jr.
1013. Thorkveen, Gloria Morris
1014. Thorkveen, Tilford Hearld
1015. Tilton, Kathleen
1016. Tilton, Paul Dewayne
1017. Tolbert, Mary Doris
1018. Tompkins, Jeremy Wayne
1019. Torres, Jessie, III
1020. Trahan, Billy
1021. Trahan, Gregory Darrin
1022. Travis, Matthew West
1023. Trent, Shawn D.
1024. Trevino, Abel Donald
1025. Trevino, Dustin
1026. Trevino, Dustin Reyes
1027. Trevino, Edward
1028. Trevino, Lisa Manganice
1029. Tribble, Brandon James
1030. Tribble, Christopher Michael
1031. Tribble, Ricky James
1032. Troutner, James Russell
1033. Trumble, Ralph, Jr.
1034. Trussell, Carl Guy, Jr.
1035. Trusty, William Bryant
1036. Tubbs, James Mason
1037. Tullar, Mahlon Arnold, Jr.
1038. Tumlinson, Christa Lyn
1039. Tumlinson, Joe Lee, Jr.
1040. Turk, Emma Ruth
1041. Turner, James
1042. Turner, Kert Wayne (6676)
1043. Turner, Kert Wayne, Jr. (4191)
1044. Turpen, George Michael
1045. Tweedel, Elsie Mae
1046. Twine, Reginald Clayton
1047. Tyson, Benjamin Everett, III
1048. Tyson, James Stanley
1049. Uptigrove, Ryan Daniel
1050. Vada, Melinda (Osborne)
1051. Valdez, Guadalupe
1052. Valdez, Mary Jane
1053. Valentine, Gerald D.
1054. Vanderdoes, Arthur Earl
1055. Vandyke, Graham Pinenell
1056. Vaughns, Allen Wayne
1057. Vayon, Michelle Rey
1058. Vela, Jose Armando
1059. Victorian, Jocelyn Barfield
1060. Villemez, Percy Joseph, Jr.
1061. Vital, Ray
1062. Vonahsen, Tamara Sue
1063. Wada, Kazuo Otis
1064. Waddy, Gastonia, Jr.
1065. Wagenhauser, Amy O'Neal
1066. Waldon, Roy T.
1067. Walker, Timothy Andrew, III
1068. Wallace, Mark Randall
1069. Wallen, Harlos Ray
1070. Walls, Terrence Maurice
1071. Walters, Percy Edward
1072. Ward, Bernard Montgomery
1073. Ward, Edith B.
1074. Warden, Robert Edward
1075. Ware, David Charles
1076. Warren, Horace, Jr.
1077. Warren, Nolan Juhun
1078. Washington, John Artemus
1079. Washington, Micah Erwin
1080. Waters, Jason Levi
1081. Watkins, Church, Jr.
1082. Weatherly, Johnathon Tate
1083. Webb, Luther James
1084. Wesley, Kenneth Wayne
1085. Westbrook, Charles Edsel, Jr.

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1086. Westbrook, Randy Erroll
1087. Westman, Raymond George, Jr.
1088. Wheeler, John Stanley
1089. Whitaker, Frederick B.
1090. White, Bernadette Holloway
1091. Whittington, Robert Lee
1092. Whittington, Wendell Curtis
1093. Wigley, Wayne Russel
1094. Wilfer, Amos Lawrence
1095. Wilkes, Samuel, Jr.
1096. Wilkins, Charles
1097. Williams, Adrian Devon
1098. Williams, Amos
1099. Williams, Anthony James
1100. Williams, Arthur
1101. Williams, Bert Anthony
1102. Williams, Bryant Kent
1103. Williams, Carl Lee
1104. Williams, Charles
1105. Williams, Clarence
1106. Williams, Darren Keith
1107. Williams, Flossie Ray
1108. Williams, Johnny Ray
1109. Williams, Pierre Ottis
1110. Williams, Raymond Lee
1111. Williams, Ruby Jean
1112. Williams, Tiffany Michelle
1113. Willis, James Dorsey
1114. Willis, Johnnie Clark, Jr.
1115. Wilson, Billy Ray
1116. Wilson, Cecil Anthony
1117. Wilson, Charles Eric
1118. Wilson, Dante Cornelius
1119. Wilson, David Eugene
1120. Wilson, David Eugene, Jr.
1121. Wilson, Desaray Lamar
1122. Wilson, Gene, Jr.
1123. Wilson, James Hope
1124. Wilson, John Baptiste
1125. Wilson, Kenneth Mitchell
1126. Windfont, John Dexter
1127. Winfrey, Mary Ethel
1128. Winfrey, Paul Wayne
1129. Wolfe, Jon-Foxx Austin
1130. Woods, Charles, III
1131. Woodside, Keith Alan
1132. Woodside, Mikerial Bush
1133. Wooley, Icylee Boone
1134. Woolley, Billy Lynn
1135. Wright, Nancy Smith
1136. Yap, Joselito Somes
1137. Yezak, Diana Bell
1138. Yezak, Howard Bernard
1139. Young, Bobby Mac
1140. Young, Robert Earl
1141. Zambardino, Mark Allan
1142. Zambardino, Todd Michael
1143. Zwahr, Richard Gene