# EXHIBIT "B"

## LA SOCIEDAD COOPERATIVA DE PRODUCCION
## PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L., ET AL

## "COOP Plaintiffs"

| | | |
|---|---|---|
| 1. | La Sociedad Cooperativa De Produccion Pesquera Denominada La Ribera De Tampico De Alto S.C. De R.L. | 159 Plaintiffs |
| 2. | La Sociedad Cooperativa De Productores Acuicolas De Congregacion Anahuac S.C. De R.L. | 63 Plaintiffs |
| 3. | Members Only of La Sociedad Cooperativa De Produccion Pesquera Tamiahua, S.C. De R.L. | 428 Plaintiffs |
| 4. | La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo S.C. De R.L. De C.V. | 57 Plaintiffs |
| 5. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De Tamiahua S.C. De R.L. De C.V. | 344 Plaintiffs |
| 6. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros Del Sur S.C. De R.L. | 83 Plaintiffs |
| 7. | La Sociedad De Pescadores Indigenas De Rancho Nuevo S.C. | 23 Plaintiffs |
| 8. | La Sociedad Cooperativa De Produccion Pesquera Riberena La Aurora Barra De Cazones S.C.L. De C.V. | 36 Plaintiffs |
| 9. | La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar S.C. De R.L. De C.V. | 76 Plaintiffs |
| 10. | La Sociedad Cooperativa De Productores Y Pescadores De Saladero Veracruz S.C. De. R.L. | 36 Plaintiffs |
| 11. | La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 131 Plaintiffs |
| 12. | La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas S.C. De R.L. De C.V. | 51 Plaintiffs |
| 13. | La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzana S.C. De R.L. De C.V. | 278 Plaintiffs |
| 14. | La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma S.C. De R.L. De C.V. | 93 Plaintiffs |
| 15. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De San Andres S.C. De R.L. | 19 Plaintiffs |
| 16. | La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servicios S.C.L. De C.V. | 71 Plaintiffs |
| 17. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros De Saladero S.C.L. | 115 Plaintiffs |
| 18. | La Sociedad Cooperativa De Produccion Pesquera de Altura Jarochos S.C. L. | 11 Plaintiffs |

**B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L.**

**"COOP PLAINTIFFS"**

1. Aguilar Arteaga, Beltran
2. Almendarez Villanza, Olga
3. Alvarado Martinez, Amauri
4. Arteaga Cruz, Julian
5. Arteaga Gonzalez, Julio Cesar
6. Arteaga Maya, Benito
7. Arteaga Maya, Jose Guillermo
8. Arteaga Maya, Marcelo
9. Arteaga Maya, Martin
10. Arteaga Maya, Ruben
11. Arteaga Ramirez, Marcos
12. Arteaga Rodriguez, Ernesto
13. Arteaga Segura, Tomas
14. Balleza Perez, Hipolito
15. Barrios Barrios, Fortino
16. Barrios Barrios, Victor Manuel
17. Barrios Cruz, Francisco
18. Barrios Cruz, Jesus
19. Barrios San Juan, Jesus Francisco
20. Barron Barron, Victor
21. Bautista Hernandez, Feliciano
22. Bautista Hernandez, Luis Arturo
23. Bautista Ramirez, Marcelino
24. Blanco Gonzalez, Fernando
25. Blanco Medina, Macario
26. Carrasco Cruz, Javier
27. Carrizalez Gonzalez, Rigoberto
28. Casanova Maya, Matilde
29. Castillo Hernandez, Jose Feliciano
30. Castillo Hernandez, Sergio Luis
31. Castillo Polito, Mateo
32. Castillo Polito, Santos
33. Cayetano Cruz, Jaime
34. Constantino Cruz, Juan Carlos
35. Coronado Arteaga, Jose Severiano
36. Coronado Mendoza, Pedro
37. Coronado Mendoza, Severiano
38. Cruz Almendares, Omero
39. Cruz Carrasco, David
40. Cruz Gonzalez, Abad
41. Cruz Lopez, Primitivo
42. Cruz Mendoza, Arturo
43. Cruz Mendoza, Cipriano
44. Cruz Mendoza, Luis
45. Cruz Perez, Braulio Tomas
46. Cruz Perez, Servando
47. del Angel del Angel, Juan
48. del Angel del Angel, Julio
49. del Angel del Angel, Leopoldo
50. del Angel Hidalgo, Marcelino
51. del Angel Perez, Perfecto
52. del Angel Valdez, Mauro
53. Delgado Cruz, Amadeo
54. Delgado Delgado, Heriberto
55. Delgado Delgado, Leonardo
56. Delgado Rios, Armando
57. Delgado Rios, Jose Joel
58. Delgado Sanchez, Norberto
59. Duran Hernandez, Victor Manuel
60. Garcia Hernandez, Juventino
61. Garcia Herrera, Noe
62. Gaytan Orta, Jose Jonathan
63. Gonzalez Arementa, Fernando Isaias
64. Gonzalez Cruz, Atilano
65. Gonzalez Cruz, Fidel
66. Gonzalez Cruz, Refugio
67. Gonzalez Gonzalez, Andres
68. Gonzalez Hernandez, Francisco
69. Gonzalez Martinez, Alvaro
70. Gonzalez Martinez, Ernesto
71. Gonzalez Martinez, Regino
72. Gonzalez Molar, Guadalupe
73. Gonzalez Molar, Moises
74. Hernandez Armenta, Marcos
75. Hernandez Constantino, Jesus
76. Hernandez Cruz, Bernabe
77. Hernandez Cruz, Pedro
78. Hernandez del Angel, Juan Gilberto
79. Hernandez Ferral, Benjamin
80. Hernandez Salazar, Filiberto
81. Hernandez Sanchez, Bernardo
82. Hernandez Sanchez, Felix
83. Herrera Lemus, Victor Paul

## B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L.

### "COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 84. | Herrera Rios, Pablo | | 126. | Polito Gonzalez, Marino |
| 85. | Lambarria Reyes, Ruben | | 127. | Polito Reyes, Luis Miguel |
| 86. | Lee Carrazco, Elias | | 128. | Ramirez Casanova, Ramon |
| 87. | Malerva Sosa, Luciano | | 129. | Ramirez Casanova, Santos |
| 88. | Martinez Barrios, Lucano | | 130. | Ramirez Sobrevilla, Juan |
| 89. | Martinez Barrios, Martin | | 131. | Ramirez Sobrevilla, Luis Antonio |
| 90. | Martinez Cruz, Jose Angel | | 132. | Reyes Arteaga, Jorge Luis |
| 91. | Martinez Hernandez, Delfino | | 133. | Reyes Moreno, Israel |
| 92. | Martinez Martinez, Anacleto | | 134. | Rodriguez Valdez, Melquiades |
| 93. | Martinez Martinez, Fernando | | 135. | Roman Martinez, Jasinto |
| 94. | Martinez Martinez, Mardonio | | 136. | Roman Martinez, Nicolas |
| 95. | Martinez Olguin Andres | | 137. | Roman Olguin, Alejandro |
| 96. | Molar Gonzalez, Onesimo | | 138. | Roman Vizcarra  Dionicio |
| 97. | Molar Gonzalez, Pedro | | 139. | Romulo Hernandez, Eduardo |
| 98. | Molar Perez, Julio | | 140. | Ruiz Gonzalez Ignacio |
| 99. | Moreno Hernandez, Guillermo | | 141. | Ruiz Gonzalez, Roberto |
| 100. | Ochoa Maya, Rafael | | 142. | Ruiz Mar, Jesus |
| 101. | Ochoa Maya, Rodrigo | | 143. | Ruiz Mar, Mario |
| 102. | Ortega Mendoza, Gustavo | | 144. | Sanchez Hernandez, Roberto |
| 103. | Padron Polito, David | | 145. | Sosa Martinez, Edgar Daniel |
| 104. | Perez Mascarenas, Juan Ismael | | 146. | Suarez Alonso, Antonino |
| 105. | Perez Orta, Abad | | 147. | Suarez Casimiro, Fredy |
| 106. | Perez Orta, Eulalio | | 148. | Tiburcio Aguilar, Rigoberto |
| 107. | Perez Orta, Florencio | | 149. | Tiburcio Aguilar, Victor |
| 108. | Perez Perez, Jacinto | | 150. | Tiburcio Ortega, Vicente |
| 109. | Perez Perez, Martin | | 151. | Vazquez Barron, Mauro |
| 110. | Pineiro Arteaga, Antonio | | 152. | Vicencio Amaro, Ernesto |
| 111. | Pineiro Arteaga, Juan Manuel | | 153. | Villalobos Guillen, Jose Benjamin |
| 112. | Pineiro Gonzalez, Francisco (30) | | 154. | Villanueva Reyes, Armando |
| 113. | Pineiro Gonzalez, Francisco (49) | | 155. | Villar Cruz, Genaro |
| 114. | Pineiro Gonzalez, Francisco (53) | | 156. | Villareal Gonzalez, Jose Orlando |
| 115. | Pineiro Gonzalez, Julian | | 157. | Villareal Martinez, Jose Luis |
| 116. | Pineiro Perez, Eduardo | | 158. | Zaleta Narvaiz, Enrique |
| 117. | Pineiro Perez, Efren | | 159. | Zaleta Narvaes, Jose Martin |
| 118. | Pineiro Ruiz, Enrique | | | |
| 119. | Pineiro Ruiz, Gerardo | | | |
| 120. | Pineiro Salas, Francisco Antonio | | | |
| 121. | Pineiro Salas, Jose Raul | | | |
| 122. | Pinerio Perez, Marcos | | | |
| 123. | Polito Barrios, Hernan Margarito | | | |
| 124. | Polito Capistran, Marcelo | | | |
| 125. | Polito Gonzalez, Aurelio | | | |

## B2 - LA SOCIEDAD COOPERATIVA DE PRODUCTORES ACUICOLAS DE CONGREGACION ANAHUAC S.C. DE R.L.

### "COOP PLAINTIFFS"

1. Adan Bautista, Samuel
2. Alarcon Hernandez, Jeremias
3. Almonte Gutierrez, Noe
4. Alonso Rivera, Natividad
5. Avila Cruz, Santiago
6. Bautista Enriquez, Aaron
7. Bautista Enriquez, Cirilo
8. Bautista Juarez, Hector Enrique
9. Bautista Mateos, Aaron
10. Bautista Mateos, Jose Antonio
11. Bautista Nieto, Juan Manuel
12. Bautista Rodriguez, Jose Socorro
13. Bautista Torres, Gerson
14. Bautista Torres, Ruben
15. Cantero Delgado, Joel
16. Carballo Blanco, Azael
17. Carballo Blanco, Mario
18. Carballo Blanco, Neftali
19. Carballo Buda, Gessuri Mizraim
20. Carballo Cruz, Adelaido
21. Castellanos Bautista, Erick Jesus
22. Castellanos Bautista, Leonardo David
23. Cruz Reyes, Oscar Alejandro
24. Delgado Martinez, Gregorio
25. Delgado Villasana, Jorge Antonio
26. Dominguez Antonio, Joaquin
27. Dominguez Antonio, Joel
28. Florez Hernandez, Honorio
29. Florez Mendoza, Alvaro
30. Gonzalez Gomez, Antontio
31. Gonzalez Rivera, Jose Leonel
32. Guerrero Gonzalez, Edmundo
33. Hernandez Avila, Genaro
34. Hernandez Silverio, Jose Luis
35. Herrera Campos, Efrain
36. Herrera Campos, Israel
37. Herrera Delgado, Ruben
38. Herrera Delgado, Uziel
39. Herrera Michicol, Gabino
40. Lopez Acosta, Juan
41. Maldonado Banda, Antolin
42. Mar Garcia, Federico
43. Mar Herrera, Eliseo
44. Mar Mar, Santana
45. Martinez Garcia, Roberto
46. Mercado Cruz, Sergio Alberto
47. Michicol Castillo, Timoteo
48. Morales Garcia, Jesus
49. Moreno Izaguirre, Jose Alfonso
50. Moreno Molar, Jose de Jesus
51. Ollervides Carrera, Julio
52. Paulo Maximiliano, Anuer
53. Porras Bautista, Angel
54. Porras Bautista, Julio Cesar
55. Porras Cisneros, Angel
56. Riviera Ahumada, Ricardo
57. Riviera Hernandez, Apolinar
58. Valenzuela Carballo, David Azael
59. Valenzuela Carballo, Victor Daniel
60. Valenzuela Mendoza, Victor
61. Valenzuela Riviera, Jorge
62. Villasana Ortiz, Armando
63. Villasana Ortiz, Hector

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

1. Aguilar Lorenzo Mario
2. Augustin Rodriguez, Lorenza
3. Cruz Jorge (Alejandre)
4. Alejandre Alvarado Diego
5. Alejandre Cruz Manuel
6. Alejandre Hernandez Alvaro
7. Alejandre Juarez Juan Carlos
8. Alejandre Ramos Eusebio
9. Alejandre Santander Federico
10. Andrade Gomez Cecilio
11. Andrade Santiago Silvestre
12. Aran Casados Adelfo
13. Aran Casados Gonzalo
14. Aran Casados Matilde
15. Aran Castillo Ambrosio
16. Aran Castillo Eduardo
17. Aran Castillo Eleuterio
18. Aran Cobos Inez
19. Aran Cruz Jesus
20. Aran Cruz Luis Enrique
21. Azuara Castillo Isidro
22. Bahena Cruz Sergio Manuel
23. Barrera Garcia Niceforo
24. Barrios Castro Luis Enrique
25. Barrios Garcia Sixto
26. Barrios Leandro Julio
27. Barrios Meza Daniel
28. Barrios Reyes Sergio
29. Bautista Gonzalez Leon
30. Bautista Lara Aurelio
31. Bautista Mendez Jose
32. Bello Peña Alejandro
33. Bello Peña Filemon
34. Bello Peña Lucio
35. Bello Peña Rogelio
36. Blanco Aran Jose
37. Blanco Hernandez Ciro
38. Blanco Hernandez Miguel
39. Blanco Hernandez Vicente
40. Blanco Marquez Eloy
41. Blanco Olmos Daniel
42. Blanco Reyes Zocimo
43. Blanco Yañez Fredi Alberto
44. Cabrales Cruz Salvador
45. Cantu Maya Jose
46. Capitan Barrios Oton
47. Carranza Medina Porfirio
48. Casanova Hernandez Gilberto
49. Castellanos Bautista Arturo
50. Castillo Castillo Irineo
51. Castillo Gomez Elena
52. Castillo Martinez Balvino
53. Castillo Martinez Isabel
54. Castro Angeles Braulio
55. Castro Bautista Jose Martin
56. Castro Cruz Gilberto
57. Castro Galicia Tiquico
58. Castro Hernandez Cornelio
59. Castro Perales Segundo
60. Castro Rodriguez Bernabe
61. Castro Rodriguez Cliserio
62. Castro Rodriguez Dionicio
63. Castro Rodriguez Enrique
64. Castro Rodriguez Fidencio
65. Celso Nieves Antonio
66. Cepeda Meza Eusebio
67. Cobos Cruz Diego
68. Cobos Cruz Dionicio
69. Constantino Alejandre Jose Maria
70. Constantino Garcia Jaime
71. Constantino Lorenzo Jose Abel
72. Constantino Sanchez Julio
73. Copal Meza Nelson
74. Cruz Alejandre Raul
75. Cruz Aran Hipolito
76. Cruz Benitez Raymundo
77. Cruz Blanco Rafael
78. Cruz Casados Anastacio
79. Cruz Castro Jorge
80. Cruz Cortes Martin

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

81. Cruz Cruz Alfredo
82. Cruz Cruz Celso
83. Cruz Cruz Fernando
84. Cruz Cruz Isidro
85. Cruz Cruz Leonorio
86. Cruz Cruz Raul
87. Cruz Cruz Sergio
88. Cruz Del Angel Justino
89. Cruz Diaz Modesto
90. Cruz Escudero Herminio
91. Cruz Ferral Ascencion
92. Cruz Ferral Balfren
93. Cruz Ferral Cutberto
94. Cruz Ferral Eligio
95. Cruz Ferral Julian
96. Cruz Ferral Lucas
97. Cruz Garcia Jesus
98. Cruz Gomez Carmelo
99. Cruz Gomez Domingo
100. Cruz Gomez Toribio
101. Cruz Gonzalez Santos (1)
102. Cruz Gonzalez Santos (2)
103. Cruz Hernandez Evaristo
104. Cruz Hernandez Ivan
105. Cruz Hernandez Lorenzo
106. Cruz Hernandez Ramiro
107. Cruz Leyton Panfilo
108. Cruz Mendoza Armando
109. Cruz Meza Alvaro
110. Cruz Reyes Refugio
111. Cruz Rodriguez Pedro
112. Cruz Torres Fidel
113. Cruz Torres Francisco
114. Cruz Torres Leonel
115. Cruz Valdez Mardonio
116. De Leon Cruz Eduardo
117. De Leon Cruz Loreto Diego
118. De Leon Cruz Rosendo
119. De Leon Valdez Jose Conrado
120. De Leon Valdez Jose Loreto
121. Deantes Jimenez Bernardino
122. Del Angel Alejandre Abrahan
123. Del Angel Cruz Alberto
124. Del Rio Cruz Hipolito
125. Del Rio Cruz Rafael
126. Del Rio Ferral Remigio
127. Del Rio Macias Salvador
128. Delgado Alejandre Jose
129. Diaz Aran Carlos
130. Diaz Cruz Roberto
131. Diaz Dominguez Ramon
132. Diaz Gomez Julian
133. Diaz Gomez Marcelino
134. Diaz Gomez Pedro
135. Diaz Gonzalez Pedro
136. Diaz Mendez Agustin
137. Diaz Ortega Jose Angel
138. Diaz Ortega Marcelino
139. Diaz Rangel Francisco
140. Diaz Reyes Carlos Francisco
141. Diaz Valdez Feliciano
142. Dominguez Mora Guadalupe
143. Dominguez Valdez Arturo
144. Escudero Reyes Jaime
145. Escudero Reyes Ruben
146. Escudero Rodriguez Raul
147. Espinoza Macias Arnulfo
148. Espinoza Palacios Macedonio
149. Espinoza Rodriguez Arnulfo
150. Estaba Repetido
151. Esteban Aguilar Jose
152. Ferral Cardenas Enrique
153. Ferral Florencia Jeronimo
154. Ferral Florencia Rafael
155. Ferral Mar Julio
156. Ferral Ramos Juan Diego
157. Ferral Ramos Virginia
158. Figon Bautista Francisco
159. Figon Espinoza Norberto De Jesus
160. Figon Florencia Felix

## B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.

### "COOP PLAINTIFFS"

| | |
|---|---|
| 161. Figon Florencia Pedro | 201. Gonzalez Cruz Armando |
| 162. Figon Hernandez Gabino | 202. Gonzalez Cruz Daniel |
| 163. Figon Perez Cesar | 203. Gonzalez Cruz Javier |
| 164. Figon Perez Francisco | 204. Gonzalez Cruz Jose Omar |
| 165. Figon Sobrevilla Gabino | 205. Gonzalez Cruz Juan |
| 166. Florencia Garcia Alfonso | 206. Gonzalez Cruz Julio Cesar |
| 167. Florencia Garcia Pedro | 207. Gonzalez Figon Joaquin |
| 168. Florencia Hernandez Domingo Guadalupe | 208. Gonzalez Gonzalez Benjamin |
| 169. Galindo Cruz Vicente | 209. Gonzalez Gonzalez Julio |
| 170. Garces Aran Roberto | 210. Gonzalez Hernandez Piedad |
| 171. Garces Dominguez Juan Antonio | 211. Gonzalez Hernandez Portugal |
| 172. Garces Reyes Heriberto | 212. Gonzalez Hernandez Rafael |
| 173. Garcia Aldana Felipe | 213. Gonzalez Hernandez Santiago |
| 174. Garcia Aldana Isrrael | 214. Gonzalez Melgoza Elodio |
| 175. Garcia Blanco Facundo | 215. Gonzalez Mergoza Amador |
| 176. Garcia Castro Abdon | 216. Gonzalez Meza Javier |
| 177. Garcia Castro Silvano | 217. Gonzalez Ortiz Javier |
| 178. Garcia Cruz Gustavo | 218. Gonzalez Valdez Catarino |
| 179. Garcia Escudero Quintin | 219. Gonzalez Valdez Ines |
| 180. Garcia Gaspar Julio Cesar | 220. Hernandez Cabrales Pascual |
| 181. Garcia Hernandez Fernando | 221. Hernandez Castro Ricardo |
| 182. Garcia Hernandez Jose Marin | 222. Hernandez Cruz Reynaldo |
| 183. Garcia Lorenzo Facundo | 223. Hernandez Ferral Arturo Mario |
| 184. Garcia Lorenzo Jose Juan | 224. Hernandez Ferral Emilio |
| 185. Garcia Lorenzo Jose Luis | 225. Hernandez Gonzalez Jesus |
| 186. Garcia Perez Daniel | 226. Hernandez Hernandez Teofilo |
| 187. Garcia Salas Antonio | 227. Hernandez Huescas Tomas |
| 188. Garcia Santander Gumercindo | 228. Hernandez Lara Angel |
| 189. Garcia Santander Hector | 229. Hernandez Leandro Jose |
| 190. Garcia Santander Jesus | 230. Hernandez Lorenzo Angel |
| 191. Garcia Santander Rodrigo | 231. Hernandez Lorenzo Jesus Amauri |
| 192. Garcia Santiago David | 232. Hernandez Lorenzo Perfecto |
| 193. Garcia Santiago Mauricio | 233. Hernandez Lorenzo Ricardo |
| 194. Garcia Santiago Obed | 234. Hernandez Mendez Gregorio |
| 195. Gaspar Cruz Fortunato | 235. Hernandez Olmos Jose Guadalupe |
| 196. Gomez Galindo Eleuterio | 236. Hernandez Reyes Inocencio |
| 197. Gomez Garcia Mario | 237. Hernandez Reyes Jose |
| 198. Gomez Mogollon Amado | 238. Hernandez Reyes Teofilo |
| 199. Gomez Ramos Manuel | 239. Hernandez Romero Jose |
| 200. Gonzalez Cruz Antonio | 240. Hernandez Rosas Telesforo |

**B3 – MEMBERS ONLY OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | |
|---|---|
| 241. Isidro Constantino Valentin | 281. Mendoza Blanco Oscar |
| 242. Isidro Perez Celso | 282. Mendoza Castellanos Eduardo |
| 243. Isidro Perez Jaime | 283. Mendoza Castellanos Jose Maria |
| 244. Isidro Perez Santiago | 284. Mendoza Cruz Margarito |
| 245. Juarez Hernandez Epifania | 285. Mendoza Gomez Francisco Javier |
| 246. Juarez Juarez Alfonso | 286. Mendoza Lara Arturo |
| 247. Juarez Martinez Salvador | 287. Mendoza Lara Ernesto |
| 248. Leandro Roman Juan | 288. Mendoza Lara Honorio |
| 249. Leyton Florencia Rene | 289. Mendoza Lara Rafael |
| 250. Lorenzo Blanco Rodolfo | 290. Mendoza Nuñez Juan |
| 251. Lorenzo Constantino Blas | 291. Mendoza Reyes Antonio |
| 252. Lorenzo Constantino Rolando | 292. Meza Alejandre Agustin |
| 253. Lorenzo Cruz Agustin | 293. Meza Alejandre Enrique |
| 254. Lorenzo Cruz Alfonso | 294. Meza Alejandre Roberto |
| 255. Lorenzo Cruz Cleofas | 295. Meza Blanco Arturo |
| 256. Lorenzo Gomez Raul | 296. Meza Blanco Ranulfo |
| 257. Lorenzo Roman Israel | 297. Meza Cruz Abundio |
| 258. Lorenzo Valdez Jorge Emilio | 298. Meza Cruz Alejandro |
| 259. Loya Cruz Bernardo | 299. Meza Cruz Angel |
| 260. Loya Cruz Mercedes | 300. Meza Cruz Heriberto |
| 261. Lugo Juarez Ernesto | 301. Meza Cruz Victor Manuel |
| 262. Macias Gonzalez Javier | 302. Meza Ferral Lazaro |
| 263. Macias Sobrevilla Bacilio | 303. Meza Ferral Maria De La Luz |
| 264. Macias Sobrevilla Francisco | 304. Meza Gonzalez Paulino |
| 265. Mar Cruz Alejandro | 305. Meza Salas Reynaldo |
| 266. Mar Moreno Bonifacio | 306. Meza Salas San Juan De Dios |
| 267. Mar Moreno Enrique | 307. Meza Torres Jose |
| 268. Mar Valdez Zacarias | 308. Muñoz Barios Fermin |
| 269. Martinez Cruz Leopoldo | 309. Olmos Alejandre Luis |
| 270. Martinez Gonzalez Baltazar | 310. Olmos Salas Adelaido |
| 271. Martinez Hernandez Cosme | 311. Olmos Salas Hugo |
| 272. Martinez Hernandez Heriberto | 312. Olvera Cruz Francisco |
| 273. Maya Aldana Amando | 313. Olvera Gonzalez Carlos |
| 274. Maya Constantino Isaias | 314. Ortega Cruz Luis |
| 275. Maya Hernandez Amando | 315. Ortega Santiago Andres |
| 276. Maya Mendoza Alejandro | 316. Osorio Martinez Francisco |
| 277. Maya Sobrevilla Crisoforo | 317. Oviedo Santoago Antonio |
| 278. Medina Garcia Victorico | 318. Palomino Figo Francisco Javier |
| 279. Mendez Castro Lorenzo | 319. Perez Castellanos Carlos |
| 280. Mendez Hernandez Hector | 320. Perez Castro Roberto |

**B3 – MEMBERS ONLY OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | | | |
|---|---|---|---|
| 321. | Perez Dominguez Cosme | 361. | Reyes Mendoza Fernando |
| 322. | Perez Dominguez Eladio | 362. | Reyes Mendoza Juan Javier |
| 323. | Perez Dominguez Rosalino | 363. | Reyes Torres Lucio |
| 324. | Perez Hernandez Ignacio | 364. | Rivera Ferral Santos |
| 325. | Perez Hernandez Juan | 365. | Rivera Ferral Tomas |
| 326. | Perez Hernandez Sixto | 366. | Rodriguez Alejandre Abad |
| 327. | Perez Herrera Luis Enrique | 367. | Rodriguez Alejandre Crisoforo |
| 328. | Perez Mar Cornelio | 368. | Rodriguez Alejandre Ricardo |
| 329. | Perez Mar Luciano | 369. | Rodriguez Del Rio Cleotilde |
| 330. | Perez Maya Angel | 370. | Rodriguez Guzman Irma |
| 331. | Perez Mendoza Emilio | 371. | Rodriguez Leandro Cleotilde |
| 332. | Perez Sanchez Camilo | 372. | Rojas Perez Esteban |
| 333. | Perez Sanchez Francisco | 373. | Roman Casanova Emilia |
| 334. | Perez Tapia Angel | 374. | Rosas Blanco Secundino |
| 335. | Perez Tapia Juan | 375. | Rosas Cristobal Celso |
| 336. | Quiroz Ovando Daniel | 376. | Rosas Cristobal Juan Manuel |
| 337. | Ramirez Cobos Jose | 377. | Rosas Cristobal Rogelio |
| 338. | Ramirez Gonzalez Quintilo | 378. | Rosas Diaz Rodolfo |
| 339. | Ramos Cruz Epifanio | 379. | Rosas Esteban Horacio |
| 340. | Ramos Del Rio Fermin | 380. | Rosas Rivera Serafin |
| 341. | Ramos Gonzalez Agustin | 381. | Rosas Santos Manuel |
| 342. | Ramos Gonzalez Eladio | 382. | Rosas Valdez Luis |
| 343. | Ramos Hernandez Claudio | 383. | Rosas Valdez Sergio |
| 344. | Ramos Hernandez Feliciano | 384. | Ruiz Santiago Juan Antonio |
| 345. | Ramos Hernandez Lidio | 385. | Salas Cuellar Porfirio |
| 346. | Ramos Hernandez Luis | 386. | Sanchez Blanco Rodrigo |
| 347. | Ramos Perez Epifanio | 387. | Sanchez Cervantes Daniel |
| 348. | Ramos Sanchez Juan | 388. | Sanchez Florencio |
| 349. | Ramos Villegas Crispin | 389. | Sanchez Geronimo Angel |
| 350. | Reyes Alejandre Enrique | 390. | Sanchez Martinez Venancio |
| 351. | Reyes Castro Emilio | 391. | Sanchez Mendoza Venancio |
| 352. | Reyes Delgado Amador | 392. | Sanchez Rodriguez Ascencion |
| 353. | Reyes Delgado Casimiro | 393. | Sanchez Rodriguez Hugo |
| 354. | Reyes Delgado Eliseo | 394. | Santander Isidro Juan Pablo |
| 355. | Reyes Delgado Victorico | 395. | Santander Leyton Honorio |
| 356. | Reyes Diaz Adelaido | 396. | Santander Leyton Sebastian |
| 357. | Reyes Diaz Enrique | 397. | Santander Peralta Emilio |
| 358. | Reyes Loya Miguel Angel | 398. | Santiago Castro Lazaro |
| 359. | Reyes Mendoza Agustin | 399. | Sequera Florencia Julian |
| 360. | Reyes Mendoza Araceli | 400. | Sequera Hernandez Felipe |

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

401.  Sequera Lorenzo Leopoldo
402.  Silva Escudero Yoshio
403.  Silva Mendoza David
404.  Sobrevilla Cruz Angel
405.  Sobrevilla Del Angel Angel
406.  Tejeda Mendoza Manuel
407.  Terraza Aldana Arturo
408.  Terraza Aldana Benigno
409.  Terraza Aldana Jorge Luis
410.  Tijerina Mendina Jorge Luis
411.  Torres Cruz Porfirio
412.  Torres Mendoza Faustino
413.  Torres Merinos Faustino
414.  Valdez Gonzalez Catarino
415.  Valdez Zamora Narcizo
416.  Vicencio Cruz Blas
417.  Vicencio Sequera Mardonio
418.  Zamora Blanco Emilio
419.  Zamora Garcia Andres
420.  Zamora Garcia Isidoro
421.  Zamora Garcia Timoteo
422.  Zamora Gonzalez Eriberto
423.  Zamora Rosendo Pascual
424.  Zamora Sanchez Pablo Ernesto
425.  Zamora Sanchez Rene
426.  Zamora Santander Jose
427.  Zarate Lopez Samuel
428.  Zumaya Garcia Salvador

B4 – LA SOCIEDAD COOPERATIVA DE SERVICIO LANCHEROS DE SAN JERONIMO
S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Alarcon Lopez Miguel Angel
2. Alfardo Acuna Trinidad
3. Camarillo Cruz Ruth
4. Cervantes Martinez Silverio
5. Chavez Bautista Jose Antonio
6. Chavez Bautista Raul
7. Chavez Bautista Refugio
8. Cruz Cervantes Pablo
9. Cruz Cervantes Zoila
10. Cruz Cruz Benito
11. Cruz Esquivel Juan Carlos
12. Cruz Gallegos Julio Cesar
13. Cruz Gonzalez Joaquin
14. Cruz Gonzalez Roberto
15. Cruz Gonzalez Sergio
16. Cruz Jeronimo Andres
17. Cruz Perez Paola Lizeth
18. Cruz Santiago Eduardo
19. Cruz Santiago Federico
20. Cruz Santiago Roberto
21. Del Angel Ramirez Rogelio
22. Esquivel Arteaga Maria Magdalena
23. Guerrero Torres Victoria Aurora
24. Hernandez Camarillo Jose Ernesto
25. Juarez Florencia Miguel
26. Juarez Lugo Rene
27. Juarez Rodriguez Miguel
28. Lopez Gonzalez Evaristo
29. Lopez Gonzalez Evelia
30. Lopez Gonzalez Humberto
31. Lopez Gonzalez Julio Antonio
32. Lopez Gonzalez Mario Felix
33. Lorenzo del Angel Rosaura
34. Lugo  Garcia Cruz Emma
35. Lugo Morato Francisco
36. Lugo Sosa Ana Luisa
37. Mar Martinez Igancio
38. Martinez Encarnacion Facundo
39. Mora Casados Maria Luisa
40. Morales del Angel Jaime
41. Morales Angel Jesus Leonel
42. Morales Reyes Jaime
43. Olivarez Cruz Ruben
44. Olivarez Sosa Julian
45. Quintero Gonzalez Martin
46. Ramirez Camarillo Christian Adolfo
47. Ramirez Camarillo Rodrigo
48. Ramirez Gonzalez Baltazar
49. Ramirez Rojas Candido
50. Razo Bautisa Santos
51. Salas Razo Angel
52. Salas Razo Demesia
53. Salas Razo Rafael
54. Trejo Salas Fernando
55. Zaleta Jerez Oscar
56. Zaleta Marmolejo Crispin
57. Zumaya Hernandez, Tomas

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.

## "COOP PLAINTIFFS"

1. Aguilar Sosa, Juan
2. Aldana Castillo, Arturo
3. Alejandre Constantino, Mario
4. Alejandre Hernandez, Adrian
5. Alejandre Santander, Eleuterio
6. Allende Reyes, Primitivo
7. Allende Roman, Luis Alberto
8. Aran Ferral, Guillermo
9. Aran Ferral, Hilario
10. Aranda Alvarado, Ciro
11. Aranda Alvarado, Miguel
12. Aranda Cruz, Julio Cesar
13. Bautista Hernandez, Rito
14. Benavidez Perez, Alberto
15. Bujalil Cruz, Dora Alicia
16. Caballero Palacios, Jesus
17. Capitan Garcez, Enriquez
18. Casanova Cristobal, Luis Alberto
19. Casanova de Leon, Ignacio
20. Casanova de Leon, Maximino
21. Castillo Ruiz, Jesus
22. Castro Deantes, Nabor
23. Castro Maya, Juan
24. Cisneros Garcia, Cruz
25. Cisneros Meza, Hilario
26. Cisneros Meza, Roman
27. Cobos Lopez, Abel
28. Cobos Lopez, Hector
29. Copal Hernandez, Gabriel
30. Copal Hernandez, Jesus
31. Copal Hernandez, Luis Alberto
32. Cordero Ferral, Gilberto
33. Cordoba Copal, Jesus
34. Cordoba Cruz, Andres
35. Crespo Hernandez, Guadalupe
36. Cristobal Reyes, Silvestre
37. Cruz Alejandre, Juan Manuel
38. Cruz Blanco, Aurelio
39. Cruz Blanco, Rodolfo
40. Cruz Casanova, Artemio
41. Cruz Casanova, Jesus
42. Cruz Casanova, Manuel
43. Cruz Copal, Jesus
44. Cruz Cristobal, Baldomero
45. Cruz Cuervo, Jose Maria
46. Cruz Cuervo, Noe
47. Cruz del Angel, Santos
48. Cruz Ferral, Fermin
49. Cruz Franco, Carlos
50. Cruz Franco, Felix
51. Cruz Garcia, Fidel
52. Cruz Garcia, Fredy
53. Cruz Garcia, Israel
54. Cruz Garcia, Miguel Angel
55. Cruz Gaspar, Matias
56. Cruz Martinez, Gabriel
57. Cruz Martinez, Mario
58. Cruz Nolasco, Salomon
59. Cruz Perez, Alejandro
60. Cruz Perez, Juan Luis
61. del Angel Torres, Gustavo
62. del Angel Torres, Noe
63. Del Rio Ferral, Remigio
64. del Valle Franco, Juan
65. del Valle Franco, Maria de los Angeles
66. Delago Franco, Mauro
67. Delgado Cristobal, Maria Isabel
68. Delgado Isidro, Ines
69. Diaz Barrios, Epifanio
70. Diaz Castellanos, Hermilo
71. Diaz Castellanos, Salvador
72. Diaz Castellanos, Santos
73. Diaz Cobos, Martin
74. Diaz Cruz, Ricardo
75. Diaz Cruz, Victor Manuel
76. Diaz Villegas, Santos
77. Dominguez del Angel, Jose Luis
78. Dominguez Miranda, Jose Luis
79. Espinoza Constantino, Amadeo
80. Espinoza Hernandez, Facundo
81. Espinoza Hernandez, Ramon
82. Espinoza Macias, Eusebio

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 83. Espinosa Perez, Amadeo | 124. Gonzalez Briones, Jose |
| 84. Esteves, Cornelio | 125. Gonzalez Ramirez, Raymundo |
| 85. Fajardo Mogollon, Gildardo | 126. Gonzalez Reyes, Alejo |
| 86. Fajardo Mogollon, Miguel Angel | 127. Gonzalez Rosas, Daniel |
| 87. Ferral Cobos, Ruben | 128. Gonzalez Rosas, Israel |
| 88. Ferral Diaz, Carlos | 129. Gonzalez Rosas, Javier |
| 89. Ferral Diaz, Guillermo | 130. Hernandez Alvarado, Casto |
| 90. Ferral Hernandez, Jose Guadalupe | 131. Hernandez Baltazar, Ventura Enrique |
| 91. Ferral Ovando, Armando | 132. Hernandez Hernandez, Camilo |
| 92. Figon Gonzalez, Epigmenio | 133. Hernandez Hernandez, Mateo |
| 93. Figon Gonzalez, Reymundo | 134. Hernandez Perez, Benigno |
| 94. Florencia Blanco, Alfonso | 135. Hernandez Perez, Saturnino |
| 95. Florencia Miranda, Martin | 136. Hernandez Ramirez, Jaime |
| 96. Franco Cruz, Jorge | 137. Hernandez Ramirez, Rafael |
| 97. Franco Hernandez, Silvestre | 138. Hernandez Resendiz, Guadencio |
| 98. Franco Reyes, Carlos Alberto | 139. Hernandez Reyes, Alejandro |
| 99. Gallardo Cruz, Jose Alfredo | 140. Hernandez Reyes, Israel |
| 100. Gallardo Reyes, Ciro | 141. Hernandez Reyes, Moises |
| 101. Gallardo Reyes, Jose | 142. Hernandez Reyes, Rene |
| 102. Gallardo Torres, Joaquin | 143. Hernandez Reyes, Ruben |
| 103. Gallardo Torres, Manuel | 144. Hernandez Reyes, Silverio |
| 104. Gallardo Torres, Miguel | 145. Hernandez Sosa, Demetria |
| 105. Garcez Ferral, Ramiro | 146. Hernandez Torres, Antelmo Abad |
| 106. Garcia Blanco, Jesus | 147. Huerta Lima, David |
| 107. Garcia Blanco, Sergio | 148. Huerta Lima, Luis |
| 108. Garcia Carrillo, Martina | 149. Ibarra Benavides, Luis |
| 109. Garcia Hernandez, Nicolas | 150. Juarez Cruz, Julian |
| 110. Garcia Perez, Hector | 151. Juarez Sanchez, Constantino |
| 111. Garcia Romero, Sergio | 152. Leos Manlonado, Jorge |
| 112. Garcia Salinas, Felix | 153. Licona Sobrevilla, Pedro Julian |
| 113. Garcia Salinas, Hesiquio | 154. Licona Sobrevilla, Ramon |
| 114. Garcia Sanchez, Elfego | 155. Lopez Benavides, Alvaro |
| 115. Gomez Acosta, Aurelio | 156. Lopez Herrera, Cesar |
| 116. Gomez Acosta, Ruben | 157. Lopez Reyes, Alvaro |
| 117. Gomez Denavides, Meliton | 158. Lopez Roman, Gilberto |
| 118. Gomez Espinoza, Arturo | 159. Lopez Roman, Ricardo |
| 119. Gomez Espinoza, Lucio | 160. Loya Juarez, Maria |
| 120. Gomez Espinoza, Rodrigo | 161. Macias Constantino, Julian |
| 121. Gomez Martinez, Cleofe | 162. Macias Garcia, Amado |
| 122. Gomez Martinez, Martin | 163. Macias Garcia, Antonio |
| 123. Gomez Roman, Efrain | 164. Malerva Cruz, Antonio |

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 165. Malerva Cruz, Leonel | 206. Mendoza Meza, Eugenia |
| 166. Malerva Cruz, Martina | 207. Mendoza Meza, Justino |
| 167. Malerva del Angel, Oscar | 208. Mendoza Meza, Urbano |
| 168. Malerva Sobrevilla, Mauro | 209. Mendoza Reyes, Abad |
| 169. Mar Barrera, Rafael | 210. Meraz Zamora, Alberto |
| 170. Mar Ferral, Jesus | 211. Meraz Zamora, Ignacio |
| 171. Mar Hernandez, Jesus | 212. Meza Aran, Delfino |
| 172. Mar Maya, Marcela | 213. Meza Aran, Julio |
| 173. Mar Ortega, Manuel | 214. Monroy Perez, Omar |
| 174. Mar Perez, Franco | 215. Morido Dominguez, Victor Aurelio |
| 175. Mar Torres, Sotero | 216. Nolasco Gomez, Cresencio |
| 176. Marquez Mendoza, Crisoforo | 217. Nolasco Gomez, Julio Cesar |
| 177. Martinez Benitez, Antonio | 218. Nolasco Gomez, Lucio |
| 178. Martinez Benitez, Candelario | 219. Nolasco Gomez, Raul |
| 179. Martinez Benitez, Higinio | 220. Nolasco Moreno, Faustino |
| 180. Martinez Benitez, Jose | 221. Nolasco Reyes, Feliciano |
| 181. Martinez Bentidez, Marcial | 222. Nunez Macias, Herminio |
| 182. Martinez Cruz, Macario | 223. Nunez Saldana, Adan |
| 183. Martinez Cruz, Raul | 224. Nunez Saldana, Enrique |
| 184. Martinez Cruz, Santos | 225. Nunez Saldana, Hilarion |
| 185. Martinez Cruz, Severiano | 226. Ochoa Vazquez, Alejandro |
| 186. Martinez Esteban, Issac | 227. Ortega Benavides, Jorge |
| 187. Martinez Esteban, Raul | 228. Ortega Benavides, Jose |
| 188. Martinez Ferral, Alfonso Pilar | 229. Ortega Mogollon, Perfecto |
| 189. Martinez Ferral, Hector | 230. Ortega Santiago, Vicente |
| 190. Martinez Garces, Enedino | 231. Osorio Rodrgiuez, Victor Manuel |
| 191. Martinez Garces, Ernesto | 232. Peralta Perez, Juan Carlos |
| 192. Martinez Hernandez, Alfonso | 233. Perez Constantino, Vicente |
| 193. Martinez Hernandez, Marcos | 234. Perez Copal, Zozimo |
| 194. Martinez Reyes, Abel | 235. Perez Mar, Francisco |
| 195. Martinez Roman, Jose Alfredo | 236. Perez Ruiz, Eleazar |
| 196. Martir Figon, Benito | 237. Ramirez Cruz, Santos |
| 197. Martir Figon, Gustavo | 238. Ramirez Gorozabe, Guadalupe |
| 198. Martir Figon, Hector | 239. Ramirez Martinez, Fernando |
| 199. Martir Figon, Perfecto | 240. Ramirez Martinez, Francisco Antonio |
| 200. Maya Ramirez, Agustin | 241. Ramirez Ortega, Luis Angel |
| 201. Maya Ramirez, Florencio | 242. Ramirez Ramirez, Lauro |
| 202. Mendez Cruz, Manuel | 243. Ramirez Reyes, Ismael |
| 203. Mendoza Cruz, Ricardo | 244. Ramirez Reyes, Rogelio |
| 204. Mendoza Figon, Eulices | 245. Ramirez Reyes, Santos |
| 205. Mendoza Malerva, Abad | 246. Ramirez Reyes, Teodoro |

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

247.  Ramirez Reyes, Tomas
248.  Ramos del Rio, Francisco
249.  Ramos Lopez, Heriberto
250.  Ramos Lopez, Rafael
251.  Ramos Mar, Fermin
252.  Ramos Mar, Roberto
253.  Ramos, Mario
254.  Rangel Hernandez, Francisco
255.  Rangel Jimenez, Francisco
256.  Rangel Jimenez, Gabino
257.  Rangel Santander, Marco Antonio
258.  Rarmirez Gorozabi, Agustin
259.  Reyes Benavides, Cesar
260.  Reyes Casanova, Hector
261.  Reyes Casanova, Inocencio
262.  Reyes Casanova, Jose
263.  Reyes Castro, Eleuterio
264.  Reyes Franco, Nereo
265.  Reyes Hernandez, Roberto
266.  Reyes Medellin, Josue Eliseo
267.  Reyes Medellin, Lazaro Arnoldo
268.  Reyes Medellin, Pedro Alberto
269.  Reyes Medellin, Silvestre Alfonso
270.  Reyes Ramirez, Cesar
271.  Reyes Roman, Enrique
272.  Reyes Roman, Porfirio
273.  Rodriguez Banda, Gabriel
274.  Rodriguez Castillo, Diego
275.  Roman Alejandre, Jose
276.  Roman Baron, Reynaldo
277.  Roman Barrios, Luis Rogelio
278.  Roman Cobos, Felipe
279.  Roman Cobos, Jeremias
280.  Roman Cobos, Maximiliano
281.  Roman Cobos, Sara
282.  Roman Martinez, Arturo
283.  Roman Ortega, Edmundo
284.  Roman Perez, Mario
285.  Rosas Garcia, Miguel Angel
286.  Rosas Hernandez, Juan
287.  Rosas Ribera, Celestino

288.  Rosas Rivera, Carlos
289.  Rubio Bautista, Raul
290.  Rubio Mauricio, Gregorio
291.  Salas Franco, Eugenio
292.  Salas Gonzalez, Fernando
293.  Salas Hernandez, Benito
294.  Salas Mogollon, Santos
295.  Saldana Granillo, Juan Manuel
296.  Saldana Masias, Crispin
297.  Saldana Masias, Saturnino
298.  Santander Alvarado, Celerino
299.  Santander Alvarado, Guillermo
300.  Santander Alvarado, Honorio
301.  Santander Isidro, Miguel
302.  Sequera Lorenzo, Manuel
303.  Sierra Aguilar, Mauricio
304.  Sierra Perez, Jose Alberto
305.  Sierra Perez, Luis Daniel
306.  Silva Rosas, Felix
307.  Sobrevilla Del Angel, Dolores
308.  Sobrevilla Gallardo, Lorenzo
309.  Sobrevilla Gallardo, Mariano
310.  Sobrevilla Gallardo, Seberiano
311.  Sobrevilla Hernandez, Adrian
312.  Sobrevilla Hernandez, Agripino
313.  Sobrevilla Hernandez, Apolinar
314.  Sobrevilla Hernandez, Julio Cesar
315.  Sobrevilla Malerva, Heriberto
316.  Sobrevilla Malerva, Teodulo
317.  Sobrevilla Saldana, Alfonso
318.  Sobrevilla Saldana, Jaime
319.  Sobrevilla Saldana, Mario
320.  Soto Santander, Donaciano
321.  Torres Ferral, Rogelio
322.  Torres Isidro, Rogelio
323.  Torres Ramirez, Gabino
324.  Torres Roman, Ruben
325.  Tovar Mar, Carlos Antonio
326.  Valdez Maya, Jose Manuel
327.  Valdez Villalobos, Felipe
328.  Vazquez Cruz, Tomas

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

329.  Velazquez Balderas, Cipriano
330.  Velazquez Hernandez, Ubaldo
331.  Vicencio Delgado, Pedro
332.  Vicencio Figon, Martin
333.  Vicencio Gonzalez, Cirino
334.  Vicencio Gonzalez, Julian
335.  Vicencio Santiago, Jose Luis
336.  Zamora Garcia, Filimon
337.  Zamora Mendoza, Edgar
338.  Zamora Mendoza, Luis Manuel
339.  Zamora Mendoza, Olivert
340.  Zarate Reyes, Albis
341.  Zarate Reyes, Cecilio
342.  Zarate Reyes, Eduardo
343.  Zarate Reyes, Gustavo
344.  Zarate Zarate, Ceferino

B6 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DEL SUR S.C. DE R.L.

"COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 1. | Alejandre Valdez Isadora | | 47. | Garcia Saldaña Dario |
| 2. | Bautista Blanco Leonardo | | 48. | Gonzalez Cruz Virginio |
| 3. | Blanco Aquino Benigna | | 49. | Gonzalez Estevez Ubaldo |
| 4. | Blanco Aquino Eusebia | | 50. | Gonzalez Santiago Sebastiana |
| 5. | Blanco Flores Betzabe | | 51. | Hernadez Basilio Francisco |
| 6. | Blanco Ortega Ofelia | | 52. | Hernadez Basilio Hilario |
| 7. | Blanco Prisciliano Eugenio | | 53. | Jimenez Zapata Jose Luis |
| 8. | Carvajal Antonio Alicia | | 54. | Jonguitud Florencia Andres |
| 9. | Carvajal Antonio Zeferino | | 55. | Jonguitud Gomez Petra |
| 10. | Carvajal Martinez Wenceslao | | 56. | Lopez Cruz Feliciano |
| 11. | Castro Blanco Aristeo | | 57. | Lopez Palacios Ezequiel |
| 12. | Castro Jaonguitud Silverio | | 58. | Mar Peralta Roberto |
| 13. | Castro Jonguitud Arturo | | 59. | Marquez del Angel Daniel |
| 14. | Castro Jongitud Evangelina | | 60. | Martir Gonzalez Jose |
| 15. | Castro Jongitud Maria Guadalupe | | 61. | Mogoyon Cruz Concepcion |
| 16. | Castro Jongitud Maria Hilda | | 62. | Morales Lugo Artemio |
| 17. | Castro Jongitud Reyes | | 63. | Olares Reyes Esteban |
| 18. | Cayetano Perez Guadalupe | | 64. | Orihuela Gomez Eddy Asuncion |
| 19. | Cayetano Perez Lilia | | 65. | Ortega Olares Ramiro |
| 20. | Constantino Casanova Facundo | | 66. | Puga Marquez Higinio |
| 21. | Constantino Gonzalez Mateo | | 67. | Puga Sanchez Jose |
| 22. | Constantino Maya Calixto | | 68. | Ramirez Blanco Abdon |
| 23. | Cruz Castro Gaudencio | | 69. | Ramirez Gallardo Abel |
| 24. | Cruz del Angel Esmeralda | | 70. | Ramirez Gallardo Alejandro |
| 25. | Cruz del Angel Jose Francisco | | 71. | Ramirez Gallardo Oscar |
| 26. | Cruz del Angel Juana Alberta | | 72. | Ramirez Gallardo Ruben |
| 27. | Cruz del Angel Lucas | | 73. | Ramirez Huesca Natalio |
| 28. | Cruz Jongitud Maria Evodia | | 74. | Santiago Alvarado Eugenia |
| 29. | Cruz del Angel Martin | | 75. | Santiago Estevez Francisco |
| 30. | Cruz Jonguitud Ernesto | | 76. | Santiago Loaiza Matilde |
| 31. | Cruz Jongitud Hector | | 77. | Santiago Mogollon Miguel Angel |
| 32. | Cruz Jonguitud Margarito | | 78. | Santiago Mogollon Valentin |
| 33. | Cruz Martir Porfirio | | 79. | Valdez Del Angel Carolina |
| 34. | Cruz Priciliano Simon | | 80. | Valdez Del Angel Marcelo |
| 35. | Cruz Santiago Aurelio | | 81. | Valdez Del Angel Saturnina |
| 36. | Cruz Sosa Armando | | 82. | Victoriano de la Cruz Sabas |
| 37. | Cruz Sosa Erasmo | | 83. | Yanes Angel Maria Guadalupe |
| 38. | Del Angel Vicencio Marcelo | | | |
| 39. | Espinoza Lugo Nora Hilda | | | |
| 40. | Florencia Andres | | | |
| 41. | Flores Mendoza Eliuth | | | |
| 42. | Flores Valdez Fernando | | | |
| 43. | Flores Valdez Jose Isabel | | | |
| 44. | Flores Valdez Leobardo | | | |
| 45. | Garcia Alejandre Valente | | | |
| 46. | Garcia Alvarado Paulo | | | |

B7 – LA SOCIEDAD DE PESCADORES INDIGENAS DE RANCHO NUEVO S.C.

"COOP PLAINTIFFS"

1.    Bernabe Facundo Pedro
2.    Bernabe Garcia Antonio
3.    Bernabe Morales Celso
4.    Bernabe Morales Roman
5.    Bernabe Perez Alejandro
6.    Bernabe San Martin Tirzo
7.    Cortez Bautista Alfredo
8.    Cortez Bautista Pablo
9.    Cortez Perez Isaac
10.   Facundo Olarte Salvador
11.   Hernandez Ramirez Juana
12.   Hernandez Ramirez Bonifacio
13.   Jimenez Santiago Luis
14.   Lopez Romero Juan
15.   Maldonado Salinas Veronica
16.   Montes Vazquez Mario
17.   Olarte Olarte Jorge
18.   Perez Olmedo Jose Roberto
19.   Ramirez Perez Gabriel
20.   Ramirez Perez Hector
21.   Ramirez Ramirez Pedro
22.   Santiago Maldonado Humberto
23.   Vazquez Avelino Octavio

B8 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA LA
AURORA BARRA DE CAZONES S.C.L. DE C.V.

### "COOP PLAINTIFFS"

1.    Barragan Garcia Abraham
2.    Barragan Garcia Fidencio
3.    Butron Rodriguez Froylan
4.    Butron Rodriguez Hugo
5.    Butron Santiago Hugo
6.    Castillo Sosa Salomon
7.    Fuentes Guzman Gilberto
8.    Fuentes Hernandez Fortunato
9.    Fuentes Hernandez Guillermo
10.   Fuentes Osorio Alfonso
11.   Fuentes Parra Brigido
12.   Fuentes Parra Hermilo
13.   Garcia Garces Pedro
14.   Gomez Jimenez Isais
15.   Gomez Moreno Victor
16.   Irisson Santiago Luis Manuel
17.   Irisson Stivalet Hipolito Agustin
18.   Martinez Santiago Gilberto
19.   Meregildo Martinez Candido
20.   Morales Aparicio Jose
21.   Morales Garcia Isaias
22.   Moreno Santiago Dario
23.   Moreno Santiago Fidencio
24.   Moreno Santiago Lazaro
25.   Perez Gonzalez Issac
26.   Perez Morales Everardo
27.   Perez Moreno Adrian
28.   Santiago Garcia Santos
29.   Santiago Hernandez Alejandro
30.   Santiago Hernandez Julio
31.   Santiago Hernandez Rafael
32.   Santiago Parra Lucio
33.   Santiago Perez Agustin
34.   Santiago Perez Javier
35.   Vargas Sosa David
36.   Vargas Sosa Felipe

B9 – LA SOCIEDAD COOPERATIVA DENOMINADA CAMARONEROS UNIDOS DE ALTAMAR S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Aguilar Barron, Guadalupe
2. Arevalo Hernandez, Magdalena
3. Boza Lozada, Americo Alejandro
4. Campos Duarte, Alfonso
5. Chang Che, Jose del Carmen
6. Clemente Martinez, Coral
7. Cobos Cruz, Juan Manuel
8. Cobos Lorenzo, Nancy
9. Cobos Reyes, Juana
10. Cobos Reyes, Lazaro
11. Cobos Vazquez, Reyna Isabel
12. Colome Alamilla, Jose
13. Constantino Guzman, Agustin
14. Coronado Sumbia, Alvaro
15. Cruz Chavez, Hipolito
16. Cruz Rodriguez, Angela
17. del Angel Santiago, Nabor Manuel
18. Delgado Ramirez, Maria del Rocio
19. Espinoza Hernandez, Leonardo
20. Franco Cruz, Joel
21. Franco Silva, Daniel
22. Franco Zaleta, Joel
23. Garcia Percero, Fernando
24. Garcia Presa, Santa Teresa de Jesus
25. Garcia Rodriguez, Carlos
26. Gomez Roman, Esteban
27. Gonzalez Gonzalez, Pedro
28. Gonzalez Mariano, Maria del Carmen
29. Guzman Velazques, Jorge
30. Guzman Velazquez, Juan
31. Guzman Velazquez, Ponciano
32. Guzman Velazquez, Roberto
33. Hernandez Lugo, Jose Francisco
34. Hernandez Mendez, Veronica
35. Hernandez Reyes, Gregoria
36. Ibarra Romero, Ernesto Javier
37. Juarez Gomez, Carlos Fernando
38. Leyton Cruz, Gregorio
39. Leyton Cruz, Santana
40. Lopez Hernandez, Maria del Rosario
41. Loya Blanco, Cirilo
42. Lugo Hernandez, Efrain
43. Lugo Hernandez, Nerevda
44. Mar Reyes, Raul
45. Martinez Leyton, Concepcion
46. Mendez Morales, Santiago
47. Meza Leyton, Demetrio
48. Montejo Garcia, Miguel
49. Parada Mar, Catalina
50. Pelcastre Hernandez, Constantino
51. Pelcastre Hernandez, Maria Elena
52. Pelcastre Hernandez, Tranquilino
53. Perales Delago, Guillermo
54. Perez Garcia, David
55. Perez Villegas, Jaime
56. Pullido Gonzalez, Esperanza
57. Quiroz Cordoba, Abimael
58. Ramirez Cobos, Ana Maria
59. Riego Hernandez, Alba Elena
60. Romero Hernandez, Angel
61. Romero Mendoza, Angelica
62. Ruiz Cruz, Arcadio
63. Sanchez Mar, Irene
64. Santiago Rodriguez, Alberta
65. Serrano Salvador, Jacinto
66. Silos Benitez, Eulalio
67. Silva Rivera, Alfredo
68. Silva Rivera, Flora
69. Suarez Gonzalez, Alejandro
70. Tamariz, Pablo
71. Tiburcio Garcia, Rolando
72. Tolentino Castro, Silvia
73. Vargas de los Santos, Demetrio
74. Vazquez Sanchez, Fancundo
75. Venegas Perez, Antelmo
76. Zaleta Hernandez, Angelica

## B10 – LA SOCIEDAD COOPERATIVA DE PRODUCTORES Y PESCADORES DE SALADERO VERACRUZ S.C. DE. R.L.

### "COOP PLAINTIFFS"

1. Aran Gonzalez Manuel
2. Benitez Espinosa Raul
3. Casados Torres Jose Fernando
4. Castellanos Del Angel Camerino
5. Castellanos Cordova Gilberto
6. Cordoba Zalvaleta Juan
7. Cordoba Zavaleta Rene
8. Cruz Marquez Apolinar
9. Del Angel Aran Eusebio
10. Del Angel Aran Orlando
11. Del Angel Constantino Rolando
12. Del Angel Jeronimo Rodrigo
13. Espinoza Hernandez Aureo
14. Espinoza Solis Alberto
15. Espinoza Solis Vicente
16. Guerrero Cruz Antonia
17. Lee Roque Jeronimo Arminio
18. Meza Maya Sergio
19. Perez Aran Pedro
20. Perez Gallardo Bernardino
21. Perez Gallardo Jose Domingo
22. Perez Meza Roman
23. Perez Zequera Roman
24. Salas Hernandez Margarito
25. Salas Sosa Diego Armando
26. Sequera Hernandez Celestino
27. Sosa Gonzalez Ruben
28. Sosa Perez Guillermo
29. Sosa Perez Ruben
30. Soza Gonzalez Eduardo
31. Soza Gonzalez Rafael
32. Torres Rosas Francisco
33. Torres Zaleta Federico
34. Torres Zaleta Fernando
35. Torres Zaleta Filimon
36. Torres Zaleta Ismael

B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1. | Alonso Coronel, Manuel | 38. | Cruz Villalobos, Joaquin |
| 2. | Barrios Maya, Esau | 39. | Cruz Villalobos, Rosalino |
| 3. | Bautista Deantes, Miguel | 40. | del Angel Hernandez, Jose de Jesus |
| 4. | Bautista Ramirez, Florencio | 41. | del Angel Perez, Hugo |
| 5. | Bernon Hernandez, Mauricio | 42. | Delgado Mendoza, Luis Abel |
| 6. | Casanova Casanova, Javier | 43. | Delgado Mendoza, Nelson |
| 7. | Casanova Casanova, Ruben | 44. | Delgado Sosa, Abel |
| 8. | Casanova Cruz, Anastacio | 45. | Delgado Sosa, Eloy |
| 9. | Casanova Polito, Arturo | 46. | Delgado Sosa, Rene |
| 10. | Casanova Vazquez, Ernesto | 47. | Delgado Villalobos, Rene |
| 11. | Constantino Casanova, Arnulfo | 48. | Espinoza Alonso, Jose |
| 12. | Constantino Casanova, Toribio | 49. | Garcia Casanova, Rigoberto |
| 13. | Copal Santiago, Rodolfo | 50. | Garcia Deantes, Jose Luis |
| 14. | Cruz Barrios, Hector Hugo | 51. | Garcia Deantes, Ventura |
| 15. | Cruz Cruz, Jose Alberto | 52. | Garcia Delgado, Heradio |
| 16. | Cruz Cruz, Jose Fausto | 53. | Garcia Delgado, Lazaro |
| 17. | Cruz Cruz, Manuel Antonio | 54. | Garcia Hernandez, Victor Antonio |
| 18. | Cruz Davila, Fermin | 55. | Garcia Perez, Esteban |
| 19. | Cruz del Angel, Fausto | 56. | Garcia Perez, Fernando |
| 20. | Cruz del Angel, Toribio | 57. | Gomez Cruz, Jose Dolores |
| 21. | Cruz Garcia, Crescenciano | 58. | Gonzalez Perez, Leonel |
| 22. | Cruz Gonzalez, Efren | 59. | Hernandez Cruz, Ramon |
| 23. | Cruz Gonzalez, Paciano | 60. | Hernandez del Angel, Josefat |
| 24. | Cruz Gonzalez, Said | 61. | Lorenzo Cruz, Daniel |
| 25. | Cruz Gonzalez, Tomas | 62. | Lorenzo Cruz, Valente |
| 26. | Cruz Hernandez, Edgar Eduardo | 63. | Lorenzo Delgado, Tomas |
| 27. | Cruz Hernandez, Francisco | 64. | Lorenzo Medina, Sergio Valente |
| 28. | Cruz Hernandez, Juan Francisco | 65. | Mar del Angel, Serafin |
| 29. | Cruz Hernandez, Natanael | 66. | Mar Gonzalez, Marco Antonio |
| 30. | Cruz Hernandez, Paciano | 67. | Mar Mendoza, Fabian |
| 31. | Cruz Medina, Hector | 68. | Mar Mendoza, Tomas |
| 32. | Cruz Medina, Javier | 69. | Mar Padilla, Narciso |
| 33. | Cruz Mendoza, Rosalio | 70. | Martinez del Rosal, Bernardo |
| 34. | Cruz Perez, German | 71. | Martinez Lorenzo, Luis Enrique |
| 35. | Cruz Perez, Marino Emmanuel | 72. | Mascarenas Mellado, Carlos Saturnino |
| 36. | Cruz Rodriguez, Damian | 73. | Mascarenas Mellado, Hector |
| 37. | Cruz Santiago, Pascual | 74. | Mascarenas Mellado, Silvino |

B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 75. | Maya Aguilar, Jesus | | 112. | Ramirez Constantino, Felipe |
| 76. | Maya Aguilar, Silviano | | 113. | Ramirez Perez, Felipe |
| 77. | Maya Alonso, Pedro | | 114. | Ramirez Perez, Luis Miguel |
| 78. | Maya Cortez, Benito | | 115. | Reyes Santiago, Pablo |
| 79. | Maya Cortez, Lazaro | | 116. | Sanchez Gonzalez, Amado |
| 80. | Maya Cruz, Fernando | | 117. | Santos Barrios, Eliud |
| 81. | Maya Cruz, Ricardo | | 118. | Santos Barrios, Refugio |
| 82. | Maya Cruz, Ruben | | 119. | Santos Barrios, Romelio |
| 83. | Maya Morales, Alexis | | 120. | Santos Herrera, Adelaido |
| 84. | Maya Perez, Bernardo | | 121. | Santos Herrera, Benjamin |
| 85. | Maya Perez, Francisco | | 122. | Santos Ruiz, Efrain |
| 86. | Maya Perez, Jose Luis | | 123. | Santos Tovar, Efrain |
| 87. | Maya Perez, Teodulo | | 124. | Santos Tovar, Luis Guillermo |
| 88. | Maya Perez, Vicente | | 125. | Tiburcio Cruz, Jose Marcial |
| 89. | Maya Rodriguez, Vicente | | 126. | Vazquez Ramirez, Bernardo |
| 90. | Maya Santos, Pedro Cain | | 127. | Villalobos Constantino, Humberto |
| 91. | Maya Sosa, Silviano | | 128. | Villalobos Constantino, Jose Guadalupe |
| 92. | Maya Villalobos, Roberto | | | |
| 93. | Mendoza Lorenzo, Francisco | | 129. | Villalobos Cruz, Juan Diego |
| 94. | Medina Ruiz, Castulo | | 130. | Villalobos Maya, Jaime |
| 95. | Medina Ruiz, Leonisia | | 131. | Villalobos Maya, Ramiro |
| 96. | Mendoza Lorenzo, Pablo | | | |
| 97. | Mendoza Lorenzo, Petronilo | | | |
| 98. | Mendoza Mendoza, Juan Carlos | | | |
| 99. | Meza Torres, Florentino | | | |
| 100. | Morales Franco, Jaime | | | |
| 101. | Morales Ramirez, Cutberto | | | |
| 102. | Ortega Barrios, Antonio | | | |
| 103. | Ortega Perez, Rosalio | | | |
| 104. | Perez Alonzo, Benito | | | |
| 105. | Perez Morales, Josue | | | |
| 106. | Perez Perez, Elfego | | | |
| 107. | Perez Ramirez, Carlos | | | |
| 108. | Perez Ramirez, Cristobal | | | |
| 109. | Perez Villalobos, Gustavo | | | |
| 110. | Perez Villalobos, Juan Manuel | | | |
| 111. | Portales Hernandez, Jaime | | | |

**B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE LAS CHACAS S.C. DE R.L. DE C.V.**

"COOP PLAINTIFFS"

1   Aguilar Castaneda Santos
2   Aguilar Maya Roderick
3   Castan Gonzalez Gildardo
4   Cruz Benitez Narcizo
5   Cruz Flores Luciana
6   Cruz Roman Marcelo
7   Cruz Solano Jorge
8   Cruz Valdez Raymundo
9   Cruz Valdez Teodoro
10   De la Rosa Malpica Nefi
11   De Luna Ordonez Jorge Alberto
12   De Luna Ordonez Melquiades
13   De Luna Ordonez Porfirio
14   Espinoza Cruz Angel
15   Franco Zaleta Joel
16   Garcia Santes Agustin
17   Garcia Valdez Jose
18   Garcia Valdez Jose Obrero
19   Herrera Istepan Jose Alberto
20   Juarez Castillo Luis
21   Lima Benitez Carlos
22   Lima Noguera Carlos
23   Lima Ruiz Carlos Orlando
24   Maldonado Jiminez Eusebio
25   Maldonado Martinez Luis Ramon
26   Maldonado Morales Jose Luis
27   Maldonado Vargas Jose Luis
28   Maldonado Vargas Julio Cesar
29   Maldonado Vazquez Agustin
30   Martinez Casio Artemio
31   Martinez Ordonez Artemio
32   Maya Aguilar Leonardo
33   Mendoza Gonzalez Jesus Alberto
34   Molar Gonzalez Angel
35   Molar Gonzalez Emilio
36   Molar Gonzalez Fernando
37   Molar Gonzalez Francisca
38   Molar Gonzalez Santiago
39   Molar Narvaez Camilo
40   Ortega Palacios Mauro
41   Ortega Quinto Jorge Alberto
42   Perez Flores Angel
43   Perez Flores Arturo
44   Perez Flores Elidio
45   Rivera del Angel Jose Manuel

B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE LAS CHACAS S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 46 | Rodriguez del Angel Macario |
| 47 | Tellez Cruz Rodolfo |
| 48 | Tellez Marquez Rodolfo |
| 49 | Ugalde Franco Paulino |
| 50 | Ugalde Lima Carlos Vidal |
| 51 | Valencia de Luna Miguel |

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Ahumada Garcia, Amancio
2. Alejandre Gonzalez, Alejandro
3. Arregoita Constantino, Higinio
4. Arregoita Mar, Anastacio
5. Arteaga Gonzalez , Ruben
6. Arteaga Mar, Eloy
7. Arteaga Marquez, Froylan
8. Arteaga Marquez, Pablo
9. Arteaga Marquez, Porfirio
10. Arteaga, Arnulfo
11. Barragan Constantino, Gonzalo
12. Barragan Constantino, Matias
13. Betancourt Betancourt, Miguel Angel
14. Cano Hernandez , Jose Alfredo
15. Casanova Gallardo, Marcelina
16. Castro, Mario
17. Constantino Armenta, Rigoberto
18. Constantino Casanova, Vicente
19. Cruz Alejandre, Saturnino
20. Cruz Blanco, Lazaro
21. Cruz Blanco, Leandro
22. Cruz Blanco, Trinidad
23. Cruz Casanova, Mariano
24. Cruz Cruz, Ernesto
25. Cruz Hernandez, Jose Mercedes
26. Cruz Mar, Policarpo
27. Cruz Mar, Rumualdo
28. Cruz Ortega Saturnino
29. Cruz Ortega, Hipolito
30. Cruz Perez, Dionicio
31. Cruz Sanchez, Juan Policarpo
32. Cruz Villarreal, Hugo
33. Deantes Hernandez, Nicolas
34. Del Angel Nunez, Alberto
35. Del Angel Nunez, Armando
36. Delgado Casanova, Jose de Jesus
37. Delgado Gallardo, Crisologo
38. Delgado Gallardo, Saturnino
39. Delgado Gonzalez, Javier
40. Escalante Casanova, Luciano
41. Estevez Meza, Felipe
42. Estevez Perez, Jose de Jesus
43. Estevez Ramirez, Felipe
44. Estevez Ramirez, Fernando
45. Estevez Ramirez, Jesus
46. Estevez Ramirez, Vicente
47. Figueroa Hernandez, Fernando
48. Flores Flores, Modesto
49. Garcia Alejandre, Manuel
50. Garcia del Angel Abelino
51. Garcia del Angel Humberto
52. Garcia del Angel Victor Manuel
53. Garcia Gonzalez Jorge Arturo
54. Garcia Gonzalez Juan Ramon
55. Garcia Gonzalez Rey David
56. Garcia Gonzlez Toribio
57. Garcia Hernandez Miguel Arcangel
58. Garcia Hernandez Silvano
59. Garcia Nunez Venustiano
60. Garcia Perez Guadencio
61. Garcia Portales Alonso
62. Gomez Armenta Ariel
63. Gomez Ruiz Adan
64. Gomez Ruiz Rodolfo
65. Gonzalez Arteaga  Javier
66. Gonzalez Arteaga Arnulfo
67. Gonzalez Arteaga Ruben
68. Gonzalez Barrios Andres
69. Gonzalez Barrios Nelson
70. Gonzalez Barrios Rosendo
71. Gonzalez Carvajal Cirilo
72. Gonzalez Constantino Domingo
73. Gonzalez Constantino Jose Gabriel
74. Gonzalez Cruz Luis
75. Gonzalez Deantes Cosme
76. Gonzalez Esteves Roque
77. Gonzalez Garcia Alfredo
78. Gonzalez Garcia Felipe
79. Gonzalez Garcia Marcelo
80. Gonzalez Garcia Roberto
81. Gonzalez Garcia Santiago
82. Gonzalez Gonzalez Efrain
83. Gonzalez Gonzalez Higinio
84. Gonzalez Gonzalez Jorge Luis
85. Gonzalez Gonzalez Juan
86. Gonzalez Gonzalez Mauricio
87. Gonzalez Gonzalez Pablo
88. Gonzalez Gonzalez Rafael
89. Gonzalez Hernandez Juan Vicente
90. Gonzalez Mar Flaviano
91. Gonzalez Mar Porfirio
92. Gonzalez Marquez Lorenzo
93. Gonzalez Perez Alonso

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 94. Gonzalez Perez Arturo | 141. Hernandez Ramirez Bonifacio |
| 95. Gonzalez Perez Roman | 142. Hernandez Saldana Eusebio |
| 96. Gonzalez Perez Victor | 143. Hernandez Saldana Teodulo |
| 97. Gonzalez Rivera Lorenzo | 144. Lara Amaya Alberto |
| 98. Gonzalez Rodriguez Andres Noe | 145. Ledezma Armenta Inocente Benjamin |
| 99. Gonzalez Rodriguez Guadalupe | 146. Lopez Barrios Antonio |
| 100. Gonzalez Rodriguez Maria del Refugio | 147. Maldonado Rivas Rogelio |
| 101. Gonzalez Rodriguez Oscar | 148. Maldonado Rivera Ignacio |
| 102. Gonzalez Zaleta Cesareo | 149. Malerva Villarreal Margarito |
| 103. Gonzalez Zaleta Juan | 150. Mar Blanco Nabor |
| 104. Gonzalez Zaleta Maximo | 151. Mar Gallardo Epifanio |
| 105. Gonzalez Zaleta Santiago | 152. Mar Gonzalez Rafael |
| 106. Hernandez Ahumada Pedro | 153. Mar Mendoza Carlos |
| 107. Hernandez Alonso Jose Alberto | 154. Mar Mendoza Jorge |
| 108. Hernandez Casanova Jose Guadalupe | 155. Mar Mendoza Salvador |
| 109. Hernandez Casanova Leobardo | 156. Mar Perez Arnulfo |
| 110. Hernandez Castro Gabriel | 157. Mar Perez Baltazar |
| 111. Hernandez Castro Juan Manuel | 158. Mar Perez Hermenegildo |
| 112. Hernandez Castro Mario | 159. Mar Perez Ramon |
| 113. Hernandez Cruz Concepcion | 160. Mar Sanchez Daniel |
| 114. Hernandez Cruz Fidel | 161. Mar Sanchez Israel |
| 115. Hernandez Cruz Jaime | 162. Mar Sanchez Jorge Felix |
| 116. Hernandez Cruz Rene | 163. Mar Villalobos Artemio |
| 117. Hernandez Erasto | 164. Mar Villalobos Leonardo |
| 118. Hernandez Garcia Gabriel | 165. Martinez Chavez Jose Carmen |
| 119. Hernandez Garcia Jose Luis | 166. Martinez Hernandez Graciano |
| 120. Hernandez Garcia Nereo | 167. Mendez Alvarado Anibal |
| 121. Hernandez Garcia Ubaldo | 168. Mendez Alvarado Arturo |
| 122. Hernandez Garcia Victor | 169. Mendoza Nunez Nabor |
| 123. Hernandez Hernandez Arturo | 170. Mendoza Perez Antonio |
| 124. Hernandez Hernandez Fidel | 171. Morales Constantino Alfredo |
| 125. Hernandez Maya Perfecto | 172. Morales Constantino Melchor |
| 126. Hernandez Maya Ruben | 173. Morales Constantino Nicolas |
| 127. Hernandez Mendoza Celestino | 174. Morales Constantino Oscar |
| 128. Hernandez Mendoza Hugo Cesar | 175. Morales Perez Eduardo |
| 129. Hernandez Mendoza Martin | 176. Morales Torres Alvaro |
| 130. Hernandez Mendoza Noe | 177. Morales Torres Nicolas |
| 131. Hernandez Mendoza Serafin | 178. Munoz Garcia Santiago |
| 132. Hernandez Morales Hugo Alejandro | 179. Nunez Alvarado Alfredo |
| 133. Hernandez Morales Julio Cesar | 180. Nunez Alvarado Bernardo |
| 134. Hernandez Ortega Julio | 181. Nunez Cruz Fidel |
| 135. Hernandez Ortega Ricardo | 182. Nunez Cruz Francisco |
| 136. Hernandez Perez Erasto | 183. Nunez Cruz Hugolino |
| 137. Hernandez Perez Felipe Neri | 184. Nunez Delgado Ruben |
| 138. Hernandez Perez Jose Guadalupe | 185. Nunez Diaz Luis |
| 139. Hernandez Perez Juan Manuel | 186. Nunez Garcia Alvaro |
| 140. Hernandez Ramirez Andres | 187. Nunez Garcia Ciro |

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

188. Nunez Gonzalez Cutberto
189. Nunez Montes Jaime
190. Nunez Montes Roberto
191. Nunez Montes Salomon
192. Nunez Santiago Jose
193. Olivares Malerba Ubaldo
194. Olivares Segura Silvano
195. Ortega Mar Anacleto
196. Ortega Mar Fernando
197. Ortega Perez Jaime
198. Ortiz Casanova Armando
199. Pena Humberto
200. Perez Barrios Virgilio
201. Perez Cruz Armando
202. Perez Cruz Ascencion
203. Perez Escamilla Andres
204. Perez Escamilla Jaime
205. Perez Gonzalez Roberto Carlos
206. Perez Hernandez Fernando
207. Perez Hernandez Ismael
208. Perez Hernandez Tomas
209. Perez Mar Jose Eduardo
210. Perez Ortega Benito
211. Perez Ortega Roberto Ismael
212. Perez Torres Isaias
213. Perez Villalobos Roberto Carlos
214. Pertales Delgado Amadeo
215. Pimentel Cruz Magdaleno
216. Pimentel Cruz Noe
217. Pimentel Garcia Pedro
218. Pimentel Garcia Urbano
219. Pimentel Lopez Fermin
220. Pineyro del Angel Juan Antonio
221. Portales de Leon Perfecto
222. Portales Hernandez Yorchie
223. Puga Martinez Santiago
224. Puga Santiago Abel
225. Puga Santiago Anibal
226. Puga Santiago Gustavo
227. Puga Santiago Hector
228. Ramirez Cervantes Abraham
229. Ramirez Gonzalez Jose
230. Ramirez Gonzalez Jose Guadalupe
231. Reyes Flores Miguel
232. Reyes Santiago Guadalupe
233. Rivera Gonzalez Luis  Alberto
234. Rodriguez Acosta Andres

235. Rodriguez Zaleta Fidel
236. Salas Casanova Domingo
237. Salas Cruz Catalino
238. Salas Gonzalez Jose Guadalupe
239. Salas Reyes Aureliano
240. Salas Reyes Felix
241. Salas Reyes Joel
242. Salas Reyes Pedro
243. Salvador Garcia Abel
244. Salvador Garcia Angel
245. Salvador Garcia Rigoberto
246. Santiago Esteves Isabel
247. Segura Casanova Mauricio
248. Segura del Angel Jose Luis
249. Segura del Angel Juvencio
250. Segura Rios Angel
251. Segura Rocha Esteban
252. Segura Sanchez Emigdio
253. Sosa Garcia Venustiano
254. Sosa Perez Victor
255. Valdes del Angel Francisco Javier
256. Valdez Gonzalez Ciro
257. Vazquez Cruz Filemon
258. Vazquez Garcia Crecencio
259. Vazquez Sosa Hernan
260. Vazquez Villalobos Jose Luis
261. Vazquez Villalobos Noe
262. Villarreal Barrios Leonte
263. Villarreal Constantino David
264. Villarreal Martinez Toribio
265. Villarreal Olivares Carlos
266. Villarreal Rivera Guadalupe
267. Zaleta Barrios Miguel Angel
268. Zaleta Barrios Porfirio
269. Zaleta Cruz Alejandro
270. Zaleta Cruz Hermenegildo
271. Zaleta Cruz Natividad
272. Zaleta Gonzalez Jorge Luis
273. Zaleta Gonzalez Julian
274. Zaleta Gonzalez Lorenzo
275. Zaleta Lorenzo Efrain
276. Zaleta Ortgea Angel
277. Zaleta Salvador Irineo
278. Zaleta Salvador Leobardo

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Aran Castro, Sergio
2. Aran Meza, Marco Antonio
3. Castellanos Cobos, Luis
4. Castellanos Villasana, Perfecta
5. Castro Cruz, Arturo
6. Cruz Velazquez, Leoncio
7. Espinoza Cruz, Jesus
8. Espinoza Cruz, Sabino
9. Garcia Blanco, Juan
10. Geronimo Zaleta, Jesus
11. Gonzalez Aran, Benjamin
12. Gonzalez Aran, Hector Hugo
13. Gonzalez Blanco, Efrain
14. Gonzalez Blanco, Francisco Javier
15. Gonzalez Blanco, Israel
16. Gonzalez Blanco, Julio Cesar
17. Gonzalez Casados, Arnulfo
18. Gonzalez Castellanos, Victor Manuel
19. Gonzalez Cruz, Cesar
20. Gonzalez Cruz, Mauricio
21. Gonzalez Gonzalez, Amado
22. Gonzalez Gonzalez, Ernesto
23. Gonzalez Gonzalez, Froylan
24. Gonzalez Gonzalez, Roman
25. Gonzalez Meza, Filadelfo
26. Gonzalez Meza, Juan Carlos
27. Gonzalez Meza, Ricardo
28. Gonzalez Ortiz, Abel
29. Gonzalez Rosas, Israel
30. Hernandez Aran, Federico
31. Hernandez Aran, Felix
32. Hernandez Aran, Fermin
33. Hernandez Aran, Filemon
34. Hernandez Aran, Genaro
35. Hernandez Aran, Leonardo
36. Hernandez Aran, Orlando
37. Hernandez Aran, Ramon
38. Hernandez Aran, Rosendo
39. Hernandez Reyes, Jose Antonio
40. Hernandez Santiago, Cirilo
41. Lopez Aran, Antelmo
42. Lopez Florencio, Martin
43. Lopez Florencio, Roman
44. Lopez Prianti, Jorge
45. Lopez Prianti, Miguel Angel
46. Lopez Prianti, Paulino
47. Mar Alejandre, Luis Alberto
48. Mar Hernandez, Jorge Luis
49. Mar Hernandez, Porfirio
50. Mar Jeronimo, Gustavo Alonso
51. Martinez Casados, Juan
52. Martinez Cruz, Juan Esteban
53. Meza Casados, Julio Cesar
54. Meza Cruz, Rene
55. Meza Gallardo, Arturo
56. Meza Gallardo, Gerardo
57. Meza Gallardo, Martimiano
58. Meza Gallardo, Pedro
59. Meza Gonzalez, Candelario
60. Meza Gonzalez, Felix
61. Meza Gonzalez, Guadalupe
62. Meza Gonzalez, Simon
63. Meza Gonzalez, Ventura
64. Meza Hernandez, Ernesto
65. Meza Juarez, Julian
66. Meza Salas, Eulinto
67. Meza Santiago, Irineo
68. Meza Santiago, Javier
69. Meza Torres, Ever
70. Meza Torres, Fernando
71. Meza Torres, Gregorio
72. Meza Torres, Hilario
73. Meza Torres, Jose Manuel
74. Meza Velazquez, Anselmo
75. Meza Zequera, Abel
76. Perez Cobos, Doroteo
77. Perez Cobos, Francisco
78. Perez Cobos, Ramiro
79. Perez Lima, Saul
80. Rodriguez Blanco, Antonio
81. Salas Blanco, Heriberto
82. Salas Gonzalez, Joel

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

83.     Salas Gonzalez, Martin
84.     Salas Gonzalez, Teodolo
85.     Salas Hernandez, Hugo
86.     Torres Aran, Simon
87.     Torres Meza, Francisco
88.     Torres Meza, Orlando
89.     Torres, Manuel
90.     Velazquez Castellanos, Juan
91.     Villasana Castro, Alfredo
92.     Villasana Castro, Bonifacio
93.     Villasana Castro, Damaso

B15 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE SAN ANDRES S.C. DE R.L.

"COOP PLAINTIFFS"

1.    Cruz Constantino, Fernanda
2.    Cruz Garcia, Eleuterio
3.    Cruz, Andres
4.    Figon Alejandre, Guillermo
5.    Juarez Buatista, Sebastian
6.    Mar Cruz, Faustino
7.    Mar Mendoza, Abundio
8.    Mar Mendoza, Isidro
9.    Medina Perez, Blanca Estela
10.   Morales Cruz, Gualberto
11.   Morales Cruz, Omar
12.   Morales Perez, Esther
13.   Morales Perez, Jose Luis
14.   Morales Perez, Rodolfo
15.   Morales Zuniga, Filiberto
16.   Morales Zuniga, Gualberto
17.   Perez Garcia, Claudia
18.   Rosas Bautista, Pedro
19.   Santiago Hernandez, Gerardo

B16 – LA SOCIDAD COOPERATIVA DE PRODUCCION PESQUERA DEL PUERTO DE
TUXPAN DE BIENES Y SERVICIOS S.C.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 1. Aldana Mendoza Ramon | 48. Rangel Hernandez Casimiro |
| 2. Arias Mosqueda Agustin | 49. Reyes Amaro Leonardo |
| 3. Bermudez Blanco Emilio | 50. Reyes Cruz Clemente |
| 4. Bermudez Cortez Cecilio | 51. Reyes Cruz Felix |
| 5. Bermudez Cortez Samuel | 52. Reyes Cruz Patricio |
| 6. Blanco Reyes Aquilino | 53. Reyes Cruz Toribio |
| 7. Blanco Reyes Felipe | 54. Reyes Cruz Valentin (1) |
| 8. Blasco Cruz Juan | 55. Reyes Cruz Valentin (2) |
| 9. Blasco Cruz Noe | 56. Reyes Cruz Venancio |
| 10. Carbajal Ramos Victor | 57. Reyes Cruz Zenaido |
| 11. Carbajal Reyes Victor Manuel | 58. Reyes Reyes Felipe |
| 12. Cruz Blasco Eulalio | 59. Reyes Reyes Pedro |
| 13. Cruz Guevara Alberto | 60. Reyes Vicencio Gilberto |
| 14. Cruz Guevara Fernando | 61. Reyes Vicencio Lorenzo |
| 15. Cruz Herrera Juan | 62. Reyes Vicencio Manuel |
| 16. Cruz Hidalgo Cosme | 63. Rivera Reyes Jaime |
| 17. Cruz Reyes Victor | 64. Ruiz Castan Agustin |
| 18. Cruz Rodriguez Alvaro | 65. Ruiz Cortez Jesus |
| 19. Cruz Rodriguez Victor Manuel | 66. Sanchez Hidalgo Fortunato |
| 20. Escalante Hernandez Domingo | 67. Solis Reyes Humberto |
| 21. Hernandez Cruz Eva | 68. Torres Leos Antonio |
| 22. Hernandez Cruz Francisco | 69. Torres Leos Federico |
| 23. Hernandez Vicencio Maximino | 70. Trejo Leyton Espiridion |
| 24. Herrera Reyes Jorge | 71. Zaleta Reyes Miguel |
| 25. Inocencio Vicencio Clemente | |
| 26. Inocencio Vicencio Francisco | |
| 27. Jonguitud Valenzuela Angel | |
| 28. Jonguitud Valenzuela Jesus | |
| 29. Martinez Gallegos Juan Antonio | |
| 30. Martinez Hernandez Anibal | |
| 31. Martinez Hernandez Silvestre | |
| 32. Martinez Leyton Rodrigo | |
| 33. Martinez Reyes Juan Gabriel | |
| 34. Mendoza Tellez Enrique (1) | |
| 35. Mendoza Tellez Enrique (2) | |
| 36. Mendoza Torres Sixto | |
| 37. Munoz Martinez Albertano | |
| 38. Munoz Reyes Jose | |
| 39. Munoz Reyes Sebastian | |
| 40. Navarrete Cruz Enrique | |
| 41. Navarrete Cruz Julio | |
| 42. Navarrete Cruz Pedro | |
| 43. Perlestayn Reyes Rosalino | |
| 44. Ponce Valdez Liliana | |
| 45. Ramirez Juarez Gabino | |
| 46. Ramirez Juarez Juan | |
| 47. Ramirez Reyes Juan Manuel | |

B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DE SALADERO S.C.L.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1. | Alarcon Cruz, Miguel Angel | 47. | Flores Jeronimo, Piedad |
| 2. | Aran Blanco, Eleuterio | 48. | Flores Santiago, Alfredo |
| 3. | Aran Cruz, Tereso | 49. | Flores Santiago, Efrain |
| 4. | Aran Hernandez, Paul | 50. | Flores Santiago, Jose Antontio |
| 5. | Aran Mar, Antonio | 51. | Fransisco Fajardo, Aurelia |
| 6. | Aran Mar, Encarnacion | 52. | Geronimo Cruz, Andres |
| 7. | Aran Olvera, Ricardo | 53. | Gonzalez Castillo, Tomas |
| 8. | Aran Santiago, Pedro | 54. | Gonzalez Reyes, Franco |
| 9. | Aran Valdez, Celestino | 55. | Gonzalez Reyes, Maurilio |
| 10. | Aran Valdez, Miguel Angel | 56. | Gonzalez Rosas, Oscar |
| 11. | Aran Valdez, Octavio | 57. | Guerrero Cruz, Alejandro |
| 12. | Baena Aran, Jose Luis | 58. | Guerrero Cruz, Emiliano |
| 13. | Barranza Galindo, Gerardo | 59. | Hernandez Cruz, Clemente |
| 14. | Bautista Blanco, Agustin | 60. | Hernandez Cruz, Crispin |
| 15. | Bautista Cruz, Cirilo | 61. | Hernandez Cruz, Jose Jacinto |
| 16. | Bautista Cruz, Gregorio | 62. | Hernandez Espinoza, Bitiliano |
| 17. | Bautista Cruz, Patricio | 63. | Hernandez Lugo, Diego |
| 18. | Bautista Cruz, Santos | 64. | Hernandez Ramiro, Margarito |
| 19. | Benites Palomares, Jose | 65. | Juarez Torres, Cesar |
| 20. | Camarillo Castanon, Martin | 66. | Lira Cruz, Cupertino |
| 21. | Camarillo Cruz, Sergio | 67. | Lopez Meza, Agustin |
| 22. | Camarillo Diaz, Rafael | 68. | Mar Aran, Esteban |
| 23. | Casados Aran, Aniceto | 69. | Mar Aran, Jesus |
| 24. | Casados Aran, Hector | 70. | Mar Aran, Juan |
| 25. | Casados Aran, Juan | 71. | Mar Aran, Pedro |
| 26. | Casados Aran, Milton Carlos | 72. | Mar Casanova, Jaime |
| 27. | Casados Casados, Delfino | 73. | Mar Lara, Juan Felipe |
| 28. | Casados Casados, Jose Luis | 74. | Mar Perez, Adolfo |
| 29. | Casados Casanova, Juan Alberto | 75. | Mar Perez, Daniel |
| 30. | Casados Meza, Alicia | 76. | Mar Perez, Meliton |
| 31. | Castellanos Hernandez, Angel | 77. | Mar Salinas, Aurelio |
| 32. | Castro Jeronimo, Josafat | 78. | Mar Salinas, Jesus |
| 33. | Castro Sosa, Teofilo | 79. | Mar Santiago, Francisco |
| 34. | Cobarrubias Casados, Cesar | 80. | Mar Torres, Joaquin |
| 35. | Colunga Sanches, Vicente | 81. | Mar Torres, Miguel Angel |
| 36. | Cruz Hernandez, Orlando | 82. | Martinez Juarez, Angel |
| 37. | Cruz Juarez, Bibiano | 83. | Martinez Mendez, Tomas |
| 38. | Cruz Reyes, Librado | 84. | Meza del Angel, Margarito |
| 39. | Cruz Ruiz, Juan Jose | 85. | Mora Casados, Manuel Abad |
| 40. | Cruz Salvador, Alejandra | 86. | Mora Casados, Ruben |
| 41. | Cruz, Tereso | 87. | Narvaez Casados, Andres |
| 42. | Deantes Valdes, Jose Lorenzo | 88. | Palomares Benites, Bernabe |
| 43. | del Angel Castro, Genaro | 89. | Perez Mesa, Victorico |
| 44. | Escalante Cruz, Dionicia | 90. | Ramirez Gonzalez, Victor Manuel |
| 45. | Flores Castro, Bernabe | 91. | Reyes Gonzalez, Jose Alfredo |
| 46. | Flores Castro, Mario | 92. | Reyes Guzman, Enrique (2) |

B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DE SALADERO S.C.L.

"COOP PLAINTIFFS"

| | |
|---|---|
| 93. | Reyes Guzman, Enrique (2) |
| 94. | Rios Martinez, Jesus Herlindo |
| 95. | Rosas Zaleta, Irineo |
| 96. | Ruiz Casados, Sergio |
| 97. | Ruiz Mar, Felipe |
| 98. | Ruiz Mar, Primitivo |
| 99. | Ruiz Torres, Guadalupe |
| 100. | Santiago Flores, Lorenzo |
| 101. | Santiago Gonzalez, Mario |
| 102. | Santiago Hernandez, Francisco |
| 103. | Sequera Casados, Antonio |
| 104. | Solis Cruz, Marcial |
| 105. | Sosa Escalante, Andres |
| 106. | Sosa Gonzalez, Andres |
| 107. | Torres Castellanos, Felipe |
| 108. | Torres Cruz, Gustavo |
| 109. | Torres Meza, Hector |
| 110. | Torres Meza, Miguel Angel |
| 111. | Torres Santos, Leonardo |
| 112. | Torres Santos, Ramona |
| 113. | Valdez Meza, Eleuterio |
| 114. | Zaleta Rosas, German |
| 115. | Zequera Casados, Sixto |

B18 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DE ALTURA
JAROCHOS S.C. L.

"COOP PLAINTIFFS"

1.    Castan Gonzalez Gildardo
2.    Cruz Benitez Narciso
3.    Cruz Solano Jorge
4.    Franco Zaleta Joel
5.    Herrera Istepan Jose Alberto
6.    Lima Benitez Carlos
7.    Lima Noguera Carlos
8.    Lima Ruiz Carlos Orlando
9.    Mendoza Gonzalez Jesus Alberto
10.   Ugalde Franco Paulino
11.   Ugalde Lima Carlos Vidal