# EXHIBIT "D"

## Compra Venta de Felipe Barrios, et al
## "Retail and Processing Plaintiffs"

| | | |
|---|---|---|
| 1. | Compra Venta de Felipe Barrios | 10 Plaintiffs |
| 2. | Compra Venta Victor Valenzuela | 21 Plaintiffs |
| 3. | Despicadoras de la Isla de San Juan A Ramirez | 76 Plaintiffs |
| 4. | Grupo la Esperanza Flor Idilia | 108 Plaintiffs |
| 5. | Fileteras de Mamey de Antonio Aran | 27 Plaintiffs |
| 6. | Peladoras de Camarón de la Pescadores de Tamiahua | 69 Plaintiffs |
| 7. | Esposas & Hijos de Socios de la Huasteca Veracruzana | 205 Plaintiffs |
| 8. | Hijos de Sociedad Cooperativa Pescadores de Saladero | 53 Plaintiffs |
| 9. | Esposas de la Rivera de Tampico Alto | 116 Plaintiffs |
| 10. | Esposas de Socios de la Sociedad Cooperativa Riverena de Saladero | 73 Plaintiffs |
| 11. | Grupo Cucharas Juan Ortega Romero Artemio Aran | 53 Plaintiffs |
| 12. | Unión de Fileteros de Cucharas José Luis Palacios Medina | 56 Plaintiffs |
| 13. | Grupo La Sirenita Felipa Celestino Artemio Aran | 57 Plaintiffs |
| 14. | Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 54 Plaintiffs |
| 15. | Despicadoras de Jaiva los Higueros Artemio Aran | 31 Plaintiffs |
| 16. | Despicadoras de la Majahua Karina | 23 Plaintiffs |
| 17. | Despicadores y Pescadores Libres de Saladero | 74 Plaintiffs |
| 18. | Despicadores y Pescadores libres de la Merced | 26 Plaintiffs |
| 19. | Grupo La Trucha Guillermina Hernández | 22 Plaintiffs |
| 20. | Despicadoras de San Jerónimo | 7 Plaintiffs |
| 21. | Grupo Superacion Jahasaviel Cruz Castro | 20 Plaintiffs |
| 22. | Restaurante Nuevo Veracruzano Tuxpan | 13 Plaintiffs |
| 23. | Restaurante Nuevo Veracruzano Tamiahua Angel Ramos | 33 Plaintiffs |
| 24. | Compradores de la Soc. Coop. Pescadores de Tamiahua | 44 Plaintiffs |
| 25. | Compra Venta de la Soc. Coop Tamiahua | 105 Plaintiffs |
| 26. | Pensionados de la Soc. Coop. Rivera de Tampico Alto | 40 Plaintiffs |
| 27. | Restauranteros, Compradores y Cosedores de Mariscos de Tampico Alto | 59 Plaintiffs |
| 28. | Esposas de Socios de la Cooperativa de Pescadores de Tamiahua | 301 Plaintiffs |
| 29. | Hijos de Socios de la Cooperativa de Pescadores de Tamiahua | 141 Plaintiffs |
| 30. | Esposas de Socios de Cooperativa de San Jerónimo | 25 Plaintiffs |
| 31. | Hijos de Socios de la Cooperativa de Cabo Rojo | 11 Plaintiffs |
| 32. | Esposas de Socios de la Cooperativa de Cabo Rojo | 87 Plaintiffs |
| 33. | Esposas de la Cooperativa Reforma | 137 Plaintiffs |
| 34. | Hijos de Socios de la Cooperativa Reforma | 30 Plaintiffs |
| 35. | Esposas de Socios de Ostioneros del Sur Cucharas | 28 Plaintiffs |
| 36. | Esposas de la Coop. de Tamiahua | 301 Plaintiffs |
| 37. | Hijos de Socios de la Coop. de Tamiahua | 133 Plaintiffs |
| 38. | Hijos de Socios de la Cooperativa de Rivera de Tampico Alto | 86 Plaintiffs |
| 39. | Esposas y Hijos de la Cooperativa Productores y Pescadores de Saladero | 34 Plaintiffs |
| 40. | Esposas y Hijos de Socios de la Cooperativa La Aurora Barra de Cazones | 45 Plaintiffs |
| 41. | Restaurante Veracruzano Tamiahua | 5 Plaintiffs |
| 42. | Grupo Libre la Chavelita Jose Luis Perez Cruz | 2 Plaintiffs |
| 43. | Hijos de Socios de Congregacion Anahuac | 9 Plaintiffs |
| 44. | Esposas de Socios de Congregacion Anahuac | 18 Plaintiffs |
| 45. | Esposas de Socios de la Cooperativa de las Chacas | 22 Plaintiffs |
| 46. | Esposas de la Cooperativa Ostioneros de Saladero | 77 Plaintiffs |
| 47. | Hijos de la Cooperativa Ostioneros de Saladero | 60 Plaintiffs |
| 48. | Hijos de Socios de la Cooperativa de las Chacas | 13 Plaintiffs |
| 49. | Despicadoras de las Chacas | 23 Plaintiffs |
| 50. | Compra Venta del Mercado de Tuxpan | 15 Plaintiffs |

## D1 - COMPRO VENTA DE FELIPE BARRIOS

## RETAIL & PROCESSING

1. Alvarado Maya Dora Alicia
2. Barrios Anzures Felipe
3. Barrios Lorenzo Felipe
4. Escamilla Avendano Leoncio
5. Gomez Sanchez Maria Esther
6. Herrera Reyes Carlos
7. Lorenzo Aran Martha
8. Olvera Alvarado Carlos Antonio
9. Ramos Lopez Adriana
10. Reyes Lopez Javier

## D2 - COMPRO VENTA VICTOR VALENZUELA

## RETAIL & PROCESSING

1.   Alonso Bautista, Rosa Adriana
2.   Bautista Enriquez, Cristina
3.   Bautista Enriquez, Elizabeth
4.   Bautista Rodriguez Hermenegildo
5.   Bautista Rodriguez, Ausencio
6.   Blanco Gomez, Esperanza
7.   Buda Marinez, Guadalupe
8.   Caballo Blanco, Bertha Alicia
9.   Caballo Blanco, Esperanza
10.  Caballo Blanco, Rebeca
11.  Caballo Buda, Esther
12.  Caballo Buda, Surisadai Esperanza
13.  Castellanos Constantino Santa Filomena
14.  Castillo Avila, Mayra
15.  Deantes Cruz, Jesus
16.  Guzman Vazquez, Alma Claudia
17.  Hernandez Santiago, Minerva
18.  Izaguirre Deantes, Norma Alicia
19.  Morales Santiago, Elena
20.  Ollervidez Perez, Helday
21.  Perez Diaz, Francisca

## D3 - DESPICADORAS DE LA ISLA DE SAN JUAN A RAMIREZ

## RETAIL & PROCESSING

1. Aguilar Arteaga Gladys Denize
2. Aguilar Artega Lucero
3. Aguilar Castaneda Rosa
4. Barrios Rivera Liliana
5. Castelan Reyes Virginia
6. Constantino Casanova Janet
7. Constantino Hernandez Maria del Socorro
8. Cruz del Angel Candelaria
9. Cruz del Angel Rosalba
10. Cruz Licona Eunices
11. Cruz Ramos Concepcion Margarita
12. Cruz Sanchez Carolina
13. Cruz Sosa Fidela
14. Del Angel Oretga Maricela
15. Del Angel Villar Sugey Teresa
16. Escalante Casanova Beatriz
17. Gallardo Perez Georgia
18. Garcia Zaleta Sandra
19. Gonzalez Mar Rufina
20. Gonzalez Zaleta Maria Anselma
21. Gonzalez Zaleta Petra
22. Hernadez Casanova Fidencia
23. Hernandez Casanova Margarita
24. Hernandez Mendoza Camila
25. Hernandez Mendoza Virginia
26. Hernandez Morales Yuliana Elizet
27. Loredo Perez Leticia
28. Loya Cruz Susana
29. Maldonado Martinez Irma
30. Malerva Cruz Lizbeth
31. Malerva Gonzalez Marili
32. Malerva Navarrete Graciela
33. Malerva Navarrete Olga
34. Malerva Villarreal Magdalena
35. Mar Gonzalez Maria del Carmen
36. Mar Segura Blanca Flor
37. Marquez Santiago Laura
38. Martinez Sanchez Lidia
39. Maya Cruz Laura Elena
40. Medina Ricardo Dulce Yuri
41. Mendoza Lorenzo Tomasa
42. Mendoza Nunez Nallely
43. Morales Gonzalez Magdalena
44. Morales Gonzalez Maxima
45. Morales Zuniga Rafaela
46. Nunez Cruz Rosa
47. Olivares Morales Norma Edith
48. Ortega Perez Maria Luisa
49. Padilla Lorenzo Cristina
50. Peña Malerva Yasmin Mercedes
51. Perez Delgado Araceli
52. Perez Hernandez Nancy Edith
53. Perez Mar Luisa
54. Perez Mar Yenni Isela
55. Perez Ortega Alondra
56. Perez Ortega Diana
57. Perez Valdez Sofia
58. Perez Villarreal Beatriz
59. Quezada Perez Victoria
60. Ramos Cruz Leovijilda
61. Rodriguez Gonzalez Concepcion
62. Salas Malerva Mayra
63. Sanchez Flores Maribel
64. Santiago de la Cruz Maria Natividad
65. Santiago Vazquez Lelibeth
66. Sosa Vazquez Merida
67. Sosa Vazquez Soni Columbia
68. Teran Aguilar Maria del Pilar
69. Tiburcio Aguilar Karina
70. Tiburcio Aguilar Nahami
71. Valladares Rivas Eduarda
72. Valladares Rivas Leticia
73. Vazquez Sosa Eneyda
74. Villalobos Maya Carolina
75. Villalobos Maya Dora Maria
76. Zapata Leija Maria Aurora

## D4 - GRUPO LA ESPERANZA FLOR IDILIA

### RETAIL AND PROCESSING

1. Almaguer Sifuentes Maria Elvia
2. Alvarado Antonio Maria Elena
3. Barrios Olea Oralia
4. Barrios Ramirez Esperanza
5. Bautusta Castro Margarita
6. Blanco Cruz Leticia
7. Blanco Flores Iracema
8. Blanco Jonguitud Alicia Yasmin
9. Blanco Ortega Flor Iudlia
10. Blanco Rodriguez Marisela
11. Blanco Rodriguez Yuma Yadira
12. Casados Lorenzo Cristina
13. Castro Hernandez Eunice
14. Castro Juarez Dionisia
15. Castro Juarez Elena
16. Caudana Carbajal Jose Antonio
17. Cayetano Bautista Silviana
18. Cervantes Barrios Epigmenia
19. Cervantes Barrios Silvestre
20. Cruz Cruz Maria de Lourdes
21. Cruz Garcia Imelda
22. Cruz Pimentel Areli
23. Cruz Rosendo Obdulia
24. Cruz Saldaña Lucia
25. Cruz Saldaña Maria Abrana
26. De Alba Lara Lucia
27. Del Angel Delgado Santos
28. Del Angel Lara Josue
29. Del Angel Lara Maria Nepthali
30. Delgado Ortega Yulian Cristal
31. Duque Tovar Claudia
32. Enriques Ortega Miriam
33. Estevez Martir Marcela
34. Estevez Martir Marisa
35. Flores Barrios Elizabeth
36. Flores Mar Abizac
37. Flores Mar Sesia
38. Flores Sifuentes Enoc
39. Flores Sifuentes Gemma
40. Galindo Hernadez Nereyda
41. Garcia Islas Edith
42. Gonzalez Bautista Gloria Blanca
43. Gonzalez Cayeteano Maritina
44. Gonzalez Estevez Caritina
45. Gonzalez Gonzalez Zenaida
46. Gonzalez Santiago Maria Julia
47. Hernandez Guadalupe Justino
48. Hernandez Hernandez Rossana
49. Hernandez Licona Valentina
50. Hernandez Segura Franci Neli
51. Hernandez Segura Llaniris
52. Jonguitud Escobar Maria Teresa de Jesus
53. Jonguitud Escobar Ricardo
54. Lara Hesiquio Estela
55. Lara Villegas Fortino
56. Linche Blanco Patricia
57. Loredo Martinez Yolanda
58. Lorenzo Alvarado Xochitl
59. Mar Blanco Teresa de Jesus
60. Marquez Blanco Ruth Mireya
61. Marquez Valdes Pascuala
62. Martir Garcia Maricela
63. Martir Santiago Enriqueta
64. Martir Santiago Gloria
65. Martir Santigao Melesia
66. Martir Valdez Joseph
67. Medina Albizo Paulina
68. Mendoza Garcia Maria Eugenia
69. Moncada Mendoza Margarita Esmeralda
70. Morato Solis Leoba
71. Ontiverios Acuña Maria de la Paz
72. Ortega Duque Adilene
73. Ortega Juarez Elvira
74. Ortega Juarez Margarita
75. Ortega Morato Beatriz
76. Ortega Ruperta
77. Ortega Valdez Claudia
78. Palacios Guzman Ahasbai
79. Palacios Medina Inocencia
80. Palacios Mendoza Merari
81. Palacios Mendoza Pedro
82. Palacios Palacios Blanca Aurora

## D4 - GRUPO LA ESPERANZA FLOR IDILIA

### RETAIL AND PROCESSING

| | | | | |
|---|---|---|---|---|
| 83. | Palacios Priche Reyna Judith | | 96. | Rosendo Reyes Minerva |
| 84. | Palacios Sobrevilla Asahel | | 97. | Saldaña Barrios Perfecto |
| 85. | Paralta Hernadez Celedonio | | 98. | Segura Delgado Alberta |
| 86. | Perez Castro Vianey | | 99. | Sifuentes Comeam Maria Ernestina |
| 87. | Perez Doce Blanca Estela | | 100. | Sobrevilla Garcia Manuela |
| 88. | Priche Gonzalez Clarisel | | 101. | Solis Castro Efren |
| 89. | Priche Gonzalez Yuliana | | 102. | Solis Castro Maria del Carmen |
| 90. | Priche Ortega Aurora | | 103. | Tomas Bautista Ana Alicia |
| 91. | Ramirez Gonzalez Clarivel | | 104. | Valdes Cruz Jovita |
| 92. | Rios Carmen | | 105. | Valdes Cruz Maria de Jesus |
| 93. | Rivera Gonzalez Marcelina | | 106. | Zaleta Priche Ana Maria |
| 94. | Rocha Ontiverios Flor | | 107. | Zaleta Priche Gloria |
| 95. | Romero Noriega Victoria | | 108. | Zaleta Priche Griselda |

## D5 - FILETEROS DE MAMEY  DE ANTONIO ARAN

## RETAIL AND PROCESSING

1.   Atanacio Marcelo Luciana
2.   Dominguez Antonio Ignacio Dionicio
3.   Dominguez Antonio Jesus Feliciano
4.   Dominguez Antonio Maria Natividad
5.   Garcia Alejandre, Ricardo
6.   Garcia Lugo, Diana Arisbet
7.   Hernandez Flores, Salome
8.   Hernandez Ortega, Vicente
9.   Hidalgo Rodriguez, Ada Itzel
10.  Hidalgo Rodriguez, Israel
11.  Macias Cruz, Ernesto
12.  Morales Loiza, Nalleli
13.  Ortega Isidro, Jose Valente
14.  Ortega Juarez, Juan Manuel
15.  Perez Cruz, Jose Luis
16.  Perez Cruz, Nereo
17.  Perez Dominguez, Bellem del Rosario
18.  Perez Dominguez, Luis Efrain
19.  Perez Valdez, Aide
20.  Perez Valdez, Ivette
21.  Perez Valdez, Nereo de Jesus
22.  Perez Valdez, Yurima
23.  Reyes Santiago, Maria Pascuala
24.  Rocha Ontiveros, Jose Librado
25.  Salas Estevez, Abel
26.  Santiago Estevez, Mariano
27.  Valdez Estevez, Alvaro

**D6 - PELADORES DE CAMARON DE LA PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING**

| | | | |
|---|---|---|---|
| 1. | Aldana Cruz Margarita | 36. | Martinez Benitez Teresa |
| 2. | Alejandre Lopez Ana Karen | 37. | Martinez Cruz Marcela |
| 3. | Aran Ferral Leticia | 38. | Martinez Ramos Gladys Isabel |
| 4. | Benavides Perez Tomasa | 39. | Martinez Roman Esmeralda |
| 5. | Benitez Santiago Antonia | 40. | Martinez Roman Lucero |
| 6. | Casanova Cruz Margarita | 41. | Maya Hidalgo Ana Maria |
| 7. | Casanova Morioka Yoshira | 42. | Mendoza Maya Veronica |
| 8. | Castañeda Meraz Maria Guadalupe | 43. | Meraz Zamora Lilia |
| 9. | Constantino Cruz Griselda | 44. | Meraz Zamora Mari Cruz |
| 10. | Copal Hernandez Yaneth | 45. | Nolasco Gallardo Rubi |
| 11. | Cortez Ramos Elizabeth | 46. | Ortega Gomez Rosalba |
| 12. | Cruz Cruz Luz Violeta | 47. | Ortega Ramirez Reyna |
| 13. | Cruz Garcia Paula | 48. | Ovando Roman Bertha Alicia |
| 14. | Cruz Guitan Maria Abel | 49. | Perez Copal Antonia |
| 15. | Cruz Ramos Lidia | 50. | Perez Dominguez Concepcion |
| 16. | Delgado Franco Martha | 51. | Perez Garcia Ana Isabel |
| 17. | Diaz Roque Citlali | 52. | Perez Maya Laura |
| 18. | Estrada Flores Olga Concepcion | 53. | Perez Roman Claudia Iveth |
| 19. | Ferral Diaz Hilda | 54. | Ramirez Cruz Araceli |
| 20. | Gomez Benavidez Carolina | 55. | Reyes Blanco Miriam |
| 21. | Gomez Benavidez Deisi | 56. | Reyes Maya Yolanda |
| 22. | Gomez Espinoza Micaela | 57. | Rodriguez Alejandre Yolanda |
| 23. | Gonzalez Blanco Iveth | 58. | Rodriguez Cruz Evelia |
| 24. | Gonzalez Blanco Lizbeth Nallely | 59. | Roman Baron Sonia |
| 25. | Hernandez Garcia Maria Del Carmen | 60. | Roman Diaz Petra |
| 26. | Hernandez Garcia Zuleima | 61. | Roman Martinez Alicia |
| 27. | Hernandez Hernandez Leticia | 62. | Roman Martinez Irma |
| 28. | Julian Vazquez Leonor | 63. | Saldaña Macias Amada |
| 29. | Lopez Alvarado Guadalupe | 64. | Sobrevilla Gallardo Julia |
| 30. | Lopez Rios Maria | 65. | Sobrevilla Saldaña Lucero |
| 31. | Lopez Roman Eva Maria | 66. | Torres Ferral Nelida |
| 32. | Lopez Salazar Amada | 67. | Villalobos Constantino Regina |
| 33. | Lorencez Martinez Alma Delia | 68. | Zamora Cruz Filomena |
| 34. | Lorenzo Valdez Juana | 69. | Zamora Denisse Guadalupe |
| 35. | Martinez Benitez Ines | | |

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | | | |
|---|---|---|---|
| 1. | Alejandre Cervantes Isabel | 45. | Delgado Gallardo Placida |
| 2. | Alejandre Gonzalez Beatriz | 46. | Escalante Casanova Beatriz |
| 3. | Alejandre Gonzalez Patricia | 47. | Escalante Casanova Marta |
| 4. | Alejandre Mar Maria De Las Mercedes | 48. | Escobar Cruz Nohemi |
| 5. | Alvarado Morfin Maria Guadalupe | 49. | Escobar Gonzalez Maria Bertha |
| 6. | Arregoita Mar Alfonsa | 50. | Escobar Ricardo Jesus |
| 7. | Arteaga Gonzalez Maria Concepcion | 51. | Estevez Estevez Juana |
| 8. | Arteaga Gonzalez Yolanda | 52. | Estevez Gonzalez Maria Silvestre |
| 9. | Atreaga Gonzalez Anita | 53. | Estevez Josefina |
| 10. | Barrios Casanova Magdalena | 54. | Estevez Lozano Patricia |
| 11. | Barrios Casanova Zoila | 55. | Estevez Maria Luisa |
| 12. | Blanco Cruz Dulce Maria | 56. | Estevez Marquez Santiaga |
| 13. | Blanco Cruz Evangelina | 57. | Garcia Del Angel Apolinar |
| 14. | Blanco Cruz Patricia | 58. | Garcia Del Angel Candida |
| 15. | Blanco Martinez Alma Rosa | 59. | Garcia Del Angel Maria Del Rosario |
| 16. | Cano Hernandez Maria Guadalupe | 60. | Garcia Del Angel Maria Magdalena |
| 17. | Cardenas Copal Leopolda | 61. | Garcia Gonzalez Damaris Arely |
| 18. | Casanova Delgado Rosa | 62. | Garcia Malerva Rosita |
| 19. | Casanova Gallardo Marisol | 63. | Garcia Margarita |
| 20. | Casanova Gonzalez Eugenia | 64. | Garcia Maria Irene |
| 21. | Casanova Gonzalez Maria De Jesus | 65. | Garcia Perez Maria Del Socorro |
| 22. | Casillas Del Angel Cynthia Esmeralda | 66. | Garcia Vazquez Xochil Maria Magdalena |
| 23. | Castro Casados Victoria | 67. | Gomez Armenta Eloisa |
| 24. | Centeno Ostos Maria Teresa | 68. | Gomez Segura Alvina |
| 25. | Cepeda Leonor | 69. | Gomez Segura Lilia |
| 26. | Constantino Blanca Estela | 70. | Gonzalez Artega Maria Del Carmen |
| 27. | Constantino Cruz Elizabeth | 71. | Gonzalez Barrois Maria Elena |
| 28. | Constantino Leal Graciela | 72. | Gonzalez Carvajal Felipa |
| 29. | Constantino Leal Rosa Alba | 73. | Gonzalez Constantino Lucia |
| 30. | Constantino Mar Maria Magdalena | 74. | Gonzalez Constantino Maria |
| 31. | Cruz Castaneda Carmela | 75. | Gonzalez Constantino Rosa Mayra |
| 32. | Cruz Cruz Angelica | 76. | Gonzalez Del Angel Maria Elena |
| 33. | Cruz Cruz Asuncion | 77. | Gonzalez Del Angel Oralia |
| 34. | Cruz Cruz Fidencia | 78. | Gonzalez Delgado Margarita |
| 35. | Cruz Cruz Gaudalupe | 79. | Gonzalez Estevez Marcela |
| 36. | Cruz Del Angel Ericka Lizbet | 80. | Gonzalez Estevez Maria Elena |
| 37. | Cruz Gonzalez Josefina | 81. | Gonzalez Estevez Ninfa |
| 38. | Cruz Sanchez Elsa | 82. | Gonzalez Estevez Paula |
| 39. | De La Cruz Zacarias Elizabeth | 83. | Gonzalez Gonzalez Dionicia |
| 40. | Del Angel Cruz Maria Pompeya | 84. | Gonzalez Hernandez Dulce Maria |
| 41. | Del Angel Gonzalez Irene | 85. | Gonzalez Perez Domitila |
| 42. | Del Angel Gonzalez Lorena | 86. | Gonzalez Perez Dora |
| 43. | Del Angel Pena Norma | 87. | Gonzalez Perez Rosa Elena |
| 44. | Del Angel Perez, Maria P. | 88. | Guerrero Banda Odith |

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | | | | |
|---|---|---|---|---|
| 89. | Hernandez Ahumada Ruth | | 133. | Nolasco Cruz Esmeralda |
| 90. | Hernandez Barragan Enrique | | 134. | Nolasco Mar Lorena |
| 91. | Hernandez Cruz Francisca | | 135. | Nolasco Mar Zorayda |
| 92. | Hernandez Garcia Maria Dolores | | 136. | Nunez Gonzalez Vicenta |
| 93. | Hernandez Gonzalez Clara Luz | | 137. | Nunez Montes Florencia |
| 94. | Hernandez Hernandez Susana | | 138. | Nunez Montes Valentina |
| 95. | Hernandez Maya Edilberta | | 139. | Origuela Gomez Maira Margarita |
| 96. | Hernandez Ortega Agustina | | 140. | Orta Perez Elpidia |
| 97. | Hernandez Ortega Beatriz | | 141. | Ortega Arredondo Yolisma |
| 98. | Hernandez Ortega Lilia | | 142. | Ortega Ordonez Marcela |
| 99. | Hernandez Palacios Blanca Aurora | | 143. | Ortega Ordonez Maria De Los Angeles |
| 100. | Hernandez Perez Antolina | | 144. | Ortega Sosa Lilia |
| 101. | Hernandez Perez Dora | | 145. | Ortega Sosa Rosaura |
| 102. | Jimenez Santiago Fernanda | | 146. | Ortega Sosa Sagrario |
| 103. | Lara Perez Hermila | | 147. | Palma Tapia Maria De Lourdes |
| 104. | Lira Romero Lorena | | 148. | Pascual Cruz Enriqueta |
| 105. | Malerva Villarreal Maria Alejandra | | 149. | Perez Barrios, Esmeralda |
| 106. | Mar Malerva Magali | | 150. | Perez Constantino Amelia |
| 107. | Mar Perez Ana Maria | | 151. | Perez Delgado Leticia |
| 108. | Mar Perez Dora Hilda | | 152. | Perez Escamilla Angelica Maria |
| 109. | Mar Perez Martha Laura | | 153. | Perez Gallardo Marlyn |
| 110. | Mar Torres Guadalupe | | 154. | Perez Gonzalez Maria Cristina |
| 111. | Martinez Cruz Abigail | | 155. | Perez Mar Angela |
| 112. | Martinez Lorenzo Elda Luz | | 156. | Perez Mar Edith |
| 113. | Martir Carvajal Laura Patricia | | 157. | Perez Mar Jovita |
| 114. | Martir Santiago Alma Delia | | 158. | Perez Mascarenas Zamira |
| 115. | Mata Mar Rocio | | 159. | Perez Rivera Emma |
| 116. | Maximiliano Espinosa Martha Nayely | | 160. | Perez Villalobos Maria Ema |
| 117. | Maya Perez Anastacia | | 161. | Perez Villalobos Maria Felix |
| 118. | Maya Santos Maria Guadalupe | | 162. | Perez Villalobos Sandra |
| 119. | Mendez Flores Rosario | | 163. | Pineiro Del Angel Blanca Ema |
| 120. | Mendoza Barrios Susana | | 164. | Portales Gonzalez Santa |
| 121. | Mendoza Catalina | | 165. | Portales Hernandez Nohemi |
| 122. | Mendoza Garcia Maria Elena | | 166. | Puga Santiago Euralia |
| 123. | Mendoza Mendoza Icela | | 167. | Ramirez Lopez Ramona |
| 124. | Mendoza Nunez Rubi | | 168. | Ramos Saavedra Elsa |
| 125. | Mendoza Perez Eusebia | | 169. | Resendis Ramirez Yurema Ibeth |
| 126. | Mesa Malerva Clotilde | | 170. | Reyes Jimenez Martha Estela |
| 127. | Molar Hernandez Guillermina | | 171. | Reyes Santiago Ana Mireya |
| 128. | Morales Constantino Guadalupe | | 172. | Rivera Aquino Mariana |
| 129. | Morales Perez Ana Luisa | | 173. | Rivera Ramirez Loyda |
| 130. | Morales Salas Erika | | 174. | Rivera Ramirez Macelina |
| 131. | Morales Salas Maribel | | 175. | Rivera Segura Silvia |
| 132. | Nieto Mendoza Claudia | | 176. | Roman Martinez Emilia |

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | | | |
|---|---|---|---|
| 177. | Ruiz Barrios Griselda | 192. | Sosa Vazquez Graciela |
| 178. | Salas Cruz Diana | 193. | Torres Gonzalez Teresa |
| 179. | Salas Delgado Irma Cristal | 194. | Vazquez Cruz Francisca |
| 180. | Saldana Gonzalez Ariana Sulem | 195. | Vazquez Flores Maria Guadalupe |
| 181. | Salvador Cruz Adelita | 196. | Vazquez Villalobos Elizabeth |
| 182. | Salvador Garcia Sofia | 197. | Villalobos Del Angel Maria Refugio |
| 183. | Salvador Guzman Nancy Guadalupe | 198. | Villarreal Del Angel Maria Del Refugio |
| 184. | Sanchez Barrios Paula | 199. | Villarreal Centeno  Rebeca |
| 185. | Santiago Alejandres Isabel | 200. | Villarreal Cristina |
| 186. | Santos Herrera Estela | 201. | Villarreal Martinez Aurora |
| 187. | Segura Rivera Silvia | 202. | Villarreal Rivera Lucinda |
| 188. | Sepeda Meza Leonor | 203. | Zaleta Arteaga Erica Isabel |
| 189. | Smith Cruz Maria Yolanda | 204. | Zaleta Gonzalez Juana |
| 190. | Sosa Perez Maria Araceli | 205. | Zaleta Valdez Josefina |
| 191. | Sosa Perez Mireya | | |

# D8 - Hijos De La Soc. Coop. Pescadores De Saladero

## "Retail and Processing Plaintiffs"

1.   Aran Aran Flor Piedad
2.   Aran Cruz Raymundo
3.   Aran Hernandez Nestor
4.   Aran Lopez Hipolita
5.   Aran Mar Maria Luisa
6.   Aran Olvera Ana Ruth
7.   Aran Zaleta Arturo
8.   Baena Jeronimo Jose Luis
9.   Bautista Blanco Maria Del Socorro
10.  Bautista Blanco Maria Elena
11.  Bautista Blanco Martha
12.  Bautista Ramirez Teresa De Jesus
13.  Casados Cobos Sabino
14.  Casados Reyes Celia
15.  Castro Sosa Julia
16.  Cobarruvias Meza Marina
17.  Constantino Zaleta Jaime
18.  Flores Castro Aurelio
19.  Flores Palomares Mario De Jesus
20.  Galindo Garcia Teodora
21.  Hernandez Cruz Isaura
22.  Hernandez Del Angel Susana
23.  Hernandez Diaz Jose Luis
24.  Jeronimo Garces Gabriel
25.  Juarez Mar Cesar Juan
26.  Lopez Mellado Sonia
27.  Lopez Zequera Paola Edith
28.  Lugo Flores Galdino
29.  Mar Casados Jesus Salvador
30.  Mar Constantino Nallely
31.  Mar Olmos Maricela
32.  Mar Salinas Griselda
33.  Mar Santiago Julia
34.  Mar Torres Ana Yuliana
35.  Martinez Gonzalez Maria Elena
36.  Martinez Juarez Jose Tomas
37.  Meza Espinoza Sain Eduardo
38.  Mora Lorenzo Arisbeth
39.  Narvaez Francisco Alejandra
40.  Narvaez Mar Irving Alejandro
41.  Palomares Meza Mauricio
42.  Perez Gallardo Margarita
43.  Reyes Ruiz Paulina
44.  Rodriguez Ruiz Juana Maria
45.  Ruiz Casados Inocencia
46.  Ruiz Valdez Julio Cesar
47.  Santiago Cruz Jorge Adrian
48.  Santiago Flores Ricarda
49.  Santiago Flores Victoria
50.  Torres Casados Vanessa
51.  Torres Clemente Alma Delia
52.  Torres Cruz Rosa Elena
53.  Torres Meza Gabriela Alejandra

## D9 - ESPOSAS DE LA RIVERA DE TAMPICO ALTO

## RETAIL AND PROCESSING

1. Alejo Miguel Conrada
2. Arteaga Maya Julia
3. Arteaga Ramirez Blanca Estela
4. Arteaga Ramirez Irma
5. Arteaga Rodriguez Alicia
6. Arteaga Rodriguez Carmela
7. Arteaga Segura Maria de los Angeles
8. Arteaga Villalobos Fidelina
9. Barrios Barrios Teresa
10. Barrios Seguera Norma Edith
11. Bautista Castan Edelmira
12. Bautista Ferrer Lucina
13. Bazarte Suarez Yadira
14. Caballero del Angel Martha
15. Carrasco Cruz Lucia
16. Carrasco Rosas Beatriz
17. Carrasco Rosas Miriam
18. Casanova Gonzalez Bellanira
19. Casimiro Hernandez Candelaria
20. Castan Reyes Jovita
21. Castro Rivera Yasmin
22. Coronado Gonzalez Cristian
23. Cruz Arteaga Nancy Yarely
24. Cruz Casanova Rosa Maria
25. Cruz Garcia Ann Bertha
26. Cruz Garcia Maria del Carmen
27. Cruz Perez Bruna
28. Cruz Ramirez Flor Silvestre
29. Cruz Ramos Blanca Lidia
30. Cruz Reyes Consuelo
31. Davalos Orta Clara
32. Del Angel Del Angel Mercedes
33. Del Angel Reyes Erika
34. Delgado Sanchez Jenny
35. Duran Hernandez Maria Guadalupe
36. Duran Hernandez Sonia Isabel
37. Figueroa Villarreal Nora Hilda
38. Gonzalez Armenta Iriza Edith
39. Gonzalez Arteaga Sandra
40. Gonzalez Arteaga Yessenia
41. Gonzalez Barron Maria Caridad
42. Gonzalez Barron Reyna Catalina
43. Gonzalez Cruz Amalia
44. Gonzalez Cruz Carpofora
45. Gonzalez Franco Maria Elena
46. Gonzalez Gomez Antonia Micaela
47. Gonzalez Martinez Ana Bertha
48. Gonzalez Martinez Maria de la Luz
49. Gonzalez Martinez Maria Teresa
50. Gonzalez Martinez Rosa Alma
51. Guerrero Pena Martha
52. Hernandez Cruz Bertha
53. Hernandez del Angel Rosenda
54. Hernandez Guzman Maria Julia
55. Hernandez Mateos Maria Esther
56. Hernandez Morales Blanca Edith
57. Hernandez Murillo Apolinar
58. Hernandez Sanchez Maria del Carmen
59. Hernandez Sanchez Maria Estela
60. Herrera Rios Victoria
61. Herrera Rios Virginia
62. Lejarza Arteaga Maria del Rosario
63. Lemus Martinez Monica Leticia
64. Loaiza Salvador Amanda
65. Lopez Perez Rosa Esther
66. Maldonado Figon Adela
67. Malerva Perez Maribel
68. Martinez Olguin Elvira
69. Mascarenas Sanchez Maria del Pilar
70. Maya Mellado Nora Hortencia
71. Mellado Perez Angelica Maria
72. Mendoza Mar Ignacia
73. Meza Reyes Dora Elvira
74. Mireles Rodriguez Adelita
75. Morales Miranda Maria Beronica
76. Morales Reyna Imelda
77. Narvaiz Lugo Martha Yanet
78. Orta Jerez Ma Guadalupe
79. Ortega Mendoza Bruna
80. Perez Hernandez Maribel
81. Perez Orta Maria Elena
82. Perez Perez Maria Bertha
83. Perez Reyes Crisantia

## D9 - ESPOSAS DE LA RIVERA DE TAMPICO ALTO

## RETAIL AND PROCESSING

84. Perez Reyes Hortencia
85. Pineiro Hernandez Iliana
86. Pineiro Ruiz Cristina
87. Pineiro Ruiz Julieta
88. Pineiro Ruiz Paula
89. Polito Rangel Ana Maria
90. Polito Rangel Geronima
91. Polito Rangel Yolanda
92. Ramirez Casanova Santa Elena
93. Ramos Cruz Graciela
94. Reyes Arteaga Margarita
95. Reyes Salinas Eugenia
96. Reyes Salinas Lucia
97. Reyes Tapia Filomena
98. Rodriguez Martinez Fidela
99. Rodriguez Perez Maximina
100. Rodriguez Valdez Minerva
101. Rodriguez Valdez Paulina
102. Roman Suriano Maria Cristina
103. Ruiz Aumada Ernestina
104. San Juan Figon Dulce Maria
105. Sanchez Cortez Rosalba
106. Sanchez Figon Silvia
107. Sanchez Riburcio Aracely
108. Segura Flores Arely Judith
109. Segura Villanueva Yessenia Lizeth
110. Soto Romero Isabel del Carmen
111. Tiburcio Ortega Diana Danely
112. Tiburcio Ortega Teresa de Jesus
113. Vargas Torres Crisanta
114. Vazquez Roman Martha Ruth
115. Vega Maya Juliana
116. Villalobos Guillen Maria del Rosario

## D10 - ESPOSAS DE SOCIOS DE LA SOC. COOP. RIVERENA DE SALADERO

## RETAIL AND PROCESSING

1. Aran Casados, Ana Celia
2. Aran Casados, Maria Elena
3. Aran Zaleta, Maria Del Pilar
4. Barraza Galindo, Magdalena
5. Benitez Aran, Casimira
6. Blanco Martinez, Luisa
7. Casados Aran, Reyna
8. Casados Casados, Maria Ines
9. Casados Contreras, Araceli
10. Casanova Mezano, Yolanda
11. Casanova Sosa, Eusebia
12. Castellanos Valdez, Rocio
13. Castillo Marquez, Bibiana
14. Castro Sosa, Crescencia
15. Cequera Casados, Catalina
16. Clemente Hernandez, Auscencia
17. Constantino Cequera, Silvia
18. Constantino Zequera, Nelly
19. Cruz Cruz, Primitiva
20. Cruz Dominguez, Lucia
21. Cruz Geronimo, Justina
22. Cruz Lorenzo, Francisca
23. Cruz Meza, Felipa Ariadne
24. Cruz Torres, Anel Celina
25. Cruz Vargas, Victoria
26. Del Angel Ramirez, Petra
27. Diaz Hernandez, Infra
28. Espinoza Gallardo, Erika Fabiola
29. Espinoza Salas, Rosa Hilda
30. Gallardo Dominguez, Maria Josefa
31. Gallardo Eligio, Nancy
32. Garces Aran, Raquel
33. Gomez Perez, Blanca
34. Gonzalez Salinas, Mariela Iveth
35. Hernandez Castillo, Flor
36. Hernandez Meza, Martha Elena
37. Hernandez Torres, Isabel
38. Hernandez Valeriano, Esperanza
39. Hernandez, Maria Apolinar
40. Jeronimo Zaleta, Balbina
41. Juarez Garcia, Cornelia
42. Lara Salinas, Luz
43. Lee Castro, Veronica
44. Lopez Meza, Armida
45. Mar Cruz, Josefina
46. Mar Lara, Luz Esther
47. Mar Salinas, Felicitas
48. Martinez Gerardo, Delfina
49. Martinez Juarez, Ana Bertha
50. Martinez Juarez, Hortencia
51. Mendo Ortiz, Obdulia
52. Meza Hernandez, Elder
53. Meza Ruiz, Felipa
54. Olmos Pepe, Natividad
55. Olvera Huerta, Ruth
56. Peralta Aran, Maria Luisa
57. Perez Rivera, Alma Nelly
58. Ramirez Rosas, Margarita
59. Reyes Salinas, Coral
60. Reyes Santiago, Andrea
61. Rodriguez Rosas, Esperanza
62. Ruiz Casados, Nora Edit
63. Ruiz Zavala, Modesta
64. Ruiz, Maria Del Refugio
65. Salas Juarez, Maria
66. Salas Pazaron, Isidra
67. Sanchez Cruz, Edith Silvia
68. Santiago Flores, Jovita
69. Torres Cruz, Guadalupe
70. Torres Santos, Honoria
71. Valdez Meza, Raymunda
72. Zaleta Espinoza, Soledad
73. Zaleta Rosas, Pilar

## D11 - GRUPO CUCHARAS JUAN ORTEGA ROMERO ARTEMIO ARAN

## RETAIL & PROCESSING

1.   Antonio Santiago Pedro Gerardo
2.   Antonio Santiago Rafael Sebastian
3.   Blanco Bacilio Carlos
4.   Blanco Estevez Jorge Luis
5.   Blanco Priciliano Victoriano
6.   Castro Carbajal Omri
7.   Cayetano Bautista Zeferino
8.   Cequeira Cruz Alejandro
9.   Cequeira Cruz Samuel
10.  Cequeira Cruz Tereso
11.  Cequeira Ortega Michel
12.  Cruz Del Angel Antonio
13.  Delgado Garcia Chencho
14.  Enriquez Jerez Marciano
15.  Estevez Martir Efrain
16.  Galindo Garcia Francisco
17.  Galindo Hernandez Francisco
18.  Galindo Hernandez Marcelino
19.  Galindo Hernandez Santos
20.  Gaspar Pablo Francisco
21.  Gaspar Pablo Rosalio
22.  Gonzalez Bautista Sabas
23.  Gonzalez Gonzalez Jose Luis
24.  Gonzalez Rosalio
25.  Gonzalezs Ortega Ponceano
26.  Juarez Blanco Erick
27.  Mar Efren
28.  Martir Basilio
29.  Martir Cruz Julio Cesar
30.  Ortega Martir Seferino
31.  Ortega Moreno Juan
32.  Ortega Perez Everardo
33.  Ortega Romero Salvador
34.  Perez Rivera Julio Cesar
35.  Priche Linche Adan
36.  Priche Mendoza Federico
37.  Priche Mendoza Hector
38.  Priche Mendoza Noe
39.  Priche Mendoza Roque
40.  Reyes Gomez Victor
41.  Romero Noriega Silvestre
42.  Saldaña Constantino Fabian
43.  Santiago Hernandez Evelio
44.  Santiago Hernandez Francisco Javier
45.  Santiago Peralta Jose Alfredo
46.  Sequeira Ortega Diego Armando
47.  Sequera Hernandez Miguel
48.  Solis Castro Antonio
49.  Solis Castro Javier
50.  Solis Castro Raul
51.  Solis Santos Antonio
52.  Valdez Cruz Raul
53.  Zaleta Priche Elias

# D12 - UNION DE FILETEROS DE CUCHARAS JOSE LUIS PALACIOS MEDINA

## RETAIL & PROCESSING PLAINTIFFS

1. Alvarado Olares Alma Delia
2. Bautista Flores Liliana
3. Bautista Reyes Julia
4. Blanco Flores Maria Del Pilar
5. Blanco Flores Paula
6. Blanco Maya Belen Berahi
7. Blanco Maya Samseran Abisua
8. Cayetano Perez Camerina
9. Cruz Juarez Carmen
10. Cruz Linche Perla Edith
11. Cruz Maldonado Veronica
12. Cruz Marquez Abisai
13. Cruz Marquez Milca
14. Flores Cayetano Abizabeth
15. Flores Flores Antonia
16. Flores Marquez Jose David
17. Flores Marquez Yaneth
18. Flores Mendoza Jose
19. Garcia Castro Andrea
20. Garcia Gonzalez Aleyda
21. Gonzalez Esteban Jose
22. Gonzalez Santiago Catalina
23. Hernandez Perez Deybi Sammai
24. Linche Blanco Esmeralda
25. Mar Esparza Maria Trinidad
26. Mar Maya Nancy Lizbeth
27. Marquez Blanco Clara
28. Marquez Blanco Teresa
29. Martir Gonzalez Hugo
30. Maya Castro Carolina
31. Maya Castro Elizabeth
32. Maya Maya Jorge Armando
33. Mendez Martinez Yadira Guadalupe
34. Mendoza Bautista Fermin
35. Mendoza Martir Esther
36. Mendoza Martir Jose Fermin
37. Mendoza Valdez Severa
38. Ortega Blanco Areli
39. Ortega Blanco Karen Helem
40. Ortega Blanco Nincy Rahel
41. Ortega Mar Dora Alicia
42. Ortega Mar Noelia
43. Ortega Mar Oralia
44. Ortega Palacios Cecian
45. Ortega Palacios Rebeca
46. Ortega Palacios Samuel
47. Ortega Palacjos Elva Marvella
48. Palacios Basurto Elva
49. Palacios Basurto Felipe
50. Palacios Cruz Juan
51. Palacios Medina Jose Luis
52. Palacios Olivares Eleuteria
53. Palacios Ortega Adoni
54. Palacios Ortega Jose Gamaliel
55. Perez Perez Olga Lidia
56. Ramirez Coronado Dulce Rosario

## D13 - GRUPO LA SIRENITA FELIPA CELESTINO ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Antonio Garcia Teresa |
| 2 | Baeza Arpay Maria Isabel |
| 3 | Bautista Meza Felicitas |
| 4 | Blanco Cervantes Paula |
| 5 | Blanco Estevez Lucia Monserrat |
| 6 | Cayetano Bautista Rosario |
| 7 | Celestino Silverio Felipa |
| 8 | Cobos Navarro Herminia |
| 9 | Dominguez Antonio Guadalupe |
| 10 | Dominguez Antonio Luz Teresa |
| 11 | Dominguez Antonio Martha Idalia |
| 12 | Estevez Ramirez Lorenza |
| 13 | Flores Solis Maria Belen |
| 14 | Garcia Alvarado Guadalupe |
| 15 | Garcia Loiza Antelma |
| 16 | Garcia Lugo Jorge Alberto |
| 17 | Garcia Lugo Ricardo |
| 18 | Hernandez Cortez Rosalia |
| 19 | Hernandez Dominguez Laura |
| 20 | Hernandez Martinez Francisca |
| 21 | Hernandez Palacios Jaanai |
| 22 | Hernandez Valdez Sadibel |
| 23 | Jimenez Alejo Ruben |
| 24 | Jimenez Baeza Claudia Evelia |
| 25 | Jimenez Celestino Eliezer |
| 26 | Jimenez Celestino Elizabeth |
| 27 | Jimenez Celestino Eva |
| 28 | Jimenez Celestino Maria Esther |
| 29 | Jimenez Celestino Merari |
| 30 | Jimenez Zapata Jose Luis |
| 31 | Jonguitud Palacios Noemi |
| 32 | Linche Blanco Maria Del Carmen |
| 33 | Lugo Santiago Nicolasa |
| 34 | Martinez Cruz Juan Manuel |
| 35 | Marquez Blanco Miguel |
| 36 | Marquez Ramirez Eri Samay |
| 37 | Mendoza Mar Eva |
| 38 | Mendoza Mar Hilda |
| 39 | Morales Lugo Arturo |
| 40 | Morales Priche Larisa |
| 41 | Navarro Cayetanos Guadalupe |
| 42 | Olares Valdez Sandy Ibeth |
| 43 | Olares Valdez Yolanda |
| 44 | Ortega Romero Julio Cesar |
| 45 | Ortega Romero Nestor Daniel |
| 46 | Palacios Olivares Eunice |
| 47 | Palacios Olivares Ruth |
| 48 | Priche Linche Daniela |
| 49 | Priche Mendoza Eduardo |
| 50 | Priche Mendoza Josefina |

| | |
|---|---|
| 51 | Priche Mendoza Maria Isabel |
| 52 | Ramirez Hernandez Treyci |
| 53 | Ramirez Huesca Luz Marina |
| 54 | Valdez Castro Cipriana |
| 55 | Valdez Cruz Josefa |
| 56 | Zamarron Paczka Jesua |
| 57 | Zamarron Paczka Job |

## D14 - GRUPO LA JAIBA PESCADORES ALTO DEL TIGRE ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Barrios Olea Lucrecia | 42 | Segura Delgado Tomas |
| 2 | Betancourt Aquilina | 43 | Serrano Ontiveros Victor Manuel |
| 3 | Betancourt Ortega Nelther | 44 | Smith Cruz Concepcion |
| 4 | Blanco Gomez Mateo | 45 | Sosa Bautista Magdalena Elizabeth |
| 5 | Blanco Hernandez Francisco Javier | 46 | Torres Saldaña Angel Jhonatan |
| 6 | Casados Ramirez Mercedes | 47 | Zaleta Felipe |
| 7 | Castro Cruz Cresencia | 48 | Zaleta Garcia Margarito |
| 8 | Cepeda Meza Manuela | 49 | Zaleta Nolasco Oswaldo |
| 9 | Constantino Esteves Ernesto | 50 | Zaleta Saldaña Rito |
| 10 | Cruz Gallardo Maria Esther | 51 | Zaleta Salvador Alma Antelma |
| 11 | Cruz Santiago Miriam | 52 | Zaleta Salvador Candelario |
| 12 | Esteves Ramires Juan | 53 | Zaleta Salvador Lorenza |
| 13 | Garcia Delgado Eulalio | 54 | Zaleta Salvador Virginia |
| 14 | Hernandez Basilio Matilde | | |
| 15 | Hernandez Gonzalez Hugo Humberto | | |
| 16 | Hernandez Hernandez Gabriela | | |
| 17 | Hernandez Mar Antonia | | |
| 18 | Lozano Torrez Margarita | | |
| 19 | Mar Crisogono | | |
| 20 | Mar Mar Benito | | |
| 21 | Mar Saldaña Edilia | | |
| 22 | Martir Carvajal Jose Manuel | | |
| 23 | Mendoza Flores Gregorio | | |
| 24 | Nolasco Mar Norma | | |
| 25 | Ontiveros Garcia Silvia | | |
| 26 | Ortega Mar Lidia | | |
| 27 | Ortega Mayola | | |
| 28 | Ortega Zaleta Anacleto | | |
| 29 | Perez Mar Jose Luis | | |
| 30 | Perez Smith Alma Delia | | |
| 31 | Perez Torres Tomasa | | |
| 32 | Perez Zaleta Edmundo Hipolito | | |
| 33 | Raga Arteaga Arturo | | |
| 34 | Raga Banda Jose Luis | | |
| 35 | Raga Banda Juan De Dios | | |
| 36 | Ramirez Ramires Tomas | | |
| 37 | Ramirez Santiago Jael | | |
| 38 | Saldaña Garcia Eusebia | | |
| 39 | Salvador Cruz Antonio | | |
| 40 | Salvador Valdez Pablo Rigoberto | | |
| 41 | Santiago Cruz Lidoine | | |

**D15 - DESPICADORAS DE JAIBA LOS HIGUEROS ARTEMIO ARAN**

**RETAIL & PROCESSING PLAINTIFFS**

1.  Aguilar Carballo Angela
2.  Andres Cruz Maria
3.  Bautista Cruz Martha
4.  Bautista Cruz Martina
5.  Bautista Cruz Virginia
6.  Bautista Mendez Lorenza
7.  Blanco Cruz Paula
8.  Casados Cruz Estela
9.  Casados Cruz Nora Hilda
10. Castellanos Rosas Angel
11. Cruz Hernandez Ana Delia
12. Cruz Hernandez Bertha
13. Cruz Hernandez Tomasa
14. Felipe Bautista Camilo
15. Garcia Geronimo Maria Lourdes
16. Gaspar Chavez Angela
17. Gaspar Chavez Aurea
18. Geronimo Gonzalez Ana Maria
19. Gonzalez Bautista Socorro
20. Hernandez Chavez Aurelia
21. Hernandez Valeriano Nora
22. Martinez Paula
23. Olarte Calderon Lucia
24. Olarte Vazquez Isabel
25. Ramirez Pasaron Epifania
26. Ramiro Cruz Epifania
27. Reyes Santiago Aurora
28. Salas Razo Zita
29. Salas Tovar Maria Guadalupe
30. Salvador Santiago Crecencia
31. Sanchez Olarte Erika Lizette

## D16 - DESPICADORAS DE LA MAJAHUA KARINA

## RETAIL & PROCESSING PLAINTIFFS

1.  Castaneda Reyes Lorena
2.  Castro Perez Maria De Jesus
3.  Escobar Sobrevilla Candelaria Soledad
4.  Espinosa Perez Ana Karina
5.  Espinoza Gallardo Manuela
6.  Garcia Maya Bernabe
7.  Garcia Maya Silvia
8.  Hernandez Cruz Teresa De Jesus
9.  Hernandez Laureano Dorotea
10.  Licona Amador Irene
11.  Malerva Cruz Felipa
12.  Martir Cruz Laura Isela
13.  Perez Copal Alicia
14.  Perez Cruz Santa
15.  Perez Hernandez Tomasa
16.  Perez Mendoza Ernestina
17.  Reyes Cruz Santa
18.  Reyes Licona Blanca Estela
19.  Romero Perez Norma Delia
20.  Sanchez Zamora Claudia
21.  Sobrevilla Gallardo Lucia
22.  Sobrevilla Gallardo Ninfa
23.  Valdez Meraz Maximina

## D17 - DESPICADORAS Y PESCADORES LIBRES DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

1. Aran Blanco Nelson
2. Aran Cobos Isaura
3. Aran Cruz Gaudencia
4. Barraza Galido Beatriz
5. Barrios Del Angel Maria Ines
6. Benitez Cardenas Hector
7. Benitez Espinoza Eladio
8. Blanco Salinas Erminda
9. Casados Aran Maria Isabel
10. Casados Martinez Jose Reynaldo
11. Casados Meza Hector Ivan
12. Casados Ruiz Fernando
13. Castellanos Villasana Gabino
14. Cayetano Cruz Miguel Angel
15. Constantino Hernandez Jesus Alberto
16. Cordoba Sanchez David
17. Del Angel Zaleta Carlos
18. Diaz Muñoz Jesus
19. Espinoza Bautista Fernando
20. Espinoza Bautista Jorge
21. Espinoza Bautista Victor Alfonso
22. Espinoza Meza Efren
23. Espinoza Salas Alfonso
24. Espinoza Salas Jose Luis
25. Florencia Casados Antonio
26. Flores Casados Jesus Alfredo
27. Flores Cruz Benito
28. Francisco Cruz Rosa Lina
29. Francisco Fajardo Floriceli
30. Francisco Fajardo Juan
31. Francisco Fajardo Maricela
32. Francisco Fajardo Rosario
33. Francisco Fajardo Victoria
34. Gallardo Olmos Candelario
35. Gallardo Olmos Gabino
36. Gallardo Olmos Raymundo
37. Gonzalez Aran Luis Enrique
38. Gonzalez Aran Luz Adriana
39. Gonzalez Blanco Ervin
40. Gonzalez Blanco Jose Manuel
41. Gonzalez Blanco Noemy
42. Gonzalez Rosas Efrain
43. Gonzalez Rosas Filomeno
44. Guerrero Torres Aurelia Dora
45. Hernandez Adela
46. Hernandez Cruz Fredy Luis
47. Hernandez Peralta Hilario
48. Hernandez Salas Jose Alfredo
49. Hernandez Salas Maria Del Carmen
50. Hernandez Sanchez Karina
51. Mar Gamez Maria Natalia
52. Mar Meza Guillermo Antonio
53. Mar Salas Catalina
54. Mar Salinas Enidia
55. Mar Torres Andrea Francisca
56. Martinez Hernandez Maria Rosa
57. Meza Aviles Metodio
58. Meza Blanco Eligio
59. Meza Juarez Josafa
60. Meza Mar Karla Liliana
61. Meza Rodriguez Jose Luis
62. Perez Barraza Elizabeth
63. Ponce Palomares Maria Del Coral
64. Ramirez Cruz Eleuteria
65. Retiz Hernandez Rosa Maria
66. Rios Martinez Daniel De Jesus
67. Rodriguez Hernandez Carlos
68. Ruiz Casados Primitivo
69. Sanchez Cruz Rosa Elia
70. Santiago Cruz Rosario
71. Torres Casados Marcelo
72. Torres Casados Rosa Yaneth
73. Torres Peña Rosa Maria
74. Venegas Hernandez Araceli

## D18 - DESPICADORAS Y PESCADORES LIBRES DE LA MERCED

### RETAIL & PROCESSING PLAINTIFFS

1.    Aran Aran Daniel
2.    Aran Gonzales Porfirio
3.    Aran Mar Alvaro
4.    Aran Mar Dalia
5.    Aran Mar Everardo
6.    Aran Valdez Ana Lucia
7.    Copal Sosa Consuelo
8.    Copal Sosa Nora Hilda
9.    Cruz Amador Arturo
10.   Cruz Amador Blas
11.   Cruz Amador Cesar
12.   Cruz Amador Santiago
13.   Cruz Amador Socorro
14.   Del Angel Martinez Gabriel Antonio
15.   Gallardo Ridriguez Alfredo
16.   Gonzalez Lucas Liliana
17.   Hernandez  Meza Herminia
18.   Martinez Cruz Angel
19.   Martinez Cruz Ines
20.   Martinez Cruz Jesus
21.   Martinez Cruz Jose Luis
22.   Martinez Cruz Miguel Angel
23.   Martinez Cruz Sofia
24.   Perez Gil Felipe
25.   Salas Mendo Feliciano
26.   Sosa Gil Josefina

## D19 - GRUPO LA TRUCHA GUILLERMINA HERNANDEZ

## RETAIL & PROCESSING PLAINTIFFS

1.      Alejandre Flores Eunice
2.      Alejandre Flores Sandra
3.      Alejandre Flores Viridiana
4.      Antonio Santiago Sofia
5.      Aquino Lucas Luisa
6.      Barrios Ramires Maria Del Carmen
7.      Casados Hernandez Yadel
8.      Castro Morales Nayhelli Del Rocio
9.      Flores Cruz Concepcion
10.     Flores Cruz Elda
11.     Flores Flores Angela
12.     Flores Flores Domitila
13.     Garcia Alvarado Maribel
14.     Garcia Hernandez Maria Isabel
15.     Gonzalez Martir Nora Edith
16.     Gonzalez Ortega Raymunda
17.     Gonzalez Ruiz Adelina
18.     Hernandez Saldana Guillermina
19.     Martir Estevez Ema
20.     Martir Garcia Asalia
21.     Ruiz Ortega Ma Ascencion
22.     Santiago Atanacio Maria Floriberta

## D20 - DESPICADORAS DE SAN JERONIMO

## RETAIL & PROCESSING PLAINTIFFS

1.    Camarillo Diaz Patricia
2.    Casados Morato Andrea
3.    Cruz Gonzalez Catalina
4.    Diaz  Martinez Raymunda
5.    Gomez Perez Yadira Lizbeth
6.    Gonzalez Ramirez Josefina
7.    Razo Abado Cecilia

## D21 - GRUPO SUPERACION JAHASIEL CRUZ CASTRO

## RETAIL & PROCESSING PLAINTIFFS

1.  Blanco Del Angel Jorge
2.  Blanco Ortega Eliab
3.  Castro Jonguitud Francisca
4.  Cobos Garcia Juan Carlos
5.  Cruz Castro Elda Nery
6.  Cruz Castro Jahasiel Eved
7.  Cruz Castro Lizzethe
8.  Cruz Castro Miriam Mildred
9.  Cruz Castro Vasti Selomith
10. Cruz Constantino Martha
11. Cruz Lince Sama Abimael
12. Cruz Martir Arnulfo
13. Cruz Martir Jose Angel
14. Garcia Michcol Eunice
15. Hernandez Hernandez Viviana
16. Herrera Delgado Madai
17. Martir Garcia Gaston
18. Maya Cruz Orfa
19. Ortega Martin Zoila
20. Santiago Mogollon Merai

# D22 - RESTAURANTE NUEVO VERACRUZANO DE TUXPAN ANGEL RAMOS

## RETAIL & PROCESSING PLAINTIFFS

1.    Cortes Cruz Brenda
2.    Cortes Cruz Fermin
3.    Cortes Mendoza Rosaura
4.    Cortez Mendoza Gabriela
5.    Cruz Lopez Sixto
6.    Gomez Zeferino Agueda
7.    Leandro Ortega Yoselin Azucena
8.    Lucas De La Cruz Arnulfo
9.    Ortega Pulido Arminda
10.   Pasaran Isaias Anayeli
11.   Ramos Leandro Yuri
12.   Uribe Gomez Mariela
13.   Vasquez Gonzalez Maria Carmen

## D23 - RESTAURANTE NUEVO VERACRUZANO TAMIAHUA ANGEL RAMOS

## RETAIL & PROCESSING PLAINTIFFS

1   Aldana Ferral Maria Luisa
2   Ambrosio Santes Veronica
3   Capitan Diaz Esperanza
4   Cardenas Cruz Belinda
5   Castañeda Blanco Rosalia
6   Castañeda Luciano Ana Emilia
7   Coello Leandro Isabel
8   Cruz Del Angel Maria De Los Angeles
9   Cruz Olmedo Maria Teresa
10  Cruz Ovando Nely
11  Gazca Torres Martha Berenice
12  Hernandez Benitez Maria De Lourdes
13  Hernandez Benitez Yadira Guadalupe
14  Hernandez Carranza Emma
15  Leandro Cardenas Luz Ariana
16  Leandro Ortega Lilibeth Guadalupe
17  Leandro Roman Adela
18  Leandro Roman Manuela
19  Leyton Salazar Jorge Enrique
20  Nolasco Alejandre Sarai
21  Olmedo Perez Carolina
22  Ortega Nolasco Palmira Evelia
23  Perez Morales Flor Idalia
24  Ramos Carranza Angel
25  Ramos Garcia Porfirio
26  Ramos Leandro Dominga
27  Ramos Leandro Nadia Maribel
28  Reyes Casanova Marina
29  Rosas Franco Sara
30  Rosendo Del Angel Luis Octavio
31  Torres Cruz Arquimedes
32  Torres Martinez Adriana Elizabeth
33  Vicencio Cortez Maria De La Paz

## D24 - COMPRADORES DE LA SOC. COOP. PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

1.  Alejandre Sequera Beatriz Elena
2.  Avendano Valdez Marilu
3.  Benavidez Jimenez Julio
4.  Casados Ovando Norma Leticia
5.  Casanova Rivera Gustavo
6.  Constantino Hernandez Aurora
7.  Cordero Castro Zenon
8.  Cristobal Roman Veronica
9.  Cruz Orosco Juan
10. Cruz Perez Pedro
11. Cruz Rodriguez Pedro
12. Cruz Roman Maria Eugenia
13. De Los Santos Cruz Benito
14. Del Rio Hernandez Concepcion
15. Ferral Cruz Rodolfo
16. Franco Rangel Maria Soledad
17. Garcia Gomez Noel
18. Hernandez Ramirez Maria Del Carmen
19. Lara Marquez Carlos Roberto
20. Lopez De Leon Virginia
21. Lorencez Santiago Jose
22. Martinez Benitez Clara
23. Martinez Benitez Cristina
24. Martinez Benitez Porfiria
25. Mata Arguelles Maria Del Carmen
26. Mata Avendano Cintya Carola
27. Meraz Gonzalez Toribio
28. Mogollon Leandro Lilia
29. Monroy Perez Juan Gabriel
30. Muñoz Cruz Guadalupe
31. Nolasco Gomez Jorge
32. Osorio Aran Prisca
33. Perez Montiel Martha
34. Piñeiro Valdez Mauricio
35. Ramos Perez Francisco
36. Reyes Silva Eliseo
37. Rodriguez Cruz Alma Delia
38. Roman Martinez Alfonsa
39. Roman Martinez Evangelina
40. Roman Martinez Maricela
41. Sobrevilla Hernandez Luz Vianey
42. Sosa Cabrera Erika Leonor
43. Valdez Alvares Jorge Luis
44. Zumaya Martinez Roberto Carlos

## D25 - COMPRA VENTA DE LA SOC. COOP. TAMIAHUA

### RETAIL & PROCESSING

1. Aguilar Sosa Emma
2. Alvarado Perez Juana
3. Amador Cruz Rosario
4. Arenas Delgado Hermelinda
5. Barrios Anzurez Oscar
6. Blanco Cruz Martha
7. Cantu Maya Marilu
8. Cardenas Ferral, Maria De La Luz
9. Castañeda Valdes Narciso
10. Castellanos Leandro, Maria Guadalupe
11. Castro Galicia, Columba
12. Castro Rodriguez Roberto
13. Castro Solis Cecilia
14. Cobos Ferral Maria Irma
15. Coronado Zamora Gustavo
16. Cruz Balderas Laura
17. Cruz Cruz Hilda
18. Cruz Cruz Maria De Jesus
19. Cruz Gomez Lucio
20. Cruz Reyes Teresa
21. Cruz Rosendo Agustina
22. Cuervo Espinoza Faustino
23. Del Angel Ferral Javier
24. Farrera Lagos Teresa
25. Ferral Meza Rodolfo
26. Figon Alejandre Fabian
27. Figon Alejandre Francisca
28. Figon Alejandre Maria Luisa
29. Florencia Ramos Virginia
30. Flores Florencia Sonia Graciela
31. Franco Cobos Neri
32. Franco Cruz Martha
33. Galindo Nava Esteban
34. Garcia Diaz Rafaela
35. Gomez Roman Francisco Javier
36. Gonzalez Soto Margarita
37. Hernanadez Blanco Ismael
38. Hernandez Casados Francisco
39. Hernandez Casados Maria Enriqueta
40. Hernandez Cruz Tomasa
41. Hernandez Gidiño Martina
42. Hernandez Gonzalez Candelaria
43. Hidalgo Ramirez Anastacia
44. Isidro Perez Federico
45. Jimenez Luna Cesar
46. Jimenez Ramirez Constantino
47. Juarez Martinez Evangelina
48. Landeros Galicia Eva
49. Lorenzo Constantino Fidela
50. Mandujano Gomez Mercedes
51. Martinez Gonzalez Ana Isabel
52. Martinez Gonzalez Petra
53. Martinez Romero Alicia Araceli
54. Maya Franco Angelica Maria
55. Maya Villegas Elma
56. Mendoza Nava Jazmin
57. Mendoza Perez Javier
58. Merinos Cruz Irma
59. Meza Cobos Reynalda
60. Meza Cruz Obdulia
61. Meza Diaz Ligorio
62. Montano Cantu Oscar Abel
63. Nava Villegas Elma
64. Nicolas Gonzalez Adriana
65. Nolasco Aguilar Adriana
66. Nolasco Gomez Maria Luisa
67. Ortega Cruz Yaneth
68. Ortega Rodriguez Juanita Guadalupe
69. Peralta Alejandre Luis Eduardo
70. Perez Hernandez Margarito
71. Perez Hernandez Norma Edith
72. Perez Mendez Lina
73. Pineiro Garces Jose Abel
74. Pineiro Valdez Edith
75. Pineiro Valdez Rocio
76. Ramirez Cruz Epifanio
77. Ramirez Villegas Nancy
78. Ramos Leandro Roberto
79. Rangel Jimenez Emma
80. Reyes Castro Macaria
81. Reyes Rivera Blas
82. Ribera Carrion Julieta
83. Rodriguez Leandro Ricardo
84. Roman Barrios Tomasa
85. Roman Casanova Maria Candelaria
86. Roman Gonzalez Celia

## D25 - COMPRA VENTA DE LA SOC. COOP. TAMIAHUA

## RETAIL & PROCESSING

87. Roman Gonzalez Soledad
88. Romero Nava Adriana
89. Rosas Cristobal Agustina
90. Rosas Torres Lucrecia
91. Rosas Torres Teresa
92. Salas Ceron Evodio
93. Santander Meza Santiago
94. Saragoza Luna Crisostomo
95. Suarez Rivera Refugio
96. Torres Pulido Cecilia
97. Torres Zaleta Dominga
98. Valdez Cruz Dora Emigtia
99. Valdez Leandro Rosa
100. Vicencio Gaspar Marcela
101. Vicencio Sequera Hermelinda
102. Vicencio Sequera Inocencia
103. Villegas Santos Felipa
104. Zamora Blanco Cecilia
105. Zavala Florencia Jose Maria

## D26 - PENSIONADOS DE LA SOC. COOP. RIVERA DE TAMPICO ALTO

## RETAIL & PROCESSING PLAINTIFFS

1. Arteaga Maya Jesus
2. Arteaga Perez Flavio
3. Arteaga Perez Pascual
4. Arteaga Reyes Artemio
5. Arteaga Reyes Guadalupe
6. Barrios Barrios Gregorio
7. Constantino Perez Carlos
8. Cruz Figon Agustin
9. Cruz Figon Daniel
10. De La Cruz Hernandez Agustin
11. Delgado Turrubiates Ignacio
12. Garcia Arteaga Apolinar
13. Garcia Arteaga Reynaldo
14. Gomez Lorenzo Ranulfo
15. Gonzalez Gallardo Adelaido
16. Gonzalez Gallardo Ramiro
17. Hernandez Torres Pedro
18. Lorenzo Mar Espiridion
19. Lorenzo Olivares Mariano
20. Lorenzo Olivarez Adan
21. Martinez Cruz Arnulfo
22. Martinez Guzman Fidel
23. Martinez Hernandez Aurelio
24. Martinez Hernandez Guadalupe
25. Martinez Martinez Enrique
26. Maya Sequera Leonardo
27. Morales Constantino Maglorio
28. Ortega Perez Teodulo
29. Padron Juarez Santos
30. Pina Hernandez Norberto
31. Perez Cruz Ciriaco
32. Perez Cruz Gabriel
33. Polito Gonzalez Marcelo
34. Ramirez Deantes Ramon
35. Ramirez Martinez Esteban
36. Reyes Arteaga Franco
37. Reyes Hernandez Marcelino
38. Roman Del Angel Rodolfo
39. Villalobos Arteaga Faustino
40. Villanueva Enrique

## D27 - RESTAURANTEROS, COMPRADORES Y COSEDORES DE MARISCOS DE TAMPICO ALTO

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Alvarado Gonzalez Alma Elena |
| 2 | Arteaga Reyna Elizabeth |
| 3 | Barajas Rojas Maria Del Carmen |
| 4 | Blanco Cayetana Rosa Hilda |
| 5 | Carranza Azuara Ana Maria |
| 6 | Carrizales Gonzalez Carolina |
| 7 | Cruz Mar Carolina |
| 8 | Cruz Perez Cesar |
| 9 | Cuervo Gonzalez Ana Karen |
| 10 | Del Angel Garcia Enrique Jose |
| 11 | Del Angel Garcia Jose Enrique |
| 12 | Del Angel Ramirez Enrique |
| 13 | Delgado Vazquez Guadalupe |
| 14 | Garcia Silva Dora Alicia |
| 15 | Garcia Silva Joe David |
| 16 | Gonzalez Aquino Yuri Elizabeth |
| 17 | Gonzalez Cruz Petra |
| 18 | Gonzalez Hernandez Bertha |
| 19 | Gonzalez Morato Luis Antonio |
| 20 | Gonzalez Morato Maria Isela |
| 21 | Gonzalez Perez Arturo |
| 22 | Gonzalez Rodriguez Alta Gracia |
| 23 | Hernandez De Jesus Linda |
| 24 | Hernandez Moreno Mario |
| 25 | Herrera Rios Santa |
| 26 | Lopez Hernandez Abelina |
| 27 | Lorenzo Pino Diana |
| 28 | Lorenzo Pino Oscar |
| 29 | Martinez Martinez Olga Patricia |
| 30 | Martinez Martinez Olivia |
| 31 | Martinez Ramirez Jose Maria |
| 32 | Martinez Rivera Viridiana |
| 33 | Misael Arteaga Carrasco |
| 34 | Molar Herrera Alejandrina |
| 35 | Molar Mendoza Olivia |
| 36 | Morato Villalobos Marisela |
| 37 | Moreno Izaguirre Jose Alfonso |
| 38 | Moreno Molar Jose De Jesus |
| 39 | Olivares Sosa Magally |
| 40 | Olivares Sosa Ramona |
| 41 | Perez Martinez Yusaareli Yaquelin |
| 42 | Perez Orta Maria Filomena |
| 43 | Perez Segura Ema Olimpia |
| 44 | Piñeiro Cruz Abigail |
| 45 | Polito Barron Elizabeth |
| 46 | Portilla Valencia Maria Milagros |
| 47 | Ramirez Campoy Efren |
| 48 | Ramirez Gonzalez Juana |
| 49 | Ramirez Gonzalez Norberto |
| 50 | Reyes Baraja Cristina |
| 51 | Reyes Baraja Eduardo |
| 52 | Reyes Hernandez Yessica Yanet |
| 53 | Roman Martinez Santa |
| 54 | Ruiz Vita Daniel |
| 55 | Saldaña Moreno Angelica |
| 56 | Sanchez Delgado Maria Esther |
| 57 | Valdez Olivares Magally |
| 58 | Villalobos Delgado Nilda |
| 59 | Zaleta Gonzalez Suleima Irene |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1. Acosta Franco Chona | 52. Constantino Castellanos Bruna |
| 2. Acosta Franco Manuela | 53. Cortes Tellez  Laura Guadalupe |
| 3. Acosta Franco Maria Isabel | 54. Cortes Tellez Yanet Jazmin |
| 4. Aguilar Gallardo Elizabeth | 55. Cruz Cerecedo Julia |
| 5. Aguilar Gonzalez Usbelia | 56. Cruz Chamorro Clotilde |
| 6. Alarcon Meneses Josefa | 57. Cruz Cruz Adelfa |
| 7. Alejandre Cruz Laura | 58. Cruz Cruz Griselda |
| 8. Alejandre Victoria | 59. Cruz Cruz Virginia |
| 9. Allende Gutierrez Maria De Jesus | 60. Cruz Cuervo Raquel |
| 10. Allende Reyes Guadalupe | 61. Cruz Del Angel Petra |
| 11. Alvarado Leandro Magdalena | 62. Cruz Diaz Marta |
| 12. Alvarez Salvador Rosa Maria | 63. Cruz Espinoza Genoveva |
| 13. Amador Cabrera Maribel | 64. Cruz Ferral Beatriz |
| 14. Amador Franco Carmen | 65. Cruz Ferral Crecencia |
| 15. Amador Neri Maria De Lourdes | 66. Cruz Garcia Trinidad |
| 16. Andrade Cruz Felipa | 67. Cruz Gonzalez Esmeralda |
| 17. Aran Castillo Ana Cristina | 68. Cruz Hernandez Edith |
| 18. Aran Castillo Maria Ignacia | 69. Cruz Hernandez Juana |
| 19. Aran Cruz Elvira | 70. Cruz Martinez Concepcion |
| 20. Aran Mogollon Nora Hilda | 71. Cruz Perez Francisca |
| 21. Aranda Alvarado Dora Alicia | 72. Cruz Perez Mireya |
| 22. Aranda Cristobal Margarita | 73. Cruz Ramos Fidencia |
| 23. Arroyo Martinez Maria | 74. Cruz Valdez Laura |
| 24. Avila Alvarez Francisca | 75. Cruz Vicencio Maria Ines |
| 25. Bautista De La Cruz Floriberta | 76. Cruz Yañez Juana |
| 26. Bautista Ferrer Alejandra | 77. De La Rosa Jimenez Maribel |
| 27. Bautista Mendoza Blanca Isela | 78. Deantes Jimenez Celerina |
| 28. Bautista Sanchez Juana | 79. Del Angel Ferral Josefina |
| 29. Bello Bautista Catalina | 80. Del Angel Ovando Teresa De Jesus |
| 30. Bello Sobrevilla Galdina | 81. Delgado Gallardo Teofila |
| 31. Benavides Perez Maria De Los Angeles | 82. Diaz Blanco Josefa |
| 32. Benavides Perez Sabina | 83. Diaz Meza Zulema |
| 33. Blanco Carrillo Teresa | 84. Dominguez Blanco Norma |
| 34. Blanco Cruz Eloina | 85. Dominguez Mendoza Angela |
| 35. Blanco Cruz Sara | 86. Escalante Vicencio Silveria |
| 36. Blanco Cruz Teresa | 87. Escudero Garcia Yolanda |
| 37. Blanco Garcia Ursula | 88. Escudero Nava Yolanda |
| 38. Blanco Gonzalez Praxedis | 89. Escudero Reyes Carolina |
| 39. Blanco Sanchez Enriqueta | 90. Espinoza Constantino Sofia |
| 40. Canales Sanchez Cleotide | 91. Estevez Cruz Sabina |
| 41. Carrillo De La Cruz Marisa | 92. Estrada Flores Olga Concepcion |
| 42. Casanova Rosas Paz | 93. Ferral Cruz Lidia |
| 43. Castañeda Cruz Elicea | 94. Ferral Malerva Martina |
| 44. Castañeda Perez Deisi | 95. Figon Alejandre Isidora |
| 45. Castañeda Valdez Ofelia | 96. Figon Hernandez Rosa |
| 46. Castellanos Carranza Maria Ysabel | 97. Figon Perez Maria Del Carmen |
| 47. Castellanos Rodriguez Elvia | 98. Figon Romero Diana |
| 48. Castro Maya Daniela | 99. Figon Romero Sonia |
| 49. Castro Perez Bertha | 100. Florencia Blanco Rosa Elia |
| 50. Cisneros Garcia Mercedes | 101. Florencia Cruz Rosa Carmen |
| 51. Cobos Garcia Leticia | 102. Florencia Garcia Cristina |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 103. | Florencia Gomez Alma Delia | | 154. | Hernandez Huesca Diana Yazmin |
| 104. | Florencia Miranda Maura | | 155. | Hernandez Mar Romualda |
| 105. | Florencia Santiago Hilaria | | 156. | Hernandez Mendoza Adriana |
| 106. | Flores Aran Catia Del Pilar | | 157. | Hernandez Monroy Rosa Isela |
| 107. | Franco Delgado Irma | | 158. | Hernandez Ramirez Juana |
| 108. | Franco Hernandez Berta | | 159. | Hernandez Roman Clara Margarita |
| 109. | Galindo Cruz Nancy Elizabeth | | 160. | Hernandez Santiago Beatriz |
| 110. | Gallardo Garcia Carla Marlene | | 161. | Hernandez Viveros Maria Luisa |
| 111. | Gallardo Gonzalez Miguelina | | 162. | Isidro Cruz Alberta |
| 112. | Gallardo Martinez Rosa Linda | | 163. | Isidro Cruz Dora Alicia |
| 113. | Gamboa Rodriguez Elisa | | 164. | Isidro Zarate Martha Beatriz |
| 114. | Garcia Blanco Victoria | | 165. | Jacinto Martinez Evelia |
| 115. | Garcia Casanova Margarita | | 166. | Labias Hernandez Odilia |
| 116. | Garcia Castillo Hilaria | | 167. | Lara Cruz Clementina |
| 117. | Garcia Garcez Maria Del Rosario | | 168. | Leyton Florencia Elsa |
| 118. | Garcia Hernandez Matilde | | 169. | Leyton Ovando Martha Elva |
| 119. | Garcia Maya Maria Guadalupe | | 170. | Lopez Alvarado Maria Magdalena |
| 120. | Garcia Mendoza Claudia | | 171. | Lopez Aran Carilu |
| 121. | Garcia Perez Alejandra | | 172. | Lopez Roman Angela |
| 122. | Garcia Perez Dora Alicia | | 173. | Lorencez Santiago Clara |
| 123. | Garcia Ramos Amalia | | 174. | Macias Bautista Rosalva |
| 124. | Garcia Romero Benita | | 175. | Macias Garcia Rosa Idalia |
| 125. | Garcia Romero Esther | | 176. | Malerva Herrera Felipa |
| 126. | Garcia Romero Leonides | | 177. | Malerva Vazquez Tulia |
| 127. | Garcia Romero Maria Felix | | 178. | Mar Castan Regina |
| 128. | Garcia Santander Blanca | | 179. | Mar Ortega Matea |
| 129. | Garcia Simon Carmina | | 180. | Mar Reyes Maria Yadeli |
| 130. | Gomez Espinoza Bertha | | 181. | Mar Torres Maria Elvira |
| 131. | Gomez Jimenez Concepcion | | 182. | Martinez Benitez Eusebia |
| 132. | Gomez Martinez Emma | | 183. | Martinez Castellanos Maria Estela |
| 133. | Gomez Martinez Eutimia | | 184. | Martinez Meza Guadalupe |
| 134. | Gomez Martinez Melva Lorena | | 185. | Martinez Nolasco Serafina |
| 135. | Gomez Mata Maribel | | 186. | Martinez Ramirez Rufina |
| 136. | Gonzalez Alejandre Ana Maria | | 187. | Martinez Reyes Ana Delia |
| 137. | Gonzalez Avila Karla | | 188. | Martinez Reyes Irma |
| 138. | Gonzalez Cruz Olga Lidia | | 189. | Mata Avendano Cinthia Carola |
| 139. | Gonzalez Hernandez Azalia | | 190. | Maya Hernandez Genoveva |
| 140. | Gonzalez Ramirez Venancia | | 191. | Maya Martinez Juana |
| 141. | Gonzalez Reyes Virginia | | 192. | Maya Sobrevilla Julia |
| 142. | Gonzalez Salazar Maura | | 193. | Mendez Elias Graciela |
| 143. | Granillo Miranda Inocencia | | 194. | Mendo Hernandez Maria E. |
| 144. | Gutierrez Blanco Candelaria Guadalupe | | 195. | Mendoza Cristobal Juliana |
| 145. | Hernandez Casados Dora Alicia | | 196. | Mendoza Cruz Elizeth |
| 146. | Hernandez Cruz Leonila | | 197. | Mendoza Meza Eugenia |
| 147. | Hernandez Cruz Patricia | | 198. | Mendoza Meza Matilde |
| 148. | Hernandez Espinoza Leopolda | | 199. | Mendoza Perez Genara |
| 149. | Hernandez Florencia Ana Kari | | 200. | Meraz Delgado Aquilina |
| 150. | Hernandez Garcia Virginia | | 201. | Meraz Zamora Guadalupe |
| 151. | Hernandez Gonzalez Jesus | | 202. | Meza Olivares Maria De La Luz |
| 152. | Hernandez Gudiño Trinidad | | 203. | Mogollon Juarez Hilaria |
| 153. | Hernandez Hernandez Edelmira | | 204. | Mogollon Orozco Alba |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 205. | Morales Ramirez Venancia | | 256. | Roman Cobos Francisca |
| 206. | Morioka Cedillo Rosalba | | 257. | Roman Diaz Carolina |
| 207. | Nolasco Reyes Inez | | 258. | Roman Martinez Maria Antonia |
| 208. | Nolasco Reyes Matilde | | 259. | Roman Mogollon Antonina |
| 209. | Nolasco Reyes Rosa Isela | | 260. | Roman Ortega Eva Luz |
| 210. | Ocampo Pasaran Maria Cruz Gabriela | | 261. | Roman Perez Cristina |
| 211. | Ortiz Aranda Maria De La Luz | | 262. | Romero Del Angel Maria Idalid |
| 212. | Ortiz Cruz Maria Eugenia | | 263. | Romero Perez Esmeralda |
| 213. | Ortiz Meza Araceli | | 264. | Romero Perez Yeimi Ruth |
| 214. | Osorio Cobos Manuela | | 265. | Romero Reyes Catalina |
| 215. | Ovando Cruz Maria Guadalupe | | 266. | Roque Torres Maria Magdalena |
| 216. | Ovando Salas Teresa De Jesus | | 267. | Rosas Garcia Patricia |
| 217. | Perez Aguilar Juana | | 268. | Rosas Valdez Josefa |
| 218. | Perez Castro Marina | | 269. | Ruiz Iturbide Lidia |
| 219. | Perez Copal Maria Del Rocio | | 270. | Salas Mogollon Alma Delia |
| 220. | Perez Cruz Dora Delia | | 271. | Saldana Macias Amada |
| 221. | Perez Dominguez Isidora | | 272. | Saldana Macias Maria Sandra |
| 222. | Perez Ferral Maria Leticia | | 273. | Saldana Mar Maria Engracia |
| 223. | Perez Ferral Sabina | | 274. | Salguero Castellanos Rosalia Consuelo |
| 224. | Perez Garcia Maria Del Rocio | | 275. | Sanchez Blanco Gregoria |
| 225. | Perez Mar Amparo | | 276. | Santes Bautista Eufemia |
| 226. | Perez Valdez Flora | | 277. | Sequera Mendoza Matilde |
| 227. | Peyrani Del Angel Aide | | 278. | Sobrevilla Gallardo Clara |
| 228. | Peirany Reyes Elisa | | 279. | Sobrevilla Gallardo Julia |
| 229. | Ramirez Casanova Evangelina | | 280. | Sobrevilla Malerva Alma |
| 230. | Ramirez Reyes Andrea | | 281. | Sobrevilla Marleva Mariana |
| 231. | Ramirez Reyes Socorro | | 282. | Sobrevilla Saldaña Esperanza |
| 232. | Ramirez Reyes Susana | | 283. | Soto Balleza Elena |
| 233. | Ramos Franco Erika | | 284. | Tapia Roman Maria Luisa |
| 234. | Ramos Hernandez Olga Lidia | | 285. | Tapia Roman Neri |
| 235. | Ramos Mar Reyna | | 286. | Terraza Lopez Miriam |
| 236. | Ramos Rivera Guadalupe | | 287. | Torres Isidro Mariza |
| 237. | Reyes Blanco Karina Elena | | 288. | Torres Ramirez Maria Del Carmen |
| 238. | Reyes Blanco Maria | | 289. | Torres Roman Lazara |
| 239. | Reyes Casanova Heliodora | | 290. | Valdez Vargas Petra |
| 240. | Reyes Castro Eleuteria | | 291. | Valdez Vargas Zozima |
| 241. | Reyes Castro Laura | | 292. | Vazquez Bautista Guadalupe |
| 242. | Reyes Diaz Victoria | | 293. | Vazquez Peralta Maria Guadalupe |
| 243. | Reyes Garcia Justina | | 294. | Vazquez Ramirez Balvina |
| 244. | Reyes Medellin Maria Elena | | 295. | Vega Cruz Zoila |
| 245. | Reyes Mendoza Concepcion | | 296. | Vicencio Figon Luisa |
| 246. | Reyes Mendoza Elvira | | 297. | Vicencio Hernandez Erika |
| 247. | Reyes Ramirez Ana Maria | | 298. | Vicencio Santiago Hilaria |
| 248. | Reyes Roman Victoria | | 299. | Villasana Cruz Silvia |
| 249. | Rivera Alvarado Angela | | 300. | Zamora Mendoza Sayra Berenice |
| 250. | Rodriguez Cruz Claudia | | 301. | Zamora Sanchez Concepcion |
| 251. | Rojas Cruz Esmeralda | | | |
| 252. | Roman Alvarado Maria Guadalupe | | | |
| 253. | Roman Baron Hilda | | | |
| 254. | Roman Baron Mirna | | | |
| 255. | Roman Casanova Crescencia | | | |

## D29 - HIJOS DE SOCIOS DE LA COOP TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1. Aguilar Roman Jose Antonio | 53. Garcia Diaz Phenelope Yaneth |
| 2. Alejandre Salguero Nora | 54. Garcia Romero Eduardo |
| 3. Alejandre Villazana Flora | 55. Garcia Santander Yolanda |
| 4. Aran Barrios Laura | 56. Gomez Capitan Edgar |
| 5. Aran Cruz Jesus Adelfo | 57. Gomez Cruz Genaro |
| 6. Aran Cruz Modesto | 58. Gomez Del Angel Eder Emanuel |
| 7. Aran Hernandez Alberto | 59. Gonzalez Aran Luis Angel |
| 8. Barrios Meza Julieta | 60. Gonzalez Cruz Amauri Antonio |
| 9. Bello Sobrevilla Lucio | 61. Gonzalez Cruz Candido |
| 10. Bello Sobrevilla Mario | 62. Gonzalez Evangelio Salvador |
| 11. Blanco Cruz Julian | 63. Gonzalez Martinez Andres |
| 12. Blanco Diaz Jose Juan | 64. Gonzalez Meza Fredy |
| 13. Briceño Castillo Juan | 65. Gonzalez Sanchez Pablo |
| 14. Capitan Hernandez Ivan | 66. Hernandez Cabriales Leopoldo |
| 15. Castellanos Figon Emiliano | 67. Hernandez Casados Francisco |
| 16. Castellanos Figon Emilio | 68. Hernandez Mendoza Maribel |
| 17. Castillo Gaspar Delia | 69. Hernandez Perez Andres |
| 18. Castro Gonzalez Sergio Adrian | 70. Hernandez Perez Sugey |
| 19. Castro Hernandez Edgar | 71. Hernandez Rivera David |
| 20. Cepeda del Angel Jose Luis | 72. Hernandez Rivera Ricardo Adan |
| 21. Copal Meza Diana | 73. Hernandez Salas Rubicel |
| 22. Cruz Alejandre Jorge Alberto | 74. Hernandez Zamora Hector Emilio |
| 23. Cruz Cruz Erik | 75. Isidro Juarez Ivon |
| 24. Cruz Cruz Jaime | 76. Isidro Perez Baetriz |
| 25. Cruz Cruz Julio Cesar | 77. Isidro Tejeda Sarai |
| 26. Cruz Ferral Diana | 78. Juarez Perez Hisiquio |
| 27. Cruz Franco Inocencio | 79. Leandro Aran Rosa Iveth |
| 28. Cruz Garcia Luis Antonio | 80. Lorenzo Blanco Yliana |
| 29. Cruz Rivera Sofia | 81. Lorenzo Valdez Nancy |
| 30. Cruz Zamora Jazmin | 82. Loya Hernandez Juan Daniel |
| 31. Del Angel Ferral Teresa | 83. Macias Gonzalez Jhony |
| 32. Del Rio Rodriguez Denis Estephany | 84. Martinez Diaz Cosme |
| 33. Diaz Barrios Dominga | 85. Martinez Gonzalez Armando |
| 34. Diaz Garcia Blanca Vianeth | 86. Martinez Meza Jose Antonio |
| 35. Diaz Gonzalez Luz Maria | 87. Maya Hernandez Roberto |
| 36. Diaz Mendez Roberto Carlos | 88. Mendoza Cruz Quintin |
| 37. Diaz Ortega Flarinda | 89. Mendoza Diaz Sandra |
| 38. Diaz Reyes Raul Alonso | 90. Mendoza Perez Yovanny |
| 39. Escudero Cruz Celeste | 91. Meza Cobos Raul |
| 40. Espinoza Rodriguez Julio Cesar | 92. Meza Cruz Alejandra |
| 41. Ferral Aranda Areli Yazmin | 93. Meza Cruz Luis Enrique |
| 42. Ferral Ramos Jeronimo | 94. Meza Del Angel Hilario |
| 43. Figon Espinoza Jose Alberto | 95. Meza Franco Maria Guadalupe |
| 44. Figon Jerez Francisco Feliciano | 96. Meza Gonzalez Manuel |
| 45. Figon Perez Aney | 97. Meza Martinez Eric |
| 46. Figon Perez Maria Elena | 98. Meza Martinez Rosendo |
| 47. Figon Rodriguez Maria Esther | 99. Meza Serafin Jose Roberto |
| 48. Figon Sobrevilla Felipe | 100. Meza Yañez Luis Angel |
| 49. Florencia Zamora Juan Bernanbe | 101. Munoz Reyes Fermin |
| 50. Galindo Barrios Manuel | 102. Ortega Gomez Arturo |
| 51. Garces Castro Zeydi | 103. Ortega Santander Cristobal |
| 52. Garcia Chavez Facunda | 104. Perez Aldaz Cosme |

## D29 - HIJOS DE SOCIOS DE LA COOP TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 105. | Perez Cruz Juan Francisco | 124. | Rosas Cruz Infra |
| 106. | Perez Maya Alfredo | 125. | Rosas Ponce Yolanda |
| 107. | Perez Rosas Edgar Gihobanni | 126. | Ruiz Reyes Yasset Oswaldo |
| 108. | Quiroz Reynosa Salvador | 127. | Sanchez Cobos Yuleana |
| 109. | Ramos Bernabe Fabiola | 128. | Sanchez Diaz Antonio Carlos |
| 110. | Ramos Cruz Cipriana | 129. | Santander Cruz Emilio |
| 111. | Ramos Cruz Erik | 130. | Santiago Perez Martin |
| 112. | Ramos Ferral Luis Alfredo | 131. | Sequera Santander Ray Carlos |
| 113. | Ramos Rosas Victor Hugo | 132. | Silva Escudero David |
| 114. | Ramos Zamora Juan | 133. | Terraza Sobrevilla Edgar |
| 115. | Reyes Martinez Viviana | 134. | Torres Gomez Elizabeth |
| 116. | Reyes Reyes Yesica Guadalupe | 135. | Torres Sobrevilla Adriana |
| 117. | Rivera Cruz Santos | 136. | Valdez Reyes Saturnino |
| 118. | Rodriguez Barrera Crisoforo | 137. | Zamora Franco Maribel |
| 119. | Rodriguez Leandro Alicia | 138. | Zamora Garcia Norma |
| 120. | Rojas Cruz Maria Del Carmen | 139. | Zamora Gonzalez Marco Antonio |
| 121. | Rosas Alejandre Javier | 140. | Zamora Santander Alejandrina |
| 122. | Rosas Cruz Andres | 141. | Zumaya Gonzalez Jorge |
| 123. | Rosas Cruz Evelia | | |

**D30 - ESPOSAS DE SOCIOS DE COOPERATIVA DE SAN JERONIMO**

**RETAIL & PROCESSING PLAINTIFFS**

1.   Aviles Jeronimo Guadalupe
2.   Bautista Mar Lidia
3.   Camarillo Cruz Martha Elena
4.   Cervantes Cruz Beatriz
5.   Constantino Mar Lizette
6.   Contreras Zaleta Araceli Del Carmen
7.   Cruz Lugo Maria Del Carmen
8.   Cruz Ramirez Martha
9.   Cruz Santiago Maria Guadalupe
10.  Cruz Zavala Eva
11.  Del Angel Martinez Teresa Del Carmen
12.  Florencia Nolasco Dora
13.  Gallegos Jerez Teresa
14.  Jerez Gonzalez Joba
15.  Juarez Florencia Deyci
16.  Juarez Florencia Diana Sorayda
17.  Lugo Juarez Fabiola
18.  Martinez Santos Rafaela
19.  Meza Juarez Esperanza
20.  Meza Juarez Zenaida
21.  Olivares Cruz Maria Magdalena
22.  Perez Flores Carmen Yamily
23.  Ramos Lugo Ana Miriam
24.  Santiago Lugo Celia
25.  Santos Peralta Irma Eucebia

## D31 - HIJOS DE SOCIOS DE LA COOPERATIVA DE CABO ROJO

## RETAIL & PROCESSING PLAINTIFFS

1.      Cruz Barrios Dayra Arisbeth
2.      Cruz Hernandez Elva Araly
3.      Cruz Hernandez Perla Yasbet
4.      Cruz Maya Maria Guadalupe
5.      Delgado Arteaga Tania
6.      Delgado Villalobos Adriana Lizbet
7.      Espinoza Cruz Dulce Karina
8.      Mar Padilla Dora Alicia
9.      Maya Mendoza Nayeli
10.     Medina Besiche Miriam
11.     Ortega Delgado Fabiola

**D32 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE CABO ROJO**

## RETAIL & PROCESSING PLAINTIFFS

1. Barrios Marin Tabita
2. Blanco Guzman Marilu
3. Blanco Tiburcio Isela Michel
4. Bonilla Cruz Juana Maria
5. Casanova Casanova Narciza
6. Casanova Polito Maria Lourdes
7. Copal Maya Florencia
8. Cruz Constantino Mariana
9. Cruz Cruz Blanca Veronica
10. Cruz Cruz Diana Lizeth
11. Cruz Cruz Yadira
12. Cruz Davila Amparo
13. Cruz Davila Nora Alicia
14. Cruz Del Angel Elsy Montserra
15. Cruz Delgado Marina
16. Cruz Hernandez Susana
17. Cruz Malerva Maria Elena
18. Cruz Medina Alma Elvira
19. Cruz Perez Agripina
20. Cruz Perez Graciela
21. Cruz Santiago Maria Elena
22. Del Angel Perez Maria Guadalupe
23. Del Angel Santiago Maria Esther
24. Franco Meza Luisa
25. Gallardo Reyes Tomasa
26. Garcia Casanova Patricia
27. Garcia Copal Florencia
28. Garcia Copal Silvia
29. Gomez Gonzalez Maria Elena
30. Gonzalez Gonzalez Gabina
31. Gonzalez Hernandez Alma
32. Hernandez Cruz Leticia
33. Hernandez Del Angel Palmira
34. Hernandez Perez Ma Martha
35. Hernandez Soni Elva Neri
36. Hernandez Soni Eunice
37. Juarez Maya Lina
38. Lorenzo Cruz Ana Maria
39. Lorenzo Cruz Hermilia
40. Lorenzo Cruz Liandra
41. Malerva Cruz Hisiquia
42. Malerva Cruz Marisol
43. Malerva Perez Agustina
44. Mar Delgado Eulalia
45. Mar Perez Lizbeth Sadai
46. Martinez Del Angel Ines
47. Martinez Reyes Imelda
48. Maya Aguilar Martha
49. Maya Aguilar Ramona
50. Maya Cortez Rosalina
51. Maya Cruz Dalila
52. Maya Cruz Maria Antonia
53. Maya Perez Luisa
54. Maya Perez Maria Magdalena
55. Maya Perez Maria Teresa
56. Maya Perez Senia
57. Maya Vazquez Maria Elvia
58. Maya Villalobos Adriana Lili
59. Medina Del Angel Edth
60. Medina Del Angel Norma Lidia
61. Mendoza Del Angel Maria Estela
62. Mendoza Nuñez Heladia
63. Mendoza Nuñez Vicenta
64. Perez Castañeda Santa
65. Perez Constantino Susana
66. Perez Flores Zenaida
67. Perez Hernandez Ruth
68. Perez Santiago Anastacia
69. Pineiro Del Angel Martha
70. Reyes Mancha Maria Luisa
71. Reyes Mancha Norma Luz
72. Rosas Bautista Santa
73. Sanchez Gonzalez Maria Esperanza
74. Santiago Mar Magali Denis
75. Santos Barrios Aneli Jazmin
76. Sosa Elvia
77. Tiburcio Cruz Silvia
78. Toral Casanova Guadalupe
79. Tovar Perez Dominga
80. Tovar Perez Guadalupe
81. Valdez Gonzalez Reina Maria
82. Vazquez Bautista Juana
83. Villalobos Constantino Ma Clara
84. Villalobos Cruz Bernarda
85. Villalobos Maya Maria Delia
86. Villalobos Maya Maria Laura
87. Villalobos Perez Veronica

## D33 - ESPOSAS DE LA COOPERATIVA REFORMA

## RETAIL & PROCESSING PLAINTIFFS

1. Alejandre Torres Nicolasa
2. Alejandre Villazana Carolina
3. Aran Aran Libia
4. Aran Aran Maria
5. Aran Aran Rosa
6. Aran Blanco Elba
7. Aran Blanco Hortencia
8. Aran Blanco Rosa
9. Aran De La Cruz Francisco Javier
10. Aran Espinoza Rosalva
11. Aran Gonzalez Angelica
12. Aran Gonzalez Magdalena
13. Aran Hernandez Ana Maria
14. Aran Hernandez Liliana
15. Aran Lopez Faustina
16. Aran Lopez Margarita
17. Aran Rosas Fermina
18. Aran Salinas Patricia
19. Aran Salinas Porfiria
20. Argumedo Meza Miriam Yadira
21. Benitez Casados Agripina
22. Blanco Aran Elba
23. Blanco Aran Lucia
24. Blanco Aran Manuela
25. Blanco Castellanos Jose De Jesus
26. Blanco Gonzalez Minerba
27. Blanco Rodriguez Juana
28. Blanco Rodriguez Leticia
29. Blanco Rodriguez Maria Magdalena
30. Blanco Salinas Elsa
31. Blanco Salinas Esperanza
32. Casados Aran Yuridia
33. Casados Cruz Selina
34. Castellanos Constantino Margarita
35. Castellanos Meza Carolina
36. Castellanos Villazana Angelica
37. Castro Cruz Olga
38. Copal Maya Zeferina
39. Copal Sosa Noelia
40. Cruz Aran Margarita
41. Cruz Aran Oralia
42. Cruz Avelina
43. Cruz Blanco Alba
44. Cruz Cruz Agustina
45. Cruz Cruz Angela
46. Cruz Cruz Hilda
47. Cruz Cruz Irma
48. Cruz Cruz Silvina
49. Cruz Romana Angelica Maria
50. Cruz Villanueva Sonia Ines
51. Del Angel Espinoza Teodomira
52. Espinoza Cruz Beatriz
53. Espinoza Cruz Melida
54. Espinoza Cruz Silvia
55. Espinoza Gallardo Aide
56. Florencia Casados Alma
57. Garcia Lopez Alma Natali
58. Gonzalez Aran Juana
59. Gonzalez Aran Soledad
60. Gonzalez Blanco Argelia
61. Gonzalez Blanco Brenda Estela
62. Gonzalez Blanco Evelia
63. Gonzalez Blanco Margarita
64. Gonzalez Casados Beda
65. Gonzalez Castellanos Emma
66. Gonzalez Cruz Hortencia
67. Gonzalez Gonzalez Manuela
68. Gonzalez Gonzalez Ofelia
69. Gonzalez Meza Gabriela
70. Gonzalez Meza Hilda
71. Gonzalez Meza Maria Leonor
72. Gonzalez Torres Lilia
73. Hernandez Anaya Ana Del Carmen
74. Hernandez Aran Agustina
75. Hernandez Aran Arcadia
76. Hernandez Cruz Agripina
77. Hernandez Cruz Maria Luisa
78. Hernandez Cruz Rosa Elena
79. Hernandez Diaz Quintina
80. Hernandez Hernandez Yolanda
81. Hernandez Meza Brenda
82. Hernandez Rosa Nelly
83. Hernandez Santiago Amparo
84. Isidro Torres Carolina
85. Jeronimo Cruz Aida
86. Jeronimo Zaleta Matilde
87. Lorenzo Rosas Rosa Elena
88. Loya Olmos Janet
89. Mar Cruz Elvira
90. Mar Meza Maria Felix
91. Mateos Vazquez Reyna
92. Maya Hernandez Enequilina
93. Maya Santiago Carmela
94. Meza Aran Guillermina
95. Meza Blanco Beatriz
96. Meza Blanco Mariana
97. Meza Cruz Imelda
98. Meza Cruz Maria Isabel
99. Meza Cruz Rosario
100. Meza Gallardo Leticia
101. Meza Gonzalez Doris
102. Meza Gonzalez Maximina
103. Meza Hernandez Blanca
104. Meza Hernandez Maria Del Pilar

# D33 - ESPOSAS DE LA COOPERATIVA REFORMA

## RETAIL & PROCESSING PLAINTIFFS

105.   Meza Juarez Dora Alicia
106.   Meza Juarez Jael
107.   Meza Juarez Rosa Irene
108.   Meza Sequera Melida
109.   Meza Sequra Lidia
110.   Ortiz Torres Margarita
111.   Perez Castellanos Lucia
112.   Perez Cobos Josefa
113.   Perez Juarez Carina
114.   Perez Zequera Esperanza
115.   Priante Castellanos Yolanda
116.   Reyes Mendoza Glafira
117.   Reyes Mendoza Guillermina
118.   Reyes Zaleta Maria Elizabeth
119.   Rodriguez Blanco Gudelia
120.   Rodriguez Guzman Martina
121.   Rodriguez Vera Martha Beatriz
122.   Rosales Lara Trinidad Armantina
123.   Salas Gonzalez Angela
124.   Salas Gonzalez Esperanza
125.   Salinas Blanco Alicia
126.   Santiago Maya Lola
127.   Sobrevilla Gonzalez Judit Arely
128.   Tiburcio Cruz Maria Nidia
129.   Torres Hernandez Martina
130.   Torres Meza Dalila
131.   Torres Meza Lura Maria
132.   Torres Meza Zobeida
133.   Velazquez Castellanos Minerva
134.   Velazquez Hernandez Sandra Luz
135.   Villasana Blanco Marcela
136.   Villasana Blanco Tomasa
137.   Zequera Perez Karla Lisbeth

## D34 - HIJOS DE SOCIOS DE LA COOPERATIVA REFORMA

## RETAIL & PROCESSING PLAINTIFFS

1. Aran Castellanos Flavio
2. Aran De La Cruz Francisco Javier
3. Aran Gonzalez Alfredo
4. Aran Gonzalez Jesus Antonio
5. Aran Gonzalez Judith
6. Aran Meza Fredy
7. Aran Perez Ivan
8. Blanco Castellanos Jose De Jesus
9. Blanco Gonzalez Juan Ignacio
10. Blanco Meza Felipe
11. Castro Meza Cristian
12. Daniel Perez Casados
13. Gonzalez Espinoza Gonzalo
14. Gonzalez Meza Alizeth
15. Hernandez Gonzalez Everardo
16. Lopez Prianti Arturo
17. Mar Alejandre Jorge
18. Meza Aran Marcelina
19. Meza Blanco Jesus
20. Meza Blanco Maria Guadalupe
21. Meza Hernandez Reyner
22. Meza Lorenzo Ana Carina
23. Meza Salinas Santa Juana
24. Perez Casados Daniel
25. Salas Blanco Joel
26. Salinas Aran Karina
27. Salinas Aran Maricruz
28. Torres Hernandez Josefina
29. Velazquez Hernandez Juana
30. Villasana Cruz Alberto

## D35 - ESPOSAS DE SOCIOS DE OSTIONEROS DEL SUR CUCHARAS

## RETAIL & PROCESSING PLAINTIFFS

1.  Alarcon Hernandez Maria Guadalupe
2.  Barrios Olea Rafaela
3.  Barrios Ramirez Guadalupe
4.  Castro Hernandez Griselda
5.  Constantino Lorenzo Maria Martha
6.  Cruz Hernandez Fidencia
7.  Cruz Martir Benita
8.  Cruz Quiroz Laura Elena
9.  Cruz Salazar Maria Judith
10. Del Angel Vicencio Francisca
11. Estevez Constantino Maria Julia
12. Gallardo Cruz Jubentina
13. Gonzalez Cayetano Rosalinda
14. Gonzalez Santiago Sebastiana
15. Hernandez Valdez Benita
16. Marquez Bautista Blanca Aurora
17. Olares Martir Margarita
18. Olares Ramirez Genoveva
19. Palacios Priche Sonia
20. Prospero De La Vega Josefat
21. Reyes Francisco Guadalupe
22. Salas Rosete Carmela
23. Santiago y Santiago Margarita
24. Segura Garcia Maria Cristina
25. Valdez Cruz Maria Antonia
26. Valdez Del Angel Apolinaria
27. Zaleta Ortega Benita
28. Zaleta Salvador Guadalupe

# D36 - ESPOSAS DE LA COOP DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Cruz Eva
2. Aldas Blanco Rocio
3. Aldaz Becerra Amalia
4. Alejandre Garcia Yolanda
5. Alejandre Juarez Maria Del Rosario
6. Alejandre Ovando Adina
7. Angeles Mendez Alejandrina
8. Anzures Bautista Yemilia
9. Aran Barrios Beatriz
10. Aran Cruz Angela
11. Aran Cruz Guisela
12. Aran Martinez Rosa
13. Aranda Cristobal Agustina
14. Barrios Garcia Carmen
15. Bernabe Cruz Alejandrina
16. Blanco Cruz Benita
17. Blanco Cruz Gabriel
18. Blanco Cruz Martha Laura
19. Blanco Cruz Rosaura
20. Blanco Hernandez Alejandra
21. Campbell Ferral Alejandrina
22. Capitan Malerva Elia Guadalupe
23. Carmona De La Cruz Agustina
24. Casados Franco Rosalba
25. Castillo Maya Juana
26. Castillo Maya Olivia
27. Castro Josefina
28. Castro Perez Rosa
29. Castro Perez Tita
30. Cepeda Meza Genoveva
31. Cerafin Marquez Irene
32. Ceron Cruz Sara
33. Chavez Cruz Gaudencia
34. Cobos Cruz Herminia
35. Cobos Gerardo Elvia
36. Cobos Peralta Josefa
37. Constantino Cobos Norma Ayde
38. Contreras Diego Maria Magdalena
39. Coronado Martinez Ariana
40. Cruz Blanco Alejandra
41. Cruz Blanco Hilaria
42. Cruz Blanco Silvia
43. Cruz Cruz Elvira
44. Cruz Cruz Enriqueta
45. Cruz Cruz Guadalupe
46. Cruz Cruz Idolina
47. Cruz Cruz Maria Del Rosario
48. Cruz Cuervo Lucina
49. Cruz Cuervo Nora Elisa
50. Cruz Diaz Irene
51. Cruz Ferral Irma
52. Cruz Figon Gloria
53. Cruz Figon Virginia
54. Cruz Franco Endina
55. Cruz Franco Lucila
56. Cruz Gallardo Natalia
57. Cruz Gomez Maria Katalina
58. Cruz Gonzalez Juana
59. Cruz Gonzalez Margarita
60. Cruz Gonzalez Nery
61. Cruz Hernandez Carmela
62. Cruz Hernandez Infra
63. Cruz Hernandez Rosa
64. Cruz Jerez Maribel
65. Cruz Meza Idolina
66. Cruz Meza Rosa Elva
67. Cruz Perez Agustina
68. Cruz Ramirez Maria Antioca
69. Cruz Ramos Margarita
70. Cruz Vazquez Maclovia
71. Cruz Villanueva Patricia
72. Cruz Yanez Faustina
73. Cruz Zamora Lorena
74. Cruz Zamora Magali
75. Cruz Zamora Minerva
76. De La Cruz Felipe Leticia
77. Del Angel Ferral Maricela
78. Del Angel Maya Celina
79. Del Angel Maya Olga
80. Del Rio Cruz Josefa
81. Diaz Barrios Olga
82. Diaz Barrios Rufina
83. Diaz Gomez Rosario
84. Diaz Gonzalez Isabel
85. Diaz Juarez Irma
86. Diaz Munoz Marina
87. Diaz Santiago Reynalda
88. Dominguez Zaleta Maria Del Carmen
89. Escudero Reyes Florentina
90. Espinoza Macias Carmen
91. Esteban Perez Lerma
92. Esteban Perez Maria De Lourdes
93. Esteban Rojas Miriam
94. Evangelio Lopez Laura
95. Fernandez Cruz Manuela
96. Ferral Alvarado Ramona
97. Ferral Cardenas Maria De Lourdes
98. Ferral Castellanos Beatriz
99. Ferral Castellanos Maria Del Socorro
100. Ferral Castellanos Teresa
101. Ferral Florencia Julia
102. Ferral Florencia Tules
103. Ferral Gonzalez Maribel
104. Ferral Hernandez Francisca

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 105. | Figon Bautista Juana | 157. | Hernandez Mendez Leticia |
| 106. | Figon Perez Zaida | 158. | Hernandez Osorio Dalia |
| 107. | Florencia Espinoza Florinda | 159. | Hernandez Romero Leodora |
| 108. | Florencia Ramos Bruna Maria | 160. | Hernandez Rosas Elvira |
| 109. | Franco Cruz Alberta | 161. | Hernandez Vicencio Leonarda |
| 110. | Franco Cruz Lucila | 162. | Hernandez Vicencio Victoria |
| 111. | Franco Cruz Marisela | 163. | Isidro Cruz Piedad |
| 112. | Franco Cruz Victoria | 164. | Jerez Ramirez Jacinta |
| 113. | Galindo Barrios Migdalia | 165. | Juarez Franco Imelda |
| 114. | Gallardo Vicencio Julia | 166. | Juarez Juarez Griselda |
| 115. | Garcez Reyes Cleotilde | 167. | Juarez Perez Candelaria |
| 116. | Garces Reyes Dulce Maria | 168. | Lagos Florencia Nicasia |
| 117. | Garcia Aldana Graciela | 169. | Lorenzo Cruz Celia |
| 118. | Garcia Castillo Blanca Estela | 170. | Lorenzo Cruz Hermelinda |
| 119. | Garcia Espinoza Francisca | 171. | Lorenzo Cruz Noelia |
| 120. | Garcia Espinoza Marina | 172. | Macias Perez Lucia |
| 121. | Garcia Gonzalez Ignacia | 173. | Macias Sobrevilla Bernabe |
| 122. | Garcia Perez Adelaida | 174. | Mandujano Gomez Graciela |
| 123. | Garcia Santander Sandra | 175. | Mar Cruz Maribel |
| 124. | Garcia Zamora Maria Luisa | 176. | Mar Moreno Gregoria |
| 125. | Gaspar Gonzalez Maria Victoria | 177. | Martinez Aguilar Maria Carmina |
| 126. | Gomez Alvarado Norma | 178. | Martinez Cobos Margarita |
| 127. | Gomez Garcia Soledad | 179. | Martinez Diaz Ana |
| 128. | Gomez Juarez Maritza | 180. | Martinez Diaz Hilda |
| 129. | Gomez Rodriguez Victoria | 181. | Martinez Diaz Ninfa |
| 130. | Gonzalez Agustin Maria Elena | 182. | Martinez Esteban Alicia |
| 131. | Gonzalez Cruz Juana | 183. | Martinez Florencia Yolanda |
| 132. | Gonzalez Cruz Petra | 184. | Martinez Gonzalez Maria Del Carmen |
| 133. | Gonzalez Deantes Cira | 185. | Martinez Torres Antonia |
| 134. | Gonzalez Deantes Guadalupe | 186. | Martinez Torres Gloria |
| 135. | Gonzalez Hernandez Ofelia | 187. | Martinez Torres Lorenza |
| 136. | Gonzalez Hernandez Rocio | 188. | Mateos Pichardo Josefina |
| 137. | Gonzalez Merinos Angela | 189. | Maya Constantino Gloria |
| 138. | Gonzalez Meza Narmi | 190. | Maya Constantino Hilaria |
| 139. | Gonzalez Meza Paula | 191. | Maya Constantino Julia |
| 140. | Gonzalez Moron Margarita | 192. | Maya Gaspar Eviriza |
| 141. | Gonzalez Sanchez Alberta | 193. | Maya Reyes Sebastiana |
| 142. | Hernandez Aldana Eufemia | 194. | Maya Sobrevilla Maria |
| 143. | Hernandez Aldana Eugenia | 195. | Medina Santander Miriam |
| 144. | Hernandez Aldana Fidela | 196. | Mendez Blanco Rita |
| 145. | Hernandez Aldana Hermelinda | 197. | Mendez Hernandez Maria |
| 146. | Hernandez Aldana Raquel | 198. | Mendoza Del Rio Petra |
| 147. | Hernandez Casados Maria Rosalba | 199. | Mendoza Perez Rosalinda |
| 148. | Hernandez Dominguez Leticia | 200. | Meza Alejandre Agustina |
| 149. | Hernandez Dominguez Mercedes | 201. | Meza Blanco Ana Maria |
| 150. | Hernandez Gonzalez Guadalupe | 202. | Meza Cruz Gelacia |
| 151. | Hernandez Gonzalez Maria Del Carmen | 203. | Meza Franco Rosaura |
| 152. | Hernandez Gonzalez Martina | 204. | Meza Ramos Elena |
| 153. | Hernandez Hernandez Benita | 205. | Meza Ramos Elvia |
| 154. | Hernandez Hernandez Juana | 206. | Mogollon Roman Imelda |
| 155. | Hernandez Hernandez Leticia | 207. | Navarro Cabrera Margarita |
| 156. | Hernandez Lira Serafina | 208. | Nicasio Santiago Amalia |

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 209. | Nicolas Valdez Maria | | 256. | Roman Arellanos Guadalupe |
| 210. | Olmos Hernandez Obdulia | | 257. | Roman Baron Elvia |
| 211. | Ortega Florencia Regina | | 258. | Roman Martinez Silvia |
| 212. | Perez Aldas Luzvina | | 259. | Romero Yanez Emma |
| 213. | Perez Dominguez Antonia | | 260. | Rosas Amador Zoila |
| 214. | Perez Dominguez Susana | | 261. | Rosas Blanco Neri |
| 215. | Perez Herandez Maria Magdalena | | 262. | Rosas Hernandez Lidia |
| 216. | Perez Hernandez Norma Leticia | | 263. | Rosas Segura Inez |
| 217. | Perez Hernandez Sandra | | 264. | Sanchez Cruz Cedina |
| 218. | Perez Hernandez Silvia | | 265. | Sanchez Diaz Rosa Martha |
| 219. | Perez Hernandez Valeria | | 266. | Sanchez Franco Etelvina |
| 220. | Perez Isidro Amelia | | 267. | Sanchez Mendoza Concepcion |
| 221. | Perez Isidro Reyna | | 268. | Sanchez Rafaela |
| 222. | Perez Lima Maximina | | 269. | Sanchez Rodriguez Celina |
| 223. | Perez Mendez Alma Delia | | 270. | Santander Cruz Maria Del Carmen |
| 224. | Perez Mendez Gloria | | 271. | Santander Hernandez Aurea |
| 225. | Perez Mendez Lorena | | 272. | Santander Peralta Emma |
| 226. | Perez Mendoza Virginia | | 273. | Santander Peralta Julia |
| 227. | Peyrani Reyes Jaqueline | | 274. | Santiago Sosa Irene |
| 228. | Ponce Espinoza Agustina | | 275. | Sobrevilla Gallardo Elba |
| 229. | Ramirez Alejandre Genoveva | | 276. | Sobrevilla Hernandez Candelaria |
| 230. | Ramirez Valdez Maria De Jesus | | 277. | Sobrevilla Hernandez Filomena |
| 231. | Ramos Cruz Luz Maria | | 278. | Sosa Santos Juana |
| 232. | Ramos Cruz Margarita | | 279. | Tejeda Mendoza Graciela |
| 233. | Ramos Martinez Rocio | | 280. | Torres Cruz Fidencia |
| 234. | Reyes Delgado Rebeca | | 281. | Trejo Santos Luz Adriana |
| 235. | Reyes Diaz Sofia | | 282. | Valdes Castro Loida |
| 236. | Reyes Florencia Carmela | | 283. | Vazquez Cruz Juana |
| 237. | Reyes Garcia Alejandrina | | 284. | Vazquez Cruz Reyna |
| 238. | Reyes Hernandez Felipa | | 285. | Vicencio Blanco Concepcion |
| 239. | Reyes Hernandez Josefina | | 286. | Vicencio Cruz Carmen |
| 240. | Reyes Mendoza Aristea | | 287. | Vicencio Santiago Leticia |
| 241. | Reyes Mendoza Maria Rossi | | 288. | Villanueva Santiago Veronica |
| 242. | Reyes Ramirez Rosario | | 289. | Villanueva Santiago Virginia |
| 243. | Reynosa Velazquez Margarita | | 290. | Villasana Guerrero Matias |
| 244. | Rivera Ferral Amada | | 291. | Yanez Cruz Gregoria |
| 245. | Rivera Ferral Natalia | | 292. | Yanez Cruz Yolanda |
| 246. | Rivera Zamora Martha Maria | | 293. | Zamora Aguilar Ana Cary |
| 247. | Robio Lopez Ernestina | | 294. | Zamora Alejandre Amparo |
| 248. | Rodriguez Agustin Maria Elena | | 295. | Zamora Alejandre Silvia |
| 249. | Rodriguez Benavides Esther | | 296. | Zamora Cruz Maura |
| 250. | Rodriguez Castellanos Blanca Esther | | 297. | Zamora Mercedes |
| 251. | Rodriguez Castellanos Elvira | | 298. | Zamora Rosas Blanca Arcelia |
| 252. | Rodriguez Cruz Yanet | | 299. | Zamora Sanchez Irma |
| 253. | Rodriguez Del Rio Cleotilde | | 300. | Zamora Sanchez Martina |
| 254. | Rodriguez Leandro Ana Maria | | 301. | Zavaleta Cruz Evangelina |
| 255. | Rodriguez Roman Blanca Estela | | | |

## D37 - HIJOS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Casanova Celerino
2. Alejandre Zamora Pablo Adrian
3. Aran Alarcon Anali
4. Aran Dominguez Milene
5. Aranda Cruz Anel
6. Aranda Garcia Adrian
7. Bautista Sanchez Juana
8. Capitan Malerva Pedro
9. Carballo Rivas Jesus Arturo
10. Casanova Cruz Viridiana
11. Casanova Morioka Carlos Daniel
12. Castillo Leyton Elsa Beatriz
13. Cobos Cruz Gustavo Adolfo
14. Cobos Gomez Luis Albereto
15. Copal Morales Porfiria
16. Cortez Jacinto Felipe
17. Cristobal Cruz Brenda Jazmin
18. Cruz Andrade Stephania
19. Cruz Castellanos Aofelia
20. Cruz Cobos Gerardo
21. Cruz Franco Jorge Luis
22. Cruz Gaspar Diego
23. Cruz Mendoza Jesus Alberto
24. Cruz Mogollon Julio Cesar
25. Cruz Nolasco Gladis Iveth
26. Cruz Ramos Fidencia
27. Del Valle Franco Beatriz
28. Delgado Aldana Jorge Armando
29. Delgado Delgado Jose Ines
30. Diaz Gonzalez Jazmin
31. Diaz Labias Julio Cesar
32. Dominguez Florencia Irving Alberto
33. Espinoza Vasquez Cesar Eusebio
34. Fajardo Allende Miguel Angel
35. Ferral Cobos Adrian
36. Ferral Hernandez Adalivia
37. Figon Castaneda Rosalba
38. Florencia Diaz Jonathan Santiago
39. Florencia Miranda Maura
40. Gallardo Cruz Miguelina
41. Gallardo Hernandez Josue
42. Garcia Blanco Yolanda
43. Garcia Cruz Francisco Javier
44. Garcia Hernandez Fabiola
45. Garcia Martinez Luis Fernando
46. Gomez Allende Manrique
47. Gomez Benavidez Hugo Enrique
48. Gomez Roman Mauricio
49. Gonzalez Aguilar Elideth
50. Gonzalez Blanco Daniel
51. Gonzalez Mar Julio Cesar
52. Gonzalez Meraz Jose Roberto
53. Hernandez Cruz Reyna Sorayda
54. Hernandez Garcia Adilene
55. Hernandez Garcia Cecilia
56. Hernandez Garcia Maria Del Rosario
57. Hernandez Hernandez Clara
58. Hernandez Martinez Monica Elizabeth
59. Hernandez Reyes Ana Karen
60. Hernandez Sanchez Gaudencio
61. Huerta Gomez Cristina
62. Ibarra Sequera Malu Guadalupe
63. Juarez Roman Mariela
64. Lopez Alejandre Cesar Eduardo
65. Lopez Aran Erik Daniel
66. Mar Hernandez Diego Armando
67. Mar Ochoa Irma Evelia
68. Mar Reyes Nadia Leny
69. Marquez Escudero Rosendo
70. Martinez Cruz Juan Angel
71. Martinez Ramos Gladys Isabel
72. Martinez Valdez Gabriel
73. Martinez Valdez Petra
74. Martir Macias Neyeli
75. Maya Gutierrez Gerardo Agustin
76. Mendoza Cruz Elizabeth
77. Meraz Hernandez Patricia
78. Meraz Osorio Jose Alberto
79. Meza Maya Juan Alberto
80. Nolasco Gallardo Rubi
81. Nolasco Gomez Jose Antonio
82. Nolasco Ramirez Reynaldo
83. Nolasco Roman Lucio Jonathan
84. Nunez Garcia Honario
85. Nunez Saldana Avelina
86. Ortega Cruz Catalina
87. Ortega Gomez Jose
88. Ortega Ramirez Jose
89. Perez Roman Francisco
90. Ponce Loya Martin
91. Ramirez Acosta Adriana
92. Ramirez Cruz Teodoro
93. Ramirez Martinez Armando
94. Ramirez Perez Erik Alberto
95. Ramirez Ramirez Monserrat
96. Ramos Aranda Yaneth
97. Ramos Garcia Jorge Alberto
98. Rangel Aran Francisco
99. Rangel Hernandez David
100. Reyes Acosta Jose Alfredo
101. Reyes Garcia Julian Ezequiel
102. Reyes Mendoza Esmeralda
103. Reyes Perez Hector
104. Reyes Perez Jose Arnoldo

## D37 - HIJOS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 105. | Reyes Reyes Martha Socorro | | 120. | Santander Aguilar Lizbeth |
| 106. | Reyes Roman Rita | | 121. | Santander Lara Miguel Angel |
| 107. | Reyes Villasana Eliceo Genaro | | 122. | Sobrevilla Constantino Julio Cesar |
| 108. | Rodriguez Garcia Pedro | | 123. | Sobrevilla Garcia Angel |
| 109. | Rodriguez Garcia Raul | | 124. | Sobrevilla Saldana Lucero |
| 110. | Rodriguez Ovando Juan Diego | | 125. | Torres Isidro Rafaela |
| 111. | Roman Baron Maximiliano | | 126. | Vazquez Ramirez Balvina |
| 112. | Roman Benavides Arturo | | 127. | Velasquez Maya Victorino |
| 113. | Roman Canales Liliana | | 128. | Velazquez Mogollon Elena |
| 114. | Roman Nolasco Reynaldo Abraham | | 129. | Vicencio Hernandez Julio Cesar |
| 115. | Roman Soto Carlos Octavio | | 130. | Vicencio Leyton Mario Alberto |
| 116. | Rosas Garcia Maria Victoria | | 131. | Vicencio Reyes Jose Luis |
| 117. | Salas Gonzalez Luis Benito | | 132. | Zamora Martinez Luis Manuel |
| 118. | Salas Mendoza Manuel Alexis | | 133. | Zamora Mendoza Terecita De Jesus |
| 119. | Saldana Granillo Patricia | | | |

## D38 - HIJOS DE SOCIOS DE LA COOPERATIVA DE RIVERA DE TAMPICO ALTO

### RETAIL & PROCESSING PLAINTIFFS

1. Arteaga Cruz Juana Margarita
2. Arteaga Gonzalez Luis Enrique
3. Arteaga Morales Maria Guadalupe
4. Arteaga Ortega Juana Maria
5. Barrios San Juan Luis Damian
6. Bautista Segura Maleny Lizbeth
7. Blanco Cruz Santos Narciso
8. Casanova Reyes Vania
9. Castillo Maya Victor Eduardo
10. Castro Carvajal Jixi Jael
11. Castro Carvajal Obed
12. Castro Jonguitud Irma
13. Castro Olares Lizy Simey
14. Constantino Castro Diana Radai
15. Constantino Castro Joel
16. Constantino Castro Sibia Heldai
17. Constantino Salas Eliel
18. Coronado Arteaga Jose Omar
19. Coronado Roman Beisy Iriaveth
20. Cruz Blanco Ana Victoria
21. Cruz Cayetano Ana Betsua
22. Cruz Cayetano Sua Palmira
23. Cruz Constantino Hogla
24. Cruz Cruz Ana Luisa
25. Cruz Cruz Mercedez Ivan
26. Cruz del Angel Maricarmen
27. Cruz Herrera Oliverio
28. Cruz Martir Gumara
29. Cruz Mendoza Esther
30. Cruz Ortega Amisadai
31. Del Angel Valdez Magaali
32. Delfin Cruz Brenda
33. Duran Martinez Jorge Luis
34. Estevan Sanchez Jonathan
35. Estevan Sanchez Selosmith
36. Florencia Cayetano Andres
37. Florencia Cayetano Ibsan
38. Flores Cruz Joab
39. Flores Cruz Yeremai
40. Flores Mar Levit
41. Flores Olares Abisai
42. Flores Valdez Maria Magdalena
43. Garcia Acosta Luis Miguel
44. Garcia Cruz Querem Jochabed
45. Garcia Valdez Becsani
46. Gonzalez Arteaga Elida Natali
47. Gonzalez Arteaga Griselda
48. Gonzalez Santiago Baldomero
49. Hernandez Caballero David
50. Hernandez de la Cruz Juan Antonio
51. Hernandez Gonzalez Jose Hilario
52. Lopez Gonzalez Hazarel
53. Lopez Palacios Josue
54. Mar Perez Roberto
55. Martinez Dorales Andres de Jesus
56. Martinez Gonzalez Alejandro Anibal
57. Martinez Maldonado Adriana
58. Ochoa Lejarza Oswaldo Rodrigo
59. Olares Valdes Jorge Alfredo
60. Ortega Villalobos Gustavo
61. Perez Mascarenas Maria De Lourdes
62. Pineiro Artuga Jose Eduardo
63. Pineiro Cruz Adrian
64. Pineiro Figueroa Judith
65. Pineiro Figueroa Magdalena
66. Pineiro Gonzalez Etren
67. Polito Meza Ulises Margarito
68. Ramirez Castro Jogli Juda
69. Ramirez Castro Sunem Palmira
70. Ramirez Estevez Oscar Eric
71. Ramirez Hernandez Marlen
72. Ramirez Perez Juan Jose
73. Ramirez Perez Yesica Lorena
74. Reyes Pineiro Julieta
75. Roman Gonzalez Rosendo
76. Roman Hernandez Juan De Dios
77. Romulo Hernandez Divina Guadalupe
78. Romulo Perez Alberto
79. Ruiz Bautista Rosalia
80. Ruiz Mellado Nataly
81. Sanchez Tiburcio Daniel Alejandro
82. Tiburcio Ramos Miguel Angel
83. Valdez Cruz Samir
84. Vazquez Soto Benito Alexandre
85. Villar Gonzalez Alma Araceli
86. Villar Reyes Sandra Edith

# D39 - ESPOSAS Y HIJOS DE LA COOPERATIVA PRODUCTORES Y PESCADORES DE SALADERO

## RETAIL & PROCESSING PLAINTIFFS

1. Aran Rosas Eduarda
2. Benitez Cardenas Raul
3. Cardenas Garcia Arminda
4. Casados Casados Rosa Estela
5. Casados Martinez Diana Amparo
6. Casados Meza Gumercinda
7. Castro Cruz Maria Esmeralda
8. Castro Ramirez Maria Minerva
9. Cobarruvias Meza Marina
10. Constantino Zequera Juana
11. Cordova Sabaleta Aida
12. Cordoba Zavaleta Guillermina
13. Del Angel Constantino Adalberto
14. Francisco Hernandez Olivia
15. Francisco Magdaleno Serafina
16. Geronimo Gonzalez Maria Candelaria
17. Gonzalez Meza Joaquina
18. Hernandez Peralta Gavina
19. Jeronimo Zaleta Amelia
20. Lugo Del Angel Felix
21. Mar Salinas Virginia
22. Meza Gurrero Fatima
23. Mora Valdez Aurelio
24. Perez Cruz Basilia
25. Perez Zequera Antonia
26. Rocha Medina Marlen
27. Rosales Alvarez Genoveva
28. Solis Cruz Eva
29. Sosa Gonzalez Evelia
30. Sosa Gonzales Maria De Jesus
31. Sosa Sequera Roxana Denis
32. Torres Cordoba Francisco
33. Zequera Casados Hermila
34. Zequera Castro Anabel

## D40 - ESPOSAS Y HIJOS DE SOCIOS DE LA COOPERATIVA
## LA AURORA BARRA DE CAZONES

### RETAIL & PROCESSING PLAINTIFFS

1. Alejandrez Diego Santina
2. Arias Valdez Margarita
3. Barragan Garcia Amelia
4. Barragan Garcia Eustolia
5. Barragan Guerra Miriam
6. Barragan Santiago Ana Laura
7. Barragan Santiago Jairo Abraham
8. Butron Torres Froylan Brayan
9. Castelan Bautista Sara
10. Cruz Velazquez Iracema
11. Diego Bautista Bernardino
12. Diego Perez Maximina
13. Fuentes Guzman Valentin
14. Garcia Garces Angel
15. Garcia Luna Angelica
16. Garcia Olarte Lorenza
17. Garcia Ramirez Bernardina
18. Garcia Sanchez Maria Elena
19. Gonzalez Lopez Zurysaday
20. Gonzalez Ortega Guadalipe
21. Guerra Reyes Julia
22. Guerra Reyes Margarita
23. Hernandez Baez Yuridia Elizabeth
24. Hernandez Ramirez Gloria
25. Hernandez Ramirez Lucrecia
26. Herrera Moreno Juan Jose
27. Moreno Butron Fernando
28. Moreno Garcia Dario
29. Moreno Garcia Juana
30. Moreno Garcia Sarai
31. Moreno Juarez Alejandrina
32. Moreno Santiago Amalia
33. Moreno Santiago Gerardo
34. Ortega Montiel Cirila Damiana
35. Perez Ramirez Sofia
36. Ramirez Aquino Aileen
37. Reyes Ramirez Daria
38. Santes Hernandez Rubi Elia
39. Santiago Barragan Alma Delia
40. Santiago Barragan Sandra Luz
41. Santiago Hernandez Enrique Uriel
42. Santiago Hernandez Leonor
43. Santiago Hernandez Maricruz
44. Santiago Perez Tiburcia
45. Torres Gonzalez Maria De Los Angeles

## D41 – RESTAURANTE VERACRUZANO TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

1. Franco Gomez Maria Eugenia
2. Ramos Carranza Maricela
3. Ramos Carranza Ninfa Noemi
4. Sosa Capitan Rosalia
5. Valdez Navarro Marco Antonio

**D42 – GRUPO LIBRE LA CHAVELITA JOSE LUIS PEREZ CRUZ**

**RETAIL & PROCESSING PLAINTIFFS**

1.    Hidalgo Rodriguez Ada Itzel
2.    Perez Valdez Yurima

## D43 – HIJOS DE SOCIOS DE CONGREGACION ANAHUAC

### RETAIL & PROCESSING PLAINTIFFS

1. Bautista Mateos Israel
2. Carballo Blanco Mara
3. Guerrero Lopez Edgar Edmundo
4. Herrera Delgado Araceli
5. Lopez Gomez Juan Fidel
6. Martinez Hernandez Nancy Iveth
7. Ollervidez Perez Edman
8. Porras Valenzuela Alva
9. Valenzuela Carballo Bertha Alicia

## D44 – ESPOSAS DE SOCIOS DE CONGREGACION ANAHUAC

## RETAIL & PROCESSING PLAINTIFFS

1.  Alarcon Hernandez Liliana
2.  Aquino Macias Adriana
3.  Bautista Rucoba Aurelia
4.  Castellanos    Bautista    Christian Yuliana
5.  Delgado Martinez Juana
6.  Galvan Santiago Nazaria
7.  Guerrero Alonso Yazmin Yarely
8.  Hernandez Malaquias Elisa
9.  Herrera Campos Areli
10. Herrera Michicol Elvia
11. Lopez Florencia Maria Dolores
12. Martir Cruz Dalila Janette
13. Mateos Trejo Alicia
14. Morales Garcia Guadalupe
15. Saldana Cruz Nidia
16. Saldana Cruz Yoana Isela
17. Sanchez Morales Nelly Fabiola
18. Silva Delgado Rosa Elena

## D45 – ESPOSAS DE SOCIOS DE LIBRES DE LA COOPERATIVA DE LAS CHACAS

## RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Maya Edna Elainy
2. Callejas Rivera Silvia
3. Casanova Maya Maria Cristina
4. Cruz Marquez Rosalina
5. Cruz Ravise Irma Edith
6. Cruz Saldana Concepcion
7. Espinoza Gallardo Nora Hilda
8. Garcia Garcia Maria Antonia
9. Gonsales Gonsales Rosa
10. Maldonado Vargas Aracely Guadalupe
11. Martinez Francisco Santa
12. Maya Gonsalez Rosa Elena
13. Maya Perez Olga Lidia
14. Mendoza Hernandez Ana Bertha
15. Mendoza Hernandez Brizeida Denisse
16. Nolasco Solis Carolina
17. Ordones Bautista Petra
18. Osorio Reyes Bertha
19. Perez Jimenez Jessica
20. Quinto Hernandez Nora Alicia
21. Salvador Alejandre Maria de los Angeles
22. Torres Morales Catalina

## D46 - ESPOSAS DE LA COOPERATIVA OSTIONEROS DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

1. Casados Aran Ana Celia
2. Aran Casados Maria Elena
3. Aran Zaleta Maria Del Pilar
4. Barraza Galindo Magdalena
5. Benites Aran Casimira
6. Blanco Martinez Luisa
7. Casados Aran Reyna
8. Casados Casados Maria Ines
9. Casados Contreras Araceli
10. Casanova Mesano Yolanda
11. Cassanova Sosa Eucebia
12. Castellanos Valdez Rocio
13. Castillo Marquez Viviana
14. Castro Sosa Crecencia
15. Clemente Hernandez Aucencia
16. Constantino Zequera Nelly
17. Constantino Zequera Silvia
18. Cruz Cruz Primitiva
19. Cruz Dominguez Lucia
20. Cruz Geronimo Justina
21. Cruz Lorenzo Francisca
22. Cruz Meza Felipa Ariadne
23. Cruz Torres Anel Celina
24. Cruz Valdez Rosa Iveth
25. Cruz Vargas Victoria
26. Del Angel Castro Maria Cristina
27. Del Angel Ramirez Petra
28. Diaz Hernandez Infra
29. Espinoza Gallardo Erika Fabiola
30. Espinoza Salas Rosa Hilda
31. Gallardo Dominguez Maria Josefa
32. Gallardo Eligio Nancy
33. Garces Aran Raquel
34. Garcia Delgado Inocencia
35. Gomez Perez Blanca
36. Gonsalez Salinas Mariela Iveth
37. Hernandez Castillo Flor
38. Hernandez Maria Apolinar
39. Hernandez Meza Martha Elena
40. Hernandez Torres Isabel
41. Hernandez Valeriano Esperanza
42. Jeronimo Zaleta Balbina
43. Juerez Garcia Cornelia
44. Lara Salinas Luz
45. Lee Castro Veronica
46. Lopez Meza Armida
47. Mar Cruz Josefina
48. Mar Lara Luz Ether
49. Mar Salinas Felicitas
50. Martinez Juarez Ana Bertha
51. Martinez Gerardo Delfina
52. Martinez Juarez Hortencia
53. Mendo Ortiz Ebdulia
54. Meza Hernandez Elder
55. Meza Hernandez Micaela
56. Meza Ruiz Felipa
57. Olmos Pepe Natividad
58. Olvera Huerta Ruth
59. Peralta Aran Maria Luisa
60. Perez Ribera Alma Nelly
61. Ramirez Rosas Margarita
62. Reyes Salinas Coral
63. Reyes Santiago Andrea
64. Rodriguez Rosas Esperanza
65. Ruiz Casados Nora Edit
66. Ruiz Maria De Refugio
67. Ruiz Zavala Modesta
68. Salas Juarez Maria
69. Salas Pazaron Isidra
70. Sanchez Cruz Edit Silvia
71. Santiago Flores Jovita
72. Torres Cruz Guadalupe
73. Torres Santos Honoria
74. Valdez Meza Raymunda
75. Zaleta Espinoza Soledad
76. Zaleta Rosas Pilar
77. Zaquera Casados Catalina

## D47 – HIJOS DE LA COOPERATIVA OSTIONEROS DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

1. Aran Aran Flor Piedad
2. Aran Cruz Raymundo
3. Aran Hernandez Nestor
4. Aran Lopez Hipolita
5. Aran Mar Maria Luisa
6. Aran Olvera Ana Ruth
7. Aran Zaleta Arturo
8. Baena Jeronimo Jose Luis
9. Bautista Blanco Maria Del Socorro
10. Bautista Blanco Maria Elena
11. Bautista Blanco Martha
12. Bautista Hernandez Jose Alberto
13. Bautista Ramirez Teresa De Jesus
14. Casados Cobos Sabino
15. Casados Reyes Celia
16. Castro Sosa Julia
17. Cobarrubias Meza Marina
18. Constantino Zaleta Jaime
19. Cruz Cruz Ines
20. Cruz Salvados Juana
21. Del Angel Espinoza Sain Eduardo
22. Flores Castro Aurelio
23. Flores Gonzalez Sergio Ignacio
24. Flores Palomares Mario De Jesus
25. Galindo Garcia Teodora
26. Hernandez Cruz Isuara
27. Hernandez Del Angel Susana
28. Hernandez Diaz Jose Luis
29. Hernandez Torres Ines
30. Jeronimo Garces Gabriel
31. Juarez Mar Cesar Juan
32. Lopez Mellado Sonia
33. Lopez Zequera Paola Edith
34. Lugo Flores Galdino
35. Mar Casados Jesus Salvador
36. Mar Constantino Nayeli
37. Mar Olmos Maricela
38. Mar Salinas Griselda
39. Mar Santiago Julia
40. Mar Torres Ana Juliana
41. Martinez Gonzalez Maria Elena
42. Martinez Juarez Jose Tomas
43. Mora Lorenzo Arisbeth
44. Mora Lugo Yessica
45. Narvaez Francisco Alejandra
46. Narvaez Mar Irving Alejandro
47. Palomares Meza Mauricio
48. Perez Gallardo Margarita
49. Reyes Ruiz Paulina
50. Rodriguez Ruiz Juana Maria
51. Ruiz Casados Inocencia
52. Ruiz Valdez Julio Cesar
53. Salas Juerez Ramona
54. Santiago Cruz Jorge Adrian
55. Santiago Flores Ricarda
56. Santiago Flores Victoria
57. Torres Casados Vanessa
58. Torres Clemente Alma Delia
59. Torres Cruz Rosa Elena
60. Torres Meza Gabriela Alejandra

## D48 – HIJOS DE LA COOPERATIVA LAS CHACAS

## RETAIL & PROCESSING PLAINTIFFS

1.   Callejas Cruz Jose Manuel
2.   Cruz Torres Cristian
3.   De La Rosa Garcia Neftali
4.   Fernandez Mendoza Luis Alejandro
5.   Garcia Osorio Maximino
6.   Garcia Telles Miguel Angel
7.   Maldonado Martinez Daniel
8.   Martinez Ordonez Jose Melquiades
9.   Molar Gonsalez Roberto
10.  Ortega Quinto Wendi Nayeli
11.  Rodriguez Cruz Jair Obed
12.  Tellez Cruz Rodolfo
13.  Valencia Callejas Miguel

## D49 – DESPICADORAS DE LAS CHACAS

## RETAIL & PROCESSING PLAINTIFFS

1. Aniceto Veronica
2. Bautista Castan Maura
3. Cardenas Garces Petra
4. Cipriano Guadalipe
5. Cruz Martinez Salustria
6. Delgado Gonzalez Yamilet
7. Flores Bertha
8. Gamez Ravete Glafira
9. Gonzalez Angelica
10. Gonzalez Elvia
11. Gonzalez Moreno Maria De La Luz
12. Hernandez Yuzeimy Estefania
13. Medina Gonzalez Maria Cristina
14. Noguera Gonzalez Cesia Karen
15. Olivares Garcia Aurelia
16. Ortiz Ortiz Hermelinda
17. Palacios Deysa Alicia
18. Perez Torres Ciria
19. Quezada Gamez Emilia
20. Reyes Hernandez Amparo
21. Reyes Vazquez Teodora
22. Rodriguez Banda Ana Martina
23. Valdez Blanco Dora Luz

## D50 – COMPRAVENTA DEL MERCADO DE TUXPAN

## RETAIL & PROCESSING PLAINTIFFS

1.    Baltazar Carballo Evelia
2.    Baltazar Carballo Javier
3.    Butron Carballo Gregorio
4.    Escudero Santos Vicenta
5.    Gallardo Torres Mariano
6.    Gomez Alvarado Jose Luis
7.    Hernandez Castan Pedro
8.    Hernandez Ramirez Miguel
9.    Herrera Gonzalez Marissa
10.   Juarez Ramirez Juan Antonio
11.   Lopez Cruz Felix
12.   Marcelino Maya Roberto
13.   Ramirez Hernandez Eva Luz
14.   Rostro Anzurez Miguel Angel
15.   Salas Martinez Primitiva