## EXHIBIT "E"

# GRUPO PESCADORES LIBRES ARTEMIO ARAN, ET AL

## "INDEPENDENT FISHERMAN PLAINTIFFS"

| | | |
|---|---|---:|
| 1. | Grupo Pescadores Libres Artemio Aran | 29 Plaintiffs |
| 2. | Pescadores de la Encendada de los Higueros Artemio Aran | 62 Plaintiffs |
| 3. | Libres de Congregacion la Reforma Artemio Aran | 113 Plaintiffs |
| 4. | Pescadores Libres de Tanochin Artemio Aran | 13 Plaintiffs |
| 5. | Pescadores Libres de Tierra y Libertad Artemio Aran | 64 Plaintiffs |
| 6. | Pescadores Mamey Pozo Dos Bocas Artemio Aran | 41 Plaintiffs |
| 7. | Libres de San Luciano Artemio Aran | 39 Plaintiffs |
| 8. | Pescadores Libres de la Mata Norberto Hernández | 69 Plaintiffs |
| 9. | Libres de Cabo Rojo Nelson Delgado Mendoza | 52 Plaintiffs |
| 10. | Pescadores Libres de la Rivera de Tampico Eduardo | 184 Plaintiffs |
| 11. | Libres de las Piedras Tamalin Camilo Perez Castro | 28 Plaintiffs |
| 12. | Pescadores Libres de Morales de Cabo Rojo | 117 Plaintiffs |
| 13. | Pescadores Libres de Cabo Rojito Abad | 52 Plaintiffs |
| 14. | Pescadores Libres de la Restinga | 71 Plaintiffs |
| 15. | Pescadores Libres de la Majahua Reynaldo Castro | 53 Plaintiffs |
| 16. | Pescadores Libres de la Isla de Juan A. Ramirez | 128 Plaintiffs |
| 17. | Libres de Cucharitas 2 Guillermina Castro | 105 Plaintiffs |
| 18. | Libres de Tamiahua Pablo E. Zamora Sanchez | 823 Plaintiffs |
| 19. | Pescadores Libres Soc. Coop. Aurora Barra de Cazones | 21 Plaintiffs |
| 20. | Grupo de Pescadores Libres Guillermina Hernandez | 29 Plaintiffs |
| 21. | Pescadores Libres Ostioneros del Sur | 63 Plaintiffs |
| 22. | Pescadores Libres y Fileteras Claudio Cruz Flores | 39 Plaintiffs |
| 23. | Pescadores Libres de la Soc. Coop. San Andres | 21 Plaintiffs |
| 24. | Pescadores Libres de la Coop de Tamiahua (Included in D-24) | 0 Plaintiffs |
| 25. | Pescadores Libres de la Reforma Fernando Meza Torres | 41 Plaintiffs |
| 26. | Grupo de Libres de Saladero Artemio Aran | 199 Plaintiffs |
| 27. | Pescadores Libres de la Riverita Artemio Aran | 49 Plaintiffs |
| 28. | Grupo de Pescadores Fileteros Chavelita | 47 Plaintiffs |
| 29. | Pescador Libre de Ciudad Madero Tamaulipas | 1 Plaintiffs |
| 30. | Pescadores Libres de Congregacion Anahuac Gerson | 13 Plaintiffs |
| 31. | Pescadores Libres del Puerto de Tuxpan | 123 Plaintiffs |
| 32. | Congregacion La Reforma | 54 Plaintiffs |

## E1 - GRUPO PESCADORES LIBRES ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1 | Alejandre Antonio Eufracio |
| 2 | Antonio Santiago Carmelo Francisco |
| 3 | Antonio Santiago Javier Isaias |
| 4 | Antonio Santiago Mauricio |
| 5 | Blanco Ortega Jorge |
| 6 | Chavez Casados Edgar Valentin |
| 7 | Corona Acosta Enrique |
| 8 | Cruz Montecino Jadiel |
| 9 | Enriquez Flores Gamaliel |
| 10 | Flores Hernandez Benjamin |
| 11 | Galindo Hernandez Jose Luis |
| 12 | Gonzalez Flores Asiel Saday |
| 13 | Gonzalez Santiago Raul |
| 14 | Hernandez Guadalupe Francisco |
| 15 | Hernandez Hernandez Doroteo |
| 16 | Hernandez Hernandez Gregorio |
| 17 | Hernandez Hernandez Jose Francisco |
| 18 | Hernandez Hernandez Valente |
| 19 | Hernandez Rufino |
| 20 | Hernandez Segura Nestor Ivan |
| 21 | Herrera Mendez Jorge |
| 22 | Juarez Aquino Apolinar |
| 23 | Juarez Aquino Ivan |
| 24 | Juarez Aquino Renso |
| 25 | Linche Blanco Manuel |
| 26 | Martir Garcia Natanael |
| 27 | Martir Gonzalez Gaston |
| 28 | Mendiza Loaiza Mardonio |
| 29 | Segura Garcia Crisosoforo |

## E2 - PESCADORES DE LA ENCENDADA DE LOS HIGUEROS ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Bautista Bautista Isaias | 44 | Reyes Cruz Alvaro Ivan |
| 2 | Bautista Bautista Omar | 45 | Reyes Cruz Javier |
| 3 | Bautista Blanco Clemente | 46 | Rosas Salas Ezequiel |
| 4 | Bautista Blanco Delfino | 47 | Rosas Salas Irineo |
| 5 | Bautista Blanco Saturnino | 48 | Rosas Salas Jose |
| 6 | Bautista Cruz Valentin | 49 | Salas Cruz Jose Alfredo |
| 7 | Bautista Mendez Samuel | 50 | Salas Juarez Aniceto |
| 8 | Bautista Olarte Edgar | 51 | Salas Juarez Genaro |
| 9 | Casados Aguilar Elson Jaciel | 52 | Salinas Vite Jesus David |
| 10 | Casados Cruz Adolfo | 53 | Sanchez Ramiro Ramon |
| 11 | Casados Cruz Ancelin | 54 | Sanchez Ramiro Santos |
| 12 | Casados Cruz Gumercindo | 55 | Santiago Cruz Luz Areli |
| 13 | Casados Cruz Jaime | 56 | Silverio Andres Cruz |
| 14 | Casados Santiago Alonso | 57 | Silverio Garcia Alejo |
| 15 | Casanova Del Angel Cruz | 58 | Silverio Garcia Domingo |
| 16 | Castallanos Rosas Ernesto | 59 | Silverio Garcia Nicolas |
| 17 | Corona Casados Pedro | 60 | Silverio Garcia Ricardo |
| 18 | Cruz Bautista Orlando | 61 | Villa Prado Romualdo |
| 19 | Cruz Bautista Rogelio | 62 | Vite Diaz Rosalba |
| 20 | Cruz Blanco Francisco | | |
| 21 | Cruz Cruz Melquiades | | |
| 22 | Cruz Cruz Pedro | | |
| 23 | Cruz Hernandez Miguel | | |
| 24 | Del Angel Ramirez Manuel Angel | | |
| 25 | Flores Basilio Antonio | | |
| 26 | Flores Hernandez Artemio | | |
| 27 | Gonzalez Bautista Jose Arturo | | |
| 28 | Hernandez Geronimo Eucebio | | |
| 29 | Hernandez Geronimo Gabino | | |
| 30 | Hernandez Geronimo Benjamin | | |
| 31 | Hernandez Merinos Jose | | |
| 32 | Hernandez Merinos Juan | | |
| 33 | Hernandez Torres Raul | | |
| 34 | Loyo Bautista Carlos Antonio | | |
| 35 | Loyo Cruz Carlos | | |
| 36 | Neri Chavez Francisco | | |
| 37 | Olarte Vazquez Antonio | | |
| 38 | Olarte Vazquez Marco Antonio | | |
| 39 | Ramiro Cruz Juan | | |
| 40 | Ramiro Cruz Lorenzo | | |
| 41 | Ramiro Cruz Raymundo | | |
| 42 | Ramiro Cruz Ricardo | | |
| 43 | Reyes Cruz Alvaro | | |

## E3 - LIBRES DE CONGREGACION LA REFORMA ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran Blanco Angelica
2. Aran Cruz Artemio
3. Aran Cruz Ociel
4. Aran Mar Alejandro
5. Aran Salinas Amalia
6. Aran Salinas Maura
7. Aran Salinas Rocio
8. Benitez Mar Rosa Elena
9. Blanco Aran Dolores
10. Blanco Aran Hermelinda
11. Blanco Aran Rafaela
12. Blanco Hernandez Tomas
13. Cardenas Garces Laura
14. Casados Aran Emma
15. Castellanos Villasana Isabel
16. Castellanos Villazana Ricardo
17. Castro Aran Mario
18. Castro Gallardo Agripino
19. Castro Hernandez Paula
20. Cobos Juarez Guillermo
21. Cruz Aran Daniela
22. Cruz Cruz Enedina
23. Cruz Felipe Antonio
24. Cruz Hernandez Martin
25. Cruz Meza Fidel
26. Cruz Torres Ignacia Jazmin
27. Cruz Vargas Herminio
28. Cruz Vargas Leonicia
29. Cruz Vargas Luciana
30. Cruz Villanueva Gabriel
31. Cruz Villanueva Irma
32. Cruz Villanueva Jose Emilio
33. Cruz Villanueva Juan Moises
34. De La Cruz Alejandro
35. De La Cruz Cruz Eugenio
36. De La Cruz Cruz Secundina
37. De La Cruz Felipe Antonio
38. De La Cruz Flores Eucebia
39. De La Cruz Hernandez Valentin
40. Francisco Fajardo Griselda
41. Gallardo Bautista Francisco Javier
42. Gallardo Olivares Ederth Javier
43. Garcia Casanova Ernesto
44. Garcia Salas Manuela
45. Gaspar Chavez Tomasa
46. Gil Cruz Crecencio
47. Gil Pasaron Jose
48. Gonzalez Aran Armando
49. Gonzalez Aran Luis
50. Gonzalez Aran Sandra Luz
51. Gonzalez Blanco Anahi
52. Gonzalez Cruz Sergio
53. Gonzalez Gonzalez German
54. Gonzalez Gonzalez Leticia
55. Gonzalez Gonzalez Primitivo
56. Gonzalez Morales Gabriela
57. Gonzalez Rodriguez Eraclio
58. Henandez Blanco Leonel
59. Hernandez Angelica
60. Hernandez Aran Gabino
61. Hernandez Aran Guadalupe
62. Hernandez Diaz Aurelio
63. Hernandez Ruiz Maria Del Carmen
64. Hernandez Salvador Florentino
65. Idelfonso De La Cruz Agripino
66. Juarez Cobos Silveria
67. Mar Gallardo Martin
68. Martinez Gaspar Braulio
69. Martinez Hernandez Cesar
70. Martinez Santiago Felipe
71. Maya Meza Francisco Javier
72. Maya Perez Gilberto
73. Maya Perez Hector
74. Meza Cruz Carlos
75. Meza Del Angel Albertha
76. Meza Francisco Ricardo De Jesus
77. Meza Gallardo Heriberto
78. Meza Hernandez Roberto
79. Meza Salinas Roberta
80. Meza Torres Gabriel Guadalupe
81. Meza Torres Maria Felix
82. Meza Torres Maria Silvia
83. Meza Torres Veronica
84. Olarte Cruz Concepcion
85. Olmos Gil Anay
86. Pasaron Juarez Eucaria

## E3 - LIBRES DE CONGREGACION LA REFORMA ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

87. Perez Gonzalez Brigido
88. Ramirez Fonseca Silvilu
89. Ramirez Santiago Esther
90. Reyes Delgado Fermina
91. Reyes Hernandez Maria Victoria
92. Reyes Meza Gregoria
93. Rodriguez Blanco Elodia
94. Salas Gonzalez Beatriz
95. Salvador Cruz Diego
96. Salvador De La Cruz Procoro
97. Santiago De La Cruz Alejandro
98. Santiago De La Cruz Gabriel
99. Santiago De La Cruz Juan Jose
100. Santiago De La Cruz Luis Enrique
101. Santiago Martinez Abundio
102. Santiago Tranquilino Gabriel
103. Santiago Tranquilino Juan
104. Sobrevilla Perez Clara Rosa
105. Torres Reyes Juana
106. Vargas Gonzalez Elena
107. Vazquez Collazo Silvia
108. Velazquez Castellanos Leobardo
109. Velazquez Castellanos Sofia
110. Villasana Cruz Elfego
111. Villazana Blanco Adela
112. Villazana Cruz Benita
113. Villazana Cruz Maribel

## E4 - TANOCHIN ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Cobos Cruz Enrique
2. Cobos Cuervo Hugo
3. Gallardo Olmos Candelario
4. Gallardo Olmos Gabino
5. Gallardo Olmos Raymundo
6. Hernandez Olmos Eleuteria
7. Martinez Aguilar Victor
8. Meza Sequera Delfina
9. Olmos Salas Herlinda
10. Rodriguez Meza Paula
11. Santiago Cruz Teodora
12. Santiago Maya Eduarda
13. Santiago Maya Maclovio

## E5 – PESCADORES LIBRES DE TIERRA Y LIBERTAD ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran Cantu Jose Eduardo
2. Aran Castellanos Alfonso
3. Aran Cobos Isidro
4. Benito De La Cruz Mariano
5. Benito De La Cruz Maximiliano
6. Benito Idelfonso Abad
7. Benito Idelfonso Marcos
8. Bentio Cruz Pedro
9. Cantu Maya Amalia
10. Celso Hernandez Anastacia
11. Celso Hernandez Venustiano
12. Cortez Gonzalez Adela
13. Cruz De La Cruz Antonio
14. Cruz De La Cruz Cristina
15. De La Cruz Aran Lorena
16. De La Cruz Avelino Maria Librada
17. De La Cruz Cruz Eugenio
18. De La Cruz Delfino Elesban
19. De La Cruz Felipe Ciro
20. De La Cruz Gonzalez Feliciana
21. De La Cruz Gonzalez Hermelinda
22. De La Cruz Hernandez Abad
23. De La Cruz Hernandez Esteban
24. De La Cruz Hernandez Gloria
25. De La Cruz Hernandez Honorio
26. De La Cruz Hernandez Pedro
27. De La Cruz Maria Marcelina
28. De La Cruz Martinez Jose Guadalupe
29. De La Cruz Martinez Victor
30. De La Cruz Salvador Gabino
31. De La Cruz Salvador Natanael
32. De La Cruz Santiago Antonio
33. De La Cruz Santiago Panfilo
34. De La Cruz Vicencio Angela
35. De La Cruz Vicencio Ignacia
36. De La Cruz Vicencio Jorge
37. De La Cruz Vicencio Lazaro
38. De La Cruz Vicencio Magdalena
39. De Los Santos Celso Pablo
40. De Los Santos Celso Pedro
41. De Los Santos Santiago Benito
42. Felipe Cruz Eudelia
43. Flores Martinez Francisca
44. Hernandez Blanco Lourdes
45. Hernandez Blanco Zoila
46. Hernandez Martinez Minerva
47. Hernandez Moltalvo Jose Luis
48. Hernandez Santiago Catalina
49. Idelfonso De La Cruz Agripino
50. Idelfonso De La Cruz Hilaria
51. Idelfonso De La Cruz Manuel
52. Idelfonso De La Cruz Maria
53. Martinez Medina Telma
54. Martinez Santiago Eva
55. Morales Rosas Joaquina
56. Perez Gonzalez Margarita
57. Perez Juarez Osvaldo
58. Porfirio Hernandez Francisca
59. Ramirez Garcia Yolanda
60. Rodriguez Hernandez Nataly
61. Salvador De La Cruz Yolanda
62. Salvador Santiago Daniel
63. Sanchez De La Cruz Silvano
64. Santiago Del Angel Petra

**E6 - PESCADORES MAMEY POZO DOS BOCAS ARTEMIO ARAN**

**INDEPENDENT FISHERMAN PLAINTIFFS**

1. Aran de la Cruz Francisco Javier
2. Aran Gonzalez Jesus Antonio
3. Bautista Alvarado Gustavo
4. Blanco Cruz Andres
5. Blanco Meza Felipe
6. Castro Castro Esteban
7. Castro Del Angel Crisoforo
8. Castro Meza Cristian
9. Cruz Morato Manuel
10. Del Angel Gallardo Ismael
11. Del Angel Lorenzo Carlos Victoriano
12. Echeverria Henandez Carlos Enrique
13. Escalante Martinez Fernando
14. Garcia Hernandez Jose Alfredo
15. Garcia Hernandez Juan Antonio
16. Garcia Hernandez Miguel Angel
17. Garcia Hernandez Victor Manuel
18. Garcia Ruiz Melquiades
19. Garcia Ruiz Tomas
20. Juarez Casados Adrian
21. Lopez Ramos Arturo
22. Lorenzo Del Angel Eduardo
23. Lorenzo Del Angel Guadalupe
24. Lorenzo Martinez Leopoldo
25. Lorenzo Morales Victor
26. Lorenzo Salas Juan Gabriel
27. Lorenzo Salas Victor Jacinto
28. Lugo Del Angel Felix
29. Lugo Reyes Edmundo
30. Lugo Salazar Carlos Enrique
31. Lugo Sosa Luis Enrique
32. Mar Alejandre Jorge
33. Mar Mar Marcos
34. Mar Mar Pedro
35. Mar Muñoz Enrique
36. Martinez Garcia Jose Bernabel
37. Meza Aran Marcelina
38. Meza Salinas Santa Juanita
39. Mora Valdez Aurelio
40. Nolasco Lugo Mascimo
41. Salas Flores Luis

## E7 - LIBRES DE SAN LUCIANO ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Barragan Guerrero Odeth
2. Castillo Cruz Virginia
3. Constantino Armenta Alma Delia
4. Constantino Armenta Elva Nancy
5. Constantino Casanova Gregorio
6. Constantino Cruz Javier
7. Constantino Delgado Maria Dolores
8. Constantino Casanova Marcela
9. Cruz Herrera Maria Isabel
10. Cruz Villarreal Maribel
11. Delgado Gomez Katia Nalleli
12. Gonzalez Aquino Oliverio
13. Gonzalez Escobar Amadeo
14. Hernandez Constantino Julia Janeth
15. Hernandez Constantino Rosa Nelly
16. Hernandez Constantino Sugey Magali
17. Juarez Blanco Cirila
18. Martinez Juarez Carlos
19. Martinez Villareal Deisy
20. Mendoza Garza Concepcion Alicia
21. Mendoza Garza Porfiria
22. Morales Perez Selene
23. Olivares Malerva Eutiquia
24. Olivares Segura Jesus Leonel
25. Olivares Sosa Ana Maria
26. Olivares Sosa Maria Isabel
27. Olivares Malerva Maria Isabel
28. Portales De Leon Epitacio
29. Portales De Leon Marcelino
30. Ruiz Ricardo Gerardo
31. Santiago Castillo Juan Carlos
32. Santiago Clara Martin
33. Segura Alfaro Maira Lucero
34. Trejo Cruz Monica
35. Vazquez Segura Celia
36. Villareal Cesar
37. Villareal Olivares Cesar Carlos
38. Villareal Rivera Daniel
39. Villareal Rivera Eucebio

## E8 - PESCADORES LIBRES DE LA MATA NORBERTO HERNANDEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Blanco Martinez Crisoforo
2. Blanco Martinez Leonor
3. Buzman Velazquez Constantino
4. Calleja Vicencio Roberto
5. Carrillo Cruz Felix
6. Carrillo Velazquez Carlos
7. Carrillo Velazquez Israel
8. Castellanos Cruz Sara
9. Castro Palaez Maria Guadalupe
10. Cobos Mendoza Federico
11. Cruz De La Cruz Abdias
12. Cruz De La Cruz Rocio
13. Cruz Hernandez Guadalupe
14. Cruz Larios Guadalupe
15. De La Cruz Hernandez Nicasia
16. Espinoza Santos Laura Alicia
17. Filidor Escarpett Edgar Jonathan
18. Filidor Valencia Tomas
19. Gonzalez Delgado Santa Ines
20. Heredia Cruz Andrea Belina
21. Heredia Reyes Ricardo
22. Heredia Reyes Venancio
23. Hernandez Cruz Enriqueta
24. Hernandez Cruz Norberto
25. Hernandez De La Cruz Desiderio
26. Hernandez Tiburcio Hugo Rene
27. Hernandez Vicencio Norberto
28. Hernandez Zumaya Juan
29. Jackson Baltazar Marcelo
30. Jackson Bustos Roberto
31. Leyton Garces Manuel
32. Leyton Garces Santos
33. Leyton Reyes Jorge Eduardo
34. Leyton Reyes Luis Alberto
35. Leyton Reyes Miguel Angel
36. Lopez Santiago Elena
37. Mar Aldana Amado
38. Martinez Gonzalez Luis Alberto
39. Martinez Hernandez Jose Roberto
40. Martinez Reyes Irene
41. Mejia Hernandez Dolores
42. Mejia Hernandez Victor
43. Mejia Martinez Margot
44. Melgoza Hernandez Desiderio
45. Peña Bonilla Rafael
46. Ponce Morales Carlos Enrique
47. Ponce Morales Francisco Aristeo
48. Ponce Reyes Aristeo
49. Rangel Roman Maria Magdalena
50. Reyes Alejandre Leonardo
51. Reyes Leyton Salvador
52. Reyes Vicencio Santa Lucia
53. Rodriguez Ortega Enrique
54. Rodriguez Santos Miguel Angel
55. Sanchez Vicencio Antonio
56. Santiago Rangel Deira
57. Solano Vargas Elida
58. Solis Larios Atanasio
59. Torres Azuara Jose Roberto
60. Velazquez Catarini Gloria
61. Villalba Santiago Enrique
62. Yanez Castellanos Esteban
63. Yanez Loya Esteban
64. Zaleta Hernandez Mauro
65. Zaleta Morales Mauro
66. Zarate Aldana Guadalupe
67. Zarate Noguera Carlos Arturo
68. Zit Aldana Jesus
69. Zit Martinez Jesus

## E9 - LIBRES DE CABO ROJO NELSON DELGADO MENDOZA

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Barrios Delgado Delia
2. Copal Mendoza Benita
3. Copal Mendoza Elizabeth Del Carmen
4. Cruz Cruz Esmeralda
5. Cruz Davila Tomasa
6. Cruz Garcia Peregilda
7. Cruz Medina Maria Rubicela
8. Cruz Sanchez Ivon
9. De Luna Ordonez Maria Guadalupe
10. Del Angel Perez Elia
11. Delgado Delgado Olivia Lili
12. Delgado Ramos Hilaria
13. Delgado Sosa Olivia
14. Delgado Sosa Orlanda
15. Delgado Sosa Zaida
16. Garcia Cruz Gerardo
17. Hernandez Casanova Vicenta
18. Hernandez Cruz Lucia
19. Hernandez Deantes Maria Rosio
20. Hernandez Del Angel Aholivama
21. Hernandez Tovar Ana Luisa
22. Lorenzo Delgado Benigna
23. Malvera del Angel Virginia
24. Marin Martinez Concepcion
25. Mascarenas Mellado Blanca Edith
26. Mascarenas Mellado Crecencia
27. Maya Aguilar Maria Del Rosario
28. Maya Aguilar Reyna
29. Maya Sequera Tomasa
30. Mendoza del Angel Rosaura
31. Meza Torres Teresa De Jesus
32. Mora Torres Claudia Janeth
33. Perez Cruz Ana Maria
34. Perez del Angel Marisol
35. Perez Hernandez Dominga
36. Perez Teodora
37. Perez Villalobos Severiana
38. Ramirez De Leon Julia
39. Reyes Copal Rosa Lima
40. Reyes Cruz Amanda
41. Reyes Mancha Norma Luz
42. Rodriguez Maria Del Socorro
43. Santos Barrios Mariela
44. Santos Herrera Salamina
45. Santos Ruiz Jacinta
46. Santos Vergara Adriana
47. Sosa Garcia Antonia
48. Tiburcio Cruz Idalia Yazmin
49. Torres Meza Rafaela
50. Tovar Cristiano Hilaria
51. Villalobos Cruz Francisca
52. Villalobos Del Angel Venancia

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aguilar Morales Maria Del Rosario
2. Agustin Calva Isabel
3. Arteaga Maya Felipa
4. Arteaga Morales Raquel
5. Arteaga Morales Rosa Maria
6. Arteaga Ortega Ruben
7. Arteaga Reyes Manuela
8. Arteaga Sanchez Juan Pablo
9. Artega Lopez Maria Guadalupe
10. Balleza Gomez Ambrosio
11. Balleza Perez Maria Soledad
12. Barrios Barrios Ambrosio
13. Barrios Rodriguez Ramona
14. Bautista Sanchez Arturo
15. Bazan Cruz Hipolito
16. Carrasco Estrada Joel
17. Carrizalez Mar David
18. Casanova Maya Carlota
19. Casanova Medina Florencia
20. Casanova Reyes Veronica
21. Castillo Maya Santos Alberto
22. Castillo Polito Margarita
23. Cayetano Perez Adrian Jaime
24. Constantino Perez Sabina
25. Coronado Roman Karla Sugey
26. Cruz Carrasco Flora
27. Cruz Carrasco Joel
28. Cruz Cruz Cinthya Catalina
29. Cruz Cruz Nemecio
30. Cruz Figon Aurora
31. Cruz Gonzalez Braulito
32. Cruz Hernandez Francisca
33. Cruz Mar Nora Hilda
34. Cruz Maya Diana Lucero
35. Cruz Maya Dora
36. Cruz Mar Maria
37. Cruz Mendoza Maria Cristina
38. Cruz Mendoza Marina
39. Cruz Mendoza Prudencia
40. Cruz Perez Ana Victoria
41. Cruz Perez Nestor
42. Cruz Reyes Margarita
43. Cruz Rodriguez Dominga
44. Cruz Sanchez Reyna Esther
45. Cruz Valente
46. Cruz Valdez Eduarda
47. Del Angel Ochoa Mayra Graciela
48. Del Angel Pineyro Oscar
49. Delgado Ramirez Juana
50. Delgado Sanchez Ruth
51. Delgado Sanchez Yadira
52. Dominguez Cruz Noe
53. Duran Hernandez Maria Elena
54. Duran Lorenzo Gregorio
55. Duran Ruiz Ana Gabriela
56. Flores Gonzalez Onofre
57. Flores Gonzalez Silvia
58. Gallardo Hernandez Elena
59. Garcia Garcia Guadalupe
60. Garcia Gonzalez Norma
61. Garcia Herrera Luz Adriana
62. Gomes Herrera Alejandrina
63. Gomez Lorenzo Estela
64. Gomez Colmenero Ramon
65. Gonzalez Cruz Evelia
66. Gonzalez Espinoza Feliciana
67. Gonzalez Gallardo Maria Isabel
68. Gonzalez Nora Hilda
69. Gonzalez Gonzalez Lucio
70. Gonzalez Hernandez Luz Magaly
71. Gonzalez Mar Alberto
72. Gonzalez Maya Nora Catalina
73. Gonzalez Perez Eustolia
74. Gonzalez Perez Nelda Patricia
75. Gonzalez Ramon Juana
76. Gonzalez Soledad
77. Guerrero Martinez Mayra Lizbeth
78. Guzman Castorena Porfiria
79. Hernandez Acosta Constancia
80. Hernandez Ana
81. Hernandez Constantino Adela
82. Hernandez Constantino Amalia
83. Hernandez Constantino Heriberto
84. Hernandez Paulino
85. Hernandez Cruz Maria Luisa
86. Hernandez Ferral Jose Antonio

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

### INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 87. Hernandez Gonzalez Maria Guadalupe | 130. Olguin Ruiz Idelfonso |
| 88. Hernandez Pina Maria De La Luz | 131. Ortega Mendoza Pascuala |
| 89. Hernandez Rivera Teresa | 132. Osorio Sanchez Lizeth |
| 90. Hernandez Sanchez Lidia | 133. Padron Polito Olaya |
| 91. Hernandez Sanchez Mauro | 134. Perez Cruz Modesta |
| 92. Hernandez Sanchez Telesfora | 135. Perez Figueroa Silvestre |
| 93. Hernandez Ventura Rene | 136. Perez Gonzalez Elia |
| 94. Herrera Rios Mireya | 137. Perez Martinez Victoria |
| 95. Herrera Rios Rosa | 138. Perez Mascarenas Maria De Lourdes |
| 96. Mar Angel | 139. Perez Ochoa Angelica |
| 97. Mar Cruz Galdino | 140. Perez Orta Adan |
| 98. Mar Estevez Magdalena | 141. Perez Ramirez Nelda Rosa |
| 99. Mar Molar Maria | 142. Pineiro Gonzalez Maria Isabel |
| 100. Mar Perez Juan | 143. Pineiro Gonzalez Mirabel |
| 101. Martinez Arredondo Delfino | 144. Pineiro Mar Marcos Andres |
| 102. Martinez Ruiz Ines | 145. Pineiro Perez Amparo |
| 103. Martinez Lemus Agustina | 146. Pineiro Perez Aucencia |
| 104. Martinez Lemus Atanacia | 147. Pineiro Perez Consuelo |
| 105. Martinez Martinez Albertano | 148. Pineiro Perez Eustolia |
| 106. Martinez Martinez Bruna | 149. Pineiro Perez Macario |
| 107. Martinez Martinez Cleofas | 150. Pineiro Reyes Efren |
| 108. Martinez Olivares Refugio | 151. Pineiro Reyes Herlindo |
| 109. Maya Perez Ausencia | 152. Polito Bautista Irma |
| 110. Mendoza Bautista Arminta | 153. Polito Gonzalez Olaya |
| 111. Mendoza Mar Paula | 154. Polito Meza Marco Aurelio |
| 112. Meza Gaytan Marcelo | 155. Polito Rivera Mario |
| 113. Molar Gonzalez Angelica | 156. Ramirez Casanova Gloria |
| 114. Molar Gonzalez Severa | 157. Ramirez Del Angel Efrain |
| 115. Molar Gonzalez Diego | 158. Ramirez Gonzalez Vicenta |
| 116. Molar Gonzalez Domingo | 159. Ramirez Sobrevilla Maria De Jesus |
| 117. Molar Gonzalez Faustino | 160. Rangel Vazquez Paula |
| 118. Molar Gonzalez Fernando | 161. Reyes Andres |
| 119. Molar Gonzalez Veronica | 162. Reyes Arteaga Carlos |
| 120. Molar Pecero Lazara | 163. Reyes Arteaga Silvia |
| 121. Mora Martinez Maria Del Rosario | 164. Reyes Barrios Eleuterio |
| 122. Morales Delgado Juan | 165. Rios Mendoza Leovijilda |
| 123. Morato Villalobos Renato | 166. Rocha Gomez Mireya |
| 124. Moreno Tiburcio Concepcion | 167. Rodriguez Narvaez Marcela |
| 125. Narvaes Lugo Maria Natividad | 168. Ruiz Casanova Sofia |
| 126. Ochoa Lejarza Maria Elisa | 169. Ruiz Del Angel Erica |
| 127. Ochoa Maya Gloria | 170. Salas Ruiz Gracia Maria |
| 128. Ochoa Maya Griselda | 171. Salas Ruiz Toribio |
| 129. Olguin Ruiz Guillermo | 172. Sanchez Hernandez Esther |

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

## INDEPENDENT FISHERMAN PLAINTIFFS

173. Sanchez Pina Humberto
174. Sanchez Pina Inocencia
175. Sanchez Tiburcio Gabina
176. Santos Santiago Maria Elena
177. Segura Echasarretti Rosa Elia
178. Segura Molar Jose Alfredo
179. Segura Ramirez Tomas
180. Segura Villanueva Yesenia Lizeth
181. Sobrevilla Juarez Leomila
182. Suriano Castillo Petra
183. Vazquez Barron Gilberto
184. Zaleta Narvaez Maria Del Rosario

## E11 - LIBRES DE LAS PIEDRAS TAMALIN CAMILO PEREZ CASTRO

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Bautista Castro Paula
2. Castro Del Angel Tomasa
3. Chavez Melo Magdalena
4. Cruz Dominguez Alfredo
5. Cruz Garcia Maria Ester
6. Del Angel Castro Melida
7. Del Angel Valdez Gudelia
8. Flores Del Angel Marcos
9. Flores Rojas Irma
10. Gomez Perez Daniela
11. Gonzalez Cruz Francisco
12. Lincer Perez Lucila
13. Mar Marquez Alicia
14. Mar Del Angel Fernando
15. Mar Del Angel Luis Alberto
16. Mar Marquez Dora
17. Mar Marquez Jacinta
18. Mendoza Flores Enrique
19. Mendoza Flores Victor
20. Olivera Perez Ezequiel
21. Perez Castro Beatriz
22. Perez Castro Camilo
23. Perez Castro Daniel
24. Perez Castro Jairo
25. Perez Castro Mauricio Emanuel
26. Perez Del Angel Atilano
27. Perez Del Angel Luisa
28. Ruiz Ignacio

## E12 - PESCADORES LIBRES DE MORALES DE CABO ROJO

### INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Arteaga Hernandez Clemente | 44. | Lorenzo Cruz Jesus Alan |
| 2. | Barrios Delgado Juan | 45. | Lorenzo Medina Alfredo |
| 3. | Barrios Delgado Oscar | 46. | Malerva Perez Claudio |
| 4. | Barrios Maya Alejandro | 47. | Malerva Ramirez Omar |
| 5. | Bautista Antonio Bruno | 48. | Mar Gonzalez Roman Emmanuel |
| 6. | Bernon Cruz Aldo | 49. | Mar Padilla Tomas |
| 7. | Casanova Cruz Adrian | 50. | Martinez Lorenzo Bernardo |
| 8. | Casanova Maya Cruz Crisoforo | 51. | Martinez Lorenzo Eduardo |
| 9. | Casanova Maya Elias | 52. | Martinez Ramirez Sergio |
| 10. | Casanova Maya Maximo | 53. | Mascarenas Guzman Cupertino |
| 11. | Casanova Vazquez Arturo | 54. | Mascarenas Lorenzo Hector Amir |
| 12. | Casanova Vazquez Vicente | 55. | Mascarenas Medina Carlos Adan |
| 13. | Constantino Copal  Alberto | 56. | Mascarenas Medina Omar |
| 14. | Copal Valdez Rafael | 57. | Maya Aguilar Alfredo |
| 15. | Cruz Cesareo | 58. | Maya Aguilar Faustino |
| 16. | Cruz Delgado Raul | 59. | Maya Aguilar Gavino |
| 17. | Cruz Garcia Juan | 60. | Maya Aguilar Roberto |
| 18. | Cruz Hernandez Christian Ivan | 61. | Maya Cortez Vicente |
| 19. | Cruz Hernandez Telesforo | 62. | Maya Cruz Augusto |
| 20. | Cruz Medina Miguel Angel | 63. | Maya Cruz Benigno |
| 21. | Cruz Mendoza Flauberto | 64. | Maya Cruz Luis Enrique |
| 22. | Cruz Perez Cesareo | 65. | Maya Del Angel Jose Gabino |
| 23. | Cruz Santiago Benito | 66. | Maya Hernandez Roberto Antonio |
| 24. | Del Angel Hernandez Juan Jose | 67. | Maya Maya Martin |
| 25. | Del Angel Tenorio Abraham | 68. | Maya Malerva Dionicia |
| 26. | Delgado Arteaga Jose Ivan | 69. | Maya Mendoza Jose Ruben |
| 27. | Delgado Sosa Gilberto | 70. | Maya Morales Gabriel |
| 28. | Delgado Sosa Sixto | 71. | Maya Morales Luis Alfredo |
| 29. | Delgado Vazquez Alvaro | 72. | Maya Perez Jesus |
| 30. | Franco Meza Rosalio | 73. | Maya Perez Justo |
| 31. | Franco Olivarez Humberto | 74. | Maya Perez Marina |
| 32. | Garcia Copal Magdaleno | 75. | Maya Perez Teodulo |
| 33. | Garcia Cruz Fernando Andres | 76. | Maya Sequera Castulo |
| 34. | Garcia Hernandez Sergio | 77. | Maya Sosa Oscar |
| 35. | Gonzalez Garcia Abad | 78. | Maya Tiburcio Fernando |
| 36. | Gonzalez Lopez Matilde | 79. | Maya Villalobos Rodrigo |
| 37. | Gonzalez Lopez Rafael | 80. | Mellado Lorenza Andres |
| 38. | Hernandez Cruz Sergio Fabian | 81. | Mellado Santiago Emilio |
| 39. | Hernandez Deantes Ricardo | 82. | Mendoza Bautista Carlos |
| 40. | Hernandez Del Angel Homero | 83. | Mendoza Delgado Honorio |
| 41. | Hernandez Del Angel Saul | 84. | Mendoza Nuñez Amalio |
| 42. | Hernandez Delgado Abel | 85. | Mendoza Perez German |
| 43. | Hernandez Dominguez Alejandro | 86. | Mendoza Perez Uriel |

## E12 - PESCADORES LIBRES DE MORALES DE CABO ROJO

### INDEPENDENT FISHERMAN PLAINTIFFS

87. Meza Herrera Silverio
88. Meza Torres Silverio
89. Ortega Constantino Luz Maria
90. Ortega Delgado Adalberto
91. Ortega Palacios Eulalio
92. Perez Arteaga Lazaro
93. Perez Blanco Carlos Adrian
94. Perez Cruz Juan Felipe
95. Perez Del Angel Rufino
96. Perez Maya Gustavo
97. Perez Morales Josue Alfredo
98. Portales Mellado Raul
99. Reyes Hernandez Higinio
100. Reyes Maya Fernando
101. Rivera Aquino Regulo
102. Rivera Cruz Tomas
103. Salvador Francisco Andrea
104. Santos Maya Joel
105. Santos Tovar Inocente
106. Tiburcio Maya Antonio
107. Tiburcio Ortega Calixtro
108. Vazquez Ramirez Adan
109. Vazquez Ramirez Domingo
110. Vazquez Ramirez Margarito
111. Villalobos Del Angel Pedro
112. Villalobos Delgado Israel
113. Villalobos Delgado Ramiro
114. Villalobos Delgado Raul
115. Villalobos Maya Magdalili
116. Villalobos Maya Maria Luisa
117. Villalobos Perez Miguel

## E13 - PESCADORES LIBRES DE CABO ROJITO ABAD

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aguirre Cruz Teodoro
2. Bautista Ferrer Anastasio
3. Bautista Copal Maria Estela
4. Bautista Copal Pedro
5. Bautista Hernandez Felipe Nedil
6. Bautista Hernandez Maximiliano
7. Bautista Hernandez Norma Edith
8. Bautista Hernandez San Jose
9. Bautista Martinez Aurelio
10. Copal Valdez Manuela
11. Cruz Cobos Abraham
12. Cruz Copal Edid
13. Cruz Copal Henrry
14. Cruz Copal Veronica
15. Cruz Gonzalez Javier
16. Cruz Zavala Joaquin
17. Delgado Cruz Javier
18. Delgado Cruz Onofre
19. Delgado Delgado Alejandro
20. Delgado Delgado Delia
21. Delgado Delgado Patricia
22. Delgado Santa Maria Salvador
23. Delgado Santa Maria Damian
24. Dominguez Macias Jaime
25. Dominguez Perez Reyna
26. Fajardo Copal Liliana Isabel
27. Fajardo Toral Andres
28. Gonzalez Perez Abad
29. Gonzalez Perez Margarita
30. Hernandez Copal Marina
31. Hernandez Copal Noemi
32. Hernandez Delgado Andres
33. Hernandez Delgado Mario
34. Hernandez Gonzalez Eustorgio
35. Hernandez Hernandez Emma
36. Hernandez Huesca Loyda
37. Hernandez Rodriguez Benigno
38. Malerva Cruz Mayda
39. Olivares Gonzalez Carla Maria
40. Orta Del Angel Aurelia Maria
41. Perez Mascarenas Marysol
42. Salazar Valero Ana Maria
43. Santamaria Landeros Maria
44. Santiago Copal Marlen
45. Tellez Pena Joaquin
46. Toral Casanova Marco Antonio
47. Valdez Mendoza Pilar
48. Valdez Meza Uriel
49. Venegas Copal Fausto
50. Vidal Cruz Alejandro
51. Vidal De La Cruz Hermelinda
52. Villalobos Maya Judith Del Carmen

## E14 - PESCADORES LIBRES DE RESTINGA

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Alonso Coronel Silvia
2. Bautista Hernandez Silvia
3. Casanova Cruz Rosendo
4. Casanova Cruz Victoriano
5. Casanova Malerva Blanca Eunice
6. Constantino Copal Guadalupe
7. Constantino Copal Julio Cesar
8. Constantino Copal Yolanda
9. Constantino Diaz Efrain
10. Constantino Diaz Elias
11. Constantino Franco Herber
12. Constantino Valdez Elias
13. Constantino Valdez Francisco Javier
14. Copal Maya Domingo
15. Copal Maya Francisco
16. Copal Valdez Rodrigo
17. Cruz Delgado Amalia
18. Cruz Delgado America
19. Cruz Delgado Esmeralda
20. Cruz Espinoza Jose De Jesus
21. Cruz Gonzalez Enrique
22. Cruz Gonzalez Gregoria
23. Cruz Perez Ezequiel
24. Cruz Saldaña Jose Tomas
25. Cruz Saldaña Moices
26. Delgado Meza Jose Maria
27. Delgado Santa Maria Adrian
28. Franco Tiburcio Silvia
29. Garcia Gonzalez Heron
30. Gonzalez Del Angel Fidela
31. Gonzalez Mar Manuel Alejandro
32. Gonzalez Rivera Alejandro
33. Gonzalez Rivera Jose
34. Gonzalez Rivera Noe
35. Hernandez Martinez Jova
36. Malerva Franco Daniel
37. Martir Santiago Reyna
38. Mendoza Nunez Catalina
39. Morales Franco Erika Yadira
40. Morales Garcia Maria De Los Angeles
41. Nunez Montez Alba
42. Olivares Garcia Octaviano
43. Ordonez de la Cruz Martha
44. Ortega Cervantes Lucas
45. Ortega Ramirez Alfredo
46. Ortega Vazquez Habraham
47. Ortega Vazquez Lucas
48. Osorio Bautista Ana
49. Perez Flores Gustavo
50. Perez Maya Deisy Cristal
51. Perez Perez Gustavo
52. Ramirez Constantino Fernando
53. Ramirez Constantino Ruben
54. Rivera Aquino Yara Beatriz
55. Rivera Gonzalez Javier
56. Rivera Gonzalez Rafael
57. Rivera Gonzalez Victorino
58. Santiago Angel
59. Santiago Geronimo Joel
60. Valdes De Leon Juan Luis
61. Valdes de Leon Miguel Angel
62. Valdes Vazquez Heriberto
63. Valdes Vazquez Juan Roque
64. Valdez Bautista Juan
65. Valdez Gonzalez Juan Luis
66. Valdez Mendoza Amaury
67. Valdez Perez Nisser Paul
68. Valdez Vazquez Rosario
69. Villa Constantino Gamaliel
70. Villa Constantino Gerson Haniel
71. Villa Ortega Guadalupe

## E15 - PESCADORES LIBRES DE LA MAJAHUA REYNALDO CASTRO

## INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1 | Castaneda Cruz Felicito |
| 2 | Castaneda Cruz Felipe |
| 3 | Castaneda Cruz Nicolas |
| 4 | Castaneda Hernandez Nicolas |
| 5 | Castaneda Perez Omar |
| 6 | Castaneda Valdez Margarita |
| 7 | Castro Deantes Reynaldo |
| 8 | Castro Diantes Angela |
| 9 | Cruz Espinoza Fortino |
| 10 | Cruz Espinoza Pedro Luis |
| 11 | Cruz Santos Ascencion |
| 12 | Espinosa Hernandez Juan |
| 13 | Espinosa Hernandez Alfredo |
| 14 | Figon Castaneda Ruperto |
| 15 | Figon Romero Epigmenio |
| 16 | Garcia Romero Jose Luis |
| 17 | Gil Cruz Miguel |
| 18 | Gil Espinoza Luis Alfredo |
| 19 | Hernandez Cruz Felipe De Jesus |
| 20 | Hernandez Cruz Jose Juan |
| 21 | Hernandez Cruz Nemecio |
| 22 | Licona Castaneda Ranulfo |
| 23 | Malerva Cruz Domingo |
| 24 | Malerva Cruz Lino |
| 25 | Malerva Del Angel Hector |
| 26 | Malerva Perez Miguel |
| 27 | Malerva Saldana Julio |
| 28 | Martir Figon Lucila |
| 29 | Mendoza Lara Lucero |
| 30 | Nunez Morales Santiago |
| 31 | Nunez Saldana Andres |
| 32 | Peralta Malerva Ramiro |
| 33 | Perez Aran Gema |
| 34 | Perez Aran Viterbo |
| 35 | Perez Copal Esmeralda |
| 36 | Perez Copal Felipa |
| 37 | Perez Copal Higinia |
| 38 | Perez Malerva Dionisio |
| 39 | Perez Malerva Minervo |
| 40 | Perez Ruiz Miguel Angel |
| 41 | Reyes Licona Simon |
| 42 | Rodriguez Medrano Arcadio |
| 43 | Romero Perez Mario Guadalupe |

| | |
|---|---|
| 44 | Saldana Sobrevilla Elpidio |
| 45 | Saldana Sobrevilla Patricio |
| 46 | Sierra Perez Georgina |
| 47 | Sobrevilla Gallardo Luz |
| 48 | Sobrevilla Malerva Alvaro |
| 49 | Sobrevilla Malerva Merced |
| 50 | Sobrevilla Saldana Amado |
| 51 | Solis Perez Ismael |
| 52 | Zamora Mendoza Filemon |
| 53 | Zamora Ismael |

## E16 - LIBRES DE LA ISAL DE JUAN A. RAMIREZ

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Acosta Cepeda Cesar Omar
2. Aguilar Arteaga Jose Manuel
3. Aguilar Arteaga Jose Salvador
4. Aguilar Castaneda Beltran
5. Aguilar Meza Mauro
6. Ahumada Nunez Aquilina
7. Bautista Cruz Ramon
8. Bernon Perez Omar Nemecio
9. Blanco Sosa Noe
10. Bruggeman Perez Carlos
11. Casados Lorenzo German
12. Cruz Bautista Santos
13. Cruz Cenobio Maximo
14. Cruz Cruz Iganacio
15. Cruz Cruz Nicolas
16. Cruz Fernando
17. Cruz Macias Benjamin
18. Cruz Malerva Camilo
19. Cruz Santos Eduardo Ivan
20. Cruz Villareal Jose Cruz
21. Cruz Villareal Victor
22. Del Angel Hernandez Jose Ignacio
23. Del Angel Perez Angelica
24. Del Angel Perez Longinos
25. Dominguez Lucas Enrique
26. Gallardo Perez Ernesto
27. Garcia Alejandre Ismael
28. Garcia Mar Ponciano
29. Garcia Perez Ponciano
30. Garcia Sanchez Noe
31. Garcia Zaleta Eduardo
32. Garcia Zaleta Leonardo
33. Gonzalez Constantino Ignacio
34. Gonzalez Cruz Apolinar
35. Gonzalez Cruz Ignacia
36. Gonzalez Cruz Juan
37. Gonzalez Gonzalez Eloy
38. Gonzalez Nicomedes
39. Gonzalez Teran Jovany
40. Gonzalez Zaleta Alfonso
41. Hernandez Ahumada David
42. Hernandez Casanova Lorenzo
43. Hernandez Cruz Jaime
44. Hernandez Del Angel Pedro
45. Hernandez Escalante Nestor Jovani
46. Hernandez Hernandez Rene
47. Hernandez Mendoza Cipriano
48. Hernandez Mendoza Marcelino
49. Hernandez Morales Salvador
50. Hernandez Perez Norberto
51. Hernandez Perez Sergio
52. Hernandez Perez Simon
53. Hernandez Perez Yari Iveth
54. Hernandez Perez Rene
55. Hernandez Simon
56. Hernandez Sosa Emanuel
57. Hernandez Sosa Jesus
58. Juarez Moreno David
59. Loredo Perez Jesus
60. Loredo Perez Moises
61. Malerva Bernabe Narciso
62. Malerva Cesareo
63. Malerva Cruz Julio
64. Malerva Cruz Santos
65. Malerva Escalante Jesus
66. Malerva Escalante Ricardo
67. Malerva Medina Eusebio
68. Malerva Navarrete Francisco
69. Malerva Navarrete Santos
70. Malerva Perez Jaime
71. Malerva Perez Marcos
72. Mar Mendoza Rafael
73. Mar Ortega Alexis
74. Maya Aguilar Roque
75. Maya Vazquez Daniel
76. Mendoza Cruz Federico
77. Mendoza Cruz Jose Luis
78. Morales Hermilo
79. Morales Perez Ana Luisa
80. Nunez Santiago Alvaro
81. Olivares Malerva Alfredo
82. Olivares Malerva Ramon
83. Olmos Avelino Victorico
84. Olmos Marquez Juan Alberto
85. Orta Cruz Ismael
86. Orta Perez Leandro

## E16 - LIBRES DE LA ISAL DE JUAN A. RAMIREZ

### INDEPENDENT FISHERMAN PLAINTIFFS

87.  Ortega Olivares Julian
88.  Ortega Olivares Victorino
89.  Ortega Perez Calixto
90.  Pena Hernandez Alvaro
91.  Perez Andres
92.  Perez Castelan Jose Anel
93.  Perez Constantino Venustiano
94.  Perez Cruz Ruperto
95.  Perez Gonzalez Juan Andres
96.  Perez Guerrero Olivia
97.  Perez Hernandez Leonel
98.  Perez Hernandez Sergio Eduardo
99.  Perez Mar Jose Tomas
100. Perez Mar Juan Miguel
101. Perez Maya Narziso
102. Perez Perez Narcizo
103. Perez Sosa Leonel
104. Perez Sosa Samuel
105. Reyes Del Angel Jovani
106. Rosas Bautista Francisco
107. Rosas Bautista Francisco
108. Rosas Benilde
109. Salas Malerva Rafael
110. Salas Ovando Benito
111. Salas Ovando Cosme
112. Salas Perez Eduardo
113. Salas Perez Eric Ulises
114. Santiago De La Cruz Hildeberto
115. Santos Ruiz Tomas
116. Sosa Garcia Donato
117. Sosa Moreno Francisco
118. Sosa Perez Alfredo
119. Sosa Vazquez Ernesto
120. Tiburcio Aguilar Amilcar
121. Tiburcio Aguilar Guadalupe
122. Tiburcio Aguilar Honorio
123. Tiburcio Malerba Honorio
124. Torres Roman Erik
125. Torres Roman Luis Arturo
126. Vazquez Cruz Abad
127. Zaleta Lorenzo Matilde
128. Zuniga Morales Gualberto

**E17 - LIBRES DE CUCHARITAS 2 GUILLERMINA CASTRO**

**INDEPENDENT FISHERMAN PLAINTIFFS**

| | | | |
|---|---|---|---|
| 1 | Alvarado Antonio Calixta | 44 | Dominguez Gomez Luis Alberto |
| 2 | Alvarado Antonio Mario | 45 | Estevez Sanchez Elda Berenice |
| 3 | Alvarado Antonio Silvano | 46 | Estevez Sanchez Maria Esther |
| 4 | Avelino Mateos Carmen | 47 | Estevez Sanchez Merib |
| 5 | Barrios Olea Andrea | 48 | Estrada Perdomo Margarito |
| 6 | Barrios Olea Veronica | 49 | Flores Cayetano Abinadab |
| 7 | Barrios Ramirez Concepcion | 50 | Flores Estevez Luis Angel |
| 8 | Bautista Segura Juana Beatriz | 51 | Flores Orales Merab |
| 9 | Blanco Cruz Eugenio | 52 | Galindo Hernandez Sergio |
| 10 | Blanco Cruz Pedro Enrique | 53 | Garcia Barrios Juan |
| 11 | Blanco Flores Jose Luis | 54 | Garcia Gonzalez Francisco Javier |
| 12 | Blanco Maya Giezi | 55 | Garcia Patricio Jacinto |
| 13 | Carvajal Antonio Herlinda | 56 | Gea Martir Donato |
| 14 | Carvajal Antonio Jose Macario | 57 | Gomez Gonzalez Isua |
| 15 | Carvajal Antonio Maria Magdalena | 58 | Gomez Sierra Ana Maria |
| 16 | Carvajal Garcia Lizbeth Eldai | 59 | Gonzalez Cruz Bonifacio |
| 17 | Castro Carvajal Eviezer Itai | 60 | Gonzalez Estevez Alma Sonia |
| 18 | Castro Carvajal Neyfi Mauren | 61 | Gonzalez Estevez Aurelio |
| 19 | Castro Diaz Javier | 62 | Gonzalez Estevez Fabian (Hijo) |
| 20 | Castro Jonguitud Guillermina | 63 | Gonzalez Estevez Fabian (Padre) |
| 21 | Castro Olares Athalia Silen | 64 | Gonzalez Estevez Hermenegildo |
| 22 | Castro Olares Delky Lian | 65 | Gonzalez Flores Benjamin |
| 23 | Castro Orales Misrain Nirot | 66 | Gonzalez Flores Jacob |
| 24 | Cayetano Bautista Felipa | 67 | Gonzalez Perez Juana |
| 25 | Cayetano Cruz Elena | 68 | Gonzalez Santiago Teodora |
| 26 | Cobos Flores Cervando | 69 | Hernandez del Angel Cristian Sugeilli |
| 27 | Cobos Garcia Oscar | 70 | Hernandez Hernandez Milton |
| 28 | Constantino Castro Addiel | 71 | Jonguitud Florencia Antonio |
| 29 | Constantino Castro Bigvai | 72 | Licona Cruz Veronica |
| 30 | Constantino Salas Azarely | 73 | Loaiza Romero Francisco Javier |
| 31 | Constantino Salas Yanira | 74 | Lopez Gonzalez Sonia Elizabeth |
| 32 | Cruz Aquino Pedro | 75 | Lopez Mendoza Josue |
| 33 | Cruz Aran Lugardo | 76 | Lopez Palacios Eleazar |
| 34 | Cruz Aran Octavio | 77 | Lopez Palacios Othoniel |
| 35 | Cruz Cruz Eliseo | 78 | Mar Maya Jovanny |
| 36 | Cruz Garcia Vicente | 79 | Marquez Blanco Filiberto |
| 37 | Cruz Martir Maher Armando | 80 | Martinez Dominguez Maria Antonia |
| 38 | Cruz Moreno Camilo | 81 | Martit Carvajal Policarpo |
| 39 | Cruz Moreno Conrado | 82 | Martir Mar Jonathan Azael |
| 40 | Cruz Santiago Delfina | 83 | Maya Constantino Uziel |
| 41 | Dominguez Castro Jaime | 84 | Maya Garcia Irene |
| 42 | Dominguez Gomez Adrian | 85 | Orales Reyes Maximina |
| 43 | Dominguez Gomez Jaime | 86 | Orales Valdez Nadia |

## E17 - LIBRES DE CUCHARITAS 2 GUILLERMINA CASTRO

## INDEPENDENT FISHERMAN PLAINTIFFS

87    Orales Valdez Rogelio
88    Ortega Isidro Maria De La Luz
89    Ortega Olares Maria Luisa
90    Ortega Refugio
91    Ramirez Atanacio Magdalena
92    Rodriguez Atanacio Luisa
93    Salas Gutierrez Samuel
94    Salazar Moreno Virginia
95    Salazar Salazar Erasmo
96    Saldana Constantino Doroteo
97    Santiago Cruz Dellanira
98    Santiago Mogollon Esteban
99    Sobrevilla Del Angel Ana Bertha
100   Valdez Cruz Cecilia
101   Valdez Flores Isac
102   Vela Gamez Paula
103   Victoriano Gonzalez Alicia
104   Zaleta Gonzalez Abigail
105   Zaleta Ortega Justina

**E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

1. Aguilar Sosa Francisco
2. Aguilar Vazquez Mariano
3. Agustin Rodriguez Martha
4. Alarcon Aran Maria Eugenia
5. Aldana Aparicio Simitrio
6. Aldana Lorences Yesenia
7. Aldana Martinez Sandivel
8. Alejandre Castro Rodolfo
9. Alejandre Mendoza Jose Alfredo
10. Alejandre Olivares Esther
11. Alejandre Perez Crisoforo
12. Alejandre Salas Tadeo
13. Alejandre Salguero Julio Cesar
14. Alejandre Santiago Maria Gabriela
15. Alejandre Sequera Silveria
16. Alejandre Villazana Manuel
17. Allende Reyes Jesus
18. Allende Roman Antonia
19. Alvarado Maya Yrma
20. Alvarado Perez Maria Guadalupe
21. Alvarez Lopez Victor
22. Amador Cobos Noe
23. Amador Ramirez Dora Alicia
24. Andrade Garcia Irma
25. Andrade Martinez  Socorro
26. Anzures Leyton Gisset Adriana
27. Anzures Valdez Agustin
28. Aran Cruz Victor
29. Aran Rosas Alejandro
30. Arano Castañeda Genaro
31. Arellanos Rodolfo
32. Azuara Castillo Fidel Alejandro
33. Azuara Lima Cesar
34. Badena Gonzalez Ramon
35. Barrios Meza Maria Isabel
36. Barrios Ramos Lucio
37. Barrios Roman Elia
38. Barrios Roman Enriqueta
39. Bautista Castillo Alejandro
40. Bautista Hernandez Teodulo
41. Bautista Macias Candido
42. Bautista Rivera Ignacio
43. Bautista Rivera Pablo
44. Bautista Rivera Santiago
45. Bautista Rosas Jose
46. Bautista Sanchez Gabriel
47. Bello Guerrero Teodulo
48. Benavidez Perez Hilaria
49. Benavidez Perez Javier
50. Benavidez Perez Jose Carlos
51. Benavidez Roman Luz Maria
52. Blanco Bernabe Alicia
53. Blanco Cruz Ricardo
54. Blanco Cruz Silviana
55. Blanco Diaz Erika Elizabeth
56. Blanco Lorenzo Adela
57. Blanco Marquez Josefina
58. Blanco Maya Armando
59. Blanco Morales Eleno
60. Bocanegra Sanchez Maria Leonor
61. Bujalil Cantu Diego
62. Bujalil Diaz Salomon
63. Calderon Olivares Edith
64. Campbell Ferral Elia
65. Campillo Franco Aurelio
66. Cantu Maya Margarita
67. Capitan Barrera Santos
68. Capitan Barrios Eguilaldo
69. Capitan Hernandez Jose Othon
70. Capitan Malerva Felix
71. Capitan Ramos Jesus
72. Cardenas Ferral Maria de la Luz
73. Cardenas Garcia Cosme
74. Casanova Cobos Candido
75. Casanova Cruz Paulino
76. Castañeda Valdez Narciso
77. Castellanos Figon Rocio
78. Castellanos Gurrero Maria Juana
79. Castellanos Hernandez Gustavo
80. Castellanos Hernandez Lorena
81. Castellanos Hernandez Miguel Angel
82. Castellanos Santander Pedro
83. Castillo Maya Juana
84. Castro Aran Nazario
85. Castro Galicia Columba
86. Castro Gonzalez Leodan

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 87. Castro Mata Ramon Emanuel | 130. Cruz Ferral Rita |
| 88. Castro Solis Celia | 131. Cruz Flores Minerva |
| 89. Celso Hernandez Venustiano | 132. Cruz Galindo Maximo |
| 90. Cervantes Cruz Albina | 133. Cruz Garcia Abel |
| 91. Chavez Blanco Fausto | 134. Cruz Garcia Cecilio |
| 92. Cisneros Torres Roman | 135. Cruz Garcia Martin |
| 93. Cobos Parrilla Jacinto | 136. Cruz Gomez Leticia |
| 94. Cobos Parrilla Jose Erasto | 137. Cruz Gonzalez Amelia |
| 95. Cobos Reyes Luis Enrique | 138. Cruz Gonzalez Arcadio |
| 96. Coello Gamboa Faustino | 139. Cruz Gonzalez Ignacio |
| 97. Constantino Alejandre Abel | 140. Cruz Hernandez Demetrio |
| 98. Constantino Alejandre Eduardo | 141. Cruz Hernandez Leticia |
| 99. Constantino Meza Abel | 142. Cruz Hernandez Maribel |
| 100. Constantino Meza Enrique | 143. Cruz Hernandez Oscar |
| 101. Constantino Sanchez Eliodoro | 144. Cruz Lara Cesareo |
| 102. Coronado Martinez Mirna | 145. Cruz Manteca Doray |
| 103. Coronado Zamora Gustavo | 146. Cruz Manteca Juana Yarith |
| 104. Cortes Cervantes Antonio | 147. Cruz Martinez Antonio |
| 105. Cristobal Juarez Natividad | 148. Cruz Martinez Fernando |
| 106. Cruz Aguilar Roman | 149. Cruz Martinez Liliana |
| 107. Cruz Alejandre Dora Maria | 150. Cruz Maya Cenobia |
| 108. Cruz Alejandre Lucas | 151. Cruz Maya Jose Lourdes |
| 109. Cruz Alejandre Yolanda | 152. Cruz Maya Pedro |
| 110. Cruz Aran Lidia | 153. Cruz Meza Gaudencio |
| 111. Cruz Aran Rene | 154. Cruz Meza Miguel Angel |
| 112. Cruz Barrios Julio Cesar | 155. Cruz Morales Aurelio |
| 113. Cruz Barrios Miguel | 156. Cruz Ovando Georgina |
| 114. Cruz Barrios Miguel Angel | 157. Cruz Ovando Mirna |
| 115. Cruz Benitez Lina | 158. Cruz Ovando Nelly |
| 116. Cruz Benitez Luis | 159. Cruz Perez Oswaldo |
| 117. Cruz Blanco Hilaria | 160. Cruz Perez Reyna |
| 118. Cruz Blanco Nancy | 161. Cruz Ramirez Mayra Luz |
| 119. Cruz Castañeda Esteban | 162. Cruz Ramirez Norma Viridiana |
| 120. Cruz Castro Juan Roman | 163. Cruz Ramos Cecilio |
| 121. Cruz Cruz Alvaro | 164. Cruz Ramos Elpidio |
| 122. Cruz Cruz Gustavo | 165. Cruz Ramos Martha Patricia |
| 123. Cruz Cruz Jesus | 166. Cruz Reyes Marcelina |
| 124. Cruz Cruz Maria Magdalena | 167. Cruz Rodriguez Maria Rosa |
| 125. Cruz Cruz Osari | 168. Cruz Rodriguez Raul |
| 126. Cruz Cruz Tomas | 169. Cruz Rodriguez Santa |
| 127. Cruz Cruz Yolanda | 170. Cruz Rodriguez Zaida Arminda |
| 128. Cruz Drouaillet Efren | 171. Cruz Roman Belen |
| 129. Cruz Ferral Aida | 172. Cruz Ruiz Jose Manuel |

**E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

173. Cruz Santiago Alba
174. Cruz Santiago Fausto
175. Cruz Vicencio Isai
176. Cruz Zamora Antonio
177. Cruz Zamora Maria Monserrat
178. Cruz Zamora Yenni
179. Damian Enriquez Argelia
180. De La Cruz Avelino Felix
181. De La Cruz Avelino Orlando
182. De La Cruz Bautista Efrain
183. De La Cruz Felipe Ciro
184. De La Cruz Gabriel Margarita
185. De La Cruz Garcia Tomas
186. De La Cruz Hernandez Nicasio
187. De La Cruz Hernandez Pablo
188. De La Cruz Martinez Jose
189. De La Cruz Olivares Celso
190. De La Cruz Santiago Antonio
191. De La Cruz Santiago Panfilo
192. De La Luz Perez Luis Enrique
193. De La Rosa Malpica Set
194. De Los Santos Celso Pablo
195. De Los Santos Celso Pedro
196. De Los Santos Santiago Benito
197. Del Angel Franco Arturo
198. Del Angel Teodocio Francisco
199. Del Rio Cruz Aurelio
200. Del Rio Garcia Eleuterio
201. Del Rio Garcia Marcelino
202. Del Rio Hernandez Fernando
203. Del Rio Macias Marino
204. Del Rio Ramos Erik
205. Del Rio Ramos Jose
206. Del Rio Ramos Ramon
207. Delgado Franco Arturo
208. Delgado Franco Magdalena
209. Delgado Ochoa Yaneth
210. Delgado Rodriguez Agustina
211. Delgado Roman Lucia
212. Diaz Barrios Maria
213. Diaz Blanco Filiberto
214. Diaz Cruz Jose Eduardo
215. Diaz Dominguez Estanislao

216. Diaz Garcia Jose Manuel
217. Diaz Gomez Gabriel
218. Diaz Juarez Juan Jesus
219. Diaz Lavias Jose Luis
220. Diaz Ortega Nanci
221. Diaz Ortega Nely Angela
222. Diaz Reyes Griselda
223. Diego Saavedra Isidro
224. Dominguez Zamora Benigno
225. Dominguez Cortez Elizabet
226. Dominguez Zamora Gregoria
227. Dominguez Zamora Julia
228. Dominguez Zamora Saturnino
229. Escamilla Meza Gonzalo
230. Espinoza Lorenzo Johnny
231. Esteban Aguilar Juana
232. Esteves Cruz Arnulfo
233. Farrera Lagos Eduardo
234. Farrera Lagos Elvia
235. Ferral Castellanos Guadalupe
236. Ferral Cobos Jose Manuel
237. Ferral Malerva Arturo
238. Ferral Ramos Francisco Pinos
239. Ferral Ramos Juan Carlos
240. Ferral Ramos Leticia
241. Figon Alejandre Felipe
242. Figon Alejandre Francisca
243. Figon Espinoza Jose Alberto
244. Figon Florencia Nancy
245. Figon Florencia Segio
246. Figon Jerez Luis Enrique
247. Figon Perez Marcial
248. Figon Salas Javier
249. Figon Sobrevilla Felipe
250. Florencia Castellanos Rosa Carmina
251. Florencia Espinosa Maria De Jesus
252. Florencia Garcia Angel
253. Florencia Garcia Luis
254. Florencia Garcia Santos
255. Florencia Garcia Servando
256. Florencia Maya Nora Luz
257. Florencia Ramos Angel
258. Florencia Ramos Santos

**E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

259. Flores Herenandez Carmela
260. Flores Ines
261. Flores Osorio Martha Lizet
262. Flores Ramon Sergio
263. Francisco Del Angel Teodosio
264. Francisco Magdaleno Nicolas
265. Franco Cobos Neri
266. Franco Cruz Emma
267. Franco Gallardo Jorge Luis
268. Franco Hernandez Alicia
269. Franco Loya Alicia
270. Franco Martinez Josefina
271. Franco Reyes Luis Antonio
272. Gallardo Aguilar Roberto
273. Gallardo Ramos Adan
274. Garces Gonzalez Cristian
275. Garces Loya Manuel
276. Garcia Andrade Jorge Luis
277. Garcia Castillo Alfredo
278. Garcia Castro Gabriel
279. Garcia Constantino Jessica Olivia
280. Garcia Dominguez Oswaldo
281. Garcia Escudero Agustin
282. Garcia Espinosa Otilio
283. Garcia Espinosa Pedro
284. Garcia Hernandez Nahum
285. Garcia Hernandez Catalina
286. Garcia Hernandez Celerino
287. Garcia Hernandez Ismael
288. Garcia Hernandez Jorge Pastor
289. Garcia Lorenzo Jorge Alberto
290. Garcia Lorenzo Julio
291. Garcia Mendez Apolinar
292. Garcia Ramirez Clara
293. Garcia Rodriguez Teresa
294. Garcia Romero Angel
295. Garcia Salas Alfonso
296. Gaspar Delfina
297. Gomez Alejandre Javier
298. Gomez Alejandre Victor Alfonso
299. Gomez Barrios Ana Laura
300. Gomez Cruz Genaro
301. Gomez Cruz Leopoldo

302. Gomez Del Rio Patricia
303. Gomez Garcia Carlos
304. Gomez Garcia Juan
305. Gomez Hernandez Daniel
306. Gomez Macias Jose
307. Gomez Martinez Gerardo
308. Gomez Mogollon Jesus
309. Gomez Mogollon Valentin
310. Gomez Palomo Francisco
311. Gomez Ramos Felix
312. Gomez Ramos Macario
313. Gomez Rivera Genaro
314. Gomez Rivera Jose Manuel
315. Gomez Rosas Maria De Jesus
316. Gonzalez Benitez Javier
317. Gonzalez Cristobal Gerardo
318. Gonzalez Cruz Amelia
319. Gonzalez Franco Rafael
320. Gonzalez Gomez Nancy Yaneth
321. Gonzalez Gonzalez Ismael
322. Gonzalez Gonzalez Teresa de Jesus
323. Gonzalez Hernandez Sergio
324. Gonzalez Hernandez Vilda
325. Gonzalez Lara Eustorgio
326. Gonzalez Perez Ana
327. Gonzalez Ramirez Benito
328. Gonzalez Reyes Adela
329. Gonzalez Rodriguez Rebeca
330. Gonzalez Santiago Lucia
331. Gonzalez Zumaya Eugenio
332. Grappin Fernandez Alberto
333. Gutierrez Garcia Maria Esther
334. Gutierrez Garcia Juana
335. Guzman Cantero Maria De La Luz
336. Guzman Lemus Margarita
337. Herandez Blanco Jose
338. Herandez Gabriel Eloy
339. Hernandez Blanco Gregorio
340. Hernandez Blanco Ismael
341. Hernandez Carrillo Luis Alberto
342. Hernandez Cruz Crispin
343. Hernandez Cruz Isaias
344. Hernandez Cruz Jose Juan

**E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

345. Hernandez Cruz Julio Cesar
346. Hernandez Cruz Lino
347. Hernandez Cruz Luis
348. Hernandez Cruz Maria Guadalupe
349. Hernandez Cruz Maria Noralba
350. Hernandez Franco Alicia
351. Hernandez Franco Rosa
352. Hernandez Fuentes Genaro
353. Hernandez Garcia Miguel
354. Hernandez Garcia Yasmin
355. Hernandez Gonzalez Florisa
356. Hernandez Gonzalez Francisco
357. Hernandez Hernandez Jose Luis
358. Hernandez Hernandez Oliverio
359. Hernandez Hidalgo Antonio
360. Hernandez Hidalgo Jorge
361. Hernandez Huesca Enedino
362. Hernandez Huesca Pablo
363. Hernandez Lopez Jorge
364. Hernandez Lorenzo Antera
365. Hernandez Lorenzo Juan
366. Hernandez Martinez Angel
367. Hernandez Martinez Juana
368. Hernandez Martinez Lino
369. Hernandez Mejia Rosa Isela
370. Hernandez Meza Concepcion
371. Hernandez Meza Jose Angel
372. Hernandez Ortega Facundo
373. Hernandez Resendiz Raul
374. Hernandez Reyes Marcelino
375. Hernandez Reyes Santos
376. Hernandez Reyes Taurino
377. Hernandez Rosas Tomas
378. Hernandez Salas Ernesto
379. Hernandez Samora Nora Hilda
380. Hernandez Sanchez Jaime
381. Hernandez Solis Estanislao
382. Hernandez Tolentino Santiago
383. Hernandez Torres Alfredo
384. Hernandez Torres Faustino
385. Hernandez Torres Octovio
386. Hernandez Zamora Maria Magdalena
387. Herver Romagnoli  Enrique
388. Isidro Morales Tomas
389. Isidro Perez Araceli
390. Isidro Perez Federico
391. Jimenez Lara Maria Del Del Carmen
392. Juarez Dominguez Emma Abigail
393. Juarez Cruz Bernabe
394. Juarez Franco Maricela
395. Juarez Hernandez Claudina
396. Juarez Juarez Adan
397. Juarez Juarez Gloria
398. Juarez Martinez Severo
399. Juarez Perez Isiquio
400. Juarez Reyes Bruno
401. Juarez Reyes Juan Carlos
402. Juarez Reyes Mario
403. Juarez Reyes Oralia
404. Juarez Reyes Rodolfo (1)
405. Juarez Reyes Rodolfo (2)
406. Juarez Reyes Elizabeth
407. Lagos Zumaya Desidoro
408. Landa Rosas Oscar
409. Landa Rosas Sergio
410. Landeros Reyes Enedino
411. Lara Cruz Catalina
412. Lara Cruz Cesareo
413. Lara Flores Jorge
414. Lara Flores Juan Emanuel
415. Lara Moran Aracely
416. Leandro Cruz Jose Guadalupe
417. Leos Maldonado Victorino
418. Lima Blanco Anahi
419. Lima Blanco Juan
420. Lima Del Angel Dionicio
421. Lima Del Angel Dora Estela
422. Lima Del Angel Jose Manuel
423. Lima Del Angel Mauro
424. Lima Gomez Asuncion
425. Lima Gomez Javier
426. Lima Gomez Teresa
427. Lira Barrios Justo
428. Lira Cruz Andrea
429. Lira Cruz Antonio
430. Lopez Alvarado Francisco

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

431. Lopez Benavides Alvaro
432. Lopez Diaz Graciela
433. Lopez Zamora Narciso
434. Lorenzo Abreu Noel
435. Lorenzo Abreu Romula
436. Lorenzo Benavides Martha Laura
437. Lorenzo Cobos Jairo Alonso
438. Lorenzo Cobos Emmanuel Oswaldo
439. Lorenzo Constantino Maria Luisa
440. Lorenzo Constantino Zoila
441. Lorenzo Cruz Alfonso
442. Lorenzo Cruz Hermelinda
443. Lorenzo Cruz Mario Alberto
444. Lorenzo Cruz Nancy
445. Lorenzo Lorenzo Blanca Estela
446. Lorenzo Marcelo Susano
447. Lorenzo Reyes Flor Esther
448. Lorenzo Valdez Loyda
449. Lorenzo Valdez Mariana
450. Loya Garcia Manuel
451. Loya Hernandez Gerardo
452. Loya Hernandez Juan Daniel
453. Loya Juarez Angel
454. Loya Navarro Pilar
455. Loya Sosa Andres
456. Luciano Castellanos Georgina
457. Luciano Castellanos Leticia
458. Luna Capitan Maria Victoria
459. Macias Cruz Vidal
460. Macias Dominguez Jose Manuel
461. Macias Figon Leonel
462. Macias Sobrevilla Gregorio
463. Magallanes Rodriguez Oscar
464. Malerva Saldierna Elia Maria
465. Malerva Saldierna Miguel Angel
466. Malerva Vazquez Angel
467. Malerva Vazquez Guillermo
468. Manteca Garces Josefina
469. Mar Blanco Abdon
470. Mar Cruz Israel
471. Mar Gonzalez Silvia
472. Mar Gutierrez Lorenzo
473. Mar Gutierrez Rafael
474. Mar Lira Conrrado
475. Mar Martinez Alejandro
476. Mar Martinez Erika Elizabeth
477. Mar Ramos Angel
478. Mar Torres Cipriano
479. Mario Fernando Ramos Gamboa
480. Martinez Aguilar Victor
481. Martinez Angelina Antonio
482. Martinez Briseno Petra
483. Martinez Castellanos Mauro
484. Martinez Castellanos Roberto
485. Martinez Castellanos Santos
486. Martinez Castelllanos Silvestre
487. Martinez Cruz Marcela
488. Martinez Diaz Ovidio
489. Martinez Florencia Yolanda
490. Martinez Garcia Pedro
491. Martinez Gonzalez Gabriela
492. Martinez Gonzalez Liliana
493. Martinez Luciano Miguela
494. Martinez Meza Ismael
495. Martinez Meza Pastor
496. Martinez Reyes Arturo
497. Martinez Valdez Gabriela
498. Maya Constantino Guillermo
499. Maya Constantino Maria
500. Maya Cruz Rafaela
501. Maya Gaspar Cristobal
502. Maya Gutierrez Matilde
503. Maya Hernandez Amanda
504. Maya Hernandez Enrrique Aureliano
505. Maya Hernandez Jose Alfredo
506. Maya Hernandez Roberto
507. Maya Perez Cristian Ivan
508. Maya Perez Telma
509. Maya Ramirez Lazaro
510. Maya Sobrevilla Maria Edith
511. Medina Garcia Jorge
512. Mendez Cruz Delia
513. Mendoza Castellanos Rosendo
514. Mendoza Cristobal Martha Elena
515. Mendoza Cristobal Patricia
516. Mendoza Cruz Leonardo

**E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

517. Mendoza Cruz Manuel
518. Mendoza Cruz Nancy
519. Mendoza Diaz Rosendo Feliciano
520. Mendoza Gomez Narciso
521. Mendoza Hernandez Eulalio
522. Mendoza Hernandez Juventina
523. Mendoza Nicolas Domingo
524. Mendoza Perez Javier
525. Mendoza Reyes Antonia
526. Mendoza Reyes Manuel
527. Meza Aguilar Victor
528. Meza Alejandre Alvaro
529. Meza Aran Antonio
530. Meza Aran Gelacio
531. Meza Cobos Jose Manuel
532. Meza Cobos Luis Enrique
533. Meza Colunga Josefa
534. Meza Cruz Araceli
535. Meza Cruz Fausto
536. Meza Del Angel Hilario
537. Meza Dominguez Alvaro
538. Meza Gonzalez Claribel
539. Meza Gonzalez Gabriela
540. Meza Gonzalez Ladislao
541. Meza Torres Carmela
542. Miranda Hernandez Leobarda
543. Moctezuma Perez Fernando
544. Mogollon Leandro Julio
545. Montano Cantu Oscar Abel
546. Montero Aran Saul
547. Montiel Ordoñez Griselda
548. Morales Ines
549. Morales Lorenzo Luis
550. Morales Ortega Jose Alfredo
551. Morales Rosas Ignacio
552. Navarro Guzman Eucebio
553. Navarro Quiroz Luis Miguel
554. Nicolas Gonzalez Adriana
555. Nilcolas Valdes Pedro
556. Nolasco Aguilar Adriana
557. Nolasco Aguilar Hector
558. Nolasco Alejandre Clemente
559. Nolasco Alejandre Elias
560. Nolasco Alejandre Francisco
561. Nolasco Alejandre Pedro
562. Nolasco Ramirez Javier Alonso
563. Nolasco Ramirez Luis Aucencio
564. Nolasco Reyes Aurelia
565. Nolasco Savedra Juan
566. Nolasco Solis Gerino
567. Ochoa Nava Angel
568. Ochoa Nava Gabino
569. Ochoa Perez Bibiana
570. Ochoa Perez Eleuterio
571. Ochoa Roman Anita
572. Ochoa Roman Celedonio
573. Ochoa Roman Victor Gabino
574. Ochoa Sosa Ascencion
575. Ochoa Sosa Eleuterio
576. Olmos Alejandre Joaquin
577. Ortega Gomez Yassmin
578. Ortega Gomez Yeny
579. Ortega Lagos Ruben
580. Ortega Pulido Jose Luis
581. Ortega Rodriguez Reyna
582. Ortega Rodriguez Mucio
583. Ortega Rodriguez Ricardo Patricio
584. Ortega Santander Maria Concepcion
585. Ortiz Cruz Lizbeth
586. Osorio Miguel
587. Osorio Santos Balbino
588. Ovando Galier Selvia
589. Pascual Santiago Juan
590. Perez Cabrales Jose Irene
591. Perez Cabrales Pablo
592. Perez Cabrales Sofio
593. Perez Castellanos Pablo
594. Perez Dominguez Lorenza
595. Perez Isidro Esteban
596. Perez Lara Antonio
597. Perez Mendez Gloria
598. Perez Mendez Saul
599. Perez Meza Ignacio
600. Perez Moctezuma Eucebio
601. Perez Soto Carlos Ignacio
602. Perez Soto Jose Armando

**E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

603. Perez Torres Tito
604. Perez Vazquez Zelida
605. Peyrani Blanco Apolonio
606. Pineda Ferral Ricardo
607. Pineda Ferral Venancio
608. Posadas Reyes Evaristo
609. Quijano Valdez Mario
610. Ramirez Alejandre Maria
611. Ramirez Blanco Maria Alba
612. Ramirez Cobos Pedro
613. Ramirez Cruz Melina
614. Ramirez Hernandez Taide Esteban
615. Ramirez Roman Agustin
616. Ramos Cruz Sadiel
617. Ramos Ferral Azucena
618. Ramos Gamboa Mario Fernando
619. Ramos Garcia Nicolas
620. Ramos Leandro Roberto
621. Ramos Lopez Celerina
622. Ramos Lopez Domingo
623. Ramos Morales Tirzo Alberto
624. Ramos Nolasco Felipe
625. Ramos Ortega Raul
626. Ramos Perez Francisco
627. Ramos Perez Octaviano
628. Ramos Rivera Felipa
629. Ramos Rivera Jose Luis
630. Ramos Villegas Florencio
631. Reyes Aguilar Esteban
632. Reyes De Leon Ernesto
633. Reyes Delgado Sofia
634. Reyes Diaz Antonio
635. Reyes Hernandez Luis Manuel
636. Reyes Hernandez Gilberto
637. Reyes Martinez Viviana
638. Reyes Mendoza Julian
639. Reyes Nicasio Horacio
640. Reyes Rivera Blas
641. Rifka Rodriguez Maria Del Socorro
642. Rivera Figon Angel
643. Rivera Gonzalez Evencio
644. Rivera Ovando Regulo
645. Rodriguez Blanco Matilde
646. Rodriguez Cardenas Antonio
647. Rodriguez Chayrez Pascuala
648. Rodriguez Cruz Margarita
649. Rodriguez Cruz Martin
650. Rodriguez Cruz Santos
651. Rodriguez Del Rio Maximino
652. Rodriguez Guzman Angel
653. Rodriguez Hernandez Rubi
654. Rodriguez Larios Gilberto
655. Rodriguez Leandro Julia Esther
656. Rodriguez Leandro Rosa Isela
657. Rodriguez Martinez Isabel
658. Rodriguez Ramos Miguel Angel
659. Rodriguez Ramos Oscar Omar
660. Rodriguez Salas Eugenio
661. Rodriguez Saucedo Jose Martin
662. Rodriguez Tolentino Antonia
663. Rojas Cruz Esteban
664. Rojas Cruz Maria De La Paz
665. Roman Arellanes Maria Esperanza
666. Roman Baron Elvia
667. Roman Baron Irene
668. Roman Baron Luis Fernando
669. Roman Benavidez Claribel
670. Roman Benavidez Marissa
671. Roman Cobos Francisco
672. Roman Hernandez Evodia
673. Roman Maya Anacleta
674. Roman Nolasco Luis Fernanco
675. Roman Ortega Felix Octavio
676. Roman Ortega Marina
677. Romero Castellanos Jose Alfredo
678. Romero Gonzalez Celia
679. Romero Gonzalez Edith
680. Romero Gonzalez Lucrecia
681. Romero Lira Martin
682. Romero Lira Tomas
683. Romero Nava Adriana
684. Romero Torres Luis
685. Rosas Cristobal Reina
686. Rosas Cristobal Tomasa
687. Rosas Cruz Eusebio
688. Rosas Cruz Evelia

**E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

689. Rosas Cruz Raul
690. Rosas Cruz Rogelio
691. Rosas Esteban Roxana
692. Rosas Esteban Veronica
693. Rosas Garcia Alfredo
694. Rosas Gonzalez Junior
695. Rosas Rivera Ricardo
696. Rosas Sequera Ines
697. Rosas Vicencio Eligio
698. Salas Cruz Antonio
699. Salguero Ferral Miguel Angel
700. Salvador Robles Norberto
701. Samarripa Bule Rene Javier
702. Sanchez Bautista Celerino
703. Sanchez Cervantes Francisco
704. Sanchez Cisneros Maria Elena
705. Sanchez De Luna Mayte
706. Sanchez Diaz Bernardo
707. Sanchez Mendoza Ascencion
708. Sanchez Mendoza Trinidad
709. Santander Cisneros Maria Elena
710. Santander Del Angel Mayra Erika
711. Santander Hernandez Filiberta
712. Santander Lagos Hipolito
713. Santander Leyton Santiago
714. Santander Ramirez Miguel
715. Santiago Castro Juana
716. Santiago Cruz Geronimo
717. Santiago Cruz Redid
718. Santiago Diaz Metodio
719. Santiago Mar David
720. Santiago Maya Martin
721. Santiago Perez Jorge
722. Santiago Perez Lazaro
723. Santiago Perez Olga
724. Santiago Ramirez Moises
725. Santos Cruz Ana Lisbet
726. Sequera Castan Emilia
727. Sequera Castan Martin
728. Sequera Garcia Ascencion
729. Sequera Gomez Ascencion
730. Sequera Gomez Fructuoso
731. Sequera Gomez Martin

732. Sequera Lorenzo Artur
733. Silva Mendoza Miguel Angel
734. Simon Angeles Ofelia
735. Sobrevilla Del Angel Ines
736. Sobrevilla Hernandez Alejandro
737. Sobrevilla Hernandez Arturo
738. Sobrevilla Hernandez Maria Ines
739. Solares Hernandez Cirilo
740. Solares Hernandez Faustino
741. Solis Gonzalez Martina
742. Sosa Mar Noe
743. Soto Parrilla Rafael
744. Soto Santander Erasmo
745. Soto Santander Jovita
746. Tejeda Cruz Manuel Alejandro
747. Tejeda Mendoza Armando
748. Tenorio Sosa Semei
749. Torres Blanco Ricardo
750. Torres Cruz Bruno
751. Torres Cruz Geronimo
752. Torres Ferral Felipe
753. Torres Maya Marcelino
754. Torres Mendoza Esequiel
755. Torres Merinos Francisco
756. Torres Meza Ninfa
757. Torres Pulido Cecilia
758. Torres Serrano Miriam
759. Torres Vazquez Ezequiel
760. Torres Vazquez Jaime
761. Valdez Castro Diana
762. Valdes Galvan Juventino
763. Valdez Leandro Lucas
764. Valdez Martinez Leonel
765. Valdez Martinez Maria Del Carmen
766. Valdez Meza Jose Guadalupe
767. Vazquez Alejandre Rocio
768. Vazquez Blanco Laureana
769. Vazquez Cruz Juan Carlos
770. Vazquez Cruz Santana
771. Vicencio Alejandre Soledad
772. Vicencio Diaz Jose Eduardo
773. Vicencio Escalante Angel
774. Vicencio Gonzalez Silvestre

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

775. Vicencio Leyton Ramon
776. Vicencio Perez Rogelio
777. Vicencio Rosas Mardonio
778. Vicencio Sequera Narcizo
779. Vicencio Sequera Ricardo
780. Victorino Cortez Viridiana
781. Vidal Santiago Avelino
782. Villazana Cruz Armando
783. Villazana Cruz Leopoldo
784. Villazana Cruz Porfirio
785. Villegas Santos Felipa
786. Yañez Cruz Daniel
787. Yañez Cruz Elia
788. Yañez Loya Isaias
789. Zamarripa Bule Rene Javier
790. Zamora Alejandre Noe
791. Zamora Blanco Eli
792. Zamora Blanco Trinidad
793. Zamora Calderon Carlos Alonso
794. Zamora Cruz Celiflora
795. Zamora Cruz Silvestre
796. Zamora Cruz Sofia
797. Zamora Del Rio Elodia
798. Zamora Del Rio Mauricio
799. Zamora Espinoza Manuel
800. Zamora Garcia Florencio
801. Zamora Garcia Noe
802. Zamora Gonzalez Manuel
803. Zamora Gonzalez Marco Antonio
804. Zamora Gonzalez Pablo Cesar
805. Zamora Gonzalez Rosendo
806. Zamora Meza Julian
807. Zamora Meza Marin
808. Zamora Romero Melchor
809. Zamora Sanchez Felix Roberto
810. Zamora Sanchez Francisco
811. Zavala Ontiveros Roberta
812. Zumaya Alonso Maria De La Paz
813. Zumaya Blanco Andrea
814. Zumaya Blanco Corpura
815. Zumaya Gonzalez Emilio
816. Zumaya Gonzalez Jorge
817. Zumaya Gonzalez Lucas
818. Zumaya Gonzalez Marisol
819. Zumaya Hernandez Ignacio
820. Zumaya Hernandez Ricardo
821. Zumaya Malerva Amado
822. Zumaya Malerva Cayetano
823. Zumaya Malerva Concepcion

**E19 - PESCADORES LIBRES SOC. COOP. AURORA BARRA DE CAZONES**

**INDEPENDENT FISHERMAN PLAINTIFFS**

1.  Blanco Del Angel Jorge
2.  Blanco Ortega Eliab
3.  Castro Jonguitud Francisca
4.  Cobos Garcia Juan Carlos
5.  Cruz Castro Elda Nery
6.  Cruz Castro Jahasiel Eved
7.  Cruz Castro Lizzethe
8.  Cruz Castro Miriam Mildred
9.  Cruz Castro Vasti Selomith
10. Cruz Constantino Martha
11. Cruz Linche Sama Abimael
12. Cruz Martir Arnulfo
13. Cruz Martir Jose Angel
14. Garcia Garces Angel
15. Garcia Michcol Eunice
16. Hernandez Hernandez Viviana
17. Herrera Delgado Madai
18. Martir  Garcia  Gaston
19. Maya Cruz Orfa
20. Ortega Martir Zoila
21. Santiago Mogollon Merai

## E20 - GRUPO DE PESCADORES LIBRES GUILLERMINA HERNANDEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1 | Alejandre Antonio Eufracio |
| 2 | Antonio Santiago Carmelo Francisco |
| 3 | Antonio Santiago Javier Isaias |
| 4 | Antonio Santiago Mauricio |
| 5 | Blanco Ortega Jorge |
| 6 | Chavez Casados Edgar Valentin |
| 7 | Corona Acosta Enrique |
| 8 | Cruz Montesino Jadiel |
| 9 | Enriquez Flores Gamaliel |
| 10 | Flores Hernandez Benjamin |
| 11 | Galindo Hernandez Jose Luis |
| 12 | Gonzalez Flores Aziel Saday |
| 13 | Gonzalez Santiago Raul |
| 14 | Hernandez Guadalupe Francisco |
| 15 | Hernandez Hernandez Doroteo |
| 16 | Hernandez Hernandez Gregorio |
| 17 | Hernandez Hernandez Jose Francisco |
| 18 | Hernandez Hernandez Valente |
| 19 | Hernandez Rufino |
| 20 | Hernandez Segura Nestor Ivan |
| 21 | Herrera Mendez Jorge |
| 22 | Juarez Aquino Apolinar |
| 23 | Juarez Aquino Ivan |
| 24 | Juarez Aquino Renso |
| 25 | Linche Blanco Manuel |
| 26 | Martir Garcia Natanael |
| 27 | Martir Gonzalez Gaston |
| 28 | Mendiza Loaiza Mardonio |
| 29 | Segura Garcia Crisosoforo |

## E21 - PESCADORES LIBRES OSTIONEROS DEL SUR

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Alejandre Amador Alan Pascual
2. Alvarado Antonio Calixta
3. Alvarado Antonio Mario
4. Alvarado Antonio Maximino
5. Alvarado Antonio Silviano
6. Alvarado Olares Maricela
7. Atanacio Ramirez Magdalena
8. Avelino Mateos Carmen
9. Barrios Ramirez Concepcion
10. Bautista Segura Juana Beatriz
11. Blanco Flores Jose Luis
12. Carvajal Garcia Lizbeth Eldai
13. Cayetano Cruz Elena
14. Cobos Flores Servando
15. Cobos Garcia Oscar
16. Constantino Salas Azarely
17. Constantino Salas Yanira
18. Cruz Cruz Eliseo
19. Cruz Garcia Vicente
20. Cruz Martir Maher Armando
21. Cruz Moreno Conrado
22. Cruz Santiago Delfina
23. De Leon Cuan Ofelia
24. Dominguez Castro Jaime
25. Dominguez Gomez Adrian
26. Dominguez Gomez Jaime
27. Dominguez Gomez Luis Alberto
28. Duque Tovar Ma Esther
29. Estevez Sanchez Elda Berenice
30. Estevez Sanchez Merib
31. Estrada Perdomo Margarito
32. Flores Cayetano Abinadab
33. Garcia Barrios Juan
34. Garcia De Leon Maria Concepcion
35. Garcia Patricio Jacinto
36. Gomez Gonzalez Isua
37. Gomez Sierra Ana Maria
38. Gonzalez Estevez Alma Sonia
39. Gonzalez Estevez Fabian (Hijo)
40. Gonzalez Estevez Fabian (Padre)
41. Gonzalez Estevez Hermenegildo
42. Gonzalez Flores Benjamin
43. Gonzalez Flores Jacob
44. Gonzalez Perez Juana
45. Hernandez Del Angel Christian Sujeilly
46. Hernandez Hernandez Milton
47. Jonguitud Florencia Antonio
48. Licona Cruz Veronica
49. Marquez Blanco Filiberto
50. Martir Carvajal Policarpo
51. Martir Mar Jonathan Azael
52. Maya Constantino Uziel
53. Mejia Cruz Ruby Isela
54. Olares Reyes Mario
55. Olares Reyes Maximina
56. Ramirez Estevez Alfredo
57. Saldaña Constantino Doroteo
58. Santiago Cruz Dellanira Elizabeth
59. Segura Garcia, Juana Beatriz
60. Valdez Cruz Cecilia
61. Valdez Flores Isac
62. Zaleta Gonzalez Abigail
63. Zaleta Ortega Justina

## E22 - PESCADORES LIBRES Y FILETERAS CLAUDIO CRUZ FLORES

### INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1 | Alejandre Cervantes Marta Catalina |
| 2 | Alejandre Cervantes Mayra |
| 3 | Atanacio Ramirez Dominga |
| 4 | Bautista Cruz Guillermo |
| 5 | Bautista Reyes Arturo |
| 6 | Bautista Reyes Beatriz Guadalupe |
| 7 | Bautista Reyes Lucio |
| 8 | Bautista Reyes Miguel |
| 9 | Bautista Reyes Petra |
| 10 | Bautista Santiago Nora |
| 11 | Castro Ortega Fidencia |
| 12 | Cruz Del Angel Yajaira Adilene |
| 13 | Cruz Flores Claudio |
| 14 | Cruz Maldonado Cesareo |
| 15 | Cruz Parrilla Leticia |
| 16 | Cruz Sanchez Gabriel |
| 17 | Cruz Sanchez Oscar |
| 18 | Del Angel Cruz Maria Ines |
| 19 | Flores Barrios Misar |
| 20 | Garcia Gonzalez Erika |
| 21 | Garcia Baldonado Yuri |
| 22 | Hernandez Cruz Marcela |
| 23 | Macias Cruz Norberta |
| 24 | Marquez Estevez Maria Antonia |
| 25 | Martinez Cruz Belen |
| 26 | Martir Santiago Liliana |
| 27 | Pinentel Smith Alejandrina |
| 28 | Prospero Cruz Norma Edith |
| 29 | Salvador Cruz Alberta |
| 30 | Salvador Garcia Claudia Martina |
| 31 | Sanchez Garcia Fernando |
| 32 | Sanchez Garcia Sara |
| 33 | Sanchez Garcia Teodora |
| 34 | Sanchez Garcia Virginia |
| 35 | Sanchez Marquez Alejandro |
| 36 | Sanchez Marquez Juan Manuel |
| 37 | Segura Rocha Juan |
| 38 | Zavala Ramirez Filomena |
| 39 | Zavala Ramirez Luciano |

## E23 - PESCADORES LIBRES DE LA SOC. COOP. SAN ANDRES

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Barrios Castan Gabriela
2. Constantino Casanova Eucebia
3. Cruz Constantino Cristina
4. Cruz Constantino Julia
5. De La Cruz Cruz Isidora
6. Delgado Copal Maria Clemencia
7. Hernandez Mendoza Cecilia
8. Hernandez Soni Maria Magdalena
9. Lopez Herrera Erendida
10. Malerva Centeno Nelson
11. Malerva Sosa Maria Teresa
12. Mar Gomez Dinora
13. Mascareñas Medina Lorena
14. Morales Cruz Maria Eva
15. Morales Cruz Xochitl Nayeli
16. Morales Cruz Zaida Lorena
17. Olivares Perez Maria Guadalupe
18. Perez  Hernandez Zulema Berenice
19. Perez Alfaro Yasmin
20. Perez Garcia Jose Manuel
21. Perez Martinez Edith

## E24 - PESCADORES LIBRES DE LA COOP DE TAMIAHUA

## INDEPENDENT FISHERMAN PLAINTIFFS

These Plaintiffs are included with No. D-24 – Compradores de la Soc. Coop. Pescadores de Tamiahua

## E25 - PESCADORES LIBRES DE LA REFORMA FERNANDO MEZA TORRES

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran Aran Edmunda
2. Aran Blanco Felisa
3. Aran Castellanos Norma Edith
4. Aran Cruz Jose
5. Aran Salinas Natalia
6. Argumedo Meza Jesus
7. Argumedo Meza Ramon
8. Arroyo Rojas Esperanza
9. Benitez Aran Bricio
10. Blanco Aran Manuel
11. Blanco Aran Raymundo
12. Blanco Arango Francisco
13. Blanco Olmos Marina
14. Blanco Valdez Manuel
15. Castro Perez Arturo
16. Castro Perez Carmen Guadalupe
17. Castro Perez Rafael
18. Cruz Cruz Mario
19. Cruz Cruz Pedro
20. Cruz Cruz Tereso
21. Cruz Villanueva Esperanza
22. Espinoza Aran Nancy
23. Espinoza Cervantes Carlos Enrique
24. Espinoza Cruz Enrique
25. Garcia Salazar Petra
26. Gonzalez Cruz Manuel
27. Gonzalez Cruz Sergio
28. Hernandez Resendez Sara
29. Hernandez Rosas Josefa
30. Lopez Florencia Altelmo
31. Mar Alejandre Jorge
32. Mar Cruz Carlos
33. Meza Cruz Araceli
34. Meza Cruz Rubi
35. Meza Francisco Lileni Griset
36. Meza Gallardo Tomasa
37. Meza Hernandez Silvia
38. Munoz Diaz Guillermo
39. Salinas Blanco Francisca
40. Salinas Blanco Maria de la Cruz
41. Villasana Cruz Magdalena

## E26 - GRUPO DE LIBRES DE SALADERO ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Alarcon Montiel Gabino | 52. | Del Angel Aviles Ana Maria |
| 2. | Aldama Juarez Amalia | 53. | Del Angel Casados Alma |
| 3. | Antonio Florentino Maria Del Rosario | 54. | Del Angel Jeronimo Anabel |
| 4. | Aran Aran Celia | 55. | Del Angel Zaleta Melquiades |
| 5. | Aran Aran Gabriela | 56. | Del Angel Zaleta Manuel |
| 6. | Aran Blanco Norberta | 57. | Espinoza Copal Yolanda |
| 7. | Aran Blanco Sonia | 58. | Espinoza Cruz Juan Jose |
| 8. | Aran Castro Tomas | 59. | Espinoza Garcia Pedro |
| 9. | Aran Cobos Primo | 60. | Espinoza Meza Estela |
| 10. | Aran Cruz Alvaro | 61. | Espinosa Salas Amalia |
| 11. | Aran Gonzalez Maria Elena | 62. | Espinosa Salas Andres |
| 12. | Aran Zaleta Armando | 63. | Espinosa Salas Olga Lidia |
| 13. | Aran Zaleta Aurelia | 64. | Espinoza Solis Valentina |
| 14. | Aran Zaleta Bertha | 65. | Espinoza Zapata Maria Mercedes |
| 15. | Aran Zaleta Hipolito | 66. | Felipe Cayetano Josefina |
| 16. | Baena Aran Miguel | 67. | Felipe Cruz Josefina |
| 17. | Bautista Hernandez Leonila | 68. | Francisco Hernandez Hilda |
| 18. | Blanco Alarcon Arely | 69. | Francisco Martinez Florentino |
| 19. | Blanco Cruz Josefa | 70. | Frias Morales Silvia |
| 20. | Blanco Reyes Julia | 71. | Gabino Santiago Domingo |
| 21. | Casados Aran Emma | 72. | Gallardo Hernandez Norma |
| 22. | Casados Casados Lucia | 73. | Garces Aran Teodola |
| 23. | Casados Cruz Andres | 74. | Garces Torres Brenda Dalila |
| 24. | Casados Cruz Felipa | 75. | Geronimo Mejia Anicacio |
| 25. | Casados Espinoza Lorena | 76. | Godina Quiñonez Nancy |
| 26. | Casados Martinez Calixto | 77. | Gonzalez Aran Sergio |
| 27. | Casados Meza Gumercinda | 78. | Gonzalez Bautista Amalia |
| 28. | Casados Ruiz Genaro | 79. | Gonzalez Concepcion Isabel |
| 29. | Casados Ruiz Victor Alfonso | 80. | Gonzalez Cruz Cecilia |
| 30. | Casados Sanchez Hipolito | 81. | Gonzalez Espinoza Isaias |
| 31. | Casados Torres Juan Manuel | 82. | Gonzalez Espinoza Lazaro |
| 32. | Casanova Mezano Nicolasa | 83. | Gonzalez Felipe Idalid Nalleli |
| 33. | Casanova Perez Herica | 84. | Gonzalez Juarez Teodora |
| 34. | Castellanos Guerrero Eduardo | 85. | Gonzalez Juarez Violeta |
| 35. | Castellanos Guerrero Feliciano | 86. | Gonzalez Mar Angel De Jesus |
| 36. | Castillo Gonzalez Maria | 87. | Gonzalez Meza Aide |
| 37. | Castro Cruz Maria Esmeralda | 88. | Gonzalez Rivera Lazaro |
| 38. | Castro Sosa Ramiro | 89. | Gonzalez Rosas Olinto |
| 39. | Constantino Zequera Juvencio | 90. | Gonzalez Rosas Vita |
| 40. | Constantino Zequera Nora Elia | 91. | Henandez Ramiro Julia |
| 41. | Cortes Cruz Feliciana | 92. | Hernande Espinoza Maria Ofelia |
| 42. | Cortes Martinez Martin | 93. | Hernandez Aran Juana |
| 43. | Cruz Blanco Amada | 94. | Hernandez Magdaleno Juana |
| 44. | Cruz Blanco Maria Ana | 95. | Hernandez Martinez Escolastico |
| 45. | Cruz Castorena Jose | 96. | Hernandez Melgoza Juan |
| 46. | Cruz Del Angel Claudio | 97. | Hernandez Melgoza Jose |
| 47. | Cruz Olares Dolores | 98. | Hernandez Meza Maria Horalia |
| 48. | Cruz Torres David | 99. | Hernandez Nolasco Agustin |
| 49. | Cruz Valdez Rosa Iveth | 100. | Hernandez Olivares Catalina |
| 50. | De La Cruz Bautista Cesar | 101. | Hernandez Peralta Guillermo |
| 51. | De La Cruz Hernandez Lazaro | 102. | Hernandez Ramiro Benito |
| | | 103. | Hernandez Ramiro Magdalena |

## E26 - GRUPO DE LIBRES DE SALADERO ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

104. Hernandez Ramos Griselda
105. Hernandez Santiago Maria Antonieta
106. Jeronimo Mejia Nicasio
107. Jeronimo Meza Catalina
108. Jeronimo Meza Victor Manuel
109. Jeronimo Zaleta Ernesto
110. Jeronimo Zaleta Estela
111. Juarez Mar Jovita
112. Juarez Mar Maria
113. Juarez Meza Anastacia
114. Juarez Meza Fortunata
115. Juarez Meza Martha Elena
116. Lira Torres Francisco Ignacio
117. Lira Torres Jesus
118. Mar Constantino Marisa
119. Mar Cruz Jose Manuel
120. Mar Cruz Rosalina
121. Mar Gamez Guillermo
122. Mar Lugo Cruz
123. Mar Salas Guadalupe
124. Mar Zaleta Concepcion
125. Marquez Cruz Magali
126. Martinez Garcia Julia
127. Martinez Garcia Placido
128. Martinez Hernandez Flor Beth
129. Martinez Hernandez Maria Ines
130. Martinez Martinez Olga
131. Maya Cortes Jose Luis
132. Maya Cruz Angel
133. Melgoza Hernandez Dorotea
134. Meza Blanco Guadalupe
135. Meza Del Angel Cecilia
136. Meza Diaz Elena
137. Meza Guerrero Guadalupe
138. Meza Perez Ricardo
139. Meza Perez Veronica
140. Meza Torres Juana
141. Morales Hernandez Isidora
142. Muñoz Bautista Cirenio
143. Muñoz Bautista Flor Isabel
144. Muñoz Casados Clemente
145. Muñoz Roman Ciro
146. Narvaez Casados Celestino
147. Nogales Hernandez Victor Manuel
148. Olarte Morales Luz Areli
149. Olmos Gil Isabel
150. Palomares Benites Celida
151. Palomares Benites Eulalia
152. Perez Aran Delia
153. Perez Cepeda Dorali
154. Perez Cruz Cequera Maria Guadalupe
155. Perez Santiago Yaneth
156. Perez Zequera Erica
157. Perez Zequera Yadira Lizbeth
158. Ponce Cruz Benjamin
159. Quiroz Aran Anastacio
160. Ramirez Cordova Abel
161. Retiz Hernandez Juana Elena
162. Reyes Meza Paula
163. Reyes Santiago Lorenzo
164. Rios Martinez Maria De Los Angeles
165. Rodriguez Castro Yolanda
166. Rodriguez De La Rosa Maria Elena
167. Rosas Bautista Bernardino
168. Rosas Casados Maria Del Pilar
169. Rubio Trejo Josefina
170. Ruiz Argumedo Jimena
171. Ruiz Argumedo Mayra
172. Ruiz Casados Elvia
173. Ruiz Casados Guadalupe
174. Ruiz Reyes Nancy
175. Ruiz Valdez Amalia
176. Salas Blanco Elia
177. Salas Pazaron Albeta
178. Salas Pazaron Lucina
179. Salinas Cobos Fabiola
180. Santiago Mar Cosme
181. Sequera Del Angel Jose Luis
182. Solis Cayetano Reyna
183. Sosa Carpio Jose Yovani
184. Sosa Escalante Adrian
185. Torres Cordova Manuel Antonio
186. Torres Cruz Ma Elena
187. Torres Meza Carolina
188. Torres Meza Cristina Marcela
189. Torres Santos Agustina
190. Uribe Guerrero Ofelia
191. Valdez Garcia Teofila
192. Valencia Garces Maria Del Carmen
193. Vidal Cruz Emma
194. Zaleta Cruz Roberto
195. Zaleta Espinoza Julian
196. Zaleta Rosas Melquiades
197. Zequera Casados Rosa
198. Zequera Castro Ana Karen
199. Cequera Hernandez Mario

E27 - Pescadores Libres De La Riverita Artemio Aran

Independent Fishermen Plaintiffs

1. Amador Salazar Yolanda
2. Aquino Lucas Felipa
3. Aran Castro Raquel
4. Carvajal Lucas Maricela
5. Carvajal Martinez Ramon
6. Chavez Martinez Mallorica
7. Cruz Aran Ada Linda
8. Cruz Aran Damian
9. Cruz Casanova Delfino
10. Cruz Casanova Edmundo
11. Cruz Casanova Eber
12. Cruz Casanova Federico
13. Cruz Casanova Trinidad
14. Cruz Cerecedo Ybeth
15. Cruz Chavez Delfina
16. Cruz Chavez Maricruz
17. Cruz Cruz Celso
18. Cruz Cruz Fermin
19. Cruz Cruz Jose Pascual
20. Cruz Cruz Juvenal
21. Cruz Gonzalez Enedina
22. Cruz Macias Yuliana
23. Cruz Mar Paulito
24. Cruz Mar Pedro
25. Cruz Salazar Brenda

26. Cruz Santiago Silvia
27. Ferral Chavez Gaudencio
28. Ferral Cruz Leonardo
29. Gomez Sierra Abisai
30. Hernandez Aquino Cornelio
31. Hernandez Aquino Felipe
32. Hernandez Flores Hilario
33. Hernandez Flores Ramona
34. Macias Aquino Norberto
35. Macias Cruz Dorotea
36. Mar Nolasco Cliseria
37. Marcelo Estevez Blanca Estela
38. Marcelo Loaiza Jesus
39. Martir Gonzalez Bernardo
40. Meza Cruz Misael
41. Meza Lima Evaristo
42. Meza Perez Evaristo
43. Meza Perez Mario Alberto
44. Meza Perez Samuel
45. Nolasco Cruz Ermilo
46. Nolasco Cruz Sergio
47. Perez Mendoza Onesima
48. Salazar Velazquez Eva
49. Sierra Moreno Fernanda

## E28 - GRUPO DE PESCADORES FILETEROS CHAVELITA

## INDEPENDENT FISHERMEN

1. Alvarado Garcia, Cirila
2. Bautista Mar, Eusebia
3. Bautista Martinez, Gloria
4. Blanco Cayetano, Esutolia
5. Blanco Perez, Mimi
6. Casados Bautista, Evelia
7. Castro Cruz, Enriqueta
8. Cruz Cayetano, Yolanda
9. Cruz Reyes, Beatriz
10. Cruz Santiago, Guadalupe
11. Del Angel Gallardo, Eloy
12. Del Angel Lorenzo, Lorena
13. Del Angel Martinez, Maria Francisca
14. Del Angel Ortega, Ana
15. Domingez Betancoorp, Guadalupe
16. Escalante Florencia, Berenice
17. Escalante Lugo, Gloria
18. Escalante Martinez, Leticia
19. Escalante Martinez, Valeria
20. Estevez Lugo, Arlette
21. Florencia Nolasco, Elvia
22. Flores Loredo, Carmela
23. Garcia  Hernandez, Maria Concepcion
24. Garcia Hernandez, Martha
25. Garcia Hernandez, Teresa de Jesus
26. Garcia Mar, Carolina
27. Garcia Santiago, Maria de los Angeles
28. Lugo Cruz, Cirila
29. Lugo Cruz, Josefina
30. Lugo Garcia, Guadalupe
31. Lugo Sosa, Clara Delfina
32. Maldonado Leal, Noica Guadalupe
33. Mar Cruz, Adela
34. Mar Morato, Romana
35. Mar Munoz, Guadalupe
36. Mar Munoz, Joaquina
37. Medrano Sanchez, Ninfa
38. Morato Cobos, Narcisa
39. Nolasco Santiago, Maria Teresa
40. Ortiz Hernandez, Dalila
41. Peralta Santiago, Luciana
42. Perez Santiago, Martha Elena
43. Perez Santiago, Norma Imelda
44. Santiago Alvarado, Teresa
45. Santiago Marmolejo, Bertha Esther
46. Sobrevilla Copp, Blanca Estela
47. Vidal Cruz, Lucia

## E29 – PESCADOR LIBRE DE CIUDAD MADERO TAMAULIPAS

## INDEPENDENT FISHERMEN

1.    Hernandez Espinoza Noe

## E30 – LIBRES DE CONGREGACION ANAHUAC GERSON

## INDEPENDENT FISHERMEN

1. Angel Arreola Luis Gabriel
2. Carballo Blanco Maria Del Carmen
3. Carballo Blanco Rufina
4. Carballo Cruz Mauro
5. Castillo Carballo David
6. Cruz Garcia Vanessa Yacaranday
7. Malerva Franco Maria Vicenta
8. Malerva Ramirez Daniel
9. Martinez Castas Genaro Gregorio
10. Santos Hernandez Pedro Jaime
11. Silva Alonso Jorge Ulises
12. Trejo Cruz Sergio Omar
13. Vargas Rodriguez Julio

## E31 – PESCADORES LIBRES DEL PUERTO DE TUXPAN

### INDEPENDENT FISHERMEN

| | |
|---|---|
| 1. Aldana Guerrero Alfonso | 44. Guevara Ramirez Marlen |
| 2. Aldana Guerrero Fausto | 45. Gutierrez Lucas Rita |
| 3. Aldana Martinez Gilberto | 46. Guzman Marquez Antonio |
| 4. Aldana Mendoza Antonio | 47. Hernandez Cruz Rafael |
| 5. Aldana Mendoza Luis | 48. Hernandez Franco Imelda |
| 6. Barrera Rodriguez Luis Antonio | 49. Hernandez Franco Manuel |
| 7. Bermudez Cortez Jose Eduardo | 50. Hernandez Ramon |
| 8. Bermudez Reyes Dulce Flor | 51. Hernandez Reyes San Juana |
| 9. Bermudez Reyes Yajaira | 52. Huesca Morales Roman |
| 10. Blasco Gomez Juan Jose | 53. Jonguitud Cruz Jesus |
| 11. Blasco Gomez Juan Luis | 54. Juan Mendoza Filogonia |
| 12. Carbajal Reyes Diana | 55. Juarez Baldomero Silveria |
| 13. Carballo Mar Josefina | 56. Juarez Gonzalez Carmen |
| 14. Castaneda Del Angel Cirilo | 57. Juarez Mariano Feliciano |
| 15. Castañeda Vicencio Miriam | 58. Juarez Martinez Belinda Beatriz |
| 16. Castañeda Yañez Marcelino | 59. Juarez Martinez Lilia Arisbeth |
| 17. Castellanos Ovando Rosario | 60. Leyton Garces Cira |
| 18. Cortez Manzano Angel | 61. Leyton Rodriguez Eduardo |
| 19. Cristobal Catarina Juvencio | 62. Lima Sosa Valentina |
| 20. Cristobal De La Cruz Bernardo | 63. Martinez Aldana  Jose Luis |
| 21. Cruz Avila Ruben | 64. Martinez Aldana Antonio |
| 22. Cruz Blasco Florentina | 65. Martinez Flores Vicente |
| 23. Cruz Del Angel Esteban | 66. Martinez Leyton Jorge Luis |
| 24. Cruz Guevara Rufina | 67. Martinez Reyes Orlando |
| 25. Cruz Herrera Mardonio | 68. Martinez Valdez Beatriz |
| 26. Cruz Martinez Josue | 69. Martinez Yañez Jorge Ernesto |
| 27. Cruz Perlestain Maria Hortensia | 70. Mendoza Torres Lorenzo |
| 28. Cruz Reyes Julian | 71. Mendoza Torres Maria Del Carmen |
| 29. Cruz Rodriguez David | 72. Mendoza Torres Paula |
| 30. Cruz Rodriguez Yadira | 73. Muñoz Carlos Manuel |
| 31. Damian Hernandez Alfredo | 74. Noguera Martinez Oscar |
| 32. De La Cruz Emilia Alberto | 75. Noguera Reyes Juan |
| 33. Del Angel Rivera Jaime Enrique | 76. Noguera Torres Gustavo |
| 34. Escobar Aguilar Antonio | 77. Perez Bermudez Santos Armando |
| 35. Ferral Garcia Roberto | 78. Perez Feliciano Armando |
| 36. Francisco Javier Solis Mendez | 79. Perlestain Reyes Enriqueta |
| 37. Franco Sosa Concepcion | 80. Pulido Perez Antelma |
| 38. Garcia Hernandez Alejandra | 81. Ramirez Estrada Gabino |
| 39. Gomez Soni Guadalupe | 82. Ramirez Estrada Gabriela |
| 40. Gomez Soni Teodora | 83. Ramos Hernandez Alejandra |
| 41. Gomez Vazquez Flora | 84. Rangel Cruz Maria Eugenia |
| 42. Gonzalez Juarez Julian | 85. Rangel Hernandez Francisco |
| 43. Guerrero Hernandez Sandra Suchey | 86. Reyes Briones Martha Beatriz |

## E31 – PESCADORES LIBRES DEL PUERTO DE TUXPAN

## INDEPENDENT FISHERMEN

| | | | |
|---|---|---|---|
| 87. | Reyes Briones Rocio | 105. | Sanchez Mar Leonel |
| 88. | Reyes Gomez Felix | 106. | Santiago Calderon Maribel |
| 89. | Reyes Gomez Marisol | 107. | Saucedo Cruz Xochitl Adhli |
| 90. | Reyes Gomez Yeny Aide | 108. | Saucedo Sebastian Jose Guadalupe |
| 91. | Reyes Hernandez Guadalupe | 109. | Silverio Cabrera Paula |
| 92. | Reyes Hernandez Guillermo | 110. | Solis Mendez Francisco Javier |
| 93. | Reyes Hernandez Norberto | 111. | Solis Santiago Antonio |
| 94. | Reyes Leyton Ricardo | 112. | Velásquez Hernández Arcadio |
| 95. | Rivera Cuervo Jaime | 113. | Velasquez Hernandez Eugenio |
| 96. | Rivera Reyes Maria Isabel | 114. | Velazquez Leyton Mari Carmen |
| 97. | Rivera Santiago Eliud | 115. | Yanez Loya Eduardo |
| 98. | Rodriguez Alejandre Luis | 116. | Yanez Loya Guillermo |
| 99. | Rodriguez Capitan Maria Del Socorro | 117. | Yañez Loya Isaias |
| 100. | Rodriguez Ramos Luis Alejandro | 118. | Yañez Loya Juan |
| 101. | Rodriguez Ramos Maria De Los Angeles | 119. | Zaleta Ramos Sandra Yasmin |
| 102. | Ruiz Loya Jessica Yamilet | 120. | Zaleta Reyes Carlos |
| 103. | Ruiz Loya Tania Patricia | 121. | Zaleta Reyes Carlos |
| 104. | Sanchez Cruz Francisca | 122. | Zarate Vicencio Luis Martin |
| | | 123. | Zeferino Martinez Isala Del Carmen |

## E32 – CONGREGACION LA REFORMA

## INDEPENDENT FISHERMEN

1.  Aguilar Cruz Apolinar
2.  Aran Aran Bernardo
3.  Aran Aran Gregorio
4.  Aran Aran Isidro
5.  Aran Aran Simitrio
6.  Aran Blanco Agustin
7.  Aran Blanco Felix
8.  Aran Blanco Froylan
9.  Aran Castro Daniel
10. Aran Castro Fermin
11. Aran Castro Ismael
12. Aran Cruz Armando
13. Aran Cruz Heriberto
14. Aran Cruz Oscar
15. Aran Gonzalez Alejandro
16. Aran Hernandez Fabian
17. Aran Lopez Bertoldo
18. Aran Mar Jose Guadalupe
19. Aran Salinas Crisoforo
20. Aran Salinas Enrique
21. Aran Salinas Ever
22. Aran Salinas Martin
23. Blanco Aran Alberto
24. Blanco Aran Fernando
25. Blanco Aran Fernando
26. Blanco Aran Gabriel
27. Blanco Aran Hipolito
28. Blanco Aran Tirso
29. Blanco Barrios Raymundo
30. Blanco Gonzalez Mariano
31. Blanco Rivera Julio
32. Blanco Rodriguez Jose Luis
33. Blanco Rodriguez Martin Carlos
34. Blanco Salinas Fernando
35. Blanco Salinas Filiberto
36. Blanco Salinas Heladio
37. Blanco Valdez Tirso
38. Casados Aran  Fabian
39. Castro Cruz Victor
40. Castro Hernandez Gabino
41. Castro Perez Adan
42. Cruz Aran Alberto
43. Cruz Blanco Aron
44. Cruz Castro Joel
45. Cruz Castro Jorge
46. Cruz Copal Francisco
47. Cruz Cruz Santos
48. Cruz Gallardo Crisostomo
49. Cruz Meza Jose Manuel
50. Cruz Meza Marcos
51. Cruz Palomares Jose Alonso
52. Cruz Velasquez Angel
53. De La Cruz Hernandez Tomasa
54. Torres Meza Manuel