UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO.: 2179 |
| | * | SECTION:  J |
| This Document Pertains to | * | |
| 2:12-cv-009888 | * | |
| 2:12-cv-01295-CJB-SS | * | |
| 2:12-cv-02155 | * | |
| 2:10-md-02179-CJB-SS | * | |
| 2:12-cv-02048 | * | |
| 2:12-cv-01483 | * | |
| 2:12-cv-01484 | * | |
| 2:12-cv-02194 and | * | |
| Unfiled Economic and Property Damages Class Members | * * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  *

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who, pursuant to Local Rule 43.1, request that their Objection to Joint Motion to Clarify Current Hold-Back Order Concerning Refund of Transition Payments be set for oral argument at a date and time convenient for the Court.

Respectfully submitted.

SMITH STAG, L.L.C.

By: /s/ Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile


and

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Economic and Property Damages Class Members and Medical Benefits Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of October, 2012.

/s/   Stuart H. Smith