UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO.: 2179 |
| | * | SECTION:   J |
| This Document Pertains to | * | |
| 2:12-cv-009888 | * | |
| 2:12-cv-01295-CJB-SS | * | |
| 2:12-cv-02155 | * | |
| 2:10-md-02179-CJB-SS | * | |
| 2:12-cv-02048 | * | |
| 2:12-cv-01483 | * | |
| 2:12-cv-01484 | * | |
| 2:12-cv-02194 and | * | |
| Unfiled Economic and Property Damages Class Members | * * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

*******************************************

## NOTICE OF SUBMISSION

TO:

*Plaintiffs' Liaison Counsel:*

    Stephen J. Herman
    Herman, Herman, Katz & Cotlar, LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    sherman@hhkc.com

    James Parkerson Roy
    Domengeaux Wright Roy & Edwards LLC
    556 Jefferson Street
    Lafayette, Louisiana 70501
    Phone: (800) 375-6186 or (337) 233-3033
    jimr@wrightroy.com

*Defense Liaison Counsel:*

David J. Beck
Beck, Redden & Secrest, L.L.P
One Houston Center
1221 McKinney Street
Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
dbeck@brsfirm.com

Donald E. Godwin
Godwin Ronquillo
Renaissance Tower
1201 Elm Street
Suite 1700
Dallas, TX 75270
Phone: (214) 939-4400
dgodwin@godwinronquillo.com

Don K. Haycraft
Liskow & Lewis
701 Poydras Street
Suite 5000
New Orleans, LA 70139
Phone: (504) 556-4128
dkhaycraft@liskow.com

Ky E. Kirby
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006
Phone: (202) 373-6795
ky.kirby@bingham.com

Deborah D. Kuchler
Kuchler Polk Schell Weiner & Richeson, LLC
1615 Poydras Street
Suite 1300
New Orleans, LA 70112
Phone: (504) 592-0691
dkuchler@kuchlerpolk.com

J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Phone: (312) 862-2064
andrew.langan@kirkland.com

Michael J. Lyle
Weil, Gotshal & Manges LLP
1300 Eye Street NW
Suite 900
Washington, DC 20005
Phone: (202) 682-7157
michael.lyle@weil.com

Kerry J. Miller
Frilot L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8194
kmiller@frilot.com

Phillip A. Wittman
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-593-0804
pwittmann@stonepigman.com

PLEASE TAKE NOTICE, that Plaintiffs will bring on hearing their Objection to Joint Motion to Clarify Current Hold-Back Order Concerning Refund of Transition Payments at a date and time convenient for the Court.

Respectfully submitted.

3

SMITH STAG, L.L.C.

By: /s/   Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Economic and Property Damages Class Members and Medical Benefits Class Members*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of October, 2012

/s/   Stuart H. Smith