UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding of Allocation of Examination Time for Marcia McNutt]

The deposition of Marcia McNutt is set for two days on October 24 and 25. It will not be extended beyond two days. The U.S. designated Dr. McNutt to testify on quantification topics. The request of the PSC and the States that Dr. McNutt be re-classified as a hybrid witness from a quantification witness is denied. The allocation of examination time for Dr. McNutt is modified as shown below. This allocation is only for Dr. McNutt's deposition. If Cameron or any other party does not use its allotted time, it shall be ceded to the PSC and the States.

| **Party** | **Current** | **Plus(Minus)** | **Modification** |
|---|---|---|---|
| BP | 540 | (10) | 530 |
| TO | 80 | (5) | 75 |
| Anadarko | 20 | (5) | 15 |
| HESI | 20 | (10) | 10 |
| Cameron | 20 | (10) | 10 |
| PSC/States | 70 | 40 | 110 |
| U.S. | 90 | No change | 90 |
| BP (Reserved) | 60 | | 60 |
| Total | 900 | | 900 |

The deadline for an appeal of this order is **Monday, October 22, 2012.**

New Orleans, Louisiana, this 22nd day of October, 2012.

      **SALLY SHUSHAN**
      **United States Magistrate Judge**