UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179<br><br>SECTION: J |
| Relates to: 2:10-cv-07777-CJB-SS | ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

**MOTION FOR CLARIFICATION OF TIME ALLOTTED FOR
OBJECTORS' COUNSEL AT FAIRNESS HEARING**

COMES NOW, the Objectors, Reynaldo Abreu, et. al., by and through undersigned counsel, and Pursuant to Fed. R. Civ. P. 23, and hereby move this Court to clarify the time for which Objectors' counsel will be allowed to present its argument at the Fairness Hearing for the proposed Medical Benefits Class Action Settlement, and in support would state as follows:

1.  In a Court Order filed September 11, 2012, the Court stated: "the Court presently intends to limit oral presentations by individual objectors (or their counsel, as applicable) to not more than 3 minutes each." Rec. Doc. 7358 at 4.

2.  Objectors request the Court to clarify this statement as applied here due to the fact that the Objectors presently consist of 36 individual clean workers. Based on the court's order, this could be interpreted that would permit the Objectors to jointly make their objections for a total time period of approximately 108 minutes. Alternatively, if the objectors are treated as a single group, this would permit the 36 objectors to jointly have a total of three minutes to present their objections.

1

3. As the objections set forth will require more than three minutes but not require 108 minutes, the objectors request a clarification as to this issue.

4. As more fully set forth in the memorandum as incorporated herewith, the objectors request that a time frame of twenty (20) minutes to speak at the Fairness Hearing for the proposed Medical Benefits Class Action Settlement be given for all objectors in this group to make their presentations.

WHEREFORE, the Objectors respectfully request that this Court grant the Objectors twenty (20) minutes to present their arguments at the Fairness Hearing for the proposed Medical Benefits Class Action Settlement, and any additional relief this Court deems just and proper.

Respectfully Submitted,

Jeremy D. Friedman, Esq.
The Downs Law Group, PA
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
(305) 444-8226
Attorney for Claimants

__/s/ Jeremy Friedman___
Jeremy D. Friedman
Florida Bar # 134643

Marx Sterbcow, Esq.           Jason Melancon, Esq.
The Sterbcow Law Group        Melancon & Rimes
1734 Prytania St              8706 Jefferson Hwy, Ste A
New Orleans, LA 70130         Baton Rouge, LA 70809
(504) 723-2184                (225) 303-0455
Louisiana Bar #               Louisiana Bar #

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was sent via U.S. Mail to: Medical Lead Class Counsel: James Parkerson Roy, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson St., Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C. Attention: Deepwater Horizon Medical Benefits Settlement Kirkland & Ellis, LLP, 300 North LaSalle St. Chicago Il., 60654 as of the date as set forth above.