UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 11-1159 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Motions of Jennifer Willis for Leave to Intervene (Rec. docs. 7684 and 7685)]

On October 18, 2012, Willis & Buckley, APC, through Jennifer N. Willis, sought leave to file complaints of intervention. For the reasons stated by the mover,

IT IS ORDERED that the motions of Willis & Buckley, APC, through Jennifer N. Willis, to file complaints of intervention (Rec. doc. 7684 and 7685) are GRANTED.

New Orleans, Louisiana, this 22nd day of October, 2012.

SALLY SHUSHAN
United States Magistrate Judge