UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br><br>All Cases<br>Including 12-2248 | Magistrate Judge Shushan |

## REQUEST FOR ORAL ARGUMENT

COME NOW, by and through undersigned counsel, opt-out Plaintiffs, Torrey Barlow, et. al., and excluded-claim Plaintiffs, Valerie Millender, et. al., who respectfully represent that considering the delicate nature of this issue, that oral argument will assist in the Court's resolution of the pending Joint Motion for Joint Motion to Clarify Current Hold-Back Order Concerning Refund or Transition Payments, Doc. No. 7613 and our firm's objection to said motion, Doc. No. 7709.

Therefore, pursuant to Local Rule 78.1 E, Plaintiffs request oral argument on the Joint Motion to Clarify Current Hold-Back Order Concerning Refund of Transition Payments set for hearing before this Court.

Respectfully submitted.

/s/ Paul A. Dominick
Paul A. Dominick, Fed. ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC 29402
Phone: (843) 577-9440
Fax: (843) 720-1777

And

Douglas M. Schmidt, Fed. ID No. 11789
335 City Park Ave
New Orleans La 70119
504-482-5711
504-482-5755 fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2012, I electronically filed the foregoing instrument with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

                                             /s/ Paul A. Dominick
                                             _____