# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * * | |
| | | HONORABLE CARL J. BARBIER |
| | * * | |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | | |

## NOTICE OF JOINT FILING OF THE SUPPLEMENTAL DECLARATIONS OF CAMERON R. AZARI; DANIEL J. BALHOFF; STEPHEN CIRAMI; JOHN C. COFFEE, JR; MEADE MONGER; DAVID ODOM; AND JOHN W. PERRY, JR.

**PLEASE TAKE NOTICE** that Class Counsel, BP Exploration & Production Inc., and BP America Production Company hereby jointly file into the record the supplemental declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John C. Coffee, Jr.; Meade Monger; David Odom; and John W. Perry, Jr. These declarations are attached as exhibits A, B, C, D, E, F, and G respectively.

October 22, 2012                                    Respectfully submitted,

  /s/ *Stephen J. Herman*                                /s/ *James Parkerson Roy*

Stephen J. Herman, La. Bar No. 23129     James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN & KATZ & LLC      DOMENGEAUX WRIGHT ROY & EDWARDS
820 O'Keefe Avenue                            LLC
New Orleans, Louisiana 70113               556 Jefferson Street, Suite 500
Telephone: (504) 581-4892                    Lafayette, Louisiana 70501
Fax No. (504) 569-6024                         Telephone: (337) 233-3033
                                                                Fax No. (337) 233-2796
Lead Economic and Property Damages
Class Counsel                                         Lead Economic and Property Damages
                                                                Class Counsel

### *ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL*
_____

Joseph F. Rice                                         Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                              WILLIAMS LAW GROUP
28 Bridgeside Blvd.                                 435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                     Maison Grand Caillou
Office: (843) 216-9159                           Houma, LA 70360
Telefax: (843) 216-9290                         Office: (985) 876-7595
                                                                Telefax: (985) 876-7594

Brian H. Barr                                          Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,          WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA   700 Broadway
316 South Baylen St., Suite 600               New York, NY 10003
Pensacola, FL 32502-5996                      Office: (212) 558-5802
Office: (850) 435-7045                          Telefax: (212) 344-5461
Telefax: (850) 436-6187

Jeffrey A. Breit                                       Rhon E. Jones
BREIT DRESCHER IMPREVENTO &    BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                                        PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000              218 Commerce St., P.O. Box 4160
Norfolk, VA 23510                                  Montgomery, AL 36104
Office: (757) 670-3888                           Office: (334) 269-2343
Telefax: (757) 670-3895                         Telefax: (334) 954-7555

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office: (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

|  |  |
|---|---|
| James J. Neath |   */s/ Richard C. Godfrey, P.C.* |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX  77079 | Andrew B. Bloomer, P.C. |
| Telephone:  (281) 366-2000 | Scott W. Fowkes, P.C. |
| Telefax:  (312) 862-2200 | Timothy A. Duffy, P.C. |
|  | R. Chris Heck |
| Daniel A. Cantor | Christopher J. Esbrook |
| Andrew T. Karron | Catherine L. Fitzpatrick |
| Ellen K. Reisman | KIRKLAND & ELLIS LLP |
| Matthew J. Douglas | 300 North LaSalle Street |
| ARNOLD & PORTER LLP | Chicago, IL 60654 |
| 555 Twelfth Street, NW | Telephone:  (312) 862-2000 |
| Washington, DC 20004 | Telefax:  (312) 862-2200 |
| Telephone:  (202) 942-5000 |  |
| Telefax:  (202) 942-5999 | Jeffrey Bossert Clark |
|  | Steven A. Myers |
| Jeffrey Lennard | Dominic E. Draye |
| Keith Moskowitz | KIRKLAND & ELLIS LLP |
| SNR DENTON | 655 Fifteenth Street, N.W. |
| 233 South Wacker Drive | Washington, D.C. 20005 |
| Suite 7800 | Telephone:  (202) 879-5000 |
| Chicago, IL  60606 | Telefax:  (202) 879-5200 |
| Telephone:  (312) 876-8000 |  |
| Telefax:  (312) 876-7934 |   */s/ Don K. Haycraft* |
|  | Don K. Haycraft (Bar #14361) |
| *OF COUNSEL* | R. Keith Jarrett (Bar #16984) |
|  | LISKOW & LEWIS |
|  | 701 Poydras Street, Suite 5000 |
|  | New Orleans, Louisiana 70139 |
|  | Telephone:  (504) 581-7979 |
|  | Telefax:  (504) 556-4108 |
|  |  |
|  | Robert C. "Mike" Brock |
|  | COVINGTON & BURLING LLP |
|  | 1201 Pennsylvania Avenue, NW |
|  | Washington, DC 20004 |
|  | Telephone:  (202) 662-5985 |
|  | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of October 2012.

                                                 /s/ Don K. Haycraft
                                                 Don K. Haycraft