IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J BARBIER MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, Plaintiffs, v. BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., Defendants. | * * * * * * * * * * * * * * | Civil Action No. 12-97 SECTION J HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

### DECLARATION OF STEPHEN CIRAMI

I, Stephen Cirami, hereby declare and state as follows:

1.  I am over the age of 21 years and a resident of the State of New York. Unless otherwise stated, I have personal knowledge of the facts set forth herein, including through a review of the materials described herein and, if called to do so, could testify truthfully thereto.

2.  I am Senior Vice President of Operations for The Garden City Group, Inc. ("GCG"). GCG is a Claims Administration Vendor in the Deepwater Horizon Economic and Property Damages Settlement Court Supervised Settlement Program ("CSSP"). One of GCG's responsibilities in the CSSP is to receive correspondence directed to the Settlement Program Exclusions Department, and process

- 2 -

opt out requests. I am responsible for overseeing this opt out processing work. GCG reviews each piece of correspondence addressed to, or otherwise received by, the Exclusions Department to determine whether it contains a request to opt out of the Economic and Property Damages Settlement. In addition to such opt out requests, some correspondence to the Exclusions Department contains requests for assistance in filing a claim or other statements or questions that do not indicate a request to opt out of the Class. Other correspondence contains requests that indicate a possible intent to opt out but the intent was unclear, or the correspondence does not comply with the Settlement Agreement, Notice, and/or the Court's Preliminary Approval Order. In all such cases where the intent to opt out was not clear, or the request was incomplete, GCG has sent follow up letters and made follow up phone calls to the individual or entity to ascertain the intent and/or to notify them what is required to clarify their intent or correct any such deficiency.

3. As of October 19, 2012, the Exclusions Department has received 983 requests to opt out of the Economic & Property Damages Settlement. Some of these, however, may not be requests from eligible or valid potential class members. In addition to the 983 opt out requests mentioned above, GCG has received 173 opt out requests that have been validly revoked. These revocations are not counted in the 983 opt out total reported as of October 19, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 22, 2012

_____
Stephen J. Cirami