# EXHIBIT A REVISION

with final 2011 NOAA Commercial Landing public data

[Seafood Compensation Program]

## Value and Volume of Landings 2007-2011
## AL, LA, MS, FL Gulf, FL Panhandle, TX Class
## January - December

| Year | Shrimp | | | Oyster | | | Blue Crab | | | Finfish | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MM lbs | MM $ | $/lb | MM lbs | MM $ | $/lb | MM lbs | MM $ | $/lb | MM lbs | MM $ | $/lb |
| 2007 | 180.74 | $277.64 | $1.54 | 21.39 | $65.99 | $3.08 | 56.03 | $44.48 | $0.79 | 50.35 | $70.29 | $1.40 |
| 2008 | 148.46 | $271.36 | $1.83 | 20.21 | $58.84 | $2.91 | 47.74 | $38.43 | $0.81 | 53.70 | $70.60 | $1.31 |
| 2009 | 194.02 | $245.67 | $1.27 | 22.42 | $72.13 | $3.22 | 60.07 | $44.33 | $0.74 | 55.39 | $68.55 | $1.24 |
| 2010 | 135.10 | $241.50 | $1.79 | 14.81 | $51.62 | $3.49 | 39.64 | $39.78 | $1.00 | 45.21 | $54.98 | $1.22 |
| 2011 | 167.75 | $313.81 | $1.87 | 17.60 | $61.81 | $3.51 | 54.09 | $47.27 | $0.87 | 60.54 | $81.55 | $1.35 |
| Avg 2007-09 | 174.40 | $264.89 | $1.52 | 21.34 | $65.66 | $3.08 | 54.61 | $42.41 | $0.78 | 53.15 | $69.81 | $1.31 |
| % Change Avg. 2007-09 to 2010 | -22.53% | -8.83% | 17.69% | -30.61% | -21.38% | 13.30% | -27.41% | -6.21% | 29.21% | -14.93% | -21.25% | -7.43% |
| % Change Avg. 2007-09 to 2011 | -3.81% | 18.47% | 23.16% | -17.55% | -5.86% | 14.17% | -0.95% | 11.45% | 12.53% | 13.90% | 16.81% | 2.55% |
| % Change Avg. 2007-09 to Avg. 2010-11 | -13.17% | 4.82% | 20.43% | -24.08% | -13.62% | 13.74% | -14.18% | 2.62% | 20.87% | -0.51% | -2.22% | -2.44% |

Notes:

[1]  2007-2010 figures are sourced from NOAA ALS data.  2011 figures are sourced from NOAA Commercial Landings public data.

[2]  NOAA Commercial Landings public data are not available at the county level.  To approximate Texas class landings in 2011, the following percentages were applied to total Texas landings, based on average 2007-2009 Texas landings in class counties from NOAA ALS data:

    a) 40% of shrimp volume and 42% of shrimp value.
    b) 81% of oyster volume and 82% of oyster value.
    c) 48% of blue crab volume and 46% of blue crab value.
    d) 33% of finfish volume and 44% of finfish value.

[3]  In order to reconcile the two data sources, 2011 landings of finfish from NOAA Commercial Landings public data exclude the following freshwater species: Buffalofishes, Blue Catfish, Freshwater Drum, Channel Catfish, Common Carp, Gars, Flathead Catfish, Tilapias, Bowfin, Flatfish, Grass Carp, Carps and Minnows, Suckers, Catfishes and Bullheads.  A portion of striped mullet landings in NOAA Commercial Landings public data may also be freshwater landings but are not excluded because the data do not allow differentiation between freshwater and saltwater landings.