# PLAINTIFFS' EXHIBIT C

[Summary of Objections]

| No. 10-7777 | Name | Attorney | Objection | Standing | Notes |
|---|---|---|---|---|---|
| 2 | Frank Ford | | VoO Setoff | Apparently | |
| 3 | Michael Miglini, for Charter Fishermen's Association | | VoO Setoff | No | Association has no standing. Corpus Christi address. |
| 4 | Michael Miglini | | VoO Setoff and Charter Boat RTP | Unclear | Corpus Christi address. (BP believes he has standing.) |
| 5 | Mikal Gusa | | VoO Setoff and Charter Boat RTP | Apparently | |
| 6 | Brian Lynch | | VoO Setoff and Charter Boat RTP | Apparently | |
| 7 | M Whitley | | VoO Setoff and Charter Boat RTP | Apparently | |
| 8 | Ed Lively | | VoO Setoff and Charter Boat RTP | Apparently | |
| 9 | "Patty Gill" (?) | | VoO Setoff and Charter Boat RTP | Apparently | |
| 10 | Michael Salley | | VoO Setoff | Apparently | |
| 11 | Tracy Kruse | | VoO Setoff | Apparently | |
| 12 | "M.D. Cal" | | VoO Setoff and Charter Boat RTP | Apparently | |
| 13 | Debbie Wilhite | | VoO Setoff and Charter Boat RTP | Apparently | May 4, 2012. (See also Nos. 14, 18, 27, 48, 149, 179) (See also No.143 re Coastal Claim) |
| 14 | Debbie Wilhite, et al | | VoO Setoff | Apparently | May 2, 2012. Includes additional form letter objections re VoO Offset from Jason Vicars; Gary Goodwin; Tom Ard; Don McPherson; Al Kaehl. |
| 15 | John Swartz | | VoO Setoff and Charter Boat RTP | Apparently | |
| 16 | Stephen Foust | | VoO Setoff | Apparently | |
| 17 | Robert Gams | | VoO Setoff | Apparently | |
| 18 | Debbie Wilhite | | | | Duplicate of No.13. |
| 19 | Shaun Chute | | VoO Setoff and Charter Boat RTP | Apparently | |
| 20 | Kip Plaisance | | VoO Setoff | Unclear | Is Class Member, but has advised that he will likely accept Settlement; execute Release. |
| 21 | Bobbi Walker, on behalf of Natl. Ass. Charterboat Operators | | VoO Setoff | No / Unclear | Association has no standing. Individual standing unclear. |

| 22 | Bobby Taylor | | VoO Setoff | Apparently | |
| 23 | Don Dineen | | VoO Setoff | Apparently | |
| 24 | Pam Dana | | VoO Setoff | Apparently | |
| 25 | Charles Paprocki | | VoO Setoff and Charter Boat RTP | Apparently | |
| 26 | Steven Lathi | | VoO Setoff and Charter Boat RTP | Apparently | |
| 27 | Debbie Wilhite, et al | | | | Duplicate of No.14. |
| 28 | Gary Jarvis | | VoO Setoff | Apparently | |
| 29 | Mike Rowell | | VoO Setoff and Charter Boat RTP | Apparently | |
| 30 | Robert Lively | | VoO Settoff | Apparently | Includes "objection" of Destin Charter Boat Assn (no standing). |
| 31 | Steven Lathi | | | | Duplicate of No.26. |
| 32 | Aaron Griffith | | Appears to be complaining about clean-up, restoration and/or NRD issues. | Unclear | |
| 33 | Harry Wilk, for Eureka Wood | | Wants to be included (BEL). | No | Located in Corpus Christi. |
| 34 | Mike Ellis | | Wants to be included (Sales Loss / Diminution in Property Value). | No | Sale cancelled. |
| 35 | Thomas Cox | | Wants to be included (Sales Loss) | No | Did not sell during time period. |
| 36 | Zoltan Debreczeni | | Wants to be included (Sales Loss) | No | Foreclosure |
| 37 | Micki Brannon, for Advent Financial | | Wants to be included (BEL). | No | Mortgage Broker |
| 38 | Ronald Gelzer | | Appears to be objecting to the GCCF | Appparently | Appears to be Hotel Employee. |
| 39 | Shivaram | | Appears to be attempting to make a Claim | Appparently. (BP says No; signed GCCF Release) | BEL for lost condo rentals and/or Coastal. |
| 40 | Curtis Lee | | La. Coastal Area should be expanded. | Unclear | |
| 41 | Charles Boggs | Tommy Loehn | Medical | Unclear. (BP says Yes) | |

| 42 | Charles Boggs | Tommy Loehn | Wants to be included (Coastal). | No | |
|---|---|---|---|---|---|
| 43 | Daniel Poulin | | Wants to be included (stigma) | No | |
| 44 | Patricia Bryant | | Theft of Intellectual Property. | No | |
| 45 | Jason Sims | | Economic Loss Zones should be expanded. | Unclear | (See Nos.61, 62) |
| 46 | Robert Whitley | | Wants to be included (Sales Loss) | No | Sale outside of period. |
| 47 | Patricia Bryant | | | | Duplicate of No.44. |
| 48 | Debbie Wilhite | | VoO Offset | Apparently | March 10, 2012. (See Nos.13, 14, 149, 179) |
| 49 | Charles Morgan | | Settlement should be expanded to included additional Sales Losses and/or Diminution in Property Value | Unclear | |
| 50 | Cass Wilson | | Too burdensome to satisfy causation for Start-Ups. | Apparently | Letter to Wilson 9/29/2012 pointing out that **(i)** credit card companies have by zip code; working on Court Order; **(ii)** if Zone C Seafood Retailer, no need to prove causation, per Section III(A)(3); **(iii)** may be able to satisfy causation under Section III(B)(2)(e). |
| 51 | "I Bartetto" (?) [Ilease Bartlett} | | Medical | Unclear | Various complaints of "discrimination"; old K-Mart injury; "disability". |
| 52 | Edwin & Barbara Davis | | Unclear | Apparently | Seems to have Costal and/or Economic Loss Claims; not clear what the objection is. |
| 53 | Diversified Holdings | | Wants to be included (Coastal / Sales Loss) | Yes | Property is in Coastal / Sales Loss Zone. |
| 54 | Captain Al's | | Objects to Failed Business Compensation | Apparently | |
| 55 | GDC View LLC | | Wants to be included (Coastal / Sales Loss) | Yes | Property is in Coastal / Sales Loss Zone. |
| 56 | Diversified Holdings | | | | Duplicate of No.53. |
| 57 | Albio Luis Machusa | | Medical | Apparently | Complains about sufficiency of BELO for people who develop conditions later. |

| | | | | | |
|---|---|---|---|---|---|
| 58 | Darryl Lee Haan | | Delays; "games"; insufficient compensation re Wildlife. | Unclear. (BP says Yes) | |
| 59 | Billy Nungesser, on behalf of Plaquemines Charter Boat Captains | | Charter Boat RTP | No | |
| 60 | Joe Nash | | VoO Setoff | Apparently | |
| 61 | Jason Sims | | | | See No.45. |
| 62 | Jason Sims | | | | See Nos.45, 61. |
| 63 | GDC View LLC | | | | Duplicate of No.55. |
| 64 | GDC View LLC | | | | Supplements Nos. 55, 63. |
| 65 | GDC View LLC | | | | Duplicate of No. 64. |
| 66 | James Gregory Grim | | Releates to Oil & Gas / "Moratorium" | Unclear | Unclear whether "core" Oil & Gas or Service & Support; objection unclear. |
| 67 | McIntosh | | Wants to be included (Sales Loss) | No | Sale outside of period. |
| 68 | Robert Evans | | Unclear | Unclear; (BP says Yes) | San Francisco address. (BP says alleges that he is part owner of Gulf Coast businesses.) |
| 69 | GDC View LLC | | | | See Nos.55, 63-65. |
| 70 | Ernest Dion Jr | | Wants to be included (Quick Pay) | No | |
| 71 | Ernest Dion Sr | | Wants to be included (Quick Pay) | No | |
| 72 | Marie Ricca | | Objects to Failed Start-Up Framework | Apparently | Also seems to be objecting to GCCF. |
| 73 | Diversified Holdings | | | | Supplement to No. 53. |
| 74 | GDC View LLC | | | | Supplement to No. 55. |
| 75 | Diversified Holdings | | | | Duplicate of No.73. |
| 76 | GDC View LLC | | | | Duplicate of No.74. |
| 77 | Bad Habit Charterers | Adam Milam | VoO Setoff | Apparently | |
| 78 | Beebe | Adam Milam | VoO Setoff | Apparently | |
| 79 | Bottoms Up | Adam Milam | VoO Setoff | Apparently | |
| 80 | Eagle Express | Adam Milam | VoO Setoff | Apparently | |

| # | Name | Attorney | Description | Standing | Notes |
|---|------|----------|-------------|----------|-------|
| 81 | J&E Charters | Adam Milam | VoO Setoff | Apparently | |
| 82 | LAB LLC | Adam Milam | VoO Setoff | Apparently | |
| 83 | Wynn Milson | Adam Milam | VoO Setoff | Apparently | |
| 84 | Ni-Cole | Adam Milam | VoO Setoff | Apparently | |
| 85 | Plane 2 Sea Fishing | Adam Milam | VoO Setoff | Apparently | |
| 86 | Robert Moses Jr; Frank Wilkinson; Stephen Thomasson; Denis Hines; Cajun King Crawfish | Matthew Villmer | **(i)** Charter Boat Deckhands not under Saefood Program; **(ii)** people with no 2010 losses; **(iii)** application of MVIC multipliers to Failed Businesses | Apparently | **(ii)** Wilkinson, Thomasson and Hines were laid off by Conrete Supplier in 2011; **(iii)** seafood wholesaler. |
| 87 | American Legion Post 199, et al | Adam Milam | Want to be included (Diminution in Property Value) | No | |
| 88 | Adrian Kornman | Jim Garner | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal compensation inadequate. | Unclear | Pursuing challenge to Coastal ineligibility. (Looks like property is not on water; but across the street.) |
| 89 | Marsh Works LLC | | Economic Loss Zones | Apparently | Manufactures saltwater tackle; in Zone D. |
| 90 | Quality Metal Works; Casbarian Engineering; Cambas Electric | Caleb Didriksen | **(i)** Economic Loss Zones "inequitable"; **(ii)** appear to want to be included for Wetlands and/or Coastal Claims | **(i)** Apparently **(ii)** Unclear. (BP says Yes) | **(i)** Points to potential anomolies; doesn't articulate why unfar to Objectors. **(ii)** Not clear which Objector(s) own(s) what properties. |
| 91 | Halliburton | Godwin | Essentially objects to the future certification of a litigation class against Halliburton and/or the use of the Settlement as a basis to quantify punitives. | No. | No standing, and arguments are premature. See Docs 7032 and 7038. Halliburton says BP is paying "too much" to the class. |

| 92 | Reynaldo Abreu, et al | Jason Melancon; Marx Sterbcow | Medical | Apparently | **(i)** assumptions about reporting / care in cleanup; **(ii)** no compensation for medical bills; **(iii)** heat stroke; **(iv)** exclusion of pre-existing conditions from BELO |
|----|----|----|----|----|----|
| 93 | Halliburton | Godwin | Medical | No. | No standing, and arguments are premature. See Docs 7032 and 7038. Halliburton says BP is paying "too much" to the class. |
| 94 | Bell & Co. | Adam Milam | Wants higher RTP. | Apparently | Zone C. (Mobile AL) Classified as "Industrial, Mill & Marine Supplies" |
| 95 | Triton Diving Services | Jim Garner | **(i)** Review for "Moratorium" damages; **(ii)** opt out date; **(iii)** oil companies and banks not covered; **(iv)** access to proof of causation; **(v)** cap on growth and "look back" unfair. | Apparently | Supplemented by No.187. |
| 96 | Percy Lewis, Elvis Fancher, Sarita Milton | Yehuda Smolar | Individual worker with no earnings documentation should not have to provide Sworn Written Statements from employers. | Apparently | |
| 97 | Edward Boettiner | Jim Garner | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats similar properties differently; **(iv)** "observable oil" not reliable; **(v)** Coastal compensation inadequate. | Unclear | Pursuing challenge to Coastal ineligibility. |
| 98 | Alan Leonhard | Jim Garner | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal compensation inadequate. | Unclear | Pursuing challenge to Coastal ineligibility. |

| 99 | Dixie Madigan; James Tucker | Jim Garner | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal compensation inadequate. | Unclear | Pursuing challenge to Costal ineligibility. |
|---|---|---|---|---|---|
| 100 | Nancy Moynan | Jim Garner | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal compensation inadequate. | Unclear | BP does not believe property falls within eligible zone |
| 101 | Hunter and Judith Armour | Christopher Bandas | **(i)** Inaequate Representation; **(ii)** No Superiority; **(iii)** Attorneys Fees. | Apparently | |
| 102 | (Rudy Toler) | Gerry Nolting; Steve Kreller | Section 4.2.3.1 should provide "greater of" GCCF vs. Settlement Program *excluding* VoO Charter Compensation (and Property Damage). | Apparently | Class Counsel agree. Not challenging the Settlement Agreement, but rather, the Program's interpretation of the Agreement. Re standing, inividual Objectors are not identified, but Rudy Toler is cited as an example. Objection only mentions VoO Charter Compensation, but should also exclude Vessel Damage, Decontamination Claim. |
| 103 | Randy & Eric Crocker Homebuilders | Adam Milam | Unfair to businesses that didn't experience losses until 2011. | Apparently | Construction Company; Zone B; Mobile, AL. |
| 104 | Wayne Werner, Donald Waters, David Walker, Walker Fishing, Russell Underwood | Steve Huber | Seafood Program compensation insufficiet for Finfish / IFQ Holders. | Apparently | Seems to object to an "offset" for 2010 earnings outside of the VoO Program(?) |
| 105 | Bad Habit Charterers | Adam Milam | | | Supplement to No.77. |
| 106 | Beebe | Adam Milam | | | Supplement to No.78. |

| | | | | | |
|---|---|---|---|---|---|
| 107 | Bottoms Up | Adam Milam | | | Supplement to No.79. |
| 108 | Plane 2 Sea Fishing | Adam Milam | | | Supplement to No.85. |
| 109 | J&E Charters | Adam Milam | | | Supplement to No.81 |
| 110 | LAB LLC | Adam Milam | | | Supplement to No.82 |
| 111 | Wynn Milson | Adam Milam | | | Supplement to No.83 |
| 112 | Ni-Cole | Adam Milam | | | Supplement to No.84 |
| 113 | Eagle Express | Adam Milam | | | Supplement to No.80 |
| 114 | Ray Gaudet | Ravi Sangisetty | Classmembers should not have to releae their 1981 claims for discrimination in the VoO program. | Apparently | |
| 115 | DCA LLC; Brew Garden LLC | George Werner | Economic Class Zones "unfair" and "arbitrary". | Apparently | Zones C and D in Pinellas, Hillsborough Manatee and Sarasota Counties. |
| 116 | Vinson Haynes, et al | Jim Davis | Economic Loss Zones A-C in Mississippi should be expanded. | Apparently | |
| 117 | Islander Properties | David Holmes | Economic Loss Zones unfair and arbitrary. | Apparently | Don Pedro Island, FL. |
| 118 | Cobb Real Estate; G&A Cobb Family LLP; L&M Investments; MAD; MEX-Co; Robert Mistrot; Missroe | Stuart Yoes | **(i)** Economic Loss Zones are arbitrary. **(ii)** Class lacks Commonality and Predominance. **(iii)** Notice doesn't explain why. **(iv)** Attorney fees. | Unclear. | Texas. At least some Objectors may be excluded as Oil & Gas (p.5).  (BP believes there is standing.) |
| 119 | Islander Properties | David Holmes | | | Duplicate of No.117. |
| 120 | Smugglers; BF Ft Myers | David Holmes | Objection to Customer Mix Test. | Apparently | |
| 121 | Snodgrass Brothers; La Reta Inc; Emigdio Cruz | Cary Toland | Objection to Home Port element of Seafood Program. (Appear to want to be included.) | Unclear | Not clear whether they landed catch within the Geographical Area; if not, they are not Class Members. |

| 122 | Harley D. Allen, et al | Brent Coon | **(i)** Notice insufficient. **(ii)** Proof requirements burdensome. **(iii)** Ascertainable class. **(iv)** Opt out deadline. **(v)** Should be an opt out form. **(vi)** Attorneys should be able to sign opt out forms for clients. **(vii)** Objects to Seafood Program Claim deadline. | Apparently | |
| 123 | James Kirby III, Mike & Patricia Sturdivan; Susan Forsyth | Joseph Darrell Palm | **(i)** No Commonality. **(ii)** No Typicality. **(iii)** Inadequate Representation. **(iv)** No Predominance. **(v)** No Superiority. **(vi)** Insufficiently differentiates between owners whose property was damaged and those which was not. **(vii)** Coastal compensation insufficient. **(viii)** Doesnt provide compensation for unrealized losses (stigma). **(ix)** Arbitrary. **(x)** Promotion Fund is impermissible "*cy pres*". **(xi)** Attorneys fees. **(xii)** CAFA Notice. | Unclear | "Professional Objector" |
| 124 | James Kirby III, Mike & Patricia Sturdivan; Susan Forsyth | Joseph Darrell Palm | Medical | Apparently | "Professional Objector" |
| 125 | Dominic Potter | | Wants to be included (Quick Pay) | No | |

| 126 | Teresa Nguyen | | 2011 Losses and Contractual Cancellations should be incldued. | Apparently | Commercial lessor in Pensacola; cancelled leases. |
|---|---|---|---|---|---|
| 127 | Robert Fore | | Wants to be included (Quick Pay) | No | |
| 128 | Smugglers; BF Ft Myers | David Holmes | | | Duplicate of No.120. |
| 129 | Islander Properties | David Holmes | | | Duplicate of Nos. 117, 119. |
| 130 | Lance Clay Brown | | Medical | Apparently | |
| 131 | Carey Goff | | Wants to be included (Oil & Gas / "Moratorium") | Unclear | Cannot tell whether "core" Oil & Gas or "Service & Support". (BP believes No standing.) |
| 132 | Angelle Corbone | | Appears to be objecting to application of GCCF Offset to RTP. | Apparently | The Offset is applied after the RTP is added, so that the RTP numbers reflect the full (2010) base loss calculation, irrespective of any offset. |
| 133 | Randy Boggs | | **(i)** VoO Offset and RTP for Charter Boats; **(ii)** Attorneys Fees. | Apparently | Seems to believe that there will be a Hold-Back on Settlement Payments. |
| 134 | Chris Smith [and Lorraine Smith] | | Exclusion of Lower Florida Keys from Real Property Sales Damage Compensation. | Unclear | Says that the Settlement originally included but was amended to exclude (?).  (BP says No standing.) |
| 135 | Pelican Inlet Aqua Farm | | An Oyster Leaseholder type payment should be extended to clam Aquaculture in Florida. | Apparently | |
| 136 | Barry Maggard | | **(i)** Termination of GCCF re Interim Payments; **(ii)** Hold-Back. | Apparently | **(i)** BP still has an OPA Claims Process which presumably provides inyerim payments as appropriate. **(ii)** BP satisfying Hold-Back over-and-above as part of the Settlement. |

| 137 | Yvonne Ray | Wants compensation for: loss of use of fishing license; subsistence; loss of earnings; recreational fishing; mental anguish. | Apparently | With respect to covered items, not clear whether she is objecting to the Settlement as insufficient, or whether she believes are not provided / wants to make a claim for (?) |
|---|---|---|---|---|
| 138 | John Dabe III | Objects to Economix Zone C classification. | Apparently | Gulfport.  Marina and boat storage facility. |
| 139 | Jure Slabic | **(i)** No compensation for those denied VoO opportunity. **(ii)** Oyster Processor RTP should be the same as Oyster Harvester RTP. | Apparently | |
| 140 | William Peneguy | **(i)** Start-Up requirement for business plan reviewed by bank. **(ii)** Compensation for Failed Start-Up. | Apparently | |
| 141 | Ivo Slabic | **(i)** No compensation for those denied VoO opportunity. **(ii)** Oyster Leaseholder allocation. **(iii)** Seafood benchmarks. | Apparently | |
| 142 | Scotty Llewallen | Various complaints re both Economic and Medical Settlements. | Unclear | See also No. 182. |
| 143 | Debbie Wilhite | Coastal Claim Maps are incorrect. | Apparently | Aug. 31, 2012. Don't know if the (alleged) issue is with the Settlement Agreement itself, or a potential problem with the Mapping Tool. While perhaps no standing re Coastal, is a Class Member due to BEL and/or VoO Claims. (See also Nos. 13, 14, 48, 149, 179). |

| | | | | | |
|---|---|---|---|---|---|
| 144 | MRI Inc; Dauphin Island Property Owners Association | Rick Kuykendalll | Inadequte Representation: owners of wetlands in LA allegedly did not adequately represent owners of wetlands in MS, AL or FL. | Apparently | The Association claims to have a BEL and/or Coastal Claims; having to opt out is a "Faustian choice". Hazard's conclusion in Par 4 of his Declaration is belied by Section 1.3 of the Settlement Agreement: if your only claim was for Wetlands damage in AL, you would not be a Class Member. |
| 145 | Allpar Custom Homes; Seatex Marine; Ancelet's Marina; JG Cobb Construction; Ships Wheels | "Trey" Browne III | **(i)** Typicality / Inadequate Representation; **(ii)** Attorneys fees. | Apparently | **(i)** No "conflict" between Zone A and Zone D claimants. Structural assurances provided both in the way the Settlement Agreement was negotiated and the uncapped liability *viz-a-vis* BEL and IEL claims. |
| 146 | Judith Corey | Jim Garner | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal compensation inadequate. | Unclear | Pursuing Coastal challenge. (BP does not believe property falls within eligible zone.) |
| 147 | American Shrimp Processors Association ("*Amicus Curiae*") | Eddie Hayes | Processors didn't suffer losses until 2011, and should get a higher RTP. | No | Claims that "several" members would receive less than half under Program than what they were paid by GCCF. But **(i)** don't seem to provide evidence; **(ii)** what the GCCF provided under its stated methodology (which is not cited) or under an (alleged) "special deal"? |
| 148 149 | Billy King, et al Debbie Wilhite | Gothard Reck | Want to be Included (Coastal) Class Rep Issues - Charter Boat. | No Apparently | Lafitte; Point Aux Chines Relates to Nos. 13, 14, 48, 179. |
| 150 | Cajun Crab; Bayouside Seafood; Crab Express | Henry Kinney | Want higher RTP for crabbers and crab processors. | Apparently | |
| 151 | The Dock Bar & Grill | | Objects to classification of Economic Loss Zone C. | Apparently | Gulfport. |

| 152 | John Krueger | | Wants to be included (Sales Loss) | No | Santa Rosa Beach. Property not in Zone. Sale cancelled; ultimately closed outside period. |
|---|---|---|---|---|---|
| 153 | Jim Davis | Jim Davis | Economic Loss Zones A-C in Mississippi should be expanded. | Apparently | Same as No.116. |
| 154 | Roland Guidry | | Wants to be included (GCCF Release) | Unclear | Apparently signed GCCF Release with respect to condo as "business" (loss rentals) and now wants to make Coastal claim on same condo and/or different condo (his residence). Destin. |
| 155 | Daniel Culmo, et al | Michael Herron | Should be able to use GCCF Methodology as an alternative. Points to **(a)** use of 2008 (only) v 2010 (as opposed to 2008-2009 v 2010, and **(b)** May-Dec 2010 projection based on Jan - April 2010 (as opposed to Growth using Benchmark Revenue). | Apparently | Claim they would have done better under GCCF. But **(i)** don't seem to provide evidence; **(ii)** not clear whether he alleges that was under the GCCF stated Methodology (doesn't appear to) or something GCCF allegedly did in certain cases; **(iii)** have no way of knowing the Zone / Industry for comparison purposus; **(iv)** are these claims that GCCF even would have paid? |
| 156 | John Dixon | | **(i)** Objects to Failed Business Framework. **(ii)** Program eliminates Interim Payments. **(iii)** BP should pay attys fees. | Apparently | **(ii)** Program did not replace GCCF as OPA claims Process; BP replaced GCCF with a new BP OPA Claims Process; presumably it makes Interim Payments where appropriate. |
| 157 | Murphy Foster Jr. | Lynn Swanson | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal compensation inadequate. | Unclear | Pursuing Challenge to Coastal ineligibility. |
| 158 | Linda Breedlove, et al | Frank D'Amico Jr. | Medical | Apparently | Compensation for Chronic Conditions is insufficient. |

| | | | | | |
|---|---|---|---|---|---|
| 159 | Don Scott | Lynn Swanson | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal compensation inadequate. | Unclear | Pursuing challenge to Coastal ineligibiliy. |
| 160 | George Hall | | Medical | Apparently | |
| 161 | Ramesh Pathak | | Appears to be arguing that the Settlement should extend to investors who lost money due to Bankruptcies caused by spill. | No | Apparently invested in Seahawk and ATPG, which filed for Bankruptcy after the spill. |
| 162 | Gulf Coast Assets | | Wants higher RTP. BP should be paying all attorneys fees. | Apparently | |
| 163 | Cobb Real Estate, et al | | | | Duplicate of No.118. |
| 164 | Monroe County Florida | Robert Shillinger | Doesn't object to the Settlement. Responding to contentions re liability in BP Brief. | No | |
| 165 | Frank Ford | | | | Duplicate of No.2. |
| 166 | Rickie McDuffie | | VoO Setoff and Charter Boat RTP | Apparently | |

| | | | | | |
|---|---|---|---|---|---|
| 167 | 115 Metairie Rd LLC, et al | Bob McKee and Stuart Smith | **(i)** Compensattion insufficient in light of future risks. **(ii)** Opt out deadline. **(iii)** Many pending cases are not covered by the Settlement. **(iv)** Drawing of Economic Zones, Wetlands Zones, and Coatsal Zones are "arbitrary" and "unfair"; **(v)** Seafood Fund "speculative" and "insufficient"; **(vi)** Accounting Reimbursement insufficient. **(vii)** Program should include Interim Claims. **(viii)** Access to proof of causation. | Apparently | Argues that opting out is not a realistic alternative because unsettled claims will have to be tried individually or in small groups, which will take years. |
| 168 | Robert Williams | | VoO Setoff and Charter Boat RTP | Apparently | |
| 169 | Kenny Barhanovich | | VoO Setoff and Charter Boat RTP | Apparently | |
| 170 | Tomas J. Becker; Clarence Supman Jr | | VoO Setoff and Charter Boat RTP | Apparently | |
| 171 | Jay Trochesset | | VoO Setoff and Charter Boat RTP | Apparently | |
| 172 | Ricky McDuffie | | | | Duplicate of No.166. |
| 173 | Seth Wilson | | Voo Setoff and Charter Boat RTP | Apparently | |
| 174 | Reid Baunar | | VoO Setoff and Charter Boat RTP | Apparently | |
| 175 | Amberjack Charters | | VoO Setoff and Charter Boat RTP | Apparently | |
| 176 | Brian Annan | | VoO Setoff and Charter Boat RTP | Apparently | |

| | | | | | |
|---|---|---|---|---|---|
| 177 | Thomas Szubinski | Jim Garner | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal / Wetlandscompensation inadequate. | Unclear | Pursuing a Coastal / Wetlands ineligibility Challenge. |
| 178 | Casey Spencer; Sea Farms Inc. | Danny Becnel | Sea Farms wants to be included. Various other complaints; see No. 167. | Sea Farms - No; Spencer - Unclear | Sea Farms is in Maryland and excluded (p.4). There is a 2009 Tax Return from Casey Spencer showing that he lived in LaPlace. |
| 179 | Debbie Wilhite | | VoO Offset | Apparently | Supplements Nos. 13, 14, 149. |
| 180 | Malcolm Coco; Jarod Elrod | Danny Becnel | Medical | Apparently | "Unfair"; "arbitrary"; "insufficient". Complains that Program does not provide Interim Payments as required by OPA; but OPA does not apply to physical injuries. |
| 181 | George Yeomans | Jim Garner | **(i)** opt out date; **(ii)** access to proof of causation; **(iii)** treats property with observable oil differently; **(iv)** Coastal / Wetlands compensation inadequate. | Unclear | Pursuing a Coastal / Wetlands ineligibility Challenge. |
| 182 | Kevin Scott Llewallen | | Medical | Unclear | Lynn Haven, FL.  See also No. 142. |
| 183 | Wolf Bay LLC | Ronnie Penton | **(i)** Inadequte Representation: owners of wetlands in LA allegedly did not adequately represent owners of wetlands in MS, AL or FL; **(ii)** RTP not high enough to account for furure risk. | Unclear | Property not Wetlands; not clear whether Coastal or whether Objector may have BEL Claim. (BP believes there is standing.) |
| 184 | Beacon Investors | Robert Wilkinson | Economic Zone A should be expanded in Jackson County, MS. | Apparently | Car Wash. Zone C. Pascagoula, MS. |

| 185 | Joseph Yerkes, et al | Bob McKee and Stuart Smith | Medical | Apparently | "Unfair"; "arbitrary"; "insufficient". Complains that Program does not provide Interim Payments as required by OPA; but OPA does not apply to physical injuries. |
| 186 | Stan Baudin; Troy Morain; Danny & Kristen Wray | Stan Baudin | **(i)** Special compensation should be provided to all residents of Grand Isle; **(ii)** Coastal vs Wetlands compensation; **(iii)** Economic Loss Zones "unfair", "arbitrary"; **(iv)** should not have to submit monthly P&Ls. | Apparently | (Not clear that properties are within Coastal Zone,) |
| 187 | Triton Diving Services | Jim Garner | Joins in US Filing. | Apparently | Supplements No. 95. |
| 188 | Howard McLean | | Should be compensated for selling commercial property at a loss. | Unclear | Has made a claim with the Settlement Program; asserts objection in event claim is denied. Appears excluded, as describes realized loss outside of the covered time period. |

| 189 | Walker, et al | Stuart Smith and Bob McKee | **(i)** Compensattion insufficient in light of future risks. **(ii)** Opt out deadline. **(iii)** Many pending cases are not covered by the Settlement. **(iv)** Drawing of Economic Zones, Wetlands Zones, and Coatsal Zones are "arbitrary" and "unfair"; **(v)** Seafood Fund "speculative" and "insufficient"; **(vi)** Accounting Reimbursement insufficient. **(vii)** Program should include Interim Claims. **(viii)** Access to proof of causation. | Apparently | See No. 167. |
| --- | --- | --- | --- | --- | --- |
| 190 | Panther Ridge | Ronnie Penton | **(i)** Inadequte Representation: owners of wetlands in LA allegedly did not adequately represent owners of wetlands in MS, AL or FL; **(ii)** RTP not high enough to account for furure risk. | Unclear | Property not Wetlands; not clear whether Coastal or whether Objector may have BEL Claim. (BP believes there is No standing.) |
| 191 | Venessa McGuire | | Wants to be included (Sales Loss) | No | Property sold outside of time-frame. |
| 192 | Islander Properties | | | | Duplicate of No.117. |
| 193 | Robert Evans | | | | Duplicate of No.68. |
| 194 | Rodney Olander | Lana Chaney | Seafood Program provides insufficient compensation. | Apparently | |
| 195 | Kermit Duck | Lana Chaney | Seafood Program provides insufficient compensation. | Apparently | |
| 196 | Calvin Higgins | Lana Chaney | Seafood Program provides insufficient compensation. | Apparently | |

| | | | | | |
|---|---|---|---|---|---|
| 197 | Stan Baudin | Stan Baudin | Notice of Appearance. | | Supplements No.186. |
| 198 | Prashelia Enterprises, et al | Wesley Farrell and Rick Kuykendall | (i) Inadequate Representation: Economic Loss Zones; (ii) Should be a "Hospitality Sub-Class"; (iii) objections to BEL causation and compensation frameworks; (iv) "improper trading of and reliance on confidential information from the GCCF"; (v) settlement "insufficient"; (vi) alleges no predominance or superiority; (vii) attorneys fees. | Apparently | |
| 199 | Harry Rebardie | Lana Chaney | Seafood Program provides insufficient compensation. | Apparently | |
| 200 | Charles Frelich | Lana Chaney | Seafood Program provides insufficient compensation. | Apparently | |
| 201 | James Pearson Jr, et al; Mark Ippilito; Daniel Murphy; Marty Buccola; Cathy Reich; Eve Wolfe; Tommy Leohn | Tommy Loehn | (i) Individual employees who performed servcies in Zone A should not be treated as Zone D. (ii) Economic Loss Zones. (iii) wants to be included (Coastal). | (i) Unclear; (ii) Apparently; (iii) No. | (i) Not clear whether "core" Oil & Gas or offshore "Services and Support".  Employees who provide most of their services in Zone A are treated as Zone A under IEL framework. |
| 202 | Walker, et al | Stuart Smith and Bob McKee | Medical | Appparently | "Unfair"; "arbitrary"; "insufficient". Complaints that Program does not provide Interim Payments as required by OPA; but OPA does not apply to physical injuries. See No.185. |
| 203 | Matthew Canipe | | Medical | Unclear | Claims residence is in the zone, but had been deemed ineligible.  Other objections. |
| 204 | DCA LLC; Brew Garden LLC | | | | Duplicate of No.115. |

| 205 | Timothy McLane | | Medical | Unclear | Claims residence is in the zone, but had been deemed ineligible.  Other objections. (See No.203) |
| 206 | Coastal Peppers Inc. | Michael Prestia | Objects to Zone C classification. | Apparently | Restaurant.  Gulfport, MS. |
| 207 | Couhig Partners LLC | Rob Couhig | Supports the terms of the Settlement, but complains that the Program is processing too slowly. | Apparently | |
| 208 | Carolyn Booker; Zena Coleman | Paul Dominick | Medical | Apparently | Adopts the arguments of Danny Becnel and Stuart Smith [Nos. 180, 202]. |
| 209 | 2410 Net Works Inc, et al | Jason Itkin | **(i)** opt out deadline; **(ii)** Seafood Claim deadline | Apparently | |
| 210 | IDO; IDM | John Charrier | Adopts No. 95 (Triton). Essentially a conditional "objection" complaining about the Program. | Apparently | IDO should have standing to assert BEL Claim for lost rentals; IDM would appear to be eligible as offshore service and support. |
| 211 | State of Alabama | Attorney General Strange | Doesn't object to the Settlement. Responding to contentions re liability in BP Brief. | No | |
| 212 | Harley D. Allen, et al | | | | Duplicate of No.122. |
| 213 | James Kirby III, Mike & Patricia Sturdivan; Susan Forsyth | | | | Duplicate of No.124. |
| 214 | James Kirby III, Mike & Patricia Sturdivan; Susan Forsyth | | | | Duplicate of No.123. |

| 215 | US Response | Mike Underhill | Doesn't object to the Settlement. Responding to contentions re liability in BP Brief. | No | |
| 216 | City of St Pete Beach; City of Treasure Island | Ronnie Penton | Doesn't object to the Settlement. Responding to contentions re liability in BP Brief. | No | |
| 217 | Go Fish | Joel Waltzer | Motion to Intervene. Claims "inadequate representation". Wants to provide information and improve the Seafood Compensation Program. | Unclear | Asserts organizational standing as an association on behalf of its members. / See Doc 6417. / Motion to Intervene Denied, see Order docketed as No. 249. |
| 218 | Mobile County | Rick Kuykendall | Response to BP Brief. | No. | |
| 219 | Seahawk Drilling | Jim Garner | Response to BP Brief. | No. | |
| 220 | Benton Completion Services | Jim Garner | Response to BP Brief. | No. | |
| 221 | First Bank & Trust | Jim Garner | Response to BP Brief. | No. | |
| 222 | Powercat Group | Jim Garner | Response to BP Brief. | No. | |
| 223 | Jackson County, MS | Robert Wilkinson | Zone A near Pascagoula should be expanded. | No. | |
| 224 | Mississippi Attorney General | Jim Hood | Zone A near Pascagoula should be expanded. | No. | |
| 225 | Joachim, et al | Waltzer & Wiygul | Coastal and Wetlands Frameworks are "unfair". | Apparently | |
| 226 | Go Fish | Joel Waltzer | Formal "sub-classes" within the Seafood Compensation Program to influence the "Second Round" distribution of the expected reserve in the Seafood Fund. | Unclear | Asserts organizational standing as an association on behalf of its members. / See Doc 6417. / Motion to Intervene Denied for lack of standing, see Order docketed as No. 249. / Includes several fallacies, mis-statements about the Program. |
| 227 | State of Louisiana | Kanner | The proposed settlement is allegedly not adequate. | No. | See Doc 6417. |

| | | | | |
|---|---|---|---|---|
| 228 | State of Louisiana | Kanner | The proposed class settlements allegedly do not satisfy the requirements of Rule 23. | No. | See Doc 6417. |
| 229 | Joachim, et al and Go Fish | | | | Duplicates of Nos. 225 and 226. |
| 230 | James Saunders | John Kress | **(i)** Coastal Framework is "unfair" and "inadequate"; fails to recognize "stigma". **(ii)** Objects to "*cy pres*". **(iii)** Superiority. **(iv)** Attorney Fees. | Apparently, (but not re what he is complaining about). | Looks like a "Professional Objection". |
| 231 | Stan Baudin; Troy Morain; Danny & Kristen Wray | | | | Duplicate of 186. |
| 232 | Spearfishing Specialties | | Wants higher RTP. | Apparently. | Zone C. (Tampa, FL) Manufactures spear guns. |
| 233 | Allpar Custom Homes, et al | | | | Duplicate of No. 145. |
| 234 | Samir Petro, et al | Maureen Connors | **(i)** No commonality. **(ii)** No adequacy. Should have been sub-classes. Seems to believe there are "future" claimants(?) **(iii)** Attorney Fees. | Apparently. | Looks like a "Professional Objection". |
| 235 | MRI Inc; Dauphin Island Property Owners Association | | | | Duplicate of No. 144. |
| 236 | Deborah Lucas | | Medical. | Unclear | Compensation inadequate. |
| 237 | Mark Houghtaling | | Wants to be included. | No. | Charter fisherman from Miami area. |
| 238 | Prashelia Enterprises, et al | | | | Duplicate of No. 198. |

| 239 | Seafood Workers Association of Franklin County | Tim Howard | Adopts State of Mississippi's Statement of Interest (in connection with Preliminary Approval) re the invalidity of GCCF Releases. | No. | |
|-----|------|------|------|------|------|
| 240 | Apalachicola Bay Seafood Workers | Tim Howard | Seafood Program does not address unique factors re Apalachicola Bay. | No. | (i) Association. (ii) Untimely. (iii) Seem to misunderstand Seafood Program Frameworks: (a) oyster harvesters have separate compensation framework; (b) compensation not dictated by 2010 losses; a base loss factor is presumed. |
| 241 | | Tim Howard | Emergency Motion re License Requirements | Unclear | (i) Untimely. (ii) The Settlement doesn't require licenses that are not required for the operation of one's business. (iii) BP has since waived all license requirements. |
| 242 | Michael Guillory | | Wants to be included. | No. | Signed GCCF Release. |
| 243 | Barbara Adams | | BP is paying too much. | Unclear | Indicates that she wll opt out. |
| 244 | Webster MacCartee | | Wants to be included. | No. | Signed GCCF Release. |
| 245 | Dale Chaisson, Andrew Chaisson, Lawrence Chaisson, Hilton Chaisson | John Pieksen | (i) VoO Compensation insufficient. (ii) Should not release 1981 claims; (iii) Want higher RTP for Subsistence. | Apparently | |
| 246 | Deborah Houghton | | (i) Siesta Key should be inclued in Zone A; (ii) Community Shopping Centers should be considered "Tourism". | Apparently | A "Community Shopping Center" should fall within the Settlement's definition of Tourism. |
| 247 | James L. Pearson Jr., et al | | | | Duplicate of No. 201. |
| 248 | Deborah Houghton | | | | Duplicate of No. 246. |
| 249 | [Go Fish] | | | N/A | Order Denying Go Fish Motion to Intervene [Doc 217] |

| 250 | Stella Chagares | Appears to be complainting about the GCCF. | **(i)** Economic - No. **(ii)** Medical - Unclear. | **(i)** Looks like she signed GCCF Release. |
| 251 | Stella Chagares | | | Duplicate of No. 250. |
| 252 | Richard and Wendy Faust | Lost deposit on short sale; would like to be included. | No. | |
| 253 | Galia 804 Partners | Wants to be included (Sales Loss / Diminution in Property Value). | No. | Sale outside of period. |