# PLAINTIFFS' EXHIBIT D

(*in globo*)

[GCCF Winding Down]







# Are stall tactics delaying BP payments?



*Posted: Apr 20, 2011 2:25 PM CDT*
*Updated: Apr 20, 2011 9:42 PM CDT*

**By AJ Giardina** - bio | email

GULFPORT, MS (WLOX) - The Gulf Coast Claims Facility is the official outlet for individuals and businesses to file claims for costs and damages as a result of the BP oil spill.

Kenneth Feinberg is the administrator for the GCCF and is responsible for all decisions relating to the administration and processing of claims submitted to the Gulf Coast Claims Facility.

Many individuals and businesses along the Mississippi Gulf Coast continue to wait for final payments. Some individuals believe the GCCF is using delay tactics in sending out checks.

At the Pass Christian Harbor, just like harbors across the Mississippi Gulf Coast, oyster dredging is no longer allowed since the oil spill. They must now use 14-foot-long wooden poles with a rake like scoop, known as tongs to haul in the oysters.

The oyster harvesters we talked with told us that GCCF case workers have no idea what they are doing when it comes to the seafood industry.

An oysterman talked with WLOX on one condition, anonymity.

"I think Feinberg and his whole crew need to be cut out of the picture and somebody more qualified should handle the money, plain and simple," the oysterman said. "BP done us great; we never had any problems. When it got turned over to GCCF, since then, nobody has collected much of anything. I got one check for six months for lost wages, that was nine months ago. They have lost all my paperwork. I've got to start from scratch again."

The fishermen we talked with say their lives have been turned upside down, and they are having trouble making ends meet. Instead of bringing 20 to 25 sacks a day to the dock, the oystermen are limited to 10 sacks a day. Oyster harvesters say at this dock, before the oil spill, they would bring in 3,000 sacks a day through dredging.

"We normally start in September. This year we started in the middle of November. So that's the time we normally stock money. We're seasonal. We only get a certain of months a year, and that plus the limit being a third of what it normally is has just crippled us," the oysterman said.





**MOST POPULAR STORIES**

Mother hears son's heartbeat again, giving life to another
WITH VIDEO

Motorists rescue woman, sister from burning car on I-10

Seventh suspect in deadly LaPlace shooting identified
WITH VIDEO



**FROM THE MONEY CHANNEL**



5 great interview questions
Jobs with surprising salaries
Is Chick-fil-A harming itself?
TV's highest paid stars
40-year mortgage a good fit?



**KEEP UP WITH WLOX**

Sign up for breaking news alerts

Follow WLOX News on Twitter

WLOX-TV on Facebook

Download our smartphone app for WLOX News, Weather updates

**READ MORE** more>>

Crowd at Biloxi shrimp boat dock remembers, laments oil spill
*Updated: Apr 20, 2011 5:14 PM CDT*

The Gulf Coast Claims Facility recently put out a notice to claimants seeking payment for interim and Final Claims, which stated:

*"The GCCF encourages these claimants to provide the requested documentation as expeditiously as possible so that the evaluation of these claims can be completed."*

Justin Roland owns the Tackle Box bait shop in the Long Beach Harbor and said he has filled out the required documentation not once but three times and wants to know why the hold up on his final payment.

"I've submitted everything above and beyond what they have asked, in great detail," Roland said.

To add more confusion, Roland said when he went to the Biloxi claims office, he was told that his file was being sent to Hammond, Louisiana.

"So we asked if we could go there, and they said that site was unavailable to us. So we went back to the office in Biloxi, then the office in Biloxi had moved," Roland said. "It's been a lot of confusion as far as, has it even been received, processed?"

Most of the claimants we spoke with told us they feel like the GCCF is using a delaying tactic in paying out damages.

"There's no real explanation. It's always kind of just beating around the bush. We're waiting for it to be processed," Roland said.

Roland also owned a bait shop in Gulfport, which he said was highly successful, was being the key word.

"My Gulfport store is closed as a result of the oil leak."

He said April through October is normally the busiest time of the season, and the money that he takes in during those months allows him to stay open year round.

Roland said he did receive money from BP, but once Feinberg took over, he hasn't seen a dime.

"I would dare to say I haven't been paid ten percent of what we should be compensated for," Roland said. "And honestly we're not looking for anything above and beyond of what I would have made."

- Is the GCCF using a delay tactic by losing the claimants paperwork?
- Are the people reviewing the cases irresponsible or incompetent?

AJ Giardina contacted the GCCF and asked them to answer these questions:

GCCF spokesperson Amy Weiss responded saying:

*"The GCCF has paid or is in the process of paying every single legitimate individual and business claim where the claimant can document economic loss due to the oil spill. All the documentation provided by claimants to the GCCF are processed and kept confidential. We are not aware of any documents being lost. There have been cases where claimants have been asked to provide or re-provide documentation."*

According to Weiss, out of 500,000 claims to date, the GCCF under Feinberg has distributed almost $4 billion to some 200,000 claimants across the Gulf region.

According to GCCF statistics, 97 percent of the quick pay claims have been paid. Those folks accepted a one time payment of between $5,000 to $25,000 and signed an agreement not to sue BP. About 100,000 people have done this.

*Copyright 2011 WLOX. All rights reserved.*

### Recommended for You


Newswire Lindsay Lohan was found unconscious, and then everything got needlessly complicated


Amelia Earhart mystery solved: she died on a Pacific island


The Ten Richest Sporting Events In The World


Orlando Nightlife Sizzles

Powered by **Vertical Acuity**

### Comments

Sign In or Sign Up for an account.

submit

---

**Woman arrested, accused of faking slip & fall**

**Oscar Russell of Biloxi hailed as a hero by the French** WITH VIDEO


A large group of fishermen, environmentalists and concerned citizens gathered beside a shrimp boat dock in Biloxi on Wednesday to remember the victims of the BP oil rig explosion, and lament the ongoing impact of that disaster which happened one year ago.
More >>

### A year after the spill, tourists trickle back to the Gulf Coast
*Updated: Apr 20, 2011 8:52 AM CDT*


One year after the BP oil spill in the Gulf, tourism related businesses on the Mississippi Gulf Coast are still struggling to recover their losses. Most business owners are cautiously optimistic that things will be better this year, but they know nothing is certain.
More >>

### Mississippi barrier islands still recovering from spill
*Updated: Apr 20, 2011 7:26 AM CDT*


Louis Skrmetta is hoping for a busy summer season for Ship Island Excursions. Opening day, the family ferry business took more than 500 visitors to the island. That's good news, since last year his business was down by about 60 percent because of the oil spill.
More >>

### MDEQ director: Perception still a problem with oil spill
*Updated: Apr 19, 2011 2:02 PM CDT*


The director of the Mississippi Department of Environmental Quality says she's pleased with the response and clean-up of the oil on this week's one year anniversary of the BP oil spill. Trudy Fisher says the biggest challenge still remaining is perception.
More >>

### NOAA: All federal waters now open after oil spill
*Updated: Apr 19, 2011 12:27 PM CDT*


Just one day before the one year anniversary of the Gulf oil spill, NOAA announced that the last area of federal waters has reopened to fishing. The last 1,041 square miles of Gulf waters immediately surrounding the Deepwater Horizon wellhead is now open to commercial and recreational fishing.
More >>

### Cat Island clean-up crews making progress
*Updated: Apr 18, 2011 8:29 PM CDT*


Clean-up crews contracted by BP are making progress clearing the tar balls and waste oil from Cat Island. The oil giant recently purchased a portion of the island from private owners.
More >>

### Are stall tactics delaying BP payments?
*Updated: Apr 20, 2011 9:42 PM CDT*


Many individuals and businesses along the Mississippi Gulf Coast continue to wait for final payments for costs and damages as a result of the BP oil spill. AJ Giardina spoke with a few

# BP's Gulf of Mexico oil victim fund closes some offices as it pays out just a fifth of its $20bn total

The lawyer in charge of BP's $20bn (£12bn) compensation fund is starting to wind down his operations in the Gulf Coast with just a fifth of the total fund having been paid out.

Richard Blackden and Rowena Mason

8:00AM BST 29 May 2011

Ken Feinberg, who was appointed by US President Barack Obama, has closed eight regional offices and told *The Telegraph* that he does not believe there will many more fresh claims on the fund.

**BP**

Mr Feinberg has processed more than 80pc of claims submitted by those who have suffered economically following the Deepwater Horizon accident, which killed 11 men in April last year. "I've used just over $4bn," said Mr Feinberg, who also processed payments for families of victims of the 9/11 terror attacks. "I don't envision a flood of new claims."

Mr Feinberg refused to forecast how much would eventually be paid out by the fund as the facility will be open for claims until August 2013. He is confident that BP has paid enough into the compensation fund.

"I'm not prepared to commit to or predict how much of that $20bn will be used," he said.

"But I continue to believe that BP's financial commitment is sufficient to pay the claims."

The fund, known as the Gulf Coast Claims Facility (GCCF), has received more than 850,000 claims from more than 500,000 individuals and businesses.

BP still faces an enormous legal battle in America, with thousands of residents unhappy that their claims have been rejected by Mr Feinberg. On Thursday, lawyers for BP also tried to get dozens of complaints dismissed for going straight to court and bypassing the compensation fund's payment mechanism.

BP declined to comment on legal matters.

© Copyright of Telegraph Media Group Limited 2012

# Disenfranchised Citizen

New Orleans n' San Francisco, the Gulf n' the Bay, the Quarter n' the Tenderloin...

## Feinberg: GCCF claims process winding down...

leave a comment »



All, according to plan...

In a Fox News article posted over the weekend, Ken Feinberg said the claims process was winding down. He also told the Telegraph he'd processed over 80% of claims, "I've used just over $4 billion dollars...I don't envision a flood of new claims."

Interesting, and potentially problematic...

With the terrible beginning to the brown shrimp season resulting in a new groups of claims being filed, we could be witnessing a new reality in the Gulf, one where the fisheries and the sea life have not come through the past year unscathed. With the dead dolphins, the meager oyster beds and now the brown shrimp catch being way off, what other surprises might be lurking under the water? And should it affect Feinberg's plan to close down the claims offices along the Gulf Coast?

Note, I said "should" affect, because it would appear Feinberg has little intention of altering his plans.

Despite Jefferson Parish officials fighting these closures, Feinberg has not indicated in any way he will refrain and keep them open, no matter how many shrimpers now wish to file.

Equally as important, this plan to wind things down doesn't appear to take into account an awaited ruling by Judge Carl Barbier.

Last week, British Petroleum argued in Barbier's court up to 130,000 filed lawsuits should be dismissed under the Oil Pollution act of 1990. BP's lawyers believe that before these suits can be filed, they must first attempt to seek damages through the GCCF, and if they are denied, then they can go to court with their damage complaints. If Barbier should agree and dismiss these lawsuits, it could result in up to 130,000 new claims entering into the GCCF process...whether this will happen or not is unknown, yet still Feinberg sees fit to begin closing down claims offices.

And do I really need to mention, yet again, how few interim claims Feinberg has paid?

Winding down?

Maybe.

Or depending on Barbier and the Gulf of Mexico, maybe we're just about to get started, again.

Read the article:

BP's Oil Fund Winding Down After $4B Payout

Have a nice day.

ADVERTISEMENT





**Feel free to write...**
Draketoulouse@gmail.com

**On Being Disenfranchised**
About



**Websites of interest**
Adbusters
Adrastos
Alabama Press Register
Alexander Higgins Blog
Alternet    ⊕ Follow

izards

Follow
"Disenfranchised
Citizen"

Get every new post delivered to your Inbox.

Join 160 other followers




| Share this: | ✉ Email | 🐦 Twitter 2 | Digg | StumbleUpon | Facebook | Reddit |
|---|---|---|---|---|---|---|

Like this:  ☐ Like  Be the first to like this.

Written by Drake Toulouse  
June 1, 2011 at 10:00 AM

Posted in British Petroleum, Control the Information, Escrow Account, Ken Feinberg, Macondo Well, Oil Spill

Tagged with brown shrimp season, claims process, GCCF, interim payments, Judge Carl Barbier, Oil Fund, oil pollution act of 1990

« Scientific Frustration...                    UWF Study: Corexit and oil probably worse than oil alone... »

## Leave a Reply

Civic Center
Cliff's Crib
Common Ground Relief
Corpwatch
Couch Tarts
CrimethInc.
Crooks and Liars
dangerblond
Democracy Now
Down: official site
Dudes on Hockey
East Bay Express
El Tecolote
Electronic Frontier Foundation
FAIR Blog
Fear the Fin
Fifth Estate magazine
Firedoglake
Fix the Pumps
Florida Oil Spill Law
FreePress
Gambit Weekly
Goatwhore: official site
Housecore Records
Humid Beings
Indybay
Indymedia
Informed Comment
Infoshop: Anarchist News
Jarvis Deberry – Times Picayune
Katy's Exposure
Kingdom of Sorrow: official site
Levees.org
Library Chronicles
Liprap's Lament – The Line
Live Soma
Mission Loc@l
Moosedenied
New Orleans Indymedia
New Orleans Ladder
New Orleans Saints
Nola Anarcha
NOLA Defender
NOLA-dishu
NOLAFemmes
Notes From New Orleans
Pistolette
Politico

# BP not meeting Gulf of Mexico spill obligations, US report claims

US lawmakers have raised fresh concerns that BP is not meeting its obligations to victims of the Gulf of Mexico oil spill and criticised President Barack Obama for failing to take control.

An aerial view of the oil leaked from the Deepwater Horizon wellhead in the Gulf of Mexico last year. Photo: REUTERS

By Rowena Mason, Energy Correspondent

7:58PM BST 02 Jun 2011

A new report by the Oversight and Government Reform Committee argues that the US government, not BP, should have been in charge of oil spill response and managing the compensation of victims.

In inflammatory language, the politicians took Mr Obama to task for the "decision to place the perpetrator of a reckless and unnecessary tragedy at the helm of recovery operations", after the accident which killed 11 men and caused a three-month leak.

The committee, chaired by Darrell Issa, said: "Many believe BP is not meeting its obligations and the federal government has abdicated its responsibility to intervene.

"Failure to fund removal of clean-up equipment debris, uncertainty surrounding mental health services, and frustration associated with the compensation process are among the concerns of affected Gulf Coast residents."

After conducting interviews for a year in the worst affected states, the authors of the inquiry found many Gulf Coast residents feel they are not getting a fair deal from the $20bn (£1.2bn) compensation fund set up to help those who suffered financial loss.

The fund is administered by Ken Feinberg, a lawyer appointed by Mr Obama, who was meant to be "independent" of BP. However, a court has ruled that it cannot be described as such because its operations are funded by the British oil giant.

Mr Feinberg is in the process of scaling back operations, closing eight regional offices, as he does not envision a flood of new claims, having paid out $4bn to hundreds of thousands of applicants.

But the report raised new concerns about "excessive compensation delays, inconsistent judgments, requirements that victims relinquish further claims against BP as a condition of compensation, and efforts to dissuade victims from obtaining legal representation."

The committee found one example of two fishermen in the Lafourche Parish who filled out very similar claims and had similar incomes, but one received $100,000 more.

It also criticised the fact that the applicants have their claims pushed back to the bottom of a three-month queue if they make a small mistake on their forms.

If a flood of Gulf Coast residents turn to the courts rather than the compensation fund, it could lengthen and complicate the cases BP is facing in a huge multi-district action scheduled for February.

BP, whose share price dropped 10.5 to 455.65p, declined to comment.

© Copyright of Telegraph Media Group Limited 2012

Home > 2010 Gulf of Mexico Oil Spill > Breaking News

# Claims czar Kenneth Feinberg says pace of payments quickens

Published: Monday, June 20, 2011, 11:00 PM

By David Hammer, The Times-Picayune
Follow

 39 people recommend this. 38 people

Comment 8
Tweet 20
+1  0

Share
Email
Print

Sponsored By:





Procedural questions and disenchantment remain, but to hear oil spill claims czar **Kenneth Feinberg** tell it -- and to look at statistics from his Gulf Coast Claims Facility -- the **compensation process** he oversees has finally hit its stride.

Feinberg, who was tapped last year by BP and the White House to administer economic damage payments, has



Kenneth Feinberg, manager of the Gulf oil spill relief fund.

The Associated Press

settled nearly 150,000 claims, paying out almost $4.5 billion.

Most of that money, $2.6 billion, was paid in 2010 as part of an emergency payment phase. It took four months to pay the first $1 billion in "final settlements" this year, almost all using a quick-pay process designed to get rid of the simplest, noncontinuing claims.

But in the two months since April 20, which marked the first anniversary of BP's devastating spill, Feinberg's operation has paid about $700 million for more complex claims -- the ones requiring full review and complete documentation -- and the average payment is steadily rising.

On the anniversary, the average final payment was $16,000. It's now up to nearly $20,000.

On the anniversary, Feinberg had paid just 11 percent of final settlement requests. That number is up to 26 percent now, and GCCF has made offers to nearly half of the 115,000 settlement-seeking claimants, who have 90 days to accept whatever Feinberg puts on the table.

On the anniversary, the question hanging over the process was: How many claimants would accept final offers from Feinberg rather than hold out for more through the courts?

Now, with coastal tourism bouncing back, each passing day seems to bring Feinberg closer to his stated goal of serving at least 90 percent of those with legitimate claims. And with BP questioning the standing in court of tens of thousands of plaintiffs who have not yet presented their claims properly to Feinberg, the GCCF's appeal is only getting stronger.

The claims facility has processed more than 95 percent of the 300,000 claims that were filed before the end of May. Feinberg's team deemed about 40 percent of those either deficient or ineligible. But the only other claims GCCF is still working on that were filed before this month are the most complex ones, Feinberg said. The number of new claims being filed has slowed to a trickle.

There are only 54,000 claimants seeking final payment whom Feinberg considers eligible. If the new claims have really leveled off and Feinberg keeps paying claims at the rate he's been over the last two months, he will have paid all of the claims that he considers eligible in the next four months. And even if the rising pay rate only holds steady from here on out, that would still mean another $1.1 billion in settlements by Halloween.

The biggest lingering question is: What claims are still out there? The uncertainty rests mostly in the fishing industry, where the true measure of the spill's economic pain is still unfolding. Only 24,000 fishers, crabbers, shrimpers, oyster harvesters and seafood processors have sought final payments so far, and half have settled. The vast majority of them -- about 11,000 -- took the quick payment option of $5,000 for individuals or $25,000 for businesses.

The fishing settlement figures could rise dramatically, however, if Feinberg and industry representatives can reach agreements on changes to the GCCF's payment calculus. For example, Feinberg said he and his staff are working on "a more generous methodology" for oyster fishers, one that would "reflect the fact that the future of oysters in the Gulf as we speak is still, over a year later, very uncertain."

If the calculation method changes, Feinberg promised that oyster harvesters who took quick payments under the old system would get another shot.



GO BACK TO SCHOOL
*with* BLAZING FAST INTERNET

$19.99 A MONTH FOR 3 MONTHS   COX  ENROLL NOW

**Most Active Users**   What's this?

Users with the most **NOLA.com** comments in the last 7 days



| 81 | unliberal |
| 80 | Copperhead504 |
| 74 | silencefrees... |
| 66 | dickey3 |
| 62 | muspench |

**Connect with NOLA.com**
What's this?

   

All Facebook & Twitter accounts »

**Recommendations**

You need to be logged into Facebook to see your friends' recommendations.

 **7 suspects in St. John deputy shootings are tied to violent anti-government group**
46 people recommended this.

 **St. John the Baptist Parish shooting suspects identified**
78 people recommend this.

 Facebook social plugin

Feinberg's methodology in February was more generous to oyster fishers than others, granting them four times their 2010 losses, rather than just twice those damages. Mike Voisin, owner of Motivatit Seafood and a key negotiator with the Gulf Oyster Industry Council and the Louisiana Oyster Dealers and Growers Association, said the four-times calculation was not the problem. The use of the calendar year 2010 was.

Because oyster season begins in September and runs through the following spring, half of the 2010-11 oyster season was being left out of the calculation as it was originally devised. Now that a full year has passed, the oyster groups want to compare their April-to-April earnings to previous years to come up with the true loss due to the spill, then multiply that by four. Voisin is confident that Feinberg will agree to that and, when he does, that wary oyster fishers will be willing to finalize their claims.

"I think Ken's gonna make it right," Voisin said. "We have a responsible party that I believe is acting responsibly in this case. Will people fall through the cracks? Certainly. You have this many claims, it will overwhelm even Ken Feinberg. But overall, I think people will become his cheerleaders in the end."

Others don't share Voisin's optimism. Catholic Charities case managers say they haven't seen too many of the 1,300 fishers who have reportedly taken full-review final settlements from Feinberg. They have, on the other hand, seen thousands who have been denied interim payments on a quarterly basis.

Federal law requires Feinberg to pay for ongoing losses without forcing claimants to sign away their rights to sue. But he's made only 16,000 such payments.

Tom Costanza of Catholic Charities said most of the interim payment offers are minuscule and are attached to final payment offers. Even if those final offers aren't close to what the claimant requested, the prospect of another quarter without aid is often too much to bear.

He said that 70 percent of the claimants who have turned to state-financed technical assistance advisers for help are still waiting for resolution.

"I just can't see how this is moving in the right direction," Costanza said.

The stalemate is most pronounced with subsistence claims, a crucial issue in the Gulf Coast's fishing-centric Vietnamese communities.

*David Hammer can be reached at **dhammer@timespicayune.com** or 504.826.3322.*

**Related topics:** ken feinberg, oil spill claims, oil spill gulf of mexico 2010

**Sponsored Links**

**Gulf Coast Claim Facility**
BP Claim Denied? We Can Help
www.bp-claim.us

**1 Tip to Lose Stomach Fat**
This unusual article shows 3 veggies that fight stomach fat.
TruthAboutStomachFat.com

**Raspberry Ketone Exposed!**
2012s Miracle Fat Burner in a Bottle. Raspberry Ketone Tricks the Body?
www.HealthDiscoveriesJournal.com

**Mortgage Rates Hit 2.50%**
If you owe under $729k you may qualify for 2.90% APR Govt Refi Plans.
www.SeeRefinanceRates.com

Share this story           Story tools   Email  Print

From Our Advertisers

• Great Incentives! Buy a Chevy Cruze Today!
• Hot Air Ballon Championship -Baton Rouge -Aug 5-7
• Let Hyatt Regency host your next event or meeting!

Advertise With Us »

**Popular Tags**    What's this?

barack obama  bobby jindal  bp  coastal restoration  congress  david vitter  energy  environment  fishing  grand isle  gulf of mexico  gulf oil spill litigation  ken feinberg  mary landrieu  michael bromwich  new orleans  oil rig explosion  oil rig explosion gulf of mexico  oil spill claims  oil spill gulf of mexico 2010  oil spill hearings update  oil spill trajectory  plaquemines  st. bernard  tourism

http://www.nola.com/news/gulf-oil-spill/index.ssf/2011/06/claims_czar_kenneth_feinberg_s.html[8/19/2012 10:22:16 AM]



# COMMUNITIES ON THE HORIZON

A Resource Center for Communities Affected by the 2010 Deepwater Horizon Drilling Disaster.

posted 06 December, 2011

Permalink / Short URL

*Nov 30, 2011*
*By David Hammer, The Times-Picayune*

◀ previous post    next post ▶

In a significant move for the gulf coast fishing industry, Gulf oil spill claims czar Kenneth Feinberg decided Wednesday to double compensation payments for shrimpers and crabbers. Feinberg announced that his Gulf Coast Claims Facility will compensate shrimp and crab harvesters at four times their documented 2010 losses from now on.

"The GCCF recognizes the ongoing uncertainty regarding the state of the commercial harvesting of shrimp and crab in the Gulf and the uncertainty of any ongoing impact from the spill," reads the new methodology. "As a result of this uncertainty, the GCCF has adjusted its methodology for compensation to commercial shrimp and crab harvesters and processors to include additional compensation."

That lifts shrimpers and crabbers above the two-times-2010-loss formula that most claimants have gotten to make up for the effects of the 2010 oil spill. It was the blowout of a BP offshore well that dumped millions of gallons of crude into the Gulf of Mexico for 87 days and soiled the coastlines of five states.

The calculation-formula changes recognize a greater economic impact on shrimpers and crabbers than on tourism-related businesses, something fishing industry leaders have been complaining about for months. Until now, all legitimate claims were paid twice their documented 2010 losses, except for oyster harvesters and leaseholders, who have been eligible for more since early this year.

The move also comes as Feinberg is under increasing pressure from BP to curtail payments, which have reached $5.7 billion to 216,000 claimants. Feinberg also announced Wednesday that he can no longer assume that claims from Texas and the Florida peninsula are due to the spill, unless they are commercial fishing claims.

Shrimpers in particular have complained that Feinberg didn't understand the uncertainties they were still facing. But in the wake of a difficult 2011 white shrimp season, Feinberg said he was willing to re-evaluate his methodology. The new calculation formula of four times documented 2010 losses now applies to any shrimping or crabbing claims still under review by GCCF or any new claims received as of Wednesday.

The move by Feinberg could also have a major impact on litigation. BP is battling with thousands of claimants in a massive federal court case and the company argues that the economic impact of the spill has already run its course. It has been pushing for Feinberg to limit, not expand, payments.



# Managing the BP Oil Spill Fund — No Small Task

Published: Thursday, 19 Apr 2012 | 7:10 PM ET

By: Brian A. Shactman
CNBC Reporter

Ken Feinberg is no stranger to uncomfortable situations. After Sept. 11, he spent nearly three years working on compensation for victims and families. He was dubbed the "Pay Czar" during the financial crisis, charged with determining executive compensation for firms that received federal bailout money.



Kenneth R. Feinberg

Then, there's BP Oil Spill Fund, also known as the Gulf Coast Claims Facility (GCCF).

The mission since the spring of 2010: Establish a protocol for judging the value, credibility and worthiness of individuals and businesses hurt by the largest spill in U.S. history.

The fund had its proponents and detractors, but it did give out over $6 billion before a single court case came to trial.

Recently, when a legal settlement was reached in court to deal with the next phase of compensation, Feinberg decided to step aside.

"The job was done," he told CNBC. "I served as the administrator of the fund for 18 months, paid out $6.5 billion to 220,000 people.

"When the litigation was settled, the whole auspices of compensation now shifts to the federal court in New Orleans -- a perfect time for me to pass the baton to the federal judge who is now overseeing the program."

When comparing the last two years with **BP** [BP 42.72 ▼ -0.03 (-0.07%) ] to the 20-plus years after Exxon Valdez, Feinberg points out that the Valdez case is STILL in court. He admits, there are some on the Gulf Coast who are not happy with the GCCF, but billions were paid out, and thousands of people avoided lengthy court cases.

"I know of no precedent in American history when a company within weeks of a tragedy fronts $20 billlion and then announces it to the world," Feinberg said. "My job was to take the money and administer the process."



**MONEY & POLITICS WITH LARRY KUDLOW** » More

- Ex-Democrat: Obama Losing 7 Million Voters
- Neel Kashkhari Bullish on Equities Long-Term
- Citi's Chief Equity Strategist Sees US Growth
- Giuliani: Biden Lacks 'Mental Capacity' for VP Job
- Pawlenty Rejects Reports of Romney-Ryan Rift

**MORE ECONOMY & GOVERNMENT NEWS** » More

Executives Say Obama Better For the World Economy: Poll

- Joblessness Up in Most States: 'I'm Looking for Anything'
- Consumer Sentiment Hits Three-Month High in August
- White House Studying Potential Oil Reserve Release
- Still No Escape for Taxpayers If Banks Go Bust

**FEATURES** » More

High-End Themed Suites
An increasing number of haute hotels now offer something beyond mere refinement: themed suites.

Berkshire Hathaway's 15 Biggest Stock Holdings
Here are the 15 publicly traded stocks, by value, that are the biggest holdings of Berkshire Hathaway.
Doomsday Businesses



Airtime: Thurs. Apr. 19 2012 | 11:00 AM ET

Kenneth Feinberg, former Gulf Coast Claims Facility administrator, discusses his work with BP to compensate victims of the Gulf oil spill, the total cost, and his overall feelings about the experience. With CNBC's Brian Shactman.

A recent independent audit reported that 7,300 claimants were underpaid. That's about three percent of the total pool.

But what's not in the pool of claimants who received ANY money: Adjacent businesses.

If a fishing town was decimated by the spill, fisherman were compensated, but most other businesses were not.

Take "The Flower Gallery" in New Orleans, the biggest flower and plants shop in southeastern Louisiana.

Kenny Rabalais tells CNBC that business slowed down to the point that he reduced hours and stopped hiring new workers. He submitted records showing that the time after the spill was the first dip in sales during their 22 years in business.

His $400,000 claim was initially rejected and since re-submitting, he hasn't even received a response.

"We didn't pay a florist or a dentist or a chirpractor or a vet because those claims were so far removed — indirect from the spill itself," Feinberg said.

Rabalais knows Feinberg's stance, and simply does not agree.

"They think businesses like mine that are note directly related are not affected," he said. "The hotel business was really affected."

Feinberg knows some are unhappy, but he firmly contends that his efforts were to be fair — and not to save BP money.

"There is always going to be criticism that you are unfair," he said. "What I have learned over the last 35 years, in all of these cases and not just BP, is that in good faith, victims do believe they should be paid ... that all of their damage is attributable to the tragedy.

"They honestly feel that whatever ill that happened to them is due to the spill."

And if they were in the right business and could document their losses, then Feinberg would pay them.

Simple as that.

"If you don't get what you want, you have other remedies," Feinberg said. "You can appeal. You can go to court."

Those who decided on the court route now have a choice. Accept the terms of the recent legal agreement, or go it alone. BP estimates that the next phase — the one moving forward without Feinberg — could cost close to $8 billion.



The end of the world is on some people's minds, and that creates a business opportunity.

**TOP HEADLINES**  » Markets | Economy | Companies



**Ryan Wants to Save Medicare for Mom, Grandma** (41)

- Banks Under Scrutiny For Dealings With Rogue Nations (16)
- Come Out Wherever You Are: Investors Still in Hiding (47)
- Clal Insurance Sells Unit to Berkshire Unit for $221 Million (1)
- Grexit Debate Stirs in Germany Ahead of Greek Visit (18)
- US Faces Stiff Opposition to Oil Release For Political Gain (18)
- GM, Isuzu Announce Recalls on Fire Scares
- UK Lawmakers Say Libor Case Shows Barclays Flawed (6)
- States With Highest Cost of Living
- US Tightens Reins on Fannie Mae, Freddie Mac (8)

**MOST SHARED**

- Americans Are Carrying More Credit Card Debt: Study
- Select Group of Federal Retirees Collect Six-Figure Pensions
- Deutsche Bank's Business With Sanctioned Nations Under Scrutiny
- How Bad Is Greece? Worse Than You Think, Ross Says
- Ryan Wants to Save Medicare for Mom, Grandma
- Peter Thiel Backs Start-up Making 3D Printed Meat
- Wall Street Loves Ryan, But Worries Rest of Nation Won't

**MOST POPULAR**

| News | Blog Posts | Videos |

- Ryan Wants To Save Medicare For Mom, Grandma
- Deutsche Bank's Business With Sanctioned Nations Under Scrutiny
- Grexit Debate Stirs In Germany Ahead Of Greek Visit
- Greece To Exit Euro Zone Next Month?
- Come Out Wherever You Are: Investors Still In Hiding
- Stocks End Higher For 6th Week; Apple Jumps
- Paul Ryan Gives P90X A Lift: Creator
- US Faces Stiff Opposition To Oil Release For Political Gain
- U.S. Tightens Reins On Fannie Mae, Freddie Mac
- Long-Term Jobless Regroup To Fight The Odds

**SPECIAL REPORTS**  » More



Investing In ... South Korea
South Korea's resilient economy has earned it a rank among the so-called Asian tigers.

**HOT ON FACEBOOK**

Recommendations



You need to be logged into Facebook to see your friends' recommendations.

But that's not Feinberg's concern anymore. He's writing a book on the experience, and moving on with his life.

"You go into these assignments," he reflected, "whether it's BP, 9-11 or whatever, don't expect thanks. Don't expect praise.

"Criticism comes with the territory. Innocent people have been harmed ... and it's human nature: They expect total recovery."

*Disclosure: Comcast owns 51 percent of CNBC,. General Electric owns 49 percent of CNBC.*

*Follow Brian Shactman on Twitter: @bshactman*

© 2012 CNBC.com

TOPICS: Oil | Corporate Leaders | Commodities | Small Business | Employment | Consumers | Economy (U.S.)
SECTORS: Energy | Oil and Gas | Food and Beverage
COMPANIES: BP p.l.c.

Print   Email

Sponsored Links

**Mom Makes $72/Hr Online**
We Investigated How She Makes $192,000/Year. You Won't Believe How...
HomeJobManual.com

**Weird Loophole in Louisiana:**
If You Pay For Car Insurance You Better Read This Now...
www.ConsumerFinanceDaily.com

**Buy a Dell, Get an Xbox**
Or $200 Dell Promo eGift Card with Select Dell PCs For Back To School!
www.dell.com/StudentXBOX

Buy a link here

## FEATURED ECONOMY & GOVERNMENT STORIES


**Pressure on Romney to Pick Ryan as VP**


**Economy Should Be Growing at a Much Faster Pace: Rosenberg**


**Bank Scandal Has Silver Lining for UK**


How Immigrants Are Changing US Businesses
11 people recommended this.


'Cliff' Hanger: Corporate America Puts Everything on Hold
14 people recommended this.

'Sharpie Parties' Fuel Rampage on Foreclosed US Homes
41 people recommended this.

Facebook social plugin

## COMMENTS

2 Comments Total

**ovhyufd8** | Apr 19, 2012 08:22 PM ET

welcome to: http://www.netetrader.com