IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*Bon Secour Fisheries, et al, v. v. BP Exploration & Production Inc., et al.*, No. 12-cv-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### DECLARATION OF ROBIN L. GREENWALD

I, Robin L. Greenwald, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am a licensed attorney in the State of Illinois. I am a member of the Plaintiffs' Steering Committee in MDL 2179.

2. I submit this declaration in support of the Economic and Property Damages Class Settlement ("Economic Settlement"). I previously submitted a declaration in support of the Medical Benefits Class Action Settlement. (*See* Doc. 7111-8)

3. Former Economic Settlement class representative Kip Plaisance is a client of the law firm where I work. At the time of the BP oil spill, Mr. Plaisance was a Charter Boat Captain. During the oil spill remediation efforts, Mr. Plaisance was employed in the Vessels of Opportunity ("VoO") program and worked on clean-up activities.

4. Prior to agreeing to serve as a class representative for the Economic Settlement class, my colleagues and I informed Mr. Plaisance of the duties and responsibilities of serving as a class representative, the terms of the settlement agreement generally, and the VoO offset provision. Mr. Plaisance supported the settlement and wanted to be a class representative.

5. At the time we discussed the issues outlined above with Mr. Plaisance, and even following the filing of the original *Bon Secour* Class Complaint, the Court-Appointed Neutral had not yet released his final determination that the Seafood Compensation Program allocation would not include a VoO offset provision.

6. On or about May 4, 2012, the Charter Boat Associations and Charter Boat operators, including Mr. Plaisance, learned about the Court-Appointed Neutral's decision that the VoO offset would not be applied to individuals in the Seafood Compensation Program. At that point, Mr. Plaisance objected to the settlement on that ground.

Signed, under penalty of perjury, this 17th day of Octtober, 2012, in New Orleans, Louisiana.

_____
Robin L. Greenwald