**CLASS COUNSEL**
**IN RE: DEEPWATER HORIZON**
**MDL No. 2179**

**935 Gravier Street, Suite 2000**
**New Orleans, Louisiana 70112**
**Phone: (504) 264-5757**
**Toll Free: (855) 359-2327**
**E-Mail: classcounseloffice@mdl2179psc.com**

---

Cass Wilson
2 Stix, Inc.
4731 Bayou Blvd.
Pensacola, Florida 32503
E-Mail: cass1wilson@yahoo.com

September 29, 2012

Dear Ms. Wilson,

We have received and reviewed your letter to the Court of July 25th.[1]

First, it is our understanding that the major credit card companies can provide a business' customer information by Zip Code, but will not do so without a Court Order. We are attempting to negotiate for the entry of an acceptable Order to facilitate such production. In the meantime, you might want to serve a *subpoena* on one or more of your credit card providers.

Secondly, from the information you provided, it appears that you may be a "Seafood Retailer" in Zone C; if so, you do not have to prove causation, per Section III(A)(3).

Alternatively, it sounds like you may be a Tourism business (and/or a Seafood Retailer) in Zone C, which would allow you to establish causation under Section III(B)(2)(e), assuming your company made such projections.

Finally, you have the option to Opt Out of the Settlement Class and pursue your claims thru litigation. The Opt Out deadline has been extended to **November 1, 2012**. In that event, you should likely consult with your personal attorney or an attorney of your choice about making "Presentment" before the end of the year, and filing (or re-filing) an action in Court before April 20, 2013. In general, the law requires you to make "Presentment" under the Oil Pollution Act in order to proceed against BP as the Responsible Party for the oil spill. Presentment generally requires: **(i)** a demand for a "sum certain" (total dollar amount claimed), with **(ii)** a written description of the claim, and **(iii)** supporting documentation of the losses.[2] Presentment can be made to BP's new OPA Claims Program, at:

---

[1] Doc 50.

[2] *See generally,* 33 U.S.C. §§2701(3) and 2713.

W:\! 27818\9999 MDL\Cor\LTR Wilson 9-29-2012.doc

P.O. Box 330919
Houston, Texas 77233-0919
Phone: (855) 687-2631
Fax: (866) 542-4785
E-Mail: bpclaimsprogram@bp.com
Website: www.bp.com/claims

Even though you previously submitted claims to the GCCF, BP will likely take the position that you have not satisfied the OPA presentment requirements, either because (a) you (allegedly) did not make a claim for a full and final "sum certain" and/or (b) you (allegedly) did not provide sufficient documentation in support of your claims.   Because BP will likely take the position that the Statute of Limitations will run on **April 20, 2013**, and because it can take up to 90 days for the claim to be presented before the statute runs, you should likely make presentment **before January 20, 2013**.  For these reasons, we would encourage you to consult with your attorney or an attorney of your choice.

        We hope that this information has been helpful.


                        Sincerely,

                        STEPHEN J. HERMAN
                        JAMES PARKERSON ROY
                        *Co-Lead Class Counsel*