Irish Kevin's bar, 211 Duval St., is asking for BP money, saying it lost revenue because of the spill.

KEY WEST

# Revenue losses due to oil spill estimated at $650K

**BY ADAM LINHARDT**
Citizen Staff

A popular Duval Street bar stands to receive more than $600,000 in loss damages related to the 2009 Deepwater Horizon oil spill, marking it one of the biggest single such payouts in the Florida Keys since the cash claims began, a Key West lawyer said Tuesday.

Irish Kevin's bar was notified Monday by the Deepwater Horizon Claims Center that it will be receiving a check for $648,473 sometime in the next 45 days, said David Paul Horan, a Key West-based attorney who is working with the environmental law firm of Krupnick Campbell of Fort Lauderdale.

The popular Lower Duval Street bar is one of more than 300 plaintiffs named in a mass tort lawsuit filed in federal court in Key West in February.

The Irish Kevin's bar resolution could be the first in a series of a possible six-figure (or more) claims in the coming months to other Keys businesses, Horan said.

Irish Kevin's is currently owned by Shaun McConnell and Luis Capano. Former co-owner Bill Lay is no longer a partner, he told The Citizen Tuesday. A message left on McConnell's cellphone was not returned Tuesday and Capano could not be reached for comment in Delaware.

How the money will impact bar employees was not clear, as it will be sent to McConnell and Capano and what they do with it is up to them as business owners, Horan said.

Forensic accountants with Krupnick Campbell investigated Irish Kevin's bar claim and found that the bar lost $203,514 in 2009 when compared to a previous multiyear average and sent that data to the Deepwater Horizon Claims Center, Horan said.

The Deepwater Horizon

See **BP**, Page **8A**

# BP

Continued from Page 1A

Claims Center uses a three-year model to determine how BP-related losses impact affected businesses and they determined the business was entitled to approximately $500,000 more when reviewed on that projected, future three-year-loss average, Horan said.

Horan explained it via this hypothetical scenario: "Let's say you own a business and you lose business due to the oil spill and as a result of that lost revenue, your house goes into foreclosure and you lose your house. Would you think BP owes you just the lost business revenue or your house as well? You would say, 'Hey, these two issues are directly related.'"

The specifics of how the Deepwater Horizon Claims Center came to its $648,473 figure would have to come from the claims center, Horan said. Officials there could not be reached for comment via phone on Tuesday.

Horan has also approached the Monroe County government recently about securing BP money. More money has recently been made available through the Restore Act, which would dedicate 80 percent of the Deepwater Horizon fines to residents, governments and businesses along the Gulf of Mexico.

The county could not give Horan's law firm a contract to submit claims on behalf of the county without going out to bid and allowing other firms to bid as well. In August, the County Commission agreed to put the service out to bid.

There is no way of knowing exactly how much impact the Deepwater spill truly had on the Keys economy. A year after the spill, an analysis of data from the Monroe County Tourist Development Council, Key West International Airport and sales tax collections suggested the impact was minimal.

Up and down the Keys, lodging occupancy rates after the spill were higher in every month — except for August and December — when compared with the same month the year prior, according to the TDC's lodging statistics. The average cost of a hotel room also was higher in every month of 2010 than it was for the same month in 2009.

Key West International Airport records show more people arrived in May, June, July and August 2010 — during the height of the spill disaster — than during those months in 2009. Tourists spent about as much money after the spill as before, if not more, according to sales tax revenues.

Most people have until at least April 2014 to file a claim, though the time frame could be shorter for those claiming losses related to the seafood business.

Individuals can begin the claims process by going to http://www.deepwaterhorizoneconomicsettlement.com/index.php, or they can work through a consultant or lawyer offering claims assistance.

*Staff writer Mandy Miles contributed to this report.*

alinhardt@keysnews.com



It's a slow day at Irish Kevin's on Sept. 25.

MIKE HENTZ/The Citizen