**Exhibit A**
**Objections to the Medical Settlement**

| Name of Objector | Date | Doc. No. | Standing | Claim Type | Brief Description of the Objection |
|---|---|---|---|---|---|
| Charles A. Boggs | 6/19/2012 | 41 | No | Zone A Resident/opted out | Not payment for medical expenses<br><br>Opted out after submission of objection |
| Ilease Bartlette | 7/31/2012 | 51 | No | | Virgin Islands residents not included in the class |
| Albio Luis Machuca | 8/1/2012 | 57 | Yes | Clean-Up Worker | Improper to release BP from compensatory liability and punitive damages for medical conditions that arise in the future.<br><br>BELO unfairly disadvantages CUWs who contract diseases in the future because they cannot afford medical care for diagnosis |
| Jason Sims | 8/17/2012 | 61 | Uncertain | Potentially Zone A Resident | Panama City Beach residents not included in the class |
| Reynaldo Abreu et al | 8/31/2012 | 92 | Yes | Clean-Up Workers | SPC compensation is inadequate because: (1) it does not compensate for medical bills and expenses; (2) a jury would probably award larger damages; (3) it does not permit recovery for both heat stroke and an unrelated oil-related exposure condition; (4) Level A3 compensation is unfairly rewards CUWs who went to the medic stations when CUWs were fired, or threatened with being fired, if they visited medic stations; and (5) it requires an overnight hospital stay to receive compensation for a B1 chronic condition.<br><br>Settlement does not cover all CUWs who suffered harm<br><br>Burden of proving damages under matrix is same as would be necessary if class member went to trial<br><br>BELO excludes pre-existing conditions that were diagnosed prior to April 16, 2010, that were exacerbated as a result of exposure<br><br>Because many CUWs were day laborers without health insurance, they could not afford medical care to take advantage of BELO |

**Exhibit A**
**Objections to the Medical Settlement**

| Name of Objector | Date | Doc. No. | Standing | Claim Type | Brief Description of the Objection |
|---|---|---|---|---|---|
| Halliburton Energy Services, Inc. | 8/31/2012 | 93 | No | Non-Settling Party | Class is not cohesive, but rather an arbitrary aggregation of potential plaintiffs with different circumstances, interests and injuries<br><br>Membership in class is not ascertainable by reference to relevant and meaningful objective criteria<br><br>Class representatives do not have claims that are typical to a majority of class<br><br>SPC compensations are too high, and overall settlement is too generous<br><br>SPC matrix improperly modifies standards of proof for causation and damages<br><br>Settlement unfairly impacts HESI because it preserves punitive damages against; punitive damages cannot be pursued without a plaintiff suffering compensatory damages against HESI |
| Mike and Patricia Sturdivant | 8/31/2012 | 124 | Apparently | Residents/ Potentially Clean-up workers | Multiple objections to counsel fees<br><br>SPC compensation inadequate and does not account for unique case factors<br><br>Compensation arbitrarily treats CUWs and residents differently<br><br>Variety of objections to BELO<br><br>Spouses of class members should be included in class<br><br>No compensation for future exposure<br><br>Absence of claims appeals process is unfair;<br><br>Class representatives are not adequate<br><br>Parties improperly authorized to materially modify agreement<br><br>Settlement fails to have subclasses<br><br>Settlement contains unlawful cy pres payment |

**Exhibit A**
**Objections to the Medical Settlement**

| Name of Objector | Date | Doc. No. | Standing | Claim Type | Brief Description of the Objection |
|---|---|---|---|---|---|
| Lance Clay Brown | 8/31/2012 | 130 | Yes | Clean-up Worker | SPC compensation inadequate<br><br>No punitive damages for later manifested conditions |
| Linda Breedlove et al | 9/7/2012 | 158 | Yes | Clean-up worker | SPC proof requirement of timing between exposure and manifestation of condition unreasonable<br><br>Inadequate privacy protections for medical records |
| George R. Hall | 9/4/2012 | 160 | Yes | Clean-Up Worker | SPC compensation inadequate for failing to include medical expenses |
| Malcolm Coco | 9/7/2012 | 180 | Yes/No | Coco- Clean-Up Worker Elrod – appears not be satisfy Zone A definition | Agreement precludes an award of punitive damages even though each maritime claimant is entitled to punitive damages under case law and the Court's ruling<br><br>Compensation is unfairly denied to spouses of injured party<br><br>Settlement improperly disallows interim claims.<br><br>Time frames for Zone A and Zone B residents are unfair for those who decided to vacation somewhere else during the summer of 2010 because of the oil spill |
| Kevin Scott Llewallen | 9/4/2012 | 182 | Apparently | Zone A Resident | SPC time frames are unfair<br><br>No compensation or other provision for mental health<br><br>No compensation for future illness<br><br>SPC conditions are inadequate for neurological conditions |
| Joseph Yerkes | 9/7/2012 | 185 | Yes/No | Some Clean-Up Workers | Chronic conditions in the SPC matrix are not the chronic conditions exposed populations have experienced<br><br>Cut-off dates for class membership and manifestation of condition(s) is unfair<br><br>Future oiling events should have been included in the settlement |

**Exhibit A**
**Objections to the Medical Settlement**

| Name of Objector | Date | Doc. No. | Standing | Claim Type | Brief Description of the Objection |
|---|---|---|---|---|---|
| Bryan Baird et al | 9/7/2012 | 202 | Yes/No | Some Clean-Up Workers, some Zone A Residents/opt out | Identical Objection as Yerkes #185<br><br>Some of Baird objector group have since opted out |
| Matthew J. Canipe | 9/4/2012 | 203 | No | | Should have been included in the residential zones for class membership<br><br>SPC compensation levels are inadequate |
| Timothy P. McLane | 9/4/2012 | 205 | No | | Should have been included in residential zones for class membership<br><br>SPC compensation levels are inadequate |
| Carolyn Booker | 9/7/2012 | 208 | Yes | Clean-Up Worker | Adopt objections of Objection Nos. 180, 185 and 202 |
| Mike and Patricia Sturdivant | 9/10/2012 | 213 | Yes | Clean-Up Workers/Zone A Residents | Identical objection as Sturdivant #124 |
| Deborah Lucas | 9/10/2012 | 236 | Apparently | Zone A Resident | SPC compensation payments are inadequate |
| Barbara Adams | 9/19/2012 | 243 | Unclear | Resident/Opt out | BP should not have to pay any money to class members because it was not negligent |

**Exhibit A**
**Objections to the Medical Settlement**

| Name of Objector | Date | Doc. No. | Standing | Claim Type | Brief Description of the Objection |
|---|---|---|---|---|---|
| State of Louisiana | 9/7/2012 | 7346 (10-2179) | No | *"Amicus"* | No commonality because the well blowout is not a common event for medical class members harmed by dispersant application<br><br>No typicality because class members were exposed to different chemicals, some oil, some dispersant and some both<br><br>No typicality because some class members are asymptomatic<br><br>No adequacy because class representatives cannot protect interest of exposed but asymptomatic members and they waived Jones Act claims of those CUWs who worked on vessels<br><br>No ascertainability because Zone A residents have to "prove" their case to determine eligibility<br><br>No predominance because toxic exposure is not suited to class certification<br><br>No superiority because class members' claims are not resolved; Claims Administrator determines who may participate in the PMCP |