IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF FILING OF STATUS UPDATE FROM THE DEEPWATER HORIZON
MEDICAL BENEFITS SETTLEMENT CLAIMS ADMINISTRATOR**

**PLEASE TAKE NOTICE** that, on behalf of the Garretson Resolution Group, the Medical Benefits Class Representatives, BP Exploration & Production Inc., and BP America Production Company hereby file into the record the October 22, 2012 Status Update from the Deepwater Horizon Medical Benefits Settlement Claims Administrator.

October 22, 2012                                              Respectfully submitted,


/s/ Stephen J. Herman                                         /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129                          James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR                                   DOMENGEAUX WRIGHT ROY &
LLP                                                           EDWARDS LLC
820 O'Keefe Avenue                                            556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                                  Lafayette, Louisiana 70501
Telephone: (504) 581-4892                                     Telephone: (337) 233-3033
Fax No. (504) 569-6024                                        Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                                      E-Mail: jimr@wrightroy.com

*Medical Benefits Class Counsel and Lead*                     *Medical Benefits Class Counsel and Lead*
*Class Counsel*                                               *Class Counsel*


## MEDICAL BENEFITS CLASS COUNSEL

Joseph F. Rice                                                Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                                               WILLIAMS LAW GROUP
28 Bridgeside Blvd.                                           435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                                      Maison Grand Caillou
Office:  (843) 216-9159                                       Houma, LA 70360
Telefax: (843) 216-9290                                       Office:  (985) 876-7595
E-Mail:  jrice@motleyrice.com                                 Telefax: (985) 876-7594
                                                              E-Mail:  duke@williamslawgroup.org


Brian H. Barr                                                 Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                                    WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA                               700 Broadway
316 South Baylen St., Suite 600                               New York, NY  10003
Pensacola, FL 32502-5996                                      Office:  (212) 558-5802
Office:  (850) 435-7045                                       Telefax: (212) 344-5461
Telefax: (850) 436-6187                                       E-Mail:  rgreenwald@weitzlux.com
E-Mail: bbarr@levinlaw.com

2

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

| | |
|---|---|
| Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com | Mikal C. Watts<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail:  mcwatts@wgclawfirm.com |
| Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  ervin@colson.com | |

| | |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 | */s/ Richard C. Godfrey, P.C.*            .<br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Andrew B. Bloomer, P.C.<br>Elizabeth A. Larsen<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL  60654 |
| Ellen K. Reisman<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844 | */s/ Don K. Haycraft*            .<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| James P. Joseph<br>Ethan P. Greene<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206 | |
| ***Of Counsel*** | Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of October, 2012.

                                                  /s/ Don K. Haycraft