# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL No. 2179 <br><br> SECTION: J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| Plaisance, et al., individually and on behalf of the putative Medical Benefits Settlement Class, <br><br>           Plaintiffs, <br><br> v. <br><br> BP Exploration & Production Inc.; *et al.*, <br><br>           Defendants. | * * * * * * * * * * * * * * | No. 12-968 <br><br> SECTION: J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

# JOINT SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND ADEQUACY OF MEDICAL BENEFITS SETTLEMENT NOTICE PLAN

I, CAMERON R. AZARI, ESQ., hereby declare and state as follows:

1. My name is Cameron R. Azari, Esq.  I am over the age of twenty-one and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a nationally-recognized expert in the field of legal notice, and I have served as a media expert in dozens of federal and state cases involving class action notice plans.

3. I am the Director of Legal Notice for Hilsoft Notifications, a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans. I previously submitted three declarations in this matter (*Declaration of Cameron R. Azari, Esq. on Medical Benefits Settlement Notices and Notice Plan,* dated April 17, 2012 (Docket Entry 6267, Exhibit 1), *Supplemental Declaration of Cameron R. Azari, Esq. on Revised Medical Benefits Settlement Notices* dated May 1, 2012 (Docket Entry 6399, Ex. B) and *Joint Declaration of Cameron R. Azari, Esq. on Implementation and Adequacy of Medical Benefits Settlement Notice Plan* dated August 13, 2012 (Docket Entry 7110-1, Ex. A).)

4. The facts in this Declaration are based on what I personally know, as well as information generated and provided to me in the ordinary course of business by my colleagues at Hilsoft Notifications as well as the Garretson Firm Resolution Group, Inc. ("GRG"), the Court-appointed Settlement Administrator for the Medical Benefits Class Action Settlement.

*Overview*

5. This Declaration will report on the events related to notice that have occurred since the submission of my *Joint Declaration of Cameron R. Azari, Esq. on Implementation and Adequacy of Medical Benefits Settlement Notice Plan* ("*Declaration on Implementation*") of August 13, 2012. I note, based on my review of the objections to

the Medical Benefits Class Action Settlement, that there appear to be no objections to the Notice Program.

6. As previously reported, the Medical Benefits Settlement Notice Program, as implemented, reached an estimated 95% of adults aged 18+ in the identified DMAs[1] covering the Gulf Coast Areas an average of 10.3 times each, and an estimated 83% of all U.S. adults aged 18+ an average of 4.0 times each.[2] Nothing has occurred since my most recent Declaration to change my assessment of the impressive performance of the Notice Program. The Notice Program surpassed other notice programs we have designed, that have been court-approved, and that we have implemented for purposes of settlement. The Notice Program was the best notice practicable under the circumstances of this case, conforming to all aspects of Federal Rule of Civil Procedure 23.

*Supplement to CAFA Notice*

7. On August 27, 2012, at the direction of counsel for BP, Hilsoft Notifications sent by certified mail a notice packet to supplement previously-provided CAFA notice to 57 federal and state officials, including the Attorney General of the United States, the Attorneys General of each of the 50 states and the District of Columbia and the Attorneys General of the U.S. territories of Puerto Rico, the Northern Mariana Islands, American

---

[1] DMA or "Designated Market Area" is a term used by Nielsen Media Research to identify an exclusive geographic area of counties/parishes in which the home market television stations hold a dominance of total hours viewed. There are 210 DMAs in the U.S.

[2] Reach is defined as the percentage of a class exposed to notice, net of any duplication among people who may have been exposed more than once. Notice exposure is defined as the opportunity to see a notice. The average frequency of notice exposure is the average number of times that those reached by a notice would be exposed to the notice.

Samoa, the Virgin Islands and Guam.[3] A list of these officials and the date that each notice was mailed is included as Attachment 1.

8. The Supplemental CAFA notice packet included a cover letter that provided updated information about the Medical Benefits Class Action Settlement Agreement (including the extended Opt-Out Deadline of November 1, 2012) and reminded recipients of the website address for the Public Access to Court Electronic Records (PACER) system, where court filings regarding the Settlement and MDL 2179 could be accessed. The cover letter was accompanied by a CD that included:

- Amended Medical Benefits Class Action Settlement Agreement (with all exhibits), filed with the Court on May 3, 2012;

- Other written judicial opinions relating to the Medical Benefits Class Action Settlement that were filed in MDL 2179 since the filing of the settlement agreement, between April 19, 2012 and August 24, 2012, as well as the Order Extending the Exclusion (Opt-Out) Deadlines for the *Deepwater Horizon* Economic and Property Damages Settlement Agreement and the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement;

- The parties' motions seeking final approval of the Medical Benefits Class Action Settlement, with exhibits and supporting papers,

- Individual complaints that have been consolidated (or are in the process of being consolidated) into MDL 2179 since the filing of the settlement agreement; and

- Copies of any final judgment or notice of dismissal entered in MDL 2179 since the filing of the settlement agreement.

A sample of the cover letter to the Supplemental CAFA notice packet is included as Attachment 2.

---

[3] On April 26, 2012, within the 10-day period required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, Hilsoft Notifications sent the initial CAFA notice packet by certified mail to the same 57 federal and state officials.

JOINT SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND ADEQUACY OF MEDICAL BENEFITS SETTLEMENT NOTICE PLAN

4

*Individual Notice Update*

9.  For all potential Medical Benefits Settlement Class Members, GRG has also continued the process of re-mailing any Notice Packets to addresses that were corrected through the USPS or found via additional public record research. Notice Packets also continue to be mailed by GRG to anyone who requests one.

*Informational Settlement Website Updates*

10. Since the filing of my *Declaration on Implementation* on August 13, 2012 several updates have been made to the www.DeepwaterHorizonSettlements.com informational website to reflect Orders issued by the Court. They are as follows:

- On August 28, 2012, to conform to the Court's August 27, 2012 Order extending the Opt-Out deadline from October 1, 2012 to November 1, 2012, the deadline was changed throughout the informational website in all three languages, including edits in the appropriate sections of the Detailed Notice PDF files posted on the website. The link to the Detailed Notice PDF file was changed to read, "Detailed Notice (updated August 28, 2012)." GRG was also immediately made aware of the extended deadline and asked to make the appropriate edits to the Medical Benefits Settlement claims administration website.
- On August 31, 2012, to conform to the Court's Order issued that day extending the Objection deadline to September 7, 2012, the deadline was changed throughout the informational website in all three languages, including edits in the appropriate sections of the Detailed Notice PDF files posted on the website. Also, prominently on the website homepage, a sentence was added reading, "August 31, 2012 Update: Objection deadlines have been extended to September 7, 2012 by Order of the Court." The sentence linked to a PDF file of the Court's Order extending the deadline. The document was also provided to GRG for posting on the Medical Benefits Settlement claims administration website.

11. Hilsoft will continue to update the informational notice website as ordered by the Court and/or directed by the parties. The informational notice website will thus

advise Class Members, on an ongoing and timely basis, of important dates, events, information, and proceedings that relate to settlement approval, implementation, enforcement, administration, and claims.

### *No Objections to Notice*

12. I and my staff have reviewed all of the objections that were filed to the Medical Benefits Class Action Settlement. None of the objections received raises any issue with the Notice Plan or the content of the Notices.

### *Conclusion*

13. As stated in my *Declaration on Implementation*, in my opinion, the Medical Benefits Settlement Notice Program was the best notice practicable under the circumstances of this case, conformed to all aspects of Federal Rule of Civil Procedure 23, and comported with the guidance for effective notice articulated in the *Manual for Complex Litigation*, 4th. The continuing efforts to deliver notice to the Class support that conclusion.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

_____
Cameron R. Azari. Esq.

Dated: October 21, 2012

© 2012 Hilsoft Notifications

# Attachment 1

*Deepwater Horizon Oil Spill Settlement* — <u>Attorneys General Mailing List</u> — October 22, 2012

| First Name | MI | Last Name | Title | Address1 | Address2 | Address3 | City | ST | Zip Code | Shipped Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael | | Geraghty | Attorney General | Office of the Attorney General | 123 4th Street | 6th Floor | Juneau | AK | 99801 | August 27, 2012 |
| Luther | | Strange | Attorney General | Office of the Attorney General | 501 Washington Avenue | | Montgomery | AL | 36130 | August 27, 2012 |
| Dustin | | McDaniel | Attorney General | Office of the Attorney General | 200 Tower Building | 323 Center St., Suite 200 | Little Rock | AR | 72201-2610 | August 27, 2012 |
| Tom | | Horne | Attorney General | Office of the Attorney General | Department of Law | 1275 W. Washington St. | Phoenix | AZ | 85007 | August 27, 2012 |
| CAFA | | Coordinator | Office of The Attorney General | Consumer Law Section | 110 West "A" Street | Suite 1100 | San Diego | CA | 92186-5266 | August 27, 2012 |
| John | | Suthers | Attorney General | Office of the Attorney General | 1525 Sherman St. 5th Floor | | Denver | CO | 80203 | August 27, 2012 |
| George | | Jepsen | Attorney General | Office of the Attorney General | 55 Elm Street | | Hartford | CT | 06141 | August 27, 2012 |
| Irvin | | Nathan | Attorney General | Office of the Attorney General | John A. Wilson Building | 441 4th Street NW | Washington | DC | 20001 | August 27, 2012 |
| Joseph | R. | Biden III | Attorney General | Office of the Attorney General | Carvel State Office Building | 820 North French St. | Wilmington | DE | 19801 | August 27, 2012 |
| Pam | | Bondi | Attorney General | Deepwater Horizon Oil Spill Settlement | State of Florida | The Capitol, PL 01 | Tallahassee | FL | 32399-1050 | August 27, 2012 |
| Sam | | Olens | Attorney General | Office of the Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 | August 27, 2012 |
| David | | Louie | Attorney General | Office of the Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | August 27, 2012 |
| Thomas | J. | Miller | Attorney General | Iowa Attorney General | Hoover Office Building, 2nd Floor | 1305 E. Walnut Street | Des Moines | IA | 50319 | August 27, 2012 |
| Lawrence | G. | Wasden | Attorney General | Statehouse | Office of the Attorney General | 700 W. Jefferson Street | Boise | ID | 83720 | August 27, 2012 |
| Lisa | | Madigan | Attorney General | Office of the Attorney General | James R. Thompson Center | 100 W. Randolph St. ,13th Floor | Chicago | IL | 60601 | August 27, 2012 |
| Greg | | Zoeller | Attorney General | Office of the Indiana Attorney General | Indiana Government Center South, 5th Floor | 302 West Washington Street | Indianapolis | IN | 46204 | August 27, 2012 |
| Derek | | Schmidt | Attorney General | Office of the Attorney General | 120 S. W. 10th Street, 2nd Floor | | Topeka | KS | 66612-1597 | August 27, 2012 |
| Jack | | Conway | Attorney General | Office of the Attorney General | State Capitol, Suite 118 | 700 Capitol Avenue | Frankfort | KY | 40601-3449 | August 27, 2012 |
| James | D. | Caldwell | Attorney General | Department of Justice | 1885 North 3rd St. 6th Floor | | Baton Rouge | LA | 70802 | August 27, 2012 |
| Martha | | Coakley | Attorney General | Office of the Attorney General | McCormack Buliding | One Ashburton Place | Boston | MA | 02108-1698 | August 27, 2012 |
| Douglas | F. | Gansler | Attorney General | Office of the Attorney General | 200 Saint Paul Place | | Baltimore | MD | 21202-2202 | August 27, 2012 |
| William | J. | Schneider | Attorney General | Office of the Attorney General | | 6 State House Station | Augusta | ME | 04333 | August 27, 2012 |
| Bill | | Schuette | Attorney General | Office of the Attorney General | | 525 West Ottawa Street | Lansing | MI | 48909 | August 27, 2012 |
| Lori | | Swanson | Attorney General | Office of the Attorney General | State Capitol | Suite 102 | St. Paul | MN | 55155 | August 27, 2012 |
| Chris | | Koster | Attorney General | Office of the Attorney General | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 | August 27, 2012 |
| Jim | | Hood | Attorney General | Department of Justice | Walter Sillers Building | 550 High Street, Suite 1200 | Jackson | MS | 39201 | August 27, 2012 |
| Steven | | Bullock | Attorney General | Office of the Attorney General | Montana Department of Justice | 215 N. Sanders Street, 3rd Floor | Helena | MT | 59620-1401 | August 27, 2012 |
| Roy | | Cooper | Attorney General | Office of the Attorney General | Department of Justice | 9001 Mail Service Center | Raleigh | NC | 27699 | August 27, 2012 |
| Wayne | | Stenehjem | Attorney General | Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue, Dept 125 | Bismarck | ND | 58505-0040 | August 27, 2012 |
| Jon | | Bruning | Attorney General | Office of the Attorney General | State Capitol | 2115 State Capitol | Lincoln | NE | 68509 | August 27, 2012 |
| Michael | | Delaney | Attorney General | Office of the Attorney General | State House Annex | 33 Capitol St. | Concord | NH | 03301-6397 | August 27, 2012 |
| Jeffrey | S. | Chiesa | Attorney General | Richard J. Hughes Justice Complex | 25 W. Market Street | | Trenton | NJ | 08625 | August 27, 2012 |
| Gary | | King | Attorney General | Office of the Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | August 27, 2012 |
| Catherine | Cortez | Masto | Attorney General | Office of the Attorney General | Old Supreme Court Building | 100 N. Carson Street | Carson City | NV | 89701 | August 27, 2012 |
| Eric | | Schneiderman | Attorney General | Department of Law | The Capitol, 2nd Floor | | Albany | NY | 12224-0341 | August 27, 2012 |
| Mike | | Dewine | Attorney General | Office of the Attorney General | State Office Tower | 30 E. Broad Street, 17th Floor | Columbus | OH | 43266-0410 | August 27, 2012 |
| Scott | | Pruitt | Attorney General | Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 | August 27, 2012 |
| Ellen | F. | Rosenblum | Attorney General | Office of the Attorney General | Justice Building | 1162 Court St., NE | Salem | OR | 97301 | August 27, 2012 |
| Linda | L. | Kelly | Appointed Attorney General | Office of the Attorney General | 1600 Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | August 27, 2012 |
| Peter | | Kilmartin | Attorney General | Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 | August 27, 2012 |
| Alan | | Wilson | Attorney General | Rembert C. Dennis Office Bldg. | Rembert C. Dennis Office Building | 1000 Assembly Street, Rm 519 | Columbia | SC | 29201 | August 27, 2012 |
| Marty | J. | Jackley | Attorney General | Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 | August 27, 2012 |
| Robert | E. | Cooper, Jr. | Attorney General | Office of the Attorney General | 425 5th Avenue North | | Nashville | TN | 37243 | August 27, 2012 |
| Greg | | Abbott | Attorney General | Office of the Attorney General | 300 W. 15th Street | | Austin | TX | 78701 | August 27, 2012 |
| Mark | L. | Shurtleff | Attorney General | Office of the Attorney General | State Capitol, Room 236 | | Salt Lake City | UT | 84114-0810 | August 27, 2012 |
| Ken | | Cuccinelli | Attorney General | Office of the Attorney General | 900 E. Main Street | | Richmond | VA | 23219 | August 27, 2012 |
| William | H. | Sorrell | Attorney General | Office of the Attorney General | 109 State Street | | Montpelier | VT | 05609-1001 | August 27, 2012 |
| Robert | | McKenna | Attorney General | Office of the Attorney General | 1125 Washington Street, SE | | Olympia | WA | 98504 | August 27, 2012 |
| J.B. | | Van Hollen | Attorney General | Office of the Attorney General | 114 East State Capitol | | Madison | WI | 53707-7857 | August 27, 2012 |
| Darrell | V. | McGraw Jr. | Attorney General | Office of the Attorney General | 1900 Kanawha Blvd., E. | Room 26E | Charleston | WV | 25305-9924 | August 27, 2012 |
| Greg | | Phillips | Attorney General | Office of the Attorney General | 123 Capitol Building | 200 West 24th Street | Cheyenne | WY | 82002 | August 27, 2012 |
| Eric | H. | Holder, Jr. | Federal Attorney General | US Department of Justice | 950 Pennsylvania Avenue, NW | | Washington | D.C. | 20530-0001 | August 27, 2012 |
| Fepulea'i | A. | Ripley, Jr. | Attorney General | American Samoa Gov't Exec Office Building | Utulei, Territory of American Samoa | | Pago Pago | AS | 96799 | August 27, 2012 |
| Lenny | | Rapadas | Attorney General | | 287 West O'Brien Drive | | Hagatna | Guam | 96910 | August 27, 2012 |
| Edward | T. | Buckingham | Attorney General | Administration Building | P.O. Box 10007 | | Saipan | MP | 96950-8907 | August 27, 2012 |
| Guillermo | | Somoza-Colombani | Attorney General | | GPO Box 902192 | | San Juan | PR | 00902-0192 | August 27, 2012 |
| Vincent | | Frazer | Attorney General | Department of Justice | G.E.R.S. Complex | 488-50C Kronprinsdens Gade | St. Thomas | VI | 802 | August 27, 2012 |

# Attachment 2

**Notice Administrator for U.S. District Court**

Eric H. Holder, Jr.
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


On or about April 26, 2012, Notice of a proposed class-action settlement -- the "Medical Benefits Class Action Settlement" -- was provided to you as required by the Class Action Fairness Act ("CAFA Notice").  *See* 28 U.S.C. § 1715(b).  As a courtesy, we are providing you with the following additional information and materials related to the proposed Medical Benefits Class Action Settlement that have become available since the CAFA Notice was sent:

- **Case:**  *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179-CJB-SS.

- **Court:**  The United States District Court for the Eastern District of Louisiana (Honorable Carl J. Barbier).

- **Defendants:**  Defendants BP Exploration & Production Inc. and BP America Production Company (together, "BP") are parties to the proposed settlement.

- **Judicial Hearings Scheduled:**  The proposed Medical Benefits Class Action Settlement was preliminarily approved by the Court on May 2, 2012.  A hearing on the request to certify the Settlement Class and to give final approval to the settlement has been scheduled by the Court for Wednesday, November 8, 2012, at the U.S. District Court, 500 Poydras Street, New Orleans, Louisiana, 70130.  At the time of the hearing, these matters may be continued without further notice.

- **Change to Opt-Out Deadline:**  Please be advised that by Order of the Court, and as reflected on the settlement website (www.deepwaterhorizonsettlements.com), the deadline for class members to exclude themselves ("opt out") of the Medical Benefits Class Action Settlement has been extended to **November 1, 2012**.  No other deadlines have changed.  However, the settlement website (www.deepwaterhorizonsettlements.com) and the Public Access to Court Electronic Records ("PACER") system (http://www.pacer.gov/) should be regularly consulted for further updates regarding the settlement.

- **Documents Enclosed:**  As a supplement to the materials previously provided to you, copies of the following documents are provided as a courtesy on the enclosed CD-ROM disk in Adobe Acrobat PDF format.

- o Amended Medical Benefits Class Action Settlement Agreement (with all exhibits), filed with the Court on May 3, 2012;

- o Other written judicial opinions relating to the Medical Benefits Class Action Settlement that were filed in MDL 2179 since the filing of the settlement agreement on April 19, 2012, through August 24, 2012, as well as the Order Extending the Exclusion (Opt-Out) Deadlines for the *Deepwater Horizon* Economic and Property Damages Settlement Agreement and the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement, issued August 27, 2012;

- o The parties' motions seeking final approval of the Medical Benefits Class Action Settlement, with exhibits and supporting papers;

- o Individual complaints that have been consolidated (or are in the process of being consolidated) into MDL 2179 since the filing of the settlement agreement on April 19, 2012, through August 24, 2012; and

- o Copies of any final judgment or notice of dismissal entered in MDL 2179 since the filing of the settlement agreement on April 19, 2012, through August 24, 2012.

To the extent you are interested in learning about materials related to this settlement that may be filed in the future, the Public Access to Court Electronic Records ("PACER") system (http://www.pacer.gov/) includes access to all public pleadings and orders in MDL 2179, including any pleadings or orders that are filed. Information is also available on the settlement website (http://www.deepwaterhorizonsettlements.com). If you have any questions, please contact Richard C. Godfrey, P.C. (richard.godfrey@kirkland.com), with a cc to Joel A. Blanchet (joel.blanchet@kirkland.com) and Sandra L. Musumeci (sandra.musumeci@kirkland.com).