# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF MATTHEW GARRETSON**

I, Matthew Garretson, am over twenty-one years of age and of sound mind and body. This declaration is based on my personal knowledge.

1. I am the Founding Partner and Chief Executive Officer at Garretson Resolution Group ("GRG"), the court appointed Claims Administrator for the Medical Benefits Class Action Settlement.

2. Pursuant to Section XXI.B of the Medical Benefits Class Action Settlement Agreement, as amended ("Medical Settlement Agreement") and Paragraph 1 of this Court's May 10, 2012 Order (Rec. Doc. 6505), BP provided GRG with certain databases, data files, data

1

collections, and other documentary evidence in its possession, custody, or control. The databases provided by BP include:

a. The "Medical Encounters" database, which is in Excel format and contains information concerning Clean-Up Workers who visited medic stations funded by BP and made available to Clean-Up Workers;

b. The underlying documentation and records from which the "Medical Encounters" database was created, which files exist in both pdf format and paper copies;

c. The database identifying "Badged Workers," which is derived from the "Incident Action Plan" database, is in Excel format, and contains information concerning those individuals who received a badge that allowed them access to areas where Response Activities were taking place;

d. The "Training" database, which is in Excel format and contains information concerning individuals who received training provided by BP and or/its contractors that was required in order to allow those individuals to be hired as Clean-Up Workers;

e. Those portions of the "Traction" database, which is in Excel format, that contain information about injuries and illnesses reported by Clean-Up Workers during the performance of Response Activities;

f. The underlying documentation and records from which those portions of the "Traction" database were created, which documentation and records exist in both pdf format and paper copies;

g. The "Injury and Illness" database, which is in Excel format and contains information about injuries and illnesses reported by Clean-Up Workers during Response Activities;

h. The underlying documentation and records from which those portions of the "Injury and Illness" database were created, which documentation and records exist in pdf format and paper copies;

i. Documentation and records, including invoices, containing the identity of organizations that participated in the recovery, transport, and decontamination of wildlife during Response Activities;

j. Documentation and records identifying contractors retained by BP to perform Response Activities and individuals who performed Response Activities, including "Industrial Hygiene Monitoring" spreadsheets and "Time History Reports" for those who were being monitored;

      k. Documentation and records, including invoices, from ambulance companies; and

      l. "Persons on Board" lists for vessels that were engaged in Response Activities.

3. Upon receipt of this data, GRG created a searchable electronic repository that contains more than 70,000 documents provided by BP to assist in verification of class member status and to respond to Data Disclosure requests from Class Members.

4. GRG also implemented a mapping tool for determination whether addresses provided by a purported Class Member are in Zone A or Zone B, as defined in Sections II.XXXX. and II.ZZZZ of the Medical Settlement Agreement, described in Exhibit 9, and depicted in Exhibits 10 and 11 to the Medical Settlement Agreement.

5. I directed a member of GRG's staff, under my supervision, to search the electronic repository of BP databases for certain individuals who objected to the Medical Settlement Agreement to determine whether those individuals are identified in the databases provided by BP. As set forth in Section XXI.D of the Medical Settlement Agreement, an individual's inclusion on certain databases can be used to establish his or her status as a Clean-Up Worker, as defined in Section I.Q of the Medical Settlement Agreement.

6. I directed a member of GRG's staff, under my supervision, to use the mapping tool to search for the Zone status of the addresses identified in the objections. For those objectors represented by counsel, I directed a member of GRG's staff, under my supervision, to use the mapping tool to search for the Zone status of the addresses for the individuals that were provided by the objectors and, where applicable, their counsel.

7. Pursuant to Paragraph 29 of the Court's Order Preliminary Approving the Medical Settlement Agreement (Rec. Doc. 6419) and Section XI.E of the Medical Settlement Agreement, individuals who wish to opt-out of the Medical Benefits Class Action

3

Settlement were directed to submit requests to opt-out to GRG. As of Friday, October 19, 2012, GRG has received requests to opt-out from 153 individuals. I directed a member of GRG's staff, under my supervision, to review all 153 opt-outs to determine whether any of the objectors to the Medical Settlement Agreement submitted an opt-out request.

8. As set forth in Exhibit A to this Declaration, the information and documentation provided by the objectors and, where applicable, their counsel do not establish class membership for any of the objectors listed on Exhibit A.

9. I directed a member of GRG's staff, under my supervision, to review the Proof of Claim Forms that have been received by GRG. The information and documentation provided by the objectors and, where applicable, their counsel establish that: (a) Four objectors have submitted Proof of Claim Forms to GRG; and (b) at least thirty Proof of Claim Forms have been submitted by law firms who have also filed objections to the Medical Settlement Agreement, of which at least twenty-six have been submitted by Nexsen Pruet, LLC and/or Douglas M. Schmidt, APLC, and at least four have been submitted by Lindsay & Andrews, P.A.

_____
Matthew Garretson
Garretson Resolution Group, Inc.

Executed on October 22, 2012

# EXHIBIT A

| Objector Name | Attorney | Record Number in Docket 10-7777 | Reason(s) Objector Appears Not to be a Class Member |
|---|---|---|---|
| Boggs, Charles Archibald | Boggs, Loehn & Rodrigue | Rec. Doc. 41 | Opt Out (signed Aug. 14, 2012); no address provided in Zone B; no proof he is a Clean-Up Worker |
| Bartlette, Ilease | Pro se | Rec. Doc. 51 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Salgado, Enrique | The Sterbcow Law Group, LLC | Rec. Doc. 92 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |
| McCaffery, Linda Mary | Frank J. D'Amico, Jr. APLC | Rec. Doc. 158 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Elrod, Jared Shane | Becnel Law Firm, LLC | Rec. Doc. 180 | Claims in objection not to be a class member; provided multiple addresses, of which none was in Zone B and the two addresses that were in Zone A only document stays less than 2 weeks; no proof he is a Clean-Up Worker |
| Llewallen, Kevin Scott | Pro Se | Rec Doc. 182 | Provided multiple addresses in objection, of which none were in Zone B and only one in Zone A, but that was only during Nov. 2011 - Jan. 2012; no address provided in Zone B; no proof he is a Clean-Up Worker |
| Norwood, Margaret | Smith Stag, L.L.C. | Rec. Doc. 185 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Taylor, Mary S. | Smith Stag, L.L.C. | Rec. Doc. 185 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Aguinaga, Stephane | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Oct. 15, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Aguinaga, Steven Ray | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Oct. 15, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Baird, Bryan Joshua | Smith Stag, L.L.C. | Rec. Doc. 202 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Boatright, Michael E. | Smith Stag, L.L.C. | Rec. Doc. 202 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Boyles, Patricia Diane | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 30, 2012; received by Smith Stag on Sep. 6, 2012); claims in objection not to be a class member; no |

| | | | address provided in Zone A or B; no proof she is a Clean-Up Worker |
|---|---|---|---|
| Danos, Janice Marie | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Oct. 12, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Danos, Jorey Tristan | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 22, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |
| Danos, Richard Thomas | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Hatcher, Danny Veryle | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |
| Hill, Robyn | Smith Stag, L.L.C. | Rec. Doc. 202 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof she is was a Clean-Up Worker |
| Howell, Frank Morris | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |
| Kolian, Stephan Richard | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Oct. 11, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Landrieu, David Joseph | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Landrieu, Kimberly Ann Flair | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Maneen, Rachel Renee | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Martin, Chris Albert | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signature date cannot be read on opt-out; received by Smith Stag on Aug. 15, 2012); no address provided in Zone B; no proof that he is a Clean-Up Worker; address provided in Zone A but not asserting a Specified Physical Condition |
| Martin, Jennifer | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012; received by Smith Stag on Oct. 15, 2012); claims in objection not to be a class member; no |

6

| | | | |
|---|---|---|---|
| | | | address provided in Zone B; no proof she is a Clean-Up Worker; address provided in Zone A but not asserting a Specified Physical Condition |
| Morgan, James L. | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012; fax transmittal dated Aug. 25, 2012); no address provided in Zone A or B |
| Richoux, Denise Malcombe | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
| Rye, Patricia Maria | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Schexnayder, Gary Lane | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012); no address provided in Zone A or B |
| S., K. Ju. | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| S., K. Jo. | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Shearon, Jr., Ronald Franklin | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012; received by Smith Stag on Aug. 24, 2012); no address provided in Zone A or B |
| Tickell, Rebecca Harrell | Smith Stag, L.L.C. | Rec. Doc. 202 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Turner, Gregory Scott | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012); no address provided in Zone A or B |
| Vaughan, Jeff R. | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 25, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Vaughan, Rochelle | Smith Stag, L.L.C. | Rec. Doc. 202 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Walker, Allen Eugene | Smith Stag, L.L.C. | Rec. Doc. 202 | Opt Out (signed Aug. 10, 2012); claims in objection not to be a class member; no address provided in Zone A or B; |
| Walker, Roxanne A. | Smith Stag, L.L.C. | Rec. Doc. 202 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Canipe, Matthew Judson | Pro se | Rec. Doc. 203 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |

| | | | |
|---|---|---|---|
| McLane, Timothy Patrick | Pro se | Rec. Doc. 205 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Lucas, Deborah | Pro se | Rec. Doc. 236 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Adams, Barbara L. | Pro se | Rec Doc. 243 | Opt-Out (postmarked Aug. 14, 2012); no address provided in Zone A or B |