# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### SUPPLEMENTAL DECLARATION OF BERNARD D. GOLDSTEIN, M.D.

I, Dr. Bernard Goldstein, am over twenty-one years old and of sound mind and body. My declaration is based on personal knowledge, and, if called to testify, I could testify to the matters set forth in this declaration:

1. On August 2, 2012, I provided a declaration to this Court regarding the activities of the Gulf Region Health Outreach Program (the "Program" or "Outreach Program") that is a component part of the Medical Benefits Class Action Settlement.

2. I provide this declaration to update the Court regarding the Program's activities and progress since August 2, 2012.

1

3. On August 30, 2012, an additional $15,949,082 was distributed to the Program, bringing the total funding distributed to the Program to $20,732,508 since June 2012. The next distribution for the Outreach Program, totaling $33,191,716, is due to be made on or before June 1, 2013.

4. Over the last two months, the projects in the Outreach Program have made significant progress in planning and implementing their operations. Specifically, the following activities have occurred:

    a) Mental and Behavioral Health Capacity Project ("MBHCP")

        1. The MBHCP in Louisiana is providing supplemental therapeutic services in federally qualified health centers ("FQHCs") and community clinics in three parishes, with two more parishes to be added by the end of the year. The Program is providing supportive strength-based services in five parishes – seven schools and the Youth Leadership Program in St. Bernard, three schools in lower Plaquemines, four schools in Lafourche, four schools in Terrebonne, and one school in New Orleans East. The Program has already had 73 psychiatric and psychological service contacts in clinics, 3,855 mental and behavioral health screenings in collaboration with schools, 150 individual and group consultations in schools, 115 individual and group psychotherapy services in schools and 50 hours supervising clinic trainees and staff. In addition, integrated on-site and tele-psychiatry services are being established to support the work in clinics.

2. As part of MBHCP in Florida, the University of West Florida is working closely with the FQHC in Escambia County and has started integrating, through qualified personnel, mental and behavioral health within the pediatric clinic. The Program also has worked with the Santa Rosa County School District to integrate services into schools for prevention, early identification, and intervention of mental and behavioral health issues. The Program has integrated services into the adult primary care clinic in Bay County's FQHC to perform assessments and intervention. Qualified personnel have also been placed into local hospitals to help identify and direct low-income, under-insured, un-insured patients to the local FQHC to establish a primary care relationship. Finally, all Program service providers have completed the 20-hour web-based course in trauma-focused, cognitive-based therapy ("TF-CBT") offered by the Medical University of South Carolina and are now certified in TF-CBT.

3. The MBCHP in Alabama, in conjunction with the Community Health Worker Training Project, established the Coastal Resource and Resiliency Center at the University of South Alabama to provide interdisciplinary resiliency and disaster related expertise, high-quality training and educational programs and mental, behavioral and community health services for communities along the entire Northern Gulf of Mexico region. As a result of

extensive collaboration with key community stakeholders, initial team members from MBHCP in Alabama have been placed in three important Program-related settings – Mobile County School System, Baldwin County School System, and the Mobile County Health Department/FQHC. The team is providing, and soon will be expanding its efforts to provide, innovative, best practice, interdisciplinary mental and behavioral health services and continuing education to increase the availability of mental health professionals in Lower Alabama.

4. As part of the MBHCP in Mississippi, the Program has completed the hiring of its leadership team. The Program has advertised and will soon hire four additional licensed clinical social workers. The Program is working with Coastal Family Health and the Louisiana Public Health Institute to put in place a critically needed electronic medical records system for Coastal Family Health. The Program has put together two screening assessment tools that it will use to assess children and adults at Coastal Family Health clinics, as well as other clinics across the four-state region.

b) Primary Care Capacity Project ("PCCP"):

1. The PCCP created a selection process, in partnership with the Louisiana Primary Care Association, by which the communities of Jean Lafitte, Barataria, and Crown Point can secure a provider of high quality, primary care to serve their needs.

4

    2.    The PCCP is conducting community health assessments for the 17-parishes and counties covered by the Program. These assessments will help the Program prioritize activities and will serve as a baseline for the evaluation of the Program moving forward.

    3.    The PCCP is developing a funding plan to increase and improve the health services at the NOELA Community Health Center, which serves the needs of the Vietnamese community, especially "fisherfolk" and their families affected by the Deepwater Horizon Spill.

    4.    The PCCP developed, and is validating for field-use, a rigorous assessment process that will review FQHCs in the region to determine current clinic capacity, funding priorities, and technical assistance needs.

    5.    The PCCP is working in close collaboration with the Alliance Institute to formulate plans for active community engagement and involvement as the integrated health programs come together across the Gulf Coast.

c)    Environmental Health Capacity and Literacy Project ("EHCLP")

    1.    In collaboration with the Association of Occupational and Environmental Clinics ("AOEC"), the first of three case studies in environmental medicine ("CSEM") is being developed with a special focus on seafood consumption. AOEC has also undertaken the initial steps to establish the environmental specialty referral

5

network in Louisiana that will link primary care providers with specialists in environmental medicine. In addition, the EHCLP, in collaboration with the Community Health Worker Training Project of the Outreach Program, is developing the first competency-based community health worker curriculum to be used to train community health workers. Trained community health workers, whose role is to link communities to needed health care, will be placed in FQHCs and other community health clinics providing frontline care to Gulf Coast communities.

    d)     Community Health Workers Training Program ("CHWTP")

        1.     In addition to its work with the Alabama MBHCP and the EHCLP described above, the CHWTP has hired key staff members and is developing its comprehensive website. The Program has formulated a basic set of competencies for clinical health workers and established a series of training content modules.

5.     The benefits of the Outreach Program are already being experienced throughout the Gulf Coast. Current activities are improving the region's healthcare infrastructure and increasing access to care for all members of the community. Each of the projects has begun and will continue to build a comprehensive, integrated and sustainable network of healthcare providers across the Gulf region. These efforts are benefiting the Gulf Coast communities today and will continue to benefit residents throughout the course of the Program and beyond.

I declare under penalty of perjury that the foregoing is true and correct, and, if called to testify, I could testify to the matters set forth in this declaration.

Date: October 18, 2012

Bernard D. Goldstein, MD