# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## SUPPLEMENTAL DECLARATION OF ALAN W.A. JEFFREY, PH.D.

I, Alan W.A. Jeffrey, submit this supplemental declaration in support of BP Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended On May 2, 2012. The opinions, statements, and conclusions expressed in this declaration are my own.

*Experience*

1. As explained in more detail in my declaration filed on August 13, 2012, I have a Ph.D. in oceanography from Texas A&M University. My expertise includes the following areas: geochemistry, oceanography, and environmental science. My geochemistry expertise has been in and continues to focus on oil and other hydrocarbons. .

2. I have been working for over twenty years in the United States and abroad in the fields of geochemistry, oceanography, and environmental science. Over the course of that time, I have developed expertise in managing geochemical and environmental analytical laboratories, a countrywide water monitoring program, and QA/QC management. Since 2000, I have worked as

Senior Geochemist at ZymaX Forensics in Escondido, California, where I have managed environmental geochemistry projects, including data interpretation and preparation of reports.

3. A significant part of my work involves designing, implementing, and evaluating specific testing programs for oil and hydrocarbons following an unintended release, and analysis of oil samples to determine their composition and source.

*Materials Reviewed*

4. In addition to the materials described in my declaration, filed August 13, 2012, I have considered the following objections and other filings in response to BP Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended On May 2, 2012, in writing this supplemental declaration:[1] Mem. of the United States of America in Resp. to "BP Defs.' Mem. in Support of Mot. for Final Approval of *Deepwater Horizon* Econ. and Prop. Damages Settlement" (MDL Doc. No. 7229-2) ["U.S. Mem."]; State of La.'s Mem. in Resp. and in Opp'n to BP's and PSC's Mots. For Final Approval of Econ. & Prop. Damages Class Settlement (MDL Doc. No. 7345) (filed Sept. 7, 2012) ["La. Mem."]; Objs. to Econ. and Prop. Damages Settlement Agreement by Quality Metal Works, Inc. (Doc. No. 90) (filed Aug. 31, 2012) ["Quality Metal Works Obj."]; Aff. of Kenneth Edward Landrum, Ph.D. (Aug. 31, 2012) (Ex. 1 to Quality Metal Works Obj. [Doc. No. 90]) ["Landrum Aff."]; Obj. of Don L. Scott, Jr. to Proposed Settlement Agreement (Doc. No. 159) (filed Sept. 7, 2012) ["Scott Obj."]; Ltr. to J. Carl Barbier from Aaron Griffith (Doc. No. 32) (filed June 4, 2012) ["Griffith Ltr."]; Obj. of Alan T. Leonhard to Proposed Settlement Agreement (Doc. No.

---

[1] Objections (and responses) to the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended On May 2, 2012 and the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement As Amended on May 1, 2012 that were filed to the master docket for MDL 2179 (2:10-md-02179) were moved to a separate docket for objections, 2:10-cv-07777. Unless otherwise indicated by "MDL Doc. No.," document numbers are to the objections docket.

98) (filed Aug. 31, 2012) ["Leonhard Obj."]; Obj. of Edward Boettner to Proposed Settlement Agreement (Doc. No. 97) (filed Aug. 31, 2012) ["Boettner Obj."]; Ltr. to Whom it May Concern from Donnie Potter (Doc. No. 125) (filed Aug. 27, 2012) ["Potter Ltr."]; Obj. of Judith Corey to Proposed Settlement Agreement (Doc. No. 146) (filed Sept. 7, 2012) ["Corey Obj."]; Obj. of Thomas H. Szubinski to Proposed Settlement Agreement (Doc. No. 177) (filed Sept. 7, 2012) ["Szubinski Obj."]; Obj. of George Yeomans to Proposed Settlement Agreement (Doc. No. 181) (filed Sept. 7, 2012) ["Yoemans Obj."]; Obj. of Adrian S. Kornman to Proposed Settlement Agreement (Doc. No. 88) (filed Aug. 31, 2012) ["Kornman Obj."]; Obj. of Nancy E. Moynan to Proposed Settlement Agreement (Doc. No. 100) (filed Aug. 31, 2012) ["Moynan Obj."]; Obj. of Dixie T. Madigan and James G. Tucker, III to Proposed Settlement Agreement (Doc. No. 99) (filed Aug. 31, 2012) ["Madigan Obj."]; Objs. Regarding Proposed Economic and Property Damages Settlement Agreement by James H. Kirby III, Mike and Patricia Sturdivan, and Susan Forsyth (Doc. No. 123) (filed Sept. 5, 2012) ["Kirby Obj."].

5.  I have considered the following objections and other filings in response to BP Defendants' Motion for Final Approval of *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement As Amended on May 1, 2012, in writing this supplemental declaration: Medical Obj. Ltr. to BP from Kevin Scott Llewallen (Doc. No. 142) (filed Sept. 4, 2012) ["Llewallen Obj."]; Objs. to Med. Benefits Portion of Proposed Class Action Settlement by Mike and Patricia Sturdivant, Susan Forsyth, and James H. Kirby IV (Doc. No. 124) (filed Sept. 5, 2012) ["Sturdivant Obj."].

6.  I have considered a U.S. Coast Guard Press Release issued October 10, 2012, "FOSC issues Notice of Federal Interest to BP and Transocean," and a U.S. Coast Guard Press Release issued October 18, 2012, "ROVs investigate possible sheen source," available at

RestoreTheGulf.gov. I have also reviewed and considered a Letter to the Hon. Sally Shushan, United States Magistrate Judge, United States District Court for the Eastern District of Louisiana, from Andrew Langan, Kirkland & Ellis LLP, Re Oil Sheen Observed Near MC 252, dated October 18, 2012 (attaching BP Press Release, "BP Again Confirms Macondo Wells Secure," issued October 18, 2012).

***Opinions***

7. None of the above-listed objections or other filings in response to the settlement agreements have altered the opinions expressed in my August 13, 2012 declaration.

***The OSAT Projects***

8. Some of the filings in response to the settlement agreements attempt to minimize the findings of the Operational Science Advisory Team ("OSAT") in the OSAT-I and OSAT-II reports, discussed in my August 13, 2012 declaration. The OSAT-I and OSAT-II reports were published by a government-led multi-agency team formed as part of the response to the DWH spill that brought together scientific expertise from the Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Environmental Protection Agency ("EPA"), National Oceanic and Atmospheric Administration ("NOAA"), U.S. Coast Guard, U.S. Geological Survey, U.S. Fish and Wildlife Service, and BP. The OSAT-I project analyzed over 17,000 water and sediment samples from varying depths taken between May and October 2010. The OSAT-II project analyzed samples of different types of weathered oil taken from four sandy beaches with sensitive habitats (one each in Louisiana, Mississippi, Alabama, and Florida) chosen as representative of oiling conditions across the Gulf.

9. In my opinion, the OSAT investigations comprised a very broad and scientifically robust detection, sampling, and monitoring program that extensively tested the water and

sediments for oil and dispersant components in the nearshore environment following the DWH spill.

10.     In the nearshore, defined by OSAT as shoreline to 3 nautical miles ("nmi"), the OSAT-I investigation examined close to 7,000 water and sediment samples for comparison to EPA's human health and aquatic life benchmarks for polycyclic aromatic hydrocarbon ("PAH") compounds and over 5,000 water and sediment samples for comparison to EPA's dispersant benchmarks. The nearshore environment is the area with the greatest potential for impacts from oil- and dispersant-related compounds on the human population. The extensive sampling by OSAT found no exceedances of either EPA's human health benchmarks for PAH compounds or EPA's dispersant benchmarks in the nearshore and only twenty-two water samples and thirteen sediment samples, all taken prior to August 3, 2010, exceeded EPA's aquatic life benchmarks for PAH compounds and were consistent with MC252 or of indeterminate origin. One filing I reviewed makes the unsubstantiated assertion that tons of oil remains in the nearshore environment of Louisiana and that the amount of oil remaining in the Gulf from the Deepwater Horizon spill is equivalent to twenty *Exxon Valdez* spills and may be considerably more. This speculative comment is not substantiated by scientific data and contradicted by the nearshore results of the OSAT investigations, which found only a small percentage of samples exceeding established EPA aquatic life benchmarks for PAH compounds. *See* La. Mem. (Doc. No. 7345) at 15; *see also, e.g.,* Griffith Ltr. (Doc. No. 32) at 1 (alleging "8 billion gallon[s]" still in the Gulf); Sturdivant Obj. (Doc. No. 124) at 28 ("The oil and dispersants are still located in the Gulf."); Llewallen Obj. (Doc. No. 142) at 4 ("the oil + chemicals are still here on the bottom of the gulf").

11. Several objectors claim that the use of dispersant "hid" "vast amounts" of oil from view and that this "hidden oil" poses an ongoing threat. *See, e.g.,* Scott Obj. (Doc. No. 159) at 3-4; Kornman Obj. (Doc. No. 88) at 3-4; Corey Obj. (Doc. No. 146) at 3. Dispersants work by attaching to oil accumulations and effectively breaking them up. The OSAT-I investigation was not a visual assessment, but undertook a chemical analysis of water and sediment samples for oil- and dispersant related compounds. To the extent that the use of dispersants may have facilitated the breakdown of oil accumulations, such that oil-related compounds could not be detected by OSAT's chemical analysis, it not supported by fact to characterize this as "hidden"; rather, the breakdown of oil accumulations has facilitated the natural attenuation of the oil-related compounds in the environment. This natural attenuation results in the elimination of any residual toxicity of the oil-related compounds.

12. One filing I reviewed makes the point that the OSAT projects did not purport to assess long-term environmental impacts of the DWH Spill. This is true. However, the OSAT-I report did investigate and draw certain conclusions regarding the existence of oil and dispersants in the nearshore environment, and the potential environmental risks associated with oil- and dispersant-related compounds in relation to EPA human health and aquatic life benchmarks for PAH compounds. The extensive sampling by OSAT-I found no exceedances of either EPA human health benchmarks for PAH compounds or of EPA dispersant benchmarks in the nearshore and only twenty-two water samples and thirteen sediment samples, all taken prior to August 3, 2010, exceeded EPA aquatic life benchmarks for PAH compounds and were consistent with MC252 or of indeterminate origin. In addition, the OSAT-II investigation found that the risk of toxic exposures from oil residues in the nearshore environment was low given the weathered state and locations of the oil. The OSAT data are scientifically robust, and extremely

useful and informative on the existence and potential environmental risks of oil and dispersants in the nearshore environment.

***Sheen Observed in the Vicinity of MC252***

13.  According to an October 10, 2012 press release issued by the U.S. Coast Guard, oil sheen has been observed in the vicinity of MC252, approximately 50 miles from the Louisiana coastline and samples of the sheen taken on September 26, 2012 "correlate[]" to MC252 oil. *See* U.S. Coast Guard Press Release, FOSC issued Notice of Federal Interest to BP and Transocean (Oct. 10, 2012), http://incidentnews.gov/entry/16599. According to the Coast Guard press release, the sheen may be "residual oil associated with the wreckage and/or debris left on the seabed from the [DWH] incident." *Id.* The Coast Guard has determined that the sheen "is not feasible to recover and does not pose a risk to the shoreline." *Id.*

14.  I have reviewed the October 18, 2012 Letter to Judge Shushan from Andrew Langan regarding oil sheen observed near MC 252 and the attached BP Press Release, which identifies the cofferdam, a piece of containment equipment used during the response, as the "probable source of the surface sheen," based on nearly three days of visual inspection with a video camera mounted on a Remotely Operated Vehicle. This work included a visual inspection of the Macondo well, two relief wells, riser pipe and cofferdam, which was overseen by the U.S. Coast Guard and observed by representatives for the Bureau of Safety and Environmental Enforcement ("BSEE"), Bureau of Ocean Energy Management ("BOEM"), and the State On-Scene Coordinators for Louisiana, Mississippi and Florida. *See* Ltr. to Hon. Sally Shushan, United States Magistrate Judge, United States District Court for the Eastern District of Louisiana, from Andrew Langan, Kirkland & Ellis LLP, Re Oil Sheen Observed Near MC 252 (Oct. 18, 2012). The ROV inspection observed no oil leaking from the riser pipe and the

integrity of the Macondo well and relief wells were confirmed; oil was only observed leaking from the cofferdam. *Id.*; U.S. Coast Guard Press Release, ROVs Investigate Possible Sheen Source (Oct. 18, 2012), http://www.restorethegulf.gov/release/2012/10/18/rovs-investigate-possible-sheen-source.

15. Assuming the source of the oil sheen is confirmed to be the cofferdam, I would not expect that source to pose a risk of shoreline oiling. Any sheen oil located approximately 50 miles offshore would be expected to breakdown and naturally attenuate before reaching the shoreline and would thereby not be anticipated to pose risk to nearshore aquatic life.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Date: October 22, 2012

_____
Alan W.A. Jeffrey

# PARAGRAPH 14 EXHIBIT

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 18, 2012

**Via E-mail**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
Eastern District of Louisiana
500 Poydras Street, Room B345
New Orleans, Louisiana 70130

Re:   Oil Sheen Observed Near MC 252

Dear Judge Shushan:

This is a followup to my letter to the Court dated October 15. Attached for the information of the Court and the parties are statements issued today by the United State Coast Guard and BP about the oil sheen.

Respectfully submitted,

**/s/ Andrew Langan**

J. Andrew Langan, P.C.

JAL/cs
Attachment

cc:   Defendants' Liaison Counsel
Plaintiffs' Liaison Counsel
Mike Underhill
Corey Maze
Douglas R. Kraus



## BP Again Confirms Macondo Wells Secure

ROV survey reveals oil droplets from cofferdam, a container lowered over drill pipe during response, are probable source of surface sheen

Release Date: 18 October 2012

HOUSTON - BP today announced it has once again confirmed the integrity of the Macondo well and its associated relief wells following an extensive subsea survey this week to identify potential sources of a surface sheen near Mississippi Canyon block 252 in the Gulf of Mexico.

The latest survey marks the third time since the Macondo well was permanently sealed in September 2010 that it has been visually inspected at the sea floor and confirmed not to be leaking.

The nearly three-day-long inspection was also successful in identifying the cofferdam, a piece of containment equipment used during the Deepwater Horizon response, as the probable source of the surface sheen.

The survey was conducted jointly by BP and Transocean with Coast Guard oversight. It was also performed in the presence of the Federal On-Scene Coordinator (FOSC) for the Deepwater Horizon oil spill, as well as representatives from the Interior Department's Bureau of Safety and Environmental Enforcement (BSEE) and Bureau of Ocean Energy Management (BOEM) and state on-scene coordinators from Louisiana, Mississippi and Florida.

The cofferdam is a 86-ton, steel container that was lowered over a leaking drill pipe at the Macondo well site in May 2010 in an attempt to capture the oil and funnel it to the surface. A mixture of oil and slushy methane hydrates was trapped inside the cofferdam during the response.

On October 17, Remotely Operated Vehicle (ROV) video inspection observed small, intermittent drops of oil coming from an opening at the top and another on one side of the cofferdam. Samples of the droplets have been collected from the opening at the top, known as the stovepipe, and will be analyzed to confirm a match with the sheen. Droplets were also observed coming out of a small connection port on oneside of the cofferdam.

The Coast Guard has determined the sheen is not feasible to recover and does not pose a risk to the shoreline.

ROV inspection began October 15 on several potential sources of the sheen, including the drilling riser that once connected the drilling rig to the sea floor, the Macondo well head and the well head of its associated relief wells.

The survey confirmed that no oil is leaking from the Macondo well, nor from the relief well that ultimately intercepted and permanently sealed it. A backup relief well that never intercepted Macondo was also surveyed and confirmed to have integrity.

In addition, the entire length of the 4500-foot riser was visually inspected, with separate passes made for the top and two sides, and no oil was seen leaking.

The ROV inspection came after BP reported the sheen on September 16 to the National Response Center. Following the discovery, BP took a number of voluntary actions to monitor the situation, including surveys by aircraft and vessel. The FOSC then issued a Notice of Federal Interest to BP and Transocean, which together developed a plan to survey

the well area with ROV's. That plan was approved by the Coast Guard and resulted in more than 70 hours of video inspection from October 15 through October 17.

The Macondo well was capped on July 15, 2010 and permanently sealed with cement on Sept. 19, 2010. The well was later plugged and abandoned with the approval and oversight of the U.S. government. Well integrity was confirmed during and after the abandonment process.

On Aug. 25, 2011, BP once again confirmed the integrity of the Macondo well and the two associated relief wells with an ROV inspection that came after a separate surface sheen was reported near the well site.

**Further Information:**
Name: BP US Press Office
Phone: (281) 366-4463
Email: uspress@bp.com

2

An Official Website of the United States Government

Follow us:  Join Mailing List | About Us | Contact Us | Site Map

Search

Home › News › Press Releases › ROVs investigate possible sheen source

# ROVs investigate possible sheen source

October 18, 2012 | 3:20:59 PM EDT



NEW ORLEANS —– Remote operated vehicles deployed from the offshore construction vessel Skandi Neptune collected oil samples on Wednesday from the underwater site of the Deepwater Horizon incident to determine the source of a surface sheen discovered last month. The samples were taken after the ROV video showed apparent oil globules leaking from the containment dome at approximately 15 globules per minute, which is estimated to be less than 100 gallons per day. In 2010, the 40-foot-tall containment dome was used as part of an attempt to capture oil and allow it to flow through a pipe to a barge on the surface. This technique was not successful and the equipment was moved away from the well head and riser pipe, and set in its current position approximately 500 meters from the original Macondo well head. It is entirely separate from the well head and any riser piping. Out of an abundance of caution, the ROV also inspected the original Macondo well area including the wreckage, debris, relief wells, and the riser on the sea floor and observed no oil leakage from that area. The two collected oil samples will be used for lab analysis. One sample will be shared by BP and Transocean, and the second sample will be used by the Coast Guard. The lab analysis will help determine if the containment dome is the likely source of the recent sheening. "The Coast Guard is further evaluating what is believed to be seepage from the containment dome to determine how best to respond," said Capt. Duke Walker, Federal On-Scene Coordinator for the Deepwater Horizon response. The ROV operations were observed by the Coast Guard, Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, the Department of Interior's Trustee, BP, Transocean and state on-scene coordinators from Louisiana, Mississippi and Florida. The Skandi Neptune departed for the vicinity of the Deepwater Horizon incident Sunday to identify the origin of an oil sheen first reported to the National Response Center Sept. 16. The Coast Guard issued a Notice of Federal Interest to BP and Transocean after the reported sheen was correlated to the oil that originated from BP's Macondo well. The video of ROV inspections will be available in full at www.RestoreTheGulf.gov The public is reminded to contact the National Response Center at 1-800-424-8802 to report all pollution incidents or the Coast Guard 8th District command center at 504-589-6225 in the event of any marine emergencies.

| Home | Task Force | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|---|---|---|---|---|---|---|
| | About Task Force | File a Claim | Boating | Birds | Air | Press Releases |
| | Joint Info Center | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Education Resources | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Federal Partners | | Mental Health | Other Wildlife | Waste | Events |
| | Recovery Plan | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Investigation | | Workers and Volunteers | | | FOIA Library |
| | Response | | | | | Maps & Data |
| | State and Local | | | | | Multimedia |

Follow us:

Español | Français | Vietnamese | Thai | Kreyòl ayisyen | Lao | Cambodian | Russian | Korean | Croatian

Site Map | Site Notices & Plug-Ins