# Exhibit 7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | ) | MDL 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| | ) | |
| | ) | HONORABLE CARL J. |
| | ) | BARBIER |
| | ) | |
| | ) | |
| Applies to: All Cases | ) | MAGISTRATE JUDGE |
| | ) | SHUSHAN |

## Declaration of Walter H. Pearson, Ph.D.

1. I, Walter H. Pearson, Ph.D., submit this declaration in support of BP Defendants' Reply Memorandum in Support of Their Motion for Final Approval of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012.  I am over the age of 18, and the opinions, statements, and conclusions expressed in this declaration are my own.

2. I am a Senior Environmental Consultant with Stantec in its Environmental Services Practice. Previously, I served as Staff Scientist and Associate Director of the Marine Sciences Division at Battelle's Marine Sciences Laboratory in Sequim, Washington and as the founding Program Director of the Environmental Studies off-campus program at Port Angeles for Western Washington University's Huxley College of the Environment.  I have a B.S. in Biology from Bates College (1967), a M.S. in Biological Sciences from the University of Alaska (1970) and a Ph.D. in Oceanography from Oregon State University (1977).  My professional experience in the Environmental Sciences spans over 40 years and includes internationally recognized leadership of multidisciplinary, multi-organizational studies that rigorously assess effects on fisheries resources and marine and aquatic environments. My basic research experience is in ecotoxicology, behavioral ecology, and fisheries.  My applied research has addressed effects from oil spills, dredging, ocean disposal, underwater sound,

ship traffic, and engineered structures, on such resources as shorelines, Dungeness crab, clams, Pacific herring, sand lance, rockfish, and juvenile salmon.  I have studied five oil spills including ARCO Anchorage, Exxon Valdez, and COSCO BUSAN.  Since the early 1980s, I have performed laboratory and field studies specifically concerning the effects of oil on Pacific herring.  My CV is attached to this Declaration as Exhibit A.

3.   I have reviewed the declaration filed by Dr. Edwin Cake and the brief filed by the State of Louisiana.  Both of these documents assert that the *Exxon Valdez* oil spill caused a collapse of the herring population in Prince William Sound, Alaska (PWS) and that the *Deepwater Horizon* spill may likewise cause a collapse of finfish species in the Gulf of Mexico.  However, 20-years of research on PWS herring have shown that the assertion that the *Exxon Valdez* spill caused the collapse of herring in Prince William Sound is not correct.  Applying that incorrect assertion elsewhere to predict potential effects is not appropriate.

4.   Pacific herring in Prince William Sound (PWS) and elsewhere along the Pacific Rim are important for their commercial harvest, for their social values, and for their ecological role as a keystone species (Pearson et al. 1999, 2011, In Press; Spies 2007).[1]  Pacific Herring have supported five fisheries in PWS since the 1970s.  In 1993, four years after the *Exxon Valdez* Oil Spill (EVOS), the record high biomass for PWS herring predicted for that spring failed to appear.  At that time, the most prominent and immediate explanations proposed were that the collapse was somehow related to the EVOS or that the collapse was related to an epizootic or disease event (Brown et al. 1996, Marty et al. 1998, Pearson 1999).  Following a research effort of almost 20 years, a scientific consensus was reached that the 1993 collapse of PWS herring was not caused by the EVOS but most probably was caused by poor nutrition (Pearson et al. 1999, 2011, In Press, Carls et al. 2002, Marty et al. 2003, Rice and Carls 2007, Deriso et al. 2008, Hulson et al. 2008, Elston and Meyers 2009).

**Synopsis Concerning PWS Pacific Herring**

5.   Herring biomass in PWS increased steadily through the 1980s and early 1990s.  Localized effects on herring eggs were observed in 1989, the year of the *Exxon Valdez* Oil Spill (EVOS), but were not found in 1990 by Trustee[2] or Exxon Scientists (Brown et al. 1996, Pearson et al. 1995).  The fisheries enjoyed high harvests in 1991 and 1992.  The 1988 year class, which had been Age 1 juveniles rearing in near-shore areas of PWS bays during the

---

[1] A list of cited references can be found in Exhibit B.
[2] The Trustees were various federal and Alaska state agencies, including the National Oceanic and Atmospheric Administration (NOAA).

spill, recruited in 1992 at the expected time and in exceptionally high abundance. A number of investigators had concluded that whatever the problems were in 1989, the effects of the *Exxon Valdez* oil spill had not reached to the population level.

6. The 1993 forecast for PWS herring was a record high biomass level coupled with a record high commercial harvest. Unfortunately, the high predicted biomass did not appear. After the collapse, the PWS herring fishery was closed from 1994 to 1996, reopened for modest harvests in 1997 and 1998, and then closed again in 1999. Since 1999, the PWS herring fisheries have remained closed.

7. It has been known for decades that wide fluctuations in herring stock abundance and episodic collapses are intrinsic features of herring stocks (Hjort et al. 1914, Rothschild 1986, Southward et al. 1988, Hay et al. 2001). The most common causes of collapses of herring stocks have been, first, the effects of intense fishing and, second, fluctuations in ocean conditions affecting recruitment processes (Pearson et al. 1999, Hay et al. 2001, Stephenson 1997, 2001). Amongst the studies following the collapse were three efforts using Age Structured Assessment (ASA) models to determine the statistically significant factors in the collapse (Quinn et al. 2002, Deriso et al. 2007, 2008, Hulson et al. 2008). The results of all three ASA modeling efforts demonstrate that the 1993 collapse was not a recruitment failure but a one-time event with an acute increase in adult mortality. Both Deriso et al. (2008) and Hulson et al. (2008) confirmed that the collapse was not due to overharvesting. Any explanation for the collapse has to explain the acute increase in mortality in all adult age classes between spring 1992 and spring 1993 (Pearson et al. 2011).

**Oil Exposure Was Not the Cause of the Herring Collapse**

8. The notion that oil exposure resulting from the EVOS caused or contributed to the collapse is not supported by the outcomes of almost 20 years of research specifically addressing the issue (Rice and Carls 2007, Pearson et al. 1999, 2011, In Press). Research outcomes supporting that the EVOS did NOT cause the collapse include the following:

   a. **Insufficient oil exposure**. In the water column of near-shore areas of PWS, oil concentrations of Total Polycyclic Aromatic Hydrocarbons (TPAH) resulting from the spill had returned to background levels ranging from 0.001 to 0.10 ppb by 1990 (Boehm et al. 2007). Water column concentrations of over 1000 ppb are needed to cause toxicity in adult herring (Pearson et al. 1999).

   b. **No immediate effect**. If oil exposure had been inducing adult mortality, then large, observable fish kills would have been expected in 1989, when water column

concentrations of TPAH were elevated to levels of a few ppb in heavily oiled areas. No fish kills of herring were observed in 1989 at higher TPAH levels than those in 1992 or 1993 (Pearson et al. 2011).

c. **Lag time too great**. Trustee scientists (Rice and Carls 2007) offered the four-year lag time as one indicator that the oil spill was not the cause of the collapse.

d. **No statistically significant relationship between oil exposure and herring population dynamics**. The ASA modeling efforts of Deriso et al. (2008) tested 19 hypotheses concerning the collapse and recovery of herring in Prince William Sound. The ASA modeling of Deriso et al. (2008) confirmed that oil exposure was not a statistically significant factor affecting adult mortality in either single factor or multifactor ASA models. Factors related to ocean conditions and interactions with juvenile pink salmon were statistically significant factors.

## Poor Nutrition Was the Cause of the Herring Collapse

9. Several studies by Trustee and Exxon scientists support the conclusion that poor nutrition was the cause of the 1993 collapse of PWS herring (Carls et al. 2001, Marty et al. 2003, Rice and Carls 2007, Deriso et al. 2008, Hulson et al. 2008, Elston and Meyers 2009, Pearson et al. 1999, 2011, In Press).[3]

a. Nutritional status of PWS herring clearly began to decrease in the mid-1980s before the 1989 oil spill (Pearson et al. 1999, 2011, In Press). The gain in weight of adult herring over the winter began to decline in the mid-1980s, and between fall 1992 and spring 1993, the PWS herring actually lost weight (Figure 1).

---

[3] The Louisiana objection cites the Exxon Valdez Oil Spill Trustee Council website, which lists PWS herring as not recovered. Although the PWS herring have not recovered from the 1993 collapse, Trustee Scientists (Marty et al. 1998, 2003; Rice and Carls, 2007) have concluded that the oil spill did NOT cause the collapse.



**Figure 1. Gain in weight at age of PWS herring from fall to spring. Purple Diamonds, Age 9+; Orange Circles, Age 7, Red Squares, Age 5**

    b.   The abundance of zooplankton, the major prey of PWS herring, had decreased to low levels beginning in the mid-1980s, before the EVOS (Cooney et al. 2001, Eslinger et al. 2001, Figure 2).

    c.   The Trustee study of Hulson et al. (2008) reported pronounced low zooplankton abundance during the summer of 1992 and concluded that poor body condition was the "most significant risk factor" in the 1993 collapse.



**Figure 2. Settled Zooplankton Volume (Apr-Jun) from Prince William Sound from Cooney et al. (2001) and Eslinger et al. (2001)**

**Conclusion**

10. The scientific consensus is that the Exxon Valdez oil spill did NOT cause the 1993 herring collapse in Prince William Sound. Rather poor nutrition associated with poor prey abundance and perhaps disease caused the 1993 collapse. Extrapolating the incorrect notion, i.e., the EVOS caused the 1993 collapse, to other situations in order to draw inferences about recovery following oil spills is inappropriate and not scientifically justified.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Dated 22 OCT 2012

Walter H. Pearson

-6-

# Exhibit A

# Walter H Pearson <small>Ph.D.</small>

Senior Environmental Consultant





Dr. Walter H. Pearson serves as a Senior Environmental Consultant in Stantec's Environmental Services Practice.  Dr. Pearson has more than 40 years of professional environmental research experience and is internationally recognized for leading large multidisciplinary, multi-organizational studies that rigorously assess effects on fisheries resources and marine and aquatic environments. Dr. Pearson has basic research experience in ecotoxicology, behavioral ecology, and fisheries science. His applied research has addressed effects from oil spills, dredging, ocean disposal, underwater sound, ship traffic, and engineered structures, on such resources as shorelines, Dungeness crab, clams, Pacific herring, sand lance, rockfish, and juvenile salmon. He has lead studies of five oil spills including ARCO Anchorage, Exxon Valdez, Seki, El Jazya, and COSCO BUSAN.  He has served as an expert witness in trials concerning the Exxon Valdez Oil Spill and on expert panels addressing endangered species issues and approaches to reducing dredging impacts.

Previously, Dr. Walter H. Pearson served as Staff Scientist and Associate Director of the Marine Sciences Division at Battelle's Marine Sciences Laboratory (MSL) in Sequim, Washington. Dr. Pearson's studies at the MSL included scientific assessments of disposal and dredging impacts on Dungeness crab and models for assessing potential impacts of channel improvement and ship traffic on threatened and endangered juvenile salmon. Dr. Pearson also served as the founding Program Director of the Environmental Studies program at Port Angeles. This upper division program provided course work towards a Bachelor of Science degree in Environmental Policy and Assessment from Western Washington University's Huxley College of the Environment. Dr. Pearson continues as an Adjunct Professor with the Huxley College, advising on the program's curriculum.

## EDUCATION

Ph.D., Oregon State University, Corvallis, Oregon, 1977

Masters of Science, University of Alaska, Fairbanks, Alaska, 1970

Bachelors of Science, Bates College, Lewiston, Maine, 1967

## PROJECT EXPERIENCE

**Marine Environmental Studies**
D Fisheries Information for the Designation of an Ocean Disposal Site off the Continental Shelf Adjacent to San Francisco*
*Dr. Pearson was Task Leader of this study sponsored by EPA. Through interviews with fishermen and other data gathering activities, Dr. Pearson and his team identified areas of significant fisheries value off San Francisco, California.*

One Team. Infinite Solutions.

# Walt Pearson Ph.D.
## Senior Environmental Consultant

---

**D Development of a Framework to Evaluate Alternatives for Disposal of Dredged Materials\***
*In this work assignment for EPA, Dr. Pearson was a Task Leader for the development of a systematic process for evaluation of alternatives for disposal of dredged materials. The effort emphasized beneficial uses of dredged materials and indicated the major environmental considerations in selecting among various alternatives.*

**D Rapid Bioassessment of Benthic Resources within Potential Dredged Materials Disposal Sites in the New York Bight\***
*In this work assignment for EPA, Dr. Pearson supported the process for designating a new disposal site in the New York Bight. Tasks included a critical review of the available benthic and demersal fish data and design, conduct, and reporting of a field survey of several potential disposal areas. The field survey included rapid bioassessment of benthic grabs and stomach contents of demersal fish. Special attention was given to discerning the linkages between the major fish predators and their prey within the benthos and epibenthos.*

**D Disposal Site Monitoring Studies for the Grays Harbor Navigation Improvement Project\***
*Dr. Pearson was a Technical Contributor to these USACE-sponsored studies. Following the ocean disposal site monitoring plan developed by Dr. Pearson, field surveys were conducted to determine the distribution of Dungeness crab and other resources in and around ocean disposal sites receiving dredged materials from Grays Harbor, Washington. Dr. Pearson's role was to provide technical advice to USACE and to coach junior Battelle scientists in the conduct of field surveys. Three years of monitoring surveys confirmed the appropriateness of site boundaries.*

**AE Sound as a Fish Guidance Technique\***
*Dr. Pearson was a Technical Contributor to this study sponsored by the Bonneville Power Administration. The study examined how sound can be used to guide fish away from water intakes in hydroelectric dams.*

**MES Feeding Ecology of Juvenile King and Tanner Crab in the Southeastern Bering Sea\***
*Dr. Pearson was Principal Investigator of a NOAA-funded study on food habits of juvenile king and tanner crab in the Bering Sea in which the innovative application of an immunoassay and other techniques to adjust for bias in conventional stomach analyses demonstrated that the crab's actual diet was substantially different than previously supposed. For this red king crab study and for the Pribilof Island blue king crab study, he conducted scientific diving operations and served as chief scientist on NOAA vessels.*

**NRD Oil Effects on Spawning Behavior and Reproduction in Pacific Herring\***
*Dr. Pearson was Principal Investigator of an American Petroleum Institute (API) sponsored study of the effects of petroleum on hatching success and spawning behavior in Pacific herring, Clupea harengus pallasi. He successfully induced spawning in laboratory held herring when other efforts elsewhere had failed. For this study, he used a statistically rigorous experimental design to separate effects of parentage from those of oil exposure in the laboratory culture of herring eggs.*

**NRD Reconnaissance of Petroleum Contamination Following the ARCO ANCHORAGE Oil Spill\***
*Dr. Pearson was a Co-Principal Investigator on an ARCO sponsored study of the distribution of petroleum contamination following the ARCO ANCHORAGE Oil Spill in December, 1985. Dr. Pearson worked with the project biometrician to develop sampling and compositing strategies to assess the distribution of petroleum contamination in a cost effective manner. Sampling strategies were also developed and implemented to determine the effectiveness of an innovative technique to remove oil trapped in beach sediments.*

**NRD Effects of Petroleum Contaminated Waterways on the Spawning Migration of Pacific Salmon\***
*Dr. Pearson was Project Manager of this study sponsored by the National Oceanographic and Atmospheric Administration (NOAA) to determine how petroleum contamination might impair chemoreception and migratory behaviors in salmon. Laboratory experiments determined the chemosensory detection threshold for oil and the effects of oil exposure on detection of biologically relevant cues.*

**D Ocean Surveys to Select and Characterize Disposal Sites for Dredged Materials from Grays Harbor\***
*Dr. Pearson was Project Manager of this three-year effort sponsored by USACE. During the project, Dr. Pearson was Chief Scientist on three ocean surveys gathering environmental and fisheries data concerning potential disposal sites. In a series of interagency meetings and national review boards, he made scientific presentations to facilitate decision making.*

**D Effects of Dredged Materials on Crab Chemoreception\***
*Dr. Pearson was Principal Investigator of this USACE-sponsored laboratory study on the effects of potential dredged material on bait odor tracking in the Dungeness crab. He designed and conducted behavioral experiments showing how the presence of some but not all types of dredged material disrupts the bait odor tracking response of the Dungeness crab.*

*\* denotes projects completed with other firms*

# Walt Pearson Ph.D.
## Senior Environmental Consultant

---

**D Crab Study Panel for the Grays Harbor Project\***
*Because of his expertise in crab behavior, Dr. Pearson coordinated the Crab Study Panel for USACE.  This panel of scientific and resource agency experts and industry representatives advised USACE on measures to mitigate impacts on Dungeness crab and its fishery.*

**D Conceptual Plan for Management and Monitoring of the Ocean Disposal Sites off Grays Harbor\***
*Dr. Pearson was Principal Investigator of this study sponsored by the U.S. Army Corps of Engineers (USACE).  Using information gathered during the previously completed ocean surveys, a conceptual plan was developed to manage the disposal of dredged materials at ocean disposal sites off Grays Harbor.  In the tiered approach to monitoring, testable hypotheses are used as the basis for decision rules in monitoring and managing the disposal site.  The management plan became a model that the USACE used in other districts in the nation.*

**MES Effects of Sounds from Offshore Acoustic Seismic Surveys on Commercial Fisheries\***
*Dr. Pearson was Technical Leader of this study sponsored by the Minerals Management Service (MMS) to determine whether sounds from offshore oil exploration activities impact the commercial setline fisheries for California rockfish.  The study involved an in situ behavioral experiment to determine how sounds from a seismic survey device affect fish behavior.  The results of the behavioral experiment were used to design subsequent field experiments assessing the effects of sounds from a seismic survey device on catch per unit effort (CPUE).  In this project, Dr. Pearson coordinated the activities of the specialists in acoustic signal processing.*

**MES Effects of Seismic Energy Releases on Dungeness Crab Larvae\***
*Dr. Pearson was Technical Leader of this study sponsored by the California Department of Fish and Game.  The study entailed in situ exposure of crab larvae to sound energy released from an air gun array.  In subsequent laboratory culture at Western Washington University's Marine Laboratory, the larvae were examined for developmental and behavioral abnormalities as well as mortality.  In this project, Dr. Pearson led a multidisciplinary team of scientists as well as closely coordinated with an oversight committee comprised of members from state and federal resource agencies and from the oil and fishing industries.*

**D Fisheries Changes and Economic Impacts under Alternatives for Ocean Disposal of Dredged Materials\***
*Dr. Pearson was Technical Leader and Project Manager of this multidisciplinary study sponsored by the San Francisco District of USACE.  The study evaluated the potential changes in fisheries use and resources under alternatives for open-water disposal of dredged materials and assessed the potential economic impacts of such changes.  The study results aided selection of disposal sites in the San Francisco area.  Dr. Pearson led a team of fisheries scientists and resource and fisheries economists.*

**NRD NRDA Studies of Effects of Oil Contamination from Exxon Valdez Oil Spill on Pacific Herring\***
*Dr. Pearson was Technical Leader of this large study sponsored by Dames & Moore and Exxon.  The study examined the potential effects of oil contamination from the Exxon Valdez oil spill on the Pacific herring resource in Prince William Sound.  Dr. Pearson led a multidisciplinary team of over 80 field and laboratory personnel drawn from over five separate scientific organizations in responding to the oil spill.  Later, Dr. Pearson led scientists and statisticians from several American and European organizations in the design, analysis, and interpretation of NRDA studies.  He oversaw aerial surveys and scientific diving operations, developed QA methods to provide checks and balances in the flow of samples and data from the field through the laboratory and into the database, and led a team that contributed heavily to the debugging of database systems.  Dr. Pearson led the development of innovative methods to train observers and to verify the accuracy and precision of their scoring.  Dr. Pearson testified in two trials concerning the results of his studies and led a team of scientists and statisticians in the analysis and reporting of study results.*

**NRD Analyses of the Condition of Prince William Sound Herring in 1993 and 1994\***
*Dr. Pearson was Technical Leader of this study for Exxon Company, U.S.A. that examined the condition and disease status of herring from Prince William Sound.  In 1993, the herring spawning biomass was substantially below its predicted level and disease symptoms from the Viral Hemorrhagic Septicemia (VHS) virus were observed.  Dr. Pearson led a team of fisheries biologists, environmental toxicologists, chemists, statisticians, and disease specialists in examining the mechanisms behind the observed population changes.*

**NRD Identification of Natural Resource Damage Assessment (NRDA) Studies for Chinook Salmon\***
*Dr. Pearson was the Technical Leader for this study sponsored by the Washington Department of Fish and Wildlife.  The study supported Washington State's Oil Spill Response Team by identifying the assessment studies that are scientifically valid and legally defensible.*

---

*\* denotes projects completed with other firms*

# Walt Pearson Ph.D.
## Senior Environmental Consultant

---

**NRD Resource Damage Assessment from the Seki Oil Spill in Fujairah, United Arab Emirates***

*Sponsored by the Emirate of Fujairah, Dr. Pearson was the Technical Leader for the assessment of damages from the Seki oil spill on the fisheries and fish resources of the eastern region of the United Arab Emirates. Dr. Pearson also contributed to the assessments of shoreline and coral reef habitats. He led a multidisciplinary, multinational team of chemists, marine biologists, toxicologists, fisheries biologists, and fisheries economists.*

**NRD Assessment of Current Status of Pacific Herring in Prince William Sound***

*Sponsored by ExxonMobil, Dr. Pearson was the Technical Leader of studies to assess the recent and current status of Pacific herring in Prince William Sound and to assess the state of knowledge concerning the effects of petroleum hydrocarbons and other environmental factors on herring.*

**AE Culvert Testing Program for Juvenile Salmonid Passage***

*Dr. Pearson led this phased program sponsored by the Washington State Department of Transportation. The program used a specially fabricated test bed to identify the culvert designs and hydraulic conditions that allow upstream passage of juvenile salmon at different life stages. Dr. Pearson developed a behavioral model of juvenile salmon passage through culverts and applied the model in the design of the test bed and research program. Dr. Pearson led a team of fish behaviorists, fisheries biologists, hydrologists, hydraulic engineers, instrumentation specialists, and civil engineers from Battelle, MWH, Washington State University, and the University of Washington.*

**D Crab Studies in the Columbia River***

*Dr. Pearson led this program sponsored by the Portland District of the U.S. Army Corps of Engineers. The program addressed concerns about the effects of dredging and disposal on Dungeness crab in the Columbia River. The studies included using a statistically-rigorous sampling protocol for measuring the rates at which crabs are entrained during dredging. Using the entrainment rate data, modeling was used to forecast impacts on the crab population from the proposed deepening project. Other studies investigate the effects of disposal on Dungeness crab and how behavior influences the extent of such effects. Dr. Pearson led a team of behaviorists, fisheries biologists, hydraulic engineers, instrumentation specialists, and physical oceanographers.*

**D Stranding of Juvenile Salmon by Ship Wakes in the Lower Columbia River***

*Dr. Pearson led this program sponsored by the Portland District of the U.S. Army Corps of Engineers. The program addressed concerns about the stranding of juvenile salmon by ship wakes along the Lower Columbia River. Using a rigorous statistical design for a before and after study, Dr. Pearson's team accomplished the before phase measurements of stranding by ship wakes. Statistical analyses showed that no single factor influences the occurrence of stranding but did determine the significant aspects of the site, fish availability, river conditions, wave conditions, and ship characteristics that produce stranding. Dr. Pearson led a team of behaviorists, fisheries biologists, hydraulic engineers, instrumentation specialists, physical oceanographers, and statisticians.*

**D Technical Advice on USACE Studies in the Lower Columbia River***

*For the Portland District of the U.S. Army Corps of Engineers, Dr. Pearson provided scientific and technical advice on dredging and disposal in and adjacent to the Columbia River. He has provided advice to support planning concerning measures to mitigate stranding of juvenile salmon by ship wakes. He has also provided advice on studies of the effects of disposal on Dungeness crab and the influence of crab behavior on such effects.*

**MPF Assessing Loss of Juvenile Salmon to Stranding by Ship Wakes along the Lower Columbia River***

*For Entrix, Inc. and the Port of Vancouver, Dr. Pearson and colleagues at the University of Washington developed a deterministic model to predict loss of juvenile salmon to stranding from ship characteristics and environmental factors. They applied the model to assess the loss of juvenile salmon at three sites along the Columbia River. This modeling task was part of a larger study of the potential effects of port expansion conducted by Entrix, Inc. for NOAA and the Port of Vancouver.*

**MPF Assessing Spatial Extent of Susceptibility for Stranding of Juvenile Salmon by Ship Wakes along the Lower Columbia River***

*For the Port of Vancouver, Dr. Pearson and colleagues at Entrix, Inc. and the University of Washington developed a GIS-based approach to assess the susceptibility of Lower Columbia River beaches to stranding of juvenile salmon. This effort analyzed the river, ship, and fish factors leading to stranding and mapped the locations of beaches in several categories of susceptibility along over 200 miles of river shoreline.*

*\* denotes projects completed with other firms*

# Walt Pearson Ph.D.
## Senior Environmental Consultant

**MPF Modeling to Characterize Wake Waves Generated by LNG Carriers Along the Lower Columbia River***

*As part of a larger study by Entrix, Inc. for Bradwood Landing LLC, Dr. Pearson further developed his model for predicting characteristics of wake waves from vessel characteristics, river conditions, and shoreline features. He applied his model to predict characteristics of wake waves generated by Liquefied Natural Gas (LNG) Carriers. Entrix, Inc. used model outcomes to identify shorelines at risk for erosion during passage by LNG carriers. Dr. Pearson co-authored the Entrix, Inc. Report, which supported the environmental impact assessment being conducted for a new LNG terminal along the Lower Columbia River.*

**MPF Estimating Probability of Stranding of Juvenile Salmon by Wake Waves from Liquefied Natural Gas (LNG) Carriers along the Lower Columbia River***

*For Bradwood Landing LLC, the proponent of a new LNG terminal to be sited along the Columbia River, Dr. Pearson refined his model for predicting stranding probabilities from vessel characteristics, river conditions, beach feature, and fish abundance. Application of his refined model enabled comparison of the probabilities of stranding by LNG carriers and base ship traffic and the identification of ship and environmental factors that influence stranding probabilities. The client used Dr. Pearson's report in support of their FERC licensing application.*

**MES Study Design for Monitoring Potential Impacts on Fish and Fisheries by Seismic Surveys along the West Kamchatka Shelf***

*For the Wild Salmon Center of Portland, Oregon, Dr. Pearson conducted analysis to develop a study design to monitor the potential impact of seismic studies on fish and fisheries along the West Kamchatka Shelf. The analysis entailed the application of acoustic models and effects thresholds to design an effective sampling regime.*

**AE Technical Advice on Riverine Substrate Characterization along the Ohio River***

*Dr. Pearson provided technical advice to Stantec on its project for the Pittsburgh District of the U.S. Army Corps of Engineers to characterize river bottom substrate types along the Ohio River. Dr. Pearson's role was to advise concerning design and analysis of a study to truth-ground substrate types identified by side scan sonar surveys.*

**AE Facilitation of Strategic Planning for NOPLE***

*Under contract to Clallam County, Dr. Pearson facilitated strategic planning by the North Olympic Peninsula Lead Entity (NOPLE), a salmon recovery group chartered by the county and Washington State government. Through a series of workshops, he supported the development of a long-term strategy for salmon recovery on the Olympic Peninsula and co-authored the 2008 NOPLE Strategy Plan. Part of the process included the development and application of procedures for decision making. Dr. Pearson prepared written guidance for NOPLE's use in decision making and instructed the NOPLE team in the decision making procedures. From 2007 to 2011, Dr. Pearson advised NOPLE on its decision making processes and program development and facilitated the three year review of the long-term strategy.*

**NRD Synthesis of Current Status of Pacific Herring in Prince William Sound***

*Sponsored by ExxonMobil, Dr. Pearson is the Technical Leader of studies to synthesize the present state of knowledge concerning Pacific herring in Prince William Sound and the effects of petroleum hydrocarbons and other environmental factors on herring.*

**NRD Assessing Injury to Pacific Herring in San Francisco Bay Following the COSCO BUSAN Oil Spill***

*Dr. Pearson provides expert scientific advice to the Fish Injury Assessment Group concerning NRDA studies to assess injury to the Pacific herring resource in San Francisco Bay from the COSCO BUSAN Oil Spill. Experimental studies supervised by Dr. Pearson have shown the complexity of separating oil spill effects from those due to natural and other man-made factors in an urban bay. He and his colleagues are now preparing three papers for the peer-reviewed literature.*

**NRD Lessons Learned from Oil Spill Studies***

*Sponsored by ExxonMobil, Dr. Pearson is preparing an invited book chapter on the lessons learned during NRDA studies associated with fisheries and oil spills.*

**D Assessment of Potential Stranding of Juvenile Salmon by Ship Wakes along the Lower Columbia River under Scenarios of Ship Traffic and Channel Depth***

*For the U.S. Army Corps of Engineers, Portland District, Dr. Pearson developed and applied a deterministic model to forecast probabilities of stranding of juvenile salmon by wake waves from deep-draft vessels. This model was used to assess the potential impact of different future scenarios for ship traffic along the Lower Columbia River. For this effort, Dr. Pearson undertook logistic regression analysis of the available data. Currently, he advises the federal and state Adaptive Management Team for the Columbia River concerning stranding and how future studies may address the issues.*

*\* denotes projects completed with other firms*

# Walt Pearson Ph.D.

Senior Environmental Consultant

D Scientific Review of the State of Knowledge
Concerning Stranding of Juvenile Salmon by Ship
Wakes along the Lower Columbia River*
*To support ENVIRON's project with the Port of Portland, Dr.
Pearson advises on ENVIRON's review of the state of
knowledge concerning the stranding of juvenile salmon by
ships wakes along the Columbia River.*

ET Invited Panelist, CESAR 2001 Science Review
Panel for Delta Smelt*
*In fall 2011, Dr. Pearson served an invited panelist on the 2011
Science Review Panel sponsored by CESAR, the Center for
Environmental Science, Advocacy, and Reliability.  CESAR
tasked the panel with discerning the state of knowledge
concerning the delta smelt, an endangered species in the delta
area of San Francisco Bay.*

*\* denotes projects completed with other firms*

Walt Pearson Ph.D.
Senior Environmental Consultant

## PUBLICATIONS

Pearson, WH.  Assessment of Potential Stranding of Juvenile Salmon by Ship Wakes along the Lower Columbia River under Scenarios of Ship Traffic and Channel Depth.. *Technical Note prepared by Peapod Research for the Portland District of the U.S. Army Corps of Engineers*, 2011.

Pearson, W.H., R.B. Deriso, R.A. Elston, S. Hook, K. Parker, and J. Anderson. "Hypotheses concerning the decline and poor recovery of Pacific herring in Prince William Sound, Alaska". *Reviews in Fish Biology and Fisheries: 1-41.  Available online, DOI 10.1007/s11160-011-9255-7*, 2011.

Pearson, WH, JQ Word, G Mauseth. "Matching Physical Intertidal Conditions to Address Nonchemical Stressors in Early Life History Assessments of Fish". *Presented by WH Pearson at the Sixth International Conference on Remediation of Contaminated Sediment, New Orleans, Louisiana, February*, 2011.

Word, JQ, WH Pearson, G Mauseth. "Framework for Attribution of Abnormalities in Pacific Herring Embryos to Contamination from the Cosco Busan Oil (CBO) Spill, San Francisco Bay, California". *Presented by JQ Word at the Sixth International Conference on Remediation of Contaminated Sediment, New Orleans, Louisiana, February*, 2011.

Pearson, WH, JR Skalski, K Sobocinski. "Factors affecting stranding of juvenile salmonids by wakes from ship passage in the Lower Columbia River". *River Research and Applications. Published online: HTTP://www.3.interscience.wiley.com/journal/123425554/abstract, 10 May*, 2010.

Pearson, WH, JQ Word, G Mauseth. "Hypotheses for Assessment of Injury to Pacific Herring Embryos from the COSCO BUSAN Oil Spill, San Francisco Bay, California". *Presented by WH Pearson at the 2010 Annual Meeting of the Society for Environmental Toxicology and Analytical Chemistry. Portland, Oregon, November*, 2010.

Word, JQ, WH Pearson, G Mauseth. "Framework for Attribution of Abnormalities in Pacific Herring Embryos to Contamination from the COSCO BUSAN Oil Spill, San Francisco Bay, California". *Presented by JQ Word at the 2010 Annual Meeting of the Society for Environmental Toxicology and Analytical Chemistry. Portland, Oregon, November*, 2010.

Fleece, WC, WH Pearson, J Seamonds, A Pooler. Riverbed Substrate Characterization Ground-Truthing of Side-Scan Acoustic Signatures, Ohio River Mile 0.0-40.0.. *Prepared by Stantec Inc. for the U.S. Army Corps of Engineers, Pittsburgh District*, 2010.

Pearson, WH. Suggested Guidelines for the NOPLE Decision-Making Procedures.. *Prepared by Peapod Research for the North Olympic Peninsula Lead Entity, Clallam County, Washington.*, 2009.

Deriso, RB, MN Maunder, and WH Pearson. "Incorporating covariates into fisheries stock assessment models with application to Pacific herring of Prince William Sound, Alaska". *Ecological Applications 18(5):1270-1286*, 2008.

Mueller, RP, SL Southard, CW May, and WH Pearson. "Juvenile Coho Salmon (Oncorhynchus kisutch) Leaping Ability and Behavior in an Experimental Culvert Test Bed". *Trans. Amer. Fish. Soc.  137(4):941-950*, 2008.

Dominguez, L, WH Pearson, G Robilliard, T Abbe, and K Gabel. Characterization of Lower Columbia River (RM0 to RM38) Shoreline Erosion Due to LNGC Transit. *Final Report prepared by Entrix, Inc. for Bradwood Landing LLC*, 2008.

Gibboney, S and WH Pearson. NOPLE Salmon Recovery Strategy 2008. *Prepared by ISE Consulting and Peapod Research for the North Olympic Peninsula Lead Entity, Clallam County, Washington*, 2008.

Pearson, WH. NOPLE Decision-Making Procedures with Screens, Criteria, and Weights. *Prepared by Peapod Research for the North Olympic Peninsula Lead Entity, Clallam County, Washington*, 2008.

Walt Pearson Ph.D.
Senior Environmental Consultant

Pearson, WH.  Estimation of Probability of Stranding and Number of Stranding Events for Juvenile Stranding from LNGC and Base Ship Traffic along the Lower Columbia River, RM21 to RM39.. *Prepared by Peapod Research for Bradwood Landing LLC.*, 2008.

Fleece, WC, WH Pearson, K Gabel, S Jenninges, and JR Skalski. "Spatial Analysis of Beach Susceptibility for Stranding of Juvenile Salmonids by Ship Wakes in the Lower Columbia River. *Presented by WC Fleece at the 2008 Annual Conference of the American Fisheries Society, Ottawa, Canada, August*, 2008.

Pearson, WH, JR Skalski, and WC Fleece. "Modeling Stranding of Juvenile Salmonids by Wakes form Increased Deep-Draft Vessel Traffic in the Lower Columbia River. *Presented by WC Fleece at the 2008 Annual Conference of the American Fisheries Society, Ottawa, Canada, August*, 2008.

Pearson, WH. Sensitivity Analysis of Ranking Scheme for NOPLE Capital Projects.. *Prepared by Peapod Research for the North Olympic Peninsula Lead Entity, Clallam County, Washington*, 2008.

Pearson, WH, WC Fleece, K Gabel, S Jenniges, JR Skalski. Spatial Analysis of Beach Susceptibility to Stranding of Juvenile Salmonids by Ship Wakes. *Final Report Prepared by Entrix, Inc. for the Port of Vancouver, Washington*, 2008.

Richmond, MC, Z Deng, GR Guensch, H Tritico, and WH Pearson. "Mean Flow and Turbulence Characteristics of a Full-Scale Spiral Corrugated Culvert with Implications for Fish Passage". *Ecological Engineering 30(4): 333-340*, 2007.

Pearson, WH, and JR Skalski. Assessing Loss of Juvenile Salmon to Stranding by Ship Wakes at Three Sites along the Lower Columbia River. *Report prepared for Entrix, Inc. by Peapod Research and Skalski Statistical Services, Port Angeles and Seattle, Washington*, 2007.

Varinec, J, WH Pearson, NP Kohn, MC Miller, and JR Skalski. Laboratory Assessment of Potential Impacts to Dungeness Crabs from Disposal of Dredged Materials from the Columbia River.  PNNL-16482. *Prepared for the U.S. Army Corps of Engineers, Portland District, by Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2007.

Pearson, WH, SL Southard, CW May, JR Skalski, RL Townsend, AR Horner-Devine, DR Thurman, RH Hotchkiss, RR Morrison, MC Richmond, D Deng. \ Research on Upstream Passage of Juvenile Salmon through Culverts:  Retrofit Baffles.  PNWD-3672. *Prepared for the Washington State Department of Transportation by Battelle—Pacific Northwest Division, Richland, Washington*, 2006.

Pearson, WH, MC Miller, GD Williams, NP Kohn, and JR Skalski.  Preliminary Assessment of Potential Impacts to Dungeness Crabs from Disposal of Dredged Materials from the Columbia River.  PNNL-15477. *Prepared for the U.S. Army Corps of Engineers, Portland District, by Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2006.

Pearson, WH. "PAH and Other Contaminants in Effluents from Artificially Weathered Oil on Gravel." PNWD-SA-6691. *In  Proceedings of the 2005 International Oil Spill Conference. API, Washington, DC*, 2006.

Pearson, WH, NP Kohn, and JR Skalski. Entrainment of Dungeness crab in the Desdemona Shoals Reach of the Lower Columbia River Navigation Channel.  PNNL-16139. *Prepared for the U.S. Army Corps of Engineers, Portland District, by Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2006.

Pearson WH, JR Skalski, KL Sobocinski, MC Miller, GE Johnson, GD Williams, JA Southard, and RA Buchanan. A Study of Stranding of Juvenile Salmon by Ship Wakes along the Lower Columbia River using a Before and After Design:  Before-Phase Results. PNNL-15400. *Prepared for the U.S. Army Corps of Engineers, Portland District, by Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2006.

Walt Pearson Ph.D.
Senior Environmental Consultant

Pearson WH, GD Williams, and JR Skalski.  Dungeness Crab Dredging Entrainment Studies in the Lower Columbia River, 2002 – 2004: Loss Projections, Salinity Model, and Scenario Analysis. PNNL-15021. *Prepared for the U.S. Army Corps of Engineers, Portland District, by Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2005.

Pearson WH, RP Mueller, SL Southard, and CW May.  Evaluation of Juvenile Salmon Leaping Ability and Behavior at an Experimental Culvert Test Bed.  PNWD-3539. *Prepared for the Washington State Department of Transportation by Battelle—Pacific Northwest Division, Richland, Washington*, 2005.

Pearson WH, MC Richmond, GE Johnson, SL Sargeant, RP Mueller, VI Cullinan, Z Deng, B Dibrani, GR Guensch, CW May, LK O'Rourke, KL Sobocinski, and HM Tritico.  Protocols for Evaluation of Upstream Passage of Juvenile Salmonids in an Experimental Culvert Test Bed.  PNWD-3525. *Prepared for the Washington State Department of Transportation by Battelle—Pacific Northwest Division, Richland, Washington*, 2005.

Pearson, WH. "Issues concerning Dungeness Crabs and the Demonstration Project for the Columbia River Nearshore Beneficial Use Project."  PNWD-3558. *In Proceedings of the Scientific and Policy Workshops to Inform the Columbia River Nearshore Beneficial Use Project, May 2 and 3, 2005.  Institute of Natural Resources, Oregon State University, Corvallis, Oregon*, 2005.

Pearson, WH. "PAHs and Other Contaminants in Effluents from Artificially Weathered Oil on Gravel". *Presented by Walter H. Pearson at the 2005 International Oil Spill Conference, Miami Beach, FL, May 17, 2005.  PNWD-SA-6431, Battelle Pacific Northwest Division, Richland, Washington*, 2005.

Pearson, WH. "Issues concerning Dungeness Crabs and the Demonstration Project for the Columbia River Nearshore Beneficial Use Project". *Presented by Walter H. Pearson (Invited Speaker) at the Scientific and Policy Workshops to Inform the Columbia River Nearshore Beneficial Use Project, May 2 and 3, 2005, Portland, Oregon.  PNWD-3558, Battelle Pacific Northwest Division, Richland, Washington*, 2005.

Pearson WH, JR Skalski, KL Sobocinski, MC Miller, GD Williams, GE Johnson, JA Southard, SL Sargeant, and GR Ploskey.  Study of Stranding of Juvenile Salmon Along the Lower Columbia River: Report on FY 04 Stranding Study Activities.  PNNL-14889. *Prepared for the U.S. Army Corps of Engineers, Portland District, by Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2004.

Pearson WH, GD Williams, and JR Skalski. "Crab Studies in the Columbia River Estuary". *Presented by Walter H. Pearson at the 2004 Annual Review of the Anadromous Fish Evaluation Program, Portland, OR, November 18, 2004.  PNNL-SA-43453, Pacific Northwest National Laboratory, Richland, Washington*, 2004.

Pearson WH, MC Miller, KL Sobocinski, GD Williams, GE Johnson, JA Southard, SL Sargeant, GR Ploskey, and JR Skalski. "Lower Columbia River Stranding Study FY04 Progress". *Presented by Walter H. Pearson at the 2004 Annual Review of the Anadromous Fish Evaluation Program, Portland, OR on November 18, 2004.  PNNL-SA-4345, Pacific Northwest National Laboratory, Richland, Washington*, 2004.

Guensch, GR, MC Richmond, H Tritico, and WH Pearson. "Characterization of Turbulent Open Channel Flow in a Full-Scale Spiral Corrugated Culvert."  PNNL-SA-40895. *In World Water and Environmental Resources Congress (ASCE)*, 2004.

Pearson WH, and GE Johnson. "Test Bed for Evaluation of Fish Passage through Culverts". *Presented by Walter H. Pearson (Invited Speaker) at Northwest Transportation Conference, Corvallis, OR on February 12, 2004.  PNNL-SA-40697, Pacific Northwest National Laboratory, Richland, Washington*, 2004.

Pearson WH, GD Williams, and JR Skalski. "Dredge Entrainment of Crab in the Columbia River Estuary: Preliminary Results of Summer 2004 Studies". *PNNL-SA-42896, Pacific Northwest National Laboratory, Richland, Washington*, 2004.

Walt Pearson Ph.D.
Senior Environmental Consultant

Williams GD, WH Pearson, JR Skalski, and K Larson. "Dredge Entrainment of Dungeness Crab in the Columbia River Estuary". *Presented by Gregory D. Williams at the 4th SETAC World Congress, Portland, OR on November 17, 2004.  PNNL-SA-43469, Pacific Northwest National Laboratory, Richland, Washington*, 2004.

Williams GD, WH Pearson, NR Evans, and MG Anderson.  Benson Beach Demonstration Project: Composition and Abundance of Biota at Three Alternative Sump Sites.  PNNL-14522. *Prepared for the U.S. Army Corps of Engineers, Portland District, by Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2004.

Pearson WH, GD Williams, and JR Skalski.  Estimated Entrainment of Dungeness Crab During Maintenance Dredging of the Mouth of the Columbia River, Summer 2002.  PNNL-14190. Prepared for the U.S. Army Corps of Engineers, Portland District, by Battelle Marine Sciences Laboratory, Sequim, Washington; Pacific Northwest National Laboratory, Richland, Washington.. *Prepared for the Washington State Department of Transportation by Pacific Northwest National Laboratory, Richland, Washington; Battelle Marine Sciences Laboratory, Sequim, Washington*, 2003.

Pearson WH, JR Skalski, MC Miller, GD Williams, B Johnson, R Moritz, and LM Miller.  "Effects of Disposal of Dredged Materials on Dungeness Crab: FY03 Studies.". *Presented by Walter H. Pearson (Invited Speaker) to the U.S. Army Corps of Engineers, Portland District, Portland, OR, on September 24, 2003.  PNNL-SA-39535, Pacific Northwest National Laboratory, Richland, Washington*, 2003.

Pearson, WH, MC Richmond, and HE Dunham. "Design Considerations for an Experimental Test Bed for Assessment of Culverts for Passage of Juvenile Salmonids". *Presented by Walter H. Pearson (Invited Speaker) at the Annual Meeting of the Western Region, American Fisheries Society, San Diego, CA on April 15, 2003.  PNNL-SA-37955, Pacific Northwest National Laboratory, Richland, Washington*, 2003.

Pearson WH, and GD Williams. "Environmental Data Collection Challenges at the Mouth of the Columbia River". *Presented by Walter H. Pearson (Invited Speaker) at the 76th Meeting of the Coastal Engineering Research Board of the U.S. Army Corps of Engineers, Portland, OR on October 29, 2003.  PNNL-SA-39920, Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2003.

Pearson, WH, and GD Williams. "Benson Beach Demonstration Project: Composition and Abundance of Biota at Three Sump Alternative Sites". *Presented by Walter H. Pearson (Invited Speaker) to the U.S. Army Corps of Engineers, Portland District, Portland, OR on September 24, 2003.  PNNL-SA-39534, Pacific Northwest National Laboratory, Marine Sciences Laboratory, Sequim, Washington*, 2003.

Pearson WH, GR Guensch, GE Johnson, RP Mueller, MC Richmond, SL Sargeant, and HM Tritico. Evaluation of Juvenile Fish Passage through an Experimental Culvert Test Bed: Standard Protocols and Baseline Characterization.  PNNL-14349. *Prepared for the Washington State Department of Transportation by Pacific Northwest National Laboratory, Richland, Washington*, 2003.

Pearson, WH, MC Richmond, and J Schafer. "Culvert Testing Program for Juvenile Salmonid Passage". *Culvert Testing Program for Juvenile Salmonid Passage." Presented by Walter H. Pearson at the International Conference on Ecology and Transportation, Keystone, CO, September 24-28, 2001. PNNL-SA-37260, Pacific Northwest National Laboratory, Richland, Washington*, 2002.

Pearson, WH. "Experimental Characterization of Contaminants in Effluents from Artificially Weathered Oil on Gravel". *Presented by Walter H. Pearson (Invited Speaker) at the 2002 Herring Summit and Pacific Coast Herring Workshop, Bellingham, WA on June 11-13, 2002, Bellingham, Washington.  PNWD-SA-5726, Battelle Pacific Northwest Division, Marine Sciences Laboratory, Sequim, Washington*, 2002.

Walt Pearson Ph.D.
Senior Environmental Consultant

Pearson, WH. "Experimental Characterization of Contaminants in Effluents from Artificially Weathered Oil on Gravel". *Presented by Walter H. Pearson at the Society of Environmental Toxicology and Chemistry (SETAC), 23rd Annual Meeting: Achieving Global Environmental Quality, Salt Lake City, Utah, on November 19, 2002. PNWD-SA-5727, Battelle Pacific Northwest Division, Marine Sciences Laboratory, Sequim, Washington*, 2002.

Pearson, WH. "Review of Hypotheses Concerning Recovery of Prince William Sound Herring". *Presented by Walter H. Pearson (Invited Speaker) at the 2002 Herring Summit and Pacific Coast Herring Workshop, Bellingham, WA on June 11-13, 2002, Bellingham, Washington. PNWD-SA-5725, Battelle Pacific Northwest Division, Marine Sciences Laboratory, Sequim, Washington*, 2002.

Pearson, WH, MC Richmond, and J Schafer. "Culvert Testing Program for Juvenile Salmonid Passage". *In Proceedings of the International Conference on Ecology and Transportation, Keystone, CO, September 24-28, 2001, pp. 92-97. North Carolina State University, Center for Transportation and the Environment, Raleigh, North Carolina.* http://itre.ncsu.edu/cte/ICOET/01proceedings_directory.html#, 2002.

Pearson, WH, MC Richmond, J Schafer, and K Bates. "Culvert Designs in an Experimental Test Bed."  PNNL-SA-37271. *In Proceedings of the Fisheries BioEngineering Symposium IV. Presented at the 132nd American Fisheries Society Annual Meeting, Baltimore, Maryland, August 18-22, 2002.*

Pearson, WH, MC Richmond, J Schafer, and K Bates. "Behavioral Model of Juvenile Salmonid Passage for Assessment of Culvert Designs in an Experimental Test Bed."  PNNL-SA-37603. *In Proceedings of the Fisheries BioEngineering Symposium IV.  Presented at the 132nd American Fisheries Society Annual Meeting, Baltimore, Maryland, August 18-22, 2002.*

Pearson, WH, MC Richmond, J Schafer, and K Bates. "Culvert Designs in an Experimental Test Bed". *Presented at the 132nd American Fisheries Society Annual Meeting, Baltimore, MD, August 18-22, 2002. PNNL-SA-37271, Pacific Northwest National Laboratory, Richland, Washington*, 2002.

Pearson WH, GD Williams, and JR Skalski.  Dredge Entrainment Impacts to Dungeness Crab from the Columbia River Channel Improvement Project.  PNNL-14129. *Prepared for the U.S. Army Corps of Engineers, Portland District, by Battelle Marine Sciences Laboratory, Sequim, Washington; Pacific Northwest National Laboratory, Richland, Washington*, 2002.

Williams, GD, N Evans, WH Pearson, and JA Southard. Assessing Juvenile Salmonid Passage through Culverts: Field Research in Support of Protocol Development.  PNNL-13708. *Prepared for the Washington State Department of Transportation by Pacific Northwest National Laboratory, Richland, Washington; Battelle Marine Sciences Laboratory, Sequim, Washington*, 2001.

Pearson, WH and the ERWDA Oil Spill Team. "The Al-Jazya-I Oil Spill in Abu Dhabi.". *The Second International Arabian Conference on Environment and Technology (ARABENVIROTECH-2), Abu Dhabi, United Arab Emirates, April 8-12*, 2000.

Elkhidder, S, SR Britsch, ZM Juokhadar, and WH Pearson. "Above-Ground Biomass in Seagrass Meadows near Abu Dhabi City". *The Second International Arabian Conference on Environment and Technology (ARABENVIROTECH-2), Abu Dhabi, United Arab Emirates, April 8-12*, 2000.

Pearson, WH, RA Elston, RW Bienert, AS Drum, and LD Antrim. "Why Did the Prince William Sound, Alaska Fisheries Collapse in 1993 and 1994? Review of Hypotheses". *Can. J. Fish. Aquat. Sci. 56:711-737*, 1999.

Pearson, WH and Saif M Al-Ghais. "Approaches to Assessment of Damages from Oil Spills". *The Environmental Law Conference, U.A.E. University, Al Ain, May*, 1999.

Randolph, C, JT Hardy, S Fowler, A Price, and WH Pearson. "Persistence of Nearshore Sediment Contamination and Toxicity Following the 1991 Gulf War". *Environment International 24:33-42*, 1998.

Walt Pearson Ph.D.
Senior Environmental Consultant

Pearson WH, SM Al-Ghais, JM Neff, CJ Brandt, KF Wellman, and T Green. "Assessment of Damages to Commercial Fisheries and Marine Environment of Fujairah, United Arab Emirates, Resulting from the Seki Oil Spill of March 1994: A Case Study.". *In Transformations of Middle Eastern Natural Environments: Legacies and Lessons, Bulletin Series, vol. 103, pp. 407-428. Yale School of Forestry & Environmental Studies, New Haven, CT*, 1998.

Pearson, WH, and Saif M Al-Ghais. "The Compensation Schedule Approach for Assessment of Oil Spill Damages to Marine Resources of the RSA". *Oil Pollution in the Marine Environment. A GCC-EU Workshop in Cooperation with ROPME. Organized by the Environment Public Authority. Kuwait, November 2-4*, 1998.

Elston, RA, AS Drum, WH Pearson, and K Parker. "Health and Condition of Pacific Herring Clupea pallasi from Prince William Sound, Alaska, 1994". *Diseases of Aquatic Organisms 31:109-126*, 1997.

Pearson, WH, JM Neff, CJ Brandt, K Wellman, T Green, and SM Al-Ghais. "Assessment of Damages to Commercial Fisheries and Marine Environment of Fujairah, United Arab Emirates, Resulting from the Seki Oil Spill of March 1994: A Case Study". *Presented at Transformations of Middle Eastern Natural Environments: Legacies and Lessons. A Conference at Yale University, New Haven, Connecticut, October 30-November 1*, 1997.

Pearson, WH, JM Neff, CJ Brandt, T Sauer, K Wellman, and SM Al-Ghais. Damage to Commercial Fisheries and Marine Environment of Fujairah, United Arab Emirates, Resulting from the Seki Crude Oil Spill of 30 March 1994. PNWD-2365. *Prepared for the Government of Fujairah, United Arab Emirates, by Battelle Memorial Institute, Columbus, Ohio*, 1996.

Pearson, WH, RA Elston, RW Bienert, AS Drum, and LD Antrim. "An Analysis of the Potential for Oil Spill Effects on the Herring Population of Prince William Sound, Alaska". *In Proceedings of the Nineteenth Annual Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, Calgary, Alberta, Canada, June 12-14*, 1996.

Pearson, WH. "Factors Affecting Hatching Success in Prince William Sound Herring Eggs." Herring Egg Loss, Mortality, and Development". *Presented at the Herring Workshop Sponsored by the Battelle Marine Science Laboratory and the School of Fisheries and Ocean Sciences, University of Alaska, Juneau. Sequim, Washington, June 20-21*, 1996.

Pearson, WH, RA Elston, RW Bienert, AS Drum, and LD Antrim. "An Analysis of the Potential for Oil Spill Effects on the Herring Population of Prince William Sound, Alaska. *Presented at the Nineteenth Annual Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, Calgary, Alberta, Canada, June 12-14*, 1996.

Pearson, WH and AS Drum. Identification of Natural Resource Damage Assessment Studies for Chinook Salmon (Oncorhynchus tschawtscha).. *Prepared for the Washington Department of Fish and Wildlife, Olympia, Washington, by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Division, Richland, Washington*, 1995.

Neff, JM, WH Pearson, and B Wilson. Feasibility of Additional Studies to Assess Environmental Damages from the SEKI Spill: Data Review and Recommendations. *Prepared for the Government of Fujairah, United Arab Emirates, by Battelle Memorial Institute, Columbus, Ohio*, 1995.

Lokkeberg, S, BL Olla, WH Pearson and MW Davis. "Behavioural Responses of sablefish, Anoplopoma fimbria, to Bait Odor". *J. Fish Biol. 46:142-155*, 1995.

Pearson, WH, E Moksness, and JR Skalski. "A Field and Laboratory Assessment of Oil Spill Effects on Survival and Reproduction of Pacific Herring (Clupea harengus pallasi)". *In Proceedings of the Third Symposium on Environmental Toxicology and Risk Assessment, ASTM Special Technical Publication STP. American Society for Testing and Materials, Philadelphia*, 1995.

Elston, RA, and WH Pearson. Histological, Bacteriological, and Virological Analyses of Herring From Prince William Sound, Alaska, 1994. *Prepared for Exxon Company, U.S.A. by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Division, Richland, Washington*, 1995.

# Walt Pearson Ph.D.
## Senior Environmental Consultant

Pearson, WH, RW Bienert, E Moksness, and JR Skalski. "Potential Effects of the Exxon Valdez Oil Spill on Pacific Herring in Prince William Sound". *In Proceedings of the Seventh International Herring Workshop, January 27-28, 1994, Vancouver, B.C. Canadian Technical Report of Fisheries and Aquatic Sciences No. 2060, Pacific Biological Station, Nanaimo, British Columbia, p61-68*, 1994.

Pearson, WH, JR Skalski, SD Sulkin, and CI Malme. "Effects of Seismic Energy Releases on the Survival and Development of Zoeal larvae of Dungeness Crab (Cancer magister)". *Mar. Env. Res. 38:93-113*, 1994.

Pearson, WH. "Introduction to Workshop on Assessing Damages to Natural Resources from Oil Spills". *Presented at the Conference on Developing a Pro-Active Crisis Management Strategy, Dubai, United Arab Emirates, October 23-27*, 1994.

Bienert, RW, and WH Pearson. "Application of Ecological Risk Assessment Principles to Questions of Oil Exposure in Pacific Herring Following the Exxon Valdez Oil Spill". *Presented at the Seventh International Herring Workshop, Vancouver, BC,  January 27-28*, 1994.

Pearson, WH, RW Bienert, E Moksness, and JR Skalski. "Potential Effects of the Exxon Valdez Oil Spill on Pacific Herring in Prince William Sound". *Presented at the Seventh International Herring Workshop, Vancouver, BC, January 27-28*, 1994.

Bienert, RW, and WH Pearson. "Application of Ecological Risk Assessment Principles to Questions of Oil Exposure in Pacific Herring Following the Exxon Valdez Oil Spill". *In Proceedings of the Seventh International Herring Workshop, January 27-28, 1994, Vancouver, B.C.  Canadian Technical Report of Fisheries and Aquatic Sciences No. 2060, Pacific Biological Station, Nanaimo, British Columbia, p219-225*, 1994.

Pearson, WH. "Assessing Damages to Natural Resources from Oil Spills". *Presented at the Conference on Developing a Pro-Active Crisis Management Strategy, Dubai, United Arab Emirates, October 23-27*, 1994.

Pearson, WH, RA Elston, and AS Drum. Immunotoxicity and Genotoxicity of Crude and Diesel Oil to Fish with Emphasis on Pacific Herring and Pacific Salmon.. *Prepared for Exxon Company, U.S.A. by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Division, Richland, Washington*, 1994.

Pearson, WH, and RA Elston.  1993.  Histological, Bacteriological, and Chemical Analyses of Herring From Prince William Sound, Alaska. *Prepared for Exxon Company, U.S.A. by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Division, Richland, Washington*, 1993.

Pearson, WH.  1993.  Analysis of 1993 Herring Fisheries. *Prepared for Exxon Company, U.S.A. by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Division, Richland, Washington*, 1993.

Pearson, WH.  Additional Analyses of Data from the 1985 Herring Study Sponsored by API.. *Prepared for Exxon Company, U.S.A. by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Division, Richland, Washington*, 1993.

Pearson, WH, RW Bienert, E Moksness, and JR Skalski.  "Survival and Reproduction of Pacific Herring Following the Exxon Valdez Oil Spill". *Presented at the 123rd Annual Meeting of the American Fisheries Society, Portland, Oregon, August 29-September 2*, 1993.

Bienert, RW, and WH Pearson. "Distribution of Pacific Herring Spawning in Prince William Sound:  An Historical Overview and Results of an Intensive Survey Conducted One Year Following the Exxon Valdez Oil Spill". *Presented at the 123rd Annual Meeting of the American Fisheries Society, Portland, Oregon, August 29-September 2*, 1993.

Pearson, WH, RW Bienert, E Moksness, and JR Skalski.  "Effects of the Exxon Valdez Oil Spill on Pacific Herring in Prince William Sound". *Presented at 14th Annual Meeting of the Society of Environmental Toxicology and Chemistry (SETAC), Houston, Texas , November 14-18*, 1993.

Walt Pearson Ph.D.
Senior Environmental Consultant

Pearson, WH, E Moksness, and JR Skalski. "A Field and Laboratory Assessment of Oil Spill Effects on Survival and Reproduction of Pacific Herring Following the Exxon Valdez Oil Spill". *Presented at the Third Symposium on Environmental Toxicology and Risk Assessment, American Society for Testing and Materials, Atlanta, Georgia, April*, 1993.

Pearson, WH.  1993.  Density Dependent Responses in Fish Population Dynamics. *Prepared for Exxon Company, U.S.A. by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Division, Richland, Washington*, 1993.

Pearson, WH, ES Barrows, JQ Word. Qualitative Assessment of Benthic Infauna Resources in Four Areas of the New York Bight. *Prepared for the U.S. Environmental Protection Agency, Oceans and Coastal Protection Division, Washington, D.C., EPA Contract No. 68-C8-0105, Work Assignment 3 301, by Battelle/Marine Sciences Laboratory, Sequim, Washington, under contract to Battelle Ocean Sciences, Duxbury, Massachusetts*, 1992.

Antrim, LD, VI Cullinan, and WH Pearson. Dungeness Crab Survey for the Southwest Ocean Disposal Site and Additional Sites off Grays Harbor, Washington, June 1991.  PNL-7932. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1992.

Antrim, LD, WH Pearson, DK Shreffler, and VI Cullinan. Three-Year Summary Report of Biological Monitoring at the Southwest Ocean Dredged Material Disposal Site and Additional Locations off Grays Harbor, Washington, 1990 - 1992.  PNL-8472. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1992.

Prepared for the U.S. Environmental Protection Agency, Oceans and Coastal Protection Division, Washington, D.C., EPA Contract No. 68-C8-0105, Work Assignment 4-301, by Battelle/Marine Sciences Laboratory, Sequim, Washington, under contract to Battelle Ocean Sciences, Duxbury, Massachusetts. *Pearson, WH, ES Barrows, WW Gardiner, JQ Word. Rapid Bioassessment of Benthic Resources of Potential Disposal Areas in the New York Bight, Summer Survey, August*, 1992.

Pearson, WH, JR Skalski, and CI Malme. "Effects of Sounds from a Geophysical Survey Device on the Behavior of Captive Rockfish (Sebastes spp)". *Can. J. Fish. Aquat. Sci. 49:1343-1356*, 1992.

Skalski, JR, WH Pearson, and CI Malme. "Effects of Sounds from a Geophysical Survey Device on Catch-Per-Unit-Effort in a Hook-and-Line Fishery for Rockfish (Sebastes spp)". *Can. J. Fish. Aquat. Sci. 49:1357-1365*, 1992.

Bienert, RW, BJ Higgins, WH Pearson, and VI Cullinan. Pacific Herring Study/Battelle Marine Sciences Laboratory Task 1: Field Collection and Laboratory Analysis of Herring Larvae. *Exxon Valdez Prince William Sound Biological Studies Technical Procedures Manual S-9.03.04 Revision 4.1, Dames & Moore Technical Report Series. Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Bienert, RW, WH Pearson, VI Cullinan, and BJ Higgins. Pacific Herring Study/Battelle Marine Sciences Laboratory Task 2: Eggs-on-Kelp Field Studies. *Exxon Valdez Prince William Sound Biological Studies Technical Procedures Manual S-9.03.02 Revision 4.0, Dames & Moore Technical Report Series.  Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Bienert, RW, WH Pearson, VI Cullinan, DK Niyogi, and BJ Higgins. 1989 Field and Laboratory Studies of Eggs from Prespawning Adult Herring. *Final Draft Data Report, Exxon Valdez Prince William Sound Biological Studies, Dames & Moore Technical Report Series. Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Walt Pearson Ph.D.
Senior Environmental Consultant

Bienert, RW, WH Pearson, DK Niyogi, BJ Higgins, and VI Cullinan. 1989 Field Studies of Pacific Herring Larvae. *Final Draft Data Report, Exxon Valdez Prince William Sound Biological Studies, Dames & Moore Technical Report Series.  Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Pearson, WH, VI Cullinan, BJ Higgins, and RW Bienert. Pacific Herring Study/Battelle Marine Sciences Laboratory Task 1: Pre-spawning Adult Herring. *Exxon Valdez Prince William Sound Biological Studies Technical Procedures Manual S-9.03.01 Revision 2.1, Dames & Moore Technical Report Series.  Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Pearson, WH, BJ Higgins, DK Niyogi, RW Bienert, and VI Cullinan. Pacific Herring Study, Task 1.2, 1990 Field Survey of Eggs-on-Kelp in Sitka and Prince William Sound. *Exxon Valdez Oil Spill Studies, Technical Procedure Manual TPM-PNL-90-2 Revision 1.0, Dames & Moore Technical Report Series.  PNWD-1841.  Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Pearson, WH, BJ Higgins, DK Niyogi, RW Bienert, MR Pinza, WA LaRouche, and VI Cullinan. 1990 Field and Laboratory Studies of Herring Eggs on Kelp. *Final Draft Data Report, Exxon Valdez Prince William Sound Biological Studies, Dames & Moore Technical Report Series.  Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Pearson, WH, DK Niyogi, WA Larouche, VI Cullinan, and RW Bienert. Pacific Herring Study, Task 1.3, 1990 Laboratory Studies of Eggs-on-Kelp Samples Collected in Sitka and Prince William Sound. *Exxon Valdez Oil Spill Studies, Technical Procedure Manual TPM-PNL-90-3 Revision 2.0, Dames & Moore Technical Report Series.  PNWD-1842.  Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Pearson, WH, VI Cullinan, RW Bienert, and BJ Higgins. Pacific Herring Study/Battelle Marine Sciences Laboratory Task 3: Eggs-on-Kelp Laboratory Studies. *Exxon Valdez Prince William Sound Biological Studies Technical Procedures Manual S-9.03.03 Revision 4.1, Dames & Moore Technical Report Series.  Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Pearson, WH, VI Cullinan, DK Niyogi, RW Bienert, and BJ Higgins. 1989 Field and Laboratory Studies of Herring Eggs on Kelp.  Final Draft Data Report. *Exxon Valdez Prince William Sound Biological Studies, Dames & Moore Technical Report Series.  Prepared by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1991.

Higgins, BJ, and WH Pearson. Dungeness Crab Survey for the Southwest Ocean Disposal Site Off Grays Harbor, Washington, June, 1990.  PNL-5045. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1991.

Pearson, WH, and JR Skalski. "Effects of Sound on Fish Behavior and Fisheries". *Invited Presentation at the MMS OCS Policy and Scientific Workshop, New Orleans, March*, 1991.

Pearson, WH, DL Woodruff, and PB Johnson. Effects of Petroleum Contaminated Waterways on Spawning Migration of Pacific Salmon.  Phase I.  Laboratory Studies. *OCSEAP Final Rep 66:203-279.  Prepared for U.S. Department of Commerce, NOAA, by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1990.

Pearson, WH, N Maciolek, and NP Kohn. Fisheries Information for the Designation of an Ocean Dredged Material Disposal Site off the Continental Shelf Adjacent to San Francisco. *Prepared for the U.S. Environmental Protection Agency under OMEP Work Assignment WA2-138 by the Battelle Ocean Sciences Division, Duxbury, Massachusetts*, 1989.

## Walt Pearson Ph.D.
Senior Environmental Consultant

Pearson, WH, JR Skalski, SD Sulkin, and CI Malme. The Effects of Seismic Energy Releases on the Zoeal Larvae of Dungeness Crab (Cancer magister). *Prepared for the Eggs and Larvae Committee and California Department of Fish and Game by Battelle Ventura Operations, Ventura, California and Battelle/Marine Sciences Laboratory, Sequim, Washington*, 1989.

Pearson, WH. "Risks from Geophysical Activity on Catchability of Rockfish". *In  Proceedings of the Fourth Information Transfer Meeting of the Pacific OCS Region of the Minerals Management Service, May 31 – June 1, 1989, Santa Barbara, California*, 1989.

Pearson, WH, DL Woodruff, and BJ Higgins. "Dietary Composition and Daily Ration of Juvenile King Crab in the Southeastern Bering Sea". *In Proceedings of the MMS/NOAA Information Meeting, February 7, 1989, Anchorage, Alaska*, 1989.

Pearson, WH, JR Skalski, and CI Malme. "Effects of Sounds from Seismic Survey Devices on Fish Behavior and Catchability". *Presented at the 1989 Annual Meeting of the American Fisheries Society, Anchorage, Alaska, September 4-8*, 1989.

Pearson, WH, JR Skalski, SD Sulkin, and CI Malme. Work Plan for Study of the Effects of Seismic Energy Releases on the Zoeal Larvae of Dungeness Crab. PNWD-1193. *Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1988.

Pearson, WH. "Potential Physiological Impacts on Migratory Behavior". *Presented at the Workshop on Effects of Dredging on Anadromous Fishes on the Pacific Coast, Seattle, Washington, September 8-9*, 1988.

Pearson, WH, JQ Word, JR Skalski, R Lucke, JM Gurtisen, P Wilkinson, and JA Strand. "Sampling Strategies for a Reconnaissance of Petroleum Contamination in the Port Angeles-Sequim Bay Region, Washington". *Presented at the First Annual Meeting on Puget Sound Research, Seattle, Washington, March 18-19*, 1988.

Pearson, WH, and DL Woodruff. Effects of Proposed Dredged Materials from Grays Harbor on Bait Odor Response in Dungeness Crab (Cancer magister).  PNL 6436. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1987.

Pearson, WH, DL Woodruff, P Wilkinson, JS Young, HL McCartney, and DC Klopfer. Data Report for the 1984-1985 Ocean Surveys to Investigate Potential Ocean Disposal Sites off Grays Harbor, Washington.  PNL-6280. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1987.

Word, JQ, JR Skalski, WH Pearson, JA Strand, RB Lucke, JA Ward. Effectiveness of Cleaning Oiled Beach Sediments at Ediz Hook Following the ARCO ANCHORAGE Oil Spill. *Prepared for ARCO Marine, Inc. by Battelle/Marine Sciences Laboratory, Sequim, Washington*, 1987.

Pearson, WH. Conceptual Plan for the Management and Monitoring of Two Ocean Disposal Sites off Grays Harbor, Washington.  PNL 6420. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1987.

Pearson, WH, JR Skalski, and CI Malme. Effects of Sounds from a Geophysical Survey Device on Fishing Success.  OCS Study MMS 87 0020. *Prepared for the Department of the Interior, Minerals Management Service, Pacific Outer Continental Shelf Region by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1987.

Pearson, WH. Conclusions of the Third Meeting of the Crab Study Panel Examining Issues Related to Dungeness Crab for the Grays Harbor Navigation Improvement Project.  PNL 6257. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1987.

Walt Pearson Ph.D.
Senior Environmental Consultant

Riznyk, RZ, JT Hardy, WH Pearson, and L Jabs. "Short Term Effects of Polynuclear Aromatic Hydrocarbons on Sea-Surface Microlayer Phytoneuston". *Bull. Environ. Contamin. Toxicol. 38:1037 1043*, 1987.

Pearson, WH, and DL Woodruff. "Effects of Dredged Materials from Grays Harbor on Crab Chemoreception". *Presented at the Annual Meeting of the Pacific Division of the National Shellfisheries Association, Nanaimo, British Columbia, Canada, September 11-12*, 1987.

Pearson, WH. Qualitative Assessment of Impacts on Dungeness Crab from Disposal of Dredged Materials from Grays Harbor.  PNL 6405. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1987.

Word, JQ, WH Pearson, JR Skalski, JM Gurtisen, RB Lucke, JA Strand. Reconnaissance of Petroleum Contamination from the ARCO ANCHORAGE Oil Spill at Port Angeles, Washington, and Its Influence on Selected Areas of the Strait of Juan de Fuca. *Prepared for ARCO Marine, Inc., by Battelle/Marine Sciences Laboratory, Sequim, Washington; Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1986.

Pearson, WH, DL Woodruff, P Wilkinson, JS Young, HL McCartney, and DC Klopfer. Draft Data Report for the 1984-1985 Ocean Surveys to Investigate Potential Ocean Disposal Sites off Grays Harbor, Washington. PNL-6158. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1986.

Pearson, WH. Bibliography Rockfish and the Effects of Sounds on Fish. *Prepared for Battelle, Columbus Operations, Columbus, Ohio, by Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1986.

Elston. RA, and WH Pearson. "Idiopathic Enteropathy in the Larval Pacific Herring, Clupea harengus pallasi (Valenciennes)". *J. Wildl. Dis. 22:140 143*, 1986.

Armstrong, DW, and WH Pearson. "Early Life History of Juvenile Blue King Crab, Paralithodes platypus, Around the Pribilof Islands". *In Proceedings of the International King Crab Symposium, University of Alaska.  pp.211 229.  Sea Grant Publication No. 85 12, Fairbanks, Alaska*, 1986.

Pearson, WH, DL Woodruff, SL Kiesser, GW Fellingham and RA Elston. Oil Effects on Spawning Behavior and Reproduction in Pacific Herring (Clupea harengus pallasi). *Final Report.  Prepared for American Petroleum Institute by Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1985.

Pearson, WH. Options for Avoidance and Mitigation of Crab Losses during Dredging of Grays Harbor, Washington.  PNL 5419. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1985.

Pearson, WH. Executive Summary:  Cruise Plan for the Fall 1985 Cruise - Grays Harbor Navigation Improvement Project.  PNL 5598. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1985.

Pearson, WH. Chief Scientist's Report for the Spring 1985 Cruise   Ocean Surveys to Select and Characterize an Ocean Disposal Site off Grays Harbor, Washington - Grays Harbor Navigation Improvement Project.  PNL 5713. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1985.

Phelps, HL, WH Pearson, and JT Hardy.  "Clam Burrowing Behavior and Mortality Related to Sediment Copper". *Mar. Pollut. Bull. 16:309 313*, 1985.

# Walt Pearson Ph.D.
Senior Environmental Consultant

Pearson, WH. Chief Scientist's Report for the Fall 1985 Cruise   Ocean Surveys to Select and Characterize an Ocean Disposal Site off Grays Harbor, Washington - Grays Harbor Navigation Improvement Project. PNL 5608. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1985.

Pearson, WH. Conceptual Plan for Oceanographic Surveys to Select and Characterize Ocean Disposal Sites. PNL 5313. *Prepared for the U.S. Army Corps of Engineers, Seattle District, by Battelle/Marine Sciences Laboratory, Sequim, Washington.  Published by Pacific Northwest Laboratory, Richland, Washington*, 1984.

Olla, BL, AJ Bejda, AL Studholme, and WH Pearson. "Sublethal Effects of Oiled Sediment on the Sand Worm, Nereis (Neanthes) virens:  Induced Changes in Burrowing and Emergence". *Mar. Environ. Res. 13:121 139*, 1984.

Pinto, JM, WH Pearson, and JW Anderson. "Sediment Preferences and Oil Contamination in the Pacific Sand Lance, Ammodytes hexapterus". *Mar. Biol. 83:193 204*, 1984.

Pearson, WH. Feeding Ecology of Juvenile King and Tanner Crab in the Southeastern Bering Sea. *Prepared for National Oceanic and Atmospheric Administration, Office of Marine Pollution Assessment by Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1984.

Pearson, WH, DL Woodruff, PC Sugarman, and BL Olla. "The Burrowing Behavior of Sand Lance, Ammodytes hexapterus:  Effects of Oil Contaminated Sediment". *Mar. Environ. Res. 11:17 32*, 1984.

Pearson, WH, DW Armstrong, and PA Fishman. "Lessons from Surveys of Juvenile King Crab: Misconceptions, Patchy Habitat, and Inadequate Gear". *Presented at the North Pacific Workshop Invertebrate Stock Assessment and Management, Nanaimo, British Columbia, Canada, May 7-10, 1984*.

Pearson, WH. Oil Effects on Spawning Behavior and Reproduction in Pacific Herring (Clupea harengus pallasi) for the 1983 Season. *Prepared for American Petroleum Institute by Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1983.

Olla, BL, AJ Bejda, and WH Pearson. "Effects of Oiled Sediment on Burrowing Behavior of the Hard Clam, Mercenaria mercenaria". *Mar. Environ. Res. 9:183 193*, 1983.

Phelps, HL, JT Hardy, WH Pearson, and CW Apts. "Clam Burrowing Behavior:  Inhibition by Copper Enriched Sediment". *Mar. Pollut. Bull. 14:452 455*, 1983.

Sugarman, PC, WH Pearson, and DL Woodruff. "Salinity Detection and Associated Behavior in the Dungeness Crab, Cancer magister". *Estuaries 6:380 385*, 1983.

Pearson, WH, SE Miller, JW Blaylock, and BL Olla. "Detection of the Water Soluble Fraction of Crude Oil by the Blue Crab, Callinectes sapidus". *Mar. Environ. Res. 5:3 11*, 1983.

Pearson, WH. Oil Effects on Spawning Behavior and Reproduction in Pacific Herring (Clupea harengus pallasi) for the 1982 Season. *Prepared for American Petroleum Institute by Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1982.

Anderson, JW, WH Pearson, and JR Vanderhorst. Effects of Chemically Dispersed Oil in a Shellfish Bed. *Prepared for Exxon Production Research Company by Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1982.

Anderson, JW, JR Vanderhorst, and WH Pearson. Effects of Chemically Dispersed Oil on Shellfish. *Prepared for Exxon Production Research Company by Battelle, Pacific Northwest Laboratories, Richland, Washington*, 1981.

Walt Pearson Ph.D.
Senior Environmental Consultant

Olla, BL, WH Pearson, PC Sugarman, DL Woodruff, and JW Blaylock. The Effects of Petroleum Hydrocarbons on Chemoreception and Behavior in the Dungeness crab, Cancer magister. *U.S. Environmental Protection Agency Research and Development Publication EPA-600/7-81-093.  Federal Interagency Energy/Environment Research and Development Program, National Oceanic and Atmospheric Administration, Boulder Colorado, and U.S. Environmental Protection Agency, Washington, D.C,* 1981.

Pearson, WH, DL Woodruff, PC Sugarman, and BL Olla. "Effects of Oiled Sediment on Predation on the Littleneck Clam, Protothaca staminea, by the Dungeness Crab, Cancer magister". *Estuarine, Coastal and Shelf Sci. 13:445 454*, 1981.

Pearson, WH, PC Sugarman, DL Woodruff, and BL Olla. "Impairment of the Chemosensory Antennular Flicking Response in the Dungeness Crab, Cancer magister, by Petroleum Hydrocarbons". *Fish. Bull. 79:641 647*, 1981.

Pearson, WH, DL Woodruff, SE Miller, PC Sugarman, and BJ Higgins. "Effects of Contaminated Sediment on Predation of Littleneck Clams, Protothaca staminea, by Dungeness Crabs, Cancer magister". *Presented at the International Conference of Estuarine Research Federation, Gleneden, Oregon, November 1-5,* 1981.

Pearson, WH, and BL Olla. "Threshold for Detection of Naphthalene and Other Behavioral Responses by the Blue Crab, Callinectes sapidus". *Estuaries 3:224 229*, 1980.

Pearson, WH, PC Sugarman, DL Woodruff, and BL Olla. "Impairment of Chemosensory Food Detection in the Dungeness Crab, Cancer magister, by Petroleum Hydrocarbons". *Amer. Zool. 20(4): 1088 (Abstract)*, 1980.

Olla, BL, AL Studholme, and WH Pearson. "Behavior as a Measure of Adaptation". *In Proceedings of Workshop on Joint USSR USA Research Program on Physiology and Biochemistry of Aquatic Animals., pp.163 169.  U. S. Department of Commerce, National Oceanic and Atmospheric Administration, and Belle W. Baruch Institute for Marine Biology and Coastal Research, Columbia, South Carolina*, 1980.

Olla, BL, WH Pearson, and AL Studholme. "Applicability of Behavioral Measures in Environmental Stress Assessment". *Rapp. P. V Reun. Cons. Int. Explor. Mer. 179:162 173*, 1980.

Pearson, WH, SE Miller, and BL Olla. "Chemoreception in the Food Searching and Feeding Behavior in the Red Hake, Urophycis chuss". *J. Exp. Mar. Biol. Ecol., 48:139 150*, 1980.

Pearson, WH, and BL Olla. "Threshold for Detection and Feeding Behavior in the Dungeness Crab, Cancer magister (Dana)". *J. Exp. Mar. Biol. Ecol. 39:65 78*, 1980.

Pearson, WH, PC Sugarman, DL Woodruff, JW Blaylock, and BL Olla. "Detection of Petroleum Hydrocarbons by the Dungeness Crab, Cancer magister". *Fish. Bull. 78:821 826*, 1980.

Sugarman, PC, WH Pearson, and DL Woodruff. "Detection Thresholds and Behavioral Responses to Salinity Changes by the Dungeness Crab, Cancer magister". *Amer. Zool. 20(4):  (Abstract)*, 1980.

Pearson, WH, SE Miller, and BL Olla. "Possible Psychophysical Power Functions in Marine Organisms". *Presented at the meeting of Association for Chemoreception Sciences, Sarasota, Florida, May 4-8,* 1980.

Pearson, WH, PC Sugarman, DL Woodruff, and BL Olla. "Impairment of Chemosensory Food Detection in the Dungeness Crab, Cancer magister, by Petroleum Hydrocarbons". *Presented at the Annual Meeting of the American Society of Zoology, Seattle, Washington, December 27-30,* 1980.

Walt Pearson Ph.D.

Senior Environmental Consultant

Sugarman, PC, WH Pearson, and DL Woodruff. "Detection Thresholds and Behavioral Responses to Salinity Changes by the Dungeness Crab, Cancer magister". *Presented at the Annual Meeting of the American Society of Zoology, Seattle, Washington, December 27 30*, 1980.

Pearson, WH, PC Sugarman, DL Woodruff, and BL Olla. "Thresholds for Detection and Feeding Behavior in the Dungeness Crab, Cancer magister (Dana)". *J. Exp. Mar. Biol. Ecol.  39:65 78*, 1979.

Pearson, WH, and BL Olla. "Detection of Naphthalene by the Blue Crab, Callinectes sapidus". *Estuaries 2:64 65*, 1979.

Pearson, WH, and BL Olla. "Chemoreception in the Blue Crab, Callinectes sapidus". *Biol. Bull. 153:346 354*, 1977.

Pearson, WH, and RL Holton. "PCB and the Activities Budget of the Crab Hemigraspus oregonensis". *In Estuarine Processes. Volume I. Uses, Stresses and Adaptation to the Estuary.  Martin Wiley (ed.) pp.290 301. Academic Press, New York, New York*, 1976.

Exhibit B

## References

Boehm, PD, JM Neff, DS Page.  2007.  Assessment of polycyclic aromatic hydrocarbons in the waters of Prince William Sound after the *Exxon Valdez* oil spill: 1989-2055.  *Marine Pollution Bulletin* 54: 339-367

Brown, ED, BL Norcross, JW Short.  1996.  Introduction to Studies on the Effects of the (Exxon Valdez) Oil Spill on Early Life History Stages of Pacific Herring, (*Clupea pallasi*), in Prince William Sound, Alaska. *Canadian Journal of Fisheries and Aquatic Sciences* 53: 2337-42.

Carls, MG, GD Marty, JE Hose.  2002.  Synthesis of the Toxicological Impacts of the Exxon Valdez Oil Spill on Pacific Herring (*Clupea pallasi*) in Prince William Sound, Alaska, U.S.A. *Canadian Journal of Fisheries and Aquatic Sciences* 59: 153-72.

Cooney RT, JR Allen, MA Bishop et al.  2001.  Ecosystem controls of juvenile pink salmon (*Onchorynchus gorbuscha*) and Pacific herring (*Clupea pallasi*) populations in Prince William Sound, Alaska, fisheries. *Fisheries Oceanography* 10 (Suppl 1):1–13

Deriso RB, MN Maunder, JR Skalski.  2007.  Variance estimation in integrated assessment models and its importance for hypothesis testing.  *Canadian Journal of Fisheries and Aquatic Sciences* 64(2):187–197

Deriso, RB, MN Maunder, WH Pearson.  2008.  Incorporating Covariates into Fisheries Stock Assessment Models with Application to Pacific Herring.  *Ecological Applications* 18(5): 1270-86.

Elston, RA, TR Meyers.  2009.  Effect of Viral Hemorrhagic Septicemia Virus on Pacific Herring in Prince William Sound, Alaska, from 1989 to 2005.  *Diseases of Aquatic Organisms* 83(3): 223-46.

Eslinger, DL, RT Cooney, CP McRoy et al.  2001.  Plankton dynamics: observed and modeled responses to physical conditions in Prince William Sound, Alaska.  *Fisheries Oceanography* 10(Suppl 1): 81-96.

Hay, DE, R Toresen, R Stephenson et al.  2001. Taking stock: an inventory and review of world herring stocks in 2000.  In: F Funk, J Blackburn, D Hay et al. (eds) *Proceedings of the 18th Lowell Wakefield Fisheries Symposium, Herring 2000: Expectations for a New Millennium*, Anchorage, Alaska, February 23–26, 2000, AK-SG-01-04, University of Alaska Sea Grant College Program, Fairbanks, pp381–454

Hay, DE.  1985.  Reproductive Biology of Pacific Herring (*Clupea harengus pallasi*). *Canadian Journal of Fisheries and Aquatic Sciences* 42 (Suppl. 1): 111-26.

Hjort, J.  1914.  Fluctuations in the great fisheries of the Northern Europe viewed in the light of the biological research. *Cons Perm Int Explor Mer Rapp et Proc-Verb Reun* 20:1–228

Hulson, P-JF, SE Miller, TJ Quinn, GD Marty, SD Moffitt, F Funk.  2008.  Data Conflicts in Fishery Models: Incorporating Hydroacoustic Data into the Prince William Sound Pacific Herring Assessment Model.  *ICES Journal of Marine Science: Journal du Conseil* 65(1): 25-43.

Marty, GD.  2007.  Evidence That the Exxon Valdez Oil Spill Did Not Cause the 1993 Disease Epidemic in the Pacific Herring Population of Prince William Sound Alaska. In: SD Rice, MG Carls (eds).  *Prince William Sound Herring: An Updated Synthesis of Population Declines and Lack of Recovery.* Anchorage:  Exxon Valdez Oil Spill Trustee Council.

Marty, GD, EF Freiberg, TR Meyers, J Wilcock, TB Farver, DE Hinton.  1998.  Viral Hemorrhagic Septicemia Virus, *Ichthyophonus hoferi*, and Other Causes of Morbidity in Pacific Herring *Clupea pallasi* Spawning in Prince William Sound, Alaska, USA.  *Diseases of Aquatic Organisms* 32(1): 15-40.

Marty, GD, P-JF Hulson, SE Miller, TJ Quinn II, S Moffitt, R Merizon.  2010.  Failure of Population Recovery in Relation to Disease in Pacific Herring.  *Diseases of Aquatic Organisms* 90(1): 1-14.

Marty, GD, TJ Quinn II, G Carpenter, TR Meyers, NH Willits.  2003.  Role of Disease in Abundance of a Pacific Herring (*Clupea pallasi*) Population.  *Canadian Journal of Fisheries and Aquatic Sciences* 60(10): 1258-65.

Norcross, BL, ED Brown, RJ Foy, M Frandsen, SM Gay, TC Kline, DM Mason, EV Patrick, AJ Paul, KDE Stokesbury.  2001.  A Synthesis of the Life History and Ecology of Juvenile Pacific Herring in Prince William Sound, Alaska.  *Fisheries Oceanography* 10: 42-57.

Pearson, WH, RB Deriso, RA Elston, S Hook, K Parker, J Anderson.  2011.  Hypotheses Concerning the Decline and Poor Recovery of Pacific Herring in Prince William Sound, Alaska. *Reviews in Fish Biology and Fisheries* (2011): 1-41.

Pearson, WH, RA Elston, RW Bienert, AS Drum, LD Antrim. 1999.  Why Did the Prince William Sound, Alaska, Pacific Herring (*Clupea pallasi*) Fisheries Collapse in 1993 and 1994?: Review of Hypotheses.  *Canadian Journal of Fisheries and Aquatic Sciences* 56(4): 711.

Pearson, WH, RA Elston, K Humphrey, RB DeRiso.  In Press.  Herring, Chapter 13.  In:  JA Wiens (ed).  *Oil in the Environment: Legacies and Lessons from the Exxon Valdez Oil Spill.* Cambridge University Press.

Pearson, WH, E Moksness, JR Skalski.  1995.  A Field and Laboratory Assessment of Oil Spill Effects on Survival and Reproduction of Pacific Herring Following the Exxon Valdez Spill. In:

PG Wells, JN Butler, JS Hughes (ed). *Exxon Valdez Oil Spill: Fate and Effects in Alaskan Water*. Philadelphia: American Society for Testing and Materials, pp626-661.

Quinn, TJ, II, GD Marty, J Wilcock, M Willette.  2001.  Disease and Population Assessment of Pacific Herring in Prince William Sound, Alaska.  In: F Funk, J Blackburn, D Hay et al (eds) *Proceedings of the 18th Lowell Wakefield Fisheries Symposium, Herring 2000: Expectations for a New Millennium.* Anchorage, Alaska, February 23–26, 2000, AK-SG-01-04, University of Alaska Sea Grant College Program, Fairbanks, Anchorage, Alaska, February 23–26, 2000, AK-SG-01-04, University of Alaska Sea Grant College Program, Fairbanks, pp363-379.

Rice, S, and MG Carls.  2007.  Executive Summary.  In:  SD Rice, MG Carls (eds). *Prince William Sound Herring: An updated synthesis of population declines and lack of recovery - Final Report*, Restoration Project 050794.  Anchorage: Exxon Valdez Oil Spill Trustee Council.

Rothschild BJ.  1986.   *Dynamics of Marine Fish Populations*. Cambridge: Harvard University Press.

Spies, RB.  2007.  *Long-Term Ecological Changes in the Northern Gulf of Alaska*. Amsterdam: Elsevier.

Southward, AJ, GT Boalch, L Maddock.  1988.  Fluctuations in the herring and pilchard fisheries of Devon and Cornwall linked to change in climate since the 16th century.  *Journal of the Marine Biological Association, United Kingdom* 68:423–445

Stephenson, RL. 1997.  Success and failures in the management of Atlantic herring fisheries: Do we know why some have collapsed and others survived?  In: DA Hancock, DA Smoth, DC Grant, A Beumer, et al. (eds).  *Developing and Sustaining World Fisheries Resources, The State of the Science and Management, Proceedings of the 2nd World Fisheries Congress*, Brisbane, Australia, July 28-August 2, 1996, CSIRO Publishing, Collingwood, Victoria, Australia, pp44-54.

Stephenson, RL.  2001.  The role of herring investigations in shaping fisheries science. In: F Funk, J Blackburn, D Hay et al (eds) *Proceedings of the 18th Lowell Wakefield Fisheries Symposium, Herring 2000: Expectations for a New Millennium*, Anchorage, Alaska, February 23–26, 2000, AK-SG-01-04, University of Alaska Sea Grant College Program, Fairbanks, pp1–20