# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * | |
| | * * * | HONORABLE CARL J BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-97 |
| | * * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

## DECLARATION OF MARIA TRAVIS

I, Maria Travis, hereby declare and state as follows:

1. I am over the age of 21 years and a resident of the State of Texas. Unless otherwise stated, I have personal knowledge of the facts set forth herein, including a review of materials described herein and, if called to do so, could testify truthfully thereto.

2. I am Director of Claims for the Gulf Coast Restoration Organization, BP North America Inc. In this position, I am responsible for BP's current Claims Program as well as BP's funding and other obligations pursuant to the Economic Loss and Property Damage Settlement Agreement. In addition, I previously served as Head of Finance – Claims, and was responsible

1

for financial matters regarding BP's prior claims program that predated the Gulf Coast Claims Facility ("GCCF"), as well as with BP's funding obligations in connection with the GCCF and other financial matters concerning claims activity within the Gulf Coast Restoration Organization.

3. As of September 30, 2012, BP has incurred and/or paid approximately $15.5 billion in costs (both costs directly incurred and costs incurred by and reimbursed to third parties) in connection with response and other cleanup efforts in connection with the Deepwater Horizon spill.

4. As of September 30, 2012, the total costs of business and individual claims payments and claims administration for the BP pre-GCCF claims process and the GCCF (including GCCF payments during the Court-supervised Transition Process) were approximately $8 billion.

5. On or about April 16, 2012, BP estimated that the total cost of the Economic Loss and Property Damage Settlement and the Medical Benefits Settlement will be approximately $7.8 billion.

6. BP has taken a total charge of $38 billion for the spill and associated cleanup and compensation costs.

7. BP established the $20 billion Deepwater Horizon Oil Spill Trust to fund (i) claims resolved and settled by the GCCF; (ii) amounts owed by BP pursuant to final judgments or settlement agreements that are resolved outside of the GCCF process; (iii) natural resource damage costs (including assessment costs); and (iv) state and local government response costs.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 22, 2012

                                                */s/ Maria Travis*
                                                Maria Travis