# Exhibit 13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig<br>    *"Deepwater Horizon"* in the Gulf<br>    of Mexico, on April 20, 2010 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL 2179<br><br>SECTION J<br><br><br>HONORABLE CARL J.<br>BARBIER<br><br><br>MAGISTRATE JUDGE<br>SHUSHAN |
| Applies to: All Cases | | |

## Supplemental Declaration Submitted by John W. Tunnell, Jr., Ph.D.

1.  I, John W. Tunnell, Jr., Ph.D., submit this supplemental declaration in support of BP Defendants' Reply Memorandum in Support of Their Motion for Final Approval of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012. The opinions, statements, and conclusions expressed in this declaration are my own.

2.  I am currently Associate Director and Endowed Chair of Biodiversity and Conservation Science at the Harte Research Institute (HRI) for Gulf of Mexico Studies, and Professor of Biology, Fulbright Scholar, and Regent's Professor in the Department of Life Sciences, College of Science and Engineering, Texas A&M University-Corpus Christi (TAMU-CC). I am a marine biologist/ecologist focusing primarily on coastal and coral reef ecosystems, including the effects of oil spills on these environments. Additional qualifications and experience are listed in my Declaration filed on August 13, 2012 ("Declaration").

3.  I have reviewed the objections filed by GO FISH,[1] Bay Haven Enterprises LLC et al.,[2] Werner et al.,[3] Apalachicola Bay Seafood Workers,[4] the declarations filed by Dr. Edwin

---

[1] Objections to the Proposed *Deepwater Horizon* Settlement Class by Gulf Organized Fisheries in Solidarity & Hope (Sept. 7, 2012).
[2] Statement of Objections [As to Economic and Property Damages Class Members] (Sept. 7, 2012).
[3] Statement of Objections to the *Deepwater Horizon* Economic and Property Damages Settlement Agreement by Disparately Treated Class Members (Aug. 31, 2012).
[4] Emergency Motion to Challenge Class Action Settlement for Apalachicola Bay Seafood Workers (Sept. 13, 2012).

Cake[5] and Marc Vellrath,[6] and the responses filed by the State of Louisiana[7] and the
United States,[8] including the exhibits cited by the U.S. and attached to its response in
relevance to the Seafood Compensation Program (exhibits 13-28). Nothing in these
materials causes me to alter the conclusion, as stated in my Declaration, that most of the
fishery species relevant for the Seafood Compensation Program appear to be within pre-
spill landings and population trends in most areas of the northern Gulf.  Decl. ¶ 71.
Additionally, I have reviewed the National Oceanic and Atmospheric Administration
(NOAA) commercial landings data released since my Declaration, as explained in more
detail below. These data further confirm and support the conclusions in my Declaration.

### Use of Landings Data

4.  In my August Declaration, I used a variety of data to draw conclusions about the current
    status and historical trends of key commercial seafood species in the northern Gulf.
    Some objectors criticized the use of commercial landings data.  However, state and
    federal fishery managers use landings data to assist in assessing past catch levels and in
    determining future catch limits. In addition, landings data are used in peer-reviewed
    literature when assessing the status of fisheries. Fishery-dependent data are usually used
    along with fishery-independent data, when possible and available, to get a fuller picture
    of the status of a fishery or population to be fished. This is why I used both fishery-
    dependent (landings) data and fishery-independent (population) data from the federal
    government in offshore waters (SEAMAP) and Louisiana data in inshore state waters
    (Louisiana Department of Wildlife and Fisheries), as well as peer-reviewed literature and
    other data.

### NOAA 2011 Data

5.  Since my August Declaration, NOAA released its 2011 landings data for the northern
    Gulf of Mexico fisheries species.[9]  These new data are consistent with the data that I
    analyzed and discussed in my Declaration.  As discussed below, the 2011 NOAA data
    confirm and support my conclusions related to the four principal shellfish species in the
    Seafood Compensation Program (brown and white shrimp, oyster, and blue crab), as well
    as the finfish species discussed in my Declaration (vermilion snapper, red snapper, red
    grouper, black drum, and yellowfin tuna).

---

[5] Declaration of Edwin Cake, Jr. PhD (Sept. 7, 2012).
[6] Declaration of Marc Vellrath Regarding the Proposed Economic & Property Damages Settlement Agreement
(Aug. 31, 2012).
[7] State of Louisiana's Memorandum in Response and in Opposition to BP's and PSC's Motions for Final Approval
of Economic & Property Damages Class Settlement (Sept. 7, 2012).
[8] Memorandum of the United States of America in Response to "BP Defendants' Memorandum in Support of
Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement" [Rec. Doc. 7114]
(Aug. 31, 2012).
[9] NOAA, Annual Commercial Landing Statistics,
http://www.st.nmfs.noaa.gov/st1/commercial/landings/annual_landings.html

**Shrimp**

6. In my Declaration, I discussed long-term landings data for brown and white shrimp as presented by Nance (2011).[10] The last year of data presented in Nance (2011) was 2010. My conclusion was that these data, in combination with other available data, showed the long-term variability of commercial shrimp landings. The 2011 NOAA commercial landings data released since my August Declaration add an additional data point to the long-term fluctuating trend (Figures 1 and 2). These data confirm that the northern Gulf of Mexico shrimp stocks appear to be normal, within annual trends of pre-spill years.



Figure 1 – Gulf-wide (U.S.) brown shrimp (whole shrimp) commercial landings (1962-2011). Data from NOAA website, http://www.st.nmfs.noaa.gov/st1/commercial/index.html

[10] Nance, J.M. 2011. Stock assessment report 2010 Gulf of Mexico shrimp fishery. Report for the Gulf of Mexico Fishery Management Council. NOAA NMFS SEFSC Galveston Laboratory. 16 p.



Figure 2 – Gulf-wide (U.S.) white shrimp (whole shrimp) commercial landings (1962-2011). Data from NOAA website, http://www.st.nmfs.noaa.gov/st1/commercial/index.html.

7.  NOAA has also released two subsequent months of NOAA Fisheries Market News data. In my August Declaration, I plotted ten years of available data for the months of January through June. The data through August are now available, and the trend is consistent with the January to June trend identified in my Declaration. Accordingly, my conclusions regarding the significance of these data for status and trends of shrimp in the northern Gulf remain the same.

**Oysters**

8. According to the 2011 NOAA landings data, Eastern oyster landings were 18.4 million pounds of meats (Figure 3). This number is 1.1 million pounds higher than that reported in the Gulf States Marine Fisheries Commission (GSMFC) data used in my August Declaration. These higher reported landings data are consistent with the conclusions in my August Declaration regarding the current status and trends of oyster populations.



Figure 3 – Gulf-wide (U.S.) Eastern oyster (pounds of meats) commercial landings (1950-2011). Data from NOAA website, http://www.st.nmfs.noaa.gov/st1/commercial/index.html

**Blue Crab**

9. According to NOAA, Blue crab landings in the northern Gulf in 2011 were 55.4 million pounds (Figure 4). These landings totals are 3.7 million pounds higher than the totals reported by GSMFC and discussed in my August Declaration. These higher reported landings data are consistent with the conclusions in my August Declaration regarding the status and trends of blue crab populations.



Figure 4 – Gulf-wide (U.S.) blue crab commercial landings (1950-2011). Data from NOAA website,  http://www.st.nmfs.noaa.gov/st1/commercial/index.html.

**Finfish**

10. In my August Declaration, I assessed the current status and historical trends of five commercially significant finfish species in the northern Gulf.  The 2011 NOAA commercial landings data for finfish are consistent with the data discussed in my August Declaration.  Where GSMFC and NOAA data differ, the new NOAA data report higher landings totals.  For instance, NOAA 2011 data show that:

    a. commercial landings of vermilion snapper (excluding Mississippi)[11] were about 4 thousand pounds above the figures previously reported by GSMFC and used in my August Declaration.

    b. commercial landings of red snapper Gulf-wide were 3.48 million pounds (excluding Mississippi).[12]  These landings are higher (by over 700,000 pounds) than the 2011 landings figures depicted Figure 14 in my August Declaration.

---

[11] As explained in the Declaration, available data for Mississippi are incomplete.

[12] As explained in the Declaration, available date for Mississippi are incomplete.

    c.  Florida red grouper landings[13] were approximately 1,000 pounds higher than those reported by GSMFC for 2011.

    d.  black drum landings were 5.297 million pounds, approximately 2,000 pounds higher than those reported by GSMFC for 2011.

    e.  yellowfin tuna landings for Florida and Louisiana[14] were approximately the same as the landings reported by GSMFC for 2011.

11. These new data from NOAA support and confirm the conclusions in my August Declaration that commercial harvests of the most valuable finfish in the northern Gulf of Mexico are within or above historic annual trends or average catches.

### Hurricane Isaac

12. The declaration by Dr. Cake and the objection by Bayhaven Enterprises, among others, mentioned potential effects of Hurricane Isaac. Hurricanes and other kinds of storms are common in the Gulf. I have reviewed the supplemental declaration of Dr. Elliott Taylor reporting on the results of SCAT assessment after Hurricane Isaac. According to Dr. Taylor's declaration, SCAT surveys conducted after Hurricane Isaac documented "limited, localized residual oil in areas where possible limited residual oiling was anticipated." He also noted that no residual oil was observed on any segments where no MC252 oil had ever been observed previously, with the exception of one segment where trace oiling was observed. Based on these data, the event of Hurricane Isaac does not cause me to change the opinions expressed in my August Declaration regarding the recovery of commercial fisheries in the northern Gulf of Mexico.

### Assertions About *Ixtoc-I* and Ongoing Studies

13. Dr. Edwin Cake, in his Declaration filed on 7 September 2012, claims that "[i]f oysters and other marine and estuarine species in Mexico's Laguna de Terminos have not fully recovered 33 years after the 1979 *Ixtoc-I* oil spill...then we can reasonably anticipate a similar slow recovery period for the shellfish resources in Alabama, Florida, Louisiana, and Mississippi" after the Deepwater Horizon spill.

14. Although there are no comprehensive, long-term, published scientific studies from this Bay of Campeche spill to document impacts, as noted in my Expert Opinion regarding recovery of the Gulf after the Deepwater Horizon,[15] Soto et al.[16] did report that the Campeche shrimp fishery returned to pre-spill landings levels just two years after the spill.

---

[13] As explained in the Declaration, data for other Gulf states are incomplete.

[14] As explained in the Declaration, data for states other than Louisiana and Florida are incomplete.

[15] Tunnell, J.W., Jr. 2011. An expert opinion of when the Gulf of Mexico will return to prespill harvest status following the BP Deepwater Horizon MC 252 oil spill. Harte Research Institute for Gulf of Mexico Studies. Corpus Christi, Texas. 52 p.

[16] Soto, L.A., A. Gracia and A. V. Botello. 1981. Study of the penaeid shrimp population in relation to petroleum hydrocarbons in Campeche Bank. Proceedings of the 33th Annual Session, 81-100. University of Miami: Gulf and Caribbean Fisheries Institute.

15. In addition, the oyster recovery mentioned by Dr. Cake is in regards to the tropical, mangrove oyster common in the southern Gulf of Mexico, not the Eastern oyster found in the northern Gulf. The mangrove oyster grows in the intertidal zone attached to the prop roots of the red mangrove tree along shallow shorelines, and they were apparently oiled repeatedly during the Ixtoc oil spill, according to local fishermen (personal communication by me during three visits during 2010). However, in the northern Gulf, the primary oyster fisheries are in subtidal zones, and therefore oil generally floats, or passes, over these subtidal reefs, rather than directly impacting them. As noted in my Declaration (page 17, footnote 21), I have seen no data that indicates that there was oiling of oyster beds in connection with the Deepwater Horizon oil spill, and the Louisiana Department of Fish and Wildlife stated that "no direct oiling of sampled reefs was noted" during July 2010 sampling for their Annual Stock Assessment.[17] Furthermore, as I discussed in my declaration, despite current low levels of oyster stocks in the northern Gulf due to too much freshwater inflow from freshwater diversions and flooding in Louisiana in 2010 and 2011, the 2011 Gulf harvest is within long-term historical trends (Decl. ¶ 45).[18]

16. As compared to the Ixtoc I oil spill, the Deepwater Horizon spill affected a smaller area of the Gulf and occurred over 87 days rather than more than 9 1/2 months. The long duration of the Ixtoc spill, over three seasons with shifting wind patterns, was an important factor in its effects on various coastal environments. In summary, for many reasons, including those discussed above, Dr. Cake's analogy or comparison between Ixtoc and Deepwater Horizon is inappropriate.

17. Apalachicola Bay Seafood Workers assert that the Deepwater Horizon oil spill led to a collapse of "all bottom marine seafood" in Apalachicola Bay, a recent declaration of local state emergency, and a request by Florida Governor Rick Scott for a federal declaration of a commercial fisheries failure. However, Governor Scott's request (attached as Exhibit A) was limited to oysters and stated that the damage to oysters was caused primarily by an ongoing drought in the Apalachicola basin and overharvesting of illegal and sublegal oysters in that area.

18. Finally, some objections and responses cited or referred to particular studies or analyses of dispersants and toxicity. These studies are on-going, and the available results of this on-going research cited in the objections and responses do not alter the conclusions I formed after reviewing the data and studies cited in my Declaration. According to the study on killifish and the study on phytoplankton cited in these submissions, the authors presented that there were short-term impacts to these species, but made no conclusions as to any long-term impacts. These short-term laboratory conclusions do not alter my long-

---

[17] LDWF (Louisiana Department of Wildlife and Fisheries). 2010. Oyster stock assessment report of the public oyster areas in Louisiana. Oyster Data Report Series No. 16. Louisiana Department of Wildlife and Fisheries.
[18] After my August Declaration was submitted, LDWF released its stock assessment for the public oyster grounds in Louisiana for 2010-2011. I have reviewed this stock assessment. The material presented in the stock assessment is consistent with my general conclusion about oyster resources in the northern Gulf stated above. The most recent stock assessment also does not identify any oiled oyster reefs.

term view of the status of the commercial fishery species in the natural environment of the northern Gulf discussed in my Declaration.

### Conclusion

19. Nothing in the objections and other materials that I have reviewed since my August Declaration cause me to alter my opinion that most of the fishery species relevant for the Seafood Compensation Program appear to be within pre-spill landings and population trends in most areas of the northern Gulf.  NOAA commercial landings data released since my Declaration further support the conclusions in my Declaration.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Dated  10/22/2012

John W. Tunnell, Jr.

Exhibit A



**RICK SCOTT**
GOVERNOR

September 6, 2012

Ms. Rebecca Blank
Acting Secretary
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, D.C. 20230

Dear Secretary Blank:

On behalf of Florida's oyster industry, I respectfully request that you declare a
commercial fishery failure due to a fishery resource disaster for Florida's oyster
harvesting areas in the Gulf of Mexico, particularly those in Apalachicola Bay, pursuant
to Section 312(a) of the Magnuson-Stevens Fishery Management and Conservation Act.

The State of Florida has experienced an unprecedented decline in the abundance
of oysters within our coastal estuaries, a direct consequence of which has been a
significant loss of income to commercial oyster fishermen, oyster processors and rural
coastal communities.  Recent oyster resource assessments indicate that the outlook for
the 2012/2013 harvesting season is "poor" and unlikely to sustain commercial
harvesting levels.  I enclose a letter and report from Florida's Department of Agriculture
and Consumer Services (FDACS) assessing the current impacts.  The FDACS report
estimates the dockside value of oyster landed in Franklin County at $6.64 million in
2011, which translates to a larger and significant overall economic impact to the affected
communities.  After conferring with county leadership, Franklin County estimates the
employment impact to affect 2,500 jobs, including commercial oyster fishermen,
processors and related coastal economies.

According to the report, observations and sampling of oyster populations on the
primary oyster producing reefs in Apalachicola Bay during July 2012 indicated that
oyster populations were in poor condition. It is believed that a combination of factors
has led to the recent decline in oyster populations.

The Florida Panhandle and Apalachicola Bay, as the drainage basin of the
Apalachicola, Flint, and Chattahoochee Rivers, have experienced drought conditions for
several years resulting in reduced freshwater input into Apalachicola Bay. This absence

**THE CAPITOL**
TALLAHASSEE, FLORIDA 32399 • (850) 488-2272 • FAX (850) 922-4292

Ms. Rebecca Blank
Page Two
September 6, 2012

of freshwater contributes to higher salinity levels adversely affecting oyster populations and contributing to mass natural mortality events and a dramatic increase in oyster predation.

Harvesting pressures and practices were altered to increase fishing effort, as measured in reported trips, due to the closure of oyster harvesting in contiguous states during 2010.  This led to overharvesting of illegal and sub-legal oysters further damaging an already stressed population.   Other undetermined causes may also have been involved.

Disaster relief funds authorized by the Magnuson-Stevens Act are needed to: 1) further assess the primary and secondary causes of the oyster decline; 2) determine the feasibility of actions to remediate or restore the affected resources; 3) begin actions to prevent and restore affected resources; and 4) provide economic assistance to fishing communities and small businesses, including oyster fishermen affected by the disaster.

The State of Florida is prepared to provide the information necessary for you to properly assess this situation.  On behalf of Florida's oyster community, I thank you for your prompt consideration of this urgent request.

Sincerely,

Rick Scott
Governor



# FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
## COMMISSIONER ADAM H. PUTNAM
### THE CAPITOL

September 5, 2012

The Honorable Rick Scott
Governor
State of Florida
The Capitol, Plaza Level 05
Tallahassee, Florida 32399

Dear Governor Scott:

I am writing today to advise you of a situation that is quickly becoming a crisis for Florida's coastal communities who rely on a vibrant and healthy oyster population for economic viability. The oyster resources in the state, particularly those in Apalachicola Bay, have been significantly impacted by the prolonged drought that many areas of the state are facing. The drought conditions in the Bay have caused the oyster resources to decrease to a level that will no longer sustain Florida's commercial oyster industry. This situation has been exacerbated by the low level of fresh water coming down the Apalachicola River into the Bay.

As you know, oysters require a delicate balance of both fresh and salt water. If salinity levels in and around oyster reefs get too high, the water is hospitable to marine organisms that prey on oysters such as oyster drills, stone crabs and conchs. In addition, high salinity creates unfavorable conditions for juvenile oyster growth. First with Tropical Storm Debby and followed shortly thereafter by Tropical Storm Isaac, the already scarce resource was further impacted. A recent assessment of the oyster resources in the Bay conducted by the Florida Department of Agriculture and Consumer Service (FDACS) concluded that current oyster resource levels have not been this low since immediately after Hurricane Elena in 1985.

In addition to Apalachicola, we have already begun to hear from oyster harvesters in Wakulla, Dixie and Levy counties that they are also seeing high oyster mortality rates due to the drought. These areas have been closed seasonally to oyster harvesting through the summer and only opened on September 1, 2012. FDACS will conduct assessments on those areas over the next two weeks, however given the situation in Apalachicola Bay, it is likely these areas will also not support a sustained commercial harvest.



1-800-HELPFLA          (850) 488-3022          www.FreshFromFlorida.com

Governor Rick Scott
September 5, 2012
Page Two

On behalf of Florida's oyster harvesters and processors, I respectfully request that you ask United States Department of Commerce Acting Secretary Rebecca Blank to declare a federal fishery disaster for Florida's oyster harvesting areas in the Gulf. I believe the current conditions meet the requirements established in Section 312(a) of the Magnuson-Stevens Fishery Conservation and Management Act and Section 308(b) of the Interjurisdictional Fisheries Act and therefore warrant this request.

To assist in your consideration of this request, I am enclosing the Apalachicola Bay Oyster Resource Assessment Report. Thank you in advance for your support of Florida's commercial oyster industry. Should you need additional information on this situation, please do not hesitate to contact me.

Sincerely,

Adam H. Putnam
Commissioner of Agriculture

Enclosure

# Oyster Resource Assessment Report
## Apalachicola Bay
## August 2012
## Department of Agriculture and Consumer Services
## Division of Aquaculture

## Executive Summary

Observations and sampling of oyster populations on the primary oyster producing reefs in Apalachicola Bay during July 2012 indicated that oyster populations were depleted over most of the reef areas sampled and that surviving oyster populations are severely stressed.  Staff of the Department of Agriculture and Consumer Services' Division of Aquaculture conducted assessments of oyster populations after preliminary reconnaissance following the passage of Tropical Storm Debby indicated that oyster populations on Cat Point Bar and East Hole Bar were in poor condition.  More detailed sampling and analyses confirmed the condition of oyster resources and suggested that the poor condition was the result of combination of environmental factors and fishery practices.  Analyses and observations further suggested that Tropical Storm Debby was only a minor contributing factor to the overall poor condition of oyster resources and confirmed evidence that prolonged drought conditions, continuing low river discharge rates and intensive harvesting were adversely affecting oyster populations in Apalachicola Bay.

This report provides interpretative analyses of sampling data, fisheries data, environmental conditions, fishery practices and other factors to describe the current status of oyster resources and predict oyster fishery trends for the 2012/13 Winter Harvesting Season in Apalachicola Bay.  Analyses and observations indicate that a combination of factors have resulted in a cascading effect that has contributed to the depletion of oyster populations and may lead to longer-term debilitation of oyster resources and oyster reef habitats.

## Introduction

The Florida Department of Agriculture and Consumer Services (DACS) shares responsibility for managing oyster resources in Apalachicola Bay with the Florida Fish and Wildlife Conservation Commission (FWC); more specifically, the Division of Aquaculture manages oysters from both resource development and public health protection perspectives.   This report summarizes information related to oyster resource compiled by the Division of Aquaculture from 2009 through August 2012.

## Oyster Fisheries Statistics

Since 1980, reported landings of oysters in Florida ranged from about 1 to 6.5 million pounds of meats: highest landings were reported in the early 1980s, around 6.5 million pounds. Apalachicola Bay accounts for about 90% of Florida's landings and about 9% of the landings from the Gulf of Mexico (2000-2008 average).  Reported oyster landings from Apalachicola Bay for 2011 were approximately 2.4 million pounds of meat, representing a slight increase in landings from 2010 (Table 1).

In 2011, oystermen in Franklin County reported landings of 2,380,810 pounds of meats from 39,176 trips. Landings for Apalachicola Bay are higher than reported for Franklin County, because oystermen in neighboring counties may report landings from Apalachicola Bay in those counties.

Table 1.  Oyster Landings in Apalachicola Bay, Florida

| Year | Pounds (Meats) | Number of Trips Reported | AB Oyster Harvesting Licenses | Bags/ Trip |
|------|------|------|------|------|
| 2000 | 2,327,402 | 25,550 | 958 | 13.9 |
| 2001 | 2,333,968 | 25,261 | 1,135 | 14.1 |
| 2002 | 1,725,776 | 20,294 | 914 | 13.0 |
| 2003 | 1,449,890 | 18,467 | 759 | 12.0 |
| 2004 | 1,502,056 | 17,692 | 719 | 12.9 |
| 2005 | 1,260,996 | 12,663 | 714 | 15.2 |
| 2006 | 2,127,049 | 22,644 | 916 | 14.3 |
| 2007 | 2,645,359 | 29,104 | 1,142 | 13.9 |
| 2008 | 2,238,482 | 27,603 | 1,168 | 12.3 |
| 2009 | 2,695,701 | 39,942 | 1,433 | 10.2 |
| 2010 | 1,938,059 | 32,330 | 1,909 | 9.1 |
| 2011 | 2,380,810 | 39,176 | 1,799 | 9.3 |
| 2012 | | | 1,687 | |

Landings per trip remained relatively stable during 2010 and 2011, ranging from 9.1 to 9.3 bags per trip. Landings per trip continued to trend downward from about 15 bags per trip in 2005 to about 9.3 bags per trip in 2011. Oyster landings and bags per trip do not show a direct correlation with the number of ABOHL sold; there were 1,799 ABHOL sold in 2011 and 1,687 sold in 2012. The dockside value of oyster landed in Franklin County was estimated at $6.64 million in 2011.

Oyster landings appear to be correlated with three primary variables; resource availability, fishing effort, and market demand. Fishing effort has increased while market demand has been highly variable due to economic instability, concerns associated with the Deep Water Horizon (DWH) oil spill incident in 2010, and inconsistent supplies from other Gulf states.

## Oyster Resource Assessments

The Division has conducted oyster resource surveys on the principle oyster-producing reefs in Apalachicola Bay since 1982. This information is used by resource managers to reliably predict trends in oyster production; to monitor oyster population dynamics, including recruitment, growth, natural mortality, standing stocks; and to determine the impacts of climatic events such as hurricanes, floods, and droughts on oyster resources. Sampling oyster populations allows resource managers to compare the relative condition of standing stocks over time using a defined sampling protocol. The Standard Oyster Resource Management Protocol (SORMP) provides a

calculation to estimate production based on the density of legal size oysters collected during a defined sampling interval. Production estimates exceeding 400 bags of oysters per acre is applied as an indicator of healthy oyster reefs capable of sustaining commercial harvesting.

The Division of Aquaculture conducted oyster resource assessments on the commercially important oyster reefs in Apalachicola Bay during July 2012. Commercially important reefs included Cat Point Bar, East Hole Bar and the St. Vincent Bar and Dry Bar reef complex. Oyster resource assessments were also conducted on three recently rehabilitated reefs, and on shallow and intertidal reefs in St. Vincent Sound.

Production estimates for July 2012 from Cat Point Bar (287 bags/acre) and East Hole Bar (294 bags/acre) were the lowest production estimates reported in the past twenty years prior to the opening of the Winter Harvesting Season. Similarly, production estimates from St. Vincent Bar and Dry Bar (bags per acre) demonstrated depressed production estimates. Estimated oyster population parameters for Cat Point Bar, East Hole Bar and St. Vincent / Dry Bar are below levels generally observed on these reefs prior to opening the Winter Harvesting Season, and suggest that stocks are not sufficiently abundant at this time to support commercial harvesting throughout the Winter Harvesting Season. Factors affecting estimated production parameters on individual reef complexes are discussed later in this report.

Cat Point Bar and East Hole Bar have historically been the primary producing reefs in Apalachicola Bay. These reefs form a contiguous reef system (except for the Intracoastal Waterway) that extends north to south across St. George Sound and separates the sound from Apalachicola Bay. Over the past twenty years, landings from these reefs have been critical to supporting the oyster fishery in the region.

Oyster density and estimated production showed marked declines on Cat Point Bar when compared to 2011. Estimated production declined from 417 bags per acre in August 2011 to 287 bags per acre in July 2012 (Table 2). Oyster densities decreased substantially from 430 to 64 oysters per square meter over the same sampling interval (Table 2). The decrease in oyster density reflects poor recruitment, as well as severely reduced number of oysters in the juvenile size classes, and is indicative of the degraded quality of reef substrate and structure.

Cat Point and East Hole Bar have been subject to a combination of factors that have adversely affected oyster populations, oyster reef habitat, and the oyster fishery. Oyster populations over much of the reef area are depleted and the quality of the substrate is degraded to a point where spat settlement and recruitment have been disrupted. Stress associated with prolonged high salinity, high natural mortality and predation, and intensive fishing effort have markedly reduced standing stocks of juvenile, sub adult and adult oysters.

The Dry Bar and St. Vincent Bar complex is a large contiguous reef system in western Apalachicola Bay. This reef complex provides a substantial portion of the Bay's landings during normal years, but fishing pressure was sporadic during 2011 and 2012. The estimated production for Dry Bar-St. Vincent (Table 2) indicated a substantial reduction from 323 bags per acre in August 2011 to 215 bags per acre in July 2012. Samples were collected from the Little Gully area on Dry Bar, because no live oysters were collected on St. Vincent Bar. St. Vincent Bar, extending from Dry Bar southward was considered to be depleted of marketable oysters. The oyster population on St. Vincent Bar was likely decimated by stress associated with high

3

salinity, disease and predation. Fishing pressure has declined as a result of reduced standing stocks of market-size oysters over the entire reef complex over the past two years. The current condition of oyster resources on Dry Bar is not expected to be at levels that will sustain commercial harvesting through the 2012/13 Winter Harvesting Season.

Estimated production parameters for the reef complexes in the western portion of the Bay and the "Miles" indicate that standing stocks of market size oysters are at various levels. Standing stocks on some reefs will support commercial harvesting, while other reefs show signs of severe stress and depletion. Oyster reefs, including North Spur, Green Point and Cabbage Lumps Plant Sites are in moderately good condition, with standing stocks and production at levels that will support limited commercial harvesting. These plant sites have been planted with processed oyster shell within the last three years, and the substrate remains in good condition; size frequency distributions are typical of healthy oyster populations. However, these reefs are small and overall production will be limited. Also, oysters on these reefs will likely be subject to intense predation from rock snails, while salinity levels remain high. Oyster populations on shallow and intertidal reefs in the 'Miles' (Spacey's Flats, Eleven Mile Bar, Picolene Bar) are also severely stressed, showing signs of intense predation and natural mortality. Bars in northwestern Apalachicola Bay and eastern St. Vincent Sound, including Green Point, North Spur and Cabbage Lumps are more strongly influenced by river flows than bars located further away from the river mouth. Prevailing flows and circulation patterns move plumes of freshwater westward from the river over these reefs before they are dispersed throughout the Bay and St. Vincent Sound.

## The Standard Oyster Resource Management Protocol

Continuous monitoring and data analyses have allowed resource managers to develop a scale using defined sampling protocol to determine the relative condition of oyster resources based on estimated production parameters. The Standard Oyster Resource Management Protocol (SORMP) provides that estimated production exceeding 400 bags of oysters per acre is applied as an indicator of healthy oyster reefs capable of sustaining commercial harvesting. Accordingly, oyster populations are 1) capable of supporting limited commercial harvesting when stocks exceed 200 bags/acre, 2) below levels necessary to support commercial harvesting when stocks fall below 200 bags/acre, and 3) considered depleted when marketable stocks are below 100 bags/acre. Generally, production from Cat Point Bar has been the most accurate indicator of oyster production in Apalachicola Bay, but East Hole Bar and St. Vincent Bar are also reliable indicators of the condition of oyster resources throughout the Bay. This scale forms the basis for the Standard Oyster Resource Management Protocol provided in Subsection 68B-27.017, Florida Administrative Code, which has been used as the criteria for setting the number of harvesting days in the Winter Harvesting Season in Apalachicola Bay.

## Depletion of Oyster Resources

### Standing Stocks and Commercial Production Estimates

Size frequency distributions for oyster standing stocks are strong indicators of the health of oyster populations and are useful for predicting fishery trends. Size distributions among oyster populations are used to evaluate recruitment to the population, recruitment of juveniles to market size, growth, survival and potential production. Accordingly, size frequency distributions can be

4

used to evaluate oyster depletion events. Current analyses of size frequency distributions and oyster standing stocks indicate that oyster populations on the major producing reefs in Apalachicola Bay are experiencing an on-going depletion event.

Oyster populations can be depleted from a number of factors; including climatic conditions, water quality, drought and flood events, catastrophic storms and hurricanes, natural mortality from diseases and predation, and fisheries. Most of the time, depletions occur because of a combination of these factors (multiple stressors).

Data analyses and observations on the major reef complexes showed substantial losses of oyster populations over the past two years, with severe declines in oyster densities, standing stocks and production estimates. Declining populations can be attributed to less than optimal environmental conditions (prolonged drought, reduced river discharge rates, high salinity), storm events (Tropical Storm Debby), and increased predation and natural mortality, weak recruitment, and extensive harvesting on the major reefs. It is evident from divers' observations that many reefs in Apalachicola Bay are showing the negative effects of decreased rainfall and freshwater flow rates from the Apalachicola River over the past two years, including depressed recruitment and increased natural oyster mortality (predation, disease, and stress associated with high salinity regimes). Additionally, the long-term impairment of reef structure (reef elevations, shell matrix, and shell balance) is of serious concern. Each of the factors contributing to oyster depletion in Apalachicola Bay are discussed below.

Prolonged Drought and Elevated Salinity

Adverse environmental conditions can have a devastating effect on oyster populations; and high salinity is among the most detrimental factors. Because oysters are sessile animals, they are not capable of moving when environmental conditions become less than optimal or sometimes lethal. While oysters can tolerate a wide range of salinities, prolonged exposure to less than optimal conditions will adversely impact affected populations. Oysters become physiologically stressed when salinity levels are below or above optimal levels (10-25 ppt) for extended periods, affecting reproductive potential, spatfall, recruitment, growth and survival.

Rainfall and concomitant river discharge are essential for productive oyster populations in Apalachicola Bay, and provide three critical requirements for survival. First, survival depends upon salinity regimes that are suitable for oysters to reproduce, grow and survive. Rainfall in the drainage basin and discharge into the Bay are essential, as productive oyster populations require a combination for fresh water and marine waters. Fluctuating salinity regimes, within the oyster's tolerance limits, is the single most important factor influencing oyster populations in Apalachicola Bay. Second, rainfall, flooding in the flood plain, and river discharge into the Bay are essential for supplying nutrients and detritus necessary to nourish and sustain food webs and trophic dynamics within the estuarine system. And third, rainfall and river discharge is a critical factor driving fluctuations in salinity levels that prevent destructive predators with marine affinities from becoming established in the Bay. The critical influences of rainfall and river discharge were severely diminished during the past two years. The region and much of the drainage basin have been subject to extensive drought during 2011 and 2012, and these conditions have been reflected in low river stages and low river discharge rates.

Although, environmental conditions improved with relatively normal rainfall and river discharge in 2009 and early 2010, and abundant spat fall was reported on Cat Point and East Hole Bars during 2010, oyster resources have not rebounded completely. Conditions began to decline and drought conditions have persisted in the Apalachicola River Basin since August 2010. With drought conditions returning to the region, decreased rainfall and river discharge have contributed to stress on oyster populations in Apalachicola Bay.

The Florida Panhandle and the Apalachicola River (ACF) drainage basin have experienced prolonged drought conditions for several years, and the reduced freshwater input into Apalachicola Bay has seriously affected oyster populations in the Bay. Poor recruitment and poor survival can be directly attributed to prolonged high-salinity environment, which is also confirmed by the presence of marine predators, primarily stone crabs and Florida rock snails (oyster drills). The predators are present in great numbers and are currently overwhelming oyster populations throughout Apalachicola Bay. Petes et al., (2012) and Wilber (1992) investigated the effects of reduced freshwater flows on oyster populations in Apalachicola Bay and reported adverse impacts resulting from low river flows.

Natural Mortality and Predation

The combination of high salinity and high water temperatures are known to severely stress oyster populations and may result in massive mortality events. It is highly likely that these environmental factors have contributed substantially to natural mortality and low recruitment in the Bay. High salinity and high water temperatures also correlate with the increased prevalence and intensity of the oyster parasite, *Perkinsus marinus*. This parasite (dermo) is often associated with oyster mortality in the hotter summer months and is commonly described as 'Summer Mortality Syndrome' in Florida. The Department participates in the Oyster Sentinel Program in the Gulf and monitors the presence and intensity of *P. marinus* in oysters in Apalachicola Bay.

Observations by divers confirmed the presence and abundance of stone crabs, *Menippe mercenaria*, on the primary oyster reefs in Apalachicola Bay. Stone crab burrows are easy to recognize and the appetite of these destructive predators is obvious. Stone crab burrows are surrounded by living and dead oysters; the result of crabs actively foraging and bringing live oysters to their burrows. The shells of devoured oysters are also present and form a ring around burrows. Examining dead oyster shell provides confirmation of the crushing action of stone crabs on the shell of oysters. Stone crabs are considered primary predators of oysters when salinities remain high for extended periods and crab populations become established on oyster reefs.

Observations and sampling confirmed the presence and abundance of the Florida rock snail, *Stramonita haemastoma*, (formerly *Thais haemastoma*), a destructive snail commonly referred to as an oyster drill. Oyster drills are considered as one of the most serious oyster predators along Florida's Gulf Coast, and have become established in Apalachicola Bay over the past two years. Reports from oystermen suggest that drills are more abundant than at any time in recent memory. It appears that drill populations are moving farther into the estuary as oyster populations in the more marine portions of the Bay are depleted. High numbers of drills were found wherever viable oyster populations were observed. The presence and establishment of snail populations correlate with prolonged high salinity waters. It is also disturbing that drills are completing their

6

life cycles within the estuary, since egg cases, juvenile, subadult and adult snails are abundant on oyster reefs.

Additionally, the Florida crown conch, *Melongena corona*, was commonly observed on oyster reefs. These conchs are also known to be serious oyster predators with marine affinities. Mud crabs of various species are also common predators on oyster reefs, generally attacking spat and smaller juvenile oysters.

Increased stress associated with high salinity regimes acts to exacerbate the level and intensity of predation by weakening oysters. Prolonged periods of high salinity result in natural mortality from predation which can have a significant impact on oyster populations and result in serious economic losses to commercial oyster fisheries. The presence and abundance of marine predators on oyster reefs in Apalachicola Bay the long duration of high salinity conditions within the estuary.

Harvesting Pressure

Declining oyster population parameters can be associated with harvesting, as well as environmental influences and natural mortality. Reported oyster landings for Franklin County in 2011 increased marginally over 2010 in both production and bags per trip, but harvesting pressure (as measured in reported trips) increased by about 20 percent. Oyster population parameters for Cat Point Bar and East Hole Bar suggest that oyster abundances and potential production is markedly depressed, possibly reflecting the effects of continuous harvesting, poor harvesting practices, as well as, less than optimal environmental conditions in 2010 and 2011. Over harvesting is most damaging when environmental conditions are less than optimal, recruitment is low, and natural mortality is high.

Resource managers believe that several activities associated with harvesting have had a detrimental impact on standing stocks and oyster resources on the primary producing reefs in St. George Sound in eastern Apalachicola Bay. The standing stocks of juvenile, sub-legal, and market-size oysters suggest that the overall condition of many reefs has declined substantially over the past two years as a result of continuous harvesting from Cat Point and East Hole Bars, concentrated and intensive harvesting by the majority of the fishing fleet, and the excessive harvesting of sub-legal oysters.

Vessel counts during the 2011/12 Winter Harvesting Season show that about 60 percent of the fishing fleet was concentrated on Cat Point and East Hole Bars. Fishing effort often averaged more than 120 vessels per day throughout 2011 and 2012 placing added pressure on Cat Point and East Hole Bars. In response to limiting the number of hours harvest can occur each day to control for *Vibrio vulnificus*, additional harvesting days during 2011 and 2012 were implemented which increased fishing pressure and further deteriorated the condition of the resource. Another contributing factor was the management decision to allow harvesting from these reefs during the summer of 2010 in response to the oil spill event (April, 2010). This resulted in an intense harvesting effort which precluded any recovery time for the resource

Harvesting pressure is usually high on reefs in the eastern portion of the Bay at the beginning of the oyster harvesting season, and in 2011 and 2012 harvesting pressure was almost exclusively directed to Cat Point and East Hole Bars. Harvesting pressure on Cat Point Bar and East Hole

Bar in St. George Sound demonstrated an upward trend in effort over the past two years. This change in fishing effort is not easy to explain, since it does not seem to be strictly associated with resource availability. One plausible explanation may be the proximity of St. George Sound to Eastpoint, where many licensed oystermen reside and sell their oysters.

Some of the decline of legal-size oysters can be attributed to the excessive harvesting of sub-legal oysters. Since 2010, there have been numerous reports of oystermen harvesting oysters below the legal size limit, and observations in the marketplace confirmed that the harvest of small oysters was very common during the DWH oil spill event and has persisted to the present. Excessive harvesting of sub-legal oysters from 2010 through 2012 reduced recruitment among sub-legal size classes to legal size, contributing to declining trends in estimated production in 2012/2013. This situation results from harvesting and culling practices of the fishermen, when sub-legal oysters are not culled and returned to the reef to grow to marketable size.

The practice of harvesting sub-legal oysters appears to be an extension of a "use it or lose it" attitude that prevailed during the fall and winter of 2010. Following the oil spill in April 2010, there was an acknowledged threat to oyster resources in Apalachicola Bay, and management policies were directed toward harvesting available resources in the face of a growing risk of loss. Throughout the period when oil posed an unpredictable threat to the oyster fishery, less effort was directed toward enforcing size limits, perhaps, yielding to the view that it would be more beneficial to harvest the available resource. But unfortunately, many oystermen have continued the same harvesting practices that were allowed during the oil spill threat.

The Division's 2011 *Oyster Resource Assessment Report for Apalachicola Bay* (Division of Aquaculture, 2011) stated that oyster population estimates indicated that recruitment would keep pace with harvesting pressure and sustain production throughout the 2011/12 Winter Harvesting Season: with the caveat that increased harvesting pressure and/or the unabated harvesting of sublegal stocks may alter the production / harvesting balance. In 2011, reports of the harvest and sale of oysters below the legal size limit was still common practice, and it is now clear that there are not sufficient numbers of juvenile and market size oysters to support harvesting throughout the up coming season.

Tropical Storm Debby

Tropical Storm Debby made its closest approach to Apalachicola Bay on June 25, 2012 before moving eastward and making landfall near the mouth of the Suwannee River. Despite the fact that Debby never achieved hurricane strength, it was accompanied by moderate storm surge in the Big Bend region. Maximum surge at Apalachicola was 3.51 feet.

The greatest impacts to oyster reefs were expected to be in St. George Sound and western Apalachicola Bay (St. Vincent Bar) because of the long fetch of open water. Scouring was expected as a result of storm surge and wave action across the Bay. Fortunately, most of the storm surge and strongest wave action occurred during high tides when the reefs are most protected from severe hydrological impacts.

Preliminary reconnaissance following T.S.Debby did not indicate severe disruption of oyster reef structure. Examination of shells and live oysters did not display the effects of severe scouring (ex. polished shell surfaces, abrasion, dead oysters) and observations by divers did not

demonstrate extensive disruption of the reef's surface (suspension and deposition of reef shell and sediments, concretion of reef material, or burial of shell and living oysters). Although reef areas were sometimes devoid of live oysters, clusters of oysters were present in adjacent areas that did not indicate severe disturbance. Scouring and wave action may have impacted reef surfaces and oyster resources in some areas, but widespread damage to reef structure was not observed.

Heavy rainfall and coastal flooding may have an adverse impact on oyster reefs closest to the river and distributaries in the river delta, but the sudden influx of freshwater did not appear to cause extensive oyster mortalities on reefs away from the river delta (reefs in the Winter Harvesting Areas). Preliminary reconnaissance and sampling did not identify oyster populations where mass mortalities occurred; it is generally apparent when a mass mortality event occurs from a freshet or poor water quality (low dissolved oxygen concentrations). However, it remains likely that oyster populations in close proximity to the river delta may be subject to prolonged low salinity and associated low dissolved oxygen concentrations, and may suffer mortalities. There have been some reports of recent mortalities (late July) among oysters on reefs in the Summer Harvesting Area (Norman's Lumps).

Fishery Management Implications

The Department of Agriculture and Consumer Services and the Fish and Wildlife Conservation Commission enacted several policies that allowed oystermen a greater opportunity to harvest available oyster resources in Apalachicola Bay in response to the Deepwater Horizon oil spill event and national shellfish program requirements. The Executive Director of the FWCC signed an Executive Order that allowed commercial harvest of oysters from Apalachicola Bay seven days a week beginning September 1, 2011, contingent upon the Standard Oyster Resource Management Protocol (SORMP). On June 1, 2012, the FWCC enacted rule amendments in Chapter 68B-27.017 that allowed harvesting of oysters seven days a week, year round in Apalachicola Bay. This action was taken, in part, to accommodate commercial oyster fishermen for time on the water harvesting that was decreased as a result of recent management practices to enhance public health protection. These practices, consistent with national *Vibrio vulnificus* reduction criteria, imposed more stringent limitations on harvesting times from April through November.

Subsection 68B-27.017(1)(a), Florida Administrative Code, provides that oysters may be harvested for commercial purposes on any day of the week. Subsection (1)(b) provides that - If during the period of November 16 through May 31 DACS establishes that the oyster resources on Cat Point Bar and East Hole Bar can not sustain a harvest of 300 bags per acre (SORMP), then the harvest of oysters for commercial purposes shall be prohibited on Saturdays and Sundays. Results of the current assessment indicated that estimated production on Cat Point Bar and East Hole Bar may not exceed the level provided in the SORMP for DACS to recommend that oyster harvesting for commercial purposes be continued at seven days a week. Oyster resources will be re-assessed in November and recommendations will be forwarded to the Florida Fish and Wildlife Conservation Commission.

9

Fishery Trends

Analyses of oyster resource assessment data over the past two years indicate several general conclusions regarding oyster resources in Apalachicola Bay.

The outlook for oyster production for the 2012/2013 Winter Harvesting Season in St. George Sound (Cat Point, East Hole, Porters Bar and Platform) is described as "poor". It appears unlikely that oyster populations on Cat Point and East Hole Bars can sustain concentrated harvesting effort throughout the Winter Harvesting Season.

Declining population estimates over the past two years generally indicated that oyster populations are severely stressed. Although oyster population parameters for 2010 and 2011 reflected relatively stable production estimates, declines in 2012 suggest that overall resource availability may not be capable of sustaining current harvesting levels (bags per trip). The number of bags per trip has continued to decline over the past five years.

Prior to 2009, the demand for oysters from Apalachicola Bay was a primary factor limiting harvests, as harvests did not appear to be limited by available stocks. Higher landings in 2009 likely reflected strengthening market demand and increased fishing effort rather than increased resource availability. However, in 2011/2012 demand for Apalachicola Bay oysters increased because of reduced production from historically productive areas in other Gulf states, while oyster resources in the Bay have suffered during the current drought. Consequently, oyster resources may not be adequate to support increased harvesting pressure and meet increased demand throughout the upcoming season.

Table 2. Cat Point Bar Population Estimates: September 2008 to July 2012.

| Sample | | Oyster Number (n) | Mean Leng. (mm) | Density (/m) | Oysters | | | | Bags (/ac) |
| Date | Quadrat (0.25m) | | | | >50mm (%) | >75mm (%) | (/m) | 1000x (/ac) | |
|---|---|---|---|---|---|---|---|---|---|
| 09/08 | 20 | 616 | 55.2 | 123.2 | 66.2 | 17.21 | 21.2 | 85.8 | 381 |
| 11/08 | 10 | 564 | 52.0 | 225.6 | 55.7 | 19.33 | 43.6 | 176.4 | 784 |
| 12/08 | 10 | 333 | 56.9 | 133.2 | 66.1 | 24.92 | 33.1 | 134.3 | 597 |
| 08/09 | 20 | 828 | 50.1 | 165.6 | 49.9 | 15.10 | 25.0 | 101.1 | 449 |
| 11/09 | 10 | 626 | 48.2 | 250.4 | 50.2 | 7.83 | 19.6 | 79.3 | 352 |
| 04/10 | 20 | 969 | 48.4 | 193.8 | 46.7 | 9.91 | 19.2 | 77.7 | 345 |
| 08/10 | 20 | 1,043 | 50.5 | 208.6 | 53.9 | 8.92 | 18.6 | 75.3 | 334 |
| 11/10 | 20 | 865 | 52.8 | 173.0 | 63.7 | 12.25 | 21.2 | 85.7 | 381 |
| 08/11 | 15 | 1,611 | 48.2 | 429.6 | 48.5 | 5.40 | 23.2 | 93.9 | 417 |
| 07/12 | 10 | 161 | 58.8 | 64.4 | 67.1 | 24.84 | 15.9 | 64.7 | 287 |

Table 2. East Hole Bar Population Estimates: November 2008 to July 2012.

| Sample | | Oyster | Mean | Density | Oysters | | | | Bags |
|---|---|---|---|---|---|---|---|---|---|
| Date | Quadrat (0.25m) | Number (n) | Leng. (mm) | (/m) | >50mm (%) | >75mm (%) | (/m) | 1000x (/ac) | (/ac) |
| 11/08 | 10 | 318 | 57.5 | 127.2 | 69.1 | 22.33 | 28.4 | 114.9 | 510 |
| 09/09 | 20 | 1,023 | 49.3 | 204.6 | 50.7 | 9.09 | 18.5 | 75.2 | 334 |
| 11/10 | 10 | 682 | 47.0 | 272.8 | 48.6 | 9.38 | 25.6 | 103.6 | 460 |
| 07/12 | 10 | 127 | 60.8 | 50.8 | 65.3 | 32.28 | 16.3 | 66.3 | 294 |

Table 2. Dry Bar Population Estimates: September 2008 to July 2012.

| Sample | | Oyster | Mean | Density | Oysters | | | | Bags |
|---|---|---|---|---|---|---|---|---|---|
| Date | Quadrat (0.25m) | Number (n) | Leng. (mm) | (/m) | >50mm (%) | >75mm (%) | (/m) | 1000x (/ac) | (/ac) |
| 09/08 | 20 | 1,467 | 54.0 | 293.4 | 64.1 | 14.86 | 43.6 | 176.4 | 784 |
| 12/08 | 10 | 986 | 47.1 | 394.4 | 49.8 | 7.81 | 30.8 | 124.6 | 554 |
| 08/09 | 20 | 1,353 | 46.6 | 272.6 | 41.2 | 6.31 | 17.2 | 69.6 | 309 |
| 11/09 | 10 | 589 | 45.6 | 235.6 | 41.7 | 7.13 | 16.7 | 67.9 | 302 |
| 08/10 | 20 | 877 | 50.2 | 175.4 | 50.5 | 10.83 | 18.9 | 76.8 | 341 |
| 11/10 | 20 | 1,313 | 43.1 | 262.5 | 34.4 | 11.65 | 30.5 | 123.8 | 550 |
| 08/11 | 15 | 567 | 47.5 | 151.2 | 44.8 | 11.90 | 17.9 | 72.7 | 323 |
| 07/12 | 10[a] | 150 | 56.0 | 60.0 | 66.0 | 20.0 | 12.0 | 48.6 | 215[a] |

a – Samples collected from Little Gully on Dry Bar. No live oysters were collected from St. Vincent Bar

Table 2. North Spur (Plant) Population Estimates: September 2008 – July 2012.

| Sample | | Oyster | Mean | Density | Oysters | | | | Bags |
|---|---|---|---|---|---|---|---|---|---|
| Date | Quadrat (0.25m) | Number (n) | Leng. (mm) | (/m) | >50mm (%) | >75mm (%) | (/m) | 1000x (/ac) | (/ac) |
| 09/08 | 5 | 284 | 52.9 | 227.2 | 60.6 | 10.56 | 23.9 | 97.0 | 431 |
| 09/09 | 10 | 541 | 49.5 | 216.4 | 49.9 | 12.75 | 27.5 | 111.6 | 496 |
| 04/10 | 5 | 1040 | 48.0 | 832.0 | 50.4 | 5.10 | 42.4 | 171.7 | 763 |
| 08/11 | 5 | 269 | 52.9 | 215.2 | 58.0 | 15.99 | 34.4 | 139.2 | 619 |

11

| 07/12 | 10 | 362 | 53.4 | 144.8 | 57,5 | 18.23 | 26.4 | 106.8 | 475 |
|---|---|---|---|---|---|---|---|---|---|

Table 2. Green point (Plant) Population Estimates: September 2008 - July 2012.

| Sample | | Oyster | Mean | Density | Oysters | | | | Bags |
|---|---|---|---|---|---|---|---|---|---|
| Date | Quadrat (0.25m) | Number (n) | Leng. (mm) | (/m) | >50mm (%) | >75mm (%) | (/m) | 1000x (/ac) | (/ac) |
| 09/08 | 10 | 482 | 58.8 | 192.2 | 75.9 | 20.33 | 39.2 | 158.6 | 705 |
| 09/09 | 10 | 274541 | 48.2 | 109.6 | 44.1 | 17.52 | 19.2 | 77.7 | 345 |
| 09/11 | 10 | 510 | 54.4 | 204.0 | 65.5 | 12.94 | 26.4 | 106.5 | 474 |
| 07/12 | 5 | 125 | 59.6 | 100.0 | 65.0 | 28.00 | 28.0 | 113.3 | 503 |