# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179  SECTION: J  HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,  Plaintiffs,  v.  BP Exploration & Production Inc., *et al.*,  Defendants. | * * * * * * * * * * * * | NO. 12-CV-968  SECTION: J  HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

## SUPPLEMENTAL DECLARATION OF PETER S.J. LEES, PH.D, C.I.H.

I, Peter S.J. Lees, am over twenty-one years of age and of sound mind and body.  My declaration is based on personal knowledge, experience, and review of materials described herein.  If called to testify, I could testify to the matters set forth in this declaration.

1.      I submitted a declaration to the Court on August 13, 2012.  In that declaration, I concluded that: (a) the strategy and procedures used to collect occupational and community exposure data during the Deepwater Horizon (DWH) oil spill response (Response) were well designed and executed; (b) the occupational and community exposure data collected over the course of the Response were more than sufficient to adequately characterize and assess potential

1

exposures to Clean-Up Workers and members of the Gulf Coast communities; and (c) Clean-Up Workers and members of the Gulf Coast communities of Alabama, Florida, Louisiana, and Mississippi were generally not exposed to airborne concentrations of the components of crude oil, dispersants, or other spill-related compounds at levels of concern.

2.      I have reviewed objections to the Medical Benefits Class Action Settlement Agreement, as well as the declarations attached thereto, as set forth in Appendix A.  Neither the objections nor the attached declarations changes my opinions, conclusions, or analyses as set forth in my initial declaration.  However, I am submitting this supplemental declaration in order to comment on the declaration of Dr. William R. Sawyer, which was submitted in support of the Smith Stag L.L.C. *et al.* Objection, because his declaration exhibits a fundamental misunderstanding of exposure assessment principles and mischaracterizes a number of aspects of the exposure assessment conducted in relation to the DWH oil spill.

## EXPOSURE ASSESSMENT APPROACH

3.      In his declaration, Dr. Sawyer criticizes the exposure assessment approach utilized to measure potential exposures to airborne chemicals in connection with the DWH oil spill, stating the BP and the federal agencies failed to conduct a qualitative exposure assessment. In support of this claim, Dr. Sawyer cites what he refers to as a "NIOSH document authored by Eileen Senn, MS."   In that document, Ms. Senn states: "BP, OSHA, and NIOSH are all conducting **quantitative** air sampling in the ongoing Deepwater Horizon Response.  As far as I have been able to determine, none has performed the prerequisite primary step of compiling a comprehensive and rigorous **qualitative** exposure assessment" (emphasis in original).  Decl. of Dr. Sawyer, at ¶ 11.

2

4.      At the outset, it is noted that Ms. Senn is not a NIOSH employee as is suggested; rather, she is a self-employed industrial hygiene consultant.  The excerpt presented was submitted to NIOSH as part of a request for public comment on a draft NIOSH guidance document, "Emergency Responder Health Monitoring and Surveillance."   The guidance document on which Ms. Senn was commenting was not related to the DWH oil spill or the Response specifically; rather, it addressed measures to ensure worker health and safety in large-scale emergency responses more generally.  Moreover, within the excerpt presented, Ms. Senn admits no knowledge of the qualitative assessment that preceded the massive quantitative exposure assessment conducted during the DWH Response.

5.      As noted by Dr. Sawyer and Ms. Senn, a "comprehensive and rigorous" qualitative exposure assessment is indeed a prerequisite to the development of a plan that appropriately addresses the potential worker health risks associated with any incident.  In this respect, in order to assess fully the potential for exposure and to ensure that appropriate steps are implemented to protect workers from chemical exposures and other potentially hazardous situations, one must first identify the chemicals potentially present, the tasks that potentially bring workers into contact with these chemicals, and the potential medical conditions of concern. This information is then assembled into a responsive plan, called a sampling strategy, by which exposures to the identified chemicals are systematically quantified and characterized for each task and condition of potential concern.

6.      As described in my initial declaration, almost immediately after the DWH oil spill began, BP and the various governmental agencies undertook an extensive assessment and planning process through the Joint Command structure culminating in written air monitoring and sampling plans.  These air monitoring and sampling plans were implemented to address concerns

identified in the qualitative assessment, as described in greater detail below, through protocols for quantitative assessment.  Decl. of Dr. Lees, at ¶¶ 28-33.  In fact, as described in a publication jointly authored by the directors of OSHA and NIOSH, even before the incident, there were "plans and procedures to address some of the hazards that were present during the oil spill response.  These protocols were useful as resources for tailoring protections to this response."[1] In addition, the data collection protocols and procedures (as well as the data itself), were regularly reviewed and revised to modify the quantitative exposure assessment plans to address any issues that arose from the ongoing qualitative evaluation.  As described in more detail in my initial declaration, there was unprecedented coordination, cooperation, and planning between BP and the relevant government agencies in carrying out the qualitative and quantitative exposure assessments in connection with the DWH oil spill.  Decl. of Dr. Lees, at ¶ 29.

7.     In his comments on the exposure assessment approach utilized by BP and the federal agencies, Dr. Sawyer ignores the significant qualitative exposure assessment that was undertaken over the course of the DWH Response.  As explained in the supplemental declaration of Dr. David Dutton, the sampling plans of BP and the federal agencies were derived on the basis of a comprehensive qualitative exposure assessment.  *See* Supp. Decl. of Dr. Dutton, at ¶¶ 11-12. Pursuant to this qualitative assessment, discrete, comprehensive sampling was conducted to quantify the full spectrum of chemicals present in connection with the spill.  Decl. of Dr. Dutton, at ¶ 43.  Using this information, BP and the federal agencies then focused the bulk of the exposure assessment effort on the components of crude oil and dispersants known to be associated with significant adverse health effects and the components that had a greater potential

---

[1] D. Michaels and J. Howard, *Review of the OSHA-NIOSH Response to the Deepwater Horizon Spill: Protecting the Health and Safety of Cleanup Workers*, PLoS Currents Disasters (July 18, 2012).

to be observed in air during the Response.  Although not every component of the crude oil and dispersants was regularly monitored, the compounds that were measured served as reliable markers of overall exposure.  The assumption underlying this standard approach is that the concentrations of constituent chemicals released to air from a common source rise and fall more or less in concert.  This approach is a standard strategy used in the assessment of potential exposure to complex mixtures.  As described in my initial declaration, the measurements collected over the course of the Response present a consistent picture of a lack of significant exposures — airborne concentrations of all compounds measured were generally below the limit of detection, and almost always below relevant occupational and environmental exposure standards.  Decl. of Dr. Lees, at ¶¶ 37-43 .

8.      In addition, Dr. Sawyer substantially mischaracterizes the scope and magnitude of the exposure assessment process undertaken by BP and the federal agencies, claiming that "testing the air for just a handful of chemicals (OSHA/US Coast Guard tested the breathing zone for only eight volatiles) is likely to lead to erroneous results."  Decl. of Dr. Sawyer, at ¶ 10. Contrary to Dr. Sawyer's assertion, BP and federal agencies sampled for a significant number of compounds, which were carefully selected as described above.  For example, in order to assess occupational exposures, BP sampled for 14 different chemicals related to crude oil and the dispersants; OSHA sampled for 18 chemicals; and NIOSH sampled for 111 chemicals. Likewise, in order to assess community exposures, BP sampled for 542 different chemicals along the Gulf Coast and EPA sampled for 177 chemicals.  A complete listing of the compounds measured by each entity is provided in Appendices B-F to this declaration.  As described in my initial declaration, the magnitude and scope of the air monitoring effort undertaken in response to the DWH oil spill is unparalleled in public health history.  Decl. of Dr. Lees, at ¶¶ 31-32.

9.      It is true, as Dr. Sawyer points out by reference to a document from the U.S. National Library of Medicine, that "[c]rude oil is a mixture of a wide variety of constituents. It consists primarily of hydrocarbons, which are chemicals composed of hydrogen and carbon. . . . Total petroleum hydrocarbons (TPH) is a term used to describe the several hundred chemical compounds that originally come from crude oil." Decl. of Dr. Sawyer, at ¶ 10.  However, Dr. Sawyer ignores that in addition to the extensive sampling for the individual components of the crude oil and dispersants as described in the preceding paragraphs, BP also conducted a significant amount of industrial hygiene sampling for total hydrocarbons in order to assess more fully the range of potential petroleum-related exposures.  As described in my initial declaration, BP collected a total of 28,827 total hydrocarbon samples, for which approximately 84% had non-detectable concentrations of total hydrocarbons and the median concentration was 0.38 ppm. Decl. of Dr. Lees, at ¶ 37.  Although there are no OELs for total hydrocarbons, it is instructive to compare the total hydrocarbon measurements to OELs for other complex hydrocarbon mixtures, such as Stoddard Solvent.[2]  The OSHA PEL for Stoddard Solvent is 500 ppm, and the ACGIH TLV is 200 ppm.  The concentrations of total hydrocarbons measured in connection with the DWH Response were far below these levels.

**RESULTS OF MAY 18, 2010 AIR SAMPLE**

10.     In ¶ 6 of his declaration, Dr. Sawyer provides the results of a single air sample purportedly collected on May 18, 2010 in a Venice, Louisiana, marina boom off-loading/staging area.  Dr. Sawyer reports the sample results as follows:

---

[2] Stoddard Solvent is a distillate mixture of $C_7$-$C_{12}$ hydrocarbons (30-50% paraffins, 30-40% cycloalkanes, and l0-20% aromatic hydrocarbons) that represents a major portion of the volatile constituents of total hydrocarbons related to crude oil.  *See Toxicological Profile for Stoddard Solvent*.  U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry (June 1995).

- *Benzene, a class A human carcinogen, was measured using certified analytical methods at 116 ug/m3.  The NIOSH REL TWA is 319 ug/m3 and the USEPA industrial air screening limit is 1.6 ug/m3.*

- *Toluene, a human neurotoxin and reproductive toxin, measured 57.1 ug/m3.  The USEPA limit is 22,000 ug/m3.*

- *Ethylbenzene, a neurotoxin and respiratory irritant, was found at 1.26 ug/m3.  The USEPA limit is 4.9 ug/m3.*

- *Xylenes, another neurotoxin and respiratory irritant, was found at 5.4 ug/m3.  The USEPA limit is 440 ug/m3.*

- *Hexane, also a neurotoxin and respiratory irritant, was found at 36.9 ug/m3.  The USEPA limit is 3,100 ug/m3.*

- *Finally, heptane, a neurotoxin and respiratory irritant, was found at 0.98 ug/m3.  No USEPA limit established.*

- *The total result of these volatile chemicals was 217.6 ug/m3 in the air sample with additive and combined toxicological effects anticipated.*

11.    Dr. Sawyer's reliance on the results of a single air sample reflects a flawed understanding of basic exposure assessment principles.  At most, this sample represents the conditions at a single location on a single day, and describes exposures associated with a single task.  In contrast, BP collected over 28,000 industrial hygiene air samples (with over 164,000 associated individual analyses), representing 14 different chemicals and a wide range of locations, dates, times, tasks, and conditions as part of the DWH Response, including 1,074 industrial hygiene air samples (with 5,382 associated individual analyses) from Venice, Louisiana.  On May 18th alone, BP collected 59 industrial hygiene air samples, which underwent a total of 298 individual analyses for specific compounds.  It is inappropriate to draw conclusions about the potential health effects of a population from a single sample.  Rather, an overall evaluation of the possible health consequences of this event should be derived from an examination of all of the available information, which show that Clean-Up Workers and Gulf Coast residents were generally not exposed to airborne concentrations of the components of

crude oil and dispersants at levels that might be expected to cause significant adverse health effects.

12.     Moreover, even if it were appropriate to rely on a single sample, the data presented by Dr. Sawyer are not indicative of a potential health risk.  As shown in Table 1 below, the chemical concentrations reported by Dr. Sawyer are well below relevant occupational exposure limits (OELs), which are set to protect the health of workers exposed to airborne concentrations of chemicals.[3]  The OELs, which include OSHA Permissible Exposure Limits (PELs), NIOSH Recommended Exposure Limits (RELs), and American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLVs), are discussed in greater detail in my initial declaration.  *See* Decl. of Dr. Lees, at ¶¶ 34-35.

**Table 1: Comparison of Sawyer Values to Occupational Exposure Limits**

| Compound | Sawyer Values (converted to ppm) | OSHA PEL (ppm) | NIOSH REL (ppm) | ACGIH TLV (ppm) |
|---|---|---|---|---|
| Benzene | 0.036310 | 1 | 0.1 | 0.5 |
| Toluene | 0.015152 | 200 | 100 | 20 |
| Ethylbenzene | 0.000290 | 100 | 100 | 20 |
| Xylenes | 0.001244 | 100 | 100 | 100 |
| N-Hexane | 0.010231 | 500 | 50 | 50 |
| Heptane | 0.000229 | 500 | 85 | 400 |

13.     It is also important to note that this sample was collected at a "marina boom off-loading/staging area."  As a result, the measurements are likely to be confounded by the presence of other well known sources of these same chemicals often present at marinas.  The possibility of

---

[3] It not clear from Dr. Sawyer's declaration whether the values represent 8-hour time-weighted averages or real-time measurements.  For purposes of this discussion, I assume that the values are 8-hour time-weighted averages to allow for comparison to established OELs, which are based on the concentrations to which a worker is exposed over an 8-hour shift.  Note, however, that if the values are real-time measurements, they would be even less indicative of a potential health risk, as they only would represent the concentrations present in air at a single moment in time.

contribution from other sources is discussed in greater detail in the separate declaration of Dr. Robert Cox.  *See* Supp. Decl. of Dr. Cox, at ¶ 49.

14.     Finally, Dr. Sawyer provides no support for his assertion that "additive and combined toxicological effects" would be anticipated.  Decl. of Dr. Sawyer, at ¶ 6.  As a toxicologic matter, a simple summing of the concentrations of individual chemicals as done by Dr. Sawyer is meaningless.  Moreover, there is a paucity of direct quantitative evidence in the scientific literature to support the assertion that complex chemical mixtures can have additive toxicological effects.  In the practice of industrial hygiene and as mandated by OSHA, however, it is common to assess the assumed effect of combined exposures for substances <u>which have the same mode of action and act on the same site</u> *(e.g.*, neurotoxins).  *See* 29 C.F.R. § 1910.1000(d)(2)(i).  This standard approach to assessing the potential health risk of mixtures is accomplished by dividing the measured concentration by the relevant exposure limit for each similar substance and then summing the fractions.  If the sum of the fractions is less than one, overexposure is not indicated.  This is a very conservative approach to exposure assessment, as it assumes that toxicities are additive, despite the lack of supporting evidence in most cases.  As shown in Table 2 below, application of this approach to the concentrations reported by Dr. Sawyer results in a sum of the relevant fractions that is far less than one.  Accordingly, one would not expect additive toxicological effects from the sample concentrations presented by Dr. Sawyer.

9

**Table 2: Application of Mixture Risk Assessment Approach**

| Compound | Sawyer Values (converted to ppm) | OSHA PEL (ppm) | Fraction (Value/PEL) |
|---|---|---|---|
| Benzene | 0.036310 | 1 | 0.0363103 |
| Toluene | 0.015152 | 200 | 0.0000758 |
| Ethylbenzene | 0.000290 | 100 | 0.0000029 |
| Xylenes | 0.001244 | 100 | 0.0000124 |
| n-Hexane | 0.010231 | 500 | 0.0000205 |
| Heptane | 0.000229 | 500 | 0.0000005 |
| **Sum of Fractions** | - | - | **0.03642237** |

## PERIPHERAL NEUROPATHY

15.     Dr. Sawyer states that one compound in crude oil, n-hexane, "can cause a neurologic disorder called peripheral neuropathy characterized by numbness in the feet and legs," noting that this disorder "has occurred in workers exposed to 500-2,500 PPM in the air." Decl. of Dr. Sawyer, at ¶ 10.  There is no basis, however, for suggesting that individuals could develop peripheral neuropathy as a result of exposure to airborne concentrations of n-hexane in connection with the DWH oil spill.

16.     Dr. Sawyer correctly points out that many of the chemical components of crude oil are potentially toxic, but omits the important fact that toxicity is dependent upon exposure, as explained in greater detail in the initial and supplemental declarations of Dr. Robert Cox.  *See* Decl. of Dr. Cox, at ¶¶ 12-15; Supp. Decl. of Dr. Cox, at ¶ 41.  BP and NIOSH, among others, collected a significant number of industrial hygiene samples that were analyzed for n-hexane over the course of the DWH Response.  BP collected 3,722 industrial hygiene samples that were analyzed for n-hexane.  Of these samples, 81% had non-detectable concentrations of n-hexane. The median concentration was 0.01 ppm, and the maximum concentration was 4.6 ppm. Similarly, NIOSH collected 17 samples that were analyzed for n-hexane.  Of these samples, 24% had non-detectable concentrations of n-hexane.  The median concentration was less than 0.01

ppm, and maximum concentration was 0.13 ppm.  Even the <u>maximum</u> concentrations measured in connection with the DWH oil spill do not come close to approaching the levels described in the toxicologic and epidemiologic literature as causing peripheral neuropathy, as provided by Dr. Sawyer (*i.e.*, 500-2,500 ppm).  Moreover, the concentrations measured are all well below OELs designed to prevent health effects such as peripheral neuropathy (*e.g.*, 50 ppm NIOSH REL). The community exposure data collected by BP and EPA paint a similar picture, as discussed in greater detail in the supplement declaration of Dr. Cox.  *See* Supp. Decl. of Dr. Cox, at ¶¶ 44-45. Thus, the exposure scenarios under which one might have the potential to develop peripheral neuropathy are not comparable in any way to the exposure scenarios at issue over the course of the DWH Response.

## MEASUREMENT FOR LIBERATED CRUDE OIL COMPONENTS

17.   In ¶ 45 of his declaration, Dr. Sawyer makes a cryptic statement about the liberation of crude oil components as a result of dispersant application, stating:

> *It should be clearly noted that the liberation of component chemicals is an inevitable outcome of dispersion.  Dispersants create microscopic oil droplets designed to be more bioavailable to organisms as a means of accelerating biodegradation.  However, biodegradation is a process which is largely invisible to the eye.  Liberated neurotoxic and carcinogenic chemicals all degrade at different rates and any "blanket assertion" of safety by an individual or corporation in this context has no scientific basis and is not credible.  Thus, visual observation alone is totally inappropriate for measuring oil impact and cannot replace actual laboratory testing for the universe of liberated crude oil components resulting from dispersion.  Whether or not oil is plainly visible on the water surface is utterly irrelevant from a health perspective.  No responsible survey can overlook petroleum which has been deliberately changed into a form where exposure to toxic compounds has been manifestly and significantly increased through the application of dispersants.*

18.   In ¶ 10 of his declaration, Dr. Sawyer criticizes the exposure assessment approach utilized during the DWH Response because it focused on exposure to individual substances and did not address combined exposures.  Dr. Sawyer then reverses course in ¶ 45 of his declaration,

11

as reproduced above, criticizing the exposure assessment approach because it failed to address the individual "liberated" components of the crude oil.

19.      Both assertions are incorrect.  The exposure assessment strategy employed as part of the Response included comprehensive sampling for both individual crude oil components and markers of potential combined exposure.  In this respect, the extensive air monitoring undertaken to assess occupational and community exposures, described in detail in my initial declaration, was based on an assessment of the individual "liberated" components of crude oil.  And as described above, sampling was also conducted for total hydrocarbons in order to more fully evaluate the potential for combined exposure.  Both sampling approaches were utilized across the Response for all tasks identified as having some potential for exposure, regardless of whether oil had been visually observed.  In fact, the extensive air monitoring performed over the course of the DWH Response was conducted for the precise reason that visual observation of the presence or absence of oil is not alone sufficient to assess potential health risk.  Accordingly, there is no scientific basis to Dr. Sawyer's critiques of the exposure assessment approach utilized by BP and the federal agencies as part of the DWH Response.

I declare under penalty of perjury that the foregoing analysis and opinions are true and correct.

Date:  October 22, 2012

Peter S.J. Lees, Ph.D, C.I.H.

**APPENDIX A**
**Objections Reviewed**

1. Objection to Medical Benefits Portion of Proposed Class Action Settlement; Susan Forsyth, *et al.* (10-cv-07777; Rec. Doc. 213) ("Joseph Darrell Palmer Objection").

2. Statement of Objections; Joseph Yerkes, *et al.* (10-cv-07777; Rec. Doc. 185) ("Smith Stag, L.L.C., *et al.* Objection").

3. Statement of Objections; Carolyn Booker and Zena Coleman (10-cv-07777; Rec. Doc. 208).

4. Objection to Medical Settlement; Lance Clay Brown (10-cv-07777; Rec. Doc. 130).

5. Objection to Terms of the Medical Benefits Class Action Settlement; Matthew Judson Canipe (10-cv-07777; Rec. Doc. 203).

6. Objection to Proposed Medical Settlement Agreement; Malcolm Coco and Jared Shane Elrod (10-cv-07777; Rec. Doc. 180).

7. Halliburton Energy Services, Inc.'s Objections to Plaintiffs' Memorandum in Support of Final Approval of Medical Benefits Class Action Settlement and BP's Motion for Final Approval of the Medical Benefits Class Action Settlement (10-cv-07777; Rec. Doc. 93).

8. Objection to Terms of the Medical Benefits Class Action Settlement; Timothy Patrick McLane (10-cv-07777; Rec. Doc. 205).

9. Notice of Consolidated Objection to the Fairness and Adequacy of the Proposed Medical Benefits Class Action Settlement Agreement; Reynaldo Abreu, *et al.* (10-cv-07777; Rec. Doc. 92).

**APPENDIX B**
**Airborne Occupational Exposures Monitored by BP\***

**Benzene**
**2-Butoxyethanol**
Cylohexane
**Ethylbenzene**
Heptane
**n-Hexane**
**Oil Mist**
Petroleum Distillates
**Propylene glycol**
Tetrahydrofuran
**Toluene**
**Total Hydrocarbons**
**Trimethylbenzene, total**
**Total Xylenes**

\*Exposures summarized in Lees declaration in **bold**

**APPENDIX C**
**Airborne Occupational Exposures Monitored by NIOSH\***

1,1,1-Trichloroethane
1,1,2,2-Tetrachloroethane
1,1,2-Trichloroethane
1,1-Dichloroethane
1,1-Dichloroethene
1,2,4-Trichlorobenzene
**1,2,4-Trimethylbenzene**
1,2-Dibromo-3-
chloropropane
1,2-Dibromoethane
1,2-Dichloro-1,1,2,2-
tetrafluoroethane (CFC 114)
1,2-Dichlorobenzene
1,2-Dichloroethane
1,2-Dichloropropane
**1,3,5-Trimethylbenzene**
1,3-Butadiene
1,3-Dichlorobenzene
1,4-Dichlorobenzene
1,4-Dioxane
2-Butanone (MEK)
**2-Butoxyethanol**
2-Hexanone
2-Propanol (Isopropyl
Alcohol)
3-Chloro-1-propene (Allyl
Chloride)
4-Ethyltoluene
4-Methyl-2-pentanone
Acenaphthene
Acenaphthylene
Acetaldehyde
Acetone
Acetonitrile
Acrolein
Acrylonitrile
alpha-Pinene
Anthracene
**Benzene**
**Benzene Soluble Fraction
(CTPV)**

Benzo(a)anthracene
Benzo(a)pyrene
Benzo(b)fluoranthene
Benzo(e)pyrene
Benzo(g,h,i)perylene
Benzo(k)fluoranthene
Benzyl Chloride
Bromodichloromethane
Bromoform
Bromomethane
Carbon Disulfide
Carbon Monoxide
Carbon Tetrachloride
Chlorobenzene
Chloroethane
Chloroform
Chloromethane
Chrysene
cis-1,2-Dichloroethene
cis-1,3-Dichloropropene
Cumene
Cyclohexane
Dibenzo(a,h)anthracene
Dibromochloromethane
Dichlorodifluoromethane
(CFC 12)
Dipropylene glycol butyl
ether
Dipropylene glycol methyl
ether
d-Limonene
Elemental carbon (Diesel
exhaust)
Ethanol
Ethyl Acetate
**Ethylbenzene**
Fluoranthene
Fluoranthracene
Fluorene
Formaldehyde
Hexachlorobutadiene

**Hydrogen sulfide**
Indeno(1,2,3-cd)pyrene
Isopropyl alcohol
Limonene
m,p-Xylenes
Mercury
Methyl Methacrylate
Methyl tert-Butyl Ether
Methylene Chloride
**Naphthalene**
n-Butyl Acetate
n-Heptane
**n-Hexane**
n-Nonane
n-Octane
n-Propylbenzene
Organic carbon (Diesel
exhaust
o-Xylene
Phenanthrene
Propene
**Propylene glycol**
Proylene glycol ethyl ether
Pyrene
Styrene
Tetrachloroethene
Tetrahydrofuran (THF)
**Toluene**
**Total hydrocarbons**
**Total PAHs**
**Total particulates**
trans-1,2-Dichloroethene
trans-1,3-Dichloropropene
Trichloroethene
Trichlorofluoromethane
Trichlorotrifluoromethane
Vinyl Acetate
Vinyl Chloride
**Xylenes, total**

\*Exposures summarized in Lees declaration in **bold**

**APPENDIX D**
**Airborne Occupational Exposures Monitored by OSHA\***

Acetone
**Benzene**
**2-Butoxyethanol**
**CTPV (benzene soluble fraction)**
Cyclohexane
Cyclohexene
**Ethylbenzene**
Formaldehyde
Limonene
**Naphthalene**
**Oil Mist**
Petroleum Distillates (Naphtha) (Rubber Solvent)
**Propylene glycol**
Stoddard Solvent
**Toluene**
Toluene-2,4-diamine
**Trimethylbenzene, total**
**Total Xylenes**

\*Exposures summarized in Lees declaration in **bold**

## APPENDIX E
### Airborne Community Exposures Monitored by BP

1,1,1-TRICHLOROETHANE
1,1,2,2-TETRACHLOROETHANE
1,1,2-TRICHLORO-1,2,2-TRIFLUROETHANE
1,1,2-TRICHLOROETHANE
1,1,3-TRIMETHOXYPROPANE
1,1-DICHLOROETHANE
1,1-DICHLOROETHYLENE
1,2,3,4-TETRAMETHYLBENZENE
1,2,3-TRIMETHYLBENZENE
1,2,4,5-TETRAMETHYLBENZENE
1,2,4-TRICHLOROBENZENE
1,2,4-TRIMETHYLBENZENE
1,2,5-HEXATRIENE
1,2-CYCLOHEXANEDIONE
1,2-DIBROMOETHANE
1,2-DICHLOROETHANE
1,2-DICHLOROPROPANE
1,2-DIMETHYL-4-ETHYLBENZENE
1,2-PENTADIENE
1,3,5,7-TETRAETHYLCYCLO
1,3,5-TRIMETHYLBENZENE
1,3,8-P-MENTHATRIENE
1,3-BUTADIENE
1,3-DIMETHYL-4-ETHYLBENZENE
1,3-DIOXOLANE, 4-METHYL-
1,3-HEXADIEN-5-YNE
1,3-PENTADIENE
1,4-CYCLOHEXADIENE, 3-E
1,4-DICHLOROBENZENE-D4
1,4-DIFLUOROBENZENE
1,4-DIOXANE
1,4-DIOXIN, 2,3-DIHYDRO-
1,4-PENTADIENE, 3,3-DIMETHYL-
1,5-CYCLOOCTADIENE, 1,5-DIMETHYL-
1,CIS-3-DIMETHYLCYCLOHEXANE
1,TRANS-2-DIMETHYLCYCLOPENTANE
1-BUTANOL
1-BUTANOL, 2-METHYL-, A
1-BUTANOL, 3-METHYL-, ACETATE
1-BUTENE
1-BUTENE, 2-ETHYL-3-METHYL-
1-DECANOL
1-DECENE
1-DODECENE
1-ETHYL-3-METHYLCYCLOHEXANE (C,T)
1H-CYCLOPENTA(C)THIOPHENE,
HEXAHYDRO-, C
1-HEPTENE
1-HEXENE
1-HEXENE, 3,4-DIMETHYL-
1H-INDENE, 1-ETHYLIDENE-
1H-INDENE, 2,3-DIHYDRO-1,2-DIMETHYL-

1H-INDENE-1,3(2H)-DIONE, 2-(2-QUINOLINYL
1H-INDOLE, 1-METHYL-2-P
1H-INDOLE, 5-METHYL-2-P
1H-PYRROLE, 1-ETHYL-
1H-TETRAZOLE, 5-METHYL-
1-METHYL-2-PROPYLBENZENE
1-METHYL-3-PROPYLBENZENE
1-METHYLINDENE
1-METHYLNAPHTHALENE
1-NITROPYRENE
1-OCTYN-3-OL, 4-ETHYL-
1-PENTENE
1-PENTENE, 2,4,4-TRIMETH
1-PIPERAZINEPROPANENITRILE
1-PROPANOL
1-TRIDECENE
1-UNDECANOL
2,2,4-TRIMETHYLPENTANE
2,2-DIMETHYL-1-OXA-2-SILACYCLOHEXA-
3,5-DIENE
2,3,4-TRIMETHYLPENTANE
2,3-DIHYDRO-1-METHYLINDENE
2,3-DIMETHYL-AZIRIDINE
2,3-DIMETHYLBUTANE
2,3-DIMETHYLPENTANE
2,4,4-TRIMETHYLBUT-2-ENOLIDE
2,4-DIMETHYL-1-HEPTENE
2,4-DIMETHYLPENTANE
2,5-DIMETHYLHEXANE
2,6-DIMETHYLNAPHTHALENE
2-BUTANONE, 1,1,1-TRIFLUORO-
2-BUTENAL
2-BUTYLOCTANOL
2-DODECENE, (E)-
2-ETHYLHEXANAL
2-ETHYLHEXANOL
2-ETHYLHEXYL GLYCIDYL ETHER
2-ETHYL-M-XYLENE
2-ETHYL-P-XYLENE
2-HEPTANONE
2-HEPTANONE, 6-METHYL-
2-HEPTEN-1-OL, (E)-
2-HEPTENE
2-HEXANONE
2-HEXYNE
2-HYDROXY-3,5,6-TRICHLOROPYRIDINE
2-METHYL-1-BUTENE
2-METHYL-1-PENTENE
2-METHYL-2-BUTENE
2-METHYLBUTANE
2-METHYLHEPTANE
2-METHYLHEXANE

2-METHYLNAPHTHALENE
2-METHYLPENTANE
2-METHYLPYRIDINE
2-NONEN-1-OL, (E)-
2-OCTANONE
2-OCTENE, (E)-
2-OCTENE, (Z)-
2-OXAZOLIDINONE, 3-METHY
2-PENTANOL, ACETATE
2-PENTANONE
2-PROPEN-1-OL, 2-METHYL-
2-PROPENAL, 2-METHYL-
2-PROPENOIC ACID, 2-ETHYLHEXYL ESTER
2-PROPENOIC ACID, 2-METHYL-, 2-
HYDROXYPR
2-PROPENOIC ACID, 6-METHYLHEPTYL
ESTER
2-PROPYL-1-PENTANOL
2-UNDECENAL
2-UNDECENE, 3-METHYL-, (E)-
3,3,5,5-TETRAMETHYLCYCLOPENTENE
3,4-DIHYDROXYBENZYL
ALCOHOL,TRIS(TRIMETH
3,4-DIMETHYLCYCLOPENTAN
3,5-DIMETHYL-1-HEXENE
3,5-DIMETHYLCYCLOPENTENE
3-BUTEN-2-ONE
3-BUTENOIC ACID, ETHYL ESTER
3-CYCLOHEXEN-1-OL
3-DODECENE, (Z)-
3-ETHOXY-1,1,1,5,5,5-HEXAMETHYL-3-
(TRIMETHYLSILOXY)TRISILOXA
3-ETHYLHEXANE
3-HEPTANONE
3-HYDROXYMANDELIC ACID, ETHYL ESTER,
DI-TM
3-METHYLHEPTANE
3-METHYLHEPTYL ACETATE
3-METHYLHEXANE
3-METHYLPENTANE
3-METHYLPYRIDINE
3-PYRIDINEMETHANOL, 4,5-DIHYDROXY-
3-UNDECENE, 6-METHYL-,
4-(METHYLTHIO)BENZONITRILE
4,7-METHANO-1H-INDENE, OCTAHYDRO-
4'-CHLORO-6-METHOXYAURONE
4-DECENE, 3-METHYL-, (E)-
4-HEXEN-2-ONE, 3,4-DIME
4-HYDROXYMANDELIC ACID, ETHYL ESTER,
DI-
4-NITRO-4'-CHLORODIPHENYLSULPHOXIDE
4-OCTENE, (E)-
4-PENTYNOIC ACID
4-PYRIMIDINAMINE, 5-METHYL-2-(METHYL)-
4-UNDECENE, 6-METHYL-
4-VINYLCYCLOHEXENE

5-TETRADECENE, (E)-
5-UNDECENE, (E)-
5-UNDECENE, 9-METHYL-, (Z)-
6-METHYL-5-HEPTEN-2-ONE
7A,9C-(IMINOETHANO)PHEN
7-TETRADECENE
ACENAPHTHENE
ACENAPHTHYLENE
ACETALDEHYDE
ACETALDEHYDE, HYDROXY-
ACETIC ACID, 2-ETHYLHEXYL ESTER
ACETIC ACID, DICHLORO-, ETHYL ESTER
ACETIC ACID, TRICHLORO-, ETHYL ESTER
ACETONE
ACETONITRILE
ACETOPHENONE
ACETYLACETONE
ACROLEIN
ALLYL CHLORIDE
ALLYLAMINE
ALPHA-METHYLSTYRENE
ANILINE
ANTHRACENE
A-PINENE
ARSENOUS ACID, TRIS(TRIMETHYLSILYL)
ESTE
BENZ(A)ANTHRACENE
BENZALDEHYDE
BENZALDEHYDE, 2,4-BIS(T
BENZALDEHYDE, 2,5-
BIS((TRIMETHYLSILYL)OX
BENZALDEHYDE, 4-CHLORO-, OXIME
BENZENAMINE, 2,4-DIMETHYL-
BENZENE
BENZENE, (1-METHYL-1-PR
BENZENE, (1-METHYL-2-CYCLOPROPEN-1-
YL)-
BENZENE, (2-METHYL-1-PROPENYL
BENZENE, (FLUOROMETHYL)-
BENZENE, 1,2,3,5-TETRAMETHYL-
BENZENE, 1,2-DIETHYL-
BENZENE, 1,3,5-TRIETHYL-
BENZENE, 1-BROMO-2-FLUORO-
BENZENE, 1-BROMO-3-FLUORO-
BENZENE, 1-CHLORO-3-
(TRIFLUOROMETHYL)-
BENZENE, 1-CHLORO-4-
(TRIFLUOROMETHYL)-
BENZENE, 1-ETHYL-2,3-DI
BENZENE, 1-ETHYL-3-(1-METHYLETHYL)-
BENZENE, 1-METHYL-2-(2-
BENZENE, 1-METHYL-4-(2-PROPENYL)-
BENZENE, 1-METHYL-4-PROPYL-
BENZENE, 2-ETHENYL-1,4-DIMETHYL-
BENZENE, 4-ETHENYL-1,2-DIMETHYL-
BENZENE, DIETHYLMETHYL-

BENZENE, PENTAMETHYL-
BENZENEACETALDEHYDE, .A
BENZENEACETALDEHYDE, .ALPHA.-OXO-,
ALDEH
BENZENEETHANAMINE, N-
((PENTAFLUOROPHENYL
BENZO(A)PYRENE
BENZO(B)FLUORANTHENE
BENZO(B)FLUORANTHENE
BENZO(E)PYRENE
BENZO(G,H,I)PERYLENE
BENZO(K)FLUORANTHENE
BENZOCYCLOHEPTATRIENE
BENZOIC ACID, 2-((TRIMETHYLSILYL)OXY)-,
BENZONITRILE, 4-METHOXY-
BICYCLO(2.2.1)HEPT-2-EN
BICYCLO(2.2.1)HEPTAN-2-ONE, 1,7,7-TRIMET
BICYCLO(3.1.1)HEPT-2-ENE, 3,6,6-TRIMETHYL
BICYCLO(3.1.1)HEPTANE, 6,6-DIMETHYL-2-ME
B-PINENE
BROMOETHANE
BUTANAL
BUTANAMIDE, 2,2,3,3,4,4,4-HEPTAFLUORO-N-
BUTANE
BUTANE, 1,1,1,2,3,3,4,4-NONAFLUOR
BUTANE, 1-BROMO-
BUTANE, 2,2,3,3-TETRAMETHYL-
BUTANE, 2-IODO-2-METHYL-
BUTANOIC ACID, 3-METHYLBUTYL ESTER
BUTYL BUTYRATE
BUTYL ETHER
BUTYLCYCLOHEXANE
CAMPHENE
CARBON DIOXIDE
CARBON DISULFIDE
CARBON TETRACHLORIDE
CARBONIC ACID, DIMETHYL ESTER
CARBONIC ACID, DIPROPYL
CARBONYL SULFIDE
CFC-11
CFC-114
CFC-12
CHLOROBENZENE
CHLORODIBROMOMETHANE
CHLOROETHANE
CHLOROFORM
CHLOROMETHANE
CHLOROMETHYLBENZENE
CHRYSENE
CIS-1,2-DICHLOROETHENE
CIS-1,3-DICHLOROPROPENE
CIS-1-ETHYL-3-METHYL-CYCLOHEXANE
CIS-2-PENTENE
CIS-5-METHYL-2-HEXENE
CYCLOBUTANE, ETHYL-
CYCLOHEPTANOL

CYCLOHEXANE
CYCLOHEXANE, (1-METHYLETHYL)-
CYCLOHEXANE, 1,1'-(1,3-PROPANEDIYL)BIS-
CYCLOHEXANE, 1,1'-(1,4-BUTANEDIYL)BIS-
CYCLOHEXANE, 1,1,3-TRIMETHYL-
CYCLOHEXANE, 1,2,4-TRIMETHYL-
CYCLOHEXANE, 1,2,4-TRIMETHYL-,
(1.ALPHA.
CYCLOHEXANE, 1,2-DIMETHYL- (CIS/TRANS)
CYCLOHEXANE, 1,2-DIMETHYL-, CIS-
CYCLOHEXANE, 1,2-DIMETHYL-, TRANS-
CYCLOHEXANE, 1,3,5-TRIMETHYL-
CYCLOHEXANE, 1,3-DIMETHYL-
CYCLOHEXANE, 1,4-DIMETHYL-
CYCLOHEXANE, 1,4-DIMETHYL-, CIS-
CYCLOHEXANE, 1-ETHYL-2-METHYL
CYCLOHEXANE, 1-ETHYL-2-METHYL-,
TRANS-
CYCLOHEXANE, 1-ETHYL-4-METHYL-, CIS
CYCLOHEXANE, 1-ETHYL-4-METHYL-,
TRANS-
CYCLOHEXANE, 1-METHYL-2-PROPYL-
CYCLOHEXANE, 1-METHYL-4
CYCLOHEXANE, 2-BUTYL-1,1,3-TRIMETHYL-
CYCLOHEXANE, PENTYL-
CYCLOHEXANE, PROPYL-
CYCLOHEXANOL
CYCLOHEXANONE
CYCLOHEXENE, 1-METHYL-4
CYCLOHEXENE, 1-METHYL-4-(1-
METHYLETHENYL)-, (.+/-.)-
CYCLOHEXENE, 1-METHYL-4-(1-
METHYLETHYLIDENE)-
CYCLOHEXENE, 1-METHYL-5
CYCLOOCTANE, 1,5-DIMETH
CYCLOOCTANE, METHYL-
CYCLOPENTANE
CYCLOPENTANE, 1,2,3-TRIMETHYL-,
(1.ALPHA
CYCLOPENTANE, 1,2,4-TRIMETHYL-,
(1.ALPHA
CYCLOPENTANE, 1,3-DIMETHOXY-, TRANS-
CYCLOPENTANE, 1,3-DIMETHYL-
CYCLOPENTANE, 1,3-DIMETHYL-, CIS-
CYCLOPENTANE, 1,3-DIMETHYL-, TRANS-
CYCLOPENTANE, DECYL-
CYCLOPENTANE, PENTYL-
CYCLOPENTANONE
CYCLOPENTANONE, 2-ETHYL-
CYCLOPENTENE, 1,5-DIMETHYL-
CYCLOPENTYLETHYNE
CYCLOPROPANE, 1,1,2-TRIMETHYL-
CYCLOPROPANE, 1,2-DIMETH
CYCLOPROPANE, 1,2-DIMETHYL-, CIS-
CYCLOPROPANECARBOXYLIC ACID
DECAHYDRONAPHTHALENE

DECAMETHYLCYCLOPENTASILOXANE
DECANAL
DECANE
DECANE, 1,1'-OXYBIS-
DECANE, 2,2,3-TRIMETHYL-
DECANE, 2,2,4-TRIMETHYL-
DECANE, 2,2,5-TRIMETHYL-
DECANE, 2,2,6-TRIMETHYL-
DECANE, 2,2,8-TRIMETHYL-
DECANE, 2,2,9-TRIMETHYL-
DECANE, 2,5,6-TRIMETHYL-
DECANE, 2,5-DIMETHYL-
DECANE, 2,6,7-TRIMETHYL-
DECANE, 2-METHYL-
DECANE, 3,3,4-TRIMETHYL
DECANE, 3-METHYL-
DIBENZ(A,H)ANTHRACENE
DIBROMOMETHANE
DICHLOROBROMOMETHANE
DIMETHYL SULFIDE
DIMETHYL SULFONE
DIMETHYLCYCLOHEXANE
DISULFIDE, ETHYL 1-METHYLETHYL
D-LIMONENE
DODECANE
DODECANE, 1-FLUORO-
DODECANE, 2,5-DIMETHYL-
DODECANE, 2,6,10-TRIMETHYL-
DODECANE, 2,6,11-TRIMET
DODECANE, 2,7,10-TRIMETHYL-
DODECANE, 5-METHYL-
DODECANE, 6-METHYL-
DOTRIACONTANE
EICOSANE
ETHANE
ETHANE, 1,1-DIFLUORO-
ETHANE, ISOCYANO-
ETHANESULFONYL FLUORIDE
ETHANOL
ETHANONE, 1-(3-METHYLPHENYL)-
ETHYL ACETATE
ETHYL AMYL KETONE
ETHYL HEXANOATE
ETHYLAMINE
ETHYLBENZENE
ETHYLCYCLOHEXANE
ETHYLENE OXIDE
ETHYNE, CHLORO-
EUCALYPTOL
FLUORANTHENE
FLUORENE
FORMAMIDE, N,N-DIMETHYL-
FORMAMIDE, N-ETHYL-N-PHENYL-
FURAN, 2,5-DIHYDRO-
FURAN, 2-PENTYL-
GLYCIDOL

GLYCOLIC ACID
HCFC-22
HEPTADECANE
HEPTANAL
HEPTANE
HEPTANE, 1,1'-OXYBIS-
HEPTANE, 1-BROMO-
HEPTANE, 2,2,3,4,6,6-HEXAMETHYL-
HEPTANE, 2,2,4,6,6-PENTAMETHYL-
HEPTANE, 2,2,4-TRIMETHYL-
HEPTANE, 2,3-DIMETHYL-
HEPTANE, 2,4-DIMETHYL-
HEPTANE, 2,6-DIMETHYL-
HEPTANE, 3,3,5-TRIMETHYL-
HEPTANE, 3,3-DIMETHYL-
HEPTANE, 3-ETHYL-2-METHYL-
HEPTANE, 3-METHYLENE-
HEPTANE, 4-PROPYL-
HEPTANE, HEXADECAFLUORO-
HEXACHLOROBUTADIENE
HEXADECANE
HEXADECANE, 2,6,11,15-T
HEXALDEHYDE
HEXAMETHYLCYCLOTRISILOXANE
HEXANE
HEXANE, 1-BROMO-
HEXANE, 2,2,4-TRIMETHYL
HEXANE, 2,2,5-TRIMETHYL-
HEXANE, 2,2-DIMETHYL-
HEXANE, 2,4-DIMETHYL-
HEXANEDIOIC ACID, .ALPHA.-KETO OXIME,
(TRIMETHYLSILYL)
HEXANOIC ACID, PROPYL E
HEXATRIACONTANE
HYDROGEN SULFIDE
HYDROXYLAMINE, O-DECYL-
INDAN, 1-METHYL-
INDANE
INDENE
INDENO(1,2,3-CD)PYRENE
ISOBUTANE
ISOBUTANOL
ISOBUTENE
ISOPRENE
ISOPROPANOL
LIMONENE
M,P-XYLENE
M-DICHLOROBENZENE
M-DIETHYLBENZENE
MESITYL OXIDE
METHANE, ISOCYANO-
METHANE, ISOCYANO-
METHYL BROMIDE
METHYL DISULFIDE
METHYL ETHYL DISULPHIDE
METHYL ETHYL KETONE

METHYL ISOAMYL KETONE
METHYL ISOBUTYL KETONE
METHYL PROPYL DISULFIDE
METHYL TERT-BUTYL DISULFIDE
METHYL TERT-BUTYL ETHER
METHYLCYCLOHEXANE
METHYLCYCLOPENTANE
METHYLENE CHLORIDE
M-ETHYLTOLUENE
M-METHOXYBENZONTRILE
N-AMYL ACETATE
NAPHTHALENE
NAPHTHALENE, 1-(1,1-DIM
NAPHTHALENE, 1,7-DIMETH
NAPHTHALENE, 2,3-DIMETH
NAPHTHALENE, 2,7-DIMETH
NAPHTHALENE, DECAHYDRO-2-METHYL-
N-BUTYL ACETATE
NITROETHANE
NONANAL
NONANE
NONANE, 1-BROMO-
NONANE, 2,6-DIMETHYL-
NONANE, 2-METHYL-
NONANE, 3,7-DIMETHYL-
NONANE, 3-METHYL-
NONANE, 3-METHYL-5-PROPYL-
NONANE, 4-METHYL-
OCTAMETHYLCYCLOTETRASILOXANE
OCTANAL
OCTANE
OCTANE, 1-BROMO-
OCTANE, 2,2,6-TRIMETHYL-
OCTANE, 2,2-DIMETHYL-
OCTANE, 2,4,6-TRIMETHYL-
OCTANE, 2,5,6-TRIMETHYL-
OCTANE, 2,6-DIMETHYL-
OCTANE, 2-METHYL-
OCTANE, 3,5-DIMETHYL-
OCTANE, 3-METHYL-
OCTANE, 4-ETHYL-
OCTANE, 4-METHYL-
O-CYMENE
O-DICHLOROBENZENE
O-ETHYLTOLUENE
O-TOLUALDEHYDE
OXIRANE, ((DODECYLOXY)M
OXIRANE, 2-METHYL-3-PROPYL-, CIS-
OXIRANE, ETHYL-
OXIRANE, TETRADECYL-
O-XYLENE
P-BROMOFLUOROBENZENE
P-CHLOROANILINE
P-CYMENE
P-DICHLOROBENZENE
P-DIETHYLBENZENE

PENTANAL
PENTANE
PENTANE, 1-BROMO-
PENTANE, 2,2,3,4-TETRAMETHYL-
PENTANE, 2,3,3-TRIMETHYL-
PENTANE, 3-ETHYL-
PENTANE, 3-ETHYL-3-METHYL-
PENTANE, DODECAFLUORO-
P-ETHYLTOLUENE
PHENANTHRENE
PHYTANE
PIPERAZINE, 2-METHYL-
PROPANAL, 2,2-DIMETHYL-
PROPANE
PROPANE, 1-BROMO-
PROPANE, 2-BROMO-
PROPANOIC ACID, 2-METHY
PROPANOIC ACID, 2-METHYL-, 2-METHYLPROPYL-
PROPANOIC ACID, 2-PROPENYL ESTER
PROPIOPHENONE
PROPYLBENZENE
PROPYLENE
P-TRIMETHYLSILYLOXYPHENYL-BIS(TRIMEHYLSILYLOXY) ETHANE
P-XYLENE
PYRENE
PYRIDINE
SILANOL, TRIMETHYL-
STYRENE
TARTARIC ACID, DIETHYL ESTER
T-BUTYL ALCOHOL
TERT-AMYLBENZENE
TETRACHLOROETHYLENE
TETRADECANAL
TETRADECANE
TETRAHYDROFURAN
THC AS GAS
THIOPHENE, 2-ETHYLTETRAHYDRO-
THIOPHENE, TETRAHYDRO-2-METHYL-
TOLUENE
TOLUENE-D8
TOTAL VOCS AS GASOLINE
TOTAL VOCS AS HEPTANE
TRANS-1,2-DICHLOROETHYLENE
TRANS-1,3-DICHLOROPROPENE
TRANS-1-BUTYL-2-METHYLC
TRANS-CROTONALDEHYDE
TRANS-DECAHYDRONAPHTHALENE
TRIBROMOMETHANE
TRICHLOROETHYLENE
TRIDECANE
TRIDECANE, 3-METHYLENE-
TRIFLUOROACETYL-ISOBORNEOL
TRIMETHYLAMINE
TRISULFIDE, DIMETHYL

UNDECANE
UNDECANE, 2,10-DIMETHYL
UNDECANE, 2,4-DIMETHYL-
UNDECANE, 2,5-DIMETHYL-
UNDECANE, 2,6-DIMETHYL-
UNDECANE, 3,6-DIMETHYL-
UNDECANE, 3,8-DIMETHYL-
UNDECANE, 3-METHYL-
UNDECANE, 4,6-DIMETHYL-
UNDECANE, 4,7-DIMETHYL-
UNDECANE, 5,7-DIMETHYL-
UNDECANE, 5-METHYL-
VINYL ACETATE
VINYL BROMIDE
VINYL CHLORIDE
VINYLIDENE FLUORIDE

**APPENDIX F**
**Airborne Community Exposures Monitored by EPA**

| | |
|---|---|
| 1,1,1-Trichloroethane | 3-Methylpentane |
| 1,1,2,2-Tetrachloroethane | 4-Methyl-1-pentene |
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 9-Fluorenone |
| 1,1,2-Trichloroethane | Acenaphthene |
| 1,1-Dichloroethane | Acenaphthylene |
| 1,1-Dichloroethylene | Acetaldehyde |
| 1,2,3-Trimethylbenzene | Acetone |
| 1,2,4-Trichlorobenzene | Acetonitrile |
| 1,2,4-Trimethylbenzene | Acetylene |
| 1,2-Dibromoethane | Acrolein |
| 1,2-Dichloroethane | Acrylonitrile |
| 1,2-Dichloropropane | Allyl chloride |
| 1,3,5-Trimethylbenzene | Anthracene |
| 1,3-Butadiene | a-Pinene |
| 1,4-Dioxane | Benz(a)anthracene |
| 1-Decene | Benzene |
| 1-Dodecene | Benzo(a)pyrene |
| 1-Heptene | Benzo(b)fluoranthene |
| 1-Hexane | Benzo(e)pyrene |
| 1-Nonene | Benzo(g,h,i)perulene |
| 1-Octene | Benzo(k)fluoranthene |
| 1-Pentene | b-Pinene |
| 1-Tridecene | Butanal |
| 1-Undecene | Butane |
| 2,2,3-Trimethylpentane | Carbon disulfide |
| 2,2,4-Trimethylpentane | Carbon tetrachloride |
| 2,2-Dimethylbutane | CFC-11 |
| 2,3,4-Trimethylpentane | CFC-114 |
| 2,3-Dimethylbutane | CFC-12 |
| 2,3-Dimethylpentane | Chlorobenzene |
| 2,4-Dimethylpentane | Chlorodibromomethane |
| 2-Hexanone | Chloroethane |
| 2-Methyl-1-butene | Chloroform |
| 2-Methyl-1-pentene | Chloromethane |
| 2-Methyl-2-butene | Chloromethylbenzene |
| 2-Methylbutane | Chloroprene |
| 2-Methylheptane | Chrysene |
| 2-Methylhexane | cis-1,2-Dichloroethene |
| 2-Methylpentane | cis-1,3-Dichloropropene |
| 3-Methyl-1-butene | cis-2-Butene |
| 3-Methylenepentane | cis-2-Hexene |
| 3-Methylheptane | cis-2-Pentene |
| 3-Methylhexane | Coronene |

Cumene
Cyclohexane
Cyclopenta(cd)pyrene
Cyclopentane
Cyclopentene
Decane
Dibenzo(a,h)anthracene
Dichlorobromomethane
Diisopropyl ether
Dimethylcyclohexane
Dimethylheptane
Dodecane
Ethane
Ethanol
Ethyl acetate
Ethyl acrylate
Ethyl tert-butyl ether
Ethylbenzene
Ethylene
Fluoranthene
Fluorene
Halon 1011
HCFC-21
Heptanal
Heptane
Hexachlorobutadiene
Hexaldehyde
Indeno(1,2,3-cd)pyrene
Isobutane
Isobutene/1-butene
Isooctane
Isoprene
Isopropanol
m,p-Xylene
m-Dichlorobenzene
m-Diethylbenzene
Methyl Bromide
Methyl ethyl ketone
Methyl isobutyl ketone
Methyl methacrylate
Methyl tert-butyl ether
Methylbutadiene
Methylbutane
Methylcyclohexane
Methylcyclopentane
Methylene chloride

Methylheptane
Methylpentane
m-Ethyltoluene
Naphthalene
Nonane
Octane
o-Dichlorobenzene
o-Ethyltoluene
o-Xylene
p-Dichlorobenzene
p-Diethylbenzene
Pentanal
Pentane
Perylene
p-Ethyltoluene
Phenanthrene
Pinene (TIC)
PM2.5
Propane
Propylbenzene
Propylene
Propyne
Pyrene
Retene
Styrene
t-Butyl alcohol
tert-Amyl methyl ether
Tetrachloroethylene
Tetrahydrofuran
Toluene
Total non-methane organic carbon
trans-1,2-Dichloroethylene
trans -1,3-Dichloropropene
trans -2-Butene
trans -2-Hexene
trans -2-Pentene
Tribromomethane
Trichloroethylene
Tridecane
Undecane
Vinyl acetate
Vinyl bromide
Vinyl chloride
Xylenes, total