UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 12-2338 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Defendants ES&H, Inc. and Team Labor Force, LLC's Motion for Extension of Time to Plead (Rec. Doc. 7676). For reasons stated in the Court's Order of October 16, 2012 (Rec. Doc. 7661),

**IT IS ORDERED** that the Motion for Extension of Time to Plead (Rec. Doc. 7676) is **DENIED AS PREMATURE.**

New Orleans, Louisiana, this 23rd day of October, 2012.

_____
United States District Judge