# Attachment A

| | |
|---|---|
| **From:** | DeSantis, Karen McCartan |
| **To:** | Chakeres, Aristide (ENRD) |
| **Cc:** | Gasaway, Robert R. |
| **Subject:** | Re: Rule 30(b)(6) Topics and Designees // Request for Clarification |
| **Date:** | Tuesday, September 18, 2012 3:21:43 PM |

Nat,

Thank you--we appreciate your attention to this.

Karen

Karen McCartan DeSantis

Kirkland and Ellis, LLP

655 Fifteenth Street, NW

Washington, DC 20005

(202) 879 5217

**From**: Chakeres, Aristide (ENRD) [mailto:Aristide.Chakeres@usdoj.gov]
**Sent**: Tuesday, September 18, 2012 03:10 PM
**To**: DeSantis, Karen McCartan
**Cc**: Gasaway, Robert R.
**Subject**: RE: Rule 30(b)(6) Topics and Designees // Request for Clarification

Yes on all counts.

-Nat

**From:** DeSantis, Karen McCartan [mailto:kdesantis@kirkland.com]
**Sent:** Tuesday, September 18, 2012 4:07 PM
**To:** Chakeres, Aristide (ENRD)
**Cc:** Gasaway, Robert R.
**Subject:** Re: Rule 30(b)(6) Topics and Designees // Request for Clarification

Nat,

Thank you for your clarification of the scope of Dr. Possolo's 30(b)(6) testimony in the emails below.

We have just a few other questions that I'd be happy to discuss by phone if easier for you:

We are understanding, then, that Marcia McNutt or other deponents will provide 30(b)(6) testimony regarding uncertainty analysis pertaining to work of the Reservoir Depletion, Mass Balance (surface expression), and Acoustics Teams and that Dr. Possolo is not designated as a 30(b)(6) deponent with respect any uncertainty analysis pertaining to work of those three FRTG teams.
Are we correct here?

We further understand that Dr. McNutt or other deponents will cover any uncertainty analysis with respect to any GOR analysis done by FRTG teams---again, not Dr. Possolo.
Are we correct on this?

Finally, it is now our understanding that Dr. Possolo will testify regarding his and NIST's uncertainty analysis with respect to the Plume Calculation and Well Modeling\Nodal Analysis Teams, but that other United States Rule 30(b)(6) designees will cover any non-NIST uncertainty analysis that was done by, or concerned the work of, those two teams.

Is this correct, as well?

Again, we appreciate these clarifications.

Karen

Karen McCartan DeSantis
Kirkland and Ellis, LLP
655 Fifteenth Street, NW
Washington, DC 20005

(202) 879 5217

---

**From**: Chakeres, Aristide (ENRD) [mailto:Aristide.Chakeres@usdoj.gov]
**Sent**: Tuesday, September 18, 2012 12:20 PM
**To**: Gasaway, Robert R.
**Cc**: 'Phase2US@Liskow.com' <Phase2US@Liskow.com>; DeSantis, Karen McCartan; Karis, Hariklia; dkhaycraft@liskow.com; Langan, Andrew; Garthwaite, Leslie S.; Fields, Barry E.; Petrino, Michael A.; Eisert, Joseph A.; Lico, James A.; Posteraro, Julie; McIlwain, David (ENRD) <David.McIlwain@usdoj.gov>; Young, Gordon (ENRD) <Gordon.Young@usdoj.gov>
**Subject**: RE: Rule 30(b)(6) Topics and Designees // Request for Clarification

Hello,

Thank you for the clarification regarding Topic 4.

Your assumptions are correct regarding the scope of Dr. Possolo's testimony – NIST's work with both the Nodal and Plume teams will be within the scope of his testimony.  To our current understanding, NIST did not work with any of the other subteams.

-Nat

---

**From:** Gasaway, Robert R. [mailto:rgasaway@kirkland.com]
**Sent:** Tuesday, September 18, 2012 12:49 PM
**To:** Chakeres, Aristide (ENRD)
**Cc:** 'Phase2US@Liskow.com'; DeSantis, Karen McCartan; Karis, Hariklia; dkhaycraft@liskow.com; Langan, Andrew; Garthwaite, Leslie S.; Fields, Barry E.; Petrino, Michael A.; Eisert, Joseph A.; Lico, James A.; Posteraro, Julie
**Subject:** Re: Rule 30(b)(6) Topics and Designees // Request for Clarification

Dear Nat,

Thank you for your response below.

First, in answer to your request, during his October 16-17 deposition, Adam Ballard will be able to testify with respect to those aspects of Topic 4 that concern BP's measurement of hydrocarbons collected by the surface vessels employed in the Response (i.e., the Discoverer Enterprise, the HP1, and the Q4000) during the period from May 15 to July 15, 2010.

Second, as for your response to our questions, it would be helpful if you might further clarify the testimony expected from Dr. Possolo on Topic 45.

In particular, it is BP's understanding that NIST worked with both the FRTG Plume Team and the FRTG Well Modeling\Nodal Analysis team and that Dr. Posollo will testify as a Rule 30(b)(6) witness about NIST's work with those teams. Can you please confirm?

For instance, to the extent Mr. Guthrie will testify regarding uncertainty analysis by the Well Modeling\Nodal Analysis team, we had assumed that Dr. Possolo will still be expected to testify as a Rule 30(b)(6) witness regarding the work of NIST with that same team. Is that assumtion correct?

Also, if there are other FRTG members, teams, or subteams with which NIST worked and about which Dr. Possolo would be expected to testify as a Rule 30(b)(6) deponent could you please specify them?

Nat, we greatly appreciate your help on these clarifications and think they will help to avoid disputes arising at these depositions.

Many thanks,
/ROB

---

**From**: Chakeres, Aristide (ENRD) [mailto:Aristide.Chakeres@usdoj.gov]
**Sent**: Monday, September 17, 2012 01:01 PM
**To**: Gasaway, Robert R.
**Cc**: Phase2US@Liskow.com <Phase2US@Liskow.com>; DeSantis, Karen McCartan; Karis, Hariklia; dkhaycraft@liskow.com; Langan, Andrew; Garthwaite, Leslie S.; Fields, Barry E.; Petrino, Michael A.; Eisert, Joseph A.; Lico, James A.
**Subject**: RE: Rule 30(b)(6) Topics and Designees // Request for Clarification

Rob –

For Topic 89, your latter interpretation is correct, and the use of the information in Appendices 2-9 in the actual budget will be covered by Mr. Miller.

For Topic 45, Dr. Possolo will cover the uncertainty analysis conducted on behalf of the FRTG by NIST; to the extent the topic covers additional analysis or estimates by the other FRTG subteams and members, the applicable subteam witness (Maclay for the reservoir team, Guthrie for the Nodal team, McNutt for the remaining teams) will cover that.

One additional matter – we are still awaiting clarification regarding which BP witness will testify regarding the portion of BP's Topic 4 relating to the measurement of hydrocarbons collected by the Enterprise, the Q4000, and the Helix Producer.  We would appreciate any further guidance at your convenience.

Thank you,

Nat

---

**From:** Gasaway, Robert R. [mailto:rgasaway@kirkland.com]
**Sent:** Monday, September 17, 2012 11:18 AM
**To:** Chakeres, Aristide (ENRD)
**Cc:** Phase2US@liskow.com; DeSantis, Karen McCartan; Karis, Hariklia; dkhaycraft@liskow.com; Langan, Andrew; Garthwaite, Leslie S.; Fields, Barry E.; Petrino, Michael A.; Eisert, Joseph A.; Lico, James A.
**Subject:** Rule 30(b)(6) Topics and Designees // Request for Clarification

Dear Nat,

In advance of some upcoming 30(b)(6) depositions, we would like to clarify the scope of testimony intended for the witnesses designated to testify on 30(b)(6) Topics 89 and 45.

TOPIC 89

Topic 89 is as follows: "Preparation of the reports, 'McNutt, M. R. Camilli, G. Guthrie, P. Hsieh, V. Labson, B. Lehr, D. Maclay, A. Ratzel, and M. Sogge, 2011; Assessment of Flow Rate Estimates for the Deepwater Horizon/Macondo Well Oil Spill, Flow Rate Technical Group, March 10, 2011' and 'Oil Budget Calculator, Deepwater Horizon, Technical Documentation, November 2010, A report by the Federal Interagency Solutions Group, Oil Budget Calculator Science and Engineering Team."

In the July 19, 2012 Chakeres-Shushan transmission to the Court, three witnesses were identified as 30(b)(6) witnesses on Topic 89, each with a different subtopic:

(1) Marcia McNutt — subtopic: FRTG report, McNutt report;

(2) Mark Miller — subtopic: oil budget; and

(3) Antonio Possollo — subtopic: uncertainty analysis.

Does this designation indicate the following breakdown of testimony onto pic 89?

- Ms. McNutt will testify only about the March 10, 2011 FRTG report and the 2011 McNutt report;

- Mr. Miller will testify only about the 2010 Oil Budget Calculator report; and

- Mr. Possolo will testify only about the Uncertainty Appendix to the Oil Budget Calculator (Appendix 1)?

Alternatively, should we expect the following breakdown of topic 89 testimony:

- Ms. McNutt will testify only about the March 10, 2011 FRTG report and the 2011 McNutt report;

- Mr. Miller will testify only about the 2010 Oil Budget Calculator report; and

- Mr. Possolo will testify only about the Uncertainty Appendix to the Oil Budget Calculator (Appendix 1) and uncertainty analysis contained in the March 10, 2011 FRTG report.

Also, please let us know which of these witnesses, if any, is intended to testify about Appendix 2-9 of the Oil Budget Calculator.

### Topic 45

We would also like to clarify the scope of Mr. Possolo's testimony for uncertainty analysis for Topic 45.

As you know, Topic 45 is as follows: "The methods, calculations, analyses, estimates, factors, data and assumptions considered or employed by the FRTG, any of its members, any of its sub-teams, or any of their members, during the course of any work performed by the FRTG or any sub-team to quantify or estimate the flow of hydrocarbons from the MC252 well, including velocimetry, nodal analysis, reservoir analysis, hydraulics, acoustics, surface expression, mass balance, multiphase flow, and gas/oil ratio

('GOR').")

Is Mr. Possolo designated to testify regarding uncertainty analysis in "methods, calculations, analyses, estimates, factors, data and assumptions considered or employed" by the FRTG, its members, and all referenced FRTG teams and sub-teams?

If not, for which segments of the FRTG work has Mr. Possolo been designated to testify regarding uncertainty analysis, and who has been designated to testify regarding uncertainty analysis in any segments of FRTG work that will not be covered by Mr. Possolo?

Many thanks for your attention to this request for clarification.

Best regards,

Rob Gasaway

**Robert R. Gasaway**
Partner
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202-879-5175 (Direct Line) | 202-879-5200 (Fax)

************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

************************************************************
IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*********************************************************

*********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*********************************************************

*********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*********************************************************