IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br><br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF MATTHEW L. GARRETSON

I, MATTHEW L. GARRETSON, hereby declare and state as follows:

1. I am an adult over 21 years of age. I am the founder and Chief Executive Officer of The Garretson Firm Resolution Group, Inc., doing business as Garretson Resolution Group ("GRG"), and am an attorney licensed to practice law in the State of Ohio. I have personal knowledge of the facts set forth herein.

2. On May 2, 2012, the Court appointed GRG as Claims Administrator to the Medical Benefits Class Action Settlement Agreement, as amended May 1, 2012 ("Medical

Settlement Agreement").[1]  *See* May 2, 2012 Preliminary Approval Order at 21 (Rec. Doc. 6419). The Court directed GRG "to take all steps that are reasonably necessary to implement and provide for prompt administration of the Settlement under the terms of the Medical Settlement Agreement, including, but not limited to, the duties described in Section XXI of the Agreement." *Id*. at 22.

3. Section XXI.B of the Medical Settlement Agreement, as implemented by the Court's May 10, 2012 Order (Rec. Doc. 6505), requires that the Claims Administrator be provided with certain databases, data files, and documentary evidence maintained by BP that contain information about potential Class Members (collectively, the "BP Data"). These include:

   a. The "Medical Encounters" database, which contains information concerning Clean-Up Workers who visited medic stations made available to Clean-Up Workers;

   b. The database identifying "Badged Workers," which contains information concerning those individuals who received a badge that allowed them access to areas where Response Activities were taking place;

   c. The "Training" database, which contains information concerning individuals who received training provided by BP and or its contractors that was required in order to allow those individuals to be hired as Clean-Up Workers;

   d. Those portions of the "Traction" database that contain information about injuries and illnesses reported by Clean-Up Workers during the performance of Response Activities;

   e. The "Injury and Illness" database, which contains information about injuries and illnesses reported by Clean-Up Workers during Response Activities;

---

[1] Terms with initial capital letters used in this Declaration have the meanings ascribed to the fully capitalized rendering of such terms in the Medical Settlement Agreement, unless otherwise defined or set off by quotation marks herein.

   f. Documentation and records, including invoices, containing the identity of organizations that participated in the recovery, transport, and decontamination of wildlife during Response Activities;

   g. Documentation and records identifying contractors retained by BP to perform Response Activities and individuals who performed Response Activities, including Industrial Hygiene Monitoring spreadsheets and Time History Reports for those who were being monitored; and

   h. Documentation and records, including invoices, from ambulance companies and "Persons on Board" lists for vessels that were engaged in Response Activities.

  4. Under the Medical Settlement Agreement, the Claims Administrator "may use such databases, data files, and other documentary evidence only for the purpose of evaluating, processing, and auditing claims by Medical Benefits Settlement Class Members for compensation for Specified Physical Conditions or participation in the Periodic Medical Consultation Program. The Claims Administrator shall maintain all such databases, data files, and other documentary evidence in strict confidence and shall not disclose any information in the database, data files, and other documentary evidence to any person or entity." Medical Settlement Agreement, Section XXI.B.3.

  5. Section XXI.B.3.b of the Medical Settlement Agreement provides, however, that the Claims Administrator may "disclose to a Natural Person information from the databases, data files, or other documentary evidence described in Section XXI.B.1-2 relating to that Natural Person upon receipt of a completed and signed Data Disclosure Form."

  6. When the Claims Administrator receives a completed and signed Data Disclosure Form from a putative class member, GRG personnel search the BP data for information matching the individual. These searches are conducted using only the information provided on the Data Disclosure Form. To ensure accuracy, and to ensure that HIPAA and privacy concerns are appropriately addressed, GRG's procedure requires at least two data points for a "match," so

that information concerning one individual is not mistakenly provided to another individual.  For example, an individual's name alone in a database is not a confirmed match because names are non-unique and, standing alone, a name can be a false match.  Accordingly, additional information, such as a date of birth or phone number can ensure that the correct individual from the BP Data has been identified.

7. As of and including October 15, 2012, the Claims Administrator had received Data Disclosure requests for 26 of the 74 persons listed as objectors represented by The Sterbcow Law Group, The Downs Law Group, PA, and Melancon & Rimes (the "Sterbcow Objectors"), including 5 requests that were received on October 15, 2012.  (10-cv-07777, Rec. Doc. 92).  On October 22, 2012, the Claims Administrator received Data Disclosure requests for an additional 6 of the 74 Sterbcow Objectors.  In all but one instance, the Claims Administrator has responded (or will respond) to these requests within the 10 days provided by Section XXI.B.3.b of the Medical Settlement Agreement (the remaining instance was a supplemental response within 11 days of receiving the request). As of October 23, 2012, the Claims Administrator had responded to 26 of the 32 requests and the remaining responses are currently being processed, all within the allowed 10-day period.

8. Of the individuals whose Data Disclosure Forms have been processed, the Claims Administrator was able to find at least a partial match ("partial match") in the BP Data for all of them.  Where two data points could be confirmed ("confirmed match"), the information was provided to the individual.

9. The Claims Administrator was specifically able to confirm a match on the Medical Encounters Database for 4 individuals (hereinafter, individuals "A", "B", "C" and "D") using the information provided in the Data Disclosure Forms.  After the Sterbcow Objectors'

4

Motion to Compel was filed, the Parties provided the Claims Administrator with a copy of the motion and the objection filed by counsel for the Sterbcow Objectors.[2] The materials accompanying that objection provided additional identifying information, some of which allowed the Claims Administrator to make additional confirmed database matches. For individual "A", the Claims Administrator provided information contained in the Medical Encounters Database, as well as the underlying records for the database entry. The Claims Administrator has now also provided information from the Badged Worker Database. For individual "B", the Claims Administrator provided information and underlying records from the Medical Encounters Database, and has now also provided information from the Badged Worker Database and additional information relating to a second visit in the Medical Encounters Database. For individual "C", the Claims Administrator provided information and underlying records from the Medical Encounters Database, Injury and Illness Database, Traction Database and Training Database, and has now also provided information from the Badged Worker Database. For individual "D", the Claims Administrator provided information and underlying records from the Medical Encounters Database and information from the Training Database, but the objection did not contain information that provided any additional confirmed database matches. The Claims Administrator was previously unable to match any information from the databases to a fifth objector whose name appeared on the Medical Encounters Database, because the date of birth provided in the Data Disclosure Form did not match the date of birth in the Medical Encounters Database. However, the Claims Administrator has now been able to use the individual's proof of employment submitted with the objection to locate information (*i.e.*, a confirmed match) from the Medical Encounters Database, the underlying records from that

---

[2] At that time, my office also preformed a search of the Medical Encounters database for all 74 of the Sterbcow Objectors. Nine of the 74 were identified in that database.

5

database, and information from the Badged Worker database, and has now provided all such information to that individual. The additional matching database information for these objectors was provided within the 10-day period after receipt of a completed and signed Data Disclosure Form for all but one objector, for whom it was provided on the 11th day after receipt of a completed and signed Data Disclosure Form.

10. Going forward, GRG will modify its processes and will request additional information from individuals submitting Data Disclosure Forms (such as the types of information submitted with the objection filed by the Sterbcow Objectors) that may improve the Claims Administrator's ability to locate matching information in the BP databases when the request is first received.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2012.

_____
Matthew L. Garretson