UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| Applies to:<br>12-426 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Case No. 12-426, *In the Matter of Jambon Supplier II, L.L.C., et al.*, was recently transferred to this Section for possible consolidation with MDL 2179, 10-md-2179. The Court finds consolidation is appropriate. Accordingly,

IT IS ORDERED that Case No. 12-426 is CONSOLIDATED with MDL 2179, 10-md-2179. The Clerk of Court is directed to issue the customary pretrial orders that follow consolidation and file a copy of this Order in both 12-426 and 10-md-2179.

New Orleans, Louisiana, this 23rd day of October, 2012.

_____
United States District Judge