UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig         * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf   * | |
| of Mexico, on April 20, 2010          * | SECTION J |
|                                                             * | |
| Case No.:                                          * | JUDGE BARBIER |
| 2:10-cv-02771                                   * | |
| 2:10-cv-08888                                   * | |
| 2:10-cv-02116-CJB-SS                    * | MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Edward T. Hayes and the law firm of Leake & Andersson, L.L.P., as counsel of record for the Plaintiffs listed on the attached Exhibit A.  Said Plaintiffs retained counsel on or about the date listed on Exhibit A and subsequently informed counsel that representation was no longer desired.

Accordingly, the undersigned counsel, individually and on behalf Leake & Andersson, L.L.P., respectfully moves this Court for an Order withdrawing them as counsel of record for all Plaintiffs as set forth on Exhibit A.

Respectfully submitted this 24th day of October, 2012.

/s/ Edward T. Hayes
**EDWARD T. HAYES (25700)**
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163
Telephone: 504-585-7500
Email:ehayes@leakeandersson.com

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed with the Court and served upon all counsel of record via Lexis Nexis File and Serve on this 24th day of October, 2012.

/s/ Edward T. Hayes