## Exhibit A

| Plaintiff | Date Retained | Case Number Record Document Number |
|---|---|---|
| Al Abadie, Jr. | 05/03/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Captain Jackie's Seafood | 05/10/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Shelli Schwartz | 05/10/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Daisey French | 05/10/2010 | 2:10-cv-02771 (Doc. 272-1) |
| Allison Goldman | 04/17/2011 | 2:10-cv-02771 (Doc. 378-1) |
| Branden Goldman | 04/17/2011 | 2:10-cv-02771 (Doc. 378-1) |
| Linda Goldman | 04/17/2011 | 2:10-cv-02771 (Doc. 378-1) |
| Miranda Goldman | 04/17/2011 | 2:10-cv-02771 (Doc. 378-1) |
| Michael Helmer | 11/23/2010 | 2:10-cv-02771 (Doc. 272-1) |
| Windy Helmer | 11/23/2010 | 2:10-cv-02771 (Doc. 272-1) |
| Lang Van Ho | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Paul D. Frazier | 04/18/2011 | 2:10-cv-02771 (Doc. 378-1) |
| Thai (Dao) Huynh | 06/04/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Fulton Seafood, Inc. | 05/07/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Robert Jackson, Jr. | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) |
| Nunmaker Yachts, Inc. | 04/13/2011 | 2:10-cv-02771 (Doc. 378-1) |
| Charles C. Nguyen | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Henry T. Nguyen | 05/07/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Ho V. Nguyen | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) |
| Johnny Nguyen | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Tong V. Nguyen | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) |
| Men V. Tran | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Lam Van Xieu | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
| Hong Van Nguyen | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) |
| Minh Nguyen | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) |
| Hoa Kim Nguyen | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) |

2

| Ronald W. Polkey | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) and 2:10-cv-02771 (Doc. 267-1) |
|---|---|---|
| Michael O'Gwynn, Sr. | 03/08/2011 | 2:10-cv-02771 (Doc. 378-1) |
| Percy Vegas | 05/04/2010 | 2:10-cv-02116 (Doc. 1-1) |