UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Case No.: | * | JUDGE BARBIER |
| 2:10-cv-02771 | * | |
| 2:10-cv-08888 | * | |
| 2:10-cv-02116-CJB-SS | * | MAGISTRATE SHUSHAN |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Edward T. Hayes and the law firm of Leake & Andersson, L.L.P., be permitted to withdraw as Counsel of record for the following plaintiffs:

| | | |
|---|---|---|
| Al Abadie, Jr. | Captain Jackie's Seafood | Shelli Schwartz |
| Daisey French | Allison Goldman | Branden Goldman |
| Linda Goldman | Miranda Goldman | Michael Helmer |
| Windy Helmer | Lang Van Ho | Paul D. Frazier |
| Thai (Dao) Huynh | Fulton Seafood, Inc. | Robert Jackson, Jr. |
| Nunmaker Yachts, Inc. | Charles C. Nguyen | Henry T. Nguyen |
| Ho V. Nguyen | Johnny Nguyen | Tong V. Nguyen |
| Men V. Tran | Lam Van Xieu | Hong Van Nguyen |
| Minh Nguyen | Hoa Kim Nguyen | Ronald W. Polkey |
| Michael O'Gwynn, Sr. | Percy Vegas | |

This _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1