UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Case No.: | * | JUDGE BARBIER |
| 2:10-cv-02771 | * | |
| 2:10-cv-08888 | * | |
| 2:10-cv-02116-CJB-SS | * | MAGISTRATE SHUSHAN |

**LAST KNOWN ADDRESSES FOR MOTION TO WITHDRAW AS COUNSEL**
**(Rec. Doc. 7742)**

**Al Abadie, Jr.**
137 Landry Lane
Grand Isle, LA 70358

**Captain Jackie's Seafood**
9675 Dauphin Island Parkway
Theodore, AL 36582

**Shelli Schwartz**
9675 Dauphin Island Parkway
Theodore, AL 36582

**Daisey French**
9675 Dauphin Island Parkway
Theodore, AL 36582

**Allison Goldman**
c/o Branden Goldman
129 Norah Lane
Grand Isle, LA 70358

**Branden Goldman**
129 Norah Lane
Grand Isle, LA 70358

1

**Linda Goldman**
129 Norah Lane
Grand Isle, LA 70358

**Miranda Goldman**
129 Norah Lane
Grand Isle, LA 70358

**Michael Helmer**
4970 Helmer Street
Barataria, LA 70036

**Windy Helmer**
4970 Helmer Street
Barataria, LA 70036

**Lang Van Ho**
1232 Curtis Street
Harvey, LA 70058

**Paul D. Frazier**
154 West Central Avenue
Grand Isle, LA 70358

**Thai (Dao) Huynh**
2818 McKinney Street
Houston, TX 77003

**Fulton Seafood, Inc.**
2818 McKinney Street
Houston, TX 77003

**Robert Jackson, Jr.**
2320 Highway 1
Grand Isle, LA 70358

**Nunmaker Yachts, Inc.**
c/o Henry M. Nunmaker, III
159 Highway 22 E
Madisonville, LA 70447

**Charles C. Nguyen**
5624 Riley Road

Ocean Springs, MS 39564

**Henry T. Nguyen**
501 Lynnmeade Road
Gretna, LA 70056

**Ho V. Nguyen**
13955 Dwyer Boulevard
New Orleans, LA 70129

**Johnny Nguyen**
4400 Boone Road, Apt. 268
Houston, TX 77072

**Tong V. Nguyen**
317 Fourth Street
Biloxi, MS 39530

**Men V. Tran**
1845 South Bay Road
Pensacola, FL 32506

**Lam Van Xieu**
572 Nadine Road
Abbeville, MS 39532

**Hong Van Nguyen**
2610 West Halton Street
Pensacola, FL 32505

**Minh Nguyen**
7421 Etude Street
Marrero, LA 70072

**Hoa Kim Nguyen**
9614 Stock Well
Houston, TX 77083

**Ronald W. Polkey**
122 Norah Lane
Grand Isle, LA 70358

**Michael O'Gwynn, Sr.**
P.O. Box 476
Grand Isle, LA 70358

**Percy Vegas**
P.O. Box 594
Grand Isle, LA 70358