UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

<u>ORDER</u>

[Working Group Conference on Friday, October 19, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

**PHASE ONE PREPARATION**

1. **<u>Phase One Exhibits</u>**.

Halliburton reported that it does not appear possible to obtain the parties' agreement on one database with watermarked exhibits from which exhibits would be pulled and used at the trial.  After receipt of input from all parties, it will circulate a spreadsheet listing all exhibits which require corrections.  Alabama and Halliburton believe that the number of such exhibits will be in the hundreds and possibly as much as a thousand.

The U.S. reports that it loaded its exhibits into a trial directory program and it would be expensive to reload them under Halliburton's proposal.  The PSC also reported that Halliburton's procedure would be very expensive.  It acknowledges that the parties have a problem in eliminating duplicate exhibits.

Because the exhibits are loaded into parties' systems, Halliburton reports that each party will

be responsible for making objective (personal information) and subjective (e.g., pricing information) redactions from the exhibits to be pulled at the trial.

The Court asked Halliburton, the PSC and the U.S. to develop a proposal that takes into account the fact that parties have loaded their exhibits into trial director type programs and limit the clean-up to the hundreds of documents identified as requiring correction.

**2.    Phase One Witness List**.

Transocean reported that it will file a rule to show cause why certain witnesses should not be eliminated from the exhibit list because Anadarko, MOEX and Weatherford were dismissed from Phase One.  All parties will be permitted to comment on Transocean's list before any of the names are removed from the witness list.

**3.    Pre-Trial Order for Preparation for Trial of Phase One**.

The PSC's draft proposed Pre-Trial Order which was circulated on October 15, will be on the agenda for Friday, November 16.  Any comments shall be submitted by November 15.

**4.    Motions Regarding Adverse Inferences Based on Assertions of Fifth Amendment.**

Pursuant to the order of August 13, 2012 (Rec. doc. 7107), motions for adverse inferences or amending the previously filed motions were filed on October 12.  Responses are due on Friday, November 2.  Replies are due on Wednesday, November 7.

### PHASE TWO

### Inspection and Testing of Equipment Stored at Michoud

BP reported that it would make the suggested amendments to the protocol for testing of the samples.  The standard operating procedures will be referred to in the protocol and distributed to all parties.  The procedures do not have to be attached to the protocol.

It appears that BP will be able to complete the testing work at Michoud by October 25. It anticipates completing the laser scanning early in the week of October 22.

Because of the November 21 deadline for disseminating test data, BP will "double track" the lab work at a second Intertek lab in New Jersey. The U.S. commented that if there is an extension of the November 21 deadline, it will be necessary to extend the deadline for reports of experts.

BP is working with Captain Engelbert on procedures for post-sampling preservation.

## Phase Two Document Production

1. **U.S. Clawback of Deposition Exhibit 9146.**

BP challenged the U.S. clawback of Deposition Exhibit 9146. The U.S. will respond by Wednesday, October 24. If necessary, BP will reply by Monday, October 29.

2. **U.S. Production of Unlogged Previously Withheld Documents (QA/QC)**.

There will be a telephone conference on Thursday, October 25, with BP and the U.S. Prior to the conference BP shall contact the U.S. and explain the concern with the Coast Guard archive.

3. **Professor Ira Leifer Document Production**.

BP reported that the third party vendor identified 25,000 responsive emails with 23,000 attachments after application of search terms. BP was asked to schedule a telephone conference with the Court and counsel for UC- Santa Barbara ("UCSB"), which was held on Tuesday, October 23. UCSB reported that the search terms produced 180,000 pages of documents and it could not complete a review of the documents in a reasonable period of time. It suggested that: (1) BP reduce the volume of documents by reducing the search terms; and (2) reimburse UCSB for the cost of contract lawyers to review the documents. BP responded that it had 28 search terms to eliminate and it will consider suggestions on eliminating other search terms. UCSB reported that within two

days, the vendor will be able to report on the volume of documents associated with particular search terms. BP will email the parties with the list of search terms to be eliminated. It will contact the Court if a further conference is required.

**4.      U.S. Document Production**.

BP and the U.S. reported that: (a) BP sent the U.S. a letter on October 17 raising a couple of issues; (b) the U.S. will respond during the week of October 22; (c) Court intervention may not be necessary; and (d) if it is needed, it will be a narrow range of issues.

## Phase Two Fact Depositions

**1.      Deposition of Marcia McNutt**.

There was discussion concerning the PSC's request to reclassify Marcia McNutt as a hybrid witness. An order was issued on October 22, 2012. Rec. doc. 7712.

**2.      BP's Request for Depositions of U.S. Contractors**.

BP submitted a request. The U.S. responded. BP submitted a reply on October 23. The Court will rule as promptly as possible.

**3.      Update on Fact Depositions**.

The U.S. will confirm that for Statoil there will be a video deposition of Ruben Schalke on Monday, November 12 (Veterans Day observed), with the video conference set for Houston at the law firm for Statoil. The parties shall supply pre-marked exhibits to Mr. Schalke in advance of the deposition. The U.S. will propose a reasonable deadline for the submission of pre-marked exhibits.

The U.S. reported that the document production issue with Intertek was resolved. It is trying to schedule the deposition for November 30, 2012.

The U.S. reported progress on the document production issue for Wild Well. It will report

on possible dates for the deposition of Wild Well.

Stress Engineering reported to the U.S. that the last week in October will not work for its deposition. Document production remains an issue. Deposition dates at the end of November are being considered. If the U.S. determines that a topic for Stress Engineering is not required for Phase Two, it will seek input from the other parties.

The U.S. reported that it anticipates receipt of the ROV documents during the week of October 22. It is working with Oceaneering on IT issues.

Because Rob Turlak's deposition was shifted to November 6 and 7, BP requested that it permitted to delay John Hughes' deposition to November 8. By Tuesday, October 23, the parties will notify BP if there is any objection to the change in Hughes' deposition.

Ellen Williams is a BP representative in the U.K. Because of the scheduling of the BP Institute in the UK for November 14 and 15, the U.S. and BP agreed to produce Ellen Williams in Washington, D.C., rather than N.O. By Tuesday, October 23, the parties will notify BP if there is any objection to the change in Williams' deposition.

4. **Scheduled Rule 30(b)(6) Depositions**.

**Friday, November 30**, is the deadline for the completion of Rule 30(b)(6) depositions. The status of the scheduling of the remaining Rule 30(b)(6) Depositions is as set forth below.

|        | **Designee**    | **Length** | **Location** | **Date**       |
|--------|-----------------|------------|--------------|----------------|
|        | Week - October 22-26 |       |              |                |
| **U.S.** | Admiral Landry | Two days  | N.O.         | Oct. 22 and 23 |
| **BP**   | Yun Wang       | Two days  | N.O.         | Oct. 24 and 25 |
| **U.S.** | Marcia McNutt  | Two days  | N.O.         | Oct. 24 and 25 |

5

| | | | | |
|---|---|---|---|---|
| **BP** | Trevor Smith | Two days | N.O. | Oct. 25 and 26 |
| Week - October 29 - November 2 | | | | |
| **U.S.** | Tom Hunter | Two days | N.O. | Oct. 30 and 31 |
| **U.S.** | Don McClay | Two days | N.O. | Oct. 31-Nov. 1 |
| **Anadarko** | Robert Quitzau | Two day | N.O. | Nov. 1 and 2. |
| **DNV** | | One day | N.O. | November 1 |
| Week - November 5-9 | | | | |
| **BP** | Robert Sanders | One day | N.O. | November 5 |
| **Transocean** | Rob Turlak | Two days | N.O. | Nov 6 and 7 |
| **BP** | Hugh Banon | One day | N.O. | November 6 |
| **BP** | John Hughes | One day | N.O. | Nov. 8 (?) |
| **BP** | Marvin Miller | One day | N.O. | November 8 |
| Week - November 12-16 | | | | |
| **Statoil** - **Video** | Ruben Schalke | One day | Houston | November 12 |
| **BP** | Kevin Devers | Two days | N.O. | Nov. 12 and 13 |
| **BP** | Tanner Gansert | Two days | N.O. | Nov. 12 and 13 |
| **U.S.** | Stewart Griffiths | Two days | N.O. | Nov. 13 and 14 |
| **BP** | Earnest Bush | One day | N.O. | November 14 |
| **BP Institute** | | Two days | U.K. | Nov. 14 and 15 |
| **U.S** | George Guthrie | Two days | N.O. | Nov. 15 and16 |
| **Cameron** | Unidentified | Two days | N.O. | Nov. 15 and 16 |

|  |  | Week - November 19-23 |  |  |  |
|---|---|---|---|---|---|
| **BP** |  | Ellen Williams | Two days | D.C.(?) | Nov. 19 and 20 |
|  |  | Week - November 26-30 |  |  |  |
| **Schlumberger** |  | Bud Decoste | One day | N.O. | November 27 |
| **BP** |  | Charlie Holt | Two days | N.O. | Nov. 28 and 29 |

### Phase Two Exhibits

1. **Preliminary Good Faith Exhibit Lists and Objections to Deposition Exhibits**.

BP reported progress in the discussions with the U.S., Transocean and the PSC on a proposed order regarding the procedure for objecting to Phase Two deposition Exhibits. The PSC requested that the October 30 deadline for the preliminary good faith exhibit list be continued and reset at a later date.

The October 30 deadline for the preliminary good faith exhibit list is continued without a date. A new date will depend on the outcome of the proposed order regarding objections to deposition exhibits.

### Phase Two Deadlines

1. **Phase Two Expert Depositions**.

**Tuesday, October 30**, is the deadline for the parties to submit *in camera* lists of the experts likely to provide reports.

2. **Phase Two Trial Preparation Timeline.**

There was discussion concerning the requirements for the parties on November 12 and 19. The October 9 order (Rec. doc. 7603) provides, in part:

11/12/12    **Simultaneous exchange of additional fact witness designations.** The U.S. is to have 5. BP is to have 7. The PSC and the States may jointly designate 4. The

>   defendants other than BP may jointly designate 2.  For good cause shown the Court will consider additional fact depositions.[1]

11/19/12    **Each party shall submit:**

>   **A preliminary good faith fact may call witness list with no more than 15 witnesses.**
>
>   The list shall include the name of any person who may be called in the party's case in chief along with a brief summary of the witnesses' expected testimony.  The list shall not include experts, 30(b)(6) deponents, or the additional fact witnesses identified on 11/12/12.  A party may not be responsible for bringing these witnesses to trial, depending on the witnesses' affiliations.[2]  A party will not be permitted to add to the witness list without good cause shown.

* * *

The October 16 Working Group Order then added a requirement to distinguish witnesses by source control and quantification.  Rec. doc. 6901.  BP raised the issue of the "difficulty of pigeonholing" witnesses as quantification and source control.  The U.S. reiterated its position that it should be able to choose the same number of witnesses as BP chooses.

Considering the experience with the classification of Marcia McNutt, it is better to avoid classification issues.  Accordingly, the provision in the October 16 WGC order (Rec. doc. 6901) to specify whether any witness is quantification or source control is vacated.  The requirement for the November 12, 2012 simultaneous exchange of additional fact witness designations will be as provided in the October 9, 2012 order quoted above (Rec. doc. 7603).

---

[1] Custodial file production needs to be addressed.  All parties are to review the list and <u>immediately</u> commence gathering custodial files for witnesses with whom they are affiliated.

[2] If persons identified on the preliminary witness list are employed by or affiliated with the party submitting the list, that party shall provide dates between December 10 (presuming custodial file production on 11/19) and January 25 for their depositions.

The next series of issues concern the November 19 deadline for the filing of a preliminary good faith fact may call witness list with no more than 15 witnesses. The deadline includes the following elements:

a. A list of the name of any person who may be called in the party's case in chief along with a brief summary of the witnesses' expected testimony.

b. The list shall not include experts, 30(b)(6) deponents, or the additional fact witnesses identified on 11/12/12. These are sometimes referred to as "carve-outs."

c. A party may not be responsible for bringing these witnesses to trial, depending on the witnesses' affiliations.

e. If persons identified on the preliminary witness list are employed by or affiliated with the party submitting the list, that party shall provide dates between December 10 (presuming custodial file production on 11/19) and January 25 for their depositions.

f. A party will not be permitted to add to the witness list without good cause shown.

Transocean sought clarification as to whether the 15 applies to witnesses who were deposed during Phase One and who testified as to both Phase One and Phase Two issues. Such persons may be deposed only one time. It is unnecessary to designate such a person on November 19. A party designating such a witness for Phase Two on the final witness list will not prejudice other parties as they had the opportunity to question the witness on Phase Two issues during the Phase One deposition. This is an additional "carve-out."

Transocean also sought clarification as to whether the 15 witnesses includes witnesses

employed by a party as well as witnesses employed by other parties who do not fall within the carve-outs. The PSC sought clarification as to what it was required to do on November 19.

The provision in the October 9, 2012 order regarding Phase Two Trial Preparation TimeLine for November 19, 2012 is modified as follows:

11/19/12    **Each party shall submit:**

**A preliminary good faith fact may call witness list with no more than 15 witnesses.**

The list shall include the name of any person who is employed by or affiliated with the party submitting the list and who may be called in the party's case in chief along with a brief summary of the witnesses' expected testimony. The list shall not include: (1) experts; (2) Rule 30(b)(6) deponents; (3) the additional fact witnesses identified on 11/12/12; or (4) persons who were deposed during Phase One and who testified as to both Phase One and Phase Two issues. The party submitting the list shall provide dates between December 10 (presuming custodial file production on 11/19) and January 25 for their depositions. A party will not be permitted to add to the witness list without good cause shown.

### CONFERENCE SCHEDULE

10/26/12    Status Conference at 9:00 a.m.
            WGC meeting to follow

11/2/12     WGC meeting at 9:30 a.m.

11/9/12     WGC meeting at 9:30 a.m.

11/16/12    Status Conference at 9:30 a.m.
            WGC meeting to follow

11/30/12        WGC meeting at 9:30 a.m.

12/7/12         WGC meeting at 9:30 a.m.

12/14/12        WGC meeting at 9:30 a.m.

12/28/12        WGC meeting at 9:30 a.m.

**All Saturdays are email free days.**

New Orleans, Louisiana, this 24th day of October, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**

11