UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION REQUESTING DISCOVERY AND TRIAL SETTING ON CERTAIN OF THE STATE OF LOUISIANA'S 2010 ECONOMIC LOSS CLAIMS UNDER OPA

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General ("Louisiana" or "State"), who files this Motion requesting a targeted discovery schedule and trial date for a subset of the State's presented claims for its 2010 economic losses under the Oil Pollution Act ("OPA").  Specifically, the State seeks to try the following four categories of economic losses, which comprise the bulk of the State's presented economic loss claim: (1) income (corporate and individual) and franchise taxes; (2) mineral royalties and severance tax; (3) sales tax; and (4) Outer Continental Shelf ("OCS") oil and gas revenues. The State also requests that its OPA claims for economic loss proceed before a jury as provided for by the Seventh Amendment of the United States Constitution. The State further requests that this Court specifically except this Motion from the continuance established in Pre-Trial Order No. 15. [Rec. Doc. 676].

The claims that the State seeks to try were formally presented to BP on February 27, 2012.  More than ninety days has passed since that presentment, and therefore, these claims may be tried by this Court pursuant to OPA, 33 U.S.C. §2713(c). Swift resolution of these claims is

essential to the economic health of the State, and because the required discovery is limited, a trial will not cause an undue burden to the parties or this Court. To the contrary, a trial on the State's economic loss claims would promote judicial efficiency and be a sensible use of judicial resources because it would serve as a useful test case for OPA-related issues.

The State has consulted with Plaintiffs' Liaison Counsel regarding this Motion. Plaintiff Liaison Counsel ("PLC") advise that as long as the State's request does not cause delay to the Phase 1 and 2 trials, nor delay PSC-sponsored OPA causation test case trials, then with such caveats, the PSC would not oppose Louisiana requesting discovery and a trial date on its OPA economic damage case. PLC further advise that decisions regarding the foregoing are of course up to the Court and not the PSC.

**WHEREFORE,** for these reasons and the reasons more fully set forth in the accompanying Memorandum in Support, the State respectfully requests that this Honorable Court grant the State's Motion.

Dated this 24th day of October, 2012.

Respectfully submitted,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL<br>LOUISIANA ATTORNEY GENERAL | KANNER & WHITELEY, LLC<br><br>/s/ Allan Kanner |
| James Trey Phillips<br>First Assistant Attorney General<br>Megan K. Terrell<br>Assistant Attorney General<br>Section Chief –Environmental<br>State of Louisiana<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005<br>Telephone: (225) 326-6708 | Allan Kanner<br>Elizabeth B. Petersen<br>David A. Pote<br>Douglas R. Kraus<br>Allison M. Shipp<br>701 Camp Street<br>New Orleans, LA 70130<br>Telephone: (504) 524-5777<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

HENRY DART,
ATTORNEYS AT LAW P.C.

/s/ Henry T. Dart
Henry T. Dart
Grady J. Flattmann
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

SHOWS, CALI, BERTHELOT &
WALSH, LLP

/s/ E. Wade Shows
E. Wade Shows
628 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 346-1461
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

USRY, WEEKS, &
MATTHEWS, APLC

/s/ T. Allen Usry
T. Allen Usry
1615 Poydras St.
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

MARTEN LAW, PLLC

/s/ Bradley M. Marten
Bradley M. Marten
Linda R. Larson
1191 Second Avenue
Suite 2200
Seattle, WA 98101
(206) 292-2600
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion Requesting Discovery and Trial on Certain of the State of Louisiana's 2010 Economic Loss Claims Under OPA has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of October, 2012.

                                                  Kanner & Whiteley, L.L.C.
                                                _/s/ Allan Kanner_____
                                                Allan Kanner
                                                a.kanner@kanner-law.com