# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

*****************************************************************************

## [PROPOSED] ORDER

This matter is before the Court on the State of Louisiana's Motion Requesting Discovery and Trial Setting on Certain of the State of Louisiana's 2010 Economic Loss Claims under OPA. This Court, after fully considering the papers and all other matters presented, **GRANTS** Louisiana's Motion and enters an Order stating that:

1. The State's Motion is specifically excepted from the continuance ordered in Pre-Trial Order No. 15.

2. A trial on certain of the State of Louisiana's Economic Loss Claims under OPA be set for _____, 2013.

3. The State's trial on its claims for economic losses under OPA shall proceed before a jury.

4. The parties and this Court shall establish a targeted discovery schedule to allow for the immediate commencement of discovery related to these claims.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2012.

_____
**The Honorable Carl J. Barbier**
**U.S. District Court Judge**