UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier |
| This Document Relates to: 2:12-cv-1045-CJB-SS | ] ] | Mag. Judge Wilkinson |

**PLAINTIFF'S OCTOBER 25, 2012 NOTICE OF FILING CONSENT**

Pursuant to 29 U.S.C. § 216(b), the following individual submits a written Notice of Consent:

1. James Robie Ray III.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

/s/ **David I. Moulton**
By: _____
David I. Moulton
Texas State Bar No. 24051093
S.D. of Texas No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

**CERTIFICATE OF CONFERENCE**

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

/s/ **David I. Moulton**
_____
David I. Moulton

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiff's October 25, 2012 Notice of Filing Consent has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of October 25, 2012.

                                                **/s/ David I. Moulton**

                                                David I. Moulton

IN RE: FLSA CLAIMS AGAINST: ] : COLLECTIVE ACTION
]
]
O'BRIEN'S RESPONSE MANAGEMENT, ] **NOTICE OF CONSENT**
SEACOR, ET AL. ]

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

JAMES ROBIE RAY III
Full Legal Name (print)

Exhibit 1