UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| 12-970 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

On September 25, 2012, the Magistrate Judge issued an Order denying, *inter alia*, a Motion to Intervene filed by Gulf Organized Fisheries In Solidarity and Hope, Inc. ("GO FISH"). (Rec. Doc. 7480). Before the Court are GO FISH's objections to this Order. (Rec. Doc. 7602). Also before the Court are oppositions by BP and the Class Representatives. (Rec. Docs. 7648, 7649).

As an initial matter, GO FISH contends that its Motion to Intervene was a dispositive motion under Fed. R. Civ. P. 72(b); therefore, this Court should treat the Magistrate Judge's Order as a recommended disposition and review it *de novo*. The Court disagrees and applies the standard found in Fed. R. Civ. P. 72(a). *See Altier v. Worley Catastrophe Response, LLC*, Nos. 11-241 & 11-242, 2012 WL 161824, at *6 (E.D. La. Jan. 18, 2012), *and authorities cited therein*. Furthermore, having considered counsels' memoranda, the record, and the applicable law, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that GO FISH's objections (Rec. Doc. 7602) are **OVERRULED** and the Magistrate Judge's Order (Rec. Doc.7480) is **AFFIRMED.**

New Orleans, Louisiana, this 24th day of October, 2012.

_____
United States District Judge