

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctcorporation.com

**[FILED]**

2012 OCT 12   AM 11: 05

LORETTA G. [WHYTE]
CLERK

October 02, 2012

Jonathan B. Andry
The Andry Law Group, L.L.C.
610 Baronne Street,
New Orleans, LA  70113

Re: Albert Andry, III, et al., Pltfs. vs. BP Products North America Inc., et al. including BP P.L.C., Dfts.

Case No.  212CV01713

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

BP P.L.C. is not listed on our records or on the records of the State of TX.

Very truly yours,


CT Corporation System

Log# 521327686

Sent By Regular Mail

cc: Eastern District of Louisiana -United States District Court
    Clerk,
    500 Poydras Street, Room C-151,
    New Orleans, LA  70130










**(Returned To)**

Jonathan B. Andry
The Andry Law Group, L.L.C.
610 Baronne Street,
New Orleans, LA  70113