## CONFERENCE ATTENDANCE RECORD

DATE: 10-26-12          TIME: ~10:00

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Anthony Irpino | PSC |
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Bruce Bowman | " |
| Sean Fleming | " |
| Lauren Mitchell | " |
| Alison Batiste | " |
| Erika Toledo | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sarah Iiams | Anadarko |
| Mike Underhill | US |
| Steve O'Rourke | US |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Patrick O'Keefe | O'Brien's/NRC |
| Ted Tsekerides | O'Brien's/NRC |
| Soren Gisleson | PSC |
| Robert Cunningham | PSC |
| John Funderburk | M-I |
| Steve Luxton | M-I |
| Grant Davis-Denny | Transocean |
| David Beck | Cameron |
| Tom Garrucheau | Cameron |
| Douglas Kraus | Louisiana |
| Brian Barr | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robin Greenwald | PSC |
| Jeffrey Breit | PSC |
| Maggie Broussard | Cameron |
| Ed Flanders | MOEX |
| Kerry Miller | TO |
| Jim Roy | PSC |
| Steve Herman | PSC |
| Jimmy Williamson | PSC |
| Tony Fitch | Anadarko |

# CONFERENCE ATTENDANCE RECORD

**DATE:** _____  **TIME:** _____

**CASE NAME:** _____

**DOCKET NUMBER & SECTION:** _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Baay | TO |
| Corey May | AL |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## MDL 2179 - Telephone participants for 10/26/12 Discovery Conference

Winfield Sinclair - Alabama

Laura Mayberry - DOJ

Aaron Christian - MI Swaco

Bill Stradley - 2185 plaintiffs

Mike Petrino - BP