UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*Case No. 2:10-cv-8888, [Rec. Doc. 93826]; 2:10-cv-2771* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff, Broc J. Segura. In support thereof, Movants would show:

1. On or about February 28, 2012, Plaintiff retained the law firm, The Dugan Law Firm, APLC, to serve as counsel with regards to any and all claims Plaintiff had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or about April 21, 2011, Plaintiff filed a Short Form Joinder, [Rec. Doc. 93826]. On March 7, 2012, undersigned counsel filed an Amended Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 117890].

3. On September 10, 2012, Plaintiff informed the Dugan Law Firm, APLC in writing that he no longer desired to have the Dugan Law Firm represent his interests.

4. On September 25, 2012, the Dugan Law Firm honored the wishes of Plaintiff and the parties have terminated their relationship. Thus, the Dugan Law Firm, APLC as counsel of record now requests this Court to allow its withdrawal from representation of Broc J. Segura in this case.

5.  Considering Plaintiff has chosen to represent himself in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

6.  The current mailing address of Plaintiff is 204 Mission Hills Drive, Broussard, Louisiana 70518.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Plaintiff in the above captioned case.

Dated: October 26, 2012

Respectfully submitted,

By:
**THE DUGAN LAW FIRM, APLC**

 */s/ David B. Franco*
David B. Franco (TXBSA #24072097)
James R. Dugan, II (LSBA #24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail.  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 26th day of October 2012.

Broc J. Segura
204 Mission Hills Drive
Broussard, Louisiana 70518

                                                     */s/ David B. Franco*
                                                     David B. Franco, Esq.