UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*Case No. 2:10-cv-8888; 2:10-cv-2771* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

**ON JOINT MOTION** of David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC and Mekel S. Alvarez of Morris Bart, LLC and on stating to this Court that as of October 20, 2012, David B. Franco and James R. Dugan, II no longer represent the Plaintiff / Claimant, Gloria M. Farrell in the above captioned matter, and that Plaintiff / Claimant is proceeding forward with its additional counsel, Mekel S. Alvarez of Morris Bart, LLC as her sole attorney. Mekel S. Alvarez hereby desires to be enrolled as counsel of record for Plaintiff / Claimant, and David B. Franco and James R. Dugan, II to be withdrawn.

**WHEREFORE**, Mekel S. Alvarez of Morris Bart, LLC respectfully requests to be enrolled as counsel of record for Plaintiff / Claimant Gloria M. Farrell and David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, respectfully request that their names be withdrawn.

Dated: October 26, 2012

                                        Respectfully submitted,

BY:   */s/ David B. Franco*
          David B. Franco (TXSBA #24072097)
          James R. Dugan, II (LSBA #24785)
          THE DUGAN LAW FIRM, APLC
          365 Canal Street, Suite 1000

New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181


BY:     /s/ Mekel S. Alvarez
        Mekel s. Alvarez (LSBA #22157)
        MORRIS BART, LLC
        909 Poydras Street, 20th Floor
        New Orleans, LA. 70112
        Telephone: (504) 525-8000
        Facsimile: (504) 599-3380

        *Attorney for Plaintiff / Claimant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute Counsel of Record, and [Proposed Order], have been served on all counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of October, 2012.

/s/ David B. Franco
David B. Franco, Esq.