UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| 12-970 | * | |
| | * | MAGISTRATE SHUSHAN |

# ORDER

Before the Court are Prashiela Enterprises, LLC's, et al. ("Prashiela") objections to the Magistrate Judge's Order of September 25, 2012 (Rec. Doc. 7480), which, *inter alia*, denied Prashiela's requests for discovery concerning the economic class action settlement. (Rec. Doc. 7612). Although the Court did not specifically call for responses, BP and Class Counsel opposed Prashiela's objections in their filings regarding a related set of objections. (Rec. Docs. 7648, 7649). In light of this, the Court will consider Prashiela's objections as submitted for decision. Moreover, having considered counsels' arguments, the relevant record, and the applicable law, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that Prashiela's objections (Rec. Doc.7612) are **OVERRULED** and the Magistrate Judge's Order (Rec. Doc.7480) is **AFFIRMED.**

New Orleans, Louisiana, this 26th day of October, 2012.

_____
United States District Judge