UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | This document relates to: |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | Case No. 2:11-CV-03180 -and- Case No. 2:11-CV-02766 |
| Plaintiffs, | SECTION:  J |
| vs. | |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | Judge Barbier Magistrate Judge Shushan |
| Defendants. | |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR ALICIA R. TANGUIS, WILLIAM J. TANGUIS III, MEDERIC R. MEYER JR., MR MEYER LTD, MR MEYER LTD II, MR MEYER LTD III, MR MEYER LTD IV, MEDERIC R. MEYER SR., AND JODI MEYER BOLGIANO**
_____

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, William L. Roberts, and Craig S. Coleman and Faegre Baker Daniels LLP (formerly Faegre & Benson

1

LLP); and Duncan Lott and Casey L. Lott and Langston & Lott, PA, who by and through undersigned counsel, move this Court for an order withdrawing them as counsel of record for Alicia R. Tanguis, William J. Tanguis III (DWH ClaimantID 100049042), Mederic R. Meyer Jr. (DWH ClaimantID 10000798), MR Meyer LTD (DWH ClaimantID 100000339), MR Meyer LTD II (DWH ClaimantID 100000314), MR Meyer LTD III (DWH ClaimantID 100000337), MR Meyer LTD IV (DWH ClaimantID 100000313), Mederic Meyer Sr. (DWH ClaimantID 100050626), Jodi Meyer Bolgiano in this matter.  In further support of this motion, Movants state as follows:

1. On or about April 26, 2011, Mederic R. Meyer Jr. retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

2. On or about July 20, 2011, Mederic R. Meyer Jr. retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to pursue claims for payment he was due under the Vessels of Opportunity (VoO) program, at a cost included contingency fee of 18 percent.

3. On or about December 12, 2011, Mederic R. Meyer Jr. retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent him in all of his claims in the multi-district litigation at a cost included contingency fee of 25 percent.  The fee arrangement would remain at 25 percent even if he elected to opt-out of participation in the Seafood Compensation Program.

4. On or about April 26, 2011, MR Meyer LTD, retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

5. On or about December 13, 2011, MR Meyer LTD retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to pursue claims for payment he was due under the Vessels of Opportunity (VoO) program, at a cost included contingency fee of 18 percent.

6. On or about December 13, 2011, MR Meyer LTD retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent it in all of its claims in the multi-district litigation at a cost included contingency fee of 25 percent.  The fee arrangement would remain at 25 percent even if it elected to opt-out of participation in the Seafood Compensation Program.

7. On or about April 24, 2011, MR Meyer LTD II retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

8. On or about December 13, 2011, MR Meyer LTD II retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to pursue claims for payment it was due under the Vessels of Opportunity (VoO) program, at a cost included contingency fee of 18 percent.

9. On or about December 13, 2011, MR Meyer LTD II retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent it in all of its claims in the multi-district litigation at a cost included contingency fee of 25 percent.  The fee arrangement would remain at 25 percent even if it elected to opt-out of participation in the Seafood Compensation Program.

10. On or about April 26, 2011, MR Meyer LTD III retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

11. On or about December 13, 2011, MR Meyer LTD III retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to pursue claims for payment it was due under the Vessels of Opportunity (VoO) program, at a cost included contingency fee of 18 percent.

12. On or about December 13, 2011, MR Meyer LTD III retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent it in all of its claims in the multi-district litigation at a cost included contingency fee of 25 percent.  The fee arrangement would remain at 25 percent even if it elected to opt-out of participation in the Seafood Compensation Program.

13. On or about April 26, 2011, MR Meyer LTD IV retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

14. On or about December 13, 2011, MR Meyer LTD IV retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to pursue claims for payment it was due under the Vessels of Opportunity (VoO) program, at a cost included contingency fee of 18 percent.

15. On or about December 13, 2011, MR Meyer LTD IV retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent it in all of its claims in the multi-district litigation at a cost included contingency fee of 25 percent.  The fee

arrangement would remain at 25 percent even if it elected to opt-out of participation in the Seafood Compensation Program.

16. On or about April 12, 2011, William J. Tanguis III retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

17. On or about December 27, 2011, William J. Tanguis III retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent him in all of his claims in the multi-district litigation at a cost included contingency fee of 25 percent.  The fee arrangement would remain at 25 percent even if he elected to opt-out of participation in the Seafood Compensation Program.

18. On or about April 12, 2011, Alicia R. Tanguis retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

19. On or about December 27, 2011, Alicia R. Tanguis retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent her in all of her claims in the multi-district litigation at a cost included contingency fee of 25 percent.  The fee arrangement would remain at 25 percent even if she elected to opt-out of participation in the Seafood Compensation Program.

20. On or about June 23, 2011, Jodi Meyer Bolgiano retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

21. On or about December 12, 2011, Jodi Meyer Bolgiano retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent her in all of her claims in the

multi-district litigation at a cost included contingency fee of 25 percent. The fee arrangement would remain at 25 percent even if she elected to opt-out of participation in the Seafood Compensation Program.

22. On or about June 13, 2011, Mederic R. Meyer, Sr. retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm with respect to claims for payment from the Gulf Coast Claims Facility, at a cost included contingency fee of 18 percent.

23. On or about December 10, 2011, Mederic R. Meyer, Sr. retained the law firms of Faegre Baker Daniels LLP and The Kreller Law Firm to represent him in all of his claims in the multi-district litigation at a cost included contingency fee of 25 percent. The fee arrangement would remain at 25 percent even if he elected to opt-out of participation in the Seafood Compensation Program.

24. On or about November 8, 2011, the undersigned, Faegre Baker Daniels LLP and The Kreller Law Firm, filed an action naming MR Meyer LTD and MR Meyer LTD III in a Vessels of Opportunity complaint. Faegre Baker Daniels LLP and The Kreller Law Firm are counsel of record for these plaintiffs in that litigation. *See Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766.

25. On or about December 29, 2011, the undersigned, Faegre Baker Daniels LLP and The Kreller Law Firm, filed an OPA 90 complaint on behalf of Alicia R. Tanguis, William J. Tanguis III, Mederic R. Meyer Jr., MR Meyer LTD, MR Meyer LTD II, MR Meyer LTD III, MR Meyer LTD IV, Mederic Meyer Sr., and Jodi Meyer Bolgiano and are counsel of record for them in that litigation. *See Thanh Hai, Inc., et al. v. BP American Production*

*Company, et al.*, United States District Court for the Eastern District of Louisiana, Case No. 2:11-cv-03180.

26. On or about June 29, 2012, and following the Preliminary Approval Order of the Economic and Property Damages Settlement (Rec. Doc. No. 6418) of this Honorable Court, Mederic R. Meyer Jr., MR Meyer LTD, MR Meyer LTD II, MR Meyer LTD III, MR Meyer LTD IV notified Faegre Baker Daniels LLP and The Kreller Law Firm of their desire to dismiss attorneys' services without cause.

27. On or about August 20, 2012, and following the Preliminary Approval Order of the Economic and Property Damages Settlement (Rec. Doc. No. 6418) of this Honorable Court, William J. Tanguis, III and Alicia R. Tanguis notified Faegre Baker Daniels LLP and The Kreller Law Firm of their desire to dismiss attorneys' services without cause.

28. The above-named plaintiffs will remain in this litigation. No party will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE, PREMISES CONSIDERED,** Stephen S. Kreller, William L. Roberts, Craig S. Coleman, Duncan Lott and Casey Lott, individually on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for plaintiffs named herein.

Dated: October26, 2012.

RESPECTFULLY SUBMITTED:

BY: */s/ Stephen S. Kreller*
THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  888-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 26th day of October, 2012.

| | |
|---|---|
| Mederic R. Meyer, Jr.<br>302 Marina Drive<br>Slidell, LA 70458 | Mederic R. Meyer, Sr.<br>4315 NE Carpenter Road<br>Cedar Rapids, IA 52411-4725<br>St. Bernard, LA 70085 |
| M.R. Meyer LTD<br>302 Marina Drive<br>Slidell, LA 70458 | Jodi Meyer Bolgiano<br>320 Turtledove Trail<br>Lafayette, LA 70508-8077 |
| M.R. Meyer LTD II<br>302 Marina Drive<br>Slidell, LA 70458 | William J. Tanguis III<br>3332 Bayou Road<br>St. Bernard, LA 70085 |
| M.R. Meyer LTD III<br>302 Marina Drive<br>Slidell, LA 70458 | Alicia R. Tanguis<br>2405 Rue Terre Aux Boeufs<br>St. Bernard, LA 70085 |
| M.R. Meyer LTD IV<br>302 Marina Drive<br>Slidell, LA 70458 | |

The above-named have been made of aware of all deadlines and pending court appearances.

                                              */s/ Stephen S. Kreller*
                                              Stephen S. Kreller