UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | This document relates to: |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | Case No. 2:11-CV-03180 -and- Case No. 2:11-CV-02766 |
| Plaintiffs, vs. | SECTION: J |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P., | Judge Barbier Magistrate Judge Shushan |
| Defendants. | |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE COMPLAINT FOR INTERVENTION**
_____

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson,

1

LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), who respectfully move this Honorable Court for leave to file the attached Complaint for Intervention, attached hereto as Exhibit "A".  The Intervening Attorneys seek leave to file the attached pleading and exhibit to assert claims for the costs that Intervening Attorneys have expended on behalf of Mederic R. Meyer Jr. (DWH ClaimantID 100049042), M.R. Meyer LTD (DWH ClaimantID 100000339), M.R. Meyer LTD II (DWH ClaimantID 100000314), M.R. Meyer LTD III (DWH ClaimantID 100000337) and M.R. Meyer LTD IV (DWH ClaimantID 100000313), Mederic Meyer Sr. (DWH ClaimantID 100050626), Jodi Meyer Bolgiano, Alicia R. Tanguis and William J. Tanguis III (DWH ClaimantID 100049042) all of which are indebted unto Intervening Attorneys for legal fees for the prosecution of their claims and for any other fees as directed by this Honorable Court.

WHEREFORE, considering the aforementioned, Intervening Attorneys respectfully moves this Honorable Court to grant it leave to file the attached pleading and exhibit.

Dated: October 26, 2012.

RESPECTFULLY SUBMITTED:

BY: */s/ Stephen S. Kreller*
THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  888-294-6091
Email:  ssk@krellerlaw.com

2

FAEGRE BAKER DANIELS, LLP

> William L. Roberts (admitted pro hac vice)
> Craig S. Coleman (admitted pro hac vice )
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN  55402
> Telephone:  612-766-7000
> Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

> Duncan Lott (admitted pro hac vice)
> Casey L. Lott (admitted pro hac vice)
> 100 South Main Street
> Booneville, MS  38829
> Telephone:  662-728-9733
> Facsimile:  662-728-1992
>
> **ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint for Intervention have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of October, 2012.

                                                  /s/ *Stephen S. Kreller*