UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein,<br><br>                Plaintiffs,<br>vs.<br><br>BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P.,<br><br>                Defendants. | MDL NO. 2179<br><br>This document relates to:<br>Case No. 2:11-CV-03180<br>-and-<br>Case No. 2:11-CV-02766<br><br>SECTION:  J<br><br>Judge Barbier<br>Magistrate Judge Shushan |

_____

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**
_____

      In accord with Rule 7.6 of the Local Civil Rules of the United States District Court

for the Eastern District of Louisiana, Intervening Attorneys attempted to contact and

1

confer on several occasions with Mederic R. Meyer Jr. (DWH ClaimantID 100049042), M.R. Meyer LTD (DWH ClaimantID 100000339), M.R. Meyer LTD II (DWH ClaimantID 100000314), M.R. Meyer LTD III (DWH ClaimantID 100000337) and M.R. Meyer LTD IV (DWH ClaimantID 100000313), Mederic Meyer Sr. (DWH ClaimantID 100050626), Jodi Meyer Bolgiano, Alicia R. Tanguis and William J. Tanguis III (DWH ClaimantID 100049042). Intervening attorneys were not able not able to obtain consent for the filing or granting of the Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint for Intervention.

Date: October 26, 2012.

RESPECTFULLY SUBMITTED:

BY:  /s/ Stephen S. Kreller
THE KRELLER LAW FIRM
 Stephen S. Kreller (LA # 28440)
 757 St. Charles Avenue, Suite 301
 New Orleans, LA  70130
 Telephone:  504-484-3488
 Facsimile:  888-294-6091
 Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

 William L. Roberts (admitted pro hac vice)
 Craig S. Coleman (admitted pro hac vice )
 2200 Wells Fargo Center
 90 South Seventh Street
 Minneapolis, MN  55402
 Telephone:  612-766-7000
 Facsimile:  612-766-1600

2

          LANGSTON & LOTT, P.A.

            Duncan Lott (admitted pro hac vice)
            Casey L. Lott (admitted pro hac vice)
            100 South Main Street
            Booneville, MS  38829
            Telephone:  662-728-9733
            Facsimile:  662-728-1992

            **ATTORNEYS FOR PLAINTIFFS IN**
            **INTERVENTION**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint for Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of October 2012.

                                                                                      _/s/ Stephen S. Kreller_