UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | CIVIL ACTION NO: 2:10-md-02179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on | * | SECTION: "J" |
| April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| This document applies to 2:12-cv-02338 | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| | * | |

**************************************

## MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT,** through undersigned counsel, comes T&M Boat Rentals, L.L.C. ("T&M"), sought to be made a defendant, and upon suggesting it desires more time to file an Answer or other pleading, this is their first request for an extension, and that counsel for plaintiff consents to allowing T&M an extension of thirty (30) days from the time any pleading may otherwise be due.

Respectfully submitted:

/s/ Joseph A. Devall, Jr.
JOSEPH A. DEVALL, JR (29149)
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana   70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
jdevall@kingkrebs.com

and

/s/ Susan A. Daigle
SUSAN A. DAIGLE - #4459
DAIGLE RAYBURN LLC
303 W. Vermilion, Suite 210
P. O. Box 3667
Lafayette, LA 70502-3667
Phone: 337-234-7000
Fax:    337-237-0344

*Attorneys for T&M Boat Rentals, L.L.C.*

### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court fusing the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

/s/Joseph A. Devall, Jr.
JOSPEH A. DEVALL, JR.