UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | CIVIL ACTION NO: 2:10-md-02179 <br><br> SECTION: "J" <br><br> JUDGE BARBIER |
| This document applies to 2:12-cv-02338 | * * * | MAGISTRATE JUDGE SHUSHAN |

**************************************

## ORDER

Considering the foregoing motion,

    **IT IS ORDERED** that T&M Boat Rentals, L.L.C. is hereby granted an extension of time to file an Answer or other responsive pleading of thirty (30) days from the time the pleading would otherwise be due.

    New Orleans, Louisiana this _____ day of October, 2012.

                                              _____
                                                           DISTRICT JUDGE

{N0632889 -}