UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Working Group Conference on Friday, October 26, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### PSC'S AMENDED B3 COMPLAINT

The deadline for the parties to answer the PSC's Amended B3 Complaint is extended to **Friday, November 16, 2012.**

### PHASE ONE PREPARATION

1.  **Phase One Exhibits**.

    Halliburton reports that: (a) it conferred with the PSC, the U.S. and BP; (b) it will complete and distribute a spreadsheet which will identify all of the proposed fixes; (c) it is working with the PSC to resolve issues with a list of problematic documents; (d) when these documents are fixed, they will be made available to all parties; (e) it is discussing with the U.S. the best way to make objective (personal information) and subjective (e.g., pricing information) redactions from exhibits to be pulled at the trial and minimize the number of affected documents; and (f) there are only about 30 documents with pricing information and notice of these documents will be provided.

Halliburton requested and the Court agreed that when a document containing personal or confidential information is used during the trial, the parties will be permitted to raise the need for redaction before the document goes into the public record.

**2.    Phase One Witness List.**

Transocean's rule to show cause why the following should not be removed from the witness list will be passed until November 2.

Hollek, Darrell (Anadarko)

Ishii, Naoki (MOEX)

Quitzau, Robert (Anadarko)

Records Custodian (Anadarko)

Records Custodian (MOEX)

Cain, Gordon (MOEX)

Vernon, Roger (Anadarko)

**3.    Pre-Trial Order for Preparation for Trial of Phase One.**

The PSC's draft proposed Pre-Trial Order was circulated on October 15.  It will be on the agenda for Friday, November 16.  Any comments shall be submitted by **noon on November 15.**

**4.    Supplementation of Phase One Exhibit Lists.**

BP reported an agreement with the PSC that each party may add no more than 35 exhibits to their Phase One Exhibit Lists without a demonstration of good cause.  If all parties are in accord with this procedure, it will be incorporated in the proposed Pre-Trial Order for the preparation of the trial of Phase One.

**5.      Motions Regarding Adverse Inferences Based on Assertions of Fifth Amendment.**

Responses are due on Friday, November 2 (Rec. doc. 7107). Replies are due on Wednesday, November 7.

## PHASE TWO

### Inspection and Testing of Equipment Stored at Michoud

BP reported on discussions with Captain Engelbert on the preservation of material at issue and prevention of mold. The Court will circulate Captain Engelbert's suggestions for preservation.

BP reported that: (a) the laser scanning testing is complete; (b) the testing of samples is underway at the two Intertek labs; (c) it is being recorded on video; (d) parties may send representatives to the labs to view the testing; and (e) the standard operating procedures referred to in the protocol were shared with the U.S. and other parties. The Court reported that the revised sample testing protocol will be entered into the record.

### Phase Two Document Production

**1.      U.S. Clawback of Deposition Exhibit 9146.**

BP's challenge of the U.S. clawback of Deposition Exhibit 9146 is moot.

**2.      U.S. Production of Unlogged Previously Withheld Documents (QA/QC).**

There was a telephone conference on Thursday, October 25, with BP and the U.S. at which most of the issues were resolved.

As a result of the Coast Guard's oil spill archive process, the U.S. receives documents which are not for Phase Two custodians. The U.S. produces these documents as they are scanned for the archive. There will be in the range of 200,000 more such documents. If any party does not want these documents, they should notify the U.S.

3.     **Professor Ira Leifer Document Production**.

BP reported that: (a) as a result of the elimination of some search terms for the subpoena of Professor Leifer's documents at UC-Santa Barbara ("UCSB"), there was a 20 percent reduction in the number of documents; (b) UCSB is unable to report when it will complete its review of the remaining documents; and (c) BP recommends that the documents be produced to it subject to a clawback.

The U.S. responded that: (a) when it did the plume team production, it gathered and produced documents from Dr. Leifer for his plume team work; (b) it views the UCSB subpoena as unnecessary; (c) to expedite UCSB's response to the subpoena, it urges that the subpoena be limited to documents generated after January 31, 2011; and (d) the U.S. previously completed its privilege review of the documents subject to the search terms for the subpoena. BP replied that: (a) the objections of the U.S. to the subpoena were overruled; and (b) it is likely that UCSB possesses unique information which has not been produced by the U.S.

There will be a further telephone conference with UCSB, BP and the U.S. during the week of October 29.

**Phase Two Fact Depositions**

1.     **Update on Fact Depositions**.

On October 24, the U.S. reported that the **Statoil** designee, Ruben Schulkes, will be deposed on November 12, 2012, at Statoil's headquarters in Norway. Parties may participate either in Norway or at Statoil's Houston offices where there will be a live video link. Because of the time differences, the deposition will begin at 7:30 a.m. CST.

As soon as possible and by no later than, **Thursday, November 1**, you must provide Statoil

with a head count of the attorneys/support staff who will be attending in Houston and/or Norway, as well as the names of those individuals.  This information must be sent to Alan Weigel (counsel for Statoil), at aweigel@blankrome.com.

The Court suggested the close of business on **Wednesday, November 7**, as the deadline for the submission of pre-marked exhibits for use in the Statoil deposition.  BP will consult with its deposition team and report on the suggested deadline.

The US. reported that:  (a) three and possibly only two of the **Stress Engineering** projects for the Macondo well relate to Phase Two; (b) during the week of October 29 it will provide a list of all Stress Engineering projects and identify the ones relevant to Phase Two; (c) if other parties want to depose Stress Engineering on the other projects, they may do so; and (d) before the November 2 conference it will seek agreement on the projects for which parties want depositions and secure dates for the depositions.

**Oceaneering** reported to the U.S. that the ROV videos will be distributed during the week of October 29.  The U.S. is negotiating search terms for the email to obtain a sufficient quantity of documents to set a date for the deposition.

**Wildwell** produced a privilege log to the U.S.  By Friday, November 2 a date will be selected for the deposition.

The U.S. confirmed that the **Intertek** deposition is set for November 30.

**Ellen Williams** will be deposed in Washington, D.C. on November 19 and 20.  To make arrangements to attend please contact Ebony Johnson, at ebony.johnson@kirkland.com or (202) 879-5269.

**John Hughes** is set for November 27 and 28.

**David McWhorter** will testify for Cameron on November 15 and 16.

On October 25, Mark Cohen, counsel for **DNV** reported that: (a) Neil Thompson is designated for topics 6 and 11; (b) Gary Kenney is designated for topics 9 and 12; (c) Thompson and Kenney will both testify on the remaining topics; and (d) because of his schedule, Kenney will testify first. Mark recommended that the parties allow Thompson to audit Kenney's testimony so that any gaps or similar issues can be sorted out immediately and precisely.

Cameron and Transocean expressed concern that these arrangements may prejudice them. With their limited allotted time, they do not want to waste any of it asking the first witness questions which must be posed to the second witness. Cameron shall identify the topics which are of most concern to it and notify DNV counsel with the goal of DNV designating one person for those topics. On October 26, Cameron emailed DNV concerning topics 7, 8 and 10. The U.S. indicated that it may be able to cede some time to Cameron. The Court is available for a telephone conference before the deposition to resolve the issue.

The U.S. reported that a head count is required for the **BP Institute** deposition because of limited space at Cambridge. As promptly as possible, the parties shall notify Dennis Tracy at Hogan Lovells of the persons attending.

On October 26, an order was issued regarding BP's request for the Rule 30(b)(6) depositions of **Kelkar**, **UCSB** and **Purdue**. Rec. doc. 7750.

2. **Scheduled Rule 30(b)(6) Depositions**.

**Friday, November 30**, is the deadline for the completion of Rule 30(b)(6) depositions. The status of the scheduling of the remaining Rule 30(b)(6) depositions is as set forth below.

|  | **Designee** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| Week - October 29 - November 2 | | | | |
| **U.S.** | Tom Hunter | Two days | N.O. | Oct. 30 and 31 |
| **U.S.** | Don McClay | Two days | N.O. | Oct. 31-Nov. 1 |
| **Anadarko** | Robert Quitzau | Two day | N.O. | Nov. 1 and 2. |
| **DNV** | | One day | N.O. | November 1 |
| Week - November 5-9 | | | | |
| **BP** | Robert Sanders | One day | N.O. | November 5 |
| **Transocean** | Rob Turlak | Two days | N.O. | Nov 6 and 7 |
| **BP** | Hugh Banon | One day | N.O. | November 6 |
| **BP** | Marvin Miller | One day | N.O. | November 8 |
| Week - November 12-16 | | | | |
| **Statoil** - **Video** | Ruben Schalke 7:30 a.m. CST | One day | Norway/Houston | November 12 |
| **BP** | Kevin Devers | Two days | N.O. | Nov. 12 and 13 |
| **BP** | Tanner Gansert | Two days | N.O. | Nov. 12 and 13 |
| **U.S.** | Stewart Griffiths | Two days | N.O. | Nov. 13 and 14 |
| **BP** | Earnest Bush | One day | N.O. | November 14 |
| **BP Institute** | | Two days | U.K. | Nov. 14 and 15 |
| **U.S** | George Guthrie | Two days | N.O. | Nov. 15 and16 |
| **Cameron** | David McWhorter | Two days | N.O. | Nov. 15 and 16 |

|              | Week - November 19-23 |          |      |                |
|--------------|-----------------------|----------|------|----------------|
| **BP**       | Ellen Williams        | Two days | D.C. | Nov. 19 and 20 |
|              | Week - November 26-30 |          |      |                |
| **Schlumberger** | Bud Decoste       | One day  | N.O. | November 27    |
| **BP**       | John Hughes           | One day  | N.O. | Nov. 27 and 28 |
| **BP**       | Charlie Holt          | Two days | N.O. | Nov. 28 and 29 |
| **Intertek** |                       | One day  | N.O. | November 30    |

### Phase Two Exhibits

1. **Preliminary Good Faith Exhibit Lists and Objections to Deposition Exhibits**.

The PSC reported that the parties are working on a process where there will be at least two exhibit lists. Approximately 21 days after the conclusion of Rule 30(b)(6) depositions, the parties will submit their first preliminary good faith exhibit lists. There will be an opportunity for objections followed by a meet-and-confer period regarding the objections.

The parties are not in agreement on the issue of Court involvement in the first round. The PSC and the U.S. propose that Court involvement be deferred until after fact discovery is complete. They contend that if it is deferred, it will not be necessary to ask for reconsideration based on evidence developed before the end of fact discovery. BP proposes that a sample of the documents subject to objections remaining at the conclusion of the meet-and-confers for the 30(b)(6) depositions be brought to the Court for resolution. Based on those rulings, the parties will extrapolate to the remaining documents. BP believes that this gives the parties an incentive to be reasonable in their objections because they know that the Court will be looking at them.

After the completion of all fact depositions, there will be a second preliminary good faith list, followed by objections and a meet-and-confer period. The PSC and U.S. believe that at that time there should be briefing and Court involvement on the issues remaining on the first and second preliminary good faith exhibit lists.

The PSC suggests a third preliminary exhibit list after the conclusion of expert depositions.

### Phase Two Deadlines

**1.   Phase Two Expert Depositions.**

**Tuesday, October 30**, is the deadline for the parties to submit *in camera* lists of the experts likely to provide reports.

**2.   Phase Two Trial Preparation Timeline.**

The October 24 order (Rec. doc. 7743) for the Working Group Conference on October 19, amended the provisions in the timeline for November 12 and 19:

11/12/12   **Simultaneous exchange of additional fact witness designations.** The U.S. is to have 5. BP is to have 7. The PSC and the States may jointly designate 4. The defendants other than BP may jointly designate 2. For good cause shown the Court will consider additional fact depositions.[1]

11/19/12   **Each party shall submit:**

**A preliminary good faith fact may call witness list with no more than 15 witnesses.** The list shall include the name of any person who is employed by or affiliated with the party submitting the list and who may be called in the party's case

---

[1] Custodial file production needs to be addressed. All parties are to review the list and <u>immediately</u> commence gathering custodial files for witnesses with whom they are affiliated.

in chief along with a brief summary of the witnesses' expected testimony. The list shall not include: (1) experts; (2) Rule 30(b)(6) deponents; (3) the additional fact witnesses identified on 11/12/12; or (4) persons who were deposed during Phase One and who testified as to both Phase One and Phase Two issues. The party submitting the list shall provide dates between December 10 (presuming custodial file production on 11/19) and January 25 for their depositions. A party will not be permitted to add to the witness list without good cause shown.

## **CONFERENCE SCHEDULE**

| | |
|---|---|
| 11/2/12 | WGC meeting at 9:30 a.m. |
| 11/9/12 | WGC meeting at 9:30 a.m. |
| 11/16/12 | WGC meeting at 9:30 a.m. |
| 11/30/12 | WGC meeting at 9:30 a.m. |
| 12/7/12 | WGC meeting at 9:30 a.m. |
| 12/14/12 | WGC meeting at 9:30 a.m. |
| 12/18/12 | Phase One status conference at 9:30 a.m. |
| 12/28/12 | WGC meeting at 9:30 a.m. |
| 01/04/13 | WGC meeting at 9:30 a.m. |
| 01/11/13 | WGC meeting at 9:30 a.m. |
| 01/17/13 | Phase One technical walk through |
| 01/18/13 | Phase One pre-trial conference at 9:30 a.m. - trial attorneys only<br>WGC meeting to follow |
| 01/25/13 | WGC meeting at 9:30 a.m. |
| 02/01/13 | No conference - Super Bowl on February 3. |

| | |
|---|---|
| 02/08/13 | No conference - Mardi Gras on February 12 |
| 02/15/13 | WGC meeting at 9:30 a.m. |
| 02/22/13 | WGC meeting at 9:30 a.m. |
| 02/25/13 | Commencement of trial of Phase One. |
| 03/1/13 | WGC meeting at 9:30 a.m. |
| 03/8/13 | WGC meeting at 9:30 a.m. |
| 03/15/13 | WGC meeting at 9:30 a.m. |
| 03/22/13 | No WGC Conference |
| 03/29/13 | No WGC Conference |
| 04/05/13 | No WGC Conference |
| 04/12/13 | WGC meeting at 9:30 a.m. |
| 04/19/13 | WGC meeting at 9:30 a.m. |
| 04/26/13 | WGC meeting at 9:30 a.m. |
| 05/03/13 | WGC meeting at 9:30 a.m. |
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. |
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 29th day of October, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

11