UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig**                    **MDL NO. 2179**
    **"Deepwater Horizon" in the Gulf**
    **of Mexico, on April 20, 2010**                **SECTION J**

**Applies to:** *All Cases*                    **JUDGE BARBIER**
                                               **MAGISTRATE JUDGE SHUSHAN**

## ORDER

**[Regarding Protocol for Sampling and Testing of Materials Collected at Michoud]**

Considering the attached protocol and related procedures for sampling and lab analysis for

debris and other material collected from the BOP, damaged riser, and related items, which has been

reviewed and approved by Special Master Englebert;

IT IS ORDERED that the protocol is approved.

New Orleans, Louisiana, this 29th day of October, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**