UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>       2:12-cv-01484 | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and SMITH STAG, LLC's Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.   That ROBERT J. MCKEE, ESQUIRE, and the law firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and STUART H. SMITH, ESQUIRE, and the law firm of SMITH STAG, LLC's **Motion to Withdraw as Counsel** as to **only** those individual Plaintiffs listed in Attachment "A," be and the same is hereby **granted**.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of October, 2012.

_____

Honorable Carl J. Barbier,
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan | |
| This Document Relates to:<br>     2:12-cv-01484 | | |

### ATTACHMENT "A"

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Happily Ever After in Key West, LLC | C/O Kathryn Bentley<br>1528 12th Street<br>Key West, FL 33040 | 305-204-2696 home<br>305-296-9333 |
| 2. | Frank Thornton | 42 Nebraska Avenue, Northeast<br>Fort Walton Beach, FL 32548 | 850-499-3475 cell |
| 3. | AHF Royal Crest, LLC | C/O Michael Kent &<br>Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 4. | Bayshore Housing Corporation | C/O Michael Kent &<br>Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 5. | Cordova Community Facilities Coropration | C/O Michael Kent &<br>Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 6. | Emerald Coast Housing II, Inc. | C/O Michael Kent &<br>Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |

| | | | |
|---|---|---|---|
| 7. | Perdido Housing Corporation | C/O Michael Kent & Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 8. | Wellington Arms Properties, LLC | C/O Michael Kent & Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 9. | Sharon Cook | 11236 Seaglades Drive<br>Pensacola, FL 32507 | 850-492-1555 home<br>850-221-4601 cell |
| 10. | Michelle Sametz | 165 Nautilus Court, Unit 110<br>Fort Walton Beach, FL 32548 | 850-240-1847 cell<br>859-337-1800 work |
| 11. | Floorida Floors, Inc. | C/O Mr. Richard Zarnecki<br>7118 Melissa Elaine Drive<br>Panama City, FL 32405 | 850-441-6198 cell<br>850-249-6365 home |
| 12. | Décor Design Center, Inc. | C/O Brenda Beumer<br>C/O Sharon Cook<br>14110 Perdido Key Drive, #K1<br>Pensacola, FL 32549 | 850-221-4601 Cook cell<br>850-571-8441 Beumer cell<br>850-491-0406 Cook work<br>850-492-5462 Beumer wk |
| 13. | Popcorn Kingdom, LLC | C/O Avi Vazana<br>701 Pier Park Drive, Suite 119<br>Panama City Beach, FL 32413 | 989-941-2120 |
| 14. | Sonshine Motors LLC | C/O Kenneth Dean Gruner<br>319 Miracle Strip Parkway #SW<br>Fort Walton Beach, FL 32548 | 850-687-2430 cell<br>850-226-8818 home<br>850-687-6533 work |
| 15. | Emerald Coast Associates, Inc. | C/O Dean Burgis<br>179 C.R. 393 South<br>Santa Rosa Beach, FL 32459 | 850-830-4936 cell<br>850-267-0473 |
| 16. | Groovy Dancing, Inc. | C/O Zanani Dror<br>225 179th Drive, Unit 201<br>Sunny Isles, FL 33160 | 850-814-7767 cell |
| 17. | Randall Stricker | 10215 Stucki Road<br>Alberta, AL 36530 | 850-418-0330 cell<br>251-975-1349 home<br>850-492-1349 work |
| 18. | Lois Stricker | 10215 Stucki Road<br>Alberta, AL  36530 | 850-418-0330 cell<br>251-975-1349 home<br>850-492-1349 work |
| 19. | Perfume Collection No. 3, Inc. | C/O Shlomo Cohen<br>614 Cambridge Avenue NE<br>Fort Walton Beach, FL  32547 | 850-244-7206 work<br>850-217-2238 cell |

20.  Saf-T-Cart, Inc.     C/O Mr. James Walker      662-902-7852 cell
                          Post Office Box 1869      662-624-6492 home
                          Clarksdale, MS  38614