UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>    2:12-cv-01483 | |

**MOTION TO WITHDRAW AS COUNSEL**

COME NOW the law firms of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and SMITH STAG, LLC pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for **only** the Plaintiff listed in Attachment "A" and as grounds would state:

    1.    The Plaintiff listed in Attachment "A" and the movants have terminated their relationship.

    2.    The Plaintiff listed in Attachment "A" has been made aware of applicable deadlines and applicable pending court appearances.

    3.    All Plaintiff will remain in the litigation.

    4.    This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firms move this Court for an order allowing them to withdraw as counsel of record for **only** the Plaintiff set forth in Attachment "A" in the above-captioned case.

RESPECTFULLY SUBMITTED on this 29th day of October, 2012.

        KRUPNICK CAMPBELL MALONE
        BUSER SLAMA HANCOCK
        LIBERMAN & MCKEE, P.A.


        By: /s/ Robert J. McKee

        Robert J. McKee (Florida Bar # 0972614)
        rmckee@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida 33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

        SMITH STAG, LLC
        Stuart H. Smith, Esquire (17805)
        ssmith@smithstag.com
        65 Canal Street, Suite 2850
        New Orleans, LA  70130
        504-593-9600 telephone
        504-593-9601 facsimile

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of October, 2012.

I FURTHER CERTIFY that the Plaintiff has been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on those individuals listed in Attachment "A" attached hereto on this 29th day of October, 2012.

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN & MCKEE, P.A.

By:  /s/ Robert J. McKee

Robert J. McKee (Florida Bar # 0972614)