UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179 |
| | | Section: J |
| | | Judge Barbier |
| | | Magistrate Shushan |
| This Document Relates to: 2:12-cv-01483 | | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and SMITH STAG, LLC's Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That ROBERT J. MCKEE, ESQUIRE, and the law firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and STUART H. SMITH, ESQUIRE, and the law firm of SMITH STAG, LLC's **Motion to Withdraw as Counsel** as to **only** the individual Plaintiff listed in Attachment "A," be and the same is hereby **granted**.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of October, 2012.

_____

Honorable Carl J. Barbier,
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>      2:12-cv-01483 | | |

## ATTACHMENT "A"

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Lance Stratton | 12029 Runningmead Trail<br>Huntsville, AL  35803 | 770-596-0097 |