UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

| | |
|---|---|
| Donald Dumas | George Coleman |
| David Frank | Eric Prevost |
| Christine Walsh | Peter Valdez |
| Felicia Moore | Rebecca Harrell |
| Anthony E. Luna | Mary Ellison |
| Timothy L. Bell | Leonard Collins |
| Demarco Griffin | Deon Griffin |
| Michelle Hardee | James Lee Humphrey |
| Antoinette Fulton | Britt Hart |

Erin Wowczuk, a Minor c/o Christine Walsh

Alonzo Moore, a Minor c/o Felicia Moore

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE