UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

| | |
|---|---|
| Barney Andradis | Antoinette Fulton |
| Carolyn Scott | Brunell Jackson |
| Chloris Jackson | Larry L. Marshall |
| Donald Lee Phelps | Bobby Slaughter |
| Tara S. Summerall | Jasmine White |
| Onisa Wilson | Marty Waltman |
| Edmond Waltman | Mark Newman |
| Rita Waltman | John Craft |

Lewis Savage, a Minor c/o Heather Savage

Hayden Savage, a Minor, c/o Heather Savage

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE