UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
    "Deepwater Horizon" in the
    Gulf of Mexico, on
    April 20, 2010                                    Section: J

This Document Relates to:                  Judge Barbier
                                                 Mag. Judge Shushan

2:10-cv-08888-CJB-SS

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about July 31, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Retreat Investments, Inc., Doc. No. 40377.

New Orleans, Louisiana this 29th day of October, 2012.

_____
United States District Judge