UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| Case No. 2:10-cv-8888, [Rec. Doc. 93735]; 2:10-cv-2771 | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that the Dugan Law Firm, APLC be allowed to withdraw as counsel of record for Plaintiff, Maxum Industries, LLC in this case.

Signed in New Orleans, Louisiana this 29th day of October, 2012.

_____
United States District Judge