UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| 12-970, 12-9888, 12-1295, 12-2155, | * | |
| 12-2048 | * | MAG. JUDGE SHUSHAN |
| | * | |

# ORDER

Before the Court are (1) Motion to Extend the Opt Out Deadline of November 1, 2012 (Rec. Doc. 7674) and (2) Motion to Clarify the Court's Order Regarding the Time to Opt Out (Rec. Doc. 7124). For reasons stated in open court during the October 26, 2012 Status Conference,

**IT IS ORDERED** that these Motions (Rec. Docs. 7674, 7124) are **DENIED**.

Signed in New Orleans, Louisiana, this the 30th day of October, 2012.

United States District Judge