UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig        "Deepwater Horizon" in the Gulf        of Mexico, on April 20, 2010 | *  *  *  * | MDL No. 2179    SECTION "J" |
| This Document Relates To:  12-1045  12-1533  12-1716 | *  *  *  *  *  * | JUDGE BARBIER    MAG. JUDGE SHUSHAN  (12-1533, 12-1716)  MAG. JUDGE WILKINSON (12- 1045) |

## ORDER

Before the Court is (Rec. Doc. 7677) O'Brien's Response Management Inc.'s Motion to Reconsider (Rec. Doc. 7617) the Court's October 10, 2012 Order Granting (Rec. Doc. 7518) Plaintiffs' Motion for Equitable Tolling. Having considered the motion and supporting memorandum, the relevant record, and the applicable law,

**IT IS ORDERED** that the Motion to Reconsider (Rec. Doc. 7677) is **DENIED.**

New Orleans, Louisiana, this 30th day of October, 2012.

_____
United States District Judge