UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: 2:11-cv-01159 | |
| | JUDGE: CARL J. BARBIER |
| | MAG: SALLY SHUSHAN |

## COMPLAINT IN INTERVENTION

The Complaint of Willis & Buckley, APC ("Willis & Buckley), a Louisiana corporation, with its principal place of business located in the Parish of Orleans, appearing herein through one of its partners, Jennifer N. Willis, respectfully represents:

1.

Made defendant herein is Mr. Percy J. Vegas.

2.

Willis & Buckley is a law firm, the lawyers of which practice law in the State of Louisiana as licensed and authorized by the Supreme Court of the State of Louisiana. Willis & Buckley was retained in this proceeding by plaintiff/defendant in intervention, Percy J. Vegas.

1

3.

On February 28, 2011, Percy J. Vegas, signed a Retainer Contract for legal representation with Jennifer N. Willis and Willis & Buckley against BP America Production Company and Danos & Curole Staffing for breach of contract. Mr. Vegas was seeking payment of fees owed to him under the Vessels of Opportunity program for clean up after the Deep Water Horizon oil spill. The Retainer Contract provided for a 40% contingency fee if suit is filed and reimbursement of costs.

4.

On April 20, 2011, Willis & Buckley filed "*Norman Bouisse, Harvey Cheramie, Jr., Jerry Parria, Chad Rogers, Sr. Curtis Silver, Jr., Curtis Silver, Sr., Percy Vegas, and Terry Vegas v. BP America Production Company and Danos and Curole Staffing, LLC*, Civil District Court for the Parish of Orleans No. 2011-4255, Division G-11". This case was removed to Federal Court and subsequently made part of the captioned multi-district litigation.

5.

In her capacity as counsel for Percy J. Vegas, Ms. Willis performed professional services on behalf of Mr. Vegas, filed suit on Mr. Vegas' behalf, incurred expenses, and earned reasonable attorney fees in the prosecution and maintenance of this case.

6.

Intervenor is entitled to the recovery of a reasonable fee for the services it has performed and reimbursement of the costs it has incurred. Defendant in intervention, Percy J. Vegas, is responsible for such amount out and for the reservation of such amount from any sum he receives pursuant to settlement or judgment in this matter.

**WHEREFORE,** intervenor prays that its Complaint of Intervention be served upon all

defendants in intervention named herein, and that after due proceedings are had, there be judgment in favor of intervenor in an amount commensurate with work performed on behalf of defendant in intervention and consistent with the evidence presented in its Memorandum in Support of Motion for Leave to file the Complaint in Intervention.

Respectfully submitted,

OF COUNSEL:

/s/ Jennifer N. Willis
JENNIFER N. WILLIS (#14877)
Willis & Buckley, APC
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6301
Facsimile: (504) 488-6302
jenniferwblaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF and Lexis/Nexis File and Serve systems which will send notice of electronic filing to all counsel of record.

/s/ Jennifer N. Willis