UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO: 2179 <br><br> SECTION: J |
| This document relates to: 2:11-cv-01159 | * * * | JUDGE: CARL J. BARBIER <br><br> MAG: SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

ON MOTION of Jennifer N. Willis and the law firm of Willis & Buckley, APC, and upon suggesting to this Honorable Court that they desire to be removed as counsel of record for the plaintiff, Percy J. Vegas, in the above-captioned matter. Plaintiff, Percy J. Vegas, terminated Jennifer N. Willis and the Firm of Willis & Buckley, APC, as counsel of record pursuant to his letter of October 23, 2012, attached hereto as Exhibit 1. Plaintiff's last known address, to which the notice of withdrawal was sent is Percy J. Vegas, P.O. Box 594, Grand Isle, Louisiana 70358. Please provide all notices to plaintiff at his current address.

1

WHEREFORE, movers pray that they be removed as counsel for plaintiff, Percy J. Vegas.

Respectfully submitted,

OF COUNSEL:

/s/ Jennifer N. Willis
JENNIFER N. WILLIS (#14877)
Willis & Buckley, APC
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6301
Facsimile: (504) 488-6302
jenniferwblaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF and Lexis/Nexis File and Serve systems which will send notice of electronic filing to all counsel of record.

/s/ Jennifer N. Willis