October 23, 2012

Willis & Buckley, APC
3723 Canal Street
New Orleans, Louisiana 70119

Dear Ms. Martinez:

The purpose of this letter is to inform you that I know longer wish to be represented by Willis & Buckley. As of today's date, I am terminating the law firm of Willis & Buckley as counsel in the Vessel of Opportunity suit against BP and Danos & Curole.

Sincerely,

*Percy J. Vegas*
Percy J. Vegas

Exhibit 1