UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO: 2179<br><br>SECTION: J |
| This document relates to: 2:11-cv-01159 | * * * | JUDGE: CARL J. BARBIER<br><br>MAG: SALLY SHUSHAN |

******************************************

## O R D E R

Considering the foregoing,

**IT IS ORDERED** that Jennifer N. Willis and the law firm of Willis & Buckley, APC, are hereby removed as counsel for plaintiff, Chad Rogers, Sr.

New Orleans, Louisiana, this _____ day of October, 2012.

_____
JUDGE