UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: 2:11-cv-01159 | JUDGE: CARL J. BARBIER |
| | MAG: SALLY SHUSHAN |

## AFFIDAVIT OF SERVICE OF PROCESS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

JENNIFER S. MARTINEZ

who before me being first duly sworn, deposed and said:

That affiant is an attorney for the law firm of WILLIS & BUCKLEY, APC; that affiant mailed a true copy of the Summons and Complaint in Intervention, by certified mail, to the defendant, Harvey Cheramie, Jr., 124 Tower Road, Grand Isle, Louisiana 70358, on October 22, 2012; that the same was delivered on October 24, 2012, as more fully appears from the attached post

office return receipt for certified mail number 7001 1150 0000 2872 9651.

_____
JENNIFER S. MARTINEZ

SWORN TO AND SUBSCRIBED

Before me, this 30th day of

October, 2012.

_____
NOTARY PUBLIC

**WILLIAM P. BUCKLEY**
Notary Public
Orleans Parish, Louisiana

Bar Number 26827
My Commission Expires At Life

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Debra Cheramie_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): DEBRA CHERAMIE  C. Date of Delivery: 10/24/12 |
| 1. Article Addressed to:<br>Mr. Harvey Cheramie, Jr.<br>124 Tower Road<br>Grand Isle, LA 70358 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 1150 0000 2872 9651 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 65 |
| Certified Fee | 5.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.95 |

Sent To: Mr. Harvey Cheramie, Jr.
Street, Apt. No.; or PO Box No.: 124 Tower Road
City, State, ZIP+4: Grand Isle, Louisiana 70358

7011 1150 0000 2872 9651

PS Form 3800, August 2006   See Reverse for Instructions