IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on | § | SECTION J |
| APRIL 20, 2010 | § | |
| | § | |
| This document relates to: | § | |
| | § | JUDGE BARBIER |
| NO. 2:12 CV 529 | § | |
| Agro | § | MAG. JUDGE SHUSHAN |

## ORDER OF DISMISSAL OF PLAINTIFFS, BRADLEY PETERMAN, ONLY

**BE IT REMEMBERED** that in the above styled and numbered Cause came on this date to be heard Motion to Dismiss of Plaintiffs, Bradley Peterman ONLY,  and the Court, being of the opinion that same should be granted;

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** by the Court that the cause of action as to the Plaintiffs, Bradley Peterman **ONLY**, in the above styled cause, is hereby nonsuited without prejudice, with the costs of the Court being adjudged against the party incurring same.

New Orleans, Louisiana this 30th day of October, 2012.

_____
United States District Judge