UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court are (Rec. Docs. 7694, 7701, 7709, 7711) Objections to (Rec. Doc. 7613) the Joint Motion to Clarify Current Hold-Back Order Concerning Refund of Transition Payments, which the Court granted on October 16, 2012 (Rec. Doc. 7660).

**IT IS ORDERED** that the Objections (Rec. Docs. 7694, 7701, 7709, 7711) are **OVERRULED.**

New Orleans, Louisiana, this 30th day of October, 2012.

_____
United States District Judge