## WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6301

### RETAINER CONTRACT

I/We, _Penny Vegas_, having sustained ~~personal injuries~~ damages on the 28 day of _February 2011_ through the negligence and fault of others, and in consideration of the services agreed to be rendered and furnished, does hereby employ Willis & Buckley, APC, as my attorneys to adjust and settle my claim, or in their discretion to bring suit thereon for damages.

I agree that I am employing the law firm of Willis & Buckley, APC, and I agree that they may permit such attorneys and other employees of the law firm to work on my case as they, in their discretion, deem necessary to prosecute my claim. I further authorize the law firm of Willis & Buckley, APC, to associate with any other law firm should the needs of my case require such association.

If my case is settled without having to file suit, I agree to give Willis & Buckley, APC, 33 1/3% of the full recovery from my case as their fee. In the event there is no ultimate recovery, no attorney fees shall be due to Willis & Buckley, APC.

If suit has to be filed in this case, then I agree to give Willis & Buckley, APC, 40% of the full recovery from my case as their fee. In the event there is no ultimate recovery, no attorney fees shall be due to Willis & Buckley, APC.

I authorize Willis & Buckley, APC, to advance on my behalf all costs and disbursements which, in their discretion, are necessary in prosecuting my claim. I agree to reimburse such costs and disbursements out of any recovery made in my case. These will include, but not be limited to, costs in obtaining medical records, hospital records, x-rays, expert consultations and opinions necessary to evaluate and prosecute my claim, court fees, investigatory costs, reporter fees, computer-aided research, copying, long distance phone calls, medical and discovery expenses, special mail (express, certified, etc.), parking and all other expenses associated with my claim. In the event there is no ultimate recovery, I am not required to pay the costs and disbursements incurred by Willis & Buckley, APC.

I understand that the attorney fee is to be computed by applying the above percentage to the entire gross amount recovered. The total of all costs and disbursements will then be subtracted leaving the net payable recovery.

PP

Exhibit 1

In the event that the claim is partially settled with one or more defendants, I agree and authorize Willis & Buckley, APC, to withhold, out of my share of recovery, sufficient funds to pay all future case expenses estimated by Willis & Buckley, APC, and to place such funds in the Willis & Buckley, APC, trust account. At the final disposition of the claim, the balance, after reimbursement of such case expenses, shall be tendered to me.

I understand that I could retain Willis & Buckley, APC, to represent me in this action and compensate them on a daily or an hourly basis, but I expressly decline to do so.

I have been advised that at any time during the handling of my case Willis & Buckley, APC, may recommend that the case not be continued for good and sufficient reasons, including but not limited to, little or no likelihood of success on the claim's merits, a lack of available funds to satisfy the claim should it be successful, or if the extent of the claim does not financially merit the expenditure of the costs and time necessary to reach a successful conclusion. In the event they make such a recommendation to discontinue which I reject, I hereby agree that they may withdraw as my attorneys in consideration of their agreement to give me due notice of their withdrawal. Willis & Buckley, APC, agrees that they will comply with all applicable provisions of the Rules of Professional Conduct for Attorneys.

I have been advised by Willis & Buckley, APC, that they will undertake every reasonable effort to bring my claim to a successful conclusion prior to trial. If they negotiate a settlement offer prior to trial which they recommend I accept, I have the right to reject such recommendation. If I choose to reject their recommendation, then I agree that I will not object to them withdrawing as my attorneys upon giving due notice and otherwise complying with the Rules of Professional Conduct for Attorneys. In the event Willis & Buckley, APC, withdraws as my attorneys after I have received a settlement offer, then I give them a valid lien in the amount of their costs and disbursements to the date of withdrawal plus a fee of the respective percentages set forth above of the amount of the settlement offer on the date of withdrawal, or such lower amount as may be required by the Rule of Professional Conduct for Attorneys.

I have read and understand this agreement. I further have had the opportunity to discuss with Willis & Buckley, APC, any questions that I have regarding this agreement. I understand this agreement and elect to be bound by it.

This agreement is not binding until signed by a representative of the firm of Willis & Buckley, APC.

Dated this 28th day of Feb, 2011.

WILLIS & BUCKLEY, APC

By: _____
    Jennifer N. Willis

_____
Percy J. Vegoz