**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| **B1 Pleading Bundle and 11-925, 10-** | * | |
| **2771** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

**IT IS ORDERED** that any responses to the Sellno Plaintiffs' Motion for New Trial, to Alter

or Amend Judgment, and/or for Certification of Interlocutory Appeal (Rec. Doc. 7770) respecting

the Court's Order dismissing the "Pure Stigma Claims" and "Recreation Claims" shall be filed no

later than <u>Wednesday, November 21, 2012</u>.  The Court does not intend to hear oral argument on this

matter.

New Orleans, Louisiana, the 31st day of October, 2012.

_____
United States District Judge