UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Full Scope's Motion for Leave to Intervene (Rec. doc. 7605)]**

On October 9, 2012, Full Scope Services, LLC ("Full Scope") filed a motion for leave to file a complaint of intervention.[1] The motion was noticed for October 24, 2012. Full Scope reports that the PSC does not object to the motion.

Full Scope claims an interest in the settlements payable to certain claimants in the court supervised settlement programs, pursuant to contracts executed with individual claimants and law firms. These claims should be directed to the Claims Administrator who has adopted a procedure for third party claimants. See rec. doc. 7359. Accordingly;

IT IS ORDERED that Full Scope's motion for leave to intervene (Rec. doc. 7605) is DENIED.

New Orleans, Louisiana, this 31st day of October, 2012.

SALLY SHUSHAN
**United States Magistrate Judge**

---

[1] Full Scope is a provider of assessment and evaluation services to claimants and law firms involved in the settlements.