UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*Case No. 2:10-cv-8888; 2:10-cv-2771* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**ORDER**

Considering the above and foregoing Joint Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, be and are hereby withdrawn as counsel of record for Plaintiff / Claimant, Gloria M. Farrell and Mekel S. Alvarez of Morris Bart, LLC be and is hereby enrolled as counsel of record for Plaintiff / Claimant.

Signed in New Orleans, Louisiana this 30th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE