UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding Misleading Website]

The Court has been contacted by Patrick Juneau, Court Appointed Claims Administrator for the Proposed Class Action Settlements, who notified the Court of a website which he considers to be misleading and confusing as possibly related to the official court administered site:

www.deepwaterhorizonsettlement.cc

This site, operated and/or sponsored by Danziger & DeLlano, LLP, is, in Mr. Juneau's view, deceptively similar to the official court supervised claim website, www.deepwaterhorizonsettlements.com.

On October 15, 2012, Mr. Juneau wrote to the firm and requested that specific disclaimer language be added to the site. Exhibit 1. On October 23, 2012, Paul Danziger wrote to Mr. Juneau and stated that the requested changes had been made. Exhibit 2. As of this date the requested language has not been inserted on the website.

The Court has now had an opportunity to review the site. At the top in bold it provides "BP Oil Spill Settlement Sign-Up." The top of the site also bears the logo of Danziger & DeLlano, LLP.

Only at the bottom of the page does it say "Attorney web site, not Deepwater Horizon Settlement court web site."

Having reviewed the website, the Court finds that, despite the law firm logo and the disclaimer at the bottom of the page, it leads potential claimants to believe that they are making claims with the Court authorized website on which a claimant may make an official claim.

This Court, in supervising this multi-district litigation and this proposed class action settlement, has broad authority to exercise control over matters affecting the cases, potential class members, and the court supervised class-action settlement program.[1]

Accordingly, IT IS ORDERED that Danziger & DeLlano, LLP and any other owners or operators of the above-mentioned website **either**:

1) **Show cause before Magistrate Judge Shushan on the 14th day of November, 2012 at 9:30 a.m.** why they should not be enjoined from posting a website that may lead claimants to believe they are directly making claims with the official court administered site; **or**

2) **Within five (5) working days of entry of this order** post at the **top** of every page of every site he and/or they operate related to the Deepwater Horizon Class Settlement a prominent banner which states: This is not the Official Court

---

[1] *See In re Lupron Mktg. & Sales Practices Litig.*, MDL 1430, 2004 WL 3049754 (D. Mass. Dec. 21, 2004) (ordering websites that were "blatantly misleading and deliberately intended to deceive potential plaintiffs" to remove certain misleading information and add a prominent disclaimer); *Manual for Complex Litig., Fourth* § 21.33 (2004) ("The judge has ultimate control over communications among the parties, third parties, or their agents and class members on the subject of the litigation to ensure the integrity of the proceedings and the protection of the class." (citing Fed. R. Civ. P. 23(d) and cases)).

2

Authorized Website. Go to www.deepwaterhorizonsettlements.com to make a claim directly with the Court Authorized Program.

New Orleans, Louisiana, this 31st day of October, 2012.

                                    **CARL J. BARBIER**
                                    **United States District Judge**

**The clerk is to serve via e-mail and U.S. Mail:**

**paul@dandell.com; rod@dandell.com**

**Paul Danziger and Rod DeLlano**
**Danziger & DeLlano, LLP**
440 Louisiana, Suite 1212
Houston, TX 77002

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

EXHIBIT 1

*Patrick A. Juneau*
*Claims Administrator*

October 15, 2012

Danziger & De Llano, LLP
440 Louisiana, Suite 1212
Houston, TX  77002

RE:   Website

Dear Paul:

We have been contacted by the Court to request that some additional language be added to your website www.deepwaterhorizonsettlement.cc. Judge Barbier previously executed an Order, in July of this year, for a similar website which he considers to be misleading and confusing. To remedy this, the following needs to be added to the above website. "This is not the official Court authorized website. Go to www.deepwaterhorizonsettlmeents.com to make a claim directly with the Court authorized program."

Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me.

Sincerely,

DAVID DUVAL
Claims Administrator's Office

DD/ts

935 Gravier St., Suite 1905 | New Orleans, LA 70112 | TEL 504.934.4999 | FAX 504.934.4998
www.deepwaterhorizoneconomicsettlement.com



OCT 29 2012

October 23, 2012

David Duval
Deepwater Horizon Economic Claims Center
935 Gravier Street
Suite 1905
New Orleans, LA 70112

Re: www.deepwaterhorizonsettlement.cc

Dear Mr. Duval,

This letter is to confirm that the requested changes have been made to the website referenced in the letter received 10/22/12.

If you have any additional concerns, please do not hesitate to call or write.

Respectfully yours,

Paul Danziger