UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br><br>THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein,<br><br>                   Plaintiffs,<br>vs.<br><br>BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S. L.P.,<br><br>                Defendants. | MDL NO. 2179<br><br>This document relates to:<br>Case No. 2:11-CV-03180<br>-and-<br>Case No. 2:11-CV-02766<br><br>SECTION:  J<br><br>Judge Barbier<br>Magistrate Judge Shushan |

_____

**ORDER**
_____


      Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller

of The Kreller Law Firm, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels

LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott of Langston & Lott,

PA,

IT IS HEREBY ORDERED that Stephen S. Kreller of The Kreller Law Firm, William L.

Roberts, and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson

LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA, be allowed to withdraw as

Counsel for Mederic R. Meyer, Jr. (DWH ClaimantID 100049042), M.R. Meyer LTD (DWH

ClaimantID 100000339), M.R. Meyer LTD II (DWH ClaimantID 100000314), M.R. Meyer

LTD III (DWH ClaimantID 100000337), M.R. Meyer LTD IV (DWH ClaimantID 100000313),

Mederic Meyer, Sr. (DWH ClaimantID 100050626), Jodi Meyer Bolgiano, Alicia R. Tanguis

and William J. Tanguis III (DWH ClaimantID 100049042).

New Orleans, Louisiana, this $\underline{31st}$ day of October, 2012.

_____

UNITED STATES DISTRICT JUDGE