UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon,* in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | * * * * | This document relates to: Case No. 2:11-cv-03180 --and— Case No. 2:11-cv-02766 |
| Plaintiffs | * * | SECTION "J" |
| VERSUS | * * | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AN PRODUCTION, INC; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S.L.P., | * * * * * * * * * * * * * * * * | MAGISTRATE JUDGE SHUSAN |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO ENROLL AS COUNSEL FOR
MALCOLM J. ASSEVADO & SOUTHERN FOODS CAJUN CUISINE, INC.
IN CIVIL ACTIONS NOS. 2:11-CV-03180 & 2:11-CV-02766**

**MAY IT PLEASE THE COURT:**

Malcolm J. Assevado and Southern Foods Cajun Cuisine, Inc. respectfully move the Court to enroll Deborah Pearce Reggio and the law firm of Deborah Pearce Reggio, LLC as counsel of record in the above-captioned case.

        Respectfully submitted,

        DEBORAH PEARCE REGGIO, LLC

        */s/ Deborah Pearce Reggio*
        Deborah Pearce Reggio (#22577)
        141 Robert E. Lee Blvd., Suite 242
        New Orleans, LA 70124
        Telephone: (504) 301-2881
        Facsimile: (504) 324-0882
        federalappeals@cox.net

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 31 day of October, 2012.

        */s/ Deborah Pearce Reggio*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon,* in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| THANH HAI, INC.; TONY NGUYEN; KHANG VAN DANG, and the more than 700 persons named herein, | * * * * | This document relates to: Case No. 2:11-cv-03180 --and— Case No. 2:11-cv-02766 |
| Plaintiffs | * * | SECTION "J" |
| VERSUS | * * | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AN PRODUCTION, INC; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.; TRANSOCEAN HOLDINGS LLC; TRITON ASSET LEASING GMBH; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN LTD.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC, WEATHERFORD U.S.L.P., | * * * * * * * * * * * * * * * * | MAGISTRATE JUDGE SHUSAN |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing motion to enroll counsel of record:

IT IS ORDERED, ADJUDGED AND DECREED that Deborah Pearce Reggio and the

Page 3 of 3

law firm of Deborah Pearce Reggio, LLC be enrolled as counsel of record in the above-captioned case on behalf of Malcolm J. Assevado and Southern Foods Cajun Cuisine, Inc.

    New Orleans, Louisiana, this ___ day of _____, 2012.

                                                                                          _____
                                                                                          U.S. DISTRICT JUDGE