# THE Kreller LAW FIRM

Stephen S. Kreller
ssk@krellerlaw.com

October 31, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:    Thanh Hai, Inc., et al. v. BP American Production Company, et al.
              U.S.D.C. for E.D. of LA, Case No. 2:11-cv-03180 (OPA90)

Dear Hon. Whyte:

    I am writing to respectfully request that summons on the Complaint for Intervention be issued to the following defendants:

**MEDERIC R. MEYER, JR.**
302 Marina Drive
Slidell, Louisiana 70458

**MEDERIC R. MEYER, SR.**
4315 NE Carpenter Road
Cedar Rapids, Iowa 52411-4725

**M.R. MEYER LTD.**
c/o Mederic R. Meyer, Jr.
302 Marina Drive
Slidell, Louisiana 70458

**JODI MEYER BOLGIANO**
320 Turtledove Trail
Lafayette, Louisiana 70508-8077

**M.R. MEYER LTD II**
c/o Mederic R. Meyer, Jr.
302 Marina Drive
Slidell, Louisiana 70458

**WILLIAM J. TANGUIS, III**
3332 Bayou Road
St. Bernard, Louisiana 70085

**M.R. MEYER LTD III**
c/o Mederic R. Meyer, Jr.
302 Marina Drive
Slidell, Louisiana 70458

**ALICIA R. TANGUIS**
2405 Rue Terre Aux Boeufs
St. Bernard, Louisiana 70085

**M.R. MEYER LTD IV**
c/o Mederic R. Meyer, Jr.
302 Marina Drive
Slidell, Louisiana 70458

757 Saint Charles Avenue, Suite 301 / New Orleans, LA 70130
504.484.3488 / 888.929.3488 / Fax: 888.294.6091 / www.krellerlaw.com

Licensed in Alabama, Georgia, Louisiana and New York

Hon. Loretta G. Whyte, Clerk of Court
October 31, 2012
Page 2 of 2

    If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

    With kindest regards, I am

                                  Very truly yours,

                                  Stephen S. Kreller

Attachments