

Stephen S. Kreller
ssk@krellerlaw.com

October 31, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:   *Hong Van Truong, et al. v. BP American Production Company, et al.*
            U.S.D.C. for E.D. of LA, Case No. 2:11-cv-2766 (Vessels of Opportunity)

Dear Hon. Whyte:

    I am writing to respectfully request that summons on the Complaints for Intervention in the above referenced matter be issued to the following defendants:

**MEDERIC R. MEYER, JR.**
302 Marina Drive
Slidell, Louisiana 70458

**M.R. MEYER LTD.**
c/o Mederic R. Meyer, Jr.
302 Marina Drive
Slidell, Louisiana 70458

**M.R. MEYER LTD II**
c/o Mederic R. Meyer, Jr.
302 Marina Drive
Slidell, Louisiana 70458

**M.R. MEYER LTD III**
c/o Mederic R. Meyer, Jr.
302 Marina Drive
Slidell, Louisiana 70458

**M.R. MEYER LTD IV**
c/o Mederic R. Meyer, Jr.
302 Marina Drive
Slidell, Louisiana 70458

    If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

    With kindest regards, I am

                                Very truly yours,

                                Stephen S. Kreller

Attachments

757 Saint Charles Avenue, Suite 301 / New Orleans, LA 70130
504.484.3488 / 888.929.3488 / Fax: 888.294.6091 / www.krellerlaw.com

Licensed in Alabama, Georgia, Louisiana and New York