UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan | |
| This Document Relates to:<br>2:12-cv-01484 | | |

## ATTACHMENT "A"

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Happily Ever After in Key West, LLC | C/O Kathryn Bentley<br>1528 12th Street<br>Key West, FL 33040 | 305-204-2696 home<br>305-296-9333 |
| 2. | Frank Thornton | 42 Nebraska Avenue, Northeast<br>Fort Walton Beach, FL 32548 | 850-499-3475 cell |
| 3. | AHF Royal Crest, LLC | C/O Michael Kent &<br>Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 4. | Bayshore Housing Corporation | C/O Michael Kent &<br>Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 5. | Cordova Community Facilities Coropration | C/O Michael Kent &<br>Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 6. | Emerald Coast Housing II, Inc. | C/O Michael Kent &<br>Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |

| | | | |
|---|---|---|---|
| 7. | Perdido Housing Corporation | C/O Michael Kent & Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 8. | Wellington Arms Properties, LLC | C/O Michael Kent & Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 x 203 |
| 9. | Sharon Cook | 11236 Seaglades Drive<br>Pensacola, FL 32507 | 850-492-1555 home<br>850-221-4601 cell |
| 10. | Michelle Sametz | 165 Nautilus Court, Unit 110<br>Fort Walton Beach, FL 32548 | 850-240-1847 cell<br>859-337-1800 work |
| 11. | Floorida Floors, Inc. | C/O Mr. Richard Zarnecki<br>7118 Melissa Elaine Drive<br>Panama City, FL 32405 | 850-441-6198 cell<br>850-249-6365 home |
| 12. | Décor Design Center, Inc. | C/O Brenda Beumer<br>C/O Sharon Cook<br>14110 Perdido Key Drive, #K1<br>Pensacola, FL 32549 | 850-221-4601 Cook cell<br>850-571-8441 Beumer cell<br>850-491-0406 Cook work<br>850-492-5462 Beumer wk |
| 13. | Popcorn Kingdom, LLC | C/O Avi Vazana<br>701 Pier Park Drive, Suite 119<br>Panama City Beach, FL 32413 | 989-941-2120 |
| 14. | Sonshine Motors LLC | C/O Kenneth Dean Gruner<br>319 Miracle Strip Parkway #SW<br>Fort Walton Beach, FL 32548 | 850-687-2430 cell<br>850-226-8818 home<br>850-687-6533 work |
| 15. | Emerald Coast Associates, Inc. | C/O Dean Burgis<br>179 C.R. 393 South<br>Santa Rosa Beach, FL 32459 | 850-830-4936 cell<br>850-267-0473 |
| 16. | Groovy Dancing, Inc. | C/O Zanani Dror<br>225 179th Drive, Unit 201<br>Sunny Isles, FL 33160 | 850-814-7767 cell |
| 17. | Randall Stricker | 10215 Stucki Road<br>Alberta, AL 36530 | 850-418-0330 cell<br>251-975-1349 home<br>850-492-1349 work |
| 18. | Lois Stricker | 10215 Stucki Road<br>Alberta, AL  36530 | 850-418-0330 cell<br>251-975-1349 home<br>850-492-1349 work |
| 19. | Perfume Collection No. 3, Inc. | C/O Shlomo Cohen<br>614 Cambridge Avenue NE<br>Fort Walton Beach, FL  32547 | 850-244-7206 work<br>850-217-2238 cell |

20.  Saf-T-Cart, Inc.            C/O Mr. James Walker            662-902-7852 cell
                                 Post Office Box 1869            662-624-6492 home
                                 Clarksdale, MS  38614