UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

| | |
|---|---|
| Donald Dumas | George Coleman |
| David Frank | Eric Prevost |
| Christine Walsh | Peter Valdez |
| Felicia Moore | Rebecca Harrell |
| Anthony E. Luna | Mary Ellison |
| Timothy L. Bell | Leonard Collins |
| Demarco Griffin | Deon Griffin |
| Michelle Hardee | James Lee Humphrey |
| Antoinette Fulton | Britt Hart |

Erin Wowczuk, a Minor c/o Christine Walsh

Alonzo Moore, a Minor c/o Felicia Moore

New Orleans, Louisiana this 31st day of October, 2012.

_____
United States District Judge