UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J(2)** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **No. 12-2510** | * | **MAG. JUDGE WILKINSON** |
| | * | |

### ORDER

Case No. 12-2510, *DRC Emergency Services, L.L.C. v. BP Exploration & Production, Inc.*, was consolidated with this Multidistrict Litigation No. 2179 and assigned to Magistrate Judge Sally Shushan (Division 1).

**IT IS ORDERED** that Case No. 12-2510 is **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. Parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson pursuant to Fed. R. Civ. P. 73, particularly as this case appears related to Case No. 11-1824, scheduled for trial before Magistrate Judge Wilkinson on October 29, 2012. Parties are free, however, to withhold consent without adverse substantive consequences.

The parties are directed to use the above caption in future filings with this Court.

Signed in New Orleans, Louisiana this 25th day of October, 2012.

_____
United States District Judge