UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

| | |
|---|---|
| Barney Andradis | Antoinette Fulton |
| Carolyn Scott | Brunell Jackson |
| Chloris Jackson | Larry L. Marshall |
| Donald Lee Phelps | Bobby Slaughter |
| Tara S. Summerall | Jasmine White |
| Onisa Wilson | Marty Waltman |
| Edmond Waltman | Mark Newman |
| Rita Waltman | John Craft |

Lewis Savage, a Minor c/o Heather Savage

Hayden Savage, a Minor, c/o Heather Savage

New Orleans, Louisiana this 31st day of October, 2012.

_____
United States District Judge