UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO: 2179  SECTION: J |
| This document relates to: 2:11-cv-01159 | * * * | JUDGE: CARL J. BARBIER  MAG: SALLY SHUSHAN |

*****************************************

## O R D E R

Considering the foregoing,

**IT IS ORDERED** that Jennifer N. Willis and the law firm of Willis & Buckley, APC, are hereby removed as counsel for plaintiff, Chad Rogers, Sr.

New Orleans, Louisiana this 31st day of October, 2012.

_____
United States District Judge