UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION "J" |
| This document relates to: *All Cases* | * * | JUDGE BARBIER |
| | * * | MAG. JUDGE SHUSHAN |

## ORDER

**IT IS ORDERED** that **no** party need respond to the cross-claims asserted by Halliburton Energy Services, Inc. in its First Amended Answer to Plaintiffs' First Amended Master Claim in Limitation, and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"]. (*See* Rec. Doc. 7722 at143). These cross-claims appear duplicative of cross-claims asserted by Halliburton in previous pleadings. The Court further notes that, to a certain extent, it has already ruled upon the viability of these cross-claims when it granted Anadarko's and MOEX's motions to dismiss. (*See* Minute Entry of Nov. 8, 2011, p.3, Rec. Doc. 4642).

New Orleans, Louisiana, the 31st day of October, 2012.

_____
United States District Judge