IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This filing relates to:<br>*Cases in Pleading Bundle B1, and VoO Charter Dispute Cases.*<br><br>and<br><br>*Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.*<br><br>Civil Action No. 12-970<br><br>Also relates to Objections filed in:<br><br>Docket No. 10-7777 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF MAY 4, 2012 OBJECTION TO ECONOMIC AND PROPERTY DAMAGE SETTLEMENT AGREEMENT

COMES NOW Class Counsel Robin L. Greenwald and provides Notice of the attached correspondence seeking to withdraw an objection submitted by Economic and Property Damages class member Kip Plaisance. The objection submitted by Mr. Plaisance was filed May 4, 2012 [Dkt. No. 10-7777, REC. DOC. 20].

Respectfully Submitted,

This 31st day of October, 2012

    */s/ Robin L. Greenwald*
Robin L. Greenwald, Esq.
WEITZ & LUXENBERG, P.C.

700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Fax No. (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

October 16, 2012

Judge Carl Barbier
500 Poydras Street
Room C256
New Orleans, LA 70130

Dear Judge Barbier:

I wish to withdraw my objection, filed on May 4, 2012, to the economic settlement.

Sincerely,

Kip Plaisance