**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888; 2:10-cv-2771 [Rec. Docs. 61461, 61465]* | MAG. JUDGE SHUSHAN |

<u>**JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD**</u>

**ON JOINT MOTION** of David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC and Mekel S. Alvarez of Morris Bart, LLC and on stating to this Court that as of October 30, 2012, David B. Franco and James R. Dugan, II no longer represent the Plaintiffs / Claimants, Guarino Distributing Company, LLC [Rec. Doc. 61465] and Gerald A. Guarino [Rec. Doc. 61461] in the above captioned matter, and that Plaintiffs / Claimants are proceeding forward with their additional counsel, Mekel S. Alvarez of Morris Bart, LLC as their sole attorney. Mekel S. Alvarez hereby desires to be enrolled as counsel of record for Plaintiffs / Claimants, and David B. Franco and James R. Dugan, II to be withdrawn.

**WHEREFORE**, Mekel S. Alvarez of Morris Bart, LLC respectfully requests to be enrolled as counsel of record for Plaintiffs / Claimants, Guarino Distributing Company, LLC and Gerald A. Guarino and David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, respectfully request that their names be withdrawn.

Dated: November 1, 2012

Respectfully submitted,

BY:     */s/ David B. Franco*
          David B. Franco (TXSBA #24072097)

James R. Dugan, II (LSBA #24785)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181


BY:    */s/ Mekel S. Alvarez*
       Mekel s. Alvarez (LSBA #22157)
       MORRIS BART, LLC
       909 Poydras Street, 20th Floor
       New Orleans, LA. 70112
       Telephone: (504) 525-8000
       Facsimile: (504) 599-3380

       *Attorney for Plaintiffs / Claimants*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute Counsel of Record, and [Proposed Order], have been served on all counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of November, 2012.

*/s/ David B. Franco*_____
David B. Franco, Esq.