UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

### THIRD AMENDED PRETRIAL ORDER NO. 41

### [CASE MANAGEMENT ORDER NO. 5]

For the reasons explained in open court during the October 26, 2012 Status Conference, **IT IS ORDERED** that the following dates are changed:

• The Status Conference on Friday, November 16, 2012 is **CANCELLED**.

• A Status Conference is **SCHEDULED** for Tuesday, December 18, 2012 at 9:30 a.m.

• The Final Pretrial Conference previously scheduled for Tuesday, December 18, 2012, is **RESCHEDULED** for Friday, January 18, 2013 at 9:30 a.m.

• The Phase I Trial previously scheduled to commence on Monday, January 14, 2013, is **RESCHEDULED** for Monday, February 25, 2013 at 8:00 a.m.

New Orleans, Louisiana, this 31st day of October, 2012.

_____
United States District Judge