MINUTE ENTRY
BARBIER, J.
October 26, 2012
JS-10: 36 minutes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

| COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | TONI TUSA |

FRIDAY, OCTOBER 26, 2012  9:14 A.M.
JUDGE CARL J. BARBIER PRESIDING

### STATUS CONFERENCE

The matters below were discussed:

The Court briefly discussed recently-issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and the number of active cases within the MDL.

BP Counsel Andy Langan reported on the status of cases before various state courts.

BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.

BP Counsel Andy Langan provided an update on the continued progress of written and deposition discovery. Phase I discovery is closed. Phase II discovery is

1

underway and scheduled to be completed by May 3, 2013.

BP Counsel Andy Langan reported on the status of the Insurance Coverage Cases.

Plaintiffs' Counsel Steve Herman reported on the status of the Deepwater Horizon Settlement Claims Program, which began operation on June 4, 2012.  As of October 24, the settlement program has issued transition payments and new payment award determinations totaling approximately $1.1 Billion, including $400,000,000.00 (approx.) and payable notices under the settlement totaling $740,000,000.00 (approx.).  The Court reported that the Guardians ad Litem for the economic and medical settlements have found the settlements to be fair with respect to class members who are minors, lack capacity or are incompetent, and recommended final approval. (Rec. Docs. 7536, 7587).

The Court reported on the following dates:

1.  The current deadline for class members to request to be excluded (opt out) from the settlements is Thursday, November 1, 2012.  Several parties have requested an extension of this deadline.  The Court will NOT extend this deadline.  The Court reminded counsel of their ethical obligation to advise clients on an individual basis as to whether they should opt out or remain in the settlement.

2.  The date of the Final Fairness Hearing for the Settlements is Thursday, November 8, 2012 at 8:30 a.m., and will occur in Judge Lemelle's En Banc Courtroom, C-501

3.  The Phase I Trial was previously scheduled to begin on Monday, Jan. 14, 2013.  Because of difficulties with hotel reservations in the City during the weeks leading up to and including the Super Bowl and Mardi Gras, the Court RESCHEDULED the start of the Phase I Trial for Monday, February 25, 2013 at 8:00 a.m.

4.  The Court CANCELLED the Status Conference on November 16, 2012.

5.  The Final Pretrial Conference was previously scheduled for Tuesday, December 18, 2012.  The Court RESCHEDULED the Final Pretrial Conference for Friday, January 18, 2013 at 9:30 a.m.

6.  The Court SCHEDULED a Status Conference for Tuesday, December 18, 2012 at 9:30 a.m.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

**The Status Conference ended at 9:50 a.m.**

**ATTORNEYS: See attached list.**

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 26, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| James P. Roy | 337-233-3033 | PSC |
| David Beck | 713-951-6209 | Cameron |
| Deb Kuchler | 504-592-0691 | Anadarko |
| T. Fitch | 202-373-6685 | " |
| Mike Underhill | 415-436-6048 | DOJ/US |
| Don Godwin | 214-939-4412 | HESI |
| Alan York | 713-595-8301 | " |
| Ted Tsekerides | 212-310-8218 | Seacor, O'Brien v NRC |
| Andrew Langan | 312 862 2064 | BP |
| Buddy Caldwell | 225-326-6769 | State La. |
| Attorney General Strange | | AL/State |
| Steve Herman | 581-4892 | Plaintiffs |
| Phil Wittmann | 581-3200 | Cameron |
| Kerry Miller | 599-8194 | Transocean |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 26, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Soren Gislew | 781-4892 | PSC |
| Jeff Keiser | 504-210-7325 | PSC |
| Ervin Gonzaly | 305-476-7400 | PSC |
| DANIEL E. BECNEL JR | 985-536-1186 | TJ's atty |
| Douglas Kraus | 504 228-8687 | La. |
| Joe Hassinger | 504 525 6802 | LA |
| Ryan Babcock | 712 862 7003 | BP |
| Mark Seylor | 595-3371 | N/A |
| Brian Barr | 850 572 2164 | PSC |
| Ervin Gonzalez | 305 476-7400 | PSC |
| Patrick Reefe | 504 585 3200 | O'Brien's/NRC |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–October 26, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | 214-939-4400 | Halliburton |
| Alan York | " | Halliburton |
| Jenny Martinez | " | Halliburton |
| Alison Battiste | " | Halliburton |
| Lilia Garcia | " | Halliburton |
| Bruce Bowman | " | Halliburton |
| Erika Toledo | " | Halliburton |
| Brent Coon | 4096560839 | Plaintiffs |
| Julie Brock | 334.799.5948 | BP |
| Deborah Waters | 757-374-2457 | PSC/Maritime Law |
| David Parsiola | 504394-9000 | PSC |
| Mitu Espy | 6016437667 | PSC |
| Annika K. Martin | 917 287 2670 | PSC |
| Marty McLeod | 504 584-9212 | TO Excess VWRs |
| Robert Cain | 228-863-6000 | Mdl Plaintiffs |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 26, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Joey Dike | 601 607 3456 | Romans Luckett |
| Thomas Carmichean | 713 951 3702 | Cameron |
| Jeff Breit | 757-615 8382 | PSC |
| Robert Cunningham | 251-471-6191 | PSC |
| Rhon Jones | 334 451 0301 | PSC |
| Matt Lundy | 337-439-0707 | PSC |
| John deGravelles | 225 344-3735 | PSC |
| Parker Miller | 800 898 2034 | PSC |
| Giovanna Failla | 917-213-9910 | BP |
| Calvin Fayard | 225 664 4193 | PSC |
| Meggi Bichsaac | 504-593-0907 | Cameron |
| Jimmy Williamson | (713) 223-3330 | PSC |
| Ed Flanders | (646) 320-5486 | MOEX |
| John Funderburk | 713 890-5188 | M-T |
| Candice Sirmon | (504) 581 1750 | Plaintiff |
| CHRIS HANNAN | 504 566-8612 | UNDERWRITERS |
| JAMES ROUSSEL | | |
| Ray Waid | 504 679 5509 | CleanTank |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 26, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Corey Maze | 334-242-7300 | Alabama |
| Skip Mulvor | 561-0400 | Dynamic |
| Scott Summy | 214-384-1913 | PSC |
| Robin Greenwald | 212-558-5802 | PSC |
| Lilia Garcia | 214-939-4491 | HESI |
| R. Gasaway | 202-879-5175 | BP |
| A. Kanner | 504-524-5777 | State of LA |
| Ben Mayeaux | 337-237-7000 | Airborne Support |
| Mekel Alvarez | 599-3385 | TTS |
| Paul Sterbcow | 504-588-1500 | PSC |
| Grant Davis Perry | 213-683-9225 | Transocean |
| Walter J. Leger, Jr | 504-558-9213 | plaintiff |
| Kevin M. McGlone | 504-299-2133 | Seahawk Drilling |
| Samuel M. Rosamud | 504-525-9888 | |
| Steven O'Rourke | 202-514-2779 | USA |
| Tom Thornhill | 985-641-5010 | PSC |
| John J. Ryan | 299-3085 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 26, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Tony Fletcher | 301.818.1665 | PSC |
| CRAIG ERLAND | 409.763.3260 | |
| Emily | | PSC |
| ANTHONY IRPINO | 504-525-1500 | PSC |