UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## THIRD AMENDMENT TO PRETRIAL ORDER NO. 1

The Court issued Pretrial Order No. 1 (Rec. Doc. 2) on August 10, 2010. Paragraph 12, concerning *pro hac vice* admissions, waived the requirements of Local Rules 83.2.6E and 83.2.7.[1] Amendments in 2011 renumbered Local Rules 83.2.6E and 83.2.7 as 83.2.5 and 83.2.6, respectively. The Court amends paragraph 12 to remain consistent with the current version of the Local Rules. This amendment also clarifies that the portions of Local Rule 83.2.5 (formerly 83.2.6E) concerning the Court's disciplinary jurisdiction are not waived and remain in effect. Accordingly,

**IT IS ORDERED** that Paragraph 12 of Pretrial Order No. 1 (Rec. Doc. 2) is **AMENDED** to state:

12. **APPEARANCES IN LITIGATION** — Counsel who appeared in a transferor court prior to transfer need not enter an additional appearance before this Court. Moreover, attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.5 and 83.2.6 are waived, except that an attorney admitted *pro hac vice* is deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct of that attorney arising in the course of or in preparing for a proceeding. Association of local counsel is not required.

---

[1] Paragraph 12 of Pretrial Order No. 1 originally stated:

12. **APPEARANCES IN LITIGATION** — Counsel who appeared in a transferor court prior to transfer need not enter an additional appearance before this Court. Moreover, attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived. Association of local counsel is not required.

Signed in New Orleans, Louisiana, this 1st day of November, 2012.

                                                                                         _____
                                                                                              United States District Judge