UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| 10-cv-3059; 11-cv-0516 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*******************************************************************************

## NOTICE OF APPEARANCE

Notice is hereby given that Jimmy R. Faircloth, Jr. (La. #20645) and Barbara Bell Melton (La. #27956), of The Faircloth Law Group, LLC, hereby give notice of their appearance as special counsel of record for Plaintiff, on behalf of the State of Louisiana, Office of the Governor, and request to be provided with copies of any pleadings, orders or other documents filed with the Court.

Respectfully submitted,

**THE FAIRCLOTH LAW GROUP, LLC**

By: /s/ Barbara Bell Melton
    Jimmy R. Faircloth, Jr. (La. #20645)
    jfaircloth@faircothlaw.com
    Barbara Bell Melton (La. #27956)
    bmelton@faircothlaw.com
    1412 Centre Court, Ste. 203
    Alexandria, LA 71301
    Phone 318-619-7755
    Fax 318-619-7744
ATTORNEYS FOR PLAINTIFF, STATE OF LOUISIANA, SPECIAL COUNSEL TO THE GOVERNOR

**CERTIFICATE OF SERVICE**

I hereby certify on this 1st day of November, 2012, that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel. Further, this Notice will be served on all counsel by electronically uploading same to LexisNexis File & Serve once undersigned has completed the log-in process, which will occur within ten days, in accordance with the procedures established in MDL 2179, Pretrial Order No. 12.


    /s/ Barbara Bell Melton
OF COUNSEL