UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| 10-cv-2771 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*******************************************************************************

## MOTION TO ENROLL AND SUBSTITUTE AS COUNSEL

Plaintiff, the State of Louisiana, on behalf of the Office of the Governor, hereby moves that Jimmy R. Faircloth, Jr., and Barbara Bell Melton, of The Faircloth Law Group, LLC, be substituted as counsel of record for Stephen Waguespack, Elizabeth B. Murrill, J. Burton LeBlanc, and Thomas Sims.  It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

**THE FAIRCLOTH LAW GROUP, LLC**

By: /s/ Barbara Bell Melton
    Jimmy R. Faircloth, Jr. (La. #20645)
    jfaircloth@fairclothlaw.com
    Barbara Bell Melton (La. #27956)
    bmelton@fairclothlaw.com
    1412 Centre Court, Ste. 203
    Alexandria, LA 71301
    Phone 318-619-7755
    Fax 318-619-7744

ATTORNEYS FOR PLAINTIFF, STATE OF LOUISIANA, SPECIAL COUNSEL TO THE GOVERNOR

**CERTIFICATE OF SERVICE**

    I hereby certify on this 1st day of November, 2012, that the above and foregoing Motion to Enroll and Substitute As Counsel was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel.  Further, this Motion will be served on all counsel by electronically uploading same to LexisNexis File & Serve once undersigned has completed the log-in process, which will occur within ten days, in accordance with the procedures established in MDL 2179, Pretrial Order No. 12.

    /s/ Barbara Bell Melton
    OF COUNSEL