UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| 10-cv-2771 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

******************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION
## TO ENROLL AND SUBSTITUTE AS COUNSEL

Plaintiff, the State of Louisiana, by and through Governor Bobby Jindal (hereinafter "the Governor"), offers the following Memorandum in Support of its Motion to Enroll and Substitute As Counsel of Record:

The Governor of the State of Louisiana desires that substituted counsel be enrolled as counsel of record for the State of Louisiana, and, more specifically, on behalf of the Office of the Governor, in the above captioned matter. Accordingly, the Governor of the State of Louisiana requests that this Honorable Court issue an Order enrolling Jimmy R. Faircloth, Jr., and Barbara Bell Melton as special counsel of record on behalf of the State of Louisiana, Office of the Governor, and permitting Stephen Waguespack, Elizabeth Murrill, J. Burton LeBlanc, and Thomas Sims to withdraw.

The undersigned provided counsel of record for the State of Louisiana in 10-CV-2771 with notice of their intent to substitute as counsel.

Respectfully submitted,

**THE FAIRCLOTH LAW GROUP, LLC**

By: /s/ Barbara Bell Melton
  Jimmy R. Faircloth, Jr. (#20645)
  jfaircloth@fairclothlaw.com
  Barbara Bell Melton (#27956)
  bmelton@fairclothlaw.com
  1412 Centre Court, Ste. 203
  Alexandria, LA 71301
  Phone 318-619-7755
  Fax 318-619-7744

ATTORNEYS FOR PLAINTIFF, STATE OF LOUISIANA, SPECIAL COUNSEL TO THE GOVERNOR