UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| 10-cv-2771 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Enroll and Substitute As Counsel of Record:

IT IS ORDERED that Jimmy R. Faircloth, Jr., and Barbara Bell Melton be allowed and are hereby enrolled as counsel of record for the State of Louisiana, by and through Governor Bobby Jindal, in the above captioned matter; and

IT IS FURTHER ORDERED that Stephen Waguespack, Elizabeth Murrill, J. Burton LeBlanc, and Thomas Sims are hereby withdrawn as counsel for the State of Louisiana, by and through Governor Bobby Jindal.

_____
HON. CARL J. BARBIER
U.S. DISTRICT JUDGE