UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| *This Document Relates To:* | § | |
| Case No. 2:11-cv-00914-CJB-SS | § | |
| Smith v. BP Company | § | |
| North America, Inc.*, et. al.* | § | MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the undersigned counsel, and moves this Court for an order withdrawing Jason A. Itkin and the law firm of Arnold & Itkin LLP as counsel of records for Plaintiff Charles Smith. In further support, Movant states as follows:

1. On or about July 12, 2010, Charles Smith retained the Arnold & Itkin LLP to serve as counsel with regards to his oil spill case.

2. On September 27, 2010, the undersigned filed Plaintiff's Original Petition on behalf of Charles Smith in Harris County, Texas.

3. On November 2, 2010, Defendants BP Company North America Inc., BP Corporation North America Inc., BP America Inc., BP Products North America Inc., and BP Exploration & Production Inc. removed this lawsuit to the United States District Court for the Southern District of Texas.

4. On November 30, 2012, this lawsuit was transferred to this Court.

5. On March 28, 2012, the parties terminated their relationship.

6. Charles Smith will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movant's withdrawal of counsel.

Accordingly, the undersigned counsel, both individually and on behalf of his respective law firm Arnold & Itkin LLP, move this Court for an Order withdrawing them as counsel of record for Plaintiff Charles Smith.

Dated on this the **7th** day of **September 2012.**

Respectfully submitted,

**ARNOLD & ITKIN LLP**

By: */s/ Jason A. Itkin*
_____
Jason A. Itkin
Texas State Bar No. 24032461
SDTX #: 33053
1401 McKinney Street, Suite 2550
Houston, TX 77010
PH:   (713) 222-3800
FAX: (713) 222-3850
Email: jitkin@arnolditkin.com

**OF COUNSEL:**
Kurt B. Arnold
Texas State Bar No. 24036150
SDTX #: 36185
Noah M. Wexler
Texas State Bar No. 24060816
SDTX #: 916478
ARNOLD & ITKIN LLP
1401 McKinney Street, Suite 2550
Houston, TX 77010
PH:   (713) 222-3800
FAX: (713) 222-3850
Email: karnold@arnolditkin.com
Email: nwexler@arnolditkin.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via certified mail return receipt requested on the other listed below on this 30 day of October, 2012.

      Mr. Smith has been made aware of all deadlines and pending court appearance.

Mr. Charles Smith
P.O. Box 5356
Navarre, Florida 32566
(805) 236-4620

                                          */s/ Jason A. Itkin*

                                          _____

                                          Jason A. Itkin