UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **12-968 and 12-970** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER
### [Regarding Objectors' Presentations at the November 8 Fairness Hearing]

A Fairness Hearing regarding the proposed Economic and Property Damages Settlement Agreement and the proposed Medical Benefits Class Action Settlement Agreement is scheduled for Thursday, November 8, 2012 at 8:30 a.m. in Courtroom C-501.  On September 11, 2012, the Court issued an Order regarding procedures for the Fairness Hearing.  (Rec. Doc. 7358).[1]  The Court stated that "only class member objectors who specifically requested permission to speak at the fairness hearing would be considered by the Court for the opportunity to speak." (*Id.* at 3).  Furthermore, the Court stated that it "intends to issue a supplemental order prior to the hearing designating objectors to be heard; for example, the Court may appoint representative counsel to cover similar objections at the hearing." (*Id.* at 4).

After reviewing the various objections, and in accordance with the previous Order, the Court hereby designates the following persons as representative counsel to appear and present on the issues/objections described below.  Representative counsel shall adhere to their respective time allocations.

---

[1]  Unless otherwise noted, citations are to C.A. 10-md-2179.

**Economic and Property Damages Settlement:**

•   Economic Loss Zone Issues (that the Settlement's Economic Loss Zones are unfair or improperly exclude potential class members).  10 minutes.

•   Stuart Smith (*See* Rec. Doc. 189, C.A. 10-7777).

•   Coastal and Wetlands Property Zones (objections to the reasonableness of the zones and complaints of exclusion).  10 minutes.

•   Jim Garner (*See* Rec. Doc. 88, C.A. 10-7777).

•   Seafood Compensation Program (objections to the fairness and adequacy of the Seafood Compensation Program) & Charter Boat Compensation (including VoO offset). 15 minutes.

•   Joe Waltzer (*See* Rec. Doc. 226, C.A. 10-7777).

•   Cy Pres (legitimacy of Settlement Promotional Fund).  5 minutes.

•   Joseph Darrell Palmer (*See* Rec. Doc. 123, C.A. 10-7777).

In addition, Stephen Kreller, counsel for the direct action plaintiffs in *Thanh Hai, Inc., et al. v. BP American Production Co., et al.*, C.A. 11-3180, and *Hong Van Truong, et al. v. BP American Production Co., et al.*, C.A. 11-2766, submitted a reply brief in support of the Seafood Compensation component of the Economic and Property Damages Settlement.  (Rec. Doc. 7710). In light of this filing, the Court allocates 5 minutes during the Fairness Hearing for Stephen Kreller to respond in support of the Seafood Compensation Program.

**Medical Benefits Settlement:**

•   Cy Pres (legitimacy of Medical Grants).  5 minutes.

•   Joseph Darrell Palmer (*See* Rec. Doc. 124, C.A. 10-7777).

•   Specified Physical Conditions Matrix Provides Inadequate Compensation.  5 minutes.

•   Robert McKee (*See* Rec. Doc. 185, C.A. 10-7777).

•   Conditions Not Included on the Specified Physical Conditions Matrix.  5 minutes.

•   Marx Sterbcow (*See* Rec. Doc. 92, C.A. 10-7777).

**SO ORDERED.**

Signed in New Orleans, Louisiana this 1st day of November, 2012.

United States District Judge