UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** *  | **MDL No. 2179** |
|   "Deepwater Horizon" in the Gulf of * | |
|   Mexico, on April 20, 2010 * | **SECTION: J** |
| * | |
| This filing relates to: * | **JUDGE BARBIER** |
|   *Cases in Pleading Bundle B1, and* * | |
|   *VoO Charter Dispute Cases.* * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

*Bon Secour Fisheries, Inc., et al v.*
*BP Exploration and Production, Inc., et al*

    Civil Action No. 12-970

\* \* \* \* \* \* \* \* \* \* \* \*

Objection No. 101 filed in:

    Docket No. 10-7777

\* \* \* \* \* \* \* \* \* \* \* \*

**CLASS REPRESENTATIVES'**
**REQUEST TO TAKE JUDICIAL NOTICE**

**NOW INTO COURT** come the Economic and Property Damages Settlement Class Representatives, by and through Class Counsel, and respectfully request the Court to take judicial notice of pleadings and exhibits filed in MDL No. 2047 for the reasons that follow:

**MAY IT PLEASE THE COURT:**

Since the filing of the Reply Brief in Response to Objections and in Further Support of Final Approval [Doc 7727], it has come to Class Counsel's attention that pleadings and exhibits filed in MDL No. 2047 support the proposition that counsel for Objectors Hunter and Judith Armour [Objection No. 101] is a "professional objector". As established by the *In re: Chinese Drywall*

filing:

* *Brown v. Wal-Mart Stores, Inc.*, No. 01 L 85, Order Denying Objections to the Settlement and Fees and the Motion to Intervene and for Pro Hac Vice Admission at 2 (Ill. Cir. Ct. 14th Cir. Oct. 29, 2009)("**The Bandas Objection filed on behalf of Ms. Carlson is a generic boilerplate objection prepared and filed by attorneys working for their own personal benefit and not for the benefit of this Class or for those lawyers' clients. The record before the Court demonstrates that Bandas is a professional objector who is improperly attempting to "hijack" the settlement of this case from deserving class members and dedicated, hard working counsel, solely to coerce ill-gotten, inappropriate and unspecified "legal fees."**)(emphasis added).[1]

* *Mussman v. Wal-Mart Stores, Inc.*, No. LACV-27486, Order Regarding Terry Healy's Objection and Motion to Intervene at 12 (Iowa Dist. Ct., Clinton Cty. Oct. 13, 2009)("The Court has considered all of the materials and pleadings filed of record in this case, as well as related judicial rulings. As a result, **the Court concludes that attorney Christopher A. Bandas is a professional objector. The Court is concerned that attorney Bandas is seeking to wrongfully use the class action and objection process for personal gain, and without any corresponding benefit to any individual objector or the settlement class as a whole**.")(emphasis added).[2]

* *Ouellette v. Wal-Mart Stores, Inc.*, No. 67-01-CA-326, Order and Final Judgment Approving Settlement Between Class Plaintiffs and Wal-Mart Stores, Inc. at 5 (Fla. Cir. Ct., Washington Cty. Aug. 21, 2009)("**The Court finds that a lack of involvement and participation of the objectors and their counsel who were not present and a lack of involvement and participation of the attorneys that were present combined with their attempt to inject themselves at the last minute into this eight year litigation constitutes an effort to extort money from the class and/or class counsel**. The court struck the objections of ... Kevin Dimla (represented by Christopher Bandas and Stephen P. Santiago) ... for failure of proof, failure to demonstrate participation in the class action on behalf of the class, and failure to appear at the fairness hearing.  Further, the Court finds that all of the objections ... have no substantive merit and the court overrules all of the objections on that additional ground.")(emphasis added).[3]

* *Carter v. Wal-Mart Stores, Inc.*, No. 06-CP-I5-839, Order Denying Objections to Settlement Between Class Plaintiffs and Wal-Mart at 2 (S.C. Ct. Com Pleas, Colleton Cty. June 3, 2009) ("...**in spite of the fact that Mr. Bandas is a serial professional objector, I have reviewed and considered the Bandas objection on its merits.**

---

[1] *See* Doc 15981-2, filed in No. 2:09-md-02047 (E.D.La. Oct. 24, 2012).

[2] *See* Doc 15981-3.

[3] *See* Doc 15981-4.

> **The Court finds that, for a plethora of reasons, the Bandas objection lacks substantive merit**.")(emphasis added).[4]

* *Conroy v. 3M Corporation*, 2006 U.S. Dist. Lexis 96169, *11 (N.D. Cal. Aug. 10, 2006) (The Court found the objections of Mr. Bandas' clients to be "patently frivolous . . . [and] bore no particular relationship to the circumstances of the settlement" and imposed a $431,167 appeal bond requirement. Mr. Bandas abandoned his appeal thereafter.).[5]

* *Kevin Embry v. ACER America Corp.*, No. C 09-01808 JW, Order Granting Plaintiff's Motion for Reconsideration; Requiring Appellate Bond at 3 (N.D. Cal. July 31, 2012) (The court required Bandas to post an appeal bond of $70,650. In so ruling the court observed that, "the Court finds that the merits of the Objector's appeal weigh heavily in favor of requiring a bond, insofar as his objections to the settlement are lacking in merit. Objector Bandas makes no objection to the terms of the settlement itself, but objects only to attorney fees on the grounds that the documents provided in support of class counsel's request for fees were insufficient, and his contention that the quick-pay provision of the settlement agreement created a conflict between class counsel and members of he class. However, the Court carefully considered each of these objections and overruled them prior to approving the settlement.").[6]

* *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Master File No. CV-07-5944-SC, Order Granting Final Approval of Settlement with Chunghwa Picture Tubes, Ltd. at ¶7 (N.D. Cal. March 22, 2012)(overruling the objection of Mr. Bandas' objector, Sean Hull, for having "failed to submit proof or otherwise establish that he is a member of the Class, and therefore lacks standing to challenge the Settlement.").[7]

* *In Re: Wal-Mart Wage and Hour Employment Practices Litig.*, MDL No. 1735, Order at 2-3 (D.Nev. March 8, 2010)(Order denying imposition of sanctions but imposing a bond of $500,000 per objector based upon the court's finding "that the objections are not supported by law or the facts and are indeed meritless" . . . "The Court will not adopt the pejorative characterization of counsel for Objectors advanced by Plaintiffs' co-lead class counsel, but does find on the basis of the briefs submitted that Objectors' counsel have a documented history of filing notices of appeal from orders approving other class actions, and thereafter dismissing said appeals when they and their clients were compensated by the settling class or counsel for the settling class.").[8]

---

[4]*See* Doc 15981-5.

[5]*See* Doc 15981-6.

[6]*See* Doc 15981-7.

[7]*See* Doc 15981-8.

[8]*See* Doc 15981-9.

CLASS COUNSEL'S OMNIBUS RESPONSE TO THE BANDAS OBJECTORS' MOTION TO DISMISS OBJECTION AND RESPONSE TO THE MOTION FOR LEAVE TO CONDUCT DISCOVERY REGARDING TEH FAIRNESS OF PROPOSED CLASS ACTION SETTLEMENT, *In re: Chinese-Manufactured Drywall Product Liability Litigation,* MDL No. 2047 [Doc 15981] (Oct. 24, 2012), at pp.5-7.

Class Counsel and the Class Representatives of the proposed Economic and Property Damages Settlement Class herein respectfully request the Court to take judicial notice of these pleadings and exhibits.

This 1st day of November, 2012.

Respectfully submitted,

/s/   Stephen J. Herman
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com
*Co-Lead Class Counsel*

 /s/ James Parkerson Roy
**James Parkerson Roy**, LA Bar No. 11511
**DOMENGEAUX WRIGHT ROY EDWARDS LLC**
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337) 233-3033
Fax: (337) 233-2796
Email: jimr@wrightroy.com
*Co-Lead Class Counsel*

### ECONOMIC CLASS COUNSEL

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office:  (843) 216-9159
Telefax: (843) 216-9290
E-Mail:  jrice@motleyrice.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
Office:  (985) 876-7595
Telefax: (985) 876-7594
E-Mail:  duke@williamslawgroup.org

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

| | |
|---|---|
| Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office: (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail: mike@mikespy.com | Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Office: (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail: ssummy@baronbudd.com |
| Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726<br>Office: (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail: calvinfayard@fayardlaw.com | Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail: mcwatts@wgclawfirm.com |

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 1st day of November, 2012.

                                                     /s/ Stephen J. Herman and James Parkerson Roy