# CONFERENCE ATTENDANCE RECORD

DATE: 11-2-12     TIME: 9:30

## CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

## DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS     CONFERENCE

 **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Duke Williams | PSC |
| Jeff Breit | PSC |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny L. Martinez | " " |
| Bruce Bowman | " " |
| Lauren Mitchell | " " |
| Alison Battiste | " " |
| Erika Toledo | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sean Fleming | Halliburton |
| Gwen Richard | " " |
| Grey Maze | Alabama |
| Winfield Sinclair | Alabama |
| David Baay | TO |
| Sarah Trams | Anadarko |
| Steve Roberts | TO |
| Steve O'Rourke | US |
| Nat Chakeres | US |
| Doug Krauss | LA |
| Brian Barr | PSC |
| maggie Broussard | Cameron |
| Anthony Irpino | PSC |
| Kerry Miller | TO |
| Ryan Babiuch | BP |
| Rob Gasaway | BP |
| Daniel Toor | CAM |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Haycraft | BP |
| Andy Langan | BP |
| Corey Maze | PSC |
| T. Fitch | Anadarko |
| Paul Sterbcow | PSC |
| | |
| | |
| | |

## MDL 2179 - TeleDiscConf: 10/2/12 - Phone participants

Bill Stradley - MDL 2185

Andrew Holmer - Moex

Grant Davis-Denny - TO

Robin Hanger - U.S.

Mark Nomillini - BP

Mike Petrino - BP

Sarah Himmehoch - U.S.

Jed Metayer - Airborne Support