UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*Case No. 2:10-cv-8888; 2:10-cv-2771*<br>*[Rec. Docs. 61461, 61465]* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the above and foregoing Joint Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that David B. Franco and James R. Dugan, II of The

Dugan Law Firm, APLC, be and are hereby withdrawn as counsel of record for Plaintiffs /

Claimants, Guarino Distributing Company, LLC [Rec. Doc. 61465] and Gerald A. Guarino [Rec.

Doc. 61461] and Mekel S. Alvarez of Morris Bart, LLC be and is hereby enrolled as counsel of

record for Plaintiffs / Claimants.

Signed in New Orleans, Louisiana this 2nd day of November, 2012.

_____
United States District Judge