UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **11-3180 and 11-2766** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Considering the Motion to Enroll as Counsel (Rec. Doc. 7796),

**IT IS ORDERED** that Deborah Pearce Reggio and the law firm of Deborah Pearce Reggio, LLC be enrolled as counsel of record in the above-captioned case on behalf of Malcolm J. Assevado and Southern Foods Cajun Cuisine, Inc.

Signed in New Orleans, Louisiana this 2nd day of November, 2012.

_____
United States District Judge

1