## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON"in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) | |
| 2:10-CA-10-8888 | ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### ORDER

Considering the Motion of the law firm of Daniell, Upton & Perry, P.C. for leave to withdraw as counsel, **IT IS HEREBY ORDERED** that the law firm of Daniell, Upton & Perry, P.C. is withdrawn as counsel for the Claimants listed below:

| | Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|---|
| 1. | John Williams d/b/a Williams Appraisal | 107386 | CA-10-8888 |
| 2. | Lit Up Leasing, LLC | 53108 | CA-10-8888 |
| 3. | Greg & Glyndal Barnhill | 53164 | CA-10-8888 |
| 4. | CC Gulf Shores, LLC | 49807 | CA-10-8888 |
| 5. | Arthur Vernon | 48060 & 117935 | CA-10-8888 |
| 6. | Arthur & Emily Vernon | 56795 | CA-10-8888 |
| 7. | Michael Bedwell & Marie Bishop | 60229 & 110304 | CA-10-8888 |
| 8. | David Wilson | 6175 & 111037 | CA-10-8888 |
| 9. | Logan Insurance Agency, Inc. | 111978 | CA-10-8888 |
| 10. | Joseph Bedwell, Michael Bedwell & Marie Bishop | 60229 & 110304 | CA-10-8888 |
| 11. | Katmendo, LLC | 54632 & 110886 | CA-10-8888 |

| 12. | Gregory S. Allen | 67595 | CA-10-8888 |
| 13. | John & Melissa Benton, III | 53884 | CA-10-8888 |
| 14. | James & Lucille Cornett | 54641 | CA-10-8888 |
| 15. | Donald & Joan Denton | 111212 | CA-10-8888 |
| 16. | Arthur & Mary Kate Dumont, III | 70641 | CA-10-8888 |
| 17. | Douglas & Andrea Lamplugh | 56811 | CA-10-8888 |
| 18. | Dennis & Diane Richard | 64305 | CA-10-8888 |
| 19. | Charlotte M. Ware Family Trust | 67583 | CA-10-8888 |

New Orleans, Louisiana this 2nd day of November, 2012.

United States District Judge