1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    * * * * * * * * * * * * * * * * *
                                     *    10-MD-2179
5    IN RE:  OIL SPILL BY THE OIL RIG *
             DEEPWATER HORIZON IN THE *    Section J
6            GULF OF MEXICO ON        *
             APRIL 20, 2010           *    October 26, 2012
7                                     *
                                      *    9:00 a.m.
8    Applies to:  All Cases           *
                                      *    New Orleans, Louisiana
9    * * * * * * * * * * * * * * * * *

10

11                  MONTHLY STATUS CONFERENCE BEFORE
                    THE HONORABLE CARL J. BARBIER
12                  UNITED STATES DISTRICT JUDGE

13

14   Appearances:

15

16   For the Plaintiffs:          Domengeaux Wright Roy
                                     & Edwards, LLC
17                                BY:  JAMES P. ROY, ESQ.
                                  556 Jefferson Street, Suite 500
18                                Post Office Box 3668
                                  Lafayette, Louisiana 70502

19

20   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:  STEPHEN J. HERMAN, ESQ.
21                                     SOREN GISLESON, ESQ.
                                  820 O'Keefe Avenue
22                                New Orleans, Louisiana 70113

23   For the Plaintiffs:          Breit Drescher Imprevento
                                     & Walker, PC
24                                BY:  JEFFREY A. BREIT, ESQ.
                                  600 22nd Street, Suite 402
25                                Virginia Beach, Virginia 23451

```
 1    Appearances:

 2
      For the Plaintiffs:          Levin Papantonio Thomas Mitchell
 3                                    Rafferty & Proctor, PA
                                   BY:  BRIAN H. BARR, ESQ.
 4                                 316 South Baylen Street, Suite 600
                                   Post Office Box 12308
 5                                 Pensacola, Florida 32591

 6
      For the Plaintiffs:          Cunningham Bounds, LLC
 7                                 BY:  ROBERT T. CUNNINGHAM, ESQ.
                                   1601 Dauphin Street
 8                                 Mobile, Alabama 36604

 9
      For the Plaintiffs:          Watts Guerra Craft, LLP
10                                 BY:  ANTHONY E. PLETCHER, ESQ.
                                   4 Dominion Drive
11                                 Building 3, Suite 100
                                   San Antonio, Texas 78257
12
13    For the Plaintiffs:          Weitz & Luxenberg, PC
                                   BY:  ROBIN L. GREENWALD, ESQ.
14                                 700 Broadway
                                   New York, New York 10003
15
16    For the Plaintiffs:          Morgan & Morgan, PA
                                   BY:  ALPHONSO MICHAEL ESPY, ESQ.
17                                 188 East Capitol Street, Suite 777
                                   Jackson, Mississippi 39201
18
19    For the Plaintiffs:          Colson Hicks Eidson
                                   BY:  ERVIN A. GONZALEZ, ESQ.
20                                      JEFF J. KEISER, ESQ.
                                   255 Alhambra Circle, Penthouse
21                                 Coral Gables, Florida  33134

22
      For the Plaintiffs:          Cossich Sumich Parsiola
23                                   & Taylor, LLC
                                   BY:  DAVID A. PARSIOLA, ESQ.
24                                 8397 Highway 23, Suite 100
                                   Belle Chasse, Louisiana 70037
25
```

1    Appearances:

2

3    For the Plaintiffs:              deGravelles, Palmintier, Holthaus
                                        & Frugé, LLP
                                      BY:  JOHN W. deGRAVELLES, ESQ.
4                                     618 Main Street
                                      Baton Rouge, Louisiana 70801

5

6    For the Plaintiffs:              Beasley Allen Crow Methvin
                                        Portis & Miles, PC
7                                     BY:  RHON E. JONES, ESQ.
                                           J. PARKER MILLER, ESQ.
8                                     Post Office Box 4160
                                      Montgomery, Alabama 36013

9

10   For the Plaintiffs:              Fayard & Honeycutt, APC
                                      BY:  CALVIN C. FAYARD JR., ESQ.
11                                    519 Florida Avenue SW
                                      Denham Springs, Louisiana 70726

12

13   For the Plaintiffs:              Leger & Shaw
                                      BY:  WALTER J. LEGER JR., ESQ.
14                                    600 Carondelet Street, 9th Floor
                                      New Orleans, Louisiana 70130

15

16   For the Plaintiffs:              Morris Bart, LLC
                                      BY:  MEKEL S. ALVAREZ, ESQ.
17                                    909 Poydras Street, Suite 2000
                                      New Orleans, Louisiana 70112

18

19   For the Plaintiffs:              Law Offices of Daniel Becnel Jr.
                                      BY:  DANIEL E. BECNEL JR., ESQ.
20                                    106 W. Seventh Street
                                      Post Office Drawer H
21                                    Reserve, Louisiana 70084

22

23   For the Plaintiffs:              Lundy Lundy Soileau & South, LLP
                                      BY:  MATTHEW E. LUNDY, ESQ.
24                                    501 Broad Street
                                      Lake Charles, Louisiana 70601

25

1   Appearances:

2

3   For the Plaintiffs:          Lewis Kullman Sterbcow & Abramson
                                  BY:   PAUL M. STERBCOW, ESQ.
                                  601 Poydras Street, Suite 2615
4                                 New Orleans, Louisiana 70130

5

6   For the Plaintiffs:          Baron & Budd, PC
                                  BY:   SCOTT SUMMY, ESQ.
                                  3102 Oak Lawn Avenue, Suite 1100
7                                 Dallas, Texas 75219

8

9   For the Plaintiffs:          Irpino Law Firm
                                  BY:   ANTHONY IRPINO, ESQ.
                                  2216 Magazine Street
10                                New Orleans, Louisiana 70130

11

12  For the Plaintiffs:          Williamson & Rusnak
                                  BY:   JIMMY WILLIAMSON, ESQ.
                                  4310 Yoakum Boulevard
13                                Houston, Texas 77006

14

15  For the Plaintiffs:          Diaz Law Firm
                                  BY:   JOEY DIAZ, ESQ.
                                  208 Waterford Square, Suite 300
16                                Madison, Mississippi 39110

17

18  For the Plaintiffs:          Thornhill Law Firm
                                  BY:   TOM THORNHILL, ESQ.
                                  1308 Ninth Street
19                                Slidell, Louisiana 70458

20

21  For the Plaintiffs:          Law Offices of Craig Eiland
                                  BY:   CRAIG EILAND, ESQ.
                                  2211 The Strand, Suite 201
22                                Galveston, Texas 77550

23

24  For the Plaintiffs:          The Lambert Firm
                                  BY:   CANDICE C. SIRMON, ESQ.
                                  701 Magazine Street
25                                New Orleans, Louisiana 70130

```
1    Appearances:

2
     For the Plaintiffs:          Waters Law Firm, PC
3                                 BY:  DEBORAH C. WATERS, ESQ.
                                  150 Boush Street, Suite 600
4                                 Norfolk, Virginia 23510

5
     For the Plaintiffs:          Brent Coon & Associates
6                                 BY:  BRENT W. COON, ESQ.
                                  215 Orleans Street
7                                 Beaumont, Texas  77701

8
     For the Plaintiffs:          Lieff Cabraser Heimann
9                                   & Bernstein, LLP
                                  BY:  ANNIKA K. MARTIN, ESQ.
10                                250 Hudson Street, 8th Floor
                                  New York, New York 10013
11
12   For the State of            Office of the Attorney General
     Alabama:                    BY:  LUTHER STRANGE, ESQ.
13                                     COREY L. MAZE, ESQ.
                                  500 Dexter Avenue
14                                Montgomery, Alabama 36130

15
16   For the State of            Office of the Attorney General
     Louisiana:                  BY:  JAMES "BUDDY" CALDWELL, ESQ.
17                                1885 North Third Street
                                  Post Office Box 94005
18                                Baton Rouge, Louisiana 70804

19   For the State of            Kanner & Whiteley, LLC
     Louisiana:                  BY:  ALLAN KANNER, ESQ.
20                                     DOUGLAS R. KRAUS, ESQ.
                                  701 Camp Street
21                                New Orleans, Louisiana 70130

22
     For the State of            Galloway Johnson Tompkins Burr
23   Louisiana:                    & Smith
                                  BY:  LAMBERT HASSINGER JR., ESQ.
24                                701 Poydras Street, 40th Floor
                                  New Orleans, Louisiana 70139

25
```

1 | <u>Appearances</u>:

2

3 | For the United States      U.S. Department of Justice
| of America:      Torts Branch, Civil Division
|      BY:  R. MICHAEL UNDERHILL, ESQ.
4 |      7-5395 Federal Bldg., Box 36028
|      450 Golden Gate Avenue
5 |      San Francisco, California 94102

6

7 | For the United States      U.S. Department of Justice
| of America:      Environmental Enforcement Section
|      BY:  STEVEN O'ROURKE, ESQ.
8 |      Post Office Box 7611
|      Washington, D.C. 20044

9

10 | For Transocean Holdings      Frilot, LLC
| LLC, Transocean Offshore      BY:  KERRY J. MILLER, ESQ.
11 | Deepwater Drilling Inc.,      1100 Poydras Street, Suite 3700
| Transocean Deepwater Inc.:      New Orleans, Louisiana 70162

12

13 | For Transocean Holdings      Munger Tolles & Olson, LLP
| LLC, Transocean Offshore      BY:  GRANT A. DAVIS-DENNY, ESQ.
14 | Deepwater Drilling Inc.,      335 S. Grand Avenue, 35th Floor
| Transocean Deepwater Inc.:      Los Angeles, California 90071

15

16 | For BP America Inc.,      Kirkland & Ellis, LLP
| BP America Production      BY:  J. ANDREW LANGAN, ESQ.
17 | Company, BP Company      RYAN S. BABIUCH, ESQ.
| North America Inc.,      300 North Lasalle
18 | BP Exploration &      Chicago, Illinois 60654
| Production Inc., BP
19 | Holdings North America
| Limited, BP Products
20 | North America Inc.:

21

22 | For BP America Inc.,      Kirkland & Ellis, LLP
| BP America Production      BY:  ROBERT R. GASAWAY, ESQ.
| Company, BP Company      655 Fifteenth Street, NW
23 | North America Inc.,      Washington, D.C. 20005
| BP Exploration &
24 | Production Inc., BP
| Holdings North America
25 | Limited, BP Products
| North America Inc.:

1   <u>Appearances</u>:

2

3   For BP America Inc.,              Coats Rose Yale Ryman & Lee, APC
    BP America Production             BY:  ELIZABETH HAECKER RYAN, ESQ.
    Company, BP Company               365 Canal Street, Suite 800
4   North America Inc.,               New Orleans, Louisiana 70130
    BP Exploration &
5   Production Inc., BP
    Holdings North America
6   Limited, BP Products
    North America Inc.:
7

8   For BP America Inc.,              Covington & Burling
    BP America Production             BY:  ROBERT C. "MIKE" BROCK, ESQ.
9   Company, BP Company               1201 Pennsylvania Avenue, NW
    North America Inc.,               Washington, D.C. 20004
10  BP Exploration &
    Production Inc., BP
11  Holdings North America
    Limited, BP Products
12  North America Inc.:

13
    For Cameron International         Stone Pigman Walther Wittmann, LLC
14  Corporation:                      BY:  PHILLIP A. WITTMANN, ESQ.
                                           MAGGIE A. BROUSSARD, ESQ.
15                                    546 Carondelet Street
                                      New Orleans, Louisiana 70130
16

17  For Cameron International         Beck Redden & Secrest, LLP
    Corporation:                      BY:  DAVID J. BECK, ESQ.
18                                         THOMAS GANUCHEAU, ESQ.
                                      1221 McKinney Street, Suite 4500
19                                    Houston, Texas 77010

20
    For Halliburton Energy            Godwin Ronquillo, PC
21  Services, Inc.:                   BY:  DONALD E. GODWIN, ESQ.
                                           BRUCE W. BOWMAN JR., ESQ.
22                                         JENNY L. MARTINEZ, ESQ.
                                           ALLISON BATTISTE, ESQ.
23                                         ERIKA TOLEDO, ESQ.
                                      1201 Elm Street, Suite 1700
24                                    Dallas, Texas 75270

25

1    <u>Appearances</u>:

2

3    For Halliburton Energy          Godwin Ronquillo, PC
     Services, Inc.:                 BY:  R. ALAN YORK, ESQ.
                                     1331 Lamar, Suite 1665
4                                    Houston, Texas 77010

5

6    For Anadarko Petroleum          Kuchler Polk Schell
     Corporation, Anadarko             Weiner & Richeson, LLC
     E&P Company LP:                 BY:  DEBORAH D. KUCHLER, ESQ.
7                                    1615 Poydras Street, Suite 1300
                                     New Orleans, Louisiana 70112
8

9    For Anadarko Petroleum          Bingham McCutchen, LLP
     Corporation, Anadarko          BY:  WARREN A. FITCH, ESQ.
10   E&P Company LP:                 2020 K Street, NW
                                     Washington, D.C. 20006
11

12   For MOEX Offshore               Pillsbury Winthrop Shaw Pittman
     2007, LLC:                      BY:  EDWARD FLANDERS, ESQ.
13                                   1540 Broadway
                                     New York, New York 10036
14

15   For M-I, LLC:                   Morgan Lewis & Bockius
                                     BY:  JOHN C. FUNDERBURK, ESQ.
16                                   1000 Louisiana Street, Suite 4000
                                     Houston, Texas 77002
17

18   For Transocean Excess           Phelps Dunbar, LLP
     Underwriters:                   BY:  EVANS M. McLEOD, ESQ.
19                                   365 Canal Street, Suite 2000
                                     New Orleans, Louisiana 70130
20

21   For O'Brien's Response          Weil Gotshal & Manges, LLP
     Management, Inc., Seacor        BY:  THEODORE E. TSEKERIDES, ESQ.
22   Holdings, Inc., Seacor          767 Fifth Avenue
     Offshore, LLC, Seacor           New York, New York 10153
23   Marine, LLC, Seacor
     Worldwide, Inc., Seacor
24   Marine, Inc., Seacor
     Marine International, Inc.,
25   and Siemens Financial Inc.:

1  <u>Appearances</u>:

2

3  For O'Brien's Response         Montgomery Barnett, LLP
   Management, Inc., Seacor       BY:  PATRICK O'KEEFE, ESQ.
   Holdings, Inc., Seacor         1100 Poydras Street, Suite 3300
4  Offshore, LLC, Seacor          New Orleans, Louisiana 70163
   Marine, LLC, Seacor
5  Worldwide, Inc., Seacor
   Marine, Inc., Seacor
6  Marine International, Inc.,
   and Siemens Financial Inc.,
7  and NRC:

8

9  For Dynamic Aviation          Geiger Laborde & Laperouse, LLC
   Group, Inc.:                   BY:  LEO R. McALOON, III, ESQ.
                                  701 Poydras Street, Suite 4800
10                                 New Orleans, Louisiana 70139

11

12 For Airborne Support          Laborde & Neuner
   International, Inc.:            BY:  BEN L. MAYEAUX, ESQ.
                                  1001 W. Pinhook Road, Suite 200
13                                 Lafayette, Louisiana 70505

14

15 Also Present:                  (Please see sign-in sheets
                                   filed in record.)

16

17 Official Court Reporter:       Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, Room HB-406
                                  New Orleans, Louisiana 70130
18                                 (504) 589-7778
                                  Toni_Tusa@laed.uscourts.gov

19

20

21

22

23

24

25 Proceedings recorded by mechanical stenography using
   computer-aided transcription software.

1                          **I N D E X**

2                                                    PAGE

3   RECENTLY ISSUED ORDERS                           12

4   CTO REPORT AND TRANSFER STATUS                   12

5   STATUS OF STATE CASES                            13

6   STATUS OF 10-MDL-2185                            15

7   REPORT ON WRITTEN AND DEPOSITION DISCOVERY       17

8   INSURANCE COVERAGE CASES                         18

9   STATUS OF PSC SETTLEMENTS WITH BP                19

10  PENDING MOTIONS                                  21

11  IMPORTANT DATES                                  21

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>PROCEEDINGS</u>**

**(October 26, 2012)**

08:46:16  1

08:46:16  2

08:46:57  3       **THE DEPUTY CLERK:**  All rise.

09:13:50  4       **THE COURT:**  Good morning everyone.  Please be seated.

09:13:55  5           Wait a minute, Stephanie.  Everybody rise again.

09:13:58  6   Let's try this again.

09:14:13  7       (Open court.)

09:14:14  8       **THE COURT:**  All right.  Good morning again.  Be

09:14:16  9   seated.

09:14:18  10      I'll tell you all a quick, funny story.  That's

09:14:20  11  the second time I have done that in 14 years here.  The first

09:14:25  12  time I did the same thing was the very first time I sat on the

09:14:28  13  bench 14 years ago.  I walked out and I was so pumped up that I

09:14:34  14  told everybody to sit down and then my case manager -- not

09:14:38  15  Stephanie, it was Eileen -- she turns around and she whispers,

09:14:41  16  "Judge, I haven't oyez'd yet."  I had to tell everybody to

09:14:47  17  stand up again.  So I have done it again in 14 years.  I guess

09:14:50  18  if I only do it once every 14 years, that's not too bad.

09:14:55  19      All right.  I think we have a relatively short

09:14:58  20  agenda for our monthly status conference.  There are a couple

09:15:01  21  of announcements that I'm going to make at the end of the

09:15:04  22  status conference that relate to the fairness hearing and also

09:15:12  23  relate to the trial scheduled for January, but I will wait to

09:15:17  24  do that at the end of our normal status conference agenda here.

09:15:24  25      So since we were last together, the Court has

issued a number of orders which are up on the screen.  There
was an order of September 11 setting forth written procedures
that I intend to employ at the final fairness hearing; the main
one being, of course, that I do not feel there would be a need
to entertain cumulative objections.  We will probably have to
limit the time that people have to speak depending upon how
many speakers we end up entertaining.

        Also, there have been a number of orders dealing
with protocols and procedures dealing with the claims facility.
Of course, on October 1, I issued an order dealing with the
so-called stigma claims for which we had oral argument last
month.  There was an order of October 16 concerning refund of
certain transition payments.  Monies that were withheld in the
transition, there was an order refunding those.  Then the last
order dealt with, again, procedures at the request of the
claims administrator.

        Let's talk about the conditional transfer order
report and transfer status, Mr. Langan.

        **MR. LANGAN:**  Your Honor, Andy Langan for BP.  Since
our last liaison counsel report, the panel has issued one new
conditional transfer order.  I believe it's No. 64.  That was
the case from the Southern District of Texas.  As of two days
ago, that conditional transfer order is now final.  I guess
there was no objection.  So there are now about, we think, 634
active cases before this Court.

09:17:32　1　　　　　　The panel has one more dispute to resolve

09:17:35　2　relating to an objection on conditional transfer No. 62.   I

09:17:39　3　believe that will be heard on November 29, without oral

09:17:42　4　argument, by the panel at their next session.

09:17:46　5　　　　　　We provided a written report, as we customarily

09:17:48　6　do, that lists all the conditional transfer orders and their

09:17:51　7　status.

09:17:55　8　　　　　THE COURT:   Okay.   Let's go into the state cases.

09:18:03　9　　　　　MR. LANGAN:   Yes, Your Honor, briefly.   By our count

09:18:05　10　there's approximately 42 cases pending in various state courts

09:18:10　11　in the Gulf states and elsewhere that relate to the

09:18:13　12　*Deepwater Horizon* incident.   We categorize them, roughly, as

09:18:19　13　involving 22 personal injury cases, one of which involve

09:18:24　14　response workers, ten cases involve things like lost revenues

09:18:27　15　and property value allegedly due to the oil spill, there are

09:18:31　16　about six breach of contract or breach of lease cases, and

09:18:34　17　three alleging property damage caused by the oil spill

09:18:37　18　response.

09:18:39　19　　　　　　As we have reported before, discovery is

09:18:42　20　proceeding in a number of those cases and, where necessary, we

09:18:47　21　have been able to coordinate with Judge Shushan to provide for

09:18:51　22　appropriate sharing of discovery and the like.

09:18:54　23　　　　　THE COURT:   Let me ask you, I notice of the personal

09:18:56　24　injury suits, which your report indicates that 22 of those are

09:18:59　25　pending in state court, it said one such personal injury suit

alleges injuries sustained in the April 20 incident.  Do you have any more information on that case?  Is that someone who was on the *Deepwater Horizon*?

MR. LANGAN:  I believe so, Your Honor.  Sitting here now, I don't remember why it is not in the MDL.  Yes, there is one case involving a day of injury incident.

THE COURT:  That one caught my attention since it's obviously somewhat different from all the others.  If you could give me a little more information on that by next week, I would appreciate that.

MR. LANGAN:  Absolutely.  Your Honor, perhaps I will prepare a brief letter with the docket, who the judge is --

THE COURT:  Give me that because I may want to pick up the phone and call that judge myself directly.  I've said it before, but I've spoken to a number of these state court judges in the past.  I have not recently.  It probably wouldn't be a bad idea for me to make contact with some of these state court judges again just to personally let them know we are aware of their cases and that we are continuing to try to coordinate things with them.

MR. LANGAN:  We will follow up in that regard, Your Honor.

THE COURT:  Good.

Anybody else have anything to say about any state issues regarding either the conditional transfer status

09:20:32  1    report or state court cases?

09:20:34  2             If not, moving on to MDL 2185.

09:20:39  3             **MR. LANGAN:**  Yes, Your Honor.  As we have discussed

09:20:41  4    before, Judge Ellison has 2185 in the Southern District of

09:20:46  5    Texas.  There are three or four different buckets of cases

09:20:49  6    involved in that MDL.  One of the buckets is the securities

09:20:52  7    cases, and there are a couple of bits of activity.

09:20:56  8             First of all, there is a second amended

09:20:58  9    complaint that followed an earlier amended complaint that was

09:21:01  10   largely dismissed on motion.  There is a motion to dismiss

09:21:04  11   that's been prepared directed to the second amended

09:21:07  12   consolidated complaint, and that is now fully briefed and I

09:21:10  13   believe will be set for hearing.

09:21:12  14            On top of that, there are later filed individual

09:21:16  15   securities cases that have been brought by various shareholders

09:21:19  16   that are part of MDL 2185.  I believe the plan there is to

09:21:23  17   again settle the pleadings and to brief motions to dismiss on

09:21:27  18   those individual cases as well.

09:21:30  19            The second major area in 2185 is the derivative

09:21:35  20   cases.  Your Honor will recall, sometime ago Judge Ellison

09:21:40  21   dismissed on *forum non conveniens* grounds the derivative case.

09:21:44  22   The plaintiffs have taken an appeal, and I understand that the

09:21:48  23   Fifth Circuit has calendared an argument in that appeal for

09:21:50  24   December 4.

09:21:54  25            **THE COURT:**  These are the cases that Judge Ellison

| | |
|---|---|
| 09:21:59 | 1 | said had to be brought in the UK? |
| 09:22:03 | 2 | **MR. LANGAN:**  Correct.  So the plaintiffs have |
| 09:22:04 | 3 | appealed.  It has been fully briefed and has now been |
| 09:22:08 | 4 | calendared for argument on December 4. |
| 09:22:10 | 5 | **THE COURT:**  All right. |
| 09:22:11 | 6 | **MR. LANGAN:**  There's a bucket of cases involving the |
| 09:22:13 | 7 | ERISA statute that were also dismissed on motion, and a notice |
| 09:22:18 | 8 | of appeal has been filed from that dismissal. |
| 09:22:23 | 9 | In the dividend suspension cases, after initial |
| 09:22:27 | 10 | case dismissal, there is now briefing on a motion to dismiss |
| 09:22:30 | 11 | the amended complaint in that case. |
| 09:22:33 | 12 | So essentially what we are seeing is cases being |
| 09:22:35 | 13 | resolved on motion primarily and the pleadings being settled. |
| 09:22:41 | 14 | In the meantime, as set by a protocol established many months |
| 09:22:46 | 15 | ago, we are providing discovery and coordinating discovery, |
| 09:22:48 | 16 | including Phase Two fact and expert discovery as is |
| 09:22:51 | 17 | appropriate, with the 2185 plaintiffs. |
| 09:22:55 | 18 | **THE COURT:**  Has there been any separate discovery |
| 09:22:59 | 19 | taken in 2185 or has all of their discovery been essentially |
| 09:23:03 | 20 | coordinated with us? |
| 09:23:05 | 21 | **MR. LANGAN:**  Your Honor, I believe the answer is -- |
| 09:23:07 | 22 | and I can confirm this -- there have been small document |
| 09:23:10 | 23 | productions that might be separate, but primarily they are |
| 09:23:14 | 24 | relying on the record developed here, and I don't think any |
| 09:23:17 | 25 | separate depositions that I'm aware of. |

09:23:19  1      **THE COURT:**  Thank you.  Anybody else have anything to

09:23:22  2  say or raise with respect to Judge Ellison's case, 2185, over

09:23:29  3  in Houston?

09:23:32  4      Mr. Langan, I see Mr. Haycraft is absent today,

09:23:37  5  so I guess you have to do the written and deposition discovery

09:23:41  6  report also.

09:23:42  7      **MR. LANGAN:**  Yes, Your Honor.  In addition to what we

09:23:43  8  filed in our written report, I just want to focus for a second

09:23:47  9  on the Phase Two time line.  We now have a time line in place

09:23:50  10  for Phase Two discovery issued by Judge Shushan.  Under that

09:23:56  11  time line, depositions are well under way regarding the

09:23:59  12  Phase Two quantification and source control issues.

09:24:02  13      We believe that by November 30 as many as 53

09:24:06  14  Rule 30(b)(6), that is, corporate representative depositions

09:24:09  15  will have been completed, and they will be followed by some

09:24:13  16  number of fact depositions that are to be completed by

09:24:16  17  January 25, 2013.  Then Judge Shushan also has in place a

09:24:23  18  schedule for the submission of expert reports and expert

09:24:26  19  depositions in the first and second quarter of 2013.

09:24:28  20      Finally -- and I know this is a target date

09:24:31  21  that's flexible -- she has set as a target date June 17, 2013,

09:24:35  22  for the possible commencement of the Phase Two trial, sort of

09:24:40  23  depending on what happens.

09:24:41  24      **THE COURT:**  Right, right.  So basically it sounds

09:24:47  25  like everything is on track and well under way with respect to

09:24:53   1   ongoing Phase Two discovery, with the plan that it will be
09:24:57   2   completed by sometime in May.
09:25:01   3          MR. LANGAN:  Correct, Your Honor, including experts,
09:25:02   4   yes.
09:25:06   5          THE COURT:  Okay.  Anybody else?  Anybody from the
09:25:11   6   PSC have anything to say with respect to Phase Two discovery
09:25:15   7   depositions?  Anything?
09:25:17   8              All those depositions are being taken in the
09:25:19   9   same place, right?
09:25:21  10          MR. LANGAN:  Your Honor, generally that is true, here
09:25:23  11   in New Orleans.  There are a couple of exceptions for nonparty
09:25:26  12   witnesses and foreign-based witnesses and the like.  I know
09:25:29  13   there's one or two in the UK, one or two in Washington, but the
09:25:34  14   center of gravity is here in New Orleans.
09:25:41  15          THE COURT:  Insurance coverage cases.
09:25:44  16          MR. LANGAN:  Your Honor, yes, in addition to what's
09:25:47  17   in our written report, just a couple highlights here.  The
09:25:50  18   parties are in the process of working out an agreement to
09:25:54  19   resolve certain disputes between BP and Transocean on the one
09:25:58  20   hand and TO's second layer excess insurers on the other and
09:26:04  21   other matters concerning the coverage obligations of first
09:26:09  22   layer excess insurers.  These are all pending before Magistrate
09:26:14  23   Judge Shushan.
09:26:15  24              Besides that, I wanted to mention that you will
09:26:17  25   recall that BP took an appeal from an order Your Honor entered

|          |    |                                                                     |
|----------|----|---------------------------------------------------------------------|
| 09:26:21 | 1  | sometime ago about the coverage issues, and the Fifth Circuit       |
| 09:26:23 | 2  | has calendared that appeal for argument on December 3.              |
| 09:26:32 | 3  | THE COURT:  Was that the order I issued regarding the               |
| 09:26:37 | 4  | Transocean excess policies?                                          |
| 09:26:40 | 5  | MR. LANGAN:  Correct, it is, where BP was a named                   |
| 09:26:41 | 6  | insured and Your Honor construed the policy, and we have taken      |
| 09:26:46 | 7  | an appeal from that.                                                 |
| 09:26:48 | 8  | THE COURT:  An alleged named insured.  Well, you were              |
| 09:26:54 | 9  | a named insured.                                                     |
| 09:26:56 | 10 | MR. LANGAN:  Right.  I didn't want to argue with you.               |
| 09:26:59 | 11 | THE COURT:  With respect to what is the issue, as I                |
| 09:27:02 | 12 | recall.                                                              |

I know Judge Shushan and I have had several
discussions about these interpleader actions, the most recently
filed ones, and how best to address those without -- well, we
will continue to talk about it, but there's a concern that she
may not have the time and I may not have the time to deal with
those expeditiously.  So we are trying to figure some other way
to deal with those, maybe by referring them to a special master
or mediator of some sort.

MR. LANGAN:  Thank you, Your Honor.

THE COURT:  Anybody else have anything to offer on
insurance issues?

Status of the PSC's settlements with BP.

MR. HERMAN:  Good morning, Your Honor.  Steve Herman

for the plaintiffs.

These numbers are about a week old.  As of the time of filing of our reply briefs, there were just over 82,000 claims filed with the settlement program.  There have been 9,385 new eligibility determinations for about $667 million.  There were several hundred million more that were paid in transition payments, but these are new determinations under the settlement formula.  By contrast, less than 250 objections and only 983 opt-outs.

**THE COURT:**  Actually, I have some more recent figures than that that I got yesterday.  I got this from Mr. Juneau's office, the claims administrator.

Through the end of the day Tuesday, October 24, the *Deepwater Horizon* claims facility, which began operation in June, has paid or made payment determinations, meaning they have made offers to people and they just have to be accepted, together with transition payments, in the total amount of $1,148,000,000 and some change.  $1.148 billion, basically.

That's broken down -- I'm rounding these numbers off -- $405 million in transition payments and new determinations $743 million.  It's continuing to progress along.

**MR. HERMAN:**  Thank you, Your Honor.

**THE COURT:**  Anybody have anything else to say on that?

|        |    |                                                                       |
|--------|----|-----------------------------------------------------------------------|
| 09:30:12 | 1  |            In conjunction with the two pending settlements,          |
| 09:30:19 | 2  | the Court had appointed guardians *ad litem* for each of the        |
| 09:30:25 | 3  | respective classes, for those members of the class who might be     |
| 09:30:28 | 4  | minors or incompetents or otherwise lack capacity.  Each of         |
| 09:30:36 | 5  | those guardians -- one of which was Mr. Lamonica, who is an         |
| 09:30:43 | 6  | attorney and law professor in Baton Rouge at LSU, and retired      |
| 09:30:51 | 7  | Supreme Court Justice Jack Watson -- they each did their own        |
| 09:30:55 | 8  | independent investigation and filed a written report recently      |
| 09:31:03 | 9  | stating that they found the proposed settlements to be fair,       |
| 09:31:06 | 10 | reasonable, and adequate as to the class members who fall into     |
| 09:31:14 | 11 | that category, minors or incompetents, and they recommended        |
| 09:31:19 | 12 | final approval of the settlements.                                  |
| 09:31:32 | 13 |            We still have, of course, a number of pending            |
| 09:31:34 | 14 | motions in this case, a few of which are still under                |
| 09:31:41 | 15 | advisement, the Court has not ruled on but we are continuing to    |
| 09:31:44 | 16 | work on.  There's no motion set for argument here this morning.    |
| 09:31:49 | 17 |            I do want to talk about a couple things.  First          |
| 09:31:51 | 18 | of all, the fairness hearing set for November 8, 2012, this        |
| 09:32:00 | 19 | date has been set since -- I guess it was in May when I gave       |
| 09:32:06 | 20 | preliminary approval to the two proposed settlements.  At that     |
| 09:32:11 | 21 | time the Court had to set up dates for objections and for          |
| 09:32:17 | 22 | opt-outs.                                                           |
| 09:32:20 | 23 |            The Court originally had set the objection              |
| 09:32:23 | 24 | deadline for, I think it was, August 31, which ended up being     |
| 09:32:31 | 25 | right around the time when Hurricane Isaac was coming through,     |

and there was a concern that people who wanted to file
objections may be precluded from doing so because of lack of
electricity and Internet access and those sorts of things.  So
at the request of a number of parties, the Court extended the
opt-out deadline, I think to September 7 it was, for a week.

The final opt-out deadline was October 1
originally.  Before that date arrived, at the request of the
parties, the Court continued the opt-out date until November 1.
Since then there have been a number of parties who have made
requests or filed motions of the Court to further extend the
opt-out deadline.  I have, of course, considered those
requests.

There's no question that the Court has the
authority to extend any of these deadlines if there's a need or
good reason to do so.  I think, however, there's a fundamental
misunderstanding by some of the parties perhaps or some of the
claimants about how this works.

In the ordinary course of events in a class
action, there are no claims that are paid, there's no claims
facility set up unless and until a settlement is finally
approved, and only then does the Court establish a claims
facility and claims administrator and claims can begin to be
filed and payments be made.

One of the unusual but very beneficial, I think,
features of this settlement -- I'm talking now primarily about

|            |    |                                                                        |
|------------|----|------------------------------------------------------------------------|
| 09:34:40   | 1  | the economic settlement -- is that the parties to the                  |
| 09:34:46   | 2  | settlement agreed to establish the *Deepwater Horizon* claims          |
| 09:34:54   | 3  | facility in advance of final approval by the Court.                    |
| 09:34:59   | 4  |          So as everyone knows, Mr. Juneau's office has                  |
| 09:35:04   | 5  | been set up for several months now.  I think he began                  |
| 09:35:09   | 6  | operating, open for business, effectively on June 4.  He had to        |
| 09:35:15   | 7  | deal with a large number of transition issues, transition              |
| 09:35:20   | 8  | payments, claims that were in the pipeline but had not been            |
| 09:35:25   | 9  | finally paid or accepted or whatever the status was at that            |
| 09:35:28   | 10 | time.                                                                  |
| 09:35:37   | 11 |          So it seems to the Court that this case in                     |
| 09:35:42   | 12 | particular, because of that circumstance and because of the            |
| 09:35:47   | 13 | extremely detailed nature of this settlement and the way in            |
| 09:35:55   | 14 | which it is structured -- and the criteria for qualifying as a         |
| 09:36:00   | 15 | class member and how the payments will be made are all pretty          |
| 09:36:09   | 16 | clearly set forth in the settlement documents and in further           |
| 09:36:19   | 17 | orders issued by this Court and by the interpretations by the          |
| 09:36:23   | 18 | claims administrator.  So I guess what I'm saying here is that         |
| 09:36:30   | 19 | I believe that the people who are class members have more              |
| 09:36:40   | 20 | information than has ever been available to any potential class        |
| 09:36:44   | 21 | that I'm aware of in terms of making their decision as to              |
| 09:36:46   | 22 | whether they wish to stay in or to opt out of this class.              |
| 09:36:52   | 23 |          Obviously, anyone has the right to opt out if                  |
| 09:36:55   | 24 | they believe it's in their best interest to do so.  However, I         |
| 09:37:05   | 25 | think that everyone needs to make that decision individually.          |

| | | |
|---|---|---|
| 09:37:10 | 1 | One of the things that's been a little disturbing to me is I |
| 09:37:18 | 2 | have heard and seen evidence that there are some lawyers who |
| 09:37:28 | 3 | are apparently, in my opinion, not fulfilling their fiduciary |
| 09:37:39 | 4 | and ethical duties to their individual clients; rather, they |
| 09:37:49 | 5 | are suggesting to whole masses of clients that they should opt |
| 09:37:54 | 6 | out or consider opting out because they said the settlement is |
| 09:37:57 | 7 | not fair. |
| 09:37:58 | 8 | Again, any individual has the right to make that |
| 09:38:01 | 9 | decision for himself or herself, but I think it's highly |
| 09:38:05 | 10 | inappropriate for lawyers to be using form letters or generic |
| 09:38:13 | 11 | form letters to large numbers of clients without an individual |
| 09:38:19 | 12 | assessment and analysis of that individual client's case and |
| 09:38:25 | 13 | claim so that that client can make an individual decision as to |
| 09:38:31 | 14 | whether it's in his or her best interest to stay in the class |
| 09:38:36 | 15 | or opt out of the class. |
| 09:38:40 | 16 | So having said that, I am not going to extend |
| 09:38:45 | 17 | the deadline beyond November 1, which is the current deadline. |
| 09:38:52 | 18 | As I said, there is clearly sufficient, more than sufficient |
| 09:38:57 | 19 | transparency in this settlement, information available to the |
| 09:39:02 | 20 | claimants. |
| 09:39:03 | 21 | Now, we have lots of data from the claims |
| 09:39:08 | 22 | facility as to how this claims process is working and the types |
| 09:39:14 | 23 | of claims that are being paid, the amounts that are being paid. |
| 09:39:19 | 24 | As I said, just since June they have now paid over a billion |
| 09:39:23 | 25 | dollars and it's continuing.  I have seen the graphs.  I have |

| | |
|---|---|
| 09:39:28 | 1 |
| 09:39:30 | 2 |
| 09:39:33 | 3 |
| 09:39:37 | 4 |
| 09:39:43 | 5 |
| 09:39:48 | 6 |
| 09:39:55 | 7 |
| 09:40:00 | 8 |
| 09:40:03 | 9 |
| 09:40:08 | 10 |
| 09:40:12 | 11 |
| 09:40:16 | 12 |
| 09:40:22 | 13 |
| 09:40:28 | 14 |
| 09:40:32 | 15 |
| 09:40:38 | 16 |
| 09:40:42 | 17 |
| 09:40:49 | 18 |
| 09:40:54 | 19 |
| 09:40:56 | 20 |
| 09:41:00 | 21 |
| 09:41:04 | 22 |
| 09:41:08 | 23 |
| 09:41:11 | 24 |
| 09:41:14 | 25 |

seen the charts, the information.

Mr. Juneau, by the way, at my request will be here on November 8 and make a detailed report on how the settlement facility is working, but there is a continual upward trend line of claims being filed, claims being assessed, and claims being paid.  It's actually been pretty remarkable, in my opinion, how this is working.

The other thing that people who may be considering whether to stay in or opt out need to consider is if you opt out of the settlement, if it's approved, what are you opting into?  If you opt out of one thing, you are opting into something else.  Opting out would mean you are opting to go it alone, basically, in individual lawsuits against the defendants, which everyone has a right to do, but I remind people -- although I don't plan to be here in 20 years doing this, but there may be some other judge here in 20 years doing this if this becomes, for whatever reasons, an *Exxon Valdez*, where the litigation -- I thought it had ended after 20 years, frankly.

The *Exxon Valdez* casualty happened in 1989, and I think it was 2009 when the Supreme Court last decided the punitive damage issue.  I thought that was the end of the case, but I found out recently, lo and behold, there is still litigation going on up in Alaska.  So it's 22 years now, 23 years that case is still going on in one form or another.

09:41:21  1        Again, that's a factor that people need to take
09:41:25  2   into account when they make their decisions as to whether it's
09:41:27  3   in their best interest to stay in or opt out.  That's all I
09:41:32  4   will say about that.
09:41:38  5        Now, one more thing and then I will let
09:41:42  6   everybody who is interested get over to Judge Shushan's.  The
09:41:47  7   trial date.  When we had to continue the original trial date
09:41:55  8   which was set for last February, I did so because these two
09:42:04  9   settlements were reached literally on the eve of trial.  The
09:42:12 10   parties convinced me, and I agreed with them, that it just made
09:42:18 11   sense to not try to go forward with that trial at that time
09:42:24 12   when these settlements were pending until we could see what was
09:42:30 13   going to be filed, who was going to be in these classes and
09:42:34 14   not, and if and whether these settlements would be finally
09:42:38 15   approved.
09:42:42 16        We set what I thought and what I still think is
09:42:47 17   a really aggressive schedule, considering the magnitude of
09:42:51 18   these settlements, for a final fairness hearing on November 8.
09:42:55 19   So my goal all along has been to stick to that date, and we
09:43:05 20   will stick to that date for a final fairness hearing.  However,
09:43:08 21   I still will need some time to decide the case, issue my
09:43:15 22   rulings after the fairness hearing, and I didn't want to be
09:43:21 23   under any kind of artificial deadline to do that and not have
09:43:25 24   enough time to properly consider that.
09:43:29 25        So at the time I thought the earliest possible

| | |
|---|---|
| 09:43:32 | 1 |
| 09:43:37 | 2 |
| 09:43:40 | 3 |
| 09:43:49 | 4 |
| 09:43:51 | 5 |
| 09:43:57 | 6 |
| 09:44:01 | 7 |
| 09:44:05 | 8 |
| 09:44:10 | 9 |
| 09:44:15 | 10 |
| 09:44:18 | 11 |
| 09:44:37 | 12 |
| 09:44:41 | 13 |
| 09:44:43 | 14 |
| 09:44:47 | 15 |
| 09:44:52 | 16 |
| 09:44:56 | 17 |
| 09:45:01 | 18 |
| 09:45:05 | 19 |
| 09:45:08 | 20 |
| 09:45:10 | 21 |
| 09:45:13 | 22 |
| 09:45:14 | 23 |
| 09:45:19 | 24 |
| 09:45:24 | 25 |

date, to take into account suggestions and requests of the various parties, that we could possibly start this trial was Monday, January 14, and that's when we set it.

It's recently been brought to my attention by several of the parties and attorneys in the case that we will have a few other things going on in this city around that time, in January and February.  Of course, everyone knows we will have the usual Christmas and New Year's holidays.  The Sugar Bowl, I think, will be January 2, so that would be over before the trial would start.

The main problem that has been brought to my attention is even the lawyers who have had long-standing arrangements for hotel rooms here in the city are being told that they are going to be booted out for at least two weeks, the week preceding the Super Bowl -- which as we know now is not a daylong event, it's at least a week.  Actually, they now give two weeks between the last playoff game, so it's become almost a two-week affair.  Basically, I think you are looking at at least a weeklong festival here in New Orleans, going on Downtown.

In fact, the Super Bowl festival of one week falls right in the middle of Mardi Gras.  So the city has announced, as I have recently heard, that they are going to start Mardi Gras as we usually do, I guess Twelfth Night, January 6, whenever Mardi Gras starts, then we are going to

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 09:45:28 | 1  | suspend it for the Super Bowl.  I don't know how you suspend |
| 09:45:33 | 2  | Mardi Gras, but we are going to do it.  Then we are going to |
| 09:45:37 | 3  | have the Super Bowl festival for a week, and then we are going |
| 09:45:40 | 4  | to resume Mardi Gras for another week, leading up to finally |
| 09:45:47 | 5  | February 12, which is Mardi Gras Day. |
| 09:45:50 | 6  | If anybody has ever been in town on Mardi Gras |
| 09:45:53 | 7  | night, you know the end is there when the police |
| 09:45:58 | 8  | superintendent, riding his horse, leads the garbage trucks down |
| 09:46:02 | 9  | Bourbon Street to clean up literally when the clock strikes |
| 09:46:08 | 10 | midnight and chases everyone presumably off the streets and |
| 09:46:11 | 11 | home.  But as we know, they just go into the bars and come back |
| 09:46:14 | 12 | out after the trucks leave.  So in any event, that would go on |
| 09:46:20 | 13 | through at least Ash Wednesday, which is February 13. |
| 09:46:23 | 14 | So that's a long, roundabout way of saying after |
| 09:46:29 | 15 | hearing from the parties and considering everybody's input, I |
| 09:46:32 | 16 | have just decided that it makes no sense to try to start this |
| 09:46:37 | 17 | trial, which is going to go on for at least a couple months or |
| 09:46:40 | 18 | so, to try to start it on January 14, go for a few days, and |
| 09:46:44 | 19 | have to interrupt it for two weeks and start back up.  We would |
| 09:46:50 | 20 | just be probably ruining everyone's holidays. |
| 09:46:55 | 21 | For that reason I have made the decision we are |
| 09:46:57 | 22 | going to start the trial on Monday, February 25 which is like a |
| 09:47:01 | 23 | full week after Mardi Gras week.  Monday, February 25 will be |
| 09:47:08 | 24 | the date we will plan to start this trial. |
| 09:47:14 | 25 | Also, I will announce now, after the final |

fairness hearing on November 8, there is a scheduled
November 16 status conference.  I have consulted with liaison
counsel again this morning and everyone has, I believe, agreed
that there's presently no need to hold a November 16 status
conference, so we are going to cancel that conference.

　　　　　　We also have another scheduled date on the
calendar of this year, which is December 18.  That date was
reserved for the final pretrial conference.  In light of the
fact that we are moving the trial date back to February 25,
this morning the liaison counsel suggested we should move the
final pretrial conference back to January 18.  So that's what
I'm going to do.  I'm going to move it to January 18 at 9:00.

　　　　　　We are going to use the previous day,
January 17, for I guess we will call it a tech day, for all the
technology folks to be here and set up and everything.  I want
to remind everybody what happened last year on the day that the
technology folks were here.  We had a zoo, literally.  I walked
into my courtroom and there must have been 50 or 60 lawyers
here trying to tell the tech people how to do their jobs.  The
tech people said, "Please get the lawyers out of here."

　　　　　　So you all do not need to be here for that.  If
you come, I may chase you away.  They may need one or two of
you here, one person for each party, if there's a need.  I'm
not even sure there's a need for that, but your tech people
need to be here, so make sure everything is set up.  We will

09:49:02   1   have a run-through and all.

09:49:05   2               Judge Shushan, I know she has talked to you all.

09:49:10   3   We are going to need to go through again and talk about the

09:49:13   4   logistics for the trial.  We had a lot of discussion about that

09:49:17   5   last time.  We will go through all that again and see if

09:49:23   6   anything needs to be tweaked.

09:49:25   7               I think Judge Shushan has worked with the

09:49:27   8   parties to find war room space in the building.  Some of it is

09:49:31   9   the same as last time.  Some of it had to be changed around

09:49:34   10   because we have had three new judges come in here and take up

09:49:38   11   some of our formerly vacant space.

09:49:52   12               Anyone have anything else to offer or suggest or

09:49:56   13   say?  Okay.  Everyone have a good day, and we'll see you all on

09:50:02   14   November 8.

09:50:06   15               **THE DEPUTY CLERK:**  All rise.

09:50:08   16               **THE COURT:**  Court stands adjourned.

09:50:09   17               (Proceedings adjourned.)

09:50:11   18                                * * *

19                               **CERTIFICATE**

20               I, Toni Doyle Tusa, CCR, FCRR, Official Court
     Reporter for the United States District Court, Eastern District
21   of Louisiana, do hereby certify that the foregoing is a true
     and correct transcript, to the best of my ability and
22   understanding, from the record of the proceedings in the
     above-entitled matter.

23

24

25                               *s/ Toni Doyle Tusa*
                                 Toni Doyle Tusa, CCR, FCRR
                                 Official Court Reporter

**$**
$1,148,000,000 [1] 20/18
$1.148 [1] 20/18
$1.148 billion [1] 20/18
$405 [1] 20/20
$405 million [1] 20/20
$667 [1] 20/5
$667 million [1] 20/5
$743 [1] 20/21
$743 million [1] 20/21

**1**
10-MD-2179 [1] 1/4
100 [2] 2/11 2/24
1000 [1] 8/16
10003 [1] 2/14
1001 [1] 9/12
10013 [1] 5/10
10036 [1] 8/13
10153 [1] 8/22
106 [1] 3/20
11 [1] 12/2
1100 [3] 4/6 6/11 9/3
12 [2] 10/3 28/5
1201 [2] 7/9 7/23
1221 [1] 7/18
12308 [1] 2/4
13 [1] 28/13
1300 [1] 8/7
1308 [1] 4/18
1331 [1] 8/3
14 [6] 11/11 11/13 11/17 11/18 27/3 28/18
150 [1] 5/3
1540 [1] 8/13
16 [3] 12/12 29/2 29/4
1601 [1] 2/7
1615 [1] 8/7
1665 [1] 8/3
17 [2] 17/21 29/14
1700 [1] 7/23
18 [3] 29/7 29/11 29/12
188 [1] 2/17
1885 [1] 5/16
1989 [1] 25/20

**2**
20 [2] 1/6 14/1
20 years [3] 25/15 25/16 25/18
200 [1] 9/12
2000 [2] 3/17 8/19
20004 [1] 7/9
20005 [1] 6/23
20006 [1] 8/10
20044 [1] 6/8
2007 [1] 8/12
2009 [1] 25/21
201 [1] 4/7
2010 [1] 1/6
2012 [3] 1/6 11/2 21/18
2013 [3] 17/17 17/19 17/21
2020 [1] 8/10
208 [1] 4/15
215 [1] 5/6
2179 [1] 1/4
2185 [7] 15/2 15/4 15/16 15/19 16/17 16/19 17/2
22 [3] 13/13 13/24 25/24
2211 [1] 4/7
2216 [1] 4/9
22nd [1] 1/24
23 [1] 2/24

23 years [1] 25/25
2351 [1] 2/25
23510 [1] 5/4
24 [1] 20/13
25 [4] 17/17 28/22 28/23 29/9
250 [2] 5/10 20/8
255 [1] 2/20
26 [2] 1/6 11/2
2615 [1] 4/3
29 [1] 13/3

**3**
30 [2] 17/13 17/14
300 [2] 4/15 6/17
31 [1] 21/24
3102 [1] 4/6
316 [1] 2/4
32591 [1] 2/5
3300 [1] 9/3
33134 [1] 2/21
335 [1] 6/14
35th [1] 6/14
36013 [1] 3/8
36028 [1] 6/4
36130 [1] 5/14
365 [2] 7/3 8/19
36604 [1] 2/8
3668 [1] 1/17
3700 [1] 6/11
39110 [1] 4/16
39201 [1] 2/17

**4**
4000 [1] 8/16
402 [1] 1/24
406 [1] 9/17
40th [1] 5/24
4160 [1] 3/8
42 [1] 13/10
4310 [1] 4/12
450 [1] 6/4
4500 [1] 7/18
4800 [1] 9/9

**5**
50 [1] 29/18
500 [3] 1/17 5/13 9/17
501 [1] 3/23
504 [1] 9/18
519 [1] 3/11
53 [1] 17/13
5395 [1] 6/4
546 [1] 7/15
556 [1] 1/17
589-7778 [1] 9/18

**6**
60 [1] 29/18
600 [4] 1/24 2/4 3/14 5/3
601 [1] 4/3
60654 [1] 6/18
618 [1] 3/4
62 [1] 13/2
634 [1] 12/24
64 [1] 12/21
655 [1] 6/22

**7**
7-5395 [1] 6/4
700 [1] 2/14
70037 [1] 2/24
70084 [1] 3/21
701 [4] 4/24 5/20 5/24 9/9
70112 [2] 3/17 8/7

70113 [1] 1/21
70132 [9] 4/24 5/21 7/4 7/15 8/19 9/17
70139 [2] 5/24 9/10
70162 [1] 6/11
70163 [1] 9/4
70458 [1] 4/19
70502 [1] 1/18
70505 [1] 9/13
70601 [1] 3/24
70726 [1] 3/11
70801 [1] 3/9
70804 [1] 5/17
75219 [1] 4/7
75270 [1] 7/24
7611 [1] 6/8
767 [1] 8/22
77002 [1] 8/16
77006 [1] 4/13
77010 [2] 7/19 8/4
77550 [1] 4/22
777 [1] 2/17
77701 [1] 5/7
7778 [1] 9/18
78257 [1] 2/11

**8**
800 [1] 7/3
82,000 [1] 20/3
820 [1] 1/21
8397 [1] 2/24
8th [1] 5/10

**9**
9,385 [1] 20/5
90071 [1] 6/14
909 [1] 3/17
94005 [1] 5/17
94102 [1] 6/5
983 [1] 20/9
9:00 [2] 1/7 29/12
9th [1] 3/14

**A**
a.m [1] 1/7
ability [1] 30/21
able [1] 13/21
about [15] 12/17 12/24 13/16 14/24 19/1 19/14 19/16 20/2 20/5 21/17 22/17 22/25 26/4 30/3 30/4
above [1] 30/22
above-entitled [1] 30/22
Abramson [1] 4/2
absent [1] 17/4
Absolutely [1] 14/11
accepted [2] 20/16 23/9
access [1] 22/3
account [2] 26/2 27/1
action [1] 22/19
actions [1] 19/14
active [1] 12/25
activity [1] 15/7
actually [3] 20/10 25/6 27/16
ad [1] 21/2
ad litem [1] 21/2
addition [2] 17/7 18/16
address [1] 19/15
adequate [1] 21/10
adjourned [2] 30/16 30/17
administrator [4] 12/16 20/12 22/22 23/18
advance [1] 23/3
advisement [1] 21/15

## A

affair [1] 27/18
after [7] 16/9 25/18 26/22 28/12 28/14 28/23 28/25
again [13] 11/5 11/6 11/8 11/17 11/17 12/15 14/18 15/17 24/8 26/1 29/3 30/3 30/5
against [1] 25/13
agenda [1] 11/20 11/24
aggressive [1] 26/17
ago [5] 11/13 12/23 15/20 16/15 19/1
agreed [3] 23/2 26/10 29/3
agreement [1] 18/18
aided [1] 9/25
Airborne [1] 9/11
Alabama [4] 2/8 3/8 5/12 5/14
ALAN [1] 8/3
Alaska [1] 25/24
Alhambra [1] 2/20
all [23] 1/8 11/3 11/8 11/10 11/19 13/6 14/8 15/8 16/5 16/19 18/8 18/22 21/18 23/15 26/3 26/19 29/14 29/21 30/1 30/2 30/5 30/13 30/15
ALLAN [1] 5/19
alleged [1] 19/8
allegedly [1] 13/15
alleges [1] 14/1
alleging [1] 13/17
Allen [1] 3/6
ALLISON [1] 7/22
almost [1] 27/18
alone [1] 25/13
along [2] 20/22 26/19
ALPHONSO [1] 2/16
also [8] 9/14 11/22 12/8 16/7 17/6 17/17 28/25 29/6
although [1] 25/15
ALVAREZ [1] 3/16
am [1] 24/16
amended [4] 15/8 15/9 15/11 16/11
America [22] 6/3 6/7 6/16 6/16 6/17 6/19 6/20 6/21 6/22 6/23 6/24 6/25 7/2 7/3 7/4 7/5 7/6 7/8 7/8 7/9 7/11 7/12
amount [1] 20/17
amounts [1] 24/23
Anadarko [4] 8/5 8/6 8/9 8/9
analysis [1] 24/12
ANDREW [1] 6/16
Andy [1] 12/19
Angeles [1] 6/14
ANNIKA [1] 5/9
announce [1] 28/25
announced [1] 27/23
announcements [1] 11/21
another [3] 25/25 28/4 29/6
answer [1] 16/21
ANTHONY [2] 2/10 4/9
Antonio [1] 2/11
any [9] 14/2 14/24 16/18 16/24 22/14 23/20 24/8 26/23 28/12
anybody [7] 14/24 17/1 18/5 18/5 19/22 20/24 28/6
anyone [2] 23/23 30/12
anything [8] 14/24 17/1 18/6 18/7 19/22 20/24 30/6 30/12
APC [2] 3/10 7/2
apparently [1] 24/3
appeal [6] 15/22 15/23 16/8 18/25 19/2 19/7
appealed [1] 16/3
Appearances [9] 1/14 2/1 3/1 4/1 5/1 6/1 7/1 8/1 9/1

Applies [1] 1/8
appointed [1] 12/22
appreciate [1] 14/10
appropriate [2] 13/22 16/17
approval [3] 21/12 21/20 23/3
approved [2] 22/21 25/10 26/15
approximately [1] 13/10
APRIL [2] 1/6 14/1
April 20 [1] 14/1
are [51]
area [1] 15/19
argue [1] 19/10
argument [6] 12/11 13/4 15/23 16/4 19/2 21/16
around [4] 11/15 21/25 27/6 30/9
arrangements [1] 27/13
arrived [1] 22/7
artificial [1] 26/23
as [27] 12/22 13/5 13/12 13/19 15/3 15/18 16/14 16/16 17/13 17/13 17/21 19/11 20/2 21/10 23/4 23/14 23/21 24/13 24/18 24/22 24/24 26/2 27/15 27/23 27/24 28/11 30/9
Ash [1] 28/13
Ash Wednesday [1] 28/13
ask [1] 13/23
assessed [1] 25/5
assessment [1] 24/12
Associates [1] 5/5
at [20] 11/21 11/24 12/3 12/15 13/4 21/6 21/20 22/4 22/7 23/9 25/2 26/11 26/25 27/14 27/16 27/19 27/19 28/13 28/17 29/12
attention [3] 14/7 27/4 27/12
attorney [3] 5/12 5/15 21/6
attorneys [1] 27/5
August [1] 21/24
August 31 [1] 21/24
authority [1] 23/20
available [2] 23/20 24/19
Avenue [8] 1/21 3/11 4/6 5/13 6/4 6/14 7/9 8/22
Aviation [1] 9/8
aware [3] 14/18 16/25 23/21
away [1] 29/22

## B

BABIUCH [1] 6/17
back [4] 28/11 28/19 29/9 29/11
bad [1] 11/18 14/17
BARBIER [1] 1/11
Barnett [1] 9/2
Baron [1] 4/5
BARR [1] 2/3
bars [1] 28/11
Bart [1] 3/16
based [1] 18/12
basically [4] 17/24 20/18 25/13 27/18
Baton [3] 3/4 5/17 21/6
Baton Rouge [1] 21/6
BATTISTE [1] 7/22
Baylen [1] 2/4
be [37]
Beach [1] 1/25
Beasley [1] 3/6
Beaumont [1] 5/7
because [7] 14/13 22/2 23/12 23/12 24/6 26/8 30/10
Beck [2] 7/17 7/17
Becnel [2] 3/19 3/19
become [1] 12/22
becomes [1] 25/17
been [24] 12/8 13/21 15/11 15/15 16/3

16/3 16/8 16/18 16/19 16/22 17/15 20/4 26/19 27/4 27/11 28/6 29/18
before [8] 1/11 12/25 13/19 14/15 15/4 18/22 22/7 27/10
began [2] 20/14 23/5
begin [1] 22/22
behold [1] 25/23
being [11] 12/4 16/12 16/13 18/8 21/24 24/23 24/23 25/5 25/5 25/6 27/13
believe [10] 12/21 13/3 14/4 15/13 15/16 16/21 17/13 23/19 23/24 29/3
Belle [1] 2/24
BEN [1] 9/12
bench [1] 11/13
beneficial [1] 22/24
Bernstein [1] 5/9
Besides [1] 18/24
best [5] 19/15 23/24 24/14 26/3 30/21
between [2] 18/19 27/17
beyond [1] 24/17
billion [2] 20/18 24/24
Bingham [1] 8/9
bits [1] 15/7
Bldg [1] 6/4
Bockius [1] 8/15
booted [1] 27/14
Boulevard [1] 4/12
Bounds [1] 2/6
Bourbon [1] 28/9
Bourbon Street [1] 28/9
Boush [1] 5/3
Bowl [5] 27/9 27/15 27/21 28/1 28/3
BOWMAN [1] 7/21
Box [1] 1/17 2/4 3/8 5/17 6/4 6/8
BP [29] 6/16 6/16 6/17 6/18 6/18 6/19 6/21 6/22 6/22 6/23 6/24 6/25 7/2 7/3 7/3 7/4 7/5 7/6 7/8 7/8 7/9 7/10 7/10 7/11 12/19 18/19 18/25 19/5 19/24
Branch [1] 6/3
breach [2] 13/16 13/16
Breit [2] 1/23 1/24
Brent [2] 5/5 5/6
BRIAN [1] 2/3
brief [2] 14/12 15/17
briefed [2] 15/12 16/3
briefing [1] 16/10
briefly [1] 13/9
briefs [1] 20/3
Broad [1] 3/23
Broadway [2] 2/14 8/13
BROCK [1] 7/8
broken [1] 20/19
brought [4] 15/15 16/1 27/4 27/11
BROUSSARD [1] 7/14
BRUCE [1] 7/21
bucket [1] 16/6
buckets [2] 15/5 15/6
Budd [1] 4/5
BUDDY [1] 5/16
building [2] 2/11 30/8
Burling [1] 7/8
Burr [1] 5/22
business [1] 23/6
but [17] 11/23 14/15 16/23 18/13 19/16 20/7 21/15 22/24 24/9 25/4 25/14 25/16 25/23 28/2 28/11 29/24

## C

Cabraser [1] 5/8
CALDWELL [1] 5/16
calendar [1] 29/7
calendared [3] 15/23 16/4 19/2

**C**

California [2]  6/5 6/14
call [2]  14/14 29/14
called [1]  12/11
CALVIN [1]  3/10
Cameron [2]  7/13 7/17
Camp [1]  5/20
can [3]  16/22 22/22 24/13
Canal [2]  7/3 8/19
cancel [1]  29/5
CANDICE [1]  4/24
capacity [1]  21/4
Capitol [1]  2/17
CARL [1]  1/11
Carondelet [2]  3/14 7/15
case [15]  11/14 12/22 14/2 14/6 15/21
  16/10 16/11 17/2 21/14 23/11 24/12
  25/22 25/25 26/21 27/5
cases [20]  1/8 12/25 13/8 13/10 13/13
  13/14 13/16 14/19 15/1 15/5 15/7
  15/15 15/18 15/20 15/25 16/6 16/9 16/12
  18/15
casualty [1]  25/20
categorize [1]  13/12
category [1]  21/11
caught [1]  14/7
caused [1]  13/17
CCR [3]  9/16 30/20 30/25
center [1]  18/14
certain [2]  12/13 18/19
CERTIFICATE [1]  30/19
certify [1]  30/21
change [1]  20/18
changed [1]  30/9
Charles [1]  3/24
charts [1]  25/1
chase [1]  29/22
chases [1]  28/10
Chasse [1]  2/24
Chicago [1]  6/18
Christmas [1]  27/8
Circle [1]  2/20
Circuit [2]  15/23 19/1
circumstance [1]  23/12
city [3]  27/6 27/13 27/22
Civil [1]  6/3
claim [1]  24/13
claimants [2]  22/17 24/20
claims [20]  12/9 12/11 12/16 20/4 20/12
  20/14 22/19 22/19 22/21 22/22 22/22
  23/2 23/8 23/18 24/21 24/22 24/23 25/5
  25/5 25/6
class [9]  21/3 21/10 22/18 23/15 23/19
  23/20 23/22 24/14 24/15
classes [2]  21/3 26/13
clean [1]  28/9
clearly [2]  23/16 24/18
client [1]  24/13
client's [1]  24/12
clients [3]  24/4 24/5 24/11
clock [1]  28/9
Coats [1]  7/2
Colson [1]  2/19
come [3]  28/11 29/22 30/10
coming [1]  21/25
commencement [1]  17/22
Company [10]  6/16 6/17 6/22 6/22 7/3
  7/3 7/9 7/9 8/6 8/10
complaint [4]  15/9 15/9 15/12 16/11
completed [3]  17/15 17/16 18/2
computer [1]  9/25
computer-aided [1]  9/25

concern [1]  19/16 22/1
conference [1]  21/18
conditional [6]  12/17 12/21 12/23 13/2
  13/6 14/25
conference [9]  1/11 11/20 11/22 11/24
  29/2 29/5 29/5 29/8 29/11
confirm [1]  16/22
conjunction [1]  21/1
consider [3]  24/6 25/9 26/24
considered [1]  22/11
considering [3]  25/9 26/17 28/15
consolidated [1]  15/12
construed [1]  19/6
consulted [1]  29/2
contact [1]  14/11
continual [1]  25/4
continue [2]  19/16 26/7
continued [1]  22/8
continuing [4]  14/19 20/21 21/15 24/25
contract [1]  13/16
contrast [1]  20/8
control [1]  17/12
conveniens [1]  15/21
convinced [1]  26/10
Coon [2]  5/5 5/6
coordinate [2]  13/21 14/19
coordinated [1]  16/20
coordinating [1]  16/15
Coral [1]  2/21
COREY [1]  5/13
corporate [1]  17/14
Corporation [4]  7/14 7/17 8/6 8/9
correct [4]  16/2 18/3 19/5 30/21
Cossich [1]  2/22
could [3]  14/8 26/12 27/2
counsel [3]  12/20 29/3 29/10
count [1]  13/9
couple [6]  11/20 15/7 18/11 18/17 21/17
  28/17
course [6]  12/4 12/10 21/13 22/11 22/18
  27/7
court [27]  1/1 9/16 11/7 11/25 12/25
  13/25 14/15 14/17 15/1 21/2 21/7 21/15
  21/21 21/23 22/4 22/8 22/10 22/13 22/21
  23/3 23/11 23/17 25/21 30/16 30/20
  30/20 30/25
courtroom [1]  29/18
courts [1]  13/10
coverage [3]  18/15 18/21 19/1
Covington [1]  7/8
Craft [1]  2/9
Craig [2]  4/20 4/21
criteria [1]  23/14
Crow [1]  3/6
cumulative [1]  12/5
Cunningham [2]  2/6 2/7
current [1]  24/17
customarily [1]  13/5

**D**

D.C [4]  6/8 6/23 7/9 8/10
Dallas [2]  4/7 7/24
damage [2]  13/17 25/22
Daniel [2]  3/19 3/19
data [1]  24/21
date [14]  17/20 17/21 21/19 22/7 22/8
  26/7 26/7 26/19 26/20 27/1 28/24 29/6
  29/7 29/9
dates [1]  21/21
Dauphin [1]  2/7
DAVID [2]  2/23 7/17
DAVIS [1]  6/13
DAVIS-DENNY [1]  6/13

day [7]  14/6 20/13 28/5 29/13 29/14
  30/13
daylong [1]  27/16
days [2]  12/22 28/18
deadline [7]  21/24 22/5 22/6 22/11 24/17
  24/17 26/23
deadlines [1]  22/14
deal [3]  19/17 19/19 23/7
dealing [3]  12/8 12/9 12/10
dealt [1]  12/15
DEBORAH [2]  5/3 8/6
December [4]  15/24 16/4 19/2 29/7
December 18 [1]  29/7
December 3 [1]  19/2
December 4 [2]  15/24 16/4
decide [1]  26/21
decided [2]  25/21 28/16
decision [5]  23/21 23/25 24/9 24/13
  28/21
decisions [1]  26/2
DEEPWATER [9]  1/5 6/11 6/11 6/14
  6/14 13/12 14/3 20/14 23/2
Deepwater Horizon [4]  13/12 14/3 20/14
  23/2
defendants [1]  25/14
deGRAVELLES [2]  3/2 3/3
Denham [1]  3/11
DENNY [1]  6/13
Department [2]  6/2 6/6
depending [1]  12/6 17/23
deposition [1]  17/5
depositions [7]  16/25 17/11 17/14 17/16
  17/19 18/7 18/8
derivative [2]  15/19 15/21
detailed [2]  23/13 25/3
determinations [4]  20/5 20/7 20/15 20/21
developed [1]  16/24
Dexter [1]  5/13
Diaz [2]  4/14 4/15
did [3]  11/12 21/7 26/8
didn't [2]  19/10 26/22
different [2]  14/8 15/5
directed [1]  15/11
directly [1]  14/14
discovery [11]  13/19 13/22 16/15 16/15
  16/16 16/18 16/19 17/5 17/10 18/1 18/6
discussed [1]  15/3
discussion [1]  30/4
discussions [1]  19/14
dismiss [3]  15/10 15/17 16/10
dismissal [2]  16/8 16/10
dismissed [3]  15/10 15/21 16/7
dispute [1]  13/1
disputes [1]  18/19
DISTRICT [7]  1/1 1/2 1/12 12/22 15/4
  30/20 30/20
disturbing [1]  24/1
dividend [1]  16/9
Division [1]  6/3
do [17]  11/18 11/24 12/4 13/6 14/1 17/5
  21/17 22/15 23/24 25/14 26/23 27/24
  28/2 29/12 29/19 29/21 30/21
docket [1]  14/12
document [1]  16/22
documents [1]  23/16
does [1]  22/21
doing [3]  22/2 25/15 25/16
dollars [1]  24/25
Domengeaux [1]  1/15
Dominion [1]  2/10
don't [14]  14/5 16/24 25/15 28/1
DONALD [1]  7/21
done [2]  11/11 11/17

**D**

DOUGLAS [1] 5/20
down [3] 11/14 20/19 28/8
Downtown [1] 27/20
Doyle [4] 9/16 30/20 30/24 30/25
Drawer [1] 3/20
Drescher [1] 1/23
Drilling [2] 6/11 6/14
Drive [1] 2/10
due [1] 13/15
Dunbar [1] 8/4
duties [1] 24/4
Dynamic [1] 9/8

**E**

each [4] 21/2 21/4 21/7 29/23
earlier [1] 15/9
earliest [1] 26/25
East [1] 2/17
EASTERN [1] 1/2 30/20
economic [1] 23/1
EDWARD [1] 8/12
Edwards [1] 1/16
effectively [1] 23/6
Eidson [1] 2/19
Eiland [2] 4/20 4/21
Eileen [1] 11/15
either [1] 14/25
electricity [1] 22/3
eligibility [1] 20/5
ELIZABETH [1] 7/3
Ellis [2] 6/16 6/21
Ellison [3] 15/4 15/20 15/25
Ellison's [1] 17/2
Elm [1] 7/23
else [7] 14/24 17/1 18/5 19/22 20/24 25/12 30/12
elsewhere [1] 13/11
employ [1] 12/3
end [6] 11/21 11/24 12/7 20/13 25/22 28/7
ended [2] 21/24 25/18
Energy [2] 7/20 8/2
Enforcement [1] 6/7
enough [1] 26/24
entered [1] 18/25
entertain [1] 12/5
entertaining [1] 12/7
entitled [1] 30/22
Environmental [1] 6/7
ERIKA [1] 7/23
ERISA [1] 16/7
ERVIN [1] 2/19
ESPY [1] 2/16
ESQ [65]
essentially [2] 16/12 16/19
establish [2] 22/21 23/2
established [1] 16/14
ethical [1] 24/4
EVANS [1] 8/18
eve [1] 26/9
even [2] 27/12 29/24
event [2] 27/16 28/12
events [1] 22/18
ever [2] 23/20 28/6
every [1] 11/18
everybody [5] 11/5 11/14 11/16 26/6 29/16
everybody's [1] 28/15
everyone [8] 11/4 23/4 23/25 25/14 27/7 28/10 29/3 30/13
everyone's [1] 28/20

**F**

facility [7] 12/9 20/14 22/20 22/22 23/3 24/22 25/4
fact [4] 16/16 17/16 27/21 29/9
factor [1] 30/1
fair [2] 21/9 24/7
fairness [7] 11/22 12/3 21/18 26/18 26/20 26/22 29/1
fall [1] 21/10
falls [1] 27/22
Fayard [2] 3/10 3/10
FCRR [3] 9/16 30/20 30/25
features [1] 22/25
February [7] 26/8 27/7 28/5 28/13 28/22 28/23 29/9
February 12 [1] 28/5
February 13 [1] 28/13
February 25 [3] 28/22 28/23 29/9
Federal [1] 6/4
feel [1] 12/4
festival [3] 27/19 27/21 28/3
few [3] 21/14 27/6 28/18
fiduciary [1] 24/3
Fifteenth [1] 6/22
Fifth [3] 8/22 15/23 19/1
Fifth Circuit [2] 15/23 19/1
figure [1] 19/18
figures [1] 20/10
file [1] 22/1
filed [11] 9/15 15/14 16/8 17/8 19/15 20/4 21/8 22/10 22/23 25/5 26/13
filing [1] 20/3
final [10] 12/3 12/23 21/12 22/6 23/3 26/18 26/20 28/25 29/8 29/11
finally [5] 17/20 22/20 23/9 26/14 28/4
Financial [2] 8/25 9/6
find [1] 30/8
Firm [5] 4/8 4/14 4/17 4/23 5/2
first [6] 11/11 11/12 15/8 17/19 18/21 21/17
FITCH [1] 8/9
FLANDERS [1] 8/12
flexible [1] 17/21
Floor [4] 3/14 5/10 5/24 6/14
Florida [3] 2/5 2/21 3/11
focus [1] 17/8
folks [2] 29/15 29/17
follow [1] 14/21
followed [2] 15/9 17/15
foregoing [1] 30/21
foreign [1] 18/12
foreign-based [1] 18/12
form [3] 24/10 24/11 25/25
formerly [1] 30/11
formula [1] 20/8
forth [1] 12/2 23/16
forum [1] 15/21
forward [1] 26/11
found [2] 21/9 25/23

everything [3] 17/25 29/15 29/25
evidentiary [1] 24/2
exceptions [1] 18/11
excess [3] 8/18 18/20 18/22 19/4
expeditiously [1] 19/18
expert [3] 16/17 18/17 18/18
experts [1] 18/3
Exploration [3] 6/18 6/23 7/4 7/10
extend [3] 22/10 22/14 24/16
extended [1] 22/4
extremely [1] 23/13
Exxon [2] 25/17 25/20
Exxon Valdez [2] 25/17 25/20

**G**

four [1] 15/5
Franki [1] 5/5
frankly [1] 25/19
Frilot [1] 6/10
Frugé [1] 3/3
fulfilling [1] 24/3
full [1] 28/23
fully [2] 15/12 16/3
fundamental [1] 22/15
FUNDERBURK [1] 8/15
funny [1] 11/10
further [2] 22/10 23/16

Gables [1] 2/21
Galloway [1] 5/22
Galveston [1] 4/22
game [1] 27/17
GANUCHEAU [1] 7/18
garbage [1] 28/8
GASAWAY [1] 6/22
Gate [1] 6/4
gave [1] 21/19
Geiger [1] 9/8
General [2] 5/12 5/15
generally [1] 18/10
generic [1] 24/10
get [2] 26/6 29/20
GISLESON [1] 1/20
give [3] 14/9 14/13 27/17
go [9] 13/8 25/13 26/11 28/11 28/12 28/17 28/18 30/3 30/5
goal [1] 26/19
Godwin [3] 7/20 7/21 8/2
going [20] 11/21 24/16 25/24 25/25 26/13 26/13 27/6 27/14 27/19 27/23 27/25 28/2 28/2 28/3 28/17 28/22 29/5 29/12 29/12 29/13 30/3
Golden [1] 6/4
GONZALEZ [1] 2/19
good [6] 11/4 11/8 14/23 19/25 22/15 30/13
got [2] 20/11 20/11
Gotshal [1] 8/21
Grand [1] 6/14
GRANT [1] 6/13
graphs [1] 24/25
Gras [8] 27/22 27/24 27/25 28/2 28/4 28/5 28/6 28/23
gravity [1] 18/14
GREENWALD [1] 2/13
grounds [1] 15/21
Group [1] 9/9
guardians [2] 21/2 21/5
Guerra [1] 2/9
guess [7] 11/17 12/23 17/5 21/19 23/18 27/24 29/14
GULF [2] 1/6 13/11

**H**

had [16] 11/16 12/11 16/1 19/13 21/2 21/21 21/23 23/6 23/8 25/18 26/7 27/12 29/17 30/4 30/9 30/10
HAECKER [1] 7/3
Halliburton [2] 7/20 8/2
hand [1] 18/20
happened [2] 25/20 29/16
happens [1] 17/23
has [29] 11/25 12/20 13/1 15/4 15/23 16/3 16/3 16/8 16/18 16/19 17/17 17/21 19/2 20/15 21/15 21/19 22/13 23/4 23/20 23/23 24/8 25/14 26/19 27/11 27/22 28/6 29/3 30/2 30/7

## H

HASSINGER [1] 5/23
have [57]
haven't [1] 11/16
having [1] 24/16
Haycraft [1] 17/4
HB [1] 9/17
HB-406 [1] 9/17
he [2] 23/5 23/6
heard [3] 13/3 24/2 27/23
hearing [9] 11/22 12/3 15/13 21/18 26/18 26/20 26/22 28/15 29/1
Heimann [1] 5/8
her [1] 24/14
here [22] 11/11 11/24 14/4 16/24 18/10 18/14 18/17 21/16 23/18 25/3 25/15 25/16 27/13 27/19 29/15 29/17 29/19 29/20 29/21 29/23 29/25 30/10
hereby [1] 30/21
Herman [4] 1/19 1/19 1/20 19/25
herself [1] 24/9
Hicks [1] 2/19
highlights [1] 18/17
highly [1] 24/9
Highway [1] 2/24
himself [1] 24/9
his [2] 24/14 28/8
hold [1] 29/4
Holdings [8] 6/10 6/13 6/19 6/24 7/5 7/11 8/22 9/3
holidays [2] 27/8 28/20
Holthaus [1] 3/2
home [1] 28/11
Honeycutt [1] 3/10
Honor [17] 12/9 13/9 14/4 14/11 14/22 15/3 15/20 16/21 17/7 18/3 18/10 18/16 18/25 19/6 19/21 19/25 20/23
HONORABLE [1] 1/11
HORIZON [5] 1/5 13/12 14/3 20/14 23/2
horse [1] 28/8
hotel [1] 27/13
Houston [5] 4/13 7/19 8/4 8/16 17/3
how [9] 12/6 19/15 22/17 23/15 24/22 25/3 25/7 28/1 29/19
however [3] 22/15 23/24 26/20
Hudson [1] 5/10
hundred [1] 6/2
Hurricane [1] 21/25
Hurricane Isaac [1] 21/25

## I

I'll [1] 11/10
I'm [9] 11/21 16/25 20/19 22/25 23/18 23/21 29/12 29/12 29/23
I've [2] 14/14 14/15
idea [1] 14/17
if [14] 11/18 14/8 15/2 22/14 23/23 25/10 25/10 25/11 25/17 26/14 28/6 29/21 29/23 30/5
III [1] 9/9
Illinois [1] 6/18
Imprevento [1] 1/23
in [86]
inappropriate [1] 24/10
Inc [36]
incident [3] 13/12 14/1 14/6
including [2] 16/16 18/3
incompetents [2] 21/4 21/11
independent [1] 21/8
indicates [1] 13/24
individual [8] 15/14 15/18 24/4 24/8 24/11 24/12 24/13 25/13
individually [1] 23/25
information [5] 14/2 17/9 17/10 21/10 25/1
initial [1] 16/9
injuries [1] 14/1
injury [4] 13/13 13/24 13/25 14/6
input [1] 28/15
insurance [2] 18/15 19/23
insured [3] 19/6 19/8 19/9
insurers [2] 18/20 18/22
intend [1] 12/3
interest [3] 23/24 24/14 26/3
interested [1] 26/6
International [5] 7/13 7/17 8/24 9/6 9/12
Internet [1] 22/3
interpleader [1] 19/14
interpretations [1] 23/17
interrupt [1] 28/19
into [8] 13/8 21/10 25/11 25/12 26/2 27/1 28/11 29/18
investigation [1] 21/8
involve [2] 13/13 13/14
involved [1] 15/6
involving [3] 13/13 14/6 16/6
Irpino [2] 4/8 4/9
is [54]
Isaac [1] 21/25
issue [3] 19/11 25/22 26/21
issued [7] 10/3 12/1 12/10 12/20 17/10 19/3 23/17
issues [6] 14/25 17/12 19/1 19/23 23/7
it [31]
it's [14] 12/21 14/7 20/21 23/24 24/9 24/14 24/25 25/6 25/10 25/24 26/2 27/4 27/16 27/17

## J

Jack [1] 21/7
Jackson [1] 2/17
JAMES [2] 1/16 5/16
January [10] 11/23 17/17 27/3 27/7 27/9 27/25 28/18 29/11 29/12 29/14
January 14 [2] 27/3 28/18
January 17 [1] 29/14
January 18 [2] 29/11 29/12
January 2 [1] 27/9
January 25 [1] 17/17
January 6 [1] 27/25
JEFF [1] 2/20
Jefferson [1] 1/17
JEFFREY [1] 1/24
JENNY [1] 7/22
JIMMY [1] 4/12
jobs [1] 29/19
JOEY [1] 4/15
JOHN [2] 3/3 8/15
Johnson [1] 5/22
JONES [1] 3/7
JR [6] 3/10 3/13 3/19 3/19 5/23 7/21
judge [17] 1/12 11/16 13/21 14/12 14/14 15/4 15/20 15/25 17/2 17/10 17/17 18/23 19/13 25/16 26/6 30/2 30/7
Judge Ellison [1] 15/20
Judge Shushan [7] 13/21 17/10 17/17 18/23 19/13 30/2 30/7
Judge Shushan's [1] 26/6
judges [3] 14/15 14/18 30/10
June [4] 17/21 20/15 23/6 24/24
June 17 [1] 17/21
June 4 [1] 23/6
Juneau [1] 20/16
Juneau's [2] 20/11 23/4
just [10] 14/18 17/8 18/17 20/3 20/16

## K

Kanner [2] 5/19 5/19
Katz [1] 1/19
KEISER [1] 2/20
KERRY [1] 6/10
kind [1] 26/23
Kirkland [2] 6/16 6/21
know [9] 14/18 17/20 18/12 19/13 27/15 28/1 28/7 28/11 30/2
knows [2] 23/4 27/7
KRAUS [1] 5/20
Kuchler [2] 8/5 8/6
Kullman [1] 4/2

## L

Laborde [2] 9/8 9/11
lack [2] 21/4 22/2
laed.uscourts.gov [1] 9/18
Lafayette [1] 1/18 9/13
Lake [1] 3/24
Lamar [1] 8/3
Lambert [2] 4/23 5/23
Lamonica [1] 21/5
LANGAN [4] 6/16 12/18 12/19 17/4
Laperouse [1] 9/8
large [2] 23/7 24/11
largely [1] 15/10
Lasalle [1] 6/17
last [10] 11/25 12/11 12/14 12/20 25/21 26/8 27/17 29/16 30/5 30/9
later [1] 15/14
law [7] 3/19 4/8 4/14 4/17 4/20 5/2 21/6
Lawn [1] 4/6
lawsuits [1] 25/13
lawyers [5] 24/2 24/10 27/12 29/18 29/20
layer [2] 18/20 18/22
leading [1] 28/4
leads [1] 28/8
lease [1] 13/16
least [5] 27/14 27/16 27/19 28/13 28/17
leave [1] 28/12
Lee [1] 7/2
Leger [2] 3/13 3/13
LEO [1] 9/9
less [1] 23/18
let [3] 13/23 14/18 26/5
Let's [3] 11/6 12/17 13/8
letter [1] 14/12
letters [2] 24/10 24/11
Levin [1] 2/2
Lewis [2] 4/2 8/15
liaison [1] 12/20 29/2 29/10
Lieff [1] 5/8
light [1] 29/8
like [5] 13/14 13/22 17/25 18/12 28/22
limit [1] 12/6
Limited [4] 6/19 6/25 7/6 7/11
line [4] 17/9 17/9 17/11 25/5
lists [1] 13/6
litem [1] 21/2
literally [3] 26/9 28/9 29/17
litigation [2] 25/18 25/24
little [2] 14/9 24/1
LLC [18] 1/16 1/19 2/6 2/23 3/16 5/19 6/10 6/10 6/13 7/13 8/6 8/12 8/15 8/22 8/23 9/4 9/4 9/8
LLP [12] 2/9 3/3 3/22 5/9 6/13 6/16 6/21 7/17 8/9 8/18 8/21 9/2
lo [1] 25/23
logistics [1] 30/4

## L

long [2] 27/12 28/14
long-standing [1] 27/12
looking [1] 27/18
Los [1] 6/14
lost [1] 13/14
lot [1] 30/4
lots [1] 24/21
LOUISIANA [32]
LP [2] 8/6 8/10
LSU [1] 2/6
Lundy [3] 3/22 3/22 3/23
LUTHER [1] 5/12
Luxenberg [1] 2/13

## M

M-I [1] 8/15
made [7] 20/15 20/16 22/9 22/23 23/15 26/10 28/21
Madison [1] 4/16
Magazine [2] 4/9 4/24
MAGGIE [1] 7/14
Magistrate [1] 18/22
magnitude [1] 26/17
main [3] 3/4 12/3 27/11
major [1] 15/19
make [8] 11/21 14/17 23/25 24/8 24/13 25/3 26/2 29/25
makes [1] 28/16
making [1] 23/21
Management [2] 8/21 9/3
manager [1] 11/14
Manges [1] 8/21
many [3] 12/7 16/14 17/13
Mardi [8] 27/22 27/24 27/25 28/2 28/4 28/5 28/6 28/23
Mardi Gras [5] 27/24 28/2 28/4 28/6 28/23
Marine [6] 8/23 8/24 8/24 9/4 9/5 9/6
MARTIN [1] 5/9
MARTINEZ [1] 7/22
masses [1] 24/5
master [1] 19/19
matter [1] 30/22
matters [1] 18/21
MATTHEW [1] 3/23
may [10] 14/13 18/2 19/17 19/17 21/19 22/2 25/8 25/16 29/22 29/22
maybe [1] 19/19
MAYEAUX [1] 9/12
MAZE [1] 5/13
McALOON [1] 9/9
McCutchen [1] 8/9
McKinney [1] 7/18
McLEOD [1] 8/18
MD [1] 1/4
MDL [4] 14/5 15/2 15/6 15/16
me [6] 13/23 14/9 14/13 14/17 24/1 26/10
mean [1] 25/12
meaning [1] 20/15
meantime [1] 16/14
mechanical [1] 9/25
mediator [1] 19/20
MEKEL [1] 3/16
member [1] 23/15
members [3] 21/3 21/10 23/19
mention [1] 18/24
Methvin [1] 3/6
MEXICO [1] 1/6
MICHAEL [2] 2/16 6/3
middle [1] 27/22

## N (midnight column continues)

midnight [1] 28/10
might [2] 10/23 23/8
MIKE [1] 7/8
Miles [1] 3/6
MILLER [2] 3/7 6/10
million [4] 20/5 20/6 20/20 20/21
minors [2] 21/4 21/11
minute [1] 11/5
Mississippi [2] 2/17 4/16
misunderstanding [1] 22/16
Mitchell [1] 2/2
Mobile [1] 2/8
MOEX [1] 8/12
Monday [3] 27/3 28/22 28/23
Monies [1] 12/13
Montgomery [3] 3/8 5/14 9/2
month [1] 12/12
monthly [2] 1/11 11/20
months [3] 16/14 23/5 28/17
more [8] 13/1 14/2 14/9 20/6 20/10 23/9 24/18 26/5
Morgan [2] 2/16 2/16 8/15
morning [6] 11/4 11/8 19/25 21/16 29/3 29/10
Morris [1] 3/16
most [1] 11/4
motion [6] 15/10 15/10 16/7 16/10 16/13 21/16
motions [3] 15/17 21/14 22/10
move [2] 29/10 29/12
moving [2] 15/2 29/9
Mr [1] 12/18
Mr. [6] 17/4 17/4 20/11 21/5 23/4 25/2
Mr. Haycraft [1] 17/4
Mr. Juneau [1] 23/4
Mr. Juneau's [2] 20/11 23/4
Mr. Lamonica [1] 21/5
Mr. Langan [1] 17/4
Munger [1] 6/13
must [1] 29/18
my [11] 11/14 14/7 24/3 25/2 25/6 26/19 26/21 27/4 27/11 29/18 30/21
myself [1] 14/14

## N

named [3] 19/5 19/8 19/9
nature [1] 23/13
necessary [1] 13/20
need [12] 12/4 22/14 25/9 26/1 26/21 29/4 29/21 29/22 29/23 29/24 29/25 30/3
needs [2] 23/25 30/6
Neuner [1] 9/11
new [34]
New Orleans [3] 18/11 18/14 27/19
New Year's [1] 27/8
next [2] 13/4 14/9
night [2] 27/24 28/7
Ninth [1] 4/18
no [8] 12/24 13/2 21/16 22/13 22/19 22/19 28/16 29/4
No. [1] 12/21
No. 64 [1] 12/21
non [1] 15/21
nonparty [1] 18/11
Norfolk [1] 5/4
normal [1] 11/24
North [14] 5/16 6/17 6/17 6/19 6/20 6/23 6/24 6/25 7/4 7/5 7/6 7/9 7/11 7/12
not [19] 11/14 11/18 12/4 14/5 14/16 15/2 19/17 19/17 21/15 23/8 24/3 24/7 24/16 26/11 26/14 26/23 27/16 29/21 29/24
notice [2] 13/23 16/7

## O (November column)

November [11] 13/3 17/13 21/18 22/8 22/17 25/6 26/18 29/1 29/4 30/14
November 16 [2] 29/2 29/4
November 1 [2] 22/8 24/17
November 29 [1] 13/3
November 30 [1] 17/13
November 8 [5] 21/18 25/3 26/18 29/1 30/14
now [16] 12/23 12/24 14/5 15/12 16/3 16/10 17/9 22/25 23/5 24/21 24/24 25/24 26/5 27/15 27/16 28/25
NRC [1] 9/7
number [9] 12/1 12/8 13/20 14/15 17/16 21/13 22/4 22/9 23/7
numbers [3] 20/2 20/19 24/11
NW [3] 6/22 7/9 8/10

## O

O'Brien's [2] 8/21 9/2
O'Keefe [2] 1/21 9/3
O'ROURKE [1] 6/7
Oak [1] 4/6
objection [3] 12/24 13/2 21/23
objections [4] 12/5 20/8 21/21 22/2
obligations [1] 18/21
obviously [2] 14/8 23/23
October [6] 1/6 11/2 12/10 12/12 20/13 22/6
October 1 [2] 12/10 22/6
October 16 [1] 12/12
October 24 [1] 20/13
off [2] 20/20 28/10
offer [2] 19/22 30/12
offers [1] 20/16
office [10] 1/17 2/4 3/8 3/20 5/12 5/15 5/17 6/8 20/12 23/4
Offices [2] 3/19 4/20
Official [3] 9/16 30/20 30/25
Offshore [5] 6/10 6/13 8/12 8/22 9/4
oil [4] 1/5 1/5 13/15 13/17
Okay [3] 13/8 18/5 30/13
old [1] 20/2
Olson [1] 6/13
on [47]
once [1] 11/18
one [20] 12/4 12/20 13/1 13/13 13/25 14/6 14/7 15/6 18/13 18/13 18/19 21/5 22/24 24/1 25/11 25/25 26/5 27/21 29/22 29/23
ones [1] 19/15
ongoing [1] 18/1
only [3] 11/18 20/9 22/21
open [2] 11/7 23/6
operating [1] 23/6
operation [1] 20/14
opinion [2] 24/3 25/7
opt [14] 20/9 21/22 22/5 22/6 22/8 22/11 22/22 23/2 24/5 24/15 25/9 25/10 25/11 26/3
opt-out [4] 22/5 22/6 22/8 22/11
opt-outs [2] 20/9 21/22
opting [5] 24/6 25/11 25/11 25/12 25/12
or [31]
oral [2] 12/11 13/3
order [10] 12/2 12/10 12/12 12/14 12/15 12/17 12/21 12/23 18/25 19/3
orders [5] 10/3 12/1 12/8 13/6 23/17
ordinary [2] 22/18
original [1] 26/7
originally [2] 21/23 22/7
Orleans [21] 1/8 1/21 3/14 3/17 4/4 4/10 4/25 5/6 5/21 5/24 6/11 7/4 7/15 8/7 8/19 9/4 9/10 9/17 18/11 18/14 27/19

## O

other [6]  18/20 18/21 19/18 25/8 25/16 27/6
others [1]  14/8
otherwise [1]  21/4
our [8]  11/20 11/24 12/20 13/9 17/8 18/17 20/3 30/11
out [20]  11/13 18/18 22/5 22/6 22/8 22/11 23/22 23/23 24/6 24/6 24/15 25/9 25/10 25/11 25/12 25/23 26/3 27/14 28/12 29/20
outs [2]  20/9 21/22
over [5]  17/2 20/3 24/24 26/6 27/9
own [1]  21/7
oyez'd [1]  11/16

## P

PA [2]  2/3 2/16
PAGE [1]  10/2
paid [8]  20/6 20/15 22/19 23/9 24/23 24/23 24/24 25/6
Palmintier [1]  3/2
panel [3]  12/20 13/1 13/4
Papantonio [1]  2/2
PARKER [1]  3/7
Parsiola [2]  2/22 2/23
part [1]  15/16
particular [1]  23/12
parties [11]  18/18 22/4 22/8 22/9 22/16 23/1 26/10 27/2 27/5 28/15 30/8
party [1]  29/23
past [1]  14/16
PATRICK [1]  9/3
PAUL [1]  4/3
payment [1]  20/15
payments [7]  12/13 20/7 20/17 20/20 22/23 23/8 23/15
PC [7]  1/23 2/13 3/6 4/5 5/2 7/20 8/2
pending [6]  13/10 13/25 18/22 21/1 21/13 26/12
Pennsylvania [1]  7/9
Pensacola [1]  2/5
Penthouse [1]  2/20
people [10]  12/6 20/16 22/1 23/19 25/8 25/15 26/1 29/19 29/20 29/24
perhaps [2]  14/11 22/16
person [1]  29/23
personal [3]  13/13 13/23 13/25
personally [1]  14/18
Petroleum [2]  8/5 8/9
Phase [7]  16/16 17/9 17/10 17/12 17/22 18/1 18/6
Phase Two [7]  16/16 17/9 17/10 17/12 17/22 18/1 18/6
Phelps [1]  8/18
PHILLIP [1]  7/14
phone [1]  14/14
pick [1]  14/13
Pigman [1]  7/13
Pillsbury [1]  8/12
Pinhook [1]  9/12
pipeline [1]  23/8
Pittman [1]  8/12
place [3]  17/9 17/17 18/9
plaintiffs [32]
plan [4]  15/16 18/1 25/15 28/24
playoff [1]  27/17
pleadings [2]  15/17 16/13
Please [3]  9/14 11/4 29/20
PLETCHER [1]  2/10
police [1]  28/7
policies [1]  19/4

policy [1]  19/6
Polk [1]  8/6
Portis [1]  3/6
possible [2]  17/22 26/25
possibly [1]  27/2
Post [6]  1/17 2/4 3/8 3/20 5/17 6/8
potential [1]  23/20
Poydras [8]  3/17 4/3 5/24 6/11 8/7 9/3 9/9 9/17
preceding [2]  27/15
precluded [1]  22/2
preliminary [1]  21/20
prepare [1]  14/12
prepared [1]  15/11
Present [1]  9/14
presently [1]  29/4
presumably [1]  28/10
pretrial [2]  29/8 29/11
pretty [2]  23/15 25/6
previous [1]  29/13
primarily [3]  16/13 16/23 22/25
probably [3]  12/5 14/16 28/20
problem [1]  27/11
procedures [3]  12/2 12/9 12/15
proceeding [1]  13/20
proceedings [4]  9/25 11/1 30/17 30/22
process [2]  18/18 24/22
Proctor [1]  2/3
Production [8]  6/16 6/18 6/22 6/24 7/3 7/5 7/8 7/10
productions [1]  16/23
Products [4]  6/19 6/25 7/6 7/11
professor [1]  21/6
program [1]  20/4
progress [1]  20/21
properly [1]  26/24
property [2]  13/15 13/17
proposed [2]  21/9 21/20
protocol [1]  16/14
protocols [1]  12/9
provide [1]  13/21
provided [1]  13/5
providing [1]  16/15
PSC [1]  18/6
PSC's [1]  19/24
pumped [1]  11/13
punitive [1]  25/22

## Q

qualifying [1]  23/14
quantification [1]  17/12
quarter [1]  17/19
question [1]  22/13
quick [1]  11/10

## R

Rafferty [1]  2/3
raise [1]  17/2
rather [1]  24/4
RE [1]  1/5
reached [1]  26/9
really [1]  26/17
reason [2]  22/15 28/21
reasonable [1]  21/10
reasons [1]  25/17
recall [3]  15/20 25/25 19/12
recent [1]  20/10
recently [7]  10/3 14/16 19/14 21/8 25/23 27/4 27/23
recommended [1]  21/11
record [3]  9/15 16/24 30/22
recorded [1]  9/25
Redden [1]  7/17

referring [1]  19/19
refunding [1]  12/14
refund [1]  14/21
regard [1]  14/21
regarding [3]  14/25 17/11 19/3
relate [3]  11/22 11/23 13/11
relating [1]  13/2
relatively [1]  11/19
relying [1]  16/24
remarkable [1]  25/6
remember [1]  14/5
remind [2]  25/14 29/16
reply [1]  20/3
report [10]  12/18 12/20 13/5 13/24 15/1 17/6 17/8 18/17 23/8 25/3
reported [1]  13/19
Reporter [3]  9/16 30/20 30/25
reports [1]  17/18
representative [1]  17/14
request [4]  12/15 22/4 22/7 25/2
requests [3]  22/10 22/12 27/1
Reserve [1]  3/21
reserved [1]  29/8
resolve [2]  13/1 18/19
resolved [1]  16/13
respect [4]  17/2 17/25 18/6 19/11
respective [1]  21/3
response [4]  8/21 9/2 13/14 13/18
resume [1]  28/4
retired [1]  21/6
revenues [1]  13/14
RHON [1]  3/7
Richeson [1]  8/6
riding [1]  28/8
RIG [1]  1/5
right [12]  11/8 11/19 16/5 17/24 17/24 18/9 19/10 21/25 23/23 24/8 25/14 27/22
rise [3]  11/3 11/5 30/15
Road [1]  9/12
ROBERT [3]  2/7 6/22 7/8
ROBIN [1]  2/13
Ronquillo [2]  7/20 8/2
room [2]  9/17 30/8
rooms [1]  27/13
Rose [1]  7/2
Rouge [3]  3/4 5/17 21/6
roughly [1]  13/12
roundabout [1]  28/14
rounding [1]  20/19
Roy [2]  1/15 1/16
ruining [1]  28/20
Rule [1]  17/14
ruled [1]  21/15
rulings [1]  26/22
run [1]  30/1
run-through [1]  30/1
Rusnak [1]  4/11
RYAN [2]  6/17 7/3
Ryman [1]  7/2

## S

said [8]  13/25 14/14 16/1 24/6 24/16 24/18 24/24 29/20
same [3]  11/12 18/9 30/9
San [2]  2/11 6/5
sat [1]  11/12
say [6]  14/24 17/2 18/6 20/24 26/4 30/13
saying [2]  23/18 28/14
schedule [2]  17/18 26/17
scheduled [3]  11/23 29/1 29/6
Schell [1]  8/5
SCOTT [1]  4/6
screen [1]  12/1

S

Seacor [12]  8/21 8/22 8/22 8/23 8/23
 8/24 9/3 9/3 9/4 9/4 9/5 9/5
seated [2]  11/4 11/9
second [7]  11/11 15/8 15/11 15/19 17/8
 17/19 18/20
Secrest [1]  7/17
Section [2]  1/5 6/7
securities [2]  15/6 15/15
see [5]  9/14 17/4 26/12 30/5 30/13
seeing [1]  16/11
seems [1]  23/11
seen [3]  24/2 24/25 25/1
sense [2]  26/11 28/16
separate [3]  16/18 16/23 16/25
September [2]  12/2 22/5
September 11 [1]  12/2
September 7 [1]  22/5
Services [2]  7/21 8/3
session [1]  13/4
set [16]  15/13 16/14 17/21 21/16 21/18
 21/19 21/21 21/23 22/20 23/5 23/16 26/8
 26/16 27/3 29/15 29/25
setting [1]  12/2
settle [1]  15/17
settled [1]  16/13
settlement [12]  20/4 20/8 22/20 22/25
 23/1 23/2 23/13 23/16 24/6 24/19 25/4
 25/10
settlements [9]  19/24 21/1 21/9 21/12
 21/20 26/9 26/12 26/14 26/18
Seventh [1]  3/20
several [4]  19/13 20/6 23/5 27/5
shareholders [1]  15/15
sharing [1]  13/22
Shaw [2]  3/13 8/12
she [5]  11/15 11/15 17/21 19/16 30/2
sheets [1]  9/14
short [1]  11/19
should [2]  24/5 29/10
Shushan [7]  13/21 17/10 17/17 18/23
 19/13 30/2 30/7
Shushan's [1]  26/6
Siemens [2]  8/25 9/6
sign [1]  9/14
sign-in [1]  9/14
since [6]  11/25 12/19 14/7 21/19 22/9
 24/24
SIRMON [1]  4/24
sit [1]  11/14
Sitting [1]  14/4
six [1]  13/16
Slidell [1]  4/19
small [1]  16/22
Smith [1]  5/23
so [34]
so-called [1]  12/11
software [1]  9/25
Soileau [1]  3/22
some [14]  14/17 17/15 19/18 19/20
 20/10 20/18 22/16 22/16 24/2 24/5 25/16
 26/21 30/8 30/9 30/11
someone [1]  14/2
something [1]  25/12
sometime [3]  15/20 18/2 19/1
somewhat [1]  14/8
SOREN [1]  1/20
sort [2]  17/22 19/20
sorts [1]  22/3
sounds [1]  17/24
source [1]  17/12
South [2]  2/4 3/22

Southern [2]  12/22 15/4
space [2]  00/00 00/00
speak [1]  12/6
speakers [1]  12/7
special [1]  19/19
spill [3]  1/5 13/15 13/17
spoken [1]  14/15
Springs [1]  4/11
Square [1]  4/15
stand [1]  11/17
standing [1]  27/12
stands [1]  30/16
start [8]  27/2 27/10 27/24 28/16 28/18
 28/19 28/22 28/24
starts [1]  27/25
state [11]  5/12 5/15 5/19 5/22 13/8 13/10
 13/25 14/15 14/17 14/25 15/1
states [6]  1/1 1/12 6/2 6/6 13/11 30/20
stating [1]  21/9
status [11]  1/11 11/20 11/22 11/24 12/18
 13/7 14/25 19/24 23/9 29/2 29/4
statute [1]  16/7
stay [4]  23/22 24/14 25/9 26/3
stenography [1]  9/25
Stephanie [2]  11/5 11/15
STEPHEN [1]  1/20
Sterbcow [2]  4/2 4/3
Steve [1]  19/25
STEVEN [1]  6/7
stick [2]  26/19 26/20
stigma [1]  12/11
still [6]  21/13 21/14 25/23 25/25 26/16
 26/21
Stone [1]  7/13
story [1]  11/10
Strand [1]  4/21
STRANGE [1]  5/12
Street [34]
streets [1]  28/10
strikes [1]  28/9
structured [1]  23/14
submission [1]  17/18
such [1]  13/25
sufficient [2]  24/18 24/18
Sugar [1]  27/9
Sugar Bowl [2]  4/17 4/18
suggest [1]  30/12
suggested [1]  29/10
suggesting [1]  24/5
suggestions [1]  27/1
suit [1]  13/25
Suite [23]  1/17 1/24 2/4 2/11 2/17 2/24
 3/17 4/3 4/6 4/15 4/21 5/3 6/11 7/3 7/18
 7/23 8/3 8/7 8/16 8/19 9/3 9/9 9/12
suits [1]  13/24
Sumich [1]  2/22
SUMMY [1]  4/6
Super [4]  27/15 27/21 28/1 28/3
superintendent [1]  28/8
Support [1]  9/11
Supreme [2]  21/7 25/21
Supreme Court [2]  21/7 25/21
sure [2]  29/24 29/25
suspend [2]  28/1 28/1
suspension [1]  16/9
sustained [1]  14/1
SW [1]  3/11

T

take [3]  26/1 27/1 30/10
taken [4]  15/22 16/19 18/8 19/6
talk [4]  12/17 19/16 21/17 30/3
talked [1]  30/2

talking [1]  22/25
tape [2]  00/00 00/00
Taylor [1]  2/23
tech [4]  29/14 29/19 29/20 29/24
technology [2]  29/15 29/17
tell [3]  11/10 11/16 29/19
ten [1]  13/14
terms [1]  23/21
Texas [11]  2/11 4/7 4/13 4/22 5/7 7/19
 7/24 8/4 8/16 12/22 15/5
than [4]  20/8 20/11 23/20 24/18
Thank [3]  17/1 19/21 20/23
that [114]
that's [11]  11/10 11/18 15/11 17/21
 20/19 24/1 26/1 26/7 28/23 28/24 29/11
their [12]  13/4 13/6 14/19 16/19 21/7
 23/21 23/24 24/3 24/4 24/6 26/2 29/19
them [5]  13/12 14/18 14/20 19/19 26/10
then [9]  13/1 14/2 14/17 17/17 22/9 22/21
 26/5 27/25 28/2 28/3
THEODORE [1]  8/21
there [34]
there's [12]  13/10 16/6 18/13 19/16
 21/16 22/13 22/14 22/15 22/19 29/4
 29/23 29/24
these [14]  14/15 14/17 15/25 18/22
 19/14 20/2 20/7 20/19 22/14 26/8 26/12
 26/13 26/14 26/18
they [19]  16/23 17/15 20/15 20/16 21/7
 21/9 21/11 23/22 23/24 24/4 24/5 24/6
 24/24 26/2 27/14 27/16 27/23 28/11
 29/22
thing [4]  11/12 25/8 25/11 26/5
things [6]  13/14 14/20 21/17 22/3 24/1
 27/6
think [15]  11/19 12/24 16/24 21/24 22/5
 22/15 22/24 23/5 23/25 24/9 25/21 26/16
 27/9 27/18 30/7
Third [1]  5/16
this [27]  11/6 12/25 16/22 17/20 20/11
 21/14 21/16 21/16 22/17 22/25 23/11
 23/13 23/17 23/22 24/19 24/22 25/7
 25/16 25/17 25/17 27/2 27/6 28/16 28/24
 29/3 29/7 29/10
Thomas [2]  2/7 7/18
Thornhill [2]  4/17 4/18
those [12]  12/14 13/20 13/24 15/18 18/8
 19/15 19/18 19/19 21/3 21/5 22/3 22/11
thought [4]  25/18 25/22 26/16 26/25
three [3]  13/17 15/5 30/10
through [6]  20/13 21/25 28/13 30/1 30/3
 30/5
time [20]  11/11 11/12 11/12 12/6 17/9
 17/9 17/11 19/17 19/17 20/3 21/21 21/25
 23/10 26/11 26/21 26/24 26/25 27/6 30/5
 30/9
TO's [1]  18/20
today [1]  17/4
together [2]  11/25 20/17
told [2]  11/14 27/13
TOLEDO [1]  7/23
Tolles [1]  6/13
TOM [1]  4/18
Tompkins [1]  5/22
Toni [5]  9/16 9/18 30/20 30/24 30/25
too [1]  11/18
took [1]  18/25
top [1]  15/14
Torts [1]  6/3
total [1]  20/17
town [1]  28/6
track [1]  17/25
transcript [1]  30/21

## T

transcription [1]  9/25
transfer [7]  12/17 12/18 12/21 12/23 13/2 13/6 14/25
transition [7]  12/13 12/14 20/7 20/17 20/20 23/7 23/7
Transocean [9]  6/10 6/10 6/11 6/13 6/13 6/14 8/18 18/19 19/4
transparency [1]  24/19
trend [1]  25/5
trial [13]  11/23 17/22 26/7 26/7 26/9 26/11 27/2 27/10 28/17 28/22 28/24 29/9 30/4
trucks [2]  28/8 28/12
true [2]  18/10 30/21
try [5]  11/6 14/19 26/11 28/16 28/18
trying [2]  19/18 29/19
TSEKERIDES [1]  8/21
Tuesday [1]  20/13
turns [1]  11/15
Tusa [5]  9/16 9/18 30/20 30/24 30/25
tweaked [1]  30/6
Twelfth [1]  27/24
two [18]  12/22 16/16 17/9 17/10 17/12 17/22 18/1 18/6 18/13 18/13 21/1 21/20 26/8 27/14 27/17 27/18 28/19 29/22
two-week [1]  27/18
types [1]  24/22

## U

U.S [2]  6/2 6/6
UK [2]  16/1 18/13
under [6]  17/10 17/11 17/25 20/7 21/14 26/23
UNDERHILL [1]  6/3
understand [1]  15/22
understanding [1]  30/22
Underwriters [1]  8/18
UNITED [5]  1/1 1/12 6/2 6/6 30/20
unless [1]  22/20
until [3]  22/8 22/20 26/12
unusual [1]  22/24
up [17]  11/13 11/17 12/1 12/7 14/14 14/21 21/21 21/24 22/20 23/5 25/24 28/4 28/9 28/19 29/15 29/25 30/10
upon [1]  12/6
upward [1]  25/4
us [1]  16/20
use [1]  29/13
using [2]  9/25 24/10
usual [1]  27/8
usually [1]  27/24

## V

vacant [1]  30/11
Valdez [2]  25/17 25/20
value [1]  13/15
various [3]  13/10 15/15 27/2
very [2]  11/12 22/24
Virginia [3]  1/25 1/25 5/4

## W

wait [2]  11/5 11/23
walked [2]  11/13 29/17
Walker [1]  1/23
WALTER [1]  3/13
Walther [1]  7/13
want [6]  14/13 17/8 19/10 21/17 26/22 29/15
wanted [2]  18/24 22/1
war [1]  30/8
WARREN [1]  8/9

was [27]  11/12 11/13 11/15 12/2 12/12 12/14 12/24 17/8 17/9 19/6 19/7 21/5 21/9 21/24 21/25 22/1 22/5 22/6 23/9 25/21 25/22 26/8 26/12 26/13 27/2 29/7
Washington [5]  6/8 6/23 7/9 8/10 18/13
Waterford [1]  4/15
Waters [2]  5/2 5/3
Watson [1]  21/7
Watts [1]  2/9
way [6]  17/11 17/25 19/18 23/13 25/2 28/14
we [56]
we'll [1]  30/13
Wednesday [1]  28/13
week [11]  14/9 20/2 22/5 27/15 27/16 27/18 27/21 28/3 28/4 28/23 28/23
weeklong [1]  27/19
weeks [3]  27/14 27/17 28/19
Weil [1]  8/21
Weiner [1]  8/6
Weitz [1]  2/13
well [5]  15/18 17/11 17/25 19/8 19/15
were [11]  11/25 12/13 16/7 19/8 20/3 20/6 20/6 23/8 26/9 26/12 29/17
what [11]  16/12 17/7 17/23 19/11 23/18 25/10 26/12 26/16 26/16 29/11 29/16
what's [1]  18/16
whatever [2]  23/9 25/17
when [9]  21/19 21/25 25/21 26/2 26/7 26/12 27/3 28/7 28/9
whenever [1]  27/25
where [3]  13/20 19/5 25/18
whether [5]  23/22 24/14 25/9 26/2 26/14
which [18]  12/1 12/11 13/13 13/24 20/14 21/5 21/14 21/24 23/14 24/17 25/14 26/8 27/15 28/5 28/13 28/17 28/22 29/7
whispers [1]  11/15
Whiteley [1]  5/19
who [13]  14/2 14/12 21/3 21/5 21/10 22/1 22/9 23/19 24/2 25/8 26/6 26/13 27/12
whole [1]  24/5
why [1]  14/5
will [27]  11/23 12/5 13/3 14/11 14/21 15/13 15/20 17/15 17/15 18/7 18/24 19/16 23/15 25/2 26/4 26/5 26/20 26/21 27/5 27/7 27/9 28/23 28/24 28/25 29/14 29/25 30/5
Williamson [2]  4/11 4/12
Winthrop [1]  8/12
wish [1]  23/22
withheld [1]  12/13
without [3]  13/3 19/15 24/11
witnesses [2]  18/12 18/12
Wittmann [2]  7/13 7/14
work [1]  21/16
worked [1]  30/7
workers [1]  13/14
working [4]  18/18 24/22 25/4 25/7
works [1]  22/17
Worldwide [2]  8/23 9/5
would [8]  12/4 14/9 25/12 26/14 27/9 27/10 28/12 28/19
wouldn't [1]  14/16
Wright [1]  1/15
written [6]  12/2 13/5 17/5 17/8 18/17 21/8

## Y

Yale [1]  7/2
year [2]  29/7 29/16
Year's [1]  27/8

years [9]  11/11 11/13 11/17 11/18 25/15
yes [6]  13/9 14/5 15/3 17/7 18/4 18/16
yesterday [1]  20/11
yet [1]  11/16
Yoakum [1]  4/12
York [9]  2/14 2/14 5/10 5/10 8/3 8/13 8/13 8/22 8/22
you [25]  11/10 13/23 14/1 14/8 17/1 17/5 18/24 19/8 19/19 19/21 20/23 25/10 25/11 25/11 25/11 25/12 27/18 28/1 28/7 29/21 29/22 29/22 29/23 30/2 30/13
your [19]  12/19 13/9 13/24 14/4 14/11 14/22 15/3 15/20 16/21 17/7 18/3 18/10 18/16 18/25 19/6 19/21 19/25 20/23 29/24
Your Honor [15]  13/9 14/4 14/22 15/3 15/20 16/21 17/7 18/3 18/10 18/16 18/25 19/6 19/21 19/25 20/23

## Z

zoo [1]  29/17