UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>DRC Emergency Services, LLC et al. v. BP Exploration & Production, Inc. et al.</u>; 12-2510 | SECTION "J" (2) |

## ORDER

The captioned case has recently been reassigned and referred to me by Judge Barbier. Record Doc. No. 7802. Accordingly,

**IT IS ORDERED** that a status conference is hereby SCHEDULED in this matter on **NOVEMBER 27, 2012 at 2:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss possible consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c), scheduling and to select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this   2nd   day of November, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL PARTIES;**
**HON. CARL J. BARBIER; and**
**Shannon Holtzman**
**Liskow & Lewis**
**One Shell Square**
**701 Poydras St., Suite 5000**
**New Orleans, LA 70139-5099**