UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan | |
| This Document Relates to:<br>    2:12-cv-01484 | | |

ATTACHMENT "A"

| | Plaintiff | Present Address | Telephone Number |
|---|---|---|---|
| 1. | Shlomo Cohen | 614 Cambridge Avenue, NE<br>Fort Walton Beach, FL  32547 | 850-217-2238 cell<br>850-244-7206 work |
| 2. | Randall Drabczuk | 506 Vulpes Sanctuary Loop<br>Crestview, FL  32536 | (850) 974-3332 cell<br>(850) 682-4462 hm<br>(850) 862-4488 wk |
| 3. | North Bay Timber, LLC | C/O Tracy Richardson<br>7320 South Deer Haven Road<br>Southport, FL 32409 | (850) 265-0136 hm<br>(850) 814-7040 cell |
| 4. | Davis-Nunnery Industries, LLC | C/O William Davis<br>349 Honey Cove Court<br>Fort Walton Beach, FL 32548 | (850) 243-7161 |