UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document applies to:<br>*ALL CASES* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## RULE TO SHOW CAUSE ORDER

On February 24, 2012, the Court issued an Order (Doc. No. 5829) setting forth a master Phase One trial may call and will call witness list as set forth by all parties. Since that time, Phase One related claims made against Weatherford U.S. LP, and Weatherford International, Inc. (collectively "Weatherford"), have been dismissed from this MDL. *See, e.g.,* Doc. No. 5653. Also, all claims against Anadarko Petroleum Corp., Anadarko E&P Co. LP (collectively "Anadarko"), MOEX Offshore 2007 LLC, MOEX USA Corporation, Mitsui Oil Exploration Co., LTD. (collectively "MOEX") have also been dismissed. *See, e.g.,* 7278, except that certain of the claims of the United States (Civ. No. 10-4536) have not been dismissed or otherwise resolved, but by stipulation such claims are not to be tried in Phase One. Doc. Nos. 5931 and 5930. For these reasons,

IT IS ORDERED that the Requesting Parties identified below show cause by November 9, 2012, as to why the following Anadarko, MOEX, and/or Weatherford witnesses should not be removed from the master Phase One trial may call and will call witness list:

| Witness | May/Will Call | Party | Requesting Party |
|---|---|---|---|
| Hollek, Darrell[1] | Will Call | Anadarko | HESI |
| Ishii, Naoki[2] | Will Call | MOEX | MOEX, HESI |

---

[1] HESI reserves its right to present evidence from witness Darrell Hollek, through an offer of proof at trial.

[2] HESI reserves its right to present evidence from witness, Naoki Ishii, through an offer of proof at trial.

| Lang, James | Will Call | USA/PSC | Anadarko/MOEX |
| Quitzau, Robert | May Call | Anadarko | Anadarko |
| Unnamed Records Custodian | May Call | Anadarko | US/PSC/States |
| Unnamed Records Custodian | May Call | MOEX | US/PSC/States |
| Cain, Gordon | Will Call | MOEX | MOEX |
| Vernon, Roger | Will Call | Anadarko | Anadarko |

NEW ORLEANS, LOUISIANA, this __2nd__ day of _____November_____, 2012.

_____
UNITED STATES MAGISTRATE JUDGE