UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>2:12-cv-01483 | | |

ATTACHMENT "A"

| Plaintiff | Present Address | Telephone Number |
|---|---|---|
| 1. SP&RL, Inc. d/b/a Shalimar Yacht Basin & Marina | C/O Steven C. Peterson<br>100 Old Ferry Road<br>Shalimar, FL 32579 | 850-217-6909 cell<br>850-651-0510 work |