UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   Oil Spill by the Oil Rig          MDL No.  2179
         "Deepwater Horizon" in
         the Gulf of Mexico on             Section:  J
         April 10, 2010
                                           Judge Barbier
                                           Magistrate Shushan
This Document Relates to:
         2:12-cv-01483

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of

KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN

& MCKEE, P.A. and SMITH STAG, LLC's Motion to Withdraw as Counsel.

The Court having read and considered argument of counsel and being

otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.     That ROBERT J. MCKEE, ESQUIRE, and the law firm

of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK

LIBERMAN & MCKEE, P.A. and STUART H. SMITH, ESQUIRE, and the

law firm of SMITH STAG, LLC's **Motion to Withdraw as Counsel** as to

**only** the individual Plaintiff listed in Attachment "A," be and the same is

hereby **granted**.

DONE AND ORDERED in Chambers, at New Orleans,

Louisiana on this          day of November, 2012.


_____

Honorable Carl J. Barbier,
United States District Judge