10-MD-2179

To Clerk of
Hon. Barbier

To add to motion
To show attempts
made to Listkow
Law Firm over
motion for contempt of
Court

10/17/12

Darryl Haan

**Subject:** you are here- by served a CONTEMPT OF COURT
**From:** darryl haan (darrylh0418@yahoo.com)
**To:** firm@liskow.com;
**Date:** Saturday, October 6, 2012 10:01 AM

LISKOW is served a MOTION for CONTEMPT OF COURT for non - COMPLIANCE od a FEDERAL SUBPOENA

a call was placed again at 8:45 Am . CDT To. Liskow Law firm again To notify of motion for contempt of court Filed By H+H Ranch wildlife Rescue / Darryl Haan / owner

10/19/12    Darryl C Haan