UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J(2)** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **No. 12-2401** | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

**IT IS ORDERED** that Case No. 12-2401, *Akins, et al. v. Worley Catastrophe Response, LLC, et al.*, be **CONSOLIDATED** with Multidistrict Litigation No. 2179 ("MDL 2179").

Several motions to appear *pro hac vice* were filed in Case No. 12-2401. (12-2401, Rec. Docs. 5, 6, 7, 8, 17). Pursuant to Pretrial Order No. 1 ¶ 12 (10-md-2179, Rec. Doc. 2), attorneys admitted to practice and in good standing in any United States District are admitted *pro hac vice* in MDL 2179, making these motions unnecessary. Accordingly,

**IT IS FURTHER ORDERED** that these motions to appear *pro hac vice* (12-2401, Rec. Docs. 5, 6, 7, 8, 17) are **MOOT**. Counsel may request a refund of fees previously paid in connection with their motions to appear *pro hac vice*. (*See, e.g.*, 10-md-2179, Rec. Doc. 7471). Counsel may need to file a Notice of Appearance, as appropriate.

**IT IS FURTHER ORDERED** that Case No. 12-2401 is **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. The parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson pursuant to Fed. R. Civ. P. 73, but are free to withhold consent without adverse

substantive consequences.

The parties are directed to use the above caption in future filings with this Court.

Signed in New Orleans, Louisiana this 31st day of October, 2012.

_____
United States District Judge