UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*****************************************************************

IN RE:  OIL SPILL BY THE
OIL RIG *DEEPWATER HORIZON*
IN THE GULF OF MEXICO ON
APRIL 20, 2010

                              CIVIL ACTION NO. 10-MD-2179 "J"
                              NEW ORLEANS, LOUISIANA
                              FRIDAY, NOVEMBER 2, 2012, 9:30 A.M.

THIS DOCUMENT RELATES TO
ALL ACTIONS

*****************************************************************

TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
HEARD BEFORE THE HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:


FOR THE PLAINTIFFS:    HERMAN HERMAN & KATZ
                       BY:  SOREN GISLESON, ESQUIRE
                       820 O'KEEFE AVENUE
                       NEW ORLEANS, LA  70113


                       IRPINO LAW FIRM
                       BY:  ANTHONY IRPINO, ESQUIRE
                       2216 MAGAZINE STREET
                       NEW ORLEANS, LA  70130


                       WILLIAMSON & RUSNAK
                       BY:  JIMMY WILLIAMSON, ESQUIRE
                       4310 YOAKUM BOULEVARD
                       HOUSTON, TX  77006

09:15AM

```
 1    APPEARANCES CONTINUED:

 2

 3                            LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR
 4                           BY:  BRIAN H. BARR, ESQUIRE
                             316 SOUTH BAYLEN STREET, SUITE 600
 5                           PENSACOLA, FL  32502

 6

 7                            LEWIS, KULLMAN, STERBCOW & ABRAMSON
                             BY:  PAUL M. STERBCOW, ESQUIRE
 8                           PAN AMERICAN LIFE BUILDING
                             601 POYDRAS STREET, SUITE 2615
 9                           NEW ORLEANS, LA  70130

10

11                            WILLIAMS LAW GROUP
                             BY:  CONRAD S. P. WILLIAMS, ESQUIRE
12                           435 CORPORATE DRIVE, SUITE 101
                             HOUMA, LA  70360
13

14

15                            BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQUIRE
16                           600 22ND STREET, SUITE 402
                             VIRGINIA BEACH, VA  23451

17

18    FOR THE FEDERAL
      GOVERNMENT INTERESTS: U.S. DEPARTMENT OF JUSTICE
19                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQUIRE
20                           450 GOLDEN GATE AVENUE
                             7TH FLOOR, ROOM 5395
21                           SAN FRANCISCO, CA  94102

22

23                            U.S. DEPARTMENT OF JUSTICE
                             ENVIRONMENTAL ENFORCEMENT SECTION
24                           BY:  STEVEN O'ROURKE, ESQUIRE
                             POST OFFICE BOX 7611
25                           WASHINGTON, DC  20044
```

```
1     APPEARANCES CONTINUED:

2

3                               SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
                                ENVIRONMENT & NATURAL RESOURCES DIVISION
4                               U.S. DEPARTMENT OF JUSTICE
                                BY:  SARAH D. HIMMELHOCH, ESQUIRE
5                                    A. NATHANIEL CHAKERES, ESQUIRE
                                POST OFFICE BOX 7611
6                               WASHINGTON, DC 20044

7

8                               U.S. DEPARTMENT OF JUSTICE
                                TORTS BRANCH, CIVIL DIVISION
9                               BY:  ROBIN HANGER, ESQUIRE
                                POST OFFICE BOX 14271
10                              WASHINGTON, DC  20044

11

12    FOR STATE INTERESTS:  ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:   COREY L. MAZE, ESQUIRE
13                                WINFIELD J. SINCLAIR, ESQUIRE
                            500 DEXTER AVENUE
14                          MONTGOMERY, AL  36130

15

16    FOR THE STATE OF
      LOUISIANA:            KANNER & WHITELEY
17                          BY:  DOUGLAS R. KRAUSS, ESQUIRE
                            701 CAMP STREET
18                          NEW ORLEANS, LA  70130

19

20

21

22

23

24

25
```

1  APPEARANCES CONTINUED:

2

3  FOR BP AMERICA INC.,
   BP AMERICA PRODUCTION
4  COMPANY, BP COMPANY
   NORTH AMERICA INC.,
5  BP CORPORATION NORTH
   AMERICA INC.,
6  BP EXPLORATION &
   PRODUCTION INC.,
7  BP HOLDINGS NORTH
   AMERICA LIMITED,
8  BP PRODUCTS NORTH
   AMERICA INC.:          LISKOW & LEWIS
9                         BY:  DON K. HAYCRAFT, ESQUIRE
                          ONE SHELL SQUARE
10                        701 POYDRAS STREET, SUITE 5000
                          NEW ORLEANS, LA  70139
11

12
                          KIRKLAND & ELLIS
13                        BY:  J. ANDREW LANGAN, ESQUIRE
                               MARK J. NOMELLINI, ESQUIRE
14                             RYAN S. BABIUCH, ESQUIRE
                          300 N. LASALLE
15                        CHICAGO, IL  60654

16

17                        KIRKLAND & ELLIS
                          BY:  ROBERT R. GASAWAY, ESQUIRE
18                             MICHAEL A. PETRINO, ESQUIRE
                          655 FIFTEENTH STREET, N.W.
19                        WASHINGTON, DC  20005

20

21

22

23

24

25

```
1    APPEARANCES CONTINUED:

2


3    FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
4    OFFSHORE DEEPWATER
     DRILLING INC., AND
5    TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
6                             BY:  KERRY J. MILLER, ESQUIRE
                              ENERGY CENTRE, 36TH FLOOR
7                             1100 POYDRAS STREET
                              NEW ORLEANS, LA  70163

8

9
                              MUNGER TOLLES & OLSON
10                            BY:  GRANT A. DAVIS-DENNY, ESQUIRE
                              355 SOUTH GRAND AVENUE, 35TH FLOOR
11                            LOS ANGELES, CA  90071

12

13                            SUTHERLAND ASBILL & BRENNAN
                              BY:  STEVEN L. ROBERTS, ESQUIRE
14                            1001 FANNIN STREET, SUITE 3700
                              HOUSTON, TX  77002

15

16
     FOR CAMERON INTERNATIONAL
17   CORPORATION:             STONE PIGMAN WALTHER WITTMANN
                              BY:  MAGGIE A. BROUSSARD, ESQUIRE
18                            546 CARONDELET STREET
                              NEW ORLEANS, LA  70130

19

20
                              BECK REDDEN & SECREST
21                            BY:  DAVID W. JONES, ESQUIRE
                              ONE HOUSTON CENTER
22                            1221 MCKINNEY STREET, SUITE 4500
                              HOUSTON, TX  77010

23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR HALLIBURTON
      ENERGY SERVICES,
 4    INC.:                   GODWIN RONQUILLO
                              BY:  DONALD E. GODWIN, ESQUIRE
 5                                 JENNY L. MARTINEZ, ESQUIRE
                                   LAUREN MITCHELL, ESQUIRE
 6                                 SEAN W. FLEMING, ESQUIRE
                                   BRUCE W. BOWMAN, JR., ESQUIRE
 7                                 ALISON BATTISTE, ESQUIRE
                                   ERIKA TOLEDO, ESQUIRE
 8                            RENAISSANCE TOWER
                              1201 ELM STREET, SUITE 1700
 9                            DALLAS, TX  75270

10

11                            GODWIN RONQUILLO
                              BY:  R. ALAN YORK, ESQUIRE
12                                 GWENDOLYN E. RICHARD, ESQUIRE
                              1331 LAMAR, SUITE 1665
13                            HOUSTON, TX  77010

14

15    FOR ANADARKO
      PETROLEUM CORPORATION,
16    ANADARKO E&P COMPANY,
      LP:                     KUCHLER POLK SCHELL
17                            WEINER & RICHESON
                              BY:  SARAH E. IIAMS, ESQUIRE
18                            1615 POYDRAS STREET, SUITE 1300
                              NEW ORLEANS, LA  70112
19

20                            BINGHAM MCCUTCHEN
21                            BY:  WARREN A. FITCH, ESQUIRE
                              2020 K STREET, NW
22                            WASHINGTON, DC  20006

23

24

25
```

1    APPEARANCES CONTINUED:

2

3    FOR MOEX OFFSHORE
     2007, LLC:                PILLSBURY WINTHROP SHAW PITTMAN
4                              BY:  ANDREW W. HOMER, ESQUIRE
                               725 SOUTH FIGUEROA STREET, SUITE 2800
5                              LOS ANGELES, CA  90017

6

7    FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:      LABORDE & NEUNER
8                              BY:  JED M. MESTAYER, ESQUIRE
                               ONE PETROLEUM CENTER
9                              1001 W. PINHOOK ROAD, SUITE 200
                               LAFAYETTE, LA 70505
10

11

     FOR MDL 2185:             METHOFF LAW FIRM
12                             BY:  WILLIAM STRADLEY, ESQUIRE
                               3450 ONE ALLEN CENTER
13                             500 DALLAS STREET
                               HOUSTON, TX  77002
14

15

16   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
17                              500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA  70130
18                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
19

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
20   PRODUCED BY COMPUTER.

21

22

23

24

25

1                            **I N D E X**

2

3      AGENDA ITEMS                                    PAGE

4

5      PHASE ONE EXHIBITS...................................  12

6      PHASE ONE WITNESS LIST...............................  13

7      PROPOSED PRETRIAL ORDER.............................  14

8      ADVERSE INFERENCE MOTIONS...........................  16

9      TECHNICAL PREPARATION FOR PHASE ONE.................  16

10     COURTROOM CONNECT...................................  16

11     INDATA..............................................  16

12     MOTION THAT THE UNITED STATES FILED FOR RELEASE OF    16

13     PHASE ONE AND PHASE TWO DISCOVERY MATERIAL TO THE

14     DEPARTMENT OF INTERIOR..............................

15     INSPECTION AND TESTING OF THE EQUIPMENT.............  17

16     UNLOGGED WITHHELD DOCUMENTS, QA/QC..................  18

17     PROFESSOR LEIFER....................................  19

18     DEPOSITIONS.........................................  20

19     DEPOSITION OF STATOIL...............................  20

20     STRESS ENGINEERING..................................  21

21     GEORGE ROSS.........................................  21

22     CHRIS MATICE........................................  21

23     OCEANEERING.........................................  22

24     PRIVILEGE LOG FROM WILD WELL........................  23

25     BP INSTITUTE........................................  24

1    INTERTEK............................................    24

2    INTERTEK IS SCHEDULED FOR NOVEMBER 30TH..............    24

3    VIDEOTAPING OF THEIR TESTING.........................    24

4    KELKAR UNIVERSITY....................................    26

5    CALIFORNIA SANTA BARBARA.............................    26

6    PURDUE...............................................    26

7    30(B)(6) DEPOSITIONS.................................    27

8    GOOD FAITH EXHIBIT LISTS AND OBJECTIONS TO           27

9    DEPOSITION EXHIBITS..................................

10   ADDITIONAL EXHIBIT LIST AFTER EXPERT DEPOSITIONS.....    31

11   MOTION PRACTICE SHOULD WAIT UNTIL INSTALLMENT THREE     31

12   RATHER THAN BETWEEN INSTALLMENT TWO AND THREE........

13   SUBMISSIONS *IN CAMERA* WITH REGARD TO PHASE TWO        32

14   EXPERTS..............................................

15   WOODS HOLE...........................................    32

16   EXTENSION ON THE ADVERSE INFERENCES..................    33

17   *IN CAMERA* DISCLOSURES FOR THE EXPERTS...............    33

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, NOVEMBER 2, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning.  Everybody have a seat.
Phone participants, how are you doing?

MS. HIMMELHOCH:  Good morning, Your Honor.  How are a
you?

THE COURT:  Fine.  Thank you.  Good, good, good.

MR. MAZE:  Good morning.  We have another guest
appearance today.

THE COURT:  We have a guest appearance today.  Would
you please reveal the guest appearer for the record.

Okay.  Somebody, who will be the first to tell
us who that is in the peapod costume?  It is somebody we all
know.  Come on, people.

MR. MILLER:  Nat.

THE COURT:  Who said that?  Thank you, Kerry Miller.
You get the banana.

That's Nat.  Nat, stand up next to the picture.

MR. MILLER:  You have to do the pose.

THE COURT:  For the phone participants, we have a --

09:31AM 1    Nat, you need to get up to the podium -- we have a picture of

09:31AM 2    Nat in a peapod costume snapping his fingers.

09:31AM 3              Now, Nat, would you like to tell us how this

09:31AM 4    came to pass?

09:31AM 5              THE CLERK:  I promised him a cold beer.

09:31AM 6              MR. CHAKERES:  On that condition.

09:31AM 7              THE COURT:  In order to comply with this, Mike O'Keefe

09:31AM 8    will buy you a cold beer.

09:31AM 9              MR. CHAKERES:  Thank you, Your Honor.  Thank you, Mike.

09:32AM 10             On Wednesday a group of us were defending

09:32AM 11   Tom Hunter's deposition and he wrapped up and he was feeling

09:32AM 12   under the weather so he flew back home to Las Vegas.  We were

09:32AM 13   sitting there about 4:00 p.m. on Halloween wondering what to

09:32AM 14   do.  So there is a party store just two blocks from the

09:32AM 15   courthouse on Camp Street and we wandered down there, and I

09:32AM 16   think, you know, it was a testament to the stress and exertion

09:32AM 17   of the deposition that I was possessed a buy a peapod costume.

09:32AM 18   We went out for a night of fun, and this photo was taken in the

09:32AM 19   J.  W.  Marriott lobby where I bumped into a couple of

09:32AM 20   colleagues from Kirkland.

09:32AM 21             THE COURT:  Oh.  Who also were in costume?

09:32AM 22             MR. CHAKERES:  They were not in costume.  They had a

09:32AM 23   little bit more sense.  They were gracious; they didn't take

09:32AM 24   pictures of their own.

09:32AM 25             MR. MILLER:  Nat, did they have their ties on?

09:32AM 1      MR. CHAKERES:  They didn't.  I might be breaching their

09:33AM 2   code, but, no, they did not have ties on at that time.

09:33AM 3      THE COURT:  Nat, did you find that New Orleans was a

09:33AM 4   hospitable place for Halloween?

09:33AM 5      MR. CHAKERES:  It was one of the most fun Halloweens

09:33AM 6   I've ever had.

09:33AM 7      THE COURT:  Now, here is another thing you need to

09:33AM 8   understand:  In New Orleans, everybody has a costume closet, so

09:33AM 9   for Mardi Gras or for Halloween, you don't need to go get your

09:33AM 10  costume.  You just open up your closet and pull it out.  Is

09:33AM 11  that true?

09:33AM 12     THE LAW CLERK:  What do you want to be today?

09:33AM 13     THE COURT:  Exactly.  So this is the start of your

09:33AM 14  costume closet.

09:33AM 15     MR. CHAKERES:  Exactly.

09:33AM 16     THE COURT:  We appreciate it and, phone participants,

09:33AM 17  this really is funny.  I may just have to send the JPEG out to

09:33AM 18  everybody.  Thanks, Nat.

09:33AM 19     MR. CHAKERES:  Thank you, Your Honor.

09:33AM 20     THE COURT:  Okay.  Let's see what we're doing today.

09:33AM 21        Let's get a report from Alan on the Phase One

09:33AM 22  exhibits and see if there are any developments, anything we

09:33AM 23  need to worry about.

09:34AM 24        By the way, does everybody notice that Alan has

09:34AM 25  gotten skinny?

09:34AM 1          VOICES:  No.

09:34AM 2          THE COURT:  No?

09:34AM 3          MR. YORK:  I appreciate that you have noticed, Judge.

09:34AM 4          THE COURT:  I have noticed, Alan, and the fact that

09:34AM 5     your colleagues have not, I think, is fairly rude.  Michael.

09:34AM 6              Okay.  So Alan, skinny Alan, why don't you give us

09:34AM 7     an update, if any, on --

09:34AM 8          MR. YORK:  Very good progress is being made, Judge.

09:34AM 9     When last we talked we were down to talking with the PSC on

09:34AM 10    that subset of 500 documents.  As I say, great progress has

09:34AM 11    occurred.  Jeff has specific numbers if the Court is interested

09:34AM 12    in them, but we're supposed to get back, I believe, by next

09:34AM 13    week to sort of getting everything tied down.  We've identified

09:34AM 14    more specifically where the problems are.

09:34AM 15             We think that probably within a week to ten

09:35AM 16    days we'll be to the point where we can send that spreadsheet

09:35AM 17    out so that everybody can become knowledgeable about all of the

09:35AM 18    proposed fixes so progress is being made and we're moving

09:35AM 19    forward.

09:35AM 20         THE COURT:  Great.  Wonderful report.

09:35AM 21             Okay.  So now we have the Phase One witness

09:35AM 22    list, particularly the Rule to Show Cause that we've modified

09:35AM 23    several times now, and I guess the issue is are all parties now

09:35AM 24    in agreement?  Sounds like they are.

09:35AM 25             We'll go ahead -- oh, Kerry, you got something

09:35AM 1    you want to report on?

09:35AM 2         MR. MILLER:  No, no, no.  That's fine.  Should I hand

09:35AM 3    the latest version to you or should I file it through e-file?

09:35AM 4    I set up the return date for next Friday.

09:35AM 5         THE COURT:  That's fine.  If you want to just e-mail it

09:35AM 6    to me, we'll go ahead and get it entered.

09:35AM 7         MR. MILLER:  Okay.  E-mail is better than this?

09:35AM 8         THE COURT:  I don't care.

09:35AM 9         MR. MILLER:  If anybody wants a last minute review, I

09:36AM 10   brought plenty copies.

09:36AM 11        THE COURT:  All right.  Good.  That's another thing off

09:36AM 12   the list.  That's good.

09:36AM 13             Now, the PSC had drafted a proposed pretrial

09:36AM 14   order, BP has submitted proposed changes and included the

09:36AM 15   provision we discussed last week for supplementation of the

09:36AM 16   Phase One exhibit list.  Is there going to be a further meet

09:36AM 17   and confer process between PSC and BP?

09:36AM 18        MR. BREIT:  Yes.

09:36AM 19        MR. LANGAN:  Andy Langan for BP.

09:36AM 20        THE COURT:  Soren says yes.

09:36AM 21        MR. LANGAN:  Yes, I think we'll continue to talk to

09:36AM 22   them.  I think we have more time.  You haven't asked for

09:36AM 23   comments for another ten days or so.

09:36AM 24        MR. STERBCOW:  I was just going to say, Your Honor, we

09:36AM 25   need the weekend, and we're going to meet with Soren again on

09:36AM 1    Monday and then get in touch with Andy next week.

09:36AM 2            THE COURT:  You look remarkably well today,

09:36AM 3    Mr. Sterbcow.

09:36AM 4            MR. STERBCOW:  Thank you, Your Honor.  Does that mean I

09:36AM 5    don't look well on other days?

09:37AM 6            THE COURT:  Well, in past days you have not.

09:37AM 7            MR. IRPINO:  This is a brutal conference:  Alan is not

09:37AM 8    skinny; Paul looks like hell.

09:37AM 9            THE COURT:  Seriously, how can you not see that Alan

09:37AM 10   has lost a lot of weight?  How could you not see that?

09:37AM 11           MR. IRPINO:  Alan has always been beautiful to me.

09:37AM 12           THE COURT:  Alan, stand up and take your jacket off.

09:37AM 13   Take your jacket off.

09:37AM 14           [Complies].

09:37AM 15           [Applause].

09:37AM 16           THE COURT:  Really.

09:37AM 17           MR. O'ROURKE:  On behalf of Corey and the other

09:37AM 18   government lawyers, can we have the suits that don't fit

09:37AM 19   anymore?

09:37AM 20           THE COURT:  That's a very good point, Mr. O'Rourke,

09:37AM 21   because he's got very expensive taste.

09:37AM 22           MR. O'ROURKE:  That's the condition for losing weight

09:37AM 23   when you work at the government's firm.

09:38AM 24           THE COURT:  You could afford to tailor his old suits,

09:38AM 25   right?

09:38AM 1        So let's see what else we've got here.  Adverse

09:38AM 2  inference motions.  Andy Langan has asked that a short

09:38AM 3  extension be granted instead of, what, the seven or you're

09:38AM 4  asking for the --

09:38AM 5        MR. LANGAN:  We had suggested responses due Monday, the

09:38AM 6  5th, and then a reply is due Monday, the 12th, if that's okay.

09:38AM 7  Then people have been nice about not objecting.

09:38AM 8        THE COURT:  Yes, I don't have a problem with that

09:38AM 9  unless anybody else does.

09:38AM 10       MR. LANGAN:  Thank you, Your Honor.

09:38AM 11       THE COURT:  That is done.

09:38AM 12            Now, technical preparation for Phase One.  Has

09:38AM 13  anyone been in touch with Courtroom Connect?  That occurred to

09:38AM 14  me last night.  Okay.  I guess we'll undertake to contact

09:38AM 15  Courtroom Connect.

09:39AM 16            Has anybody provided new dates to Indata?  The

09:39AM 17  new Phase One date.  I guess we'll undertake to do that.

09:39AM 18            Isn't that funny that 11 o'clock last night

09:39AM 19  that occurred to me.

09:39AM 20            Okay.  Now, we had the motion that the

09:39AM 21  United States filed for release of Phase One and Phase Two

09:39AM 22  discovery material to the Department of Interior, and I have

09:39AM 23  not seen any objections.  Has anybody objected to that?  Does

09:39AM 24  anybody want to object to that?  We're going to grant it.

09:39AM 25            Okay.  That's all I had on Phase One.  Does

09:39AM   1   anybody else have anything else on Phase One?

09:39AM   2             Let's see.  Rob, this is for you on inspection

09:40AM   3   and testing of the equipment.  Was anything interrupted because

09:40AM   4   of Hurricane Sandy?

09:40AM   5        MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway

09:40AM   6   for BP.  As a matter of fact, it was.

09:40AM   7        THE COURT:  I figured as much.

09:40AM   8        MR. GASAWAY:  We have had some interruptions at our

09:40AM   9   laboratories.  As you know, one of them is in Allentown.  One

09:40AM  10   of them is in, I think, Whitehouse, New Jersey.  The New Jersey

09:40AM  11   lab is still down, from what I understand, because of

09:40AM  12   Hurricane Sandy.

09:40AM  13             So here is the solution:  We obviously have a

09:40AM  14   deadline that we're trying to meet.  What we're looking to do

09:40AM  15   is try to build out testing according to the same standard

09:40AM  16   protocols, also video, but at different Intertek locations that

09:40AM  17   weren't affected, and we hope to have a notice to the Court and

09:40AM  18   the parties later today about any other locations.

09:40AM  19             As Your Honor knows, you made available the

09:40AM  20   opportunity to the other parties to send technicians.  Nobody

09:40AM  21   has taken you up on that.  It may be like watching paint dry or

09:41AM  22   something like that.  We are videoing it.

09:41AM  23             So our expectation would that we would just

09:41AM  24   video at the new location, use the same procedures but, to kind

09:41AM  25   of keep everything on the same tack, look for a notice from us

09:41AM 1    with additional Intertek locations where we would do the same

09:41AM 2    testing, same SOP's, and hopefully we won't have to come to the

09:41AM 3    Court and ask for an extension of the producing the results

09:41AM 4    deadline.  That's the plan, anyway.

09:41AM 5        THE COURT:  Good.  Thank you.  Yes, it did occur to us

09:41AM 6    that that may have, especially in the New Jersey location,

09:41AM 7    interrupted things.

09:41AM 8        MR. GASAWAY:  Thank you, Your Honor.

09:41AM 9        THE COURT:  All right.  Let's see.  Is there anything

09:41AM 10   to report, Sarah, on the unlogged withheld documents, QA/QC?  I

09:41AM 11   think we basically took care of most of the issues, but I just

09:41AM 12   wanted to touch base with you on that.

09:41AM 13       MS. HIMMELHOCH:  I believe that's correct.  I think all

09:41AM 14   that's outstanding is the open discovery issues letter that

09:42AM 15   Mr. Gasaway sent.  Because of Hurricane Sandy I had to use

09:42AM 16   LexisNexis to transmit our response, but we did send a response

09:42AM 17   on Monday.  I didn't have access to official e-mail.

09:42AM 18            I haven't heard back from BP, but that's

09:42AM 19   understandable given the kind of week that we've all had.

09:42AM 20   We're waiting to hear back from BP on what they consider to be

09:42AM 21   still open, and we'll notify you if and when we need to come

09:42AM 22   back and get your guidance.

09:42AM 23       THE COURT:  Okay.  Rob is at the podium and I think

09:42AM 24   he's going to say something.

09:42AM 25       MR. GASAWAY:  Your Honor and Sarah, I was just going to

09:42AM  1    say we did get that letter, and we are planning to respond not

09:42AM  2    to the Court but back to the United States hopefully today, so

09:42AM  3    Sarah, you can look for that, and thank you for getting us our

09:43AM  4    letter on Monday despite the hurricane.

09:43AM  5            THE COURT:  Sarah, are you back up and running on the

09:43AM  6    bike?

09:43AM  7            MS. HIMMELHOCH:  I -- I -- I should be.

09:43AM  8            THE COURT:  Meaning there is no debris in the streets

09:43AM  9    and all is clear, right?

09:43AM 10            MS. HIMMELHOCH:  I have no excuse but I have not ridden

09:43AM 11    it this week.  I'll be back up and running next week.

09:43AM 12            THE COURT:  All right.  Next up is the issue with

09:43AM 13    Professor Leifer, and I got a communication last night from

09:43AM 14    Charlie with the University of California, Santa Barbera asking

09:43AM 15    if I would be available for a conference with the professor

09:43AM 16    today.  I'm trying to work my schedule out to make myself

09:43AM 17    available.

09:43AM 18            MR. GASAWAY:  Thank you, Your Honor.  I'm assuming this

09:43AM 19    follows up on their request to have a conference just with the

09:43AM 20    Court and Mike and so forth.

09:43AM 21            THE COURT:  That is.

09:43AM 22            MR. GASAWAY:  We'll just wait to hear from Your Honor

09:43AM 23    about any next steps.

09:43AM 24            THE COURT:  I am going to try to get to him today so we

09:43AM 25    don't have further delay.

09:43AM 1        MR. GASAWAY:  Thank you, Your Honor.

09:44AM 2        THE COURT:  You're welcome.

09:44AM 3             Okay.  How did things go this week on

09:44AM 4   depositions?  Was there any problem with regard to

09:44AM 5   Hurricane Sandy or everything went as scheduled?

09:44AM 6        MR. FITCH:  As scheduled.

09:44AM 7        THE COURT:  That's good.  That was a concern.  I'm

09:44AM 8   going to take that concern off my list.

09:44AM 9        MR. FITCH:  Maybe with one or two rulings.

09:44AM 10       THE COURT:  I know the rulings weren't fun -- I

09:44AM 11  understand that, Tony -- but everything went forward as

09:44AM 12  scheduled.

09:44AM 13       MR. FITCH:  Yes, it did.  We appreciate the Court's

09:44AM 14  time.

09:44AM 15       THE COURT:  Say again.

09:44AM 16       MR. FITCH:  The Court's time is appreciated.

09:44AM 17       THE COURT:  Not a problem.

09:44AM 18            On the deposition of Statoil, we've set the

09:44AM 19  deadline for production of premarked exhibits and delivery to

09:44AM 20  Statoil's counsel for Friday, November 9th.  So that should be

09:44AM 21  A-ok.  Everybody please comply with that so everything goes

09:45AM 22  smoothly on that deposition.

09:45AM 23            Mr. O'Rourke, come on back up because we did

09:45AM 24  want to hear from you on Stress Engineering.

09:45AM 25       MR. O'ROURKE:  This is Steve O'Rourke for the

09:45AM 1  United States.  For Stress Engineering, this is the one that

09:45AM 2  had the ten topics.  We've distributed the list of topics that

09:45AM 3  Stress had provided us to everybody else.  We looked it over.

09:45AM 4  We picked two witnesses and two topics.

09:45AM 5          Okay.  We don't want anybody else, with one

09:45AM 6  disclaimer I'll make in a minute.  For today's purposes the two

09:45AM 7  witnesses are Mr. George Ross.

09:45AM 8          THE COURT:  R-O-S-S?

09:45AM 9          MR. O'ROURKE:  Yes, ma'am.  To be on November 16th.

09:45AM 10  And Mr. Chris Matice, M-A-T-I-C-E, to be on November 28th.  For

09:45AM 11  Ross the topic -- various topics but one is pressure -- testing

09:46AM 12  at the pressure transducer; for Matice, it's computational

09:46AM 13  fluid dynamics.

09:46AM 14          Everybody in the room has the list of topics.

09:46AM 15  It's up to the other parties to decide whether they want any of

09:46AM 16  the other witnesses in any of the other topics.

09:46AM 17          THE COURT:  Okay.

09:46AM 18          MR. O'ROURKE:  Having said that, there were two

09:46AM 19  projects performed.  The employees who performed those projects

09:46AM 20  are no longer with Stress Engineering.  So we're going to go to

09:46AM 21  the other company, talk to them, see if we need -- if we are

09:46AM 22  going to need to 30(b)(6) that new company or whether we can

09:46AM 23  just let them drop.

09:46AM 24          So hopefully we can let them drop, but if it

09:46AM 25  seems very important we're going to ask for permission for

09:46AM 1    those two projects, for the new company for the guys that

09:46AM 2    switched companies.

09:46AM 3            THE COURT:  Let's talk about it, guys.  You all are now

09:46AM 4    aware of what the US has selected.  Would you all please look

09:47AM 5    at the other areas and let's set a deadline pretty quickly for

09:47AM 6    you all to say whether you want to pick up any of those other

09:47AM 7    areas.

09:47AM 8            MR. BARR:  Next Friday?

09:47AM 9            THE COURT:  That's too quickly.  Close of business

09:47AM 10   Tuesday.

09:47AM 11           MR. O'ROURKE:  I should add when the US got documents

09:47AM 12   from Stress Engineering we produced them to all the other

09:47AM 13   parties back on August 17th.  So if people need to review the

09:47AM 14   documents on those topics to make that decision, those

09:47AM 15   documents are available to them.

09:47AM 16           THE COURT:  Okay.  Y'all calm down over there.

09:47AM 17                  Okay.  Steve, thank you.  What about on

09:47AM 18   Oceaneering?

09:47AM 19           MR. O'ROURKE:  Oceaneering, we've received all of their

09:47AM 20   videos, six cartons of DVDs, but this is the company that a

09:48AM 21   year ago had switched their e-mail system, so in order to

09:48AM 22   search for our requested documents they are using backup tapes,

09:48AM 23   which was the expensive proposition, and they are trying do

09:48AM 24   their documents on a rolling production.

09:48AM 25                  They have asked for two -- to have three weeks

09:48AM 1    to do their rolling production, which is a problem, so this may

09:48AM 2    be a straggler or an outlier that is going to have to happen in

09:48AM 3    early December instead.  We have Ms. Harvey discussing with

09:48AM 4    them ways to expedite this rolling production as possible, but

09:48AM 5    they may have to be an outlier.

09:48AM 6           THE COURT:  Okay.  Then last but not least, we've got

09:48AM 7    the privilege log from Wild Well, and --

09:48AM 8           MR. O'ROURKE:  I think we have the documents too.  My

09:48AM 9    understanding is Dave asked to go in the first week of

09:48AM 10   December, and we've told them we think the deadline is

09:48AM 11   November 30th.  So I was tasked to ask you whether Wild Well

09:49AM 12   could have them in the first week of December.  I believe, I

09:49AM 13   don't want to commit, I think it's a one-day.

09:49AM 14          THE COURT:  Okay.  Does anybody --

09:49AM 15          MR. O'ROURKE:  No, it's a two-day.  Sorry.  Two-day.

09:49AM 16          THE COURT:  It's a two-day.  Mr. Peapod, has anybody

09:49AM 17   any problem with accommodating Wild Well and taking them on

09:49AM 18   December 2nd?

09:49AM 19          MR. BARR:  No problem.

09:49AM 20          MR. O'ROURKE:  It would be the first week of December,

09:49AM 21   perhaps the 2nd or 3rd or 3rd or 4th, or something like that.

09:49AM 22          THE COURT:  I think that sounds okay.

09:49AM 23          MR. O'ROURKE:  You said "finally" but I disagree; we

09:49AM 24   want to talk about Intertek as well.

09:49AM 25          THE COURT:  Intertek.  No, it's not on my list.

09:49AM  1            MR. O'ROURKE:  I want to talk about Intertek.

09:49AM  2            THE COURT:  Oh.  Could I go to BP Institute first and

09:49AM  3  finish my list?

09:49AM  4            MR. O'ROURKE:  I'll let you do that.

09:49AM  5            THE COURT:  Anything that we need to find out?  Has

09:50AM  6  everybody reported who is attending?  Is everything in gear for

09:50AM  7  that to go forward?

09:50AM  8            MR. CHAKERES:  Your Honor, Nat Chakeres for the

09:50AM  9  United States.  I haven't gotten confirmation that everybody

09:50AM 10  has reported to Mr. Tracy at Hogan Lovells but please do as

09:50AM 11  soon as possible.

09:50AM 12            THE COURT:  Yes, guys, please take care of that.  We

09:50AM 13  want to make sure that if you plan on attending they are aware

09:50AM 14  of it and that they can accommodate the group.

09:50AM 15            So now let's go back to Intertek.

09:50AM 16            MR. O'ROURKE:  Intertek is scheduled for November 30th,

09:50AM 17  and that's firm, except we still don't have all of their

09:50AM 18  documents.  They are supposed to report to Ms. Ingal (spelled

09:50AM 19  phonetically) on Monday.  If the report is unsatisfactory she

09:50AM 20  will be calling you on Monday seeking resolution by Friday

09:50AM 21  because next Friday is 21 days before.

09:50AM 22            THE COURT:  Okay.

09:50AM 23            MR. O'ROURKE:  Also, another issue that came up with

09:50AM 24  Intertek, we were just discussing the videotaping of their

09:50AM 25  testing that came to light during a deposition, that some of

09:51AM 1    the videotapes they had taken of previous testing of

09:51AM 2    Mississippi Canyon 252 oil had disappeared.  We asked BP if BP

09:51AM 3    happens to have copies of those videos.  We'll see how that

09:51AM 4    shakes out, but I just wanted to put you on notice of that

09:51AM 5    problem.

09:51AM 6              The main problem for today's purposes, we don't

09:51AM 7    have their documents, and we're butting up against the 21 days.

09:51AM 8    Unless the answer is a good one on Monday, we'll probably be

09:51AM 9    calling you.

09:51AM 10             THE COURT:  Okay.  Good enough.

09:51AM 11                  Mr. Maze.

09:51AM 12             MR. MAZE:  The questions about Stress, are you wanting

09:51AM 13   us to respond to you or just to Steve directly by Tuesday?

09:51AM 14             THE COURT:  Steve directly respond, if you all just

09:51AM 15   want to communicate amongst yourself.  Have you got a lot you

09:51AM 16   want to cover?

09:51AM 17             MR. MAZE:  No, I already know.  Doug and I have already

09:51AM 18   talked about what the states are going to want.

09:51AM 19             The other question is let's assume that five

09:51AM 20   get picked, are they going to be five one-days or one day with

09:51AM 21   five witnesses?

09:51AM 22             MR. O'ROURKE:  This is O'Rourke for the US.  We

09:52AM 23   selected one day for each witness; although, we're not sure

09:52AM 24   each one is going to take a whole day but better safe than

09:52AM 25   sorry.

09:52AM  1          THE COURT:  Well, Corey, when you respond to Steve with

09:52AM  2     regard to the additional three, it sounds like, that you all

09:52AM  3     are going to want, why don't you project how much time you

09:52AM  4     think each will take.  I mean, if you could do all three in one

09:52AM  5     day, that would be great.

09:52AM  6          MR. MAZE:  I think ours is only going to be two.  I

09:52AM  7     just picked five out of the air.

09:52AM  8          THE COURT:  I thought you picked five because you had

09:52AM  9     three.

09:52AM 10          MR. MAZE:  Actually I picked five because Brian put

09:52AM 11     five in my ear.

09:52AM 12          THE COURT:  Of course.  Of course.

09:52AM 13          MR. O'ROURKE:  So, Your Honor, the lawyer for Stress is

09:52AM 14     Mr. Hidalgo from Houston.  Obviously he'll have to be involved

09:52AM 15     in the naming of the extra witnesses.

09:52AM 16          THE COURT:  When you all reply -- do you have his

09:52AM 17     e-mail -- why don't you include him on your discussion so that

09:52AM 18     he can get in right at the beginning, and if there are

09:53AM 19     problems, you all can know about it.

09:53AM 20               Great.  Thank you.  Thanks, Steve.

09:53AM 21               Okay.  Let's see.  Kelkar University,

09:53AM 22     California Santa Barbara, and Purdue.  Ron, why don't you come

09:53AM 23     tell us how you're coming on that.  Have you served the

09:53AM 24     deposition notices?  Is there any problem at that end, anything

09:53AM 25     like that?

09:53AM 1        MR. GASAWAY:  No, Your Honor.  What we had read from
09:53AM 2    Your Honor's order last Friday was that we should take another
09:53AM 3    look at the ones that we had circulated in June and circulate
09:53AM 4    those to the parties on Monday.
09:53AM 5        So what we were considering doing, and we're
09:53AM 6    trying to make this as straightforward and noncontroversial as
09:53AM 7    possible so I don't want to suggest that we think there is
09:53AM 8    going to be any problem with this, but what we were going to do
09:53AM 9    is come back with a letter to the Court and the parties on
09:53AM 10   Monday saying exactly what that would be.
09:53AM 11       Obviously there has been some developments in
09:54AM 12   the case since June when we originally put that together, but
09:54AM 13   you'll see that on Monday as well the other parties'.
09:54AM 14       THE COURT:  Good.  Okay.  Good, good, good.
09:54AM 15       All right.  We still have a bunch of 30(b)(6)
09:54AM 16   depositions left to take.  Why don't we get a status report
09:54AM 17   from the PSC with regard to good faith exhibit lists and
09:54AM 18   objections to deposition exhibits.
09:54AM 19       Good morning, Brian.
09:54AM 20       MR. BARR:  Good morning, Your Honor.  Brian Barr for
09:54AM 21   the PSC.  Mark Nomellini sent around last night or yesterday
09:54AM 22   evening the latest draft of where we are.  I think it's pretty
09:54AM 23   consistent with where we were last week.
09:54AM 24       We've put a -- proposed a deadline of the first
09:55AM 25   wave of the good faith exhibits on December 21 to try and put a

09:55AM 1    firm date on that.  Obviously through today we've seen there is

09:55AM 2    going to be a couple of straggler 30(b)(6) depositions, but the

09:55AM 3    vast majority of them will be done, so that should be fine, and

09:55AM 4    then we'll have the second installment.

09:55AM 5            So I think we're all on the same page on the

09:55AM 6    December 21st, and then the parties have 21 days to submit any

09:55AM 7    objections, and then there is a meet and confer, and then we

09:55AM 8    get to the part where we dispute things.

09:55AM 9            I'll let Mark speak for BP but for the PSC,

09:55AM 10   Alabama, Louisiana, I think Transocean agrees with this as

09:55AM 11   well, that we -- those parties do not believe we should do the

09:55AM 12   first wave of briefing.  What Mark designed in there was a

09:55AM 13   process where people could at their option move for the

09:56AM 14   admissibility of physical exhibits after -- with the first

09:56AM 15   installment.

09:56AM 16           One, I think most of us feel that that's a

09:56AM 17   burden on the Court that doesn't need to be there because we

09:56AM 18   don't want issues to get raised again.  We think that should be

09:56AM 19   done at the close of fact discovery when, like I said last

09:56AM 20   week, people have the complete time to lay all the foundations

09:56AM 21   they want to lay, and then, you know, we also -- you know,

09:56AM 22   there are just a lot of issues going that way.

09:56AM 23           We also don't believe that it's appropriate for

09:56AM 24   the party trying to get something -- if somebody wants

09:56AM 25   something excluded, they should move to have it excluded.  This

09:56AM 1  kind of flips that where you're moving for admissibility, and

09:56AM 2  that's not the direction at least the PSC wants to go.  At the

09:56AM 3  end of the day, I guess, you know, through my fault, I started

09:56AM 4  all this, and so I get what I get out of that.

09:57AM 5          What I was hoping was that we would have a

09:57AM 6  universe of what the objections were so we knew whether or not

09:57AM 7  it was something the parties would be able to work out or

09:57AM 8  whether it was going to require additional discovery.  That was

09:57AM 9  kind of what the idea of the first wave was, and so that's why

09:57AM 10  I don't think the Court needs to get involved in making

09:57AM 11  affirmative decisions on the admissibility of things.

09:57AM 12          So that's where we are.  I think the Court is

09:57AM 13  probably going to have to decide that dispute, but I'll let

09:57AM 14  Mark speak for BP.

09:57AM 15          THE COURT:  Okay.  Good, but you've made good progress

09:57AM 16  otherwise and I appreciate it.

09:57AM 17          MR. BARR:  Yes, Your Honor.

09:57AM 18          MR. NOMELLINI:  Your Honor --

09:57AM 19          THE COURT:  Mark, do you want to address that?

09:57AM 20          MR. NOMELLINI:  Yes.  Good morning, Your Honor.

09:57AM 21          I think we have made very good progress, and I

09:57AM 22  thank Brian and everybody who has worked cooperatively in that

09:57AM 23  office.

09:57AM 24          The only small area of remaining nonagreement

09:57AM 25  is paragraphs 4 to 6, and Brian correctly pointed out, I think,

09:58AM 1    there are two alternatives.  One is to wait until the last fact

09:58AM 2    deposition before the Court weighs in on any admissibility

09:58AM 3    issue to any document.

09:58AM 4            The alternative we proposed is for the parties

09:58AM 5    to have the option, not required, but an option, to bring

09:58AM 6    issues to the Court's attention sometime in early 2012 before

09:58AM 7    the end of fact discovery.

09:58AM 8            The PSC mentioned that they wanted to avoid

09:58AM 9    rulings on documents as to which there is discovery remaining.

09:58AM 10   We understand that argument.  Under our proposal, anyone could

09:58AM 11   still say it's too early to rule on this particular document

09:58AM 12   because there is a deposition coming up that relates to that

09:59AM 13   document, but at least it gives people the option to seek --

09:59AM 14   our proposal gives people the option to seek guidance on a

09:59AM 15   reasonable number of documents as to which no discovery issues

09:59AM 16   remain, and we do believe there will be some such documents.

09:59AM 17           Our experience has been that judicial guidance,

09:59AM 18   for example, on the privilege process helps the parties

09:59AM 19   extrapolate out the results, and in the objection context, we

09:59AM 20   do believe it will help the parties be reasonable about their

09:59AM 21   objections.  I think they will be more reasonable if they know

09:59AM 22   there is a possibility of a judicial ruling in the

09:59AM 23   not-too-distant future.

09:59AM 24           The PSC mentioned the possibility of objections

10:00AM 25   giving rise to depositions, and perhaps that could be what

10:00AM 1   causes people to be reasonable.  We think that the threat of

10:00AM 2   depositions is not as well targeted a tool because if, for

10:00AM 3   example, Halliburton objects to a BP document you could have a

10:00AM 4   BP deposition resulting from that under the PSC theory, so it

10:00AM 5   would be punishing BP for somebody else's objection.

10:00AM 6          Those are our views on the two options.  I

10:00AM 7   think that, as Brian mentioned, he and some other parties

10:00AM 8   disagree.  I think the United States also disagreed with BP on

10:00AM 9   this.

10:00AM 10   THE COURT:  Okay.  So we'll have to decide which

10:00AM 11   version to go with.

10:01AM 12          MR. NOMELLINI:  Thank you, Your Honor.

10:01AM 13          THE COURT:  You're welcome.

10:01AM 14          Okay.  I take it you all agree that there will

10:01AM 15   be an additional exhibit list after expert depositions have

10:01AM 16   been resolved.  That's not an issue -- Okay.

10:01AM 17          MR. O'ROURKE:  This is Steve O'Rourke again for the

10:01AM 18   United States.  That does raise the issue of whether the motion

10:01AM 19   practice should wait until installment three rather than

10:01AM 20   between installment two and three.  For the US we're interested

10:01AM 21   in doing this after the exhibit lists are done, the depositions

10:01AM 22   are done, rather than in two or perhaps three installments, for

10:01AM 23   everybody's benefit of avoiding extra work, duplication and

10:01AM 24   what have you.

10:01AM 25          THE COURT:  I'm in favor of avoiding extra work.  I

10:01AM 1   know that surprises you, but, okay.

10:01AM 2                We've received most of the submissions

10:01AM 3   *in camera* with regard to Phase Two experts.  Have we not

10:02AM 4   received everybody's?  I'll tell you who we have.  We have the

10:02AM 5   PSC, Halliburton, Cameron, BP, Transocean, and the US got a

10:02AM 6   little additional time.  Anybody else that we've missed?

10:02AM 7        MR. FITCH:  I e-mailed you on behalf of Anadarko.

10:02AM 8        THE COURT:  You did e-mail me, I'm sorry.  Thank you.

10:02AM 9   Yes.  Did we miss anybody?

10:02AM 10               I think that's all we've got on my agenda

10:02AM 11  today.  Let's talk about anything else on anyone else's mind.

10:02AM 12               Nat.

10:02AM 13       MR. CHAKERES:  Your Honor, thank you.  Nat Chakeres for

10:02AM 14  the United States.  I received a request from Woods Hole that

10:03AM 15  we renew our request that you rule on the cost dispute.

10:03AM 16       THE COURT:  It's not that I'm ignoring them.  It's just

10:03AM 17  that I haven't gotten to it.  It's sitting on my desk.

10:03AM 18       MR. CHAKERES:  We understand, Your Honor, and I think

10:03AM 19  they understand too.  They just want to make sure they are not

10:03AM 20  out of pocket longer.

10:03AM 21       THE COURT:  They are not out of pocket, and I intend to

10:03AM 22  get to it, I promise you.  It's even on my desk.  It's not even

10:03AM 23  on my table.  It's made it all the way to my desk.  So if you

10:03AM 24  wouldn't mind report to them that it's on my desk.  Now, when

10:03AM 25  it's going to get off my desk, I can't project, but it's there.

10:03AM 1        MR. CHAKERES:  I appreciate it, Your Honor.

10:03AM 2        THE COURT:  Thank you.  I appreciate the reminder.

10:03AM 3               What else?  Anybody else?

10:03AM 4        MR. UNDERHILL:  Your Honor, this is Mike.  I've got

10:03AM 5  just one brief one.

10:03AM 6        THE COURT:  Underhill.  How you do?

10:03AM 7        MR. UNDERHILL:  Fine, Judge.

10:03AM 8               Just to go back to Andy's request on the

10:03AM 9  extension on the adverse inferences, one of my team told me

10:03AM 10 that that date, I think it's the 12th, you said, Andy, or

10:03AM 11 whatever, falls on Veterans Day, a Monday, so could we move

10:04AM 12 that to the next day, whatever the date is on Tuesday?

10:04AM 13       MR. LANGAN:  Tuesday, the 13th then.  Makes perfect

10:04AM 14 sense.

10:04AM 15       THE COURT:  That's no problem.  That only happens

10:04AM 16 because Andy doesn't observe federal holidays.

10:04AM 17       MR. UNDERHILL:  Thank you very much.

10:04AM 18       MR. LANGAN:  No, that's a good point.  Thanks, Mike.

10:04AM 19       THE COURT:  Rob, what you got?

10:04AM 20       MR. GASAWAY:  Real quickly, Your Honor, and this

10:04AM 21 follows up on the *in camera* disclosures for the experts.  Our

10:04AM 22 next deadline of that sort is the one that's coming on the

10:04AM 23 12th, and those are the fact deponent lists, and your

10:04AM 24 order says simultaneous exchange of those.  You remember when

10:04AM 25 we were doing 30(b)(6) designations there was a discussion

10:04AM  1   about how simultaneous the simultaneous exchange was.

10:04AM  2                   In light of that, I think what we should do

10:04AM  3   would be for just each of the parties to e-mail it to you and

10:04AM  4   Mike only, and that way nobody can say somebody is waiting for

10:04AM  5   the other party.

10:04AM  6                   So unless you object or somebody else objects,

10:04AM  7   what we'll do, from a BP standpoint, is just e-mail our seven

10:05AM  8   picks to you and Mike, and then you guys can wait until

10:05AM  9   everybody is in, and there will be a simultaneous disclosure.

10:05AM 10   That would be our logistical thought.

10:05AM 11           THE COURT:  When everybody comes in we will then send

10:05AM 12   it out to everybody; is that the way you figure?

10:05AM 13           MR. GASAWAY:  Right.

10:05AM 14           THE COURT:  That's fine with us.

10:05AM 15           MR. GASAWAY:  Thank you, Your Honor.

10:05AM 16           MR. O'ROURKE:  You should hold like they did the Oscar

10:05AM 17   nominees.

10:05AM 18           THE COURT:  And the nominees are...

10:05AM 19           MR. BREIT:  If you would like to get up at 5:00 in the

10:05AM 20   morning and read it like a web cast.

10:05AM 21           THE COURT:  That's not a bad idea.  We'll have a web

10:05AM 22   cas and Mike can read it.

10:05AM 23                   That's a good idea.  Thanks, Rob.

10:05AM 24                   Okay.  Anything else?  If not, this was a good

10:05AM 25   one.  It was fast.  Thank you very much.  Have a great weekend.

10:05AM  1          MR. GODWIN:  Thank you, Your Honor.

10:05AM  2          MR. LANGAN:  Thank you, Your Honor.

10:05AM  3          THE COURT:  Nat, thanks for the picture.  That really

10:05AM  4     was good.

         5          (WHEREUPON, at 10:05 a.m.  the proceedings were

         6     concluded.)

         7                         *    *    *

         8

         9

        10                    REPORTER'S CERTIFICATE

        11

        12          I, Cathy Pepper, Certified Realtime Reporter, Registered

        13     Merit Reporter, Certified Court Reporter of the State of

        14     Louisiana, Official Court Reporter for the United States

        15     District Court, Eastern District of Louisiana, do hereby

        16     certify that the foregoing is a true and correct transcript to

        17     the best of my ability and understanding from the record of the

        18     proceedings in the above-entitled and numbered matter.

        19

        20

        21                              *s/Cathy Pepper*

        22                              Cathy Pepper, CRR, RMR, CCR
                                        Certified Realtime Reporter
        23                              Registered Merit Reporter
                                        Official Court Reporter
        24                              United States District Court
                                        Cathy_Pepper@laed.uscourts.gov
        25

**1**

**10-MD-2179** [1] - 1:7
**1001** [2] - 5:14, 7:9
**101** [1] - 2:12
**10:05** [1] - 35:5
**11** [1] - 16:18
**1100** [1] - 5:7
**12** [1] - 8:5
**1201** [1] - 6:8
**1221** [1] - 5:22
**12th** [3] - 16:6, 33:10, 33:23
**13** [1] - 8:6
**1300** [1] - 6:18
**1331** [1] - 6:12
**13th** [1] - 33:13
**14** [1] - 8:7
**14271** [1] - 3:9
**16** [5] - 8:8, 8:9, 8:10, 8:11, 8:12
**1615** [1] - 6:18
**1665** [1] - 6:12
**16th** [1] - 21:9
**17** [1] - 8:15
**1700** [1] - 6:8
**17th** [1] - 22:13
**18** [1] - 8:16
**19** [1] - 8:17

**2**

**2** [2] - 1:8, 10:2
**20** [3] - 1:6, 8:18, 8:19
**200** [1] - 7:9
**20005** [1] - 4:19
**20006** [1] - 6:22
**20044** [2] - 2:25, 3:6, 3:10
**2007** [1] - 7:3
**2010** [1] - 1:6
**2012** [3] - 1:8, 10:2, 30:6
**2020** [1] - 6:21
**21** [7] - 8:20, 8:21, 8:22, 24:21, 25:7, 27:25, 28:6
**2185** [1] - 7:11
**21st** [1] - 28:6
**22** [1] - 8:23
**2216** [1] - 1:21
**22ND** [1] - 2:15
**23** [1] - 8:24
**23451** [1] - 2:16
**24** [4] - 8:25, 9:1, 9:2, 9:3
**252** [1] - 25:2
**26** [3] - 9:4, 9:5, 9:6

**2615** [1] - 2:8
**27** [2] - 9:7, 9:8
**2800** [1] - 7:4
**28th** [1] - 21:10
**2nd** [2] - 23:18, 23:21

**3**

**30(B)(6** [1] - 9:7
**30(b)(6** [4] - 21:22, 27:15, 28:2, 33:25
**300** [1] - 4:14
**30th** [2] - 23:11, 24:16
**30TH.............** [1] - 9:2
**31** [2] - 9:10, 9:11
**316** [1] - 2:4
**32** [2] - 9:13, 9:15
**32502** [1] - 2:5
**33** [2] - 9:16, 9:17
**3450** [1] - 7:12
**355** [1] - 5:10
**35TH** [1] - 5:10
**36130** [1] - 3:14
**36TH** [1] - 5:6
**3700** [1] - 5:14
**3rd** [2] - 23:21

**4**

**4** [1] - 29:25
**402** [1] - 2:15
**4310** [1] - 1:24
**435** [1] - 2:12
**450** [1] - 2:20
**4500** [1] - 5:22
**4:00** [1] - 11:13
**4th** [1] - 23:21

**5**

**500** [4] - 3:13, 7:13, 7:17, 13:10
**5000** [1] - 4:10
**504** [1] - 7:18
**5395** [1] - 2:20
**546** [1] - 5:18
**589-7779** [1] - 7:18
**5:00** [1] - 34:19
**5th** [1] - 16:6

**6**

**6** [1] - 29:25
**600** [2] - 2:4, 2:15
**601** [1] - 2:8
**60654** [1] - 4:15
**655** [1] - 4:18

**7**

**701** [2] - 3:17, 4:10
**70112** [1] - 6:18
**70113** [1] - 1:18
**70130** [5] - 1:21, 2:9, 3:18, 5:18, 7:17
**70139** [1] - 4:10
**70163** [1] - 5:7
**70360** [1] - 1:22
**70505** [1] - 7:9
**725** [1] - 7:4
**75270** [1] - 6:9
**7611** [2] - 2:24, 3:5
**77002** [2] - 5:14, 7:13
**77006** [1] - 1:24
**77010** [2] - 5:22, 6:13
**7TH** [1] - 2:20

**8**

**820** [1] - 1:18

**9**

**90017** [1] - 7:5
**90071** [1] - 5:11
**94102** [1] - 2:21
**9:30** [1] - 1:8
**9th** [1] - 20:20

**A**

**A-ok** [1] - 20:21
**a.m** [1] - 35:5
**A.M** [1] - 1:8
**ability** [1] - 35:17
**able** [1] - 29:7
**above-entitled** [1] - 35:18
**ABRAMSON** [1] - 2:7
**access** [1] - 18:17
**accommodate** [1] - 24:14
**accommodating** [1] - 23:17
**according** [1] - 17:15
**ACTION** [1] - 1:7
**ACTIONS** [1] - 1:9
**add** [1] - 22:11
**additional** [5] - 18:1, 26:2, 29:8, 31:15, 32:6
**ADDITIONAL** [1] - 9:10
**address** [1] - 29:19
**admissibility** [4] -

28:14, 29:1, 29:11, 30:2
**ADVERSE** [2] - 8:8, 9:16
**adverse** [1] - 16:1, 33:9
**affected** [1] - 17:17
**afford** [1] - 15:24
**AFTER** [1] - 9:10
**AGENDA** [1] - 8:3
**agenda** [1] - 32:10
**ago** [1] - 22:21
**agree** [1] - 31:14
**agreement** [1] - 13:24
**agrees** [1] - 28:10
**ahead** [2] - 13:25, 14:6
**air** [1] - 26:7
**AIRBORNE** [1] - 7:7
**AL** [1] - 3:14
**Alabama** [1] - 28:10
**ALABAMA** [1] - 3:12
**Alan** [9] - 12:21, 12:24, 13:4, 13:6, 15:7, 15:9, 15:11, 15:12
**ALAN** [1] - 6:11
**ALISON** [1] - 6:7
**ALL** [1] - 1:9
**ALLEN** [1] - 7:12
**Allentown** [1] - 17:9
**alternative** [1] - 30:4
**alternatives** [1] - 30:1
**AMERICA** [6] - 4:3, 4:3, 4:4, 4:4, 4:5, 4:7, 4:8
**AMERICAN** [1] - 2:8
**Anadarko** [1] - 32:7
**ANADARKO** [2] - 6:15, 6:16
**AND** [5] - 5:4, 8:13, 8:15, 9:8, 9:12
**ANDREW** [2] - 4:13, 7:4
**Andy** [5] - 14:19, 15:1, 16:2, 33:10, 33:16
**Andy's** [1] - 33:8
**ANGELES** [2] - 5:11, 7:5
**answer** [1] - 25:8
**ANTHONY** [1] - 1:20
**anyway** [1] - 18:4
**appearance** [2] - 10:14, 10:15
**APPEARANCES** [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**appearer** [1] - 10:16
**Applause]** [1] - 15:15
**appreciate** [6] - 12:16, 13:3, 20:13, 29:16,

33:1, 33:2
**appreciated** [1] - 20:16
**appropriate** [1] - 28:23
**APRIL** [1] - 1:6
**are..** [1] - 34:18
**area** [1] - 29:24
**areas** [2] - 22:5, 22:7
**argument** [1] - 30:10
**ASBILL** [1] - 5:13
**assume** [1] - 25:19
**assuming** [1] - 19:18
**attending** [2] - 24:6, 24:13
**attention** [1] - 30:6
**ATTORNEY** [1] - 3:12
**August** [1] - 22:13
**available** [4] - 17:19, 19:15, 19:17, 22:15
**AVENUE** [4] - 1:18, 2:20, 3:13, 5:10
**avoid** [1] - 30:8
**avoiding** [2] - 31:23, 31:25
**aware** [2] - 22:4, 24:13

**B**

**BABIUCH** [1] - 4:14
**backup** [1] - 22:22
**bad** [1] - 34:21
**banana** [1] - 10:22
**Barbara** [1] - 26:22
**BARBARA.................**
**..........** [1] - 9:5
**Barbera** [1] - 19:14
**BARR** [5] - 2:4, 22:8, 23:19, 27:20, 29:17
**Barr** [1] - 27:20
**base** [1] - 18:12
**BATTISTE** [1] - 6:7
**BAYLEN** [1] - 2:4
**BEACH** [1] - 2:16
**beautiful** [1] - 15:11
**BECK** [1] - 5:20
**become** [1] - 13:17
**beer** [2] - 11:5, 11:8
**BEFORE** [1] - 1:12
**beginning** [1] - 26:18
**behalf** [2] - 15:17, 32:7
**benefit** [1] - 31:23
**best** [1] - 35:17
**better** [2] - 14:7, 25:24
**BETWEEN** [1] - 9:12
**between** [2] - 14:17, 31:20
**bike** [1] - 19:6

**BINGHAM** [1] - 6:20
**bit** [1] - 11:23
**blocks** [1] - 11:14
**BOULEVARD** [1] - 1:24
**BOWMAN** [1] - 6:6
**BOX** [3] - 2:24, 3:5, 3:9
**BP** [25] - 4:3, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 8:25, 14:14, 14:17, 14:19, 17:6, 18:18, 18:20, 24:2, 25:2, 28:9, 29:14, 31:3, 31:4, 31:5, 31:8, 32:5, 34:7
**BRANCH** [2] - 2:19, 3:8
**breaching** [1] - 12:1
**BREIT** [4] - 2:14, 2:15, 14:18, 34:19
**BRENNAN** [1] - 5:13
**Brian** [6] - 26:10, 27:19, 27:20, 29:22, 29:25, 31:7
**BRIAN** [1] - 2:4
**brief** [1] - 33:5
**briefing** [1] - 28:12
**bring** [1] - 30:5
**brought** [1] - 14:10
**BROUSSARD** [1] - 5:17
**BRUCE** [1] - 6:6
**brutal** [1] - 15:7
**build** [1] - 17:15
**BUILDING** [1] - 2:8
**bumped** [1] - 11:19
**bunch** [1] - 27:15
**burden** [1] - 28:17
**business** [1] - 22:9
**butting** [1] - 25:7
**buy** [2] - 11:8, 11:17
**BY** [31] - 1:4, 1:17, 1:20, 1:23, 2:4, 2:7, 2:11, 2:15, 2:19, 2:24, 3:4, 3:9, 3:12, 3:17, 4:9, 4:13, 4:17, 5:6, 5:10, 5:13, 5:17, 5:21, 6:4, 6:11, 6:17, 6:21, 7:4, 7:8, 7:12, 7:19, 7:20

---

### C

**CA** [3] - 2:21, 5:11, 7:5
**CALIFORNIA** [1] - 9:5
**California** [2] - 19:14, 26:22
**CALLED** [1] - 10:4

---

**calm** [1] - 22:16
**camera** [2] - 32:3, 33:21
**CAMERA** [2] - 9:13, 9:17
**CAMERON** [1] - 5:16
**Cameron** [1] - 32:5
**Camp** [1] - 11:15
**CAMP** [1] - 3:17
**Canyon** [1] - 25:2
**care** [2] - 14:8, 18:11, 24:12
**CARONDELET** [1] - 5:18
**cartons** [1] - 22:20
**cas** [1] - 34:22
**case** [1] - 27:12
**cast** [1] - 34:20
**CATHY** [1] - 7:16
**Cathy** [2] - 35:12, 35:22
**cathy_Pepper@laed. uscourts.gov** [1] - 7:18
**Cathy_Pepper@laed .uscourts.gov** [1] - 35:24
**causes** [1] - 31:1
**CCR** [2] - 7:16, 35:22
**CENTER** [3] - 5:21, 7:8, 7:12
**CENTRE** [1] - 5:6
**CERTIFICATE** [1] - 35:10
**CERTIFIED** [1] - 7:16
**Certified** [3] - 35:12, 35:13, 35:22
**certify** [1] - 35:16
**CHAKERES** [12] - 3:5, 11:6, 11:9, 11:22, 12:1, 12:5, 12:15, 12:19, 24:8, 32:13, 32:18, 33:1
**Chakeres** [2] - 24:8, 32:13
**changes** [1] - 14:14
**Charlie** [1] - 19:14
**CHICAGO** [1] - 4:15
**Chris** [1] - 21:10
**CHRIS** [1] - 8:22
**circulate** [1] - 27:3
**circulated** [1] - 27:3
**CIVIL** [3] - 1:7, 2:19, 3:8
**clear** [1] - 19:9
**CLERK** [3] - 10:7, 11:5, 12:12
**close** [2] - 22:9, 28:19
**closet** [1] - 12:8,

---

12:10, 12:14
**code** [1] - 12:2
**cold** [2] - 11:5, 11:8
**colleagues** [2] - 11:20, 13:5
**coming** [3] - 26:23, 30:12, 33:22
**comments** [1] - 14:23
**commit** [1] - 23:13
**communicate** [1] - 25:15
**communication** [1] - 19:13
**companies** [1] - 22:2
**COMPANY** [3] - 4:4, 6:16
**company** [4] - 21:21, 21:22, 22:1, 22:20
**complete** [1] - 28:20
**complies]** [1] - 15:14
**comply** [2] - 11:7, 20:21
**computational** [1] - 21:12
**COMPUTER** [1] - 7:20
**concern** [2] - 20:7, 20:8
**concluded** [1] - 35:6
**condition** [2] - 11:6, 15:22
**confer** [2] - 14:17, 28:7
**CONFERENCE** [1] - 1:12
**conference** [3] - 15:7, 19:15, 19:19
**confirmation** [1] - 24:9
**Connect** [2] - 16:13, 16:15
**CONNECT................ .................. [1] - 8:10
**CONRAD** [1] - 2:11
**consider** [1] - 18:20
**considering** [1] - 27:5
**consistent** [1] - 27:23
**contact** [1] - 16:14
**context** [1] - 30:19
**continue** [1] - 14:21
**CONTINUED** [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**cooperatively** [1] - 29:22
**copies** [2] - 14:10, 25:3
**COREY** [1] - 3:12
**Corey** [2] - 15:17, 26:1
**CORPORATE** [1] - 2:12
**CORPORATION** [3] -

---

4:5, 5:17, 6:15
**correct** [2] - 18:13, 35:16
**correctly** [1] - 29:25
**cost** [2] - 32:15
**costume** [8] - 10:18, 11:2, 11:17, 11:21, 11:22, 12:8, 12:10, 12:14
**COUNSEL** [1] - 3:3
**counsel** [1] - 20:20
**couple** [2] - 11:19, 28:2
**course** [2] - 26:12
**Court** [15] - 13:11, 17:17, 18:3, 19:2, 19:20, 27:9, 28:17, 29:10, 29:12, 30:2, 35:13, 35:14, 35:15, 35:23, 35:24
**COURT** [83] - 1:1, 7:16, 10:4, 10:8, 10:12, 10:15, 10:21, 10:25, 11:7, 11:21, 12:3, 12:7, 12:13, 12:16, 12:20, 13:2, 13:4, 13:20, 14:5, 14:8, 14:11, 14:20, 15:2, 15:6, 15:9, 15:12, 15:16, 15:20, 15:24, 16:8, 16:11, 17:7, 18:5, 18:9, 18:23, 19:5, 19:8, 19:12, 19:21, 19:24, 20:2, 20:7, 20:10, 20:15, 20:17, 21:8, 21:17, 22:3, 22:9, 22:16, 23:6, 23:14, 23:16, 23:22, 23:25, 24:2, 24:5, 24:12, 24:22, 25:10, 25:14, 26:1, 26:8, 26:12, 26:16, 27:14, 29:15, 29:19, 31:10, 31:13, 31:25, 32:8, 32:16, 32:21, 33:2, 33:6, 33:15, 33:19, 34:11, 34:14, 34:18, 34:21, 35:3
**Court's** [3] - 20:13, 20:16, 30:6
**courthouse** [1] - 11:15
**Courtroom** [2] - 16:13, 16:15
**COURTROOM** [1] - 8:10
**cover** [1] - 25:16
**CRR** [2] - 7:16, 35:22

---

### D

**DALLAS** [2] - 6:9, 7:13
**date** [5] - 14:4, 16:17, 28:1, 33:10, 33:12
**dates** [1] - 16:16
**Dave** [1] - 23:9
**DAVID** [1] - 5:21
**DAVIS** [1] - 5:10
**DAVIS-DENNY** [1] - 5:10
**days** [8] - 3:16, 14:23, 15:5, 15:6, 24:21, 25:7, 25:20, 26:6
**DC** [5] - 2:25, 3:6, 3:10, 4:19, 6:22
**deadline** [7] - 17:14, 18:4, 20:19, 22:5, 23:10, 27:24, 33:22
**debris** [1] - 19:8
**December** [7] - 23:3, 23:10, 23:12, 23:18, 23:20, 27:25, 28:6
**decide** [3] - 21:15, 29:13, 31:10
**decision** [2] - 22:14
**decisions** [1] - 29:11
**DEEPWATER** [3] - 1:5, 5:4, 5:5
**defending** [1] - 11:10
**delay** [1] - 19:25
**delivery** [1] - 20:19
**DENNY** [1] - 5:10
**DEPARTMENT** [5] - 2:18, 2:23, 3:4, 3:8, 8:14
**Department** [1] - 16:22
**deponent** [1] - 33:23
**DEPOSITION** [2] - 8:19, 9:9
**deposition** [10] - 11:11, 11:17, 20:18, 20:22, 24:25, 26:24, 27:18, 30:2, 30:12, 31:4
**depositions** [7] - 20:4, 27:16, 28:2, 30:25, 31:2, 31:15, 31:21
**DEPOSITIONS....** [1] - 9:10
**DEPOSITIONS..........**
**.................... [1] -**
9:7
**DEPOSITIONS..........**
**...............................**
[1] - 8:18
**DEPUTY** [1] - 10:7

3

**designations** [1] - 33:25
**designed** [1] - 28:12
**desk** [5] - 32:17, 32:22, 32:23, 32:24, 32:25
**despite** [1] - 19:4
**developments** [2] - 12:22, 27:11
**DEXTER** [1] - 3:13
**different** [1] - 17:16
**direction** [1] - 29:2
**directly** [2] - 25:13, 25:14
**disagree** [2] - 23:23, 31:8
**disagreed** [1] - 31:8
**disappeared** [1] - 25:2
**disclaimer** [1] - 21:6
**disclosure** [1] - 34:9
**DISCLOSURES** [1] - 9:17
**disclosures** [1] - 33:21
**discovery** [7] - 16:22, 18:14, 28:19, 29:8, 30:7, 30:9, 30:15
**DISCOVERY** [2] - 3:3, 8:13
**discussed** [1] - 14:15
**discussing** [2] - 23:3, 24:24
**discussion** [2] - 26:17, 33:25
**dispute** [3] - 28:8, 29:13, 32:15
**distant** [1] - 30:23
**distributed** [1] - 21:2
**DISTRICT** [2] - 1:1, 1:2
**District** [3] - 35:15, 35:24
**DIVISION** [3] - 2:19, 3:3, 3:8
**document** [4] - 30:3, 30:11, 30:13, 31:3
**DOCUMENT** [1] - 1:9
**documents** [13] - 13:10, 18:10, 22:11, 22:14, 22:15, 22:22, 22:24, 23:8, 24:18, 25:7, 30:9, 30:15, 30:16
**DOCUMENTS** [1] - 8:16
**DON** [1] - 4:9
**DONALD** [1] - 6:4
**done** [5] - 16:11, 28:3, 28:19, 31:21, 31:22
**Doug** [1] - 25:17
**DOUGLAS** [1] - 3:17

**down** [5] - 11:15, 13:9, 13:13, 17:11, 22:16
**draft** [1] - 27:22
**drafted** [1] - 14:13
**DRESCHER** [1] - 2:14
**DRILLING** [1] - 5:4
**DRIVE** [1] - 2:12
**drop** [2] - 21:23, 21:24
**dry** [1] - 17:21
**due** [2] - 16:5, 16:6
**duplication** [1] - 31:23
**during** [1] - 24:25
**DVDs** [1] - 22:20
**dynamics** [1] - 21:13

**E**

**E&P** [1] - 6:16
**E-DISCOVERY** [1] - 3:3
**e-file** [1] - 14:3
**e-mail** [8] - 14:5, 14:7, 18:17, 22:21, 26:17, 32:8, 34:3, 34:7
**e-mailed** [1] - 32:7
**ear** [1] - 26:11
**early** [3] - 23:3, 30:6, 30:11
**Eastern** [1] - 35:15
**EASTERN** [1] - 1:2
**ELLIS** [2] - 4:12, 4:17
**ELM** [1] - 6:8
**employees** [1] - 21:19
**end** [3] - 26:24, 29:3, 30:7
**ENERGY** [2] - 5:6, 6:3
**ENFORCEMENT** [1] - 2:23
**Engineering** [4] - 20:24, 21:1, 21:20, 22:12
**ENGINEERING........... .......................** [1] - 8:20
**entered** [1] - 14:6
**entitled** [1] - 35:18
**ENVIRONMENT** [1] - 3:3
**ENVIRONMENTAL** [1] - 2:23
**equipment** [1] - 17:3
**EQUIPMENT.............. ....** [1] - 8:15
**ERIKA** [1] - 6:7
**especially** [1] - 18:6
**ESQUIRE** [40] - 1:17, 1:20, 1:23, 2:4, 2:7, 2:11, 2:15, 2:19, 2:24, 3:4, 3:5, 3:9,

3:12, 3:13, 3:17, 4:9, 4:13, 4:13, 4:14, 4:17, 4:18, 5:6, 5:10, 5:13, 5:17, 5:21, 6:4, 6:5, 6:5, 6:6, 6:6, 6:7, 6:7, 6:11, 6:12, 6:17, 6:21, 7:4, 7:8, 7:12
**evening** [1] - 27:22
**exactly** [3] - 12:13, 12:15, 27:10
**example** [2] - 30:18, 31:3
**except** [1] - 24:17
**exchange** [2] - 33:24, 34:1
**excluded** [1] - 28:25
**excuse** [1] - 19:10
**exertion** [1] - 11:16
**EXHIBIT** [2] - 9:8, 9:10
**exhibit** [4] - 14:16, 27:17, 31:15, 31:21
**exhibits** [5] - 12:22, 20:19, 27:18, 27:25, 28:14
**EXHIBITS................ .............** [1] - 9:9
**EXHIBITS................ .............** [1] - 8:5
**expectation** [1] - 17:23
**expedite** [1] - 23:4
**expensive** [2] - 15:21, 22:23
**experience** [1] - 30:17
**EXPERT** [1] - 9:10
**expert** [1] - 31:15
**experts** [2] - 32:3, 33:21
**EXPERTS............... ....** [1] - 9:17
**EXPERTS................ ....** [1] - 9:14
**EXPLORATION** [1] - 4:6
**extension** [3] - 16:3, 18:3, 33:9
**EXTENSION** [1] - 9:16
**extra** [3] - 26:15, 31:23, 31:25
**extrapolate** [1] - 30:19

**F**

**fact** [6] - 13:4, 17:6, 28:19, 30:1, 30:7, 33:23
**fairly** [1] - 13:5

**faith** [2] - 27:17, 27:25
**FAITH** [1] - 9:8
**falls** [1] - 33:11
**FANNIN** [1] - 5:14
**fast** [1] - 34:25
**fault** [1] - 29:3
**favor** [1] - 31:25
**FEDERAL** [1] - 2:18
**federal** [1] - 33:16
**FIFTEENTH** [1] - 4:18
**FIGUEROA** [1] - 7:4
**figure** [1] - 34:12
**figured** [1] - 17:7
**file** [2] - 14:3
**filed** [1] - 16:21
**FILED** [1] - 8:12
**finally** [1] - 23:23
**fine** [5] - 10:12, 14:2, 14:5, 28:3, 34:14
**Fine** [1] - 33:7
**fingers** [1] - 11:2
**finish** [1] - 24:3
**firm** [3] - 15:23, 24:17, 28:1
**FIRM** [2] - 1:20, 7:11
**first** [9] - 10:17, 23:9, 23:12, 23:20, 24:2, 27:24, 28:12, 28:14, 29:9
**fit** [1] - 15:18
**FITCH** [6] - 6:21, 20:6, 20:9, 20:13, 20:16, 32:7
**five** [7] - 25:19, 25:20, 25:21, 26:7, 26:8, 26:10, 26:11
**fixes** [1] - 13:18
**FL** [1] - 2:5
**FLEMING** [1] - 6:6
**flew** [1] - 11:12
**flips** [1] - 29:1
**FLOOR** [3] - 2:20, 5:6, 5:10
**fluid** [1] - 21:13
**follows** [2] - 19:19, 33:21
**FOR** [17] - 1:17, 2:18, 3:3, 3:12, 3:16, 4:3, 5:3, 5:16, 6:3, 6:15, 7:3, 7:7, 7:11, 8:9, 8:12, 9:2, 9:17
**foregoing** [1] - 35:16
**forth** [1] - 19:20
**forward** [3] - 13:19, 20:11, 24:7
**foundations** [1] - 28:20
**FRANCISCO** [1] - 2:21
**FRIDAY** [2] - 1:8, 10:2

**Friday** [6] - 14:4, 20:20, 22:8, 24:20, 24:21, 27:2
**FRILOT** [1] - 5:5
**FROM** [1] - 8:24
**fun** [3] - 11:18, 12:5, 20:10
**funny** [2] - 12:17, 16:18
**future** [1] - 30:23

**G**

**GASAWAY** [12] - 4:17, 17:5, 17:8, 18:8, 18:25, 19:18, 19:22, 20:1, 27:1, 33:20, 34:13, 34:15
**Gasaway** [2] - 17:5, 18:15
**GATE** [1] - 2:20
**gear** [1] - 24:6
**GENERAL'S** [1] - 3:12
**George** [1] - 21:7
**GEORGE** [1] - 8:21
**GISLESON** [1] - 1:17
**given** [1] - 18:19
**GODWIN** [4] - 6:4, 6:4, 6:11, 35:1
**GOLDEN** [1] - 2:20
**GOOD** [1] - 9:8
**government** [1] - 15:18
**GOVERNMENT** [1] - 2:18
**government's** [1] - 15:23
**gracious** [1] - 11:23
**GRAND** [1] - 5:10
**grant** [1] - 16:24
**GRANT** [1] - 5:10
**granted** [1] - 16:3
**Gras** [1] - 12:9
**great** [5] - 13:10, 13:20, 26:5, 26:20, 34:25
**GROUP** [2] - 1:12, 2:11
**group** [2] - 11:10, 24:14
**guess** [4] - 13:23, 16:14, 16:17, 29:3
**guest** [3] - 10:13, 10:15, 10:16
**guidance** [3] - 18:22, 30:14, 30:17
**GULF** [1] - 1:5
**guys** [4] - 22:1, 22:3, 24:12, 34:8

GWENDOLYN [1] - 6:12

## H

Halliburton [2] - 31:3, 32:5
HALLIBURTON [1] - 6:3
Halloween [3] - 11:13, 12:4, 12:9
Halloweens [1] - 12:5
hand [1] - 14:2
HANGER [1] - 3:9
Harvey [1] - 23:3
HAYCRAFT [1] - 4:9
HB406 [1] - 7:17
hear [3] - 18:20, 19:22, 20:24
HEARD [1] - 1:12
heard [1] - 18:18
hell [1] - 15:8
help [1] - 30:20
helps [1] - 30:18
hereby [1] - 35:15
HERMAN [2] - 1:17
Hidalgo [1] - 26:14
HIMMELHOCH [5] - 3:4, 10:10, 18:13, 19:7, 19:10
Hogan [1] - 24:10
hold [1] - 34:16
HOLDINGS [2] - 4:7, 5:3
Hole [1] - 32:14
HOLE.........................
................ [1] - 9:15
holidays [1] - 33:16
home [1] - 11:12
HOMER [1] - 7:4
Honor [29] - 10:10, 11:9, 12:19, 14:24, 15:4, 16:10, 17:5, 17:19, 18:8, 18:25, 19:18, 19:22, 20:1, 24:8, 26:13, 27:1, 27:20, 29:17, 29:18, 29:20, 31:12, 32:13, 32:18, 33:1, 33:4, 33:20, 34:15, 35:1, 35:2
Honor's [1] - 27:2
HONORABLE [1] - 1:12
hope [1] - 17:17
hopefully [3] - 18:2, 19:2, 21:24
hoping [1] - 29:5
HORIZON [1] - 1:5

hospitable [1] - 12:4
HOUMA [1] - 2:12
Houston [1] - 26:14
HOUSTON [6] - 1:24, 5:14, 5:21, 5:22, 6:13, 7:13
Hunter's [1] - 11:11
Hurricane [4] - 17:4, 17:12, 18:15, 20:5
hurricane [1] - 19:4

## I

idea [3] - 29:9, 34:21, 34:23
identified [1] - 13:13
ignoring [1] - 32:16
IIAMS [1] - 6:17
IL [1] - 4:15
important [1] - 21:25
IMPREVENTO [1] - 2:14
IN [4] - 1:4, 1:5, 9:13, 9:17
INC [9] - 4:3, 4:4, 4:5, 4:6, 4:8, 5:4, 5:5, 6:4, 7:7
include [1] - 26:17
included [1] - 14:14
Indata [1] - 16:16
INDATA.....................
............................ [1] - 8:11
inference [1] - 16:2
INFERENCE [1] - 8:8
inferences [1] - 33:9
INFERENCES............
.................. [1] - 9:16
lngal [1] - 24:18
inspection [1] - 17:2
INSPECTION [1] - 8:15
installment [4] - 28:4, 28:15, 31:19, 31:20
INSTALLMENT [2] - 9:11, 9:12
installments [1] - 31:22
instead [2] - 16:3, 23:3
Institute [1] - 24:2
INSTITUTE...............
............................ [1] - 8:25
intend [1] - 32:21
interested [2] - 13:11, 31:20
INTERESTS [2] - 2:18, 3:12

Interior [1] - 16:22
INTERIOR..................
............ [1] - 8:14
INTERNATIONAL [2] - 5:16, 7:7
interrupted [2] - 17:3, 18:7
interruptions [1] - 17:8
INTERTEK [1] - 9:2
Intertek [8] - 17:16, 18:1, 23:24, 23:25, 24:1, 24:15, 24:16, 24:24
INTERTEK................
............................ [1] - 9:1
involved [2] - 26:14, 29:10
IRPINO [4] - 1:20, 1:20, 15:7, 15:11
IS [1] - 9:2
issue [6] - 13:23, 19:12, 24:23, 30:3, 31:16, 31:18
issues [6] - 18:11, 18:14, 28:18, 28:22, 30:6, 30:15
ITEMS [1] - 8:3

## J

jacket [2] - 15:12, 15:13
JED [1] - 7:8
Jeff [1] - 13:11
JEFFREY [1] - 2:15
JENNY [1] - 6:5
Jersey [3] - 17:10, 18:6
JIMMY [1] - 1:23
JONES [1] - 5:21
JPEG [1] - 12:17
JR [1] - 6:6
JUDGE [1] - 1:13
Judge [3] - 13:3, 13:8, 33:7
judicial [2] - 30:17, 30:22
June [2] - 27:3, 27:12
JUSTICE [4] - 2:18, 2:23, 3:4, 3:8

## K

KANNER [1] - 3:16
KATZ [1] - 1:17
keep [1] - 17:25

KELKAR [1] - 9:4
Kelkar [1] - 26:21
Kerry [2] - 10:21, 13:25
KERRY [1] - 5:6
kind [4] - 17:24, 18:19, 29:1, 29:9
Kirkland [1] - 11:20
KIRKLAND [2] - 4:12, 4:17
knowledgeable [1] - 13:17
knows [1] - 17:19
KRAUSS [1] - 3:17
KUCHLER [1] - 6:16
KULLMAN [1] - 2:7

## L

LA [11] - 1:18, 1:21, 2:9, 2:12, 3:18, 4:10, 5:7, 5:18, 6:18, 7:9, 7:17
lab [1] - 17:11
laboratories [1] - 17:9
LABORDE [1] - 7:7
LAFAYETTE [1] - 7:9
LAMAR [1] - 6:12
Langan [2] - 14:19, 16:2
LANGAN [8] - 4:13, 14:19, 14:21, 16:5, 16:10, 33:13, 33:18, 35:2
Las [1] - 11:12
LASALLE [1] - 4:14
last [12] - 13:9, 14:9, 14:15, 16:14, 16:18, 19:13, 23:6, 27:2, 27:21, 27:23, 28:19, 30:1
latest [2] - 14:3, 27:22
LAUREN [1] - 6:5
LAW [4] - 1:20, 2:11, 7:11, 12:12
lawyer [1] - 26:13
lawyers [1] - 15:18
lay [2] - 28:20, 28:21
least [3] - 23:6, 29:2, 30:13
left [1] - 27:16
Leifer [1] - 19:13
LEIFER.....................
............ [1] - 8:17
letter [4] - 18:14, 19:1, 19:4, 27:9
LEVIN [1] - 2:3
LEWIS [2] - 2:7, 4:8
LexisNexis [1] - 18:16

LIFE [1] - 2:8
light [2] - 24:25, 34:2
LIMITED [1] - 4:7
LISKOW [1] - 4:8
list [9] - 13:22, 14:12, 14:16, 20:8, 21:2, 21:14, 23:25, 24:3, 31:15
LIST [1] - 9:10
LIST.........................
... [1] - 8:6
lists [3] - 27:17, 31:21, 33:23
LISTS [1] - 9:8
LITIGATION [1] - 3:3
LLC [2] - 5:3, 7:3
lobby [1] - 11:19
location [2] - 17:24, 18:6
locations [3] - 17:16, 17:18, 18:1
log [1] - 23:7
LOG [1] - 8:24
logistical [1] - 34:10
look [6] - 15:2, 15:5, 17:25, 19:3, 22:4, 27:3
looked [1] - 21:3
looking [1] - 17:14
looks [1] - 15:8
LOS [2] - 5:11, 7:5
losing [1] - 15:22
lost [1] - 15:10
LOUISIANA [3] - 1:2, 1:7, 3:16
Louisiana [3] - 28:10, 35:14, 35:15
Lovells [1] - 24:10
LP [1] - 6:16

## M

ma'am [1] - 21:9
MAGAZINE [1] - 1:21
MAGGIE [1] - 5:17
MAGISTRATE [1] - 1:13
mail [8] - 14:5, 14:7, 18:17, 22:21, 26:17, 32:8, 34:3, 34:7
mailed [1] - 32:7
main [1] - 25:6
majority [1] - 28:3
Mardi [1] - 12:9
mark [1] - 29:19
MARK [1] - 4:13
Mark [4] - 27:21, 28:9, 28:12, 29:14
Marriott [1] - 11:19

**MARTINEZ** [1] - 6:5
**MATERIAL** [1] - 8:13
**material** [1] - 16:22
**Matice** [2] - 21:10, 21:12
**MATICE** [1] - 21:10
**MATICE.....................**
**..................** [1] - 8:22
**matter** [2] - 17:6, 35:18
**Maze** [1] - 25:11
**MAZE** [6] - 3:12, 10:13, 25:12, 25:17, 26:6, 26:10
**MCCUTCHEN** [1] - 6:20
**MCKINNEY** [1] - 5:22
**MDL** [1] - 7:11
**mean** [2] - 15:4, 26:4
**meaning** [1] - 19:8
**MECHANICAL** [1] - 7:19
**meet** [4] - 14:16, 14:25, 17:14, 28:7
**mentioned** [2] - 30:8, 30:24, 31:7
**Merit** [2] - 35:13, 35:23
**MESTAYER** [1] - 7:8
**METHOFF** [1] - 7:11
**MEXICO** [1] - 1:5
**MICHAEL** [2] - 2:19, 4:18
**Michael** [1] - 13:5
**might** [1] - 12:1
**Mike** [8] - 11:7, 11:9, 19:20, 33:4, 33:18, 34:4, 34:8, 34:22
**MILLER** [7] - 5:6, 10:20, 10:24, 11:25, 14:2, 14:7, 14:9
**Miller** [1] - 10:21
**mind** [2] - 32:11, 32:24
**minute** [2] - 14:9, 21:6
**miss** [1] - 32:9
**missed** [1] - 32:6
**Mississippi** [1] - 25:2
**MITCHELL** [2] - 2:3, 6:5
**modified** [1] - 13:22
**MOEX** [1] - 7:3
**Monday** [12] - 15:1, 16:5, 16:6, 18:17, 19:4, 24:19, 24:20, 25:8, 27:4, 27:10, 27:13, 33:11
**MONTGOMERY** [1] - 3:14
**morning** [8] - 10:8,

10:10, 10:13, 17:5, 27:19, 27:20, 29:20, 34:20
**most** [4] - 12:5, 18:11, 28:16, 32:2
**motion** [2] - 16:20, 31:18
**MOTION** [2] - 8:12, 9:11
**motions** [1] - 16:2
**MOTIONS.................**
**.........** [1] - 8:8
**move** [3] - 28:13, 28:25, 33:11
**moving** [2] - 13:18, 29:1
**MR** [83] - 10:13, 10:20, 10:24, 11:6, 11:9, 11:22, 11:25, 12:1, 12:5, 12:15, 12:19, 13:3, 13:8, 14:2, 14:7, 14:9, 14:18, 14:19, 14:21, 14:24, 15:4, 15:7, 15:11, 15:17, 15:22, 16:5, 16:10, 17:5, 17:8, 18:8, 18:25, 19:18, 19:22, 20:1, 20:6, 20:9, 20:13, 20:16, 20:25, 21:9, 21:18, 22:8, 22:11, 22:19, 23:8, 23:15, 23:19, 23:20, 23:23, 24:1, 24:4, 24:8, 24:16, 24:23, 25:12, 25:17, 25:22, 26:6, 26:10, 26:13, 27:1, 27:20, 29:17, 29:18, 29:20, 31:12, 31:17, 32:7, 32:13, 32:18, 33:1, 33:4, 33:7, 33:13, 33:17, 33:18, 33:20, 34:13, 34:15, 34:16, 34:19, 35:1, 35:2
**MS** [4] - 10:10, 18:13, 19:7, 19:10
**MUNGER** [1] - 5:9

## N

**N.W** [1] - 4:18
**naming** [1] - 26:15
**Nat** [13] - 10:20, 10:23, 11:1, 11:2, 11:3, 11:25, 12:3, 12:18, 24:8, 32:12, 32:13, 35:3
**NATHANIEL** [1] - 3:5
**NATURAL** [1] - 3:3

**need** [11] - 11:1, 12:7, 12:9, 12:23, 14:25, 18:21, 21:21, 21:22, 22:13, 24:5, 28:17
**needs** [1] - 29:10
**NEUNER** [1] - 7:7
**New** [5] - 12:3, 12:8, 17:10, 18:6
**NEW** [10] - 1:7, 1:18, 1:21, 2:9, 3:18, 4:10, 5:7, 5:18, 6:18, 7:17
**new** [5] - 16:16, 16:17, 17:24, 21:22, 22:1
**next** [11] - 10:23, 13:12, 14:4, 15:1, 19:11, 19:12, 19:23, 22:8, 24:21, 33:12, 33:22
**nice** [1] - 16:7
**night** [5] - 11:18, 16:14, 16:18, 19:13, 27:21
**NO** [1] - 1:7
**nobody** [2] - 17:20, 34:4
**NOMELLINI** [4] - 4:13, 29:18, 29:20, 31:12
**Nomellini** [1] - 27:21
**nominees** [2] - 34:17, 34:18
**nonagreement** [1] - 29:24
**noncontroversial** [1] - 27:6
**NORTH** [4] - 4:4, 4:5, 4:7, 4:8
**not-too-distant** [1] - 30:23
**notice** [4] - 12:24, 17:17, 17:25, 25:4
**noticed** [2] - 13:3, 13:4
**notices** [1] - 26:24
**notify** [1] - 18:21
**November** [5] - 20:20, 21:9, 21:10, 23:11, 24:16
**NOVEMBER** [3] - 1:8, 9:2, 10:2
**number** [1] - 30:15
**numbered** [1] - 35:18
**numbers** [1] - 13:11
**NW** [1] - 6:21

## O

**o'clock** [1] - 16:18
**O'Keefe** [1] - 11:7
**O'KEEFE** [1] - 1:18

**O'Rourke** [5] - 15:20, 20:23, 20:25, 25:22, 31:17
**O'ROURKE** [20] - 2:24, 15:17, 15:22, 20:25, 21:9, 21:18, 22:11, 22:19, 23:8, 23:15, 23:20, 23:23, 24:1, 24:4, 24:16, 24:23, 25:22, 26:13, 31:17, 34:16
**object** [2] - 16:24, 34:6
**objected** [1] - 16:23
**objecting** [1] - 16:7
**objection** [2] - 30:19, 31:5
**OBJECTIONS** [1] - 9:8
**objections** [6] - 16:23, 27:18, 28:7, 29:6, 30:21, 30:24
**objects** [2] - 31:3, 34:6
**observe** [1] - 33:16
**obviously** [4] - 17:13, 26:14, 27:11, 28:1
**occur** [1] - 18:5
**occurred** [3] - 13:11, 16:13, 16:19
**Oceaneering** [2] - 22:18, 22:19
**OCEANEERING.........**
**...............................**
**.** [1] - 8:23
**OF** [13] - 1:2, 1:5, 1:12, 2:18, 2:23, 3:4, 3:8, 3:16, 8:12, 8:14, 8:15, 8:19, 9:3
**OFFICE** [4] - 2:24, 3:5, 3:9, 3:12
**office** [1] - 29:23
**OFFICIAL** [1] - 7:16
**Official** [2] - 35:14, 35:23
**official** [1] - 18:17
**OFFSHORE** [2] - 5:4, 7:3
**oil** [1] - 25:2
**OIL** [2] - 1:4, 1:5
**old** [1] - 15:24
**OLSON** [1] - 5:9
**ON** [2] - 1:5, 9:16
**one** [21] - 12:5, 17:9, 20:9, 21:1, 21:5, 21:11, 23:13, 25:8, 25:20, 25:23, 25:24, 26:4, 28:16, 30:1, 33:5, 33:9, 33:22, 34:25
**ONE** [7] - 4:9, 5:21,

7:8, 7:12, 8:5, 8:6, 8:13
**One** [8] - 12:21, 13:21, 14:16, 16:12, 16:17, 16:21, 16:25, 17:1
**one-day** [1] - 23:13
**one-days** [1] - 25:20
**ONE..................** [1] - 8:9
**ones** [1] - 27:3
**open** [3] - 12:10, 18:14, 18:21
**opportunity** [1] - 17:20
**option** [5] - 28:13, 30:5, 30:13, 30:14
**options** [1] - 31:6
**ORDER** [1] - 10:4
**order** [5] - 11:7, 14:14, 22:21, 27:2, 33:24
**ORDER.....................**
**.......** [1] - 8:7
**originally** [1] - 27:12
**ORLEANS** [10] - 1:7, 1:18, 1:21, 2:9, 3:18, 4:10, 5:7, 5:18, 6:18, 7:17
**Orleans** [2] - 12:3, 12:8
**Oscar** [1] - 34:16
**otherwise** [1] - 29:16
**outlier** [2] - 23:2, 23:5
**outstanding** [1] - 18:14
**own** [1] - 11:24

## P

**p.m** [1] - 11:13
**PAGE** [1] - 8:3
**page** [1] - 28:5
**paint** [1] - 17:21
**PAN** [1] - 2:8
**PAPANTONIO** [1] - 2:3
**paragraphs** [1] - 29:25
**part** [1] - 28:8
**participants** [3] - 10:9, 10:25, 12:16
**particular** [1] - 30:11
**particularly** [1] - 13:22
**parties** [15] - 13:23, 17:18, 17:20, 21:15, 22:13, 27:4, 27:9, 28:6, 28:11, 29:7, 30:4, 30:18, 30:20, 31:7, 34:3
**parties'** [1] - 27:13
**party** [3] - 11:14,

28:24, 34:5
**pass** [1] - 11:4
**past** [1] - 15:6
**PAUL** [1] - 2:7
**Paul** [1] - 15:8
**peapod** [4] - 10:18, 11:2; 11:17, 23:16
**PENSACOLA** [1] - 2:5
**people** [8] - 10:19, 16:7, 22:13, 28:13, 28:20, 30:13, 30:14, 31:1
**Pepper** [3] - 35:12, 35:21, 35:22
**PEPPER** [1] - 7:16
**perfect** [1] - 33:13
**performed** [2] - 21:19
**perhaps** [3] - 23:21, 30:25, 31:22
**permission** [1] - 21:25
**PETRINO** [1] - 4:18
**PETROLEUM** [2] - 6:15, 7:8
**Phase** [10] - 12:21, 13:21, 14:16, 16:12, 16:17, 16:21, 16:25, 17:1, 32:3
**PHASE** [6] - 8:5, 8:6, 8:9, 8:13, 9:13
**phone** [3] - 10:9, 10:25, 12:16
**phonetically** [1] - 24:19
**photo** [1] - 11:18
**physical** [1] - 28:14
**pick** [1] - 22:6
**picked** [5] - 21:4, 25:20, 26:7, 26:8, 26:10
**picks** [1] - 34:8
**picture** [1] - 10:23, 11:1, 35:3
**pictures** [1] - 11:24
**PIGMAN** [1] - 5:17
**PILLSBURY** [1] - 7:3
**PINHOOK** [1] - 7:9
**PITTMAN** [1] - 7:3
**place** [1] - 12:4
**PLAINTIFFS** [1] - 1:17
**plan** [2] - 18:4, 24:13
**planning** [1] - 19:1
**plenty** [1] - 14:10
**pocket** [2] - 32:20, 32:21
**podium** [2] - 11:1, 18:23
**point** [3] - 13:16, 15:20, 33:18
**pointed** [1] - 29:25
**POLK** [1] - 6:16

**pose** [1] - 10:24
**possessed** [1] - 11:17
**possibility** [2] - 30:22, 30:24
**possible** [3] - 23:4, 24:11, 27:7
**POST** [3] - 2:24, 3:5, 3:9
**POYDRAS** [5] - 2:8, 4:10, 5:7, 6:18, 7:17
**practice** [1] - 31:19
**PRACTICE** [1] - 9:11
**premarked** [1] - 20:19
**PREPARATION** [1] - 8:9
**preparation** [1] - 16:12
**pressure** [2] - 21:11, 21:12
**pretrial** [1] - 14:13
**PRETRIAL** [1] - 8:7
**pretty** [2] - 22:5, 27:22
**previous** [1] - 25:1
**PRIVILEGE** [1] - 8:24
**privilege** [2] - 23:7, 30:18
**problem** [11] - 16:8, 20:4, 20:17, 23:1, 23:17, 23:19, 25:5, 25:6, 26:24, 27:8, 33:15
**problems** [2] - 13:14, 26:19
**procedures** [1] - 17:24
**PROCEEDINGS** [3] - 1:12, 7:19, 10:1
**proceedings** [2] - 35:5, 35:18
**process** [3] - 14:17, 28:13, 30:18
**PROCTOR** [1] - 2:3
**produced** [1] - 22:12
**PRODUCED** [1] - 7:20
**producing** [1] - 18:3
**production** [4] - 20:19, 22:24, 23:1, 23:4
**PRODUCTION** [2] - 4:3, 4:6
**PRODUCTS** [1] - 4:8
**PROFESSOR** [1] - 8:17
**Professor** [1] - 19:13
**professor** [1] - 19:15
**progress** [5] - 13:8, 13:10, 13:18, 29:15, 29:21
**project** [2] - 26:3, 32:25
**projects** [3] - 21:19,

22:1
**promise** [1] - 32:22
**promised** [1] - 11:5
**proposal** [2] - 30:10, 30:14
**PROPOSED** [1] - 8:7
**proposed** [5] - 13:18, 14:13, 14:14, 27:24, 30:4
**proposition** [1] - 22:23
**protocols** [1] - 17:16
**provided** [2] - 16:16, 21:3
**provision** [1] - 14:15
**PSC** [11] - 13:9, 14:13, 14:17, 27:17, 27:21, 28:9, 29:2, 30:8, 30:24, 31:4, 32:5
**pull** [1] - 12:10
**punishing** [1] - 31:5
**Purdue** [1] - 26:22
**PURDUE................
..........................** [1]
- 9:6
**purposes** [2] - 21:6, 25:6
**put** [5] - 25:4, 26:10, 27:12, 27:24, 27:25

**Q**

**QA/QC** [1] - 18:10
**QA/QC.................** [1]
- 8:16
**questions** [1] - 25:12
**quickly** [2] - 22:5, 22:9, 33:20

**R**

**RAFFERTY** [1] - 2:3
**raise** [1] - 31:18
**raised** [1] - 28:18
**RATHER** [1] - 9:12
**rather** [2] - 31:19, 31:22
**RE** [1] - 1:4
**read** [3] - 27:1, 34:20, 34:22
**real** [1] - 33:20
**really** [3] - 12:17, 15:16, 35:3
**REALTIME** [1] - 7:16
**Realtime** [2] - 35:12, 35:22
**reasonable** [4] - 30:15, 30:20, 30:21,

31:1
**received** [4] - 22:19, 32:2, 32:4, 32:14
**record** [2] - 10:16, 35:17
**RECORDED** [1] - 7:19
**REDDEN** [1] - 5:20
**regard** [4] - 20:4, 26:2, 27:17, 32:3
**REGARD** [1] - 9:13
**Registered** [1] - 35:12
**registered** [1] - 35:23
**relates** [1] - 30:12
**RELATES** [1] - 9:7
**RELEASE** [1] - 8:12
**release** [1] - 16:21
**remain** [1] - 30:16
**remaining** [2] - 29:24, 30:9
**remarkably** [1] - 15:2
**remember** [1] - 33:24
**reminder** [1] - 33:2
**RENAISSANCE** [1] - 6:8
**renew** [1] - 32:15
**reply** [2] - 16:6, 26:16
**report** [8] - 12:21, 13:20, 14:1, 18:10, 24:18, 24:19, 27:16, 32:24
**reported** [2] - 24:6, 24:10
**Reporter** [7] - 35:12, 35:13, 35:14, 35:22, 35:23, 35:23
**REPORTER** [2] - 7:16, 7:16
**REPORTER'S** [1] - 35:10
**request** [4] - 19:19, 32:14, 32:15, 33:8
**requested** [1] - 22:22
**require** [1] - 29:8
**required** [1] - 30:5
**resolution** [1] - 24:20
**resolved** [1] - 31:16
**RESOURCES** [1] - 3:3
**respond** [4] - 19:1, 25:13, 25:14, 26:1
**response** [2] - 18:16
**responses** [1] - 16:5
**resulting** [1] - 31:4
**results** [2] - 18:3, 30:19
**return** [1] - 14:4
**reveal** [1] - 10:16
**review** [2] - 14:9, 22:13
**RICHARD** [1] - 6:12

**RICHESON** [1] - 6:17
**ridden** [1] - 19:10
**RIG** [1] - 1:5
**rise** [2] - 10:7, 30:25
**RMR** [2] - 7:16, 35:22
**ROAD** [1] - 7:9
**Rob** [5] - 17:2, 17:5, 18:23, 33:19, 34:23
**ROBERT** [1] - 4:17
**ROBERTS** [1] - 5:13
**ROBIN** [1] - 3:9
**rolling** [3] - 22:24, 23:1, 23:4
**Ron** [1] - 26:22
**RONQUILLO** [2] - 6:4, 6:11
**room** [1] - 21:14
**ROOM** [2] - 2:20, 7:17
**Ross** [2] - 21:7, 21:11
**ROSS** [1] - 21:8
**ROSS..........................
..................** [1] - 8:21
**rude** [1] - 13:5
**rule** [2] - 30:11, 32:15
**Rule** [1] - 13:22
**ruling** [1] - 30:22
**rulings** [2] - 20:9, 20:10, 30:9
**running** [2] - 19:5, 19:11
**RUSNAK** [1] - 1:23
**RYAN** [1] - 4:14

**S**

**s/Cathy** [1] - 35:21
**safe** [1] - 25:24
**SALLY** [1] - 1:12
**SAN** [1] - 2:21
**Sandy** [4] - 17:4, 17:12, 18:15, 20:5
**SANTA** [1] - 9:5
**Santa** [2] - 19:14, 26:22
**SARAH** [2] - 3:4, 6:17
**Sarah** [4] - 18:10, 18:25, 19:3, 19:5
**schedule** [1] - 19:16
**SCHEDULED** [1] - 9:2
**scheduled** [4] - 20:5, 20:6, 20:12, 24:16
**SCHELL** [1] - 6:16
**SEAN** [1] - 6:6
**search** [1] - 22:22
**seat** [1] - 10:8
**second** [1] - 28:4
**SECREST** [1] - 5:20
**SECTION** [1] - 2:23
**see** [11] - 12:20, 12:22,

15:9, 15:10, 16:1, 17:2, 18:9, 21:21, 25:3, 26:21, 27:13
**seek** [2] - 30:13, 30:14
**seeking** [1] - 24:20
**selected** [2] - 22:4, 25:23
**send** [5] - 12:17, 13:16, 17:20, 18:16, 34:11
**SENIOR** [1] - 3:3
**sense** [2] - 11:23, 33:14
**sent** [2] - 18:15, 27:21
**seriously** [1] - 15:9
**served** [1] - 26:23
**SERVICES** [1] - 6:3
**set** [3] - 14:4, 20:18, 22:5
**seven** [2] - 16:3, 34:7
**several** [1] - 16:21
**shakes** [1] - 25:4
**SHAW** [1] - 7:3
**SHELL** [1] - 4:9
**short** [1] - 16:2
**SHOULD** [1] - 9:11
**Show** [1] - 13:22
**SHUSHAN** [1] - 1:12
**simultaneous** [4] - 33:24, 34:1, 34:9
**SINCLAIR** [1] - 3:13
**sitting** [1] - 11:13, 32:17
**six** [1] - 22:20
**skinny** [3] - 12:25, 13:6, 15:8
**small** [1] - 29:24
**smoothly** [1] - 20:22
**snapping** [1] - 11:2
**solution** [1] - 17:13
**sometime** [1] - 30:6
**soon** [1] - 24:11
**SOP's** [1] - 18:2
**SOREN** [1] - 1:17
**Soren** [2] - 14:20, 14:25
**sorry** [3] - 23:15, 25:25, 32:8
**sort** [2] - 13:13, 33:22
**sounds** [3] - 13:24, 23:22, 26:2
**SOUTH** [3] - 2:4, 5:10, 7:4
**specific** [1] - 13:11
**specifically** [1] - 13:14
**spelled** [1] - 24:18
**SPILL** [1] - 1:4
**spreadsheet** [1] - 13:16

**SQUARE** [1] - 4:9
**stand** [2] - 10:23, 15:12
**standard** [1] - 17:15
**standpoint** [1] - 34:7
**start** [1] - 12:13
**started** [1] - 29:3
**STATE** [2] - 3:12, 3:16
**State** [1] - 35:13
**STATES** [3] - 1:1, 1:13, 8:12
**States** [9] - 16:21, 19:2, 21:1, 24:9, 31:8, 31:18, 32:14, 35:14, 35:24
**states** [1] - 25:18
**Statoil** [1] - 20:18
**Statoil's** [1] - 20:20
**STATOIL..................
............ [1] - 8:19
**STATUS** [1] - 1:12
**status** [1] - 27:16
**STENOGRAPHY** [1] - 7:19
**steps** [1] - 19:23
**STERBCOW** [4] - 2:7, 2:7, 14:24, 15:4
**Sterbcow** [1] - 15:3
**Steve** [7] - 20:25, 22:17, 25:13, 25:14, 26:1, 26:20, 31:17
**STEVEN** [2] - 2:24, 5:13
**still** [5] - 17:11, 18:21, 24:17, 27:15, 30:11
**STONE** [1] - 5:17
**store** [1] - 11:14
**STRADLEY** [1] - 7:12
**straggler** [2] - 23:2, 28:2
**straightforward** [1] - 27:6
**STREET** [17] - 1:21, 2:4, 2:8, 2:15, 3:17, 4:10, 4:18, 5:7, 5:14, 5:18, 5:22, 6:8, 6:18, 6:21, 7:4, 7:13, 7:17
**Street** [1] - 11:15
**streets** [1] - 19:8
**Stress** [7] - 20:24, 21:1, 21:3, 21:20, 22:12, 25:12, 26:13
**stress** [1] - 11:16
**STRESS** [1] - 8:20
**SUBMISSIONS** [1] - 9:13
**submissions** [1] - 32:2
**submit** [1] - 28:6
**submitted** [1] - 14:14

**subset** [1] - 13:10
**suggest** [1] - 27:7
**suggested** [1] - 16:5
**SUITE** [12] - 2:4, 2:8, 2:12, 2:15, 4:10, 5:14, 5:22, 6:8, 6:12, 6:18, 7:4, 7:9
**suits** [2] - 15:18, 15:24
**supplementation** [1] - 14:15
**SUPPORT** [1] - 7:7
**supposed** [2] - 13:12, 24:18
**surprises** [1] - 32:1
**SUTHERLAND** [1] - 5:13
**switched** [2] - 22:2, 22:21
**system** [1] - 22:21

**T**

**table** [1] - 32:23
**tack** [1] - 17:25
**tailor** [1] - 15:24
**tapes** [1] - 22:22
**targeted** [1] - 31:2
**tasked** [1] - 23:11
**taste** [1] - 15:21
**team** [1] - 33:9
**technical** [1] - 16:12
**TECHNICAL** [1] - 8:9
**technicians** [1] - 17:20
**ten** [3] - 13:15, 14:23, 21:2
**testament** [1] - 11:16
**testing** [6] - 17:3, 17:15, 18:2, 21:11, 24:25, 25:1
**TESTING** [1] - 8:15
**TESTING..................
..... [1] - 9:3
**THAN** [1] - 9:12
**THAT** [1] - 8:12
**THE** [94] - 1:4, 1:5, 1:12, 1:17, 2:18, 3:16, 8:12, 8:13, 8:15, 9:16, 9:17, 10:7, 10:8, 10:12, 10:15, 10:21, 10:25, 11:5, 11:7, 11:21, 12:3, 12:7, 12:12, 12:13, 12:16, 12:20, 13:2, 13:4, 13:20, 14:5, 14:8, 14:11, 15:2, 15:6, 15:11, 15:9, 15:12, 15:16, 15:20, 15:24, 16:8,

16:11, 17:7, 18:5, 18:9, 18:23, 19:5, 19:8, 19:12, 19:21, 19:24, 20:2, 20:7, 20:10, 20:15, 20:17, 21:8, 21:17, 22:3, 22:9, 22:16, 23:6, 23:14, 23:16, 23:22, 23:25, 24:2, 24:5, 24:12, 24:22, 25:10, 25:14, 26:1, 26:8, 26:12, 26:16, 27:14, 29:15, 29:19, 31:10, 31:13, 31:25, 32:8, 32:16, 32:21, 33:2, 33:6, 33:15, 33:19, 34:11, 34:14, 34:18, 34:21, 35:3
**THEIR** [1] - 9:3
**theory** [1] - 31:4
**THIS** [1] - 1:9
**THOMAS** [1] - 2:3
**threat** [1] - 31:1
**THREE** [1] - 9:11
**three** [7] - 22:25, 26:2, 26:4, 26:9, 31:19, 31:20, 31:22
**THREE.......** [1] - 9:12
**tied** [1] - 13:13
**ties** [2] - 11:25, 12:2
**TO** [5] - 1:9, 8:13, 9:8, 9:13, 10:4
**today** [11] - 10:14, 10:15, 12:12, 12:20, 15:2, 17:18, 19:2, 19:16, 19:24, 28:1, 32:11
**today's** [2] - 21:6, 25:6
**together** [1] - 27:12
**TOLEDO** [1] - 6:7
**TOLLES** [1] - 5:9
**Tom** [1] - 11:11
**Tony** [1] - 20:11
**took** [1] - 18:11
**tool** [1] - 31:2
**topic** [1] - 21:11
**topics** [7] - 21:2, 21:4, 21:11, 21:14, 21:16, 22:14
**TORTS** [2] - 2:19, 3:8
**touch** [2] - 15:1, 16:13, 18:12
**TOWER** [1] - 6:8
**Tracy** [1] - 24:10
**TRANSCRIPT** [2] - 1:12, 7:19
**transcript** [1] - 35:16
**transducer** [1] - 21:12
**transmit** [1] - 18:16
**Transocean** [2] -

28:10, 32:5
**TRANSOCEAN** [3] - 5:3, 5:3, 5:5
**true** [2] - 12:11, 35:16
**try** [3] - 17:15, 19:24, 27:25
**trying** [5] - 17:14, 19:16, 22:23, 27:6, 28:24
**Tuesday** [4] - 22:10, 25:13, 33:12, 33:13
**two** [16] - 11:14, 20:9, 21:4, 21:6, 21:18, 22:1, 22:25, 23:15, 23:16, 26:6, 30:1, 31:6, 31:20, 31:22
**TWO** [3] - 8:13, 9:12, 9:13
**Two** [2] - 16:21, 32:3
**two-day** [3] - 23:15, 23:16
**TX** [6] - 1:24, 5:14, 5:22, 6:9, 6:13, 7:13

**U**

**U.S** [4] - 2:18, 2:23, 3:4, 3:8
**under** [3] - 11:12, 30:10, 31:4
**Underhill** [1] - 33:6
**UNDERHILL** [4] - 2:19, 33:4, 33:7, 33:17
**understandable** [1] - 18:19
**undertake** [2] - 16:14, 16:17
**UNITED** [3] - 1:1, 1:13, 8:12
**United** [9] - 16:21, 19:2, 21:1, 24:9, 31:8, 31:18, 32:14, 35:14, 35:24
**universe** [1] - 29:6
**University** [2] - 19:14, 26:21
**UNIVERSITY..............
.................... [1] - 9:4
**unless** [3] - 16:9, 25:8, 34:6
**unlogged** [1] - 18:10
**UNLOGGED** [1] - 8:16
**unsatisfactory** [1] - 24:19
**UNTIL** [1] - 9:11
**up** [19] - 10:23, 11:1, 11:11, 12:10, 14:4,

15:12, 17:21, 19:5, 19:11, 19:12, 19:19, 20:23, 21:15, 22:6, 24:23, 25:7, 30:12, 33:21, 34:19
**update** [1] - 13:7
**US** [5] - 22:4, 22:11, 25:22, 31:20, 32:5

## V

**VA** [1] - 2:16
**various** [1] - 21:11
**vast** [1] - 28:3
**Vegas** [1] - 11:12
**version** [2] - 14:3, 31:11
**Veterans** [1] - 33:11
**video** [2] - 17:16, 17:24
**videoing** [1] - 17:22
**videos** [2] - 22:20, 25:3
**videotapes** [1] - 25:1
**VIDEOTAPING** [1] - 9:3
**videotaping** [1] - 24:24
**views** [1] - 31:6
**VIRGINIA** [1] - 2:16
**VOICES** [1] - 13:1

## W

**WAIT** [1] - 9:11
**wait** [4] - 19:22, 30:1, 31:19, 34:8
**waiting** [2] - 18:20, 34:4
**WALKER** [1] - 2:14
**WALTHER** [1] - 5:17
**wandered** [1] - 11:15
**wants** [3] - 14:9, 28:24, 29:2
**WARREN** [1] - 6:21
**WASHINGTON** [5] - 2:25, 3:6, 3:10, 4:19, 6:22
**watching** [1] - 17:21
**wave** [3] - 27:25, 28:12, 29:9
**ways** [1] - 23:4
**weather** [1] - 11:12
**web** [2] - 34:20, 34:21
**Wednesday** [1] - 11:10
**week** [13] - 13:13, 13:15, 14:15, 15:1,

18:19, 19:11, 20:3, 23:9, 23:12, 23:20, 27:23, 28:20
**weekend** [2] - 14:25, 34:25
**weeks** [1] - 22:25
**weighs** [1] - 30:2
**weight** [2] - 15:10, 15:22
**WEINER** [1] - 6:17
**welcome** [2] - 20:2, 31:13
**WELL.......................** [1] - 8:24
**WHEREUPON** [1] - 35:5
**Whitehouse** [1] - 17:10
**WHITELEY** [1] - 3:16
**whole** [1] - 25:24
**WILD** [1] - 8:24
**Wild** [3] - 23:7, 23:11, 23:17
**WILLIAM** [1] - 7:12
**WILLIAMS** [2] - 2:11, 2:11
**WILLIAMSON** [2] - 1:23, 1:23
**WINFIELD** [1] - 3:13
**WINTHROP** [1] - 7:3
**WITH** [1] - 9:13
**WITHHELD** [1] - 8:16
**withheld** [1] - 18:10
**witness** [2] - 13:21, 25:23
**WITNESS** [1] - 8:6
**witnesses** [5] - 21:4, 21:7, 21:16, 25:21, 26:15
**WITTMANN** [1] - 5:17
**wonderful** [1] - 13:20
**wondering** [1] - 11:13
**WOODS** [1] - 9:15
**Woods** [1] - 32:14
**WORKING** [1] - 1:12
**worry** [1] - 12:23
**wrapped** [1] - 11:11

## Y

**y'all** [1] - 22:16
**year** [1] - 22:21
**yesterday** [1] - 27:21
**YOAKUM** [1] - 1:24
**YORK** [3] - 6:11, 13:3, 13:8
**yourself** [1] - 25:15