UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

..................................................................................................................................................

**ORDER RE PHASE 1 AND PHASE 2 DISCOVERY MATERIALS PROVIDED TO THE DEPT. OF INTERIOR, <u>BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT</u>**

WHEREAS, information has been produced during "Phase 1" and "Phase 2" discovery, some of which has been identified by one or more MDL parties as "confidential" and "highly confidential" within the meaning of Pretrial Order 13;

WHEREAS, pursuant to the Court's Orders [Orders at Docket Nos. 3895, 4938, and 6977], agencies of the United States investigating the *Deepwater Horizon* incident obtained information and data potentially subject to Pretrial Order 13, subject to the condition that said agencies treat the information and data in a manner consistent with the Trade Secrets Act, 18 U.S.C. § 1905, and the Freedom of Information Act ("FOIA"), as well as any other

statutes or regulations governing disclosure of confidential business information by those agencies;

WHEREAS, in order to facilitate the provision of information to the Dept. of Interior, Bureau of Safety and Environmental Enforcement ("BSEE"), and to the extent such information has been designated as "confidential" or "highly confidential" within the meaning of Pretrial Order 13,

IT IS ORDERED that the BSEE may receive copies of Phase 1 and Phase 2 depositions, deposition exhibits, and documents produced in discovery, including testimony and documents designated as "confidential" and "highly confidential," subject to the condition that, to the extent such "confidential" and "highly confidential" designations have not been withdrawn, the BSEE shall treat the information in a manner consistent with the Trade Secrets Act and the FOIA, as well as any other statutes or regulations governing disclosure of confidential business information by the BSEE.

IT IS SO ORDERED.

New Orleans, Louisiana, this 5th day of November, 2012.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE