UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Working Group Conference on Friday, November 2, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

### PHASE ONE PREPARATION

1.  **Phase One Exhibits**.

    Halliburton reports that within a week to 10 days it will complete and distribute a spreadsheet which will identify all of the proposed fixes.

2.  **Phase One Witness List**.

    Transocean made all modifications sought by the parties.  The rule to show cause will be filed and set for **Friday, November 9, 2012** (Rec. doc. 7832).

3.  **Pre-Trial Order for Preparation for Trial of Phase One**.

    The PSC and BP are continuing to meet-and-confer on the proposed Pre-Trial Order.

4.  **Motions Regarding Adverse Inferences Based on Assertions of Fifth Amendment**.

    Responses are due on **Monday, November 5.**  Replies are due on **Tuesday, November 13.**

5. **Courtroom Connect and InData**.

The Court has notified them of the new trial date.

6. **Motion for order for release of Phase 1 and Phase 2 discovery materials**.

There was no objection to the motion of the U.S. for entry of order for release of Phase 1 and Phase 2 discovery materials to the Dept. of Interior, Bureau of Safety and Environmental Enforcement (Rec. doc. 7142). The motion will be granted.

## PHASE TWO

### Inspection and Testing of Equipment Stored at Michoud

BP reported that, because of Hurricane Sandy, the Intertek laboratory in New Jersey was shut down. The work will be shifted to another Intertek laboratory. There will be video of the testing. As soon as the arrangements are complete, the Court and the parties will be notified.

### Phase Two Document Production

1. **U.S. Production of Unlogged Previously Withheld Documents (QA/QC)**.

The U.S. responded to BP's letter regarding open discovery issues. BP anticipated that it would reply to the U.S. by November 2.

2. **Professor Ira Leifer Document Production**.

The Court reported that it would schedule a conference call with counsel for UCSB and Professor Leifer.

### Phase Two Fact Depositions

1. **Update on Fact Depositions**.

The **Statoil** designee, Ruben Schulkes, will be deposed on November 12, 2012, at Statoil's headquarters in Norway. Parties may participate either in Norway or at Statoil's Houston offices

where there will be a live video link.  Because of the time differences, the deposition will begin at 7:30 a.m. CST.  By the **close of business on Friday, November 9, 2012**, the parties shall exchange pre-marked deposition exhibits and deliver copies of the exhibits to Alan Weigel (counsel for Statoil), at aweigel@blankrome.com.

The US. reported that:  (a) out of the 10 **Stress Engineering** topics, it picked 2 topics and 2 witnesses (George Ross and Chris Matice); (b) Ross is set for November 16 and Matice is set for November 28; (c) two projects were performed by engineers who are no longer with Stress Engineering; and (d) the U.S. will determine if it requires a Rule 30(b)(6) deposition from their new employer.  By the close of business on **Tuesday, November 6, 2012**, the parties shall report to the U.S. and counsel for Stress Engineering whether they want other topics and, if so, the estimated time required on each topic.

The U.S. reported that its received **Oceaneering**'s ROV videos.  Its emails are stored on back-up tapes and Oceaneering is requesting two or three weeks to complete the production.  The U.S. noted that Oceaneering may have to be scheduled for early December.

**Wildwell** will be deposed during the first week of December.  The U.S. will confirm the date.

The U.S. requested that the parties notify Dennis Tracy at Hogan Lovells of the persons who will be attending the **BP Institute** deposition.

**Intertek**'s deposition is set for November 30, but the U.S. reports that it has not received all of the documents.  If the issue is not resolved by **Monday, November 5**, the U.S. will notify the Court and seek assistance.  The U.S. reported a potential problem with missing videotapes at Intertek.  The U.S. asked BP if it has copies of the videotapes.

**Ellen Williams** will be deposed in Washington, D.C. on November 19 and 20. To make arrangements to attend contact Ebony Johnson, at ebony.johnson@kirkland.com or (202) 879-5269.

On October 26, an order was issued regarding BP's request for the Rule 30(b)(6) depositions of **Kelkar**, **UCSB** and **Purdue**. Rec. doc. 7750. BP reported that it will submit a letter to the Court and the parties on **Monday, November 5** regarding what it seeks in depositions from these entities.

The U.S. reported that **Woods Hole** noted its request for a ruling on the cost dispute.

2.  **Scheduled Rule 30(b)(6) Depositions**.

The status of the scheduling of the remaining Rule 30(b)(6) depositions is as set forth below.

|   | **Designee** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| Week - November 5-9 | | | | |
| **BP** | Robert Sanders | One day | N.O. | November 5 |
| **Transocean** | Rob Turlak | Two days | N.O. | Nov 6 and 7 |
| **BP** | Hugh Banon | One day | N.O. | November 6 |
| **BP** | Marvin Miller | One day | N.O. | November 8 |
| Week - November 12-16 | | | | |
| **Statoil** - **Video** | Ruben Schalke 7:30 a.m. CST | One day | Norway/Houston | November 12 |
| **BP** | Kevin Devers | Two days | N.O. | Nov. 12 and 13 |
| **BP** | Tanner Gansert | Two days | N.O. | Nov. 12 and 13 |
| **U.S.** | Stewart Griffiths | Two days | N.O. | Nov. 13 and 14 |
| **BP** | Earnest Bush | One day | N.O. | November 14 |
| **BP Institute** | | Two days | U.K. | Nov. 14 and 15 |
| **U.S** | George Guthrie | Two days | N.O. | Nov. 15 and16 |

| | | | | |
|---|---|---|---|---|
| **Cameron** | David McWhorter | Two days | N.O. | Nov. 15 and 16 |
| **Stress Engineering** | George Ross | One day | N.O. | November 16 |

   Week - November 19-23

| | | | | |
|---|---|---|---|---|
| **BP** | Ellen Williams | Two days | D.C. | Nov. 19 and 20 |

   Week - November 26-30

| | | | | |
|---|---|---|---|---|
| **Schlumberger** | Bud Decoste | One day | N.O. | November 27 |
| **BP** | John Hughes | One day | N.O. | Nov. 27 and 28 |
| **Stress Engineering** | Chris Matice | One day | N.O. | November 28 |
| **BP** | Charlie Holt | Two days | N.O. | Nov. 28 and 29 |
| **Intertek** | | One day | N.O. | November 30 |

   Week - December 3-7

| | | | | |
|---|---|---|---|---|
| **Wildwell** | | One day | N.O. | December ? |

### Phase Two Exhibits

1. **Preliminary Good Faith Exhibit Lists and Objections to Deposition Exhibits**.

   The PSC and BP reported on the issues with the proposed order for the preliminary good faith exhibit lists. BP reported that the parties are continuing to confer on the proposed order.

### Phase Two Deadlines

1. **Phase Two Expert Depositions**.

   Because of Hurricane Sandy, the U.S. was granted additional time to submit its *in camera* list of experts. All other parties made their submissions.

2. **Additional Fact Witness Designations.**

   On November 12, 2012, the parties shall email their additional fact witness designations to

5

the Court without copying the other parties. After all of the designations are received, the Court shall notify all parties of the designations.

The U.S. is to have 5. BP is to have 7. The PSC and the States may jointly designate 4. The defendants other than BP may jointly designate 2.

**3**.     **Preliminary Goof Faith Fact May Call Witness List**.

On **November 19, 2012**, each party shall submit a preliminary good faith fact may call witness list with no more than 15 witnesses. The list shall include the name of any person who is employed by or affiliated with the party submitting the list and who may be called in the party's case in chief along with a brief summary of the witnesses' expected testimony. The list shall not include: (1) experts; (2) Rule 30(b)(6) deponents; (3) the additional fact witnesses identified on 11/12/12; or (4) persons who were deposed during Phase One and who testified as to both Phase One and Phase Two issues. The party submitting the list shall provide dates between December 10 (presuming custodial file production on 11/19) and January 25 for their depositions. A party will not be permitted to add to the witness list without good cause shown.

## CONFERENCE SCHEDULE

11/09/12     WGC meeting at 9:30 a.m.

11/16/12     WGC meeting at 9:30 a.m.

11/30/12     WGC meeting at 9:30 a.m.

12/07/12     WGC meeting at 9:30 a.m.

12/14/12     WGC meeting at 9:30 a.m.

12/18/12     Phase One status conference at 9:30 a.m.

12/28/12     WGC meeting at 9:30 a.m.

| | |
|---|---|
| 01/04/13 | WGC meeting at 9:30 a.m. |
| 01/11/13 | WGC meeting at 9:30 a.m. |
| 01/17/13 | Phase One technical walk through |
| 01/18/13 | Phase One pre-trial conference at 9:30 a.m. - trial attorneys only WGC meeting to follow |
| 01/25/13 | WGC meeting at 9:30 a.m. |
| 02/01/13 | No conference - Super Bowl on February 3. |
| 02/08/13 | No conference - Mardi Gras on February 12 |
| 02/15/13 | WGC meeting at 9:30 a.m. |
| 02/22/13 | WGC meeting at 9:30 a.m. |
| 02/25/13 | Commencement of trial of Phase One. |
| 03/01/13 | WGC meeting at 9:30 a.m. |
| 03/08/13 | WGC meeting at 9:30 a.m. |
| 03/15/13 | WGC meeting at 9:30 a.m. |
| 03/22/13 | No WGC Conference |
| 03/29/13 | No WGC Conference |
| 04/05/13 | No WGC Conference |
| 04/12/13 | WGC meeting at 9:30 a.m. |
| 04/19/13 | WGC meeting at 9:30 a.m. |
| 04/26/13 | WGC meeting at 9:30 a.m. |
| 05/03/13 | WGC meeting at 9:30 a.m. |
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. |

05/24/13 WGC meeting at 9:30 a.m.

05/31/13 WGC meeting at 9:30 a.m.

**All Saturdays are email free days.**

New Orleans, Louisiana, this 5th day of November, 2012.

                                              **SALLY SHUSHAN**
                                              **United States Magistrate Judge**