UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | * | SECTION J |
| | * | |
| This Document Relates to all actions. | * | HONORABLE CARL J. |
| | • | BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE LATE OBJECTION TO PROPOSED ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT, AS AMENDED AND PRELIMINARILY APPROVED BY THE COURT**

NOW INTO COURT, through undersigned counsel, comes Terrance M. Shelley, who respectfully requests Leave of Court to file an Objection to the Proposed Economic and Property Damages Settlement Agreement, as Amended and Preliminarily Approved by the Court.  Mr. Shelley makes this request for the reasons outlined in the accompanying memorandum.

Respectfully Submitted,

SCHEUERMANN & JONES, LLC

/s/Joshua L. Rubenstein

_____
Lawrence Blake Jones (7495)
Joshua L. Rubenstein (25229)
701 Poydras Street, Suite 4100
New Orleans, Louisiana  70139
Telephone: (504) 525-4361
Telecopier: (504) 525-4380

ATTORNEYS FOR TERRANCE M. SHELLEY

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this  2nd  day of November, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding through PACER, Telecopier, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ Joshua L. Rubenstein