UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | CIVIL ACTION 10-7777 |
| | * | |
| | * | MDL No. 2179 |
| | * | |
| | * | SECTION J |
| | * | |
| | * | HONORABLE CARL J. |
| | • | BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE LATE OBJECTION TO PROPOSED ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT, AS AMENDED AND PRELIMINARILY APPROVED BY THE COURT**

MAY IT PLEASE THE COURT:

Terrance M. Shelley, respectfully requests, through undersigned counsel, that he may be granted leave to file a late objection to the Proposed Economic and Property Damages Settlement Agreement, as Amended and Preliminarily Approved by the Court.  Mr. Shelley makes this request based on information recently received by the Deepwater Horizon Economic Claims Center indicating that Oyster Leaseholder claims involving private leases will not be considered by the Claims Center.  Mr. Shelley believes that this determination presents an inherent unfairness as claims associated with state leases will receive compensation under the proposed Class Action settlement while claims associated with private leases will not receive compensation, even when the leased areas are contiguous.  Mr. Shelley believes that this disparity should be brought to the attention of the Court and that the proposed Class Action settlement should be amended to include compensation for private lease claims regardless of

1

whether state lease numbers have been issued and/or are associated with the respective private leases.

Granting of the Motion for Leave will not delay proceedings in this matter.

WHEREFORE, Terrance M. Shelly prays that this Honorable Court will Grant Leave, permitting the late filing of an Objection to Proposed Economic and Property Damages Settlement Agreement, as Amended and Preliminarily Approved by the Court and for any other relief to which he may be entitled at law or equity.

Respectfully Submitted,

SCHEUERMANN & JONES, LLC

/s/Joshua L. Rubenstein

_____

Lawrence Blake Jones (7495)
Joshua L. Rubenstein (25229)
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Telephone: (504) 525-4361
Telecopier: (504) 525-4380

ATTORNEYS FOR TERRANCE M. SHELLEY

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this  2nd  day of November, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding through PACER, Telecopier, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ Joshua L. Rubenstein