UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | CIVIL ACTION 10-7777<br><br>MDL No. 2179<br><br>SECTION J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the Motion for Leave of Court to file an Objection to the Proposed Economic and Property Damages Settlement Agreement, as Amended and Preliminarily Approved by the Court, filed by Terrance M. Shelley,

IT IS ORDERED that Leave of Court is Granted and the Objection shall be lodged in the court record for this action.

Signed in New Orleans, Louisiana, this the ___ day of November, 2012.

_____


Respectfully Submitted,

SCHEUERMANN & JONES, LLC

/s/Joshua L. Rubenstein
_____
Lawrence Blake Jones (7495)
Joshua L. Rubenstein (25229)
701 Poydras Street, Suite 4100

1

New Orleans, Louisiana  70139
Telephone: (504) 525-4361
Telecopier: (504) 525-4380

ATTORNEYS FOR TERRANCE M. SHELLEY

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this  2nd  day of November, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding through PACER, Telecopier, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ Joshua L. Rubenstein