# OYSTER HARVEST LEASE

STATE OF LOUISIANA
PARISH OF PLAQUEMINES

07RPLA0883-046

THIS LEASE entered into as of the 1st day of DECEMBER 2009 between **APACHE LOUISIANA MINERALS LLC**, by and through its agent Apache Corporation, a Delaware corporation duly qualified in Louisiana, whose mailing address for purposes of this lease is Post Office Box 206, Houma, Louisiana 70361, (hereinafter called "LESSOR"), and **TERRANCE M. SHELLEY and SHANE M. SHELLEY**, whose mailing address is 605 E FIRST ST, BELLE CHASSE, LA 70037-2701, (hereinafter called "LESSEE");

## WITNESSETH

1. In consideration of the rental herein provided and the obligations assumed by Lessee herein, but subject to the conditions hereinafter set forth, Lessor does hereby lease and let unto Lessee, for a term beginning on the effective date hereof and terminating THREE (3) YEAR(S) from such effective datefor the sole and only purposes of harvesting wild oysters from the surface of the following described property, which Lessee acknowledges to be owned by Lessor, to-wit:

Certain property located in Plaquemines Parish, Louisiana as shown on the attached plats labeled as Exhibit "A", Exhibit "B" and Exhibit "C".

2. Upon the execution hereof, Lessee has paid to Lessor, as annual rent during the term hereof, the sum of SIX THOUSAND and NO/100 DOLLARS ($6,000.00) cash. Lessee shall have the option to renew this lease from year to year by payment of the annual rental to Lessor on or before each anniversary for each succeeding year during the term hereof, all upon the same terms and conditions hereinbove set forth. If Lessor has not received the renewal rent as stipulated herein, Lessee shall be deemed to have elected not to renew this lease for the succeeding year, and this lease will immediately and automatically terminate and without further notice, Lessee shall have forfeited any and all rights herein. Upon the termination of this lease, Lessee will promptly vacate the leased premises and will not thereafter go upon, or engage in any activities as authorized herein on said lands. Lessee acknowledges that upon the termination of this lease all rights of Lessee with regard to said lands will cease and terminate, that there shall be no tacit reconduction of this lease under any circumstances, and that Lessee shall have no claim, either legal, equitable or moral, to obtain similar leasehold rights for any subsequent oyster harvesting term affecting the leased premises or any other lands owned by Lessor.

3. This lease is granted by Lessor and accepted by Lessee subject to all of the terms and conditions herein described, all of which are hereby made part of this agreement.

4. All of the rights granted to Lessee in this agreement are solely for the benefit of Lessee and Lessee's agents, contractors, employees, guests and invitees, and Lessee shall be and remain entirely responsible for such agents, contractors, employees, guests and invitees and all actions by any of them.

5. Lessee may maintain existing ditches and ponds on the leased premises, but, except as may otherwise be provided herein, Lessee shall not construct any additional buildings, levees, dams, fences, or other structures or facilities on the leased premises, nor dredge or dig any additional canals, ditches or ponds thereon, nor otherwise change or alter the leased premises in any manner without first submitting plans and specifications therefore to Lessor and obtaining Lessor's prior written consent thereto. Lessee shall not use or permit the use of airboats or marsh buggies upon the leased premises without the prior written consent of Lessor; nor shall Lessee or its agents, contractors, employees, guests or invitees create any nuisance or disturbance on the leased premises.

6. Lessee accepts the leased premises and all canals and waterways leading thereto in their present conditions. Lessee further agrees that it will, during the term hereof and thereafter, pay Lessor for and indemnify and hold Lessor harmless against any and all loss, damage liability, cost or expense, including fines, penalties and reasonable attorneys' fees, on account of injuries to or death of persons, damage to property of any kind, pollution or other damage to the environment or the violation of any law, rule or regulation, arising wholly or partially out of or in connection with or resulting from the use of the leased premises or the canals and waterways leading thereto by Lessee or its agents, contractors, employees, guests and invitees, or the exercise of any of the rights granted herein or any action hereunder, or the breach of any provision of this lease, irrespective of any negligence, strict or absolute liability or fault of Lessor, and, in the event of any suit or other proceeding against Lessor on account thereof, Lessee shall, at Lessor's request, appear and defend same, and Lessee shall pay any assessment or judgment which may be rendered against Lessor therein.

7. Lessee shall occupy the leased premises at its own risk and shall indemnify Lessor against any expense, loss, cost, damage, claim, action or liability paid, suffered or incurred as a result of any breach by Lessee, Lessee's agent servants, employees, customers, visitors or licensees of any covenant or condition of their lease, or as a result of Lessee's use or occupancy of the leased premises or the carelessness, negligence or improper conduct of Lessee, its agents, servants, employees, customers, visitors or licensees.

8. Lessee shall obey and comply with and shall assure to Lessor that its agents, contractors, employees, guests, invitees and visitors shall obey and comply with all laws, rules, regulations and ordinances of any federal, state and local governmental agency now existing or hereafter constituted with jurisdiction on the surface of the leased premises. Should Lessee be convicted of any Federal or State wildlife, game or fisheries violation anytime during the term of this lease, or should Lessee receive a felony conviction arising from or in connection with any other non-game related incident, said conviction shall be cause for termination of this lease. Any such termination shall be effective concurrently upon Lessor giving Lessee written notice thereof and without any refund of any lease rentals paid by Lessee to Lessor. Lessee shall occupy the leased premises as a prudent caretaker and tenant, shall maintain same at all times in a presentable condition without litter or unsightly debris, shall maintain possession thereof for Lessor, and shall use the leased premises in such a manner as not to interfere with hunters, trappers or other parties operating thereon or on adjacent property with authorization from Lessor.

9. This lease is granted subject to all existing surface leases, mineral leases, servitudes, rights of way, permits and other contracts of whatsoever kind, whether recorded or unrecorded, affecting the leased premises, and Lessor reserves the full use and enjoyment and the right to grant to others the full use and enjoyment of the property leased herein, both surface and subsurface, for any and all purposes except those granted and to the extent granted herein. Without limiting the foregoing, Lessor reserves the right to explore, drill and mine for, and produce, remove, treat, store and transport any and all minerals and other natural resources; to dredge, fill, reclaim and improve said property; and to construct canals, roads, ditches, ponds, levees, dams, fences, buildings, pipelines, telephone and power lines, and other structures, facilities and improvements. All of the rights herein reserved by Lessor may be exercised to the fullest extent, without notice to Lessee and without Lessee's consent, it being understood, and Lessee hereby agrees and declares, that the rights herein granted Lessee are and shall be subject to any use (other than for the purposes and to the extent granted herein) to which Lessor, or those now or hereafter holding under Lessor, may have made or may in the future make of either surface or subsurface of said property, and neither Lessor nor any party now or hereafter holding under Lessor shall have any liability to Lessee on account of any such use.

10. This lease is granted without any warranty by or recourse on Lessor whatsoever, not even for the return of the consideration. Lessor does not warrant the possession of said property against trespassers or poachers nor will Lessor be required to undertake any action or proceeding to maintain Lessee in possession of said property. Lessee shall, however, upon obtaining the prior written consent of Lessor, have the right, as Lessee and in Lessee's name, to proceed against trespassers or poachers and to eject them by legal means, all such proceedings to be at the sole cost and expense of Lessee and without liability to Lessor. Lessee shall furnish Lessor copies of all pleadings, documents and correspondence concerning such proceedings, and in the event any party to such proceedings contests the title or possession of Lessor, Lessee shall notify Lessor immediately. Nothing herein contained, however, shall be construed as prohibiting or preventing Lessor from

instituting or defending, its own name, all such actions and other proceedings as it may desire or deem to be to its best interest, against trespassers, poachers, or other parties; and in the event of any such proceedings, Lessee shall not be deemed a necessary or indispensable party, either as plaintiff or defendant, it being understood, however, that any benefit (other than any money judgments) derived from any such proceedings or actions shall inure to Lessee hereunder insofar as concern the rights and privileges granted Lessee herein.

11.     Either party hereto may, with or without cause, terminate this lease at any time by giving TEN (10) days written notice to the other party; provided, however, that should Lessor terminate this lease without cause, then Lessor shall refund to Lessee a pro-rata portion of the rental received for the then current term based on the unexpired portion of said term. In the event of the death of any party named as a Lessee herein, this lease shall terminate immediately as to such party. The breach of any of the terms, conditions or provisions of this lease by Lessee shall be cause for immediate termination thereof, said termination to be effective immediately upon Lessor's giving Lessee written notice thereof. Upon termination of this lease, all of the Lessee's rights hereunder shall cease. The waiver of a breach of any of the terms or conditions of this lease shall be limited to the act or acts constituting such breach, and shall never be construed as being a continuing or permanent waiver of any of such terms or conditions or as a waiver of any other terms and conditions hereof, all of which shall be and remain in full force and effect notwithstanding any such waiver.

12.     Lessee shall not assign, sublease, transfer or encumber this lease or any rights therein in whole or in part without prior written consent of Lessor.

13.     If more than one party is named as Lessee herein, the party herein first named as lessee is hereby irrevocably constituted and appointed by all other parties named Lessee to be their lawful agent and attorney in fact for the purposes of carrying out all of the terms and conditions of this lease, but for this lease only, including, but without limitation, for the purpose of receiving and giving all notices hereunder and for service of process concerning all matters arising hereunder. Any notice or other communication required or permitted under the terms and provisions hereof shall be sent to the parties hereto at the addresses hereinabove first set forth, and such notice or communication shall be deemed to have been received by the addressee upon deposit of same in the United States mail, postpaid.

14.     Lessee acknowledges that any claim for injury or damage to oysters while growing on, or to, the leased premises shall become the exclusive property of Lessor.

15.     Lessor reserves the right to revise the boundaries of said lease and shall notify Lessee of said revisions.

16.     Lessee assumes all responsibility for knowledge of and shall refrain from any harvesting of oysters on any State oyster leases granted within the boundaries of this lease.

17.     Lessee shall not enter into or upon said leased premises one (1) week prior to, through one (1) week past waterfowl hunting season, including any split of said season.

18.     Lessee hereby agrees to remain knowledgeable and stay current with LDWF rules and regulations and other legislation, or any modifications and revisions thereto, which govern or is coincident in any way to the bedding, planting, working or harvesting of oysters. Lessee further agrees to notify Lessor, in a timely manner, of any such proposal, modification or revision to said rules and regulations which could adversely affect Lessor's interest in, possession to, or peaceful enjoyment of, its full property rights. In the event legal proceedings are required to prevent or oppose any such adverse rules, regulations or other legislation, Lessee shall, at Lessor's request, appear and defend same along with Lessor.

IN WITNESS WHEREOF this instrument is executed in multiple originals in the presence of the undersigned witnesses.

WITNESSES:

APACHE CORPORATION, Agent for
APACHE LOUISIANA MINERALS LLC

Print Name _____

_____
Print Name _____

TIMOTHY J. ALLEN                    [LESSOR]
Attorney-In-Fact for Apache Corporation

Date Signed  11/10/09

_____
Print Name _____

_____
Print Name _____

_____
TERRANCE M. SHELLEY                 [LESSEE]

Date Signed  11/10/09

_____
Print Name _____

_____
Print Name _____

_____
SHANE M. SHELLEY                    [LESSEE]

Date Signed  11/10/09

**Plaquemines Parish, Louisiana**

**MAP 1 OF 3**

EXHIBIT "B"
OYSTER HARVEST
LEASE MAP

**APACHE LOUISIANA MINERALS LLC**
POST OFFICE BOX 206
HOUMA, LOUISIANA 70361-0206
TEL (985) 879-3528    FAX (985) 876-5267

Case 2:10-md-02179-CJB-DPC   Document 7640-5   Filed 11/02/12   Page 4 of 25



EXHIBIT "B"

OYSTER HARVEST

APACHE LOUISIANA MINERALS LLC
POST OFFICE BOX 206
TEL (985) 879-3628   FAX (985) 876-5267

MAP 2 OF 3

Plaquemines Parish, Louisiana

Case 2:10-md-02179-CJB-DPC   Document 7048-3   Filed 11/02/12   Page 5 of 25



APACHE LOUISIANA MINERALS LLC

POST OFFICE BOX 206
TEL (985) 879-3528   FAX (985) 876-5267

MAP 3 OF 3

Plaquemines Parish, Louisiana





# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER
## PLAQUEMINES PARISH, LA



# OYSTER HARVEST LEASE
T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER
## PLAQUEMINES PARISH, LA
SHELLEY3

DUFRENE SURVEYING
& ENGINEERING INC.

SCALE IN FEET

JULY 11, 2012



# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA

DUFRENE SURVEYING
& ENGINEERING INC.
1621 MANHATTAN BOULEVARD, HARVEY, LA 70058

SCALE IN FEET

OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

PLAQUEMINES PARISH, LA

DUFRENE SURVEYING
& ENGINEERING INC.
1024 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-366-1090 Ph
504-366-6394 FAX
dufrene@bison.net

TILDON J. DUFRENE JR.
REG. No. 04663
REGISTERED
PROFESSIONAL
LAND SURVEYOR
STATE OF LOUISIANA

JULY 11, 2012

SHELLEY1

85 ACRES

3299708
NOT A PART

3299708
NOT A PART

2791700
NOT A PART

3281207
NOT A PART

3464510
NOT A PART

LOCATION OF LEASE AREA BASED ON COORDINATES OF ADJOINING
STATE LA WL&F LEASES. THIS IS NOT A FIELD SURVEY. LAND
AREAS, IF ANY NOT SHOWN.

BEARINGS ARE BASED ON THE LOUISIANA
COORDINATE SYSTEM OF 1983, SOUTH ZONE.

LA WL&F LEASE IN NAD27 WERE CONVERTED TO NAD83 BY
CORPSCON AT MONUMENT D-354.

SCALE IN FEET

400    200    0    400





# OYSTER HARVEST LEASE

**T20S, R27E**
**SOUTHEAST DISTRICT OF LOUISIANA**
**WEST OF THE MISSISSIPPI RIVER**

## PLAQUEMINES PARISH, LA

3137406
NOT A PART
3299708
NOT A PART
SHELLEY2
39 ACRES
3579599
NOT A PART
15 ACRES
3137406
NOT A PART
3299708
NOT A PART
2791700
NOT A PART

**SHELLEY2**

| | | |
|---|---|---|
| 707 | 315613.948 | 3789226.735 |
| 825 | 315199.869 | 3790668.449 |
| 778 | 313091.158 | 3791165.890 |
| 780 | 312830.747 | 3790942.820 |
| 13021 | 312822.654 | 3790893.480 |
| 286 | 312861.376 | 3790887.128 |
| 285 | 313250.477 | 3791007.788 |
| 284 | 313013.457 | 3790237.855 |
| 283 | 313088.177 | 3790405.946 |
| 282 | 313622.225 | 3790733.735 |
| 281 | 314035.624 | 3790356.006 |
| 280 | 314256.097 | 3790091.972 |
| 279 | 314426.326 | 3789322.487 |
| 278 | 314498.023 | 3789377.924 |
| 277 | 314622.178 | 3789356.035 |
| 276 | 315050.266 | 3789062.587 |
| 275 | 315487.808 | 3789215.247 |
| 274 | 315571.003 | 3789195.096 |
| 707 | 315613.948 | 3789226.735 |

3579599 (NOT A PART)

| | | |
|---|---|---|
| 8791 | 314140.246 | 3790401.506 |
| 8792 | 314236.124 | 3790505.585 |
| 8793 | 314099.655 | 3790712.793 |
| 8794 | 314720.652 | 3790637.962 |
| 8795 | 314894.832 | 3790518.872 |
| 9158 | 314941.394 | 3790313.074 |
| 8779 | 315184.888 | 3790351.021 |
| 8780 | 315245.459 | 3790201.108 |
| 8781 | 315265.603 | 3790032.445 |
| 8782 | 315057.518 | 3789831.301 |
| 8783 | 314916.870 | 3790052.130 |
| 8784 | 314869.527 | 3790033.667 |
| 8783 | 314916.870 | 3790052.130 |
| 8784 | 314869.527 | 3790033.667 |
| 8785 | 314868.537 | 3789938.932 |
| 8786 | 314791.357 | 3789929.291 |
| 8787 | 314761.485 | 3789852.389 |
| 8788 | 314682.216 | 3789788.104 |
| 8789 | 314657.557 | 3789935.161 |
| 8790 | 314564.975 | 3789810.911 |
| 8849 | 314300.692 | 3790116.516 |
| 8848 | 314070.259 | 3790392.479 |
| 8791 | 314140.246 | 3790401.506 |

LOCATION OF LEASE AREA BASED ON COORDINATES OF ADJOINING STATE LA WL&F LEASES. THIS IS NOT A FIELD SURVEY. LAND AREAS, IF ANY NOT SHOWN

BEARINGS ARE BASED ON THE LOUISIANA COORDINATE SYSTEM OF 1983, SOUTH ZONE..

LA WL&F LEASE IN NAD27 WERE CONVERTED TO NAD83 BY CORPSCON AT MONUMENT D-334

NAD22
X= 2,516,069.20
Y= 252,058.35

NAD83
X= 3,796,870.15
Y= 312,753.60

400 200 0 400
SCALE IN FEET

DUFRENE SURVEYING & ENGINEERING INC.
1624 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-368-5390 PH.
504-368-6394 FAX
dufrene@dseinc.net

STATE OF LOUISIANA
TILDON J. DUFRENE, JR.
REG. No. 04563
REGISTERED PROFESSIONAL SURVEYOR

JULY 11, 2012

T-4595-S2

# OYSTER HARVEST LEASE
T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER
## PLAQUEMINES PARISH, LA

DUFRENE SURVEYING
& ENGINEERING INC.
1624 MANHATTAN BOULEVARD HARVEY, LA 70058
504-366-4300 PH.
504-366-6304 FAX
dufrene@bbsrv.net

L-4595-52
JULY 11, 2012



# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA

SCALE IN FEET

500   250   0   500



# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA

DUFRENE SURVEYING
& ENGINEERING INC.
1621 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-366-6384
504-366-6384 FAX

SCALE IN FEET
800   400   0   800



OYSTER HARVEST LEASE
T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER
PLAQUEMINES PARISH, LA

DUFRENE SURVEYING
& ENGINEERING INC.
1824 MANHATTAN BOULEVARD, HARVEY, LA 70058

SCALE IN FEET

# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA

SHELLEY7

DUFRENE SURVEYING
& ENGINEERING INC.
1624 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-366-8304 FAX
bcfreed@bellsouth.net

JULY 11, 2012

SHEET 1 OF 2
J-4-595--22

# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA

**SHELLEY8**

3136606
NOT A PART

3136606
NOT A PART

2772200
NOT A PART

2772200
NOT A PART

SHELLEY8
26 ACRES

DUFRENE SURVEYING
& ENGINEERING INC.
1624 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-368-6390 PH.
504-368-6364 FAX
dufrene@bellsouth.net

JULY 11, 2012

LOCATION OF LEASE AREA BASED ON COORDINATES OF ADJOINING
STATE LA "ML&P" LEASES. THIS IS NOT A FIELD SURVEY. LAND
AREAS, IF ANY NOT SHOWN

BEARINGS ARE BASED ON THE LOUISIANA
COORDINATE SYSTEM OF 1933, SOUTH ZONE.

LA "ML&P" LEASE IN NAD27 WERE CONVERTED TO NAD83 BY
COMPARISON AT MONUMENT D-234

400    200    0    400
SCALE IN FEET



# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER
## PLAQUEMINES PARISH, LA

DUFRENE SURVEYING
& ENGINEERING INC.
1624 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-366-6390 Ph.
504-366-8364 FAX

SCALE IN FEET

# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA



SHELLEY10

| | | |
|---|---|---|
| 12145 | 312774.090 | 3802718.031 |
| 12143 | 312742.369 | 3802885.843 |
| 12142 | 312559.390 | 3802893.114 |
| 12102 | 312399.671 | 3803333.072 |
| 12101 | 312315.222 | 3803308.045 |
| 12140 | 312016.646 | 3803003.086 |
| 12139 | 312280.955 | 3802795.876 |
| 12150 | 312254.612 | 3802661.952 |
| 12149 | 312475.921 | 3802543.422 |
| 12148 | 312550.393 | 3802665.113 |
| 12146 | 312647.215 | 3802567.561 |
| 12145 | 312774.090 | 3802718.031 |

LOCATION OF LEASE AREA BASED ON COORDINATES OF ADJOINING
STATE LA WEAF LEASES, THIS IS NOT A FIELD SURVEY. LAND
AREAS, IF ANY NOT SHOWN.

BEARINGS ARE BASED ON THE LOUISIANA
COORDINATE SYSTEM OF 1983, SOUTH ZONE.

LA MLRF LEASE IN NAD27 WERE CONVERTED TO NAD83 BY
CORPSCON AT MONUMENT D-324

NAD21
X= 2516,060.20
Y= 262,015.55

NAD83
X= 3,796,821.15
Y= 372,743.63

SCALE IN FEET

400   200   0   400

DUFRENE SURVEYING
& ENGINEERING INC.
1924 MANHATTAN BLVD., HARVEY, LA 70058
504-368-5390 PH
504-368-0384 FAX
dufren@bellsouth.net

JULY 11, 2012

# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA

DUFRENE SURVEYING
& ENGINEERING INC.
1824 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-366-4380 PH.
504-366-6304 FAX

SCALE IN FEET

# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER
## PLAQUEMINES PARISH, LA

DUFRENE SURVEYING
& ENGINEERING INC.
1624 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-368-6390 Ph.
504-368-6394 FAX
dufrene@bellsouth.net

JULY 11, 2012

# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA

SHELLEY13

| | | |
|---|---|---|
| 256 | 311,861.303 | 3,805,668.291 |
| 257 | 311,694.725 | 3,805,694.984 |
| 258 | 311,664.281 | 3,805,940.455 |
| 259 | 311,905.806 | 3,805,971.560 |
| 260 | 311,954.713 | 3,805,957.087 |
| 256 | 311,861.303 | 3,805,668.291 |

LOCATION OF LEASE AREA IS BASED ON COORDINATES OF ADJOINING
STATE LA WLWF LEASES. THIS IS NOT A FIELD SURVEY. LAND
AREAS, IF ANY NOT SHOWN

BEARINGS ARE BASED ON THE LOUISIANA
COORDINATE SYSTEM OF 1983, SOUTH ZONE

LA MEAN LOCAL IN NAD27 WERE CONVERTED TO NAD83 BY
DIMENSION AT MONUMENT D-154

NAD27
X= 2,518,094.20
Y= 270,268.35

NAD83
X= 3,706,870.15
Y= 332,193.60

SCALE IN FEET
400    200    0    400

3132205
NOT A PART

3132205
NOT A PART

SHELLEY13
3 ACRES

DUFRENE SURVEYING
& ENGINEERING INC.
1624 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-368-6390 Ph.
504-368-6394 FAX
dufrene@bellsouth.net

JULY 11, 2012

# OYSTER HARVEST LEASE

T20S, R27E
SOUTHEAST DISTRICT OF LOUISIANA
WEST OF THE MISSISSIPPI RIVER

## PLAQUEMINES PARISH, LA

SHELLEY15

T21S R28E
T20S R27E

T20S R27E
T21S R27E

SHELLEY15

LOCATION OF LEASE AREA BASED ON COORDINATES OF ADJOINING
STATE LA WLAF LEASES. THIS IS NOT A FIELD SURVEY. LAND
AREAS, IF ANY NOT SHOWN

BEARINGS ARE BASED ON THE LOUISIANA
COORDINATE SYSTEM OF 1983, SOUTH ZONE

LA WLAF LEASE IN NAD27 WERE CONVERTED TO NAD83 BY
CORPSCON 14 MONUMENT D-55M

NAD27
X= 2,516,068.20
Y= 223,038.35

NAD83
X= 3,789,870.15
Y= 312,763.60

SCALE IN FEET
800  400  0        800

DUFRENE SURVEYING
& ENGINEERING INC.
1624 MANHATTAN BOULEVARD, HARVEY, LA 70058
504-366-8300 PH.
504-366-6384 FAX

JULY 11, 2012