| | |
|---|---|
| From: | Robin Greenwald <greenwaldrobin@gmail.com> |
| To: | Sally_Shushan@laed.uscourts.gov |
| Date: | 10/31/2012 09:43 PM |
| Subject: | Opt out list |

I sent you this letter earlier today from my office email account when I thought our office email was back online after the storm. I was wrong - it is down again and I am not sure whether you received the earlier message. Given the time sensitivity of the request, I am sending it to you again, this time from my personal gmail account so that I can be certain it gets to you:

Dear Judge Shushan:

I write on behalf of 13 of our clients who expressed their desire to opt out of the Economic and Property Damage settlement and one client who expressed her desire to opt out of the Medical Benefits Settlement.  As Your Honor knows, Hurricane Sandy has severely impacted New York, and particularly our office, which is in an area of New York City still without power as of the writing of this email.  Therefore, there has been no mail or phone service in or out of our office, our emails just went back up about 30 minutes ago and we are not yet able to work in our office. With the opt out deadline tomorrow, we do not want to compromise these clients' desire to opt out of the settlement because we have not been able to send in the necessary forms to opt out by the November 1, 2012 deadline.

We are asking that for these individuals (the list of these individuals will be forwarded in a separate email), the opt out date be extended until such time as New York City is able to restore electricity to the area of Manhattan where our office is located and the mail service resumes and catches up with its backlog.  Because we do not know exactly when these events will take place, we have not included a time certain in this request.  However, if the Court prefers, we suggest a one week extension of the opt out date for these 14 individuals, or to November 8, 2012, with leave to make a further application to the Court to extend the deadline again if for some reason regular business has not returned to lower Manhattan by that date.   Thank you for your consideration of this request.

                                        Respectfully submitted,


                                        Robin L. Greenwald


opt outs list.docx