**Economic and Property Damage Settlement Opt Outs**
**Subject to Application For Extension of Opt Out Deadline**
**for Certain Clients of Weittz & Luxenberg, dated October 31, 2012**

1. Ergin Tek, authorized representative for Gengiz Khan

2. Michael Hickmann, authorized representative for Tropic Breeze MHP, LLC

3. Michael Hickmann, authorized representative for Fisherman's Cove Resort, LLC

4. Michael Hickmann, authorized representative for Hudson Holding Company, LLC, d/b/a Lakewood Travel Park

5. Alan Lucas, authorized representative for Mansion House Hotel, Inc.

6. John Miller, authorized representative for Summit Food Services d/b/a Coconuts Restaurant and Sports Bar

7. Thomas Haisten, authorized representative for Chicken Foot Development, Inc., d/b/a Zaxby's

8. Rumit Nana, authorized representative for MLD 2, LLC

9. Jerri Stotts, authorized represenatative for Lazy Lizard Restaurant

10. Richard Shindler, authorized representative of Whispering Pines Apartments, LLC and Southern Pines Apartments, LLC

11. John Salvaggio, authorized representative of the Sunshine Group

12. Bob Maida, authorized representative of Park Place Billiards, Inc.

13. Pete Thomas, authorized representative of Pete's BBQ Restaurant

14. Michael Hickmann, Sun Village, Inc.

**Medical Benefits Settlement Opt Outs**
**Subject to Application For Extension of Opt Out Deadline**
**for Certain Clients of Weittz & Luxenberg, dated October 31, 2012**

1. Tiffany Duke