UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: John Akins et al. v. Worley Catastrophe Response, LLC et al.; 12-2401 | SECTION "J" (2) |

## ORDER

The captioned case has recently been reassigned and referred to me by Judge Barbier. Record Doc. No. 7836. Accordingly,

**IT IS ORDERED** that a status conference is hereby SCHEDULED in this matter on **NOVEMBER 28, 2012 at 2:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss possible consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c), scheduling and to select pre-trial and trial dates, if appropriate. Counsel who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this ___5th___ day of November, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL PARTIES;**
**HON. CARL J. BARBIER; and**
Jennifer Lynn Anderson
Jones Walker
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809
Email: janderson@joneswalker.com