IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | *<br>* | Honorable CARL J. BARBIER |
| *All cases* | *<br>* | Magistrate Judge SHUSHAN |

### BP DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL THEIR RESPONSE IN OPPOSITION TO MOTIONS FOR ADVERSE INFERENCES BASED ON ASSERTIONS OF THE FIFTH AMENDMENT

**PLEASE TAKE NOTICE** that the undersigned parties respectfully request leave to file under seal their response memorandum and its attached exhibits, in response to the Motions for Adverse Inferences filed by the PSC, United States, Transocean, and Halliburton. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information."  Pursuant to Pre-Trial Order No. 13, certain deposition testimony and exhibits have been designated as confidential and filing BP's memorandum and exhibits under seal will allow the Court's consideration. Pending the Court's consideration of this motion, the BP Parties will provide the Court and parties' counsel with <u>unredacted</u> versions of the memorandum and exhibits.  Subsequently, the BP Parties will file in the record a redacted version of the memorandum and exhibits that does not contain material designated as confidential by the parties in this case.

Date:  November 5, 2012	Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP Exploration & Production Inc. and BP America Production Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of November, 2012.

/s/ Don K. Haycraft
Don K. Haycraft