<u>**APPENDIX**</u>

A.      <u>**Key of Objections**</u>

For the Court's convenience, Transocean will object to the parties' various requests for

inferences by using the short form objections as described in the chart below:

| **Short Form** | **Objection** |
|---|---|
| Foundation | The question (or part of the question) seeks information outside the scope of the witness's personal knowledge. |
| Foundation (Expert) | The question seeks information "based on scientific, technical, or other specialized knowledge within the scope of [Federal Rule of Evidence] 702." |
| Invalid Inference | The inference sought does not logically follow from the witness's failure to answer the question. |
| JIT | The inference seeks to introduce inadmissible JIT testimony. |
| Not Adverse | The inference sought is not adverse to the witness who refused to answer the question. |
| Not Aligned | The witness's interests are not aligned with Transocean's. |
| Opinion | The question (or part of the question) seeks testimony that is not rationally based on the witness's perception. |
| Vague | The question or inference is vague and ambiguous. |

**B.      Transocean's Objections to Adverse Inferences Requested by BP**

BP seeks adverse inferences against Transocean based on the Fifth Amendment invocations of Transocean employees Andrea Fleytas, Jimmy Harrell, Curt Kuchta, Caleb Holloway, Steve Bertone, Allen Seraile, Micah Sandell, Wyman Wheeler, and Patrick Morgan. (Rec. Doc. 7645).  Transocean objects to BP's requests for adverse inferences as follows:[1]

**1.      Transocean's Objections to BP's Requested Adverse Inferences from Andrea Fleytas's Deposition**

| INFERENCE | CITATION |
|---|---|
| Ms. Fleytas was responsible for monitoring the fire and gas alarms on the *Deepwater Horizon*. | Q.      Ms. Fleytas, one of your duties -- or your duty as a Transocean DPO was to monitor the fire and gas alarms on the DEEPWATER HORIZON rig, correct?<br><br>A.      Same answer.  (53:15-19). |
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Adverse; Not Aligned || 
| Ms. Fleytas was responsible for alerting the crew on the *Deepwater Horizon* when fire and gas alarms went off. | Q.      And your duty as a DPO was to alert the crew on the DEEPWATER HORIZON rig to fire and gas alarms, correct?<br><br>A.      Same answer.  (53:20-23). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned || 
| Ms. Fleytas was responsible for sounding the general alarms on the *Deepwater Horizon* when multiple high gas alarms went off. | Q.      Your duty as a DPO watch on the bridge was to sound the general alarm when there were multiple high gas alarms going off; is that correct?<br><br>A.      Same answer.<br><br>Q.      And your duty as a DPO was -- on watch on the bridge was to sound the general alarm when there were, in fact, two or more high gas sensors going off on the rig; is that correct?<br><br>A.      Same answer.  (53:24-54:11). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned || 
| Ms. Fleytas did not take the basic operating course for the Kongsberg | Q.      And Transocean never did send you to that K-Chief basic course given by Kongsberg, did they? |

---

[1] BP set forth its objections by providing a chart listing the inferences sought and quoting the supporting deposition transcripts.  For convenience, Transocean will address BP's requests for adverse inferences by duplicating the chart and listing objections below each inference sought.

| | |
|---|---|
| Simrad fire and gas system on the *Deepwater Horizon*. | A.      Same answer.  (30:22-31:1). |

**OBJECTION:** Vague; Foundation; Not Adverse; Not Aligned

| | |
|---|---|
| Ms. Fleytas did not receive any training on how to respond in the event of a major well blowout. | Q.      All right.  And finally -- we'll get back to that in a second.  Ma'am, isn't it a fact that despite putting you on the bridge of a rig by some accounts with close to a billion dollars, that there were never any simulations of a major well blowout such as the one that sank, the DEEPWATER HORIZON? |
| | A.      Same answer. |
| | Q.      In other words, there was no training given you as a dynamic positioning officer by Transocean of a worst case scenario on this rig, was there? |
| | A.      Same answer. |
| | Q.      And, ma'am, despite putting you on the bridge of a vessel that had over a hundred souls onboard, there were never any simulations which would have assisted you to determine what immediate actions to take in the event of a major well blowout, such as the one which sank, the DEEPWATER HORIZON, were there? |
| | A.      Same answer.  (28:23-29:23). |

**OBJECTION:** Not Adverse; Invalid Inference; Foundation; Vague; Not Aligned

| | |
|---|---|
| Ms. Fleytas did not receive any training on how to respond when multiple gas alarms went off at once. | Q.      Isn't it true that as the DPO, Transocean did not train you as to what exactly to do when you saw multiple gas alarms going off on the bridge; is that correct? |
| | A.      Same answer. |
| | Q.      And isn't it true that as a DPO, Transocean did not train you as to what systems to shut down through the ESD panel when you saw multiple gas alarms going off on the bridge; is that correct? |
| | A.      Same answer.  (54:12-25). |

**OBJECTION:** Not Adverse; Invalid Inference; Vague; Foundation; Not Aligned

| | |
|---|---|
| Ms. Fleytas did not receive any training on how to operate the emergency shutdown ("ESD") system. | Q.      But you were actually never trained by Transocean on when conditions on the rig would warrant activation of that emergency shutdown panel that was on your DPO station, correct? |

| | A.    Same answer. |
| --- | --- |
| | Q.    And you were never given procedures from Transocean for when conditions warranted activation of that emergency shutdown system? |
| | A.    Same answer. (66:14-67:1). |

**OBJECTION:** Not Adverse; Invalid Inference; Not Aligned

| The general alarms on the *Deepwater Horizon* were placed in manual mode. | Q.    The general alarm on the DEEPWATER HORIZON rig required human intervention; is that correct? |
| --- | --- |
| | Q.    Same answer. |
| | Q.    Meaning, you as the DPO had to manually go over and hit the general alarm in order for it to sound on the rig; is that correct? |
| | A.    Same answer. |
| | Q.    And on April 20th, 2010, the general alarm on the DEEPWATER HORIZON was set to manual mode, correct? |
| | A.    Same answer. |
| | Q.    The general alarm was not on automatic mode on the rig on April 20th, correct? |
| | A.    Same answer. (55:6-25). |

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| Ms. Fleytas waited until after the explosion and the power went off on the *Deepwater Horizon* to attempt to sound the general alarm. | Q. Now, you waited until after the power went out on the DEEPWATER HORIZON rig, and there was a big explosion to attempt to sound the general alarm on the night of April 20th; is that correct? |
| --- | --- |
| | A.    Same answer. (56:1-7). |

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| The Emergency Shutdown System ("ESD") system on the *Deepwater Horizon* was placed in manual mode. | Q.    And on April 20th, the emergency shutdown panel was not on automatic mode, correct? |
| --- | --- |
| | A.    Same answer. |
| | Q.    Therefore, the emergency shutdown panel required human intervention to manually hit the |

| | controls to shut down the ventilation to the engine room on April 20th, correct?<br><br>A.    Same answer. (66:3-13). |
|---|---|
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| Ms. Fleytas did not activate the ESD system on the *Deepwater Horizon* on the night of the incident. | Q.    On April 20th, 2010, after you saw all the high gas alarms and magenta going off on the DEEPWATER HORIZON rig, you, in fact, did not activate the emergency shutdown system to shut off the ventilation to the engine rooms, correct?<br><br>A.    Same answer. (67:17-23). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| No one activated the ESD system on the *Deepwater Horizon* on the night of the incident. | Q.    And, in fact, no one activated the emergency shutdown, or ESD system, on April 20th to shut down the engines or cut off ventilation to the engine rooms; is that correct?<br><br>A.    Same answer. (67:24-68:5). |
| **OBJECTION:** Foundation; Not Adverse; Vague; Not Aligned | |
| The fire and gas alarms on the *Deepwater Horizon* were inhibited. | Q.    And Transocean had chosen to set those alarms to an inhibited position, all of the alarms, didn't they?<br><br>A.    Same answer.<br><br>Q.    And that included combustible gas alarms, toxic gas alarms, and fire alarms; is that correct?<br><br>A.    Same answer. (34:21-35:5). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned | |
| No automatic combustible gas alarms were ever sounded on the *Deepwater Horizon* on the night of the incident. | Q.    And yet, no automatic combustible gas alarm was ever sounded because all of the alarms were set to be inhibited; is that correct?<br><br>A.    Same answer. (34:15-20). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned | |
| Under the Transocean dual command structure, the OIM was in charge when the *Deepwater Horizon* was on station and attached to the well, while the Captain was in charge during an emergency. | Q.    Now, on the night of April 20th, 2010, before the incident started, OIM from Transocean, who was Jimmy Harrell, was in charge because the rig was on station and attached to the well; is that correct?<br><br>A.    Same answer.<br><br>Q.    Then when the emergency started on April 20th, |

| | 2010, under the Transocean command structure, Captain Kuchta, in your understanding, should then have been in charge; is that correct?<br><br>A.     Same answer.  (60:5-17). |
|---|---|
| **OBJECTION:** Foundation; Not Adverse; Invalid Inference; Not Aligned | |
| On the night of the incident, there was no actual announcement or record made of the change in command on the *Deepwater Horizon*. | Q.     So your understanding was that there was a change in command from the OIM to the captain on the night of April 20th once the incident started; is that correct?<br><br>A.     Same answer.<br><br>Q.     But there was no actual announcement made on the rig that the command had changed from the OIM, Jimmy Harrell, to the captain, Captain Kuchta, correct?<br><br>A.     Same answer.<br><br>Q.     You yourself did not make any announcement that the command had changed from the OIM, Harrell, to Captain Kuchta?<br><br>A.     Same answer.<br><br>Q.     And there was no record made on the rig, either, that the command had changed from the OIM to the captain; is that right?<br><br>A.     Same answer.<br><br>Q.     And you yourself did not make a record on the rig that the command had changed from the Transocean OIM to the Transocean captain, who was Captain Kuchta, correct?<br><br>A.     Same answer.  (60:18-61:17). |
| **OBJECTION:** Foundation; Not Adverse; Invalid Inference; Vague; Not Aligned | |
| There was confusion on the *Deepwater Horizon* about who was in charge when the emergency started. | Q.     Isn't it true that the Transocean dual command structure led to confusion on the bridge on the night of April 20, 2010?<br><br>A.     Same answer.  (59:18-23). |
| **OBJECTION:** Foundation; Invalid Inference; Not Aligned | |
| This confusion caused a delay in | Q.     Isn't it true that the Transocean command |

| activating the emergency disconnect system ("EDS"). | confusion caused a delay in activating the EDS, or the emergency disconnect system, on April 20th?<br><br>A.     Same answer.  (59:24-60:4). |
|---|---|
| **OBJECTION:** Foundation; Invalid Inference; Not Adverse; Not Aligned | |
| Although Captain Kuchta should have been the person in charge on the *Deepwater Horizon* during the incident, he waited until OIM Harrell arrived on the bridge to ask for permission to EDS. | Q.     So the decision to activate the EDS on April 20th did not happen until later on that evening when Jimmy Harrell arrived on the bridge; is that correct?<br><br>A.     Same answer.<br><br>Q.     And, in fact, Captain Kuchta asked the OIM, Jimmy Harrell from Transocean, for permission to EDS; is that correct?<br><br>A.     Same answer.  (61:18-62:3). |
| **OBJECTION:** Foundation; Invalid Inference; Not Adverse; Not Aligned | |

## 2.     Transocean's Objections to BP's Requested Adverse Inferences from Jimmy Harrell's Deposition

| Mr. Harrell was responsible for safety and preventing pollution on the *Deepwater Horizon*. | Q.     Isn't it true that you were the ultimate authority aboard the DEEPWATER HORIZON?<br><br>A.     I take the Fifth.<br><br>Q.     Isn't it true that you were the ultimate authority on DEEPWATER HORIZON for safety?<br><br>A.     I take the Fifth.<br><br>Q.     Isn't it true you were the ultimate authority on DEEPWATER HORIZON for preventing pollution?<br><br>A.     I take the Fifth.  (65:22-66:11; *see also* 96:8-12). |
|---|---|
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned | |
| Mr. Harrell had overall responsibility for all activities on the *Deepwater Horizon* while it was latched to the well. | Q.     And isn't it true, sir, that otherwise you, the OIM, were -- had overall responsible-- overall responsibility for activities aboard the DEEPWATER HORIZON while latched onto the well in April 2010? Isn't that true?<br><br>A.     I take the Fifth.  (53:6-13). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned | |
| Captain Curt Kutcha, the Master of the | Q.     Isn't it true that aboard the DEEPWATER |

| | |
|---|---|
| *Deepwater Horizon*, reported to Mr. Harrell unless the rig was underway or there was an emergency. | HORIZON in April 2010 when you were the offshore installation manager that the captain or master aboard the DEEPWATER HORIZON reported to you?<br><br>A.    I take the Fifth.<br><br>Q.    And isn't it true that aboard the DEEPWATER HORIZON in April 2010 following Transocean's business practice, that the master was the -- was in charge only when the rig was underway and/or moving to another location?<br><br>A.    I take the Fifth.  (52:17-53:5). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| Transocean's drilling crew on the *Deepwater Horizon* reported to Mr. Harrell. | Q.    It's true that the Transocean crew -- isn't it true, sir, that the Transocean crew, including the driller, the senior toolpusher, the toolpusher, the drillers and the assistant drillers reported to you, not to the BP wellsite leader?<br><br>A.    I take the Fifth.  (95:18-96:1). |
| **OBJECTION:** Foundation; Not Adverse; Vague; Not Aligned | |
| Mr. Harrell was responsible for reviewing the temporary abandonment procedure. | Q.    Isn't it true that it was your responsibility as the overall person in charge aboard DEEPWATER HORIZON to double-check the temporary abandonment procedure placed by BP?<br><br>A.    I take the Fifth.  (73:17-23). |
| **OBJECTION:** Vague; Invalid Inference; Not Aligned | |
| Mr. Harrell was responsible for reviewing the displacement procedure. | Q.    And isn't it true that it was your responsibility as OIM and an overall responsibility for the safety of the DEEPWATER HORIZON to double-check the displacement procedure?<br><br>A.    I take the Fifth.  (73:24-74:5). |
| **OBJECTION:** Vague; Invalid Inference; Not Aligned | |
| Transocean was responsible for well control on the *Deepwater Horizon*. | A.    Isn't it true that the OIM, the senior and tool -- the senior toolpusher, the toolpusher, the drillers, and the assistant drillers are always responsible for well control aboard the DEEPWATER HORIZON?<br><br>A.    I take the Fifth. (78:14-20).<br><br>Q.    Isn't it true that Transocean was responsible for well control, including shutting in the well in the case |

| | of a kick? |
| | |
| | A.      I take the Fifth.  (95:12-17). |
| **OBJECTION:** Foundation; Invalid Inference; Vague; Not Aligned | |
| Transocean was responsible for well control on the *Deepwater Horizon* on the night of April 20, 2010. | Q.      And that was true on April the 20th, sir, that the OIM, the toolpushers, the drillers, and the assistant drillers were the persons responsible for well control aboard the DEEPWATER HORIZON? |
| | |
| | A.      I take the Fifth.  (78:21-79:3). |
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| Transocean was responsible for constantly monitoring the well, identifying kicks, and shutting in the well in the case of a kick. | Q.      Isn't it true that Transocean was responsible for monitoring the well at all times? |
| | |
| | A.      I take the Fifth. |
| | |
| | Q.      Isn't it true that Transocean was responsible for identifying kicks? |
| | |
| | A.      I take the Fifth. |
| | |
| | Q.      Isn't it true that Transocean was responsible for well control, including shutting in the well in the case of a kick? |
| | |
| | A.      I take the Fifth.  (95:2-17). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Opinion; Invalid Inference; Not Aligned | |
| Even when a cement barrier is in place, Transocean's drilling crew is instructed to constantly monitor the well. | Q.      Isn't it true that even though a cement barrier appears to be in place, that your drill crew was instructed by you to carefully monitor or constantly monitor no matter what the number of barriers? |
| | |
| | A.      I take the Fifth.  (81:19-82:1). |
| **OBJECTION:** Foundation; Not Adverse; Vague; Not Aligned | |
| No matter how many centralizers are being used on the well, Transocean's responsibility remains the same – constantly monitor the well. | Q.      Isn't it true from your point of view and your years of experience as an OIM that as far as the drill crew is concerned, whether or not centralizers or the number of centralizers are used, that the driller's responsibility remains the same, to constantly monitor the well? |
| | |
| | A.      I take the Fifth. |
| | |
| | Q.      And that regardless of whether 5, 6, or 21 |

| | centralizers are used, the drill crew's responsibility is to constantly monitor the well.  Isn't that a fact? <br><br> A.      I take the Fifth.  (88:3-18). |
|---|---|
| **OBJECTION:** Foundation; Not Adverse; Vague; Invalid Inference; Not Aligned | |
| The BP company men were not responsible for well control on the *Deepwater Horizon*. | Q.      And that Transocean policy is that well control is under the supervision of you and the drilling crew and not the BP company man? <br><br> A.      I take the Fifth. <br><br> Q.      And that in fact Transocean policy is that the BP company man cannot handle any Transocean equipment, whether it be -- whether it be drilling equipment or whether it be well control controls? <br><br> A.      I take the Fifth.  (54:15-55:3). |
| **OBJECTION:** Foundation; Not Adverse; Invali Inference; Not Aligned | |
| Transocean was in charge of the decision to divert to the mud gas separator rather than divert overboard. | Q.      And isn't it true that the OIM, the toolpushers, the drillers, the assistant drillers are in charge of any decision to divert overboard rather than through the mud gas separator? <br><br> A.      I take the Fifth.  (79:11-17). |
| **OBJECTION:** Foundation; Invalid Inference; Not Aligned | |
| If mud is coming out of the riser, Transocean should divert overboard rather than divert to the mud gas separator. | Q.      Isn't it true that when mud is coming out of the riser in a well control situation, that the decision should be made by the drill crew to divert overboard rather than to attempt to divert the flow through the mud gas separator? <br><br> A.      I take the Fifth.  (79:18-25). |
| **OBJECTION:** Foundation (Expert); Not Adverse; Opinion; Not Aligned | |
| As OIM, Mr. Harrell had previously completed foam cement jobs at depths of 17,000 to 18,000 feet. | Q.      You've done -- you, as OIM aboard DEEPWATER HORIZON, have done foam cement jobs at the depth of 17- or 18,000 feet a couple of times previously to this job in April 2010, true? <br><br> A.      I take the Fifth.  (81:2-7). |
| **OBJECTION:** Not Adverse | |
| Mr. Harrell was aware that the Macondo Well cement design included nitrified cement. | Q.      You were aware that the cement design included a nitrified cement that was put into -- put into the wellbore on April the 19th, 2010? <br><br> A.      I take the Fifth.  (94:12-16). |

| OBJECTION: Foundation; Not Adverse; Not Aligned | |
|---|---|
| As OIM, Mr. Harrell was satisfied that the cement design was safe. | Q.    You as OIM aboard the DEEPWATER HORIZON were satisfied that the cement design was safe?<br><br>A.    I take the Fifth.  (94:17-21). |
| **OBJECTION:** Foundation; Vague; Not Aligned | |
| Transocean knows how to perform negative pressure tests. | Q.    Okay. Isn't it true that you and your drilling crew knew how to perform negative pressure tests?<br><br>A.    I take the Fifth.<br><br>Q.    That conducting and evaluating negative pressure tests is a standard procedure in the drilling of wells at Transocean?<br><br>A.    I take the Fifth.  (61:2-12). |
| **OBJECTION:** Foundation; Invalid Inference; Vague; Not Aligned | |
| Transocean's rig crew on the *Deepwater Horizon* had its own procedure for conducting a negative pressure test. | Q.    Okay.  Isn't it true that on DEEPWATER HORIZON while drilling at Macondo 252 that the DEEPWATER HORIZON drill crew had itself a procedure for conducting a negative test?<br><br>A.    I take the Fifth.  (62:3-9). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| If Mr. Harrell had any questions about the results of the negative pressure test, then he had the authority to stop the job. | Q.    Isn't it true that you and the drill crew under your supervision had the stop work authority allowed by Transocean if they had any questions about the results of either the positive or the negative tests?<br><br>A.    I take the Fifth.  (74:14-21). |
| **OBJECTION:** Foundation; Invalid Inference; Vague; Not Aligned | |
| If anyone on Transocean's drilling crew had a question about the results of the negative pressure test, then they had the authority to stop the job. | Q.    Isn't it true that you and the drill crew under your supervision had the stop work authority allowed by Transocean if they had any questions about the results of either the positive or the negative tests?<br><br>A.    I take the Fifth.  (74:14-21). |
| **OBJECTION:** Foundation; Invalid Inference; Vague; Not Aligned | |
| As the OIM, Mr. Harrell had to be satisfied with the negative pressure test. | Q.    Isn't it true that as a OIM and a person overall in charge aboard the DEEPWATER HORIZON that you and/or your senior drill crew needed to be satisfied with both the positive test and the negative test? |

|  | A.    I take the Fifth.  (74:6-13). |
|---|---|
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| On April 20, 2010, Mr. Harrell considered the first negative test to be successful. | Q.    You considered the first negative test to have been a success, even though some barrel -- there were some barrels that came back?<br><br>A.    I take the Fifth.  (84:19-24). |
| **OBJECTION:** Foundation; Not Aligned | |
| BP's company man and Transocean's drilling crew conferred and interpreted the second negative pressure test on April 20, 2010. | Q.    Isn't it true that in the second negative pressure test, that both the BP company man and the toolpusher from Transocean as well as the driller and assistant driller conferred about whether or not the second negative pressure test had been a success?<br><br>A.    I take the Fifth.  (85:18-86:1).<br><br>Q.    Isn't it true that on April the 20th both the Transocean drill crew, including its senior toolpusher and driller and the BP company men, interpreted the negative pressure test?<br><br>A.    Take -- I take the Fifth.  (86:8-14). |
| **OBJECTION:** Foundation; Not Aligned | |
| Randy Ezell, Transocean's Senior Toolpusher, reported to Mr. Harrell that the second negative pressure test was successful. | Q.    And in fact it was the toolpusher, Randy Ezell, who reported to you that the second test had been successful, correct?<br><br>A.    I take the Fifth.  (86:2-7). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| There was confusion on the *Deepwater Horizon* about who was the person in charge when the emergency started. | Q.    Isn't it true that after the explosion and certainly by the time you made your way to the bridge that there was confusion on the bridge?<br><br>A.    I take the Fifth.<br><br>Q.    And in fact that confusion included who was in charge?<br><br>A.    I take the Fifth.  (91:8-17). |
| **OBJECTION:** Vague; Foundation; Invalid Inference; Not Adverse; Not Aligned | |
| There was confusion on the *Deepwater Horizon* about who had the authority to EDS when the emergency started. | Q.    . . . Isn't it true that following the explosion, that there was some discussion and disagreement aboard the DEEPWATER HORIZON as to who had the authority to activate the emergency disconnect system? |

- A12 -

| | A.      I take the Fifth.  (38:24-39:6). |
|---|---|
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| Chris Pleasant, Transocean's Subsea Supervisor, waited until OIM Harrell arrived on the bridge to EDS. | Q.      Isn't it true that Chris Pleasant waited until you got to the bridge to perform the EDS?<br><br>A.      I take the Fifth.  (70:3-6). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| The Transocean rig crew on the *Deepwater Horizon* had not been drilled on EDSing. | Q.      Isn't it true that you did not drill the crew in EDS sequencing?<br><br>A.      I take the Fifth.  (71:1-5). |
| **OBJECTION:** Invalid Inference; Foundation; Not Aligned | |
| On the night of April 20, 2010, the EDS failed to activate on the *Deepwater Horizon*. | Q.      Isn't it true that both the emergency disconnect system and the automatic mode function failed to operate on the night of April 20, 2010?<br><br>A.      I take the Fifth.  (40:16-20). |
| **OBJECTION:** Foundation; Foundation (Expert); Opinion; Not Aligned | |
| On the night of April 20, 2010, Mr. Harrell did not feel any pressure from BP to speed up the well. | Q.      Isn't it true, sir, that you felt that as OIM aboard DEEPWATER HORIZON on the evening of April the 20th, you no—you felt no pressure to hurry from BP?<br><br>A.      I take the Fifth.  (75:23-76:4). |
| **OBJECTION:** Not Adverse; Invalid Inference; Not Aligned | |
| Transocean did not replace the control pod batteries in accordance with manufacturer recommendations. | Q.      Isn't it true that the control pod batteries on the BOP had not been replaced as the manufacturer recommended?<br><br>A.      I take the Fifth.  (71:18-23). |
| **OBJECTION:** Foundation; Foundation (Expert); Invalid Inference; Not Aligned | |
| Transocean's subsea engineers were responsible for the maintenance and inspection of the BOP. | Q.      Who was responsible for inspecting the BOP?<br><br>A.      I take the Fifth.<br><br>Q.      That would be Transocean through subsea engineers, would it not?<br><br>A.      I take the Fifth.  (144:8-14). |
| **OBJECTION:** Foundation; Invalid Inference; Not Aligned | |
| From attending daily morning conference calls with the BP's onshore team and other members of Transocean's rig crew, Mr. Harrell | Q.      Isn't it true that you attended daily morning conference calls with the onshore BP team? |

| | |
|---|---|
| received detailed operational and engineering information about the Macondo Well. | A.    I take the Fifth.<br><br>Q.    Isn't it true that other members of your Transocean crew aboard the DEEPWATER HORIZON also attended those calls?<br><br>Q.    I take the Fifth.<br><br>Q.    Isn't it true that those morning calls contained detailed operational and engineering information relating to the MC 252 well?<br><br>A.    I take the Fifth.  (93:18-94:6). |

**OBJECTION:** Vague; Not Adverse; Not Aligned

| | |
|---|---|
| As the OIM, Mr. Harrell received the APDs that BP submitted to the MMS for the *Deepwater Horizon*. | Q.    Isn't it true that you as OIM aboard the DEEPWATER HORIZON received APDs that BP was submitting to the MMS?<br><br>A.    I take the Fifth.  (94:7-11). |

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| | |
|---|---|
| Transocean's Well Advisor program provided a checklist of needed safety procedures prior to starting a drilling operation, including checking pore pressure, fracture gradient, ram configuration, emergency disconnect sequences, well control methods, diverting procedures and the bridging document. | Q.    And that the Well Advisor was intended by Transocean management to be used by the OIM about to engage in a drilling job in order to provide a checklist of needed safety procedures prior to embarking on that job?<br><br>A.    I take the Fifth.  (56:3-10; *see also* 57:2-60:7). |

**OBJECTION:** Foundation; Invalid Inference; Not Aligned

| | |
|---|---|
| Prior to the Macondo Well, Mr. Harrell did not use the Well Advisor program to evaluate the safety issues at the well. | Q.    Isn't it true that for the Macondo 252 well drilling operation that neither you nor your counterpart OIM for the DEEPWATER HORIZON used the Well Advisor program in order to evaluate safety issues for the Macondo 252 well?<br><br>A.    I take the Fifth.  (56:11-19). |

**OBJECTION:** Foundation; Vague; Not Aligned

| | |
|---|---|
| Prior to the Macondo Well, Mr. Harrell did not engage in any peer review of BP's drilling plan for the well. | Q.    Isn't it true that due to the failure to complete a Well Advisor program for Macondo 252 that you failed to engage in any peer review or double-check of the BP drilling plan?<br><br>A.    I take the Fifth.  (56:20-57:1). |

**OBJECTION:** Foundation; Vague; Not Aligned

| | |
|---|---|
| Prior to April 20, 2010, Mr. Harrell did not receive the advisories for the Sedco 711 well control incident that occurred in the North Sea on December 20, 2009. | Q.     Next we're going to turn to a couple of advisories issued by Transocean during 2010.  The first exhibit has been labeled as Exhibit 926, and it's entitled: Loss of well control during upper completion. And it's dated 14 April 2010.  And the second exhibit I'm going to show you is Exhibit 1523, which is entitled: Monitoring well control integrity of mechanical barriers. And it's dated April 5, 2010.  And here's my question, Mr. Harrell. Isn't it true that you as OIM aboard the DEEPWATER HORIZON in April 2010 never received any of those advisories?<br><br>A.     I take the Fifth. (50:12-51:2). |

**OBJECTION:** Not Adverse; Not Aligned

| | |
|---|---|
| Prior to April 20, 2010, Mr. Harrell was not told to review the advisories for the Sedco 711 event. | Q.     And isn't it true, sir, that as OIM aboard the DEEPWATER HORIZON in April 2010, you were never told by your superiors to review advisories such as the exhibits I've just shown you on the Transocean EDOC system?<br><br>A.     I take the Fifth. (51:3-10). |

**OBJECTION:** Not Adverse; Invalid Inference; Not Aligned

| | |
|---|---|
| Prior to April 20, 2010, Transocean's drilling crew did not learn about the Sedco 711 incident. | Q.     Isn't it true that as a result, your drill crew was never informed about the lessons learned from the well control incident that occurred aboard the Transocean rig called SEDCO 711 that occurred December 20, 2009?<br><br>A.     I take the Fifth. (51:11-20). |

**OBJECTION:** Foundation; Not Adverse; Invalid Inference; Not Aligned

### 3.     Transocean's Objections to BP's Requested Adverse Inferences from Curt Kuchta's Deposition

| | |
|---|---|
| As the Master of the *Deepwater Horizon*, Captain Kuchta is ultimately responsible for the safety of the rig crew. | Q.     Isn't it true that as captain of the Deepwater Horizon, you are ultimately responsible for the safety of your crew?<br><br>A.     Same answer. (78:6-10). |

**OBJECTION:** Vague; Opinion; Not Aligned

| | |
|---|---|
| As the Master, Captain Kuchta is ultimately responsible for the safety of the *Deepwater Horizon*. | Q.     Isn't it true that the captain is ultimately responsible for the safety of his ship under his command? |

| | A.     Same answer.  (76:22-77:1). |
|---|---|

**OBJECTION:** Foundation; Opinion; Not Aligned

| | |
|---|---|
| Although Capt. Kuchta was responsible for the safety of the crew and the *Deepwater Horizon*, he did not receive any training in the International Safety Management ("ISM") code. | Q.     Isn't it true that your training record, Exhibit 3747, shows no training in the ISM code?<br><br>A.     Same answer.  (66:19-22). |

**OBJECTION:** Invalid Inference; Not Aligned

| | |
|---|---|
| Although other drilling vessels operated by other drilling contractors have the Offshore Installation Manager ("OIM") and  Master as one position, Transocean decided to have the OIM and the Master as separate positions on the *Deepwater Horizon*. | Q.     Isn't it true that your employer, Transocean, chose to have the OIM and Master as separate positions on board the Deepwater Horizon?<br><br>A.     Same answer.<br><br>Q.     Isn't it true, sir, that after -- that in your experience, other drilling contractors drilling offshore have the OIM and Master as the same person?<br><br>A.     Same answer.<br><br>Q.     In other words, on other drilling vessels operated by other drilling contractors, the OIM and Master are a combined position?<br><br>A.     Same answer.  (63:11-25). |

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| | |
|---|---|
| Under the Transocean dual command structure, the OIM is in charge while the rig is on station and attached to the well, while the Master is in charge when the rig is moving from Point A to Point B during an emergency. | Q.     . . . Isn't it true, sir, that on Deepwater Horizon, the Transocean dual command system required that the captain was the person in charge when the Deepwater Horizon was moving from Point A to Point B?<br><br>A.     Same answer.<br><br>Q.     And isn't it true that that same organizational structure imposed by Transocean required that the OIM be the person in charge when the vessel was latched on in a drilling operation?<br><br>A.     Same answer.  (84:19-85:5). |

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| | |
|---|---|
| This dual command structure led to confusion on the *Deepwater Horizon* about who was the person in charge | Q.     Isn't it true that the Transocean imposed dual command structure led to confusion on the bridge on the night of April 20, 2010? |

| | |
|---|---|
| when the emergency started on the night of April 20, 2010. | A.     Same answer.  (64:1-6).<br><br>Q.     And isn't it true that on the night of April 20, 2010, some people aboard the Deepwater Horizon believe that the captain took command in an emergency situation?<br><br>A.     Same answer.<br><br>Q.     And isn't it true that on the night of April the 20th, some crew members believed that unless the vessel unlatched, the OIM remained the person in charge?<br><br>Q.     Same answer.  (85:6-20). |

**OBJECTION:** Vague; Foundation; Not Adverse; Not Aligned

| | |
|---|---|
| This confusion caused a delay in activating the emergency disconnect system ("EDS"). | Q.     Isn't it true that confusion over command caused a delay in the response on the bridge of the Deepwater Horizon?<br><br>A.     Same answer.  (64:15-20).<br><br>Q.     You did not initially order anyone to activate the emergency disconnect system, or EDS, did you?<br><br>A.     Same answer.<br><br>Q.     You did not issue the order to activate the EDS until 2156; is that correct?<br><br>A.     Same answer.<br><br>Q.     And you did not issue the order to activate the EDS until the OIM came onto the bridge; is that correct?<br><br>A.     Same answer.<br><br>Q.     And that was only after you were asked by several individuals whether they should activate the EDS; is that correct?<br><br>A.     Same answer.<br><br>Q.     And that was only after Chris Pleasant had |

| | actually tried to activate the EDS; isn't that correct?<br><br>A.    Same answer.  (58:1-23). |
|---|---|
| **OBJECTION:** Vague; Foundation; Invalid Inference; Not Aligned | |
| Chris Pleasant, Transocean's Subsea Supervisor,  attempted to EDS, but Capt. Kuchta told him to "calm down" and not to EDS. | Q.    Isn't it true that you told Chris Pleasant to, quote, calm down.  We're not EDSing, question mark, end quote?<br><br>A.    Same answer.  (63:4-7; *see also* 78:18-21). |
| **OBJECTION:** Foundation; Invalid Inference; Not Aligned | |
| The command to EDS occurred after OIM Jimmy Harrell arrived on the bridge and gave his permission to EDS. | Q.    Isn't it true that the command to EDS occurred only after Jimmy Harrell, the OIM, arrived on the bridge?<br><br>A.    Same answer.  (62:17-63:3). |
| **OBJECTION:** Foundation; Invalid Inference; Vague; Not Aligned | |
| When Transocean finally attempted to activate the EDS, it failed to disconnect the rig from the well. | Q.    Isn't it true that the EDS failed to dis— disconnect the LMRP from the lower BOP stack?<br><br>A.    Same answer.  (75:8-11). |
| **OBJECTION:** Foundation (Expert); Not Adverse; Not Aligned | |
| Capt. Kuchta did not receive any EDS training from Transocean. | Q.    Isn't it true that Transocean never trained you to perform EDS?<br><br>A.    Same answer.  (78:25-79:2). |
| **OBJECTION:** Not Adverse; Not Aligned | |

### 4.    Transocean's Objections to BP's Requested Adverse Inferences from Caleb Holloway's Deposition

| | |
|---|---|
| During the events leading up to the explosions on April 20, 2010, no one in Transocean's drilling crew alerted Mr. Holloway that there was a well control event. | Q.    . . . During the events that -- that ended up or culminated in an explosion or explosions, did anybody in the drill crew alert you that there was a well control situation?<br><br>A.    I'll plead the Fifth.  (116:7-22). |
| **OBJECTION:** Not Adverse; Vague; Not Aligned | |
| Transocean's procedures  in its Well Control Handbook and Emergency Response Manual were not followed by Transocean's drilling crew in the 45 minutes before the explosions. | Q.    Were the procedures in the Transocean Well Control Manual followed by the drill crew during the evening of April 20th, 2010, in the 45 minutes prior to the explosion?<br><br>A.    I would like to plead the Fifth. |

| | Q.     Were the procedures set forth in Transocean's Emergency Response Manual, Section 7, Well Control, Shallow Gas Blowout, followed by any of the people on the drill crew at that time?<br><br>A.     I would like to plead the Fifth.  (118:16-119:4). |
|---|---|
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| On the night of April 20, 2010, Transocean's drilling crew diverted to the mud gas separator instead of diverting the flow overboard. | Q.     Now, I'm back to the night of April the 20th. Did you know that evening that someone in the drill crew diverted the flow to the poor boy degasser rather than diverted it to the overboard lines?<br><br>A.     I would like to plead the Fifth.  (123:19-25). |
| **OBJECTION:** Foundation; Not Adverse; Invalid Inference; Not Aligned | |
| Mr. Holloway heard the *Deepwater Horizon*'s engine rev up before the explosions. | Q.     . . . When -- When you were at the location where you were before the explosion occurred, do I understand correctly that you heard the engines -- the big diesel engines on Deepwater Horizon revving up?<br><br>A.     I plead the Fifth.  (130:24-131:4). |
| **OBJECTION:** Foundation; Invalid Inference; Not Adverse; Not Aligned | |
| On the night of April 20, 2010, Mr. Holloway did not hear the general alarm during the incident or anyone announce that a well control situation was in progress. | Q.     Is it true, Mr. Holloway, that you did not hear a general alarm being sounded that evening?<br><br>A.     Plead the Fifth.<br><br>Q.     That evening did you hear over your radio or over the loud speakers or verbally from one of your superiors that a phase I or phase II or phase III well control situation was in progress?<br><br>A.     I plead the Fifth.  (131:5-14). |
| **OBJECTION:** Not Adverse; Not Aligned | |

### 5.     Transocean's Objections to BP's Requested Adverse Inferences from Stephen Bertone's Deposition

| | |
|---|---|
| As Maintenance Supervisor, Mr. Bertone was responsible for supervising and controlling the maintenance and repair of equipment on the *Deepwater Horizon*. | Q.     Now, your responsibility as maintenance supervisor was to supervise and control the maintenance and repair of equipment on the Deepwater Horizon; is that correct? |

| | A.    Same answer. (40:22-41:2). |
|---|---|

**OBJECTION:** Vague; Not Adverse; Not Aligned

| As Maintenance Supervisor, Mr. Bertone was responsible for planning, execution, and accurate recording of the maintenance in accordance with Transocean's maintenance management system. | Q.    And if you'll turn over to Page 5330, four pages over, under Section 2 this indicates that as maintenance supervisor you were responsible for the planning, execution, and accurate recording of the maintenance in accordance with the maintenance management system, correct?<br><br>A.    Same answer. (42:11-19). |
|---|---|

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| Transocean knew that maintenance and repair of equipment was important to assure that Transocean's rig crew could monitor for well control events, close in the well during an influx of hydrocarbons, and prevent a fire and explosion on the rig. | Q.    Now, TO understood and you understood in April of 2010 that maintenance and repair of equipment was important to assure that the Transocean crew could monitor for well control events, close in the well during an influx of hydrocarbon, and prevent a fire and explosion on the rig; correct?<br><br>A.    Same answer. (43:4-12). |
|---|---|

**OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned

| As Maintenance Supervisor, Mr. Bertone was responsible for ensuring that Transocean's rig crew members were familiar with the equipment, were properly monitored, and had successfully completed required training. | Q.    And it gives specific duties and responsibilities to the maintenance supervisor to make sure that the personnel is familiar with the equipment, that the personnel is properly monitored, and that the personnel has successfully completed company required training, correct?<br><br>A.    Same answer.<br><br>Q.    And as maintenance supervisor those responsibilities would have fallen to you, correct?<br><br>A.    Same answer. (45:21-46:9). |
|---|---|

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| It was Transocean's responsibility to make sure that its rig crewmembers on the *Deepwater Horizon* were competent and able to repair and maintain equipment. | Q.    And the obligation to train the employees on the Transocean rig, the obligation to make sure they were competent and able to repair and maintain equipment, that responsibility fell exclusively to Transocean, true?<br><br>A.    Same answer. (46:10-17). |
|---|---|

**OBJECTION:** Foundation; Opinion; Vague; Not Adverse; Not Aligned

| Transocean failed to maintain a sufficient amount of manpower to maintain and repair the *Deepwater* | Q.    Now, Transocean controlled the number of competent people assigned to perform, repair and maintenance on the Deepwater Horizon, is that correct? |
|---|---|

| | |
|---|---|
| *Horizon.* | A.      Same answer.<br><br>Q.      And you would agree that to properly maintain the safety critical equipment on the Deepwater Horizon there were a certain number of qualified people that would be necessary to carry out that task, correct?<br><br>A.      Same answer.<br><br>Q.      And Transocean knew and you knew before April 20th, 2010 that there were not -- there were not enough maintenance and repair personnel to carry out these safety critical responsibilities, correct?<br><br>A.      Same answer.<br><br>Q.      And Transocean had insufficient manpower on the Deepwater Horizon on April 2010 to carry out these safety critical repair and maintenance functions, correct?<br><br>A.      Same answer.  (47:21-48:25). |
| **OBJECTION:** Foundation; Foundation (Expert); Opinion; Not Adverse; Not Aligned | |
| Mr. Bertone discussed with other Transocean  rig crew members  that there was insufficient manpower to perform maintenance and repair on the *Deepwater Horizon.* | Q.      In fact, you had conversations with employees that worked for you about this insufficient manpower problem, correct?<br><br>A.      Same answer.<br><br>Q.      You had a discussion with Brent Mansfield who expressed to you his concern that there were not enough manpower, there was insufficient personnel to perform maintenance and repair on the Deepwater Horizon, correct?<br><br>A.      Same answer.  (49:1-14). |
| **OBJECTION:** Foundation; Opinion; Hearsay; Not Adverse; Not Aligned | |
| Transocean forced Mr. Bertone to prioritize the corrective maintenance items, which led to significant delays in repairing equipment or some equipment not getting repaired at all. | Q.      And instead of addressing this problem with additional competent workers, Transocean forced you to prioritize corrective maintenance and repairs, correct?<br><br>A.      Same answer. |

| | |
|---|---|
| | Q.     And by forcing you to prioritize repair and maintenance, some things were delayed in being repaired and some things simply did not get repaired; is that correct?<br><br>A.     Same answer.  (50:22-51:10). |
| **OBJECTION:** Foundation; Not Adverse; Vague; Not Aligned | |
| In April 2010, Transocean relied on the rig management system ("RMS") to record maintenance activities and to prompt the crew when maintenance and repair was due. | Q.     And Transocean relies and did rely in April of 2010 on the RMS system to both record maintenance activities and to prompt the crew when maintenance and repair was due, correct?<br><br>A.     Same answer.  (52:20-53:1). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| Transocean experienced significant problems with the RMS system. | Q.     And Transocean experienced significant problems with the system; is that correct?<br><br>A.     Same answer.<br><br>Q.     And these problems included the fact that not all maintenance and repairs were being entered into the system, right?<br><br>A.     Same answer.<br><br>Q.     And some of Transocean's employees reported work as having been completed when, in fact, the work had not been completed, correct?<br><br>A.     Same answer.<br><br>Q.     And some tasks were simply lost during the conversion; is that correct?<br><br>A.     Same answer.  (53:10-54:5). |
| **OBJECTION:** Foundation; Not Adverse; Vague; Not Aligned | |
| As Maintenance Supervisor, Mr. Bertone was responsible for implementing the follow-up requirements to audits as issued by clients, regulatory authorities, or rig management. | Q.     Now, if you'll turn back to tab 1 in your notebook, which is -- again, is Exhibit 4363.  Exhibit 4363 describes one of your duties as the Transocean maintenance supervisor to implement the follow-up requirements to audits as issued by clients, regulatory authorities, or rig management; is that correct?<br><br>A.     Same answer.  (56:16-57:1). |
| **OBJECTION:** Foundation; Invalid Inference; Not Adverse; Not Aligned | |

| | |
|---|---|
| It was Transocean's sole responsibility to address the deficiencies noted in the audits of the *Deepwater Horizon*. | Q.      All right.  And Transocean and you as maintenance supervisor have the sole responsibility for addressing maintenance and repair issues identified during these audits, correct?<br><br>A.      Same answer.  (57:2-8). |

**OBJECTION:** Foundation; Not Adverse; Invalid Inference; Not Aligned

| | |
|---|---|
| Mr. Bertone was responsible for maintaining and repairing the safety devices on the *Deepwater Horizon* engines. | Q.      Now, you were asked a few questions about the engine and the overspeed devices and so I'll not repeat that, but the engine itself was within your realm of responsibility as it relates to maintenance and repair, correct?<br><br>A.      Same answer.<br><br>Q.      And that would include the safety devices on the engine, such as the overspeed device, correct?<br><br>A.      Same answer.  (65:6-16). |

**OBJECTION:** Vague; Not Adverse; Not Aligned

| | |
|---|---|
| Transocean's subsea team was responsible for the maintenance of the solenoids in the control pods. | Q.      And the solenoids would fall under the responsibility of the subsea team, correct?<br><br>A.      Same answer.  (67:21-24). |

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| | |
|---|---|
| Transocean's subsea team was responsible for replacing  the batteries in the control pods. | Q.      And the subsea team would have had responsible for replacing the batteries in both the blue and the yellow pod, correct?<br><br>A.      Same answer.  (66:5-10). |

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| | |
|---|---|
| To function properly, the AMF/ Deadman system requires either the yellow or blue control pod batteries to have sufficient charge. | Q.      And you understand that the deadman system could not activate the blind shear rams unless the batteries in either the yellow or blue pod had sufficient charge to allow the hydraulics to operate correctly, correct?<br><br>A.      Same answer.  (66:17-24). |

**OBJECTION:** Foundation (Expert); Not Adverse; Not Aligned

| | |
|---|---|
| Transocean is unable to provide any evidence that the batteries in the blue pod were replaced according to the manufacturer's recommendations. | Q.      And you and TO were unable to provide any evidence that the batteries in the blue or yellow pod were replaced, as required by the manufacturer, correct? |

| | A.      Same answer. (66:25-67:4). |
|---|---|
| **OBJECTION:** Foundation; Opinion; Invalid Inference; Not Aligned | |
| The engines on the *Deepwater Horizon* were equipped with overspeed devices, which were designed to shut down the fuel to the engines when it increases to an unsafe speed. | Q.      Are you familiar with the overspeed devices on the engines that are designed to shut down fuel to the engine when it -- when it increases to an unsafe speed?<br><br>A.      Same answer.<br><br>Q.      The overspeed device that shuts down fuel to the engine in the event of overspeed not only shuts down the engine, but gives an alarm and trips the feeder breaker from the generator; is that correct?<br><br>A.      Same answer. (31:25-32:14). |
| **OBJECTION:** Foundation (Expert); Not Adverse; Not Aligned | |
| The engines on the *Deepwater Horizon* were equipped with rig savers, which were designed to shut off ventilation to the engine in order to prevent an ignition source. | Q.      A rig saver is a safety device that shuts off ventilation of air into the engine and thus a potential ignition source; is that correct?<br><br>A.      Same answer. (33:5-10). |
| **OBJECTION:** Foundation (Expert); Not Adverse; Not Aligned | |
| On the night of April 20, 2010, the overspeed devices and rig savers failed on the *Deepwater Horizon*. | Q.      Isn't it true that the overspeed safety devices failed on April 20th, 2010?<br><br>A.      Same answer. (32:21-25).<br><br>Q.      All right. Isn't it true that the rig savers on the engines that were running that night also failed?<br><br>A.      Same answer. (33:11-15). |
| **OBJECTION:** Foundation (Expert); Not Adverse; Not Aligned | |
| On the night of April 20, 2010, the engines on the *Deepwater Horizon* over-sped to the point of explosion. | Q.      Isn't it true that at the time of the explosion the engines that were running were increasing in speed up until the point of the explosion?<br><br>A.      Same answer. (32:15-19). |
| **OBJECTION:** Foundation (Expert); Not Aligned | |
| On the night of April 20, 2010, there was significant delay in activating the emergency disconnect system ("EDS"). | Q.      Now, you were asked a few questions about your Coast Guard statement. I want to talk to you a little bit about the emerg -- emergency disconnect system. Would you agree with me that there was a significant delay on the part of the Transocean crew in activating the emergency disconnect system on April |

| | |
|---|---|
| | 20th, 2010? |
| | A.     Same answer.  (60:20-61:3). |
| | Q.     And during this entire period of time from when hydrocarbons were noted to be on the rig floor, through the first explosion, the second explosion, making your way to the bridge, and ultimately getting permission to activate the EDS system there was a significant delay in activating this safety critical measure, correct? |
| | A.     Same answer.  (63:17-64:2). |

**OBJECTION:** Foundation (Expert); Not Adverse; JIT; Vague; Not Aligned

| | |
|---|---|
| Transocean's rig crew members did not activate the EDS until after they obtained permission from OIM Jimmy Harrell to EDS. | Q.     And then you got dressed and made your way toward the rig, ridge -- toward the bridge; is that correct? |
| | A.     Same answer. |
| | Q.     And when you got to the bridge you saw Chris Pleasant standing at the BOP panel, correct? |
| | A.     Same answer. |
| | Q.     And you asked Chris whether he had activated the EDS system, right? |
| | A.     Same answer. |
| | Q.     And he said he had not, correct? |
| | A.     Same answer. |
| | Q.     He said he needed permission to active the EDS system, correct? |
| | A.     Same answer.  ( 62:1-21). |
| | Q.     You then found Jimmy Harrell and obtained permission to active the EDS, correct? |
| | A.     Same answer. |
| | Q.     You then told Chris Pleasant to activate the EDS, correct? |

| | A.      Same answer. (63:8-16). |
|---|---|
| **OBJECTION:** Invalid Inference; Not Adverse; Not Aligned; Hearsay | |
| On the night of April 20, 2010, the ESD failed to activate. | Q.      Isn't it true that the emergency shutdown system also failed on the night of April 20th?<br><br>B.      Same answer. (33:25-34:4). |
| **OBJECTION:** Foundation (Expert); Not Adverse; Invalid Inference; Not Aligned | |
| As the world's largest offshore drilling contractor, Transocean represents itself as the deepwater drilling expert. | Q.      Did you know that Transocean represents itself as being the deepwater drilling expert?<br><br>A.      Same answer.<br><br>Q.      You understand that Transocean represents itself as being the world's largest offshore drilling contractor, correct?<br><br>A.      Same answer. (64:7-16). |
| **OBJECTION:** Foundation; Not Adverse; Invalid Inference; Vague; Not Aligned | |
| Transocean represents that it offers the most comprehensive turnkey drilling service in the world. | Q.      And you understand that Transocean represents that it offers the most comprehensive turnkey drilling service in the world, correct?<br><br>A.      Same answer. (64:18-23). |
| **OBJECTION:** Foundation; Not Adverse; Invalid Inference; Vague; Not Aligned | |
| Transocean understood that BP was relying on Transocean's expertise in drilling the Macondo Well. | Q.      And you and Transocean understood that BP was relying on that expertise in drilling the Macondo well and recognizing hydrocarbon gas in the wellbore and closing in the well, correct?<br><br>A.      Same answer. (64:24-65:5). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Invalid Inference; Not Aligned | |

### 6.      Transocean's Objections to BP's Requested Adverse Inferences from Alan Seraile's Deposition

| | |
|---|---|
| As the Assistant Driller, Mr. Seraile was responsible for operating and monitoring the drilling systems and equipment and assisting Transocean's drilling crew with their activities. | Q.      . . . As an assistant driller, your basic function is to operate and monitor all drilling systems and equipment and to assist in drill crew work activities, correct?<br><br>A.      Same answer. (102:1-5). |
| **OBJECTION:** Vague; Invalid Inference; Not Adverse; Not Aligned | |
| As the Assistant Driller, Mr. Seraile | Q.      As an assistant driller, one of your |

| | |
|---|---|
| was responsible for continuously monitoring the well. | responsibilities was to continuously monitor the well?<br><br>A.      Same answer.  (102:6-9). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| As the Assistant Driller, Mr. Seraile was responsible for detecting and recognizing kick indicators, and shutting in the well as quickly as possible if a kick is indicated or suspected. | Q.      As an assistant driller, one of your responsibilities was to continuously monitor the well?<br><br>A.      Same answer.<br><br>Q.      And you were responsible for being able to detect and recognize the signs of a kick or blowout before it turned into an emergency situation?<br><br>A.      Same answer.<br><br>Q.      You were to assist the driller in monitoring the high tech and Sperry-Sun drilling data?<br><br>A.      Same answer.<br><br>Q.      And you were responsible for recognizing and controlling well conditions?<br><br>A.      Same answer.  (102:6-103:9). |
| **OBJECTION:** Vague; Invalid Inference; Not Adverse; Not Aligned | |
| As the Assistant Driller, Mr. Seraile knew that it was important to monitor and record pit volume totals during drilling operations. | Q.      You would agree with me that it's important to monitor pit volume totals during a drilling operation, correct?<br><br>A.      Same answer.<br><br>Q.      And part of your job as assistant driller is to record all the pit volume totals, correct?<br><br>A.      Same answer.  (101:1-7). |
| **OBJECTION:** Vague; Invalid Inference; Not Adverse; Not Aligned | |
| As the Assistant Driller, Mr. Seraile knew that there was never a time that he could pay less attention to monitoring the well. | Q.      . . . As an assistant driller, you would agree that there is never a time that you can pay less attention to monitoring the well?<br><br>A.      Same answer.  (104:8-11). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned | |
| As the Assistant Driller, Mr. Seraile knew that he had to carefully monitor | Q.      You have to monitor the well carefully during all stages of the operations? |

| the well during all stages of operations. | A.     Same answer.<br><br>Q.     And you have to monitor carefully during each and every operation?<br><br>A.     Same answer.  (104:12-17). |

**OBJECTION:** Vague; Invalid Inference; Not Adverse; Not Aligned

| As the Assistant Driller, Mr. Seraile knew, before April 20, 2010, that kicks could occur while cementing and that wells had been lost due to improperly designed cement slurries and spacers. | Q.     Prior to April 20th, 2010, you were personally aware that kicks can occur while cementing as a result of reducing the hydrostatic pressure during the operation, correct?<br><br>A.     Same answer.<br><br>Q.     And prior to April 20th, 2010, you were personally aware that wells had been lost due to improperly designed cement slurries and spacers?<br><br>A.     Same answer.  (99:24-100:7). |

**OBJECTION:** Foundation; Not Adverse; Not Aligned

| As the Assistant Driller, Mr. Seraile understood the importance of monitoring the well carefully during and after cementing operations. | Q.     Because of this knowledge, you knew it was important to monitor the well carefully during the cement operations to watch for a kick?<br><br>A.     Same answer.<br><br>Q.     And you also knew that it was important to monitor the well carefully after cement operations to watch for a kick?<br><br>A.     Same answer.  (100:18-25). |

**OBJECTION:** Vague; Not Adverse; Not Aligned

| In well control training, Mr. Seraile learned of the importance of monitoring the well at all times, responding to kick indications in a timely manner, and minimizing the influx of any hydrocarbons in the well. | Q.     Now, as part of that training for the IADC well control accreditation program, you were taught the importance of monitoring the well at all times; is that correct?<br><br>A.     Same answer.<br><br>Q.     And you were taught the importance of responding to kick indicators in a timely fashion?<br><br>A.     Same answer.<br><br>Q.     You were taught that you want to minimize |

| | the influx of any hydrocarbons in the well? |
|---|---|
| | A.      Same answer.  (92:22-93:8). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned ||
| In well control training, Mr. Seraile learned that the consequences of not responding in a timely fashion are blowout, pollution, fire and loss of life. | Q.      And you were taught that the consequences of not responding in a timely fashion include the kick can become a blowout? <br><br> A.      Same answer. <br><br> Q.      There can be pollution? <br><br> A.      Same answer. <br><br> Q.      There is potential for fire? <br><br> A.      Same answer. <br><br> Q.      And there is the potential for loss of life? <br><br> A.      Same answer.  (93:9-19). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned ||
| During a well control event, Mr. Seraile knew that he should divert overboard rather than divert to the mud gas separator ("MGS") because volumes during a well control event can quickly overwhelm the MGS. | Q.      It taught during -- during your IADC well control accreditation program, you were taught during a well control event you should divert overboard, not to the mud gas separator, correct? <br><br> A.      Same answer. <br><br> Q.      And that's because volumes during a well control event can overwhelm the mud gas separator, correct? <br><br> A.      Same answer.  (94:2-10). |
| **OBJECTION:** Foundation (Expert); Invalid Inference; Not Adverse; Not Aligned ||
| Aboard the *Deepwater Horizon*, Mr. Seraile participated in well control safety drills, where Transocean emphasized that the immediate priority is to shut in the well. | Q.      And again, if you look under the comments, starting with the second sentence, it indicates: Discussed well control responsibilities with each crew member.  The next sentence: Discussed the procedures for shutting in on casing.  And then the next sentence: The immediate priority is to shut in the well.  Do you recall discussing those statements during your safety drill on April 18th, 2010, in which you participated? <br><br> A.      Same answer.  (99:12-23). |
| **OBJECTION:** Vague; Invalid Inference; Not Adverse; Not Aligned ||

| | |
|---|---|
| Through daily plans, pretour meetings, mud reports, the Well Advisor program and riser run reports, Mr. Seraile received the necessary information to complete his job duties on the *Deepwater Horizon*. | Q.      Mr. Seraile, you had—you had sufficient information from the pretour meetings, the daily plans, the mud reports, the Well Advisor and the riser run information to adequately and properly perform your job duties as an assistant driller on board the Transocean DEEPWATER HORIZON while at the Macondo well, correct?<br><br>A.      Same answer. (122:1-9). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| If Mr. Seraile had any problems or needed further information to complete his job duties, he would have asked the appropriate Transocean individuals before proceeding. | Q.      And if there was information that you needed to complete your job and conduct those tasks, you would ask the appropriate individuals before proceeding, correct?<br><br>A.      Same answer. (122:10-14). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| Mr. Seraile did not believe that any operations on the *Deepwater Horizon* on April 20, 2010 interfered with his ability to monitor the well. | Q.      And you did not conclude that operations on April 20, 2010, interfered with your ability to monitor the well, did you?<br><br>A.      Same answer. (104:23-105:1). |
| **OBJECTION:** Not Adverse; Not Aligned | |
| Mr. Seraile was not told by anyone that the operations on the *Deepwater Horizon* on April 20, 2010 interfered with the drilling crew's ability to monitor the well. | Q.      And you were not told by anyone else that operations on April 20, 2010, interfered with your ability to monitor the well?<br><br>A.      Same answer. (105:2-5). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| Prior to the Macondo Well, Mr. Seraile had been involved in negative pressure tests, including negative pressure tests during displacement. | Q.      . . . In the course of your duties as an assistant driller, you've been involved in well integrity tests before, correct?<br><br>A.      Same answer.<br><br>Q.      You've been involved in positive pressure tests?<br><br>A.      Same answer.<br><br>Q.      And you've been involved in negative pressure tests?<br><br>A.      Same answer.<br><br>Q.      And you've been involved in negative pressure |

| | |
|---|---|
| | tests conducted during displacement as was done at the Macondo well on April 20, 2010?<br><br>A.    Same answer.  (126:15-127:3). |

**OBJECTION:** Vague; Not Adverse; Not Aligned

| | |
|---|---|
| Through training provided by Transocean, Mr. Seraile knew how to design, conduct and evaluate negative pressure tests. | Q.    And you knew how to create those procedures because you had received training from Transocean regarding the steps that go into a negative test procedure?<br><br>A.    Same answer.<br><br>Q.    And you know how to conduct negative test procedures because you had received training from Transocean regarding how to perform a negative test procedure?<br><br>A.    Same answer.<br><br>Q.    And you knew how to evaluate a negative pressure test because Transocean had provided you with training to teach you how to evaluate a negative pressure test?<br><br>A.    Same answer.  (131:10-24). |

**OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned

| | |
|---|---|
| Transocean's drilling crew knew how to design, conduct and evaluate negative pressure tests. | Q.    And you received that training along with other members of the Transocean drill crew aboard the DEEPWATER HORIZON?<br><br>A.    Same answer.<br><br>Q.    And you have no reason to doubt that they were similarly capable of drafting procedures for a negative test?<br><br>A.    Same answer.<br><br>Q.    And you have no reason to doubt that they were capable of conducting a negative pressure test?<br><br>A.    Same answer.<br><br>Q.    And you have no reason to doubt that they were capable of evaluating a negative pressure |

| | test? |
|---|---|
| | A.      Same answer.  (131:25-132:15). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned | |
| If Mr. Seraile or anyone involved in the negative pressure test felt that it was unsafe, then they would have exercised their stop-the-job authority to address their concerns before proceeding with displacement. | Q.      And you would agree that you didn't have any safety concerns regarding the operations on April 20th, 2010?<br><br>A.      Same answer.<br><br>Q.      And if you did have any concerns regarding those operations, you would have stopped the job until those concerns were addressed?<br><br>A.      Same answer.<br><br>. . . .<br><br>Q.      And if anyone else had concerns regarding the operations being conducted on April 20, 2010, including the negative pressure test, you would expect them to<br>stop the job until those concerns were addressed?<br><br>A.      Same answer.<br><br>Q.      And you never heard anyone else voice concerns about the operations being conducted on April 20,<br>2010?<br><br>A.      Same answer.  (125:5-126:4). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| On the night of April 20, 2010, Transocean did not detect the kick, and thus failed to rapidly shut in the well when it started to flow. | Q.      On April 20th there was no early kick detection by the people hired by TO to monitor the well, right?<br><br>A.      Same answer.<br><br>Q.      On April 20th, 2010, because the people hired by Transocean did not detect a kick, there was no attempt made to rapidly shut in the well when the well started to flow, correct?<br><br>A.      Same answer.  (154:15-23). |
| **OBJECTION:** Foundation; Not Adverse; Invalid Inference; Not Aligned | |

| | |
|---|---|
| On the night of April 20, 2010, Transocean made no attempt to activate the BOP until after the hydrocarbons were in the riser above the BOP. | Q.     And in fact the people hired by Transocean did not detect a kick, there was no attempt to made to activate the BOP until the hydrocarbons, oil and gas, were in the riser above the BOP, correct?<br><br>A.     Same answer. (154:24-155:5). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| On the night of the incident, Mr. Seraile did not hear any general alarms before the explosion. | Q.     And it is your understanding that the DEEPWATER HORIZON was equipped with alarms that were -- you were trained would alert you and your fellow crew members of the presence of combustible gas; isn't that correct?<br><br>A.     Same answer.<br><br>Q.     Yet you heard gas but heard -- you heard gas but heard no alarm before the explosion; isn't that correct?<br><br>A.     Same answer.  (27:10-19). |
| **OBJECTION:** Not Adverse; Not Aligned | |

7.      **Transocean's Objections to BP's Requested Adverse Inferences from Micah Sandell's Deposition**

| | |
|---|---|
| Mr. Sandell regularly attended pre-tour meetings, along with the Transocean drillers, assistant drillers, toolpushers and other members of the drilling crew, where upcoming rig operations were discussed. | Q.     In addition, you regularly attended pretower meetings, right?<br><br>A.     Take the Fifth.<br><br>Q.     And at these pretower meetings, you discussed the upcoming operations that were going to take place on the rig?<br><br>A.     Take the Fifth.<br><br>Q.     Besides the crane operators, the Transocean drillers would also routinely attend these pretower meetings, correct?<br><br>A.     Take the Fifth.<br><br>Q.     As well as the Transocean assistant drillers?<br><br>A.     Take the Fifth.<br><br>Q.     And the Transocean toolpushers? |

| | |
|---|---|
| | A.    Take the Fifth.<br><br>Q.    And other members of the Transocean drill crew?<br><br>A.    Take the Fifth. (48:12-49:5). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| Mr. Sandell, along with the Transocean drilling crew and the mudloggers, received emails attaching the Forward Plans, Critical Path Operations, which listed upcoming rig operations. | Q.    So you received these forward plans while you were aboard the deep -- DEEPWATER HORIZON. And from these plans that you received, you were aware of the upcoming drilling operations that the drill crew would be conducting on the DEEPWATER HORIZON as well, correct?<br><br>A.    Take the Fifth.<br><br>Q.    Similarly, the other individuals received these forward plans such as we see Joseph Keith, the mud logger, and the drill floor and the Transocean toolpusher would likewise be aware of any crane operations that were being conducted, correct?<br><br>A.    Take the Fifth. (47:19-48:8). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| Mr. Sandell had the authority and obligation to stop work on the *Deepwater Horizon* to correct unsafe behavior. | Q.    And you're aware that if you feel that there is any situation where safe operations are not taking place, you have the obligation to stop those activities?<br><br>A.    I take the Fifth. (46:5-9). |
| **OBJECTION:** Not Adverse; Invalid Inference; Not Aligned | |
| Every Transocean employee on the *Deepwater Horizon* had stop-the-job authority. | Q.    You knew that under Transocean's policies every Transocean employee on the rig has stop-the-job authority, correct?<br><br>A.    I take the Fifth. (46:1-4). |
| **OBJECTION:** Invalid Inference; Not Adverse; Not Aligned | |
| Mr. Sandell knows that it is good well control practice to stop any operations which are impairing Transocean's ability to monitor the well. | Q.    But you're aware it is a good well control practice to stop any operations which are impairing the ability to monitor the well?<br><br>A.    I take the Fifth. (31:7-11). |
| **OBJECTION:** Vague; Not Aligned | |
| Although crane movements may impair Transocean's ability to monitor the flow and pit volumes, they do not | Q.    You're aware when you're working on the DEEPWATER HORIZON that crane movements can cause the rig to sway, right? |

| impair Transocean's ability to monitor drill pipe pressure. | A.      I take the Fifth. |
| --- | --- |
| | Q.      And you're aware that this rig movement can affect the flow-out levels and pit volumes. |
| | A.      I take the Fifth. |
| | Q.      So crane movement could impair the ability to monitor a flow-out versus flow in? |
| | A.      I take the Fifth. |
| | Q.      And crane -- crane movement could also impair the ability to monitor pit levels, correct? |
| | A.      I take the Fifth. |
| | Q.      But crane movement would not impair the ability to monitor drill pipe pressure, correct? |
| | A.      I take the Fifth.  (30:7-31:1). |
| **OBJECTION:** Foundation (Expert); Vague; Not Aligned | |
| Any time Transocean's drilling crew or the mudloggers believe the crane needs to be shut down for any reason, they can contact the crane operators by radio and tell the crane operators to stop-the-job. | Q.      When you're operating the cranes, the driller can contact you as the crane operator at any time to stop the crane operations, right? |
| | A.      I take the Fifth. |
| | Q.      The same would be true for the mud logger: Anytime they believe the crane needs to be shut down for whatever reason, they can contact you on the radio and tell the crane operator to stop operating the cranes? |
| | A.      I take the Fifth.  (31:20-32:6). |
| **OBJECTION:** Foundation; Invalid Inference; Not Aligned | |
| In Mr. Sandell's experience, it is usually Transocean's driller, assistant driller, toolpusher, or deck pusher that asks him to cease crane operations if they are unable to monitor the well. | Q.      In your experience, if the driller is having difficulty monitoring the well, the driller will contact the crane operator to order you to stop the crane operations, right? |
| | A.      I take the Fifth. |
| | Q.      In your experience, it would be typical for the Transocean assistant driller, the Transocean toolpusher, or the Transocean [deck pusher] to let you know if you need to cease crane operations, right? |

<table>
<tr><td></td><td>A.    I take the Fifth.<br><br>Q.    In fact, you know it is expected that the Transocean driller or others on the drill crew will contact you if they are unable to monitor well data due to crane operations?<br><br>A.    I take the Fifth.  (33:7-24).</td></tr>
</table>

**OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned

<table>
<tr><td>On April 20, 2010, neither Transocean's drilling crew nor the mudloggers reported that the crane operations were impairing their abilities to monitor the well.</td><td>Q.    On April 20, 2010, did the drill crew or mud loggers report that crane movements were affecting the pit level?<br><br>A.    I take the Fifth.<br><br>Q.    On April 20, 2010, did the drill crew or mudloggers report that crane movements were affecting their ability to monitor for flow?<br><br>A.    I take the Fifth.  (32:10-18).</td></tr>
</table>

**OBJECTION:** Foundation; Not Adverse; Invalid Inference; Not Aligned

<table>
<tr><td>On April 20, 2010, neither Transocean's drilling crew nor the mudloggers asked for the crane operations to stop.</td><td>Q.    On April 20, 2010, while you were on duty in the crane, you had access to radio communications, correct?<br><br>A.    I take the Fifth.<br><br>Q.    You never heard any transmission over your radio requesting crane operations to stop, did you?<br><br>A.    I take the Fifth.<br><br>Q.    You never heard any radio transmission that the drillers or mud loggers were having trouble monitoring the well, correct?<br><br>A.    I take the Fifth.  (32:19-33:6).</td></tr>
</table>

**OBJECTION:** Not Adverse; Invalid Inference; Not Aligned

<table>
<tr><td>On the night of April 20, 2010, Transocean's drill crew diverted the flow to the mud gas separator.</td><td>Q.    Transocean's drill crew had diverted the flow to the mud gas separator, correct?<br><br>A.    I take the Fifth.<br><br>Q.    And you knew this because several seconds after mud stopped coming -- stopped shooting all the way up the derrick, that mud and gas started instead coming out</td></tr>
</table>

|  | of the degasser? |
|  | A.    I take the Fifth.  (36:1-10). |
|  | Q.    You did not see the mud or gas being diverted overboard away from the rig floor, did you? |
|  | A.    I take the Fifth.  (37:17-20). |
| **OBJECTION:** Foundation; Invalid Inference; Not Aligned | |
| Mr. Sandell believes the first explosion came from the degasser. | Q.    According to what you witnessed the evening of April 20, 2010, the degasser tank on top of the motor shed on the starboard side of the derrick exploded and started the first fire, correct? |
|  | A.    I take the Fifth.  (39:2-7). |
| **OBJECTION:** Not Adverse; Opinion; Foundation; Invalid Inference; Not Aligned | |
| Mr. Sandell does not recall hearing the general alarm sound the night of April 20, 2010. | Q.    Putting this particular drill aside, do you recall hearing the general alarm sound the evening of April 20, 2010? |
|  | A.    I take the Fifth.  (42:3-6). |
| **OBJECTION:** Not Adverse; Foundation | |
| No one told Mr. Sandell that the general alarms on the *Deepwater Horizon* were inhibited. | Q.    No one told you during your safety drill on April 18, 2010, that certain alarms on the DEEPWATER HORIZON were inhibited, did they? |
|  | A.    I take the Fifth. |
|  | Q.    Besides the April 18th safety drill, did anyone at any time ever tell you that the DEEPWATER HORIZON had inhibited certain alarms? |
|  | A.    I take the Fifth. |
|  | Q.    At any time did you learn that certain alarms on the DEEPWATER HORIZON were deactivated so they would not sound automatically? |
|  | A.    I take the Fifth.  (42:7-21). |
| **OBJECTION:** Not Adverse; Not Aligned | |
| On the night of the incident, Mr. Sandell identified OIM Jimmy Harrell as the person in charge of the *Deepwater Horizon*. | Q.    Mr. Sandell, I want to direct your attention to a document which Mr. Matthews, counsel for the PSC, marked earlier this morning, Exhibit 3478, which was your witness statement to the Coast Guard.  Do you have that in front of you? |

|  | A.   No. |
|---|---|
|  | Q.   I can grab you a copy.  I can actually show you this one. And on that witness statement, did you write -- did you identify Jimmy Harrell as the person in charge of the vessel? |
|  | A.   I take the Fifth. |
|  | Q.   And Jimmy Harrell was a Transocean OIM aboard the DEEPWATER HORIZON, correct? |
|  | A.   Take the Fifth.  (54:1-18). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| Task Specific Think Procedures ("TSTPs") assist the Transocean rig crew in identifying hazards. | Q.   One of the purposes of this task safety think procedure is to assist the Transocean rig crew in identifying hazards; is that true? |
|  | A.   Take the Fifth. |
|  | Q.   It's part of Transocean's safety procedures? |
|  | A.   Take the Fifth.  (51:8-15). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| By following TSTPs, the Transocean rig crew reduces the chance of an injury, reduces the chance of harm to the environment and the risks of an operation. | Q.   And if you follow a task safety think procedure, you reduce the chance of an injury? |
|  | A.   Take the Fifth. |
|  | Q.   You reduce the chance of harm to the environment? |
|  | A.   I take the Fifth. |
|  | Q.   And you reduce the risk of the operation that you are conducting? |
|  | A.   I take the Fifth.  (51:16-25). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Not Aligned | |
| Transocean has developed TSTPs for certain crane operations. | Q.   And you aware of task safety think procedures regarding crane operations such as the one in front of you, which is marked Exhibit 2338, correct? |
|  | A.   Take the Fifth.  (52:1-5). |

| OBJECTION: Not Adverse; Invalid Inference; Not Aligned |
|---|

8.    **Transocean's Objections Against BP's Requested Adverse Inferences from Wyman Wheeler's Deposition**

| | |
|---|---|
| As the Toolpusher, Mr. Wheeler was responsible for continuously monitoring the well. | Q.     And it's your understanding through your experience working for Transocean, that a driller must constantly monitor a well?<br><br>A.     Same answer.  (50:20-24). |

| OBJECTION: Invalid Inference; Not Aligned |
|---|

| | |
|---|---|
| As the Toolpusher, Mr. Wheeler was responsible for detecting and recognizing kick indicators, and shutting in the well as quickly as possible if a kick is indicated or suspected. | Q.     Looking at section 4.1, the second point below there states that driller's must shut in the well as quickly as possible if a kick is indicated or suspected.  Early recognition of the warning signals and rapid shut-in are the key to effective well control.  Shutting in a well quickly will minimize the amount of formation fluid entering the wellbore.  Did I read that correctly?<br><br>A.     Same answer.  (49:23-50:8). |

| OBJECTION: Foundation; Invalid Inference; Not Aligned |
|---|

| | |
|---|---|
| As the Toolpusher, Mr. Wheeler knew that it was important to monitor speed, pump strokes, pressure, pit volume, trip tank penetration, mud weight, and rotary torque during drilling operations. | Q.     And I'd like to ask you to turn two pages to the Bates ending in 1090.  And this is still under the -- the heading of 4.1, drillers must, but .15 states that drillers must constantly monitor speed, pump strokes, pressure, pit volume, trip tank penetration, mud weight, and rotary torque, to detect anything unusual or out of the ordinary.  Did I read that correctly?<br><br>A.     Same answer.  (50:9-19). |

| OBJECTION: Foundation; Invalid Inference; Not Aligned |
|---|

| | |
|---|---|
| In well control training, Mr. Wheeler learned of the importance of monitoring the well during drilling operations, responding to kick indications in a timely manner, and minimizing the influx of any kick. | Q.     You were taught importance of monitoring?<br><br>A.     Same answer.<br><br>Q.     You were taught the importance of responding to kick indications in a timely fashion?<br><br>A.     Same answer.<br><br>Q.     You were taught that you want to minimize the influx of hydrocarbons into a well during a kick situation, correct?<br><br>A.     Same answer.  (41:1-11). |

| **OBJECTION:** Vague; Not Aligned | |
|---|---|
| In well control training, Mr. Wheeler learned that the consequences of not responding to a kick or kick indication in a timely manner are blowout, pollution, fire and loss of life. | Q.    And you were taught the consequences of not responding in a timely fashion could include a blowout, pollution, potential for fire, and loss of life, correct?<br><br>A.    Same answer. (41:12-17). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| During a well control event, Mr. Wheeler knew that he should divert overboard rather than divert to the mud gas separator ("MGS") because volumes during a well control event can quickly overwhelm the MGS. | Q.    And as part of that well-control supervisory training, you were also provided instruction regarding the use of diverters and mud gas separator system?<br><br>A.    Same answer.<br><br>Q.    And you were taught during a well-control event, you should divert overboard and not the mud gas separators, correct?<br><br>A.    Same answer. (41:18-42:2). |
| **OBJECTION:** Foundation (Expert); Invalid Inference; Not Aligned | |
| Aboard the *Deepwater Horizon*, Mr. Wheeler participated in well control safety drills, where Transocean emphasized that the immediate priority is to shut in the well. | Q.    Now, you participated in safety drills during your time as a Transocean employee on the DEEPWATER HORIZON, correct?<br><br>A.    Same answer. (42:19-22). |
| **OBJECTION:** Invalid Inference; Not Adverse; Not Aligned | |
| As the Toolpusher, Mr. Wheeler knew before April 20, 2010, that kicks could occur while cementing and that wells had been lost due to improperly designed cement slurries and spacers. | Q.    Prior to April 20th, 2010, you personally knew that kicks can occur while cementing as a result of reducing hydrostatic pressure during the operation, correct?<br><br>A.    Same answer.<br><br>Q.    And prior to April 20th, 2010, you personally were aware that wells have been lost due to improperly designed cement slurries and spacers?<br><br>A.    Same answer.<br><br>Q.    And you would expect the Transocean drilling crew that you supervised and worked with to know that wells could be lost or have been lost due to improperly designed cement slurries and spacers, correct?<br><br>A.    Same answer. (44:16-45:10). |

| **OBJECTION:** Foundation (Expert); Vague; Not Aligned | |
|---|---|
| As the Toolpusher, Mr. Wheeler understood the importance of monitoring the well carefully during and after cementing operations. | Q.     And because of this knowledge, you knew it was important to monitor the well carefully during the cement operations to watch for a kick, right?<br><br>B.     Same answer.<br><br>Q.     And you also knew it was important to monitor the well carefully after the cement operations to watch for a kick, right?<br><br>A.     Same answer.  (45:11-20). |
| **OBJECTION:** Not Adverse; Not Aligned | |
| Through daily mud reports, casing tally runs, five-day planners, pre-tour and pre-job meetings, Mr. Wheeler received the necessary information to complete his job duties on the *Deepwater Horizon*. | Q.     . . . As a toolpusher, you received daily plans, correct?<br><br>A.     I plead the Fifth.<br><br>Q.     You received daily mud reports, correct?<br><br>A.     Same answer.<br><br>Q.     You received casing tally runs?<br><br>A.     Same answer.<br><br>Q.     And you also received five-day planners that would make you aware of upcoming operations?<br><br>A.     Same answer.<br><br>Q.     You attended pre-tour meetings?<br><br>A.     Same answer.<br><br>Q.     And you attended pre-job or pre-task meetings, as well, correct?<br><br>A.     Same answer.<br><br>Q.     You were provided with the necessary information to do your job and carry out your responsibilities as the toolpusher, correct?<br><br>A.     Same answer.  (51:14-52:13). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |

| | |
|---|---|
| Prior to the Macondo Well, Mr. Wheeler had been involved in negative pressure tests, including negative pressure tests during displacement. | Q.     . . . In the course of your duties as a toolpusher, you've been involved in well integrity tests before, correct?<br><br>A.     I plead the Fifth.<br><br>Q.     You've been involved in positive pressure tests?<br><br>A.     Same answer.<br><br>Q.     And you've been involved in negative pressure tests?<br><br>A.     Same answer.<br><br>Q.     You've been involved in negative pressure tests conducted during displaceme as was done at the Macondo well on April 20, 2010?<br><br>A.     Same answer.  (54:19-55:8). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| Mr. Wheeler knew how to design, conduct and evaluate negative pressure tests. | Q.     And you knew how to create or design negative-test procedures?<br><br>B.     Same answer.<br><br>Q.     And you knew how to conduct negative-test procedures?<br><br>A.     Same answer.<br><br>Q.     And you also knew how to evaluate a negative test?<br><br>A.     Same answer.  (55:9-17). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| Transocean's drilling crew knew how to design, conduct and evaluate negative pressure tests. | Q.     You have no reason to doubt that the other members of Transocean's drill crew were not equally capable of conducting and evaluating a negative-pressure test; is that correct?<br><br>A.     Same answer.  (55:18-23). |
| **OBJECTION:** Foundation; Invalid Inference; Vague; Not Aligned | |
| Mr. Wheeler did not have any concerns about the negative pressure test procedures. | Q.     Now, before going off tower, you discussed the negative-pressure test procedure with the BP wellsite leader and others from Transocean drill crew; is that correct? |

| | |
|---|---|
| | A.    Same answer.<br><br>Q.    And you indicated that you were comfortable with that procedure, correct?<br><br>A.    Same answer. (58:11-19). |
| **OBJECTION:** Vague; Not Adverse; Invalid Inference; Not Aligned | |
| If Mr. Wheeler or anyone involved in the negative pressure test felt that it was unsafe, then they would have exercised their stop-the-job authority to address their concerns before proceeding with displacement. | Q.    Are you aware that the negative test was eventually conducted?<br><br>A.    Same answer.<br><br>Q.    Are you aware that the Transocean rig crew and the BP wellsite leaders agreed to proceed following the completion of that negative test?<br><br>A.    Same answer.<br><br>Q.    And you're aware that Transocean personnel are part of the decision-making process in determining the success of a well-integrity test, correct?<br><br>A.    Same answer.<br><br>Q.    If anyone involved in the operation felt it was unsafe to proceed following the conclusion of the negative test, they could exercise their stop-work authority before proceeding to displacement, correct?<br><br>A.    Same answer.<br><br>Q.    And you don't have any knowledge of anyone voicing concerns or stopping the job following the conclusion of the negative test, correct?<br><br>A.    Same answer. (59:15-60:20). |
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| BP reached out to Transocean for its input in the design and operations at the Macondo Well. | Q.    And this would be an example of an instance where BP reached out to you as well as others at Transocean for your input in the design and operations at Macondo Well?<br><br>A.    Same answer. (39:18-22). |
| **OBJECTION:** Foundation; Vague; Not Adverse; Invalid Inference | |

9.      **Transocean's Objections to BP's Requested Adverse Inferences from Patrick Morgan's Deposition**

| | |
|---|---|
| As the Assistant Driller, Mr. Morgan was responsible for operating and monitoring the drilling systems and equipment and assisting Transocean's drilling crew with their activities. | Q.      . . . As an assistant driller, your basic function is to operate and monitor all drilling systems and equipment and assist in drill crew work activities? <br><br> A.      Fifth. (25:9-13). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| As the Assistant Driller, Mr. Morgan was responsible for continuously monitoring the well. | Q.      As an assistant driller, one of your responsibilities is to continuously monitor the well; is that correct? <br><br> A.      Fifth. (25:14-17). |
| **OBJECTION:** Vague; Invalid Inference; Not Aligned | |
| As the Assistant Driller, Mr. Morgan was responsible for detecting and recognizing kick indicators, and shutting in the well as quickly as possible if a kick is indicated or suspected. | Q.      And you also understand, again, as set forth in the Transocean Field Operations Manual, that, as the assistant driller, you're responsible for understanding and following the driller's key responsibilities? <br><br> A.      Fifth. (30:20-31:1) <br><br> Q.      You understand that one of the driller's key responsibilities is to shut in the well as quickly as possible if a kick is indicated or suspected, correct? <br><br> A.      Fifth. <br><br> Q.      And that early recognition of the warning signals and rapid shut-in are the key to effective well control, right? <br><br> A.      Fifth. <br><br> Q.      You understand that a driller must shut in the well as quickly as possible if a kick is suspected or indicated? <br><br> A.      Fifth. (32:9-21). |
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| As the Assistant Driller, Mr. Morgan knew that it was important to monitor and record pit volume totals during drilling operations. | Q.      You'd agree that it's important to monitor pit volume totals during drilling operations? <br><br> A.      Fifth. |

| | Q.     And that includes recording all pit volumes, which is the driller's responsibility?<br><br>A.     Fifth.  (24:6-13). |
|---|---|
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| As the Assistant Driller, Mr. Morgan was responsible for constantly monitoring the speed, pump strokes, pressure, pit volume, trip tank, penetration, mud weight, and rotary torque to detect anything unusual. | Q.     . . . Another key responsibility from the driller's key responsibilities, you understand to be constantly monitor the speed, pump strokes, pressure, pit volume, trip tank, penetration, mud weight, and rotary torque to detect anything unusual or out of the ordinary?<br><br>A.     Fifth.  (32:24-33:6). |
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| As the Assistant Driller, Mr. Morgan knew that there was never a time that he could pay less attention to monitoring the well. | Q.     As an assistant driller, you'd agree that there's never a time that you can pay less attention to monitoring the well?<br><br>A.     Fifth.  (25:21-24). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| As the Assistant Driller, Mr. Morgan knew that he had to carefully monitor the well during all stages of operations. | Q.     And you have to monitor the well carefully during all stages of the well?<br><br>A.     Fifth.<br><br>Q.     And during all operations of the well?<br><br>A.     Fifth.  (25:25-26:5). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| In well control training, Mr. Morgan learned of the importance of monitoring the well during drilling operations, responding to kick indications in a timely manner, and minimizing the influx of any kick. | Q.     As part of your training in this course with IADC well control, you were taught the importance of monitoring the well during drilling?<br><br>A.     Fifth.<br><br>Q.     You were taught the importance of responding to kick indicators in a timely fashion?<br><br>A.     Fifth.<br><br>Q.     You were taught that it's important to minimize the influx of any kick?<br><br>A.     Fifth.  (17:12-23). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| In well control training, Mr. Morgan | Q.     And that by failing to do so, the consequences of |

| | |
|---|---|
| learned that the consequences of not responding to a kick or kick indication in a timely manner are blowout, pollution, fire and loss of life. | not responding to a kick or kick indication in a timely fashion could include the kick turning into a blowout?<br><br>A.    Fifth.<br><br>Q.    It could include pollution?<br><br>A.    Fifth.<br><br>Q.    Could include potential for fire?<br><br>A.    Fifth.<br><br>Q.    And could include the loss of life?<br><br>A.    Fifth. (17:24-18:11). |
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| During a well control event, Mr. Morgan knew that he should divert overboard rather than divert to the mud gas separator ("MGS") because volumes during a well control event can quickly overwhelm the MGS. | Q.    And you were taught during your training as part of this program that during a well control event, you should divert overboard and not to the mud gas separator, correct?<br><br>A.    Fifth.<br><br>Q.    And the reason for that is because volumes during a well control event could overwhelm the mud gas separator?<br><br>A.    Fifth. (18:17-19:1). |
| **OBJECTION:** Foundation; Invalid Inference; Not Aligned | |
| Aboard the *Deepwater Horizon*, Mr. Morgan participated in well control safety drills, where Transocean emphasized that the immediate priority is to shut in the well. | Q.    And you recall being part of safety drill on board the DEEPWATER HORIZON on April 18 --<br><br>A.    Fifth.<br><br>Q.    -- 2010? This April 18 safety drill took place two days before the incident?<br><br>A.    Fifth.<br><br>Q.    Under the "Comments" section, it's noted, "15,090 sacks of barite on board. Discussed well control responsibilities with each crew member and discussed the procedures for shutting in on casing. The immediate priority is to shut in the well." Do you recall participating in a safety drill where those issues were discussed? |

| | A.      Fifth.  (22:16-23:8). |
|---|---|
| **OBJECTION:** Vague; Not Aligned | |
| Through daily plans and pre-tour and pre-job meetings, Mr. Morgan received the necessary information to complete his job duties on the *Deepwater Horizon*. | Q.      . . . In your role as an assistant driller, you received daily plans?<br><br>A.      Fifth.<br><br>Q.      And those daily plans set out the operations that were to be conducted that day?<br><br>A.      Fifth.<br><br>R.      You attended pre-tower meetings?<br><br>A.      Fifth.<br><br>Q.      And you attended pre-job meetings, correct?<br><br>A.      Fifth.<br><br>Q.      You agree that you were provided with necessary information to do your job and carry out your responsibilities?<br><br>A.      Fifth.  (34:3-21). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| If Mr. Morgan had any problems or needed further information to complete his job duties, he would have asked the appropriate Transocean individuals before proceeding. | Q.      And you understood that if there was information that you needed to complete your job, you would ask the appropriate individuals before proceeding, correct?<br><br>A.      Fifth.  (34:22-35:1). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| Mr. Morgan did not have any safety concerns regarding the operations on the *Deepwater Horizon* on April 20, 2010. | Q.      You would agree that you didn't have any safety concerns regarding the operations on April 20, 2010?<br><br>A.      Fifth.  (37:23-38:1). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| Mr. Morgan was not told by anyone that the operations on the *Deepwater Horizon* on April 20, 2010 interfered with the drilling crew's ability to monitor the well. | Q.      You were not told by anyone else that operations on April 20, 2010, interfered with the driller's ability to monitor the well, were you?<br><br>A.      Fifth.  (26:16-20). |

| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
|---|---|
| Prior to the Macondo Well, Mr. Morgan had been involved in negative pressure tests, including negative pressure tests during displacement. | Q.    . . . In the course of your duties as an assistant driller, you've been involved in well integrity tests prior to your -- the DEEPWATER HORIZON's work on the Macondo Well?<br><br>A.    Fifth.<br><br>Q.    And you've been involved in positive pressure tests?<br><br>A.    Fifth.<br><br>Q.    And you've been involved in negative pressure tests?<br><br>A.    Fifth.<br><br>Q.    And you've been involved in negative pressure tests conducted during displacement as was done on the Macondo well on April 20, 2010?<br><br>A.    Fifth.  (38:20-39:12). |
| **OBJECTION:** Foundation; Not Adverse; Not Aligned | |
| Through training provided by Transocean, Mr. Morgan knew how to design, conduct and evaluate negative pressure tests. | Q.    Without going through the procedure in detail, we can assume and you would agree that you knew how to create negative test procedures because you received training from Transocean regarding the steps that go into a negative test procedure?<br><br>A.    Fifth.<br><br>. . . .<br><br>Q.    And you knew how to conduct negative test procedures, correct?<br><br>A.    Fifth.<br><br>Q.    And that's because you received training in your position as assistant driller with Transocean regarding how to perform a negative test?<br><br>A.    Fifth.<br><br>Q.    And you knew how to evaluate a negative pressure test, correct? |

| | |
|---|---|
| | A.    Fifth. |
| | Q.    And that's because you had received training provided to you by Transocean to understand how to evaluate a negative pressure test? |
| | A.    Fifth.  (43:8-44:8). |
| **OBJECTION:** Vague; Not Adverse; Not Aligned | |
| Transocean's drilling crew knew how to design, conduct and evaluate negative pressure tests. | Q.    And you received that training, along with other Transocean drill crew personnel? |
| | A.    Fifth. |
| | Q.    And you have no reason to doubt that they were similarly capable of drafting procedures for a negative test? |
| | A.    Fifth. |
| | . . . . |
| | Q.    And given that those -- the Transocean drill crew members underwent that same training with you, you have no reason to doubt they were capable of conducting any negative pressure tests? |
| | A.    Fifth. |
| | Q.    And again, you have no reason to doubt that they were capable of evaluating a negative pressure test? |
| | A.    Fifth.  (44:9-45:4). |
| **OBJECTION:** Foundation; Vague; Invalid Inference; Not Aligned | |
| If Mr. Morgan or anyone involved in the negative pressure test felt that it was unsafe, then they would have exercised their stop-the-job authority to address their concerns before proceeding with displacement. | Q.    And you were relieved just before the negative test was conducted? |
| | A.    Fifth. |
| | Q.    But you are aware that the negative test was eventually conducted? |
| | A.    Fifth. |
| | Q.    And you're aware that the crew agreed -- agreed to proceed following the completion of the negative test? |

| | |
|---|---|
| | A.     Fifth. |
| | Q.     If anyone involved in the operations felt it was unsafe to proceed, they could exercise their stop-work authority before proceeding to displacement? |
| | A.     Fifth.  (37:8-22). |
| **OBJECTION:** Foundation; Vague; Not Aligned | |

### C.   Objections to Adverse Inferences Sought by the PSC

The PSC seeks adverse inferences against Transocean based on the testimony of

Transocean employees Curtis Kuchta, Jimmy Harrell, Stephen Bertone, Andrea Fleytas, Caleb

Holloway, Alan Seraile, and Halliburton employee Christopher Haire.  (Rec. Doc. 5873).

Transocean objects to the PSC's request for adverse inferences as follows:

| INFERENCE | CITATIONS | OBJECTIONS |
|---|---|---|
| **Curtis Kuchta (Rec. Doc. 5873-4)** | | |
| "The alarms were inhibited on the Kongsberg system and emergency shutdown system aboard the *Deepwater Horizon*." | 25:24-26:25 | Foundation; Not Aligned |
| "The Dynamic Positioning Officer and Captain Kuchta were not properly trained to handle an emergency." | 27:24-37:12; 40:19-42:19; 59:1-7;62:10-16; 93:17-94:11; 100:12-101:3 | Foundation; Invalid Inference; Not Aligned |
| "Transocean did not abide by the International Safety Management Code, failing to identify potential emergency shipboard situations and provide procedures, training and drills to the crew." | 32:23-35:4; 35:21-36:5 | Foundation; Opinion; Not Aligned |
| **Jimmy Harrell (Rec. Doc. 5873-5)** | | |
| "Transocean was aware of the anomalous negative pressure test results." | 13:11-21; 14:17-15:1; 15:20-16:6; 85:18-86:1; 116:6-18 | Foundation; Vague; Invalid Inference; Not Aligned |
| "There was no protocol followed by Transocean on how to run and interpret the negative pressure test." | 19:19-25; 62:3-9 | Foundation; Invalid Inference; Not Aligned |
| "It was Harrell's responsibility as Offshore Installation manager to double check the temporary abandonment procedure, the displacement procedure and the negative pressure test." | 65:8-17; 73:17-74:13; 77:18-24; 105:3-11; 105:25-107:9; 126:6-10; 128:4-10; 128:23-129:3 | Vague; Not Aligned |
| **Steve Bertone (Rec. Doc. 5873-6)** | | |

| "Transocean failed to perform the necessary overdue maintenance on the *Deepwater Horizon*." | 18:17-19:3 | Foundation; Invalid Inference; Not Aligned |
|---|---|---|

**Christopher Haire (Rec. Doc. 5873-7)**

| "Although Haire considered the first two negative tests unsuccessful, BP and Transocean reported the tests as successful." | 43:24-44:14 | Foundation; Not Adverse; Not Aligned |
|---|---|---|
| "Transocean knew that the negative pressure tests were unsuccessful." | 125:3-128:8 | Foundation; Vague; Not Adverse; Not Aligned |

**Andrea Fleytas (Rec. Doc. 5873-9)**

| "Fleytas and the members of Transocean's bridge crew were not adequately trained to respond to a well control situation and were unfamiliar with safety shut-offs." | 23:11-15; 23:24-24:7; 29:8-12; 30:14-31:1; 31:13-23; 36:5-9; 53:15-19; 54:5-25; 66:7-67:1 | Foundation; Vague; Not Adverse; Not Aligned |
|---|---|---|
| "Despite multiple combustible gas alarms sounding, Fleytas did not initiate any visual or audible alarms." | 34:1-20; 67:17-23; 68:11-69:15 | Invalid Inference; Not Aligned |

**Caleb Holloway (Rec. Doc. 5873-11)**

| "Transocean's drill crew did not follow proper practices leading up to the incident." | 118:10-119:14; 123:14-25 | Foundation; Not Adverse; Invalid Inference; Not Aligned |
|---|---|---|

**Allen Seraile (Rec. Doc. 5873-13)**

| "Transocean's drilling crew failed to properly monitor the well." | 52:2-8; 56:21-24; 61:1-8; 66:15-22; 116:10-15 | Foundation; Not Adverse; Not Aligned |
|---|---|---|

**D.**     **Objections to Adverse Inferences Sought by Halliburton**

Halliburton seeks adverse inferences against Transocean based on the Fifth Amendment

invocations of Steve Bertone, Jimmy Harrell, Allen Seraile, and Wyman Wheeler.  (Rec. Doc.

7644).  Transocean objects to each requested inference as follows.

| INFERENCE | CITATIONS | OBJECTIONS |
|---|---|---|
| **Steve Bertone (HESI Mot. at 3-4)** | | |
| "Bertone was aware of the DWH September 2009 audit which documented 390 jobs of overdue planned maintenance, amounting to 3,545 man-hours of maintenance." | 17:12-18:16; 86:1-20; 90:13-22; Depo Ex. 4362 | Foundation; Invalid Inference; Not Aligned |
| "Bertone was personally responsible to properly maintain the safety critical equipment on the Horizon." | 48:3-9; Depo Ex. 3339; Depo Ex. 4363 | Foundation; Vague; Not Aligned |
| "Bertone's actions increased the risk profile of the Macondo well." | No citation | Foundation; Invalid Inference; Not Aligned |
| **Jimmy Harrell (HESI Mot. at 6)** | | |
| "Harrell, as OIM, was responsible for the safety, conditions, and procedures on board the DWH." | 65:7-11; 105:3-11; Depo Ex. 3806 | JIT; Vague; Invalid Inference; Not Aligned |
| "The first version of the written displacement procedure that the BP Company Man provided to Harrell did not include a negative test.  Harrell told the BP Company Man that he would not perform a displacement without first conducting a negative test." | 111:23-113:19; Depo Ex. 3806; Depo Ex. 7607 | JIT; Not Adverse; Not Aligned |
| "Harrell was aware of some anomalous readings during the first negative test and instructed the drill crew to increase the annular pressure." | 116:6-22; Depo Ex. 3806 | JIT; Vague; Not Aligned |
| "The BP Company Man and the TO Toolpusher were responsible for interpreting the negative pressure test." | 86:15-24; Depo Ex. 3806 | JIT; Vague; Invalid Inference; Not Aligned |
| "During the entire day of April 20, 2010, Harrell was busy escorting four VIPs (Pat O'Bryan and David Sims from BP and Daun Winslow and Buddy Trahan from TO) around the rig. | 108:18-110:10; Depo Ex. 3806 | JIT; Vague; Invalid Inference; Not Aligned |
| "With respect to the cement job, Harrell | 135:12-22; Depo Ex. | JIT; Not Aligned |

| | | |
|---|---|---|
| knew it was better to run a full bottoms-up circulation." | 3806 | |
| "On the morning of the explosion, Harrell told another TO worker that 'I guess that's what we have those pinchers for' in reference to the BOP blind shear rams potentially being activated." | 136:13-138:4; Depo Ex. 3806 | JIT; Vague; Invalid Inference; Not Aligned |
| "Based on the foregoing, it was Harrell's responsibility to ensure the negative pressure test was properly run and interpreted.  Harrell did not do this." | No citation | Foundation; Vague; Invalid Inference; Not Aligned |
| **Allen Seraile (HESI Mot. at 11-12)** | | |
| "The OIM, Driller, and Assistant Driller did not properly monitor the Macondo well during the hour before mud and hydrocarbons hit the rig floor." | 52:2-8 | Foundation; Invalid Inference; Not Aligned |
| "It is easier for the drilling crew to detect a kick than for the mud logger since the crew has knowledge that the mud loggers do not have." | 58:1-7; 59:23-60:1 | Foundation; Vague; Not Aligned |
| "Seraile never had any problem with the mud loggers." | 56:17-20 | Vague; Not Adverse; Not Aligned |
| "The drilling crew is responsible for shutting in the well if a kick is indicated or even suspected." | 61:5-8; 116:10-15; Depo Ex. 674 | Foundation; Vague; Not Aligned |
| "TO's Well Control Handbook required the crew to shut in the well immediately upon any indication of flow, rather than taking time to conduct a flow check." | 109:14-25; Depo Ex. 674 | Foundation; Vague; Not Aligned |
| "[T]he Transocean dilling crew did not properly monitor the well." | No citation | Invalid Inference; Not Aligned |
| "Because the drilling crew has more knowledge than the mudloggers, it is easier for them to detect a kick; upon detection of a kick, the crew had a responsibility to shut in the well immediately." | No citation | Invalid Inference; Not Aligned |
| **Wyman Wheeler (HESI Mot. at 12)** | | |
| "Wheeler reported the results of the first negative pressure test as abnormal | 33:6-20; 110:9-111:2 | No Objection |

| | | |
|---|---|---|
| to BP Company Man Don Vidrine and called a timeout on the rig floor to review the test results." | | |
| ". . . TO had actual knowledge of an abnormal test result from the first negative pressure test. Notwithstanding, TO ignored this and concluded that the negative pressure test was successful." | No citation | Foundation; Invalid Inference; Not Aligned |

### E.    Objections to Adverse Inferences Sought by the United States

In addition to seeking its own adverse inferences against three BP employees, the government also joins requests for inferences against Transocean sought by the PSC and Halliburton.  (Rec. Doc. 7637).  Specifically, it joins the PSC's requests for inferences from the Fifth Amendment invocations of Kuchta, Harrell, Bertone, Haire, Fleytas, Holloway, and Seraile, *id.* at 1-2, and also joins Halliburton's requests for inferences from the invocations of Harrell, Bertone, Wheeler, and Seraile, *id.* at 2.  The government does not seek any additional inferences. Transocean's objections to those parties' request for adverse inferences, expressed above, are incorporated to the same extent against the government's request for the same inferences.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 5, 2012, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller