IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April 20, 2010** | * | **SECTION J (2)** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **No. 12-2401** | * | **MAG. JUDGE WILKINSON** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION
BY PLAINTIFF ALCIDEZ ANDRADE ONLY**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A),[1] plaintiff Alcidez Andrade only, and for himself alone, voluntarily dismisses his action against Defendants.

                                    **RESPECTFULLY SUBMITTED,**

                                    ___/J.P. Hughes, Jr./_____
                                    **J.P. Hughes, Jr.**
                                    LA Bar # 21302
                                    **HUGHES BROWN, PLLC**
                                    1300 Access Road, Suite 100
                                    Oxford, Mississippi 38655
                                    T: [662] 234-6080
                                    F: [800] 515-5446

---

[1] Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may dismiss his/her action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. FED. R. CIV. P. 41(a)(1)(A).

**Michael A. Starzyk**
TX Bar # 00788461*
**April L. Walter**
TX Bar # 24052793*
**Hessam Parzivand**
Texas Bar # 24071157*
**STARZYK & ASSOCIATES, P.C.**
10200 Grogan's Mill Road, Suite 300
The Woodlands, Texas 77380
T: [281] 364-7261
F: [281] 364-7533

**Joseph E. Fieschko Jr.**
PA Bar # 28797*
**FIESCHKO AND ASSOCIATES, NC.**
2230 Koppers Building
Pittsburgh, Pennsylvania 15219
T:  [412] 281-2204
F:  [412] 338-9169

**John R. Linkosky**
PA Bar # 66011*
**JOHN LINKOSKY & ASSOCIATES**
715 Washington Avenue
Carnegie, Pennsylvania 15106
T:  [412] 278-1280
F:  [412] 278-1282

*Admitted Pro Hac Vice*

**COUNSEL FOR PLAINTIFFS**