UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                           MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010                                            Section: J

This Document Relates to:                                 Judge Barbier
                                                          Mag. Judge Shushan
2:10-cv-08888-CJB-SS, Doc. No. 48241, 48231

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Timothy Lynn Henderson, Doc No. 48241and Yvette Michelle Henderson, Doc No. 48231.

2. Timothy Lynn Henderson and Yvette Michelle Henderson hired undersigned counsel on or about November 30, 2010.

3. Timothy Lynn Henderson and Yvette Michelle Henderson have property devaluation claims which are not handled by our office. They were informed of this in numerous telephone calls and written correspondence.

4. They were referred to counsel who handles property devaluation claims. They were given representation documents. A termination letter was sent to Timothy Lynn Henderson and Yvette Michelle Henderson by certified mail from the Lovelace Law Firm.

5. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 5th day of November, 2012.

                    PLAINTIFFS TIMOTHY LYNN HENDERSON AND YVETTE
                    MICHELLE HENDERSON

              By:   _/s/ Dewitt M. Lovelace_____
                    Dewitt Marshall Lovelace (FSB# 0872326 )
                    LOVELACE LAW FIRM, P.A.
                    12870 U.S. Highway, 98 West, Suite 200
                    Miramar Beach, FL  32550

Telephone: (850) 837-6020
Facsimile: (850) 837-4093
dml@lovelacelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 5TH day of November, 2012.

/s/Dewitt M. Lovelace
Dewitt M. Lovelace (FSB #0872326)