UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS, Doc No. 48241, 48231 | Judge Barbier<br>Mag. Judge Shushan |

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about November 5, 2012 it is hereby ordered that counsel Dewitt Marshall Lovelace is permitted to withdraw from representation of Yvette Michelle Henderson, Doc. No. 48231 and Timothy Lynn Henderson, Doc. No. 48241, who will now proceed *pro se*.

Date: _____                    _____
                                          United States Magistrate Judge