UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This filing relates to: | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| Objection (Rec. Doc. No. 88) filed in Docket No. 10-7777 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OBJECTION OF ADRIAN S. KORNMAN TO PROPOSED SETTLEMENT AGREEMENT

Now into court, through undersigned counsel, comes Claimant Adrian S. Kornman ("Kornman"), who respectfully moves for leave to file the attached Sur-Reply in Support of Objection to the Proposed Economic and Property Damage Class Action Settlement Agreement to present to this Court a photograph that shows the proximity of the property at issue to the beach and a declaration regarding same from Helene Braun, a visitor to the property. Therefore, Mr. Kornman respectfully requests that this Court grant his Motion for Leave.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER (# 19589)
PETER L. HILBERT, JR. (#6875)
MARTHA Y. CURTIS (#20446)
KEVIN M. MCGLONE (#28145)
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR ADRIAN S. KORNMAN

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2012, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ James M. Garner
JAMES M. GARNER