UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This filing relates to: | * * | MAGISTRATE JUDGE SHUSHAN |
| Objection (Rec. Doc. No. 88) filed in Docket No. 10-7777 | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**ORDER**

CONSIDERING the *Ex Parte* Motion for Leave to File Sur-Reply in Support of Objection of Adrian S. Kornman to the Proposed Economic and Property Damage Class Action Settlement Agreement:

IT IS HEREBY ORDERED that the Motion for Leave is GRANTED.

New Orleans, Louisiana, this _____ day of November, 2012.

                                                          JUDGE CARL J. BARBIER