UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This filing relates to: | * * | MAGISTRATE JUDGE SHUSHAN |
| Objection (Rec. Doc. No. 88) filed in Docket No. 10-7777 | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## SUR-REPLY IN SUPPORT OF OBJECTION OF ADRIAN S. KORNMAN TO PROPOSED SETTLEMENT AGREEMENT

Now into court, through undersigned counsel, comes Claimant Adrian S. Kornman ("Kornman"), who respectfully submits this Sur-Reply in Support of Objection to the Proposed Economic and Property Damage Class Action Settlement Agreement. *See* Objection (Rec. Doc. No. 88). Notably, Mr. Kornman's Objection and his counsel were chosen by this Court to present oral argument on a representative basis for all Coastal and Wetlands objections at the November 8, 2012 Fairness Hearing. (Rec. Doc. No. 7819).

Helene Braun visited Mr. Kornman's property located at 9161 Chewing Lane in Gulf Shores, Alabama (the "Property") on July 30, 2012, and she took a photograph of the beach from the second floor of the Property. *See* Exhibit 1 to 28 U.S.C. § 1746 Declaration of Helene Braun in Support of Objection to Proposed Settlement Agreement, attached as Exhibit A. As shown in the photograph, Mr. Kornman's Property is close to the beach, and there are no properties between his Property and the beach. The white railing shown in the picture is the railing surrounding the pool on Mr. Kornman's Property.

1

Under the current class action settlement framework, Mr. Kornman's property is excluded from any payment although his similarly situated neighbors are eligible for same. *See* Exhibit B (showing the Kornman Property outside the Coastal Real Property Zone under the class action settlement).

For these additional reasons, Mr. Kornman respectfully requests that this Court sustain his objections to the Agreement.

Respectfully submitted,

/s/ James M. Garner_____
JAMES M. GARNER (# 19589)
PETER L. HILBERT, JR. (#6875)
MARTHA Y. CURTIS (#20446)
KEVIN M. MCGLONE (#28145)
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR ADRIAN S. KORNMAN

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2012, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ James M. Garner
JAMES M. GARNER