EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON | * | SECTION: J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| (REF: C.A. 10-7777) | * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## 28 U.S.C. § 1746 DECLARATION OF HELENE BRAUN
## IN SUPPORT OF ADRIAN KORNMAN'S OBJECTION
## TO PROPOSED SETTLEMENT AGREEMENT

I, HELENE BRAUN, hereby state under the penalties of perjury that the following facts

are true and correct based on my personal knowledge:

1.   I am a resident of the State of Louisiana.

2.   I was a visitor of the property located at 9161 Chewing Lane, Gulf Shores,
Alabama 36542 ("the Property").  Adrian Kornman has owned the Property since
2004.

3.   I make this Declaration in support of Mr. Kornman's Objection to the Proposed
Settlement Agreement in the captioned matter.

4.   Attached as Exhibit 1 is a photograph of the beach that I took from the second
floor balcony of the Property on July 30, 2012.

5.   The photograph shows the white railing around the pool.

6.   The photograph also shows how close the Property is to the beach and that there
are no properties between the Property and the beach.

Executed this 6th day of November 2012.

HELENE BRAUN

# EXHIBIT 1

