# EXHIBIT B



Baldwin County, AL (Detailed Portion 4)