# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section:  J  Judge Barbier  Magistrate Shushan |
| **This Document Relates To:** 2:10-CV-02179 |  |

## MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

By the Order issued November 1, 2012, (Rec. Doc. 7819) the Court designated the undersigned to present issues/objections relating to the Seafood Compensation Program. To understand the issues involved requires a familiarity with the variables, amounts, and relative distributions of compensation from the Seafood Compensation Fund that would prove difficult to impart in the fifteen minutes allotted. In order to facilitate the Court's ability to engage the issues that will be presented and the supporting parties' ability to respond should they desire, the undersigned moves to supplement the record with the attached analysis of the SCP. The attached analysis does not contain new evidence; rather it contains mathematical calculations, and so is in the nature of a demonstrative exhibit for the aid of the Court.

Respectfully Submitted:

/s/ Joel Waltzer
Joel Waltzer (LA #19268)
3715 Westbank Expwy, Ste 13
Harvey, LA  70058
Office:  (504) 340-6300
Fax:     (504) 340-6330
joel@waltzerlaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in
MDL 2179, on this 6th day of November, 2012.

      /s/ Joel Waltzer