# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J<br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates To:<br>12-970 | |

# ORDER

Considering the foregoing Motion for Leave To Supplement The Record, and finding that the same has merit,

IT IS ORDERED that the motion is **GRANTED**. The Clerk of Court is directed to file the Exhibit attached to the Motion into the record in this matter.

New Orleans, Louisiana, this      day of November, 2012.


_____
United States District Judge

1