# ANALYSIS OF SCP TOTAL PAYOUTS TO DIFFERENT FISHERIES

| PSC COURT PRESENTATION* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Species | Benchmark Revenue | Estimated Initial Compensation - Revenue Based Claims ($Mm) | | | Non-Harvester Claims | | DHECC Full Expected Compensation | | |
| | 2007-2009 Annual Average, $Mm (Not Adjusted for Inflation) | Owners | Captains | Crew | Oyster Leasehold Claims | Crab & IFQ Quota Holders | Total First Distribution | On Second Distribution | Times Annual Revenue Generation |
| Shrimp | $264.89 | $462 | $335 | $81 | | | $877 | $1,044 | 3.9 |
| Oyster Lost Income | $65.66 | $76 | $68 | $13 | $60 | | $218 | $259 | 3.9 |
| Oyster Leasehold Interest | | | | | $579 | | $579 | $689 | 10.5 |
| Crab | $42.41 | $55 | $28 | $10 | | $4 | $97 | $116 | 2.7 |
| Other | $33.35 | $10 | $5 | $2 | | $1 | $18 | $22 | 0.6 |
| Fin Fishermen | $69.81 | $50 | $33 | $10 | | $50 | $144 | $171 | 2.5 |
| Total | $476.12 | $654 | $470 | $116 | $639 | $55 | $1,933 | $2,300 | 4.8 |

* [Case 2:10-md-02179; Doc. 7101-3, p. 5 (08/13/12)]

| GO FISH ESTIMATED SCP DISTRIBUTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33% Fishermen - 10% Leaseholders Released | Benchmark Revenue | Estimated Initial Compensation - Revenue Based Claims ($Mm) | | | Non-Harvester Claims | | DHECC Full Expected Compensation | | |
| Claimants | 2007-2009 Annual Average, $Mm (Not Adjusted for Inflation) | Owners | Captains | Crew | Oyster Leasehold Claims | Crab & IFQ Quota Holders | Total First Distribution | After Second Distribution | (x) Annual Revenue Generation |
| Shrimpers | $265 | $223 | $129 | $11.9 | | | $364 | $754 | 2.8 |
| Oystermen | $53 | $37 | $34 | $2.0 | | | $73 | $148 | 2.8 |
| Blue Crabbers | $42 | $27 | $14 | $1.5 | | $4 | $46 | $87 | 2.1 |
| Fin Fishermen | $70 | $24 | $16 | $1.6 | | $1 | $43 | $88 | 1.3 |
| Other | $33 | $5 | $2 | $0.3 | | | $7 | $15 | 0.5 |
| Oyster Leaseholders | $13 | $38 | | | $521 | | $559 | $991 | 76.2 |
| Deckhands, Class 3 | | | | $50 | | | $50 | $83 | |
| IFQ Quota Holders | | | | | | $50 | $50 | $83 | |
| Totals | $476 | $355 | $195 | $67 | $521 | $55 | $1,193 | $2,250 | |

In this table, GO FISH conservatively assumes 1/3 of fishers and 10% of oyster leaseholders are ineligible for offers because of signed releases. GO FISH includes an additional 40,000 acres of compensable oyster leases issued by non-public entities and not counted in the PSC's estimate. GO FISH deducts $50Mm for

| SCP PARITY ANALYSIS - BP METHODOLOGY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ASSUMING 33% of CFs SIGNED RELEASES | All Landings | Present Value of All Future Revenue | Total DHECC Award | Award as % of Total Value | ASSUMING 66% of CFs SIGNED RELEASES | All Landings | Present Value of All Future Revenue | Total DHECC Award | Award as % of Total Value |
| SHRIMP | | | | | SHRIMP | | | | |
| All | $265 | $3,786 | $771 | 20% | All | $265 | $3,786 | $554 | 15% |
| OYSTER | | | | | OYSTER | | | | |
| Harvester | $52 | $746 | $151 | 20% | Harvester | $52 | $746 | $109 | 15% |
| Leaseholder | $13 | $192 | $964 | 502% | Leaseholder | $13 | $192 | $1,219 | 635% |
| FINFISH | | | | | FINFISH | | | | |
| All | $70 | $997 | $90 | 9% | All | $70 | $997 | $65 | 7% |
| CRAB | | | | | CRAB | | | | |
| Blue | $42 | $606 | $89 | 15% | Blue | $42 | $606 | $64 | 11% |
| OTHER | | | | | OTHER | | | | |
| All | $33 | $476 | $16 | 3% | All | $33 | $476 | $11 | 2% |
| | | | | | | | | | |
| 33% GCCF Released | | | | | 66% GCCF Released | | | | |

BP's economist Martin Smith valued the sum of all future annual revenues to argue $2.3Bb was fair to fishers.

Dr. Smith did not break down who was getting the funds.  GO FISH applies Smith's analysis by fishery.

The result:  Enormously disparate treatments between claimant groups.

HISTORICAL REVENUE METHOD

**GO FISH SEAFOOD COMPENSATION PROGRAM (SCP) FACTOR ANALYSIS: OFFER PER DOLLAR OF VESSEL REVENUE**

| Fisher Factors | Revenue Enhancements | | | | Benchmark Deductions (Assumed - Not Actual) | | | | Compensation Benchmark per Role / RTPs (multipliers) | | | | SCP Offers / Dollar of Gross Vessel Revenue | | | | | Pre-Spill Earnings Estimates | | | | SCP Offers Seafood Program Yrs. Of Income Replacement | | | | "Agree in Princ." | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCP Formula Steps | Bench Rev | Direct Sales Adj | Inc Price Adj | Adj Bench Rev | Trip Costs Saved | Net of "Costs Saved" | Future Loss Rate | Vessel Comp. Bench | VO Comp Bench | Capt Comp Bench | VO RTP | Capt RTP | VO Historic Method | Capt Historic Method | Combo Historic Method | VO Expedited/ Reduced | | Vessel Owner (Split/Pay) | | Captain (Split/Pay) | | VO Offer/ Income | Cpt Offer/ Income | Combo Offer / Income | VO Expedited/ Red. Method | | Example Given | Combo Offer/ Income |
| **SHRIMP** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| <30 | $1.00 | $1.25 | $1.50 | $1.50 | 42% | $1.08 | 35% | $0.38 | 0.17 | 0.17 | 8.25 | 7.25 | 1.57 | 1.40 | 2.98 | 3.20 | N/A | 45% | $0.49 | 45% | $0.49 | 3.24 | 2.89 | 3.06 | 6.58 | N/A | 3.52 | 4.96 |
| 30-44 | $1.00 | $1.20 | $1.44 | $1.44 | 39% | $1.05 | 35% | $0.37 | 0.17 | 0.15 | 8.25 | 7.25 | 1.53 | 1.21 | 2.74 | 3.38 | 2.50 | 45% | $0.47 | 40% | $0.42 | 3.24 | 2.89 | 3.07 | 7.15 | 5.29 | | |
| 45-74I | $1.00 | $1.15 | $1.38 | $1.38 | 39% | $0.99 | 35% | $0.35 | 0.16 | 0.10 | 8.25 | 7.25 | 1.44 | 0.86 | 2.30 | 3.00 | 2.91 | 45% | $0.45 | 30% | $0.30 | 3.24 | 2.89 | 3.10 | 6.73 | 6.53 | | |
| 45-74F | $1.00 | $1.05 | $1.26 | $1.26 | 42% | $0.84 | 35% | $0.29 | 0.13 | 0.09 | 8.25 | 7.25 | 1.22 | 0.73 | 1.95 | 1.74 | 1.67 | 45% | $0.38 | 30% | $0.25 | 3.24 | 2.89 | 3.10 | 4.60 | 4.42 | | |
| 75+ I | $1.00 | $1.05 | $1.26 | $1.26 | 54% | $0.72 | 35% | $0.25 | 0.11 | 0.06 | 8.25 | 7.25 | 1.05 | 0.52 | 1.57 | 1.85 | 1.94 | 45% | $0.32 | 25% | $0.18 | 3.24 | 2.89 | 3.11 | 5.71 | 5.99 | | |
| 75+ F | $1.00 | $1.05 | $1.26 | $1.26 | 52% | $0.74 | 35% | $0.26 | 0.12 | 0.06 | 8.25 | 7.25 | 1.08 | 0.53 | 1.61 | 1.46 | 1.58 | 45% | $0.33 | 25% | $0.19 | 3.24 | 2.89 | 3.11 | 4.38 | 4.74 | | |
| **OYSTER** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Harvester | $1.00 | $1.00 | $1.10 | $1.10 | 32% | $0.78 | 40% | $0.31 | 0.12 | 0.12 | 8.75 | 7.75 | 1.22 | 1.09 | 2.31 | N/A | N/A | 40% | $0.31 | 40% | $0.31 | 3.90 | 3.50 | 3.70 | N/A | N/A | 4.38 | 7.01 |
| Leaseholder | $1.00 | $1.00 | $1.10 | $1.10 | 0% | $1.10 | 40% | $0.44 | 0.44 | | 8.75 | | 4.29 | | | | | 100% | $1.10 | | | 3.90 | (does not include /acre award) | | | | N/A | |
| **FINFISH** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| All | $1.00 | $1.00 | $1.00 | $1.00 | 27% | $0.73 | 25% | $0.18 | 0.08 | 0.06 | 6.00 | 5.00 | 0.57 | 0.38 | 0.96 | N/A | N/A | 45% | $0.33 | 35% | $0.26 | 1.75 | 1.50 | 1.64 | N/A | N/A | 3.66 | 6.26 |
| **CRAB** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| All | $1.00 | $1.00 | $1.20 | $1.20 | 35% | $0.85 | 35% | $0.30 | 0.15 | 0.09 | 6.00 | 5.00 | 1.04 | 0.54 | 1.58 | N/A | N/A | 50% | $0.43 | 30% | $0.26 | 2.45 | 2.10 | 2.32 | N/A | N/A | 3.20 | 4.70 |
| **OTHER** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| All | $1.00 | $1.00 | $1.10 | $1.10 | 35% | $0.75 | 10% | $0.08 | 0.04 | 0.02 | 5.50 | 4.50 | 0.24 | 0.12 | 0.37 | N/A | N/A | 50% | $0.38 | 30% | $0.38 | 0.65 | 0.33 | 0.49 | N/A | N/A | 3.20 | 4.26 |
| **CREW** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cat I | $1.00 | Actual Earnings: 1099 | | | 0% | $0.00 | 37% | $0.00 | 0.00 | | 2.25 | | 0.00 | | | N/A | N/A | $1.20 | | | | 0.00 | | 1.20 | N/A | N/A | 3.20 | 3.20 |

This chart shows the gross offer resulting from each dollar of gross "benchmark" revenue placed into the SCP formulas using the "Historic Method", the predomnant compensation formula found in the Seafood Settlement. The factors (Columns N - R) can be multiplied by each fisher's gross revenue to determine the gross offer each fisher will receive. From this amount, all prior emergency and interim payments must be deducted, as per the terms of the BP Settlement. Each factor is then compared to pre-spill earnings, also derived based on the estimations found in the formulas, to show the number of years of pay the offer is estimated to replace (Columns W - AA).

These factors are useful in considering the relative fairness of DHECC recoveries across fisheries but do not include property damage awards.

The Expedited and Reduced Expedited Method offers are fixed sums awarded once revenue reaches a given threshhold. The factors found herein are derived by dividing the fixed award by the revenue needed to qualify. As such, these factors represent the maximum recovery and will actually diminish as benchmark revenue rises above each threshold.

The "Agreement in Principal" columns are based on examples of estimated recoveries given by PSC in March of 2012 to help explain the deal reached with BP prior to the SCP's being finalized. As seen, these recoveries are far higher than actual recoveries provided under the terms of the Agreement filed in court on May 5, 2005.


**SEAFOOD COMPENSATION PROGRAM: MAXIMUM GROSS RECOVERY POSSIBLE BY FISHERY (IN MILLIONS OF DOLLARS)**

| Industry Totals ($Mms) | Revenue Enhancements | | | | | Benchmark Deductions (Assumed - Not Actual) | | | | Vessel Catch Division | | | Compensation Benchmark per Role / RTPs (multipliers) | | | | SCP Gross Offers - All Landings in Affected Area | | | | Owner/Captain Combo Offer "Agree in Princ." | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEAFOOD COMPENSATION FORMULAS | Bench Rev | Direct Sales Adj | Inc Price Adj | Adj Bench Rev | Bench Choice Effect | Trip Costs Saved | Net of "Costs Saved" | Future Loss Rate | Vessel Comp. Bench | Owner Share | Owner Share | Owner Share | VO Comp Bench | Capt Comp Bench | VO RTP | Capt RTP | Owner | Capt. | Crew | Total | Example Given | Example Less Actual |
| **SHRIMP** | | | | | | | | | | | | | | | | | | | | | | |
| <30 | $10 | $13 | $15 | $15 | $18 | 42% | $14 | 35% | $5 | 45% | 45% | 10% | $2 | $2 | 8.25 | 7.25 | $21 | $19 | $2 | $42 | $53 | -$13 |
| 30-44 | $30 | $36 | $43 | $43 | $52 | 39% | $40 | 35% | $14 | 45% | 40% | 15% | $6 | $6 | 8.25 | 7.25 | $64 | $51 | $7 | $122 | $152 | -$37 |
| 45-74I | $50 | $58 | $69 | $69 | $83 | 39% | $63 | 35% | $22 | 45% | 30% | 25% | $10 | $7 | 8.25 | 7.25 | $101 | $60 | $18 | $180 | $243 | -$81 |
| 45-74F | $5 | $5 | $6 | $6 | $8 | 42% | $5 | 35% | $2 | 45% | 30% | 25% | $1 | $1 | 8.25 | 7.25 | $9 | $5 | $2 | $16 | $22 | -$8 |
| 75+ I | $40 | $42 | $50 | $50 | $60 | 54% | $39 | 35% | $14 | 45% | 25% | 30% | $6 | $3 | 8.25 | 7.25 | $62 | $31 | $13 | $106 | $177 | -$84 |
| 75+ F | $130 | $137 | $164 | $164 | $197 | 52% | $129 | 35% | $45 | 45% | 25% | 30% | $20 | $11 | 8.25 | 7.25 | $207 | $102 | $44 | $353 | $576 | -$267 |
| TOTAL | $265 | $290 | $348 | $348 | $417 | 45% | $291 | 35% | $102 | | | | $46 | $30 | 8.25 | 7.25 | $465 | $269 | $85 | $818 | $1,223 | -$490 |
| **OYSTER** | | | | | | | | | | | | | | | | | | | | | | |
| Harvester | $66 | $66 | $73 | $73 | $73 | 34% | $50 | 40% | $20 | 40% | 40% | 20% | $8 | $8 | 8.75 | 7.75 | $78 | $70 | $13 | $162 | $318 | -$169 |
| Leaseholder | $13 | $13 | $14 | $14 | $14 | 0% | $14 | 40% | $6 | 100% | | | $6 | | 8.75 | | $56 | | | $56 | N/A | |
| **FINFISH** | | | | | | | | | | | | | | | | | | | | | | |
| All | $70 | $70 | $70 | $70 | $84 | 27% | $65 | 25% | $16 | 45% | 35% | 20% | $7 | $6 | 6.00 | 5.00 | $51 | $34 | $11 | $96 | $256 | -$170 |
| **CRAB** | | | | | | | | | | | | | | | | | | | | | | |
| All | $42 | $42 | $50 | $50 | $60 | 35% | $46 | 35% | $16 | 50% | 30% | 20% | $8 | $5 | 6.00 | 5.00 | $56 | $29 | $10 | $95 | $161 | -$76 |
| **OTHER** | | | | | | | | | | | | | | | | | | | | | | |
| All | $33 | $33 | $36 | $36 | $44 | 35% | $32 | 10% | $3 | 50% | 30% | 20% | $2 | $1 | 5.50 | 4.50 | $10 | $5 | $2 | $18 | $116 | -$100 |
| TOTALS | | | | | | | | | | | | | | | | | $716 | $407 | $121 | $1,245 | $2,074 | -$1,006 |

This chart provides the maximum DHECC offer in the first distribution as per formulas found in the SCP. The chart assumes that every dollar of revenue is eligible (not released) and put into the program.

Distribution of shrimp revenue among vessels of different sizes estimated from NOAA data.

Leaseholder expense in oyster harvester revenue line based on LWF data stating 60% of oysters harvested on private leases. 33% rate based on SCP formula.

## EFFECT OF FISHERMEN WHO SIGNED GCCF RELEASES ON TOTAL DISTRIBUTION OF SCP

| Assumes 0% Released | GROSS SCP Offers | % Gross Awards | Interim Pay | DHECC Round 1 | DHECC Round 2 | Total DHECC Pmts. | PSC Court Chart | Difference | Total All Sources |
|---|---|---|---|---|---|---|---|---|---|
| Shrimpers | $819 | 43% | $229 | $590 | $281 | $871 | $1,044 | ($173) | $1,100 |
| Oystermen | $161 | 8% | $45 | $116 | $55 | $171 | $259 | ($88) | $216 |
| Blue Crabbers | $95 | 5% | $27 | $68 | $33 | $101 | $116 | ($15) | $128 |
| Fin Fishermen | $96 | 5% | $27 | $69 | $33 | $102 | $111 | ($9) | $129 |
| Other | $17 | 1% | $5 | $12 | $6 | $18 | $22 | ($4) | $22 |
| DH CL3 | $50 | 3% | $0 | $50 | $17 | $67 | $0 | $67 | $67 |
| IFQ | $50 | 3% | $0 | $50 | $17 | $67 | $60 | $7 | $67 |
| Oyster L/H | $635 | 33% | $0 | $635 | $218 | $853 | $689 | $164 | $853 |
| Fishermen Totals | $1,923 | 100% | $333 | $1,590 | $660 | $2,250 | $2,301 | | $2,583 |
| Assumes 33% Fisher Value, 10% Leaseholder Value Released | GROSS SCP Offers | % Gross Awards | Interim Pay | DHECC Round 1 | DHECC Round 2 | Total of DHECC Payments | PSC Court Chart | Diff. | Total All Sources |
| Shrimpers | $549 | 37% | $154 | $395 | $376 | $771 | $1,044 | ($273) | $924 |
| Oystermen | $108 | 7% | $30 | $78 | $74 | $151 | $259 | ($108) | $182 |
| Blue Crabbers | $64 | 4% | $18 | $46 | $44 | $89 | $116 | ($27) | $107 |
| Fin Fishermen | $64 | 4% | $18 | $46 | $44 | $90 | $111 | ($21) | $108 |
| Other | $11 | 1% | $3 | $8 | $8 | $16 | $22 | ($6) | $19 |
| DH CL3 | $50 | 3% | $0 | $50 | $34 | $84 | $0 | $84 | $84 |
| IFQ | $50 | 3% | $0 | $50 | $34 | $84 | $60 | $24 | $84 |
| Oyster L/Hs | $572 | 39% | $16 | $573 | $391 | $964 | $689 | $275 | $980 |
| Total | $1,467 | 100% | $223 | $1,246 | $1,004 | $2,250 | $2,301 | | $2,489 |
| Assumes 66% Fisher Value, 20% Leaseholder Value Released | GROSS SCP Offers | % Gross Awards | Interim Pay | DHECC Round 1 | DHECC Round 2 | Total of DHECC Payments | PSC Court Chart | Diff. | Total All Sources |
| Shrimpers | $278 | 28% | $78 | $200 | $354 | $554 | $1,044 | ($490) | $632 |
| Oystermen | $55 | 5% | $15 | $39 | $70 | $109 | $259 | ($150) | $124 |
| Blue Crabbers | $32 | 3% | $9 | $23 | $41 | $64 | $116 | ($52) | $73 |
| Fin Fishermen | $33 | 3% | $9 | $24 | $41 | $65 | $111 | ($46) | $74 |
| Other | $6 | 1% | $2 | $4 | $7 | $11 | $22 | ($11) | $13 |
| DH CL3 | $50 | 5% | $0 | $50 | $64 | $114 | $0 | $114 | $114 |
| IFQ | $50 | 5% | $0 | $50 | $64 | $114 | $60 | $54 | $114 |
| Oyster L/Hs | $508 | 50% | $0 | $573 | $646 | $1,219 | $689 | $530 | $1,219 |
| Total | $1,012 | 100% | $113 | $964 | $1,286 | $2,250 | $2,301 | | $2,363 |

Takeaway:  As % of Released Fishers Increases - More Pie for Claimants, But, Industry Wide, BP's Total Payout Declines

Takeaway:  As % of Released Fishers Increases - The Disparity of Result Between Leaseholders and Fishers Increases.

If 66% of Fishers signed releases, 60% of the SCP will go to pay private leaseholder property claims.

Assumes Interim Pays = 28% of Gross Offers (based on a 350 member sample)

CFs=Commercial Fishermen; LHs=Oyster Leaseholders; DH CL3=Deckhands Compensation Category 3

Oyster Leaseholder Gross Offer includes $56Mm for lost revenue.  Total All Sources includes BP& GCCF plus DHECC projected payments.

## GO FISH SCP ANALYSIS: EFFECT OF SIGNED RELEASES ON DISTRIBUTION

| % CF SIGNED RELEASES | 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Round I** | | | | | | | | | | | |
| DHCC Initial Claimant Payouts | $1,867 | $1,748 | $1,629 | $1,511 | $1,392 | $1,273 | $1,154 | $1,035 | $917 | $798 | $679 |
| L/H & IFQ Property Claims | $629 | $629 | $629 | $629 | $629 | $629 | $629 | $629 | $629 | $629 | $629 |
| Gross DHCC Award to Eligible CF | $1,188 | $1,069 | $950 | $832 | $713 | $594 | $475 | $356 | $238 | $119 | $0 |
| Less Interim Payments | $333 | $299 | $266 | $233 | $200 | $166 | $133 | $100 | $67 | $33 | $0 |
| Initial DHCC Payment to Fishermen | $855 | $770 | $684 | $599 | $513 | $428 | $342 | $257 | $171 | $86 | $0 |
| DHCC Deckhand Class 3 Fund | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| Assessment/Accounting Costs | $22 | $21 | $20 | $18 | $17 | $16 | $15 | $13 | $12 | $11 | $9 |
| **TOTAL ROUND 1** | $1,557 | $1,470 | $1,383 | $1,296 | $1,209 | $1,123 | $1,036 | $949 | $862 | $775 | $688 |
| **Round II** | | | | | | | | | | | |
| % to Fishermen | 64% | 61% | 58% | 55% | 51% | 47% | 41% | 34% | 26% | 15% | 0% |
| Second Payment to Fishermen | $435 | $508 | $535 | $553 | $559 | $549 | $521 | $465 | $373 | $227 | $0 |
| % Prop. Claims | 34% | 36% | 39% | 42% | 45% | 49% | 54% | 61% | 69% | 79% | 93% |
| Second Payment to L/H & IFQ | $230 | $299 | $354 | $418 | $493 | $582 | $689 | $821 | $987 | $1,202 | $1,493 |
| % Class III DH | 3% | 3% | 3% | 3% | 4% | 4% | 4% | 5% | 5% | 6% | 7% |
| Second Payment to Class 3 "Crew" | $18 | $24 | $28 | $33 | $39 | $46 | $55 | $65 | $78 | $96 | $119 |
| **TOTAL ROUND 2** | $683 | $830 | $917 | $1,004 | $1,091 | $1,177 | $1,264 | $1,351 | $1,438 | $1,525 | $1,612 |
| **DHECC TOTAL** | $2,149 | $2,205 | $2,202 | $2,198 | $2,194 | $2,188 | $2,181 | $2,171 | $2,160 | $2,144 | $2,122 |
| DHECC Total to L/H & IFQ | $859 | $928 | $983 | $1,047 | $1,122 | $1,211 | $1,318 | $1,450 | $1,616 | $1,831 | $2,122 |
| DHECC Total to FISHERMEN | $1,290 | $1,278 | $1,219 | $1,151 | $1,072 | $977 | $863 | $722 | $544 | $313 | $0 |
| YEARS OF LANDINGS PAID | 2.89 | 2.86 | 2.73 | 2.58 | 2.40 | 2.19 | 1.93 | 1.62 | 1.22 | 0.70 | 0.00 |
| LESS PUNITIVE DAMAGE PREMIUM | 1.45 | 1.43 | 1.37 | 1.29 | 1.20 | 1.10 | 0.97 | 0.81 | 0.61 | 0.35 | 0.00 |

Assumes GCCF released 33% of Fisher Claims/10% Oyster Lease Claims
Assumes GCCF & BP interim pays = 28% (as per WW&G client base; n=400)
L/H = Oyster Leaseholder
IFQ = IFQ Quota Owners
CF = Commercial Fishermen
CLASS 3 CREW = Undocumented Crew Claimants
Assumes the PSC is right about everything else

| DOUBLE DEDUCTION CORRECTED - EFFECT ON INDIVIDUAL RECOVERY | | | | | | | Corrected SCP | | Existing SCP | | % Diff. | As Applied |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VESSEL/ FISHERY | Adj. Bench Revenue | Saved Costs | Base Loss | Future Loss% | Base Comp | VO Base Comp | VO RTP | Corrected Offer | Yrs. of Pay | OWNER OFFER | Yrs. of Pay | Difference in % | Effective RTP |
| SHRIMP | | | | | | | | | | | | | |
| <30 | $1.50 | 15% | $1.35 | 35% | 47% | 21% | 8.25 | 1.97 | 4.06 | 1.57 | 3.24 | 25% | 6.16 |
| 30-44 | $1.44 | 14% | $1.30 | 35% | 46% | 21% | 8.25 | 1.90 | 4.02 | 1.53 | 3.24 | 24% | 6.26 |
| 45-74I | $1.38 | 14% | $1.24 | 35% | 44% | 20% | 8.25 | 1.81 | 4.07 | 1.44 | 3.24 | 26% | 6.14 |
| 45-74F | $1.26 | 15% | $1.11 | 35% | 39% | 18% | 8.25 | 1.62 | 4.29 | 1.22 | 3.24 | 33% | 5.57 |
| 75+ I | $1.26 | 19% | $1.07 | 35% | 37% | 17% | 8.25 | 1.56 | 4.82 | 1.05 | 3.24 | 49% | 4.23 |
| 75+ F | $1.26 | 18% | $1.08 | 35% | 38% | 17% | 8.25 | 1.57 | 4.72 | 1.08 | 3.24 | 46% | 4.48 |
| OYSTER | | | | | | | | | | | | | |
| Harvester | $1.10 | 13% | $0.97 | 40% | 39% | 17% | 8.75 | 1.71 | 5.47 | 1.22 | 3.90 | 40% | 5.23 |
| Leaseholder | $1.10 | 0% | $1.10 | 40% | 44% | | | | | | 3.90 | | |
| FINFISH | | | | | | | | | | | | | |
| All | $1.00 | 7% | $0.93 | 25% | 23% | 10% | 7.00 | 0.84 | 2.55 | 0.57 | 1.75 | 46% | 3.24 |
| CRAB | | | | | | | | | | | | | |
| All | $1.20 | 12% | $1.08 | 35% | 38% | 17% | 6.00 | 1.19 | 2.80 | 1.04 | 2.45 | 14% | 5.15 |
| OTHER | | | | | | | | | | | | | |
| All | $1.10 | 4% | $1.07 | 10% | 11% | 5% | 5.50 | 0.31 | 0.83 | 0.24 | 0.65 | 28% | 3.97 |

| DOUBLE DEDUCTION CORRECTED - EFFECT ON TOTAL INDUSTRY RECOVERY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VESSEL/ FISHERY | Bench Revenue | Saved Costs | Base Loss | Future Loss% | Base Comp | Owner Comp | Captain Comp | Crew Comp | Total Corrected | Total Current | Difference in $Mm |
| SHRIMP | | | | | | | | | | | |
| <30 | $18 | 15% | $15 | 35% | $5 | $23 | $21 | $2 | $46 | $42 | $5 |
| 30-44 | $52 | 14% | $45 | 35% | $16 | $72 | $57 | $8 | $136 | $122 | $14 |
| 45-74I | $83 | 14% | $71 | 35% | $25 | $115 | $68 | $20 | $203 | $180 | $23 |
| 45-74F | $8 | 15% | $6 | 35% | $2 | $10 | $6 | $2 | $18 | $16 | $3 |
| 75+ I | $60 | 19% | $49 | 35% | $17 | $79 | $39 | $17 | $134 | $106 | $28 |
| 75+ F | $197 | 18% | $161 | 35% | $56 | $258 | $128 | $55 | $440 | $353 | $87 |
| OYSTER | | | | | | | | | | | |
| Harvester | $73 | 13% | $63 | 40% | $25 | $99 | $89 | $16 | $204 | $162 | $42 |
| Leaseholder | $14 | 0% | $14 | 40% | $6 | $56 | | | $56 | $56 | $0 |
| FINFISH | | | | | | | | | | | |
| All | $84 | 7% | $78 | 25% | $20 | $62 | $41 | $13 | $116 | $96 | $20 |
| CRAB | | | | | | | | | | | |
| All | $60 | 12% | $53 | 35% | $19 | $65 | $33 | $12 | $111 | $95 | $15 |
| OTHER | | | | | | | | | | | |
| All | $44 | 4% | $42 | 10% | $4 | $14 | $7 | $3 | $23 | $18 | $6 |
| | | | | | | | Total | $1,487 | $1,245 | $242 |

## SEAFOOD HARVEST BY BASIN AND VOLUME (LWF Data)

| Pounds Caught | SPECIES | Average Volume Landings 2006-09 | | | 2010 ("%" is % of 2006-09 average) | | | | | | 2011 ("%" is % of 2006-09 average) | | | | | | 2012 | | Average Annual Changes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Fall | Annual | Spring | % | Fall | % | Total | % | Spring | % | Fall | % | Total | % | Spring | % | Lbs (% of 06-09 Aver) | Aver Pay (+/-) |
| ATCHAFALAYA | Shrimp | 965,250 | 1,478,418 | 2,443,668 | 538,000 | 56% | 1,965,148 | 133% | 2,503,148 | 102% | 791,000 | 82% | 1,537,215 | 104% | 2,328,215 | 95% | 1,097,000 | 114% | 101% | 1% |
| | Oysters Comb | 434,250 | 359,568 | 793,818 | - | 0% | 70,801 | 20% | 70,801 | 9% | 236,000 | 54% | - | 0% | 236,000 | 30% | 409,000 | 94% | 35% | -83% |
| | Blue Crab | 1,765,000 | 5,178,255 | 6,943,255 | 929,000 | 53% | 2,845,733 | 55% | 3,774,733 | 54% | 1,517,000 | 86% | 4,575,848 | 88% | 6,092,848 | 88% | 2,500,000 | 142% | 79% | -30% |
| TERREBONNE | Shrimp | 11,809,750 | 12,824,416 | 24,634,166 | 6,825,000 | 58% | 16,532,360 | 129% | 23,357,360 | 95% | 15,109,000 | 128% | 12,130,467 | 95% | 27,239,467 | 111% | 9,931,000 | 84% | 99% | -4% |
| | Oysters Comb | 921,000 | 1,226,235 | 2,147,235 | 735,000 | 80% | 880,836 | 72% | 1,615,836 | 75% | 1,309,000 | 142% | 2,681,310 | 219% | 3,990,310 | 186% | 2,057,000 | 223% | 147% | 60% |
| | Blue Crab | 3,985,750 | 6,841,222 | 10,826,972 | 2,831,000 | 71% | 3,356,336 | 49% | 6,187,336 | 57% | 2,633,000 | 66% | 5,187,380 | 76% | 7,820,380 | 72% | 2,300,000 | 58% | 64% | -55% |
| BARATARIA | Shrimp | 15,285,100 | 15,185,820 | 30,470,920 | 5,381,000 | 35% | 14,279,750 | 94% | 19,660,750 | 65% | 12,019,000 | 79% | 11,075,831 | 73% | 23,094,831 | 76% | 9,512,000 | 62% | 69% | -61% |
| | Oysters | 1,088,500 | 1,228,630 | 2,317,130 | 1,145,000 | 105% | 4,574 | 0% | 1,149,574 | 50% | 724,000 | 67% | 2,348,355 | 191% | 3,072,355 | 133% | 1,637,000 | 150% | 102% | 3% |
| | Blue Crab | 2,954,000 | 5,352,779 | 8,306,779 | 1,644,000 | 56% | 2,840,054 | 53% | 4,484,054 | 54% | 1,805,000 | 61% | 3,978,948 | 74% | 5,783,948 | 70% | 1,766,000 | 60% | 61% | -58% |
| MISSISSIPPI DELTA | Shrimp | 2,589,750 | 5,092,284 | 7,682,034 | 461,000 | 18% | 2,407,078 | 47% | 2,868,078 | 37% | 4,235,000 | 164% | 3,094,467 | 61% | 7,329,467 | 95% | 2,545,000 | 98% | 71% | -57% |
| | Blue Crab | 335,000 | 1,153,071 | 1,488,071 | 190,005 | 57% | 447,556 | 39% | 637,561 | 43% | 491,000 | 147% | 1,305,778 | 113% | 1,796,778 | 121% | 315,000 | 94% | 83% | -24% |
| PONTCHARTRAIN/ EAST BANK OF MISSISSIPPI RIVER | Shrimp | 3,244,500 | 3,603,190 | 6,847,690 | 2,123,000 | 65% | 4,107,958 | 114% | 6,230,958 | 91% | 2,851,000 | 88% | 2,204,004 | 61% | 5,055,004 | 74% | 2,087,000 | 64% | 79% | -42% |
| | Oysters Comb | 3,114,500 | 3,124,110 | 6,238,610 | 2,096,000 | 67% | 94,307 | 3% | 2,190,307 | 35% | 482,000 | 15% | 1,633,235 | 52% | 2,115,235 | 34% | 1,066,000 | 34% | 34% | -84% |
| | Blue Crab | 4,152,250 | 7,765,264 | 11,917,514 | 4,319,000 | 104% | 524,021 | 7% | 4,843,021 | 41% | 4,942,000 | 119% | 9,400,420 | 121% | 14,342,420 | 120% | 4,470,000 | 108% | 85% | -21% |
| OFFSHORE SHRIMPING | Area 13 | 4,187,500 | 6,118,607 | 10,306,107 | 592,000 | 14% | 288,823 | 5% | 880,823 | 9% | 773,000 | 18% | 969,083 | 16% | 1,742,083 | 17% | 1,787,000 | 43% | 18% | -157% |
| | Area 14 | 5,794,000 | 9,785,131 | 15,579,131 | 3,475,000 | 60% | 2,551,435 | 26% | 6,026,435 | 39% | 4,250,000 | 73% | 5,492,232 | 56% | 9,742,232 | 63% | 5,345,000 | 92% | 57% | -83% |
| | Area 15 | 2,275,500 | 2,552,056 | 4,827,556 | 2,216,000 | 97% | 362,551 | 14% | 2,578,551 | 53% | 1,490,000 | 65% | 2,303,751 | 90% | 3,793,751 | 79% | 2,566,000 | 113% | 75% | -49% |
| | Area 16 | 88,250 | 43,491 | 131,741 | 467,000 | 529% | 729,139 | 1677% | 1,196,139 | 908% | - | 0% | 98,576 | 227% | 98,576 | 75% | - | 0% | 368% | 504% |
| | Area 17 | - | - | - | 129,000 | | - | | 129,000 | | - | | - | | - | | - | | | |
| CALCASIEU RIVER | Shrimp | 1,303,000 | 1,991,582 | 3,294,582 | 1,358,000 | 104% | 1,613,124 | 81% | 2,971,124 | 90% | 1,120,000 | 86% | 1,511,292 | 76% | 2,631,292 | 80% | 530,000 | 41% | 78% | -44% |
| | Oysters Comb | 250,250 | 154,227 | 404,477 | 721,000 | 288% | 272,368 | 177% | 993,368 | 246% | 484,000 | 193% | 121,960 | 79% | 605,960 | 150% | 104,000 | 42% | 161% | 78% |
| | Blue Crab | 1,304,750 | 1,302,431 | 2,607,181 | 1,049,000 | 80% | 995,755 | 76% | 2,044,755 | 78% | 959,000 | 74% | 1,114,793 | 86% | 2,073,793 | 80% | 699,000 | 54% | 74% | -38% |
| MERMENTAU RIV. | Shrimp | 72,500 | 109,251 | 181,751 | 16,000 | 22% | 29,817 | 27% | 45,817 | 25% | 71,000 | 98% | 199,315 | 182% | 270,315 | 149% | 7,000 | 10% | 74% | -51% |
| | Blue Crab | 789,000 | 1,098,548 | 1,887,548 | 501,000 | 63% | 533,970 | 49% | 1,034,970 | 55% | 388,000 | 49% | 609,465 | 55% | 997,465 | 53% | 320,000 | 41% | 52% | -74% |
| SABINE RIVER | Shrimp | - | 23,443 | 23,443 | 28,000 | | 128,530 | 548% | 156,530 | 668% | 22,000 | | 95,655 | 408% | 117,655 | 502% | - | | 585% | 913% |
| | Blue Crab | 1,750 | - | 1,750 | - | 0% | - | | - | 0% | - | 0% | 6,620 | | 6,620 | 378% | 10,004 | 572% | 317% | 347% |

| BASIN | SPECIES | Average 2006-09 | | | 2010 | | | | | | 2011 | | | | | | 2012 | | Post Spill Harvests as % of 2006-09 Average | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Fall | Annual | Spring | % | Fall | % | Annual | % | Spring | % | Fall | % | Annual | % | Spring | % | Lbs. | Pay |
| TOTALS FOR PERIOD: 2006-2012 | WhShr | 19,338,850 | 54,146,354 | 73,485,204 | 12,480,000 | 65% | 42,687,570 | 79% | 55,167,570 | 75% | 17,211,000 | 89% | 33,925,668 | 63% | 51,136,668 | 70% | 19,436,000 | 101% | 76% | -48% |
| | BrShr | 30,483,750 | 7,823,858 | 38,307,608 | 12,229,000 | 40% | 3,174,140 | 41% | 15,403,140 | 40% | 28,156,000 | 92% | 8,333,436 | 107% | 36,489,436 | 95% | 18,030,000 | 59% | 65% | -67% |
| | Shrimp (All) | 49,822,600 | 61,970,212 | 111,792,812 | 24,709,000 | 50% | 45,861,710 | 74% | 70,570,710 | 63% | 45,367,000 | 91% | 42,259,104 | 68% | 87,626,104 | 78% | 37,466,000 | 75% | 72% | -56% |
| | Oyster | 5,808,500 | 6,092,769 | 11,901,269 | 4,697,000 | 81% | 1,322,886 | 22% | 6,019,886 | 51% | 3,235,000 | 56% | 6,784,860 | 111% | 10,019,860 | 84% | 5,273,000 | 91% | 72% | -36% |
| | Blue Crab | 15,287,500 | 28,691,570 | 43,979,070 | 11,463,005 | 75% | 11,543,425 | 40% | 23,006,430 | 52% | 12,735,000 | 83% | 26,179,252 | 91% | 38,914,252 | 88% | 12,380,004 | 81% | 72% | -41% |
| TOTALS | All Seafood | 70,918,600 | 96,754,551 | 167,673,151 | 40,869,005 | 58% | 58,728,021 | 61% | 99,597,026 | 59% | 61,337,000 | 86% | 75,223,216 | 78% | 136,560,216 | 81% | 55,119,004 | 78% | 72% | |

This data shows where seafood was caught. Landings show where fish is sold. As fishers usually sell near home ports, "area caught" provides a far better picture of basin impacts.

"Pay +/-" (last column) takes the post spill average catch (second to last column) and translates it into average annual lost pay using BP/PSC cost assumptions.

| GO FISH ANALYSIS: TOP CLOSELY RELATED LEASEHOLDER CLAIMS | | | | |
|---|---|---|---|---|
| Closely Held Networks Control 35% of LWF Oyster Leases | Acres | Annual Rent Paid | Offer/Acre | Est. SCP Offer - Property Claim Only |
| Group 1 | 28,062 | 56,124 | $2,000 | $56,124,000 |
| Group 2 | 25,979 | 51,958 | | $36,518,000 |
| Group 3 | 14,062 | 28,124 | $2,000 | $28,124,000 |
| Group 4 | 9,125 | 18,250 | $2,000 | $18,250,000 |
| Group 5 | 16,734 | 33,468 | | $12,624,000 |
| Group 6 | 5,338 | 10,676 | $2,000 | $10,676,000 |
| Group 7 | 5,324 | 10,648 | $2,000 | $10,648,000 |
| Group 8 | 5,220 | 10,440 | $2,000 | $10,440,000 |
| Group 9 | 4,842 | 9,684 | $2,000 | $9,684,000 |
| Group 10 | 4,756 | 9,512 | $2,000 | $9,512,000 |
| Group 11 | 4,276 | 8,552 | $2,000 | $8,552,000 |
| Group 12 | 4,117 | 8,234 | $2,000 | $8,234,000 |
| Group 13 | 6,005 | 12,010 | | $7,592,400 |
| Group 14 | 3,498 | 6,996 | | $7,235,600 |
| Group 15 | 5,560 | 111,200 | | $6,987,000 |
| Round One Totals | 137,338 | $274,676 | | $241,201,000 |
| Est. Round Two | | | | $171,252,710 |
| DHECC TOTAL | | | | $412,453,710 |

Assumes *no privately owned oyster leases*
Data obtained from www.oysterlease.wlf.la.gov/oyster/