IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico on April 20, 2010 | * | SECTION J (2) |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| No. 12-2401 | * | MAG. JUDGE WILKINSON |

## CONSENT AND JOINDER AS A PLAINTIFF

I hereby consent to being named as a party plaintiff and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Worley Catastrophe Response, LLC and/or Worley Catastrophe Services, LLC in connection with this Action.  I also consent and agree, if such consent is necessary, to file this claim on behalf of all others similarly situated.  Attached is a copy of the executed attorney-client representation agreement with my legal counsel.

Date: _____10-31_____, 2012

_____JOHN  BAUMAN_____
Print Name

_____Sal Bauman_____
Signature