```
 1                    UNITED STATES DISTRICT COURT

 2                 THE EASTERN DISTRICT OF LOUISIANA

 3                           AT NEW ORLEANS

 4

 5   IN RE:  OIL SPILL BY THE OIL RIG    *   10-MD-2179-CJB-SS
                DEEPWATER HORIZON IN THE   *   Sect. (J)(1)
 6              GULF OF MEXICO ON          *
                APRIL 20, 2010             *   October 26, 2012
 7                                         *
                                           *
 8   Applies to:   All Cases              *   9:30 a.m.
     **************************************
 9

10

11                   DISCOVERY STATUS CONFERENCE

12            BEFORE THE HONORABLE SALLY SHUSHAN

13               UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19   SUSAN A. ZIELIE, RMR, FCRR
     Official Court Reporter
20   HB 406
     500 Poydras Street
21   New Orleans, Louisiana 70130
     susan_zielie@laed.uscourts.gov
22   504.589.7781

23
     Proceedings Recorded by Computer-aided Stenography Transcription
24   Software.

25
```

```
 1    APPEARANCES:

 2    Plaintiffs' Liaison      DOMENGEAUX WRIGHT ROY & EDWARDS
      Counsel:                 BY:  JAMES P. ROY, ESQ.
 3                             PO Box 3668
                               556 Jefferson Street
 4                             Lafayette LA 70502

 5                             HERMAN HERMAN KATZ & COTLAR
                               BY:  STEPHEN J. HERMAN, ESQ.
 6                             820 O'Keefe Avenue
                               New Orleans LA 70113

 7
      For the Plaintiffs:      IRPINO LAW FIRM
 8                             BY:  ANTHONY IRPINO, ESQ.
                               One Canal Place
 9                             365 Canal Street
                               Suite 2990
10                             New Orleans LA 70130

11    For the Plaintiffs:      BREIT DRESCHER IMPREVENTO & WALKER
                               BY:  JEFFREY A. BREIT, ESQ.
12                             1000 Dominion Tower
                               999 Waterside Drive
13                             Lafayette LA 70502

14                             WEITZ & LUXENBERG, PC
                               ROBIN GREENWALD, ESQ.
15                             700 Broadway
                               New York NY 10003

16
      For the Plaintiffs:      LEVIN PAPANTONIO THOMAS MITCHELL
17                               RAFFERTY & PROCTOR
                               BY:  BRIAN H. BARR, ESQ.
18                             316 South Baylen Street
                               Suite 600
19                             Pensacola FL 32502

20    For the Plaintiffs:      WILLIAMSON & RUSNAK
                               BY:  JIMMY WILLIAMSON, ESQ.
21                             4310 Yoakum Boulevard
                               Houston TX 77006

22    For the Plaintiffs:      Breit Drescher Imprevento & Walker
23                             BY:  JEFFREY A. BREIT, ESQ.
                               1000 Dominion Tower
24                             999 Waterside Drive
                               Lafayette LA 70502

25
```

```
 1    APPEARANCES:

 2    For the Plaintiffs:      Levin Papantonio Thomas Mitchell
                               BY:   BRIAN H. BARR, ESQ.
 3                             316 South Baylen Street, Suite 600
                               Pensacola, FL 32502
 4
      For the Plaintiffs:      Herman Herman Katz & Cotlar LLP
 5                             BY:  STEPHEN J HERMAN, ESQ.
                                    SOREN GISLESON, ESQ.
 6                             820 O'Keefe Avenue
                               New Orleans, LA 70113
 7
      For the Plaintiffs:      Williamson & Rusnak
 8                             BY:  JIMMY WILLIAMSON, ESQ.
                               4310 Yoakum Boulevard
 9                             Houston TX 77006

10    For the Plaintiffs:      IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQ.
11                             One Canal Place
                               365 Canal Street
12                             Suite 2990
                               New Orleans LA 70130
13
      For the Federal          US DEPARTMENT OF JUSTICE
14    Government Interests:    BY:  R. MICHAEL UNDERHILL, ESQ.
                                    STEVE O'ROURKE, ESQ.
15                             450 Golden Gate Avenue
                               Room 7-5395
16                             San Francisco CA 94102

17    For the United States    Environmental Enforcement Sct.
      Of America:              US Department of Justice
18                             BY:  STEVE O'ROURKE, ESQ.
                               PO Box 7611
19                             Washington DC 20044

20    For the State of         ATTORNEY GENERAL OF ALABAMA
      Alabama:                 BY:  COREY L. MAZE, ESQ.
21                             500 Dexter Avenue
                               Montgomery Al 36130
22
      For the State of         KANNER & WHITELEY, LLC
23    Louisiana:               BY:  DOUGLAS R. KRAUS, ESQ.
                               701 Camp Street
24                             New Orleans LA 70130

25
```

```
1    APPEARANCES:

2    For the Defendant:        KIRKLAND & ELLIS, LLP
                               BY:  J. ANDREW LANGAN, ESQ.
3                                   RYAN BABIUCH, ESQ.
                               300 N. Lasalle
4                              Chicago, IL 60654

5    For the Defendant:        KIRKLAND & ELLIS, LLP
                               BY:  ROBERT R. GASAWAY, ESQ.
6                              655 Fifteenth Street NW
                               Washington DC 20005
7
     For the Defendant:        FRILOT, LLC
8                              BY:  KERRY J. MILLER, ESQ.
                               1100 Poydras Street
9                              Suite 3700
                               New Orleans LA 70163
10
     For the Defendant:        SUTHERLAND ASBILL & BRENNAN, LLP
11                             BY:  DAVID BAAY, ESQ.
                               1001 Fannin Street
12                             Suite 3700
                               Houston TX 77002
13
     For the Defendant:        MUNGER TOLLES & OLSON
14                             BY:  GRANT A. DAVIS-DENNY, ESQ.
                               355 South Grand Avenue
15                             35th Floor
                               Los Angeles CA 90071
16
     For the Defendant:        STONE PIGMAN WALTHER WITTMAN, LLC
17                             BY:  DAVID BECK, ESQ.
                                    MAGGIE BROUSSARD, ESQ.
18                             546 Carondelet Street
                               New Orleans LA 70130
19
                               BECK REDDEN & SECREST
20                             BY:  TOM GARUCLEAU, ESQ.
                               One Houston Center
21                             1221 McKinney Street
                               Suite 4500
22                             Houston TX 77010-2010

23

24

25
```

```
1    APPEARANCES:

2    For the Defendant:        GODWIN RONQUILLO, PC
                               BY:  DONALD E. GODWIN, ESQ.
3                                   BRUCE BOWMAN, ESQ.
                                    JENNY L. MARTINEZ, ESQ.
4                                   SEAN FLEMING, ESQ.
                                    LAUREN MITCHELL, ESQ.
5                                   ALISON BATTISTE, ESQ.
                                    ERIKA TOLEDO, ESQ.
6                              1201 Elm Street
                               Suite 1700
7                              Dallas TX 75270

8    For the Defendant:        GODWIN RONQUILLO, PC
                               BY:  R. ALAN YORK, ESQ.
9                              1331 Lamar
                               Suite 1665
10                             Houston TX 770101

11   For the Defendant:        KUCHLER POLK SCHELL WEINER
                                 & RICHESON, LLC
12                             BY:  SARAH IIAMS, ESQ.
                               1615 Poydras Street, Suite 1300
13                             New Orleans LA 70112

14   For the Defendant:        BINGHAM MCCUTCHEN, LLP
                               BY:  WARREN A. FITCH, ESQ.
15                             2020 K Street NW
                               Washington DC 20006
16
     For the Defendants:       MONTGOMERY BARNETT
17                             BY:  PATRICK O'KEEFE, ESQ.
                               3300 Energy Center
18                             1100 Poydras Street
                               New Orleans LA 70163-3300
19
                               WEIL
20                             BY:  TED TSEKERIDES, ESQ.
                               767 Fifth Avenue
21                             New York NY 10153

22

23

24

25
```

```
 1    APPEARING TELEPHONIC1ALLY:

 2                        SARAH HEMMELHOCK, ESQ.
                          MARK NOMILLINI, ESQ.
 3                        WINFIELD SINCLAIR, ESQ.
                          LAURA MAYBERRY, ESQ.
 4                        AARON CHRISTIAN, ESQ.
                          BILL STRADLEY, ESQ.
 5                        MIKE PETRINO, ESQ.
                          SARAH HIMMELHOCH, ESQ.
 6                        NAT CHAKERES, ESQ.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                 WORKING GROUP CONFERENCE
                          AGENDA
2
    PHASE ONE PREPARATION
3
    1.  Phase One Exhibits                          15
4   2.  Phase One Witness List                      18
    3.  Pretrial Order for Preparation for Trial of
5        Phase One                                  19
    4.  Motions Regarding Adverse Inferences Based on
6        Assertions of Fifth Amendment

7
                        PHASE TWO
8
        Inspection and Testing of Equipment Stored at Michoud
9

10               PHASE TWO DOCUMENT PRODUCTION

11  1. US Clawback of Deposition Exhibit 9146       22
    2. US Production of Unlogged Previously
12       Withheld Documents (QA/QC)                 22
    3.  Professor Ira Leifer Document Production     24
13  4.  US Document Production

14
                  PHASE TWO FACT DEPOSITIONS
15  1.  BP's Request for Depositions of US Contractors
    2.  Update of Fact Depositions                  28
16  3.  Reasonable Costs for Depositions
    4.  Scheduled Rule 30(b)(6) Depositions         27
17

18                    PHASE TWO EXHIBITS

19  1.  Preliminary Good Faith Exhibit Lists and
         Objections to Deposition Exhibits          28
20

21

22

23

24

25
```

| | | |
|---|---|---|
| :26:11 | 1 | NEW ORLEANS, LOUISIANA; FRIDAY, OCTOBER 26, 2012 |
| :26:11 | 2 | 10:30 A.M. |
| :26:11 | 3 | THE COURT:  Hello, phone participants.  How are you |
| :26:11 | 4 | doing? |
| :37:03 | 5 | MS. HIMMELHOCH:  Fine, Your Honor.  How are you? |
| :37:03 | 6 | THE COURT:  Okay. |
| :37:04 | 7 | Sorry to keep you waiting.  We had a grand jury |
| :37:09 | 8 | Indictment, and everyone wanted to know whether it Indicted Don |
| :37:13 | 9 | Godwin or not.  I cannot reveal that information.  As you know, |
| :37:20 | 10 | it's all quite secret. |
| :37:25 | 11 | MR. STERBCO:  Donald, don't say anything.  Don't say a |
| :37:27 | 12 | word.  Don't talk. |
| :37:29 | 13 | MR. GODWIN:  They're saying you're still trying, Judge. |
| :37:33 | 14 | THE COURT:  So now I'm going to call on Kerry Miller to |
| :37:36 | 15 | explain what's up on the projection screen. |
| :37:42 | 16 | For those of you who are our phone participants, |
| :37:45 | 17 | we have two people standing over a fairly large pot.  One of |
| :37:50 | 18 | them is Judge Barbier, one is Judge Milazzo's husband, John |
| :37:56 | 19 | Milazzo. |
| :37:58 | 20 | So where is this, Kerry? |
| :37:59 | 21 | MR. MILLER:  This would appear to be in Napoleonville, |
| :38:04 | 22 | Louisiana. |
| :38:04 | 23 | THE COURT:  That is correct. |
| :38:05 | 24 | And it is -- the backyard boarders on a sugarcane |
| :38:11 | 25 | field. |

:38:12  1          MR. MILLER:  Correct.  It is based on the old arpin

:38:16  2   system in Louisiana whereas the front looks on to Bayou

:38:22  3   Lafourche.  And, when the land was settled, people got arpins

:38:25  4   back to the bayou, that is listed by the length of the arpin

:38:30  5   going back.  And so, throughout this area of south Louisiana,

:38:32  6   the high land is on the bayou.  In fact, where you were, you're

:38:36  7   probably 14 or 15 feet above sea level.  And it runs all the way

:38:41  8   back into marshland.  So, between the highland at the bayou and

:38:45  9   the marshland are all sugarcane fields.

:38:50  10         THE COURT:  All sugarcane.

:38:52  11            And they harvesting.  And I forgot that, when you

:38:57  12   harvest, after you harvest, you burn the field.

:39:00  13         MR. MILLER:  That's correct.  And, actually, harvesting

:39:05  14   is called grinding.

:39:07  15            She's a city girl, what can you say.

:39:09  16         THE COURT:  So, explain the burning process, because I

:39:13  17   had forgotten that.

:39:16  18         MR. MILLER:  They don't burn as much as they used to

:39:18  19   because of the updates in technology of cane cutting.

:39:20  20            But what you do is, for everyone who has not seen

:39:25  21   a cane stalk, it is about 12 or 14 feet high.  In the middle of

:39:30  22   it is a stalk, kind of like a smaller bamboo stock.  And then

:39:35  23   you have green grass that grows through the top of it.

:39:37  24            And so what you're burning is you're burning the

:39:41  25   grass.  Because the sugar only grows within the stalk.

| | |
|---|---|
| :39:49 | 1 |
| :39:51 | 2 |
| :39:58 | 3 |
| :40:00 | 4 |
| :40:05 | 5 |
| :40:08 | 6 |
| :40:14 | 7 |
| :40:22 | 8 |
| :40:25 | 9 |
| :40:25 | 10 |
| :40:29 | 11 |
| :40:31 | 12 |
| :40:31 | 13 |
| :40:35 | 14 |
| :40:37 | 15 |
| :40:40 | 16 |
| :40:45 | 17 |
| :40:45 | 18 |
| :40:50 | 19 |
| :40:55 | 20 |
| :40:59 | 21 |
| :41:02 | 22 |
| :41:07 | 23 |
| :41:12 | 24 |
| :41:13 | 25 |

1    And so, the equipment cuts it to the ground, cuts

2  it into three or four pieces, two or three feet long.  And then

3  it's brought to the truck -- and that's a different story -- and

4  then brought to the mill.  But what's burned is the grass,

5  because the burning temperature is at a high temperature.

6         THE COURT:  By the way, this is a picture of Judge

7  Barbier stirring the pot.

8         MR. MILLER:  He stirred the pot on two consecutive

9  Fridays.

10         THE COURT:  Then, Kerry, I have another picture there

11  that was supplied by Mr. Underhill.  Could you put that up for

12  us?

13         MR. MILLER:  I'd like to make one more comment about

14  Judge Barbier and this pot.

15             For those of who don't know, there is maybe no

16  greater smell on earth than a cast iron pot -- and what's likely

17  in it at this point, because you can't see any rice or liquid --

18  you use these pots to make gumbo or jambalaya.  So what's in the

19  bottom is flour and oil and onions and garlic and bell peppers

20  and celery.  And you get this just tremendous smell, because

21  there's the fire and the cast iron.  The pot is probably 70 or

22  80 years old, and it's cured.  So it has its own smell to it to

23  begin with.  And, as soon as it's fired up, you just create this

24  aroma with it.

25         THE COURT:  For those of you who don't know what cured

:41:16  1    is, it means it's not clean.

:41:19  2            MR. MILLER:  Yeah, I wasn't talking about the

:41:20  3    Halliburton semen either.

:41:24  4            THE COURT:  Okay, Mr. Underhill --

:41:28  5            MR. GODWIN:  It's been a bad day.

:41:30  6            THE COURT:  You're having a bad day, Don?

:41:33  7            MR. GODWIN:  Bad day, Judge.

:41:36  8            THE COURT:  So, Mr. Underhill, do you want to come talk

:41:38  9    about the next picture?

:41:40  10           MR. UNDERHILL:  Happily so.

:41:42  11               By the way, I didn't know Kerry used to be a

:41:44  12   sharecropper.

:41:46  13           MR. MILLER:  My family were sharecroppers.

:41:49  14           MR. UNDERHILL:  Really?  Good for you.

:41:51  15               What we're looking at -- you on the phone won't

:41:53  16   see it -- but somebody told me I was making a scrapbook last

:41:57  17   night.  What it is is a couple of pictures from the Giant's

:42:01  18   World Series, what the cognoscenti call Mays Field, Willie Mays

:42:04  19   Field.  It's officially AT&T Park.  We don't like the corporate

:42:09  20   logo.

:42:10  21               Anyway, the top is viewing from the first base

:42:13  22   side out, the opening game last Wednesday night when the Giants

:42:16  23   were victorious, as they were last night, with the jets flying

:42:20  24   overhead, the ceremonial jets.

:42:20  25           THE COURT:  Fly-over jets.

```
:42:21   1        MR. UNDERHILL:  Giant American flag being unfurled on
:42:24   2   the ground, and both teams lined up in the first and third base
:42:28   3   sides.
:42:28   4        The bottom picture is our local hero -- actually,
:42:36   5   he's Venezuelan, but now adopted local, Pablo Sandoval,
:42:42   6   otherwise known as Kung Fu Panda, scoring on one of his home
:42:47   7   runs.  He hit three home runs, and entered the pantheon with
:42:47   8   Babe Ruth, Albert Pujols and Reggie Jackson as the only players
:42:56   9   ever to hit three home runs in a World Series, and Babe Ruth has
:42:58  10   two of those, the 26 and 28 series.  So they won last night.
:43:03  11        And I continue to gripe about Southerners.  Last
:43:05  12   night, I missed my game -- my daughter went and sat in my
:43:09  13   seat -- I missed the game to come here to listen to Judge
:43:13  14   Barbier stir the pot today.  And I sat through the game in a
:43:18  15   local bar, I thought, it's a sports bar, all kind of TVs, going
:43:23  16   to be a great influence.  There was one TV watching baseball,
:43:26  17   the rest of them are watching Thursday night football, the
:43:29  18   Vikings vs. The Tampa Bay Buccaneers.  The sound was on the
:43:35  19   football, and I thought:  Does anybody here really care about
:43:38  20   the Vikings or Tampa Bay?  It's New Orleans.  But I could not
:43:42  21   convince the bartender to put the baseball game on the sound.
:43:46  22        THE COURT:  But you watched?
:43:48  23        MR. UNDERHILL:  But I watched it.  And I can lip read.
:43:50  24        THE COURT:  There you go.  So you're on Cloud Nine, Mr.
:43:53  25   Underhill.
```

:43:55   1          MR. UNDERHILL:  Yes.

:43:55   2          THE COURT:  That's good.

:43:56   3                  All right.  So let's get ourselves going.

:43:59   4                  Phase One preparation.

:44:01   5                  Let's get a report on Phase One exhibits.  Where

:44:06   6    we left off last week as I remember it, is because all of the

:44:10   7    parties have loaded the exhibits on to their own systems, nobody

:44:16   8    wants to incur the expense of watermarking everything.  You all

:44:22   9    were supposed to talk this week and try to figure out if there's

:44:26  10    anything we can do, other than have each party be responsible

:44:30  11    for making objective and subjective redactions of the exhibits

:44:37  12    they have loaded on.  And then, working with the number that you

:44:56  13    have identified, Allen, to get those taken care of in addition.

:44:58  14                  So you want to give us a report?

:45:00  15          MR. YORK:  Sure.

:45:01  16                  Good morning, Your Honor, Allen York for

:45:03  17    Halliburton.

:45:04  18                  As we told the Court last week, we did have a

:45:07  19    conference last week with the PSC with the United States on

:45:09  20    Wednesday.  We also had a call with BP on Thursday.  I'm happy

:45:13  21    to report that good progress was made.

:45:16  22                  PSC and Halliburton are continuing to work on

:45:19  23    resolving the last issues of the list of 500 problematic

:45:23  24    documents.  Mr. Breit has been in correspondence with us, his

:45:26  25    team is working on it.  We're hopeful in moving forward, with

:45:31   1   the primary point at this point of addressing those documents

:45:34   2   that have been identified to be potentially or problematic, so

:45:36   3   that those can be fixed.  And then everyone can have those fixed

:45:42   4   documents, and we have those.

:45:43   5          THE COURT:  And you've narrowed it down to about 500?

:45:47   6          MR. YORK:  Well, there was an original list of 2,700

:45:49   7   that was sent to the PSC.  And then a subset of that of 500 that

:45:54   8   were still seen as potentially problematic.

:45:57   9          And, like I say, the PSC is doing a great job of

:46:00  10   working.  I think we're being very constructive in the way that

:46:03  11   it's moving forward.

:46:04  12          We're still working toward the same goal of having

:46:05  13   the same goal, to have a spreadsheet to all the parties that

:46:10  14   will identify all of the proposed fixes.  Nothing has been

:46:13  15   touched, altered other anything like that.  This is just going

:46:15  16   to get information to everyone.  If anyone has a problem with

:46:20  17   it, we can try to get everybody on the same page.  We're

:46:22  18   continuing to work toward that goal.

:46:26  19          With regard to the other issues, the objective and

:46:28  20   subjective issues, the PSC and the United States made their

:46:31  21   positions clear.  We understand those positions.  I had a

:46:34  22   another conversation with Mike Underhill this morning.  We

:46:36  23   talked about it.  We're visiting with our clients as well to see

:46:38  24   what the best way is for us to get to the goal we need to get

:46:41  25   to, touching the least number of documents and causing the least

```
:46:48  1    amount of upheaval.  Which of course was never our intent in the
:46:51  2    first place.
:46:52  3              THE COURT:  Of course.
:46:53  4              MR. YORK:  But the one thing I will say, and we did
:46:56  5    want to put a placeholder down, that based on what the Court
:46:59  6    said last week.  We understand that, once trial begins, we'll
:47:02  7    have that marshalling conference at the end of each week.  To
:47:05  8    the extent there is a document that does have a piece of
:47:07  9    personal or confidential information that a party pulls up, we
:47:10  10   would like to reserve the right that, before that gets released
:47:14  11   to the public, before it goes into the evidentiary record, that
:47:16  12   the parties would have the opportunity to at least look at
:47:19  13   redacting some of that personal, confidential information to
:47:22  14   protect the interests that I think all parties have the same
:47:25  15   interest in protecting.
:47:26  16             THE COURT:  I think that's more than place marker.  I
:47:29  17   think that's something that we should definitely implement so
:47:33  18   that we don't have the problem that we all are concerned about.
:47:40  19             MR. YORK:  In addition, we've told the PSC and the
:47:42  20   United States, there are a very limited universe of documents
:47:44  21   that include, for example, pricing information.  We've talked
:47:47  22   about it for the last several weeks.  That's going to be maybe
:47:50  23   30 documents, something like that.  We'll provide the parties
:47:53  24   notice of that so that they are at least on notice of where it
:47:56  25   is.
```

:47:57  1          But I think that the number one goal at this point

:48:00  2    is moving forward with the spreadsheet to the fixed documents.

:48:03  3    And we will continue working productive with the PSC and the

:48:07  4    other parties to get that done.

:48:08  5          THE COURT:  All right.  Thank you.  That's a good

:48:11  6    report.

:48:11  7               Okay.  Transocean has submitted for everybody to

:48:16  8    look at the rule to show cause why the witnesses that were

:48:20  9    listed by the MOEX and Anadarko should not be dropped from Phase

:48:26  10   One.

:48:26  11              Has everybody had an opportunity to look at that?

:48:30  12   And does anybody have an objection?

:48:34  13         MR. LANGAN:  Your Honor, Andy Langan for BP.

:48:37  14              We will have a comment or two.  And I don't know

:48:39  15   -- remember the name -- to take one example, there might have

:48:43  16   been a witness from MI or Weatherford that's on the list that

:48:47  17   actually there's a prior order that said it would be okay if we

:48:51  18   add them to our will-call list.  So, I don't blame Kerry about

:48:56  19   this, but there is a little history about that one witness.

:48:59  20              So if we could have a little more time?

:49:01  21         THE COURT:  We'll carry it over.

:49:03  22         MR. MILLER:  It does include a Weatherford witness.

:49:06  23   That was the other dismissed party.  So that's what Andy is

:49:10  24   talking about.

:49:11  25         MR. LANGAN:  Happy to set a deadline.

:49:11  1        MR. STERBCO:  Paul Sterbco for the PSC.

:49:15  2            We're in the same position, we just need a little

:49:19  3  more time.

:49:19  4        THE COURT:  Take a little more time, carry it over.

:49:22  5  You'll get to me -- how about next week?  Okay?

:49:27  6            All right.  We have taken a look at the PSC's

:49:33  7  draft proposed pretrial order, which we circulated on October

:49:39  8  15th.  We're supposed to have comments by November 15th.  If you

:49:45  9  all have not started looking at it, please do so.

:49:53  10            We've got the motions regarding adverse

:49:56  11  inferences, case on Fifth Amendment, the responses.  The replies

:50:02  12  are coming in on Wednesday, November 7th.  We'll take that up

:50:05  13  shortly thereafter.

:50:08  14            Let's talk about the inspection and testing of

:50:11  15  equipment at Michoud.

:50:15  16            I had a communication from Special Master and

:50:20  17  Captain Engelbert.  She would like ya'll to start talking about

:50:26  18  preservation, now that the testing at Michoud is over.

:50:32  19            Come on up, Rob.

:50:34  20            Did she discuss that with you?

:50:36  21        MR. GASAWAY:  Your Honor, she did, briefly.  I

:50:38  22  understand that -- excuse me, Your Honor.  Rob Gasaway for BP.

:50:43  23            She did briefly.  I understand that there was, as

:50:47  24  we have talked about with the Court, some mold issues with some

:50:50  25  of the particular materials that had been looked at or sampled

| | | |
|---|---|---|
| :50:55 | 1 | in some way before. |
| :50:57 | 2 | Captain Engelbert, who is always conscientious, |
| :51:01 | 3 | wants to stop mold before it starts, stop it in its tracks.  And |
| :51:05 | 4 | she had a couple of ideas about that.  And we're obviously happy |
| :51:08 | 5 | to talk to her. |
| :51:09 | 6 | I think one of the issues has to do with, you |
| :51:12 | 7 | know, can you refrigerate it, can you freeze it, is there space |
| :51:15 | 8 | at NASA. |
| :51:16 | 9 | But we'd be more than happy to take the lead on |
| :51:20 | 10 | having a discussion about preservation issues. |
| :51:22 | 11 | Obviously, the United States has typically been |
| :51:26 | 12 | interested in the issue of preservation of evidence.  So we'd |
| :51:29 | 13 | incorporate them and any others into that discussion as well. |
| :51:33 | 14 | THE COURT:  Good.  And I'll circulate the list of ideas |
| :51:37 | 15 | that Captain Engelbert came up with, which include |
| :51:41 | 16 | refrigeration, which include freezing, which include possible |
| :51:46 | 17 | destruction. |
| :51:53 | 18 | MR. GASAWAY:  Preservative destruction, okay. |
| :51:56 | 19 | THE COURT:  Exactly. |
| :51:57 | 20 | So I'll circulate those items, and we can just |
| :52:00 | 21 | start the discussion. |
| :52:01 | 22 | MR. GASAWAY:  Very good, Your Honor. |
| :52:02 | 23 | THE COURT:  Okay. |
| :52:03 | 24 | So you want to give us a report on testing, |
| :52:07 | 25 | dissemination of information?  Anything to give us on that? |

:52:12   1           MR. GASAWAY:  All good news, Your Honor.

:52:13   2           THE COURT:  Good.

:52:14   3           MR. GASAWAY:  Our laser scanning at Michoud is

:52:17   4   complete, and we are now testing at Intertek in both

:52:20   5   Pennsylvania and New Jersey.

:52:22   6               We saw the Court's order about the amended

:52:25   7   protocol.  We got that on file on Tuesday.  We had a follow-up

:52:28   8   question about where exactly in our massive production the

:52:33   9   standard operating procedures are.  So we shared that first with

:52:36  10   the United States and then with the Court and the other parties,

:52:39  11   gave some Bates number as 157 to 162.  So I think we're all on

:52:44  12   track as we stand here today.

:52:45  13           THE COURT:  Good.

:52:46  14               Now, I've not heard from Captain Engelbert on the

:52:48  15   revised protocol.  And, as soon as I do, I intend to go ahead

:52:53  16   and enter it.  So that's where we are now.

:52:56  17           MR. GASAWAY:  Thank you very much, Your Honor.

:52:57  18           THE COURT:  Okay.  Thank you.

:52:59  19           MR. GASAWAY:  Just so everybody knows, we are going

:53:00  20   forward with testing, as I said.  So obviously we're videoing on

:53:05  21   that.  I know the Court let the United States especially know

:53:08  22   that, if they wanted to send somebody to either New Jersey or

:53:12  23   Pennsylvania, they can.  So, if they would want to take

:53:14  24   advantage of that option, as opposed to the video option, they

:53:18  25   just should contact BP.

:53:19  1          THE COURT:  Good.

:53:21  2          MR. GASAWAY:  Thank you.

:53:21  3          THE COURT:  Mr. O'Rourke, anything to add?

:53:26  4          MR. O'ROURKE:  No.

:53:26  5          THE COURT:  Okay.  Let's see.  Phase Two, the clawback

:53:30  6  of Exhibit 9146 has been resolved.  We appreciate the US's

:53:37  7  intent to simplify the issues, and we thank you for that.

:53:45  8          The issue with regard to previously unlogged

:53:50  9  documents, we had a very helpful conference yesterday between BP

:53:55  10  and the US.  And I think most of the issues, I'm pleased to

:54:00  11  report, were resolved.

:54:01  12          Thank you, Sarah.

:54:04  13          MS. HIMMELHOCH:  You're welcome, Your Honor.

:54:05  14          THE COURT:  I was a little bit more energetic

:54:10  15  yesterday.  Wouldn't you say?

:54:12  16          MS. HIMMELHOCH:  I would say so, yes.

:54:13  17          THE COURT:  I won't do that here.

:54:15  18          Okay.  We also had a telephone conference earlier

:54:18  19  this week with University of California, Santa Barbara, BP and

:54:23  20  the United States.

:54:25  21          Rob, anything further we need to cover on that?

:54:28  22          MR. GASAWAY:  Good morning, Your Honor.

:54:34  23          It continues to be a frustration.  We sent revised

:54:38  24  search terms.  We took out a lot of the search terms and made

:54:42  25  some help, about 20 percent in terms of the documents reduction.

:54:47  1          We queried them a little bit more, the team of

:54:51  2   lawyers that we talked to.

:54:53  3          It turns out they really -- it does not seem to

:54:57  4   have gotten very far in the actual substantive work of reviewing

:55:01  5   any of these emails.  They said that they were preparing to

:55:05  6   review, et cetera.  We asked, after we revised the search terms,

:55:09  7   when they would be ready, to get through all of them.  We really

:55:14  8   haven't gotten a good answer to that.

:55:15  9          So, you know, it continues to be a frustrating

:55:18  10  process, Your Honor.

:55:19  11          THE COURT:  It does.

:55:20  12          And they made the offer of contract lawyers, and

:55:23  13  maybe that's something we should turn our attention to, to try

:55:28  14  to speed the process up.

:55:30  15          MR. GASAWAY:  Well, maybe, Your Honor.  But this is a

:55:32  16  subpoena that's been pending with them since June.  And so we're

:55:36  17  getting down to the short strokes here.  And then essentially

:55:40  18  their solution is:  You come in and do our work for us.  And --

:55:45  19          THE COURT:  We've had other parties that took that

:55:47  20  position.

:55:48  21          MR. GASAWAY:  We have.  We have.

:55:49  22          But, you know, I would just say this it continues

:55:51  23  to be a frustration.  It's probably something that we're going

:55:54  24  to need to follow up on quickly.

:55:56  25          THE COURT:  Why don't we then see if they're available

:56:00   1   again early next week for another conference.

:56:03   2           MR. GASAWAY:  Okay.

:56:04   3           THE COURT:  Any ideas you have, let's talk about it.

:56:08   4               Robin might be able to assist.

:56:13   5           MR. GASAWAY:  We would accept any and all assistance,

:56:16   6   Your Honor.

:56:16   7           THE COURT:  We need to get going on that.

:56:18   8           MS. HIMMELHOCH:  Your Honor, the United States wishes

:56:20   9   to note for the record that we did gather responsive documents

:56:23   10  from Dr. Leifer way back when we did our production related to

:56:30   11  the flume team.  So we're not expecting a delta of any

:56:33   12  significance relative to the actual Phase Two issues.

:56:35   13              I think, if BP weren't looking for documents upon

:56:37   14  the agreed-upon discovery date, this would be a nonissue.

:56:40   15              But, if there's any assistance we can offer, we

:56:43   16  will continue to participate in those calls.  And, to the extent

:56:47   17  we can help, we will.

:56:48   18          THE COURT:  Thank you, Sarah.  I appreciate the offer.

:56:52   19          MR. GASAWAY:  Let me say if -- and I'm just throwing

:56:56   20  that out there.  The United States would like to coordinate in

:57:00   21  terms of this review with them.

:57:04   22          MS. HIMMELHOCH:  You know, I don't think that's

:57:07   23  appropriate.  We took the position that the subpoena was

:57:10   24  unnecessary.  We went and we gathered the responsive documents

:57:13   25  for the agreed-upon discovery period.  And I don't know that we

:57:17  1   can help any more than BP can do.

:57:20  2           The work that needs to be done now is on documents

:57:23  3   that were generated after the January 31st, 2011 discovery

:57:28  4   period.  And it might be -- BP might be -- if BP's willing to

:57:33  5   say to the university:  You only have to look at the stuff

:57:36  6   that's responsive to the subpoena post-January 31st, that

:57:41  7   probably truncate significantly what the university is facing.

:57:44  8   But I don't think it's appropriate to make the United States

:57:48  9   responsible for the university's work.

:57:50  10          I'm just putting out a marker that, from the

:57:52  11  United States' perspective, what's relevant to Phase Two, i.e.,

:57:56  12  the work that Dr. Leifer did with respect to the flume team has

:58:00  13  been collected and has been produced and has been in the

:58:03  14  parties' hands for a long time.

:58:07  15          And, to the extent we did significantly streamline

:58:10  16  our privilege reviews, these resolve all privilege issues at

:58:16  17  this point with respect to the documents.  So it's just a matter

:58:18  18  of the university.

:58:18  19          And I think, frankly, the easiest way to cut this

:58:20  20  review down is to say:  We'll accept Dr. Leifer's production up

:58:27  21  to January 31st when he left and we're only asking the

:58:31  22  university to look at the post-January 31, 2011 documents.

:58:39  23          (Discussion held off the record.)

:58:51  24      MS. HIMMELHOCH:  So that's the kind of assistance I can

:58:54  25  offer, is input about what we believe BP already has and

:58:57   1   therefore doesn't need to make the university review and

:59:01   2   produce.

:59:02   3          THE COURT:  Okay.

:59:04   4          Rob, why don't you respond to that.  And then I'm

:59:06   5   going to suggest, Sarah, that a trip to Santa Barbara, in view

:59:11   6   of the storm that's coming your way this weekend, might not be a

:59:14   7   bad idea.

:59:16   8          MS. HIMMELHOCH:  You're right.  I don't know that I'd

:59:18   9   object to heading out there.

:59:19   10          THE COURT:  Okay Rob.

:59:22   11          MR. GASAWAY:  I agree with the Court, I think a trip to

:59:24   12   Santa Barbara would be helpful.

:59:26   13          The reason that the Court overruled the objections

:59:28   14   to the subpoena is because they have unique information.  We've

:59:32   15   had a lot of predictions in the MDL about duplication.  I don't

:59:36   16   know that one has ever actually come true.  I think we find that

:59:39   17   there's additional documents there.

:59:40   18          And the whole point of going to the source is the

:59:43   19   fact that, like any other contractor -- right?  I mean, we've

:59:45   20   done a lot of legal analyses in our lives as lawyers.  We don't

:59:49   21   send it all to our clients.  So, to say that you're going to get

:59:52   22   all of your legal analyses by looking at what the client's got,

:59:56   23   is just not realistic.

:59:58   24          So the whole reason the United States lost this

:00:00   25   issue was because there's very likely to be unique information

:00:03   1   in the possession of the University of California, that team.

:00:07   2   That's why the subpoena went forward.  That's obviously why

:00:11   3   we're going through this.

:00:13   4            I don't know, candidly, given what Sarah said --

:00:16   5   she does make a good point.  They've done a privilege review.  I

:00:20   6   don't know what this review is.  I mean, I don't know exactly

:00:23   7   what they're looking for.  Because I don't know if there would

:00:26   8   be any sort of privilege that they would have with respect to

:00:30   9   these documents.  I don't know if they're looking for any

:00:33   10  confidential data that could be in there.  You know, if for

:00:38   11  whatever reason there was employment data that got caught up or

:00:41   12  something like that.  But I think the solution might be just to

:00:44   13  turn this over to eDocs or something like that, let us have it.

:00:50   14  Maybe do a clawback procedure.

:00:52   15           But I do think it's very likely that they have

:00:55   16  unique information, and obviously that's why the Court enforced

:00:59   17  the subpoena and let us issue it in the first place.

:01:02   18           THE COURT:  Okay.  So we'll get something scheduled

:01:04   19  early next week.

:01:05   20           MR. GASAWAY:  Thank you.

:01:05   21           THE COURT:  And, Sarah, thank you for your comments.

:01:09   22           MS. HIMMELHOCH:  Thank you.  I'll stop delaying the

:01:12   23  conference any further.

:01:13   24           THE COURT:  You're not delaying it.

:01:15   25               Anthony Irpino is delaying it.

:01:19  1      MR. IRPINO:  I apologize.

:01:19  2      THE COURT:  Anthony, the whole conference kind of

:01:24  3  wanted me to tell the operator that you were not allowed to sign

:01:28  4  on.  I overruled that.

:01:33  5      MR. IRPINO:  Thank you, Judge.

:01:35  6      THE COURT:  Okay.  Let's see what else we got.

:01:56  7      On fact depositions, let's see if we can get some

:02:01  8  progress on that.

:02:03  9      We got the US's report to us with regard to the

:02:07  10  Statoil designee, Mr. Shulkes, S-H-U-L-K-E-S, deposition's going

:02:17  11  to start at 7:30 a.m. Central Standard Time.

:02:25  12      And everybody is to please let them know no later

:02:29  13  than next Thursday as to how many attorneys or support staff

:02:35  14  will be attending, either in Houston or Norway, as well as the

:02:40  15  names of the individuals.  If you could get it done sooner than

:02:44  16  that, they would really appreciate it and prefer.

:02:46  17      So please think about that.  I'll be attending in

:02:50  18  person.

:02:52  19      MR. O'ROURKE:  Good morning, Judge.  Steve O'Rourke for

:02:55  20  the United States.

:02:56  21      THE COURT:  Good morning, Mr. O'Rourke.

:02:57  22      MR. O'ROURKE:  Judge, I wanted to remind you that you

:02:59  23  also needed to issue a deadline for people to supply the

:03:02  24  exhibits.

:03:03  25      THE COURT:  I did.

:03:04 1      And let's talk about that.  Can we do that by

:03:07 2 Wednesday, November 7th?  Is that enough time?

:03:13 3     MR. O'ROURKE:  How many days is that?

:03:14 4     THE COURT:  That's five days.

:03:16 5     MR. O'ROURKE:  That's fine by us.  Thanks.

:03:22 6      And is that going to be everybody?

:03:24 7     THE COURT:  That would be for anybody who wants to use

:03:26 8 an exhibit during the examination of Statoil and its designee.

:03:32 9     MR. O'ROURKE:  Even if they're going to Norway; right?

:03:34 10     THE COURT:  Even if they -- well, yes.  I think that's

:03:41 11 right.  The people who are going to be participating by video

:03:44 12 are going to want to be able to refer to that document.  And, if

:03:47 13 it's not available in advance, they won't know what it is.

:03:52 14     MR. O'ROURKE:  Thank you.

:03:54 15     THE COURT:  Rob.

:03:55 16     MR. GASAWAY:  Good morning, Your Honor.

:03:56 17      I just wanted to say we will have exhibits for

:03:58 18 that deposition.

:03:59 19      Let me get back to Steve on that in terms of the

:04:02 20 November 7th date.  Our team is going to be working on that

:04:05 21 deposition.  They're doing other depositions right now, but I'll

:04:10 22 get back to you promptly on that suggestion.

:04:13 23     THE COURT:  All right.  But that is the suggestion that

:04:15 24 is out there.  And that that would give -- we're talking about

:04:20 25 getting that out electronically by close of business on

:04:24  1   Wednesday, the 7th, for a deposition taking place in Norway on

:04:28  2   November 12th.

:04:31  3                   Do we have any report from the US on Intertek

:04:35  4   Wildwell, Stress Engineering and Oceaneering?

:04:42  5             MR. O'ROURKE:  Steve O'Rourke for the US.

:04:43  6                   I think Mr. Chakeris is on, and he's going to

:04:47  7   discuss stress.

:04:48  8             THE COURT:  Okay.

:04:49  9                   Nat, you're on the line?

:04:51  10            MR. CHAKERIS:  Yes, Your Honor.  Nat Chakeris for the

:04:53  11  United States.

:04:54  12                  We received from Stress Engineering a list of the

:04:57  13  projects and the engineers involved in the projects that related

:05:00  14  to the macondo well.  And I'm happy to report that, as of this

:05:05  15  morning, we have gone through and, from our perspective it looks

:05:10  16  like three, possibly just two, but more likely three projects

:05:17  17  are relevant to Phase Two issues that we're interested in.  And

:05:23  18  so, down from the potential ten depositions, we think we're at

:05:26  19  three.

:05:28  20                  And we've probably got enough information that, as

:05:34  21  of early next week, we'll provide the list of all the projects

:05:39  22  that Stress Engineering did to the other parties, as well as the

:05:44  23  identification by us of which projects we're seeking the

:05:48  24  deposition of.

:05:49  25                  And so, the other parties, if there's any

:05:51  1    additional depositions or projects that are not listed, that

:05:56  2    were not selected by us -- if other parties want those to be

:06:00  3    added, they would have the opportunity to do so.

:06:02  4              But, hopefully, by early next week, we can have

:06:06  5    resolution.  And we're also talking about dates with respect to

:06:09  6    those individuals as well.  So I think we will be able to get

:06:12  7    those scheduled within November.

:06:15  8              THE COURT:  Okay.  Great.

:06:17  9              Let's see.  We still have Wildwell, Intertek and

:06:24  10   Oceaneering.

:06:26  11             MR. O'ROURKE:  This is Steve O'Rourke for the United

:06:30  12   States.

:06:30  13             Oceaneering, they report that the ROV videos will

:06:33  14   be out this week, which is good.

:06:35  15             The email situation was the one that was going to

:06:37  16   cost $100,000.  I think you recall that.

:06:40  17             THE COURT:  I do.

:06:41  18             MR. O'ROURKE:  So Ms. Harvey has been negotiating

:06:44  19   refining search terms.

:06:46  20             Because of that problem, we still haven't

:06:49  21   scheduled the deposition.  We're getting a little concerned

:06:52  22   about the end of November deadline, so we're going to see if we

:06:56  23   can sort of abandon some of our search terms.  We'll get a

:06:59  24   subset first, get a sufficient quantum of documents to be able

:07:03  25   to peg a definite date for Oceaneering.

| | | |
|---|---|---|
| :07:05 | 1 | THE COURT:  Good.  Thank you. |
| :07:06 | 2 | And, let's see.  Wildwell. |
| :07:11 | 3 | MR. O'ROURKE:  Wildwell has produced their privilege |
| :07:13 | 4 | log to us.  And they are now willing to select deposition dates. |
| :07:19 | 5 | My understanding is that my team has failed to |
| :07:21 | 6 | pick a date yet.  So we'll do that by next Friday. |
| :07:23 | 7 | THE COURT:  Good.  Progress is being made. |
| :07:26 | 8 | MR. O'ROURKE:  Thank you. |
| :07:26 | 9 | THE COURT:  All right. |
| :07:27 | 10 | Last would be Intertek. |
| :07:39 | 11 | MR. O'ROURKE:  Your Honor, I think we are already |
| :07:40 | 12 | scheduled Intertek.  And I think it was even -- was it in your |
| :07:45 | 13 | order already? |
| :07:46 | 14 | THE COURT:  I don't know.  It might have been. |
| :07:49 | 15 | MR. CHAKERIS:  Your Honor, this is Nat Chakeris for the |
| :07:51 | 16 | United States. |
| :07:51 | 17 | And it's our understanding that it's scheduled for |
| :07:54 | 18 | November 30th.  And that's the date we're working off of. |
| :07:59 | 19 | MR. O'ROURKE:  You had reported that the US is trying |
| :08:00 | 20 | to schedule for November 30th. |
| :08:01 | 21 | So we think that is firm now. |
| :08:03 | 22 | THE COURT:  So you mean we didn't make a mistake? |
| :08:03 | 23 | MR. O'ROURKE:  No, no. |
| :08:07 | 24 | So you can move that from paragraph 3, Our Report, |
| :08:11 | 25 | to paragraph 4, Schedule.  Thank you. |

:08:14   1          As long as we're up here, I'll re-announce what

:08:17   2   Mr. Gasaway sent an email on about Hellen Williams taking place

:08:21   3   in Washington, DC, rather than in New Orleans, for the

:08:24   4   convenience of her effectively coming from Great Britain.

:08:30   5          THE COURT:  That's going to be November 19th and 20th.

:08:33   6          And, to make arrangements to attend, you want to

:08:37   7   email Rob's colleague, Ebony Johnson, at ebony.johnson at

:08:44   8   kirkland.com.  Or phone her at 202-879-5269.  And all will be

:08:54   9   well.

:08:56   10         John Hughes has been rescheduled to November 8th

:09:00   11   without objection.

:09:03   12         MR. O'ROURKE:  If I may, Judge.  So this all started

:09:06   13   when Transocean asked to move Turlak, which we were agreeable

:09:12   14   to, as long as he wasn't the same day as Hughes.  Hughes was

:09:15   15   then converted from a one-day to a two-day because BP added some

:09:19   16   topics.  See we're going to switch -- Mr. Gasaway agreed this

:09:24   17   morning with our proposal to put Hughes on November 27th and

:09:28   18   28th.

:09:30   19         Is that correct?

:09:31   20         MR. GASAWAY:  Um-hum.

:09:32   21         MR. O'ROURKE:  So he's no longer on November 8th.  It's

:09:36   22   27 and 28 for Hughes.

:09:38   23         THE COURT:  Good.  Thank you.

:09:40   24         MR. O'ROURKE:  That means the Turlak depo is firm on

:09:42   25   the new dates.

:09:43   1        THE COURT:  Okay.

:09:45   2        MR. O'ROURKE:  Thank you.

:09:45   3        THE COURT:  So 27 and 28 for John Hughes.

:09:51   4          Cameron has designated David McWhorter to testify

:09:56   5 on November 15 and 16.  So we're good to go on that.

:10:07   6        MR. O'KEEFE:  We got an email from DNV on their

:10:09   7 designations.

:10:10   8        THE COURT:  We did.

:10:11   9          Did everybody see the DNV designation?

:10:16  10        MR. GARUCLEAU:  Tom Garucleau for Cameron.

:10:19  11          We did receive the email about the DNV and we do

:10:22  12 have a concern with that designation.

:10:25  13          As you know, the deposition is scheduled for this

:10:28  14 Thursday, the 1st.  We just received the notice yesterday.

:10:32  15 They've designated two witnesses, each of the witness on two

:10:36  16 topics and then both witnesses on eight topics.

:10:41  17          We don't have a problem if they want to designate

:10:44  18 a witness on a topic or a witness on a subtopic within a topic.

:10:47  19 But the problem is that we have limited time, Cameron.  We have

:10:52  20 10 minutes, I believe, in a one-day deposition.  And we don't

:10:56  21 want to waste our limited time on the first witness asking

:11:00  22 questions, only to be told you need to talk to the second

:11:05  23 witness.

:11:06  24          It's one thing if they have personal knowledge,

:11:08  25 but this is a corporate representative.  And, for instance, some

:11:10   1   of the topics, communications, data, visual observations and

:11:14   2   information relating to erosion, corrosion of the Capping Stack,

:11:18   3   the BOP and the drill pipe.  No. 8, communications, data, visual

:11:21   4   observations, information relating to changes to the BOP

:11:25   5   following the incident.  No. 10, your participation in source

:11:30   6   control efforts.  They've designate both.

:11:33   7            And there's just -- it just doesn't seem there's

:11:36   8   any way for us to be able to do what we need to do without

:11:40   9   knowing who is on what topic.

:11:42   10   THE COURT:  What we've done believe, I believe, where

:11:44   11   the two designees sit in the room during the deposition; and, if

:11:51   12   one doesn't have as much knowledge as the other, they defer at

:11:56   13   that time.

:11:56   14            Haven't we done that, guys?

:11:59   15   MR. O'KEEFE:  I think it was done with DNV.

:12:01   16   THE COURT:  I think it was done with DNV the first

:12:04   17   time.

:12:05   18            Does anybody recall that, or am I making that up.

:12:12   19   MR. STERBCO:  We did that in Phase One.

:12:13   20   THE COURT:  And it worked pretty well.  I didn't get a

:12:15   21   lot of complaints on that.

:12:18   22   MR. GANUCHEAU:  The problem is, if no one says are you

:12:20   23   here on No. 8, a lot of times they're don't have are you here on

:12:25   24   6, 7, 8 or they may not go through the particular topics.  By

:12:31   25   the time we get down to Cameron, where we are on the examination

:12:32   1    list, we could spend 10 minutes going through the topics as they

:12:35   2    relate to Cameron and have no time left for the second witness

:12:38   3    at all.

:12:39   4                 It would seem to makes sense, since they are

:12:42   5    corporate representatives, to be able to designate who is the

:12:45   6    witness on a particular topic or a subtopic.  Which we've done.

:12:50   7    BP has done it, Transocean has done it.  Everyone has said:

:12:53   8    Here's our witness on this topic or this subtopic within the

:12:56   9    topic, so that we can plan on how we're going to use our time

:12:59   10   and who we're going to talk to.

:13:01   11             THE COURT:  Why don't you do this.  Why don't you pick

:13:03   12   out those topics that you are most concerned about and email us,

:13:10   13   email everybody, in response to DNV's email.  Tell us what

:13:17   14   particular topics you are most concerned with.  And, if we need

:13:21   15   to have a conference with Mr. Cohen early next week, we can

:13:27   16   decide that.  Let's see what he says about designating someone

:13:34   17   specifically for those areas that you're concerned about.

:13:37   18             MR. GANUCHEAU:  Will do, Your Honor.

:13:39   19             MR. BAAY:  Your Honor, David Baay for Transocean.

:13:42   20                 I would just like to join in Cameron's request,

:13:45   21   they identify to one which is.

:13:47   22                 In Phase One, I think we did work with the

:13:51   23   designees.  But the problem was -- I think it was Neal who the

:13:55   24   first day.  He said:  You'd have to talk to Gary about that.

:13:57   25   And then Gary, the next day, said:  You have to talk to Neal

:14:00  1    about the same issue.

:14:01  2         THE COURT:  But they're going to be in the water.  So

:14:05  3    we should avoid the issue if they're both in the room.  I

:14:07  4    frankly don't have a problem if you want to say:  Neal, what do

:14:10  5    you want to say about that, and Mr. Kenny what about you?

:14:15  6         MR. BAAY:  Understood.

:14:16  7         THE COURT:  All right.

:14:17  8         MR. BARR:  Your Honor, Brian Barr.

:14:25  9         MR. UNDERHILL:  Just when everything was going so well.

:14:29 10         MR. BARR:  I'm just confused on one thing.

:14:32 11            DNV is one day?

:14:35 12         MR. BAAY:  Thought it was two days.

:14:37 13         MR. BARR:  Because I have it in the order as one day.

:14:35 14         MR. BAAY:  I thought it was two days.

:14:39 15         MR. GANUCHEAU:  It is in the order as one day.  I

:14:41 16    think, originally, they had said someone wasn't available for

:14:44 17    that day, and he'd be moved to the next day.

:14:46 18            But the email that we received yesterday said both

:14:49 19    witnesses will be presented on the 1st.

:14:54 20         MR. BAAY:  I'm not sure the PSC got that.

:14:57 21         MR. GANUCHEAU:  Mr. Kenny will go first because he has

:15:00 22    to leave earlier.  And then the other witness will follow.  So

:15:04 23    they will be both presented --

:15:05 24         THE COURT:  That's the email, and I didn't bring the

:15:07 25    email in with me.  But I will make sure to get it out this

:15:11   1   afternoon to everybody.  And, if you wouldn't mind, make sure

:15:14   2   that when you respond to Mr. Cohen that you add anybody you

:15:20   3   think isn't on it.

:15:24   4            MR. GANUCHEAU:  We will, Your Honor.  Again.

:15:26   5            THE COURT:  Put Mr. Barr on it.

:15:27   6            MR. GANUCHEAU:  I know you said you can ask him about

:15:30   7   that topic and him about that topic.  We have ten minutes.  We

:15:33   8   don't have a lot of time to ask one person about four topics and

:15:38   9   another person about four topics.  We'll raise the issue and see

:15:40   10  if we can make some headway.

:15:42   11           THE COURT:  I think we'll be able to work through this.

:15:45   12              Mr. O'Rourke?

:15:46   13           MR. O'ROURKE:  Steve O'Rourke for the United States.

:15:47   14              We think it should be one day.  And, if necessary,

:15:49   15  we'll give Cameron -- we'll double their time.

:15:53   16           MR. GANUCHEAU:  Very nice.

:15:56   17              (Applause.)

:15:57   18           THE COURT:  And don't forget that a little horse

:16:00   19  trading beyond that might take place.

:16:02   20           MR. GANUCHEAU:  Yes, Your Honor.

:16:03   21           THE COURT:  See what you can hustle.

:16:07   22              Okay.  Let's see what else we've got.

:16:24   23              With regard to Phase Two deadlines, everybody is

:16:28   24  up to snuff on that.

:16:31   25              Any comments on the revisions that came out this

REALTIME ROUGH DRAFT -- NOT FINAL COPY!!

:16:35  1    week?

:16:40  2             MR. O'KEEFE:  Why are we asking for comments?

:16:42  3             THE COURT:  That's a good question.  I'm not asking for

:16:44  4    comments, that's a better point.

:16:46  5             So that throws the floor open to anything else

:16:50  6    that we need to talk about.

:16:51  7             Mr. Barr.

:16:52  8             MR. BARR:  I just want to update you.

:16:54  9             THE COURT:  That would be good.

:16:57  10            MR. BARR:  Maybe I shouldn't do it.  Maybe you don't

:16:58  11   want to hear me.

:16:59  12            Brian Barr for the PSC.

:17:01  13            I wanted to update you with where we are on the

:17:04  14   admissibility of the exhibits process.

:17:07  15            What we've got in works right now is a process

:17:10  16   where we will have -- we're contemplating two productions of

:17:16  17   exhibits.  We'll have a production of a good faith exhibit list

:17:20  18   roughly 21 days or so after the end of the 30(b)(6) depositions.

:17:26  19   The parties will have a period of time to state their

:17:29  20   objections.  And then we'll meet-and-confer and try to work

:17:32  21   those out.

:17:33  22            Where the parties are not in agreement at this

:17:36  23   point is do we want the Court involved on the first round.  And

:17:43  24   I don't want to speak for BP, but I think BP's preference is

:17:48  25   that there's a briefing process and we go ahead -- you know,

:17:51    1  parties file motions to exclude, and the parties respond to

:17:54    2  that, and the Court goes ahead and rules on the admissibility of

:17:57    3  these exhibits.

:17:58    4           But the PSC and the United States, I think several

:18:01    5  other parties, don't believe that the Court should be doing that

:18:05    6  in the first round because we haven't completed fact discovery.

:18:09    7  And, frankly, I think we're creating a burden on the Court

:18:14    8  because we're going to re-raise any issues once we try to cure

:18:18    9  any foundation issues that have been raised.

:18:20   10           I only bring it up because some insight from you

:18:23   11  might help us try to tee that issue up.

:18:26   12           But, after that, we would then do a similar

:18:29   13  process.  After the individual fact depositions, we'd be at the

:18:34   14  close of fact discovery, and then we would bring those issues to

:18:36   15  the Court in toto.  But the first round kinds of gives us the

:18:39   16  big picture of where we are, how big of an issue is this, are we

:18:43   17  going to have do fact discovery, do foundational type things.  I

:18:48   18  think it gives us a big picture view.  That's where we are.

:18:51   19           THE COURT:  Okay.  That makes sense, I have to tell

:18:54   20  you.

:18:56   21           MR. BARR:  Then a third round on experts.

:18:58   22           THE COURT:  We'll have the experts after that.

:19:07   23           MR. NOMILLINI:  Judge Shushan, Mark Nomillini.

:19:10   24           THE COURT:  Is it really?

:19:12   25           MR. NOMILLINI:  It is.

:19:13   1          So I agree with Mr. Barr's comments in terms of

:19:16   2   where the parties stand.  I think we've made a lot of progress.

:19:21   3          And, as Mr. Barr pointed out, the one thing that I

:19:25   4   don't think is totally resolved is whether we have some kind of

:19:30   5   briefing process that goes to the Court after the 30(b)(6)

:19:37   6   depositions are done.

:19:41   7          What we would suggest and what I included in the

:19:45   8   draft I sent to Brian and some other people that I've been

:19:49   9   talking to last night is a process whereby the parties can take

:19:53   10  a few sample documents at the close of 30(b)(6) depositions and

:20:05   11  bring -- that is, documents that the parties are actually

:20:08   12  seeking to offer into evidence but as to which other parties

:20:12   13  object, and those objections cannot be resolved, and bring those

:20:16   14  sample documents to the Court for resolution where -- and we

:20:25   15  recognize there may be some documents that are still the subject

:20:28   16  of discovery.  But we think we'll be able to find some that are

:20:31   17  not still the subject of discovery, or at least issues are not

:20:35   18  subject to discovery.  Bring those documents to the Court for

:20:41   19  resolution.  And then, based on those rulings, have an

:20:45   20  extrapolation process similar to the extrapolation process that

:20:53   21  we have successfully used for privileged documents.

:20:57   22          So I don't think the parties have had a chance to

:20:59   23  look at that revised proposal yet.  But that's what we're

:21:04   24  currently thinking of.

:21:08   25          And, as Brian said, that's really the only issue

:21:11   1   that's outstanding.  For the most part, the parties are in

:21:14   2   agreement.

:21:14   3          THE COURT:  Okay.  So the only real disagreement that

:21:18   4   ya'll have identified now is whether we wait until the end of

:21:22   5   fact witness discovery and then take it up?

:21:25   6          MR. BARR:  Right.  Do we get substantive rulings from

:21:28   7   the Court on the admissibility of documents before we finish

:21:34   8   fact discovery and offer fact discovery.

:21:37   9              I think it tends to make more sense after fact

:21:40   10  discovery.

:21:41   11             I think what Mark is worried about -- maybe I'm

:21:44   12  speaking for Mark -- is he wants some sort of hammer, so to

:21:49   13  speak, on people making crazy objections and just feeling like

:21:52   14  they can object to everything.  So I think that's his concern

:21:54   15  there.  And I understand that concern.  I guess I'm more hopeful

:21:58   16  that the parties will be more reasonable.

:21:59   17         THE COURT:  We're all hopeful on that.  And, you know,

:22:02   18  it is a serious concern.  Because, if you'll recall, we had a

:22:05   19  lot of objections last time around preparing for Phase One.

:22:10   20  And, you know, I think we're doing better this time.  So

:22:13   21  hopefully your well-founded concern will not come to pass.

:22:21   22         MR. BARR:  I hope not.

:22:23   23         MR. NOMILLINI:  Your Honor, Mark Nomillini, just

:22:26   24  briefly.

:22:26   25             Brian hit the nail on the head in terms of having

:22:29  1   -- giving the parties an incentive to be reasonable about their

:22:33  2   objections, when they know the Court is going to be ruling on

:22:35  3   them.  It gives the parties incentive to be reasonable, A.

:22:43  4          And then, B, we had the excellent extrapolation

:22:46  5   process when it came to privileged documents.  I think that

:22:50  6   worked very well in Phase Two.  And I think it can work even

:22:55  7   better if it happens sooner rather than later.  Because, if it

:23:04  8   happens later, then the parties have less time to extrapolate.

:23:14  9   The earlier the rulings happen, the parties can take those

:23:17  10  rulings into account in making decisions.

:23:22  11         MR. BARR:  And I don't -- I agree that there could be

:23:26  12  some benefit to that.  I think my biggest concern is, if we're

:23:29  13  asking the Court to make substantive findings on the

:23:33  14  admissibility of things before we've completed fact discovery, I

:23:36  15  think we end up re-plowing ground and doing duplicate work, when

:23:41  16  there's a lot going on to start with.

:23:43  17         THE COURT:  Okay.  So let's think about that.  That's a

:23:48  18  carry-over item, but I'm glad to know about it.

:23:51  19         Mr. Miller.

:23:51  20         MR. MILLER:  Just, I just wanted to circle back to kind

:23:54  21  of where we started this morning, which is today's deadline to

:23:57  22  file answer to the not PSC's amended B3 complaint.  And I didn't

:24:01  23  mean to mix apples with oranges earlier.  That's a different

:24:04  24  complaint.

:24:05  25         But we said we would address it in matters in

:24:13  1    Judge Shushan's chambers.

:24:13  2            Is that deadline sill operable, number one.

:24:16  3            Number two, I have a thought.  Which is, given

:24:22  4    where we are in the grand scheme of this MDL, it's conceivable

:24:29  5    that, in some of these answers to the amended B3 complaint, you

:24:32  6    might see an affirmative defenses related to the fairness

:24:37  7    hearing and settlement of a class coming up.

:24:43  8            Judge Barbier made comments, I think in part

:24:46  9    directed on maybe how some of those affirmative defenses are

:24:51  10    perceived by the outside world, by objectors, so on and so

:24:59  11    forth.

:24:59  12            He also made comments as to some effect that those

:25:04  13    kind of affirmative defenses could be preserved and raised by

:25:08  14    way of stipulation at the appropriate time, perhaps after final

:25:11  15    approval.

:25:13  16            My thought is that, since we do have a deadline to

:25:17  17    answer today, perhaps that answer could be filed without

:25:24  18    specifically containing the class settlement affirmative

:25:27  19    defenses as long as, if it is finally approved, those defenses

:25:31  20    are preserved for a later day.  Which is what I think Judge

:25:35  21    Barbier was talking about this morning.  So it's an idea.

:25:38  22           MR. LANGAN:  Why don't we extend the date?

:25:41  23           THE COURT:  I was going to suggest that.

:25:45  24           Do you want to say something?

:25:45  25           MR. TSEERIDES:  Ted Tseerides.

:25:53   1              We have agreed, and Your Honor emailed back,

:25:55   2      that's only if Your Honor wanted to.  You don't have to.

:25:58   3              THE COURT:  You do not have to.

:25:59   4              And, in addition, I think the most sensible thing

:26:03   5      would be to extend the date to the Friday after the fairness

:26:08   6      hearing.  Unless anybody disagrees.  If you want to file an

:26:13   7      answer --

:26:14   8              MR. LANGAN:  How about eight days after?

:26:16   9              THE COURT:  Eight days after.

:26:18  10              MR. LANGAN:  So that be the 16th.  November 16th.

:26:22  11              THE COURT:  November 16th.

:26:27  12              MR. TSEERIDES:  Just for those who feel the need.

:26:29  13              THE COURT:  For those who feel the need.  And that

:26:31  14      should take care of the issue of raising affirmative defenses.

:26:35  15              MR. LANGAN:  I think -- this is Andy Langan for BP.

:26:39  16              I think we started this about a month or six weeks

:26:42  17      ago -- and I'm going on memory here.

:26:43  18              THE COURT:  A little history.

:26:45  19              MR. LANGAN:  The history was there was a motion to

:26:47  20      dismiss the B3 complaint that was granted in part and denied in

:26:52  21      part.

:26:52  22              THE COURT:  Correct.

:26:53  23              MR.  LANGAN:  We did not answer at that time because we

:26:55  24      were told the PSC was going to amend their B3 complaint.

:27:00  25              Later on, for some reason, the amendment to amend

:27:03  1   was denied, so we never answered.  This is housekeeping to make

:27:07  2   sure we had a responsive pleading on file.

:27:10  3                But, if there is a new date to respond, then I

:27:11  4   think everybody's covered.

:27:13  5                MR. TSEERIDES:  Right.  We renewed our motion for

:27:15  6   summary judgment, which is still pending.  And so it didn't make

:27:17  7   sense for the responders to have to do anything.

:27:20  8                THE COURT:  I totally agree on that so why don't we

:27:23  9   move the deadline to the 16th, and that will take care of the

:27:26  10  problem.

:27:28  11                MR. TSEERIDES:  Great.

:27:29  12                MR. LANGAN:  I actually had one other item, Your Honor.

:27:31  13  It's prompted by the discussion about the Phase Two exhibit

:27:34  14  lists.

:27:35  15                On the Phase One exhibit list, there's been some

:27:38  16  discussions on the parties, among the parties, about an issue

:27:40  17  that Mr. Godwin suggested that I bring to the Court's attention.

:27:46  18  I think this will be dealt with if we do reach an agreement, and

:27:49  19  I think we will, in the context of the PSC's draft pretrial

:27:53  20  order.  And here's the concept.

:27:56  21                Supplementation of the exhibit list.  You'll

:27:59  22  recall that Your Honor has had a good cause requirement for

:28:03  23  supplementing the exhibit list for Phase One, which we all agree

:28:07  24  is essentially in the camp.

:28:09  25                THE COURT:  Correct.

1   :28:10     MR.   LANGAN:   At the same time, the PSC believes, I

2   :28:13   believe, we believe, the other parties believe that there's

3   :28:16   going to be a hand-full of documents that, with the benefit of

4   :28:20   time, we'd like to see on that exhibit list.  Rather than have a

5   :28:23   document-by-document dispute about whether good cause has been

6   :28:27   shown or not, we have tentatively agreed to, subject to Your

7   :28:31   Honor's blessing, said that each party could have the right to

8   :28:34   add 35 documents to the Phase One exhibit list for documents

9   :28:40   that were produced on February 20, 2012 or before.

10  :28:45     THE COURT:  Okay.

11  :28:46     MR.   LANGAN:  Now, since that time, after February

12  :28:51   2012, there's been a lot of documents produced in the case, by

13  :28:55   the United States, other parties.  The good cause requirement

14  :28:58   could still be shown for those Bate productions.  But, to have a

15  :29:02   light line rule for supplementation as to earlier documents,

16  :29:04   this just seemed to make sense.  So we will document this in the

17  :29:07   PSC pretrial order, but we wanted to let Your Honor know that's

18  :29:10   what we're thinking about.

19  :29:11     THE COURT:  If you all agree to it, it's fine by me.

20  :29:14     MR.   LANGAN:  I need to talk to Mr. Beck and Cameron

21  :29:17   and maybe MI, but I think everybody else has said they're on

22  :29:21   board.

23  :29:23     MR. STERBCO:  Your Honor, Paul Sterbco for the PSC.

24  :29:25     Andy's right.  You will be happy to know we pared

25  :29:28   it down from 100 to 35.

:29:30  1           But this has nothing to do with the Transocean

:29:33  2    exhibit issue.  That's totally separate.

:29:36  3           MR. LANGAN:  That's correct.  We agree with Mr. Sterbco

:29:39  4    that shake.

:29:40  5           MR. CHAKERIS:  Your Honor, Nat Chakeris for the United

:29:42  6    States.

:29:42  7           While we are on sort of miscellaneous, we had two

:29:45  8    short items I wanted to raise also.  Hopefully short.

:29:49  9           One of which, I sent an email around regarding

:29:52  10   the BP Institute deposition with location information and what

:29:55  11   time it's starting.  And I neglected to include a request that

:30:01  12   there be a head count for that deposition as well.  So Cambridge

:30:07  13   University has already found a space.  So I will send around a

:30:11  14   supplemental email.

:30:12  15           Dennis Tracy is at Hogan Lovells is counsel for BP

:30:17  16   Institute, and he is the person to get head counts to.  And,

:30:20  17   like with Statoil, they'd appreciate that as soon as possible.

:30:24  18           And then the second matter was that the Marcia

:30:32  19   McNutt deposition was the last two days, and we haven't seen the

:30:37  20   court rule on the BP request for additional depositions of Ira

:30:44  21   Leifer, Steve Wereley and Mohan Kelkar.  But Dr. McNutt was the

:30:53  22   United States 30(b)(6) witness, as acknowledged by BP on the

:30:57  23   flume team, which is when Professors Leifer and Whirly were

:31:00  24   inserted on the flurry technical group.  And we don't think

:31:07  25   there was any failure on her part to answer any questions with

:31:12  1   respect to the flume team that would give rise to a deposition

:31:15  2   for Drs. Leifer or Whirly.  She testified extensively about the

:31:21  3   flume team.  And then the exhibits that BP brought forward that

:31:25  4   they said they wanted to question somebody about, they didn't

:31:27  5   even present to Dr. McNutt for questioning.  So I'm not sure

:31:32  6   what, you know, what the actual purpose BP has for these

:31:36  7   witnesses.

:31:36  8                But we're -- we're happy to provide a supplemental

:31:42  9   surreply letter, but we're at loss to see how BP could show good

:31:46  10  cause, when they didn't have any questions for Dr. McNutt about

:31:49  11  these matters, who was the US witness.

:31:52  12            THE COURT:  Okay.  Nat, guess who is standing at the

:31:55  13  podium?

:31:59  14            MR. CHAKERIS:  I think I can guess.

:32:00  15            THE COURT:  Rob.

:32:01  16            MR. GASAWAY:  Thank you, Your Honor.  Just a couple of

:32:05  17  quick points.

:32:07  18                Obviously, we fought like crazy to maintain our 10

:32:10  19  hours with Dr. McNutt.  Obviously, there was a lot of issues

:32:14  20  that we would have liked to have covered that we did not have

:32:17  21  the opportunity to cover with her.

:32:19  22                I just got an email saying that, as we looked

:32:22  23  through the United States' productions, we haven't found any

:32:27  24  Leifer emails.  And, again, as you can see from what we consider

:32:31  25  to be the very unconvincing responses from the United States'

:32:36   1   letter they sent in a week ago, they're talking about expert

:32:39   2   opinions, talking about we're going ask the same kind of

:32:42   3   questions they do, irrelevant Rule 45 points, prematurity point.

:32:47   4              They have gotten what, a dozen BP affiliates?

:32:49   5   They added one very late.  This has nothing to do with the

:32:53   6   adequacy of the Dr. McNutt's testimony.  Just like our interest

:32:58   7   in the emails of Dr. Leifer has nothing to do with the adequacy

:33:02   8   of the United States' production.

:33:03   9              We're not asking to re-depose Dr. McNutt.  We're

:33:06   10  not asking for additional time.  We don't think she's

:33:10   11  unresponsive.  We think there's independent information.  For

:33:13   12  the same reason that the United States thinks there's

:33:15   13  independent information in all the BP's contractors you and Mr.

:33:21   14  O'Rourke have been talking about.

:33:21   15             You've obviously read our letter.  One of the main

:33:24   16  points in the letter and the very first point we made is, it's

:33:27   17  timely.  And the time is now.  And so we'd just urge the Court

:33:31   18  to read the United States' letter.

:33:33   19             We would not want another round of letter

:33:37   20  submissions.  But, if the Court and Mike, if you could just tell

:33:42   21  us which way we're going to go, we'll all know.

:33:47   22             MR. CHAKERIS:  Your Honor, can I respond briefly?

:33:48   23             THE COURT:  Sure.

:33:50   24             MR. CHAKERIS:  The Court's ruling on BP's initial

:33:52   25  request to depose these FRTG members was:  Let's wait and see

:33:57   1   what the United States' witnesses have to say and whether BP can

:34:02   2   demonstrate a need for these witnesses.

:34:04   3              BP has had an opportunity with respect to

:34:06   4   Professors Leifer and Whirly.  They didn't even try to ask

:34:11   5   Dr. McNutt about the exhibits that they appended to their letter

:34:16   6   brief to the Court trying to show why these witnesses were so

:34:19   7   crucial.

:34:24   8              They've now come to you and asked for you to undo

:34:27   9   your previous ruling, that it's proper to wait and see whether

:34:30   10  BP can get the information out of the US witnesses, and then

:34:34   11  they're essentially asking for you to undo what you previously

:34:37   12  ruled.

:34:38   13             We're just asking you for to stand by your

:34:41   14  previous judgment; and, with respect to those two witnesses,

:34:45   15  rule that BP's not entitled to depositions of those individuals.

:34:49   16         THE COURT:  Okay.  Thank you, Nat.

:34:53   17         MR. MILLER:  One quick follow-up, Your Honor.  Kerry

:34:55   18  Miller for Transocean.

:34:56   19             At last week's working group conference, I asked

:34:59   20  the question with respect to the item in the -- the Phase Two

:35:05   21  list of events with respect to the 15 person may-call Phase Two

:35:10   22  witness list.  It contained certain carve-outs such as 30(b)(6)

:35:16   23  deponents as to whether or not witnesses who testified about

:35:18   24  Phase Two topics during Phase One were subject to disclosure

:35:23   25  under that list or were they a carve-out such as 30(b)(6)

:35:26    1    witnesses.

:35:26    2              You said you were going to think about it; but I

:35:28    3    think you were mostly hungry for jambalaya and gumbo by that

:35:34    4    time at the conference last week, as you probably are now.  So

:35:37    5    I'm just putting it back on the radar screen.

:35:37    6              THE COURT:  By the way, it was delicious.  There was

:35:40    7    more on Andouille and chicken than you could pick up.

:35:44    8              MR. MILLER:  You can't eat bad food in Napoleonville.

:35:53    9              MR. O'KEEFE:  You covered that.

:35:55   10              THE COURT:  We gave you a statement with regard to

:36:00   11    that.

:36:03   12              MS. HIMMELHOCK:  Your Honor, you had wanted me to

:36:04   13    mention the Coast Guard document production at some point.

:36:07   14              THE COURT:  That is right, Sarah.  I forgot about that.

:36:12   15              MS. HIMMELHOCH:  This will be very quick.

:36:13   16              I had sent an email to all of counsel, asking --

:36:17   17    we're still getting documents from the smaller offices of the

:36:21   18    response that the United States does not contend or contend are

:36:24   19    not Phase Two custodians but the Coast Guard continues to

:36:28   20    process into the paper archives for response.  I'd ask whether

:36:32   21    the parties still wanted to receive them, because I'd been

:36:35   22    hearing groans from many parties about how much information we

:36:39   23    had provided.

:36:40   24              BP has expressed a desire to continue to receive

:36:44   25    those documents.  So it is my intention to continue to produce

REALTIME ROUGH DRAFT -- NOT FINAL COPY!!

:36:48  1   the paper documents from the Coast Guard archives as they are

:36:52  2   scanned.

:36:53  3         They will be fewer and farther between than prior

:36:59  4   Coast Guard productions.  But they could be in the range of a

:37:02  5   couple hundred thousand additional documents.

:37:04  6         If any parties wishes to exempt themselves from

:37:08  7   the Coast Guard productions, please send me notification in

:37:11  8   writing, and we will not send you those documents at your

:37:14  9   request.

:37:14  10        THE COURT:  Yeah.  And that's something that I know

:37:16  11  Ssome of you have found burdensome.

:37:19  12        If you would like to opt-out of Sarah's

:37:23  13  production, feel free to let her know.  Okay?

:37:27  14        Okay.  Anything else?

:37:30  15        Good enough.  Thank you very much everybody.  Have

:37:32  16  a great weekend.

:37:34  17        (11:40 a.m., proceedings concluded.)

18

19                  CERTIFICATE
         I, Susan A. Zielie, Official Court Reporter, do hereby
20  certify that the foregoing transcript is correct.

21                       /S/ SUSAN A. ZIELIE, FCRR

22                       _____
                              Susan A. Zielie, FCRR

23

24

25

**$**

**$100,000** [1] - 18:21

**/**

**/S** [1] - 29:24

**1**

**1** [4] - 7:3, 7:11, 7:15, 7:19
**10** [4] - 20:10, 20:15, 21:1, 27:22
**10-MD-2179-CJB-SS** [1] - 1:5
**100** [1] - 26:25
**1000** [2] - 2:12, 2:23
**10003** [1] - 2:15
**1001** [1] - 4:11
**10153** [1] - 5:21
**10:30** [1] - 8:1
**1100** [2] - 4:8, 5:18
**11:40** [1] - 29:21
**12** [1] - 8:23
**1201** [1] - 5:6
**1221** [1] - 4:21
**12th** [1] - 18:1
**1300** [1] - 5:12
**1331** [1] - 5:9
**14** [2] - 8:16, 8:23
**15** [4] - 7:3, 8:16, 20:3, 28:23
**157** [1] - 13:18
**15th** [2] - 12:17
**16** [1] - 20:3
**1615** [1] - 5:12
**162** [1] - 13:18
**1665** [1] - 5:9
**16th** [4] - 25:18, 25:18, 26:5
**1700** [1] - 5:6
**18** [1] - 7:4
**19** [1] - 7:5
**19th** [1] - 19:15
**1st** [2] - 20:7, 21:22

**2**

**2** [3] - 7:4, 7:11, 7:15
**2,700** [1] - 11:3
**20** [3] - 1:6, 14:13, 26:17
**20005** [1] - 4:6
**20006** [1] - 5:15
**20044** [1] - 3:19
**2010** [1] - 1:6
**2011** [2] - 15:14, 15:24
**2012** [4] - 1:6, 8:1, 26:17, 26:19

**202-879-5269** [1] - 19:17
**2020** [1] - 5:15
**20th** [1] - 19:15
**21** [1] - 22:22
**22** [2] - 7:11, 7:12
**24** [1] - 7:12
**26** [3] - 1:6, 8:1, 10:5
**27** [3] - 7:16, 19:24, 20:2
**27th** [1] - 19:21
**28** [5] - 7:15, 7:19, 10:5, 19:24, 20:2
**28th** [1] - 19:22
**2990** [2] - 2:9, 3:12

**3**

**3** [4] - 7:4, 7:12, 7:16, 19:12
**30** [1] - 11:24
**30(b)(6** [7] - 7:16, 22:22, 23:15, 23:18, 27:11, 28:24, 28:25
**300** [1] - 4:3
**30th** [2] - 19:9, 19:10
**31** [1] - 15:24
**316** [2] - 2:18, 3:3
**31st** [3] - 15:14, 15:16, 15:23
**32502** [2] - 2:19, 3:3
**3300** [1] - 5:17
**35** [2] - 26:17, 26:25
**355** [1] - 4:14
**35th** [1] - 4:15
**36130** [1] - 3:22
**365** [2] - 2:9, 3:11
**3668** [1] - 2:3
**3700** [2] - 4:9, 4:12

**4**

**4** [4] - 7:5, 7:13, 7:16, 19:13
**406** [1] - 1:20
**4310** [2] - 2:21, 3:8
**45** [1] - 28:2
**450** [1] - 3:15
**4500** [1] - 4:21

**5**

**500** [5] - 1:20, 3:21, 10:24, 11:3, 11:4
**504.589.7781** [1] - 1:22
**546** [1] - 4:18
**556** [1] - 2:3

**6**

**6** [1] - 20:25
**600** [2] - 2:18, 3:3
**60654** [1] - 4:4
**655** [1] - 4:6

**7**

**7** [1] - 20:25
**7-5395** [1] - 3:15
**70** [1] - 9:11
**700** [1] - 2:15
**701** [1] - 3:23
**70112** [1] - 5:13
**70113** [2] - 2:6, 3:6
**70130** [5] - 1:21, 2:10, 3:12, 3:24, 4:18
**70163** [1] - 4:9
**70163-3300** [1] - 5:18
**70502** [3] - 2:4, 2:13, 2:24
**75270** [1] - 5:7
**7611** [1] - 3:18
**767** [1] - 5:20
**77002** [1] - 4:12
**77006** [2] - 2:21, 3:9
**77010-2010** [1] - 4:22
**770101** [1] - 5:10
**7:30** [1] - 17:6
**7th** [4] - 12:19, 17:14, 17:23, 18:1

**8**

**8** [3] - 20:14, 20:24, 20:25
**80** [1] - 9:11
**820** [2] - 2:6, 3:6
**8th** [2] - 19:18, 19:23

**9**

**90071** [1] - 4:15
**9146** [2] - 7:11, 14:3
**94102** [1] - 3:16
**999** [2] - 2:12, 2:24
**9:30** [1] - 1:8

**A**

**A.M** [1] - 8:1
**a.m** [3] - 1:8, 17:6, 29:21
**AARON** [1] - 6:4
**abandon** [1] - 18:24
**able** [8] - 15:2, 17:19, 18:16, 18:25, 20:17, 21:3, 22:6, 23:21
**accept** [2] - 15:3,

15:23
**account** [1] - 24:18
**acknowledged** [1] - 27:11
**actual** [3] - 14:15, 15:6, 27:16
**add** [4] - 12:9, 14:2, 22:1, 26:17
**added** [3] - 18:14, 19:20, 28:3
**addition** [3] - 10:19, 11:22, 25:15
**additional** [5] - 16:9, 18:13, 27:10, 28:5, 29:15
**address** [1] - 24:25
**addressing** [1] - 11:1
**adequacy** [2] - 28:3, 28:4
**admissibility** [4] - 22:20, 23:1, 24:4, 24:20
**adopted** [1] - 10:3
**advance** [1] - 17:19
**advantage** [1] - 13:25
**Adverse** [1] - 7:5
**adverse** [1] - 12:18
**affiliates** [1] - 28:2
**afternoon** [1] - 22:1
**AGENDA** [1] - 7:1
**ago** [2] - 25:21, 28:1
**agree** [7] - 16:6, 23:13, 24:18, 26:4, 26:12, 26:22, 27:2
**agreeable** [1] - 19:19
**agreed** [5] - 15:7, 15:13, 19:21, 25:13, 26:16
**agreed-upon** [2] - 15:7, 15:13
**agreement** [3] - 22:24, 24:1, 26:9
**ahead** [3] - 13:20, 22:25, 23:1
**aided** [1] - 1:23
**AI** [1] - 3:21
**ALABAMA** [1] - 3:20
**alabama** [1] - 3:20
**ALAN** [1] - 5:8
**Albert** [1] - 10:4
**ALISON** [1] - 5:3
**Allen** [2] - 10:19, 10:21
**allowed** [1] - 17:2
**altered** [1] - 11:8
**amend** [2] - 25:25, 25:25
**amended** [3] - 13:16, 24:24, 25:3
**Amendment** [2] - 7:6,

12:18
**amendment** [1] - 25:25
**America** [1] - 3:17
**American** [1] - 10:1
**amount** [1] - 11:13
**Anadarko** [1] - 12:5
**analyses** [2] - 16:10, 16:11
**Andouille** [1] - 29:4
**ANDREW** [1] - 4:2
**Andy** [3] - 12:7, 12:12, 25:20
**Andy's** [1] - 26:25
**Angeles** [1] - 4:15
**announce** [1] - 19:13
**answer** [7] - 14:17, 24:24, 25:9, 25:16, 25:24, 27:13
**answered** [1] - 26:1
**answers** [1] - 25:3
**ANTHONY** [2] - 2:8, 3:10
**Anthony** [2] - 16:25, 17:1
**anyway** [1] - 9:23
**apologize** [1] - 17:1
**appear** [1] - 8:11
**APPEARANCES** [4] - 2:1, 3:1, 4:1, 5:1
**APPEARING** [1] - 6:1
**appended** [1] - 28:15
**applause** [1] - 22:9
**apples** [1] - 24:24
**applies** [1] - 1:8
**appreciate** [4] - 14:3, 15:9, 17:8, 27:9
**appropriate** [3] - 15:12, 15:17, 25:7
**approval** [1] - 25:8
**approved** [1] - 25:10
**APRIL** [1] - 1:6
**archives** [1] - 29:10, 29:13
**area** [1] - 8:15
**areas** [1] - 21:9
**aroma** [1] - 9:12
**arpin** [2] - 8:13, 8:15
**arpins** [1] - 8:14
**arrangements** [1] - 19:16
**ASBILL** [1] - 4:10
**Assertions** [1] - 7:6
**assist** [1] - 15:2
**assistance** [3] - 15:3, 15:8, 15:25
**AT** [1] - 1:3
**AT&T** [1] - 9:22
**attend** [1] - 19:16

**attending** [2] - 17:7, 17:9
**attention** [2] - 14:19, 26:9
**ATTORNEY** [1] - 3:20
**attorneys** [1] - 17:7
**available** [3] - 14:25, 17:19, 21:21
**Avenue** [6] - 2:6, 3:6, 3:15, 3:21, 4:14, 5:20
**avoid** [1] - 21:14

**B**

**B3** [4] - 24:24, 25:3, 25:23, 25:25
**Baay** [1] - 21:10
**BAAY** [6] - 4:11, 21:10, 21:16, 21:19, 21:20, 21:23
**Babe** [2] - 10:4, 10:5
**BABIUCH** [1] - 4:3
**backyard** [1] - 8:12
**bad** [5] - 9:15, 9:16, 9:16, 16:4, 29:4
**bamboo** [1] - 8:24
**bar** [2] - 10:8
**Barbara** [3] - 14:10, 16:3, 16:6
**Barbier** [6] - 8:9, 9:4, 9:7, 10:7, 25:4, 25:11
**BARNETT** [1] - 5:16
**BARR** [11] - 2:17, 3:2, 21:17, 21:18, 21:19, 22:17, 22:18, 23:11, 24:3, 24:11, 24:18
**Barr** [5] - 21:17, 22:3, 22:16, 22:19, 23:14
**Barr's** [1] - 23:13
**bartender** [1] - 10:11
**base** [2] - 9:23, 10:1
**baseball** [2] - 10:8, 10:11
**Based** [1] - 7:5
**based** [3] - 8:13, 11:15, 23:22
**Bate** [1] - 26:20
**Bates** [1] - 13:18
**BATTISTE** [1] - 5:5
**Bay** [2] - 10:9, 10:10
**Baylen** [2] - 2:18, 3:3
**Bayou** [1] - 8:14
**bayou** [3] - 8:15, 8:16, 8:17
**beck** [1] - 26:23
**BECK** [2] - 4:17, 4:19
**BEFORE** [1] - 1:12
**begin** [1] - 9:12

**begins** [1] - 11:16
**believes** [1] - 26:13
**bell** [1] - 9:10
**benefit** [2] - 24:19, 26:14
**best** [1] - 11:12
**better** [3] - 22:15, 24:10, 24:16
**between** [3] - 8:17, 14:5, 29:14
**beyond** [1] - 22:10
**big** [3] - 23:8, 23:9
**biggest** [1] - 24:19
**BILL** [1] - 6:4
**BINGHAM** [1] - 5:14
**bit** [2] - 14:7, 14:13
**blame** [1] - 12:9
**blessing** [1] - 26:16
**board** [1] - 26:24
**boarders** [1] - 8:12
**BOP** [2] - 20:14, 20:15
**bottom** [2] - 9:10, 10:2
**Boulevard** [2] - 2:21, 3:8
**BOWMAN** [1] - 5:3
**Box** [2] - 2:3, 3:18
**BP** [26] - 10:23, 12:7, 12:24, 13:25, 14:5, 14:10, 15:7, 15:13, 15:15, 15:25, 19:20, 21:4, 22:25, 25:20, 27:5, 27:8, 27:10, 27:11, 27:14, 27:16, 27:17, 28:2, 28:13, 28:14, 28:18, 29:12
**BP's** [6] - 7:15, 15:15, 22:25, 28:7, 28:12, 28:20
**breit** [1] - 2:22
**BREIT** [3] - 2:11, 2:11, 2:23
**Breit** [1] - 10:25
**BRENNAN** [1] - 4:10
**Brian** [5] - 21:17, 22:19, 23:17, 23:25, 24:13
**BRIAN** [2] - 2:17, 3:2
**brief** [1] - 28:16
**briefing** [2] - 22:25, 23:15
**briefly** [4] - 12:23, 12:24, 24:12, 28:11
**bring** [7] - 21:25, 23:5, 23:7, 23:18, 23:19, 23:22, 26:9
**Britain** [1] - 19:15
**Broadway** [1] - 2:15
**brought** [3] - 9:2, 9:2, 27:14
**BROUSSARD** [1] -

4:17
**BRUCE** [1] - 5:3
**Buccaneers** [1] - 10:9
**burden** [1] - 23:4
**burdensome** [1] - 29:18
**burn** [2] - 8:19, 8:22
**burned** [1] - 9:2
**burning** [4] - 8:21, 8:25, 9:3
**business** [1] - 17:25
**BY** [28] - 1:5, 2:2, 2:5, 2:8, 2:11, 2:17, 2:20, 2:23, 3:2, 3:5, 3:8, 3:10, 3:14, 3:18, 3:20, 3:23, 4:2, 4:5, 4:8, 4:11, 4:14, 4:17, 4:20, 5:2, 5:12, 5:14, 5:17, 5:20

**C**

**CA** [2] - 3:16, 4:15
**California** [2] - 14:10, 16:13
**Cambridge** [1] - 27:6
**Cameron** [7] - 20:2, 20:5, 20:10, 20:25, 21:1, 22:8, 26:23
**Cameron's** [1] - 21:10
**Camp** [1] - 3:23
**camp** [1] - 26:12
**Canal** [4] - 2:8, 2:9, 3:11, 3:11
**candidly** [1] - 16:15
**cane** [2] - 8:22, 8:23
**cannot** [2] - 8:5, 23:19
**Capping** [1] - 20:14
**Captain** [4] - 12:21, 13:1, 13:8, 13:20
**care** [4] - 10:10, 10:19, 15:20, 26:5
**Carondelet** [1] - 4:18
**carry** [3] - 12:11, 12:15, 24:22
**carry-over** [1] - 24:22
**carve** [2] - 28:24, 28:25
**carve-out** [1] - 28:25
**carve-outs** [1] - 28:24
**case** [2] - 12:18, 26:19
**Cases** [1] - 1:8
**cast** [2] - 9:8, 9:11
**caught** [1] - 16:18
**causing** [1] - 11:13
**celery** [1] - 9:10
**Center** [2] - 4:20, 5:17
**Central** [1] - 17:6
**ceremonial** [1] - 9:25
**certain** [1] - 28:24

**CERTIFICATE** [1] - 29:22
**certify** [1] - 29:23
**cetera** [1] - 14:16
**CHAKERES** [1] - 6:6
**Chakeris** [4] - 18:3, 18:5, 19:8, 27:3
**CHAKERIS** [6] - 18:5, 19:8, 27:3, 27:20, 28:11, 28:12
**chambers** [1] - 25:1
**chance** [1] - 23:24
**changes** [1] - 20:15
**Chicago** [1] - 4:4
**chicken** [1] - 29:4
**CHRISTIAN** [1] - 6:4
**circle** [1] - 24:23
**circulate** [2] - 13:7, 13:10
**circulated** [1] - 12:16
**city** [1] - 8:20
**class** [2] - 25:4, 25:9
**Clawback** [1] - 7:11
**clawback** [2] - 14:3, 16:20
**clean** [1] - 9:13
**clear** [1] - 11:11
**client's** [1] - 16:11
**clients** [2] - 11:12, 16:11
**close** [3] - 17:25, 23:7, 23:18
**Cloud** [1] - 10:12
**Coast** [5] - 29:7, 29:10, 29:13, 29:15, 29:16
**cognoscenti** [1] - 9:22
**Cohen** [2] - 21:8, 22:1
**colleague** [1] - 19:16
**collected** [1] - 15:19
**coming** [4] - 12:19, 16:3, 19:15, 25:4
**comment** [2] - 9:7, 12:7
**comments** [8] - 12:17, 16:23, 22:13, 22:14, 22:15, 23:13, 25:4, 25:6
**communication** [1] - 12:21
**communications** [2] - 20:13, 20:14
**complaint** [5] - 24:24, 24:25, 25:3, 25:23, 25:25
**complaints** [1] - 20:23
**complete** [1] - 13:15
**completed** [2] - 23:3, 24:20
**Computer** [1] - 1:23

**Computer-aided** [1] - 1:23
**conceivable** [1] - 25:2
**concept** [1] - 26:10
**concern** [6] - 20:6, 24:7, 24:8, 24:9, 24:11, 24:19
**concerned** [5] - 11:22, 18:23, 21:6, 21:7, 21:9
**concluded** [1] - 29:21
**confer** [1] - 22:23
**conference** [10] - 10:22, 11:16, 14:5, 14:9, 15:1, 16:24, 17:1, 21:8, 28:22, 29:2
**CONFERENCE** [2] - 1:11, 7:1
**confidential** [3] - 11:17, 11:19, 16:18
**confused** [1] - 21:18
**conscientious** [1] - 13:1
**consecutive** [1] - 9:4
**consider** [1] - 27:25
**constructive** [1] - 11:5
**contact** [1] - 13:25
**contained** [1] - 28:24
**containing** [1] - 25:9
**contemplating** [1] - 22:21
**contend** [2] - 29:9
**context** [1] - 26:10
**continue** [5] - 10:6, 12:2, 15:8, 29:12, 29:13
**continues** [4] - 14:12, 14:17, 14:24, 29:10
**continuing** [2] - 10:24, 11:9
**contract** [1] - 14:19
**contractor** [1] - 16:10
**Contractors** [1] - 7:15
**contractors** [1] - 28:7
**control** [1] - 20:16
**convenience** [1] - 19:15
**conversation** [1] - 11:11
**converted** [1] - 19:20
**convince** [1] - 10:11
**coordinate** [1] - 15:10
**COREY** [1] - 3:20
**corporate** [3] - 9:22, 20:13, 21:3
**correct** [8] - 8:12, 8:13, 8:19, 19:22, 25:24, 26:13, 27:2, 29:23

correspondence [1] - 10:25
corrosion [1] - 20:14
cost [1] - 18:21
Costs [1] - 7:16
Cotlar [1] - 3:4
COTLAR [1] - 2:5
counsel [2] - 27:8, 29:8
Counsel [1] - 2:2
count [1] - 27:6
counts [1] - 27:8
couple [4] - 9:21, 13:2, 27:21, 29:15
course [2] - 11:13, 11:14
COURT [105] - 1:1, 8:2, 8:3, 8:7, 8:12, 8:18, 8:21, 9:3, 9:5, 9:13, 9:15, 9:16, 9:17, 9:25, 10:11, 10:12, 10:14, 11:3, 11:14, 11:21, 12:3, 12:11, 12:15, 13:7, 13:10, 13:12, 13:14, 13:19, 13:22, 14:1, 14:2, 14:3, 14:7, 14:9, 14:18, 14:22, 14:25, 15:2, 15:4, 15:9, 16:2, 16:5, 16:22, 16:23, 16:25, 17:1, 17:3, 17:11, 17:13, 17:15, 17:16, 17:18, 17:20, 17:24, 18:4, 18:17, 18:21, 19:1, 19:4, 19:5, 19:7, 19:11, 19:15, 19:24, 20:1, 20:2, 20:4, 20:18, 20:21, 20:23, 21:6, 21:14, 21:16, 21:25, 22:3, 22:6, 22:9, 22:11, 22:14, 22:17, 23:10, 23:11, 23:12, 24:2, 24:9, 24:21, 25:12, 25:14, 25:17, 25:18, 25:19, 25:22, 25:24, 26:4, 26:13, 26:18, 26:22, 27:19, 27:20, 28:12, 28:21, 29:3, 29:5, 29:7, 29:18
court [1] - 27:10
Court [24] - 1:19, 10:22, 11:15, 12:25, 13:18, 13:23, 16:6, 16:7, 16:21, 22:24, 23:1, 23:3, 23:4, 23:8, 23:15, 23:20, 23:22, 24:4, 24:14, 24:19, 28:9, 28:10,

28:16, 29:23
Court's [3] - 13:16, 26:9, 28:12
cover [2] - 14:11, 27:23
covered [3] - 26:2, 27:23, 29:5
crazy [2] - 24:7, 27:22
create [1] - 9:12
creating [1] - 23:4
crucial [1] - 28:16
cure [1] - 23:4
cured [2] - 9:11, 9:13
custodians [1] - 29:10
cut [1] - 15:22
cuts [2] - 9:1
cutting [1] - 8:22

### D

Dallas [1] - 5:7
data [4] - 16:18, 16:18, 20:13, 20:14
date [8] - 15:7, 17:23, 18:25, 19:3, 19:9, 25:11, 25:15, 26:2
dates [3] - 18:15, 19:2, 19:25
daughter [1] - 10:6
DAVID [2] - 4:11, 4:17
David [2] - 20:2, 21:10
DAVIS [1] - 4:14
DAVIS-DENNY [1] - 4:14
days [8] - 17:14, 17:15, 21:19, 21:20, 22:22, 25:17, 25:17, 27:10
DC [4] - 3:19, 4:6, 5:15, 19:14
deadline [7] - 12:13, 17:12, 18:24, 24:23, 25:1, 25:8, 26:5
deadlines [2] - 22:12
dealt [1] - 26:9
decide [1] - 27:8
decisions [1] - 24:18
DEEPWATER [1] - 1:5
Defendant [10] - 4:2, 4:5, 4:7, 4:10, 4:13, 4:16, 5:2, 5:8, 5:11, 5:14
Defendants [1] - 5:16
defenses [6] - 25:3, 25:5, 25:7, 25:10, 25:20
defer [1] - 20:19
definite [1] - 18:25
definitely [1] - 11:21
delaying [3] - 16:24,

16:25, 16:25
delicious [1] - 29:3
delta [1] - 15:6
demonstrate [1] - 28:14
denied [2] - 25:23, 26:1
Dennis [1] - 27:8
DENNY [1] - 4:14
DEPARTMENT [1] - 3:13
Department [1] - 3:17
depo [1] - 19:25
deponents [1] - 28:24
depose [2] - 28:5, 28:13
Deposition [2] - 7:11, 7:19
deposition [13] - 17:22, 17:23, 18:1, 18:12, 18:23, 19:2, 20:7, 20:10, 20:18, 27:5, 27:6, 27:10, 27:13
deposition's [1] - 17:5
DEPOSITIONS [1] - 7:14
depositions [10] - 17:4, 17:23, 18:9, 18:13, 22:22, 23:7, 23:16, 23:18, 27:10, 28:20
Depositions [4] - 7:15, 7:15, 7:16, 7:16
designate [3] - 20:9, 20:16, 21:3
designated [2] - 20:2, 20:8
designating [1] - 21:8
designation [2] - 20:5, 20:6
designations [1] - 20:4
designee [2] - 17:5, 17:17
designees [2] - 20:18, 21:12
desire [1] - 29:12
destruction [2] - 13:9, 13:9
Dexter [1] - 3:21
different [2] - 9:2, 24:24
directed [1] - 25:5
disagreement [1] - 24:2
disagrees [1] - 25:16
disclosure [1] - 28:25
DISCOVERY [1] - 1:11

discovery [14] - 15:7, 15:13, 15:14, 23:3, 23:7, 23:9, 23:21, 23:21, 23:22, 24:3, 24:4, 24:5, 24:20
discuss [2] - 12:23, 18:4
Discussion [1] - 15:24
discussion [4] - 13:5, 13:7, 13:11, 26:7
discussions [1] - 26:8
dismiss [1] - 25:23
dismissed [1] - 12:12
dispute [1] - 26:15
dissemination [1] - 13:13
DISTRICT [2] - 1:1, 1:2
DNV [6] - 20:3, 20:5, 20:6, 20:20, 20:21, 21:18
DNV's [1] - 21:7
document [6] - 11:17, 17:19, 26:15, 26:21, 29:7
DOCUMENT [1] - 7:10
Document [2] - 7:12, 7:13
document-by-document [1] - 26:15
documents [36] - 10:25, 11:1, 11:2, 11:13, 11:23, 11:24, 12:1, 14:5, 14:13, 15:5, 15:7, 15:12, 15:14, 15:21, 15:24, 16:9, 16:17, 18:25, 23:18, 23:18, 23:20, 23:20, 23:22, 23:23, 24:4, 24:15, 26:14, 26:17, 26:19, 26:20, 29:9, 29:13, 29:13, 29:15, 29:17
Documents [1] - 7:12
DOMENGEAUX [1] - 2:2
Dominion [2] - 2:12, 2:23
Don [2] - 8:4, 9:16
DONALD [1] - 5:2
Donald [1] - 8:6
done [13] - 12:2, 15:14, 16:10, 16:15, 17:8, 20:18, 20:20, 20:20, 20:21, 21:3, 21:4, 23:16
double [1] - 22:8
DOUGLAS [1] - 3:23
down [7] - 11:3, 11:15, 14:21, 15:23, 18:9, 20:25, 26:25

dozen [1] - 28:2
Dr [11] - 15:5, 15:19, 15:23, 27:11, 27:15, 27:18, 27:22, 28:3, 28:4, 28:5, 28:15
draft [3] - 12:16, 23:17, 26:10
Drescher [1] - 2:22
DRESCHER [1] - 2:11
drill [1] - 20:14
Drive [2] - 2:12, 2:24
dropped [1] - 12:5
Drs [1] - 27:14
duplicate [1] - 24:20
duplication [1] - 16:8
during [3] - 17:17, 20:18, 28:25

### E

early [5] - 15:1, 16:22, 18:11, 18:15, 21:8
earth [1] - 9:8
easiest [1] - 15:22
EASTERN [1] - 1:2
eat [1] - 29:4
Ebony [1] - 19:16
ebony.johnson [1] - 19:16
eDocs [1] - 16:19
EDWARDS [1] - 2:2
effect [1] - 25:6
effectively [1] - 19:15
efforts [1] - 20:16
eight [3] - 20:8, 25:17, 25:17
either [3] - 9:14, 13:24, 17:7
electronically [1] - 17:25
ELLIS [2] - 4:2, 4:5
Elm [1] - 5:6
email [15] - 18:20, 19:14, 19:16, 20:3, 20:6, 21:6, 21:7, 21:22, 21:25, 21:25, 27:5, 27:7, 27:24, 29:8
emailed [1] - 25:13
emails [3] - 14:15, 27:25, 28:4
employment [1] - 16:18
end [5] - 11:16, 18:24, 22:22, 24:2, 24:20
energetic [1] - 14:7
Energy [1] - 5:17
enforced [1] - 16:21
Enforcement [1] - 3:17

**Engelbert** [4] - 12:21, 13:1, 13:8, 13:20
**Engineering** [3] - 18:2, 18:6, 18:11
**engineers** [1] - 18:7
**enter** [1] - 13:21
**entered** [1] - 10:4
**entitled** [1] - 28:20
**Environmental** [1] - 3:17
**equipment** [2] - 9:1, 12:20
**Equipment** [1] - 7:8
**ERIKA** [1] - 5:5
**erosion** [1] - 20:14
**especially** [1] - 13:23
**ESQ** [48] - 2:2, 2:5, 2:8, 2:11, 2:14, 2:17, 2:20, 2:23, 3:2, 3:5, 3:5, 3:8, 3:10, 3:14, 3:14, 3:18, 3:20, 3:23, 4:2, 4:3, 4:5, 4:8, 4:11, 4:14, 4:17, 4:17, 4:20, 5:2, 5:3, 5:3, 5:4, 5:4, 5:5, 5:5, 5:8, 5:12, 5:14, 5:17, 5:20, 6:2, 6:2, 6:3, 6:3, 6:4, 6:4, 6:5, 6:5, 6:6
**essentially** [3] - 14:21, 26:12, 28:18
**et** [1] - 14:16
**events** [1] - 28:23
**evidence** [2] - 13:6, 23:19
**evidentiary** [1] - 11:18
**exactly** [3] - 13:10, 13:17, 16:16
**examination** [2] - 17:17, 20:25
**example** [2] - 11:23, 12:8
**excellent** [1] - 24:15
**exclude** [1] - 23:1
**excuse** [1] - 12:24
**exempt** [1] - 29:16
**Exhibit** [3] - 7:11, 7:19, 14:3
**exhibit** [9] - 17:17, 22:21, 26:7, 26:8, 26:11, 26:12, 26:15, 26:17, 27:1
**Exhibits** [2] - 7:3, 7:19
**EXHIBITS** [1] - 7:18
**exhibits** [10] - 10:15, 10:16, 10:18, 17:12, 17:21, 22:20, 22:21, 23:2, 27:14, 28:15
**expecting** [1] - 15:6
**expense** [1] - 10:17

**expert** [1] - 28:1
**experts** [2] - 23:11, 23:11
**explain** [2] - 8:8, 8:21
**expressed** [1] - 29:12
**extend** [2] - 25:11, 25:15
**extensively** [1] - 27:14
**extent** [3] - 11:17, 15:8, 15:20
**extrapolate** [1] - 24:17
**extrapolation** [3] - 23:23, 24:15

### F

**facing** [1] - 15:16
**FACT** [1] - 7:14
**fact** [12] - 8:16, 16:10, 17:4, 23:3, 23:7, 23:7, 23:9, 24:3, 24:4, 24:5, 24:20
**Fact** [1] - 7:15
**failed** [1] - 19:3
**failure** [1] - 27:13
**fairly** [1] - 8:9
**fairness** [2] - 25:3, 25:15
**Faith** [1] - 7:19
**faith** [1] - 22:21
**family** [1] - 9:19
**Fannin** [1] - 4:11
**far** [1] - 14:15
**FCRR** [3] - 1:19, 29:24, 29:25
**February** [2] - 26:17, 26:18
**Federal** [1] - 3:13
**feet** [3] - 8:16, 8:23, 9:1
**few** [1] - 23:18
**fewer** [1] - 29:14
**Field** [2] - 9:22, 9:22
**field** [2] - 8:13, 8:19
**fields** [1] - 8:17
**Fifteenth** [1] - 4:6
**Fifth** [3] - 5:20, 7:6, 12:18
**figure** [1] - 10:17
**file** [5] - 13:16, 23:1, 24:24, 25:16, 26:1
**filed** [1] - 25:9
**final** [1] - 25:7
**finally** [1] - 25:10
**findings** [1] - 24:19
**fine** [2] - 17:15, 26:22
**Fine** [1] - 8:3
**finish** [1] - 24:4
**fire** [1] - 9:11
**fired** [1] - 9:12

**FIRM** [2] - 2:7, 3:10
**firm** [2] - 19:11, 19:25
**first** [14] - 9:23, 10:1, 11:14, 13:17, 16:21, 18:25, 20:11, 20:21, 21:12, 21:23, 22:24, 23:3, 23:8, 28:8
**FITCH** [1] - 5:14
**five** [1] - 17:15
**fixed** [3] - 11:2, 12:1
**fixes** [1] - 11:7
**FL** [2] - 2:19, 3:3
**flag** [1] - 10:1
**FLEMING** [1] - 5:4
**floor** [1] - 22:15
**Floor** [1] - 4:15
**flour** [1] - 9:10
**flume** [5] - 15:6, 15:19, 27:12, 27:13, 27:14
**flurry** [1] - 27:12
**Fly** [1] - 9:25
**Fly-over** [1] - 9:25
**flying** [1] - 9:24
**follow** [4] - 13:16, 14:25, 21:24, 28:21
**follow-up** [2] - 13:16, 28:21
**following** [1] - 20:15
**food** [1] - 29:4
**football** [2] - 10:9, 10:10
**foregoing** [1] - 29:23
**forget** [1] - 22:9
**forgot** [2] - 8:18, 29:7
**forgotten** [1] - 8:21
**forth** [1] - 25:6
**forward** [6] - 10:25, 11:6, 12:1, 13:23, 16:14, 27:14
**fought** [1] - 27:22
**foundation** [1] - 23:5
**foundational** [1] - 23:9
**founded** [1] - 24:11
**four** [3] - 9:1, 22:4, 22:5
**Francisco** [1] - 3:16
**frankly** [3] - 15:22, 21:15, 23:4
**free** [1] - 29:19
**freeze** [1] - 13:4
**freezing** [1] - 13:8
**Friday** [2] - 19:3, 25:15
**FRIDAY** [1] - 8:1
**Fridays** [1] - 9:5
**FRILOT** [1] - 4:7
**front** [1] - 8:14

**FRTG** [1] - 28:13
**frustrating** [1] - 14:17
**frustration** [2] - 14:12, 14:24
**Fu** [1] - 10:3
**full** [1] - 26:14

### G

**game** [5] - 9:24, 10:6, 10:7, 10:7, 10:11
**GANUCHEAU** [8] - 20:24, 21:9, 21:20, 21:23, 22:2, 22:3, 22:8, 22:10
**garlic** [1] - 9:10
**Garuceau** [1] - 20:5
**GARUCEAU** [2] - 4:20, 20:5
**Gary** [2] - 21:12, 21:13
**Gasaway** [2] - 12:24, 19:14, 19:21
**GASAWAY** [20] - 4:5, 12:23, 13:9, 13:11, 13:13, 13:14, 13:21, 13:22, 14:1, 14:11, 14:20, 14:23, 15:1, 15:3, 15:10, 16:6, 16:23, 17:21, 19:23, 27:21
**Gate** [1] - 3:15
**gather** [1] - 15:5
**gathered** [1] - 15:12
**GENERAL** [1] - 3:20
**generated** [1] - 15:14
**giant** [1] - 10:1
**Giant's** [1] - 9:21
**Giants** [1] - 9:24
**girl** [1] - 8:20
**GISLESON** [1] - 3:5
**given** [2] - 16:15, 25:2
**glad** [1] - 24:22
**goal** [5] - 11:6, 11:7, 11:9, 11:12, 12:1
**GODWIN** [6] - 5:2, 5:2, 5:8, 8:7, 9:15, 9:16
**Godwin** [2] - 8:5, 26:9
**Golden** [1] - 3:15
**Government** [1] - 3:14
**Grand** [1] - 4:14
**grand** [2] - 8:4, 25:2
**GRANT** [1] - 4:14
**granted** [1] - 25:23
**grass** [3] - 8:24, 8:25, 9:2
**great** [5] - 10:8, 11:5, 18:17, 26:6, 29:21
**Great** [1] - 19:15
**greater** [1] - 9:8
**green** [1] - 8:24

**GREENWALD** [1] - 2:14
**grinding** [1] - 8:20
**gripe** [1] - 10:6
**groans** [1] - 29:11
**ground** [3] - 9:1, 10:1, 24:20
**group** [2] - 27:12, 28:22
**GROUP** [1] - 7:1
**grows** [2] - 8:24, 8:25
**Guard** [5] - 29:7, 29:10, 29:13, 29:15, 29:16
**guess** [3] - 24:8, 27:19, 27:20
**gULF** [1] - 1:6
**gumbo** [2] - 9:9, 29:2
**guys** [1] - 20:20

### H

**Halliburton** [3] - 9:14, 10:21, 10:24
**hammer** [1] - 24:6
**hand** [1] - 26:14
**hand-full** [1] - 26:14
**hands** [1] - 15:20
**happily** [1] - 9:18
**happy** [7] - 10:23, 12:13, 13:2, 13:5, 18:7, 26:25, 27:17
**harvest** [2] - 8:19
**harvesting** [2] - 8:18, 8:19
**Harvey** [1] - 18:22
**HB** [1] - 1:20
**head** [3] - 24:13, 27:6, 27:8
**heading** [1] - 16:5
**headway** [1] - 22:5
**hear** [1] - 22:18
**heard** [1] - 13:20
**hearing** [3] - 25:4, 25:16, 29:11
**held** [1] - 15:24
**Hellen** [1] - 19:14
**Hello** [1] - 8:2
**help** [4] - 14:13, 15:9, 15:13, 23:6
**helpful** [2] - 14:5, 16:6
**HEMMELHOCK** [1] - 6:2
**hereby** [1] - 29:23
**HERMAN** [4] - 2:5, 2:5, 3:5
**herman** [1] - 3:4
**Herman** [1] - 3:4
**hero** [1] - 10:2
**high** [3] - 8:16, 8:23,

9:3
**highland** [1] - 8:17
**HIMMELHOCH** [10] -
6:5, 8:3, 14:7, 14:8,
15:4, 15:11, 15:25,
16:4, 16:24, 29:8
**HIMMELHOCK** [1] -
29:6
**history** [3] - 12:10,
25:22, 25:22
**hit** [3] - 10:4, 10:5,
24:13
**Hogan** [1] - 27:8
**home** [3] - 10:3, 10:4,
10:5
**Honor** [35] - 8:3,
10:21, 12:7, 12:23,
12:24, 13:11, 13:13,
13:21, 14:7, 14:11,
14:18, 14:20, 15:3,
15:4, 17:21, 18:5,
19:6, 19:8, 21:9,
21:10, 21:17, 22:2,
22:10, 24:12, 25:13,
25:14, 26:6, 26:11,
26:21, 26:24, 27:3,
27:21, 28:11, 28:21,
29:6
**Honor's** [1] - 26:16
**HONORABLE** [1] -
1:12
**hope** [1] - 24:11
**hopeful** [3] - 10:25,
24:8, 24:9
**hopefully** [3] - 18:15,
24:11, 27:4
**HORIZON** [1] - 1:5
**horse** [1] - 22:9
**hours** [1] - 27:22
**housekeeping** [1] -
26:1
**Houston** [7] - 2:21,
3:9, 4:12, 4:20, 4:22,
5:10, 17:7
**Hughes** [6] - 19:18,
19:20, 19:21, 19:24,
20:2
**hum** [1] - 19:23
**hundred** [1] - 29:15
**hungry** [1] - 29:2
**husband** [1] - 8:9
**hustle** [1] - 22:11

## I

**i.e** [1] - 15:18
**idea** [2] - 16:4, 25:11
**ideas** [3] - 13:2, 13:7,
15:2
**identification** [1] -

18:12
**identified** [3] - 10:19,
11:1, 24:2
**identify** [2] - 11:7,
21:11
**IIAMS** [1] - 5:12
**IL** [1] - 4:4
**implement** [1] - 11:21
**Imprevento** [1] - 2:22
**IMPREVENTO** [1] -
2:11
**IN** [2] - 1:5, 1:5
**incentive** [2] - 24:13,
24:14
**incident** [1] - 20:15
**include** [6] - 11:23,
12:11, 13:8, 13:8,
27:6
**included** [1] - 23:16
**incorporate** [1] - 13:7
**incur** [1] - 10:17
**independent** [2] -
28:6, 28:7
**Indicted** [1] - 8:4
**Indictment** [1] - 8:4
**individual** [1] - 7:22
**individuals** [3] - 17:8,
18:16, 28:20
**inferences** [1] - 12:18
**Inferences** [1] - 7:5
**influence** [1] - 10:8
**information** [19] - 8:5,
11:8, 11:17, 11:19,
11:23, 13:13, 16:7,
16:13, 16:21, 18:10,
20:14, 20:15, 27:5,
28:6, 28:7, 28:18,
29:11
**initial** [1] - 28:12
**input** [1] - 15:25
**inserted** [1] - 27:12
**insight** [1] - 23:5
**Inspection** [1] - 7:8
**inspection** [1] - 12:20
**instance** [1] - 20:13
**Institute** [2] - 27:5,
27:8
**intend** [1] - 13:20
**intent** [2] - 11:13, 14:4
**intention** [1] - 29:13
**interest** [2] - 11:20,
28:3
**interested** [2] - 13:6,
18:9
**interests** [1] - 11:20
**Interests** [1] - 13:4
**Intertek** [5] - 13:15,
18:2, 18:17, 19:5,
19:6
**involved** [2] - 18:7,

22:24
**Ira** [2] - 7:12, 27:10
**iron** [2] - 9:8, 9:11
**IRPINO** [6] - 2:7, 2:8,
3:10, 3:10, 17:1,
17:3
**Irpino** [1] - 16:25
**irrelevant** [1] - 28:2
**issue** [14] - 13:6, 14:4,
16:13, 16:21, 17:12,
21:13, 21:14, 22:5,
23:6, 23:8, 23:25,
25:20, 26:8, 27:1
**issues** [16] - 10:24,
11:10, 11:10, 12:25,
13:3, 13:5, 14:4,
14:5, 15:6, 15:21,
18:9, 23:4, 23:5,
23:7, 23:21, 27:22
**item** [3] - 24:22, 26:6,
28:23
**items** [2] - 13:10, 27:4

## J

**J)(1** [1] - 1:5
**Jackson** [1] - 10:4
**jambalaya** [2] - 9:9,
29:2
**jAMES** [1] - 2:2
**January** [4] - 15:14,
15:16, 15:23, 15:24
**Jefferson** [1] - 2:3
**JEFFREY** [2] - 2:11,
2:23
**jENNY** [1] - 5:3
**Jersey** [2] - 13:15,
13:24
**jets** [3] - 9:24, 9:25,
9:25
**JIMMY** [2] - 2:20, 3:8
**job** [1] - 11:5
**John** [3] - 8:9, 19:18,
20:2
**Johnson** [1] - 19:16
**join** [1] - 21:10
**JUDGE** [1] - 1:13
**Judge** [14] - 8:7, 8:9,
9:3, 9:7, 9:16, 10:7,
17:3, 17:10, 19:19,
23:12, 25:1, 25:4,
25:10
**judge** [1] - 17:11
**judgment** [2] - 26:3,
28:20
**June** [1] - 14:21
**jury** [1] - 8:4
**JUSTICE** [1] - 3:13
**Justice** [1] - 3:17

## K

**KANNER** [1] - 3:22
**KATZ** [1] - 2:5
**Katz** [1] - 3:4
**keep** [1] - 8:4
**Kelkar** [1] - 27:11
**Kenny** [2] - 21:15,
21:23
**KERRY** [1] - 4:8
**Kerry** [6] - 8:7, 8:10,
9:5, 9:18, 12:9,
28:21
**kind** [8] - 8:24, 10:8,
15:25, 17:1, 23:15,
24:23, 25:7, 28:1
**kinds** [1] - 23:8
**KIRKLAND** [2] - 4:2,
4:5
**kirkland.com** [1] -
19:17
**knowing** [1] - 20:17
**knowledge** [2] -
20:12, 20:19
**known** [1] - 10:3
**knows** [1] - 13:22
**KRAUS** [1] - 3:23
**KUCHLER** [1] - 5:11
**Kung** [1] - 10:3

## L

**LA** [12] - 2:4, 2:6, 2:10,
2:13, 2:24, 3:6, 3:12,
3:24, 4:9, 4:18, 5:13,
5:18
**Lafayette** [1] - 2:4
**lafayette** [2] - 2:13,
2:24
**Lafourche** [1] - 8:14
**Lamar** [1] - 5:9
**land** [2] - 8:14, 8:16
**LANGAN** [14] - 4:2,
12:7, 12:13, 25:11,
25:17, 25:18, 25:20,
25:22, 25:24, 26:6,
26:13, 26:18, 26:23,
27:2
**Langan** [2] - 12:7,
25:20
**large** [1] - 8:9
**Lasalle** [1] - 4:3
**laser** [1] - 13:14
**last** [17] - 9:21, 9:24,
9:24, 10:5, 10:6,
10:16, 10:22, 10:22,
10:24, 11:16, 11:24,
19:5, 23:17, 24:10,
27:10, 28:22, 29:2
**late** [1] - 28:3

**LAURA** [1] - 6:3
**LAUREN** [1] - 5:4
**LAW** [2] - 2:7, 3:10
**lawyers** [3] - 14:14,
14:19, 16:10
**lead** [1] - 13:5
**least** [5] - 11:13,
11:19, 11:25, 23:21
**leave** [1] - 21:24
**left** [3] - 10:16, 15:23,
21:1
**legal** [2] - 16:10, 16:11
**Leifer** [9] - 7:12, 15:5,
15:19, 27:11, 27:12,
27:14, 27:25, 28:4,
28:15
**Leifer's** [1] - 15:23
**length** [1] - 8:15
**less** [1] - 24:17
**letter** [7] - 27:17, 28:1,
28:8, 28:8, 28:9,
28:10, 28:15
**level** [1] - 8:16
**LEVIN** [1] - 2:16
**Levin** [1] - 3:2
**Liaison** [1] - 2:2
**light** [1] - 26:20
**likely** [4] - 9:8, 16:13,
16:20, 18:8
**limited** [3] - 11:23,
20:10, 20:11
**line** [2] - 18:5, 26:20
**lined** [1] - 10:1
**lip** [1] - 10:12
**liquid** [1] - 9:9
**list** [17] - 10:24, 11:3,
12:8, 12:9, 13:7,
18:6, 18:11, 21:1,
22:21, 26:8, 26:11,
26:12, 26:15, 26:17,
28:23, 28:24, 28:25
**List** [1] - 7:4
**listed** [3] - 8:15, 12:5,
18:13
**listen** [1] - 10:7
**Lists** [1] - 7:19
**lists** [1] - 26:7
**lives** [1] - 16:10
**LLC** [4] - 3:22, 4:7,
4:16, 5:11
**LLP** [5] - 3:4, 4:2, 4:5,
4:10, 5:14
**loaded** [2] - 10:16,
10:19
**local** [3] - 10:2, 10:3,
10:8
**location** [1] - 27:5
**log** [1] - 19:2
**logo** [1] - 9:23
**look** [7] - 11:19, 12:4,

12:6, 12:16, 15:15, 15:24, 23:24
**looked** [2] - 12:25, 27:24
**looking** [6] - 9:20, 12:17, 15:7, 16:11, 16:16, 16:17
**looks** [2] - 8:14, 18:8
**Los** [1] - 4:15
**loss** [1] - 27:17
**lost** [1] - 16:12
**LOUISIANA** [2] - 1:2, 8:1
**Louisiana** [5] - 1:21, 3:23, 8:11, 8:14, 8:15
**Lovells** [1] - 27:8
**LUXENBERG** [1] - 2:14

## M

**macondo** [1] - 18:7
**mAGGIE** [1] - 4:17
**MAGISTRATE** [1] - 1:13
**main** [1] - 28:8
**maintain** [1] - 27:22
**Marcia** [1] - 27:9
**MARK** [1] - 6:2
**Mark** [4] - 23:12, 24:6, 24:6, 24:12
**marker** [2] - 11:21, 15:18
**marshalling** [1] - 11:16
**marshland** [2] - 8:17, 8:17
**MARTINEZ** [1] - 5:3
**massive** [1] - 13:17
**Master** [1] - 12:21
**materials** [1] - 12:25
**matter** [2] - 15:21, 27:9
**matters** [2] - 24:25, 27:18
**may-call** [1] - 28:23
**MAYBERRY** [1] - 6:3
**Mays** [2] - 9:22
**MAZE** [1] - 3:20
**MCCUTCHEN** [1] - 5:14
**McKinney** [1] - 4:21
**McNutt** [7] - 27:10, 27:11, 27:15, 27:18, 27:22, 28:5, 28:15
**McNutt's** [1] - 28:3
**McWhorter** [1] - 20:2
**MDL** [2] - 16:8, 25:2
**mean** [4] - 16:10,

16:16, 19:11, 24:24
**means** [2] - 9:13, 19:25
**meet** [1] - 22:23
**meet-and-confer** [1] - 22:23
**members** [1] - 28:13
**memory** [1] - 25:21
**mention** [1] - 29:7
**MEXICO** [1] - 1:6
**MI** [2] - 12:8, 26:23
**MICHAEL** [1] - 3:14
**Michoud** [4] - 7:8, 12:20, 12:22, 13:14
**middle** [1] - 8:23
**might** [10] - 12:8, 15:2, 15:15, 16:3, 16:19, 19:7, 22:10, 23:6, 25:3
**MIKE** [1] - 6:5
**Mike** [2] - 11:11, 28:10
**Milazzo** [1] - 8:10
**Milazzo's** [1] - 8:9
**mill** [1] - 9:2
**MILLER** [13] - 4:8, 8:11, 8:13, 8:19, 8:22, 9:4, 9:7, 9:14, 9:19, 12:11, 24:23, 28:21, 29:4
**Miller** [3] - 8:7, 24:22, 28:22
**mind** [1] - 22:1
**minutes** [3] - 20:10, 21:1, 22:4
**miscellaneous** [1] - 27:4
**missed** [2] - 10:6, 10:7
**mistake** [1] - 19:11
**MITCHELL** [2] - 2:16, 5:4
**Mitchell** [1] - 3:2
**mix** [1] - 24:24
**MOEX** [1] - 12:5
**Mohan** [1] - 27:11
**mold** [2] - 12:25, 13:2
**Montgomery** [1] - 3:21
**MONTGOMERY** [1] - 5:16
**month** [1] - 25:21
**morning** [10] - 10:21, 11:11, 14:11, 17:10, 17:11, 17:21, 18:8, 19:21, 24:23, 25:11
**most** [5] - 14:5, 21:6, 21:7, 24:1, 25:15
**mostly** [1] - 29:2
**motion** [2] - 25:22, 26:3
**Motions** [1] - 7:5
**motions** [2] - 12:18,

23:1
**move** [3] - 19:12, 19:19, 26:5
**moved** [1] - 21:21
**moving** [3] - 10:25, 11:6, 12:1
**MR** [123] - 8:6, 8:7, 8:11, 8:13, 8:19, 8:22, 9:4, 9:7, 9:14, 9:15, 9:16, 9:18, 9:19, 9:20, 10:1, 10:12, 10:13, 10:20, 11:3, 11:15, 11:22, 12:7, 12:11, 12:13, 12:13, 12:23, 13:9, 13:11, 13:13, 13:14, 13:21, 13:22, 14:1, 14:2, 14:11, 14:20, 14:23, 15:1, 15:3, 15:10, 16:6, 16:23, 17:1, 17:3, 17:10, 17:11, 17:14, 17:15, 17:17, 17:20, 17:21, 18:3, 18:5, 18:18, 18:22, 19:2, 19:4, 19:6, 19:8, 19:10, 19:12, 19:19, 19:23, 19:23, 19:25, 20:1, 20:3, 20:5, 20:20, 20:22, 20:24, 21:9, 21:10, 21:16, 21:17, 21:17, 21:18, 21:19, 21:19, 21:20, 21:20, 21:23, 21:23, 22:2, 22:3, 22:7, 22:8, 22:10, 22:14, 22:17, 22:18, 23:11, 23:12, 23:13, 24:3, 24:11, 24:12, 24:18, 24:23, 25:11, 25:13, 25:17, 25:18, 25:19, 25:20, 25:22, 25:24, 26:3, 26:6, 26:6, 26:13, 26:18, 26:23, 26:24, 27:2, 27:3, 27:20, 27:21, 28:11, 28:12, 28:21, 29:4, 29:5
**MS** [10] - 8:3, 14:7, 14:8, 15:4, 15:11, 15:25, 16:4, 16:24, 29:6, 29:8
**MUNGER** [1] - 4:13

## N

**nail** [1] - 24:13
**name** [1] - 12:8
**names** [1] - 17:8
**Napoleonville** [2] - 8:11, 29:4

**narrowed** [1] - 11:3
**NASA** [1] - 13:4
**Nat** [6] - 18:5, 18:5, 19:8, 27:3, 27:19, 28:21
**NAT** [1] - 6:6
**Neal** [3] - 21:12, 21:13, 21:15
**necessary** [1] - 22:7
**need** [14] - 11:12, 12:14, 14:11, 14:25, 15:4, 16:1, 20:11, 20:17, 21:7, 22:16, 25:19, 25:19, 26:23, 28:14
**needed** [1] - 17:12
**needs** [1] - 15:14
**neglected** [1] - 27:6
**negotiating** [1] - 18:22
**never** [2] - 11:13, 26:1
**new** [2] - 19:25, 26:2
**NEW** [2] - 1:3, 8:1
**New** [16] - 1:21, 2:6, 2:10, 2:15, 3:6, 3:12, 3:24, 4:9, 4:18, 5:13, 5:18, 5:21, 10:10, 13:15, 13:24, 19:14
**news** [1] - 13:13
**next** [11] - 9:17, 12:15, 15:1, 16:22, 17:7, 18:11, 18:15, 19:3, 21:8, 21:13, 21:21
**nice** [1] - 22:8
**night** [7] - 9:21, 9:24, 9:24, 10:5, 10:6, 10:9, 23:17
**Nine** [1] - 10:12
**nobody** [1] - 10:16
**NOMILLINI** [4] - 6:2, 23:12, 23:13, 24:12
**Nomillini** [2] - 23:12, 24:12
**nonissue** [1] - 15:7
**Norway** [3] - 17:7, 17:17, 18:1
**note** [1] - 15:5
**nothing** [4] - 11:7, 27:1, 28:3, 28:4
**notice** [1] - 11:25, 20:7
**notification** [1] - 29:16
**November** [16] - 12:17, 12:19, 17:14, 17:23, 18:1, 18:16, 18:24, 19:9, 19:10, 19:15, 19:18, 19:21, 19:23, 20:3, 25:18, 25:18
**number** [6] - 10:19, 11:13, 12:1, 13:18,

25:1, 25:2
**NW** [2] - 4:6, 5:15
**NY** [2] - 2:15, 5:21

## O

**O'Keefe** [2] - 2:6, 3:6
**O'KEEFE** [5] - 5:17, 20:3, 20:20, 22:14, 29:5
**O'Rourke** [8] - 14:2, 17:10, 17:11, 18:3, 18:18, 22:6, 22:7, 28:7
**O'ROURKE** [22] - 3:14, 3:18, 14:2, 17:10, 17:11, 17:14, 17:15, 17:17, 17:20, 18:3, 18:18, 18:22, 19:2, 19:4, 19:6, 19:10, 19:12, 19:19, 19:23, 19:25, 20:1, 22:7
**object** [3] - 16:5, 23:19, 24:7
**objection** [2] - 12:6, 19:18
**objections** [6] - 16:7, 22:23, 23:19, 24:7, 24:10, 24:14
**Objections** [1] - 7:19
**objective** [2] - 10:18, 11:10
**objectors** [1] - 25:5
**observations** [2] - 20:13, 20:15
**obviously** [8] - 13:2, 13:6, 13:23, 16:14, 16:21, 27:22, 27:22, 28:8
**Oceaneering** [4] - 18:2, 18:18, 18:19, 18:25
**October** [2] - 1:6, 12:16
**OCTOBER** [1] - 8:1
**OF** [4] - 1:2, 1:6, 3:13, 3:20
**offer** [6] - 14:19, 15:8, 15:9, 15:25, 23:19, 24:4
**offices** [1] - 29:9
**Official** [2] - 1:19, 29:23
**officially** [1] - 9:22
**oil** [2] - 1:5, 9:10
**OIL** [1] - 1:5
**old** [2] - 8:13, 9:11
**OLSON** [1] - 4:13
**ON** [1] - 1:6

once [2] - 11:16, 23:4
one [31] - 8:9, 8:9, 9:7, 10:3, 10:8, 11:15, 12:1, 12:8, 12:10, 13:3, 16:8, 18:20, 19:20, 20:10, 20:12, 20:19, 20:24, 21:11, 21:18, 21:18, 21:19, 21:20, 22:4, 22:7, 23:14, 25:1, 26:6, 27:5, 28:3, 28:8, 28:21
ONE [1] - 7:2
One [16] - 2:8, 3:11, 4:20, 7:3, 7:4, 7:5, 10:15, 10:15, 12:5, 20:22, 21:11, 24:10, 26:8, 26:12, 26:17, 28:25
one-day [2] - 19:20, 20:10
onions [1] - 9:10
open [1] - 22:15
opening [1] - 9:24
operable [1] - 25:1
operating [1] - 13:17
operator [1] - 17:2
opinions [1] - 28:1
opportunity [5] - 11:19, 12:6, 18:14, 27:23, 28:14
opposed [1] - 13:25
opt [1] - 29:19
opt-out [1] - 29:19
option [2] - 13:25
oranges [1] - 24:24
order [8] - 12:9, 12:16, 13:16, 19:7, 21:19, 21:20, 26:10, 26:21
Order [1] - 7:4
original [1] - 11:3
originally [1] - 21:21
ORLEANS [2] - 1:3, 8:1
Orleans [12] - 1:21, 2:6, 2:10, 3:6, 3:12, 3:24, 4:9, 4:18, 5:13, 5:18, 10:10, 19:14
otherwise [1] - 10:3
ourselves [1] - 10:14
outs [1] - 28:24
outside [1] - 25:5
outstanding [1] - 24:1
overhead [1] - 9:25
overruled [2] - 16:7, 17:2
own [2] - 9:11, 10:16

## P

Pablo [1] - 10:3
page [1] - 11:9
Panda [1] - 10:3
pantheon [1] - 10:4
PAPANTONIO [1] - 2:16
Papantonio [1] - 3:2
paper [2] - 29:10, 29:13
paragraph [2] - 19:12, 19:13
pared [1] - 26:25
Park [1] - 9:22
part [5] - 24:1, 25:4, 25:23, 25:23, 27:13
participants [2] - 8:2, 8:8
participate [1] - 15:8
participating [1] - 17:18
participation [1] - 20:15
particular [4] - 12:25, 20:25, 21:3, 21:7
parties [34] - 10:16, 11:7, 11:19, 11:20, 11:24, 12:2, 13:18, 14:22, 18:11, 18:13, 18:14, 22:22, 22:24, 23:1, 23:3, 23:14, 23:17, 23:18, 23:19, 23:24, 24:1, 24:8, 24:13, 24:14, 24:17, 24:17, 26:8, 26:14, 26:19, 29:11, 29:11, 29:16
parties' [1] - 15:20
party [4] - 10:18, 11:17, 12:12, 26:16
pass [1] - 24:11
PATRICK [1] - 5:17
Paul [2] - 12:13, 26:24
PC [3] - 2:14, 5:2, 5:8
peg [1] - 18:25
pending [2] - 14:21, 26:3
Pennsylvania [2] - 13:15, 13:24
Pensacola [2] - 2:19, 3:3
people [8] - 8:9, 8:14, 17:12, 17:18, 23:17, 24:7
peppers [1] - 9:10
perceived [1] - 25:5
percent [1] - 14:13
perhaps [2] - 25:7, 25:9

period [3] - 15:13, 15:15, 22:22
person [5] - 17:9, 22:4, 22:5, 27:8, 28:23
personal [2] - 11:17, 11:19, 20:12
perspective [2] - 15:18, 18:8
PETRINO [1] - 6:5
PHASE [5] - 7:2, 7:7, 7:10, 7:14, 7:18
Phase [24] - 7:3, 7:4, 7:5, 10:15, 10:15, 12:5, 14:3, 15:6, 15:18, 18:9, 20:22, 21:11, 22:12, 24:10, 24:16, 26:7, 26:8, 26:12, 26:17, 28:23, 28:23, 28:25, 29:10
phone [4] - 8:2, 8:8, 9:20, 19:17
pick [3] - 19:3, 21:6, 29:4
picture [6] - 9:3, 9:5, 9:17, 10:2, 23:8, 23:9
pictures [1] - 9:21
piece [1] - 11:17
pieces [1] - 9:1
PIGMAN [1] - 4:16
pipe [1] - 20:14
Place [2] - 2:8, 3:11
place [6] - 11:14, 11:21, 16:21, 18:1, 19:14, 22:10
placeholder [1] - 11:15
Plaintiffs [9] - 2:7, 2:11, 2:16, 2:20, 2:22, 3:2, 3:4, 3:7, 3:10
Plaintiffs' [1] - 2:2
plan [1] - 21:5
players [1] - 10:4
pleading [1] - 26:1
pleased [1] - 14:5
plowing [1] - 24:20
PO [2] - 2:3, 3:18
podium [1] - 27:19
point [12] - 9:9, 11:1, 12:1, 15:21, 16:9, 16:15, 22:15, 22:24, 28:2, 28:8, 29:7
pointed [1] - 23:14
points [3] - 27:21, 28:2, 28:8
POLK [1] - 5:11
position [3] - 12:14, 14:23, 15:12

positions [2] - 11:11
possession [1] - 16:13
possible [2] - 13:8, 27:9
possibly [1] - 18:8
post [2] - 15:16, 15:24
post-January [2] - 15:16, 15:24
pot [7] - 8:9, 9:4, 9:4, 9:7, 9:8, 9:11, 10:7
potential [1] - 18:9
potentially [2] - 11:1, 11:4
pots [1] - 9:9
Poydras [4] - 1:20, 4:8, 5:12, 5:18
predictions [1] - 16:8
prefer [1] - 17:8
preference [1] - 22:25
Preliminary [1] - 7:19
prematurity [1] - 28:2
preparation [1] - 10:15
PREPARATION [1] - 7:2
Preparation [1] - 7:4
preparing [2] - 14:15, 24:10
present [1] - 27:15
presented [2] - 21:22, 21:24
preservation [3] - 12:22, 13:5, 13:6
preservative [1] - 13:9
preserved [2] - 25:7, 25:10
Pretrial [1] - 7:4
pretrial [3] - 12:16, 26:10, 26:21
pretty [1] - 20:23
previous [2] - 28:17, 28:20
previously [2] - 14:4, 28:18
Previously [1] - 7:11
pricing [1] - 11:23
primary [1] - 11:1
privilege [5] - 15:21, 16:15, 16:17, 19:2
privileged [2] - 23:23, 24:15
problem [9] - 11:8, 11:22, 18:23, 20:9, 20:10, 20:24, 21:12, 21:15, 26:5
problematic [3] - 10:24, 11:1, 11:4
procedure [1] - 16:20
procedures [1] - 13:17

Proceedings [1] - 1:23
proceedings [1] - 29:21
process [13] - 8:21, 14:18, 14:20, 22:20, 22:20, 22:25, 23:7, 23:15, 23:17, 23:23, 24:15, 29:10
PROCTOR [1] - 2:17
produce [2] - 16:1, 29:13
produced [4] - 15:19, 19:2, 26:17, 26:19
PRODUCTION [1] - 7:10
production [7] - 13:17, 15:5, 15:23, 22:21, 28:4, 29:7, 29:19
Production [3] - 7:11, 7:12, 7:13
productions [5] - 22:21, 26:20, 27:24, 29:15, 29:16
productive [1] - 12:2
professor [1] - 7:12
Professors [2] - 27:12, 28:15
progress [4] - 10:23, 17:4, 19:4, 23:14
projection [1] - 8:8
projects [6] - 18:7, 18:8, 18:11, 18:12, 18:13
prompted [1] - 26:7
promptly [1] - 17:24
proper [1] - 28:17
proposal [2] - 19:21, 23:24
proposed [2] - 11:7, 12:16
protect [1] - 11:20
protecting [1] - 11:20
protocol [2] - 13:16, 13:20
provide [3] - 11:24, 18:11, 27:17
provided [1] - 29:12
PSC [15] - 10:22, 10:24, 11:4, 11:5, 11:10, 11:22, 12:2, 12:13, 21:23, 22:19, 23:2, 25:25, 26:13, 26:21, 26:24
PSC's [3] - 12:16, 24:24, 26:10
public [1] - 11:18
Pujols [1] - 10:4
pulls [1] - 11:17

**purpose** [1] - 27:16
**put** [5] - 9:6, 10:11, 11:15, 19:21, 22:3
**putting** [2] - 15:18, 29:3

## Q

**QA/QC** [1] - 7:12
**quantum** [1] - 18:25
**queried** [1] - 14:13
**questioning** [1] - 27:15
**questions** [4] - 20:11, 27:13, 27:18, 28:2
**quick** [3] - 27:21, 28:21, 29:8
**quickly** [1] - 14:25
**quite** [1] - 8:5

## R

**radar** [1] - 29:3
**RAFFERTY** [1] - 2:17
**raise** [3] - 22:5, 23:4, 27:4
**raised** [2] - 23:5, 25:7
**raising** [1] - 25:20
**range** [1] - 29:15
**rather** [3] - 19:14, 24:16, 26:15
**RE** [1] - 1:5
**re** [4] - 19:13, 23:4, 24:20, 28:5
**re-announce** [1] - 19:13
**re-depose** [1] - 28:5
**re-plowing** [1] - 24:20
**re-raise** [1] - 23:4
**reach** [1] - 26:9
**read** [3] - 10:12, 28:8, 28:9
**ready** [1] - 14:16
**real** [1] - 24:2
**realistic** [1] - 16:12
**really** [7] - 9:20, 10:10, 14:14, 14:16, 17:8, 23:12, 23:25
**reason** [5] - 16:7, 16:12, 16:18, 25:25, 28:6
**reasonable** [3] - 24:8, 24:13, 24:14
**Reasonable** [1] - 7:16
**receive** [2] - 20:6, 29:11, 29:12
**received** [3] - 18:6, 20:7, 21:22
**recognize** [1] - 23:20
**record** [3] - 11:18,

15:5, 15:24
**Recorded** [1] - 1:23
**redacting** [1] - 11:19
**redactions** [1] - 10:18
**REDDEN** [1] - 4:19
**reduction** [1] - 14:13
**refer** [1] - 17:19
**refining** [1] - 18:22
**refrigerate** [1] - 13:4
**refrigeration** [1] - 13:8
**regard** [5] - 11:10, 14:4, 17:5, 22:12, 29:5
**regarding** [2] - 12:18, 27:5
**Regarding** [1] - 7:5
**Reggie** [1] - 10:4
**relate** [1] - 21:1
**related** [3] - 15:5, 18:7, 25:3
**relating** [2] - 20:14, 20:15
**relative** [1] - 15:6
**released** [1] - 11:18
**relevant** [2] - 15:18, 18:9
**remember** [2] - 10:16, 12:8
**remind** [1] - 17:11
**renewed** [1] - 26:3
**replies** [1] - 12:18
**report** [10] - 10:15, 10:20, 10:23, 12:3, 13:12, 14:6, 17:5, 18:2, 18:7, 18:19
**Report** [1] - 19:12
**reported** [1] - 19:10
**Reporter** [2] - 1:19, 29:23
**representative** [1] - 20:13
**representatives** [1] - 21:3
**request** [5] - 21:10, 27:6, 27:10, 28:13, 29:17
**Request** [1] - 7:15
**requirement** [2] - 26:11, 26:19
**rescheduled** [1] - 19:18
**reserve** [1] - 11:18
**resolution** [3] - 18:15, 23:20, 23:22
**resolve** [1] - 15:21
**resolved** [4] - 14:3, 14:6, 23:15, 23:19
**resolving** [1] - 10:24
**respect** [9] - 15:19, 15:21, 16:17, 18:15,

27:13, 28:14, 28:20, 28:23, 28:23
**respond** [5] - 16:2, 22:1, 23:1, 26:2, 28:11
**responders** [1] - 26:4
**response** [3] - 21:7, 29:9, 29:10
**responses** [2] - 12:18, 27:25
**responsible** [2] - 10:18, 15:17
**responsive** [4] - 15:5, 15:12, 15:16, 26:1
**rest** [1] - 10:9
**reveal** [1] - 8:5
**review** [6] - 14:16, 15:11, 15:23, 16:1, 16:15, 16:16
**reviewing** [1] - 14:15
**reviews** [1] - 15:21
**revised** [4] - 13:20, 14:12, 14:16, 23:24
**revisions** [1] - 22:13
**rice** [1] - 9:9
**RICHESON** [1] - 5:11
**RIG** [1] - 1:5
**rise** [1] - 27:13
**RMR** [1] - 1:19
**Rob** [7] - 12:22, 12:24, 14:11, 16:2, 16:5, 17:20, 27:20
**Rob's** [1] - 19:16
**ROBERT** [1] - 4:5
**Robin** [1] - 15:2
**ROBIN** [1] - 2:14
**RONQUILLO** [2] - 5:2, 5:8
**room** [2] - 20:18, 21:14
**Room** [1] - 3:15
**roughly** [1] - 22:22
**round** [5] - 22:24, 23:3, 23:8, 23:11, 28:10
**ROV** [1] - 18:19
**ROY** [2] - 2:2, 2:2
**Rule** [4] - 12:4, 26:20, 27:10, 28:20
**ruled** [1] - 28:19
**rules** [1] - 23:1
**ruling** [3] - 24:14, 28:12, 28:17
**rulings** [4] - 23:22, 24:3, 24:17, 24:18
**runs** [4] - 8:16, 10:4, 10:5
**RUSNAK** [1] - 2:20
**Rusnak** [1] - 3:7

**Ruth** [2] - 10:4, 10:5
**RYAN** [1] - 4:3

## S

**SALLY** [1] - 1:12
**sample** [2] - 23:18, 23:20
**sampled** [1] - 12:25
**San** [1] - 3:16
**Sandoval** [1] - 10:3
**Santa** [3] - 14:10, 16:3, 16:6
**SARAH** [3] - 5:12, 6:2, 6:5
**Sarah** [6] - 14:6, 15:9, 16:3, 16:15, 16:23, 29:7
**Sarah's** [1] - 29:19
**sat** [2] - 10:6, 10:7
**saw** [1] - 13:16
**scanned** [1] - 29:14
**scanning** [1] - 13:14
**schedule** [1] - 19:10
**Schedule** [1] - 19:13
**Scheduled** [1] - 7:16
**scheduled** [6] - 16:22, 18:16, 18:23, 19:6, 19:9, 20:7
**SCHELL** [1] - 5:11
**scheme** [1] - 25:2
**scoring** [1] - 10:3
**scrapbook** [1] - 9:21
**screen** [2] - 8:8, 29:3
**Sct** [1] - 3:17
**sea** [1] - 8:16
**SEAN** [1] - 5:4
**search** [5] - 14:12, 14:16, 18:22, 18:24
**seat** [1] - 10:7
**second** [3] - 20:11, 21:1, 27:9
**SECREST** [1] - 4:19
**secret** [1] - 8:5
**Sect** [1] - 1:5
**see** [22] - 9:9, 9:21, 11:12, 14:3, 14:25, 17:3, 17:4, 18:17, 18:24, 19:1, 19:21, 20:5, 21:8, 22:5, 22:11, 22:11, 25:3, 26:15, 27:17, 27:25, 28:13, 28:17
**seeking** [2] - 18:12, 23:19
**seem** [3] - 14:14, 20:16, 21:2
**select** [1] - 19:2
**selected** [1] - 18:14
**semen** [1] - 9:14

**send** [5] - 13:24, 16:11, 27:7, 29:16, 29:17
**sense** [5] - 21:2, 23:10, 24:5, 26:4, 26:21
**sensible** [1] - 25:15
**sent** [7] - 11:4, 14:12, 19:14, 23:17, 27:5, 28:1, 29:8
**separate** [1] - 27:1
**Series** [2] - 9:22, 10:5
**series** [1] - 10:5
**serious** [1] - 24:9
**set** [1] - 12:13
**settled** [1] - 8:14
**settlement** [2] - 25:4, 25:9
**several** [2] - 11:24, 23:2
**shake** [1] - 27:2
**sharecropper** [1] - 9:19
**sharecroppers** [1] - 9:19
**shared** [1] - 13:17
**short** [3] - 14:21, 27:4
**shortly** [1] - 12:19
**show** [3] - 12:4, 27:17, 28:16
**shown** [2] - 26:16, 26:20
**Shulkes** [1] - 17:5
**SHULKES** [1] - 17:5
**SHUSHAN** [1] - 1:12
**Shushan** [1] - 23:12
**Shushan's** [1] - 25:1
**side** [1] - 9:24
**sides** [1] - 10:2
**sign** [1] - 17:2
**significance** [1] - 15:6
**significantly** [2] - 15:16, 15:20
**sill** [1] - 25:1
**similar** [2] - 23:6, 23:23
**simplify** [1] - 14:4
**SINCLAIR** [1] - 6:3
**sit** [1] - 20:18
**situation** [1] - 18:20
**six** [1] - 25:21
**smaller** [2] - 8:24, 29:9
**smell** [3] - 9:8, 9:10, 9:11
**snuff** [1] - 22:12
**Software** [1] - 1:24
**solution** [2] - 14:22, 16:19

someone [2] - 21:8, 21:21
soon [3] - 9:12, 13:20, 27:9
sooner [2] - 17:8, 24:16
SOREN [1] - 3:5
sorry [1] - 8:4
sort [4] - 16:17, 18:24, 24:6, 27:4
sound [2] - 10:9, 10:11
source [2] - 16:9, 20:15
south [1] - 8:15
South [3] - 2:18, 3:3, 4:14
Southerners [1] - 10:6
space [2] - 13:4, 27:7
speaking [1] - 24:6
Special [1] - 12:21
specifically [2] - 21:9, 25:9
speed [1] - 14:20
spend [1] - 21:1
SPILL [1] - 1:5
sports [1] - 10:8
spreadsheet [2] - 11:7, 12:1
Stack [1] - 20:14
staff [1] - 17:7
stalk [3] - 8:23, 8:24, 8:25
stand [3] - 13:19, 23:14, 28:19
Standard [1] - 17:6
standard [1] - 13:17
standing [2] - 8:9, 27:19
start [4] - 12:21, 13:11, 17:6, 24:21
started [4] - 12:17, 19:19, 24:23, 25:21
starting [1] - 27:6
starts [1] - 13:2
state [1] - 22:22
State [2] - 3:20, 3:22
statement [1] - 29:5
States [23] - 3:17, 10:22, 11:10, 11:23, 13:6, 13:18, 13:23, 14:10, 15:4, 15:10, 15:17, 16:12, 17:10, 18:6, 18:19, 19:8, 22:7, 23:2, 26:19, 27:3, 27:11, 28:6, 29:9
STATES [2] - 1:1, 1:13
States' [6] - 15:18, 27:24, 27:25, 28:4,

28:9, 28:13
Statoil [3] - 17:5, 17:17, 27:9
STATUS [1] - 1:11
Stenography [1] - 1:23
STEPHEN [2] - 2:5, 3:5
Sterbco [3] - 12:13, 26:24, 27:2
STERBCO [4] - 8:6, 12:13, 20:22, 26:24
STEVE [2] - 3:14, 3:18
Steve [4] - 17:10, 17:22, 18:3, 18:18, 22:7, 27:11
still [11] - 8:7, 11:4, 11:6, 18:17, 18:23, 23:20, 23:21, 26:3, 26:20, 29:9, 29:11
stipulation [1] - 25:7
stir [1] - 10:7
stirred [1] - 9:4
stirring [1] - 9:4
stock [1] - 8:24
STONE [1] - 4:16
stop [3] - 13:2, 16:24
Stored [1] - 7:8
storm [1] - 16:3
story [1] - 9:2
STRADLEY [1] - 6:4
streamline [1] - 15:20
Street [16] - 1:20, 2:3, 2:9, 2:18, 3:3, 3:11, 3:23, 4:6, 4:8, 4:11, 4:18, 4:21, 5:6, 5:12, 5:15, 5:18
Stress [3] - 18:2, 18:6, 18:11
stress [1] - 18:4
strokes [1] - 14:21
stuff [1] - 15:15
subject [5] - 23:20, 23:21, 23:22, 26:16, 28:25
subjective [2] - 10:18, 11:10
submissions [1] - 28:10
submitted [1] - 12:4
subpoena [6] - 14:21, 15:12, 15:16, 16:7, 16:14, 16:21
subset [2] - 11:4, 18:25
substantive [3] - 14:15, 24:3, 24:19
subtopic [3] - 20:9, 21:3, 21:4
successfully [1] -

23:23
sufficient [1] - 18:25
sugar [1] - 8:25
sugarcane [2] - 8:12, 8:17, 8:18
suggest [3] - 16:3, 23:16, 25:12
suggested [1] - 26:9
suggestion [2] - 17:24, 17:24
Suite [10] - 2:9, 2:18, 3:3, 3:12, 4:9, 4:12, 4:21, 5:6, 5:9, 5:12
summary [1] - 26:3
supplemental [2] - 27:7, 27:17
supplementation [2] - 26:11, 26:20
supplementing [1] - 26:12
supplied [1] - 9:6
supply [1] - 17:12
support [1] - 17:7
supposed [2] - 10:17, 12:17
surreply [1] - 27:17
Susan [2] - 29:23, 29:25
SUSAN [2] - 1:19, 29:24
susan_zielie@laed. uscourts.gov [1] - 1:21
SUTHERLAND [1] - 4:10
switch [1] - 19:21
system [1] - 8:14
systems [1] - 10:16

T

Tampa [2] - 10:9, 10:10
team [10] - 10:25, 14:13, 15:6, 15:19, 16:13, 17:23, 19:3, 27:12, 27:13, 27:14
teams [1] - 10:1
technical [1] - 27:12
technology [1] - 8:22
TED [1] - 5:20
ted [1] - 25:13
tee [1] - 23:6
telephone [1] - 14:9
TELEPHONIC1ALLY [1] - 6:1
temperature [2] - 9:3
ten [2] - 18:9, 22:4
tends [1] - 24:5
tentatively [1] - 26:16

terms [10] - 14:12, 14:13, 14:16, 15:11, 17:22, 18:22, 18:24, 23:13, 24:13
testified [2] - 27:14, 28:24
testify [1] - 20:2
testimony [1] - 28:3
testing [5] - 12:20, 12:22, 13:12, 13:15, 13:23
Testing [1] - 7:8
THE [108] - 1:2, 1:5, 1:5, 1:12, 8:2, 8:3, 8:7, 8:12, 8:18, 8:21, 9:3, 9:5, 9:13, 9:15, 9:16, 9:17, 9:25, 10:11, 10:12, 10:14, 11:3, 11:14, 11:21, 12:3, 12:11, 12:15, 13:7, 13:10, 13:12, 13:14, 13:19, 13:22, 14:1, 14:2, 14:3, 14:7, 14:9, 14:18, 14:22, 14:25, 15:2, 15:4, 15:9, 16:2, 16:5, 16:22, 16:23, 16:25, 17:1, 17:3, 17:11, 17:13, 17:15, 17:16, 17:18, 17:20, 17:24, 18:4, 18:17, 18:21, 19:1, 19:4, 19:5, 19:7, 19:11, 19:15, 19:24, 20:1, 20:2, 20:4, 20:18, 20:21, 20:23, 21:6, 21:14, 21:16, 21:25, 22:3, 22:6, 22:9, 22:11, 22:14, 22:17, 23:10, 23:11, 23:12, 24:2, 24:9, 24:21, 25:12, 25:14, 25:17, 25:18, 25:19, 25:22, 25:24, 26:4, 26:13, 26:18, 26:22, 27:19, 27:20, 28:12, 28:21, 29:3, 29:5, 29:7, 29:18
themselves [1] - 29:16
thereafter [1] - 12:19
therefore [1] - 16:1
they've [4] - 16:15, 20:8, 20:16, 28:17
thinking [2] - 23:25, 26:22
thinks [1] - 28:6
third [2] - 10:1, 23:11
THOMAS [1] - 4:13
Thomas [1] - 3:2
thousand [1] - 29:15

three [7] - 9:1, 10:4, 10:5, 18:8, 18:10
throughout [1] - 8:15
throwing [1] - 15:10
throws [1] - 22:15
Thursday [4] - 10:9, 10:23, 17:7, 20:7
timely [1] - 28:9
today [3] - 10:7, 13:19, 25:9
today's [1] - 24:23
TOLEDO [1] - 5:5
TOLLES [1] - 4:13
Tom [1] - 20:5
TOM [1] - 4:20
took [3] - 14:12, 14:22, 15:12
top [2] - 8:24, 9:23
topic [8] - 20:9, 20:17, 21:3, 21:4, 21:5, 22:4
topics [11] - 19:21, 20:8, 20:13, 20:25, 21:1, 21:6, 21:7, 22:4, 22:5, 28:25
totally [3] - 23:15, 26:4, 27:1
toto [1] - 23:8
touched [1] - 11:8
touching [1] - 11:13
toward [2] - 11:6, 11:9
Tower [2] - 2:12, 2:23
track [1] - 13:19
tracks [1] - 13:2
Tracy [1] - 27:8
trading [1] - 22:10
transcript [1] - 29:23
Transcription [1] - 1:23
Transocean [6] - 12:4, 19:19, 21:4, 21:10, 27:1, 28:22
tremendous [1] - 9:10
Trial [1] - 7:4
trial [1] - 11:16
trip [2] - 16:3, 16:6
truck [1] - 9:2
true [1] - 16:8
truncate [1] - 15:16
try [7] - 10:17, 11:9, 14:19, 22:23, 23:4, 23:6, 28:15
trying [3] - 8:7, 19:10, 28:16
TSEERIDES [4] - 25:13, 25:19, 26:3, 26:6
Tseerides [1] - 25:13
TSEKERIDES [1] -

5:20
**Tuesday** [1] - 13:16
**Turlak** [2] - 19:19, 19:25
**turn** [2] - 14:19, 16:19
**turns** [1] - 14:14
**TV** [1] - 10:8
**TVs** [1] - 10:8
**TWO** [4] - 7:7, 7:10, 7:14, 7:18
**Two** [11] - 14:3, 15:6, 15:18, 18:9, 22:12, 24:16, 26:7, 28:23, 28:23, 28:25, 29:10
**two** [17] - 8:9, 9:1, 9:4, 10:5, 12:7, 18:8, 19:20, 20:8, 20:18, 21:19, 21:20, 22:21, 25:2, 27:4, 27:10, 28:20
**two-day** [1] - 19:20
**TX** [6] - 2:21, 3:9, 4:12, 4:22, 5:7, 5:10
**type** [1] - 23:9
**typically** [1] - 13:6

## U

**um-hum** [1] - 19:23
**unconvincing** [1] - 27:25
**under** [1] - 28:25
**UNDERHILL** [7] - 3:14, 9:18, 9:20, 10:1, 10:12, 10:13, 21:17
**Underhill** [5] - 9:6, 9:15, 9:17, 10:13, 11:11
**understood** [1] - 21:16
**undo** [2] - 28:17, 28:18
**unfurled** [1] - 10:1
**unique** [3] - 16:7, 16:13, 16:21
**United** [29] - 3:17, 10:22, 11:10, 11:23, 13:6, 13:18, 13:23, 14:10, 15:4, 15:10, 15:17, 15:18, 16:12, 17:10, 18:6, 18:18, 19:8, 22:7, 23:2, 26:19, 27:3, 27:11, 27:24, 27:25, 28:4, 28:6, 28:9, 28:13, 29:9
**UNITED** [2] - 1:1, 1:13
**universe** [1] - 11:23
**university** [5] - 15:15,

15:16, 15:22, 15:24, 16:1
**University** [3] - 14:10, 16:13, 27:7
**university's** [1] - 15:17
**unless** [1] - 25:16
**Unlogged** [1] - 7:11
**unlogged** [1] - 14:4
**unnecessary** [1] - 15:12
**unresponsive** [1] - 28:6
**up** [23] - 8:8, 9:6, 9:12, 10:1, 11:17, 12:19, 12:22, 13:8, 13:16, 14:20, 14:25, 15:23, 16:18, 19:13, 20:22, 22:12, 23:5, 23:6, 24:3, 24:20, 25:4, 28:21, 29:4
**update** [2] - 22:17, 22:19
**Update** [1] - 7:15
**updates** [1] - 8:22
**upheaval** [1] - 11:13
**urge** [1] - 28:9
**US** [12] - 3:13, 3:17, 7:11, 7:11, 7:13, 7:15, 14:5, 18:2, 18:3, 19:10, 27:18, 28:18
**US's** [2] - 14:3, 17:5

## V

**Venezuelan** [1] - 10:3
**victorious** [1] - 9:24
**video** [2] - 13:25, 17:18
**videoing** [1] - 13:23
**videos** [1] - 18:19
**view** [2] - 16:3, 23:9
**viewing** [1] - 9:23
**Vikings** [2] - 10:9, 10:10
**visiting** [1] - 11:12
**visual** [2] - 20:13, 20:14
**vs** [1] - 10:9

## W

**wait** [3] - 24:2, 28:13, 28:17
**waiting** [1] - 8:4
**WALKER** [1] - 2:11
**Walker** [1] - 2:22
**WALTHER** [4] - 4:16
**wants** [4] - 10:17,

13:2, 17:16, 24:6
**WARREN** [1] - 5:14
**Washington** [4] - 3:19, 4:6, 5:15, 19:14
**waste** [1] - 20:11
**watched** [2] - 10:11, 10:12
**watching** [1] - 10:8, 10:9
**water** [1] - 21:14
**watermarking** [1] - 10:17
**Waterside** [2] - 2:12, 2:24
**Weatherford** [2] - 12:8, 12:11
**Wednesday** [5] - 9:24, 10:23, 12:19, 17:14, 18:1
**week** [17] - 10:16, 10:17, 10:22, 10:22, 11:16, 11:16, 12:15, 14:10, 15:1, 16:22, 18:11, 18:15, 18:20, 21:8, 22:13, 28:1, 29:2
**week's** [1] - 28:22
**weekend** [2] - 16:3, 29:21
**weeks** [2] - 11:24, 25:21
**WEIL** [1] - 5:19
**WEINER** [1] - 5:11
**WEITZ** [1] - 2:14
**welcome** [1] - 14:7
**well-founded** [1] - 24:11
**Wereley** [1] - 27:11
**whereas** [1] - 8:14
**whereby** [1] - 23:17
**Whirly** [3] - 27:12, 27:14, 28:15
**WHITELEY** [1] - 3:22
**whole** [3] - 16:9, 16:12, 17:1
**Wildwell** [4] - 18:2, 18:17, 19:1, 19:2
**will-call** [1] - 12:9
**Williams** [1] - 19:14
**WILLIAMSON** [3] - 2:20, 2:20, 3:8
**Williamson** [1] - 3:7
**Willie** [1] - 9:22
**willing** [2] - 15:15, 19:2
**WINFIELD** [1] - 6:3
**wishes** [2] - 15:4, 29:16
**Withheld** [1] - 7:12

**witness** [16] - 12:8, 12:10, 12:11, 20:8, 20:9, 20:11, 20:12, 21:1, 21:3, 21:4, 21:24, 24:3, 27:11, 27:18, 28:24
**Witness** [1] - 7:4
**witnesses** [12] - 12:4, 20:8, 20:8, 21:22, 27:16, 28:13, 28:14, 28:16, 28:18, 28:20, 28:24, 29:1
**WITTMAN** [1] - 4:16
**won** [1] - 10:5
**word** [1] - 8:6
**WORKING** [1] - 7:1
**works** [1] - 22:20
**World** [2] - 9:22, 10:5
**world** [1] - 25:5
**worried** [1] - 24:6
**WRIGHT** [1] - 2:2
**writing** [1] - 29:17

## Y

**ya'll** [2] - 12:21, 24:2
**years** [1] - 9:11
**yesterday** [4] - 14:5, 14:8, 20:7, 21:22
**Yoakum** [2] - 2:21, 3:8
**YORK** [5] - 5:8, 10:20, 11:3, 11:15, 11:22
**York** [3] - 2:15, 5:21, 10:21

## Z

**Zielie** [2] - 29:23, 29:25
**ZIELIE** [2] - 1:19, 29:24