IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| This document relates to all actions. | HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

### EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OBJECTIONS OF ECONOMIC AND PROPERTY DAMAGES SETTLEMENT CLASS MEMBERS STAN P. BAUDIN, TROY D. MORAIN, MORAIN & MURPHY, LLC, DANNY WRAY AND KRISTEN WRAY TO PROPOSED SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, comes Economic and Property Damages ("EPD") Settlement Class Members, Stan P. Baudin, Troy D. Morain, Morain & Murphy, LLC, and Danny Wray and Kristen Wray, who respectfully move for leave to file the attached Sur-Reply in Support of their Objections to the Proposed Economic and Property Damages Class Settlement to address arguments raised by the Plaintiffs in their Reply to the Objections. (Rec. Doc. 7727). Therefore, Objectors respectfully request that this Court grant their Motion for Leave.

Respectfully submitted,

/s/ Stan P. Baudin
Stan P. Baudin – LSBA #22937
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
(225) 687-6396

Troy D. Morain – LSBA #19070
MORAIN & MURPHY, LLC
6717 Perkins Road
Baton Rouge, LA 70808
(225) 767-7151

Kristen Wray – LSBA #26148
337 Anchor Drive
Grand Isle, LA 70358
(225) 921-8459

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Leave was served upon all counsel of record via the Court's CM/ECF electronic filing system, on this 7th day of November, 2012.

*Stan P. Baudin*
Stan P. Baudin