IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING the *Ex Parte* Motion for Leave to File Sur-Reply in Support of Objections of Economic and Property Damages Settlement Class Members, Stan P. Baudin, Troy D. Morain, Morain & Murphy, LLC, and Danny Wray and Kristen Wray:

IT IS HEREBY ORDERED that the Motion for Leave is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
JUDGE CARL J. BARBIER