## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All Cases* | * * | Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal its Response In Opposition To Motions For Adverse Inferences Based On Assertions Of The Fifth Amendment;

IT IS ORDERED that the Motion is GRANTED.  The BP Parties are ordered to provide the Court and parties' counsel with an unredacted version of the memorandum and exhibits and thereafter file in the record a redacted version of the memorandum and exhibits.  The unredacted memorandum and exhibits received by the Court will be filed UNDER SEAL.

New Orleans, Louisiana, this 7th day of November, 2012.

_____
United States Magistrate Judge