UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| (REF: ALL CASES; 12-1483;12-1484; 12-1485; 12-2194; 12-9888; 12-1295; 12-2155;12-2048; UNFILED MEDICAL BENEFITS CLASS MEMBERS; UNFILED ECONOMIC AND PROPERTY DAMAGES CLASS MEMBERS) | * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

**MOTION *IN LIMINE* TO EXCLUDE EXPERT REPORTS SUBMITTED IN FAVOR OF MOTIONS FOR FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AND MEDICAL BENEFITS CLASS ACTION SETTLEMENT**

Now into court, through undersigned counsel, come Adrian Kornman, Michael Crowder, the Dauphin Island Property Owners Association, GO FISH, Clint Guidry, Donald Dardar, and Byron Encalad, and the plaintiffs in Civil Action Numbers 12-1483, 12-1484, 12-1485, 12-2194, 12-9888, 12-1295, 12-2155, 12-2048, all unfiled medical benefits class members, and all unfiled economic and property damages class members (collectively, "Movants"), who respectfully submit this motion *in limine* to exclude expert reports submitted in favor of motions for final approval of Economic and Property Damages Settlement and the Medical Benefits Class Action filed by the Plaintiffs' Steering Committee ("PSC") and the BP Defendants. Neither the PSC nor the BP Defendants make any effort to establish the admissibility of the expert reports they have submitted in favor of their request that this Court certify a settlement class for certain economic and property damages and medical benefits claims in these proceedings.

As set forth in the attached supporting memorandum, this Court is required under Supreme Court precedent and Rule 702 of the Federal Rules of Civil Procedure to serve as a gatekeeper regarding the admissibility of expert testimony. This Court should not blindly accept the admissibility of the expert reports but should require that the proponents of those reports, the PSC and the BP Defendants in this case, to establish that the experts' opinions are admissible. The Seventh, Eighth, Ninth, and Eleventh Circuit Courts of Appeals have all held that some form of analysis under Rule 702 and *Daubert* is required in a class certification hearing, and the United States Supreme Court recently heard oral argument on this very issue. Given the significance of the settlement in this case and the motion to approve the settlement class, this Court should not consider the expert opinions submitted in favor of approval of the settlement unless the PSC and the BP Defendants establish the admissibility of these expert reports. Accordingly, this Court should grant the Movants' motion and order that the PSC and the BP Defendants demonstrate that the expert reports satisfy the requirements of Rule 702 and *Daubert*.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER (# 19589)
MARTHA Y. CURTIS (#20446)
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR ADRIAN KORNMAN

s/ Frederick T. Kuykendall, III
FREDERICK T. KUYKENDALL, III
AL Bar No. ASB4462A59F
Federal Bar No.: KUYF4462
Kuykendall & Associates, L.L.C.
2013 1st Avenue North, Suite 450
Birmingham, Alabama 35203
Phone: (205) 453-0060

Fax: (205) 453-0042
COUNSEL FOR DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION

/s/ Robert J. McKee
Robert J. McKee (Florida Bar # 0972614)
rmckee@krupnicklaw.com
KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile
COUNSEL FOR MICHAEL CROWDER AND ALL PLAINTIFFS IN CIVIL ACTION NUMBERS 12-1483, 12-1484, 12-1485, AND 12-2194


/s/ Stuart H. Smith
Stuart H. Smith, Esquire (17805)
SMITH STAG, LLC
ssmith@smithstag.com
65 Canal Street, Suite 2850
New Orleans, LA 70130
504-593-9600 telephone
504-593-9601 facsimile
COUNSEL FOR ALL PLAINTIFFS IN CIVIL ACTION NUMBERS 12-1483; 12-1484; 12-485; 12-2194; 12-9888; 12-1295; 12-2155; 12-2048, ALL UNFILED MEDICAL BENEFITS CLAISS MEMBERS, ALL UNFILED ECONOMIC AND PROPERTY DAMAGES CLASS MEMBERS

/s/ Joel Waltzer
JOEL WALTZER (LA #19268)
3715 Westbank Expwy, Ste 13
Harvey, LA 70058
Office: (504) 340-6300
Fax:     (504) 340-6330
joel@waltzerlaw.com
COUNSEL FOR OBJECTORS GO FISH, CLINT GUIDRY, DONALD DARDAR AND BYRON ENCALAD

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2012, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ James M. Garner
JAMES M. GARNER