UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG            MDL No.: 2179
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO ON APRIL 20, 2010               Section "J"

This Document Relates to:                  Judge Carl J. Barbier
2:12-cv-02048-CJB-SS
2:12-cv-00988-CJB-SS                       Magistrate Judge Shushan
2:12-cv-01295-CJB-SS
2:12-cv-02155-CJB-SS
2:12-cv-01483-CJB-SS
2:12-cv-01484-CJB-SS and
2:12-cv-02194-CJB-SS
Unfiled Economic and Property Damages
Class Members

## MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

By the Order issued November 1, 2012, (Rec. Doc. 7819) the Court designated the undersigned to present issues/objections relating to BP's proposed Economic Class Settlement. In order to facilitate the Court's ability to engage the issues that will be presented in the ten minutes allocated, the undersigned moves to supplement the record with the attached affidavit of Professional Geologist Brian D. Moore *(Exhibit "A")*. The supplemental affidavit supports objector's position that the effects, redistribution, and movement of the spill chemicals are far beyond the geographic economic zone limiting locations utilized in the proposed settlement. The attached does not contain new evidence; rather it is intended to aid the Court by including an affidavit in opposition to

BP's experts' declarations and Class Counsel's responses to objectors, filed in October 22, 2012, pertaining to the economic class settlement.

Respectfully Submitted.

        SMITH STAG, L.L.C.

        By: /s/ Stuart H. Smith

        Stuart H. Smith, Esquire
        ssmith@smithstag.com
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        and

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.
        Robert J. McKee, Esquire
        Florida Bar Number:  972614
        rmckee@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave to Supplement the Record has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the

foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November 2012.

SMITH STAG, L.L.C.

By: /s/   Stuart H. Smith

Stuart H. Smith, Esquire
ssmith@smithstag.com
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

and

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Plaintiffs*