I, Brian D. Moore, born November 29, 1967, provide the following declaration:

1. I am a Professional Geologist, and my qualifications include inspection and sampling activities along the Gulf Coast in the State of Louisiana following the Deepwater Horizon oil release incident, and inspection and sampling activities in post-Katrina New Orleans, Louisiana related to the Murphy Oil refinery release. My qualifications are attached here.

2. After Hurricane Isaac came through the Gulf Coast region, I was retained by Boston Chemical Data Corporation (BCDC) to conduct inspection, reconnaissance, and sampling activities along the Gulf Coast between Pensacola, Florida and Fort Morgan, Alabama to document environmental conditions after the hurricane.

3. In the first week of this September 2012, I personally inspected numerous private and public properties in the Panhandle of Florida and in Alabama.

4. During this time, I personally observed and collected samples of tar balls and petroleum from beaches and waterfront property at many locations which make it clear that the effects of Hurricane Isaac's winds, waves, and storm surge include widespread and substantial petroleum contamination of beachfront areas in this region.

5. I have read reports from the Associated Press indicating that Louisiana State University lab has matched the post-Isaac oil fingerprint to the BP Macondo oil fingerprint.

6. I have read reports from the Associated Press that confirm that BP representatives admitted that Hurricane Isaac's actions have brought this oil from their spill to beachfront areas and, as a result, admitted further cleanup activities are required.

7. I have reviewed field notes and laboratory reports provided by BCDC that indicate this widespread contamination has affected the coastlines of Mississippi, Alabama, and Florida, including petroleum staining and petroleum films areas above and beyond the beachfront/intertidal zone.

8. Laboratory testing of tar balls collected from these states exhibited total hydrocarbon mass between 9% and 60% by weight, values correlating to concentrations of up to 609,000 milligrams per kilogram.

9. Laboratory testing of collected samples confirmed the presence of many the same alkylated polynuclear aromatic hydrocarbons and other biomarkers that had previously been identified in MC252 source oil and other suitable reference samples.

10. Laboratory testing has successfully detected the presence of BP MC252 crude oil in samples collected from multiple locations along this coastline since Hurricane Isaac.

I declare under penalty of perjury that this declaration is a true and correct statement.

Signed: _____   Dated: _____November 7th, 2012_____
           Brian D. Moore, P.G.

# Brian D Moore

Digitally signed by Brian D Moore
DN: cn=Brian D Moore,
o=CarriageHouse Consulting, Inc., ou,
email=bmoore@carriagehouseinfo.
com, c=US
Date: 2012.11.07 15:50:50 -05'00'



EXHIBIT

A



**CARRIAGEHOUSE**
**CONSULTING, INC.**

## Statement of Qualifications

### Employee Profiles

**Brian D. Moore, President**

Overview of Experience

Mr. Moore is a Certified Professional Geologist (CPG) and a Licensed Site Professional (LSP), and a member in the LSP Association and the Geological Society of New Hampshire. Mr. Moore has over ten years experience working in the environmental industry in New England and EPA Regions I, II, and III.

His experience includes directing extensive assessment and remediation of retail gasoline locations throughout EPA Region I, II, and III for potential Class V Injection Wells in accordance with EPA-issued Consent Order under the UIC Program. He has also managed numerous OHM cases for major oil, lubrication, commercial trucking/busing, and pipeline companies in MA, NH, CT, RI, ME, VT, and NY.

Serving as the coordinator and director of Emergency Response services for some of these companies in the New England area, he has been responsible for interfacing with a diverse group of local, municipal, state, and/or federal regulators in this region. He has also been responsible for preparing deed notices, restrictions, and modifications/terminations for properties in Massachusetts and New Hampshire in accordance with the applicable regulatory provisions.

Mr. Moore in proficient in performing real estate transaction-style assessments, completing preliminary site investigations, conducting Comprehensive Site Assessments, and preparing Corrective Action and Remedy Implementation Plans. He has directed several pilot tests and feasibility studies, selected and aided in design and construction of active remediation systems, and authored numerous RBCA-style Risk Characterizations, including those completed in compliance with state-specified methods.

His experience includes an internship at the Massachusetts Department of Environmental Protection's Division of Water Supply in Boston, where he worked on new source assessment, permitting, and community outreach/public information programs. Throughout his career, Mr. Moore has continued to establish relationships with members of both the regulatory community and other specialty firms throughout New England.

Education and Training
| | |
|---|---|
| Boston University: | *Cum Laude* - B.A. Environmental Science & Policy |
| Cont. Education: | LSPA and DEP-approved continuing education coursework |
| OSHA-related: | 40-hr. HAZWOPER, 8-hour OSHA refreshers, First Aid/CPR |



CARRIAGEHOUSE
CONSULTING. INC.

## Statement of Qualifications

### Service Offerings

- **Licensed and Certified Professional Oversight Services**
  Preparation of opinions, recommendations, or conclusions related to the presence of oil and/or hazardous material (OHM) impacted media on real property. Includes those Professional or Certified opinions required at certain junctures in the Massachusetts and New Hampshire OHM site assessment and remediation process.

- **Environmental Compliance and Reporting Services**
  Completion of Preliminary and Comprehensive Site Assessments;
  Design and Evaluation of Feasibility Studies/Pilot Testing activities;
  Statistical and empirical analyses of Natural Attenuation/Biodegradation results;
  Preparation of state-specific risk characterization/decision-tree submittals; and
  Sensitivity to state-specific reimbursement program regulations and guidelines.

- **Real Estate Related Services**
  ASTM Phase I and II transaction-style property assessments;
  MA Board Acceptable Site Assessment (BASA) and reimbursement services;
  CT Transfer Act Site Assessments (TASAs) and ECAFs;
  Due diligence surveys for corporate mergers/acquisitions;
  Efficacy reviews for assessment and remediation progress;
  Divestment Assessment and Project Planning; and
  UST/AST Closure Oversight and Assessments.

- **Emergency Response Services**
  Experienced emergency response services throughout New England area;
  Direct regulatory interface and on-scene coordination/oversight, as warranted; and
  Initial/Immediate Response Action Authorization and Reporting.

- **Deed Restriction/Notice Services**
  Preparation, execution, and recordation of state-required deed restrictions and/or notices. Includes proficient interpretation and recommendations related to potential ground-intrusive actions at properties where deed restrictions already exist.

- **Collaboration and Referral Services**
  CarriageHouse is a member of a select group of specialized professional firms and service providers located throughout New England. This informal consortium is dedicated to the objective of raising the quality of service provided by firms and companies engaged in the environmental industry in New England. We are intent on achieving this objective by actively participating in this industry with our partners.



CARRIAGEHOUSE
CONSULTING, INC.

## Statement of Qualifications

### Corporate Information

CarriageHouse Consulting, Inc. (CarriageHouse) provides environmental regulatory compliance and technical solutions for contaminated property assessment and remediation. The company was founded to provide high-quality consulting and licensed/professional services to businesses and individuals facing complex environmental issues associated with property acquisition, valuation, development, or divestment.

The growing number of complex regulations promulgated in New England to govern site assessment and remediation has increased the need for the quality and expertise specialty firms across this market offer. CarriageHouse is one such firm that seeks innovative and cost-effective strategies for our clients with the intent of achieving the greatest return on their investment in our industry. We are dedicated to the principal that the most viable, efficient, and ethical alternatives to environmental issues should be oriented towards a permanent solution.

Providing a comprehensive approach enables our clients to maximize allocated resources in a manner that reduces their environmental liabilities and long-term costs. Experience has shown that alternative approaches in contamination assessment and remediation achieve short-term objectives, but typically have the effect of postponing those actions ultimately required to achieve a final remedy.

CarriageHouse prides itself on providing options and solutions presented in a timely and concise fashion to our clients. We present efficient and cost-effective options for our clients by actively participating in this marketplace, both independently and partnered with other specialty firms and service providers in this industry. Each specialty firm or service provider we recommend has an established reputation for high-quality service in their individual areas of expertise.

The founders of CarriageHouse include a New Hampshire Certified Professional Geologist/Massachusetts Licensed Site Professional with over ten years experience in environmental site assessment and remediation, and a director of business and marketing operations for an Information-Technology consulting firm with over ten years experience.

The mission of CarriageHouse is to increase the standard level of quality service provided in the New England environmental consulting marketplace through active participation. The quality of the service we provide, combined with the partnered resources we select for individual projects, results in a progressive and comprehensive approach to resolving complex environmental problems and regulatory issues surrounding contaminated property ownership and use.

# CARRIAGEHOUSE CONSULTING, INC.

Brian D. Moore
(508) 315-3146
bmoore@carriagehouseinfo.com

## EMPLOYMENT

| | |
|---|---|
| 2002 – Present | CarriageHouse Consulting, Inc., Natick, MA.<br>President, Director |
| 1992 – 2002 | Geologic Services Corporation, Hudson, MA.<br>Hydrogeologist, Program Manager, Sr. Project Manager |
| 1991 | Massachusetts Department of Environmental Protection, Boston, MA.<br>Intern at Division of Water Supply, Participation in Circuit Rider Program |

## EDUCATION

B.A., Environmental Science & Policy, cum laude, Boston University

## CERTIFICATIONS & MEMBERSHIPS

Massachusetts Licensed Site Professional (License #8435)
Massachusetts Authorized Third-Party UST Inspector
New Hampshire Certified Professional Geologist (License #461)

| | |
|---|---|
| OSHA | HAZWOPER 40 Hour & 8 Hour Training |
| Member | Massachusetts Licensed Site Professional Association, Geological Society of New Hampshire, Environmental Professionals of Connecticut, and Long Island Association of Professional Geologists |

## PROFESSIONAL EXPERIENCE

Mr. Moore has twenty years experience in the private environmental consulting industry.  His work experience includes providing professional services to clients throughout New England, and other mid-Atlantic and southern states focusing on waste site assessment and remediation.  He is a Massachusetts Licensed Site Professional and a licensed Professional Geologist, and has experience representing both residential property owners and larger corporations/entities.  He has provided litigation support services for property-specific and class-specific cases in both state and federal suits, and also co-authored multiple upstream exploration & development compliance assessments on an international level.

Mr. Moore has worked as an individual case manager and program manager for major oil companies, trucking and integrated logistics companies, regional petroleum marketers, municipal entities, property management and development firms, law firms, and other clients, including citizen participation or interest groups.  He has been responsible for directing emergency response, short-term response, and comprehensive response actions at petroleum refineries, individual petroleum retailing sites, inter-modal trucking and transport locations, as well as former reclamation and recycling properties.

Prior to graduating from Boston University, Mr. Moore had already begun working as an Environmental Scientist for Geologic Services Corporation in Hudson, Massachusetts performing fundamental field sampling and oversight activities in support of assessment and investigation work.  Prior experience included a paid internship with the Massachusetts Department of Environmental Protection in Boston, Massachusetts and voluntary internship with the Massachusetts State Geologist on the Jasin Pothole project in Sutton, Massachusetts.

## CORE SKILLS AND PROJECT EXPERIENCE

Mr. Moore has been involved with all aspects of oil and/or hazardous materials assessment and remediation processes, including field direction and oversight. His experience in the field provides an effective balance to his regulatory expertise in providing effective site characterization and risk assessment strategies under the Massachusetts Contingency Plan and other state-specific programs.

Examples of experience include:

**Refinery Release, Meraux, St. Bernard's Parish, Louisiana.**
Provided litigation support by preparing work plans and assisting in multimedia sampling and data reduction and analyses of crude oil release which occurred at the time of Hurricane Katrina for plaintiffs' attorneys. Responsibilities included design and implementation of a hydrogeologic investigation, participation in media and sampling method selection, work plan review, sampling and custody documentation, graphics support and data reduction and presentation in support of lead engineer and case experts. Project work included coordination and supervision of sampling team, conceptual model development and data gap analyses, and assisting with database development, management, and QA/QC. Database and associated model covered nearly 13,000 individual data points centered on St. Bernard's Parish obtained by the plaintiffs, the defendants, and other municipal, state, and federal sources.

**Chlor-Alkali Manufacturing Plant, McIntosh, Alabama.**
Assisted in multimedia sampling and data reduction and analyses of historical impacts from plant operations for plaintiffs' attorneys. Responsibilities included providing fact testimony, identifying and implementing multi-media sampling program, historical data review and reduction, sampling and custody documentation, graphics support and other data reduction and presentation in support of case experts. Project work included source area sampling activities, conceptual model development and review, data gap evaluations, and database development and management.

**Former Metals Reclamation Facility, Gardner, Massachusetts.**
Provided due diligence and efficacy review to third party interested in acquiring and developing large industrial property where documented historical storage or discharge of petroleum and hazardous substances had including polychlorinated biphenyls and chlorinated solvents. Responsibilities included providing opinions and conclusions related to the appropriateness and adequacy of the remediation work and costs, review of characterization of impact and associated risks and hazards, as well as evaluation of potential development alternatives. Project work identified areas where a substantial likelihood of dioxin-impacted media excised, subsequently confirmed by the owner

**Former Kerosene Manufacturing/Fuels Blending Facility, South Boston, Massachusetts.**
As managing LSP, assumed managing responsibilities after comprehensive assessments indicated no permanent solution existed at property where historical bulk fuel storage and blending operations occurred. Currently engaged in application of innovative and contemporary analyses to evaluate the suitability of the temporary solution for the property, including forensic review of facets of contamination and analyses of potential modifications to recovery program methods.

**Chemical Manufacturing Plant, McIntosh, Alabama.**
Assisted in multimedia sampling and data reduction and analyses of historical impacts from plant operations for plaintiffs' attorneys. Responsibilities included identifying and implementing multi-media sampling program, historical data review and reduction, sampling and custody documentation, graphics support and other data reduction and presentation in support of case experts. Project work included on-site and off-site sampling activities, conceptual model development and review, data gap evaluations, and database development and management.

## Commercial Vehicle Leasing and Refueling Facility, Hartford, Connecticut.

Assumed managing role for case where significant bidding discrepancies complicated the client's ability to award the remediation system installation and operation contract. Provided direct oversight of implementation of the remedial actions and bid review process, resulting in successful and timely completion of the system installation activities and 10% overall cost reduction to the client's installation budget.

## Newspaper Printing/Distribution Facilities, Bridgeport, CT.

Directed research and field work required to update environmental files as part of due diligence work for acquisition of active newspaper company across multiple parcels. Performed review of current property conditions at printing plant, paper offices, and distribution warehouse, and other property owned by business being acquired. Identified existing conditions representing previously-unrecognized liability for new property owner, and assisted with the transfer of this establishment in accordance with both state statutes and the AAI Standard.

## Former City Morgue/EMS Garage, Boston, Massachusetts.

As managing LSP, directed and oversaw initial and comprehensive assessment activities, including numerous Immediate Response Actions, at a portion of the property formerly used as a city morgue, but more recently as a garage for the emergency medical services of a consortium between the City and other private hospitals. Comprehensive Site Assessment completed within two (2) years demonstrated that remedial efforts had achieved a permanent solution at this site.

## Intermodal Maintenance and Fueling Facility, New Bedford, Massachusetts.

Performed initial assessment of, and comprehensive response actions at, a property affected by both historical on-site sources related to petroleum storage and use and off-site sources from abutting intermodal transfer facility undergoing remediation under TSCA, RCRA, and state oversight. Comprehensive site assessment data coupled with Method 3 Risk Characterization yielded results indicating no further actions were warranted to maintain a no significant risk determination, and resulting in a permanent solution at this site without a deed restriction.

## Motor Fuel Retail Facility, Wakefield, Massachusetts.

Directed the Phase II assessment and completed a quantitative Stage II ecologic risk characterization for potential exposure scenarios associated with a petroleum release which affected nearby sediments and surface waters upgradient of a surface water supply area. Managed and directed resources to install and operate groundwater recovery and treatment systems through phased process.

## Petroleum Storage and Refinery Facility, South Portland, Maine.

Managed on-going hydrogeological investigations across entire terminal property, assembled historical data set and evaluated regulatory provisions to establish end-point objectives for refinery. Assisted in on-site inspection and maintenance activities, and authored reports for submittal to state, including updates to conceptual model, review and interpretation of groundwater monitoring results, and conceptual modifications to remediation plan to progress case towards closure objectives.

## EPA Regions III & IV, Class V Injection Well Investigation & Closure.

Directed the investigation and permanent closure of Class V Injection wells for Major Oil Company throughout EPA Regions III and IV under a Consent Decree with the U.S. EPA. Responsibilities included investigation of current and former drain networks to identify, characterize, and permanently close structures meeting the definition of a Class V Injection Well in accordance with the terms and conditions set forth in the Consent Order. Project work included field oversight of multiple investigation teams, development and implementation of closure scopes. Project successfully completed within twelve (12) weeks of authorization to proceed.