UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL 2179 <br><br> SECTION J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

**DOCUMENT NO. 7863 HAS BEEN REMOVED PER COURT ORDER (Rec. Doc. 7870)**