UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL 2179 |
| | SECTION J |
| | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

**DOCUMENT NO. 7864 HAS BEEN REMOVED PER COURT ORDER (Rec. Doc. 7870)**