UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **All cases** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

### ORDER

Before the Court is a Motion for Leave to File Sur-Reply in support of objections to the Economic and Property Damages Settlement. (Rec. Doc. 7859)

**IT IS ORDERED** that the Motion is **DENIED.**

Signed in New Orleans, Louisiana this 7th day of November, 2012.

_____
United States District Judge

1