UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April, 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document Applies to: All cases | * * * | MAG. JUDGE SHUSHAN |

**ORDER**

Before the Court is a Motion in Limine to Exclude Expert Reports Submitted in Favor of Motions for Final Approval of Economic and Property Damages Settlement and Medical Benefits Class Action Settlement. (Rec. Doc. 7861)

The experts whose reports are subject to a late objector challenge on admissibility have provided information, in these reports, on their knowledge, skill, experience, training and education, and on their methodologies or analyses, that is sufficient to enable the Court to consider the issues of qualification and admissibility under FRE 702 and *Daubert*, and to determine that they meet these standards, and that these reports are admitted into the Fairness Hearing record, to be given such weight and consideration as the the Court deems appropriate, in its independent settlement class certification and final settlement approval evaluations and decisions. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED.**

Signed in New Orleans, Louisiana this 7th day of November, 2012.

_____
United States District Judge

1