# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J<br><br>Judge Barbier<br><br>Magistrate Shushan |
| **This Document Relates To:**<br>12-970 | |

## JOINDER IN GO FISH'S OBJECTIONS
## BY CLASS MEMBERS THIEN NGUYEN AND DONALD DARDAR

NOW INTO COURT through undersigned counsel come Thien Nguyen and Donald Dardar who personally join in the objections filed by Gulf Organized Fisheries In Solidarity and Hope, Inc. (GO FISH). (Rec. Doc. 7344; 10-7777 Doc. 226.) Both Mr. Nguyen and Mr. Dardar are officers in GO FISH member organizations and filed affidavits in conjunction with GO FISH's objections. (Rec. Docs. 7344-7 and 7344-10; 10-7777 Doc. 226-1 at 26-28, 33-34.) Both Mr. Nguyen and Mr. Dardar are class members who have filed claims with the DHECC claim facility and have received eligibility determinations.

The Court has recently affirmed an analysis holding that GO FISH lacks standing to intervene in the Economic and Property Damage Class Action, No. 12-970. (Rec. Doc. 7747.) That decision, which was never served on counsel for GO FISH and was only discovered by coincidence two days prior to the fairness hearing, has rendered the status of objections by GO FISH and its members ambiguous. Accordingly, Mr. Nguyen and Mr. Dardar file this notice to make clear that they personally object as class members for all the reasons stated in GO FISH's objections and supporting documents.

This notice works no prejudice or inconvenience on the Court or the parties, as the objections were timely filed, have already been responded to by the settlement's proponents, and have already been set by the Court for oral argument by counsel for GO FISH and Mssrs. Nguyen and Dardar at the fairness hearing (Rec. Doc. 7819).

Respectfully Submitted:

| /s/ Joel Waltzer | /s/ Robert Wiygul | /s/ Clay Garside |
|---|---|---|
| Joel Waltzer (LA #19268) | Robert Wiygul (LA #17411) | Clay Garside (LA Bar # 29873) |
| 3715 Westbank Expwy, Ste. 13 | 1011 Iberville Drive | 14399 Chef Menteur Hwy, Ste D |
| Harvey, LA  70058 | Ocean Springs, MS 39564 | New Orleans, LA 70129 |
| Office:  (504) 340-6300 | Office: (228) 872-1125 | Office: (504) 254-4400 |
| Fax:     (504) 340-6330 | Fax:    (228) 872-1128 | Fax:    (504) 254-1112 |
| joel@waltzerlaw.com | robert@waltzerlaw.com | clay@waltzerlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November, 2012.

/s/ Clay Garside