UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico on April, 20, 2010 | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| All cases | * | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

Two motions are before the Court: (1) Motion for Leave to Supplement the Record (**Rec. Doc. 7864**) and (2) Motion for Leave to File Reply Memorandum Late and in Excess of Ordinary Page Limitations (**Rec. Doc. 7863**). These motions were filed yesterday evening, November 7, 2012. Both relate to the Fairness Hearing scheduled for today, November 8, 2012.

The Court's order required that any such legal briefs and supporting evidence be filed by the deadline for filing objections, which expired on September 7, 2012 (originally set for August 31, but extended due to Hurricane Isaac). Accordingly, these attempts to file additional briefs and other evidence into the court record on the evening before the final fairness hearing are **DENIED**, and said documents are **STRICKEN**. The clerk shall remove the documents from the official court record.

SO ORDERED.

Signed in New Orleans, Louisiana this 8th day of November, 2012.

_____
United States District Judge

1