UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO.: 2179 |
| "DEEPWATER HORIZON" IN THE | * | SECTION: J |
| GULF OF MEXICO ON | * | JUDGE BARBIER |
| APRIL 20, 2010 | * | MAGISTRATE SHUSHAN |
| | * | |
| REF: C.A. 10-7777 | * | |

************************************

## OBJECTION TO COURT ORDERED
## FAIRNESS HEARING PROCEDURE

NOW INTO COURT, comes undersigned counsel, who for reasons set forth below, objects to the Court's Order on the Procedure for the Fairness Hearing, specifically who is allowed to speak and which counsel is excluded.

Despite the fact that Daniel E. Becnel, Jr. filed an objection to the fairness of the economic and medical settlements and filed various objections throughout this proceeding, the Court has not allowed Daniel E. Becnel, Jr. to make oral argument in reference to his objection. The Court only allowed a few people to make oral arguments concerning objections, (see document no. 7819).

Yesterday evening at approximately 5:00 p.m, I was informed that Judge Barbier's law clerk called Ronnie Penton and advised him that he would be permitted to make oral argument at the hearing today.

Due process requires each objector be given adequate time to make his/her argument. This has occurred in numerous MDL cases over the years including the Ford Firestone MDL No. 1373, the GM Side Saddle Gas Tank MDL No. 961, but most importantly the Fen-Phen Diet Drugs case, MDL No. 1203 before Judge Louis Bechtle

1

in Philadelphia.  Judge Bechtle was not only the MDL Judge in this proceeding but he was a member of the MDL Panel.  Judge Bechtle allowed every objector to the settlement 15 minutes to present the reason for their objection at the fairness hearing.  Undersigned counsel was appointed Federal/State Liaison Counsel by Judge Bechtle.   The total settlement amounted to $22 billion and involved hundreds of thousands of people who took the Fen Phen combination diet drugs.

The failure to allow Daniel E. Becnel, Jr. ever to speak, including the objection to the dismissal of NALCO regarding the use of their chemical Corexit (document no. 7020), as well as other requests to make oral argument, is a denial of due process and, therefore, to preserve the record, Daniel E. Becnel, Jr. makes a formal objection of his exclusion from the process as Judge Barbier has never allowed him to speak in this MDL proceeding, even though Daniel E. Becnel, Jr. was the moving party in this MDL proceeding, made arguments before the MDL Panel, and attempted to participate in the common benefit work but was prohibited from doing so by Liaison Counsel (see attached Exhibit  A).

Undersigned Counsel respectfully request that he be given the opportunity to appropriately represent his clients by being allowed to voice their objections to the Medical and Economic Settlements to this Honorable Court.

Respectfully submitted,

/S/ DANIEL E. BECNEL, JR.

DANIEL E. BECNEL, JR. (LA Bar #2926)
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail:  dbecnel@becnellaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Statement of Objections has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with Pretrial Order No. 49 established in MDL 2179, on this 8th day of November 2012.

s/Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.