## Daniel Becnel

**From:** Steve Herman [SHERMAN@hhkc.com]
**Sent:** Tuesday, May 17, 2011 4:34 PM
**To:** Philip Garrett
**Cc:** James Roy; Daniel Becnel
**Subject:** BP Oil - Law Offices of Daniel E. Becnel, Jr.

Dear Mr. Garrrett,

Please be advised that neither Danny Becnel nor any member of his firm has been authorized to perform, nor has in fact performed, any common benefit work in the *Deepwater Horizon MDL*, nor has the Law Firm of Danny Becnel made any common benefit litigation cost or expense contributions to the *Deepwater Horizon MDL*.

Respectfully submitted,
Plaintiffs' Liaison Counsel


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

1


EXHIBIT A