# ARNOLD & PORTER LLP

**Allison B. Rumsey**
Allison.Rumsey@aporter.com

+1 202.942.5095
+1 202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

November 7, 2012

**BY EMAIL**

The Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

Re:   *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179* -- Claims by Mexican States

Dear Judge Shushan:

  Pursuant to the Court's Order of September 11, 2012 (Dkt. 7367), the Parties exchanged expert reports on October 29, 2012 on the narrow legal issue of whether the Mexican States — Veracruz, Tamaulipas, and Quintana Roo — have individual proprietary interests in the causes of action asserted as a matter of Mexican law. These expert reports are comprehensive, focusing entirely on this single legal issue, and, we believe, clearly set forth the Parties' legal theories. It is the view of Defendants that depositions on this discrete issue of Mexican law, many of which will need to be translated, will not add any clarity to the expert reports already exchanged. Indeed, given the application of the "four corners rule" in the MDL, limiting expert testimony to the four corners of the reports, very little can be achieved by these depositions. Therefore, in the interest of judicial economy, and given that the Parties could proceed to fully brief the issues without depositions, the Defendants request that there be no depositions of these experts.

  Defendants consulted with Plaintiffs' counsel on November 5 and 7. Plaintiffs' counsel stated that he wishes to go forward with depositions. Defendants, in an effort to compromise, offered rebuttal reports in lieu of depositions. Plaintiffs' counsel has rejected this compromise.

# ARNOLD & PORTER LLP

November 7, 2012
Page 2

In light of the foregoing, Defendants respectfully ask the Court to set a call to discuss the need for depositions on the expert reports on Mexican law and, if they go forward, the parameters.

Sincerely,

Allison B. Rumsey

58570615v3