# CONFERENCE ATTENDANCE RECORD

DATE: 11-9-12         TIME: 8:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " " |
| Bruce Bowman | " " |
| Jenny Martinez | " " |
| Sean Fleming | " " |
| Gwen Richard | " " |
| Lauren Mitchell | " " |
| Alison Battiste | " " |
| Erika Toledo | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Jones | CAM |
| Jeff Breit | PSC |
| Corey May | DL |
| Win Sinclair | AL |
| Sarah Tiams | Anadarko |
| Steve O'Rourke | USA |
| Doug Kraus | Louisiana |
| Dukie Williams | PSC |
| Brian Barr | " " |
| Carmelite Bertaut | Cameron |
| Ryan Babich | BP |
| Rob Gasaway | BP |
| Andy Langan | BP |
| Kerry Miller | TO |
| John Funderburk | M-I |
| Don Haycraft | BP |
| Jimmy Williamsen | PSC |

## MDL 2179 - Phase Two Discovery Conference

**11-9-12**
**Telephone Participants:**

Allen Pixton - BP

Joe Eisert - BP

Mark Nomillini - BP

Tony Fitch - Anadarko

Jed Meteyer - Airborne Support

Grant Davis Denny - TO

Abby Andre - U.S.

Sarah Himmelhoch - U.S.