OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11-7-12

Wolf Bay, LLC, et al

vs.

BP Exploration & Production, Inc., et al

Case No. 12-02663   Section J(1)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP America Production Company
   (address) _____
2. (name) BP Exploration & Production, Inc
   (address) _____
3. (name) BP p.l.c.
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

[Signature]
"Signature"

Attorney for Plaintiffs
Address 209 Hoppen Place
Bogalusa, LA 70427