IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| **This document relates to:** | * | **HONORABLE CARL J. BARBIER** |
| | * | |
| **Civil Action Nos. 12-968 and 12-970** | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |

## ORDER

**[Regarding Exchange and Submission of Lists of Exclusion (Opt-Out) Requests for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the Deepwater Horizon Medical Benefits Class Action Settlement Agreement]**

IT IS ORDERED that:

Pursuant to the authority provided to the Court in Section 28.1 of the Amended *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6430-1) and based on the agreement of the parties, the Court hereby modifies Paragraph 41 of its May 2, 2012 Preliminary Approval Order regarding the Economic and Property Damages Settlement (Rec. Doc. 6418) to extend the deadline by which the parties are to exchange a complete list of all timely and valid requests for exclusion (requests to opt-out) to November 21, 2012. The parties shall submit the list of all such opt-out requests to the Court by that date as well.

Additionally, based on the agreement of the parties, the Court hereby orders that the parties shall likewise exchange, and submit to the Court, a complete list of all timely and valid requests for exclusion (requests to opt-out) from the Medical Benefits Class Action Settlement (Rec. Doc. 6427-1) by November 21, 2012.

New Orleans, Louisiana, this 9th day of November, 2012.

_____
**United States District Judge**