# Exhibit G

**EXHIBIT G - MICAH SANDELL**

> **Sandell No. 1:** BP urged the Transocean rig crew to hurry up drilling operations on the Macondo well because they were behind schedule and over budget. (PSC Mot. Rec. Doc. 5873-12 at 3-4.)

**Response to Sandell No. 1:**

As a preliminary matter, the requested adverse inference sought by the PSC against BP is improper because Micah Sandell is *not* a BP employee and his interests are *not* aligned with BP. Under the Court's order and the Second Circuit's *LiButti* factors, Mr. Sandell's refusal to testify cannot support an adverse inference against BP because: (1) there is no relationship between BP and Mr. Sandell, an employee of an adverse party; (2) BP has no control over Mr. Sandell; and (3) there is no compatibility of interests between BP and Mr. Sandell. (Rec. Doc. 5682 at 5 (*LiButti* factors "are useful in making the case-by-case evaluation required"); *LiButti v. United States*, 107 F.3d 110, 123-24 (2d Cir. 1997) (listing factors).) Mr. Sandell is a Transocean employee (and had been for fourteen years at the time of the blowout) and his interests are aligned with Transocean. An example of the alignment of interests is demonstrated by Mr. Sandell's complaint in this litigation. Mr. Sandell sued BP, Cameron and Halliburton, but he did not sue Transocean. (*See* TREX-03481.)

The requested inference is contradicted by the record evidence. Several Transocean rig crew members testified they felt no pressure to speed up operations on the *Deepwater Horizon*. (*See* 4/28/2011 M. Ezell Dep. at 489:23-490:1 ("Q. Okay. So let me ask it a different way: Did you ever feel any pressure to rush through drilling operations? A. No."); 11/8/2011 D. Barron Dep. at 30:5-8 ("Q. [D]id you get the feeling that this well just had to be drilled as quickly as possible no matter what? A. No sir.); 5/18/2011 C. Breland Dep. at 84:16-22 ("Q. All right. Did you feel any pressure while you were on the DEEPWATER HORIZON to speed up operations because the well was behind schedule? . . . A. No."); 5/18/2011 C. Breland Dep. at 85:23-86:2 ("Q. Did you ever feel at anytime that you were being asked to cut corners? . . . A. No."); 7/14/2011 N. Watson Dep. at 107:25-108:15 (testifying that on April 20, 2010, he did not feel any pressure to speed up operations for any reason); 7/14/2011 C. Taylor Dep. at 157:11-15 ("Q. Did anybody from Transocean ever say to you, We're rushing this too much, we're not—we're doing this job too quickly, it's not being done right? A. No.").) Moreover, the questions on which the requested inference is based would have elicited an inadmissible response based on speculation, lack of foundation and hearsay if they had been answered. As Transocean's Crane Operator, Mr. Sandell had no involvement with BP's budget.