IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL 2179 SECTION J (2) JUDGE BARBIER |
| This Document Applies to: No. 12-2401 | * * | MAG. JUDGE WILKINSON |

## CONSENT AND JOINDER AS A PLAINTIFF

I hereby consent to being named as a party plaintiff and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Worley Catastrophe Response, LLC and/or Worley Catastrophe Services, LLC in connection with this Action. I also consent and agree, if such consent is necessary, to file this claim on behalf of all others similarly situated. Attached is a copy of the executed attorney-client representation agreement with my legal counsel.

Date: **November 7**, 2012

**Michael Atkins**
Print Name

*[signature]*
Signature

Prepared by:

__/J.P. Hughes, Jr./__
**J.P. Hughes, Jr.**
LA Bar # 21302
**HUGHES BROWN, PLLC**
1300 Access Road, Suite 100
Oxford, Mississippi 38655
T: [662] 234-6080
F: [800] 515-5446
**ATTORNEYS FOR PLAINTIFFS**