## ATTORNEY EMPLOYMENT AGREEMENT

THIS AGREEMENT entered into this, the 7th day of November, 2012, by and between Michael Atkins, (hereinafter "Employee") and Hughes Brown, PLLC, 1300 Access Road, Suite 100, Oxford, Mississippi, 38655 / Phone: (662) 234-6080, witnesseth:

That for a good and valuable consideration, hereafter specifically set forth, the receipt and sufficiency of which is hereby is acknowledged by all parties hereto, Employee has and does hereby employ Hughes Brown, and Hughes Brown agrees to and hereby accepts such employment, in that Hughes Brown shall represent Employee in the prosecution of a claim or settlement for monetary damages resulting from any overtime worked and not compensated on the BP Horizon Project through any affiliated entity which might in any manner be responsible specifically including, but not limited to, the Worley Companies.

The consideration for this Agreement shall be the payment to Hughes Brown, PLLC a fee, contingent, of course, on recovery, in an amount equal to Twenty-Five percent (25%) if recovered prior to suit being filed; an amount equal to Thirty percent (30%) thereafter. The contingent fees to be paid to Hughes Brown shall be exclusive of court costs and necessary expenses incident to litigation, which shall be borne by Hughes Brown upon the incurrence thereof, and then deducted, pro rata, from Employee's share of any recovery resulting herefrom, after first deducting the attorneys fees as herein provided. IF THERE IS NO RECOVERY, THEN NO FEES OR EXPENSES SHALL BE DUE BY EMPLOYEE.

WITNESS OUR signatures, this the 7th day of November, 2012.

_____
MICHAEL ATKINS

_____
J.P. HUGHES, JR., Attorney
Hughes Brown, PLLC