# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| | ) MDL No. 2179 |
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER ) | |
| HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | Section:  J |
| ) | |
| This Document Relates To: ) | Judge Barbier |
| All cases; ) | |
| 12-970 ) | Magistrate Shushan |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Gulf Organized Fisheries in Solidarity & Hope, Inc. ("GO FISH"), applicant for intervention in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final order entered in this action on October 25, 2012 (Doc. 7747), overruling GO FISH's objections to the magistrate's decision denying GO FISH's Motion to Intervene and Requests to Conduct Limited Discovery (Doc. 7480), and affirming the decision of the magistrate.
.

Respectfully Submitted:

/s/ *Clay Garside*
Clay Garside (LA Bar # 29873)
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112
*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I certify that this motion has been served on All Counsel via Lexis Nexis File & Serve in accord with Pretrial Order No. 12 and via the CM/ECF with the Clerk of Court, U.S. Eastern District Court of La., in accored with the procedures established in MDL 2179, on this 12th day of November, 2012.

/s/ *Clay Garside*

1