UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig          MDL No. 2179
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010                        SECTION: J

This Document Relates to:
Pinellas Marine Salvage, Inc., et al.
v. Kenneth R. Feinberg, et al.,          JUDGE BARBIER
2:11-cv-01987                            MAG. JUDGE SHUSHAN
_____/

**PLAINTIFFS' SECOND REFILING OF MOTION TO REMAND
AND MEMORANDUM OF LAW**

Pursuant to this Court's Pretrial Order No. 5, Pinellas Marine Salvage, Inc. and John Mavrogiannis ("Plaintiffs"), by and through their undersigned counsel, hereby move to refile for a second time their Motion to Remand and Memorandum of Law into MDL 2179 in order to receive consideration from the Court. The purpose of this second refiling is to again provide the Court with notice of the existence of this motion, as this motion does not currently appear on the Court's MDL docket. Plaintiffs understand, pursuant to this Court's Pretrial Order No. 15, pending further orders of this Court, all pending and future motions, including Motions to Remand, are continued without date unless a motion is specifically excepted from the continuance by the Court.

DATED: November 13, 2012                 Respectfully submitted,

                                         **/s/ Brian J. Donovan**
                                         Brian J. Donovan
                                         Attorney for Plaintiffs
                                         Florida Bar No. 143900
                                         3102 Seaway Court, Suite 304
                                         Tampa, FL 33629
                                         Tel: (352)328-7469
                                         BrianJDonovan@verizon.net

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he had conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the first refiling of Plaintiffs' Motion to Remand and Memorandum of Law. Plaintiffs' Liaison Counsel stated, "the PSC takes no position."

DATED: November 13, 2012                           Respectfully submitted,

**/s/ Brian J. Donovan**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Second Refiling of Motion to Remand and Memorandum of Law has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of November, 2012.

**/s/ Brian J. Donovan**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net