# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig    MDL NO. 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010   SECTION J

Applies to: *All Cases*      JUDGE BARBIER
             MAGISTRATE JUDGE SHUSHAN

## <u>ORDER</u>

**[Working Group Conference on Friday, November 9, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

## <u>PHASE ONE PREPARATION</u>

1.  <u>**Phase One Exhibits**</u>.

   Alan York reported that the parties are still working productively on the exhibit list process.

2.  <u>**Phase One Witness List**</u>.

   If no objections are received the witnesses identified will be removed from the master Phase One witness list.

3.  <u>**Pre-Trial Order for Preparation of Trial of Phase One**</u>.

   This item was carried over to the next conference.

4.  <u>**Motions Regarding Adverse Inferences Based on Assertions of Fifth Amendment**</u>.

   Replies to the motion of BP, Transocean and Halliburton are due on **Wednesday, November 21, 2012**.

## PHASE TWO PREPARATION

### Inspection and Testing of Equipment.

All data relating to testing will be provided on a rolling basis and no later than **Wednesday, November 21, 2012**.

Rob Gasaway reported that Halliburton had some comments on the modified protocol for testing at Intertek and there will be further modification to the protocol to address the issues.

Because of Hurricane Sandy, the testing has been moved to Massachusetts and Texas.  They are hoping to make the November 21st deadline, but will notify all counsel and the Court if the deadline needs to be extended.

Rob Gasaway has allocated the costs for Captain Englebert's latest invoice.

### Phase Two Document Production

1.  **U.S. Production of Unlogged Previously Withheld Documents (QA/QC)**.

    Sarah Himmelhoch reported that this has been completed.

2.  **Open Issues Between BP and U.S.**

    The parties are still exchanging letters with regard to a few remaining open issues.

3.  **Professor Ira Leifer Document Production**.

    The Court conferred with counsel for UCSB and Professor Leifer.  They are preparing the instructions for the contract lawyers, who will review the UCSB documents provided by Edox after it completes the run of the search terms.  BP's counsel and staff will not be permitted to see the documents pulled by the contract lawyers pursuant to the UCSB/Professor Leifer instructions. Captain Englebert will assist in the process.

**Phase Two Fact Depositions**

1.    **Update on Fact Depositions**.

At the request of Denise Scoffield, the witness for **Schlumberger** will be moved from November 27th to December 5th.

All arrangements for the **Cameron** deposition have been completed.

On **Stress Engineering**, the U.S. reported that it is not interested in deposing 2 witnesses who have left the firm. However, the plaintiffs, Halliburton, and the States have requested three more topics (which will require 3 witnesses). Arrangements are being made for those depositions. As to Mr. Bhalla, he is not available prior to December. The other 2 witnesses are Stahl and Miller and the parties are targeting the week after Thanksgiving.

**Intertek** has completed the production of documents. BP has advised that it does not have a copy of the video that has been under discussion.

The deposition of **Wildwell** has not been confirmed but it is likely to be in December. The issue of whether it should be one or two days was raised and Jimmy Williamson pointed out that quite some time ago it was agreed it should be a one day deposition. He further pointed out that Wildwell was deposed for two days as a Phase One 30(b)(6) witness. The U.S. was instructed to look at the new document production and advise everyone of its position with regard to the length of the deposition.

On **Oceaneering**, Mr. O'Rourke confirmed that there will be 2 witnesses, who have not yet been identified, testifying on ROVs and on deepwater technology. Those depositions will be in December.

Regarding the request by BP for the Rule 30(b)(6) depositions of **Kelkar, U.C.S.B.** and **Purdue**, briefs are due on **November 12th and 14th.** The Court will rule by **November 15, 2012**.

2.  **Scheduled Rule 30(b)(6) Depositions**.

The status of the scheduling of the remaining Rule 30(b)(6) depositions is as set forth below.

| | Designee | Length | Location | Date |
|---|---|---|---|---|
| **Week - November 12-16** | | | | |
| **Statoil** - **Video** | Ruben Schalke  7:30 a.m. CST | One day | Norway/Houston | November 12 |
| **BP** | Kevin Devers | Two days | N.O. | Nov. 12 and 13 |
| **BP** | Tanner Gansert | Two days | N.O. | Nov. 12 and 13 |
| **U.S.** | Stewart Griffiths | Two days | N.O. | Nov. 13 and 14 |
| **BP** | Earnest Bush | One day | N.O. | November 14 |
| **BP Institute** | | Two days | U.K. | Nov. 14 and 15 |
| **U.S** | George Guthrie | Two days | N.O. | Nov. 15 and16 |
| **Cameron** | David McWhorter | Two days | N.O. | Nov. 15 and 16 |
| **Stress Engineering** | George Ross | One day | N.O. | November 16 |
| **Week - November 19-23** | | | | |
| **BP** | Ellen Williams | Two days | D.C. | Nov. 19 and 20 |
| **Week - November 26-30** | | | | |
| **BP** | John Hughes | One day | N.O. | Nov. 27 and 28 |
| **Stress Engineering** | Chris Matice | One day | N.O. | November 28 |
| **BP** | Charlie Holt | Two days | N.O. | Nov. 28 and 29 |
| **Intertek** | | One day | N.O. | November 30 |

4

Week - December 3-7

| | | | | |
|---|---|---|---|---|
| **Wildwell** | | One day | N.O. | December ? |
| **Schlumberger** | Bud Decoste | One day | N.O. | December 5 |

<u>**Phase Two Exhibits**</u>

1.      <u>**Preliminary Good Faith Exhibit Lists and Objections to Deposition Exhibits**</u>.

Mark Nomellini circulated a further revision on November 8.  The U.S. and Transocean object to paragraphs 4-6.  The U.S. expressed its concern with the first phase of exhibit objections based on the burden of completing depositions and review of deposition exhibits at the same time. It was suggested that, now that Phase One has been continued to commence about six weeks later, that Phase Two deadlines could be moved by 6 to 8 weeks.  Such a move would free up time to allow objections to the good faith exhibit lists and give the parties the opportunity to double track December and January depositions (instead of quadruple track).  The parties were asked to think about the possibility of extending deadlines.

Counsel for the U.S. suggested that the Court should just rule on the proposed good faith exhibit list protocol.

Counsel for Louisiana expressed the position that it did not object to the "installment plan," but wanted to make sure that it was not on a rolling basis.  That was confirmed by the Court.

<u>**Phase Two Deadlines**</u>

1.      <u>**Phase Two Expert Depositions**</u>.

The Court announced that it had received from the parties designations of 52 experts.  By **Monday, November 19, 2012**, each party shall submit *in camera*:

a.      A statement of where they contend each expert fits within the order of proof

for source control and quantification (i.e, party with burden of proof; party responding; and party replying).

      b.     The identity of the experts which can be double and triple tracked without creating a conflict for their deposition teams.

      c.     If not previously disclosed, the area of expertise or discipline of the expert.

The parties were asked to provide multiple dates when their experts will be available between April 8th and the end of May for their depositions.  That should be in the submissions made to the Court.

**2.**     **Additional Fact Witness Designations.**

The Court announced that the lists of additional fact witnesses (U.S. 5; BP 7; PSC and States jointly 4; defendants other than BP jointly 2) may not be shared among all parties immediately.

**3**.     **Preliminary Goof Faith Fact May Call Witness List**.

On **Monday, November 19, 2012**, each party shall submit a preliminary good faith fact may call witness list with no more than 15 witnesses.  The list shall include the name of any person who is employed by or affiliated with the party submitting the list and who may be called in the party's case in chief along with a brief summary of the witnesses' expected testimony.  The list shall not include: (1) experts; (2) Rule 30(b)(6) deponents; (3) the additional fact witnesses identified on 11/12/12; or (4) persons who were deposed during Phase One and who testified as to both Phase One and Phase Two issues.  The party submitting the list shall provide dates between December 10 (presuming custodial file production on 11/19) and January 25 for their depositions.  A party will not be permitted to add to the witness list without good cause shown.

## MEDICAL SETTLEMENT

The medical settlement mandates production of documents some of which could be relevant to post-Phase Two issues.  They have been made available at www.gulfhealthoutreach.com.

## CONFERENCE SCHEDULE

| | |
|---|---|
| 11/16/12 | WGC meeting at 9:30 a.m. |
| 11/30/12 | WGC meeting at 9:30 a.m. |
| 12/07/12 | WGC meeting at 9:30 a.m. |
| 12/14/12 | WGC meeting at 9:30 a.m. |
| 12/18/12 | Phase One status conference at 9:30 a.m. |
| 12/28/12 | WGC meeting at 9:30 a.m. |
| 01/04/13 | WGC meeting at 9:30 a.m. |
| 01/11/13 | WGC meeting at 9:30 a.m. |
| 01/17/13 | Phase One technical walk through |
| 01/18/13 | Phase One pre-trial conference at 9:30 a.m. - trial attorneys only WGC meeting to follow |
| 01/25/13 | WGC meeting at 9:30 a.m. |
| 02/01/13 | No conference - Super Bowl on February 3. |
| 02/08/13 | No conference - Mardi Gras on February 12 |
| 02/15/13 | WGC meeting at 9:30 a.m. |
| 02/22/13 | WGC meeting at 9:30 a.m. |
| 02/25/13 | Commencement of trial of Phase One. |
| 03/01/13 | WGC meeting at 9:30 a.m. |
| 03/08/13 | WGC meeting at 9:30 a.m. |

| | |
|---|---|
| 03/15/13 | WGC meeting at 9:30 a.m. |
| 03/22/13 | No WGC Conference |
| 03/29/13 | No WGC Conference |
| 04/05/13 | No WGC Conference |
| 04/12/13 | WGC meeting at 9:30 a.m. |
| 04/19/13 | WGC meeting at 9:30 a.m. |
| 04/26/13 | WGC meeting at 9:30 a.m. |
| 05/03/13 | WGC meeting at 9:30 a.m. |
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. |
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 13th day of November, 2012.

_____

**SALLY SHUSHAN**
**United States Magistrate Judge**