UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>Salvesen v. Feinberg, et al.,<br>2:11-cv-02533<br>_____/ | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## PLAINTIFF'S SECOND REFILING OF MOTION TO REMAND AND MEMORANDUM OF LAW

Pursuant to this Court's Pretrial Order No. 5, Selmer M. Salvesen ("Plaintiff"), by and through his undersigned counsel, hereby moves to refile for a second time his Motion to Remand and Memorandum of Law into MDL 2179 in order to receive consideration from the Court. The purpose of this second refiling is to again provide the Court with notice of the existence of this motion, as this motion does not currently appear on the Court's MDL docket. Plaintiff understands, pursuant to this Court's Pretrial Order No. 15, pending further orders of this Court, all pending and future motions, including Motions to Remand, are continued without date unless a motion is specifically excepted from the continuance by the Court.

DATED: November 13, 2012                                    Respectfully submitted,

                                                                                  /s/ Brian J. Donovan
                                                                                  Brian J. Donovan
                                                                                  Attorney for Plaintiff
                                                                                  Florida Bar No. 143900
                                                                                  3102 Seaway Court, Suite 304
                                                                                  Tampa, FL 33629
                                                                                  Tel: (352)328-7469
                                                                                  BrianJDonovan@verizon.net

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he had conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the first refiling of Plaintiffs' Motion to Remand and Memorandum of Law. Plaintiffs' Liaison Counsel stated, "the PSC takes no position."

DATED: November 13, 2012                    Respectfully submitted,

                                            **/s/ Brian J. Donovan**
                                            Brian J. Donovan
                                            Attorney for Plaintiff
                                            Florida Bar No. 143900
                                            3102 Seaway Court, Suite 304
                                            Tampa, FL 33629
                                            Tel: (352)328-7469
                                            BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Second Refiling of Motion to Remand and Memorandum of Law has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of November, 2012.

                                            **/s/ Brian J. Donovan**
                                            Brian J. Donovan
                                            Attorney for Plaintiff
                                            Florida Bar No. 143900
                                            3102 Seaway Court, Suite 304
                                            Tampa, FL 33629
                                            Tel: (352)328-7469
                                            BrianJDonovan@verizon.net