UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TECHNICAL ENGINEERING | * | CIVIL ACTION |
| CONSULTANTS, LLC | * | |
| | * | NO.: 2:12-CV-02636 |
| VERSUS | * | |
| | * | SECTION: "J" (1) |
| BP EXPLORATION AND PRODUCTION, INC. | * | |
| BP, PLC, BP AMERICA, INC., BP PRODUCTS | * | JUDGE CARL J. BARBIER |
| NORTH AMERICA, INC., HALLIBURTON | * | |
| ENERGY SERVICES, INC., TRANSOCEAN, LTD | * | MAGISTRATE SALLY SHUSHAN |
| TRANSOCEAN OFFSHORE DEEPWATER | * | |
| DRILLING, LLC, TRANSOCEAN DEEPWATER, | * | |
| INC., TRANSOCEAN HOLDINGS, LLC, | * | |
| CAMERON INTERNATIONAL CORPORATION, | * | |
| M-I, LLC, ANADARKO PETROLEUM | * | |
| CORPORATION, ANADARKO E&P COMPANY, | * | |
| L.P., MOEX OFFSHORE 2007 LLC, MOEX U.S.A. | * | |
| CORP., MITSUI OIL EXPLORATION | * | |
| COMPANY LTD | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TECHNICAL ENGINEERING CONSULTANTS L.L.C.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes plaintiff Technical Engineering

Consultants, L.L.C., who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as

follows:

I.

Technical Engineering Consultants, L.L.C. is a Louisiana limited liability company and is

wholly owned by its members.

II.

Technical Engineering Consultants, L.L.C. has no parent companies, nor is it owned in any

part by a publicly held corporation.

WHEREFORE, plaintiff, Technical Engineering Consultants, L.L.C., prays that this corporate disclosure statement be deemed sufficient and filed into the record of this matter in accordance with Fed. R. Civ. P. 7.1.

Respectfully submitted,

GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.

/s/ Ryan C. Higgins
DANIEL A. RANSON, T.A. (#11114)
RYAN C. HIGGINS (#33181)
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Facsimile: (504) 362-5938
Counsel for Plaintiff, Technical Engineering
Consultants, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of November, 2012.

/s/ Ryan C. Higgins
RYAN C. HIGGINS

G:\2387\0015\Pleadings\Corporate Disclosure Stmt.wpd