# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | * * | |
| 12-968 and 12-970. | * * * * | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., *et al.*, individually and on behalf of themselves and all others similarly situated, | * * * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc., *et al.*, | * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

| | | |
|---|---|---|
| Plaisance, *et al*., individually and on behalf of the Medical Benefits Settlement Class, | * * * * | Civil Action No. 12-968 |
| | | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc., *et al*., | * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

## CLASS COUNSEL'S AND BP'S JOINT MOTION
## FOR EXTENSION OF OPT-OUT REVOCATION DEADLINES

BP Exploration & Production Inc. and BP America Production Company ("BP Defendants") and Class Counsel respectfully move this Court to extend the deadlines for the revocation of exclusion (opt-out) requests for the Amended *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6430-1) and the Amended *Deepwater Horizon* Medical Benefits Class Action Settlement (Rec. Doc. 6427-1).

Under the Economic and Property Damages Settlement Agreement, class members had until three days prior to the fairness hearing, or November 5, 2012, to revoke requests to be excluded from the Economic Class.  *See* Am. *Deepwater Horizon* Econ. and Prop. Damages Settlement Agreement (Rec. Doc. 6430-1) at § 8.2.5; Prelim. Approval Order as to the Proposed Econ. and Prop. Damages Class Action Settlement (Rec. Doc. 6418) at ¶ 42.  BP has "sole and unilateral discretion" to accept revocation requests submitted after the November 5, 2012 deadline.  *See id.*

Under the Medical Benefits Class Action Settlement, class members may revoke requests to be excluded from the Medical Benefits Class at any time prior to the entry of a final order and judgment regarding settlement approval.  *See* Am. *Deepwater Horizon* Medical Benefits Class Action Settlement (Rec. Doc. 6427-1) at § XI.G; Prelim. Approval Order Regarding Medical Benefits Class Action Settlement (Rec. Doc. 6419) at ¶ 31.  Revocation requests submitted after the entry of a final order and judgment are allowed only upon BP's written consent, which shall not be unreasonably withheld.  *See* Rec. Doc. 6427-1 at § XI.G.

Several attorneys representing certain parties who opted out of one or both class settlements have requested that they be permitted to revoke their opt-out requests after the deadlines set forth in the settlements.  In order to maximize the opportunity for class members to

participate in the settlements, the BP Defendants and Class Counsel request that the Court extend the opt-out revocation deadlines as described below and in the accompanying proposed Order.

The Court is authorized under each settlement to extend the deadline for revoking opt-out requests. *See* Rec. Doc. 6430-1 at § 8.2.5 (permitting the Court to accept a revocation of opt out requests from the Economic and Property Damages Class on good cause shown); *id*. at § 28.1 (providing that parties may agree to reasonable extensions of time to carry out provisions of agreement, subject to Court approval where required); Rec. Doc. 6427-1 at § XXX.I (same). BP and Class Counsel agree that a reasonable extension of the deadline to revoke opt-out requests would be an efficient way to permit class members, who requested exclusion from one or both of the classes but now wish to participate in the settlement(s), to avail themselves of the benefits of the settlement(s) from which they opted out.

The parties therefore move the Court to extend the deadlines by which class members may revoke requests for exclusion (opt-out requests) for both settlements to December 15, 2012, but only so long as any class member submitting an opt-out revocation after the current deadline withdraws any pending objection, and waives any and all current or future objections, to approval of the settlement.[1] A proposed Order setting forth the parties' agreement to extend the deadline under these conditions is submitted with this motion.

<u>**CONCLUSION**</u>

For the reasons set forth above, the parties respectfully request that the Court extend the deadline to revoke exclusion (opt-out) requests to December 15, 2012, subject to the conditions outlined above, and enter the accompanying proposed Order.

---

[1]    Under the proposed Order, the deadline for revocations of opt out requests from the Medical Benefits Class would be extended to December 15, 2012 or the date of entry of Final Order and Judgment regarding settlement approval, whichever is later, subject to the conditions set forth above.

November 14, 2012

/s/ Stephen J. Herman
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No.: (504) 569-6024
Co-Lead Class Counsel/
Plaintiffs Liaison Counsel
MDL 2179

Respectfully Submitted,

/s/ James Parkerson Roy
James Parkerson Roy, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY &
EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No.: (337) 233-2796
Co-Lead Class Counsel/
Plaintiffs Liaison Counsel
MDL 2179

**PLAINTIFFS' STEERING COMMITTEE**
**And CLASS COUNSEL**
_____

November 14, 2012

Respectfully submitted,

*/s/ Richard C. Godfrey, P.C*
Richard C. Godfrey, P.C.

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
Christopher J. Esbrook
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
Ellen K. Reisman
Matthew J. Douglas
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

Jeffrey Lennard
Keith Moskowitz
SNR DENTON
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

*/s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

**OF COUNSEL**

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of November 2012.

/s/ Don K. Haycraft
Don K. Haycraft
