UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 2:10-cv-07777 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Rule to Show Cause (Rec. doc. 7832)]**

On November 2, 2012, the Requesting Parties, Halliburton, MOEX, Anadarko, the U.S., PSC and the States, were ordered to show cause why the witnesses identified in the Rule to Show Cause should not be removed from the master Phase One trial may call and will call witness list (Rec. doc. 7832). The Requesting Parties did not present any opposition to the removal of these witnesses from the list.

IT IS ORDERED that the witnesses identified in the Rule to Show Cause (Rec. doc. 7832) are removed from the master Phase One trial may call and will call witness list.

New Orleans, Louisiana, this 14th day of November, 2012.

SALLY SHUSHAN
United States Magistrate Judge