UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 and Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR CHIA LE AND HOANG HUU NGUYEN**
_____


The undersigned counsel, moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, and Craig S. Coleman and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott and Casey L. Lott and Langston & Lott, PA as counsel of record for Plaintiffs Chia Van Le (DWH ClaimantID: 100035593) and Hoang Huu Nguyen (DWH ClaimantID: 100000456) in this matter.  In further support of this motion, Movants state as follows:

   1.  On or about July 21, 2011, Chia Le and Hoang Nguyen retained the law firms of Faegre Baker Daniels, LLP and Langston & Lott, PA to represent them as counsel with respect to their claims for payment from the Gulf Coast Claims Facility and their claims based on the Vessels of Opportunity Program.

2.  On or about January 9, 2012, Chia Le and Hoang Nguyen retained the law firms of Faegre Baker Daniels LLP and Langston & Lott, PA to represent them in this multi-district litigation.

3.  On or about December 29, 2011 the undersigned counsel filed a complaint on behalf of Hoang Nguyen, (Compl. ¶ 66, 2:11-CV-03180, ECF No. 1), and a complaint on behalf of Chia Le, (Compl. Ex. A, at #309, 2:11-CV-02766, ECF No. 1).

4.  On or about June 13, 2012, Hoang Nguyen filed a Claimant Request for Change in Representation Status form with the Deepwater Horizon Settlement Claims Administrator, requesting that his representation status be changed to "unrepresented," thereby terminating his relationship with the undersigned attorneys.

5.  On or about July 23, 2012, movants received a letter via facsimile dated July 10, 2012 from Hoang Nguyen and stating that he had terminated the undersigned attorneys.

6.  Chia Le and Hoang Nguyen will remain in this litigation. Neither Chia Le nor Hoang Nguyen, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Plaintiffs Chia Le and Hoang Nguyen.

Dated: November 14, 2012.

RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*_____

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 14th day of November, 2012.

Mr. Chia Le and Mr. Hoang Nguyen have been made of aware of all deadlines and pending court appearances.


/s/ *Stephen S. Kreller*_____