UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 and Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION**

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), who respectfully move this Honorable Court for leave to file the attached Complaint in Intervention, attached hereto as Exhibit A. The Intervening Attorneys seek leave to file the attached pleading to assert claims for the costs that Intervening Attorneys have expended on behalf of Chia Van Le (DWH ClaimantID: 100035593) and Hoang Huu Nguyen (DWH ClaimantID: 100000456) both of whom are indebted to Intervening Attorneys for legal fees for the prosecution of their claims and for any other fees as directed by this Honorable Court.

1

WHEREFORE, considering the aforementioned, Intervening Attorneys respectfully move this Honorable Court to grant them leave to file the attached pleading.

Dated: November 14, 2012.

        RESPECTFULLY SUBMITTED:
        BY:  /s/ *Stephen S. Kreller*_____
        THE KRELLER LAW FIRM
        Stephen S. Kreller (LA # 28440)
        757 St. Charles Avenue, Suite 301
        New Orleans, LA  70130
        Telephone:  504-484-3488
        Facsimile:  504-294-6091
        Email:  ssk@krellerlaw.com

        FAEGRE BAKER DANIELS, LLP

        William L. Roberts (admitted pro hac vice)
        Craig S. Coleman (admitted pro hac vice )
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN  55402
        Telephone:  612-766-7000
        Facsimile:  612-766-1600

        LANGSTON & LOTT, P.A.

        Duncan Lott (admitted pro hac vice)
        Casey L. Lott (admitted pro hac vice)
        100 South Main Street
        Booneville, MS  38829
        Telephone:  662-728-9733
        Facsimile:  662-728-1992

        **ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint in Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of November, 2012.

/s/ *Stephen S. Kreller*