UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 and Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Intervening Attorneys attempted to contact and confer on several occasions with Chia Van Le (DWH ClaimantID: 100035593) and Hoang Huu Nguyen (DWH ClaimantID: 100000456). Intervening attorneys were not able to obtain consent for the filing or granting of the Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint in Intervention.

Date: November 14, 2012.

RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091

1

Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**