# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:

(202) 879-5200

November 5, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA 70130

       Re:    MDL No. 2179 — Subpoenas to United States Contractors

Dear Judge Shushan:

We write briefly to follow up the Court's October 26 Order requesting that BP identify the non-duplicative information it expects to obtain from deposition testimony by three specified United States-affiliated entities that provided technical analysis as part of FRTG's Reservoir Modeling and Plume Teams — Kelkar & Associates, Purdue University, and the University of California, Santa Barbara (UCSB). (MDL 2179 Dkt. 7750 at 3.)

**Testimony Sought Here Is Consistent With Other Third Party Subpoenas**

As the Court will recall, BP has already taken approved deposition testimony from the Woods Hole Oceanographic Institute ("Woods Hole"), another third party that worked closely with the FRTG to quantify the oil spill. (*See* Attachment A.)

BP now seeks to serve similarly-focused subpoenas seeking testimony from Kelkar & Associates, Purdue and UCSB. (*See* Attachments B, C and D.) Consistent with the subpoena served on Woods Hole, BP seeks limited testimony from each of these entities regarding its unique knowledge of its own analysis of, and its own conclusions regarding, the flow of hydrocarbons from the *Deepwater Horizon*.

In particular, BP seeks testimony regarding the analysis of data as well as any communications related to the work of the relevant technical teams. As the Court will see, the scope of the proposed subpoenas is appropriately tailored to the information each entity is uniquely qualified to provide and is amply supported by Woods Whole precedent in this case.

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
November 5, 2012
Page 2

### BP's Subpoenas Do Not Seek Duplicative Information

The United States has in the past contended that subpoenas such as these should be viewed as duplicative of BP's 30(b)(6) notice to the United States.

But this view overlooks the reality that, like Woods Hole and the other third-party contractors that have already provided or will in the future provide Phase 2 Rule 30(b)(6) testimony, Kelkar & Associates, Purdue, and UCSB undoubtedly produced, obtained and retained unique information. These entities unquestionably possess knowledge and documents and engaged in communications that were not shared with United States personnel and, in any event, could not possibly be as well understood by United States personnel as by those with first-hand knowledge of the relevant technical work.

Accordingly, while United States personnel may have received each team's final conclusions, the United States cannot claim to possess full knowledge of the underlying analysis performed by these teams — the critical testimony BP now seeks.

Indeed, obtaining testimony from UCSB is particularly important in light of the unavailability of Professor Leifer's custodial files. As the Court is well aware, BP has been unable to review or use Professor Leifer's documents in any 30(b)(6) deposition of United States witnesses. The UCSB's testimony undoubtedly will be shaped by the communications that are eventually found in Professor Leifer's files. Accordingly, claims about a potential duplication of information are especially unpersuasive in light of UCSB's failure to produce any documents to date.

*   *   *

For reasons stated above and in BP's previous letters, BP respectfully requests permission to serve the attached subpoenas for Rule 30(b)(6) testimony on Kelkar & Associates, Purdue University, and UCSB.

Respectfully submitted,

*Robert Gasaway* (signature)

Robert R. Gasaway

Attachments

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
November 5, 2012
Page 3

cc (via electronic mail):

| | |
|---|---|
| United States' MDL Counsel | Joel M. Gross |
| Plaintiffs' Liaison Counsel | Allison B. Rumsey |
| Defense Liaison Counsel | |