**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico on April, 20, 2010 | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| This Document Applies to: | * | |
| All cases and 10-7777 | * | **MAG. JUDGE SHUSHAN** |
| | * | |

<u>**ORDER**</u>

Four motions are before the Court: (1) Motion for Leave to File Late Objection to Proposed Economic and Property Damages Settlement Agreement, as Amended and Preliminarily Approved by the Court (Rec. Doc. 7840; *see also* C.A. 10-7777, Rec. Doc. 264), (2) Motion for Leave to File Sur-Reply in Support of Objection of Adrian S. Kornman to Proposed Settlement Agreement (Rec. Doc. 7850), (3) Motion for Leave to Supplement the Record (Rec. Doc. 7855), and (4) Motion for Leave to Supplement the Record (Rec. Doc. 7862).

**IT IS ORDERED** that these Motions are **DENIED.**

Signed in New Orleans, Louisiana this 13th day of November, 2012.

United States District Judge