**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **12-968, 12-970** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

<u>**ORDER**</u>

Before the Court is a request for a limited extension of the opt out deadline respecting the Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement. (Rec. Doc. 7841). The request was made on October 31, 2012, by counsel located in New York City on behalf of twelve clients. Counsel cites the disruption to electricity, mail, and phone services caused by Hurricane Sandy as reasons for requesting the extension. Counsel reports that the subject opt outs have since been received by the Exclusions Department of the Deepwater Horizon Court Supervised Settlement Program.

**IT IS ORDERED** that the request for extension of the opt out deadline is **GRANTED**, and the opt outs for the following persons/business are deemed timely:

- Ergin Tek, authorized representative for Gengiz Khan Restaurant, Inc., economic loss.

- Michael Hickmann, authorized representative for Tropic Breeze MHP, LLC, economic loss.

- Michael Hickmarm, authorized representative for Fisherman's Cove Resort, LLC, economic loss.

- Michael Hickmann, authorized representative for Hudson Holding Company, LLC, d/b/a Lakewood Travel Park, economic loss.

- Alan Lucas, authorized representative for Mansion House Hotel, Inc., economic loss.

- Don Ershig, authorized representative for Summit Food Services, Inc. d/b/a Coconuts Restaurant and Sports Bar, economic loss.

- Thomas Brooks Haisten, authorized representative for Chicken Foot Development, Inc., d/b/a Zaxby's, economic loss.

- Rumit Nana, authorized representative for MLD 2, LLC, economic loss.

- Jerri Stotts, authorized representative for Lazy Lizard Enterprises, Inc., economic loss.

- Peter Thomas, authorized representative of Pete's BBQ Restaurant, economic loss.

- Michael Hickmann, authorized representative of Sun Village, LLC, economic loss.

- Tiffany Duke, medical.

Signed in New Orleans, Louisiana this 13th day of November, 2012.

_____
United States District Judge