UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO: 12-1978 | MAGISTRATE JUDGE SHUSHAN |

### THIRD STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT IN THE SECOND EXCESS LAYER INSURANCE INTERPLEADER

Considering the Third Stipulated Motion To Extend Time To Respond To Complaint In The Second Excess Layer Insurance Interpleader (Case No. 12-1978), it is hereby

ORDERED that the Stipulated Motion is GRANTED, and the deadline for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Products North America Inc., BP America Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to respond to the Complaint in this case is hereby extended to and including December 7, 2012.

New Orleans, Louisiana this 13th day of November, 2012.

_____
United States District Judge