**MINUTE ENTRY**
**BARBIER, J.**
**Nov. 8, 2012**
**JS-10: 415 minutes.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|                                  |     |                        |
|----------------------------------|-----|------------------------|
|                                  | :   | **MDL NO. 2179**       |
| **IN RE: OIL SPILL by the OIL RIG** | :   |                        |
| **"DEEPWATER HORIZON" in the**   | :   |                        |
| **GULF OF MEXICO, on**           | :   |                        |
| **APRIL 20, 2010**               | :   | **SECTION: J**         |
|                                  | :   |                        |
|                                  | :   |                        |
|                                  | :   | **JUDGE BARBIER**      |
|                                  | :   | **MAG. JUDGE SHUSHAN** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**                    **COURT REPORTER:**
**STEPHANIE KALL**                        **CATHY PEPPER**

**THURSDAY, NOVEMBER 8, 2012 8:30 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

**FINAL FAIRNESS HEARING**

The Court held a Final Fairness Hearing relative to two motions for final approval of
two class action settlements:

> (1) Motion for Final Approval of *Deepwater Horizon* Economic and Property
> Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114,
> *see also* Rec. Docs. 7104, 7110)

> (2) Motion for Final Approval of the Medical Benefits Class Action Settlement
> (Rec. Docs. 7112, *see also* Rec. Docs. 7116, 7113).

Jim Roy, Steve Herman, Rick Godfrey, and William "Bill" Roberts argued in favor of
approval of the Economic and Property Damages Settlement.  Claims Administrator
Patrick Juneau and Michael Juneau presented on the status of the settlement and
settlement opt outs.  Stuart Smith, Martha Curtis, Ronnie Penton, Joel Waltzer, and
Joseph Darrell Palmer presented objections to the settlement.

1

The Court admitted the Claims Administrator's report into the record (attached).

The Court recessed at 1:00 p.m.  Proceedings resumed at 2:20 p.m.

Robin Greenwald, Elizabeth Cabraser, and Rick Godfrey argued in favor of approval of the Medical Benefits Class Action Settlement.  Joseph Darrell Palmer, Robert McKee, and Jason Melancon presented objections to the settlement.

The Court took both Motions for Final Approval (Rec. Docs. 7114, 7112) UNDER ADVISEMENT.

The Fairness Hearing ended at 4:45.



2

# SUMMARY OF CLAIMS ADMINISTRATOR'S

## ORAL REPORT TO COURT
### FAIRNESS HEARING – NOVEMBER 8, 2012



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS



EXHIBIT
Claims Admin
1

Report to Court

- By Order of May 2, 2012, this Court granted Preliminary Approval to the proposed settlement; and appointed Patrick Juneau as Claims Administrator ("CA").
- The Court's Order provided that the Court Supervised Settlement Program was to commence operations on June 4, 2012.
- CA's 1st task was to implement the Transition Process to ensure orderly processing of claims that were previously filed under the GCCF.
- Contemporaneously, CA began the process of setting up and implementing the new settlement system.
  - o The settlement program involves numerous different claims types, and various subcategories within each claims type.
  - o We have created computer modules for each claims type – written detailed programs to incorporate the requirements for each claim type, to assess the eligibility and causation criteria for each claim type and then detailed calculators for each claims type.
  - o That work included created a full website, creating claims forms for each claims type, creating instructions booklets for each claims type and created an electronic system for filing of claims online.
  - o All of these modules have been tested and re-tested, including testing and approval of the product by both sides, both BP and Class Counsel.
- We began processing claims and were able to actually start issuing Notices in July 2012.
- To date, we have been able to process in excess of $1 billion in awards

| | |
|---|---|
| Payments made through transition process | $  **405,040,339** |
| DwH  award notices issued | $  **952,671,136** |
| Total | **$1,357,711,475** |

- Overall program statistics to date:
  - o Total Claims Received:    **79,008**

- o We have been able to process and issue notices on **36,484** claims
  - 3 different notice types: denials, incompletes & payable

- o $ **952,671,136** in payable notices under the new settlement calculations have been issued as of November 6, 2012.


- To provide some explanation regarding the denial notices and incomplete notices that have been issued, we will use as examples the two claim types with higher rates in that regard - Business Economic Loss claims and Individual Economic Loss claims.
  - o IEL Denials & Incompletes (Pie Chart attached)
    - Basis for Denials
    - Basis for Incompleteness Notices
  - o BEL Denials & Incompletes (Pie Chart attached)
    - Basis for Denials
    - Basis for Incompleteness Notices
  - o Outreach efforts have been undertaken to assist claimants in assembling the necessary documents and curing incompleteness issues.
- Opt-outs
  - o As of Wednesday, November 6, 2012, we had received approximately 25,000 opt-outs.
  - o Our initial review shows that right at 50% of those do not comply with the requirements of the Court Order. We need to do more analysis to get a more accurate number on this issue, but it looks like no more than 12,000 or so of the forms that have been submitted are potentially valid opt-outs.
  - o Your honor asked for some preliminary analysis of the largest list of opt-outs. To do that, we took the largest group, which was a set of opt-outs submitted by Brent Coon and Associates.
  - o That analysis is set out in the pie chart attached.
    - 10,765 opt-out submissions.
    - 7,928 of those (73%) were signed by the attorney, not the claimant. 28 were not signed at all.

- Of the "potentially" valid 2,588 opt-outs, only 378 have actually filed a claim with the DwH Settlement Program.

- Acceptance Rates
  - For those claims for which we have issued payable notices, we have experienced a __**95%**__ acceptance rate – meaning, for those who have received notice of an award, 95% of the responses have been favorable, accepting the amount calculated.



Updated: November 7, 2012

# Total Awards Processed
## As of 11/6/12

| | | |
|---|---|---|
| Payments Made Through The Transition Process | $ | 405,040,339 |
| DWH Payment Notices Issued | $ | 952,671,136 |
| **Economic Settlement Awards to Date** | **$** | **1,357,711,475** |

## Total Claims Submitted



Updated:  November 7, 2012



## Total Claims Receiving Notices



Updated: November 7, 2012



## Dollar Amount of Payable Notices



Updated: November 7, 2012



# Individual Economic Loss Incomplete and Denial Reasons



Updated: November 7, 2012





# Business Economic Loss Incomplete and Denial Reasons

DEEPWATER HORIZON
CLAIMS CENTER

Updated: November 7, 2012





# Largest Subset of Opt Outs



Updated: November 7, 2012

| | |
|---|---:|
| Opt Out Submissions | 10,765 |
| Less Opt Outs Signed by Attorney | 7,928 |
| Less Opt Outs Not Signed | 28 |
| Signed by Clients | 2,809 |
| Less GCCF Releases | 110 |
| Less DWH Releases (Signed by Client) | 1 |
| Less Duplicate Tax Identification Numbers | 110 |
| **Total Potential Opt Outs** | **2,588** |







# Acceptance Rate
## As of 11/6/12

# 95.0%

*Acceptance rate is calculated using the total amount of acceptances divided by the total responses.