UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
_____

The undersigned counsel, moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for the Plaintiffs in this matter.

1. The undersigned attorneys request to withdraw as counsel of record from the following individuals and entities (hereinafter referred to as Plaintiffs):

    a. Quynh Dang (DWH ClaimantID 100021735);

    b. Nhan Nguyen (GCCF Claim No. 1025537);

    c. Trong Van Phan (DWH ClaimantID 100014152);

    d. Stanley K. Cuquet (DWH ClaimantID 100014987);

    e. Castaway Charters (DWH ClaimantID 100014987);

    f. Jordan Bradford Sr. (DWH ClaimantID 100089235);

1

    g.  Jordan Bradford Jr. (DWH ClaimantID Unknown);

    h.  Nikola Zarak (DWH ClaimantID 100016124);

    i.  Diane Zarak (DWH ClaimantID 100016124);

    j.  Amalia, LLC (DWH ClaimantID 100016124);

    k.  Atlantis, LLC (DWH ClaimantID 100016124);

    l.  William James Bradley (DWH ClaimantID 100016590);

    m.  Le Van Dong (DWH ClaimantID 100058183);

    n.  Lance Ryan (DWH ClaimantID 100005977);

    o.  Brandt LaFrance (DWH ClaimantID Unknown);

    p.  Brandt's Oysters, Inc. (DWH ClaimantID Unknown).

2. Between March 7, 2011 and April 9, 2012, all the Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels LLP, and/or Langston & Lott, PA to represent them with respect to their claims for payment based on the Vessels of Opportunity Program in this multi-district litigation.

3. On November 8, 2011, the undersigned filed its Complaint. (Compl. Ex. A, 2:11-CV-02766, ECF No. 1). The undersigned counsel amended the Complaint on December 29, 2011 and again on February 13, 2012. With the exception of Lance Ryan, all plaintiffs were included in at least one of these filings.

4. Between May 21, 2012 and November 14, 2012, Plaintiffs notified the undersigned attorneys that they were terminating their representation.

5. Plaintiffs will remain in this litigation. None of the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Plaintiffs.

Dated: November 15, 2012.

        RESPECTFULLY SUBMITTED:

        BY:  /s/ *Stephen S. Kreller*_____

        THE KRELLER LAW FIRM

        Stephen S. Kreller (LA # 28440)
        757 St. Charles Avenue, Suite 301
        New Orleans, LA  70130
        Telephone:  504-484-3488
        Facsimile:  504-294-6091
        Email:  ssk@krellerlaw.com

        FAEGRE BAKER DANIELS, LLP
        William L. Roberts (admitted pro hac vice)
        Craig S. Coleman (admitted pro hac vice )
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN  55402
        Telephone:  612-766-7000
        Facsimile:  612-766-1600

        LANGSTON & LOTT, P.A.
        Duncan Lott (admitted pro hac vice)
        Casey L. Lott (admitted pro hac vice)
        100 South Main Street
        Booneville, MS  38829
        Telephone:  662-728-9733
        Facsimile:  662-728-1992

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 15th day of November, 2012.

Quynh Dang, Nhan Nguyen, Trong Van Phan, Stanley Cuquet, Castaway Charters, Jordan Bradford Sr., Jordan Bradford Jr., Nikola Zarak, Diane Zarak, Amalia, LLC, Atlantis, LLC, William James Bradley, Le Van Dong, Lance Ryan, Brandt LaFrance, and Brandt's Oysters, Inc. have been made of aware of all deadlines and pending court appearances.

/s/ *Stephen S. Kreller*