UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to:<br>Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, PA,

IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for Quynh Dang (DWH ClaimantID 100021735); Nhan Nguyen (GCCF Claim No. 1025537); Trong Van Phan (DWH ClaimantID 100014152); Stanley K. Cuquet (DWH ClaimantID 100014987); Castaway Charters (DWH ClaimantID 100014987); Jordan Bradford Sr. (DWH ClaimantID 100089235); Jordan Bradford Jr. (DWH ClaimantID Unknown); Nikola Zarak (DWH ClaimantID 100016124); Diane Zarak (DWH ClaimantID 100016124); Amalia, LLC (DWH ClaimantID 100016124); Atlantis, LLC (DWH ClaimantID 100016124); William James Bradley (DWH ClaimantID 100016590); Le Van Dong (DWH ClaimantID 100058183); Lance Ryan

1

(DWH ClaimantID 100005977); Brandt LaFrance (DWH ClaimantID Unknown); and Brandt's Oysters, Inc. (DWH ClaimantID Unknown).

New Orleans, Louisiana, this _____ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE