UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION**

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), who respectfully move this Honorable Court for leave to file the attached Complaint in Intervention, attached hereto as Exhibit A. The Intervening Attorneys seek leave to file the attached pleading to assert claims for the costs that Intervening Attorneys have expended on behalf of Quynh Dang (DWH ClaimantID 100021735); Nhan Nguyen (GCCF Claim No. 1025537); Trong Van Phan (DWH ClaimantID 100014152); Stanley K. Cuquet (DWH ClaimantID 100014987); Castaway Charters (DWH ClaimantID 100014987); Shane Keenan (DWH ClaimantID 100033828); Jordan Bradford Sr. (DWH ClaimantID 100089235); Jordan Bradford Jr. (DWH ClaimantID Unknown); Nikola Zarak (DWH ClaimantID 100016124); Diane Zarak (DWH ClaimantID 100016124); Amalia, LLC (DWH ClaimantID 100016124); Atlantis, LLC (DWH ClaimantID 100016124); William James Bradley (DWH

1

ClaimantID 100016590); Le Van Dong (DWH ClaimantID 100058183); Lance Ryan (DWH ClaimantID 100005977); Brandt LaFrance (DWH ClaimantID Unknown); and Brandt's Oysters, Inc. (DWH ClaimantID Unknown) all of whom are indebted to Intervening Attorneys for legal fees for the prosecution of their claims and for any other fees as directed by this Honorable Court.

WHEREFORE, considering the aforementioned, Intervening Attorneys respectfully move this Honorable Court to grant them leave to file the attached pleading.

Dated: November 15, 2012.

RESPECTFULLY SUBMITTED:

BY: /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM
Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

3

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memoranda in Support of Motion for Leave to File Complaint in Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of November, 2012.

/s/ *Stephen S. Kreller*