UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-02766 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Intervening Attorneys attempted to contact and confer on several occasions with Quynh Dang (DWH ClaimantID 100021735); Nhan Nguyen (GCCF Claim No. 1025537); Trong Van Phan (DWH ClaimantID 100014152); Stanley K. Cuquet (DWH ClaimantID 100014987); Castaway Charters (DWH ClaimantID 100014987); Shane Keenan (DWH ClaimantID 100033828); Jordan Bradford Sr. (DWH ClaimantID 100089235); Jordan Bradford Jr. (DWH ClaimantID Unknown); Nikola Zarak (DWH ClaimantID 100016124); Diane Zarak (DWH ClaimantID 100016124); Amalia, LLC (DWH ClaimantID 100016124); Atlantis, LLC (DWH ClaimantID 100016124); William James Bradley (DWH ClaimantID 100016590); Le Van Dong (DWH ClaimantID 100058183); Lance Ryan (DWH ClaimantID 100005977); Brandt LaFrance (DWH ClaimantID Unknown); and Brandt's Oysters, Inc. (DWH ClaimantID Unknown) or their current counsel. Intervening attorneys were not able

1

to obtain consent for the filing or granting of the Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint in Intervention.

Date: November15, 2012.

                                              RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**