UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig *Deepwater Horizon*
in the Gulf of Mexico, on April 20, 2010

This document relates to:
Case No. 2:11-CV-02766

MDL NO. 2179

SECTION: J

Honorable Carl J. Barbier

Magistrate Judge Shushan

---

### ORDER
---

Considering the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint in Intervention, filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA,

IT IS HEREBY ORDERED: that the Intervening Attorneys' Motion is GRANTED.

New Orleans, Louisiana, this _____ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE