# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **of Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

## <u>ORDER</u>

**[Regarding BP's Request for Depositions of Kelkar & Associates, Purdue University and U.C. Santa Barbara (Rec. doc. 7894)]**

BP submitted a request for the Rule 30(b)(6) depositions of Kelkar & Associates, Purdue University, and the University of California Santa Barbara ("UCSB").  Rec. doc. 7894.  The U.S. submitted an opposition.  Rec. doc. 7893.  BP submitted a reply.  Rec. doc. 7896.

BP demonstrates that the Rule 30(b)(6) deposition of UCSB is required.[1]  BP's request for the depositions of Kelkar & Associates and Purdue University is denied and the request for the deposition of UCSB is granted.

New Orleans, Louisiana, this 15th day of November, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

<u>**Clerk to Serve:**</u>
University of California Santa Barbara,
through its counsel: Michael Goldstein
**Email: michael.goldstein@ucop.edu**

---

[1] It is assumed that Professor Leifer will be designated by UCSB to testify.