AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Lester Ansardi, et al.<br>*Plaintiff*<br>v.<br>United States Maritime Service, Inc., et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>BP America Production Co., et al.<br>*Third-party defendant* | Civil Action No. 11-02908 |

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   BP Exploration and Production Inc.
Through registered agent for service:
CT Corporation System
5615 Corporate Boulevard
Suite 400B
Baton Rouge, LA 70808

   A lawsuit has been filed against defendant __U.S.M.S., Inc.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Lester Ansardi, et al.__ .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
  Allen J. Krouse, III & Brandon K. Thibodeaux, Frilot L.L.C.
  1100 Poydras Street, Suite 3700
  New Orleans, LA 70163

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Christopher L. Coffin, Pendley, Baudin & Coffin, LLP
  P. O. Drawer 71, 24110 Eden St.
  Plaquemine, LA 70765-0071

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date:   __11/15/2012__

                                                            *CLERK OF COURT*


                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  11-02908

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: