UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DWAYNE J. BECKNEL | * | CIVIL ACTION |
| | * | NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| UNITED STATES MARITIME SERVICES, INC. | * | JUDGE |
| AND ST. BERNARD PARISH GOVERNMENT | * | |
| | * | MAGISTRATE |

* * * * * * * * * * * * * * *

## **COMPLAINT**

The complaint of Dwayne J. Becknel, a person of lawful age domiciled in the Parish of St. Bernard, State of Louisiana, avers as follows:

1.

Named defendants herein are:

a)  United States Maritime Services, Inc., a Louisiana corporation domiciled and doing business in the Parish of Orleans, State of Louisiana, and

b)  St. Bernard Parish Government, a political subdivision of the State of Louisiana located, doing business and subject to suit in this judicial district.

2.

Jurisdiction of this cause of action against said defendants is based upon this court's exclusive jurisdiction over maritime matters pursuant to 28 U.S.C.A. §1333.

3.

At all material times plaintiff Dwayne J. Becknel was self-employed as a commercial fisherman, owned the two vessels described below and used said vessels in furtherance of his business.

4.

On or about May 9, 2010 plaintiff chartered his 24 foot flatboat vessel ID LA3098CA to defendant St. Bernard Parish Government to assist in the oil spill clean up activities resulting from the April 20, 2010 explosion aboard the mobile offshore drilling unit *Deepwater Horizon*. The individual charter agreement entered into by and between plaintiffs and said defendant governing the use of said vessel was entered into as part of the Vessels of Opportunity program (hereinafter "master charter agreement").

5.

Sometime prior to June 6, 2010 defendant St. Bernard Parish Government notified plaintiff that his vessel would henceforth be working for a "different company" and that they would sign a new charter agreement with that company.

6.

On or about June 6, 2010 plaintiff chartered his vessel Bases Loaded, a 21 foot bay boat ID LA4311FE to defendant United States Maritime Services, Inc. to assist in the oil spill clean up activities resulting from the April 20, 2010 explosion aboard the mobile offshore drilling unit *Deepwater Horizon*. The individual charter agreement entered into by and between plaintiffs and said defendant governing the use of said vessel was entered into as part of the Vessels of Opportunity program (hereinafter "master charter agreement").

7.

Pursuant to the individual master charter agreements described above entered into by and between plaintiff and defendants for use of each of the two vessels, plaintiff was to maintain and employ each vessel as "Vessels of Opportunity" for the exclusive use of the defendants named in each agreement. The master charter agreements required that the vessels "shall be available and

at charterer's disposal for operation twenty-four hours per day". Defendants were to retain exclusive use of the vessels until they terminated the agreements by giving plaintiffs an "off-hire dispatch notification".

8.

The master charter agreements provided for fixed rates of hire payable to plaintiff throughout the term of each charter agreement. Pursuant to the terms of the master charter agreements defendants made some payments for use of the vessels.

9.

St. Bernard Parish Government made certain payments to plaintiff but failed to make all payments rightfully due to plaintiff and despite no action by said defendant to alter, revoke or cancel the master charter agreements and plaintiff's continuing legal obligation to make the said vessel available for defendant's exclusive use twenty-four hours per day, said defendant ceased making payments rightfully due to plaintiff under the terms of its charter agreement without notice, explanation or justification.

10.

United States Maritime Services, Inc made certain payments to plaintiff but failed to make all payments rightfully due to plaintiff and despite no action by said defendant to alter, revoke or cancel the master charter agreements and plaintiff's continuing legal obligation to make the said vessel available for defendant's exclusive use twenty-four hours per day, said defendant ceased making payments rightfully due to plaintiff under the terms of its charter agreement without notice, explanation or justification.

11.

At no time did either St. Bernard Parish Government or United States Maritime Services, Inc. ever provide to plaintiff an "off-hire dispatch notification" terminating the master charter agreements relative to the two vessels.

12.

On or about February 3, 2010 a representative of United States Maritime Services, Inc. asked plaintiff to come and sign a document titled "notice of termination of charter" which plaintiff signed on February 3, 2011.

13.

Defendants have breached and continue to breach their contractual duty by not making timely payments due to plaintiff prior to cancellation of the master charter agreements and/or lawfully canceling the master charter agreements and despite timely submission of invoices from plaintiff to defendants and amicable written demand for payment of same.

14.

Defendants owe plaintiff payment for hire and crew pay from initial activation through termination by "off-hire dispatch notification" as per the master charter agreements.

15.

Defendant St. Bernard Parish Government has failed to make payments in the minimum amount of $18,700.00 which amount is presently due to plaintiff in full pursuant to the master charter agreement described herein and for which amount plaintiff makes immediate demand in full plus all future and additional amounts due and owing and accruing and as will be shown at trial, plus attorney's fees incurred in the enforcement of the master charter agreement, and for all costs.

16.

Defendant United States Maritime Services, Inc. has failed to make payments in the minimum amount of $283,920.00 which amount is presently due to plaintiff in full pursuant to the master charter agreement described herein and for which amount plaintiff makes immediate demand in full plus all future and additional amounts due and owing and accruing and as will be shown at trial, plus attorney's fees incurred in the enforcement of the master charter agreement, and for all costs.

17.

Because of defendants' breach of the agreements plaintiff has been damaged.

18.

Plaintiff hereby requests trial by jury on all issues raised herein.

WHEREFORE, plaintiff pray that defendants be summoned to appear and answer this complaint and after all proceedings had that there be judgment herein in favor of Dwayne J. Becknel and against St. Bernard Parish Government in the full and true sum of $18,700.00, and against United States Maritime Services, Inc. in the full and true sum of $283,920.00, plus all additional amounts due and accruing as will be shown at trial, plus legal interest thereon, for all attorney's fees for services rendered herein, for all costs, and for all general and equitable relief, and for trial by jury on all issues herein.

/s/ A. Scott Tillery
_____
A. SCOTT TILLERY, No. 12788
TILLERY & TILLERY
Counsel for Dwayne J. Becknel
701 Metairie Road, Suite 2A201
Metairie, Louisiana 70005
Telephone (504) 828-1768
Facsimile  (504) 828-1766

**(service information next page)**

**PLEASE SERVE:**
1. United States Maritime Services, Inc.
   Through registered agent for service:
   Barry J. Thibodeaux
   365 Canal Street, Suite 2500
   New Orleans, LA 70130

2. St. Bernard Parish Government
   Through President
   Craig P. Taffaro, Jr.
   8201 W. Judge Perez Dr.
   Chalmette, LA 70043

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DWAYNE J. BECKNEL

## DEFENDANTS
UNITED STATES MARITIME SERVICES, INC. AND ST. BERNARD PARISH GOVERNMENT

(b) County of Residence of First Listed Plaintiff: **St. Bernard**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
A. Scott Tillery, Tillery & Tillery
701 Metairie Road, Suite 2A201, Metairie LA 70005
(504) 828-1768

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Breach of Maritime Contract (Vessels of Opportunity Program Contract Matter)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 10/06/2011

SIGNATURE OF ATTORNEY OF RECORD
/s/ A. Scott Tillery, Bar No. 2788

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**.  Example:   U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

DWAYNE J. BECKNEL

*Plaintiff*

v.                                                    Civil Action No.

UNITED STATES MARITIME SERVICES, INC.
AND ST. BERNARD PARISH GOVERNMENT

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Maritime Services, Inc.
Through registered agent for service:
Barry J. Thibodeaux
365 Canal Street, Suite 2500
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Scott Tillery
Tillery & Tillery
701 Metairie Road, Suite 2A201
Metairie, LA 70005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  UNITED STATES MARITIME SERVICES, INC.

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| DWAYNE J. BECKNEL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| UNITED STATES MARITIME SERVICES, INC. AND ST. BERNARD PARISH GOVERNMENT | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  St. Bernard Parish Government
Through President
Craig P. Taffaro, Jr.
8201 W. Judge Perez Drive
Chalmette, LA 70043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Scott Tillery
Tillery & Tillery
701 Metairie Road, Suite 2A201
Metairie, LA 70005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ST. BERNARD PARISH GOVERNMENT
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: