AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Dwayne J. Becknel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-02501 |
| United States Maritime Services, Inc., et al. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| BP America Production Co., et al. | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   BP Exploration and Production Inc.
Through registered agent for service:
CT Corporation System
5615 Corporate Boulevard
Suite 400B
Baton Rouge, LA 70808

　　　A lawsuit has been filed against defendant   U.S.M.S., Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Dwayne J. Becknel  .

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Allen J. Krouse, III & Brandon K. Thibodeaux, Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

　　　It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
A. Scott Tillery, Tillery & Tillery
701 Metairie, Rd., Suite 2A201
Metairie, LA 70005

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

　　　A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   11/15/2012

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 11-02501

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: