UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig *Deepwater Horizon*
in the Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

This document relates to:
Case No. 2:11-CV-03180

Honorable Carl J. Barbier

Magistrate Judge Shushan

---

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

---

The undersigned counsel, moves this Court for an order withdrawing  Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for the Plaintiffs in this matter.

1.  The undersigned attorneys request to withdraw as counsel of record from the following individuals and entities (hereinafter referred to as Plaintiffs):

    a.  Robert H. Stanley (DWH ClaimantID 100000469);

    b.  Ethyl E. ("Betsy") Stanley (DWH ClaimantID 100000469);

    c.  S & S Oyster House (DWH ClaimantID 100000469);

    d.  S & S Seafood (DWH ClaimantID 100000469);

    e.  Diem H. Pham (DWH ClaimantID 100000740);

    f.  Sen Van Ngo (DWH ClaimantID 100001090);

g. Kevin J. Diaz (DWH ClaimantID 100000609);

h. Dat Chung (GCCF Claim No. 1023737);

i. Bau Le (DWH ClaimantID 100000324);

j. Tuan Dang (DWH ClaimantID 100025374).

2. Between February 15, 2011 and September 29, 2011, all of the above listed Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels, LLP and/or Langston & Lott, PA to represent them as counsel with respect to their claims for payment from the Gulf Coast Claims Facility.

3. Between December 2, 2011 and December 16, 2011, the Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels LLP, and/or Langston & Lott, PA to represent them in this multi-district litigation.

4. On or about December 29, 2011 the undersigned counsel filed a complaint on behalf of the Plaintiffs (Compl. 2:11-CV-03180, ECF No. 1).

5. Between May 18, 2012 and August 14, 2012, Plaintiffs notified the undersigned attorneys that they were terminating their representation.

6. Plaintiffs will remain in this litigation. None of the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Plaintiffs. Dated: November 15, 2012.

RESPECTFULLY SUBMITTED:

BY: /s/ Stephen S. Kreller_____

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 15th day of November, 2012.

Robert Stanley, Betsy Stanley, S & S Oyster House, S & S Seafood, Diem H. Pham, Sen Van Ngo, Kevin J. Diaz, Dat Chung, Bau Le, and Tuan Dang have been made of aware of all deadlines and pending court appearances.


/s/ *Stephen S. Kreller*_____