UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

_____

**ORDER**
_____

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, PA,

IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for Robert Stanley (DWH ClaimantID 100000469), Betsy Stanley (DWH ClaimantID 100000469), S & S Oyster House (DWH ClaimantID 100000469), S & S Seafood (DWH ClaimantID 100000469), Diem H. Pham (DWH ClaimantID 100000740), Sen Van Ngo (DWH ClaimantID 100001090), Kevin J. Diaz (DWH ClaimantID 100000609), Dat Chung (GCCF Claim No. 1023737), Bau Le (DWH ClaimantID 100000324), and Tuan Dang (DWH ClaimantID 100025374).

New Orleans, Louisiana, this _____ day of November, 2012.

                                          _____
                                          UNITED STATES DISTRICT JUDGE