UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON CUTRER AND | * | CIVIL ACTION |
| C&L MARINE, LLC | * | NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| BP EXPLORATION & PRODUCTION, INC., | * | JUDGE |
| UNITED STATES MARITIME SERVICES, INC. | * | |
| AND ST. BERNARD PARISH GOVERNMENT | * | |
| | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

The complaint of Jason Cutrer, a person of lawful domiciled in the Parish of St. Bernard, State of Louisiana, and C&L Marine, LLC, a Louisiana limited liability company domiciled and doing business in the Parish of St. Bernard, State of Louisiana, avers as follows:

1.

Named defendants herein are:

a) BP Exploration & Production, Inc., a foreign corporation with its principal place of business in a state other than Louisiana which is authorized to do and doing business in this state and judicial district;

b) United States Maritime Services, Inc., a Louisiana corporation domiciled and doing business in the Parish of Orleans, State of Louisiana, and

c) St. Bernard Parish Government, a political subdivision of the State of Louisiana located, doing business and subject to suit in this judicial district.

2.

Jurisdiction of this cause of action against said defendants is based upon this court's exclusive jurisdiction over maritime matters pursuant to 28 U.S.C.A. §1333.

3.

At all material times plaintiff Jason Cutrer was self-employed as a commercial fisherman, owned the two vessels described below and used said vessels in furtherance of his business through his solely owned company, C&L Marine, LLC, a limited liability company of which Mr. Cutrer is sole member and manager.

4.

On or about May 1, 2010 plaintiffs chartered a 20 foot aluminum flatboat vessel ID LA7909FD to defendant St. Bernard Parish Government to assist in the oil spill clean up activities resulting from the April 20, 2010 explosion aboard the mobile offshore drilling unit *Deepwater Horizon*. The individual charter agreement entered into by and between plaintiffs and said defendant governing the use of said vessel was entered into as part of the Vessels of Opportunity program (hereinafter "master charter agreement").

5.

Sometime prior to June 6, 2010 defendant St. Bernard Parish Government notified plaintiffs that their vessel would henceforth be working for a "different company" for the same rate of pay, and that they would sign a new charter agreement with that company.

6.

On or about June 6, 2010 plaintiffs chartered the same 20 foot aluminum flatboat vessel ID LA7909FD to defendant United States Maritime Services, Inc. to assist in the oil spill clean up activities resulting from the April 20, 2010 explosion aboard the mobile offshore drilling unit *Deepwater Horizon*. The individual charter agreement entered into by and between plaintiffs and said defendant governing the use of said vessel was entered into as part of the Vessels of Opportunity program (hereinafter "master charter agreement").

7.

Sometime before June 21, 2010 plaintiffs chartered the vessel Courtney Lin, LA-4332-FR to defendant BP Exploration & Production, Inc. to assist in the oil spill clean up activities resulting from the April 20, 2010 explosion aboard the mobile offshore drilling unit *Deepwater Horizon*. The individual charter agreement entered into by and between plaintiffs and said defendant governing the use of said vessel was entered into as part of the Vessels of Opportunity program designated as V.O.O. Contract No. HOV-1698 (hereinafter "master charter agreement").

8.

Pursuant to the individual master charter agreements described above entered into by and between plaintiffs and defendants for use of each of the two vessels, plaintiffs were to maintain and employ each vessel as "Vessels of Opportunity" for the exclusive use of the defendants named in each agreement. The master charter agreements required that the vessels "shall be available and at charterer's disposal for operation twenty-four hours per day". Defendants were to retain exclusive use of the vessels until they terminated the agreements by giving plaintiffs an "off-hire dispatch notification".

9.

The master charter agreements provided for fixed rates of hire payable to plaintiffs throughout the term of each charter agreement. Pursuant to the terms of the master charter agreements defendants made some payments for use of the vessels.

10.

St. Bernard Parish Government made certain payments to plaintiffs but failed to make all payments rightfully due to plaintiffs and despite no action by said defendant to alter, revoke or cancel the master charter agreements and plaintiffs' continuing legal obligation to make the said vessel available for defendant's exclusive use twenty-four hours per day, said defendant ceased making payments rightfully due to plaintiffs under the terms of its charter agreement without notice, explanation or justification.

11.

United States Maritime Services, Inc made certain payments to plaintiffs but failed to make all payments rightfully due to plaintiffs and despite no action by said defendant to alter, revoke or cancel the master charter agreements and plaintiffs' continuing legal obligation to make the said vessel available for defendant's exclusive use twenty-four hours per day, said defendant ceased making payments rightfully due to plaintiffs under the terms of its charter agreement without notice, explanation or justification.

12.

BP Exploration & Production, Inc. made certain payments to plaintiffs but failed to make all payments rightfully due to plaintiffs and despite no action by said defendant to alter, revoke or cancel the master charter agreements and plaintiffs' continuing legal obligation to make the said vessel available for defendant's exclusive use twenty-four hours per day, said defendant ceased making payments rightfully due to plaintiffs under the terms of its charter agreement without notice, explanation or justification.

13.

On or about November 26, 2010 BP Exploration & Production, Inc. caused an "off-hire dispatch notification" to be sent to plaintiff Jason Cutrer terminating the master charter agreement relative to the vessel Courtney Lin.

14.

United States Maritime Services, Inc. failed to provide an "off-hire dispatch notification" to plaintiffs relative to the 20 foot flatboat vessel.

15.

St. Bernard Parish Government failed to provide an "off-hire dispatch notification" to plaintiffs relative to the 20 foot flatboat vessel.

16.

Defendants have breached and continue to breach their contractual duty by not making timely payments due to plaintiffs prior to cancellation of the master charter agreements and/or lawfully canceling the master charter agreements and despite timely submission of invoices from plaintiffs to defendants and amicable written demand for payment of same.

17.

Defendants owe plaintiffs payment for hire and crew pay from initial activation through termination by "off-hire dispatch notification" as per the master charter agreements.

18.

Defendant St. Bernard Parish Government has failed to make payments in the minimum amount of $30,000.00 which amount is presently due to plaintiffs in full pursuant to the master charter agreement described herein and for which amount plaintiffs make immediate demand in full plus all future and additional amounts due and owing and accruing and as will be shown at

trial, plus attorney's fees incurred in the enforcement of the master charter agreement, and for all costs.

19.

Defendant United States Maritime Services, Inc. has failed to make payments in the minimum amount of $226,800.00 which amount is presently due to plaintiffs in full pursuant to the master charter agreement described herein and for which amount plaintiffs make immediate demand in full plus all future and additional amounts due and owing and accruing and as will be shown at trial, plus attorney's fees incurred in the enforcement of the master charter agreement, and for all costs.

20.

Defendant BP Exploration & Production, Inc. has failed to make payments in the minimum amount of $235,200.00 which amount is presently due to plaintiffs in full pursuant to the master charter agreement described herein and for which amount plaintiffs make immediate demand in full plus all future and additional amounts due and owing and accruing and as will be shown at trial, plus attorney's fees incurred in the enforcement of the master charter agreement, and for all costs.

21.

Because of defendants' breach of the agreements plaintiffs have been damaged.

22.

Plaintiffs hereby request trial by jury on all issues raised herein.

WHEREFORE, plaintiffs pray that defendants be summoned to appear and answer this complaint and after all proceedings had that there be judgment herein in favor of Jason Cutrer and C&L Marine, LLC against BP Exploration & Production, Inc. in the full and true sum of

$235,200.00, and against United States Maritime Services, Inc. in the full and true sum of $226,800.00, and against St. Bernard Parish Government in the full and true sum of $30,000.00, plus all additional amounts due and accruing as will be shown at trial, plus legal interest thereon, for all attorney's fees for services rendered herein, for all costs, and for all general and equitable relief, and for trial by jury on all issues herein.

/s/ A. Scott Tillery

_____
A. SCOTT TILLERY, No. 12788
TILLERY & TILLERY
Counsel for Jason Cutrer and C&L Marine, LLC
701 Metairie Road, Suite 2A201
Metairie, Louisiana 70005
Telephone (504) 828-1768
Facsimile   (504) 828-1766

**PLEASE SERVE:**
1. BP Exploration & Production, Inc.
   Through registered agent for service:
   CT Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

2. United States Maritime Services, Inc.
   Through registered agent for service:
   Barry J. Thibodeaux
   365 Canal Street, Suite 2500
   New Orleans, LA 70130

3. St. Bernard Parish Government
   Through President
   Craig P. Taffaro, Jr.
   8201 W. Judge Perez Dr.
   Chalmette, LA 70043

JS 44 (Rev. 12/07)

Case 2:10-md-02179-CJB-DPC Document 7923-1 Filed 11/16/12 Page 8 of 15
Case 2:11-cv-02819-CJB-JCW Document 1 Filed 09/16/11 Page 1 of 2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:10-md-02179-CJB-DPC Document 7923-1 Filed 11/16/12 Page 9 of 15
Case 2:11-cv-02819-CJB-SS Document 1-1 Filed 09/16/11 Page 2 of 2
JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                                                                 *Signature of Clerk or Deputy Clerk*

Case 2:10-md-02179-CJB-DPC Document 7923-1 Filed 11/16/12 Page 11 of 15
Case 2:11-cv-02349-CJB-SS Document 1-2 Filed 09/16/11 Page 2 of 2
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff* | ) ) ) ) ) ) ) ) | |
| v. |  | Civil Action No. |
| *Defendant* |  |  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Case 2:10-md-02179-CJB-DPC Document 7923-1 Filed 11/16/12 Page 13 of 15
Case 2:11-cv-02349-CJB-SS Document 12-3 Filed 09/16/11 Page 2 of 2
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _Plaintiff_ | ) ) ) | |
| v. | ) ) | Civil Action No. |
| _Defendant_ | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:




If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____        _____
                                                          *Signature of Clerk or Deputy Clerk*

Case 2:10-md-02179-CJB-DPC Document 7923-1 Filed 11/16/12 Page 15 of 15
Case 2:11-cv-02349-CJB-SS Document 1-4 Filed 09/16/11 Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: