# CONFERENCE ATTENDANCE RECORD

DATE: 11-16-12               TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS   CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Paul Sterbcow | PSC |
| Duke Williams | PSC |
| Jeffrey Breit | PSC |
| Anthony Irpino | PSC |
| Sarah Fiams | Anadarko |
| Steve Herman | Plaintiffs |
| Thomas Ganucheau | CAM |
| Gary Maze | Alabama |
| Win Sinclair | Alabama |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Bruce Bowman | HESI |
| Gwen Richard | HESI |
| Sean Fleming | HESI |
| Alison Battiste | HESI |
| Erika Toledo | HESI |
| Lauren Mitchell | HESI |
| Aprie T'Horta | HESI |
| David Baay | TO |
| Steve O'Rourke | US |
| Mike Underhill | US |
| Don Haycraft | BP |
| Carmelite Bertaut | Cameron |
| Douglas Kraus | Nomura |
| Brian Barr | PSC |
| Steve Luxton | M-I |
| Kerry Miller | TO |
| Tony Fitch | Anadarko |

## MDL 2179
## 11-16-12 Phase Two Telephone Discovery Conference

**Participants**

Sarah Himmelhoch - U.S.

Nat Chakeris - U.S.

Don Godwin and Alan York - HESI

Ryan Babiuch - BP

Mark Nomillini - BP

Mike Petrino - BP

Joe Eisert - BP

Ben Mayeaux - Airborne Support

Bill Stradley - 2185