UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

---

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR HENRY MARTIN, LINDA MARTIN, JAMIE JO LLC, HANK-A-DOODLE LLC, H&L MARTIN LLC A/K/A FOUR SONS LLC, LINDA AND HENRY LLC D/B/A GULF ISLAND SEAFOOD, AND STEPHANIE LYNN LLC**

---

The undersigned counsel, moves this Court for an order withdrawing  Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott and Casey L. Lott of Langston & Lott, PA as counsel of record for Plaintiffs Henry Martin (DWH ClaimantID: 100001069), Linda Martin (DWH ClaimantID: 100057014), Jamie Jo, LLC (DWH ClaimantID: 100001217), Hank-A-Doodle, LLC (DWH ClaimantID: 100025899), H&L Martin, LLC a/k/a Four Sons, LLC (DWH ClaimantID: 100001068), Linda and Henry, LLC d/b/a Gulf Island Seafood  (DWH ClaimantID:  100025919),  and  Stephanie Lynn, LLC  (DWH  ClaimantID:  100001355) (hereinafter collectively the "Martin Plaintiffs").  In further support of this motion, Movants state as follows:

1

1.   On or about March 30, 2011, the Martin Plaintiffs retained the law firms of Faegre Baker Daniels, LLP and Kreller Law Firm to represent them as counsel with respect to their claims for payment from the Gulf Coast Claims Facility at a cost included contingency fee of 18 percent.

2.   On or about September 19, 2011, Henry Martin retained the law firms of Faegre Baker Daniels, LLP and Kreller Law Firm to pursue claims for payment he was due under the Vessels of Opportunity program, at a cost included contingency fee of 18 percent.

3.   On or about December 6 and December 14, 2011, Henry Martin retained the law firms of Faegre Baker Daniels, LLP and Kreller Law Firm to represent him in the *Deepwater Horizon* multi-district litigation at a cost included contingency fee of 25 percent. The fee arrangement with Henry Martin would remain at 25 percent even if he elected to opt-out of participation in the Economic and Property Damage Settlement, including the Seafood Compensation Program.

4.   On or about December 14, 2011, Linda Martin, Jamie Jo LLC, Hank-A-Doodle LLC, H&L Martin LLC a/k/a Four Sons LLC, Linda and Henry LLC d/b/a Gulf Island Seafood, and Stephanie Lynn LLC retained Intervening Attorneys to represent them in the *Deepwater Horizon* multi-district litigation at a cost included contingency fee of 25 percent. The fee arrangement would remain at 25 percent even if the Martin Plaintiffs elected to opt-out of participation in the Economic and Property Damage Settlement, including the Seafood Compensation Program.

5.   On or about December 29, 2011, the undersigned counsel filed a complaint on behalf of the Martin Plaintiffs alleging OPA 90 claims and are counsel of record for them in the multi-district litigation. (Compl. ¶ 416-422, 2:11-CV-03180, ECF No. 1.)

6.   On or about June 20, 2012, and following the Preliminary Approval Order of the Economic and Property Damages Settlement (Rec. Doc. No. 6418) of this Honorable Court, the

Martin Plaintiffs notified Faegre Baker Daniels LLP and The Kreller Law Firm of their desire to dismiss the attorneys' services without cause.

7.   The Martin Plaintiffs remain in this litigation. No party will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for the Martin Plaintiffs.

Dated: November 16, 2012.

RESPECTFULLY SUBMITTED:

BY:   /s/ *Stephen S. Kreller*_____

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street

Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 16th day of November, 2012.

Henry Martin (DWH ClaimantID: 100001069), Linda Martin (DWH ClaimantID: 100057014), Jamie Jo, LLC (DWH ClaimantID: 100001217), Hank-A-Doodle, LLC (DWH ClaimantID: 100025899), H&L Martin, LLC a/k/a Four Sons LLC (DWH ClaimantID: 100001068), Linda and Henry LLC d/b/a Gulf Island Seafood  (DWH ClaimantID: 100025919), and Stephanie Lynn LLC (DWH ClaimantID: 100001355) have been made of aware of all deadlines and pending court appearances.

/s/ *Stephen S. Kreller*