UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

**ORDER**
_____

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA,

IT IS HEREBY ORDERED that Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA are withdrawn as Counsel for Henry Martin (DWH ClaimantID: 100001069), Linda Martin (DWH ClaimantID: 100057014), Jamie Jo, LLC (DWH ClaimantID: 100001217), Hank-A-Doodle (DWH ClaimantID: 100025899), H&L Martin, LLC a/k/a Four Sons LLC (DWH ClaimantID: 100001068), Linda and Henry LLC d/b/a Gulf Island Seafood (DWH ClaimantID: 100025919), and Stephanie Lynn LLC (DWH ClaimantID: 100001355).

New Orleans, Louisiana, this _____ day of November, 2012.

                                                _____
                                                UNITED STATES DISTRICT JUDGE