UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig *Deepwater Horizon*
in the Gulf of Mexico, on April 20, 2010

This document relates to:
Case No. 2:11-CV-03180

MDL NO. 2179

SECTION: J

Honorable Carl J. Barbier

Magistrate Judge Shushan

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Intervening Attorneys attempted to contact and confer on several occasions with Henry Martin (DWH ClaimantID: 100001069) and Linda Martin (DWH ClaimantID: 100057014) and representatives of Jamie Jo, LLC (DWH ClaimantID: 100001217), Hank-A-Doodle, LLC (DWH ClaimantID: 100025899), H&L Martin, LLC a/k/a Four Sons, LLC (DWH ClaimantID: 100001068), Linda and Henry, LLC d/b/a Gulf Island Seafood  (DWH ClaimantID: 100025919), and Stephanie Lynn, LLC (DWH ClaimantID: 100001355).  Intervening attorneys were not able to obtain consent for the filing or granting of the Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint in Intervention.

Date: November16, 2012.

RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*  _____

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**