IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | HONORABLE CARL J. BARBIER |
| | * | |
| Civil Action Nos. 12-968 and 12-970 | * | MAGISTRATE JUDGE |
| | * | SHUSHAN |

**ORDER**

[Extending Deadlines for Revocation of Exclusion (Opt-Out) Requests for the *Deepwater Horizon* Economic and Property Damages Settlement Agreement and the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement]

IT IS ORDERED that:

Pursuant to the authority provided to the Court in Sections 8.2.5 and 28.1 of the Amended *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6430-1) and based on the agreement of the parties, the Court hereby modifies Paragraph 42 of its May 2, 2012 Preliminary Approval Order as to the Economic and Property Damages Settlement (Rec. Doc. 6418) to extend the deadline by which an Economic Class Member may revoke his, her, or its request for exclusion (opt-out request) from November 5, 2012 to December 15, 2012, but only so long as any Class Member submitting an opt-out revocation after November 5, 2012 withdraws any pending objection, and waives any and all current or future objections, to approval of the Economic and Property Damages Settlement.

Additionally, pursuant to the authority provided to the Court in Sections XXX.I of the Amended *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement (Rec. Doc. 6427-1) and based on the agreement of the parties, the Court hereby modifies Paragraph 31 of its Preliminary Approval Order as to the Medical Benefits Class Action Settlement (Rec. Doc. 6419) to provide that a Natural Person may revoke his or her request for exclusion (opt-out

request) by the date a Final Order and Judgment regarding settlement approval is entered or December 15, 2012, whichever is later, but only so long as any Natural Person submitting an opt-out revocation after entry of a Final Order and Judgment withdraws any pending objection, and waives any and all current or future objections, to approval of the Medical Benefits Class Action Settlement.

The Court directs and authorizes the Claims Administrators to mail a copy of this Order to each individual and/or entity who has opted out of either the Economic and Property Damages Settlement or the Medical Benefits Class Action Settlement, along with an explanation of how such claimant may elect to revoke the previous opt-out.

New Orleans, Louisiana this 16th day of November, 2012.

_____
United States District Judge