UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

*************************************************************************

### STATE OF LOUSIAINA'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER DENYING LOUISIANA'S REQUEST FOR DISCOVERY AND A TRIAL SETTING [REC. DOC. 7835]

Pursuant to 28 U.S.C. §636(b)(1)(A) and Federal Rule of Civil Procedure Rule72(a), Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General ("Louisiana" or "State"), objects to and appeals from the Magistrate Judge's Order denying Louisiana's request for discovery and a trial setting on a subset of its 2010 economic loss claims under the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2701 *et seq*. [Rec. Doc. 7835]. The Magistrate's Order is contrary to the claims procedure set forth in OPA, which was designed to provide for the prompt recovery of losses resulting from an oil spill. The Magistrate erroneously concluded that the State's claims may not proceed because of a lack of time and resources without considering available alternatives that would allow the State's claims to proceed without causing an undue burden upon the Court. Without the opportunity to promptly adjudicate its properly presented OPA claims, the State will continue to suffer from the lack of substantial funds that were lost as a result of the spill.

**WHEREFORE,** for the reasons more fully set forth in the accompanying memorandum in support, the State respectfully requests that this Court reverse the Magistrate's Order and grant the State's request for discovery and a trial setting on certain of its 2010 economic loss claims.

Dated this 16th day of November, 2012.

Respectfully submitted,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL<br>LOUISIANA ATTORNEY GENERAL | KANNER & WHITELEY, LLC<br><br>/s/ Allan Kanner |
| James Trey Phillips<br>First Assistant Attorney General<br>Megan K. Terrell<br>Assistant Attorney General<br>Section Chief –Environmental<br>State of Louisiana<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005<br>Telephone: (225) 326-6708 | Allan Kanner<br>Elizabeth B. Petersen<br>David A. Pote<br>Douglas R. Kraus<br>Allison M. Shipp<br>701 Camp Street<br>New Orleans, LA 70130<br>Telephone: (504) 524-5777<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |
| HENRY DART,<br>ATTORNEYS AT LAW P.C. | USRY, WEEKS, &<br>MATTHEWS, APLC |
| /s/ Henry T. Dart<br>Henry T. Dart<br>Grady J. Flattmann<br>510 N. Jefferson St.<br>Covington, LA 70433<br>Telephone: (985) 809-8093<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | /s/ T. Allen Usry<br>T. Allen Usry<br>1615 Poydras St.<br>Suite 12<br>New Orleans, LA 70112<br>Telephone: (504) 592-4641<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

| | |
|---|---|
| SHOWS, CALI, BERTHELOT & WALSH, LLP | MARTEN LAW, PLLC |
| | /s/ Bradley M. Marten |
| /s/ E. Wade Shows | Bradley M. Marten |
| E. Wade Shows | Linda R. Larson |
| 628 St. Louis Street | 1191 Second Avenue |
| Baton Rouge, LA 70802 | Suite 2200 |
| Telephone: (225) 346-1461 | Seattle, WA 98101 |
| **Special Counsel for Plaintiff** | (206) 292-2600 |
| **Attorney General, State of Louisiana** | **Special Counsel for Plaintiff** |
| | **Attorney General, State of Louisiana** |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objections to and Appeal of Magistrate Judge's Order Denying Louisiana's Request for Discovery and a Trial Setting [Rec. Doc. 7835] has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of November, 2012.

        Kanner & Whiteley, L.L.C.

         /s/ Allan Kanner
        Allan Kanner
        a.kanner@kanner-law.com

3