UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION NO. MDL 2179<br><br>JUDGE CARL BARBIER<br><br>MAJ. JUDGE JOSEPH WILKINSON |

Member Case: **August Walter v BP America, Inc.**
**Civil Action No. 12-177 J/2**

_____

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT comes Plaintiff, and requests that JOHN-MICHAEL LAWRENCE, LLC, Energy Center - Suite 2900/PMB 204, 1100 Poydras Street, New Orleans, Louisiana, 70163-2900, jmlaw122@cox.net,, with respect to this Honorable Court, be Enrolled as Counsel of record for Plaintiff AUGUST WALTER for the following reasons:

I.      John-Michael Lawrence has been retained as counsel of record.

WHEREFORE, the undersigned requests an order by this Court entering the name of John-Michael Lawrence as attorney of record for Plaintiff AUGUST WALTER.

Respectfully Submitted:
_s/_John-Michael Lawrence_____
John-Michael Lawrence (8143)
John-Michael Lawrence, LLC
Energy Center - Suite 2900 - PMB 204
1100 Poydras Street
New Orleans, La. 70163-2900
(504) 585-7797 tel
(225) 744-8748 fax
E-MAIL - JMLaw122@cox.net

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties via U. S. Mail, on November 18, 2012.

_s/_John-Michael Lawrence_____