UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG           CIVIL ACTION NO. MDL 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010         JUDGE CARL BARBIER

                                         MAJ. JUDGE JOSEPH WILKINSON

Member Case:    August Walter v BP America, Inc.
                Civil Action No. 12-177 J/2
_____

**PLAINTIFF'S NOTICE OF CONSENT
TO PROCEED BEFORE THE MAGISTRATE FOR TRIAL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, and gives notice to this Honorable Court of Plaintiff's consent to proceed before the Magistrate for trial.

Respectfully Submitted:

_s/_John-Michael Lawrence_____
John-Michael Lawrence (8143)
John-Michael Lawrence, LLC
Energy Center - Suite 2900 - PMB 204
1100 Poydras Street
New Orleans, La. 70163-2900
(504) 585-7797 tel
(225) 744-8748 fax
E-MAIL - JMLaw122@cox.net

Mail:   18072 Forest Hills Dr.
        Prairieville, LA 70769

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties via U. S. Mail, on November 18, 2012.