UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Working Group Conference on Friday, November 16, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

PHASE ONE PREPARATION

1. **Phase One Exhibits**.

Halliburton reported that the work on the spreadsheet to identify all of the proposed fixes is continuing.

2. **Phase One Witness List**.

An order was issued removing the witnesses identified by Transocean from the master Phase One trial may call and will call witness list. Rec. doc. 7887.

3. **Pre-Trial Order for Preparation for Phase One Trial**.

By **Tuesday, November 27**, the PSC will disseminate its comments on the proposals on the pre-trial order to the Court and counsel. The objective is an order in final form by **Friday, November 30.**

**4.**      **Motions Regarding Adverse Inferences Based on Assertions of Fifth Amendment.**

Replies to the motions of BP, Transocean and Halliburton are due on **Wednesday, November 21.**

## PHASE TWO

### Inspection and Testing of Equipment Stored at Michoud

The deadline for releasing all data relating to testing is extended to **Friday, December 14.** This extension will require an extension in the deadline for the reports of experts.

BP's allocation of Captain Engelbert's latest invoice was distributed. The parties were asked to pay their allocated shares as promptly as possible.

### Phase Two Document Production

**1.**      **Open Issues Between BP and U.S.**

BP and the U.S. reported an exchange of letters on a DOE issue. If they are unable to reach agreement on the issue, they will request a telephone conference with the Court.

**2.**      **Professor Ira Leifer Document Production**.

BP reported that: (1) Edox is scheduled to run the U.S. list of privilege terms and produce the list of "hits" on **November 16**; (2) the U.S. will review the "hits" from its list of privilege terms by **Wednesday, November 21**; (3) by **noon on Wednesday, November 21**, UCSB will submit its completed list of privilege/sensitive search terms; and (4) Edox will run the UCSB list and produce a list of "hits" as promptly as possible. The U.S. noted that it will do its best to comply with the November 21 deadline, but if there are too many documents it may be unable to complete its review by then. The Court stressed that the UCSB document production needs to brought to an end. The Court will review the situation with special master Captain Englebert.

**Phase Two Fact Depositions**

1. **Update on Fact Depositions**.

The PSC reported that it will not require the deposition of Mr. Bhalla of **Stress Engineering**. The PSC, Halliburton and the States requested two topics for Stress Engineering which will require depositions of Mr. Stahl and Mr. Miller. Dates have not been set for these depositions.

The U.S. and **Wildwell** submitted letters on the U.S. request for a two day deposition. Wildwell will submit a further letter.

The U.S. reported that **Oceaneering** will submit two witnesses, Kinton Lawler and Anthony Harwin, to testify on ROVs and deepwater technology. The propose dates are December 17 and 18 which are subject to the completion of the rolling production of documents.

BP and the U.S. orally requested reconsideration of the order granting BP's request for the deposition of **UCSB** and denying the request for the depositions of **Kelkar** and **Purdue**.

2. **Scheduled Rule 30(b)(6) Depositions**.

The status of the scheduling of the Rule 30(b)(6) depositions is as set forth below.

|  | **Designee** | **Length** | **Location** | **Date** |
|---|---|---|---|---|
| Week - November 19-23 | | | | |
| **BP** | Ellen Williams | Two days | D.C. | Nov. 19 and 20 |
| Week - November 26-30 | | | | |
| **BP** | John Hughes | One day | N.O. | Nov. 27 and 28 |
| **Stress Engineering** | Chris Matice | One day | N.O. | November 28 |
| **BP** | Charlie Holt | Two days | N.O. | Nov. 28 and 29 |
| **Intertek** | | One day | N.O. | November 30 |

      Week - December 3-7

| | | | | |
|---|---|---|---|---|
| **Wildwell** | | One day(?) | N.O. | December ? |
| **Schlumberger** | Bud Decoste | One day | N.O. | December 5 |

### Phase Two Exhibits

1. **Preliminary Good Faith Exhibit Lists and Objections to Deposition Exhibits**.

The order regarding Phase Two exhibit lists and evidentiary objections was entered on November 14 (Rec. doc. 7888).

### Phase Two Deadlines

1. **Phase Two Expert Depositions**.

The parties were ordered to submit further *in camera* submissions by **Monday, November 19,** which would provide information on order of proof and identity of experts that can be double and triple tracked.

2. **Additional Fact Witness Designations.**

For the ten witnesses where BP is the responsible party, it reported that except for Jim Wellings and Richard Harland, the other eight witnesses have retained counsel. It anticipates reporting on available dates for the witnesses and whether any will invoke the Fifth Amendment by **Friday, November 23.** The U.S. raised an issue about the custodial file production on one BP witness. The U.S. and BP will meet-and-confer on this witness.

The U.S. reported that it consulted with all but two of its witnesses. None of them have retained counsel. Except for one witness, their custodial file production is complete. Admiral Watson is available in December. It will contact the remaining two witnesses as promptly as possible.

3.     **Preliminary Good Faith Fact May Call Witness List**.

On **Monday, November 19, 2012**, each party shall submit a preliminary good faith fact may call witness list with no more than 15 witnesses. The lists will be submitted to the Court and not the parties. After receipt of the lists from all parties, the Court will distribute them to the parties.

The list shall include the name of any person who is employed by or affiliated with the party submitting the list and who may be called in the party's case in chief along with a brief summary of the witnesses' expected testimony. The list shall not include: (1) experts; (2) Rule 30(b)(6) deponents; (3) the additional fact witnesses identified on 11/12/12; or (4) persons who were deposed during Phase One and who testified as to both Phase One and Phase Two issues. The party submitting the list shall provide dates between December 10 (presuming custodial file production on 11/19) and January 25 for their depositions. A party will not be permitted to add to the witness list without good cause shown.

4.     **Extension of Phase Two Deadlines.**

After the preliminary witness lists are distributed to all parties, the parties shall comment as promptly as possible on where they believe additional time should be built into the Phase Two timeline. The Court will consider these suggestions and prepare a draft revised time line.

5.     **Clawbacks**.

The PSC requested that each party provide a spreadsheet of the documents they believe they have clawed back. The U.S. recommended that this be done at the end of November after the completion of the U.S. and BP Rule 30(b)(6) depositions. The Court requested that the parties provide the clawback spreadsheet by **Thursday, December 6**.

## CONFERENCE SCHEDULE

| Date | Event |
|---|---|
| 11/30/12 | WGC meeting at 9:30 a.m. |
| 12/07/12 | WGC meeting at 9:30 a.m. |
| 12/14/12 | WGC meeting at 9:30 a.m. |
| 12/18/12 | Phase One status conference at 9:30 a.m. |
| 12/28/12 | WGC meeting at 9:30 a.m. |
| 01/04/13 | WGC meeting at 9:30 a.m. |
| 01/11/13 | WGC meeting at 9:30 a.m. |
| 01/17/13 | Phase One technical walk through |
| 01/18/13 | Phase One pre-trial conference at 9:30 a.m. - trial attorneys only WGC meeting to follow |
| 01/25/13 | WGC meeting at 9:30 a.m. |
| 02/01/13 | No conference - Super Bowl on February 3. |
| 02/08/13 | No conference - Mardi Gras on February 12 |
| 02/15/13 | WGC meeting at 9:30 a.m. |
| 02/22/13 | WGC meeting at 9:30 a.m. |
| 02/25/13 | Commencement of trial of Phase One. |
| 03/01/13 | WGC meeting at 9:30 a.m. |
| 03/08/13 | WGC meeting at 9:30 a.m. |
| 03/15/13 | WGC meeting at 9:30 a.m. |
| 03/22/13 | No WGC Conference |
| 03/29/13 | No WGC Conference |
| 04/05/13 | No WGC Conference |
| 04/12/13 | WGC meeting at 9:30 a.m. |

04/19/13     WGC meeting at 9:30 a.m.

04/26/13     WGC meeting at 9:30 a.m.

05/03/13     WGC meeting at 9:30 a.m.

05/10/13     WGC meeting at 9:30 a.m.

05/17/13     WGC meeting at 9:30 a.m.

05/24/13     WGC meeting at 9:30 a.m.

05/31/13     WGC meeting at 9:30 a.m.

**All Saturdays are email free days.**

New Orleans, Louisiana, this 19th day of November, 2012.

　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**