UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS PLEADING APPLIES TO: AUGUST WALTER V. BP AMERICA, INC. CIVIL ACTION NOS.: 2:12-CV-177 AND 10-MD-2179 | * * * * * | SECTION "J" JUDGE: BARBIER MAGISTRATE: SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX-PARTE MOTION TO WITHDRAW A COUNSEL OF RECORD

NOW INTO COURT, comes James L. Arruebarrena, undersigned counsel, who moves this Honorable Court for an order withdrawing James L. Arruebarrena as counsel of record for Plaintiff in these proceedings.

1.

Undersigned counsel must advise the court that the attorney-client relationship has ended between Plaintiff and undersigned counsel.

2.

Plaintiff no longer wishes to be represented by undersigned counsel. Thus, undersigned

-1-

counsel no longer represents Plaintiff.

3.

Accordingly, undersigned counsel is unable from this point forward to remain as counsel of record for Plaintiff in this case as it is no longer possible for undersigned counsel to advocate for Plaintiff's interests in this matter.

4.

Plaintiff's last known address is August Walter, 424 Turnwood Drive, Covington, La, 70433. His last known telephone number is (985) 773-3079

5.

The court is advised that this motion to withdraw is relatively early in the case as the discovery cutoff date is March 5, 2013 and the trial is set to begin on April 22, 2013. There are no immediately pending discovery or motion issues. Thus, undersigned respectfully requests that the court allow him to withdraw in this matter.

6.

Plaintiff has been given the Scheduling Order and fully advised of all deadlines in this case.

WHEREFORE, undersigned counsel respectfully request that this Honorable Court approve his withdrawal as counsel of record in this matter.

Respectfully submitted,

/s/ James L Arruebarrena
JAMES L. ARRUEBARRENA (#22235)
JAMES L. ARRUEBARRENA,
   Attorney at Law, L.L.C.
1010 Common Street, Suite 3000
New Orleans, LA 70112
Telephone: (504) 525-2520
Facsimile (504) 581-7083

**Attorney for August Walter**

### CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 14th day of February, 2012 to any non-CM/ECF participants.

/s/ James L. Arruebarrena
JAMES L. ARRUEBARRENA