UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON: in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |

**************************************************

## ORDER

IT IS ORDERED that Robert E. Couhig, Jr. and Susie Zeringue, of the law firm of Couhig Partners, LLC, be and are hereby recognized as counsel for, and their names entered in the record of these proceedings as counsel for claimant, Immaculate Conception School and The Roman Catholic Church for the Archdiocese of New Orleans, and that the name J. Patrick Connick and the Law Office of J. Patrick Connick, LLC be and is hereby removed as counsel of record for claimant, Immaculate Conception School and The Roman Catholic Church for the Archdiocese of New Orleans.

_____
J U D G E