IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION J (2) |
| | * | JUDGE BARBIER |
| This Document Applies to: No. 12-2401 | * * | MAG. JUDGE WILKINSON |

### CONSENT AND JOINDER AS A PLAINTIFF

I hereby consent to being named as a party plaintiff and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Worley Catastrophe Response, LLC and/or Worley Catastrophe Services, LLC in connection with this Action. I also consent and agree, if such consent is necessary, to file this claim on behalf of all others similarly situated. Attached is a copy of the executed attorney-client representation agreement with my legal counsel.

Date: November 18, 2012

Bruce P. Frost
Print Name

*/signature/*
Signature

Prepared by:

/J.P. Hughes, Jr./
**J.P. Hughes, Jr.**
LA Bar # 21302
**HUGHES BROWN, PLLC**
1300 Access Road, Suite 100
Oxford, Mississippi 38655
T: [662] 234-6080
F: [800] 515-5446
**ATTORNEYS FOR PLAINTIFFS**