### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE:** | **OIL SPILL by the OIL RIG** | * | **MDL No. 2179** |
| | **"DEEPWATER HORIZON: in the** | * | |
| | **GULF OF MEXICO, on** | * | **SECTION J** |
| | **APRIL 20, 2010** | * | |
| | | * | |
| **THIS DOCUMENT RELATES:** | | * | **JUDGE BARBIER** |
| | | * | **MAG. JUDGE SHUSHAN** |
| **IN RE: TRITON ASSET LEASING GmbH** | | * | |
| **Case No.  2:10-cv-02771-CJB-SS** | | * | |
| | | * | |

**************************************************

### MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes claimant, Academy of Our Lady High School and The Roman Catholic Church for the Archdiocese of New Orleans, who advises the court that J. Patrick Connick and the Law Office of J. Patrick Connick, LLC, is no longer counsel for claimant, Academy of Our Lady High School and The Roman Catholic Church for the Archdiocese of New Orleans, in these proceedings, and that his name should be removed as counsel of record for said claimant, and Robert E. Couhig, Jr. and Susie Zeringue, of the law firm of Couhig Partners, LLC, should be recognized as counsel for, and their names entered in the record of these proceedings as counsel for claimant, Academy of Our Lady High School and The Roman Catholic Church for the Archdiocese of New Orleans.

Undersigned counsel reserves all rights and interest in this matter as they pertain to attorney fees and expenses incurred.

Respectfully submitted,

/s/ J. Patrick Connick
J. Patrick Connick, Bar No. 22219
Law Office of J. Patrick Connick, LLC
5201 Westbank Expressway, Suite 100
Marrero, LA 70072
Telephone: (504) 347-4535
Facsimile: (504) 347-4526

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ J. Patrick Connick