IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN AKINS, ET AL., <br> Individually and on behalf of all others <br> similarly situated and identified below, <br><br> Plaintiffs, <br><br> v. <br><br> WORLEY CATASTROPHE <br> RESPONSE, LLC, <br> WORLEY CATASTROPHE <br> SERVICES, LLC, and <br> MICHAEL ALLEN WORLEY, <br><br> Defendants. | Civil Action No. 2:12-cv-2401 <br> CJB-SS <br><br> CLASS/COLLECTIVE ACTION <br><br> SECTION: J(1) <br> JUDGE CARL J. BARBIER <br> MAGISTRATE JUDGE <br> SALLY SHUSHAN |

### CONSENT AND JOINDER AS A PLAINTIFF

I hereby consent to being named as a party plaintiff and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Worley Catastrophe Response, LLC and/or Worley Catastrophe Services, LLC in connection with this Action. I also consent and agree, if such consent is necessary, to file this claim on behalf of all others similarly situated. Attached is a copy of the executed attorney-client representation agreement with my legal counsel.

Date: 10-23- , 2012

Robert E Limbaug
Print Name

_____
Signature

1

Prepared by:

/J.P. Hughes, Jr./
**J.P. Hughes, Jr.**
LA Bar # 21302
**HUGHES BROWN, PLLC**
1300 Access Road, Suite 100
Oxford, Mississippi 38655
T: [662] 234-6080
F: [800] 515-5446
**ATTORNEYS FOR PLAINTIFFS**