IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br><br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * * * | NO. 12-CV-968 <br><br> SECTION: J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

### SUPPLEMENTAL DECLARATION OF MATTHEW GARRETSON

I, Matthew Garretson, am over twenty-one years of age and of sound mind and body. This declaration is based on my personal knowledge.

1. This declaration supplements the information in my declaration submitted on October 22, 2012.  (Docket 10-2179, Rec. Doc. 7730-3)

2. Pursuant to Paragraph 29 of the Court's Order Preliminarily Approving the Medical Settlement Agreement (Docket 10-2179, Rec. Doc. 6419) and Section XI.E of the Medical Settlement Agreement, individuals who wish to opt-out of the Medical Benefits Class Action Settlement were directed to submit requests to opt-out to the Garretson

1

Resolution Group ("GRG"), the Claims Administrator for the Medical Benefits Class Action Settlement Agreement. As of Friday, November 16, 2012, GRG has received requests to opt-out from 1,747 individuals.[1] I directed a member of GRG's staff, under my supervision, to review all of these opt-out requests to determine which, if any, of the 150 objectors to the Medical Settlement Agreement also submitted an opt-out request in accordance with the terms of that Agreement.

3. On Exhibit A to this Supplemental Declaration, I have identified those objectors who do not appear to be class members. There are 55 such objectors (46 of whom have submitted an opt-out request in accordance with the terms of the Medical Settlement Agreement).[2]

4. As of Friday, November 16, 2012, GRG has received 4,546 Proof of Claim Forms. Approximately 90% of these have been submitted by individuals who do not appear to be represented by counsel.

5. On November 6, 2012, GRG launched the Gulf Region Health Outreach Program Library. The on-line library, which currently contains approximately 100,000

---

[1] Approximately 65% of the 1,747 opt-out requests received by GRG were submitted by individuals represented by two different groups of law firms. One thousand forty (1,040) opt-out requests were submitted by individuals represented by Nexsen Pruet, LLC and/or Douglas M. Schmidt, APLC, who jointly filed an objection, *see* Docket 10-7777, Rec. Doc. 208, and 91 opt-out requests were submitted by individuals represented by Smith Stag, L.L.C. and/or Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A., who jointly filed two objections, *see* Docket 10-7777, Rec. Docs. 185 and 202.

[2] The other 95 objectors (73 of whom the Sterbcow Law Group and Melancon Rimes, LLC law firm purport to represent, *see* Docket 10-7777, Rec. Doc. 92) appear on one or more of the BP databases, which may establish their status as Clean-Up Workers, and/or have provided addresses in Zone A and/or B. However, no final determination has been made by the Medical Benefits Class Action Settlement Claims Administrator that these individuals are in fact Class Members.

documents, is publicly accessible pursuant to the terms of the Medical Settlement Agreement, and can be accessed at http://www.gulfregionhealthoutreach.com.

_____
Matthew Garretson
Garretson Resolution Group, Inc.

Executed on November 19, 2012

# EXHIBIT A

| Objector Name | Attorney | Rec. Doc. Number (Docket 10-7777) | Reason(s) Objector Appears Not to be a Class Member |
|---|---|---|---|
| Boggs, Charles Archibald | Boggs, Loehn & Rodrigue | Rec. Doc. 41 | Opt Out (signed Aug. 14, 2012); no address provided in Zone B; no proof he is a Clean-Up Worker |
| Bartlette, Ilease | Pro se | Rec. Doc. 51 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Salgado, Enrique | The Sterbcow Law Group, LLC / Melancon \| Rimes, LLC | Rec. Doc. 92 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |
| McCaffery, Linda Mary | Frank J. D'Amico, Jr. APLC / Lindsay & Andrews, P.A. | Rec. Doc. 158 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Coco, Malcolm | Becnel Law Firm, LLC | Rec. Doc. 180 | Opt Out (fax transmittal dated Oct. 10, 2012); no address provided in Zone A or B |
| Elrod, Jared Shane | Becnel Law Firm, LLC | Rec. Doc. 180 | Opt Out (fax transmittal dated Oct. 10, 2012); claims in objection not to be a class member; provided multiple addresses, of which none was in Zone B and the two addresses that were in Zone A only document stays less than 2 weeks; no proof he is a Clean-Up Worker |
| Llewallen, Kevin Scott | Pro Se | Rec. Doc. 182 | Provided multiple addresses in objection, of which none were in Zone B and only one in Zone A, but that was only during Nov. 2011 - Jan. 2012; no address provided in Zone B; no proof he is a Clean-Up Worker |

| | | | |
|---|---|---|---|
| Bengson, Joshua Allen | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Aug. 8, 2012); no address provided in Zone A or Zone B |
| Marler, Gregory | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Oct. 24, 2012; fax transmittal dated Oct. 24, 2012); no address provided in Zone A or B |
| Norwood, Austin | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Aug. 29, 2012); no address provided in Zone A or B |
| Norwood, Margaret | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Taylor, Mary S. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Taylor, Sr., Robert Vaughan | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Aug. 6, 2012); no address provided in Zone A or B |
| Yerkes, III, Joseph E. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Aug. 22, 2012); no address provided in Zone A or B |
| Aguinaga, Stephane | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 15, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Aguinaga, Steven Ray | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 15, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Baird, Bryan Joshua | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 18, 2012; fax transmittal dated Oct. 29, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |

5

| Boatright, Michael E. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 25, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
|---|---|---|---|
| Boyles, Patricia Diane | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 30, 2012; received by Smith Stag on Sep. 6, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Danos, Janice Marie | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 12, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Danos, Jorey Tristan | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 22, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |
| Danos, Richard Thomas | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Hatcher, Danny Veryle | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |
| Hill, Robyn | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 18, 2012; fax transmittal dated Oct. 29, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is was a Clean-Up Worker |
| Howell, Frank Morris | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |
| Kolian, Stephan Richard | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 11, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |

| Landrieu, David Joseph | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
|---|---|---|---|
| Landrieu, Kimberly Ann Flair | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Maneen, Rachel Renee | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Martin, Chris Albert | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signature date cannot be read on opt out; received by Smith Stag on Aug. 15, 2012); no address provided in Zone B; no proof that he is a Clean-Up Worker; address provided in Zone A but not asserting a Specified Physical Condition |
| Martin, Jennifer | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012; received by Smith Stag on Oct. 15, 2012); claims in objection not to be a class member; no address provided in Zone B; no proof she is a Clean-Up Worker; address provided in Zone A but not asserting a Specified Physical Condition |
| Maurras, Douglas J. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 5, 2012); no address provided in Zone B |
| Morgan, James L. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012; fax transmittal dated Aug. 25, 2012); no address provided in Zone A or B |
| Richoux, Denise Malcombe | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |

| | | | |
|---|---|---|---|
| Rye, Patricia Maria | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Schexnayder, Gary Lane | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012); no address provided in Zone A or B |
| S., Ka. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| S., Ke. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Shearon, Jr., Ronald Franklin | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012; received by Smith Stag on Aug. 24, 2012); no address provided in Zone A or B |
| Tickell, Rebecca Harrell | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 22, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Turner, Gregory Scott | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012); no address provided in Zone A or B |
| Vaughan, Jeff R. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 25, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Vaughan, Rochelle | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 22, 2012; received by Smith Stag on Oct. 24, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |

| Walker, Allen Eugene | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 10, 2012); claims in objection not to be a class member; no address provided in Zone A or B; |
| --- | --- | --- | --- |
| Walker, Roxanne A. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 16, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| W., G. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
| Wynne, Gregory | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof he is a Clean-Up Worker |
| W., M. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
| Wynne, Monette Renee | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
| W., R. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
| Canipe, Matthew Judson | Pro se | Rec. Doc. 203 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |
| McLane, Timothy Patrick | Pro se | Rec. Doc. 205 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Booker, Carolyn | Nexsen Pruet, LLC / Douglas Schmidt, APLC | Rec. Doc. 208 | Opt Out (signed July 9, 2012); no address provided in Zone A or B |
| Lucas, Deborah | Pro se | Rec. Doc. 236 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Adams, Barbara L. | Pro Se | Rec. Doc. 243 | Opt-Out (postmarked Aug. 14, 2012); no address provided in Zone A or B |