*In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*
(Docket No. MDL 2179)

## <u>Attorneys Fees Connected with Production of Documents Pursuant to Subpoena Served on Woods Hole Oceanographic Institution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 1/3/2012 | Fetouh, Dahlia | 0.4 | Telephone conference with Ms. Simons at U.S. Coast Guard regarding confidentiality provisions of contract |
| 1/10/2012 | Fetouh, Dahlia | 0.3 | Telephone conference with Ms. DeSantis regarding subpoena |
| 1/17/2012 | Fetouh, Dahlia | 6.8 | Conference with Messrs. Reddy, Camilli, Remis, Land and Ms. Schorer regarding response to BP subpoena; conference with Ms. Schorer and Directorate regarding response to BP subpoena; travel to and from Woods Hole |
| 1/17/2012 | Remis, Shepard | 6.5 | Meetings at WHOI with Ms. Schorer and Messrs. Camilli and Reddy and with Directorate |
| 1/17/2012 | Land, Christopher | 6.7 | Meeting with clients and Mr. Remis and Ms. Fetouh at Woods Hole to discuss response to subpoena |
| 1/20/2012 | Fetouh, Dahlia | 0.2 | Telephone conference with Ms. DeSantis regarding status of response to subpoena |
| 1/20/2012 | McCrary, David | 0.1 | Review and revise communication concerning document production |
| 1/26/2012 | Remis, Shepard | 0.2 | Attention to correspondence from Mr. Reddy regarding documents responsive to subpoena |
| 1/26/2012 | Fetouh, Dahlia | 0.3 | Analyze Mr. Reddy's email regarding document collection |
| 1/26/2012 | Land, Christopher | 6.9 | Preparation for and meeting with client regarding document production; travel to and from client |
| 1/27/2012 | Remis, Shepard | 0.4 | Plan completion of document review |
| 1/31/2012 | Fetouh, Dahlia | 0.5 | Conference with Mr. Land to review documents for production to Coast Guard |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| | | | |
|---|---|---|---|
| 1/31/2012 | Land, Christopher | 2.0 | Review documents for privileges and production; confer with Ms. Fetouh regarding same |
| 2/1/2012 | Remis, Shepard | 0.4 | Correspondence with Ms. Fetouh regarding status of document review and communications with Coast Guard on BP |
| 2/1/2012 | McCrary, David | 0.9 | Review initial proposed production; draft cover letter to Ms. Kenneally at the U.S. Coast Guard; coordinate delivery of proposed production to the U.S. Coast Guard |
| 2/2/2012 | Fetouh, Dahlia | 0.1 | Draft email to Ms. DeSantis in response to request regarding timing of production |
| 2/6/2012 | Remis, Shepard | 0.1 | Update on document collection and review |
| 2/6/2012 | Land, Christopher | 0.1 | Confer with Mr. McCrary regarding production |
| 2/9/2012 | Remis, Shepard | 0.3 | Attention to broker riser imaging sonar files from Mr. Camilli for production |
| 2/10/2012 | Remis, Shepard | 0.3 | Attention to BP imaging sonar files for production; related correspondence |
| 2/10/2012 | Land, Christopher | 0.6 | Review sonar imaging and related issues for production; email conferences with client |
| 2/13/2012 | Remis, Shepard | 0.6 | Attention to status of document review and interaction with Coast Guard and BP |
| 2/14/2012 | Remis, Shepard | 0.5 | Attention to various imaging sonar files for production and related correspondence |
| 2/23/2012 | Fetouh, Dahlia | 0.4 | Draft email to Coast Guard regarding status of document review; draft emails to Ms. DeSantis regarding status of production |
| 2/23/2012 | Land, Christopher | 2.0 | Call with Coast Guard regarding discovery; call with Department of Justice regarding the same; draft letter to counsel for BP regarding discovery updates |
| 2/24/2012 | Land, Christopher | 1.0 | Draft and revise letter to counsel for BP regarding discovery updates; emails with client regarding same |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 2/27/2012 | McCrary, David | 1.2 | Meet with Mr. Land to discuss document production; begin secondary review of documents for production |
|---|---|---|---|
| 2/27/2012 | Land, Christopher | 3.0 | Review documents for production; confer with Mr. McCrary regarding same |
| 2/28/2012 | Dentremont, Arthur | 3.4 | Email conference with Mr. McCrary regarding client documents for production; review, separate and organize documents for scanning to electronic format; submit request to Litigation Technology Group for scanning and upload; conference with Mr. McCrary regarding processing options; coordinate scanning of documents and electronic cropping to remove captioning |
| 2/28/2012 | McCrary, David | 1.0 | Review documents for first production; coordinate the conversion of the documents to digital form, as well as the redaction of the documents |
| 2/28/2012 | Land, Christopher | 1.3 | Review documents for production; confer with Mr. McCrary regarding same |
| 2/29/2012 | Dentremont, Arthur | 5.6 | Review, proof and adjust electronic document images; reconstitute original documents; communications with Litigation Technology; sort electronic documents and apply confidentiality captioning as directed; explore redaction options and resolve problems with same; conference with Mr. McCrary regarding same; execute redactions and forward documents for attorney review; adjustments to documents as requested |
| 2/29/2012 | McCrary, David | 0.9 | Review and prepare documents for production |
| 2/29/2012 | Land, Christopher | 8.6 | Meeting with client at Woods Hole regarding subpoena production; review documents for production; confer with Mr. McCrary regarding same |
| 3/1/2012 | Dentremont, Arthur | 0.3 | Email and conference with Mr. McCrary regarding pending document production and related issues |
| 3/1/2012 | McCrary, David | 1.2 | Update document collection for production; prepare final set for review by Ms. Fetouh and Mr. Land |

| 3/1/2012 | Land, Christopher | 8.6 | Meeting with client at Woods Hole regarding subpoena; review documents for production; confer with Mr. McCrary regarding same |
|---|---|---|---|
| 3/2/2012 | Fetouh, Dahlia | 0.2 | Review document production prior to service |
| 3/2/2012 | McCrary, David | 2.9 | Complete document production; draft letter to send with production to BP's counsel; redact final documents |
| 3/2/2012 | Land, Christopher | 1.5 | Review documents for production; confer with Mr. McCrary regarding same |
| 3/5/2012 | McCrary, David | 1.1 | Draft cover letter to Department of Justice for courtesy copy of WHOI's production to BP; prepare courtesy copy of production; confer with Mr. Land about the needs for the second production of documents to BP |
| 3/5/2012 | Land, Christopher | 0.4 | Review and revise letter to DOJ regarding the production; confer with Mr. McCrary regarding same |
| 3/6/2012 | Land, Christopher | 0.3 | Review documents for second production |
| 3/9/2012 | McCrary, David | 1.1 | Draft cover letter to accompany the second production sent to the Coast Guard for review; collect information and prepare second production for mailing to Coast Guard |
| 3/9/2012 | Land, Christopher | 2.0 | Review documents for production; revise letter to Coast Guard |
| 3/13/2012 | Dentremont, Arthur | 2.4 | Communications with Mr. Land regarding pending document production and letter for filing with the court; review and organize materials received from Mr. McCrary for production; coordinate scanning of materials to PDF to facilitate Bates numbering; coordinate copying of CDs/DVDs for production; generate and apply confidential labels as required; review proof PDFs of scanned documents |
| 3/13/2012 | Land, Christopher | 2.5 | Review documents for production to Coast Guard |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 3/14/2012 | Dentremont, Arthur | 3.1 | Organize PDFs for pending document production and apply Bates numbers and confidentiality designations as applicable; resolve select captioning problems as required; copy electronic files into client workspace; coordinate color print set of documents for production; communications with Mr. McCrary as required; email with team regarding logistical issues |
| --- | --- | --- | --- |
| 3/14/2012 | McCrary, David | 2.1 | Coordinate and prepare third production; draft cover letter to U.S. Coast Guard regarding third production |
| 3/16/2012 | Dentremont, Arthur | 0.1 | Attention to production set of materials |
| 3/19/2012 | Dentremont, Arthur | 0.4 | Coordinate printing of another set of documents as requested by Mr. McCrary |
| 3/19/2012 | McCrary, David | 1.0 | Prepare production for U.S. Coast Guard; draft cover letter to Coast Guard; coordinate the production and arrange delivery |
| 3/20/2012 | Land, Christopher | 0.3 | Call with DOJ regarding production; confer with Mr. McCrary regarding same |
| 3/22/2012 | Dentremont, Arthur | 0.3 | Attention to produced documents in electronic repository |
| 3/22/2012 | Land, Christopher | 0.2 | Emails regarding production delivery and the U.S. Coast Guard review |
| 3/26/2012 | Land, Christopher | 0.4 | Call with DOJ regarding production and U.S. Coast Guard contract |
| 3/27/2012 | Dentremont, Arthur | 0.4 | Coordinate printing of another set of production documents as requested by Mr. McCrary; cursory review of same upon receipt from copy center |
| 3/27/2012 | Fetouh, Dahlia | 0.1 | Telephone conference with Ms. Kenneally regarding status of document production |
| 3/27/2012 | McCrary, David | 1.1 | Prepare second production for BP in light of Coast Guard comments; draft letter to BP regarding WHOI's second production |
| 3/27/2012 | Land, Christopher | 0.6 | Call with U.S. Coast Guard regarding production |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 3/28/2012 | McCrary, David | 0.7 | Review and finalize WHOI's second production; confer with Mr. Land about production schedule |
|---|---|---|---|
| 3/28/2012 | Land, Christopher | 0.5 | Emails with U.S. Coast Guard regarding production; review letter to BP regarding production; conference with Mr. McCrary |
| 3/29/2012 | Remis, Shepard | 0.3 | Attention to today's production of discovery and documents |
| 3/29/2012 | Dentremont, Arthur | 0.2 | Attention to electronic set of production documents within case repository; code color documents in anticipation of further print sets |
| 3/29/2012 | Land, Christopher | 0.5 | Emails with U.S. Coast Guard and DOJ regarding production; call with Mr. Camilli regarding production files |
| 4/17/2012 | Fetouh, Dahlia | 0.5 | Conference call with Judge Shushan, BP, and DOJ regarding production of documents |
| 4/17/2012 | Land, Christopher | 0.5 | Court conference on documents |
| 4/19/2012 | Remis, Shepard | 0.6 | Review and comment on draft letter to BP providing responses to claims of document production deficiencies |
| 4/19/2012 | Fetouh, Dahlia | 1.1 | Revise letter to Ms. DeSantis in response to document production questions |
| 4/19/2012 | McCrary, David | 1.1 | Draft new language for letter to BP counsel regarding WHOI's production; review and revise letter |
| 4/19/2012 | Land, Christopher | 0.6 | Review and revise letter to BP regarding status of production |
| 4/20/2012 | Fetouh, Dahlia | 0.6 | Revise letter to Ms. DeSantis in response to document production questions |
| 4/20/2012 | McCrary, David | 1.2 | Draft new language for letter based on comments from Rich Camilli; review and revise letter to BP counsel regarding WHOI production to date; arrange Litigation Technology Support for upcoming document production |

| 4/20/2012 | Land, Christopher | 0.2 | Review and revise letter to BP regarding status of production |
|-----------|-------------------|-----|----------------------------------------------------------------|
| 4/23/2012 | McCrary, David | 3.3 | Meet with Ms. Fetouh and Mr. Remis to discuss options going forward for WHOI's production; participate in conference call with Ms. Fetouh, Mr. Remis, and members of WHOI; begin the process of organizing document retrieval from WHOI |
| 4/23/2012 | Land, Christopher | 0.6 | Confer with Litigation Technology regarding document pull and production; draft and review emails regarding same |
| 4/23/2012 | Briggs, Michelle | 0.5 | Teleconference with Mr. Land and Mr. McCrary regarding collection and production of documents in connection with the subpoena served by BP |
| 4/24/2012 | Fetouh, Dahlia | 2.3 | Participate in status conference with Court, BP, and DOJ; telephone conference with Mr. Land and Mr. McCrary regarding logistics for document collection and production; telephone conference with Mr. Land regarding search terms for document production; conference with Mr. Madin, Mr. McCrary, Ms. Briggs and Mr. Madin regarding document collection and production process; telephone conference with Ms. Briggs and Mr. McCrary regarding document collection and production process |
| 4/24/2012 | Briggs, Michelle | 1.8 | Conference with Mr. Land regarding search terms for document review; teleconference with Mr. Madin, Ms. Schorer and Ms. Fetouh regarding document preservation and collection; conference with Mr. Cobb regarding document collection, processing and review |
| 4/25/2012 | Land, Christopher | 1.0 | Conferences regarding document production |
| 4/25/2012 | Briggs, Michelle | 1.7 | Telephone conference with Mr. Gaylord regarding structure of and sortage of data on servers and lap tops; communication with Mr. Land regarding document collection, review and production; email correspondence with Mr. Land and Mr. McCrary regarding revision of search terms |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 4/26/2012 | Fetouh, Dahlia | 0.6 | Participate in conference with Court, DOJ, and BP regarding subpoena; conference with Mr. Land and Mr. McCrary regarding document production timeline |
|---|---|---|---|
| 4/26/2012 | McCrary, David | 1.4 | Participate in conference call with Judge Shushan; conference with Ms. Fetouh and Mr. Land about the document production schedule; help coordinate the review process with Litigation Technology |
| 4/26/2012 | Land, Christopher | 1.8 | Call with court on production and privilege; preparation for production; call with Mr. Camilli regarding same; conferences regarding same |
| 4/26/2012 | Briggs, Michelle | 2.4 | Teleconference with Mr. Gaylord and Mr. Racich regarding collection of documents in connection with the subpoena served by BP; teleconference with same regarding file and email systems; email with Mr. Rachic regarding collection of email data |
| 4/27/2012 | Remis, Shepard | 0.2 | Attention to status of document collection and review |
| 4/27/2012 | Fetouh, Dahlia | 0.1 | Draft email to Mr. Land regarding document collection process |
| 4/27/2012 | Land, Christopher | 0.8 | Preparation for production; conferences regarding same |
| 4/27/2012 | Briggs, Michelle | 2.3 | Teleconference with Mr. Rubel regarding processing specifications for electronically stored data; draft document processing specifications; email correspondence with Mr. Rubel regarding processing specifications and issues with electronically stored data |
| 4/28/2012 | Briggs, Michelle | 0.6 | Email correspondence with Mr. Rubel regarding issues with processing documents and files; email correspondence with Mr. Land regarding processing issues |
| 4/30/2012 | McCrary, David | 4.8 | Conference with Mr. Land about document production; draft document production protocol memorandum; review documents for production |
| 4/30/2012 | Land, Christopher | 1.0 | Draft production review guidelines and tags |

| 4/30/2012 | Briggs, Michelle | 2.5 | Conference with Ms. Leahy regarding document review process; email and telephone conference with Mr. Land and Mr. McCrary regarding issues surrounding document review and production; email communications with Ms. Stockholm and Mr. Cobb regarding structure of document review database. |
|-----------|------------------|------|--------------------------------------------|
| 5/1/2012 | McCrary, David | 13.0 | Draft updated discovery protocols memorandum for contract attorneys; organize documents for contract attorney binders; attend Relativity training; conduct first line review of documents for production; confer with Mr. Land about document production protocols and issues that will likely arise when contract attorneys are brought into the review |
| 5/1/2012 | Land, Christopher | 3.4 | Review and revise production review guidelines; conferences and emails regarding production |
| 5/1/2012 | Briggs, Michelle | 1.1 | Email communication with Ms. Stockholm, Ms. Mahoney, Mr. Flores and Mr. Cobb regarding Relativity review database; draft email communication to Ms. Nearhoof regarding status of discovery; create searches for files; email communications with Mr. Flores regarding search term and potentially privilege highlighting in review database |
| 5/1/2012 | Leahy, Stefanie | 4.4 | Coordinate with Office Services and case team to prepare contract attorney document review binders; revise binders with updated materials; revise document review memorandum; attend Relativity training; analyze documents for responsiveness to subpoena |
| 5/2/2012 | Remis, Shepard | 0.5 | Attention to letter from BP regarding document production issues; related correspondence with Ms. Fetouh and Mr. Land |
| 5/2/2012 | McCrary, David | 11.4 | Oversee contract attorney training; respond to questions from contract attorneys about responsiveness and tagging during their review; first line review documents for production; begin quality control review of contract attorneys |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 5/2/2012 | Land, Christopher | 3.2 | Second review of documents; conferences and emails regarding production |
|---|---|---|---|
| 5/2/2012 | Briggs, Michelle | 1.6 | Correspondence regarding document review and analysis and document production specifications |
| 5/2/2012 | Leahy, Stefanie | 12.0 | Training meeting with contract attorneys; review documents for responsiveness to subpoena; coordinate with litigation technology regarding the document review tool; manage and supervise all aspects of document review, including contract attorneys |
| 5/2/2012 | Nelson, Laura | 10.3 | Review documents |
| 5/2/2012 | Collari, Richard | 10.3 | Review documents |
| 5/2/2012 | Levy, Colin | 10.3 | Review documents |
| 5/2/2012 | Schuler, Ian | 11.3 | Review documents |
| 5/2/2012 | Beaverson, Amanda | 10.5 | Review documents |
| 5/3/2012 | Fetouh, Dahlia | 0.2 | Participate in telephonic status conference with Judge Shushan |
| 5/3/2012 | McCrary, David | 8.1 | Second line review documents; answer questions from contract attorneys regarding responsiveness and coding; update production following client review; coordinate with litigation technology to begin process of preparing documents for production |
| 5/3/2012 | Land, Christopher | 2.7 | Email regarding production; second review of documents; conferences and emails regarding production |
| 5/3/2012 | Briggs, Michelle | 1.7 | Email communications regarding client access to database; correspondence regarding processing of potential production documents; review and analyze DOJ standard production format; correspondence with Mr. Rubel regarding document production; draft ESI production format protocol |
| 5/3/2012 | Nelson, Laura | 9.5 | Review documents |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 5/3/2012 | Collari, Richard | 9.8 | Review documents |
|---|---|---|---|
| 5/3/2012 | Levy, Colin | 9.5 | Review documents |
| 5/3/2012 | Schuler, Ian | 8.8 | Review documents |
| 5/3/2012 | Beaverson, Amanda | 7.5 | Review documents |
| 5/4/2012 | Fetouh, Dahlia | 0.2 | Telephone conference with Mr. Land regarding production status |
| 5/4/2012 | McCrary, David | 2.8 | Second line review documents for production |
| 5/4/2012 | Land, Christopher | 2.7 | Second line review of documents; conferences and emails regarding production |
| 5/4/2012 | Briggs, Michelle | 0.6 | Perform quality control of document production; email communication with Mr. Land and Mr. McCrary regarding issues with production set; correspondence with Mr. Flores and Mr. Land regarding disposition of documents containing potential government privilege |
| 5/4/2012 | Leahy, Stefanie | 1.0 | Run search metrics for case team; email with case team regarding document responsiveness |
| 5/4/2012 | Nelson, Laura | 8.3 | Review documents |
| 5/4/2012 | Collari, Richard | 9.3 | Review documents |
| 5/4/2012 | Levy, Colin | 8.8 | Review documents |
| 5/4/2012 | Schuler, Ian | 8.5 | Review documents |
| 5/4/2012 | Beaverson, Amanda | 8.0 | Review documents |
| 5/5/2012 | Leahy, Stefanie | 0.5 | Run search metrics for case team; email with case team regarding document responsiveness |
| 5/7/2012 | Fetouh, Dahlia | 0.1 | Telephone conference with Mr. Land regarding document production status |
| 5/7/2012 | McCrary, David | 7.2 | Review documents for production; supervise document review; answer questions from contract attorneys about responsiveness |

| 5/7/2012 | Land, Christopher | 1.5 | Emails regarding production; second line review of documents; conferences and emails regarding production |
|---|---|---|---|
| 5/7/2012 | Briggs, Michelle | 1.0 | Correspondence with Mr. Rubel regarding request for production; emails with Mr. Land and Mr. McCrary regarding schedule and next steps for review; email with Mr. Flores regarding document productions and management of database |
| 5/7/2012 | Leahy, Stefanie | 8.0 | Second line review of documents for responsiveness to subpoena; coordinate with litigation technology regarding the document review tool; manage and supervise all aspects of document review, including contract attorneys |
| 5/7/2012 | Nelson, Laura | 8.0 | Review documents |
| 5/7/2012 | Collari, Richard | 8.8 | Review documents |
| 5/7/2012 | Schuler, Ian | 9.0 | Review documents |
| 5/7/2012 | Beaverson, Amanda | 8.0 | Review documents |
| 5/8/2012 | Fetouh, Dahlia | 0.4 | Participate in status conference with Court; telephone conference with Mr. McCrary regarding document production status |
| 5/8/2012 | McCrary, David | 8.4 | Participate in call with court; organize and review production to be sent to the USCG for review; meet with the contract attorneys to discuss the ongoing production; answer questions regarding responsiveness and coding from contract attorneys; second line review the production; perform quality control checks on other second line reviews; confer with Ms. Fetouh and Mr. Land regarding additional collections that need to be made |
| 5/8/2012 | Land, Christopher | 1.0 | Emails regarding production; second review of documents; conferences and emails regarding production |

| 5/8/2012 | Leahy, Stefanie | 8.0 | Second line review of documents for responsiveness to subpoena; coordinate with litigation technology regarding the document review tool; manage and supervise all aspects of document review, including contract attorneys |
| 5/8/2012 | Nelson, Laura | 3.0 | Review documents |
| 5/8/2012 | Collari, Richard | 8.8 | Review documents |
| 5/8/2012 | Schuler, Ian | 8.0 | Review documents |
| 5/8/2012 | Beaverson, Amanda | 6.5 | Review documents |
| 5/9/2012 | McCrary, David | 8.0 | Second line review of production; perform quality control check of other second line reviews; answer questions from contract attorneys on responsiveness and coding; coordinate with staffing for acquisition of contract attorneys to review a second collection from three additional custodians |
| 5/9/2012 | Land, Christopher | 0.3 | Emails regarding production; second review of documents; conferences and emails regarding production |
| 5/9/2012 | Briggs, Michelle | 0.3 | Email with Ms. Leahy regarding status of document review and next steps |
| 5/9/2012 | Leahy, Stefanie | 8.5 | Second line review of documents for responsiveness to subpoena; coordinate with litigation technology regarding the document review tool; manage and supervise all aspects of document review, including contract attorneys |
| 5/9/2012 | Collari, Richard | 9.3 | Review documents |
| 5/9/2012 | Schuler, Ian | 8.8 | Review documents |
| 5/10/2012 | McCrary, David | 7.5 | Oversee document review; second line review of production; perform quality control check of other second line reviews; answer questions from contract attorneys on responsiveness and coding; help coordinate the further collection from additional custodians; perform targeted reviews based on key word searches |

| 5/10/2012 | Land, Christopher | 0.3 | Emails regarding production; second review of documents; conferences and emails regarding production |
|---|---|---|---|
| 5/10/2012 | Briggs, Michelle | 0.8 | Teleconference regarding collection of emails from additional custodians; email with Mr. Land regarding supplemental document collection; email with Mr. Rubel regarding processing of supplemental document collection |
| 5/10/2012 | Leahy, Stefanie | 8.1 | Second line review of documents for responsiveness to subpoena; coordinate with litigation technology regarding the document review tool; manage and supervise all aspects of document review, including contract attorneys |
| 5/10/2012 | Collari, Richard | 9.3 | Review documents |
| 5/10/2012 | Schuler, Ian | 9.0 | Review documents |
| 5/11/2012 | McCrary, David | 4.7 | Oversee document review; second line review of production; perform quality control check of other second line reviews; answer questions from contract attorneys on responsiveness and coding; help coordinate the further collection from additional custodians; perform targeted reviews based on key word searches; review all documents marked "unsure" after first and second line review; confer with litigation technology on the parameters of collection from new custodians |
| 5/11/2012 | Land, Christopher | 1.0 | Emails regarding production; second review of documents; conferences and emails regarding production |
| 5/11/2012 | Briggs, Michelle | 0.8 | Teleconference with Mr. Racich regarding collection of email; email with Mr. Land regarding supplemental document collection and processing; email with Mr. Rubel regarding processing |
| 5/11/2012 | Leahy, Stefanie | 6.0 | Second line review of documents for responsiveness to subpoena; coordinate with litigation technology regarding the document review tool; manage and supervise all aspects of document review, including contract attorneys |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 5/11/2012 | Collari, Richard | 5.3 | Review documents |
|---|---|---|---|
| 5/11/2012 | Schuler, Ian | 5.3 | Review documents |
| 5/13/2012 | Briggs, Michelle | 0.2 | Email with Mr. Flores and Ms. Leahy regarding data processing |
| 5/13/2012 | Leahy, Stefanie | 1.0 | Review documents for responsiveness; email with case team regarding new custodians |
| 5/14/2012 | Mormondo, Thomas | 7.3 | Review documents |
| 5/14/2012 | McCrary, David | 5.3 | Review documents for production; answer questions from contract attorneys on document responsiveness; confer with Mr. Land on the status of the document review process |
| 5/14/2012 | Land, Christopher | 1.0 | Second review of documents; conferences and emails regarding production |
| 5/14/2012 | Leahy, Stefanie | 8.5 | Train contract attorneys for document review; review documents for responsiveness to subpoena; meetings with Mr. McCrary regarding production; manage and supervise all aspects of document review, including contract attorneys |
| 5/14/2012 | Nelson, Laura | 8.5 | Review documents |
| 5/14/2012 | Collari, Richard | 8.3 | Review documents |
| 5/14/2012 | Schuler, Ian | 8.5 | Review documents |
| 5/14/2012 | Beaverson, Amanda | 8.0 | Review documents |
| 5/15/2012 | Mormando, Thomas | 8.0 | Review documents |
| 5/15/2012 | McCrary, David | 10.2 | Second line review documents for production; quality check documents that were second lined by other attorneys; prepare a production of documents to send to the USCG for privilege review; conduct final review of production; coordinate with litigation technology to ensure delivery of production; respond to inquiries from attorneys performing first line review of documents |

| 5/15/2012 | Land, Christopher | 1.2 | Second review of documents; conferences and emails regarding production |
|---|---|---|---|
| 5/15/2012 | Leahy, Stefanie | 5.0 | Review documents for responsiveness to subpoena; telephone calls with Mr. McCrary regarding production; manage and supervise all aspects of document review, including contract attorneys |
| 5/15/2012 | Nelson, Laura | 8.0 | Review documents |
| 5/15/2012 | Collari, Richard | 8.8 | Review documents |
| 5/15/2012 | Schuler, Ian | 9.3 | Review documents |
| 5/15/2012 | Beaverson, Amanda | 7.5 | Review documents |
| 5/16/2012 | Mormando, Thomas | 7.8 | Review documents |
| 5/16/2012 | McCrary, David | 4.1 | Second line review documents for production; quality control on production; answers questions from attorneys regarding responsiveness |
| 5/16/2012 | Land, Christopher | 1.5 | Second review of documents; conferences and emails regarding production |
| 5/16/2012 | Leahy, Stefanie | 7.0 | Review documents for responsiveness to subpoena; telephone calls with Mr. McCrary regarding production; manage and supervise all aspects of document review, including contract attorneys |
| 5/16/2012 | Nelson, Laura | 7.3 | Review documents |
| 5/16/2012 | Collari, Richard | 8.3 | Review documents |
| 5/16/2012 | Schuler, Ian | 9.0 | Review documents |
| 5/16/2012 | Beaverson, Amanda | 7.8 | Review documents |
| 5/17/2012 | Mormando, Thomas | 6.0 | Review documents |

| 5/17/2012 | Land, Christopher | 0.5 | Second review of documents; conferences and emails regarding production |
|---|---|---|---|
| 5/17/2012 | Leahy, Stefanie | 5.0 | Review documents for responsiveness to subpoena; telephone calls with Mr. McCrary regarding production; manage and supervise all aspects of document review, including contract attorneys |
| 5/17/2012 | Nelson, Laura | 7.0 | Review documents |
| 5/17/2012 | Collari, Richard | 8.8 | Review documents |
| 5/17/2012 | Schuler, Ian | 9.0 | Review documents |
| 5/17/2012 | Beaverson, Amanda | 8.0 | Review documents |
| 5/18/2012 | McCrary, David | 1.4 | Review documents for production |
| 5/18/2012 | Land, Christopher | 1.0 | Second review of documents; conferences and emails regarding production |
| 5/18/2012 | Leahy, Stefanie | 3.0 | Review documents for responsiveness to subpoena; second line review of documents; email with case team regarding document metrics |
| 5/21/2012 | Land, Christopher | 0.2 | Second review of documents; conferences and emails regarding production |
| 5/21/2012 | Leahy, Stefanie | 6.0 | Review documents for responsiveness to subpoena; telephone calls with Mr. McCrary regarding production; manage and supervise all aspects of document review, including contract attorneys |
| 5/21/2012 | Schuler, Ian | 7.3 | Review documents |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 5/22/2012 | McCrary, David | 8.8 | Second line review of production; perform quality control check of other second line reviews; answer questions from contract attorneys on responsiveness and coding; help coordinate the further collection from additional custodians; perform targeted reviews based on key word searches; review all documents marked "unsure" after first and second line review; confer with litigation technology to prepare the remaining potentially privileged documents for production |
|---|---|---|---|
| 5/22/2012 | Land, Christopher | 0.4 | Second review of documents; conferences and emails regarding production |
| 5/22/2012 | Leahy, Stefanie | 5.3 | Review documents for responsiveness to subpoena; telephone calls with Mr. McCrary regarding production; manage and supervise all aspects of document review, including contract attorneys |
| 5/22/2012 | Schuler, Ian | 6.5 | Review documents |
| 5/23/2012 | McCrary, David | 1.1 | Coordinate the final production of documents to USCG for review; conduct quality control review |
| 5/23/2012 | Land, Christopher | 0.5 | Second review of documents; conferences and emails regarding production |
| 5/23/2012 | Leahy, Stefanie | 1.5 | Create quality control batch searches for case team; email with case team about production for government |
| 5/24/2012 | Land, Christopher | 0.4 | Conferences and emails regarding production |
| 5/24/2012 | Leahy, Stefanie | 2.0 | Review documents in anticipation of production |
| 5/25/2012 | McCrary, David | 0.2 | Conduct quality control review of documents for production |
| 5/27/2012 | Land, Christopher | 0.4 | Conferences and emails regarding production |
| 5/28/2012 | McCrary, David | 3.0 | Perform quality control review of production |
| 5/28/2012 | Land, Christopher | 0.2 | Conferences and emails regarding production |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| 5/29/2012 | McCrary, David | 7.7 | Second line review of documents for production; perform quality control check of documents; confer with Mr. Land, Ms. Leahy and litigation technology regarding production; submit information to Ms. Fetouh concerning scope and size of production |
|---|---|---|---|
| 5/29/2012 | Land, Christopher | 0.4 | Conferences and emails regarding production |
| 5/29/2012 | Leahy, Stefanie | 2.2 | Meeting with Mr. McCrary regarding review; email with case team regarding document review tool; assign documents for review; review documents flagged by client |
| 5/30/2012 | McCrary, David | 9.5 | Quality control review of second line production; confer with Mr. Land and Ms. Leahy about the quality control review; coordinate with Lit Tech to provide client access and re production schedule; begin reviewing client comments and confer with Ms. Leahy regarding comments |
| 5/30/2012 | Land, Christopher | 2.8 | Review documents for production; emails and conferences regarding same |
| 5/30/2012 | Leahy, Stefanie | 5.0 | Meetings with Mr. McCrary regarding documents; redact documents; review documents for responsiveness; edit layouts in review tool |
| 5/31/2012 | McCrary, David | 3.4 | Review client comments; correspond with Ms. Leahy and Mr. Land regarding same; make final determination as to responsiveness of documents flagged by the client; discuss final production with Ms. Leahy |
| 5/31/2012 | Land, Christopher | 2.9 | Review documents for production; emails and conferences regarding same |
| 5/31/2012 | Leahy, Stefanie | 8.0 | Email with case team regarding review; review documents for responsiveness |
| 6/1/2012 | Leahy, Stefanie | 2.5 | Redact documents for production; email with case team regarding production specifications; review final productions |
| 6/1/2012 | Land, Christopher | 3.2 | Review documents for productions; emails and conferences regarding same |

*Attachment to July 30, 2012 Letter to Judge Shushan*

| Name of Attorney | Hours | Billable Rate | Total |
| --- | --- | --- | --- |
| Beaverson, Amanda | 71.8 | $135.00 | $9,693.00 |
| Briggs, Michelle | 19.9 | $450.00 | $8,955.00 |
| Collari, Richard | 105.1 | $135.00 | $14,188.50 |
| Dentremont, Arthur | 16.2 | $275.00 | $4,455.00 |
| Fetouh, Dahlia | 15.1 | $725.00 | $10,947.50 |
| Land, Christopher | 89.2 | $520.00 | $46,384.00 |
| Leahy, Stefanie | 118.5 | $330.00 | $39,105.00 |
| Levy, Colin | 28.6 | $135.00 | $3,861.00 |
| McCrary, David | 152.9 | $400.00 | $61,160.00 |
| Mormondo, Thomas | 29.1 | $135.00 | $3,928.50 |
| Nelson, Laura | 70.4 | $135.00 | $9,504.00 |
| Remis, Shepard | 10.9 | $925.00 | $10,082.50 |
| Schuler, Ian | 118.3 | $135.00 | $15,970.00 |

*Attachment to July 30, 2012 Letter to Judge Shushan*

*In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*
(Docket No. MDL 2179)

## Costs Connected with Production of Documents Pursuant to Subpoena Served on Woods Hole Oceanographic Institution

| Date | Description | Cost |
|------|-------------|------|
| 1/20/2012 | Document Printing | $12.45 |
| 1/20/2012 | Document Printing | $39.90 |
| 1/20/2012 | Document Printing | $2.85 |
| 1/20/2012 | Document Printing | $4.65 |
| 2/23/2012 | Document Printing | $7.65 |
| 2/23/2012 | Document Printing – Color | $36.00 |
| 2/23/2012 | Document Printing | $1.80 |
| 2/23/2012 | Document Printing | $0.30 |
| 2/23/2012 | Document Printing | $0.30 |
| 3/22/2012 | Document Printing | $17.40 |
| 3/22/2012 | Document Printing | $11.70 |
| 3/22/2012 | Document Printing | $1.95 |
| 3/22/2012 | Document Printing – Color | $20.50 |
| 3/22/2012 | Document Printing | $6.30 |
| 3/22/2012 | Document Printing | $0.15 |
| 3/22/2012 | Document Printing | $2.25 |
| 4/19/2012 | Document Printing | $4.50 |
| 4/19/2012 | Document Printing | $189.45 |
| 4/19/2012 | Document Printing | $98.70 |
| 4/19/2012 | Document Printing | $0.75 |

| 4/19/2012 | Document Printing | $0.30 |
|-----------|-------------------|-------|
| 4/19/2012 | Document Printing | $5.70 |
| 4/19/2012 | Document Printing | $4.50 |
| 4/19/2012 | Document Printing | $108.60 |
| 4/19/2012 | Document Printing | $10.20 |
| 4/19/2012 | Document Printing | $4.65 |
| 4/19/2012 | Document Printing | $4.80 |
| 4/19/2012 | Document Printing | $79.95 |
| 4/19/2012 | Document Printing | $1.35 |
| 4/19/2012 | Document Printing | $79.65 |
| 4/19/2012 | Document Printing | $0.30 |
| 1/20/2012 | Scanning | $0.15 |
| 3/22/2012 | Scanning | $4.20 |
| 3/22/2012 | Scanning | $133.05 |
| 4/19/2012 | Scanning | $0.30 |
| 4/19/2012 | Scanning | $0.30 |
| 4/19/2012 | Scanning | $0.30 |
| 4/19/2012 | Scanning | $0.15 |
| 4/19/2012 | Scanning | $88.65 |
| 4/19/2012 | Scanning | $0.30 |
| 4/19/2012 | Scanning | $1.35 |
| 4/19/2012 | Scanning | $2.10 |
| 4/19/2012 | Scanning | $0.30 |
| 4/19/2012 | Scanning | $0.30 |

| | | |
|---|---|---|
| 3/22/2012 | Express Delivery | $12.02 |
| 4/19/2012 | Express Delivery | $16.19 |
| 4/19/2012 | Express Delivery | $61.24 |
| 4/19/2012 | Express Delivery | $29.85 |
| 4/19/2012 | Express Delivery | $31.70 |
| 4/19/2012 | Postage | $11.34 |
| 4/19/2012 | Postage | $1.30 |
| 4/19/2012 | Postage | $12.87 |
| 1/20/2012 | Total Duplicating Charge | $5.40 |
| 1/20/2012 | Total Duplicating Charge | $0.15 |
| 3/22/2012 | Total Duplicating Charge | $559.80 |
| 3/22/2012 | Total Duplicating Charge | $3.15 |
| 4/19/2012 | Total Duplicating Charge | $11.70 |
| 4/19/2012 | Total Duplicating Charge | $5.85 |
| 4/19/2012 | Total Duplicating Charge | $13.95 |
| 4/19/2012 | Total Duplicating Charge | $34.35 |
| 4/19/2012 | Total Duplicating Charge | $0.90 |
| 4/19/2012 | Total Duplicating Charge | $0.15 |
| 4/19/2012 | Total Duplicating Charge | $0.15 |
| 4/19/2012 | Total Duplicating Charge | $0.30 |
| 4/19/2012 | Total Duplicating Charge | $4.65 |
| 4/19/2012 | Total Duplicating Charge | $2.10 |
| 4/19/2012 | Taxi Service – Local | $40.78 |
| 5/21/2012 | Taxi Service – Local | $59.50 |

| 6/5/2012 | Outside Professional Services – Extracting Documents | $2,896.88 |
|---|---|---|
| 6/5/2012 | Toll Calls – Teleconferencing | $2.00 |
| 6/5/2012 | Toll Calls – Teleconferencing | $2.44 |
| 6/5/2012 | Taxi Service – Local | $20.40 |
| 6/5/2012 | Taxi Service – Local | $20.40 |
| 6/5/2012 | Taxi Service – Local | $19.40 |
| 6/5/2012 | Taxi Service – Local | $18.00 |
| 6/5/2012 | Meals – Working Late/Overtime (GP Contract Attorneys) | $91.76 |
| 6/5/2012 | Meals – Working Meeting | $17.23 |
| 6/5/2012 | Meals – Working Late/Overtime | $5.72 |
| 7/26/2012 | Outside Professional Services – Extracting Documents | $7,236.80 |

*Attachment to July 30, 2012 Letter to Judge Shushan*

*In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*
(Docket No. MDL 2179)

## Woods Hole Review Fees Connected with Production of Documents Pursuant to Subpoena Served on Woods Hole Oceanographic Institution

| WHOI Employee | Hours | Hourly Rate | Multiplier[1] | Total |
|---|---|---|---|---|
| Bowen, Andrew | 6.0 | 70.71 | 3.04 | 1,289.75 |
| Camilli, Richard | 429.0 | 50.86 | 3.04 | 66,329.58 |
| Carmichael, Catherine | 40.0 | 16.25 | 3.04 | 1,976.00 |
| Fenwick, Judith | 49.0 | 31.20 | 3.04 | 4,647.55 |
| Reddy, Christopher | 256.0 | 73.70 | 3.04 | 56,967.17 |
| Yoerger, Dana | 44.0 | 77.26 | 3.04 | 10,334.30 |
| Barton, Matthew | 3.0 | 27.97 | 3.04 | 255.09 |
| Kleindinst, Thomas | 1.0 | 28.68 | 3.04 | 87.19 |
| Silva, Timothy | 1.0 | 30.57 | 3.04 | 92.93 |

---

[1]    The multiplier accounts for overhead rates.