# GOODWIN | PROCTER

Dahlia S. Fetouh
617.570.1263
dfetouh@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

November 5, 2012

**VIA E-MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street
Room B-34
New Orleans, LA 70130

Re:   *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* **(Docket No. MDL 2179); Subpoena Served on Woods Hole Oceanographic Institution**

Dear Judge Shushan:

I write in reference to Woods Hole Oceanographic Institution's ("WHOI") request for payment for fees and costs associated with complying with BP's non-party subpoena *duces tecum*. Following this Court's August 2, 2012 conference call, wherein WHOI's request was discussed, we became aware of two invoices (totaling $2,587.06 in new costs) from discovery vendors that were not accounted for in our original submission. These invoices reflect costs WHOI incurred in connection with the collection, processing, and production of documents to BP in response to its subpoena. We wanted to bring these additional costs to the Court's attention and ask that the Court order BP to compensate WHOI for these costs, in addition to the fees and costs discussed in our July 30, 2012 submission.

We had hoped to resolve this issue without further burdening the Court. WHOI informed BP of these costs by letter on August 28, 2012, enclosing the relevant invoices and requesting payment pursuant to this Court's May 8, 2012 order. *See* Ex. A (Letter to BP, dated Aug. 28, 2012). BP did not respond to WHOI's letter. Instead, only after WHOI reminded BP of these costs last week did BP make clear that rather than reimburse WHOI for these reasonable costs under this Court's May 8, 2012 order, BP would not reimburse us and would require us to "submit th[ese] invoice[s]" to the Court. *See* Ex. B. (E-mail from Karen DeSantis, dated Nov. 2, 2012).

We understand that you are intending to rule on this request soon. We look forward to your decision. As a non-profit institution for which these costs represent a significant sum, we are eager—as we are sure you are, as well—to have this matter come to a close.

GOODWIN | PROCTER

The Honorably Sally Shushan
November 5, 2012
Page 2


If you have any questions about these further costs, or any other aspect of our original submission, please let us know.

Thank you for both your time and your attention.

Sincerely,

*Dahlia Fetouh*

Dahlia S. Fetouh


cc:   Robert Gasaway, Esq.
      Karen McCartan DeSantis, Esq.


Attachments (2)