# Exhibit A

GOODWIN | PROCTER

Dahlia S. Fetouh
617.570.1263
dfetouh@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

August 28, 2012

**VIA E-MAIL & FEDEX**

Karen McCartan DeSantis
Kirkland & Ellis LLP
655 Fifteen Street, N.W.
Washington, D.C. 20005

Re: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* **(Docket No. MDL 2179); Subpoena Served on Woods Hole Oceanographic Institution**

Dear Karen:

It has recently come to my attention that two of our third-party vendors have submitted invoices for work related to Woods Hole's production to BP that were not included in either our original request for payment to BP on July 2, 2012, or our letter to the Court regarding the same on July 30, 2012. These invoices, which total $2,587.06, reflect reasonable costs incurred by Woods Hole in its efforts to comply with BP's subpoena *duces tecum*, and are therefore recoverable pursuant to Judge Shushan's May 8, 2012 Order.

The first invoice—from Vestigant, LLC—is for $1,738.13[1], and reflects the reasonable costs associated with the collection of custodial documents that resulted in an additional 930 documents being produced. The second invoice—for $848.93—is from Target Litigation Consulting, Inc., and reflects further data processing and production costs. This additional $2,587.06 in costs brings Woods Hole's total reasonable costs to $14,849.48, exclusive of attorneys' fees and client time and overhead costs.[2]

For your convenience, copies of these invoices are attached.

---

[1] The Vestigant invoice lists an outstanding balance of $4,635.01, but there are only $1,738.13 in new costs; the remaining $2,896.88 was billed earlier and was included in Woods Hole's original request for payment on July 2, 2012.

[2] All told, this brings Woods Hole's total request for payment to $371,245.63, inclusive of all costs.

GOODWIN PROCTER

Karen DeSantis
August 28, 2012
Page 2

Please feel free to contact me with any questions. Also please let me know if you think we should bring these relatively minor additional costs to the attention of the Court, or if you believe we can resolve these costs without the involvement of the Court.

Sincerely,

*Dahlia Fetouh /Dmm*

Dahlia S. Fetouh

DF

Attachments (2)

GOODWIN PROCTER

# Vestigant

# Invoice

Goodwin Proctor, LLP
Attn: Michelle Briggs, Esq.
Exchange Place, 53 State Street
Boston          MA          02109

Invoice # 10534          May 31, 2012

Client ID:     0103.0020

Woods Hole

Page 1

| | |
|---|---|
| Total fees | $1,687.50 |
| Total expenses | $0.00 |
| Interest | $0.00 |
| Administrative Fee | $50.63 |
| **Current Invoice Amount** | **$1,738.13** |

**See following pages for billing detail and Total Outstanding Balance**

Vestigant, LLC          202-905-2170
PO Box 23
McLean, VA  22101-0023
racich@vestigant.com

# Invoice

Client ID:  0103.0020

Page   2

## Professional Services

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5/10/2012 | Extract email from WHOI server | $375.00 | 4.50 | $1,687.50 |

| | |
|---|---|
| For professional services rendered | $1,687.50 |
| Administrative Fee | $50.63 |
| Total amount of this bill | $1,738.13 |
| Previous balance | $2,896.88 |
| **Total Outstanding Balance** | **$4,635.01** |

Please remit payment to:  Vestigant, LLC, P.O. Box 23, McLean, VA  22101-0023

**Please notify us if your contact information has changed.**

Goodwin Proctor, LLP
Attn:  Michelle Briggs, Esq.
Boston, MA 02109

Vestigant, LLC
PO Box 23
McLean, VA 22101-0023
racich@vestigant.com

202-905-2170



**Target Litigation Consulting, Inc.**

268 Summer Street, 3rd floor
Boston, MA 02210
617-542-0880
billing@targetlitigation.com
www.targetlitigation.com

# Invoice

REVISED

| Bill To |
|---|
| Michelle Briggs |
| Goodwin Procter LLP |
| Exchange Place |
| 53 State Street |
| Boston, MA 02109 |

| Date | 6/11/2012 |
|---|---|
| Invoice # | 8064 |
| P.O. No. | |
| Terms | Net 30 |
| EIN # | 54-2069065 |

Project: WHOI-BP  09l54l-212246

| Date | Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2012 | 11,198 | TIFF Conversion | TIFF conversion of 3,283 native electronic files with text and metadata extraction | 0.05 | 559.90 |
| 6/1/2012 | 11,198 | Endorse Images | Endorse images with Bates numbers | 0.01 | 111.98 |
| 6/1/2012 | 0.5 | Technical Consulting | Add redacted documents to production | 150.00 | 75.00 |
| 6/1/2012 | 1 | FTP Data Upload | FTP Data Upload - WHOI006 | 50.00 | 50.00 |
| 5/31/2012 | 1 | Native File Processing | Process four native files with deduplication and text and metadata extraction. | 25.00 | 25.00 |
| 5/31/2012 | 41 | TIFF Conversion | TIFF conversion of four native electronic files with text and metadata extraction | 0.05 | 2.05 |
| 5/31/2012 | 1 | FTP Data Upload | FTP Data Upload - WHOI003 | 25.00 | 25.00 |
| | | | MA Sales Tax | 6.25% | 0.00 |

| Total | $848.93 |
|---|---|

Pay online at:: https://ipn.intuit.com/393jj9kx

# Exhibit B

## Fetouh, Dahlia S

**From:** DeSantis, Karen McCartan <kdesantis@kirkland.com>
**Sent:** Friday, November 02, 2012 12:58 PM
**To:** Fetouh, Dahlia S
**Cc:** Land, Christopher; McCrary, David; Pruitt, Andrew
**Subject:** Re: WHOI: Letter from Dahlia Fetouh

Dahlia,

Thank you for bringing this to my attention. Our preference is that you submit this invoice to the Court to be added to the total of costs and fees under consideration. My apologies for having not responded to this earlier.

Best regards,
Karen

Karen McCartan DeSantis
Kirkland and Ellis, LLP
655 Fifteenth Street, NW
Washington, DC 20005

(202) 879 5217

---

**From:** Fetouh, Dahlia S [mailto:DFetouh@goodwinprocter.com]
**Sent:** Friday, November 02, 2012 08:31 AM
**To:** DeSantis, Karen McCartan
**Cc:** Land, Christopher <CLand@goodwinprocter.com>; McCrary, David <DMcCrary@goodwinprocter.com>; Pruitt, Andrew
**Subject:** FW: WHOI: Letter from Dahlia Fetouh


Karen:

Thank you for your message of this morning. I don't believe I ever received a reply from you to this letter sent on August 28. Please let me know today if we need to bring this additional vendor expense ($2,587.06) to the attention of the Court (since we did not receive the invoices until after the submission to the Court), or if your client is willing to pay this relatively minimal expense without requiring us to amend the submission. Since these expenses represent direct third-party data collection and processing fees, I would not think they would be controversial.

Thank you,
Dahlia

Dahlia S. Fetouh
**Goodwin Procter** LLP
Exchange Place
53 State Street
Boston, MA 02109
T: 617-570-1263
F: 617-523-1231
dfetouh@goodwinprocter.com
www.goodwinprocter.com

1

**From:** McCrary, David
**Sent:** Tuesday, August 28, 2012 11:09 AM
**To:** karen.desantis@kirkland.com
**Cc:** Fetouh, Dahlia S; Land, Christopher
**Subject:** WHOI: Letter from Dahlia Fetouh

Karen,

Attached, please find a letter from Dahlia.

Kind regards,
David

David McCrary
**Goodwin Procter LLP**
Exchange Place
Boston, MA 02109
T: 617-570-3989
F: 617-523-1231
dmccrary@goodwinprocter.com
www.goodwinprocter.com

*****************************************************************
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*****************************************************************
*****************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*****************************************************************
***********************************************************

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************