UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION NO. MDL 2179<br><br>JUDGE CARL BARBIER<br><br>MAJ. JUDGE JOSEPH WILKINSON |

Member Case:   August Walter v BP America, Inc.
               **Civil Action No. 12-177 J/2**

_____

**ORDER ON
MOTION TO ENROLL AS COUNSEL OF RECORD**

Considering the foregoing,

IT IS HEREBY ORDERED that John-Michael Lawrence is hereby entered as counsel of record for Plaintiff, August Walter, for the following reasons:

1.   John-Michael Lawrence has been retained as counsel of record.

New Orleans, Louisiana this 20th day of November, 2012.

_____
United States District Judge