UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 2:10-cv-07777 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Wild Well Control, Inc. Deposition]**

Wild Well Control, Inc. ("Wild Well") was deposed on July 12 and 13, 2011 in connection with Phase One discovery[1]. Prior to the deposition, it produced 11 volumes of documents to the PSC. The U.S. reports that: (1) it received only 5 of the 11 volumes prior to the July 2011 deposition; and (2) it did not receive the remaining 6 volumes until a year later. The U.S. reports that no one was at fault for these production issues and Wild Well was cooperative in addressing them.

Wild Well will be deposed for Phase Two. The U.S. requests a two day deposition, in part because of the one year delay in receiving the 6 volumes of documents. Rec. doc. 7950. Wild Well contends that its deposition for Phase Two should be limited to one day. Rec. docs. 7949 and 7951. The problem with the document production was not created by Wild Well. It is unreasonable for Wild Well to suffer the consequences of actions for which it was not responsible.

The U.S. also contends that a two day deposition is required because Wild Well was involved in virtually all aspects of the response action and it received from both BP and other BP contractors

---

[1] Some Phase Two questioning also took place, as pointed out by Wild Well's counsel in her letter of November 19, 2012.

extensive proprietary data regarding the well and modeling of various flow scenarios in order to carry out the response activities.  This argument is similar to the argument that BP made for the depositions of Kelkar and Purdue which the U.S. opposed.

IT IS ORDERED that: (1) the request by the U.S. for a two day deposition for Wild Well is DENIED and the deposition shall be limited to one day; and (2) the deadline for an appeal of this order is **Friday, November 30, 2012.**

New Orleans, Louisiana, this 20th day of November, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**