UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to:<br>Case No. 2:11-CV-03180 and<br>Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
_____

The undersigned counsel, moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for the Plaintiffs in this matter.

1.  The undersigned attorneys request to withdraw as counsel of record from the following individuals and entities (hereinafter referred to as Plaintiffs):

    a. <u>Richard and Melonie Johnson</u> (Case No. 2:11-CV-03180, Compl. ¶ 160, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1)
    Claims: DWH ClaimantIDs 100021751 and 100021745; VoO Claim Nos. MOB5-9399, MOB5-8062, MOB5-9399.2, HOU-0446, HOU-0447
    Address: 9601 Meadow Street, Vancleave, MS 39565
    Phone: (H) 228-209-4274 (C) 228-209-4290

    b. <u>Can Cong Nguyen</u> (Case No. 2:11-CV-03180, Compl. ¶ 223, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 9, ECF No. 1)
    Claims: DWH ClaimantID 100000928; VoO Claim No. HOU-0432

1

      Address: 124 N Seashore Drive, Long Beach, MS 39560
      Phone: (C) 228-363-1884

  c. <u>Chi (Thanh) Nguyen d/b/a Carmel's Seafood</u> (Case No. 2:11-CV-03180, Compl. ¶ 272, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 12, ECF No. 1)
     Claims: DWH ClaimantID 100001242; VoO Claim No. MOB5-0072
     Address: 6044 West Quitman Street, Bay St. Louis, MS 39520
     Phone: (C) 228-344-0006

  d. <u>Michael Gollott</u> (Case No. 2:11-CV-03180, Compl. ¶ 500, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 14, misspelled as "Gollot, Michael", ECF No. 1)
     Claims: DWH ClaimantID 100000540, VoO Claim No. MOB-56153
     Address: MG Express, P.O. Box 770, Irvington, AL 36544
     Phone: (B) 251-689-2685

  e. <u>Kim Le</u> (Case No. 2:11-CV-03180, Compl. ¶ 300, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 19, ECF No. 1)
     Claims: GCCF Claim No. 1057761, VoO Claim Nos. HOU-0521 and HOU-0522
     Address: 22014 Derrick Road, Pass Christian, MS 39571
     Phone: (B) 228-382-1587, (H) 504-377-9388, (C) 504-377-9388

  f. <u>Nhat (Van) Le</u> (Case No. 2:11-CV-03180, Compl. ¶ 201, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 22, misspelled as "Nhat, Vam Le", ECF No. 1)
     Claims: DWH 100000467/100000324; VoO Claim No. MOB6-0243
     Address: 205 Bayview Street, Pass Christian, MS 39571
     Phone: (H) 504-470-7803, (C) 228-304-0983

  g. <u>Hon Van Truong</u> (Case No. 2:11-CV-03180, Compl. ¶ 83, misspelled as "Hong Truong", ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 22, ECF No. 1)
     Claims: DWH ClaimantID 100000956; VoO Claim Nos. HOU-0423, HOU-0424
     Address: 3004 Trentwood Drive, Ocean Springs, MS 39564
     Phone: (H) 228-238-3003, (C) 228-238-7224

2. Between March 3, 2011 and July 19, 2011, all of the above listed Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels, LLP and/or Langston & Lott, PA to represent them as counsel with respect to their claims for payment from the Gulf Coast Claims Facility and their claims based on the Vessels of Opportunity Program.

3. Between November 4, 2011 and December 21, 2011, all the Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels LLP, and/or Langston & Lott, PA to represent them in this multi-district litigation.

4. On November 8, 2011, the undersigned counsel filed a Complaint alleging claims under the Vessels of Opportunity program on behalf of all the Plaintiffs. (Compl. Ex. A, 2:11-CV-02766, ECF No. 1.) On December 29, 2011, the undersigned counsel filed a Complaint alleging OPA 90 violations on behalf of all the Plaintiffs. (Compl. 2:11-CV-03180, ECF No. 1.)

5. Between May 22, 2012 and July 19, 2012, Plaintiffs notified the undersigned attorneys that they were terminating their representation.

6. Plaintiffs will remain in this litigation. None of the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Plaintiffs.

Dated: November 20, 2012.

RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*_____

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)

3

Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 20th day of November, 2012.

    a.  Richard and Melonie Johnson
        9601 Meadow Street, Vancleave, MS 39565
        Phone: (H) 228-209-4274 (C) 228-209-4290

    b.  Can Cong Nguyen
        124 N Seashore Drive, Long Beach, MS 39560
        Phone: (C) 228-363-1884

    c.  Chi (Thanh) Nguyen d/b/a Carmel's Seafood
        6044 West Quitman Street, Bay St. Louis, MS 39520
        Phone: (C) 228-344-0006

    d.  Michael Gollott
        MG Express, P.O. Box 770, Irvington, AL 36544
        Phone: (B) 251-689-2685

    e.  Kim Le
        22014 Derrick Road, Pass Christian, MS 39571
        Phone: (B) 228-382-1587, (H) 504-377-9388, (C) 504-377-9388

    f.  Nhat (Van) Le
        205 Bayview Street, Pass Christian, MS 39571
        Phone: (H) 504-470-7803, (C) 228-304-0983

    g.  Hon Van Truong
        3004 Trentwood Drive, Ocean Springs, MS 39564
        Phone: (H) 228-238-3003, (C) 228-238-7224

Richard and Melonie Johnson, Can Cong Nguyen, Chi Nguyen d/b/a Carmel's Seafood, Michael Gollott, Kim Le, Nhat Le, and Hon Van Truong have been made of aware of all deadlines and pending court appearances.

/s/ *Stephen S. Kreller*