UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to:<br>Case No. 2:11-CV-03180 and<br>Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, PA, IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for Richard Johnson (DWH ClaimantID 100021751); Melonie Johnson (DWH ClaimantID 100021745); Can Cong Nguyen (GCCF Claim No. 3164011; DWH ClaimantID 100000928); Chi Nguyen d/b/a Carmel's Seafood (DWH ClaimantID 100001242); Michael D. Gollott (DWH ClaimantID 100000540); Kim Le (GCCF Claim No. 1057761); Nhat Le (DWH ClaimantID 100000467 and/or 100000324); and Hon Van Truong (DWH ClaimantID 100000956).

New Orleans, Louisiana, this 20th day of November, 2012.

1

_____
UNITED STATES DISTRICT JUDGE