UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| and Case No. 2:11-CV-02766 | Magistrate Judge Shushan |

___

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR LUOM NGUYEN**
___

**NOW INTO COURT,** through undersigned counsel of record, comes Plaintiff, Luom Nguyen (DWH ClaimantID 100000678) who respectfully requests that this Honorable Court enter an order enrolling Joel Waltzer of Waltzer & Wiygul Law Firm in substitution for Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA as counsel of record for Luom Nguyen in this matter.

Dated: November 20, 2012.

1

| | |
|---|---|
| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
| BY: */s/ Joel Waltzer*_____ | BY: /s/ *Stephen S. Kreller*_____ |
| WALTZER & WIYGUL LAW FIRM | THE KRELLER LAW FIRM |
| Joel Waltzer (LA # 19268)<br>3715 Westbank Expressway, Suite 13<br>Harvey, LA 70058<br>Telephone: 504-340-6300<br>Facsimile: 504-340-6330<br>Email: joel@waltzerlaw.com | Stephen S. Kreller (LA # 28440)<br>757 St. Charles Avenue, Suite 301<br>New Orleans, LA 70130<br>Telephone: 504-484-3488<br>Facsimile: 504-294-6091<br>Email: ssk@krellerlaw.com |
| | FAEGRE BAKER DANIELS, LLP<br>William L. Roberts (admitted pro hac vice)<br>Craig S. Coleman (admitted pro hac vice )<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: 612-766-7000<br>Facsimile: 612-766-1600 |
| | LANGSTON & LOTT, P.A.<br>Duncan Lott (admitted pro hac vice)<br>Casey L. Lott (admitted pro hac vice)<br>100 South Main Street<br>Booneville, MS 38829<br>Telephone: 662-728-9733<br>Facsimile: 662-728-1992 |
| | **ATTORNEYS FOR PLAINTIFFS** |