UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to:<br>Case No. 2:11-CV-03180<br>and<br>Case No. 2:11-CV-02766 | Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR
RICKEY (R.J.) FRICKEY d/b/a NEVERSATISFIED, LLC, AND CHARLES HUBER
d/b/a TASHA LOU, LLC**

**NOW INTO COURT,** through undersigned counsel of record, come Plaintiffs, Rickey (R.J.) Frickey d/b/a Neversatisfied, LLC, (DWH ClaimantID 100000657, misspelled as "Frickey, Ricky" in Complaint in case 2:11-cv-02755), and Charles Huber d/b/a Tasha Lou, L.L.C. (DWH ClaimantID 100000247) who respectfully request that this Honorable Court enter an order enrolling Philip F. Cossich, Jr. of Cossich, Sumich, Parsiola & Taylor, L.L.C. and Scott Summy and Mitchell McCrea of Baron and Budd, L.L.P. in substitution for Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA as counsel of record for Rickey (R.J.) Frickey d/b/a Neversatisfied, LLC, and Charles Huber d/b/a Tasha Lou, LLC in this matter.

Dated: November 20, 2012.

1

RESPECTFULLY SUBMITTED:

BY: /s/ *Philip F. Cossich, Jr.*

COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC

Philip F. Cossich, Jr. (LA # 01788)
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: 504-394-9000
Facsimile: 504-394-9110
Email: pcossich@cossichlaw.com

BARON AND BUDD, L.L.P.
Scott Summy
Mitchell McCrea
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281
Telephone: 214-521-3605
Facsimile: 214-520-1181
Email: ssummy@baronbudd.com

RESPECTFULLY SUBMITTED:

BY: /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA 70130
Telephone: 504-484-3488
Facsimile: 504-294-6091
Email: ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS 38829
Telephone: 662-728-9733
Facsimile: 662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Rickey (R.J.) Frickey d/b/a Neversatisfied, LLC, and Charles Huber d/b/a Tasha Lou, LLC has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2012.

/s/ *Stephen S. Kreller*