UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 and Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

---

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR BOBBY TANK, SR.

---

**NOW INTO COURT,** through undersigned counsel of record, comes Plaintiff, Bobby Tank, Sr. (DWH ClaimantID 100000273) who respectfully request that this Honorable Court enter an order enrolling Deborah Pearce Reggio of Deborah Pearce Reggio, LLC in substitution for Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA as counsel of record for Bobby Tank, Sr. in this matter.

Dated: November 20, 2012.

RESPECTFULLY SUBMITTED:

BY:  /s/ *Deborah Pearce Reggio*

DEBORAH PEARCE REGGIO, LLC

Deborah Pearce Reggio (LA #)
141 Robert E. Lee Boulevard, Suite 242
New Orleans, LA 700124
Telephone: 504-301-2881
Facsimile: 504-324-0882
Email: federalappeals@cox.net

RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Bobby Tank, Sr. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2012.

/s/ *Stephen S. Kreller* _____