UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to:<br>Case No. 2:11-CV-03180 and<br>Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

## MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), who respectfully move this Honorable Court for leave to file a Complaint in Intervention, attached as Exhibit A to Intervening Attorneys' Memorandum in Support of Motion for Leave to File Complaint in Intervention. The Intervening Attorneys seek leave to file a Complaint in Intervention to assert claims for the costs that Intervening Attorneys have expended on behalf of:

   a. Richard Johnson (DWH ClaimantID 100021751; Case No. 2:11-CV-03180, Compl. ¶ 160, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1);

   b. Melonie Johnson (DWH ClaimantID 100021745; Case No. 2:11-CV-03180, Compl. ¶ 160, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1);

1

    c. <u>Can Cong Nguyen</u> (GCCF Claim No. 3164011; DWH ClaimantID 100000928; Case No. 2:11-CV-03180, Compl. ¶ 223, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 9, ECF No. 1);

    d. <u>Chi Nguyen d/b/a Carmel's Seafood</u> (DWH ClaimantID 100001242; Case No. 2:11-CV-03180, Compl. ¶ 272, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 12, ECF No. 1);

    e. <u>Michael Gollott</u> (DWH ClaimantID 100000540; Case No. 2:11-CV-03180, Compl. ¶ 500, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 14, misspelled as "Gollot, Michael", ECF No. 1);

    f. <u>Charles Huber d/b/a Tasha Lou, LLC</u> (DWH ClaimantID 100000247; Case No. 2:11-CV-03180, Compl. ¶ 177, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 16, ECF No. 1);

    g. <u>Kim Le</u> (GCCF Claim No. 1057761; Case No. 2:11-CV-03180, Compl. ¶ 300, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 19, ECF No. 1);

    h. <u>Rickey (R.J.) Frickey d/b/a Neversatisfied, LLC</u> (DWH ClaimantID 100000657; Case No. 2:11-CV-03180, Compl. ¶ 326, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 22, misspelled as "Frickey, Ricky", ECF No. 1);

    i. <u>Nhat Van Le</u> (DWH ClaimantID 100000467 and/or 100000324; Case No. 2:11-CV-03180, Compl. ¶ 201, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 22, misspelled as "Nhat, Vam Le", ECF No. 1);

    j. <u>Hon Van Truong</u> (DWH ClaimantID 100000956; Case No. 2:11-CV-03180, Compl. ¶ 83, misspelled as "Hong Truong", ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 22, ECF No. 1);

    k. <u>Bobby Tank Sr.</u> (DWH ClaimantID 100000273; Case No. 2:11-CV-03180, Compl. ¶ 450, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 23, ECF No. 1); and

    l. <u>Luom Nguyen</u> (DWH ClaimantID 100000678; Case No. 2:11-CV-03180, Compl. ¶ 354, ECF No. 1; Case No. 2:11-CV-02766, Compl. Ex. A at 29, ECF No. 1)

All of the above-mentioned claimants are indebted to Intervening Attorneys for legal fees for the prosecution of their claims and for any other fees as directed by this Honorable Court.

    WHEREFORE, considering the aforementioned, Intervening Attorneys respectfully move this Honorable Court to grant them leave to file a Complaint in Intervention.

Dated: November 20, 2012.

          RESPECTFULLY SUBMITTED:

          BY: /s/ *Stephen S. Kreller*_____

          THE KRELLER LAW FIRM
          Stephen S. Kreller (LA # 28440)
          757 St. Charles Avenue, Suite 301
          New Orleans, LA 70130
          Telephone: 504-484-3488
          Facsimile: 504-294-6091
          Email: ssk@krellerlaw.com

          FAEGRE BAKER DANIELS, LLP
          William L. Roberts (admitted pro hac vice)
          Craig S. Coleman (admitted pro hac vice )
          2200 Wells Fargo Center
          90 South Seventh Street
          Minneapolis, MN 55402
          Telephone: 612-766-7000
          Facsimile: 612-766-1600

          LANGSTON & LOTT, P.A.
          Duncan Lott (admitted pro hac vice)
          Casey L. Lott (admitted pro hac vice)
          100 South Main Street
          Booneville, MS 38829
          Telephone: 662-728-9733
          Facsimile: 662-728-1992

          **ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Leave to File Complaint in Intervention and Memorandum in Support of Motion for Leave to File Complaint in Intervention have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2012.

                                       /s/ *Stephen S. Kreller*

dms.us.51115106.01