UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to:<br>Case No. 2:11-CV-03180 and<br>Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Intervening Attorneys attempted to contact and confer on several occasions with Richard Johnson (DWH ClaimantID 100021751); Melonie Johnson (DWH ClaimantID 100021745); Can Cong Nguyen (GCCF Claim No. 3164011; DWH ClaimantID 100000928); Chi Nguyen d/b/a Carmel's Seafood (DWH ClaimantID 100001242); Michael Gollott (DWH ClaimantID 100000540, name misspelled as "Gollot, Michael" in Compl. Ex. A in case 2:11-cv-02766); Charles Huber d/b/a Tasha Lou, LLC (DWH ClaimantID 100000247); Kim Le (GCCF Claim No. 1057761); Rickey (R.J.) Frickey d/b/a Neversatisfied, LLC (DWH ClaimantID 100000657, name misspelled as "Frickey, Ricky" in Compl. Ex. A in case 2:11-cv-02766 Compl.); Nhat Van Le (DWH ClaimantID 100000467 and/or 100000324, name misspelled as "Nhat, Vam Le" in Compl. Ex. A in case 2:11-cv-02766); Hon Van Truong (DWH ClaimantID 100000956, name misspelled as "Hong Truong" in Compl. in case 2:11-cv-03180); Bobby Tank Sr. (DWH ClaimantID 100000273); and Luom Nguyen (DWH ClaimantID 100000678). Intervening attorneys were not able to

1

2

obtain consent for the filing or granting of the Motion for Leave to File Complaint in Intervention.

| | |
|---|---|
| Date: November 20, 2012 | RESPECTFULLY SUBMITTED: |
| | BY:  /s/ *Stephen S. Kreller*_____ |
| | THE KRELLER LAW FIRM |
| | Stephen S. Kreller (LA # 28440)<br>757 St. Charles Avenue, Suite 301<br>New Orleans, LA  70130<br>Telephone:  504-484-3488<br>Facsimile:  504-294-6091<br>Email:  ssk@krellerlaw.com |
| | FAEGRE BAKER DANIELS, LLP<br>William L. Roberts (admitted pro hac vice)<br>Craig S. Coleman (admitted pro hac vice )<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402<br>Telephone:  612-766-7000<br>Facsimile:  612-766-1600 |
| | LANGSTON & LOTT, P.A.<br>Duncan Lott (admitted pro hac vice)<br>Casey L. Lott (admitted pro hac vice)<br>100 South Main Street<br>Booneville, MS  38829<br>Telephone:  662-728-9733<br>Facsimile:  662-728-1992 |
| | **ATTORNEYS FOR PLAINTIFFS IN INTERVENTION** |