UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| *This Document Relates To:* | § | |
| Case No. 2:11-cv-00914-CJB-SS | § | |
| Smith v. BP Company | § | |
| North America, Inc., *et. al.* | § | MAGISTRATE SHUSHAN |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered Movant Jason A. Itkin and the law firm of Arnold & Itkin LLP's Motion to Withdraw as Counsel for Plaintiff Charles Smith, the Court hereby GRANTS the motion.

It is therefore ORDERED, ADJUDGED, and DECREED that Jason A. Itkin and the law firm of Arnold & Itkin LLP are permitted to withdraw from representation of Plaintiff Charles Smith in this action.

New Orleans, Louisiana this 2nd day of November, 2012.

_____
United States District Judge