UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO: 2179<br><br>SECTION: J |
| This document relates to: 2:11-cv-01159 | * * * | JUDGE: CARL J. BARBIER<br><br>MAG: SALLY SHUSHAN |

******************************************

## AFFIDAVIT OF SERVICE OF PROCESS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### JENNIFER S. MARTINEZ

who before me being first duly sworn, deposed and said:

That affiant is an attorney for the law firm of WILLIS & BUCKLEY, APC; that affiant mailed a true copy of the Summons and Complaint in Intervention, by certified mail, to the defendant, **Chad Rogers, Sr.**, 5295 Jean Lafitte Boulevard, Lafitte, Louisiana 70067-5417, on October 22, 2012; that the first notice was delivered on November 5, 2012; that the same was not picked up and was returned to sender on November 20, 2012 marked "unable to forward", as

more fully appears from the attached returned envelope, certified mail receipt number 7011-1150-0000-2872-9668.

_____
JENNIER S. MARTINEZ

SWORN TO AND SUBSCRIBED

before me, this __20th__ day of

November, 2012.

_____
NOTARY PUBLIC

**WILLIAM P. BUCKLEY**
**Notary Public**
Orleans Parish, Louisiana

Bar Number 26827
My Commission Expires At Life