**CERTIFIED MAIL**

WILLIS & BUCKLEY, APC
3723 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

$5.95
US POSTAGE FIRST-CLASS
FROM 70119
OCT 22 2012
stamps.com

7011 1150 0000 2872 ....

Mr Chad Rogers, Sr.
5295 Jean Lafitte Boulevard
Lafitte LA 70067-5417

1st NOTICE ____ 11-5
2nd NOTICE ____
RETURNED ____ 11-20

NIXIE   708  SE 1       00 11/06/12
       RETURN TO SENDER
       NO MAIL RECEPTACLE
       UNABLE TO FORWARD
BC: 70119614023      *1765-07858-23-36

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .65 |
| Certified Fee | | 5.30 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.95 |

Postmark Here

Sent To: Mr. Chad Rogers, Sr.
Street, Apt. No.; or PO Box No. 5295 Jean Lafitte Blvd.
City, State, ZIP+4 Lafitte, LA 70067-5417
PS Form 3800, August 2006    See Reverse for Instructions

7011 1150 0000 2872 9668

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



• Sender: Please print your name, address, and ZIP+4 in this box •

Willis + Buckley, APC
Attn: Jennifer S. Martinez
3723 Canal Street
New Orleans, LA 70119

Mr. Chad Rogers, Sr. (BP)    11-1057