UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig             MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010            Section: J

This Document Relates to:            Judge Barbier
           Mag. Judge Shushan

2:10-cv-08888-CJB-SS, Doc No. 48241, 48231

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about November 5, 2012 it is hereby ordered that counsel Dewitt Marshall Lovelace is permitted to withdraw from representation of Yvette Michelle Henderson, Doc. No. 48231 and Timothy Lynn Henderson, Doc. No. 48241, who will now proceed *pro se*.

New Orleans, Louisiana this 7th day of November, 2012.

_____
United States District Judge