UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| THIS PLEADING APPLIES TO: | * | |
| AUGUST WALTER V. BP AMERICA, INC. | * | JUDGE: BARBIER |
| CIVIL ACTION NOS.: | * | |
| 2:12-CV-177 AND 10-MD-2179 | * | MAGISTRATE: SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed by undersigned counsel, James L. Arruebarrena:

**IT IS ORDERED** that James L. Arruebarrena be withdrawn as counsel of record for plaintiff, August Walter, in the above entitled and numbered proceeding.

New Orleans, Louisiana this 19th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE