# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| Plaintiffs, | * * * | |
| v. | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | * | |

## CLASS COUNSEL AND BP DEFENDANTS' MOTION FOR
## LEAVE TO FILE UNDER SEAL UNREDACTED EXHIBITS

BP and Class Counsel respectfully request leave to file under seal exhibits in support of Class Counsel and BP Defendants' Joint Report on Objections to and Opt-Outs from the *Deepwater Horizon* Economic and Property Damages Settlement. These exhibits contain personal information, and the parties and Court will confer on what information, if any, should be made public.

Federal Rule of Civil Procedure 5.2(d) grants the Court authority to order that a filing be made under seal.  Accordingly, BP and Class Counsel respectfully request that the Court grant their Motion for Leave to File Under Seal.  Pending the Court's consideration of this motion, BP and Class Counsel will deliver to the Court unredacted electronic copies of the above referenced exhibits.

A proposed order accompanies this request.

| | |
|---|---|
| November 20, 2012 | Respectfully submitted, |
|   /s/ Stephen J. Herman |   /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129<br>HERMAN HERMAN KATZ & COTLAR LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024 | James Parkerson Roy, La. Bar No. 11511<br>DOMENGEAUX WRIGHT ROY & EDWARDS LLC<br>556 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796 |
| Lead Economic and Property Damages Class Counsel | Lead Economic and Property Damages Class Counsel |

*ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL*
_____

| | |
|---|---|
| Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Office:  (843) 216-9159<br>Telefax: (843) 216-9290 | Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP<br>435 Corporate Drive, Suite 101<br>Maison Grand Caillou<br>Houma, LA 70360<br>Office:  (985) 876-7595<br>Telefax: (985) 876-7594 |
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996<br>Office:  (850) 435-7045 | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY  10003<br>Office:  (212) 558-5802<br>Telefax: (212) 344-5461 |

Telefax: (850) 436-6187

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office: (757) 670-3888
Telefax: (757) 670-3895

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257

3

| | |
|---|---|
| Office: (225) 664-4193 | Office: (210) 447-0500 |
| Telefax: (225) 664-6925 | Telefax: (210) 447-0501 |
| Ervin A. Gonzalez | |
| COLSON HICKS EIDSON | |
| 255 Alhambra Circle, Penthouse | |
| Coral Gables, FL 33134 | |
| Office: (305) 476-7400 | |
| Telefax: (305) 476-7444 | |
| | |
| James J. Neath | */s/ Richard C. Godfrey, P.C* |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX 77079 | Andrew B. Bloomer, P.C. |
| Telephone: (281) 366-2000 | Timothy A. Duffy, P.C. |
| Telefax: (312) 862-2200 | R. Chris Heck |
| | Christopher J. Esbrook |
| Daniel A. Cantor | KIRKLAND & ELLIS LLP |
| Andrew T. Karron | 300 North LaSalle Street |
| Ellen K. Reisman | Chicago, IL 60654 |
| Matthew J. Douglas | Telephone: (312) 862-2000 |
| ARNOLD & PORTER LLP | Telefax: (312) 862-2200 |
| 555 Twelfth Street, NW | |
| Washington, DC 20004 | Jeffrey Bossert Clark |
| Telephone: (202) 942-5000 | Steven A. Myers |
| Telefax: (202) 942-5999 | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| Jeffrey Lennard | Washington, D.C. 20005 |
| Keith Moskowitz | Telephone: (202) 879-5000 |
| SNR DENTON | Telefax: (202) 879-5200 |
| 233 South Wacker Drive | |
| Suite 7800 | */s/ Don K. Haycraft* |
| Chicago, IL 60606 | Don K. Haycraft (Bar #14361) |
| Telephone: (312) 876-8000 | R. Keith Jarrett (Bar #16984) |
| Telefax: (312) 876-7934 | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| ***OF COUNSEL*** | New Orleans, Louisiana 70139 |
| | Telephone: (504) 581-7979 |
| | Telefax: (504) 556-4108 |
| | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone: (202) 662-5985 |
| | Telefax: (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2012.

                                                                       /s/ Don K. Haycraft
                                                                       Don K. Haycraft