## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| | * * | |
| Plaintiffs, | * * | |
| | * | Honorable CARL J. BARBIER |
| v. | * * | |
| | * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| | * * | |
| Defendants. | * | |

## ORDER

Considering the foregoing Motion of Class Counsel and BP for Leave to File Under Seal Unredacted Exhibits;

**IT IS HEREBY ORDERED** that said Motion be and hereby is GRANTED and that exhibits in support of Class Counsel and BP Defendants' Joint Report on Objections to and Opt-

Outs from the *Deepwater Horizon* Economic and Property Damages Settlement shall be filed under seal.

New Orleans, Louisiana, this ___ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE