UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

___

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
___

The undersigned counsel, moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for the Plaintiffs in this matter.

1. The undersigned attorneys request to withdraw as counsel of record from the following individuals and entities (hereinafter referred to as Plaintiffs):

    a. <u>Robert and Betsy Stanley d/b/a S & S Oyster House and/or S & S Seafood</u> (Case No. 2:11-CV-03180, Compl. ¶ 611, ECF No. 1)
    DWH ClaimantID: 100000469
    Address: 9110 Argyle Road, Irvington, AL 36544
    Phone: (C) 251-490-6978

    b. <u>Diem Pham</u> (Case No. 2:11-CV-03180, Compl. ¶ 547, ECF No. 1)
    DWH ClaimantID: 100000740
    Address: 3119 Borries Street, D'Iberville, MS 39540
    Phone: (H) 228-235-3535, (C) 228-313-4961

1

    c. <u>Thanh Thi Nguyen</u> (Case No. 2:11-CV-03180, Compl. ¶ 223, ECF No. 1)
DWH ClaimantID: 100000928
Address: 124 N Seashore Drive, Long Beach, MS 39560
Phone: (C) 228-363-1884

    d. <u>Sen (Van) Ngo</u> (Case No. 2:11-CV-03180, Compl. ¶ 180, ECF No. 1)
DWH ClaimantID: 100001090
Address: 9485 Pringle Avenue, D'Iberville, MS 39540
Phone: (C) 228-235-0907

    e. <u>Dat Chung</u> (Case No. 2:11-CV-03180, Compl. ¶ 682, ECF No. 1)
GCCF Claim No.: 1023737
Address: c/o Kim Le, 22014 Derrick Road, Pass Christian, MS 39571
Phone: (C) 228-383-1587

    f. <u>Bau Le</u> (Case No. 2:11-CV-03180, Compl. ¶ 706, ECF No. 1)
DWH ClaimantID: 100000324
Address: 205 Bayview Street, Pass Christian, MS 39571
Phone: (C) 504-739-8465

    g. <u>Tuan Dang</u> (Case No. 2:11-CV-03180, Compl. ¶ 347, ECF No. 1)
DWH ClaimantID: 100025374
Address: 7813 Reston Drive, Biloxi, MS 39532-2934
Phone: (H) 228-238-9182

2. Between February 15, 2011 and September 29, 2011, all of the above listed Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels, LLP and/or Langston & Lott, PA to represent them as counsel with respect to their claims for payment from the Gulf Coast Claims Facility.

3. Between December 2, 2011 and December 19, 2011, the Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels LLP, and/or Langston & Lott, PA to represent them in this multi-district litigation.

4. On or about December 29, 2011 the undersigned counsel filed a complaint on behalf of the Plaintiffs (Compl. 2:11-CV-03180, ECF No. 1).

5. Between May 18, 2012 and August 14, 2012, Plaintiffs notified the undersigned attorneys that they were terminating their representation.

6. Plaintiffs will remain in this litigation. None of the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Plaintiffs.

Date: November 20, 2012.                              RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*_____

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 20th day of November, 2012.

a. Robert and Betsy Stanley d/b/a S & S Oyster House and/or S & S Seafood
   9110 Argyle Road, Irvington, AL 36544
   Phone: (C) 251-490-6978

b. Diem Pham
   3119 Borries Street, D'Iberville, MS 39540
   Phone: (H) 228-235-3535, (C) 228-313-4961

c. Thanh Thi Nguyen
   124 N Seashore Drive, Long Beach, MS 39560
   Phone: (C) 228-363-1884

d. Sen (Van) Ngo
   9485 Pringle Avenue, D'Iberville, MS 39540
   Phone: (C) 228-235-0907

e. Dat Chung
   c/o Kim Le, 22014 Derrick Road, Pass Christian, MS 39571
   Phone: (C) 228-383-1587

f. Bau Le
   205 Bayview Street, Pass Christian, MS 39571
   Phone: (C) 504-739-8465

g. Tuan Dang
   7813 Reston Drive, Biloxi, MS 39532-2934
   Phone: (H) 228-238-9182

Robert and Betsy Stanley d/b/a S & S Oyster House, Diem Pham, Thanh Thi Nguyen, Sen (Van) Ngo, Dat Chung, Bau Le, and Tuan Dang have been made of aware of all deadlines and pending court appearances.

/s/ *Stephen S. Kreller*