UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

_____

**ORDER**
_____

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, PA,

IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for Robert and Betsy Stanley d/b/a S & S Oyster House and/or S & S Seafood (DWH ClaimantID 100000469), Diem Pham (DWH ClaimantID 100000740), Thanh Thi Nguyen (DWH ClaimantID 100000928), Sen (Van) Ngo (DWH ClaimantID 100001090), Dat Chung (GCCF Claim No. 1023737), Bau Le (DWH ClaimantID 100000324), and Tuan Dang (DWH ClaimantID 100025374).

1

New Orleans, Louisiana, this _____ day of November, 2012.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE