UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION**

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), who respectfully move this Honorable Court for leave to file a Complaint in Intervention, attached as Exhibit A to Memorandum in Support of Motion for Leave to File Complaint in Intervention. The Intervening Attorneys seek leave to file a Complaint in Intervention to assert claims for the costs that Intervening Attorneys have expended on behalf of:

    a. <u>Robert and Betsy Stanley d/b/a S & S Oyster House and/or S & S Seafood</u> (DWH ClaimantID 100000469; Case No. 2:11-CV-03180, Compl. ¶ 611, ECF No. 1);

    b. <u>Diem Pham</u> (DWH ClaimantID 100000740; Case No. 2:11-CV-03180, Compl. ¶ 547, ECF No. 1);

1

    c. <u>Thanh Thi Nguyen</u> (DWH ClaimantID 100000928; Case No. 2:11-CV-03180, Compl. ¶ 223, ECF No. 1);

    d. <u>Sen (Van) Ngo</u> (DWH ClaimantID 100001090; Case No. 2:11-CV-03180, Compl. ¶ 180, ECF No. 1);

    e. <u>Kevin Diaz</u> (DWH ClaimantID 100000609; Case No. 2:11-CV-03180, Compl. ¶ 446, ECF No. 1);

    f. <u>Dat Chung</u> (GCCF Claim No. 1023737; Case No. 2:11-CV-03180, Compl. ¶ 682, ECF No. 1);

    g. <u>Bau Le</u> (DWH ClaimantID 100000324; Case No. 2:11-CV-03180, Compl. ¶ 706, ECF No. 1); and

    h. <u>Tuan Dang</u> (DWH ClaimantID 100025374; Case No. 2:11-CV-03180, Compl. ¶ 347, ECF No. 1).

All of the above-mentioned claimants are indebted to Intervening Attorneys for legal fees for the prosecution of their claims and for any other fees as directed by this Honorable Court.

    WHEREFORE, considering the aforementioned, Intervening Attorneys respectfully move this Honorable Court to grant them leave to file the attached pleading.

Dated: November 20, 2012                RESPECTFULLY SUBMITTED:

                                        BY: /s/ *Stephen S. Kreller*_____

                                        THE KRELLER LAW FIRM
                                        Stephen S. Kreller (LA # 28440)
                                        757 St. Charles Avenue, Suite 301
                                        New Orleans, LA  70130
                                        Telephone:  504-484-3488
                                        Facsimile:  504-294-6091
                                        Email:  ssk@krellerlaw.com

                                        FAEGRE BAKER DANIELS, LLP

William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Complaint in Intervention and Memorandum in Support of Motion for Leave to File Complaint in Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2012.

/s/ *Stephen S. Kreller*