UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to:<br>Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

STATE OF MINNESOTA )
                         )ss.
COUNTY OF HENNEPIN )

    Craig Coleman, being first duly sworn, deposes and says:

    1.     I am an attorney with the law firm of Faegre Baker Daniels LLP ("Faegre"). Faegre is seeking to intervene in the above-captioned action. I submit this Affidavit as Exhibit B to the Memorandum in Support of Motion for Leave to File Complaint in Intervention. This Affidavit is based on my personal knowledge.

    2.     All of the Defendants-in-Intervention, named in the Motion for Leave to File Complaint in Intervention, retained Faegre and one of our co-counsel law firms, either The Kreller Law Firm or Langston & Lott, PA, to represent their claims to the Gulf Coast Claims Facility and to represent them in the *Deepwater Horizon* multi-district litigation (MDL).

    3.     In 2011, all of the Defendants-in-Intervention signed contingent fee agreements with Faegre and either The Kreller Law Firm or Langston & Lott, PA.

dms.us.51121144.01


EXHIBIT B

4. Faegre, The Kreller Law Firm, and Langston & Lott, PA performed substantial legal work on this matter to include preparing and filing Gulf Coast Claims Facility (GCCF) claims, commissioning expert reports, filing direct actions in the MDL in Case Number 2:11-CV-03180, negotiating the terms of the settlement benefitting Defendants-in-Intervention, and calculating and documenting the claims of Defendants-in-Intervention.

5. After the Court's preliminary approval of the settlement agreement, Defendants-in-Intervention terminated the representation of our law firms without cause.

Craig S. Coleman

Subscribed and sworn to before me
this 20th day of November, 2012.

Notary Public

KRISTEN MARIE DRAVES
Notary Public
Minnesota
My Commission Expires January 31, 2016

2