UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
_____

The undersigned counsel, moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for the Plaintiffs in this matter.

1. The undersigned attorneys request to withdraw as counsel of record from the following individuals and entities (hereinafter referred to as Plaintiffs):

    a. <u>Quynh Dang</u> (Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1)
       Claims: DWH ClaimantID 100021735; VoO Claim No. MOB5-8295
       Address: 1018 Meadows Lane, Moody, AL 35004
       Phone: (C) 205-370-6972

    b. <u>Nhan Nguyen</u> (Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1)
       Claims: GCCF Claim No. 1025537; VoO Claim Nos. HOU-0465, MOB5-8054
       Address: 7832 Diane Drive, Biloxi, MS 39532
       Phone: (H) 773-988-0091, (C) 228-313-5604

    c. <u>Trong Van Phan</u> (Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1)

    Claims: DWH ClaimantID 100014152; VoO Claim Nos. MOB5-8781, HOU-0520
    Address: 334 Hunter Avenue, Pass Christian, MS 39571
    Phone: (C) 228-254-0781

d. <u>Stanley Cuquet d/b/a Castaway Charters</u> (Case No. 2:11-CV-02766, Compl. Ex. A at 29, misspelled as "Cucquet", ECF No. 1)
   Claims: DWH ClaimantID 100014987
   Address: P.O. Box 1692, Chalmette, LA 70043
   Phone: (H) 504-451-7600

e. <u>Jordan Bradford Sr.</u> (Case No. 2:11-CV-02766, Compl. Ex. A at 35, ECF No. 1)
   Claims: DWH ClaimantID Unknown; VoO Claim No. LA-3224-FU
   Address: P.O. Box 100, St. Bernard, LA 70085
   Phone: (H) 228-324-0282

f. <u>Jordan Bradford Jr.</u> (Case No. 2:11-CV-02766, Compl. Ex. A at 35, ECF No. 1)
   Claims: DWH ClaimantID 100008758; VoO Claim No. LA-3223-FU
   Address: P.O. Box 100, St. Bernard, LA 70085
   Phone: (H) 228-332-1415

g. <u>Amalia, LLC (Nikolas and Diane Zarak)</u> (Case No. 2:11-CV-02766, Am. Compl. Ex. C at 6, Docket No. 5026)
   Claims: DWH ClaimantID 100016124, VoO Claim No. HOU-0289
   Address: 245 Demandre Street, Belle Chasse, LA 70037
   Phone: (H) 504-393-0363, (C) 504-512-8336

h. <u>Atlantis, LLC (Nikolas and Diane Zarak)</u> (Case No. 2:11-CV-02766, Am. Compl. Ex. C at 6, Docket No. 5026)
   Claims: DWH ClaimantID 100016124, VoO Claim No. HOU-0189
   Address: 245 Demandre Street, Belle Chasse, LA 70037
   Phone: (H) 504-393-0363, (C) 504-512-8336

i. <u>William Bradley</u> (Case No. 2:11-CV-02766, Am. Compl. Ex. C at 7, Docket No. 5026);
   Claims: DWH ClaimantID 100016590, VoO Claim No. MOB5-8022.1
   Address: 22297 Evangeline Drive, Pass Christian, MS 39571
   Phone: (H) 228-596-7263

j. <u>Brandt LaFrance d/b/a Brandt's Oysters, Inc.</u> (Case No. 2:11-CV-02766, Compl. Ex. A at 26, ECF No. 1)
   Claims: DWH ClaimantID Unknown; VoO Claim Nos. HOU-1100, HOU-1102, HOU-3264
   Address: 305 Marc's Lane, Braithwaite, LA 70040
   Phone: (H) 504-682-0539, (C) 504-912-6080

2. Between March 7, 2011 and December 14, 2011, all the Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels LLP, and/or Langston & Lott, PA to represent them with respect to their claims for payment based on the Vessels of Opportunity Program in this multi-district litigation.

3. On November 8, 2011, the undersigned filed its Complaint. (Compl. Ex. A, 2:11-CV-02766, ECF No. 1). The undersigned counsel amended the Complaint on December 29, 2011. All Plaintiffs were included in at least one of these filings.

4. Between May 25, 2012 and November 14, 2012, Plaintiffs notified the undersigned attorneys that they were terminating their representation.

5. Plaintiffs will remain in this litigation. None of the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Plaintiffs.

Dated: November 20, 2012.

    RESPECTFULLY SUBMITTED:

    BY: /s/ *Stephen S. Kreller*_____

    THE KRELLER LAW FIRM

    Stephen S. Kreller (LA # 28440)
    757 St. Charles Avenue, Suite 301
    New Orleans, LA  70130
    Telephone:  504-484-3488
    Facsimile:  504-294-6091
    Email:  ssk@krellerlaw.com

    FAEGRE BAKER DANIELS, LLP
    William L. Roberts (admitted pro hac vice)
    Craig S. Coleman (admitted pro hac vice )

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 20th day of November, 2012.

  a. <u>Quynh Dang</u>
   1018 Meadows Lane, Moody, AL 35004
   Phone: (C) 205-370-6972

  b. <u>Nhan Nguyen</u>
   7832 Diane Drive, Biloxi, MS 39532
   Phone: (H) 773-988-0091, (C) 228-313-5604

  c. <u>Trong Van Phan</u>
   334 Hunter Avenue, Pass Christian, MS 39571
   Phone: (C) 228-254-0781

  d. <u>Stanley Cuquet d/b/a Castaway Charters</u>
   P.O. Box 1692, Chalmette, LA 70043
   Phone: (H) 504-451-7600

  e. <u>Jordan Bradford Sr. and Jordan Bradford Jr.</u>
   P.O. Box 100, St. Bernard, LA 70085
   Phone: (H) 228-324-0282

  f. <u>Amalia, LLC and Atlantis, LLC (Nikolas and Diane Zarak)</u>
   245 Demandre Street, Belle Chasse, LA 70037
   Phone: (H) 504-393-0363, (C) 504-512-8336

  g. <u>William Bradley</u>
   22297 Evangeline Drive, Pass Christian, MS 39571
   Phone: (H) 228-596-7263

  h. <u>Brandt LaFrance d/b/a Brandt's Oysters, Inc.</u>

    305 Marc's Lane, Braithwaite, LA 70040
    Phone: (H) 504-682-0539, (C) 504-912-6080

  Quynh Dang, Nhan Nguyen, Trong Van Phan, Stanley Cuquet d/b/a Castaway Charters, Jordan Bradford Sr., Jordan Bradford Jr., Amalia, LLC, Atlantis, LLC, William Bradley, and Brandt LaFrance d/b/a Brandt's Oysters, Inc. have been made of aware of all deadlines and pending court appearances.

            /s/ *Stephen S. Kreller*_____