UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION**

NOW INTO COURT, comes Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), who respectfully move this Honorable Court for leave to file a Complaint in Intervention, attached as Exhibit A to Intervening Attorneys' Memorandum in Support of Motion for Leave to File Complaint in Intervention. The Intervening Attorneys seek leave to file a Complaint in Intervention to assert claims for the costs that Intervening Attorneys have expended on behalf of:

    a.  Quynh Dang (DWH ClaimantID 100021735; VoO Claim No. MOB5-8295; Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1);

    b.  Nhan Nguyen (GCCF Claim No. 1025537; VoO Claim Nos. HOU-0465, MOB5-8054; Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1);

1

c.  Trong Van Phan (DWH ClaimantID 100014152; VoO Claim Nos. MOB5-8781, HOU-0520; Case No. 2:11-CV-02766, Compl. Ex. A at 8, ECF No. 1);

d.  Stanley Cuquet d/b/a Castaway Charters (DWH ClaimantID 100014987; Case No. 2:11-CV-02766, Compl. Ex. A at 29, misspelled as "Cucquet", ECF No. 1);

e.  Shane Keenan (DWH ClaimantID 100033828; Case No. 2:11-CV-02766, Compl. Ex. A at 35, ECF No. 1);

f.  Jordan Bradford Sr. (DWH ClaimantID Unknown; VoO Claim No. LA-3224-FU; Case No. 2:11-CV-02766, Compl. Ex. A at 35, ECF No. 1);

g.  Jordan Bradford Jr. (DWH ClaimantID 100008758; VoO Claim No. LA-3223-FU; Case No. 2:11-CV-02766, Compl. Ex. A at 35, ECF No. 1);

h.  Amalia, LLC (Nikolas and Diane Zarak) (DWH ClaimantID 100016124, VoO Claim No. HOU-0289; Case No. 2:11-CV-02766, Am. Compl. Ex. C at 6, Docket No. 5026);

i.  Atlantis, LLC (Nikolas and Diane Zarak) (DWH ClaimantID 100016124, VoO Claim No. HOU-0189; Case No. 2:11-CV-02766, Am. Compl. Ex. C at 6, Docket No. 5026);

j.  William Bradley (DWH ClaimantID 100016590, VoO Claim No. MOB5-8022.1; Case No. 2:11-CV-02766, Am. Compl. Ex. C at 7, Docket No. 5026); and

k.  Brandt LaFrance d/b/a Brandt's Oysters, Inc. (DWH ClaimantID Unknown; VoO Claim Nos. HOU-1100, HOU-1102, HOU-3264; Case No. 2:11-CV-02766, Compl. Ex. A at 26, ECF No. 1)

All of the above-named claimants are indebted to Intervening Attorneys for legal fees for the prosecution of their claims and for any other fees as directed by this Honorable Court.

WHEREFORE, considering the aforementioned, Intervening Attorneys respectfully move this Honorable Court to grant them leave to file the attached pleading.


Dated: November 20, 2012                        RESPECTFULLY SUBMITTED:

                                                BY:  /s/ *Stephen S. Kreller*_____

                                                THE KRELLER LAW FIRM
                                                Stephen S. Kreller (LA # 28440)
                                                757 St. Charles Avenue, Suite 301
                                                New Orleans, LA  70130
                                                Telephone:  504-484-3488
                                                Facsimile:  504-294-6091
                                                Email:  ssk@krellerlaw.com

                                                FAEGRE BAKER DANIELS, LLP

                                                William L. Roberts (admitted pro hac vice)
                                                Craig S. Coleman (admitted pro hac vice )
                                                2200 Wells Fargo Center
                                                90 South Seventh Street
                                                Minneapolis, MN  55402
                                                Telephone:  612-766-7000
                                                Facsimile:  612-766-1600

                                                LANGSTON & LOTT, P.A.

                                                Duncan Lott (admitted pro hac vice)
                                                Casey L. Lott (admitted pro hac vice)
                                                100 South Main Street
                                                Booneville, MS  38829
                                                Telephone:  662-728-9733
                                                Facsimile:  662-728-1992

                                                **ATTORNEYS FOR PLAINTIFFS IN
                                                INTERVENTION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Complaint in Intervention and Memorandum in Support of Motion for Leave to File Complaint in Intervention have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2012.

/s/ *Stephen S. Kreller*_____