UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

STATE OF MINNESOTA  )
)ss.
COUNTY OF HENNEPIN  )

     Craig Coleman, being first duly sworn, deposes and says:

     1.     I am an attorney with the law firm of Faegre Baker Daniels LLP ("Faegre"). Faegre is seeking to intervene in the above-captioned action.  I submit this Affidavit as Exhibit B to the Memorandum in Support of Motion for Leave to File Complaint in Intervention.  This Affidavit is based on my personal knowledge.

     2.     All of the Defendants-in-Intervention, named in the Motion for Leave to File Complaint in Intervention, retained Faegre and one of our co-counsel law firms, either The Kreller Law Firm or Langston & Lott, PA, to represent their claims under the Vessels of Opportunity Program and to represent them in the *Deepwater Horizon* multi-district litigation (MDL).

     3.     In 2011, all of the Defendants-in-Intervention signed contingent fee agreements with Faegre and either The Kreller Law Firm or Langston & Lott, PA.

1



EXHIBIT

B

4.     Faegre, The Kreller Law Firm, and Langston & Lott, PA performed substantial legal work on this matter to include filing direct actions in the MDL in Case Number 2:11-CV-02766, negotiating the terms of the settlement benefitting Defendants-in-Intervention, and calculating and documenting the claims of Defendants-in-Intervention.

5.     After the Court's preliminary approval of the settlement agreement, Defendants-in-Intervention terminated the representation of our law firms without cause.

_____
Craig S. Coleman

Subscribed and sworn to before me
this _20th_ day of November, 2012.

_____
Notary Public

KRISTEN MARIE DRAVES
Notary Public
Minnesota
My Commission Expires January 31, 2016

2