UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-02766 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

**NOTICE OF SUBMISSION**

     **PLEASE TAKE NOTICE** that the Motion of Intervening Attorneys, Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA, for Leave to File a Complaint in Intervention, will respectfully be submitted to the Court for consideration on December 12, 2012 at 9:00 a.m.

Dated: November 20, 2012         Respectfully submitted,

                                       BY:  /s/ *Stephen S. Kreller*_____

                                       THE KRELLER LAW FIRM

                                       Stephen S. Kreller (LA # 28440)
                                       757 St. Charles Avenue, Suite 301
                                       New Orleans, LA  70130
                                       Telephone:  504-484-3488
                                       Facsimile:  504-294-6091
                                       Email:  ssk@krellerlaw.com

2

FAEGRE BAKER DANIELS, LLP

William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**