UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

STATE OF MINNESOTA   )
                     )ss.
COUNTY OF HENNEPIN   )

Craig Coleman, being first duly sworn, deposes and says:

1.  I am an attorney with the law firm of Faegre Baker Daniels LLP ("Faegre"). Faegre is seeking to intervene in the above-captioned action. I submit this Affidavit as Exhibit B to the Memorandum in Support of Motion for Leave to File Complaint in Intervention. This Affidavit is based on my personal knowledge.

2.  The Martins, as named in the Motion for Leave to File Complaint in Intervention, retained Faegre and The Kreller Law Firm to represent their claims to the Gulf Coast Claims Facility and to represent them in the *Deepwater Horizon* multi-district litigation (MDL).

3.  On or about March 30, 2011 and December 14, 2011, the Martins signed contingent fee agreements with Faegre and The Kreller Law Firm.

4.  Faegre and The Kreller Law Firm performed substantial legal work on this matter to include preparing and filing Gulf Coast Claims Facility (GCCF) claims,

1

dms.us.51122691.01



commissioning expert reports, filing direct actions in the MDL in Case Number 2:11-CV-03180, negotiating the terms of the settlement benefitting the Martins, and calculating and documenting the claims of the Martins.

5. On June 20, 2012, after the Court's preliminary approval of the settlement agreement, the Martins terminated the representation of our law firms without cause.

_____
Craig S. Coleman

Subscribed and sworn to before me
this 20th day of November, 2012.

_____
Notary Public



KRISTEN MARIE DRAVES
Notary Public
Minnesota
My Commission Expires January 31, 2016

2

dms.us.51122691.01