UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE**

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Intervening Attorneys attempted to contact and confer on several occasions with Henry Martin (DWH ClaimantID: 100001069) and Linda Martin (DWH ClaimantID: 100057014) and representatives of Jamie Jo, LLC (DWH ClaimantID: 100001217), Hank-A-Doodle, LLC (DWH ClaimantID: 100025899), H&L Martin, LLC a/k/a Four Sons, LLC (DWH ClaimantID: 100001068), Linda and Henry, LLC d/b/a Gulf Island Seafood  (DWH ClaimantID: 100025919), and Stephanie Lynn, LLC (DWH ClaimantID: 100001355).  Intervening attorneys were not able to obtain consent for the filing or granting of the Motion and Incorporated Memorandum in Support of Motion for Leave to File Complaint in Intervention.

|  |  |
|---|---|
| Dated: November 20, 2012. | RESPECTFULLY SUBMITTED: |
|  | BY: /s/ *Stephen S. Kreller* |
|  | THE KRELLER LAW FIRM |
|  | Stephen S. Kreller (LA # 28440)<br>757 St. Charles Avenue, Suite 301<br>New Orleans, LA  70130<br>Telephone:  504-484-3488<br>Facsimile:  504-294-6091<br>Email:  ssk@krellerlaw.com |
|  | FAEGRE BAKER DANIELS, LLP |
|  | William L. Roberts (admitted pro hac vice)<br>Craig S. Coleman (admitted pro hac vice )<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402<br>Telephone:  612-766-7000<br>Facsimile:  612-766-1600 |
|  | LANGSTON & LOTT, P.A. |
|  | Duncan Lott (admitted pro hac vice)<br>Casey L. Lott (admitted pro hac vice)<br>100 South Main Street<br>Booneville, MS  38829<br>Telephone:  662-728-9733<br>Facsimile:  662-728-1992 |
|  | **ATTORNEYS FOR PLAINTIFFS IN INTERVENTION** |