UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that the Motion of Intervening Attorneys, Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA, for Leave to File a Complaint in Intervention, will respectfully be submitted to the Court for consideration on December 12, 2012 at 9:00 a.m.

Dated: November 20, 2012          Respectfully submitted,


                                  BY:  /s/ *Stephen S. Kreller*_____

                                  THE KRELLER LAW FIRM

                                  Stephen S. Kreller (LA # 28440)
                                  757 St. Charles Avenue, Suite 301
                                  New Orleans, LA  70130
                                  Telephone:  504-484-3488
                                  Facsimile:  504-294-6091
                                  Email:  ssk@krellerlaw.com

1

dms.us.51123817.01

2

          FAEGRE BAKER DANIELS, LLP

          William L. Roberts (admitted pro hac vice)
          Craig S. Coleman (admitted pro hac vice )
          2200 Wells Fargo Center
          90 South Seventh Street
          Minneapolis, MN  55402
          Telephone:  612-766-7000
          Facsimile:  612-766-1600

          LANGSTON & LOTT, P.A.

          Duncan Lott (admitted pro hac vice)
          Casey L. Lott (admitted pro hac vice)
          100 South Main Street
          Booneville, MS  38829
          Telephone:  662-728-9733
          Facsimile:  662-728-1992

          **ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**