UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| and Case No. 2:11-CV-02766 | Magistrate Judge Shushan |

_____

**ORDER**
_____

Considering the foregoing Motion to Substitute Counsel of Record for Rickey (R.J.) Frickey d/b/a Neversatisfied, LLC, and Charles Huber d/b/a Tasha Lou, L.L.C. filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA,

IT IS HEREBY ORDERED that Philip F. Cossich, Jr. of Cossich, Sumich, Parsiola & Taylor, L.L.C., and Scott Summy and Mitchell McCrea of Baron and Budd, L.L.P. be and hereby are substituted for Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA, as counsel of record for Plaintiffs Rickey (R.J.) Frickey, d/b/a Neversatisfied, LLC, and Charles Huber d/b/a Tasha Lou, L.L.C.

1

New Orleans, Louisiana this 21st day of November, 2012.

                                                      _____
                                                        United States District Judge