UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-02766 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**ORDER**

Considering the foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, PA,

IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for Quynh Dang (DWH ClaimantID 100021735; VoO Claim No. MOB5-8295); Nhan Nguyen (GCCF Claim No. 1025537; VoO Claim Nos. HOU-0465, MOB5-8054); Trong Van Phan (DWH ClaimantID 100014152; VoO Claim Nos. MOB5-8781, HOU-0520); Stanley Cuquet d/b/a Castaway Charters (DWH ClaimantID 100014987, misspelled as "Cucquet" in Compl. Ex. A in Case No. 2:11-cv-02766); Jordan Bradford Sr. (DWH ClaimantID Unknown; VoO Claim No. LA-3224-FU); Jordan Bradford Jr. (DWH ClaimantID 100008758; VoO Claim No. LA-

1

3223-FU); Amalia, LLC (Nikolas and Diane Zarak) (DWH ClaimantID 100016124, VoO Claim No. HOU-0289); Atlantis, LLC (Nikolas and Diane Zarak) (DWH ClaimantID 100016124, VoO Claim No. HOU-0189); William Bradley (DWH ClaimantID 100016590, VoO Claim No. MOB5-8022.1); and Brandt LaFrance d/b/a Brandt's Oysters, Inc. (DWH ClaimantID Unknown; VoO Claim Nos. HOU-1100, HOU-1102, HOU-3264).

New Orleans, Louisiana this 21st day of November, 2012.

_____
United States District Judge