U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010. | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| This Document Relates to<br>Margaret L. Barkowski (CA 10-8888 Document No. 43623) and<br>Raymond E. Barkowski (CA 10-8888 Document No, 43624) | ) ) ) ) ) | |

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

This cause coming before the Court on Motion of James F. McKenzie, Esquire, for leave to withdraw as Counsel of Record for Margaret L. Barkowski and Raymond E. Barkowski, and the Court having considered the same, is of the opinion that the same should be, and is hereby **GRANTED**.

It is therefore **ORDERED, ADJUDGED and DECREED** as follows:

1. James F. McKenzie, and the McKenzie Law Firm, P.A., formerly known as McKenzie, Hall & De La Piedra, P.A., are hereby granted leave to withdraw as attorney for Margaret L. Barkowski and Raymond E. Barkowski.

2. Margaret L. Barkowski and Raymond E. Barkowski are granted sixty (60) days from the date of this Order to obtain new counsel or prepare to proceed pro se.

Done in chambers, at New Orleans, Louisiana, this _____ day of _____, 2012.

_____
CARL J. BARBIER, District Judge
