U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010. | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| This Document Relates to<br>Martin H. Field (CA 10-8888<br>Document No. 43613) and<br>Lori N. Field (CA 10-8888<br>Document No, 43614) | ) ) ) ) ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned, James F. McKenzie, and respectfully moves this Honorable Court for leave to withdraw as counsel of record, and for leave to withdraw the McKenzie Law Firm, P.A., formerly known as McKenzie, Hall & De La Piedra, P.A., as attorneys of record for Martin H. Field (CA 10-8888 Document No. 43613) and Lori N. Field (CA 10-8888 Document No, 43614), and in support thereof would show:

1. Clients have failed to cooperate or communicate with attorneys; and.

2. The attorneys have elected to exercised their right to withdraw from representation of Martin H. Field and Lori N. Field under the terms and conditions of their employment contract.

Respectfully submitted this the __21 st__ day of November, 2012.

_____
JAMES F. McKENZIE
Florida Bar No. 163790
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, Florida 32503
Telephone:   (850) 432-2856
Facsimile:   (850) 202-2012
E-Mail:   jmckenzie@mckenzielawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Withdraw as Counsel of Record has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, and on Martin H. Field and Lori N. Field, 8 Garden Street, Montclair, New Jersey 07042, by placing the same in the U. S. Mail, properly addressed and First Class postage prepaid, this the 21st day of November, 2012.

JAMES F. McKENZIE