## U. S. DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG     ) <br> "DEEPWATER HORIZON" in  ) <br> the GULF OF MEXICO, on     ) <br> APRIL 20, 2010.                  ) <br>                                  ) <br>                                  ) <br> This Document Relates to       ) <br> Martin H. Field (CA 10-8888   ) <br> Document No. 43613) and     ) <br> Lori N. Field (CA 10-8888     ) <br> Document No, 43614)         ) | MDL NO. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

This cause coming before the Court on Motion of James F. McKenzie, Esquire, for leave to withdraw as Counsel of Record for Martin H. Field and Lori N. Field, and the Court having considered the same, is of the opinion that the same should be, and is hereby **GRANTED**.

It is therefore **ORDERED, ADJUDGED and DECREED** as follows:

1.  James F. McKenzie, and the McKenzie Law Firm, P.A., formerly known as McKenzie, Hall & De La Piedra, P.A., are hereby granted leave to withdraw as attorney for Martin H. Field and Lori N. Field

2.  Martin H. Field and Lori N. Field are granted sixty (60) days from the date of this Order to obtain new counsel or prepare to proceed pro se.

Done in chambers, at New Orleans, Louisiana, this _____ day of _____, 2012.

_____
CARL J. BARBIER, District Judge