UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Motions of Willis & Buckley, APC, and Stephen Kreller for Leave to Intervene (Rec. docs. 7779, 7790 and 7891)]**

On September 11, 2012, District Judge Barbier ordered that the Procedure submitted by the Claims Administrator was approved as Court Approved Procedure No 1.  The Procedure governs "the process by which the Claims Administrator will receive, process and pay the claims and/or liens asserted by <u>attorneys</u>, creditors, governmental agencies, or other third parties against the payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement." Rec. doc. 7359 (emphasis added).

On October 30, 2012, Willis & Buckley, APC, filed a motion for leave to intervene on the grounds that: (1) it was retained by Percy J. Vegas to file suit against BP and another party for breach of contract in the Vessels of Opportunity program; (2) Mr. Vegas terminated the representation; and  (3) it claims an interest in any settlement or judgment in Mr. Vegas' suit. Rec. doc. 7779.  Willis & Buckley filed an identical motion relating to Mr. Vegas on October 31, 2012. Rec. doc. 7790.        On October 26, 2012, Stephen Kreller filed a motion for leave to intervene arising out of the representation of Mederic R. Meyer, Jr. and others.  Rec. doc. 7757.

If the claims of the former clients of Willis & Buckley, APC, and Stephen Kreller are resolved under the Economic Settlement Agreement, the claims in intervention should be directed

to the Claims Administrator who adopted a procedure for third party claimants, including attorneys. Rec. doc. 7359. The claims in intervention will be denied without prejudice. If the claims of the former clients of Willis & Buckley, APC, and Stephen Kreller are not resolved under the Economic Settlement Agreement, the claims in intervention may be re-urged.

IT IS ORDERED that the motions for leave to intervene of Willis & Buckley, APC, and Stephen Kreller (Rec. doc. 7779, 7790 and 7757) are DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, this  21st  day of November, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**