IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, | * * * * | Civil Action No. 12-968 |
| | * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | |
| BP Exploration & Production Inc., *et al.*, | * * * | Honorable CARL J. BARBIER |
| Defendants. | * * * | Magistrate Judge SHUSHAN |

**CLASS COUNSEL AND BP DEFENDANTS' MOTION FOR
LEAVE TO FILE UNDER SEAL UNREDACTED EXHIBITS**

BP and Class Counsel respectfully request leave to file under seal unredacted exhibits to the Declaration of Matthew Garretson.  These exhibits contain personal information regarding purported opt-outs to the Medical Settlement, and the Parties and Court will confer on what information, if any, should be made public.

Federal Rule of Civil Procedure 5.2(d) grants the Court authority to order that a filing be made under seal under these circumstances.  Accordingly, BP and Class Counsel respectfully request that the Court grant their Motion for Leave to File Under Seal Unredacted Exhibits.

Pending the Court's consideration of this motion, BP and Class Counsel will deliver to the Court unredacted electronic copies of the above referenced exhibits.

    A proposed order accompanies this request.

November 21, 2012                                      Respectfully submitted,

| | |
|---|---|
| | */s/ Richard C. Godfrey, P.C.* |
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Andrew B. Bloomer, P.C. |
| 501 Westlake Park Boulevard | Elizabeth A. Larsen |
| Houston, TX 77079 | Catherine Fitzpatrick |
| Telephone: (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax: (312) 862-2200 | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| Ellen K. Reisman | |
| ARNOLD & PORTER LLP | */s/ Don K. Haycraft*             . |
| 777 South Figueroa Street | Don K. Haycraft (Bar #14361) |
| Los Angeles, CA 90017-5844 | R. Keith Jarrett (Bar #16984) |
| | LISKOW & LEWIS |
| James P. Joseph | 701 Poydras Street, Suite 5000 |
| Ethan P. Greene | New Orleans, Louisiana 70139 |
| ARNOLD & PORTER LLP | Telephone: (504) 581-7979 |
| 555 Twelfth Street, NW | Telefax: (504) 556-4108 |
| Washington, DC 20004-1206 | |
| | Robert C. "Mike" Brock |
| *Of Counsel* | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone: (202) 662-5985 |
| | Telefax: (202) 662-6291 |

                       ***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
                               ***AND BP AMERICA PRODUCTION COMPANY***

Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com

*Co-Lead Class Counsel*

James Parkerson Roy, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY &
EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

*Co-Lead Class Counsel*

### *PLAINTIFFS' STEERING COMMITTEE AND MEDICAL BENEFITS CLASS COUNSEL*

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU
& SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

| | |
|---|---|
| Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA<br>& TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA  70037<br>Office:  (504) 394-9000<br>Telefax: (504) 394-9110<br>E-Mail:  pcossich@cossichlaw.com | Michael C. Palmintier<br>deGRAVELLES, PALMINTIER,<br>HOLTHAUS & FRUGE'<br>618 Main Street<br>Baton Rouge, LA  70801-1910<br>Office:  (225) 344-3735<br>Telefax: (225) 344-0522<br>E-Mail:  mpalmintier@dphf-law.com |
| Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL  36660<br>Office:  (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail:  rtc@cunninghambounds.com | Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW<br>& ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA  70130<br>Office:  (504) 588-1500<br>Telefax:  (504) 588-1514<br>E-Mail:  sterbcow@lksalaw.com |
| Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS  39201<br>Office:  (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail:  mike@mikespy.com | Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Office:  (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail:  ssummy@baronbudd.com |
| Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com | Mikal C. Watts<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX  78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail:  mcwatts@wgclawfirm.com |
| Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC  29464<br>Office:  (843) 216-9159<br>Telefax: (843) 216-9290<br>E-Mail:  **jrice@motleyrice.com** | Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP<br>435 Corporate Drive, Suite 101<br>Maison Grand Caillou<br>Houma, LA  70360<br>Office:  (985) 876-7595<br>Telefax: (985) 876-7594<br>E-Mail:  **duke@williamslawgroup.org** |

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
Office:  (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of November, 2012.

                                                    /s/ Don K. Haycraft
                                                    Don K. Haycraft