IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, | * * * * | Civil Action No. 12-968 |
| | * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | |
| BP Exploration & Production Inc., *et al.*, | * * | Honorable CARL J. BARBIER |
| Defendants. | * * * | Magistrate Judge SHUSHAN |

## ORDER

Considering the foregoing Motion of Class Counsel and BP for Leave to File Under Seal Unredacted Exhibits;

**IT IS HEREBY ORDERED** that said Motion be and hereby is GRANTED and that exhibits to the Declaration of Matthew Garretson, which contains information regarding purported opt-outs from the *Deepwater Horizon* Medical Benefits Class Action Settlement, shall be filed under seal.

        New Orleans, Louisiana, this ___ day of November, 2012.

        _____
        UNITED STATES DISTRICT JUDGE