# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig      "*Deepwater Horizon*" in the    Gulf of Mexico, on April 20, 2010 | *  *  *  *  *  *  *  *  *  *  * | MDL NO. 2179   SECTION:  J    HONORABLE CARL J. BARBIER   MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually   and on behalf of the   Medical Benefits Settlement Class,        Plaintiffs,   v.   BP Exploration & Production Inc., *et al.*,        Defendants. | *  *  *  *  *  *  *  *  *  *  *  * | NO. 12-CV-968   SECTION:  J    HONORABLE CARL J. BARBIER   MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF JOINT FILING OF THE DECLARATION OF MATTHEW GARRETSON

**PLEASE TAKE NOTICE** that the Medical Benefits Class Representatives, BP Exploration & Production, Inc., and BP America Production Company hereby jointly file into the record the supplemental declaration of Matthew Garretson.  This declaration is attached as Exhibit 1 to this filing.

November 21, 2012                                    Respectfully submitted,

/s/ Stephen J. Herman                    /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129     James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN & KATZ LLC                 DOMENGEAUX WRIGHT ROY &
820 O'Keefe Avenue                       EDWARDS LLC
New Orleans, Louisiana 70113             556 Jefferson Street, Suite 500
Telephone: (504) 581-4892                Lafayette, Louisiana 70501
Fax No. (504) 569-6024                   Telephone: (337) 233-3033
E-Mail: **sherman@hhklawfirm.com**       Fax No. (337) 233-2796
                                         E-Mail: **jimr@wrightroy.com**

*Medical Benefits Class Counsel and Lead*    *Medical Benefits Class Counsel and Lead Class*
*Class Counsel*                              *Counsel*


## *MEDICAL BENEFITS CLASS COUNSEL*

Brian H. Barr                            Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,               WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA          700 Broadway
316 South Baylen St., Suite 600          New York, NY 10003
Pensacola, FL 32502-5996                 Office: (212) 558-5802
Office: (850) 435-7045                   Telefax: (212) 344-5461
Telefax: (850) 436-6187                  E-Mail: **rgreenwald@weitzlux.com**
E-Mail: **bbarr@levinlaw.com**

Jeffrey A. Breit                         Rhon E. Jones
BREIT DRESCHER IMPREVENTO &              BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                             PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000          218 Commerce St., P.O. Box 4160
Norfolk, VA 23510                        Montgomery, AL 36104
Office: (757) 670-3888                   Office: (334) 269-2343
Telefax: (757) 670-3895                  Telefax: (334) 954-7555
E-Mail: **jbreit@bdbmail.com**           E-Mail: **rhon.jones@beasleyallen.com**

2

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  **ecabraser@lchb.com**

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA
& TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  **pcossich@cossichlaw.com**

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  **rtc@cunninghambounds.com**

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS  39201
Office:  (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  **mike@mikespy.com**

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  **calvinfayard@fayardlaw.com**

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU
& SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  **mlundy@lundylawllp.com**

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  **mpalmintier@dphf-law.com**

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW
& ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  **sterbcow@lksalaw.com**

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  **ssummy@baronbudd.com**

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX  78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  **mcwatts@wgclawfirm.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Office:  (843) 216-9159
Telefax: (843) 216-9290
E-Mail:  **jrice@motleyrice.com**

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
Office:  (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  **ervin@colson.com**

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA  70360
Office:  (985) 876-7595
Telefax: (985) 876-7594
E-Mail:  **duke@williamslawgroup.org**

4

| | |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200<br><br>Ellen K. Reisman<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844<br><br>James P. Joseph<br>Ethan P. Greene<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>*Of Counsel* | */s/ Richard C. Godfrey, P.C.*<br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Andrew B. Bloomer, P.C.<br>Elizabeth A. Larsen<br>Catherine Fitzpatrick<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL  60654<br><br>*/s/ Don K. Haycraft*<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of November, 2012.

                                                             */s/ Don K. Haycraft*
                                                             Don K. Haycraft