IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br><br><br>Plaintiffs,<br>v.<br>BP Exploration & Production Inc., *et al.*,<br>Defendants. | * * * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## **DECLARATION OF MATTHEW GARRETSON**

I, Matthew Garretson, am over twenty-one years of age and of sound mind and body. This declaration is based on my personal knowledge.

1. I am the Founding Partner and Chief Executive Officer of Garretson Resolution Group ("GRG"), the Court-appointed Claims Administrator for the Medical Benefits Class Action Settlement.

2. Pursuant to the Court's Preliminary Approval Order, purported Class Members were instructed that to opt-out of the Medical Benefits Settlement Class, they were required to

1

send opt-out requests to the Claims Administrator. Preliminary Approval Order, Rec. Doc. 6419, ¶ 29. As of Tuesday, November 20, 2012, GRG has received opt-out requests from 1,748 individuals.

3. Exhibit A contains information regarding all 1,748 individuals for whom GRG has received an opt-out request.

4. Exhibit B contains information regarding the 102 opt-out requests received by GRG which are invalid because they are not substantially in compliance with the requirements of Section XI.E of the Medical Settlement Agreement and Paragraph 29 of the Court's Preliminary Approval Order, Rec. Doc. 6419:

   a. Exhibit C contains information regarding the 59 opt-out requests signed only by an attorney, in violation of the prohibition in the Medical Settlement Agreement against attorneys signing opt-out requests for purported Class Members. Medical Settlement Agreement § XI.E; *see also* Preliminary Approval Order, Rec. Doc. 6419, ¶ 29.

   b. Exhibit D contains information regarding the 23 requests to opt out of the Economic and Property Damages Settlement only, which are invalid for failure to comply with the Medical Settlement Agreement's requirement to include a clear statement of the intent to opt-out of the Medical Benefits Settlement Class. Medical Settlement Agreement § XI.E; *see also* Preliminary Approval Order, Rec. Doc. 6419, ¶ 29.

   c. Exhibit E contains information regarding the 10 untimely opt-out requests which were postmarked after November 1, 2012, including the postmark dates, in violation of this Court's order that requests for exclusion were required to be

      postmarked no later than October 1, 2012, *see* Rec. Doc. 6419, ¶¶ 29, 33, later extended to November 1, 2012, *see* Order, Rec. Doc. 7176.

   d. Exhibit F contains information regarding the 5 opt-out requests containing no signature, which are invalid for failure to comply with the Medical Settlement Agreement's requirement to include a handwritten signature by the purported Class Member seeking to opt-out. Medical Settlement Agreement § XI.E; *see also* Preliminary Approval Order, Rec. Doc. 6419, ¶ 29.

   e. Exhibit G contains information regarding the 4 opt-out requests invalidly signed by a person purporting to have a Power of Attorney, in violation of the Medical Settlement Agreement's requirement to include a handwritten signature by the purported Class Member seeking to opt-out. Medical Settlement Agreement § XI.E; *see also* Preliminary Approval Order, Rec. Doc. 6419, ¶ 29.

   f. Exhibit H contains information regarding the 1 opt-out request that contained only a name and signature, in violation of the Medical Settlement Agreement's requirement to include additional information sufficient to identify the individual purporting to opt-out from the Class, such as the individuals' address, telephone number, and date of birth. Medical Settlement Agreement § XI.E; *see also* Preliminary Approval Order, Rec. Doc. 6419, ¶ 29.

5. Exhibit I contains information regarding the 7 opt-out requests received from individuals who are excluded from the Medical Benefits Settlement Class pursuant to the terms of the Medical Settlement Agreement.

6. Exhibit J contains the information regarding the 1 individual who has validly revoked an opt-out request previously submitted to GRG.

7. Exhibit K contains information regarding the remaining 1,638 opt-out requests received by GRG, which are substantially in compliance with the requirements of Section XI.E of the Medical Settlement Agreement and Paragraph 29 of the Court's Preliminary Approval Order, Rec. Doc. 6419.

8. Inclusion on Exhibit K does not mean that an individual is a Class Member. It is possible that a number of these individuals are not Class Members. As set forth on Exhibit L, 30 of the 1,638 opt-out requests were submitted by individuals who indicated in their opt-out request, or an objection filed with the Court, that they are not Class Members. However, no final determination has been made by the Claims Administrator whether these individuals are in fact Class Members.

_____
Matthew Garretson
Garretson Resolution Group, Inc.

Executed on November 21, 2012