

**EXHIBIT B - REDACTED**

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 1 |  | Anshaw | Trisha |  |  |  |  |
| 2 |  | Brewer | Bill |  |  |  |  |
| 3 |  | Brock | Delays |  |  |  |  |
| 4 |  | Brown | Susan |  |  |  |  |
| 5 |  | Campbell | Keenan |  |  |  |  |
| 6 |  | Castillo | Ricardo |  |  |  |  |
| 7 |  | Cave | David |  |  |  |  |
| 8 |  | Chatman | Michael |  |  |  |  |
| 9 |  | Chisholm | Alford |  |  |  |  |
| 10 |  | Cleeton | Dean |  |  |  |  |
| 11 |  | Cline | Raymond |  |  |  |  |
| 12 |  | Cobb | Carlton |  |  |  |  |
| 13 |  | Cochran | Brant |  |  |  |  |
| 14 |  | Coffman | Larry |  |  |  |  |
| 15 |  | Collier | Anthony |  |  |  |  |
| 16 |  | Cook | Christopher |  |  |  |  |
| 17 |  | Cortes | Fabian |  |  |  |  |
| 18 |  | Dutton | Jason |  |  |  |  |
| 19 |  | Endsley | Tonny |  |  |  |  |
| 20 |  | Estes | Marcus |  |  |  |  |



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 21 | | Evans | Ester | | | | |
| 22 | | Evans | Lutrina | | | | |
| 23 | | Fetterhoff | Carol-Lynn | | | | |
| 24 | | Frank | Latricia | | | | |
| 25 | | Garay | Gilberto | | | | |
| 26 | | Gauci | Joseph II | | | | |
| 27 | | Gauci | Joseph V | | | | |
| 28 | | Gauci | Karen | | | | |
| 29 | | Gibson | Leonard | | | | |
| 30 | | Gonzalez | Pedro | | | | |
| 31 | | Green | Chris | | | | |
| 32 | | Hall | Michelle | | | | |
| 33 | | Hall | Tony | | | | |
| 34 | | Hanes | Lana | | | | |
| 35 | | Hay | Katherine | | | | |
| 36 | | Henderson | Dominique | | | | |
| 37 | | Herrera | Bryant | | | | |
| 38 | | Hinnen | Joseph | | | | |
| 39 | | Hogan | David | | | | |
| 40 | | Holcomb | Joshua | | | | |



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 41 | | Holmes | Kelton | | | | |
| 42 | | Hurley | Eric | | | | |
| 43 | | Jackson | Jeff | | | | |
| 44 | | James | Reginald | | | | |
| 45 | | Jewel | Anthony | | | | |
| 46 | | Kelly | Donald | | | | |
| 47 | | Kleibacker | Lu-Ann | | | | |
| 48 | | Ladner | Reginald | | | | |
| 49 | | Langham | Lauda | | | | |
| 50 | | Litzinger | David | | | | |
| 51 | | Livingston | Hubert | | | | |
| 52 | | Lohrengel | Christopher | | | | |
| 53 | | Malone | Derrick | | | | |
| 54 | | Matturri | Ouida | | | | |
| 55 | | McBride | Courtney | | | | |
| 56 | | McBride | Patrick | | | | |
| 57 | | McCray | Galen | | | | |
| 58 | | McDow | William | | | | |
| 59 | | Miller | Larry | | | | |
| 60 | | Mogan | Darrell | | | | |



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 61 | | Moore | Betty | | | | |
| 62 | | Morgan | Delores | | | | |
| 63 | | Morgan | Loretta | | | | |
| 64 | | Morgan | Tiffany | | | | |
| 65 | | Nelson | James | | | | |
| 66 | | Nelson | Tamara | | | | |
| 67 | | O'Toole | Jarrod | | | | |
| 68 | | Parker | Derrick | | | | |
| 69 | | Paxson | Frederick | | | | |
| 70 | | Pham | Minh | | | | |
| 71 | | Pham | Susie | | | | |
| 72 | | Pough | Ervin | | | | |
| 73 | | Randall | Roger | | | | |
| 74 | | Reeves | Brandon | | | | |
| 75 | | Regan | Patti | | | | |
| 76 | | Rice | Shanette | | | | |
| 77 | | Rigby | Randolph | | | | |
| 78 | | Robinson | Nate | | | | |
| 79 | | Saylors | Bill | | | | |
| 80 | | Slattery | John | | | | |



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 81 | | Smith | Claud | | | | |
| 82 | | Sparkman | Albert | | | | |
| 83 | | Sparkman | Cynthia | | | | |
| 84 | | Sparkman | Herman | | | | |
| 85 | | Stubbs | Jesse | | | | |
| 86 | | Summers | Sandra | | | | |
| 87 | | Thaxton | Robert | | | | |
| 88 | | Thomas | Jerry | | | | |
| 89 | | Ussery | Verne | | | | |
| 90 | | Vega | Nelson | | | | |
| 91 | | Viviano | Donald | | | | |
| 92 | | Waddell | Lance | | | | |
| 93 | | Wallace | Guy | | | | |
| 94 | | Ward | Michael | | | | |
| 95 | | White | James | | | | |
| 96 | | White | Tyevessel | | | | |
| 97 | | Williams | James | | | | |
| 98 | | Williams | Tabisha | | | | |
| 99 | | Wood | Earl | | | | |
| 100 | | Wood | Monica | | | | |



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|------|-----------|------------|-----|---------|----------------------------|------------------|
| 101 | | Woodside | Jerrie | | | | |
| 102 | | Zdaniewicz | Valerie | | | | |