

**EXHIBIT C - REDACTED**

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 1 | | Brewer | Bill | | | | |
| 2 | | Brown | Susan | | | | |
| 3 | | Cave | David | | | | |
| 4 | | Chisholm | Alford | | | | |
| 5 | | Cleeton | Dean | | | | |
| 6 | | Cline | Raymond | | | | |
| 7 | | Cochran | Brant | | | | |
| 8 | | Collier | Anthony | | | | |
| 9 | | Cook | Christopher | | | | |
| 10 | | Cortes | Fabian | | | | |
| 11 | | Endsley | Tonny | | | | |
| 12 | | Evans | Ester | | | | |
| 13 | | Gibson | Leonard | | | | |
| 14 | | Gonzalez | Pedro | | | | |
| 15 | | Hall | Michelle | | | | |
| 16 | | Hinnen | Joseph | | | | |
| 17 | | Holcomb | Joshua | | | | |
| 18 | | Hurley | Eric | | | | |
| 19 | | Jackson | Jeff | | | | |
| 20 | | Jewel | Anthony | | | | |



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 21 | | Livingston | Hubert | | | | |
| 22 | | Malone | Derrick | | | | |
| 23 | | McBride | Patrick | | | | |
| 24 | | Miller | Larry | | | | |
| 25 | | Mogan | Darrell | | | | |
| 26 | | Morgan | Delores | | | | |
| 27 | | Morgan | Loretta | | | | |
| 28 | | Morgan | Tiffany | | | | |
| 29 | | O'Toole | Jarrod | | | | |
| 30 | | Parker | Derrick | | | | |
| 31 | | Reeves | Brandon | | | | |
| 32 | | Rigby | Randolph | | | | |
| 33 | | Robinson | Nate | | | | |
| 34 | | Saylors | Bill | | | | |
| 35 | | Sparkman | Albert | | | | |
| 36 | | Sparkman | Cynthia | | | | |
| 37 | | Sparkman | Herman | | | | |
| 38 | | Thaxton | Robert | | | | |
| 39 | | Viviano | Donald | | | | |
| 40 | | Waddell | Lance | | | | |



| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 41 | | Wood | Earl | | | | |
| 42 | | Wood | Monica | | | | |
| 43 | | Woodside | Jerrie | | | | |
| 44 | | Herrera | Bryant | | | | |
| 45 | | Vega | Nelson | | | | |
| 46 | | Brock | Delays | | | | |
| 47 | | Evans | Lutrina | | | | |
| 48 | | Henderson | Dominique | | | | |
| 49 | | Ladner | Reginald | | | | |
| 50 | | Matturri | Ouida | | | | |
| 51 | | Moore | Betty | | | | |
| 52 | | Paxson | Frederick | | | | |
| 53 | | Pham | Susie | | | | |
| 54 | | Regan | Patti | | | | |
| 55 | | Rice | Shanette | | | | |
| 56 | | Smith | Claud | | | | |
| 57 | | Thomas | Jerry | | | | |
| 58 | | Garay | Gilberto | | | | |
| 59 | | Hogan | David | | | | |