

EXHIBIT D - REDACTED

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 1 | | Gauci | Joseph II | | | | |
| 2 | | Gauci | Joseph V. | | | | |
| 3 | | Gauci | Karen | | | | |
| 4 | | McDow | William | | | | |
| 5 | | Pham | Minh | | | | |
| 6 | | Campbell | Keenan | | | | |
| 7 | | Castillo | Ricardo | | | | |
| 8 | | Chatman | Michael | | | | |
| 9 | | Cobb | Carlton | | | | |
| 10 | | Frank | Latricia | | | | |
| 11 | | Hall | Tony | | | | |
| 12 | | Hanes | Lana | | | | |
| 13 | | Hay | Katherine | | | | |
| 14 | | James | Reginald | | | | |
| 15 | | Kelly | Donald | | | | |
| 16 | | Litzinger | David | | | | |
| 17 | | McCray | Galen | | | | |
| 18 | | Randall | Roger | | | | |
| 19 | | Slattery | John | | | | |



| #  | SPC# | Last Name  | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|----|------|------------|------------|-----|---------|-----------------------------|------------------|
| 20 |      | Ussery     | Verne      |     |         |                             |                  |
| 21 |      | White      | Tyevessel  |     |         |                             |                  |
| 22 |      | Williams   | Tabisha    |     |         |                             |                  |
| 23 |      | Zdaniewicz | Valerie    |     |         |                             |                  |