

**DEEPWATER HORIZON**
MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

EXHIBIT E - REDACTED

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID | Postmark Date |
|---|------|-----------|------------|-----|---------|------------------------------|-------------------|---------------|
| 1 | | Coffman | Larry | | | | | 11/02/12 |
| 2 | | Dutton | Jason | | | | | 11/02/12 |
| 3 | | Estes | Marcus | | | | | 11/02/12 |
| 4 | | Fetterhoff | Carol-Lynn | | | | | 11/02/12 |
| 5 | | Kleibacker | Lu-Ann | | | | | 11/06/12 |
| 6 | | Langham | Lauda | | | | | 11/02/12 |
| 7 | | McBride | Courtney | | | | | 11/03/12 |
| 8 | | Nelson | James | | | | | 11/05/12 |
| 9 | | Nelson | Tamara | | | | | 11/05/12 |
| 10 | | White | James | | | | | 11/06/12 |