

**EXHIBIT F - REDACTED**

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|------|-----------|------------|-----|---------|------------------------------|------------------|
| 1 | | Holmes | Kelton | | | | |
| 2 | | Lohrengel | Christopher | | | | |
| 3 | | Summers | Sandra | | | | |
| 4 | | Ward | Michael | | | | |
| 5 | | Williams | James | | | | |