

**EXHIBIT G - REDACTED**

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 1 | | Green | Chris | | | | |
| 2 | | Pough | Ervin | | | | |
| 3 | | Stubbs | Jesse | | | | |
| 4 | | Wallace | Guy | | | | |