

**EXHIBIT I - REDACTED**

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 1 |  | A. | B. |  |  |  |  |  |
| 2 |  | Barta | Michael |  |  |  |  |  |
| 3 |  | Burkeen | Aaron |  |  |  |  |  |
| 4 |  | D. | G. |  |  |  |  |  |
| 5 |  | F. | P. |  |  |  |  |  |
| 6 |  | S. | K. |  |  |  |  |  |
| 7 |  | Trahan | Buddy Joseph |  |  |  |  |  |