

**EXHIBIT J - REDACTED**

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|------|-----------|------------|-----|---------|------------------------------|------------------|
| 1 |      | Parizo    | Robert     |     |         |                              |                  |