

EXHIBIT L - REDACTED

| # | SPC# | Last Name | First Name | DOB | Address | Represented by an Attorney? | GCCF Claimant ID |
|---|---|---|---|---|---|---|---|
| 1 | | Aguinaga | Stephane | | | | |
| 2 | | Aguinaga | Steven | | | | |
| 3 | | Baird | Bryan | | | | |
| 4 | | Boatright | Michael | | | | |
| 5 | | Boyles | Patricia | | | | |
| 6 | | Burkeen | Rhonda | | | | |
| 7 | | Danos | Janice | | | | |
| 8 | | Danos | Richard | | | | |
| 9 | | E. | A. | | | | |
| 10 | | Elrod | Jarod | | | | |
| 11 | | Estler | Angela | | | | |
| 12 | | Flair | Kimberly | | | | |
| 13 | | Hill | Robyn | | | | |
| 14 | | Johnson | Elton | | | | |
| 15 | | Kappler | Rachel | | | | |
| 16 | | Knoch, Jr. | Richard | | | | |
| 17 | | Kolian | Steve | | | | |
| 18 | | Landrieu | David | | | | |
| 19 | | Martin | Jennifer | | | | |
| 20 | | Myles | Donna | | | | |
| 21 | | Myles | Russell | | | | |
| 22 | | Payne | Joseph | | | | |
| 23 | | Petty | Alonzo | | | | |
| 24 | | Rye | Patricia | | | | |
| 25 | | S. | K. | | | | |
| 26 | | Snow | Dwight | | | | |
| 27 | | Tickell | Rebecca | | | | |
| 28 | | Vaughan | Rochelle | | | | |
| 29 | | Walker | Allen | | | | |
| 30 | | Walker | Roxanne | | | | |