IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All Cases* | * * | Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal an unredacted version of its reply memorandum in support of its motion for adverse inferences based on assertions of the Fifth Amendment:

IT IS ORDERED that the Motion is GRANTED and that an unredacted version of its Reply Memorandum will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this ___ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE