# EXHIBIT 1

| Rec. Doc. # (Docket 10-7777) | # of Objectors | Names | Counsel |
|---|---|---|---|
| 41 | 1 | 1.  Boggs, Charles A. | Unrepresented |
| 51 | 1 | 1.  Bartlette, Ilease | Unrepresented |
| 57 | 1 | 1.  Machuca, Albio Luis | Unrepresented |
| 61 | 1 | 1.  Sims, Jason B. | Unrepresented |
| 92 | 74 | 1.  Abreu, Reynaldo;<br>2.  Aparecio, Adonay;<br>3.  Arbaiza, Ana;<br>4.  Arbaysa, Brenda;<br>5.  Arellano, Miguel;<br>6.  Auceda, Martha;<br>7.  Ayala, Ramon;<br>8.  Ayestas, Wuilen;<br>9.  Balmaceda, Jose;<br>10. Balmaceda, Norbelis Ramirez;<br>11. Benites, Noel;<br>12. Bueno, Luis;<br>13. Bulte, Rigoberto "Tronco";<br>14. Cabacungan, Rubin;<br>15. Castro, Ariel;<br>16. Castro, Carmen;<br>17. Cordero, Dania;<br>18. Cortes, Fabian;<br>19. Diaz, Rigoberto;<br>20. Fabre, Felipe;<br>21. Flores Montalvan, Carlos;<br>22. Garcia, Jose Alcala;<br>23. Garcia-Chicano, Daschielle;<br>24. Godoy, Berta;<br>25. Godoy, Jose;<br>26. Gonzalez, Emil Pardo;<br>27. Gonzalez, Juan A.;<br>28. Gonzalez, Pedro Pablo;<br>29. Gonzalez, Richard;<br>30. Gremon, Angel Luis;<br>31. Hernandez, Leandro;<br>32. Herrera, Bryant;<br>33. Huervo, Alfredo;<br>34. Huervo, Juan;<br>35. Jimenez, Heron; | The Sterbcow Law Group;<br>Melancon & Rimes;<br>The Downs Law Group, P.A. |

| | | | |
|---|---|---|---|
| | | 36. Leyva, Orlando Gomez;<br>37. Lezanna Cortes, Segundo;<br>38. Llorens, Maura;<br>39. Lopez, Blanca Aracely;<br>40. Lopez, Stephanie;<br>41. Lugo, Ernesto Maya;<br>42. Machet, Carlos;<br>43. Martinez, Belkys;<br>44. Martinez, Jr., Guillermo Reyes;<br>45. Martinez, Sr., Guillermo;<br>46. Martinez, Lucio;<br>47. Mejia, Jose Raul;<br>48. Morales, Pedro;<br>49. Orozco, William;<br>50. Paloblanco, Uriel;<br>51. Perez, Ruben Alfredo;<br>52. Pupo, Jose Antonio;<br>53. Quintana, Alejandro;<br>54. Ramirez, Geovanis Cesar;<br>55. Restrepo Herrera, Jaime Andres;<br>56. Restrepo, Jaime O.;<br>57. Rivas, Denis R.;<br>58. Rodriguez, Armando;<br>59. Rodriguez, Gloria Elizabeth;<br>60. Romero, Leonardo;<br>61. Rosario, Rafael;<br>62. Salamanca, Remberto Omar;<br>63. Salgado, Enrique;<br>64. Sanchez, Nabor;<br>65. Socarras, Angelo;<br>66. Tamayo, Arnaldo;<br>67. Thaureaux Llorens, Yenileis;<br>68. Urroz, Rafael;<br>69. Vega, Nelson;<br>70. Vega-Sosa, Minaldo;<br>71. Velasquez, Norman;<br>72. Vido, Francisco;<br>73. Vila, Andres; and<br>74. Vital, Samuel. | |
| 124[1] | 4 | 1.  Forsythe, Susan B.;<br>2.  Kirby, IV, James H.;<br>3.  Sturdivant, Michael Bradley; and<br>4.  Sturdivant, Patricia Dayton. | Law Offices of Darrell Palmer, P.C. |

[1] A duplicate copy of this objection was docketed at Rec. Doc. 213.

| 130 | 1 | 1. Brown, Lance Clay | Unrepresented |
|---|---|---|---|
| 158 | 10 | 1. Breedlove, Linda;<br>2. Cooler, Sassy;<br>3. Elder, Sandra;<br>4. Fountain, Jerry;<br>5. Hall, Jr., David J.;<br>6. Heard, Demetrius;<br>7. Kirkland, Frank;<br>8. McCaffery, Linda Mary;<br>9. Ruiz, Luis A. Olivencia; and<br>10. Williams, Gerald. | Frank D'Amico, Jr.;<br>Lindsay & Andrews, P.A. |
| 160 | 1 | 1. Hall, George R. | Unrepresented |
| 180 | 2 | 1. Coco, Malcolm; and<br>2. Elrod, Jarrod Shane. | Becnel Law Firm, LLC |
| 182 | 1 | 1. Llewallen, Kevin Scott | Unrepresented |
| 185 | 8 | 1. Bengson, Joshua Allen;<br>2. Crowder, Michael L.;<br>3. Marler, Gregory Lee;<br>4. Norwood, Austin;<br>5. Norwood, Margaret;<br>6. Taylor, Mary S.;<br>7. Taylor, Robert V.; and<br>8. Yerkes, III, Joseph E. | Smith Stag, L.L.C.;<br>Krupnick, Campbell, Malone,<br>Buser, Slama, Hancock,<br>Liberman & McKee P.A. |
| 202 | 37 | 1. Aguinaga, Stephane;<br>2. Aguinaga, Steven;<br>3. Baird, Bryan;<br>4. Boatright, Michael;<br>5. Boyles, Patricia;<br>6. Danos, Janice;<br>7. Danos, Jorey;<br>8. Danos, Richard;<br>9. Green, Christopher;<br>10. Hatcher, Daniel;<br>11. Hill, Robyn;<br>12. Howell, Frank Morris;<br>13. Kolian, Stephan R.;<br>14. Landrieu, David;<br>15. Landrieu, Kimberly Flair;<br>16. Maneen, Rachel;<br>17. Martin, Chris Albert;<br>18. Martin, Jennifer;<br>19. Maurras, Douglas John;<br>20. Morgan, James;<br>21. Richoux, Denise;<br>22. Rye, Patricia Marie; | Smith Stag, L.L.C.;<br>Krupnick, Campbell, Malone,<br>Buser, Slama, Hancock,<br>Liberman & McKee P.A. |

| | | 23. Schexnayder, Gary;<br>24. S., Ka. (minor);<br>25. S., Ke. (minor);<br>26. Shearon, Jr., Ronald Franklin;<br>27. Tickell, Rebecca Harrell;<br>28. Turner, Gregory Scott;<br>29. Vaughan, Jeffrey R.;<br>30. Vaughan, Rochelle;<br>31. Walker, Allen;<br>32. Walker, Roxanne;<br>33. W., G. (minor);<br>34. Wynne, Gregory;<br>35. W., M. (minor);<br>36. Wynne, Monette; and<br>37. W., R. (minor). | |
|---|---|---|---|
| 203 | 1 | 1. Canipe, Matthew Judson | Unrepresented |
| 205 | 1 | 1. McLane, Timothy Patrick | Unrepresented |
| 208 | 2 | 1. Booker, Carolyn; and<br>2. Coleman, Zena | Nexsen Pruet, LLC;<br>Douglas M. Schmidt, APLC |
| 236 | 1 | 1. Lucas, Deborah | Unrepresented |
| 243 | 1 | 1. Adams, Barbara | Unrepresented |
| 250 | 1 | 1. Chagares, Stella | Unrepresented |
| | 1 | 1. Porter, Gerald | Unrepresented |

# EXHIBIT 2

| Objector Name | Attorney | Rec. Doc. Number (Docket 10-7777) | Reason(s) Objector Appears Not to be a Class Member |
|---|---|---|---|
| Boggs, Charles Archibald | Boggs, Loehn & Rodrigue | Rec. Doc. 41 | Opt Out (signed Aug. 14, 2012); no address provided in Zone B; no proof he is a Clean-Up Worker |
| Coco, Malcolm | Becnel Law Firm, LLC | Rec. Doc. 180 | Opt Out (fax transmittal dated Oct. 10, 2012); no address provided in Zone A or B |
| Elrod, Jared Shane | Becnel Law Firm, LLC | Rec. Doc. 180 | Opt Out (fax transmittal dated Oct. 10, 2012); claims in objection not to be a class member; provided multiple addresses, of which none was in Zone B and the two addresses that were in Zone A only document stays less than 2 weeks; no proof he is a Clean-Up Worker |
| Bengson, Joshua Allen | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Aug. 8, 2012); no address provided in Zone A or Zone B |
| Marler, Gregory | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Oct. 24, 2012; fax transmittal dated Oct. 24, 2012); no address provided in Zone A or B |
| Norwood, Austin | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Aug. 29, 2012); no address provided in Zone A or B |
| Taylor, Sr., Robert Vaughan | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Aug. 6, 2012); no address provided in Zone A or B |
| Yerkes, III, Joseph E. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Opt Out (signed Aug. 22, 2012); no address provided in Zone A or B |
| Aguinaga, Stephane | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 15, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |

| Aguinaga, Steven Ray | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 15, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
|---|---|---|---|
| Baird, Bryan Joshua | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 18, 2012; fax transmittal dated Oct. 29, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Boatright, Michael E. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 25, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Boyles, Patricia Diane | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 30, 2012; received by Smith Stag on Sep. 6, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Danos, Janice Marie | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 12, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Danos, Jorey Tristan | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 22, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |
| Danos, Richard Thomas | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Hatcher, Danny Veryle | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |

| Hill, Robyn | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 18, 2012; fax transmittal dated Oct. 29, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is was a Clean-Up Worker |
|---|---|---|---|
| Howell, Frank Morris | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B |
| Kolian, Stephan Richard | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 11, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Landrieu, David Joseph | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Landrieu, Kimberly Ann Flair | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Maneen, Rachel Renee | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Martin, Chris Albert | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signature date cannot be read on opt out; received by Smith Stag on Aug. 15, 2012); no address provided in Zone B; no proof that he is a Clean-Up Worker; address provided in Zone A but not asserting a Specified Physical Condition |

| | | | |
|---|---|---|---|
| Martin, Jennifer | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012; received by Smith Stag on Oct. 15, 2012); claims in objection not to be a class member; no address provided in Zone B; no proof she is a Clean-Up Worker; address provided in Zone A but not asserting a Specified Physical Condition |
| Maurras, Douglas J. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 5, 2012); no address provided in Zone B |
| Morgan, James L. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012; fax transmittal dated Aug. 25, 2012); no address provided in Zone A or B |
| Richoux, Denise Malcombe | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 24, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
| Rye, Patricia Maria | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Schexnayder, Gary Lane | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 10, 2012); no address provided in Zone A or B |
| S., Ka. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| S., Ke. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Shearon, Jr., Ronald Franklin | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 23, 2012; received by Smith Stag on Aug. 24, 2012); no address provided in Zone A or B |

| Tickell, Rebecca Harrell | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 22, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
|---|---|---|---|
| Turner, Gregory Scott | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 27, 2012); no address provided in Zone A or B |
| Vaughan, Jeff R. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 25, 2012; received by Smith Stag on Aug. 31, 2012); no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Vaughan, Rochelle | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 22, 2012; received by Smith Stag on Oct. 24, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Walker, Allen Eugene | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Aug. 10, 2012); claims in objection not to be a class member; no address provided in Zone A or B; |
| Walker, Roxanne A. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 16, 2012); claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| W., G. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
| Wynne, Gregory | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof he is a Clean-Up Worker |
| W., M. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |

| Wynne, Monette Renee | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
|---|---|---|---|
| W., R. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 202 | Opt Out (signed Oct. 4, 2012; fax transmittal dated Oct. 18, 2012); no address provided in Zone B; no proof she is a Clean-Up Worker |
| Booker, Carolyn | Nexsen Pruet, LLC / Douglas Schmidt, APLC | Rec. Doc. 208 | Opt Out (signed July 9, 2012); no address provided in Zone A or B |
| Adams, Barbara L. | Pro Se | Rec. Doc. 243 | Opt-Out (postmarked Aug. 14, 2012); no address provided in Zone A or B |

# EXHIBIT 3

| Objector Name | Attorney | Rec. Doc. Number (Docket 10-7777) | Reason(s) Objector Appears Not to be a Class Member |
|---|---|---|---|
| Bartlette, Ilease | Pro se | Rec. Doc. 51 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Salgado, Enrique | The Sterbcow Law Group, LLC / Melancon \| Rimes, LLC | Rec. Doc. 92 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |
| McCaffery, Linda Mary | Frank J. D'Amico, Jr. APLC / Lindsay & Andrews, P.A. | Rec. Doc. 158 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Llewallen, Kevin Scott | Pro Se | Rec. Doc. 182 | Provided multiple addresses in objection, of which none were in Zone B and only one in Zone A, but that was only during Nov. 2011 - Jan. 2012; no address provided in Zone B; no proof he is a Clean-Up Worker |
| Norwood, Margaret | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Taylor, Mary S. | Smith Stag, L.L.C. / Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. | Rec. Doc. 185 | Claims in objection not to be a class member; no address provided in Zone A or B; no proof she is a Clean-Up Worker |
| Canipe, Matthew Judson | Pro se | Rec. Doc. 203 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |
| McLane, Timothy Patrick | Pro se | Rec. Doc. 205 | No address provided in Zone A or B; no proof he is a Clean-Up Worker |
| Lucas, Deborah | Pro se | Rec. Doc. 236 | No address provided in Zone A or B; no proof she is a Clean-Up Worker |

# EXHIBIT 4

## MILAM & MILAM, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW

| | | | |
|---|---|---|---|
| ADAM M. MILAM* | 104-A S. SECTION STREET | POST OFFICE BOX 1454 | PHONE (251) 928-0191 |
| SHELLEY HOWTON MILAM | FAIRHOPE, ALABAMA 36532 | FAIRHOPE, ALABAMA 36533 | FAX (251) 928-0193 |
| MATTHEW S. BROWN* | | | WWW.MILAM-LAW.COM |
| * ALSO ADMITTED IN FLORIDA | | | |

October 25, 2012

RE:     Deepwater Horizon Medical Benefits Settlement
        **NOVEMBER 1, 2012 - OPT OUT DEADLINE**

You are receiving this letter because our firm is or has represented you in connection with your BP claim(s) and we believe you should be considered a "Class Member" as described below.

The Medical Benefits Settlement offers benefits to qualifying people who resided in the U.S. as of April 16, 2012, who were either Deepwater Horizon oil spill Clean-Up Workers or who were residents in certain defined beachfront areas and wetlands ("Zones") during certain time periods in 2010.  If you are included in the Medical Benefits Settlement as a "Class Member", your legal rights are affected whether you act or not.

November 1, 2012 is the Opt Out deadline. You must make a decision by this date as to whether or not you want to participate in the Medical Benefits Settlement. My recommendation to individuals that currently have no medical issues and symptoms and have good health insurance coverage is that you **NEED TO** Opt Out. By Opting Out you are protecting your right to file suit against BP in the future seeking punitive damages should a medical condition arise. Your failure to Opt Out by November 1, 2012 will prevent you from ever being able to file a lawsuit against BP seeking punitive damages should you do develop any medical conditions in the future. If you choose to Opt Out of the Medical Class, you will not be able to make a claim to receive payment for a Specified Physical Condition or participate in the Periodic Medical Consultation Program.

I recommend  individuals that have no health insurance coverage **DO NOT** Opt Out as you will be provided with Periodic Medical Consultation through the program. You will however lose your right to file suit against BP seeking punitive damages.

If you choose to Opt Out, you must complete the attached Medical Opt Out Election Form and mail the **original signed** document,  along with a copy of your driver's license or other government-issued identification to the following address:

> Deepwater Horizon Medical Benefits Settlement Opt Outs
> 935 Gravier Street, Suite 1400
> New Orleans, LA 70112

Your written request to Opt Out must be postmarked by **November 1, 2012**. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Adam M. Milam

AMM/cwk
Enclosures

# EXHIBIT 5

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

October 31, 2012

**Via Certified Mail:**
Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

RE:      **OPT OUT LETTER DUE BY NOVEMBER 1, 2012 TO COURT**

         **Claimant ID:**

To whom it may concern,

Enclosed please find a signed opt out letter from the above referenced claimant. Claimant wishes to be **excluded** from the Medical Class for MDL 2179 pending in the United States District Court for the Eastern District of Louisiana.

Should you have any questions, please do not hesitate to contact the firm.

Sincerely,

*Caroline Adams*

Caroline E. Adams

CEA/mg
Enclosure
9066

---

1910 Ice & Cold Storage Building
104 21ˢᵗ Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

September 19, 2012

**VIA U.S. AND CERTIFIED MAIL**

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

### RE: OPT OUT LETTER DUE BY NOVEMBER 1, 2012 TO COURT

Dear Deepwater Horizon Court-Supervised Settlement Program:

    I wish to be **excluded** from the Economic Class for MDL 2179 pending in the United States District Court for the Eastern District of Louisiana.

    This request is made by the following:

Full Legal Name (Business or Individual): ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Authorized Representative (For Businesses Only): _____

EIN or Social Security Number: ▮▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Phone Number: ▮▮▮▮▮▮▮▮

Birth Date (Individuals Only): ▮▮▮▮▮▮

Driver's License (Individuals Only): ▮▮▮▮▮▮

Sincerely,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Printed Name: ▮▮▮▮▮▮▮▮▮▮▮▮

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only





# BRENT COON & ASSOCIATES

215 Orleans • Beaumont, TX 77701 • 409.835.2666 • 409.833.4483 Facsimile

November 1, 2012

Deepwater Horizon Medical Benefits
Settlement Opts Outs
935 Gravier St., Ste. 1400
New Orleans, LA 70112

RE:   IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF
       MEXICO ON APRIL 20, 2010; MDL 2179
       OPT OUT FORMS – BRENT COON & ASSOCIATES

Dear Sirs/Madam:

Enclosed please find Brent Coon & Associates Personal Injury Claimants Opt Out forms along with a list of their names and last four digits of their Social Security numbers.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Brent W. Coon

BWC/bk
Enclosures

Beaumont, TX · Houston, TX · San Francisco, CA

Baton Rouge, LA · Cleveland, OH · Philadelphia, PA

DEEPWATER HORIZON COURT-SUPERVISED SETTLEMENT PROGRAM
EXCLUSIONS DEPARTMENT
P O BOX 222
HAMMOND LA 70404-0222

RE:    OPT OUT OF DEEPWATER HORIZON CLASS ACTION SETTLEMENT

To Whom It May Concern:

"I wish to be excluded from the Economic Class."

Name: _____

Business Name (If applicable): _____

Address: _____

_____

Phone Number: _____

Claimant ID Number(s): _____

Social Security Number: _____

Signat___ _____

Date _____

Attorney Representation: _____

BRENT COON & ASSOCIATES
215 ORLEANS
BEAUMONT TX 77701

082708_EM_EP13F OCT 2008

# EXTREMELY URGENT

Please Rush To Addressee

Schedule package pickup right from your
home or office at usps.com/pickup

Print postage online - Go to usps.com/postage

PLEASE PRESS FIRMLY

## EXPRESS MAIL

UNITED STATES POSTAL SERVICE

PRESS HARD. *YOU ARE MAKING 3 COPIES.*

FROM: (PLEASE PRINT)

PHONE (   )

RECEIVED
NOV 02 2012

FOR PICKUP OR TRACKING
Visit **WWW.USPS.COM**
Call 1-800-222-1811

## Flat Rate Mailing Envelope

*For Domestic and International Use*

Visit us at usps.com

## EXPRESS MAIL

UNITED STATES POSTAL SERVICE

Post Office To Addressee

CUSTOMER USE ONLY

NO DELIVERY
Weekend   Holiday

TO: (PLEASE PRINT)

PHONE (   )

Addressee Copy
Label H-B, March 2004

PLEASE PRESS FIRMLY

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

U.S. POSTAGE
PAID
BEAUMONT, TX
NOV 2, 12
AMOUNT
$18.95
00025855-08

Please recycle.

USPS packaging products have been
awarded Cradle to Cradle Certification
for their ecologically-intelligent design.
For more information go to
mbdc.com/usps



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments.