UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| Relates to:  *All Cases* | § § § § | MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS AMENDED MOTION FOR ADVERSE INFERENCES BASED ON ASSERTIONS OF THE FIFTH AMENDMENT**

Defendant Halliburton Energy Services, Inc. ("HESI") files this *Ex Parte* Motion For Leave to File its Reply Memorandum in Support of its Amended Motion for Adverse Inferences Based on Assertions of the Fifth Amendment and respectfully shows as follows:

1. On October 12, 2012, HESI filed its Amended Motion for Adverse Inferences Based on Assertions of the Fifth Amendment. (Dkt. No. 7644). In response, the Transocean and BP Parties filed Opposition Memoranda. *See* (Dkt. No. 7844)(Transocean Parties); *see also* (Dkt. No. 7879)(BP Parties).

2. The Court contemplated that the parties would file replies to any oppositions. *See e.g.*, (Dkt. No. 7937 at p. 2)(requiring parties to file replies by November 21, 2012). Thus, in accordance with the Court's prior Order, HESI seeks leave to file the attached Reply to the Transocean and BP Parties' Oppositions. *See* (Exhibit A).

**CONCLUSION**

For these reasons, Defendant Halliburton Energy Services, Inc., respectfully requests the Court to grant it leave to file its Reply Memorandum in Support of its Amended Motion for

Adverse Inferences Based on Assertions of the Fifth Amendment, and for such other and further relief the Court may deem it justly entitled.

Respectfully submitted,

**GODWIN LEWIS PC**

**By:**  /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No.  24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services Inc.'s *Ex Parte* Motion for Leave to File Its Reply Memorandum in Support of Its Amended Motion for Adverse Inferences Based on Assertions of the Fifth Amendment has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 21st day of November, 2012.

                                                  /s/ Donald E. Godwin
                                                Donald E. Godwin