UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Relates to:  *All Cases* | § § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S** *EX PARTE* **MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS AMENDED MOTION FOR ADVERSE INFERENCES BASED ON ASSERTIONS OF THE FIFTH AMENDMENT**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s *Ex Parte* Motion For Leave to File its Reply Memorandum in Support of its Amended Motion for Adverse Inferences Based on Assertions of the Fifth Amendment.  The Court, after reviewing the Motion, finds that good cause has been shown, and that Defendant's Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Defendant is permitted to file its Reply Memorandum in Support of its Amended Motion for Adverse Inferences Based on Assertions of the Fifth Amendment, attached to its Motion as Exhibit A.

SIGNED on the ____ day of _____, 2012.

_____
JUDGE PRESIDING