# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * | |
| | * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| Plaintiffs, | * * * | |
| | * | Honorable CARL J. BARBIER |
| v. | * * | |
| | * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * | |
| | * * | |
| Defendants. | * | |

## CLASS COUNSEL AND BP DEFENDANTS' MOTION TO WITHDRAW RECORD DOCUMENT NO. 7996 AND SUBSTITUTE REPORT AND SIX EXHIBITS

BP and Class Counsel respectfully request that Record Doc. No. 7996 (Report on

Economic and Property Loss Settlement Objections and Opt-Outs and six exhibits thereto),

which was sealed on November 21, 2012, be stricken from the record and that the documents

attached to this Motion as Exhibit A (Report on Economic and Property Loss Settlement

Objections and Opt-Outs) and Exhibits B, C, D, E, F, and G (six exhibits to the Report) be filed

into the record to substitute for the stricken material.  The reason for this motion is that some

personal information was inadvertently included in one of the exhibits and this error is rectified

by this substitute filing.

A proposed order accompanies this request.


November 23, 2012                                              Respectfully submitted,


  /s/ Stephen J. Herman                                          /s/ James Parkerson Roy


Stephen J. Herman, La. Bar No. 23129          James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR          DOMENGEAUX WRIGHT ROY & EDWARDS
LLP                                                                   LLC
820 O'Keefe Avenue                                     556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                      Lafayette, Louisiana 70501
Telephone: (504) 581-4892                          Telephone: (337) 233-3033
Fax No. (504) 569-6024                               Fax No. (337) 233-2796


Lead Economic and Property Damages          Lead Economic and Property Damages
Class Counsel                                             Class Counsel

### ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL
_____


Joseph F. Rice                                              Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                                      WILLIAMS LAW GROUP
28 Bridgeside Blvd.                                       435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                           Maison Grand Caillou
Office:  (843) 216-9159                               Houma, LA 70360
Telefax: (843) 216-9290                             Office:  (985) 876-7595
                                                                  Telefax: (985) 876-7594


Brian H. Barr                                               Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,              WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA    700 Broadway
316 South Baylen St., Suite 600                    New York, NY  10003
Pensacola, FL 32502-5996                           Office:  (212) 558-5802
Office:  (850) 435-7045                               Telefax: (212) 344-5461
Telefax: (850) 436-6187


Jeffrey A. Breit                                            Rhon E. Jones
BREIT DRESCHER IMPREVENTO &         BEASLEY, ALLEN, CROW, METHVIN,

WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON

PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

3

255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

| | |
|---|---|
| James J. Neath | */s/ Richard C. Godfrey, P.C* |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX  77079 | Andrew B. Bloomer, P.C. |
| Telephone:  (281) 366-2000 | Timothy A. Duffy, P.C. |
| Telefax:  (312) 862-2200 | R. Chris Heck |
| | Christopher J. Esbrook |
| Daniel A. Cantor | KIRKLAND & ELLIS LLP |
| Andrew T. Karron | 300 North LaSalle Street |
| Ellen K. Reisman | Chicago, IL 60654 |
| Matthew J. Douglas | Telephone:  (312) 862-2000 |
| ARNOLD & PORTER LLP | Telefax:  (312) 862-2200 |
| 555 Twelfth Street, NW | |
| Washington, DC 20004 | Jeffrey Bossert Clark |
| Telephone:  (202) 942-5000 | Steven A. Myers |
| Telefax:  (202) 942-5999 | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| Jeffrey Lennard | Washington, D.C. 20005 |
| Keith Moskowitz | Telephone:  (202) 879-5000 |
| SNR DENTON | Telefax:  (202) 879-5200 |
| 233 South Wacker Drive | |
| Suite 7800 | */s/ Don K. Haycraft* |
| Chicago, IL  60606 | Don K. Haycraft (Bar #14361) |
| Telephone:  (312) 876-8000 | R. Keith Jarrett (Bar #16984) |
| Telefax:  (312) 876-7934 | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| *OF COUNSEL* | New Orleans, Louisiana 70139 |
| | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone:  (202) 662-5985 |
| | Telefax:  (202) 662-6291 |

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.**
**AND BP AMERICA PRODUCTION COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of November, 2012.

/s/ Don K. Haycraft
Don K. Haycraft