IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * | |
| This document relates to all actions. | * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| | * * | |
| Plaintiffs, | * * | |
| | * | Honorable CARL J. BARBIER |
| v. | * * | |
| | * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | * | |

## ORDER

BP and Class Counsel request that Record Doc. No. 7996 (Report on Economic and Property Loss Settlement Objections and Opt-Outs and six exhibits thereto) be stricken from the record.  In addition, these parties request that the documents attached to their Motion as Exhibit A (Report on Economic and Property Loss Settlement Objections and Opt-Outs) and Exhibits B, C, D, E, F, and G (six exhibits to the Report) be filed into the record to substitute for the stricken material.  Given the reason stated for this motion,

IT IS HEREBY GRANTED.  The Clerk is instructed to file Exhibits A through G into the record as BP and Class Counsel's Report on Economic and Property Loss Settlement Objections and Opt-Outs and the six exhibits thereto.

New Orleans, Louisiana, this ___ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE