# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| **This document relates to all actions.** | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * | |

| | | |
|---|---|---|
| **Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated,** | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| **Plaintiffs,** | * * | |
| **v.** | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| **BP Exploration & Production Inc.; BP America Production Company; BP p.l.c.,** | * * * | |
| **Defendants.** | * | |

## DECLARATION OF JEFFREY W. HANHAN ON OBJECTOR ANALYSIS

I, JEFFREY W. HANHAN, hereby declare and state as follows:

  1. My name is Jeffrey W. Hanhan. I am over the age of twenty-one and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

  2. I am a manager in the Advisory Practice of KPMG LLP ("KPMG"), an audit, tax and advisory firm. I have eight years of experience. On June 3, 2010, BP retained KPMG to provide

2

seconded staff personnel to assist with their claims assessment process with respect to the *Deepwater Horizon* incident. KPMG seconded staff personnel work under the direction and supervision of BP. BP is responsible for communicating the tasks and requirements of the project to KPMG seconded personnel and is responsible for their work. I was assigned as seconded staff to the BP engagement described above on or about August 9, 2010.

3. The facts in this Declaration are based on information generated and provided to me for purposes of the work described above in the ordinary course of business by BP's information technology group who has a database that hosts data provided by the Gulf Coast Claims Facility ("GCCF") and the Court Supervised Settlement Program ("CSSP"). Further, I have utilized information provided to counsel for BP by the Garden City Group, a Claims Administration Vendor in the *Deepwater Horizon* Economic and Property Damages Settlement CSSP. The database includes data related to entities that have chosen to opt-out of the settlement.

4. The KPMG team was provided with the objection filings that list the unique claimants who are objectors to the Economic and Property Damages Class Action Settlement and the Medical Benefits Class Action Settlement, and from these exhibits, a list of individual objectors was created. Counsel for BP then separated and removed those objectors whose filings were related only to the Medical Benefits Class Action Settlement.

5. The objections filed in relation to the Economic and Property Damages Class Action Settlement contained identifiable attributes specific to unique claimants, including but not limited to, GCCF IDs, CSSP IDs, redacted Social Security and Employer Identification numbers, addresses, and telephone numbers. When available, GCCF and CSSP IDs were referenced against BP's internal databases to identify payments made to specific claimants. When IDs were not available, the other identifying characteristics set out above were utilized, with the assistance

of BP's information technology group, to identify additional GCCF and CSSP IDs that were then used to obtain payment information.

6. Using the Garden City Group's database, opt-out claimants were matched to objectors through similar techniques employed in the matching of GCCF and CSSP payment data. Specifically, Garden City Group's database includes, in some instances, GCCF and CSSP IDs, which were used to match objectors with opt-outs.

7. Exhibit B of the PSC and BP Defendants' Joint Report on Objections to and Opt-Outs from the *Deepwater Horizon* Economic and Property Damages Settlement is a report listing each individual objector to the Economic and Property Damages Class Action Settlement, along with the objector's objection filing number, any related filing numbers (if any), and objector attorney (if any). Various processes were employed to develop the list of unique objectors from which we based our analysis. First, BP's information technology group removed duplicative records when two or more lines of data were identical. Second, following the matching exercises that were performed as described in item five above, I removed records that contained duplicative GCCF/CSSP ID combinations.

8. Exhibit C is a report listing each individual objector represented by Brent Coon and Associates who has either signed a CSSP and/or GCCF release. This report was generated first by sorting for those objectors represented by Brent Coon and Associates and then by sorting for individuals who have either signed releases through the CSSP (based on receipt of final payment from the CSSP) and/or the GCCF (based on receipt of final payment from the GCCF).

9. Exhibit D is a report listing each individual objector represented by Farrell & Patel who has either registered with the CSSP and/or signed a GCCF release. This report was generated first by sorting for those objectors represented by Farrell & Patel and then by sorting for

4

individuals who either have CSSP registration numbers or signed releases through the GCCF (based on receipt of final payment from the GCCF).

10. Exhibit E is a report listing each individual objector represented by Smith Stag LLC who has either signed a CSSP and/or a GCCF release. This report was generated first by sorting for those objectors represented by Smith Stag LLC and then by sorting for individuals who have either signed releases through the CSSP (based on receipt of final payment from the CSSP) and/or the GCCF (based on receipt of final payment from the GCCF).

11. Exhibit F is a report listing each individual objector represented by Arnold & Itkin who has either registered with the CSSP and/or signed a GCCF release. This report was generated first by sorting for those objectors represented by Arnold & Itkin and then by sorting for individuals who either have CSSP registration numbers or signed releases through the GCCF (based on receipt of final payment from the GCCF).

12. Exhibit G is a report listing each individual objector who is represented by counsel and has registered with the CSSP. This report was generated by sorting for all objectors who are not pro se and then by sorting for individuals who have CSSP registration numbers.

13. Exhibit H is a report listing each individual objector whose objections were filed or post-marked after September 7, 2012. This report was generated by sorting the comprehensive list of individual objectors for those objectors who did not have any objections filed or post-marked by the September 7, 2012 deadline, as indicated by counsel for BP.

14. Exhibit I is a report listing each individual objector whose submissions demonstrated they were not members of the Economic and Property Damages Class Action Settlement class. This report was generated by sorting the comprehensive list of individual objectors for those objectors who do not have standing as indicated by counsel for BP.

15. Exhibit J is a report listing each individual objector who lacks standing to object to the Economic and Property Damages Class Action Settlement due to their status as a non-settling defendant, governmental entity, or association.  This report was generated by sorting the comprehensive list of individual objectors for those objectors who do not have standing due to their status as a non-settling defendant, governmental entity, or association as indicated by counsel for BP.

16. Exhibit K is a report listing each individual objector who lacks standing to object because he or she opted-out of the Economic and Property Damages Class Action Settlement class.  This report was generated by sorting the comprehensive list of individual objectors for those objectors who submitted valid opt-outs as of November 15, 2012.

17. Exhibit L is a report listing 12,970 individual objectors who failed to comply with the documentation requirements contained in the Preliminary Approval Order of the Economic and Property Damages Class Action Settlement.  Rec. Doc. 6418 ¶ 38.  This report was generated by sorting the comprehensive list of individual objectors for those objectors who did not provide the required documentation as indicated by counsel for BP.

18. Exhibit M is a report listing each individual objector who post-marked or filed an objection by September 7, 2012, who is a class member, who has not opted-out of the Economic and Property Damages Class Action Settlement class, who complied with the documentation requirements contained in the Preliminary Approval Order of the Economic and Property Damages Class Action Settlement, Rec. Doc. 6418 ¶ 38, who has not signed a CSSP release (based on receipt of final payment from the CSSP), and who did not sign a GCCF release (based on receipt of final payment from the GCCF).  This report was generated by sorting the comprehensive list of individual objectors along all of these metrics.

19. Exhibits B through M are a true and correct representation of the procedures I performed at the direction and supervision of counsel for BP.

Jeffrey W. Hanhan

Dated: November 21, 2012