# Exhibit 6




### Black Elk Energy Oil Rig Explosion

On November 16, 2012 an oil rig exploded in the Gulf of Mexico off the coast of Louisiana. Two workers reportedly died during the explosion and two others are believed to be missing. Several other workers were injured and transported to the hospital. The cause of the explosion has yet to be determined. The oil rig is owned by the *Houston-based oil company Black Elk Energy.*

**Brent Coon & Associates** has a long history of representing victims injured while working in the petrochemical industry. BCA is widely considered the experts on safety regulations within the petrochemical industry and the often reckless attitude many corporations display in adhering to those regulations and safety protocols. Brent Coon served as Lead Counsel for hundreds of killed or injured workers following the 2005 BP Texas City plant explosion.

As Lead Counsel on what many consider one of the most important public policy cases of the past decade, Brent Coon stood against British Petroleum, taking the worst industrial accident since 1989 and the fight for industry change all the way to the Texas Supreme Court. Mr. Coon's firm reviewed over seven million documents and worked hand-in-hand with the Department of Justice and U.S. Chemical Safety Board, spending millions to ensure justice for his client, Eva Rowe, who had lost both of her parents in the tragic explosion.

By refusing to allow BP to seal the documents as part of the settlement, Mr. Coon was able to hold an entire industry accountable for its mistakes. As a key part of the settlement, Brent Coon forced BP to give 32 million dollars to universities and charities, which has been considered a dawn of a new age of dispute resolution by media and journalists worldwide. Finally, Brent Coon wrote the "Remember The 15 Bill" to forever improve refinery safety conditions, and introduced it into the Texas Legislature during a ceremony held at the Capitol, commemorating the second anniversary of the blast that killed 15 people.

BCA now represents over 12,000 people who were injured aboard the 2010 Deepwater Horizon rig explosion or who suffered economic losses as a result of the ensuing oil spill in the Gulf of Mexico. BCA serves as the head of several key discovery committees for the Plaintiffs' Steering Committee and played an instrumental role in helping create a $7.8 billion settlement program to compensate many residents along the Gulf Coast who suffered losses as a result of the spill.

If you or a loved one has been injured as a result of the **explosion on the Black Elk oil rig**, contact BCA today to learn how we can help you seek justice.

**Were you impacted by the Black Elk Energy Oil Rig Explosion?**

Complete the form below to contact Brent Coon & Associates. *required

Name*

Email*

Phone*

City

State

Please Describe Your Situation

Submit

### Gulf Coast Disaster Menu

Gulf Coast Disaster Home Page

Brent Coon Video FAQ on the BP Oil Spill Settlement (Updated July 1)

Why Brent Coon and Associates?

About Brent Coon and Associates

Brent Coon Making Oil Spill News

Brent Coon's National TV Apperances

Free Oil Spill Claim Evaluation

First Settlements Announced From BP Oil Spill Class Action

Featured News Article

Latest Oil Spill News

Business Oil Spill Settlement FAQ

Gulf Coast Disaster Overview

BP Oil Spill Environmental News

BP and the Department of Justice Link

BP Oil Spill Evidence Release

BP Timeline of Events and History

Gulf Coast Oil Spill Legal Documents

Oil Spill Research and Stats

Deepwater Horizon Settlement FAQ