IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | * | |

## ORDER

BP and Class Counsel request that Record Doc. No. 7996 (Report on Economic and Property Loss Settlement Objections and Opt-Outs and six exhibits thereto) be stricken from the record.  In addition, these parties request  that the documents attached to their Motion as Exhibit A (Report on Economic and Property Loss Settlement Objections and Opt-Outs) and Exhibits B, C, D, E, F, and G (six exhibits to the Report) be filed into the record to substitute for the stricken material.  Given the reason stated for this motion,

-2-

IT IS HEREBY GRANTED. The Clerk is instructed to file Exhibits A through G into the record as BP and Class Counsel's Report on Economic and Property Loss Settlement Objections and Opt-Outs and the six exhibits thereto.

New Orleans, Louisiana, this 26th day of November, 2012.

_____
United States Magistrate Judge