## EXHIBIT A[1]

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 1 | 7777-0002 | 2179-6466; 7777-0165 | Frank Ford | Pro Se |
| 2 | 7777-0003 | 7777-0004; 2179-6468; 2179-6467 | Michael Miglini; The Charter Fisherman's Association | Pro Se |
| 3 | 7777-0004 | 7777-0003; 2179-6467; 2179-6468 | Michael Miglini | Pro Se |
| 4 | 7777-0005 | 2179-6469 | Mikel Gusa; High Times Charters | Pro Se |
| 5 | 7777-0006 | 2179-6470 | Brian Lynch; Island Girl Charters | Pro Se |
| 6 | 7777-0007 | 2179-6407; 2179-6471 | Michael A. Whitley | Pro Se |
| 7 | 7777-0008 | 7777-0030; 2179-6494; 2179-6472 | Robert Ed Lively; Lively's Gulf Charters | Pro Se |
| 8 | 7777-0009 | 2179-6473; 2179-7335 | Peter G. Fill; Yankee Star | Pro Se |
| 9 | 7777-0010 | 2179-6474; 2179-7335 | Michael Salley; Sure Shot Charters | Pro Se |
| 10 | 7777-0011 | 2179-6475; 2179-7335 | Tracy Kruse | Pro Se |
| 11 | 7777-0012 | 2179-6476 | M.D. Ca; Fish Finder Charters Inc. | Pro Se |
| 12 | 7777-0013 | 2179-6403; 7777-0014; 7777-0018; 7777-0027; 7777-0048; 2179-7335; 7777-0179; 7777-0143; 7777-0149; 2179-6477 | Debbie Wilhite; Summer Hunter Charters LLC | Pro Se |
| 13 | 7777-0014 | 2179-6403; 7777-0013; 7777-0018; 7777-0027; 7777-0048; 2179-7335; 7777-0179; 7777-0143; 7777-0149; 2179-6478 | Debbie Wilhite; Jason Vicars; Gary Goodwin; Thomas Ard; Don McPherson; Alfred Keahl; Jack Wilhite | Pro Se |
| 14 | 7777-0015 | 2179-6479 | John Swartz; Shallow Draft Charters | Pro Se |
| 15 | 7777-0016 | 2179-6480 | Stephen C. Foust | Pro Se |
| 16 | 7777-0017 | 2179-6481; 2179-7335; 7777-0254 | Robert Gams; Cool Breeze Charters; Marine Horizons, Inc. | Pro Se |
| 17 | 7777-0018 | 2179-6403; 7777-0013; 7777-0014; 7777-0027; 7777-0048; 2179-7335; 7777-0179; 7777-0143; 7777-0149; 2179-6482 | Debbie Wilhite; Summer Hunter Charters LLC | Pro Se |
| 18 | 7777-0019 | 2179-6483 | Shaun Chute; Six Chuter Charters Inc. | Pro Se |
| 19 | 7777-0020 | 2179-6484; 7777-0260; 7777-0266 | Kip Plaisance; Plaisance's Tidewater Charters | Pro Se |
| 20 | 7777-0021 | 2179-6402; 2179-6485 | National Association of Charterboat Operators | Pro Se |

---

[1] Obj. Doc. 7777-0001 and 7777-0249 are both orders from this Court.

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 21 | 7777-0022 | 2179-6486; 7777-0185 | Bobby Taylor; All Aboard Megabite LLC | Pro Se [Robert J. McKee of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. AND Stuart H. Smith of Smith Stag, L.L.C.] |
| 22 | 7777-0023 | 2179-6487 | Don Dineen; Charter Boat Sure Lure | Pro Se |
| 23 | 7777-0024 | 2179-6408; 2179-6488 | Pamela Dana, Lady Angler International, LLC d/b/a Sure Lure Charters | Pro Se |
| 24 | 7777-0025 | 2179-6489 | Charles Paprocki; Jubilee & Treasure Island Party Fishing Boats | Pro Se |
| 25 | 7777-0026 | 7777-0031; 2179-6495; 2179-6490 | Steven Lathi; Seaprize, Inc. | Pro Se |
| 26 | 7777-0027 | 2179-6403; 7777-0013; 7777-0014; 7777-0018; 7777-0048; 2179-7335; 7777-0179; 7777-0143; 7777-0149; 2179-6491 | Debbie Wilhite; Jason Vicars; Gary Goodwin; Thomas Ard; Gail C.; Karen Skalek; Alfred Keahl | Pro Se |
| 27 | 7777-0028 | 2179-6406; 2179-6492 | Gary Jarvis | Pro Se |
| 28 | 7777-0029 | 2179-6493; 2179-7335 | Mike Rowell | Pro Se |
| 29 | 7777-0030 | 7777-0008; 2179-6472; 2179-6494 | Robert Ed Lively; Lively's Gulf Charters | Pro Se |
| 30 | 7777-0031 | 7777-0026; 2179-6490; 2179-6495 | Steven Lathi | Pro Se |
| 31 | 7777-0032 | 2179-6496 | Aaron Griffith | Pro Se |
| 32 | 7777-0033 | 2179-6497 | Harry Wilk; Eureka Woodworks, Inc. | Pro Se |
| 33 | 7777-0034 | | Mike Ellis | Pro Se |
| 34 | 7777-0035 | | Thomas Randall Cox | Pro Se |
| 35 | 7777-0036 | | Zoltan Debreczeni | Pro Se |
| 36 | 7777-0037 | | Micki Brannon; Advent Financial Corporation; AFC Mortgage | Pro Se |
| 37 | 7777-0038 | | Ronald Gelzer | Pro Se |
| 38 | 7777-0039 | | Marganhally Shivaram | Pro Se |
| 39 | 7777-0040 | | Curtis J. Lee | Pro Se |
| 40 | 7777-0042 | 7777-0041 | Charles A. Boggs | Charles A. Boggs and Thomas E. Loehn, Boggs, Loehn & Rodrigue |
| 41 | 7777-0043 | | Daniel P. Poulin; Bentley Lane, LLC | Pro Se |
| 42 | 7777-0044 | 7777-0047 | Patricia Bryant | Pro Se |
| 43 | 7777-0045 | 7777-0061; 7777-0062 | Jason B. Sims | Pro Se |
| 44 | 7777-0046 | | Robert G. Whitley, Jr.; Georgia L. Whitley | Robert G. Whitley, Jr. |
| 45 | 7777-0048 | 2179-6403; 7777-0013; 7777-0014; 7777-0018; 7777-0027; 2179-7335; 7777-0179; 7777-0143; 7777-0149 | Debbie Wilhite | Pro Se |
| 46 | 7777-0049 | 2179-6830; 2179-7444 | Charles E. Morgan; Cifreo, Major & Morgan LLC | Pro Se |
| 47 | 7777-0050 | 2179-7401 | Cass L. Wilson; 2 Stix, Inc. | Pro Se |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 48 | 7777-0051 | | Ilease Bartlett | Pro Se |
| 49 | 7777-0052 | | Edwin B. Davis; Barbara W. Davis | Pro Se |
| 50 | 7777-0053 | 7777-0056; 7777-0065; 2179-7161; 7777-0069; 7777-0073; 7777-0075 | Diversified Holdings, LLLP | Richard P. Petermann, Anchors, Smith, Grimsley, PLC |
| 51 | 7777-0054 | | Alex S. Toth; Captain Al's Restaurant | Pro Se |
| 52 | 7777-0055 | 7777-0063; 7777-0064; 7777-0074; 7777-0076 | GDC View, LLC | Richard P. Petermann, Anchors, Smith, Grimsley, PLC |
| 53 | 7777-0058 | 2179-7338; 2179-7125 | Darryl Lee Haan; H&H Ranch Wildlife Rescue & Evacuation Shelter | Pro Se [Kurt B. Arnold, Jason A. Itkin and/or Noah M. Wexler, Arnold & Itkin, LLP] |
| 54 | 7777-0059 | | Billy Nungesser; Plaquemines Parish Government; Plaquemines Parish Charter Captains | Pro Se |
| 55 | 7777-0060 | 2179-7335 | Joseph Leslie Nash; Cool Change Charters Inc. | Pro Se |
| 56 | 7777-0061 | 7777-0045; 7777-0062 | Jason B. Sims | Pro Se |
| 57 | 7777-0062 | 7777-0045; 7777-0061 | Jason B. Sims | Pro Se |
| 58 | 7777-0064 | 7777-0055; 7777-0063; 7777-0074; 7777-0076 | GDC View, LLC | Richard P. Petermann, Anchors, Smith, Grimsley, PLC |
| 59 | 7777-0065 | 7777-0053; 7777-0056; 2179-7161; 7777-0069; 7777-0073; 7777-0075 | Diversified Holdings, LLLP | Richard P. Petermann, Anchors, Smith, Grimsley, PLC |
| 60 | 7777-0066 | | James Gregory Guin | Pro Se |
| 61 | 7777-0067 | | Thomas C. McIntosh; Pamela McIntosh | Pro Se |
| 62 | 7777-0068 | 7777-0193 | Robert Evans | Pro Se |
| 63 | 7777-0069 | 7777-0053; 7777-0056; 7777-0065; 2179-7161; 7777-0073; 7777-0075 | Diversified Holdings, LLLP | Richard P. Petermann, Anchors, Smith, Grimsley, PLC |
| 64 | 7777-0070 | | Ernest Dion, Jr. | Pro Se |
| 65 | 7777-0071 | | Ernest Dion, Sr. | Pro Se |
| 66 | 7777-0072 | | Marie A. Ricca | Pro Se |
| 67 | 7777-0073 | 7777-0053; 7777-0056; 7777-0065; 2179-7161; 7777-0069; 7777-0075 | Diversified Holdings, LLLP | Richard P. Petermann, Anchors, Smith, Grimsley, PLC |
| 68 | 7777-0074 | 7777-0055; 7777-0063; 7777-0064; 7777-0076 | GDC View, LLC | Richard P. Petermann, Anchors, Smith, Grimsley, PLC |
| 69 | 7777-0077 | 7777-0105 | Bad Habit Charters, LLC | Adam M. Milam, Milam & Milam, LLC |
| 70 | 7777-0078 | 7777-0106 | John W. Beebe; Sailaway Charters | Adam M. Milam, Milam & Milam, LLC |
| 71 | 7777-0079 | 7777-0107 | Bottoms Up, LLC | Adam M. Milam, Milam & Milam, LLC |
| 72 | 7777-0080 | 7777-0113 | Eagle Express Charters, LLC | Adam M. Milam, Milam & Milam, LLC |
| 73 | 7777-0081 | 7777-0109 | J&E Charters, LLC | Adam M. Milam, Milam & Milam, LLC |
| 74 | 7777-0082 | 7777-0110 | Lab, LLC | Adam M. Milam, Milam & Milam, LLC |
| 75 | 7777-0083 | 7777-0111 | J. Wynn Milson, Jr. d/b/a Hey Boy Charters | Adam M. Milam, Milam & Milam, LLC |
| 76 | 7777-0084 | 7777-0112 | Ni-Cole, LLC | Adam M. Milam, Milam & Milam, LLC |
| 77 | 7777-0085 | 7777-0108 | Plane 2 Sea Fishing, LLC | Adam M. Milam, Milam & Milam, LLC |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 78 | 7777-0086 | | Robert J. Moses, Jr.; Frank P. Wilkinson; Stephen Thomasson; Denise Hines; Cajun King Crawfish | Matthew M. Villmer, Emmanuel, Sheppard & Condon |
| 79 | 7777-0087 | 7777-0103 | American Legion Post 199, et al. | Adam M. Milam, Milam & Milam, LLC |
| 80 | 7777-0088 | 2179-7292 | Adrian S. Kornman | James M. Garner [and Martha Y. Curtis, of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.] |
| 81 | 7777-0089 | | Tripp A. Dargie; Chris Morse; Marsh Works, LLC | Pro Se |
| 82 | 7777-0090 | 2179-7212 | Quality Metal Works, Inc.; Casbarian Engineering Associates, L.L.C.; Peter Casbarian; Karen Casbarian; Cambas Electric, Inc. | Caleb H. Didriksen, Didriksen Law Firm |
| 83 | 7777-0091 | 2179-6350; 7777-0093; 2179-7213; 2179-7215 | Halliburton Energy Services, Inc. | Donald E. Godwin |
| 84 | 7777-0094 | | Bell & Company, Inc. | Adam M. Milam, Milam & Milam, LLC |
| 85 | 7777-0095 | 2179-7300; 7777-0187; 7777-0210 | Triton Diving Services, LLC | James M. Garner [and Martha Y. Curtis, of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.] |
| 86 | 7777-0096 | 2179-7479 | Percy Lewis; Elvis R. Fancher; Sarita Milton | Yehuda Smolar |
| 87 | 7777-0097 | 2179-7292 | Edward Boettner | James M. Garner [and Martha Y. Curtis, of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.] |
| 88 | 7777-0098 | 2179-7292 | Alan T. Leonhard | James M. Garner [and Martha Y. Curtis, of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.] |
| 89 | 7777-0099 | 2179-7292 | Dixie T. Madigan; James G. Tucker, III | James M. Garner [and Martha Y. Curtis, of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.] |
| 90 | 7777-0100 | 2179-7292 | Nancy E. Moynan | James M. Garner [and Martha Y. Curtis, of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.] |
| 91 | 7777-0101 | 2179-7821 | Hunter Armour; Judith Armour | Christopher A. Bandas |
| 92 | 7777-0102 | | Rudy Toler | Stephen S. Kreller, The Kreller Law Firm, Faegre Baker Daniels LLP |
| 93 | 7777-0103 | 7777-0087 | Randy & Eric Crocker Homebuilders | Adam M. Milam, Milam & Milam, LLC |
| 94 | 7777-0104 | | Wayne Warren Werner; Donald Waters; David Walker; Walker Fishing Fleet, Inc.; Russell Underwood | Stephen M. Huber |
| 95 | 7777-0114 | | Ray Gaudet | Ravi Sangisetty, Sangisetty & Samuels, LLC |
| 96 | 7777-0115 | 2179-7342; 7777-0204 | DCA, LLC; The Brew Garden, LLC | George J.F. Werner |
| 97 | 7777-0116 | 7777-0153 | Jim Davis; Vinson Haynes; Tovoris Jones; Travis Madden; Daniel Hathorne; David Leva Plastering; James J. Nurse; Brandon D. Hayes; Raymond McInnis; Lonnie Mahaffey | Jim Davis |
| 98 | 7777-0117 | 7777-0119; 7777-0129; 7777-0117; 7777-0192; 2179-7493; 7777-0261 | Islander Properties, Inc. | David A. Holmes [Farr, Farr, Emerich, Hackett & Carr, P.A.] |
| 99 | 7777-0118 | 7777-0163; 2179-7271 | Cobb Real Estate, Inc.; G. & A. Cobb Family Limited Partnership; L & M Investments, Ltd.; Mad, Ltd.; Mex-Co, Ltd.; Robert C. Mistrot; Missroe, L.L.C. | Stuart C. Yoes, The Yoes Law Firm, LLP |
| 100 | 7777-0120 | 7777-0128; 2179-7493 | Smugglers Enterprises, Inc.; B.F. FT. Myers, Inc. | David A. Holmes [Farr, Farr, Emerich, Hackett & Carr, P.A.] |
| 101 | 7777-0121 | 2179-7207 | Snodgrass Brothers, Inc.; La Reta, Inc.; Emigdio Cruz | Cary M. Toland, Law Off |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 102 | 7777-0122 | 7777-0212; 2179-7222; 2179-7224 | Plaintiffs Represented by Brent Coon & Associates | Brent W. Coon, Brent Coon & Associates, P.C. |
| 103 | 7777-0123 | 2179-7231; 2179-7232; 7777-0214 | James H. Kirby III; Mike Sturdivant; Patricia Sturdivant; Susan Forsyth | Joseph Darrell Palmer |
| 104 | 7777-0125 | | Donnie Potter | Pro Se |
| 105 | 7777-0126 | | Teresa Nguyen; MT International Inc. | Pro Se |
| 106 | 7777-0127 | | Robert Mitchell Fore | Pro Se |
| 107 | 7777-0131 | | Carey J. Goff | Pro Se |
| 108 | 7777-0132 | | Angelle M. Carbonne; Dockside Seafood & Specialties, Inc. | Pro Se |
| 109 | 7777-0133 | 2179-7337 | Randy W. Boggs; B&D Maritime, Inc. | Pro Se |
| 110 | 7777-0134 | | Christopher C. Smith; Lorraine L. Smith | Pro Se |
| 111 | 7777-0135 | | William Edwin Connery; Pelican Island Aqua Farms Inc. | Pro Se |
| 112 | 7777-0136 | | Barry Maggard; Clean Cut Lawn Service | Pro Se |
| 113 | 7777-0137 | | Yvonne Ray | Pro Se |
| 114 | 7777-0138 | | John Dane III; Seaway Marine Center, LLC | Pro Se |
| 115 | 7777-0139 | | Jure Slabic; Gulf Coast Oysters, Inc. | Pro Se |
| 116 | 7777-0140 | | William Oliver Peneguy; Uptown Pizza Company, LLC | Pro Se |
| 117 | 7777-0141 | | Ivo Slabic | Pro Se |
| 118 | 7777-0142 | 7777-0182 | Kevin Scott Llewallen | Pro Se |
| 119 | 7777-0143 | 2179-6403; 7777-0013; 7777-0014; 7777-0018; 7777-0027; 7777-0048; 2179-7335; 7777-0179; 7777-0149 | Debbie Wilhite; Summer Hunter Charters LLC | Pro Se |
| 120 | 7777-0144 | 2179-7336; 2179-7219; 7777-0235 | Frederick T. Kuykendall III; MRI, LLC; Dauphin Island Property Owners Association, Inc. | Frederick T. Kuykendall, III |
| 121 | 7777-0145 | 7777-0233; 7777-0265; 7777-0266 | Allpar Custom Homes, Inc.; SEaTex Marine Service, Inc.; Ancelet's Marina, L.L.C.; J.G. Cobb Construction, Ltd.; Ships Wheel | Trey Browne (E.J. 'Trey' Browne) |
| 122 | 7777-0146 | 2179-7331 | Judith Corey | James M. Garner [and Martha Y. Curtis], Sher Garner Cahill Richter Klein & Hilbert, L.L.C. |
| 123 | 7777-0147 | 2179-7228; 2179-6308; 2179-6368; 2179-7317 | American Shrimp Processors Association | Edward T. Hayes |
| 124 | 7777-0148 | 2179-7316 | Billy Hugh King; Claude Mayfield; Janet Mayfield; Cherry Verdin; Irene Verdin | Gothard J. Reck, Uhalt and Reck, A Partnership of Law Corporation |
| 125 | 7777-0149 | 2179-6403; 7777-0013; 7777-0014; 7777-0018; 7777-0027; 7777-0048; 2179-7335; 7777-0179; 7777-0143 | Debbie Wilhite; Summer Hunter Charters LLC | Pro Se |
| 126 | 7777-0150 | | Cajun Crab, LLC; Bayouside Drive Seafood, LLC; Crab Express, LLC | Henry W. Kinney |
| 127 | 7777-0151 | | John Dane III; The Dock Bar and Grill, LLC | Pro Se |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 128 | 7777-0152 | | John E. Krueger | Pro Se |
| 129 | 7777-0154 | | Roland D. Guidry | Pro Se |
| 130 | 7777-0155 | | Florida Claimants | Michael R. Herron |
| 131 | 7777-0156 | | John Dixon | Pro Se |
| 132 | 7777-0157 | | Murphy J. Foster, Jr. | Lynn E. Swanson of Jones, Swanson, Huddell & Garrison, L.L.C. |
| 133 | 7777-0159 | | Don L. Scott, Jr. | Lynn E. Swanson |
| 134 | 7777-0161 | | Ramesh Pathak | Pro Se |
| 135 | 7777-0162 | | Gulf Coast Assets, LLC; John Ladner | Pro Se |
| 136 | 7777-0166 | 7777-0172; 2179-7335 | Ricky McDuffie; Sea Hunter Charters, Inc. | Pro Se |
| 137 | 7777-0167 | 2179-7182 | E&PD Class Members Represented by Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A., and Smith Stag, L.L.C. | Robert J. McKee of Krupnick, Campbell, MAlone, Buser, Slama, Hancock, Liberman & McKee, P.A.; Stuart H. Smith of Smith Stag, L.L.C. |
| 138 | 7777-0168 | | Robert M. Wilken; Three Sorks IV Pure Fishing Charter | Pro Se |
| 139 | 7777-0169 | | Kenny Barhanovich; Charter Boat Miss Hospitality | Pro Se |
| 140 | 7777-0170 | | Thomas J. Becker; T&D Charters; Clarence Seymour, Jr. | Pro Se |
| 141 | 7777-0171 | | Jay Trochesset | Pro Se |
| 142 | 7777-0173 | 7777-0050; 2179-7335 | Seth Wilson | Pro Se |
| 143 | 7777-0174 | | Reid Bauner; Doc Holiday Entertainment, Inc. | Pro Se |
| 144 | 7777-0175 | | Amberjack Charters LLC | Pro Se |
| 145 | 7777-0176 | 2179-7335 | Brian P. Annan | Pro Se |
| 146 | 7777-0177 | 2179-7292 | Thomas H. Szubinksi | James M. Garner [and Martha Y. Curtis, of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.] |
| 147 | 7777-0178 | 2179-6317; 2179-7318 | Casey Spencer; Sea Farms, Inc.; Ron Sopko | Daniel E. Becnel, Jr. |
| 148 | 7777-0179 | 2179-6403; 7777-0013; 7777-0014; 7777-0018; 7777-0027; 7777-0048; 2179-7335; 7777-0143; 7777-0149 | Debbie Wilhite; Summer Hunter Charters LLC | Pro Se |
| 149 | 7777-0181 | 2179-7292 | George Yeomans | James M. Garner, Sher Garner Cahill Richter Klein & Hilbert, L.L.C. |
| 150 | 7777-0183 | | Heath Rushing; Wolf Bay, LLC | Ronnie G. Penton |
| 151 | 7777-0184 | | Beacon Investors LLC; Beacon Carwash | Robert W. Wilkinson |
| 152 | 7777-0186 | 7777-0197; 7777-0231; 2179-7859 | Stan P. Baudin; Baudin Law Firm, APLC; Troy D. Morain; Morain & Murphy, LLC; Danny Wray; Kristen Wray | Stan P. Baudin, Troy D. Morain, Kristen Wray |
| 153 | 7777-0188 | | Howard McLean | Pro Se |
| 154 | 7777-0189 | 2179-7203; 2179-7204; 2179-7205; 2179-7206 | Nolan W. Allen, et al. | Stuart H. Smith, Robert J. McKee, Smith Stag, L.L.C. and Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. |
| 155 | 7777-0190 | | Panther Ridge; James Curtis | Ronnie G. Penton |
| 156 | 7777-0191 | | Vanessa McGuire; Ross Uhl | Pro Se |
| 157 | 7777-0194 | | Rodney P. Olander | Lana Ourso Chaney |
| 158 | 7777-0195 | | Kermit Duck | Lana Ourso Chaney |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 159 | 7777-0196 | | Calvin Higgins | Lana Ourso Chaney |
| 160 | 7777-0198 | 2179-7368; 7777-0238; 2179-7219; 2179-7336; 2179-7217 | Prashiela Enterprises, LLC; Satya, Inc.; Impact Properties II, LLC; JJB Inc.; Radhey, Inc.; JMKVN, LLC; Anjani Hospitality, LLC; Sweta, Inc.; OVS Investment, Inc.; Sree, Inc.; MPJR, Inc.; Pine Inn, Inc.; Shivani, Inc.; Dhruv, LLC; Shri Sairang, Inc.; Mahalaxmi Enterprises, Inc.; Ashi Hotels, LLC; Gopal Govind Enterprises, LLC; Shanta, LLC; SSM Hospitality, LLC | Wesley J. Farrell, Sarah E. Spigener, Terry A. C. Gray, Frederick T. Kuykendall, III |
| 161 | 7777-0199 | | Harry L. Rebardie | Lana Ourso Chaney |
| 162 | 7777-0200 | | Charles Frelich | Lana Ourso Chaney |
| 163 | 7777-0201 | 2179-7329; 2179-7326 | James L. Pearson, Jr.; Mark D. Ippolito; Daniel J. Murphy; Mary A. Buccola; Cathie C. Reich; Eve L. Wolfe; Thomas E. Loehn | Thomas E. Loehn, Boggs, Loehn & Rodrigue |
| 164 | 7777-0206 | | Coastal Peppers, Inc. d/b/a Sweet Peppers Deli | Michael G. Prestia |
| 165 | 7777-0207 | 2179-7332 | Couhig Partners, L.L.C. | Robert E. Couhig, Jr. |
| 166 | 7777-0209 | 2179-7338 | E&PD Claimants Represented by Arnold & Itkin LLP | Jason A. Itkin |
| 167 | 7777-0210 | 7777-0095 | In-Depth Offshore Technologies International (IDO) and In-Depth Marine, L.L.C. (IDM) | John O. Charrier |
| 168 | 7777-0217 | 2179-6353; 2179-7314; 7777-0226; 2179-7322; 2179-7344; 7777-0229 | Gulf Organized Fishermen in Solidarity & Hope (GO FISH) | Joel Waltzer, Robert Wiygul, Clay Garside |
| 169 | 7777-0223 | 2179-7328; 2179-7219; 2179-7336 | Jackson County, Mississippi; Gautier, Mississippi; Moss Point, Mississippi; Ocean Springs, Mississippi and Pascagoula, Mississippi | W. Charles McVea of Dogan & Wilkinson, PLLC; Frederick T. Kuykendall, III of Kuykendall & Associates, LLC |
| 170 | 7777-0224 | 2179-7330; 2179-6356; 2179-6370 | State of Mississippi | Michael C. Moore, Mary Jo Woods |
| 171 | 7777-0225 | 2179-7320; 2179-7343; 7777-0229 | Ethelyn Joachim; James Garringer; Sherman Sekul; Gregory Williams; Zor, Inc.; Craig Arbo; Ronald Attaway; Letitia Baillio; Pamela Bertucci; Timothy Blanchard; Ronald Carrone; George D. Dargis; James E. Daspit, Jr.; Andrew J. Duplessis, Jr.; Robert Falgout; Alejandro Gonzalez; Barbara Maxwell; Ernest J. Nagim, Jr.; Jerret M. Pittman; Beryl F. Steilberg; Danell S. Veade; Jo Watkins; Steven Watson; Michael R. Mondello; Christopher J. Gordon; Lester J. Parks, Jr.; Michel Richard; Chelsea Richard | Robert Wiygul |
| 172 | 7777-0226 | 2179-7322; 2179-7344; 7777-0229; 7777-0217; 2179-7314; 2179-6353 | Gulf Organized Fisheries in Solidarity & Hope (GO FISH) | Joel Waltzer, Robert Wiygul, Clay Garside |
| 173 | 7777-0227 | 2179-7345 | State of Louisiana | James D. "Buddy" Caldwell, Allan Kanner, Henry T. Dart, T. Allen Usry, E. Wade Shows, Bradley M. Marten |
| 174 | 7777-0228 | 2179-7346 | State of Louisiana | James D. "Buddy" Caldwell, Allan Kanner, Henry T. Dart, T. Allen Usry, E. Wade Shows, Bradley M. Marten |
| 175 | 7777-0230 | | James Saunders | John C. Kress |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 176 | 7777-0232 | | Spearfishing Specialties; Robert Kevin Bruington; Cindy Bruington | Pro Se |
| 177 | 7777-0234 | | Samir Petro; Renee Petro; Sam's Subs of Port Charlotte, Inc. d/b/a Sam's Subs | Maureen Connors |
| 178 | 7777-0237 | | Lt. Mark Houghtaling | Pro Se |
| 179 | 7777-0239 | 2179-7385 | Seafood Workers Association of Franklin County; Seafood Workers on Apalachicola Bay | Tim Howard |
| 180 | 7777-0240 | 2179-7386; 2179-7385 | Apalachicola Bay Seafood Workers | Tim Howard |
| 181 | 7777-0241 | 2179-7387 | Duke Marine; AJ Specialties; SGI Photos; Other Business Located in Unincorporated Parts of Counties in Florida | Tim Howard |
| 182 | 7777-0242 | | Michael H. Guillory | Pro Se |
| 183 | 7777-0243 | | Barbara L. Adams | Pro Se |
| 184 | 7777-0244 | | Webster G. MacCartee; Snowbird Guesthouse B&B | Pro Se |
| 185 | 7777-0245 | | Dale Chaisson; Andrew Chaisson; Lawrence Chaisson; Hilton Chaisson; Plaintiffs in "Foussell, et al v. Lawson Environmental Services, LLC, et al" | John O. Pieksen, Jr., John Pieksen & Associates, APLC |
| 186 | 7777-0246 | 7777-0248 | Deborah J. Houghton | Pro Se |
| 187 | 7777-0247 | 7777-0201 | James L. Pearson, Jr. | Thomas E. Loehn |
| 188 | 7777-0250 | 7777-0251 | Stella Chageres | Pro Se |
| 189 | 7777-0252 | | Richard P. Faust; Wendy Faust | Pro Se |
| 190 | 7777-0253 | | Donald A. Cross; Galia 804 Partners | Pro Se |
| 191 | 7777-0254 | 7777-0017; 2179-7335; 7777-0256 | Robert S. Gams; Marine Horizons, Inc.; CoolBreeze Charters | Pro Se |
| 192 | 7777-0255 | | Kalvin Shepherd | Pro Se |
| 193 | 7777-0257 | | Mark Muller; Resort Properties Internationale LLC | Pro Se |
| 194 | 7777-0258 | | Aliana Carr; Bob Carr; Dora Carr | Pro Se |
| 195 | 7777-0259 | 7777-0263 | John G. Santobianco | Pro Se |
| 196 | 7777-0262 | | Rowena Bruce; RB's Seafood | Pro Se |
| 197 | 7777-0264 | | Terrance M. Shelley | Joshua L. Rubenstein, Scheuermann & Jones, LLC |
| 198 | 2179-6317 | 2179-7318; 7777-0178 | Kuzma Petrovich, Jr.; Sea Farms, Inc. | Daniel E. Becnel, Jr. [and Salvadore Christina, Jr.], Becnel Law Firm, LLC |
| 199 | 2179-6345 | 2179-6382 | Tobatex, Inc.; M.R.M. Energy, Inc. (BP Dealer Plaintiffs) | Samuel T. Rees, Bleau Fox, A Professional Law Corporation |
| 200 | 2179-6350 | 7777-0091; 7777-0093; 2179-7213; 2179-7215 | Halliburton Energy Services, Inc. | Donald E. Godwin, Godwin Ronquillo PC |
| 201 | 2179-6353 | 2179-7322; 7777-0226; 7777-0217; 2179-7314; 2179-7334; 7777-0229 | Gulf Organized Fisheries in Solidarity & Hope (GO FISH) | Pro Se [Robert Wiygul, Joel R. Waltzer and Clay Garside, Law Firm of Waltzer & Wiygul, L.L.C.] |
| 202 | 2179-6356 | 2179-6370 | Jim Hood, Attorney General of Mississippi | Mary Jo Woods, Office of the Attorney General of Mississippi (Jim Hood, Attorney General) |
| 203 | 2179-6368 | 2179-6308; 2179-7228; 7777-0147; 2179-7317 | American Shrimp Processors Association | Edward T. Hayes, Leake & Anderson, LLP |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 204 | 2179-6371 | | Fisherman and Shrimper Plaintiffs | Stephen S. Kreller, The Kreller Law Firm [Gerard M. Nolting, William L. Roberts, Craig S. Coleman and Casey L. Lott, The Kreller Law Firm and Faegre Baker Daniels LLP and Langston & Lott, P.A.] |
| 205 | 2179-6382 | 2179-6345 | Tobatex, Inc.; M.R.M. Energy, Inc. (BP Dealer Plaintiffs) | Samuel T. Rees |
| 206 | 2179-6383 | | Abraham B. Bernard, individually and d/b/a United Marine Shipyard, et al | Mitchell A. Toups, Weller, Green Toups & Terrell, LLP |
| 207 | 2179-6402 | 7777-0021; 2179-6485 | National Association of Charterboat Operators | Pro Se |
| 208 | 2179-6403 | 7777-0013; 7777-0014; 7777-0018; 7777-0027; 7777-0048; 2179-7335; 7777-0179; 7777-0143; 7777-0149 | Debbie Wilhite | Pro Se |
| 209 | 2179-6404 | | Asian American Hotel Owners Association | Pro Se |
| 210 | 2179-6405 | 2179-7335 | Alfred Jackson "Jack" Wilhite | Pro Se |
| 211 | 2179-6406 | 2179-6492; 7777-0028 | Gary Jarvis | Pro Se |
| 212 | 2179-6407 | 7777-0007; 2179-6471 | Michael A. Whitley | Pro Se |
| 213 | 2179-6408 | 7777-0024; 2179-6488 | Pamela Dana; Lady Angler International, LLC d/b/a Sure Lure Charters | Pro Se |
| 214 | 2179-6831 | 2179-6186 | Selmer M. Salvesen | Brian J. Donovan |
| 215 | 2179-6902 | | Pinellas Marine Salvage, Inc.; John Mavrogiannis | Brian J. Donovan |
| 216 | 2179-7169 | | Colleen D. Arnondin; Robert Arnondin | Pro Se |
| 217 | 2179-7217 | | Plaintiffs Represented by Farrell & Patel | Wesley J. Farrell, Farrell & Patel |
| 218 | 2179-7227 | | Plaintiffs in Truong et al v. BP America Production Company, et al; Thanh Hai, Inc et al v. BP America Production Company, et al | Stephen S. Kreller |
| 219 | 2179-7311 | | Nathan Majoue; Robert Landry; Allen Raimer; Mark Vogt, Sr.; Brad Bertoniere | Ryan E. Beasley |
| 220 | 2179-7316 | | Billy Hugh King; Claude Mayfield; Janet Mayfield; Cherry Verdin; Irene Verdin; Stacy Verdin; Darren Patrick Schaff; Christopher Tatum Morton, Sr. | Gothard J. Reck |
| 221 | 2179-7317 | 7777-0147; 2179-7228; 2179-6308; 2179-6368 | Plaintiffs Represented by Brent Coon & Associates | Brent W. Coon, Brent Coon & Associates |
| 222 | 2179-7340 | | Joseph Trawl | Pro Se |
| 223 | 2179-7461 | 2179-6902; 2179-6831 | Pinellas Marine Salvage, Inc.; John Mavrogiannis; Selmer M. Salvesen | Brian J. Donovan |

**Non-Objections Filed on the 10-7777 Docket:**

| No. | Docket Number | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 1 | 7777-0164 | 2179-7315 | Monroe County, Florida | Robert B. Shillinger |
| 2 | 7777-0211 | 2179-7223 | State of Alabama | Corey L. Maze |
| 3 | 7777-0215 | 2179-7229; 2179-7293 | United States | R. Michael Underhill |
| 4 | 7777-0216 | 2179-7312 | City of St. Pete Beach; City of Treasure Island | Ronnie G. Penton |
| 5 | 7777-0218 | 2179-7319; 2179-7219; 2179-7336 | Mobile County | Frederick T. Kuykendall, III, James C. Johnston, Robert C. Riley, |
| 6 | 7777-0219 | 2179-7331; 2179-7229; 2179-7321 | Seahawk Drilling Liquidating Trust; Seahawk Drilling, Inc. | James M. Garner |
| 7 | 7777-0220 | 2179-7331; 2179-7229; 2179-7323 | Benton Completion Services, Inc. | James M. Garner |
| 8 | 7777-0221 | 2179-7331; 2179-7229; 2179-7324 | First Bank and Trust; First Trust Corporation | James M. Garner |
| 9 | 7777-0222 | 2179-7331; 2179-7229; 2179-7325 | Powercat Group | James M. Garner |

**Orders and Filings Relating to the Medical Settlement:**

| No. | Filing | Related Filings | Objecting Party | Objector Attorney |
|---|---|---|---|---|
| 1 | 7777-0041 | 7777-0042 | Charles A. Boggs | Charles A. Boggs; Thomas E. Loehn, Boogs, Loehn & Rodrigue |
| 2 | 7777-0057 | | Albio Luis Machuca | Pro Se |
| 3 | 7777-0092 | 2179-7210; 2179-7211; 2179-7546; 2179-7547; 2179-7591 | Reynaldo Abreu, et al. | Jason L. Melancon, Melancon Rimes, LLC; Marx Sterbcow, The Sterbcow Law Group, LLC |
| 4 | 7777-0093 | 2179-6350; 7777-0091; 2179-7213; 2179-7215 | Halliburton Energy Services, Inc. | Donald E. Godwin |
| 5 | 7777-0124 | 2179-7231; 2179-7233; 7777-0213 | James H. Kirby III; Mike Sturdivant; Patricia Sturdivant; Susan Forsyth | Joseph Darrell Palmer |
| 6 | 7777-0130 | | Lance Clay Brown | Pro Se |
| 7 | 7777-0158 | | Linda Breedlove, et al. | Frank J. D'Amico, Jr., Lindsay & Andrews, P.A. |
| 8 | 7777-0160 | | George R. Hall | Pro Se |
| 9 | 7777-0180 | 2179-7318 | Malcolm Coco; Jarod Shane Elrod | Daniel E. Becnel, Jr., Becnel Law Firm, L.L.C. |
| 10 | 7777-0182 | 7777-0142 | Kevin Scott Llewallen | Pro Se |
| 11 | 7777-0185 | 2179-7171; 2179-7172; 2179-7173; 2179-7158; 2179-7159 | Medical Benefits Class Members; Joseph Yerkes; Joshua Allen Bengson; Austin Norwood; Margaret Norwood; Robert Taylor; Mary Taylor; Gregory Lee Marler; Michael L. Crowder | Robert J. McKee of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. AND Stuart H. Smith of Smith Stag, L.L.C. |
| 12 | 7777-0202 | 2179-7192; 2179-7197; 2179-7200; 2179-7202 | Bryan Baird, et al. | Stuart H. Smith, Robert J. McKee, Smith Stag, L.L.C. and Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. |
| 13 | 7777-0203 | 2179-7339 | Matthew J. Canipe | Pro Se |
| 14 | 7777-0205 | 2179-7334 | Timothy P. McLane | Pro Se |
| 15 | 7777-0208 | 7777-0178, 7777-0180, 2179-6317, 2179-7203, 7777-0167, 7777-0189, 7777-0202 | Carolyn Booker; Zena Coleman | Paul A. Dominick |
| 16 | 7777-0236 | | Deborah Lucas | Pro Se |
| 17 | 2179-6318 | 2179-7318 | Malcolm Coco | Daniel E. Becnel, Jr. [and Salvadore Christina, Jr.], Becnel Law Firm, LLC |

11