**EXHIBIT H**

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | Filing Date |
|---|---|---|---|---|---|
| 1 | 7777-0239 | 2179-7385 | Seafood Workers Association of Franklin County and seafood workers on Apalachicola Bay | Howard & Assoc., PA; Scott Carrothers; Samuel T. Adams; Lyons & Farrar, PA | 9/12/2012 |
| 2 | 7777-0240 | 2179-7386; 2179-7385 | Apalachicola Bay Seafood Workers | Howard & Assoc., PA; Scott Carrothers; Samuel T. Adams; Lyons & Farrar, PA | 9/12/2012 |
| 3 | 7777-0241 | 2179-7387 | Duke Marine | Howard & Assoc., PA; Scott Carrothers; Samuel T. Adams; Lyons & Farrar, PA | 9/12/2012 |
| 4 | 7777-0241 | 2179-7387 | AJ Specialties | Howard & Assoc., PA; Scott Carrothers; Samuel T. Adams; Lyons & Farrar, PA | 9/12/2012 |
| 5 | 7777-0241 | 2179-7387 | SGI Photos | Howard & Assoc., PA; Scott Carrothers; Samuel T. Adams; Lyons & Farrar, PA | 9/12/2012 |
| 6 | 7777-0242 | n/a | Michael Guillory | Pro Se | 9/14/2012 |
| 7 | 7777-0250 | 7777-0251 | Stella Chagares - Stella Chageres - | Pro Se | 10/12/2012 |
| 8 | 7777-0252 | n/a | Richard Faust | Pro Se | 10/22/2012 |
| 9 | 7777-0252 | n/a | Wendy Faust | Pro Se | 10/22/2012 |
| 10 | 7777-0253 | n/a | Donald A. Cross - Galia 804 Partners | Pro Se | 10/22/2012 |
| 11 | 7777-0255 | n/a | Kalvin Shepherd - | Pro Se | 10/30/2012 |
| 12 | 7777-0257 | n/a | Mark Muller - Resort Properties Internationale LLC | Pro Se | 10/30/2012 |
| 13 | 7777-0258 | n/a | Aliana Carr - | Pro Se | 10/30/2012 |
| 14 | 7777-0259 | 7777-0263 | John G. Santobianco - | Pro Se | 10/31/2012 |
| 15 | 7777-0262 | n/a | Rowena Bruce - RB's Seafood | Pro Se | 11/1/2012 |

1