**EXHIBIT I**

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | Standing |
|---|---|---|---|---|---|
| 1 | 2179-6317 | 2179-7318; 7777-0178 | Kuzma Petrovich - Sea Farms, Inc. | Becnel Law Firm, LLC | NO |
| 2 | 2179-6345 | 2179-6382 | Tobatex, Inc. | Bleau Fox | NO |
| 3 | 2179-6371 | n/a | Fisherman and Shrimper Plaintiffs | Faegre, Baker, Daniels, LLP; The Kreller Law Firm; Langston & Lott, PA | NO |
| 4 | 2179-6382 | 2179-6345 | M.R.M. Energy, Inc. | Bleau Fox | NO |
| 5 | 2179-6383 | n/a | Abraham Bernard - Marine Shipyard | Weller, Green Toups & Terrell, LLP | NO |
| 6 | 7777-0033 | 2179-6497 | Harry Wilk - Eureka Woodworks, Inc. | Pro Se | NO |
| 7 | 7777-0034 | n/a | Mike Ellis | Pro Se | NO |
| 8 | 7777-0035 | n/a | Thomas Cox | Pro Se | NO |
| 9 | 7777-0036 | n/a | Zoltan Debreczeni | Pro Se | NO |
| 10 | 7777-0037 | n/a | Micki Brannon | Pro Se | NO |
| 11 | 7777-0037 | n/a | Advent Financial Corporation | Pro Se | NO |
| 12 | 7777-0037 | n/a | AFC Mortgage | Pro Se | NO |
| 13 | 7777-0041 | 7777-0042 | Charles Boggs | Boggs, Loehn & Rodriguez | NO |
| 14 | 7777-0043 | n/a | Daniel Poulin - Bentley Lane, LLC | Pro Se | NO |
| 15 | 7777-0045 | 7777-0061; 7777-0062 | Jason Simms | Pro Se | NO |
| 16 | 7777-0046 | n/a | Robert Whitley | Robert G. Whitley | NO |
| 17 | 7777-0046 | n/a | Georgia Whitley | Robert G. Whitley | NO |
| 18 | 7777 0051 | n/a | Ileasc Bartlett | Pro Sc | NO |
| 19 | 7777-0067 | n/a | Thomas McIntosh | Pro Se | NO |
| 20 | 7777-0067 | n/a | Pamela McIntosh | Pro Se | NO |
| 21 | 7777-0070 | n/a | Ernest Dion | Pro Se | NO |
| 22 | 7777-0071 | n/a | Earnest Dion Sr. | Pro Se | NO |
| 23 | 7777-0087 | 7777-0103 | American Legion Post 199 | Milam & Milam LLC | NO |
| 24 | 7777-0087 | 7777-0103 | Kelsey Bryant | Milam & Milam LLC | NO |
| 25 | 7777-0087 | 7777-0103 | Eric Crocker | Milam & Milam LLC | NO |
| 26 | 7777-0087 | 7777-0103 | Randy Crocker | Milam & Milam LLC | NO |
| 27 | 7777-0087 | 7777-0103 | John Hearin | Milam & Milam LLC | NO |
| 28 | 7777-0087 | 7777-0103 | Leon Hill | Milam & Milam LLC | NO |
| 29 | 7777-0087 | 7777-0103 | Brinson Holder | Milam & Milam LLC | NO |
| 30 | 7777-0087 | 7777-0103 | Wayne Holder | Milam & Milam LLC | NO |
| 31 | 7777-0087 | 7777-0103 | John Howell | Milam & Milam LLC | NO |
| 32 | 7777-0087 | 7777-0103 | Stacey Howell | Milam & Milam LLC | NO |
| 33 | 7777-0087 | 7777-0103 | Charles Johnson | Milam & Milam LLC | NO |
| 34 | 7777-0087 | 7777-0103 | Dana Johnson | Milam & Milam LLC | NO |
| 35 | 7777-0087 | 7777-0103 | Gary Moore | Milam & Milam LLC | NO |
| 36 | 7777-0087 | 7777-0103 | Amy Morris | Milam & Milam LLC | NO |
| 37 | 7777-0087 | 7777-0103 | Richard Preis | Milam & Milam LLC | NO |
| 38 | 7777-0087 | 7777-0103 | Dana Toberer-Proctor | Milam & Milam LLC | NO |
| 39 | 7777-0087 | 7777-0103 | Doug Proctor | Milam & Milam LLC | NO |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | Standing |
|---|---|---|---|---|---|
| 40 | 7777-0087 | 7777-0103 | Lea Verneuille | Milam & Milam LLC | NO |
| 41 | 7777-0087 | 7777-0103 | Mickey Skipper | Milam & Milam LLC | NO |
| 42 | 7777-0087 | 7777-0103 | Mary Skipper | Milam & Milam LLC | NO |
| 43 | 7777-0087 | 7777-0103 | Robert Myers | Milam & Milam LLC | NO |
| 44 | 7777-0087 | 7777-0103 | Johnnie Myers | Milam & Milam LLC | NO |
| 45 | 7777-0088 | 2179-7292 | Adrian Kornman | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 46 | 7777-0097 | 2179-7292 | Edward Boettner | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 47 | 7777-0098 | 2179-7292 | Alan Leonhard | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 48 | 7777-0099 | 2179-7292 | Dixie Madigan | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 49 | 7777-0099 | 2179-7292 | James Tucker | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 50 | 7777-0100 | 2179-7292 | Nancy Moynan | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 51 | 7777-0125 | n/a | Donnie Potter | Pro Se | NO |
| 52 | 7777-0127 | n/a | Robert Mitchell Fore | Pro Se | NO |
| 53 | 7777-0131 | n/a | Carey Goff | Pro Se | NO |
| 54 | 7777-0134 | n/a | Christopher Smith | Pro Se | NO |
| 55 | 7777-0134 | n/a | Lorraine Smith | Pro Se | NO |
| 56 | 7777-0146 | 2179-7331 | Judith Corey | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 57 | 7777-0148 | 2179-7316 | Billie King | Uhalt and Reck, A Partnership of Law Corporation | NO |
| 58 | 7777-0152 | n/a | John Krueger | Pro Se | NO |
| 59 | 7777-0154 | n/a | Roland Guidry | Pro Se | NO |
| 60 | 7777-0161 | n/a | Ramesh Pathak | Pro Se | NO |
| 61 | 7777-0177 | 2179-7292 | Thomas Szubinksi | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 62 | 7777-0181 | 2179-7292 | George Yeomans | Sher Garner Cahill Richter Klein & Hilbert, L.L.C. | NO |
| 63 | 7777-0188 | n/a | Howard McLean | Pro Se | NO |
| 64 | 7777-0190 | n/a | James Curtis - Panther Ridge | The Penton Law Firm | NO |
| 65 | 7777-0191 | n/a | Vanessa McGuire | Pro Se | NO |
| 66 | 7777-0191 | n/a | Ross Uhl | Pro Se | NO |
| 67 | 7777-0237 | n/a | Mark Houghtaling | Pro Se | NO |
| 68 | 7777-0242 | n/a | Michael Guillory | Pro Se | NO |
| 69 | 7777-0243 | n/a | Barbara Adams | Pro Se | NO |
| 70 | 7777-0244 | n/a | Webster MacCartee - Snowbird Guesthouse B&B | Pro Se | NO |
| 71 | 7777-0250 | 7777-0251 | Stella Chagares | Pro Se | NO |
| 72 | 7777-0252 | n/a | Richard Faust | Pro Se | NO |
| 73 | 7777-0252 | n/a | Wendy Faust | Pro Se | NO |
| 74 | 7777-0253 | n/a | Donald A. Cross - Galia 804 Partners | Pro Se | NO |
| 75 | 7777-0258 | n/a | Aliana Carr - | Pro Se | NO |
| 76 | 7777-0259 | 7777-0263 | John G. Santobianco | Pro Se | NO |
| 77 | 7777-0262 | n/a | Rowena Bruce - RB's Seafood | Pro Se | NO |