**EXHIBIT J**

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | Standing |
|---|---|---|---|---|---|
| 1 | 2179-6350 | 7777-0091; 7777-0093; 2179-6350; 2179-7213; 2179-7215 | Halliburton Energy Services, Inc. | Godwin Ronquillo | NO |
| 2 | 2179-6368 | 2179-6308; 2179-7228; 7777-0147; 2179-7317 | American Shrimp Processors Association | Leake & Anderson, LLP | NO |
| 3 | 2179-6402 | 7777-0021; 2179-6485 | Bobbi Walker - National Association of Charterboat Operators | Pro Se | NO |
| 4 | 2179-6404 | n/a | Asian American Hotel Owners Association | Pro Se | NO |
| 5 | 7777-0003 | 7777-0004; 2179-6468; 2179-6467 | The Charter Fisherman's Association | Pro Se | NO |
| 6 | 7777-0059 | n/a | Billy Nungesser - Plaquemines Parish Government; Plaquemines Parish Charter Captians | Pro Se | NO |
| 7 | 7777-0217 | 2179-6353; 2179-7314; 7777-0226; 2179-7322; 2179-7344; 7777-0229 | Gulf Organized Fishermen in Solidarity & Hope (GO FISH) | Waltzer & Wiygul, LLP | NO |
| 8 | 7777-0223 | 2179-7328; 2179-7219; 2179-7336 | Jackson County, Mississippi | Kuykendall & Assoc., LLC; Robert W. Wilkinson | NO |
| 9 | 7777-0223 | 2179-7328; 2179-7219; 2179-7336 | Gautier, Mississippi | Kuykendall & Assoc., LLC; Robert W. Wilkinson | NO |
| 10 | 7777-0223 | 2179-7328; 2179-7219; 2179-7336 | Moss Point, Mississippi | Kuykendall & Assoc., LLC; Robert W. Wilkinson | NO |
| 11 | 7777-0223 | 2179-7328; 2179-7219; 2179-7336 | Ocean Springs, Mississippi | Kuykendall & Assoc., LLC; Robert W. Wilkinson | NO |
| 12 | 7777-0223 | 2179-7328; 2179-7219; 2179-7336 | Pascagoula, Mississippi | Kuykendall & Assoc., LLC; Robert W. Wilkinson | NO |
| 13 | 7777-0224 | 2179-7330; 2179-6356; 2179-6370 | State of Mississippi | Mississippi Attorney General | NO |
| 14 | 7777-0224 | 2179-7330; 2179-6356; 2179-6370 | Mississippi Attorney General | Mississippi Attorney General | NO |
| 15 | 7777-0227 | 7777-0228; 2179-7345; 2179-7346 | State of Louisiana | Louisiana Attorney General | NO |
| 16 | 7777-0239 | 2179-7385 | Seafood Workers Association of Franklin County and seafood workers on Apalachicola Bay | Howard & Assoc., PA; Scott Carrothers; Samuel T. Adams; Lyons & Farrar, PA | NO |
| 17 | 7777-0240 | 2179-7386; 2179-7385 | Apalachicola Bay Seafood Workers | Howard & Assoc., PA; Scott Carrothers; Samuel T. Adams; Lyons & Farrar, PA | NO |