<u>Exhibit E (Redacted)</u>

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | CSSP Payment Amount ($) | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|---|
| 1 | 7777-0017 | 2179-6481; 2179-7335; 7777-0254 | Vickery, Barbara | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 2 | 7777-0039 | n/a | Wilkinson, Edward P. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 3 | 7777-0046 | n/a | Wright, Harold "Bud" | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 4 | 7777-0079 | 7777-0107 | Richard Danos | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 5 | 7777-0086 | n/a | Kenneth Gauthier - Waterfront Construction | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 6 | 7777-0087 | 7777-0103 | Andrew Henry Maki | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 7 | 7777-0087 | 7777-0103 | Michael Kaufmann | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 8 | 7777-0103 | 7777-0087 | Jon Bartlett Haddad - Southern Way Charters Inc | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 9 | 2179-7169 | n/a | Bray, Emory | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 10 | 2179-7217 | n/a | Cauble, Douglas | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 11 | 2179-7217 | n/a | Chicola, Ronald | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 12 | 2179-7217 | n/a | Cohen, Shlomo | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | CSSP Payment Amount ($) | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|---|
| 13 | 2179-7217 | n/a | Combs, Victoria | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 14 | 2179-7217 | n/a | Cross, Jordan A. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 15 | 2179-7217 | n/a | D'Asign Group, Inc. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 16 | 2179-7217 | n/a | Davidson, Rob | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 17 | 2179-7217 | n/a | Debrowski, Joseph | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 18 | 2179-7217 | n/a | Early, Sandy D. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 19 | 2179-7217 | n/a | Felisimino, Arlene | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 20 | 2179-7217 | n/a | Fitzpatrick, Nelson | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 21 | 2179-7217 | n/a | Floorida Floors, Inc. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 22 | 2179-7217 | n/a | Florida Gift Shop, Inc. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 23 | 2179-7217 | n/a | Florigan Marina LLC | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 24 | 2179-7217 | n/a | Greg Marler Charter Boats, Inc. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 25 | 2179-7217 | n/a | Happy Kids for Kids, Inc. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | CSSP Payment Amount ($) | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|---|
| 26 | 2179-7217 | n/a | Harrison, Brian, individually and d/b/a Salt Yacht Charters | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 27 | 2179-7217 | n/a | Harry, Ryan C. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 28 | 2179-7217 | n/a | Hills, Sr., Anthony | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 29 | 2179-7217 | n/a | Alo, Orlando | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 30 | 2179-7217 | n/a | Johnson, Richard and Shannon | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 31 | 2179-7217 | n/a | Andrews Masonary, LLC | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 32 | 2179-7217 | n/a | Lancaster, Michael A. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 33 | 2179-7217 | n/a | Lee, Helen R. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 34 | 2179-7217 | n/a | Lenderman Drywall, Inc. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 35 | 2179-7217 | n/a | Lewis, James David | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 36 | 2179-7217 | n/a | Loveland, Morris individually and d/b/a Chick-Fil-A | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 37 | 2179-7217 | n/a | Melvin, Teresa Ann | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 38 | 2179-7217 | n/a | Montgomery, Edward | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | CSSP Payment Amount ($) | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|---|
| 39 | 2179-7217 | n/a | Mortimer, Janine | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 40 | 2179-7217 | n/a | Murray, April | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 41 | 2179-7217 | n/a | Nutt, Jerry | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 42 | 2179-7217 | n/a | Oatsvall, Brian | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 43 | 2179-7217 | n/a | Old Harbour House, Inc. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 44 | 2179-7217 | n/a | Precision Auto Glass, LLC | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 45 | 2179-7217 | n/a | Rice, Toni F. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 46 | 2179-7217 | n/a | Rogers, Brenda K. d/b/a Racing Razors | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 47 | 2179-7217 | n/a | Rossi, Carl | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 48 | 2179-7217 | n/a | Russell, Michael Allen | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 49 | 2179-7217 | n/a | Sametz, Michelle Leigh | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 50 | 2179-7217 | n/a | Autoworks of Destin, LLC | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 51 | 2179-7217 | n/a | Sincu, Cristina | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | CSSP Payment Amount ($) | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|---|
| 52 | 2179-7217 | n/a | Sonshine Motors, LLC | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 53 | 2179-7217 | n/a | Buehner-Fry, Inc. d/b/a Navis | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 54 | 2179-7217 | n/a | 619 Duval Company | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 55 | 2179-7217 | n/a | Dude-N-Brah, Inc. d/b/a Helen Back Cafe | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 56 | 2179-7217 | n/a | Karg, Patrick and Maria | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 57 | 2179-7217 | n/a | Apple Tree Holdings of Key West, LLC d/b/a Heron House | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |
| 58 | 2179-7316 | n/a | Strand Import & Distributors, Inc. | Smith Stag, LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman &McKee, PA | | | | |