Exhibit F (Redacted)

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|
| 1 | 7777-0209 | 2179-7338 | Chenoweth, Mr. Joseph | Arnold & Itkin LLP | | | |
| 2 | 7777-0209 | 2179-7338 | Crumpton, Jr., Mr. Raymond L. | Arnold & Itkin LLP | | | |
| 3 | 7777-0209 | 2179-7338 | Debrow, Mr. John | Arnold & Itkin LLP | | | |
| 4 | 7777-0209 | 2179-7338 | Dominguez, Jr., Capt. Leonardo | Arnold & Itkin LLP | | | |
| 5 | 7777-0209 | 2179-7338 | Annie Thornton, Inc. | Arnold & Itkin LLP | | | |
| 6 | 7777-0209 | 2179-7338 | Ellzey, Mr. Kenneth E. | Arnold & Itkin LLP | | | |
| 7 | 7777-0209 | 2179-7338 | Flores, Mr. Armando | Arnold & Itkin LLP | | | |
| 8 | 7777-0209 | 2179-7338 | Flores, Mr. Elidio Zaleta | Arnold & Itkin LLP | | | |
| 9 | 7777-0209 | 2179-7338 | Garnica, Mr. Luis A. | Arnold & Itkin LLP | | | |
| 10 | 7777-0209 | 2179-7338 | Gasca, Capt. Jose L. | Arnold & Itkin LLP | | | |
| 11 | 7777-0209 | 2179-7338 | Gibbs, Ms. Michele | Arnold & Itkin LLP | | | |
| 12 | 7777-0209 | 2179-7338 | Glankler, Mr. Chris | Arnold & Itkin LLP | | | |
| 13 | 7777-0209 | 2179-7338 | Goodman, Mr. Monroe | Arnold & Itkin LLP | | | |
| 14 | 7777-0209 | 2179-7338 | Groomer Seafood, Inc. | Arnold & Itkin LLP | | | |
| 15 | 7777-0209 | 2179-7338 | Guillot, Mr. Adam | Arnold & Itkin LLP | | | |
| 16 | 7777-0209 | 2179-7338 | Hall, Mr. Randle | Arnold & Itkin LLP | | | |
| 17 | 7777-0209 | 2179-7338 | Hernandez, Mr. Ruben | Arnold & Itkin LLP | | | |
| 18 | 7777-0209 | 2179-7338 | Holtrey, Mr. George | Arnold & Itkin LLP | | | |
| 19 | 7777-0209 | 2179-7338 | Howard, Mr. Thomas J. | Arnold & Itkin LLP | | | |
| 20 | 7777-0209 | 2179-7338 | Huff, Mr. Will M. | Arnold & Itkin LLP | | | |
| 21 | 7777-0209 | 2179-7338 | Humphrey, Mr. Timothy | Arnold & Itkin LLP | | | |
| 22 | 7777-0209 | 2179-7338 | Jimenez, Mr. Hector | Arnold & Itkin LLP | | | |
| 23 | 7777-0209 | 2179-7338 | Jimenez, Mr. Jose Damian | Arnold & Itkin LLP | | | |
| 24 | 7777-0209 | 2179-7338 | Johnston, Mr. Charles | Arnold & Itkin LLP | | | |
| 25 | 7777-0209 | 2179-7338 | Jones, Mr. Edward | Arnold & Itkin LLP | | | |
| 26 | 7777-0209 | 2179-7338 | Kincade, Mr. Edward | Arnold & Itkin LLP | | | |
| 27 | 7777-0209 | 2179-7338 | Le, Mr. Quoc | Arnold & Itkin LLP | | | |
| 28 | 7777-0209 | 2179-7338 | Ledezma, Mr. Jose Benitez | Arnold & Itkin LLP | | | |
| 29 | 7777-0209 | 2179-7338 | Lee, Mr. John Ken | Arnold & Itkin LLP | | | |
| 30 | 7777-0209 | 2179-7338 | Lee, Mr. John V. | Arnold & Itkin LLP | | | |
| 31 | 7777-0209 | 2179-7338 | Lilley, Mr. John | Arnold & Itkin LLP | | | |
| 32 | 7777-0209 | 2179-7338 | Lopez Palomar, Mr. Arnulfo | Arnold & Itkin LLP | | | |
| 33 | 7777-0209 | 2179-7338 | Lopez, Mr. Juan L. | Arnold & Itkin LLP | | | |
| 34 | 7777-0209 | 2179-7338 | Louis, Mr. Dwayne | Arnold & Itkin LLP | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|
| 35 | 7777-0209 | 2179-7338 | Luce, Jr., Mr. Louis | Arnold & Itkin LLP | | | |
| 36 | 7777-0209 | 2179-7338 | Martinez, Capt. Jose E. | Arnold & Itkin LLP | | | |
| 37 | 7777-0209 | 2179-7338 | Martinez, Mr. Hector Orlando | Arnold & Itkin LLP | | | |
| 38 | 7777-0209 | 2179-7338 | Martinez, Mr. Juan M. | Arnold & Itkin LLP | | | |
| 39 | 7777-0209 | 2179-7338 | Medrano, Mr. Evaristo H. | Arnold & Itkin LLP | | | |
| 40 | 7777-0209 | 2179-7338 | Medrano, Mr. Francisco | Arnold & Itkin LLP | | | |
| 41 | 7777-0209 | 2179-7338 | Moreno, Mr. Raul Blanco | Arnold & Itkin LLP | | | |
| 42 | 7777-0209 | 2179-7338 | Bonnet, Mr. Gregory | Arnold & Itkin LLP | | | |
| 43 | 7777-0209 | 2179-7338 | Mullen, Ms. Tavia | Arnold & Itkin LLP | | | |
| 44 | 7777-0209 | 2179-7338 | Nelson, Mr. Willie | Arnold & Itkin LLP | | | |
| 45 | 7777-0209 | 2179-7338 | Nelton, Mr. Elton | Arnold & Itkin LLP | | | |
| 46 | 7777-0209 | 2179-7338 | Ogles, Ms. Rena | Arnold & Itkin LLP | | | |
| 47 | 7777-0209 | 2179-7338 | Ortego, Mr. Brett | Arnold & Itkin LLP | | | |
| 48 | 7777-0209 | 2179-7338 | Owensby, Mr. Brian | Arnold & Itkin LLP | | | |
| 49 | 7777-0209 | 2179-7338 | Pearson, Mr. Thomas L. | Arnold & Itkin LLP | | | |
| 50 | 7777-0209 | 2179-7338 | Peeples, Mr. William | Arnold & Itkin LLP | | | |
| 51 | 7777-0209 | 2179-7338 | Pennington, Mr. Timothy | Arnold & Itkin LLP | | | |
| 52 | 7777-0209 | 2179-7338 | Pinedo, Mr. Ruben | Arnold & Itkin LLP | | | |
| 53 | 7777-0209 | 2179-7338 | Pittman, Mr. Jeremy | Arnold & Itkin LLP | | | |
| 54 | 7777-0209 | 2179-7338 | Pockrus, Mr. Ron | Arnold & Itkin LLP | | | |
| 55 | 7777-0209 | 2179-7338 | Ramos, Mr. Hector Rosas | Arnold & Itkin LLP | | | |
| 56 | 7777-0209 | 2179-7338 | Ramos, Mr. Ray | Arnold & Itkin LLP | | | |
| 57 | 7777-0209 | 2179-7338 | Raymer, Mr. Greg | Arnold & Itkin LLP | | | |
| 58 | 7777-0209 | 2179-7338 | Richard, Mr. Stevon | Arnold & Itkin LLP | | | |
| 59 | 7777-0209 | 2179-7338 | Rigby, Ms. Doris | Arnold & Itkin LLP | | | |
| 60 | 7777-0209 | 2179-7338 | Robinson, Mr. Wilbert | Arnold & Itkin LLP | | | |
| 61 | 7777-0209 | 2179-7338 | Rodriguez, Mr. Leandro | Arnold & Itkin LLP | | | |
| 62 | 7777-0209 | 2179-7338 | Rull, Mr. Walter | Arnold & Itkin LLP | | | |
| 63 | 7777-0209 | 2179-7338 | Brooks, Ms. Jan | Arnold & Itkin LLP | | | |
| 64 | 7777-0209 | 2179-7338 | Rutherford, Mr. Michael | Arnold & Itkin LLP | | | |
| 65 | 7777-0209 | 2179-7338 | Sanchez, Mr. Frank | Arnold & Itkin LLP | | | |
| 66 | 7777-0209 | 2179-7338 | Broughton, Mr. Kelvin | Arnold & Itkin LLP | | | |
| 67 | 7777-0209 | 2179-7338 | Senkyrik, Mr. Frank | Arnold & Itkin LLP | | | |
| 68 | 7777-0209 | 2179-7338 | Silguero, Capt. Ubaldo | Arnold & Itkin LLP | | | |
| 69 | 7777-0209 | 2179-7338 | Sinku, Mr. Jon | Arnold & Itkin LLP | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|
| 70 | 7777-0209 | 2179-7338 | Sparacino, Ms. Maria | Arnold & Itkin LLP | | | |
| 71 | 7777-0209 | 2179-7338 | Strickland, Ms. Dana | Arnold & Itkin LLP | | | |
| 72 | 7777-0209 | 2179-7338 | Stritchko, Capt. Kathleen | Arnold & Itkin LLP | | | |
| 73 | 7777-0209 | 2179-7338 | Browne, Mr. Nicholai | Arnold & Itkin LLP | | | |
| 74 | 7777-0209 | 2179-7338 | Swindell, Mr. Marian | Arnold & Itkin LLP | | | |
| 75 | 7777-0209 | 2179-7338 | Walker, Capt. James O. | Arnold & Itkin LLP | | | |
| 76 | 7777-0209 | 2179-7338 | Walker, Mr. William H. | Arnold & Itkin LLP | | | |
| 77 | 7777-0209 | 2179-7338 | Campbell, Mr. Jimmy Ray | Arnold & Itkin LLP | | | |
| 78 | 7777-0209 | 2179-7338 | Cantu, Mr. Jesus Camacho | Arnold & Itkin LLP | | | |
| 79 | 7777-0209 | 2179-7338 | Cary, Ms. Beverly Lynne | Arnold & Itkin LLP | | | |
| 80 | 7777-0209 | 2179-7338 | Castro, Mr. Jose E. | Arnold & Itkin LLP | | | |
| 81 | 7777-0209 | 2179-7338 | Catanese, Mr. William | Arnold & Itkin LLP | | | |
| 82 | 7777-0209 | 2179-7338 | Cedillo, Mr. Eleuterio | Arnold & Itkin LLP | | | |
| 83 | 7777-0209 | 2179-7338 | Frenger, Mr. Anthony | Arnold & Itkin LLP | | | |
| 84 | 7777-0209 | 2179-7338 | Garza, Mr. Michael | Arnold & Itkin LLP | | | |
| 85 | 7777-0209 | 2179-7338 | Sandiford, Mr. Clarence E. | Arnold & Itkin LLP | | | |
| 86 | 7777-0209 | 2179-7338 | Alas, Mr. Eduardo | Arnold & Itkin LLP | | | |
| 87 | 7777-0209 | 2179-7338 | Clark, Capt. Raymond | Arnold & Itkin LLP | | | |
| 88 | 7777-0209 | 2179-7338 | Corliss, Mr. Roger | Arnold & Itkin LLP | | | |
| 89 | 7777-0209 | 2179-7338 | Coronado, Mr. Francisco Medrano | Arnold & Itkin LLP | | | |
| 90 | 7777-0209 | 2179-7338 | Cuevas, Mr. Brett D. | Arnold & Itkin LLP | | | |
| 91 | 7777-0209 | 2179-7338 | Daniels, Ms. Melinda | Arnold & Itkin LLP | | | |
| 92 | 7777-0209 | 2179-7338 | DeRoche, Mr. Reed | Arnold & Itkin LLP | | | |
| 93 | 7777-0209 | 2179-7338 | Diaz, Mr. Antonio David | Arnold & Itkin LLP | | | |
| 94 | 7777-0209 | 2179-7338 | Duff, Mr. Billy | Arnold & Itkin LLP | | | |
| 95 | 7777-0209 | 2179-7338 | DVPJ, LP d/b/a Cafe Bello | Arnold & Itkin LLP | | | |
| 96 | 7777-0209 | 2179-7338 | Dyess, Mr. Chris | Arnold & Itkin LLP | | | |
| 97 | 7777-0209 | 2179-7338 | Eggert, Mr. Anthony | Arnold & Itkin LLP | | | |
| 98 | 7777-0209 | 2179-7338 | Fial, Ms. Lee Ann | Arnold & Itkin LLP | | | |
| 99 | 7777-0209 | 2179-7338 | Fontenette, Mr. Ira | Arnold & Itkin LLP | | | |
| 100 | 7777-0209 | 2179-7338 | French, Mr. Pete | Arnold & Itkin LLP | | | |
| 101 | 7777-0209 | 2179-7338 | Gallardo, Mr. Manuel | Arnold & Itkin LLP | | | |
| 102 | 7777-0209 | 2179-7338 | Grinstead, Mr. Brian | Arnold & Itkin LLP | | | |
| 103 | 7777-0209 | 2179-7338 | Guajardo, Mr. Jeffrey | Arnold & Itkin LLP | | | |
| 104 | 7777-0209 | 2179-7338 | Guajardo, Mr. Julio | Arnold & Itkin LLP | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|
| 105 | 7777-0209 | 2179-7338 | Guidry, Mr. Craig | Arnold & Itkin LLP | | | |
| 106 | 7777-0209 | 2179-7338 | Haan, Mr. Darryl | Arnold & Itkin LLP | | | |
| 107 | 7777-0209 | 2179-7338 | Hamblin, Mr. David Wayne | Arnold & Itkin LLP | | | |
| 108 | 7777-0209 | 2179-7338 | Harden, Mr. William | Arnold & Itkin LLP | | | |
| 109 | 7777-0209 | 2179-7338 | Heath, Mr. Kristopher | Arnold & Itkin LLP | | | |
| 110 | 7777-0209 | 2179-7338 | Hernaez, Mr. Ben | Arnold & Itkin LLP | | | |
| 111 | 7777-0209 | 2179-7338 | Hernandez, Mr. Ernest | Arnold & Itkin LLP | | | |
| 112 | 7777-0209 | 2179-7338 | Hernandez, Mr. Gustavo | Arnold & Itkin LLP | | | |
| 113 | 7777-0209 | 2179-7338 | Hooker, Ms. Terry | Arnold & Itkin LLP | | | |
| 114 | 7777-0209 | 2179-7338 | Beck, Mr. Derry | Arnold & Itkin LLP | | | |
| 115 | 7777-0209 | 2179-7338 | Hudson, Mr. Brandon | Arnold & Itkin LLP | | | |
| 116 | 7777-0209 | 2179-7338 | Huff, Mr. Samuel Luis | Arnold & Itkin LLP | | | |
| 117 | 7777-0209 | 2179-7338 | Hurt, Mr. Jerry Lee | Arnold & Itkin LLP | | | |
| 118 | 7777-0209 | 2179-7338 | Ibanez, Mr. Gonzalo Reyes | Arnold & Itkin LLP | | | |
| 119 | 7777-0209 | 2179-7338 | Jackson, Mr. Cardell | Arnold & Itkin LLP | | | |
| 120 | 7777-0209 | 2179-7338 | Belton, Mr. Brian | Arnold & Itkin LLP | | | |
| 121 | 7777-0209 | 2179-7338 | Johnson, Mr. James | Arnold & Itkin LLP | | | |
| 122 | 7777-0209 | 2179-7338 | Justice, Mr. Van S. | Arnold & Itkin LLP | | | |
| 123 | 7777-0209 | 2179-7338 | Ladnier, Mr. Scottie | Arnold & Itkin LLP | | | |
| 124 | 7777-0209 | 2179-7338 | Berger, Ms. Merlin | Arnold & Itkin LLP | | | |
| 125 | 7777-0209 | 2179-7338 | Bernard, Mr. Darren | Arnold & Itkin LLP | | | |
| 126 | 7777-0209 | 2179-7338 | Leon, Sr. Miguel | Arnold & Itkin LLP | | | |
| 127 | 7777-0209 | 2179-7338 | Leon, Sra. Sonia | Arnold & Itkin LLP | | | |
| 128 | 7777-0209 | 2179-7338 | Linarte, Mr. Luis R. | Arnold & Itkin LLP | | | |
| 129 | 7777-0209 | 2179-7338 | Liprie, Mr. Anthony | Arnold & Itkin LLP | | | |
| 130 | 7777-0209 | 2179-7338 | Longoria, Mr. Victor | Arnold & Itkin LLP | | | |
| 131 | 7777-0209 | 2179-7338 | Longoria, Sr., Mr. Vincent | Arnold & Itkin LLP | | | |
| 132 | 7777-0209 | 2179-7338 | Lopez, Mr. Celestino | Arnold & Itkin LLP | | | |
| 133 | 7777-0209 | 2179-7338 | Loupe, Ms. Penny | Arnold & Itkin LLP | | | |
| 134 | 7777-0209 | 2179-7338 | Mainus, Ms. Dianna | Arnold & Itkin LLP | | | |
| 135 | 7777-0209 | 2179-7338 | Marino, Mr. Antonio Garcia | Arnold & Itkin LLP | | | |
| 136 | 7777-0209 | 2179-7338 | Marvis, Capt. Craig | Arnold & Itkin LLP | | | |
| 137 | 7777-0209 | 2179-7338 | May, Ms. Sharon | Arnold & Itkin LLP | | | |
| 138 | 7777-0209 | 2179-7338 | McDonald, Mr. Ralph | Arnold & Itkin LLP | | | |
| 139 | 7777-0209 | 2179-7338 | Mehrgolshan, Ms. Forough Mogadam | Arnold & Itkin LLP | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|
| 140 | 7777-0209 | 2179-7338 | Bogden, Ms. Sandra | Arnold & Itkin LLP | | | |
| 141 | 7777-0209 | 2179-7338 | Nelson, Mr. Leonard | Arnold & Itkin LLP | | | |
| 142 | 7777-0209 | 2179-7338 | Nyser, Mr. Steve | Arnold & Itkin LLP | | | |
| 143 | 7777-0209 | 2179-7338 | Ochoa, Mr. Marco A. | Arnold & Itkin LLP | | | |
| 144 | 7777-0209 | 2179-7338 | Ortiz, Mr. Jose | Arnold & Itkin LLP | | | |
| 145 | 7777-0209 | 2179-7338 | Paz, Mr. Francisco | Arnold & Itkin LLP | | | |
| 146 | 7777-0209 | 2179-7338 | Pelser, Mr. Mark | Arnold & Itkin LLP | | | |
| 147 | 7777-0209 | 2179-7338 | Perkins, Mr. Isom | Arnold & Itkin LLP | | | |
| 148 | 7777-0209 | 2179-7338 | Plumb, Mr. Vincent | Arnold & Itkin LLP | | | |
| 149 | 7777-0209 | 2179-7338 | Poppele, Mr. Andrew | Arnold & Itkin LLP | | | |
| 150 | 7777-0209 | 2179-7338 | Powell, Mr. Gerald | Arnold & Itkin LLP | | | |
| 151 | 7777-0209 | 2179-7338 | Quebedeaux, Mr. Joseph P. | Arnold & Itkin LLP | | | |
| 152 | 7777-0209 | 2179-7338 | Ramos, Mr. Javier L. | Arnold & Itkin LLP | | | |
| 153 | 7777-0209 | 2179-7338 | Rodas, Ms. Deborah J. | Arnold & Itkin LLP | | | |
| 154 | 7777-0209 | 2179-7338 | Roman, Mr. Roman Castelan | Arnold & Itkin LLP | | | |
| 155 | 7777-0209 | 2179-7338 | Salas, Mr. Jose Alberto | Arnold & Itkin LLP | | | |
| 156 | 7777-0209 | 2179-7338 | Shadowwolf, Mr. John | Arnold & Itkin LLP | | | |
| 157 | 7777-0209 | 2179-7338 | Sharp, Sr., Mr. Jimmy D. | Arnold & Itkin LLP | | | |
| 158 | 7777-0209 | 2179-7338 | Shedrick, Mr. Daniel | Arnold & Itkin LLP | | | |
| 159 | 7777-0209 | 2179-7338 | Simmons, Mr. Charles | Arnold & Itkin LLP | | | |
| 160 | 7777-0209 | 2179-7338 | Small, Ms. Beverly | Arnold & Itkin LLP | | | |
| 161 | 7777-0209 | 2179-7338 | Smith, Mr. Robert | Arnold & Itkin LLP | | | |
| 162 | 7777-0209 | 2179-7338 | Sutherland, Mr. Mark | Arnold & Itkin LLP | | | |
| 163 | 7777-0209 | 2179-7338 | Tanton, Jr., Mr. William F. | Arnold & Itkin LLP | | | |
| 164 | 7777-0209 | 2179-7338 | Theriot, Mr. Cade | Arnold & Itkin LLP | | | |
| 165 | 7777-0209 | 2179-7338 | Theriot, Mr. Guy | Arnold & Itkin LLP | | | |
| 166 | 7777-0209 | 2179-7338 | Timmons Restaurant Partners, Ltd. d/b/a Tony's | Arnold & Itkin LLP | | | |
| 167 | 7777-0209 | 2179-7338 | Tinoco, Mr. Cesar R. | Arnold & Itkin LLP | | | |
| 168 | 7777-0209 | 2179-7338 | Townsend, Mr. Robert | Arnold & Itkin LLP | | | |
| 169 | 7777-0209 | 2179-7338 | Vincent, Mr. James J. | Arnold & Itkin LLP | | | |
| 170 | 7777-0209 | 2179-7338 | Voisine, Mr. Shawn | Arnold & Itkin LLP | | | |
| 171 | 7777-0209 | 2179-7338 | Wiley, Mr. Bryan B. | Arnold & Itkin LLP | | | |
| 172 | 7777-0209 | 2179-7338 | Williams, Jr., Mr. Thomas | Arnold & Itkin LLP | | | |
| 173 | 7777-0209 | 2179-7338 | Willits, Mr. Thomas | Arnold & Itkin LLP | | | |
| 174 | 7777-0209 | 2179-7338 | Willits, Mr. Thomas d/b/a Kathi's | Arnold & Itkin LLP | | | |

| No. | Filing | Related Filings | Objecting Party | Objector Attorney | CSSP Registration # | GCCF ID # | Final GCCF Total Payment ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | Crabs |  |  |  |  |
| 175 | 7777-0209 | 2179-7338 | Zapata, Mr. Edgar A. | Arnold & Itkin LLP |  |  |  |
| 176 | 7777-0209 | 2179-7338 | Zapata, Mr. Nicolas Rios | Arnold & Itkin LLP |  |  |  |
| 177 | 7777-0209 | 2179-7338 | Zoupoya, Mr. Koffi | Arnold & Itkin LLP |  |  |  |
| 178 | 7777-0209 | 2179-7338 | Cabrales, Mr. Richard A. | Arnold & Itkin LLP |  |  |  |
| 179 | 7777-0209 | 2179-7338 | Aguilar, Felix Cedillo | Arnold & Itkin LLP |  |  |  |
| 180 | 7777-0209 | 2179-7338 | Cantu, Jr., Mr. Carlos | Arnold & Itkin LLP |  |  |  |
| 181 | 7777-0209 | 2179-7338 | Cardenas Tapia, Mr. Nicolas | Arnold & Itkin LLP |  |  |  |
| 182 | 7777-0209 | 2179-7338 | Cardiel, Mr. Ruben D. | Arnold & Itkin LLP |  |  |  |
| 183 | 7777-0209 | 2179-7338 | Carmouche, Darbie | Arnold & Itkin LLP |  |  |  |
| 184 | 7777-0209 | 2179-7338 | Chaney, Sr., Mr. John | Arnold & Itkin LLP |  |  |  |
| 185 | 7777-0209 | 2179-7338 | Chavez, Mr. Juan C. | Arnold & Itkin LLP |  |  |  |
| 186 | 7777-0209 | 2179-7338 | Che, Mr. Armando | Arnold & Itkin LLP |  |  |  |