

### Exhibit Q (Redacted):  Submissions Containing No Request for Exclusion

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 00002 | Troy Frazier | | | | | | | | |
| 00011R | David Lee Brooks | | | | | | | | |
| 00016 | Eric B. Robinson | | | | | | | | |
| 00017 | Edward K Scott | | | | | | | | |
| 00018 | Charles Dickens | | | | | | | | |
| 00036 | Donald Grant | | | | | | | | |
| 00043(4) | Velma Mann | | | | | | | | |
| 00061 | Elouise Garrison | | | | | | | | |
| 00062 | Herman Moody | | | | | | | | |
| 00075 | Kay Ximenez | | | | | | | | |
| 00082R | Debra C. Osterfeld | | | | | | | | |
| 00088 | Greg Forehand | | | | | | | | |
| 00113R | Herman Richardson | | | | | | | | |
| 00116 | Le Discount Seafood | | | | | | | | |
| 00123 | Juan Valido Henriquez | | | | | | | | |
| 00143 | Marine Management, Inc | | | | | | | | |
| 00149 | Della Antoine | | | | | | | | |
| 00159 | Muhammed S. Gohir | | | | | | | | |
| 00216R | Dorothy Bridges | | | | | | | | |
| 00217 | Ralph Edward Payne | | | | | | | | |
| 00222B | T&C Towing | | | | | | | | |
| 00228R(2) | Reginald McCarty | | | | | | | | |
| 00240 | Charles W. Daniel | | | | | | | | |
| 00243R | Toddler Tech Academy of Pensacola | | | | | | | | |
| 00262R(2) | Claude A. Melerine | | | | | | | | |
| 00268(2) | Vera Dixon | | | | | | | | |
| 00272 | Thomas W. Olivier | | | | | | | | |
| 00289 | Brian Kenneth David | | | | | | | | |
| 00316R | Malinda's Faith Academy | | | | | | | | |
| 00322R | Jose Antonio Tirado | | | | | | | | |
| 00328 | Virginia Seafood Counsel | | | | | | | | |
| 00348 | Mauronise Nelson Natan | | | | | | | | |
| 00355 | Roger Bolivar | | | | | | | | |
| 00356R | Carol A. Hamby | | | | | | | | |
| 00357R | Inorable Annelse | | | | | | | | |
| 00363 | Carolyn B Duhon | | | | | | | | |
| 00364 | Team Adaptive, Inc. | | | | | | | | |
| 00365R(2) | Harry Anthony Sullivan | | | | | | | | |
| 00367R(2) | Ray Reynolds | | | | | | | | |
| 00369 | Cindy Cain Adams | | | | | | | | |
| 00370 | Ella M. Lebant | | | | | | | | |
| 00371 | Tyrone McKinnon | | | | | | | | |
| 00372 | La Paloma Restaurant | | | | | | | | |
| 00373 | Natasha C Warren | | | | | | | | |
| 00378 | Mugs and Jugs Restaurants, LLC | | | | | | | | |
| 00386R(2) | Manuel Menendez Castro | | | | | | | | |
| 00407R | Black Fox Productions | | | | | | | | |
| 00417 | Cornelius M Clausell | | | | | | | | |
| 00419R | Kari Lea Perkey | | | | | | | | |
| 00422(3) | Lan H. Tran | | | | | | | | |
| 00424 | Eugene Benitez | | | | | | | | |
| 00464 | Quentin P. Morales | | | | | | | | |
| 00471 | Mariano J. Barvie | | | | | | | | |
| 00490(2) | Luis R Perez | | | | | | | | |



**Exhibit Q (Redacted): Submissions Containing No Request for Exclusion**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 00491 | Nelson Bonin | | | | | | | | |
| 00492R | Laurette Travis | | | | | | | | |
| 00496 | In & Out Express Lube Inc | | | | | | | | |
| 00497 | Malak Enterprises | | | | | | | | |
| 00558R(2) | Elwin G. Gillum | | | | | | | | |
| 00576R | Carol Johnson | | | | | | | | |
| 00577 | Steven G Hall | | | | | | | | |
| 00581 | Eric L. McShan | | | | | | | | |
| 00603R | Richard Thomsen | | | | | | | | |
| 00613 | Stephanie M. Massie | | | | | | | | |
| 00624 | Richard H Marty | | | | | | | | |
| 00643 | Yiu Kei Huang | | | | | | | | |
| 00672 | Samuel Nelson | | | | | | | | |
| 00693 | Nicole Leigh Scott | | | | | | | | |
| 00698R | Edgar Jefferson | | | | | | | | |
| 00741 | New China Doll Seafood Restaurant | | | | | | | | |
| 01047 | Adalberto Penteado | | | | | | | | |
| 01135 | Georgia Shippey | | | | | | | | |
| 01171 | Stephen D. Lawler | | | | | | | | |
| 02259 | Tom Wagstaff | | | | | | | | |
| 02563 | William E Sykes Jr. | | | | | | | | |
| 02618 | Gregory A Myers | | | | | | | | |
| 03523 | Hunter Palmer | | | | | | | | |
| 04204 | Joseph Winkeler | | | | | | | | |
| 05531(2) | Nathan Tuyen Nguyen | | | | | | | | |
| 06120 | Kirk Prest | | | | | | | | |
| 06148 | Giau Van Vuong | | | | | | | | |
| 06173 | Henry Nguyen | | | | | | | | |
| 06265 | Hieu Le | | | | | | | | |
| 06936 | Santa Rosa Group, LLC | | | | | | | | |
| 06971 | Phillip Investments, LLC (18 Via de Luna #602) | | | | | | | | |
| 06993 | Bottoms Up Marine Inc. | | | | | | | | |
| 07066 | Beach Club No. 1, LLC (Unit 501) | | | | | | | | |
| 07097 | Beach Club No. 1, LLC (Unite 506) | | | | | | | | |
| 07217 | D & R Motel LLC | | | | | | | | |
| 07569 | Shree Ambapratap of Panama City, Inc. D/B/A Quick Stop | | | | | | | | |
| 07651 | Ouida J. Matturri | | | | | | | | |
| 07665 | Shanette Rice | | | | | | | | |
| 07676 | Dominique Henderson | | | | | | | | |
| 07695 | Betty Jean Moore | | | | | | | | |
| 07700 | Jerry L. Thomas | | | | | | | | |
| 07726 | Susie Pham | | | | | | | | |
| 07780 | Claud Smith | | | | | | | | |
| 07782 | Delays Brock | | | | | | | | |
| 07826 | Reginald L. Ladner | | | | | | | | |
| 07830 | Lutrina Evans | | | | | | | | |
| 07841 | New Orleans Equity, LLC d/b/a Galatoire's Restaurant | | | | | | | | |
| 07873 | Frederick Paxson | | | | | | | | |
| 07885 | Delays Brock | | | | | | | | |
| 08077 | Howard F. Huff | | | | | | | | |



**Exhibit Q (Redacted): Submissions Containing No Request for Exclusion**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 08687 | Isidro Guerro d/b/a - Isidora Guerra - Captain for David Aparicio | | | | | | | | |
| 08692 | Garry Seaman, Sr. dba Garry Seaman dba SeaGull | | | | | | | | |
| 08715 | Lasterline Fish Co., Inc. | | | | | | | | |
| 08743(3) | Manny Berlanga d/b/a Capt. B | | | | | | | | |
| 10676(2) | Alton Rockford Meadows | | | | | | | | |
| 10939 | Steve Burton McKay | | | | | | | | |
| 50169 | Gregory Dundas | | | | | | | | |
| 57081 | Dinh Hung | | | | | | | | |
| 59486(2) | Robert Rinke | | | | | | | | |
| 60462 | Charlotte Bryant | | | | | | | | |
| 60623(2) | Savannah's Cafe LLC | | | | | | | | |
| 61313 | Leamon Isom | | | | | | | | |
| 61572 | Redcatz, Inc. dba Urban Reef | | | | | | | | |
| 64477 | Tiffany Duke | | | | | | | | |
| 64538 | Dominique Ronald Singleton | | | | | | | | |
| 64651 | Donald L. Ferrell | | | | | | | | |
| 64667 | Albert Hoover | | | | | | | | |
| 64689 | Michael R Keilman | | | | | | | | |
| 64717 | Hector de la Cruz | | | | | | | | |
| 64827 | Bernice T. Johnson | | | | | | | | |
| 64847 | Patti Regan | | | | | | | | |
| 64976 | Sabrina Robert Mitchell | | | | | | | | |