

### Exhibit R (Redacted): Late Opt Out Requests

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID | Postmark_Date | Receipt_Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01885 | etechnotics | | | | | | | | | 11/05/2012 | 11/07/2012 |
| 10128 | DC Batteries of Louisiana, LLC | | | | | | | | | 11/02/2012 | 11/03/2012 |
| 61163 | The Electric Light Building Condominium Association | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61174 | Joseph Adam Fuller | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61175(2) | Earl R. Roberts | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61182 | Kim Nguyen Huynh | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61192 | Jesse O Thomas | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61202 | Joaquin Inchaustegui | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61208 | Courtney Celeste McBride | | | | | | | | | 11/03/2012 | 11/05/2012 |
| 61213 | BAM Automotive Inc. | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61214 | Ray Fortune | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61218 | MCINNIS COASTAL PROPERTIES, LLC | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61227 | Daniel A. Diebolt | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61228 | Maria Fortune (nee Curry) | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61241 | Healthpoint Medical Group of Panama City Beach, P.A. | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61249 | Lynn Wentworth Morrissette | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61264 | Young Tract LLC | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61287 | Thomas M. Morrissette | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61315 | Kelly A. DuBois | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61321 | C. R. Tires Inc. | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61335 | Lake Area Physician Services, LLC | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61349 | Kathy Best | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61378 | Awning Solution, Inc. | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61394 | Auto Magic of Mid Florida | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61495 | Purav Hospitality LLC | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61539 | BARLIE, LLC | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61572 | Redcatz, Inc. dba Urban Reef | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61712 | Wayne J. Bonvillain | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61751 | T. A. Duffy Builders, LLC | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 61994 | Oscar LaCoste | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62093 | Dwayne E. Davis | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62204 | Paris Distributing | | | | | | | | | 11/04/2012 | 11/05/2012 |
| 62339 | Lonnie J. Martin | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62396 | Nicholas LaFont | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62405R | Jennifer Valtz | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62405R | Jennifer Valtz | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62512 | Mitchell Dyson | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62588 | Patricia Stoops | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62651 | Tassels of Panama City, Inc. | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62692 | Gulf Framers, Inc. | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62901 | Lynn C. Conklin | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62914 | Mindwaves Hypnosis, LLC | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62919 | Tammy Overton | | | | | | | | | 11/02/2012 | 11/05/2012 |
| 62926 | Mitchell J. Evans | | | | | | | | | 11/05/2012 | 11/07/2012 |
| 62927 | Mark E. Taylor | | | | | | | | | 11/05/2012 | 11/07/2012 |
| 62960 | Andrew J Ditch | | | | | | | | | None | 11/07/2012 |
| 62966 | The Estate of Celeste Taylor | | | | | | | | | 11/05/2012 | 11/07/2012 |
| 62970 | Mario Martinez Moreno | | | | | | | | | 11/06/2012 | 11/07/2012 |
| 62971 | Jose Martinez Guevara | | | | | | | | | 11/06/2012 | 11/07/2012 |
| 62972 | Eric J. Burton | | | | | | | | | 11/06/2012 | 11/07/2012 |
| 62976 | Quality Cleaning Solutions | | | | | | | | | 11/06/2012 | 11/07/2012 |
| 63083 | Karen D. McDonald | | | | | | | | | 11/02/2012 | 11/08/2012 |
| 63087 | Stevens Family Limited Partnership | | | | | | | | | 11/06/2012 | 11/08/2012 |
| 63873 | Austin McAuley | | | | | | | | | 11/06/2012 | 11/09/2012 |
| 64206 | MGFB Properties, Inc. | | | | | | | | | 11/05/2012 | 11/07/2012 |
| 64212 | Charles Philip Morris | | | | | | | | | 11/05/2012 | 11/07/2012 |
| 64219 | F. Ed Penton Jr, P.C. | | | | | | | | | 11/05/2012 | 11/07/2012 |
| 64274 | The Italian Grill and Pizzeria d/b/a DCT Enterprise, LLC. | | | | | | | | | 11/05/2012 | 11/07/2012 |
| 64505 | Richard Hebert | | | | | | | | | 11/07/2012 | 11/09/2012 |
| 64526(2) | Louisiana Oilfield Divers, LLC | | | | | | | | | 11/09/2012 | 11/10/2012 [Second Request - 11/09/2012] |



**Exhibit R (Redacted): Late Opt Out Requests**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID | Postmark_Date | Receipt_Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64527(2) | Premier Offshore, LLC | | | | | | | | | 11/09/2012 | 11/10/2012 [Second Request - 11/09/2012] |
| 64528 | First Metro No. 1 | | | | | | | | | 11/09/2012 | 11/10/2012 |
| 64529 | New England Insurance Agency, Inc. | | | | | | | | | 11/09/2012 | 11/10/2012 |
| 64530(2) | PREMIER INDUSTRIES, INC. | | | | | | | | | 11/09/2012 | 11/10/2012 [Second Request - 11/09/2012] |
| 64538 | Dominique Ronald Singleton | | | | | | | | | None | 11/09/2012 |
| 64539 | Leuka Hall | | | | | | | | | Illegible | 11/10/2012 |
| 64541 | Dale Ivankovich | | | | | | | | | 11/09/2012 | 11/10/2012 |
| 64545(2) | Bryan Dailey | | | | | | | | | 11/5/2012 | 11/7/2012 |
| 64546 | Sunray Entertainment | | | | | | | | | 11/08/2012 | 11/10/2012 |
| 64562 | Sien Le | | | | | | | | | 11/5/2012 | 11/7/2012 |
| 64975 | Anita F. Gauthreaux | | | | | | | | | 11/09/2012 | 11/13/2012 |
| 64976 | Sabrina Robert Mitchell | | | | | | | | | Illegible - ENVELOPE COPY IS CUT OFF. | 11/14/2012 |
| 64977 | Mark K. Roadman | | | | | | | | | 11/13/2012 | 11/15/2012 |
| 64979 | Thomas Chad Langley | | | | | | | | | 11/13/2012 | 11/15/2012 |
| 64980 | CC, Inc. | | | | | | | | | 11/13/2012 | 11/15/2012 |
| BCA_10765 | Ngu Nguyen | | | | | | | | | 11/5/2012 | 11/7/2012 |
| BCA_10766(3) | Sea Quest Seafood, LLC | | | | | | | | | 11/5/2012 | 11/7/2012 |
| BCA_10767 | Paul Jackson Sanders | | | | | | | | | 11/5/2012 | 11/7/2012 |
| BCA_10768(2) | Mei Jong Kao | | | | | | | | | 11/5/2012 | 11/7/2012 |
| BCA_10769(2) | M/U After Midnight | | | | | | | | | 11/5/2012 | 11/7/2012 |
| BCA_10770 | Mary Keys | | | | | | | | | 11/5/2012 | 11/7/2012 |
| BCA_10771 | Harold Keys | | | | | | | | | 11/5/2012 | 11/7/2012 |
| BCA_10772 | Trina Knight | | | | | | | | | 11/5/2012 | 11/7/2012 |