

**Exhibit T (Redacted):  Timely and Valid Revocations Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 00001R(2) | Southern Coast Enterprises | | | | | | | | |
| 00003R | Funtime Amusements | | | | | | | | |
| 00011R | David Lee Brooks | | | | | | | | |
| 00014R | Cheri Brannen | | | | | | | | |
| 00020R | Clarence D. Self | | | | | | | | |
| 00025R | Susanne Simmons | | | | | | | | |
| 00027R | Charlene C. Angelo | | | | | | | | |
| 00031R | Mary Gulling | | | | | | | | |
| 00035R | Nancy L. Lewis | | | | | | | | |
| 00041R | Reece Landscape & Planners, LLC | | | | | | | | |
| 00045R(2) | Charles Elmer Bemis | | | | | | | | |
| 00046R | Brandi Lynch | | | | | | | | |
| 00048R | Monique Rae Chapman | | | | | | | | |
| 00049R | Willie Earl Robinson | | | | | | | | |
| 00050R(2) | Bace Electric, LLC | | | | | | | | |
| 00051R(3) | Cherie Faucheux | | | | | | | | |
| 00054R | Curtis G. Diamond | | | | | | | | |
| 00058R | Randy Thomasson | | | | | | | | |
| 00069(2) | Rami K Badra | | | | | | | | |
| 00071R(2) | My Le Gao | | | | | | | | |
| 00072R | Cynthia Ann Campbell | | | | | | | | |
| 00073R | Carol Chuck | | | | | | | | |
| 00077R(3) | Stephanie Bracewell | | | | | | | | |
| 00078R | Keesha Williams | | | | | | | | |
| 00079R | Jason Ruiz | | | | | | | | |
| 00081R | Beach To Bay Lawncare, LLC | | | | | | | | |
| 00082R | Debra C. Osterfeld | | | | | | | | |
| 00091R(2) | Robert A. Beeley | | | | | | | | |
| 00097R | Lazaro Dominguez | | | | | | | | |
| 00098R | Vicenzo Liotta | | | | | | | | |
| 00105R | Emilia Sofoklis Moses | | | | | | | | |
| 00108R | Laura M. Walters | | | | | | | | |
| 00111R | Robert Moschorak | | | | | | | | |
| 00112R | Custom Goldsmith | | | | | | | | |
| 00113R | Herman Richardson | | | | | | | | |
| 00114R | Sawyer Family Limited Partnership | | | | | | | | |
| 00120R(2) | Lola Fulin | | | | | | | | |
| 00121R | Charles A. Giberti | | | | | | | | |
| 00122R | Rodolfo Diaz | | | | | | | | |
| 00124R | Glacier Technologies, LLC | | | | | | | | |
| 00128R | James Babineau | | | | | | | | |
| 00129R | Stuart E. Levee | | | | | | | | |
| 00131R | Michael James Pogue | | | | | | | | |
| 00137R | Jason K. Moll | | | | | | | | |
| 00139R | Larry Winters | | | | | | | | |
| 00140R(2) | Edward Kohler | | | | | | | | |
| 00141R | Jr. Discount Cigarette and Tobacco, LLC | | | | | | | | |
| 00142R | Daniel E. Wills | | | | | | | | |
| 00145R | John T. Martin | | | | | | | | |
| 00150R | Gregory R. Gilchrist | | | | | | | | |
| 00152R | Joseph E. Cudney | | | | | | | | |
| 00155R | Shelita T. Thompson | | | | | | | | |
| 00156R | Benjamin Jones | | | | | | | | |
| 00157R | Robert & Patricia Riddle | | | | | | | | |



**Exhibit T (Redacted): Timely and Valid Revocations Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 00158R | Mary Prochnow Willis | | | | | | | | |
| 00160R | Roy J. Trosclair | | | | | | | | |
| 00161R | K & S Diesel Service | | | | | | | | |
| 00162R | Patsy C. Snipes | | | | | | | | |
| 00164R | West Bay Academy | | | | | | | | |
| 00166R(2) | Michael Vickers | | | | | | | | |
| 00167R | E. Vegely Signs | | | | | | | | |
| 00168R | Frances L. Cain | | | | | | | | |
| 00179R(3) | Athol Doyle Cloud | | | | | | | | |
| 00182R(2) | Harvey Davis, Realtor | | | | | | | | |
| 00183R | Sportsters, Inc | | | | | | | | |
| 00185R | Patricia Ann Burke | | | | | | | | |
| 00186R | Padiddles | | | | | | | | |
| 00187R | Daniel Santana | | | | | | | | |
| 00190R | Stand by Golf of Southwest Florida | | | | | | | | |
| 00192R | Joyce Lynnette Berry | | | | | | | | |
| 00195R | Roma-Hart | | | | | | | | |
| 00196R | Biloxi Fitness Partners, LLC | | | | | | | | |
| 00200R | Campbell Family Limited Partnership 2 | | | | | | | | |
| 00201R | Be Thi Vo | | | | | | | | |
| 00205R | Belinda Yeager | | | | | | | | |
| 00206R | Pro Quality Equipment Corp | | | | | | | | |
| 00207R | Norm's Auto Glass Inc. d/b/a Gulf Coast Auto Glass | | | | | | | | |
| 00210(2) | Cayo Hueso Company | | | | | | | | |
| 00211R | Chelsea Kalani Bell | | | | | | | | |
| 00212R | Terrilynn Marie Derkins | | | | | | | | |
| 00214R | Krystne Brown | | | | | | | | |
| 00216R | Dorothy Bridges | | | | | | | | |
| 00219R | Pamela E. Neal | | | | | | | | |
| 00220R(2) | Brooke Belodoff | | | | | | | | |
| 00221R | Lolita D. Scott | | | | | | | | |
| 00227R(2) | Danielle M D'Ambrosio | | | | | | | | |
| 00228R(2) | Reginald McCarty | | | | | | | | |
| 00231R | John M. Trent | | | | | | | | |
| 00234R(2) | Southwinds Media, Inc. | | | | | | | | |
| 00236R(2) | David Whyte Stewart | | | | | | | | |
| 00243R | Toddler Tech Academy of Pensacola | | | | | | | | |
| 00245R | Albert Sherman | | | | | | | | |
| 00246R | Granger Rib Shack | | | | | | | | |
| 00252R | Mary Lou Suss | | | | | | | | |
| 00254R | Wayne Ellis | | | | | | | | |
| 00255R | Edson X. Bezerra | | | | | | | | |
| 00259R(2) | Ferdinand J. Zivic | | | | | | | | |
| 00260R | Tisha Mason | | | | | | | | |
| 00261R | Sula LLC | | | | | | | | |
| 00262R(2) | Claude A. Melerine | | | | | | | | |
| 00263R | Corteo's Italian Restaurant & Pizzeria | | | | | | | | |
| 00264R | Bohnet & Associates, Inc. | | | | | | | | |
| 00270R(3) | Brianna Elizabeth Balyeat | | | | | | | | |
| 00271R | Linetta D. Bell | | | | | | | | |
| 00274R | Investment Brokers of SW Florida | | | | | | | | |
| 00282R | Sushi Rock, Inc. (dba Sushi Rock Grill) | | | | | | | | |
| 00284R | Joseph L. Jones & Rosemary Jones | | | | | | | | |



**Exhibit T (Redacted): Timely and Valid Revocations Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 00286R | Jerry Dugger | | | | | | | | |
| 00290R | Drift In of Manatee County Inc. | | | | | | | | |
| 00294R | Melissa A. Flohr | | | | | | | | |
| 00297R | Ralph Anema | | | | | | | | |
| 00298R(3) | Sandra G. Abney | | | | | | | | |
| 00299(2) | Jonathan Tyler Hysom | | | | | | | | |
| 00302R | Gerard Joseph d'Aquin | | | | | | | | |
| 00308R | Richard Turbe | | | | | | | | |
| 00312R | Frances Swab | | | | | | | | |
| 00313R | Brittany Child | | | | | | | | |
| 00316R | Malinda's Faith Academy | | | | | | | | |
| 00317R | Mitchell Thomas | | | | | | | | |
| 00318R | Michael Pilon | | | | | | | | |
| 00319R | Heather Woodyard | | | | | | | | |
| 00320R(2) | Chari Smith | | | | | | | | |
| 00321R | Ayman Salem | | | | | | | | |
| 00322R | Jose Antonio Tirado | | | | | | | | |
| 00329R | Cary Souder | | | | | | | | |
| 00330R | Shawntay Funston | | | | | | | | |
| 00331R | Sherri Partin | | | | | | | | |
| 00332R | Ivy Ann Trout | | | | | | | | |
| 00333R | Elisa Natyshak | | | | | | | | |
| 00334R | Jill Leah | | | | | | | | |
| 00335(2) | Ted O'Brien | | | | | | | | |
| 00339R | Ethel L. Brunt | | | | | | | | |
| 00345R | Lorrie A. Smith | | | | | | | | |
| 00347R | Garry L. Myers Jr. | | | | | | | | |
| 00349(2) | Chris Warzecha | | | | | | | | |
| 00356R | Carol A. Hamby | | | | | | | | |
| 00357R | Inorable Annelse | | | | | | | | |
| 00359R | Integrated Environments, inc | | | | | | | | |
| 00360R(2) | Ancee Food Services Corp. | | | | | | | | |
| 00361R | Anthony Simmons | | | | | | | | |
| 00362R | Gregory Albritton | | | | | | | | |
| 00365R(2) | Harry Anthony Sullivan | | | | | | | | |
| 00366AR | T.L.C. Retirement Home | | | | | | | | |
| 00367R(2) | Ray Reynolds | | | | | | | | |
| 00377R | Anastasia LaBeaud | | | | | | | | |
| 00382(2) | Rana & Titu Corporation | | | | | | | | |
| 00384R | Entcom, Inc. d/b/a The Bottom Line Nightclub | | | | | | | | |
| 00386R(2) | Manuel Menendez Castro | | | | | | | | |
| 00388R | Syed Elahi | | | | | | | | |
| 00389R | Debra Ginos | | | | | | | | |
| 00398R | David Lemieux | | | | | | | | |
| 00399R | Nancy Curry | | | | | | | | |
| 00400R | Allison Smith | | | | | | | | |
| 00403R(2) | Jennifer Handville | | | | | | | | |
| 00404R | Melanie Kaiser | | | | | | | | |
| 00407R | Black Fox Productions | | | | | | | | |
| 00408 | Ut Nguyen | | | | | | | | |
| 00413R(3) | Mathieu Cadet | | | | | | | | |
| 00419R | Kari Lea Perkey | | | | | | | | |
| 00425R | Mark Charde | | | | | | | | |



**Exhibit T (Redacted):  Timely and Valid Revocations Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 00428R | Andrea Dunlop | | | | | | | | |
| 00429(3) | Four Diamond Investment Corp | | | | | | | | |
| 00430(2) | Riverside Apts, Inc. | | | | | | | | |
| 00432R | Shane Legg | | | | | | | | |
| 00434R | Tiffany Mercer | | | | | | | | |
| 00436R | Matthew McCann | | | | | | | | |
| 00438R(2) | Kandice Eulo | | | | | | | | |
| 00442R | Dave Decaro | | | | | | | | |
| 00443R | Brian K. Buckley | | | | | | | | |
| 00444R | Ingrid Wittmann | | | | | | | | |
| 00454R | Mary A. Rubio | | | | | | | | |
| 00456R | Nancy B Arano | | | | | | | | |
| 00474(2) | Larry Gordon | | | | | | | | |
| 00481R | Karin Zimmerman d/b/a Atelier Alcaniz | | | | | | | | |
| 00482R | David Ross | | | | | | | | |
| 00486R | Sarah A. Nitti | | | | | | | | |
| 00487R | Julio Hidalgo | | | | | | | | |
| 00490(2) | Luis R Perez | | | | | | | | |
| 00492R | Laurette Travis | | | | | | | | |
| 00502R | Candice Knoll | | | | | | | | |
| 00509R | Kennith H. Tross | | | | | | | | |
| 00511(3) | Gerhart, Inc. | | | | | | | | |
| 00516R(2) | Jerry's Buy & Sell, Inc. | | | | | | | | |
| 00521R | Joyce W. Nobles | | | | | | | | |
| 00536R | Dana Marie Dennis | | | | | | | | |
| 00538R | Alan McEnery | | | | | | | | |
| 00558R(2) | Elwin G. Gillum | | | | | | | | |
| 00559R | Marvin C. Ducre | | | | | | | | |
| 00561R | Percy C. Gillum | | | | | | | | |
| 00576R | Carol Johnson | | | | | | | | |
| 00602R | Austin Miller | | | | | | | | |
| 00603R | Richard Thomsen | | | | | | | | |
| 00604R | Jose Mosqueda | | | | | | | | |
| 00607R(2) | John & Joan Peona | | | | | | | | |
| 00614R | Shena L. Raiford | | | | | | | | |
| 00619R | Veal Convention Services, Inc. | | | | | | | | |
| 00621R | Michael Hamilton | | | | | | | | |
| 00622R | Gunner Serru Paiz | | | | | | | | |
| 00627R | John M. Boese | | | | | | | | |
| 00629R | Ryan Abel | | | | | | | | |
| 00632(2) | Brandon R. Hiatt | | | | | | | | |
| 00633R | Leo V Fennell | | | | | | | | |
| 00637R | Sharonda Bookman's Catering | | | | | | | | |
| 00664R | Carpe Diem 365 LLC | | | | | | | | |
| 00675R | Hammond Golf Center | | | | | | | | |
| 00698R | Edgar Jefferson | | | | | | | | |
| 00749R | Tawanda Nicole McGowan | | | | | | | | |
| 00772(2) | Carine Chery | | | | | | | | |
| 00783(2) | Jetscape Laser Service, Inc. | | | | | | | | |
| 00796(3) | Philadelphia Lodging, Inc. | | | | | | | | |
| 00803R | Shanan H. Melland | | | | | | | | |
| 00841R | Laurie B. Carlisle | | | | | | | | |
| 00915(2) | Cynthia K. Chavira | | | | | | | | |
| 00975(2) | Wolf Bay Lodge, Inc. | | | | | | | | |



**Exhibit T (Redacted):  Timely and Valid Revocations Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 01085R | Myriam Del Valle | | | | | | | | |
| 01184R | Finness Handyman Service | | | | | | | | |
| 01188R | Global (USA) Cabinetry LLC dba The Kitchen Store | | | | | | | | |
| 01333(2) | Clear Wave Realty | | | | | | | | |
| 01388R | Philip S. White | | | | | | | | |
| 02253(2) | Leslie S. Wells | | | | | | | | |
| 02344 | Archdiocese of Galveston-Houston | | | | | | | | |
| 03672R | Bruce Graham | | | | | | | | |
| 03797R | Ty Son Nguyen | | | | | | | | |
| 03821(2) | Denise Stark | | | | | | | | |
| 03983(2) | Chris Dean | | | | | | | | |
| 03999(2) | Mark E. Peneguy | | | | | | | | |
| 04139R | Tej-Sai LLC | | | | | | | | |
| 05824R(3) | Brit Estates LLC | | | | | | | | |
| 05885R | Gulf Islands Water Park, LLC | | | | | | | | |
| 05922R | Phillippe R. Despointes | | | | | | | | |
| 06325R | Bayou Caddy Trucking, Inc. | | | | | | | | |
| 06373(2) | Pearl River Fisheries of Louisiana, Inc. | | | | | | | | |
| 06532 | SRVOA | | | | | | | | |
| 06602R | Thanh Ngoc Huynh | | | | | | | | |
| 06662R | Gilbert Andry | | | | | | | | |
| 06666(2) | Bayou Carlin Fisheries, Inc. | | | | | | | | |
| 06679R | Jason Gleason | | | | | | | | |
| 06705R(2) | Mehsun, LLC | | | | | | | | |
| 06989R | B & L Transportation, Inc. | | | | | | | | |
| 07061R | Golden Island International, LLC | | | | | | | | |
| 07164 | Alijah Morgan | | | | | | | | |
| 07420R | Sunseekers Investment Group, LLC | | | | | | | | |
| 07584R(2) | Virga Law Offices, P.A. | | | | | | | | |
| 07800 | Anthony Doty Fournier | | | | | | | | |
| 07896R | Christopher E. Hill | | | | | | | | |
| 07932R | Martin D Bracken | | | | | | | | |
| 08024(2) | Patzig Marine Services, Inc. | | | | | | | | |
| 08540R | Ronin Research & Consulting, LLC | | | | | | | | |
| 08605 | Riviera Realty, Inc. | | | | | | | | |
| 08666 | Kenneth R. Haycock | | | | | | | | |
| 08767 | Bay Area Food Bank, Incorporated | | | | | | | | |
| 08834R | Hillen Holding | | | | | | | | |
| 08913R | Johnson Family Holdings I, LLC | | | | | | | | |
| 08958 | Helen Back Express, LLC | | | | | | | | |
| 09260R | Toles Construction Co., Inc. | | | | | | | | |
| 09315R | James A Panagos | | | | | | | | |
| 10276 | Seger Commercial Properties, LLC | | | | | | | | |
| 10334R | Emerald Coast Developers Group, LLC | | | | | | | | |
| 10424R(2) | John David Elliott | | | | | | | | |
| 10915 | Linksters Tampa LLC | | | | | | | | |
| 10942 | Flora-Bama Old SALTS, Inc. | | | | | | | | |
| 11021(2) | Linksters North Port LLC | | | | | | | | |
| 50289 | Naauh'MocQuaii Richmond-Jones | | | | | | | | |
| 50569 | Mark Grunberg o_b_o Entcom, Inc. | | | | | | | | |
| 55346(2) | Jonathan Richard | | | | | | | | |
| 55521R | Nicholas P. Patzig | | | | | | | | |
| 55647 | Villas a the Promenade, LLC | | | | | | | | |



**Exhibit T (Redacted):  Timely and Valid Revocations Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 56066R | William Kurt Moore | | | | | | | | |
| 57260(2) | J&M, LLC | | | | | | | | |
| 57951 | Marvin C. Haydel | | | | | | | | |
| 61161R | Alabama Development, LLC | | | | | | | | |
| 61318 | Moises Machado | | | | | | | | |
| 61458 | Undertow Beach Bar - St. Pete Beach, Inc. | | | | | | | | |
| 61463(3) | Guyton Energy Corporation | | | | | | | | |
| 61467 | JJ & MJ, LLC | | | | | | | | |
| 61504(2) | Woolard Brothers Commercial Contracting, Inc. | | | | | | | | |
| 61521R | Michael Clay | | | | | | | | |
| 61838R | Beathas Development, LLC | | | | | | | | |
| 62172R | Ronald G. Crowson | | | | | | | | |
| 62405R | Jennifer Valtz | | | | | | | | |
| 62442(2) | Patricks 1481 | | | | | | | | |
| 62854(2) | Cheeca Holdings, LLC | | | | | | | | |
| 64189(2) | Liberty Inn DBA ASHRIUAD INC | | | | | | | | |
| 64203 | Emerald Coast Developers Group, LLC | | | | | | | | |
| 64206 | MGFB Properties, Inc. | | | | | | | | |
| 64212 | Charles Philip Morris | | | | | | | | |
| 64219 | F. Ed Penton Jr, P.C. | | | | | | | | |
| 64274 | The Italian Grill and Pizzeria d/b/a DCT Enterprise, LLC. | | | | | | | | |
| 64285 | Nolan J. Porrier | | | | | | | | |
| 64497(2) | Jalaram Enterprises, Inc. | | | | | | | | |
| 64499(2) | Trussville Hospitality | | | | | | | | |
| 64500 | Lindsay & Andrews, P.A. | | | | | | | | |
| 64501R | Gayatri Inns of Galveston | | | | | | | | |
| 64511 | GSNP | | | | | | | | |
| 64517 | Andy Williams | | | | | | | | |
| 64519 | Shree Gayatrima Inc. | | | | | | | | |
| 64520 | P&E Charter Service, L.L.C. | | | | | | | | |
| 64524 | Shree Gayatrima Inc | | | | | | | | |
| 64525 | B & L Transportation | | | | | | | | |
| 64531 | Cross Creek Shell, LLC | | | | | | | | |
| 64535 | GLOBAL USA CABINETRY LLC dba THE KITCHEN STORE | | | | | | | | |
| 64537 | Christopher A Gay | | | | | | | | |
| 64540 | An Hoang | | | | | | | | |
| 64550 | American Imprintables D.B.A. Super T shirts | | | | | | | | |
| 64588 | Codey Hill | | | | | | | | |
| 64855(2) | Keith Krum Construction | | | | | | | | |
| BCA_2756(2) | ANH VU | | | | | | | | |
| BCA_2808 | HUE DOAN | | | | | | | | |
| BCA_3011(2) | HUNG L. CHUNG | | | | | | | | |
| BCA_3357(2) | LEKICHA DAVIS | | | | | | | | |
| BCA_7203 | Thrasher Site Development Inc | | | | | | | | |
| BCA_7763 | HOANG AN | | | | | | | | |
| BCA_7784(2) | AAA TITLE CO | | | | | | | | |
| BCA_8126(2) | Le Duong | | | | | | | | |
| BCA_8844 | Angela VanZandt | | | | | | | | |
| BCA_9094 | Wright Parkway Dental | | | | | | | | |
| BCA_9843(2) | Melinda Custer | | | | | | | | |



**Exhibit T (Redacted):  Timely and Valid Revocations Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| BCA_10205(2) | BARRY BROWN | | | | | | | | |
| BCA_10765 | Ngu Nguyen | | | | | | | | |
| BCA_10768(2) | Mei Jong Kao | | | | | | | | |
| BCA_10769(2) | M/U After Midnight | | | | | | | | |