IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| **This document relates to all actions.** | * * | |
| | * * | Honorable CARL J. BARBIER |
| | * | |
| | * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| **Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated,** | * * * | Civil Action No. 12-970 |
| | * * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| **BP Exploration & Production Inc.; BP America Production Company; BP p.l.c.,** | * * * | |
| Defendants. | * | |

## ORDER

BP and Class Counsel request that pages 141 through 147 of their proposed findings of fact and conclusions of law, Rec. Doc. No. 7945, filed on November 19, 2012, be replaced with pages that reflect updated information regarding objections and opt-outs. Given the reason stated for this motion,

-2-

IT IS HEREBY GRANTED.  Pages 141 through 147 (Exhibit A to their Motion) are substituted for the original pages in Rec. Doc. 7945.

    New Orleans, Louisiana, this ___ day of November, 2012.

                                                     _____
                                                   UNITED STATES DISTRICT JUDGE