UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | CIVIL ACTION NO. 2:10-MD-02179 |
| | | SECTION:  J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |

Applies to: All cases in B3 Pleading Bundle
*********************************************************************

### ORDER

IT IS ORDERED that Plaintiff Malcolm's Coco Motion to File Supplemental Brief is granted and the Clerk is directed to file that pleading into the record of this case.

New Orleans, Louisiana this 27th day of November, 2012.

_____
United States District Judge