UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HERBY ORDERED** that Malcolm Coco's Ex Parte Motion for Leave to File Supplemental Memorandum in Opposition to Nalco Company's Motion for Summary Judgment is granted.

The Clerk of Court is ordered to file the memorandum and exhibits attached to Plaintiff's motion into the record in the captioned case.

New Orleans, Louisiana this 27th day of November, 2012.

_____
United States District Judge

1