UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | § § § | MAG. JUDGE SHUSHAN |

Case No: 2:10-cv-08888, [Re. Doc.: [See attached Exhibit A: List of Plaintiffs];
    2:10-cv-02771

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LR 83.2.11, Kenneth W. Smith and the law firm of Sheller, P.C. hereby file their Motion for Leave to Withdraw as counsel for Plaintiffs listed in Exhibit A, attached hereto, and, in support thereof, would show:

1.  All Claimants listed in Exhibit A have retained Kenneth W. Smith and Sheller, P.C. as counsel with regard to their oil spill claims.

2.  Kenneth W. Smith and Sheller, P.C. filed Short Form Joinders on behalf of all Plaintiffs listed in Exhibit A.

3.  Plaintiff's counsel, Kenneth W. Smith and the law firm of Sheller, P.C. have determined that they cannot continue to represent Plaintiffs on issues involved in this litigation.

4.  The Plaintiffs identified in Exhibit A have been notified of all deadlines and pending court appearances, served on both the clients by certified mail and opposing counsel, or an affidavit stating why service has not been made.

5.  This motion is made in good faith and will not prejudice any party.

6.      Under the circumstances, it is requested that Sheller, P.C. be granted leave to withdraw as counsel for Plaintiffs.

WHEREFORE, Kenneth W. Smith and Sheller, P.C., request that this Honorable Court allow them to withdraw as counsel of record for the Plaintiffs listed in Exhibit A hereto in the above-captioned case.

Dated:   November 27, 2012               Respectfully submitted,

                                         SHELLER, P.C. AND KENNETH W. SMITH


                                         By:  /s/ Kenneth W. Smith
                                         Kenneth W. Smith, Esquire
                                         Of Counsel
                                         Mississippi Bar No. 100831
                                         Florida Bar No. 240834
                                         1528 Walnut Street, 4th Floor
                                         Philadelphia, PA 1910
                                         Phone: (215) 790-7300
                                         ksmith@sheller.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this 26th Day of November, 2012, the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, and, further, that a true and correct copy of the forgoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, at the last known address of the Plaintiffs as listed on Exhibit A.

Dated:  November 27, 2012

SHELLER, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 1910
Phone: (215) 790-7300

6911 Richmond Highway, Suite 266
Alexandria, VA 22306
Phone:  (703) 778-0363
ksmith@sheller.com


By:  /s/ Kenneth W. Smith
Kenneth W. Smith, Esquire
Of Counsel
Mississippi Bar No. 100831
Florida Bar No. 240834

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the Oil Rig | § | MDL NO. 2179 |
| | "DEEPWATER HORIZON" | § | |
| | in the GULF OF MEXICO, | § | SECTION: J |
| | on April 20, 2010 | § | |
| | | § | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | § | |
| | | § | MAG. JUDGE SHUSHAN |
| | | § | |

Case No: 2:10-cv-08888, [Re. Doc.: [See attached Exhibit A: List of Plaintiffs];
         2:10-cv-02771

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw by Sheller, P.C.  The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

1. Kenneth W. Smith and Sheller, P.C.'s Motion to Withdraw is hereby **GRANTED**.

2. All Plaintiffs listed in Exhibit A to Motion to Withdraw are granted 60 days from the date of entry of this Order to retain a substitute counsel in this matter.

3. Until alternative counsel files an appearance on Plaintiffs' behalf all correspondence and pleadings for the Plaintiffs shall be mailed to addresses listed in Exhibit A to Motion to Withdraw.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this _____ day of _____, 2012.

_____
Honorable Carl J. Barbier
U.S. District Court Judge