EXHIBIT A
List of Plaintiffs

| DOC. NO. | PLAINTIFF | ADDRESS/TELEPHONE |
|---|---|---|
| 71867 | Adams, Bridgett and Frankie | 4900 Deborah Street<br>Ocean Springs, MS 39564<br>(228) 872-0525 |
| 71903 | Adornato, III, Dominick | 8444 Eaton Drive<br>Northfield, OH 44067<br>(216) 408-7399 |
| 71904 | Adornato, Joseph C. | 6195 N.W. 88th Avenue<br>Pompano Beach, FL 33067<br>(954) 821-8030 |
| 104759 | Astro Ford of Mississippi, Inc. | Milam W. Culberson II<br>10350 Automall Parkway<br>D'Iberville, MS 39540<br>(228) 348-1100 |
| 109394 | Barkley, Joni M. | 15221 Banks Drive<br>Southport, FL 32409<br>(850) 257-3449 |
| 71958 | Barksdale, Brittany | 6400 Allegheny Drive<br>Biloxi, MS 39532<br>(228) 990-7240 |
| 77325 | Baxter, Brandon A. | 886 Brentwood Drive<br>Biloxi, MS 39532<br>(228) 424-0699 |
| 71977 | Beard, Angela | 14104 Virginia Street<br>Vancleave, MS 39565<br>(228) 209-2276 |
| 72436 | Boone, Martha G. | 1201 Gavin Road<br>Bonifay, FL 32425<br>(850) 768-2217 |
| 72032 | Brooks, Teranda | 151 Grande View Drive<br>Apt 66<br>Biloxi, MS 39531<br>(228) 860-3638 |

| | | |
|---|---|---|
| 72045 | Brown-Burnham, Jill B. | P.O. Box 27931<br>Panama City, FL 32411<br>(850) 532-1250 |
| 104794 | Brumfield, Christopher | 6 Bayou View Drive<br>Gulfport, MS 39507<br>(228) 297-9848 |
| 72036 | Bui, Dung A. | 12178 Three Rivers Road<br>Gulfport, MS 39503<br>(228) 547-5646 |
| 72044 | Bui, Suzie | 1594 Lucius Street<br>Biloxi, MS 39532<br>(228) 806-1037 |
| 77422 | Burrell, James W. | 3361 Peachtree Ave<br>Louisville, KY 40215<br>(502) 290-8345 |
| 104800 | Cabana Lounge and Grill, LLC | Eric Friedman<br>315 Courthouse Road<br>Long Beach, MS 39560<br>(228) 313-5157 |
| 108696 | Campbell, Cindy | 19137 Marion Lane<br>Long Beach, MS 39560<br>(228) 348-6820 |
| 77319 | Carlos, Adam | 1203 Magnolia Bayou Blvd.<br>Ocean Springs, MS 39564<br>(228) 596-1873 |
| 72075 | Carroll Construction Company of Mississippi | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX 78834<br>(830) 255-6942 |
| 72104 | Carroll, Thomas | P.O. Box 1479<br>Carrizo Springs, TX 78834<br>(830) 255-6942 |
| 72067 | Conley, Anthony | 3318 39th Avenue<br>Apt. C-104<br>Gulfport, MS 39501<br>(228) 261-1087 |
| 104827 | Cook, Kenneth | 13235 Husley Road<br>Biloxi, MS 39532 |

| | | |
|---|---|---|
| | | (228) 380-0701 |
| 108574 | Crawley, Audrey | 179 Reynoir Street<br>Biloxi, MS 39530<br>(228) 697-6170 |
| 106886 | Davis, Olevia | 330 Benachi Avenue<br>Apt. 113<br>Biloxi, MS 39530<br>(228) 243-1867 |
| 99436 | Daylight Auto Financing | Lloyd P. Jorgensen<br>2816 Highway 98 West<br>Panama City, FL 32401<br>(850) 214-1769 |
| 72114 | Desgranges, Ramona | 1216 East Chestnut Avenue<br>Crestview, FL  32539<br>(850) 585-5300 |
| 72144 | Desgranges, Roddy Jude | 1216 East Chestnut Avenue<br>Crestview, FL  32539<br>(850) 651-2454 |
| 72437 | Divinity, Cornelius | 1802 Mount Batten Drive<br>Marrero, LA  70072<br>(504) 223-2421 |
| 104758 | Dupuis, Catherine | 136 Keller Avenue<br>Biloxi, MS 39530<br>(228) 313-0096 |
| 72181 | Elliott, Georgia | 15801 Belmont Drive<br>Biloxi, MS  39532<br>(228) 424-2843 |
| 104538 | Fauver, Michael F. | 2376 Trafalgar Drive<br>Biloxi, MS 39531<br>(228) 424-4631 |
| 72439 | Feliciano, William | 11934 Country Club Drive<br>Panama City, FL 32404<br>(850) 896-4394 |
| 72208 | Fishel, Brenda | 1900 Switzer Road<br>Apt. 1301<br>Gulfport, MS 39501<br>(228) 596-1469 |

| | | |
|---|---|---|
| 108703 | Flounder Pounder, LLC | Francis Wayne Creel, Jr.<br>15017 Pine Boulevard<br>Ocean Springs, MS  39565<br>(228) 861-6360 |
| 72426 | Frankel, David | 20370 Cozumel Court<br>Boca Raton, FL  33498<br>(561) 483-4985 |
| 72432 | Frankel, Robert and Utterback, Theresa | 460 N.E. 25th Terrace<br>Boca Raton, FL  33431<br>(954) 448-1544 |
| 104860 and 112995 | Gardner, Jasmine | 11111 Highland Ave<br>Apt. 1623<br>Gulfport, MS 39503<br>(228) 265-3944 |
| 72219 | Garin, Joshua T. | 5816 Lindsey Lane<br>Ocean Springs, MS 39564 |
| 108576 | Garrison, Gwin O. (Deceased) Ready, Linda (Administrator) | Ramona Ready<br>10822 Legacy Lane<br>Mobile, AL  36608<br>(901) 351-1302 |
| 72763 and 108610 | Garza, Javier A. | 2327 Middlecoff Drive<br>Gulfport, MS 39507<br>(228) 234-0027 |
| 72230 | Greene, Sandrill A. | 820 Lindh Road<br>Gulfport, MS 39507<br>(228) 547-3070 |
| 104864 and 105665 | Gronkoski, Kristie | 318 Westview Drive<br>Biloxi, MS  39531<br>(228) 697-1753 |
| 104785 | Guidry, Daniel R. | 10 Beau Braun Drive<br>Long Beach, MS 39560<br>(228) 617-0250 |
| 72239 | Hailey, Karen R. | 3586 Sangani Boulevard<br>Suite L#251<br>D'Iberville, MS  39540<br>(228) 861-4741 |
| 77390 | Hans, Lashai L. | 1511 Moliter Avenue<br>Apt 5 |

| | | |
|---|---|---|
| | | Panama City, FL 32401<br>(228) 327-0276 |
| 77327 | Harden, James | 10480 Bayou Bernard Rd North<br>Gulfport, MS 39503<br> (228) 860-1466 |
| 72243 | Harris, Brenda L. | 7009 North Laguna Drive<br>#108<br>Panama City, FL 32408<br>(770) 905-5141 |
| 77388 | Harris, Mark | 1570 Applewood Court<br>Biloxi, MS 39530<br>(228) 365-2762 |
| 72250 | Harris, Wendy | 1570 Applewood Court<br>Biloxi, MS 39530<br>(228) 365-2821 |
| 72251 | Hartfield, Patricia | 12387 Dedeaux Road<br>Gulfport, MS  39503<br>(228) 669-2151 |
| 72252 | Harverson, Robert | 6015 Lakeshore Road<br>Bay Saint Louis, MS 39520<br>(228) 363-5352 |
| 104849 | Hicks, Mr. Joe | 26 Bernhardt Loop<br>Hattiesburg, MS 39401<br> (601) 602-4645 |
| 108577 | Holley, Jr., George M. | 314 45th Street<br>Gulfport, MS  39507<br>(228) 214-9709 |
| 72255 | Huynh, Lon T. | 10530 Three Rivers Road<br>Lot# 203<br>Gulfport, MS  39503<br>(228) 547-5146 |
| 106891 | Incer, Fernando A. | 11429 Quint Place<br>Biloxi, MS  39532<br>(228) 860-8637 |
| 72258 | International Investing Co., LLC | Jose D. Martinez<br>PO Box 6621<br>Panama City, FL 32404<br>(850) 276-3783 |

| | | |
|---|---|---|
| 72265 | Jones, Roderrick S. | 14801 Lemoyne Blvd.<br>#307-B<br>Biloxi, MS 39532<br>(228) 235-3904 |
| 77389 | Jones, Tiffany | 2685 Beulah Road<br>Columbus, OH 43211<br>(251) 370-0790 |
| 108704 | Juneau, Burt | 313 Oak Street<br>Long Beach, MS 39560<br>(228) 216-1723 |
| 109046 | Keller, Timothy L. | 10657 E. Baytree Drive<br>Gulfport, MS 39503<br>(228) 224-3071 |
| 72428 | Kelley, Kevin and Sharon | 3604 N.W. 84th Avenue<br>Coral Springs, FL 33065<br>(954) 646-5777 |
| 108612 | LaFontaine Construction, LLC | 1200 Taranto Street<br>Waveland, MS 39576<br>(228) 493-5907 |
| 72274 | Laguna Beach Properties, LLC | Kim Kirby<br>19919 Front Beach Road<br>Panama City Beach, FL 32413<br>(850) 585-1135 |
| 77324 | Lester, Lemin | 3 Cardinal Cove<br>Long Beach, MS 39560<br>(228) 697-0433 |
| 108701 | Lynchard, Lawrence | 12525 Ponce DeLeon Drive<br>Ocean Springs, MS 39564<br>(228) 382-2665 |
| 72282 | Martinez, Jose D. | P.O. Box 6621<br>Panama City, FL 32404<br>(850) 249-0313 |
| 72287 | Martinez, Wanda | 11934 Country Club Drive<br>Panama City, FL 32404<br>(850) 596-1205 |
| 72296 | Mason, Sandra | 12505 Red Fox Drive<br>Gulfport, MS 39503<br>(228) 539-0849 |

|   |   |   |
|---|---|---|
| 72387 | Mastroianni, Krista | 5816 Lindsey Lane<br>Ocean Springs, MS 39564<br>(228) 365-6622 |
| 104810 | Mattina, Deborah | 10804 Maple Street<br>Ocean Springs, MS 39564<br>(228) 863-5525 |
| 72300 | McCormick, Brian | 3409 North 8th Street<br>Ocean Springs, MS  39564<br>(228) 324-8820 |
| 72303 | McDougal, Jason | 303 Meadowood Circle<br>Long Beach, MS  39560<br>(228) 424-0696 |
| 104760 | Meadows, Alton R. | 3215 Hamphill Farm<br>Ocean Springs, MS 39564<br>(228) 623-1500 |
| 72308 | Mendoza, Michael | 7703 Falcon Drive<br>Ocean Springs, MS 39564<br>(228) 235-1094 |
| 72310 | Mendoza, Sylvia | 7703 Falcon Drive<br>Ocean Springs, MS 39564<br>(228) 235-0044 |
| 104823 | Michaels, Traicy L. | 15300 Dismuke Ave.<br>Apt. 10 D<br>Biloxi, MS 39532<br>(228) 239-8557 |
| 108706 | Morton, Lan T. | 13090 Michael Street<br>Biloxi, MS  39532<br>(228) 365-2472 |
| 104809 | Murray, II, David M. | 14318 Highway 15, Lot 4<br>Biloxi, MS 39532<br>(228) 229-3982 |
| 72388 | Nguyen, Do Ngoc | 317 Country Meadow Way<br>Bradenton, FL 34208<br>(941) 447-4500 |
| 77387 | Nguyen, Thao | 3503 Springwood Lane<br>Ocean Springs, MS  39564<br>(228) 424-2216 |

| | | |
|---|---|---|
| 72409 | Nunya Business Services, LLC | Brad Desgranges<br>17 Shell Avenue<br>Fort Walton Beach, FL 32548<br>(850) 585-5199 |
| 72391 | Parker, Vernon L. | 230 Porter Avenue, Apt 13<br>Biloxi, MS 39530<br>(228) 209-3672 |
| 72429 | Perry, Linda | 20401 Cozumel Court<br>Boca Raton, FL 33498<br>(561) 451-4414 |
| 72394 | Pete, Edward A. | 14510 Lemoyne Boulevard<br>Biloxi, MS 39532<br>(228) 332-2614 |
| 72395 | Pomierski, Kelli | 440 Woodland Park Drive<br>Biloxi, MS 39531<br>(228) 327-4228 |
| 72397 | P-Reaux's Cajun Mudbugs and Shrimp, LLC | Johnny Crow<br>1477 Ridge Road<br>Yazoo City, MS 39194<br>(662) 746-4453 |
| 108709 | Ramon, Patricia Ann | 15331 Habersham Place<br>Biloxi, MS 39532<br>(228) 861-8472 |
| 72423 | Reichel, Betty | PO Box 796876<br>Dallas, TX 75379<br>(214) 289-8674 |
| 104865 | Richard, Marilyn P. | 1658 Hollywood Boulevard<br>Biloxi, MS 39531<br>(228) 324-8617 |
| 72373 | Rinehart, Laney T. (Deceased) | Kathy Rinehart<br>6729 Sunset Avenue<br>Panama City, FL 32408<br>(850) 233-7687 |
| 77326 | Rodrick, Frankie J. | 13121 Sunview Cove<br>Ocean Springs, MS 39565<br>(321) 961-2528 |

| | | |
|---|---|---|
| 72399 | Rogers, Michael Lee | 11261 North River Vue Circle<br>Biloxi, MS 39532<br>(228) 343-9046 |
| 83226 and 104861 | Rumore, Sr., Joseph G. | 248 Debuys Road, #44<br>Biloxi, MS 39531<br>(228) 233-8005 |
| 104866 | Rutherford, III, Linwood L. | 784 Washington Street<br>Bay Saint Louis, MS 39520<br>(228) 216-0822 |
| 72405 | Santos, Hevini C. | 8412 North Lagoon Drive<br>Panama City Beach, FL 32408<br>(850) 238-7416 |
| 108582 | Schoon, Susan | P.O. Box 1873<br>Ocean Springs, MS 39566<br>(228) 596-0028 |
| 72406 | Schwartz, Donald | 179 Reynoir Street<br>Biloxi, MS 39530<br>(228) 697-6170 |
| 104847 | Shiyou, Todd | 9185 Lower Bay Road<br>Bay Saint Louis, MS 39520<br>(228) 216-2741 |
| 104848 | Soler, Frank | 918 38th Avenue<br>Gulfport, MS 39501<br>(813) 520-6761 |
| 104846 | Southern Appraisal Services | 3215 Hamphill Farm<br>Ocean Springs, MS 39564<br>(228) 623-1500 |
| 72400 | Stanley, Ross P. | 1955 Popps Ferry Rd, Apt. 2141<br>Biloxi, MS 39532<br>(228) 861-1343 |
| 72433 | Sugar Hill Estates of Taylor County, Inc. | Julius Cooey<br>PO Box 260<br>Steinhatchee, FL 32359<br>(352) 498-5874 |
| 72412 | Sullivan, Amy | 14898 Loveless Drive<br>Gulfport, MS 39503<br>(228) 731-0733 |

| | | |
|---|---|---|
| 72413 | The Crazy Alligator | Caridad Ruiz<br>15514 Front Beach Road<br>Panama City, FL 32413<br>(850) 230-3380 |
| 72415 | Tisdale, Tamara | 10415 Lemoyne Boulevard<br>D'Iberville, MS 39540<br>(228) 424-4747 |
| 72416 | Traditional Southern Builders | Vance Tillman<br>1115 Little Bear Road<br>Vancleave, MS 39565<br>(228) 249-1324 |
| 72417 | Tran, Dep Thi | 317 Country Meadow Way<br>Bradenton, FL 34208<br>(941) 524-8789 |
| 51719 and 104814 | Vaughn, Tracie R. | 248 Debuys Road, Apt. 223<br>Biloxi, MS 39532<br>(228) 383-0474 |
| 32098 | Vo, Viet V. | 3119 Borries Street<br>D'Iberville, MS 39540<br>(238) 235-3575 |
| 104815 | Waller, Dennis | 12119 Barimba Place<br>Gulfport, MS 39503<br>(228) 383-1883 |
| 72419 | White, Joshua J. | 17980 Restoration Circle<br>Gulfport, MS 39503<br>(228) 627-9007 |
| 72420 | White, Linda | 1 Stratford Place<br>Gulfport, MS 39503<br>(228) 547-7456 |
| 72425 | Williamson, Clay | PO Box 1060<br>Steinhatchee, FL 32359<br>(407) 462-0960 |
| 72421 | Winne, Ray | 1100 Cowan Road, Lot 56<br>Gulfport, MS 39507<br>(228) 547-5076 |
| 72427 | Zany Foods, Inc. | Jim and Joyce Hunt<br>PO Box 983<br>Steinhatchee, FL 32359 |

|  |  | (352) 498-7422 |
|---|---|---|