UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179 SECTION: JUDGE: MAGISTRATE: |
| Relates to Case 2:12-cv-02048 | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS:**
PAUL MATTHEW DOOM,
CHRISTOPHER ALBERT MARTIN,
JEFFREY R. VAUGHAN, STEVEN AGUINAGA,
STEPHANE AGUINAGA, MONETTE WYNNE,
GREG WYNNE, MARLEE WYNNE, RANGER
WYNNE GISELE WYNNE, DOUG MAURRAS,
RACHAEL MANEEN

**VERSUS**

**DEFENDANTS:**
BP EXPLORATION & PRODUCTION INC., BP
AMERICA PRODUCTION COMPANY, BP, P.L.C.,
AMERICA PRODUCTION COMPANY, BP, P.L.C.
AIRBORNE SUPPORT INTERNATIONAL, INC.,
MORAN ENVIRONMENTAL RECOVERY, LLC,

<u>MOTION TO DISMISS AS TO PLAINTIFF, PAUL MATTHEW DOOM ONLY</u>

TO THE HONORABLE JUDGE OF SAID COURT:

    **COMES NOW**, Plaintiff, Paul Matthew Doom, and would show unto the Court that they no longer desire to prosecute their claims and would request that the causes of action filed by Plaintiff, Paul Matthew Doom **ONLY**, be dismissed without prejudice.

Respectfully submitted,


By: s/Catherine B. Cummins
**CATHERINE B. CUMMINS (29558)**
**STUART H. SMITH (17805)**
**MICHAEL G. STAG (23314)**
Email: ccummins@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-6601

**Attorney for Plaintiffs**


**ROBERT J. McKEE (#0972614)**
Email: RmcKee@Krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street - #801
Fort lauderdale, Florida 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that the above and foregoing Motion to Dismiss as to Plaintiff, Paul Matthew Doom Only has been filed electronically with the clerk of Court using CM/ECF system and served on all counsel of record through Lexis Nexis File and Serve this 27th day of November 2012.

By: s/Catherine B. Cummins