UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: <br><br> JUDGE: <br><br> MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS:
PAUL MATTHEW DOOM,
CHRISTOPHER ALBERT MARTIN,
JEFFREY R. VAUGHAN, STEVEN AGUINAGA,
STEPHANE AGUINAGA, MONETTE WYNNE,
GREG WYNNE, MARLEE WYNNE, RANGER
WYNNE GISELE WYNNE, DOUG MAURRAS,
RACHAEL MANEEN

VERSUS

DEFENDANTS:
BP EXPLORATION & PRODUCTION INC., BP
AMERICA PRODUCTION COMPANY, BP, P.L.C.,
AMERICA PRODUCTION COMPANY, BP, P.L.C.
AIRBORNE SUPPORT INTERNATIONAL, INC.,
MORAN ENVIRONMENTAL RECOVERY, LLC,

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to LR 83.2.11, the law firm of Smith Stag, L.L.C., counsel for Plaintiff Paul Mathew Doom hereby files its Motion to Withdraw as counsel for Plaintiff Paul Matthew Doom without prejudice. In support thereof, Movants would show:

1. Paul Matthew Doom retained the law firm of Douglas M. Schmidt, APLC, to serve as counsel with regards to his oil spill case. See correspondence dated

November 9, 2012 and November 7, 2012 attached as exhibit "A"

2. Under the circumstances, it is requested that the law firm of Smith Stag be granted leave to withdraw as counsel for plaintiff.

WHEREFORE, the law firm of Smith Stag requests this Honorable Court to allow it to withdraw as counsel of record for Plaintiff in the above captioned case.

Respectfully submitted,

By: s/Catherine B. Cummins
**CATHERINE B. CUMMINS (29558)**
**STUART H. SMITH (17805)**
**MICHAEL G. STAG (23314)**
Email: ccummins@smithstag.com
**365 Canal Street, Suite 2850**
**New Orleans, Louisiana 70130**
**Telephone: (504) 593-9600**
**Facsimile: (504) 593-6601**

**Attorney for Plaintiffs**

**ROBERT J. McKEE (#0972614)**
Email: RmcKee@Krupnicklaw.com
**The Law Offices of Krupnick, Campbell, et al**
**12 Southeast 7th Street - #801**
**Fort lauderdale, Florida 33301**
**Telephone: (954) 763-8181 #8619**
**Facsimile: (954) 763-8292**

**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the clerk of Court using CM/ECF system and served on all counsel of record through Lexis Nexis File and Serve this 27th day of November 2012.

By: s/Catherine B. Cummins