

# Douglas M. Schmidt, APLC

A Professional Law Corporation

335 City Park Avenue
New Orleans, LA   70119
Phone: (504) 482-5711
Fax: (504) 482-5755
Toll Free: 1-800-375-1193

Douglas M. Schmidt*
Rachel C. Schmidt, of Counsel
Denis E. Vega, of Counsel**
Leigh Riddell, of Counsel
\*Also admitted to practice in South Carolina
\*\*   Also admitted to practice in Mississippi

November 9, 2012

Smith Stag, LLC
365 Canal Street
Suite 2850
New Orleans La 70130

Via Certified Mail

RE:   Paul "Matthew" Doom, BP Litigation

Dear Mr. Stag,

    Our firm represents Paul Doom in connection with his claim against all known and unknown potential defendants and all other responsible parties for any and all damages sustained as a result of his exposure to the April 20, 2010 Oil Spill / Discharge (DWH Rig) in the Gulf of Mexico. It is our understanding that you have filed a suit on his behalf. We have been advised by Mr. Doom that he dismissed your firm as counsel in November 2011, and did not authorize the filing of this action. Please dismiss any legal actions you have filed on behalf of Mr. Doom without prejudice to his asserting his claims related to the oil spill, or filing a future legal action.

If you have any additional questions, please contact me directly.

Kindest Regards,

*[signature]*

Douglas M. Schmidt

PLAINTIFF'S EXHIBIT
"A"

RECEIVED BY
SMITH STAG, LLC

NOV 14 2012

Smith Stag, LLC
365 Canal Street
Suite 2850
New Orleans La 70130

November 7, 2012

To Whom It May Concern,

    I, Paul Matthew Doom, sent a letter to your office in early November 2011, dismissing your firm from representing me in the BP litigation. On November 29, 2011, I retained the services of Douglas M. Schmidt.

    August 14, 2012, it was brought to my attention an unauthorized complaint was filed on my behalf against BP, at which time, via fax, I again sent a letter clarifying the timeline of events of your dismissal, as did my attorney (transmission verification report attached).

    Please dismiss any legal actions, without prejudice, you have filed on my behalf, and send confirmation of such actions. If receipt is not received within 30 days of this letter I will be forced to file a complaint with the Louisiana Bar Association.

Sincerely,

*[signature]*

Paul Matthew Doom