IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico on April 20, 2010 | * | SECTION J (2) |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| No. 12-2401 | * | MAG. JUDGE WILKINSON |

REQUEST FOR REFUND OF FEES PAID IN CONNECTION
WITH MOOTED MOTIONS TO APPEAR PRO HAC VICE

Hughes Brown, PLLC previously filed five Motions to Appear Pro Hac Vice in the above-entitled action on behalf of Michael A. Starzyk (12-2401, Rec. Doc. 5), April L. Walter (12-2401, Rec. Doc. 6), Hessam Parzivand (12-2401, Rec. Doc. 7), Stephen R. Ricks (12-2401, Rec. Doc. 8), and Joseph E. Fieschko Jr. (12-2401, Rec. Doc. 17). A $100.00 filing fee for each motion was paid by Starzyk & Associates, PC through pay.gov, the Court's electronic payment system.

On November 2, 2012, these motions were marked moot by the Court when this action was consolidated with Multidistrict Litigation No. 2179 ("MDL 2179"), and counsel was directed that it "may request a refund of fees previously paid in connection with their motions to appear *pro hac vice*." (12-2401, Rec. Doc. 22.) Pursuant to Pre-Trial Order No. 1, paragraph 12 (12-2401, Rec. Doc. 22-1), attorneys admitted to practice

and in good standing in any United States District are admitted *pro hac vice* in MDL 2179 and Local Rules 83.2.6E and 83.2.7 are waived.

Plaintiffs' counsel hereby respectfully requests a refund of fees in the amount of $500.00 previously paid by Starzyk & Associates, PC in connection with the filings of the five separate Motions to Appear Pro Hac Vice filed on behalf of Mr. Starzyk, Ms. Walter, Mr. Parzivand, Mr. Ricks and Mr. Fieschko (12-2401, Rec. Docs. 5, 6, 7, 8, and 17).

                                       **RESPECTFULLY SUBMITTED,**

                                       ___/*J.P. Hughes, Jr.*/_____
                                       **J.P. Hughes, Jr.**
                                       LA Bar # 21302
                                       **HUGHES BROWN, PLLC**
                                       1300 Access Road, Suite 100
                                       Oxford, Mississippi 38655
                                       T: [662] 234-6080
                                       F: [800] 515-5446

                                       **Michael A. Starzyk**
                                       TX Bar # 00788461*
                                       **April L. Walter**
                                       TX Bar # 24052793*
                                       **Stephen R. Ricks**
                                       TX Bar # 36039*
                                       **Hessam Parzivand**
                                       Texas Bar # 24071157*
                                       **STARZYK & ASSOCIATES, P.C.**
                                       10200 Grogan's Mill Road, Suite 300
                                       The Woodlands, Texas 77380
                                       T: [281] 364-7261
                                       F: [281] 364-7533

*3*

**Joseph E. Fieschko Jr.**
PA Bar # 28797\*
**FIESCHKO AND ASSOCIATES, NC.**
2230 Koppers Building
Pittsburgh, Pennsylvania 15219
T:  [412] 281-2204
F:  [412] 338-9169

**John R. Linkosky**
PA Bar # 66011\*
**JOHN LINKOSKY & ASSOCIATES**
715 Washington Avenue
Carnegie, Pennsylvania 15106
T:  [412] 278-1280
F:  [412] 278-1282

*\*Admitted Pro Hac Vice*

**COUNSEL FOR PLAINTIFFS**