IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico on April 20, 2010 | * | SECTION J (2) |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| No. 12-2401 | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Request for Refund of Fees in connection with five prior Motions to Appear Pro Hac Vice (12-2401, Rec. Docs. 5, 6, 7, 8, and 17). Hughes Brown, PLLC filed Motions to Appear Pro Hac Vice in the above-entitled action on behalf of Michael A. Starzyk (12-2401, Rec. Doc. 5), April L. Walter (12-2401, Rec. Doc. 6), Hessam Parzivand (12-2401, Rec. Doc. 7), Stephen R. Ricks (12-2401, Rec. Doc. 8), and Joseph E. Fieschko Jr. (12-2401, Rec. Doc. 17). A $100.00 filing fee for each motion was paid by Starzyk & Associates, PC through pay.gov, the Court's electronic payment system.

On November 2, 2012, these motions were marked moot by the Court when this action was consolidated with Multidistrict Litigation No. 2179 ("MDL 2179"), and counsel was directed that it could request a refund of fees previously paid in connection with their motions to appear *pro hac vice*. (12-2401, Rec. Doc. 22.) Pursuant to Pre-

Trial Order No. 1, paragraph 12 (12-2401, Rec. Doc. 22-1), attorneys admitted to practice and in good standing in any United States District are admitted *pro hac vice* in MDL 2179 and Local Rules 83.2.6E and 83.2.7 are waived.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court issue a refund in the amount of $500.00 to the law firm of Starzyk & Associates, PC.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
**JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE**