UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| This Filing Relates to: ALL CASES | § § | JUDGE BARBIER |
| (Including Civil Action No. 12-968) | § | MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC'S OBJECTIONS TO
CLASS COUNSEL'S AND BP DEFENDANTS' JOINT PROPOSED FINDINGS
OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF FINAL APPROVAL
OF THE *DEEPWATER HORIZON* MEDICAL BENEFITS CLASS ACTION
SETTLEMENT AGREEMENT AS AMENDED ON MAY 1, 2012**

**TO THE HONORABLE CARL J. BARBIER:**

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully files its Objections to Class Counsel's and BP Defendants' Joint Proposed Findings of Fact and Conclusions of Law in Support of Final Approval of the *Deepwater Horizon* Medical Benefits Class Action Settlement, as Amended on May 1, 2012 ("Proposed Findings and Conclusions") (Rec. Doc. 7946), and respectfully requests the Court to Consider the following:[1]

I.   **HESI adopts and incorporates previously filed objections.**

On August 31, 2012, in response to the Plaintiffs' Memorandum in Support of Final Approval of the Medical Benefits Class Action Settlement (Rec. Doc. 7116) and BP Defendants' Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Doc. 7112), HESI filed its objections to the Medical Benefits Settlement

---

[1] HESI presents these objections only with regard to the proposed findings of fact and conclusions of law submitted by Class Counsel and BP Defendants. HESI reserves its right to object to any findings of fact and conclusions of law ultimately issued by this Court related to the Settlement Agreement.

- 1 -

Agreement (Cause No. 10-7777, Rec. Doc. 93), along with the Declaration of Marc Vellrath, Ph.D., CFA. Those objections and declaration are fully incorporated herein for all purposes.

Further, HESI joins Transocean and the United States in their requests that the findings of fact and conclusions of law ultimately issued by this Court make clear that determinations related to the Settlement Agreement will have no effect on, and will cause no prejudice to, the claims and rights of non-settling parties. (Rec. Docs. 8003, 8036).

**II.     HESI objects to statements regarding its standing to object.**

HESI objects to each and every proposed conclusion of law regarding its standing to object to the Settlement Agreement as a non-settling defendant. (Rec. Doc. 7946, *Conclusions of Law*, ¶¶ 5-8, 12, 16 and p. 54, n. 16, p. 61, n. 24, p. 73, n. 31, p. 139, n. 65). As acknowledged in the Proposed Findings and Conclusions, non-settling defendants have standing to object to the terms of a settlement agreement where the terms will result in "plain legal prejudice" to the non-settling defendant. (*Id.* at ¶ 7). As set forth in HESI's Objections to the final approval, HESI's position is that it will suffer plain legal prejudice if the Settlement Agreement is approved as amended on May 1, 2012. (Cause No. 10-7777, Rec. Doc. 93). Regardless of whether the Court accepts HESI's argument, statements that HESI's objections are generically "legally improper" should be deleted from the Proposed Findings and Conclusions. In addition, HESI specifically requests that the Court strike the last two sentences of paragraph 5 if it adopts the Proposed Findings and Conclusions.

**III.    To the extent any of HESI's objections are mentioned, such statements should be accurate.**

HESI objects to statements characterizing HESI's actual objections in the Proposed Findings and Conclusions as inaccurate. (Rec. Doc. 7946, *Conclusions of Law*, ¶¶ 50, 52). This is particularly so with regard to Class Counsel's and BP Defendants' paraphrasing of the opinions set forth in the Declaration of Marc Vellrath. (Rec. Doc. 7946, *Conclusions of Law*, ¶¶ 155, 161 and p. 61, n. 24). Vellrath does not state that the Settlement Agreement is "too generous." Rather, Vellrath states that the payments under the Settlement Agreement are not founded in the actual injury realized by Class Members in support of HESI's position that it cannot be held liable under any theory for voluntary payments made by BP. Accordingly, HESI objects to the inaccurate characterization of Vellrath's opinion as standing for the proposition that the Settlement Agreement is "too generous." If this Court elects to approve the Settlement Agreement, it should either remove the references to Vellrath's opinions or fully articulate his opinion that payments under the Settlement Agreement are voluntary payments not substantially related to actual injury or damages suffered by Class Members.

Note 24 on page 61 of the Proposed Findings and Conclusions should also be deleted in its entirety. No *Daubert* challenges were filed in this case related to Vellrath. Accordingly, HESI objects to note 24 and requests that it be deleted in its entirety.

**Conclusion**

For the foregoing reasons, HESI requests that if this Court does issue final approval of the Settlement Agreement and adopts the Proposed Findings and Conclusions, this Court should modify its findings of fact and conclusions of law as requested above.

Respectfully submitted,

**GODWIN LEWIS PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone:  (214) 939-4400
Facsimile:   (214) 760-7332
And
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:  (713) 425-7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Objections to Class Counsel's and BP Defendants' Joint Proposed Findings of Fact and Conclusions of Law in Support of Final Approval of *Deepwater Horizon* Medical Benefits Settlement Agreement as Amended on May 1, 2012, has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 28th day of November, 2012.

/s/ Donald E. Godwin
Donald E. Godwin