UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION: J |
| THIS PLEADING APPLIES TO: ALL CASES | § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**TRANSOCEAN'S MOTION TO STRIKE AND MOTION FOR COSTS RELATED TO THE PSC'S EXAMINATION OF TRANSOCEAN'S PHASE II 30(b)(6) <u>CORPORATE REPRESENTATIVE ROBERT TURLAK</u>**

Transocean moves to strike selected testimony from the examination by PSC's counsel on Phase I Topics of Transocean's Phase II 30(b)(6) corporate representative, Robert Turlak. As more fully set forth in the accompanying memorandum, the PSC's examination of Mr. Turlak violates Judge Barbier's September 18, 2012 Order which states: *"The Court advises counsel and the parties that it does not intend to permit discovery to be further reopened with respect to Phase I issues."* As such, Transocean respectfully requests that this Court strike the testimony set forth by the page and line designations in the accompanying memorandum. Transocean also seeks costs and attorneys' fees for the time associated with preparing this motion and for the time spent preparing and presenting Mr. Turlak for the PSC's examination.

Respectfully submitted,

/s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
David A. Baay (Texas, No. 24027050)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154

| | |
|---|---|
| Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Email: steven.roberts@sutherland.com,<br>rachel.clingman@sutherland.com,<br>kent.sullivan@sutherland.com,<br>david.baay@sutherland.com | Email: kmiller@frilot.com<br>Facsimile: (713) 654-1301 |

/s/ *Luis Li*
Luis Li (California, No. 156081)
Grant A. Davis-Denny (California, No. 229335)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: Grant.Davis-Denny@mto.com, luis.li@mto.com

*Counsel for Transocean*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on November 28, 2012.

/s/ Kerry J. Miller