UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 and<br>Case No. 2:11-CV-02766 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, a Notary Public in and for the State and Parish aforementioned, personally came and appeared:

STEPHEN S. KRELLER

who being by me duly sworn did state that on November 6, 2012, pursuant to the provisions of La. R.S. 13:3201, et seq., commonly referred to as the Louisiana Long Arm Statute, he mailed a certified copy of the Complaint in an envelope properly addressed to Mederic R. Meyer, Sr. at 4315 NE Carpenter Road, Cedar Rapids, Iowa 52411-4725, return receipt requested, with sufficient postage affixed; the said certified mail was received as evidenced by the attached receipt hereto and made a part hereof as Exhibit A.

_____
STEPHEN S. KRELLER

1

Sworn to and subscribed before me this <u>28th</u> day of November 2012.

_____
NOTARY PUBLIC

My commission expires _____

ANDREW R. SCHWING
NOTARY PUBLIC
STATE OF LOUISIANA
MY COMMISSION IS ISSUED FOR LIFE.
LA BAR NO. 29416

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Thanh Hai, Inc., et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:11-cv-03180 "J"(1) |
| BP AMERICA PRODUCTION COMPANY, et al. | ) ) ) | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| *Defendant* | ) | MDL2179 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   MEDERIC MEYER, SR.
4315 NE Carpenter Road
Cedar Rapids, Iowa 52411-4725

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen S. Kreller
The Kreller Law Firm
757 St. Charles Avenue, Suite 301
New Orleans, LA 70130
Phone: 504-484-3488
Email: ssk@krellerlaw.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Loretta G. Whyte
Name of clerk of court

Date: **Nov 01 2012**

_____
Deputy clerk's signature



EXHIBIT A

Case 2:10-md-02179-CJB-DPC Document 8045 Filed 11/09/12 Page 4 of 8
Case 2:10-md-02179-CJB-SS Document 7817-5 Filed 11/01/12 Page 4 of 8

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-03180 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MEDERIC MEYER, SR.
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

02179-CJB-DPC   Document 8045   Filed 11/29/1

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CEDAR RAPIDS IA 52411

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.70 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.00 |

0019
NOV 09 2012 — Postmark Here
MID CITY FIN STA NEW ORLEANS LA 70119
11/03/2012

7011 1570 0003 3157 1282

Sent To: Mr. Mederic R. Meyer, Sr.
Street, Apt. No.; or PO Box No.: 4315 NE Carpenter Road
City, State, ZIP+4: Cedar Rapids, Iowa 52411-4725

PS Form 3800, A

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Bobbie Giroir   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Bobbie Giroir   C. Date of Delivery  11-26-12 |
| 1. Article Addressed to:<br><br>Mr. Mederic R. Meyer, Sr.<br>4315 NE Carpenter Road<br>Cedar Rapids, Iowa 52411-4725 | D. Is delivery address different from item 1?  ☐ Yes<br>     If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 1570 0003 3157 1282 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE
CEDAR RAPIDS IA 524

06 NOV 2012 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mr. Stephen S. Kreller, Esq.
The Kreller Law Firm
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130

70130$3726 C033