AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

*U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LOUISIANA
2012 NOV 28  AM 11: 27
LORETTA G. WHYTE
CLERK*

| | |
|---|---|
| John Akins, et al, Individually and on behalf of all others similarly situated and identified below <br> *Plaintiff* <br> v. <br> Worley Catastrophe Response, LLC, Worley Catastrophe Services LLC, and Michael Allen Worley <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> MDL 2179 <br><br> Civil Action No. 12-2401 "J"(1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Worley Catastrophe Services, LLC

　　　　　　　　　　　　　　　Registered Agent, James R. Lewis
　　　　　　　　　　　　　　　450 Laurel St., Suite 1600
　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　　　　　J. P. Hughes, Jr.
　　　　　　　　　　　　Hughes Brown, PLLC
　　　　　　　　　　　　1300 Access Road, Suite 100
　　　　　　　　　　　　Oxford, Mississippi 38655
　　　　　　　　　　　　(662) 234-6080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Loretta G. Whyte*
*Deputy clerk's signature*

Date: __Oct 01 2012__

___Fee___
___Process___
_X_ Dktd ___
___CtRmDep___
___Doc. No.___

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-2401 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Worley Catastrophe Services, LLC.__
was received by me on *(date)* __10-15-12__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Agent James R. Lewis with Trish Aucoin__, who is designated by law to accept service of process on behalf of *(name of organization)* __Worley Catastrophe Services LLC 445 North Blvd. Baton Rouge, LA__ on *(date)* __10-16-12__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10-16-12__

*Ron Powell*
Server's signature

*Ron Powell, Process Server*
Printed name and title

__201 ST. Charles #114-330 N.O. LA. 70170__
Server's address

Additional information regarding attempted service, etc: