AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2012 NOV 28 AM 11: 27
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| John Akins, et al, Individually and on behalf of all others similarly situated and identified below ) <br> *Plaintiff* ) <br> v. ) <br> Worley Catastrophe Response, LLC, Worley Catastrophe Services LLC, and Michael Allen Worley ) <br> *Defendant* ) | MDL 2179 <br><br> Civil Action No. 12-2401 "J"(1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Allen Worley
~~116~~ Robinhood Drive
Hammond, Louisiana 70403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> J. P. Hughes, Jr.
> Hughes Brown, PLLC
> 1300 Access Road, Suite 100
> Oxford, Mississippi 38655
> (662) 234-6080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Oct 01 2012__

Loretta G. Whyte
Name of clerk of court

_____
Deputy clerk's signature

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Case 2:10-md-02179-CJB-DPC Document 8047 Filed 11/28/12 Page 2 of 2
Case 2:12-cv-02401-CJB-SS Document 4-2 Filed 10/04/12 Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-2401 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Michael Allen Worley__
was received by me on *(date)* __10-15-12__ .

☒ I personally served the summons on the individual at *(place)* __Robinhood Dr. Hammond, LA.__
on *(date)* __10-23-12__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____
____, a person of suitable age and discretion who resides there,
on *(date)* ____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____, who is
designated by law to accept service of process on behalf of *(name of organization)* ____
on *(date)* ____ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify):*


My fees are $ ____ for travel and $ ____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10-23-12__

__Ron Powell__
Server's signature

__Ron Powell, Process Server__
Printed name and title

__201 St. Charles #114-320 NOLA 70170__
Server's address

Additional information regarding attempted service, etc: