AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2012 NOV 28 AM 11: 27
LORETTA G. WHYTE
CLERK

| | ) | |
|---|---|---|
| John Akins, et al, Individually and on behalf of all others similarly situated and identified below | ) | MDL 2179 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12-2401 "J"(1) |
| Worley Catastrophe Response, LLC, Worley Catastrophe Services LLC, and Michael Allen Worley | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Worley Catastrophe Response, LLC

Registered Agent, James R. Lewis
~~450 Laurel St., Suite 1600~~ 445 North Blvd. #700
Baton Rouge, Louisiana 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
(662) 234-6080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Loretta G. Whyte

*Deputy clerk's signature*

Date: Oct 01 2012

_ Fee _
_ Process _
x Dktd _
_ CtRmDep _
_ Doc. No. _

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-2401 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Worley Catastrophe Response, LLC
was received by me on *(date)* 10-15-12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Agent James R. Lewis with Trish Aucoin , who is designated by law to accept service of process on behalf of *(name of organization)* Worley Catastrophe Response, LLC  4445 North Blvd Baton Rouge, LA on *(date)* 10-16-12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-16-12

*Ron Powell*
Server's signature

Ron Powell   Process Server
Printed name and title

301 St. Charles #114-330 N.O. LA 70170
Server's address

Additional information regarding attempted service, etc:

STATE OF LOUISIANA
PARISH OF ORLEANS

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared, Ronald J. Powell, Jr., who after being duly sworn did say:

On October 16, 2012, at 1:00PM I attempted service on Worley Catastrophe Service, LLC and Worley Catastrophe Response, LLC through their Registered Agent, James R. Lewis, located at 445 North Blvd., Suite 700, Baton Rouge, LA 70801. I asked the lady at the front desk, Trisha Aucoin, for James R. Lewis and was told by Ms. Aucoin that Mr. Lewis was at lunch and that he would be back after lunch. I later returned to the same address at 2:30 PM and spoke to Ms. Aucoin again. She then informed me that she was sorry, that Mr. Lewis would not be returning, she forgot he was attending as CLE and would not be returning until the following Tuesday. I confirmed with Ms. Aucoin that Mr. Lewis was the Registered Agent for Worley Catastrophe Service, LLC and Worley Catastr0phe Response, LLC. I also confirmed that Ms. Aucoin worked for Mr. Lewis and that she did secretarial work for Mr. Lewis and what ever else he needed. I served Trisha Aucoin the appropriate filing documents for service on both corporations through their Registered Agent, James R. Lewis on October 16, 2012 at 2:45PM.

Ronald J. Powell Jr.

SWORN TO AND SUBSCRIBED, before me, Jane Johnson Boleware, Notary Public, in Orleans Parish, State of Louisiana, on this 20 day of November, 2012

Jane Johnson Boleware, Notary Public
LSBA # 19437
My commission expires at death.