UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Applies to:** | * | |
| *B1 Pleading Bundle, 11-925, and 10-2771* | * | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

Before the Court are the Sellno Plaintiffs' **Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing "Pure Stigma Claims" and "Recreation Claims."** (Rec. Doc. 7770). BP, Halliburton, Transocean, M-I, and Cameron filed oppositions. (Rec. Docs. 7962, 7992, 7973). Having considered the arguments of counsel, the record, and the applicable law,

**IT IS ORDERED** that the Sellno Plaintiffs' Motions (Rec. Doc. 7770) are **DENIED**.

Signed in New Orleans, Louisiana this 29th day of November, 2012.

_____
United States District Judge

1