UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG § <br> "DEEPWATER HORIZON" § <br> In the GULF OF MEXICO, § <br> on APRIL 20, 2010 § <br> § <br> Relates to Case 2:12-cv-02048 § <br> § | MDL NO. 2179 <br><br> SECTION: <br><br> JUDGE: <br><br> MAGISTRATE: |

*******************************************

PLAINTIFFS:
PAUL MATTHEW DOOM,
CHRISTOPHER ALBERT MARTIN,
JEFFREY R. VAUGHAN, STEVEN AGUINAGA,
STEPHANE AGUINAGA, MONETTE WYNNE,
GREG WYNNE, MARLEE WYNNE, RANGER
WYNNE GISELE WYNNE, DOUG MAURRAS,
RACHAEL MANEEN

VERSUS

DEFENDANTS:
BP EXPLORATION & PRODUCTION INC., BP
AMERICA PRODUCTION COMPANY, BP, P.L.C.,
AMERICA PRODUCTION COMPANY, BP, P.L.C.
AIRBORNE SUPPORT INTERNATIONAL, INC.,
MORAN ENVIRONMENTAL RECOVERY, LLC,

### ORDER OF DISMISSAL OF PLAINTIFF, PAUL MATTHEW DOOM

**BE IT REMEMBERED** that in the above styled and numbered Cause came on this date to be heard Motion to Dismiss of Plaintiff, Paul Matthew Doom ONLY, and the Court, being of the opinion that the same should be granted;

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the cause of action as to the Plaintiffs, Paul Matthew Doom **ONLY**, in the above styled cause, is hereby nonsuited without prejudice, with the costs of the Court being adjudged against the party incurring same.

New Orleans, Louisiana this 28th day of November, 2012.

_____
United States District Judge