UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG          §   MDL NO. 2179
        "DEEPWATER HORIZON"               §
        In the GULF OF MEXICO,            §   SECTION:
        on APRIL 20, 2010                 §
                                          §   JUDGE:
                                          §
                                          §
        Relates to: 12-2048               §   MAGISTRATE:

*******************************************
PLAINTIFFS:
PAUL MATTHEW DOOM,
CHRISTOPHER ALBERT MARTIN,
JEFFREY R. VAUGHAN, STEVEN AGUINAGA,
STEPHANE AGUINAGA, MONETTE WYNNE,
GREG WYNNE, MARLEE WYNNE, RANGER
WYNNE GISELE WYNNE, DOUG MAURRAS,
RACHAEL MANEEN

VERSUS

DEFENDANTS:
BP EXPLORATION & PRODUCTION INC., BP
AMERICA PRODUCTION COMPANY, BP, P.L.C.,
AMERICA PRODUCTION COMPANY, BP, P.L.C.
AIRBORNE SUPPORT INTERNATIONAL, INC.,
MORAN ENVIRONMENTAL RECOVERY, LLC,

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE Came before the Court upon the firm of Smith Stag's Motion to Withdraw.

The Court  having read and being otherwise fully apprised on all premises, hereby ORDERS

AND ADJUDGES as follows:

Smith Stag's Motion to Withdraw is hereby GRANTED.  Smith Stag, L.L.C. is

withdrawn as counsel of record for Plaintiff Paul Matthew Doom.

New Orleans, Louisiana this 28th day of November, 2012.

_____
United States District Judge