**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* )<br>In the Gulf of Mexico, on April 20, 2010, )<br>                                                                           )<br>THANH HAI, INC.; TONY NGUYEN;                       )<br>KHANG VAN DANG, and the more than 700          )<br>Persons named herein,                                              )<br>                                                                           )<br>                                                                           )<br>            Plaintiffs,                                                  )<br>                                                                           )<br>vs.                                                                         )<br>                                                                           )<br>BP AMERICA PRODUCTION COMPANY; BP        )<br>EXPLORATION AND PRODUCTION, INC.;              )<br>ANADARKO PETROLEUM CORPORATION;           )<br>MOEX OFFSHORE 2007, LLC; MOEX USA              )<br>CORPORATION; MITSUI OIL                                   )<br>EXPLORATION CO., LTD.; TRANSOCEAN              )<br>HOLDINGS LLC; TRITON ASSET LEASING           )<br>GMBH; TRANSOCEAN DEEPWATER, INC.             )<br>TRANSOCEAN OFFSHORE DEEPWATER                )<br>DRILLING, INC.; TRANSOCEAN LTD.;                    )<br>CAMERON INTERNATIONAL                                 )<br>CORPORATION F/K/A COOPER-CAMERON;         )<br>HALLIBURTON ENERGY SERVICES, INC.;           )<br>M-I, LLC, WEATHERFORD U.S. L.P.,                      )<br>                                                                           )<br>            Defendants. | MDL NO. 2179<br><br>This document also relates to:<br>Case No. 2:11-CV-03180<br>-and-<br>Case No. 2:11-CV-02766<br><br>**SECTION: J**<br><br>Judge Barbier<br>Magistrate Judge Shushan |

**Ex Parte Motion for Extension of Time to Plead**

Defendants-In-Intervention, Mederic Meyer, Jr., (DWH Claimant ID 100049042), M.R. Meyer LTD (DWH Claimant ID 100000339), M.R. Meyer LTD II (DWH Claimant ID 100000314), M.R. Meyer LTD III (DWH Claimant ID 100000337), M.R. Meyer LTD IV (DWH

Claimant ID 100000313), Mederic Meyer Sr. (DWH Claimant ID 100050626), Jodi Meyer Bolgiano, Alicia R. Tanguis and William J. Tanguis III (DWH Claimant ID 100049042), (hereinafter collectively referred to as the "Meyer defendants"), move this Court under Local Rule 7.8 for an additional 21 days to answer or otherwise plead to the so-called "Intervening Attorneys'" Complaint for Intervention, and with respect represent:

I.

The Meyer defendants certify that they have not sought any previous extension of time to plead.

II.

The Intervening Attorneys have not filed in the record an objection to an extension of time.

III.

This motion is filed with a full reservation of any rights and defenses open to the Meyer defendants, including, without limitation, all defenses on the merits, jurisdictional or procedural.

For these reasons, the Meyer defendants respectfully request this Court enter the attached order, allowing an extension for a period of 21 days from the time the pleading would otherwise be due.

DATED: November 29, 2012

                                              Respectfully Submitted:

                                              BY:  /s/ Richard M. Perles
                                              Richard M. Perles (LA #01534), T.A.
                                              John M. Futrell (LA #05865)
                                              Lee, Futrell & Perles, L.L.P.
                                              201 St. Charles Avenue
                                              Suite 4120
                                              New Orleans, Louisiana 70170
                                              Telephone: (504) 569-1725
                                              Facsimile: (504) 569-1726
                                              Counsel for the "Meyer Defendants"
                                              *in intervention claim only*

**CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1 and Local Rule 5.4. and Fed. R. Civ. P. 5 (1)(D).  As such this ex parte motion was served on all counsel who are deemed to have consented to electronic service by electronically filing it with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 29th day of November, 2012.

                                           /s/ Richard M. Perles