**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  Oil Spill by the Oil Rig *Deepwater Horizon*  )
In the Gulf of Mexico, on April 20, 2010,  )
   )
THANH HAI, INC.; TONY NGUYEN;  )
KHANG VAN DANG, and the more than 700  )
Persons named herein,  )
   )
   )
          Plaintiffs,  )
   )
vs.  )
   )
BP AMERICA PRODUCTION COMPANY; BP  )
EXPLORATION AND PRODUCTION, INC.;  )
ANADARKO PETROLEUM CORPORATION;  )
MOEX OFFSHORE 2007, LLC; MOEX USA  )
CORPORATION; MITSUI OIL  )
EXPLORATION CO., LTD.; TRANSOCEAN  )
HOLDINGS LLC; TRITON ASSET LEASING  )
GMBH; TRANSOCEAN DEEPWATER, INC.  )
TRANSOCEAN OFFSHORE DEEPWATER  )
DRILLING, INC.; TRANSOCEAN LTD.;  )
CAMERON INTERNATIONAL  )
CORPORATION F/K/A COOPER-CAMERON;  )
HALLIBURTON ENERGY SERVICES, INC.;  )
M-I, LLC, WEATHERFORD U.S. L.P.,  )
   )
          Defendants.

MDL NO. 2179

This document relates to:
Case No. 2:11-CV-03180
-and-
Case No. 2:11-CV-02766

**SECTION:  J**

Judge Barbier
Magistrate Judge Shushan

**Order**

Considering the attached Ex Parte Motion for Extension of Time to Answer,

It is Hereby Ordered, Adjudged and Decreed that the  Defendants-In-Intervention,

Mederic Meyer, Jr., (DWH Claimant ID 100049042), M.R. Meyer LTD (DWH Claimant ID

100000339), M.R. Meyer LTD II (DWH Claimant ID 100000314), M.R. Meyer LTD III (DWH

Claimant ID 100000337), M.R. Meyer LTD IV (DWH Claimant ID 100000313), Mederic Meyer

Sr. (DWH Claimant ID 100050626), Jodi Meyer Bolgiano, Alicia R. Tanguis and William J.

Tanguis III (DWH Claimant ID 100049042), (the "Meyer defendants"), have an additional 21

days from the time the pleadings would otherwise be due to plead to the Complaints for

Intervention.

      This _____ day of _____, 2012.

                                              _____

                                              Judge Barbier