UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case:  August Walter v. BP America, Inc.<br>Civil Action No. 12-177 | SECTION "J" (2) |

## ORDER

Plaintiff's newly-enrolled counsel has filed "Plaintiff's Notice of Consent to Proceed Before the Magistrate for Trial" in the referenced member case. Record Doc. No. 7936. Accordingly,

**IT IS ORDERED** that a status conference is hereby SCHEDULED in the referenced member case on **DECEMBER 18, 2012 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss the possible consent of all parties to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c). Counsel who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 and the individual member case, C.A. No. 12-177.

New Orleans, Louisiana, this   29th   day of November, 2012.

**CLERK TO NOTIFY:**    JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**    UNITED STATES MAGISTRATE JUDGE