# CONFERENCE ATTENDANCE RECORD

DATE: 11-30-12              TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jeff Breit | PSC |
| Winfield Sinclair | Alabama |
| Sarah Jiams | Anadarko |
| Mike Underhill | DOJ/US |
| Steve O'Rourke | DOJ/US |
| Steve Roberts | TO |
| Brad Brian | " |
| Stan Herm | PSC |
| Soren Gisleson | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Daniel Juneau | CAM |
| Grant Davis-Leary | TO |
| Ron Godwin | HESI |
| Alan York | HESI |
| Bruce Bowman | HESI |
| Jenny Martinez | HESI |
| Gwen Richard | HESI |
| Erika Toledo | HESI |
| Alison Battiste | HESI |
| Lauren Mitchell | HESI |
| Sean Fleming | HESI |
| Douglas Kraus | Louisiana |
| Carmelite Bertaut | Cameron |
| Brian Barr | PSC |
| Tony Fitch | ANADARKO |
| Don Haycraft | BP |
| Ryan Babiuch | BP |

## CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Paul Sterbcow | PSC |
| Anthony Irpino | PSC |
| Jimmy Williamson | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# MDL 2179 - Discovery Conference

### 11-30-12 Phone Participants

Mark Nomillini - BP

Jim Roy - PSC (Getting off conference at 10:00 for another conf)

Alan Pixton - BP

Tom Benson - DOJ

Sarah Himmelhoch - DOJ

Nat Chakeris - U.S.

Bill Stradley - 2185 cases

Joe Eisert - BP

Mike Petrino - BP