MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 28, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>John Akins et al. v. Worley Catastrophe Response, LLC et al.</u>; 12-2401 | SECTION "J" (2) |

The referenced member case was recently reassigned and referred to me by Judge Barbier. Record Doc. No. 7836. A status conference was conducted before me on this date. Participating were: J.P. Hughes, Jr., Michael Starzyk, Joseph Fieschko (via telephone) and John Linkosky (via telephone), representing plaintiffs; Jennifer Anderson and Margaret LeBato, representing defendants.

During the conference, counsel for all parties consented in writing to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

**IT IS ORDERED** that member Case No. 12-2401 is hereby severed from MDL No. 2179 and will hereafter proceed separately from the MDL. Any MDL stay order

| MJSTAR:   0 : 30 |
|---|

applicable to C.A. No. 12-2401 is VACATED.  Defendants must file their answer and/or responsive motions no later than **December 28, 2012**.

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **January 18, 2013**.

A scheduling order setting forth further pretrial, trial and other deadlines will be separately entered upon execution of the Section 636(c) referral order by Judge Barbier.

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member case, C.A. No. 12-2401.  All further submissions by the parties and orders must be filed and docketed only in C.A. No. 12-2401.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**