# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| *Applies to:  All Cases* *And* *10-MAG-09/23-1* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING BP's November 29 application for this Court's approval of its planned close visual ROV inspection, under the direction of the United States Coast Guard, of the *Deepwater Horizon* rig, Cofferdam, Riser and the adjacent area for the purpose of investigating a hydrocarbon sheen in the vicinity of the MC 252 block;

AND CONSIDERING BP's application for relief from PTO #1 and any other preservation-of-evidence obligations for the limited purpose of conducting the ROV visual inspection of the Deepwater Horizon rig, cofferdam, riser and the adjacent area;

IT IS ORDERED that BP's and Transocean's plans for a close visual ROV inspection of the Deepwater Horizon rig, cofferdam, riser and the adjacent area is hereby approved.

IT IS FURTHER ORDERED that BP and Transocean are hereby granted relief from all otherwise applicable preservation-of-evidence obligations to the extent that those obligations might otherwise prelude BP and Transocean from making alterations or movements of the Deepwater Horizon rig, its appurtenances, the riser, the cofferdam and/or other containment

equipment, things attached to the rig, or any adjacent debris to the extent those movements or alterations occur as the result of the operation to complete a close visual ROV inspection of the rig, cofferdam, riser and adjacent areas.

New Orleans, Louisiana, this 30th day of November, 2012.

_____
SALLY SHUSHAN
United States Magistrate Judge