UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This document relates to: 2:11-cv-01159 | * * * * | JUDGE: CARL J. BARBIER MAG: SALLY SHUSHAN |

******************************************

## ORDER

The Court, having considered the Motion for Leave to Intervene of Willis & Buckley, APC, through Jennifer N. Willis:

**IT IS HEREBY ORDERED** that Willis & Buckley, APC, through Jennifer N. Willis, is granted leave to file its Complaint of Intervention and said Complaint of Intervention attached to the Motion for Leave to Intervene is deemed filed.

Signed this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE