UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Working Group Conference on Friday, November 30, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### ROV INSPECTION OF DWH

BP proposed an ROV inspection of the rig under the direction of the Coast Guard to start on or about December 10. The protocol will be prepared by the Coast Guard. The order for the inspection was entered (Rec. doc. 8060).

### PHASE ONE PREPARATION

1. **Phase One Exhibits**.

    Halliburton reports progress on the spreadsheet to identify all of the proposed fixes.

2. **Pre-Trial Order for Preparation for Phase One Trial**.

    Judge Barbier was not presented with deposition designations for witnesses who may appear live at the trial. The PSC and Transocean shall be permitted to offer those deposition designations

into the record before the close of their cases-in-chief. If a witness subsequently appears at the trial, the deposition designation for that witness will be withdrawn from the record.

BP and the PSC presented argument on whether deposition bundles must be modified as a result of Judge Barbier's rulings on the motions *in limine*. BP suggested that the issue be resolved with a ruling on its March 1, 2012 motion to strike designated deposition testimony (Rec. doc. 5936).

BP raised the issue of the dates for the exchange of demonstratives with flexibility for those prepared during the direct and cross-examination of a witness.

It was agreed that a direct quote from a deposition is not a demonstrative.

The deadline for the revised seating chart is extended to December 21.

The Court will put the pre-trial order for preparation for Phase One into final form.

3. **Motions Regarding Adverse Inferences Based on Assertions of Fifth Amendment.**

The motions are under submission. There was agreement that they do not require immediate action.

4. **Changes to Witness List**.

The PSC reported that if Judge Barbier approves the class action settlements, the PSC's order of proof at the trial will be affected. In that event, the PSC will not add witnesses, but it may be necessary to "reshuffle" some of them.

## PHASE TWO

### Inspection and Testing of Equipment Stored at Michoud

BP will complete the release of data relating to testing by **Friday, December 14.** The U.S. and BP will resolve the question of segregating the test data from other documents that BP is producing.

**Phase Two Document Production**

1. **Open Issues Between BP and U.S.**

    On November 20, the U.S. sent BP a letter on the "non-DOE data loss" issue. BP reported that it would respond on November 30. The U.S. agreed that the "non-DOE data loss" issue is nearly resolved.

    There is an issue concerning an analysis by a BP consultant concluding that there was a data loss at the Sandia National Laboratories as result of the deletion of two corporate mailboxes after there was a certification that all relevant information had been produced. BP provided the consultant's analysis to the U.S. and the U.S. reported that before the end of the day it would provide BP its views of the analysis.

    The U.S. reports that it entered into discussion with BP on what the parties refer to as the "data loss remedial order" or the "DOE recollection order" to resolve the issue raised by the BP consultant's analysis without briefing or reaching the spoilation issue. The U.S. reported that the parties are close to resolving the terms of the order.

    The Court asked BP to review the U.S. response to the BP consultant's report and there may be a telephone conference during the week of December 3 with the Court, BP and the U.S.

    The U.S. requested a report from BP on its continuing document production expressing some concern that documents should have been produced at an earlier stage. BP and the U.S. will have an offline discussion of this issue.

2. **Professor Ira Leifer Document Production**.

    The Court provided a report from Captain Engelbert on the UCSB document production.

**Phase Two Fact Depositions**

The examination time for BP in the **Intertek** deposition on November 30 was extended by 30 minutes without prejudice to any time acquired via the "hustle method" and without prejudice to the rights of BP and the U.S. to seek an examination of Intertek on later Phases and/or other matters.

**Oceaneering** reported to the U.S. that its document production will be complete by December 5 or 6. Assuming Oceaneering adheres to this deadline, the parties shall review the document production and notify the U.S. and all other parties whether they will waive the 21 day custodial production deadline to permit the depositions of the two Oceaneering designees (Kinton Lawler and Anthony Harwin) on December 17 and 18.

**Wildwell**'s counsel reports that she will notify the U.S. on December 3 whether the witness can be made available on December 10 or 13.

BP agreed that the deposition of **Secretary Chu** would be in Washington, D.C. at a location convenient to him. The Court requested that the parties provide BP with all questions for Secretary Chu and that BP be the sole examiner for the defendants. BP and the U.S. will meet-and-confer to determine whether under these conditions and any other agreed upon limitations, it is necessary for the U.S. to file a motion to quash the deposition. If the parties cannot agree, they shall notify the Court by close of business on **Tuesday, December 4, 2012.**

The parties will meet-and-confer to determine whether agreement can be reached on the length of the depositions for **Tim Lockett**, **Steve Carmichael** and **Admiral J. Watson (Ret.)**. If they cannot agree, they shall notify the Court by close of business on **Tuesday, December 4, 2012.**

The U.S. raised the issue of whether the Rule 30(b)(6) **allocations of examination** time

should apply to the depositions of the fact witnesses named by the parties. BP believes that they did apply to the fact witnesses. If the allocation of examination time is reopened for fact witness, it contends that the party naming the witness should be given the largest allocation of examination time. The U.S. was given time to consider BP's proposal.

The U.S. reported that it was in discussions with BP on several of its designees on flow rate topics. If it cannot resolve matters with BP, it may be necessary to request additional time with some BP designees.

On November 29, Anadarko submitted a letter concerning the deposition of **Dr. Stewart Griffiths**. The U.S. requested a week to respond to the letter.

Anadarko's request for reconsideration of the ruling on BP's motion for the deposition of **Professor Steve Werely** is denied.

| Witness | Classification | Length | Date |
|---|---|---|---|
| Week - December 3-7 | | | |
| **Schlumberger** (30(b)(6))Bud Decoste | | 1 day  N.O. | December 5 |
| Week - December 10-14 | | | |
| **Wildwell** (30(b)(6)) | | 1 day  N.O. | Dec. 10 or 13 |
| Week - December 17-21 | | | |
| **Oceaneering** (30(b)(6))     (Tentative) | | 2 days N.O. | Dec. 17-18 |
| BP (Fact) | Tim Lockett | Quantifcation _ days N.O. | Dec. 18-19 |
| BP (May Call) | Steve Carmichael | Quantifcation _ days N.O. | Dec. 18-19 |
| U.S. (Fact) | Watson, J. | Source Con.  _ days N.O. | Dec. 19-20 |

Week - January 7-11

| Party | Witness | Topic | Duration | Location | Dates |
|---|---|---|---|---|---|
| BP (Fact) | Tony Liao | Quantifcation | 2 days | London | Jan. 10-11 |
| BP (Fact) | Farah Saidi | Quantifcation | 2 days | N.O. | Jan. 10-11 |
| BP (Fact) | Richard Harland | Source Con. | 2 days | N.O. | Jan. 10-11 |

Week - January 14-18

| Party | Witness | Topic | Duration | Location | Dates |
|---|---|---|---|---|---|
| U.S. (Fact) | Richard Brannon | Source Con. | 2 days | N.O. | Jan. 14-15 |

Custodial production is complete except that the U.S. reports that a 5x7 notebook may need to be produced.

| Party | Witness | Topic | Duration | Location | Dates |
|---|---|---|---|---|---|
| BP (Fact) | Trevor Hill | Quantifcation | 2 days | London | Jan. 14-15 |
| BP (Fact) | Bob Merrill | Quantifcation | 2 days | N.O. | Jan. 15-16 |
| BP (Fact) | Jim Wellings | Source Con. | 2 days | N.O. | Jan. 16-17 |
| U.S. (Fact) | Bill Lehr | Quantifcation | 2 days | N.O. | Jan. 17-18 |

Week - January 21-25

| Party | Witness | Topic | Duration | Location | Dates |
|---|---|---|---|---|---|
| U.S. (Fact) | Ronald Dykhuizen | Quantifcation | 2 days | N.O. | Jan. 21-22 |

The U.S. also proposes Jan. 29-30.

| Party | Witness | Topic | Duration | Location | Dates |
|---|---|---|---|---|---|
| BP (May Call) | David Clarkson | Source Con. | 2 days | London | Jan. 23-24 |
| BP (Fact) | Mark Patteson | Source Con. | 2 days | Houston | Jan. 23-24 |
| BP (Fact) | Mike Levitan | Quantifcation | 2 days | N.O. | Jan. 24-25 |
| BP (Fact) | Mike Mason | Quantifcation | 2 days | N.O. | Jan. 24-25 |

6

**Pending Determination of Date**

**The parties need to provide dates for the following witnesses.**

| | | | | | |
|---|---|---|---|---|---|
| TO (Fact) | Steve Hand | Source Con. | 2 days | N.O. | Dec. - Jan. |

Date for Steve Hand to be provided on December 4.

| | | | | | |
|---|---|---|---|---|---|
| U.S. (Fact) | Steve Chu | Hybrid | 2 days | N.O. | Dec. - Jan. |
| U.S. (Fact) | Mark Havstad | Quantifcation | 2 days | N.O. | Dec. - Jan. |
| U.S. (Fact) | George Graettinger | Quantifcation | 2 days | N.O. | Dec. - Jan. |

The U.S. reports that dates for Graettinger will have to be as late as possible because of document production.

**Phase Two Exhibits**

**1.      Preliminary Good Faith Exhibit Lists and Objections to Deposition Exhibits**.

On **Wednesday, December 19, 2012**, the parties are required to serve a good-faith list of 30(b)(6) deposition exhibits they intend to use at trial, as well as a good-faith list of other documents not used in 30(b)(6) deposition they wish to use at trial (the "Good Faith Phase Two Trial Exhibit List - First Installment").  Rec. doc. 7888.

**Phase Two Deadlines**

**1.      Phase Two Expert Depositions**.

The parties have completed their *in camera* submissions.

**2.      Extension of Phase Two Deadlines.**

The parties responded to the November 29 draft extension of the Phase Two deadlines.

BP expressed concern that the deadlines for exchange of demonstratives were simultaneous and not staggered.

7

The U.S. expressed concern about the limited time for depositions of Phase Two experts. The Court asked the parties to consider whether the source control experts could be limited to one day because of the extensive source control stipulations.

BP sought clarification on the dates (March 12, April 2 and May 23) for the announcement of the deposition schedule for experts.

The PSC expressed its concern over whether its expert, Dr. Bea, will be able to produce a report within the Phase Two deadline when he will be preparing to testify in the Phase One trial beginning on February 25.

**3.      Clawbacks**.

The deadline for the clawback spreadsheets is **Thursday, December 6**.

### CONFERENCE SCHEDULE

| Date | Event |
|---|---|
| 12/07/12 | **No Conference** |
| 12/14/12 | **No Conference** |
| 12/18/12 | Phase One status conference at 9:30 a.m.<br>**WGC meeting to follow** |
| 12/28/12 | WGC meeting at 9:30 a.m. |
| 01/04/13 | WGC meeting at 9:30 a.m. |
| 01/11/13 | WGC meeting at 9:30 a.m. |
| 01/17/13 | Phase One technical walk through |
| 01/18/13 | Phase One pre-trial conference at 9:30 a.m. - trial attorneys only<br>WGC meeting to follow |
| 01/25/13 | WGC meeting at 9:30 a.m. |
| 02/01/13 | No conference - Super Bowl on February 3. |

02/08/13    No conference - Mardi Gras on February 12

02/15/13    WGC meeting at 9:30 a.m.

02/22/13    WGC meeting at 9:30 a.m.

02/25/13    Commencement of trial of Phase One.

03/01/13    WGC meeting at 9:30 a.m.

03/08/13    WGC meeting at 9:30 a.m.

03/15/13    WGC meeting at 9:30 a.m.

03/22/13    No WGC Conference

03/29/13    No WGC Conference

04/05/13    No WGC Conference

04/12/13    WGC meeting at 9:30 a.m.

04/19/13    WGC meeting at 9:30 a.m.

04/26/13    WGC meeting at 9:30 a.m.

05/03/13    WGC meeting at 9:30 a.m.

05/10/13    WGC meeting at 9:30 a.m.

05/17/13    WGC meeting at 9:30 a.m.

05/24/13    WGC meeting at 9:30 a.m.

05/31/13    WGC meeting at 9:30 a.m.

**All Saturdays are email free days.**

New Orleans, Louisiana, this 4th day of December, 2012.

                                      **SALLY SHUSHAN**
                                      **United States Magistrate Judge**