UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates to: *12-00311* | JUDGE CARL J. BARBIER |
| | MAGISTRATE JUDGE SALLY SHUSHAN |

### CASE MANGEMENT AND SCHEDULING ORDER

Cameron International Corporation and Liberty Insurance Underwriters, Inc. hereby submit to this Court their Proposed Case Management and Scheduling Order:

**I.     DISCOVERY**

   **A.     Rule 26(f) Conference:**  The parties met and conferred pursuant to Fed. R. Civ. P. 26(f) on April 25, 2012.

   **B.     Initial Disclosures:**  The parties exchanged initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1) on September 14, 2012.

   **C.     Written Discovery Requests:**  The parties may propound up to 35 interrogatories, 25 requests for production, and 25 requests for admissions. Written discovery may commence at any time.

   **D.**     To the extent production involves ESI, MDL No. 2179 Pre-trial Order No. 16 will apply.

   **E.**     To the extent production of any document involves privileged and/or work product materials, MDL No. 2179 Pre-trial Order No. 14 will apply.

    **F.**    **Fact Depositions:** The parties may each take ten (10) fact depositions. These depositions may commence on January 7, 2013 and must conclude by April 1, 2013.

    **G.**    All fact discovery, including depositions, will end on April 1, 2013.

    **H.**    **Experts:** Expert reports as to affirmative claims where a party has the burden of proof shall be submitted by May 15, 2013. Responsive reports must be submitted by June 16, 2013. Expert depositions may commence on July 8, 2013, and shall be completed by August 8, 2013.

**II.**    **RULE 56 MOTIONS FOR SUMMARY JUDGMENT**

    **A.**    Any party seeking summary judgment shall file its motion no later than September 9, 2013.

    **B.**    Responses to motions for summary judgment shall be filed 30 days after the motion is filed and served.

    **C.**    Replies in support of motions for summary judgment shall be filed 20 days after the response is filed and served.

    **D.**    Following the close of briefing, the Court will hold a hearing on the summary judgment motions on a date set by the Court.

**III.   PRE-TRIAL AND TRIAL**

The parties shall prepare and submit a joint Pre-Trial Order in accordance with the attached by **Monday, December 17, 2013 at 4:30 p.m.**  The Pre-Trial conference will be held with Judge Barbier on **Wednesday, December 19, 2013 at 3:00 p.m.**  A jury trial will commence on **Monday, January 13, 2014 at 8:30 a.m.**

**IV.   AMENDMENTS TO THIS ORDER**

Any party to this action may move to amend this Proposed Case Management and Scheduling Order for Good Cause Shown.

New Orleans, Louisiana, this 4th day of December, 2012.

_____
**SALLY SHUSHAN**
**U. S. MAGISTRATE JUDGE**