U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC - 3 2012
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 12-31155

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

*Lyle W. Cayce*
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ 11/30/12
New Orleans, Louisiana

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 30, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-31155   In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

In addition to filing the joint designation of record with the District Court, counsel should also provide electronic notification to this court by letter advising the designation has been filed.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  */s/ Allison G. Lopez*
              By: _____
              Allison G. Lopez, Deputy Clerk
              504-310-7702

Mr. Robert C. Mike Brock
Mr. Clay Garside
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. James Andrew Langan
Mr. James Parkerson Roy
Ms. Loretta Whyte