UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 11-3180, 11-2766 | * | |
| | * | MAGISTRATE SHUSHAN |

### ORDER

Before the Court is a Motion for Extension of Time to Plead (Rec. Doc. 8054), which requests an additional 21 days to respond to a complaint-in-intervention. There is currently no deadline for responding to the complaint-in-intervention. (*See* Pretrial Order No. 25 ¶ 8, Rec. Doc. 983; *see also* Case Management Order Regarding Vessels of Opportunity Program Contract Matters ¶ 1, Rec. Doc. 3207). Accordingly,

**IT IS ORDERED** that the Motion for Extension of Time to Plead is **DENIED AS PREMATURE.**

New Orleans, Louisiana, this 4th day of December, 2012.

_____
United States District Judge