UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All cases | * | |
| | * | MAGISTRATE SHUSHAN |

**ORDER**

Before the Court is BP's Motion to Strike Designated Deposition Testimony that Violates the Court's Feb. 9, 2012 Order. (Rec. Doc. 5936). BP "seeks an Order striking from the record of the Phase I trial designated deposition testimony that violates the Court's . . . Order (Rec. Doc. 5634) on BP's motions *in limine* regarding prior incidents and proceedings." Mem. in Supp. p.1.

This is a non-jury trial that is scheduled to commence on February 25, 2013. The voluminous deposition testimony in this case has already been redacted for trial. As the trier of fact, the Court will be able to separate the wheat from the chaff, and will disregard any portions of the deposition testimony that should be excluded pursuant to the Court's rulings on various motions *in limine*. Any testimony that has been excluded may be considered as proffered at trial. Considering the time, expense and effort that would be required by counsel and the Court to attempt further redactions prior to trial,

**IT IS ORDERED** that the Motion (Rec. Doc. 5936) is **DENIED.**

New Orleans, Louisiana, this 6th day of December, 2012.

_____
United States District Judge