UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON: in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |
| USDC DOCKET NO. 7604 | * | |

**************************************************

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE COMPLAINT FOR INTERVENTION

NOW INTO COURT, comes J. Patrick Connick and the Law Office of J. Patrick Connick, L.L.C. (hereinafter referred to collectively as "Intervening Attorney"), who respectfully moves this Honorable Court for leave to file the attached Complaint for Intervention, attached hereto as Exhibit "A". The Intervening Attorney seeks leave to file the attached pleading and exhibits to assert claims for his efforts and the costs that Intervening Attorney has expended on behalf of **Immaculate Conception School and The Roman Catholic Church for the Archdiocese of New Orleans** (hereinafter referred to as "ICS"); ICS is indebted unto Intervening Attorney for legal fees for the prosecution of their claims, expenses incurred and for any fees directed by this Honorable Court.

WHEREFORE, considering the aforementioned, Intervening Attorney respectfully moves this Honorable Court to grant it leave to file the attached pleading and exhibit.

Dated: December 7, 2012

        Respectfully submitted,

        /s/ J. Patrick Connick
        J. Patrick Connick, Bar No. 22219
        Law Office of J. Patrick Connick, LLC
        5201 Westbank Expressway, Suite 100
        Marrero, LA 70072
        Telephone: (504) 347-4535
        Facsimile: (504) 347-4526
        **ATTORNEY FOR PLAINTIFFS IN INTERVENTION**

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

        /s/ J. Patrick Connick