UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:     OIL SPILL by the OIL RIG | * | MDL No.  2179 |
|             "DEEPWATER HORIZON" in the | * | |
|             GULF OF MEXICO, on | * | SECTION J |
|             APRIL 20, 2010 | * | |
| | * | |
| THIS DOCUMENT RELATES: | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No.  2:10-cv-02771-CJB-SS | * | |
| | * | |

**************************************************

## ORDER

Considering the Motion For Leave to File Complaint for Intervention:

IT IS ORDERED that Intervening Attorney, J. Patrick Connick and the Law Office of J. Patrick Connick, LLC, is hereby granted leave to file its Complaint for Intervention.

Signed this \_\_\_\_ day of _____, 2012.

_____
Honorable Sally Shushan
Magistrate, U. S. District Court Judge