# RETAINER AGREEMENT

I, the undersigned, on my own behalf and/or with lawful authority, do hereby employ and retain the law firm of **THE LAW OFFICES OF J. PATRICK CONNICK, LLC** to render legal services on behalf of _IMMACULATE CONCEPTION SCHOOL/ARCADIOCESE OF N.O_ against appropriate responsible parties or any other person, firm or corporation liable in damages whether for economic losses or damages and/or for any other Claim or Claims of any kind whatsoever sustained as a result of the oil spill involving the D/V DEEP WATER HORIZON, BP p.l.c., Transocean Ltd., Halliburton Co., and/or Cameron International Corp. and all related parties or entities and any other party or entity that may be directly or indirectly responsible for any Claim occurring initially on April 20, 2010. Any and all Claims referred to herein are hereinafter defined, collectively as "Claim".

In addition to furnishing said legal services, said Attorneys agree to advance all costs and expenses necessary to prosecute said Claim (other than a bond for appeal or payment of assessed court costs) through the initial appellate stage if the parties both agree that said appeal is warranted, and/or is brought by an opposing party, including administrative Claims under the Oil Pollution Act of 1990 and other appropriate legal remedies.

In addition to furnishing said legal services and advancing the aforesaid costs and expenses, said Attorneys shall have the right to retain the services of any experts, including but not limited to medical doctors, investigators, court reporters, and others whose services said Attorneys deem necessary to prosecute said Claim to a proper conclusion, and the cost thereof shall be recoverable by and reimbursable to said Attorneys in addition to any fee or fees that said Attorneys shall become entitled to hereunder.

In consideration of said Attorneys performing said legal services and advancing the necessary costs and expenses required to prosecute said Claim to a proper conclusion, I do hereby agree to pay said Attorneys 10 % of any sums recovered in settlement if the matter is settled at any time prior to the filing of a Claim under the Oil Pollution Act of 1990 and/or lawsuit; 10 % of any sums recovered in settlement made, judgment rendered or verdict obtained after the filing of a Claim under the Oil Pollution Act of 1990 and/or lawsuit and 10 % of any sums recovered in settlement made, judgment rendered or verdict obtained in the event said action is appealed, whether said appeal is perfected or not.

In further consideration of the services to be rendered and the obligations hereinabove assumed by said Attorneys, I do by these presents assign, transfer and deliver unto said Attorneys an undivided interest in the subject matter of my Claims and/or in any suit or suits filed thereon by said Attorneys in the amount aforesaid, it being my intent to vest said Attorneys with an interest in the subject matter of my Claim and any suit or suits filed thereon by said Attorneys, as permitted by L.S.A.-R.S. 37:218 and to afford to said Attorneys all of the rights and protection granted by said statute.



I hereby agree that said Attorneys shall receive and recover in addition to any fee earned by said Attorneys hereunder, the amount of all costs, disbursements (including advances), and expenses made and incurred by said Attorneys in prosecuting my case whether by administrative Claim or in a court of law.

I hereby agree with said Attorneys not to make any settlement without the protection of attorney fees and costs, hereinabove their share in accordance with this agreement, and it is further agreed that the Claim shall not be compromised or settled without the consent of all parties, and in no event without the written consent of said Attorneys.

I further hereby agree with said Attorneys not to discontinue or dismiss any suit filed on my behalf by said Attorneys, nor discontinue or dismiss any appeal, application for writs, or any other proceedings, legal or quasi-legal, of any type whatsoever arising out of the subject matter of this contract without the written consent of said Attorneys.

I do hereby bind my heirs, executors and legal representatives to the terms and conditions set forth herein.

**I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONTRACT.**

Dated at _Marrero_, _La_, this _11th_ day of _October_, 20_12_.

WITNESSES:

_____

CLIENT: _____

CAPACITY:   Personal ☐   Representative ☑

_____

OFFICER: _____