**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON: in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |
| USDC DOCKET NO.. 7392 | * | |

**************************************************

## LOCAL RULE 7.6 CERTIFICATE OF COMPLIANCE

In accord with Rule 7.6 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Intervening Attorney contacted and conferred with John L. Eckholdt, Chief Financial Officer for the Archdiocese of New Orleans, through his attorney of record, Robert Couhig of Couhig Partners, LLC. Intervening Attorney did obtain consent for the filing or granting of the Motion for Leave to File Complaint in Intervention.

Dated: December 7, 2012

                 Respectfully submitted,

                 /s/ J. Patrick Connick
                 J. Patrick Connick, Bar No. 22219
                 Law Office of J. Patrick Connick, LLC
                 5201 Westbank Expressway, Suite 100
                 Marrero, LA 70072
                 Telephone: (504) 347-4535
                 Facsimile: (504) 347-4526
                 **ATTORNEY FOR PLAINTIFFS IN INTERVENTION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                                             /s/ J. Patrick Connick