UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |

**************************************************

## ORDER

Considering the Motion For Leave to File Complaint for Intervention:

IT IS ORDERED that Intervening Attorney, J. Patrick Connick and the Law Office of J. Patrick Connick, LLC, is hereby granted leave to file its Complaint for Intervention.

Signed this _____ day of _____, 2012.

_____
Honorable Sally Shushan
Magistrate, U. S. District Court Judge