UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| Malcolm Coco (11-946) | § | |

**************************************************************************

## MOTION TO RECONSIDER

NOW INTO COURT, through undersigned counsel, come Plaintiff, Malcolm Coco, who asks this Honorable Court to reconsider its granting of defendant, Nalco's, Motion for Summary Judgment.

For the reasons more fully set forth in the attached Memorandum In Support Of Motion to Reconsider, it is respectfully submitted that Plaintiff, Malcolm Coco and other similarly situated should not be penalized due to the PSC's inaction and decisions not to pursue discovery and Plainitff, Malcolm Coco and others similarly situated should be given the opportunity to conduct discovery to see if the statutes governing the NCP Product Schedule were violated.

Date: December 7, 2012                                  Respectfully submitted,

                                                        */s/ Daniel E. Becnel, Jr.*
                                                        Daniel E. Becnel, Jr. (2926)
                                                        BECNEL LAW FIRM, LLC
                                                        106 W. SEVENTH ST.
                                                        P.O. DRAWER H
                                                        RESERVE, LA 70084

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 5th day of December, 2012.

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.