# Attachment A



U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division

---

*P.O. Box 7611*
*601 D Street NW*
*Washington, DC 20044-7611*

*Telephone (202) 616-6537*

**VIA E-MAIL**

August 31, 2012

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE: <u>United States Updated List of Designated 30(b)(6) Deponents</u>

Dear Judge Shushan,

The United States hereby submits to the Court and the parties its attached, revised list of 30(b)(6) deponents. The only change from the previous list submitted by the United States on July 27, 2012, is that Topic 29 and Topic 97 will be addressed by Admiral Thad Allen (the previous list indicated those topics would be handled by Admiral Mary Landry).

Sincerely,

<u>/s/ A. Nathaniel Chakeres</u>
A Nathaniel Chakeres
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
601 D Street NW
Washington, DC 20044
aristide.chakeres@usdoj.gov

CC:
Liaison Counsel

Attachments:
-List of United States deponents by topic
-List of United States deponents by deponent

1

| Topic # | Topic | Entity to whom topic is directed | Topic Subpart | Witness |
|---|---|---|---|---|
| 82 | The methods, calculations, analyses, estimates, factors, data and assumptions considered or employed by the SNL team or any of its members to quantify or estimate the flow of hydrocarbons from the MC252 well. | SNL | residual | Ratzel |
| 82 | The methods, calculations, analyses, estimates, factors, data and assumptions considered or employed by the SNL team or any of its members to quantify or estimate the flow of hydrocarbons from the MC252 well. | SNL | Griffiths paper | Griffiths |
| 83 | All communications involving the SNL team or any of its members regarding the difficulty, quality, accuracy or uncertainty associated with any attempt to quantify or estimate the flow of hydrocarbons from the MC252 well. | SNL | | Ratzel |
| 84 | All communications between the SNL team or any of its members and any other person regarding the flow rate work being undertaken by any other national laboratory or agency of the Federal Government. | SNL | | Ratzel |
| 85 | All communications involving the SNL team or any of its members regarding the purpose or timing of any attempt to quantify or estimate the flow of hydrocarbons from the MC252 well. | SNL | | Ratzel |

| Witness | Topics | Deposition Dates |
|---|---|---|
| Lars Herbst | 1, 2, 3, 4 (partial), 5, 15, 16, 17, 20 (partial), 21 (partial), 22 (partial) | Oct. 10-11 |
| Admiral Mary Landry | 4 (partial), 34 (partial), 35 (partial), 36 (partial) | Oct. 22-23 |
| Admiral Thad Allen | 6, 7, 27, 29, 97 | Sept. 24-25 |
| Tom Hunter | 8, 9 (partial), 10 (partial), 11 (partial), 12 (partial), 13 (partial), 14 (partial), 18 (partial), 19 (partial), 20 (partial), 21 (partial), 22 (partial), 23 (partial), 24 (partial), 26 (partial), 28, 37, 39 (partial), 40, 41, 42, 52, 53, 54, 55, 56, 57, 58, 59 | Oct. 30-31 |
| Admiral Kevin Cook | 9 (partial), 10 (partial), 11 (partial), 12 (partial), 13 (partial), 14 (partial), 18 (partial), 19 (partial), 23 (partial), 24 (partial), 25, 26 (partial), 30, 31, 32, 33 | Oct. 10-11 |
| Charlie Henry | 34 (partial), 35 (partial) | October 3-4 |
| Marcia McNutt | 36 (partial), 42 (partial), 45 (partial), 46 (partial), 48, 49, 89 (partial) | Oct. 24-25 |
| Paul Hsieh | 38 (partial), 39 (partial) | Sept. 11-12 |
| Mark Sogge | 43, 44, 47, 50 (partial), 51 (partial), 90, 91, 92, 93, 94, 95, 96, 98 | Sept. 18-19 |
| George Guthrie | 45 (partial), 46 (partial), 50 (partial), 51 (partial), 74, 75, 76, 77, 78, 79, 80 | TBA |
| Don Maclay | 45 (partial), 46 (partial), 50 (partial), 51 (partial) | Oct. 31-Nov. 1 |
| Antonio Possolo | 45 (partial), 46 (partial), 89 (partial), 99, 100, 101, 102, 103, 104 | Sept. 26-27 |
| Art Ratzel | 38 (partial), 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 81, 82 (partial), 83, 84, 85, 86, 87, 88 | Oct. 17-18 |
| Mark Miller | 89 (partial) | October 1-2 |
| Stewart Griffiths | 82 (partial) | Nov. 14-15 |