# Attachment B

```
 1   Tape 2.
 2           (Recess from 10:49 a.m. to 11:06 a.m.)
 3              MS. CHANG:  I'm ready, Kym.
 4              THE VIDEOGRAPHER:  All set?  The
 5   time is 11:06 a.m.  We're back on the record,
 6   beginning Tape 3.
 7       Q.  (By Ms. Chang) Okay.  Dr. Williams, if
 8   you would flip to Page 5 in Exhibit 10338, and
 9   you see about two-thirds of the way down, the
10   paragraph that reads:  "Basing...flow estimates
11   solely" -- wait.  Sorry.  Let me start again.
12           "Basing flow rate estimates solely on
13   reservoir depletion without considering any flow
14   impediments very likely led to fundamental,
15   pervasive, and cascading errors.  In particular,
16   as explained above, flow impediments and their
17   erosion over time would have caused the flow rate
18   to increase, not decrease."
19           Is that a correct reading of that
20   paragraph?
21       A.  Yes.
22       Q.  Okay.  And is that BP's position?
23              MS. KARIS:  Object to form,
24   foundation, scope.
25       A.  This -- I understand that this is BP's
```

1  document.
2      Q.  (By Ms. Chang) What is the basis for that
3  statement?
4          MS. KARIS:  Object to form,
5  foundation, calls for privileged information, and
6  ask the wit -- struck -- instruct the witness not
7  to answer.
8      Q.  (By Ms. Chang) Prior to July 17th, what
9  information or -- had been gathered to support
10 that statement?
11         MS. KARIS:  Object to form,
12 foundation.
13     A.  I don't know.
14     Q.  (By Ms. Chang) Okay.  Do you know if,
15 prior to July 17th, 2010, any modeling had been
16 performed by or on behalf of BP that indicated
17 that -- that "...flow impediments and their
18 erosion over time would have caused the flow rate
19 to increase not decrease"?
20         MS. KARIS:  Object to form and
21 foundation, scope.
22     A.  I'm not aware of that -- of -- of such
23 specific work.
24     Q.  (By Ms. Chang) What analyses were relied
25 upon in preparing BP's preliminary response to