# Attachment C

1  going up to a vertical plume.
2              And I guess we -- we recognized that
3  the -- the -- the way in which the velocity
4  structure within the flow evolved with some
5  transitioning at which that velocity structure
6  evolved and we haven't found, for these types of
7  flows, a huge literature explaining how that
8  transition in the velocity structure evolves.
9              And so that was -- we had discussions
10 about what that would imply and how you might go
11 about trying to get some information about that.
12     Q.   (BY MS. HARVEY)  And --
13     A.   Yeah.
14     Q.   In your discussions, did you conclude
15 there would be a way to go forward to try to
16 advance the science in this area?
17              MS. DeSANTIS:  Objection; form and to
18 the extent the question calls for privileged
19 information.
20     Q.   (BY MS. HARVEY)  Pre-October 15th.
21     A.   So pre-October 15, I think we recognized
22 that if you did a PIV experiment where you put
23 particles into the fluid and tracked the speed of
24 those particles through a light sheet cutting
25 through the flow, you would be able to establish

Case 2:10-md-02179-CJB-DPC   Document 8077-3   Filed 12/07/12   Page 3 of 6

176

```
 1   how the velocity profile throughout the flow
 2   evolved from where it came out of the source to
 3   the far field where it would be a turbulent,
 4   buoyant plume.
 5              So we established you could do that
 6   using sort of a conventional PIV experiment in
 7   line with our earlier discussion about PIV, but we
 8   did not do that before October 15.  It's a very
 9   substantial thing to -- time to take, but...
10       Q.  If you could turn to Tab No. 112.
11              MS. HARVEY:  And we'll mark this
12   Exhibit 11123 -- 24.
13              (Marked Exhibit No. 11124.)
14       Q.  (BY MS. HARVEY)  And if you could turn to
15   the E-mail on the page ending 2758, and there is
16   a -- what appears to be an E-mail at the bottom
17   from Andy Woods to Colm Caulfield dated
18   October 3rd -- 5th, 2010.
19              Do you recognize this E-mail?
20       A.  Again, it looks like an E-mail I sent, but
21   I sent lots of E-mails.  So I can't remember in
22   detail; but it looks like one I sent, yes.
23       Q.  Okay.  And at this point in time in the
24   October 5th time frame, you're -- were you having
25   discussions with Dr. Caulfield about what kind of
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1    experimental data you might do going forward?
 2              MS. DeSANTIS:  Objection; form and to
 3    the extent the question calls for privileged
 4    information.
 5              MS. HARVEY:  The E-mail is dated
 6    October 5th.
 7              MS. DeSANTIS:  The question is?
 8              MS. MARTINEZ:  What tab?
 9              MS. HARVEY:  112.
10        A.  Sorry.  Can you restate the question?  I
11    just read the E-mail.
12        Q.  (BY MS. HARVEY) Yes.  In this E-mail, are
13    you corresponding with Dr. Caulfield about
14    experiments that you might do?
15        A.  Yes.  That's how it seems to read, yes.
16        Q.  Okay.
17        A.  It's suggesting --
18        Q.  And in the second line, it says:  "What is
19    missing is the detailed eddy speed/measured speed
20    on surface from video."
21              Did I read that correctly?
22        A.  Yes.
23        Q.  And do you know what you meant by saying
24    "what is missing" here?
25        A.  So I think -- at the time I sent this
```

```
 1    E-mail, I can't recall exactly all the things I
 2    thought of, and there were things placed
 3    October 15 that I might have thought of.
 4              THE WITNESS:  So I wonder if I can
 5    have a quick chat with my lawyer about whether
 6    this -- how it affects the privilege or not.
 7    Would that be fine?
 8              MS. HARVEY:  Yeah.  We can go off the
 9    record.
10              THE VIDEOGRAPHER:  We're off the
11    record at 2:40, end Tape 4.
12              (Break from 2:40 p.m. to 2:57 p.m.)
13              THE VIDEOGRAPHER:  We're on the
14    record at 2:57, start Tape 5.
15       Q.  (BY MS. HARVEY)  Dr. Woods, before the
16    break, we were referring to Exhibit 11124; and you
17    requested a break to talk to counsel about a
18    question I had pending regarding the second
19    sentence of the E-mail on Page 2758.  And that
20    line reads:  "What is missing is the detailed eddy
21    speed/measured speed on surface from video."
22              And my question is:  What did you
23    mean by "what is missing"?
24              MS. DeSANTIS:  Objection; form, and
25    to the extent the question calls for privileged
```

1  information.
2           MR. TRACEY:  You can answer.
3       A.  So I think what we had established -- or
4  what we understood was that the -- as I've
5  discussed, there's a transition from the flow
6  coming into the pipe to the flow eventually
7  becoming a turbulent plume.  And the velocity
8  profile across the flow structure is therefore
9  interchanged; there's going to be a transition
10 zone.  And if you're -- I think what we were
11 implying here is that if you are measuring
12 velocities of one form or another on the outer
13 surface of a plume, in order to relate them to the
14 overall flux in the flow, if you're in the
15 transition zone, there's some uncertainty
16 associated with that surface -- how that surface
17 velocity relates to the overall flux.  Because the
18 detailed velocity profile from the center to the
19 edge of the flow will be changing from the -- the
20 profile it has as it leaves the pipe to the
21 profile it has further and -- and adjusts to
22 turbulent buoyant plume.
23      Q.  (BY MS. HARVEY)  And the next paragraph
24 refers to an experiment with a jet; is that right?
25      A.  Yes.