# Attachment E

|  |  |
|---|---|
| 1 | Q.   Did you follow up with Mr. Zwart with any |
| 2 | questions you had about them? |
| 3 | A.   Occasionally I would. |
| 4 | Q.   Okay.  All right.  And we -- did you ever |
| 02:37  5 | attend -- did you attend meetings to discuss the |
| 6 | contents of these reports, at Anadarko? |
| 7 | A.   No. |
| 8 | Q.   Do you recall whether or not you were asked to |
| 9 | report to Anadarko's board of directors concerning the |
| 02:37 10 | contents of these reports? |
| 11 | A.   I was not.  Again, I was feeding this |
| 12 | information to our executives, such that I know they had |
| 13 | discussed some of this with the board.  So my job was to |
| 14 | just try to give them as much information as I could on |
| 02:37 15 | the status. |
| 16 | Q.   Okay.  Did you feel like you were in a |
| 17 | position to evaluate the contents of these reports? |
| 18 |              MS. WILMS:  Object to form. |
| 19 | A.   No, because they had droves of people working |
| 02:37 20 | this and a lot of different groups and we didn't have |
| 21 | the benefit of all that information.  So I wasn't in a |
| 22 | position to second-guess what they were doing. |
| 23 | Q.   (BY MR. FINEMAN)  In the -- you testified in |
| 24 | the January to April 20, 2010 time period you spent less |
| 02:38 25 | than 1 percent of your time dealing with Macondo.  In |

```
 1  the April 21, 2010, say, to September 2010 time period
 2  how much time do you think you spent dealing with
 3  Macondo?
 4       A.   Through what date, April 11?
 5       Q.   Say, September 2010?
 6       A.   You know, I spent 2 or 3, 4 percent, something
 7  of that.  But obviously, post Macondo, a little more
 8  time with legal; daily with this for a long time.  So
 9  obviously I was spending some time.
10       Q.   Okay.  Did Anadarko conduct any internal
11  investigation as to the causes of the incident?
12            MS. WILMS:  I'm going to instruct the
13  witness not to answer anything he may have heard from
14  counsel on this subject.  So you can answer yes or no to
15  Mr. Fineman's question, but then...
16       A.   We did, but it was under the guidance of legal
17  we were working with.
18       Q.   (BY MR. FINEMAN)  Did that investigation,
19  did -- was any -- were any conclusions reached?
20            MS. WILMS:  I'm going to instruct the
21  witness not to answer that question on the grounds of
22  attorney/client privilege.
23       Q.   (BY MR. FINEMAN)  Did you participate
24  personally in any investigation of Anadarko into the
25  causes of the incident?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.   (BY MR. BOWMAN)  Okay.  So you don't have a
 2   personal opinion as to whether the event was a result of
 3   BP's reckless decisions and actions?
 4             MS. WILMS:  Object to form.
 5        A.   No, not that I'll discuss.
 6        Q.   (BY MR. BOWMAN)  Okay.  Have you ever
 7   discussed that fact with Mr. -- well, with anybody at
 8   Anadarko?
 9             MR. BEFFA:  Object to form.
10             MS. WILMS:  Object to form.  And instruct
11   the witness not to answer the question to the extent it
12   deals with information he's learned only through legal.
13             MR. BOWMAN:  I'm not talking about anyone
14   he's talked to at legal.
15        Q.   (BY MR. BOWMAN)  Have you talked with anyone
16   at Anadarko about BP's reckless decisions and actions --
17             MR. BEFFA:  Object to form.
18        Q.   (BY MR. BOWMAN)  Except -- excluding lawyers.
19   I'm not talking about any lawyers.
20             MS. WILMS:  Excluding lawyers and also
21   excluding executives that you may have had discussions
22   in connection with your work with --
23             THE WITNESS:  No.  And that's what it would
24   have been through.
25             MR. BEFFA:  Object to form.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1              MS. WILMS:  Instruct the witness not to
 2   answer --
 3       Q.  (BY MR. BOWMAN)  What executives have you had
 4   discussions like that with?
 5       A.  On?
 6       Q.  On BP's reckless decisions and actions?
 7              MS. WILMS:  I'm going to instruct the
 8   witness and to answer --
 9              MR. BEFFA:  I'm sorry, can I -- I didn't
10   hear what the question was.
11              MS. WILMS:  Okay.  Do the question, then I
12   will do the instruction.
13       Q.  (BY MR. BOWMAN)  With what executives at
14   Anadarko have you had discussions concerning BP's
15   reckless decisions and actions in connection with the
16   Macondo well?
17              MS. WILMS:  Okay, you can testify --
18              MR. BEFFA:  I'll object to the form.
19              MS. WILMS:  And I object to the form too.
20   And you can testify with regard to the who, just not the
21   content.
22       A.  I would have discussed with Bobby Reeves,
23   general counsel; Al Walker, COO; Chuck Meloy.
24       Q.  (BY MR. BOWMAN)  Okay.  And -- okay.  What did
25   you tell them and what did they tell you?
```

**PURSUANT TO CONFIDENTIALITY ORDER**