## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:**<br>No: 2:12-cv-02332-CJB-SS | |

## **PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff, by and through his undersigned counsel, respectfully prays for an order granting him leave to amend his original complaint, for the reasons set forth below:

I.

Plaintiff wishes to remove his designation as an admiralty or maritime case within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

II.

Plaintiff desires to amend his original complaint to add a cause of action for *maintenance and cure* as to Defendants Specialty Diving of Louisiana, Inc. ("Specialty Diving") and Specialty Offshore, Inc. ("Specialty Offshore").

III.

With particularity to Plaintiff's Jones Act and Breach of Warranty of Seaworthiness causes of action, Plaintiff desires to clarify his status as a "seaman" and Defendants', Specialty Diving and Specialty Offshore, status as a *pro hac vice* owner.

IV.

Plaintiff has proposed minor amendments and supplements to the original complaint. Attached as **Exhibit A,** is the highlighted version of the Amended Complaint that reflects said amendments and supplements. It is within twenty-one (21) days of service of Defendants Specialty Diving and Specialty Offshore's answer in the above-captioned matter; thus, the Named Plaintiff is entitled to amend his Complaint as a matter of course pursuant to Rule 15(b) of the Federal Rules of Civil Procedure.

Respectfully submitted this 7th day of December, 2012.

/s/ Paul A. Dominick
Paul A. Dominick  Fed ID No. 577
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

And

Douglas M. Schmidt
Douglas M. Schmidt Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA  70119
Phone: (504) 483-5711
Fax: (504) 482-5711
Dglsschmdt@yahoo.com

Attorneys for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2012 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

      /s/ Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402