**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>**THIS DOCUMENT APPLIES TO:**<br>**No:  2:12-cv-02332-CJB-SS** | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Considering the foregoing motion,

IT IS ORDERED that Plaintiff be granted leave to file the First Amended Complaint.

SIGNED THIS  ____ day of _____, 2012.

_____
HONORABLE JUDGE PRESIDING