UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

The Court has received and continues to receive correspondence or other documents from Mr. Darryl Haan, who claims to own H&H Ranch Wildlife Rescue & Evacuation Shelter ("H&H").[1] These documents were sent directly to chambers via fax. It does not appear that Mr. Haan or H&H is a party to a case pending before this Court, but he or it may have claims pending with the *Deepwater Horizon* Court-Supervised Settlement Program ("Settlement Program").

The Court will take no action on these documents. If Mr. Haan/H&H has a claim with the Settlement Program, he shall direct his inquiries/comments/concerns related to that claim to the Settlement Program. Until Mr. Haan/H&H files a lawsuit with this Court, Mr. Haan/H&H shall make no more filings with this Court. If Mr. Haan/H&H becomes a party to a lawsuit before this Court, his filings shall be sent to the **Clerk of Court** via **mail**, as he has done in the past.[2] Mr. Haan/H&H shall stop sending documents to chambers.

**SO ORDERED.**

---

[1] For example, on June 26, 2012, Mr. Haan faxed a document to chambers entitled "MOTION TO BRING CRIMINAL CHARGES FOR THE DEATH OF WILDLIFE . . . AGAINST BP OIL, inc." On November 25, 2012, Mr. Haan faxed a document to chambers entitled "MOTION FOR SUMMARY JUDGMENT," seeking $52,217,920.00 "FOR THE REASONS BP OIL inc. PLE[D] GUILTY TO THE CRIMINAL CHARGES OF THE MIGRATORY BIRD TREATY ACT."

[2] *See* Motion for Federal Order against Tampa Ship LLC, Rec. Doc. 5922; *see also* Rec Doc. 5975.

Signed in New Orleans, Louisiana, December 7, 2012

_____
United States District Judge

**Clerk to Notify:**

**Darryl Haan**
**6421 Finance Ave.**
**Weeki Wachee, FL 34607**