UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>     "Deepwater Horizon" in the Gulf<br>     of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 2:10-cv-07777 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Anadarko's Request for Additional Deposition Time
with Stewart Griffiths (Rec. doc. 8076)]**

Dr. Stewart Griffiths was designated by the U.S. to testify on its behalf for one portion of Topic 82 in the U.S. Rule 30(b)(6) notice. During the deposition the U.S. reported that it had retained Dr. Griffiths as an expert. Dr. Griffiths did not answer some questions at his deposition and Anadarko contends that he was unable to distinguish in his mind between non-privileged work that he performed as an employee of Sandia National Laboratories through December 2010 and work that he performed after his retention as an expert in April 2012.

Anadarko requests that the defendants be allowed an additional two hours at his expert deposition to resume their examination of him in his individual and corporate representative capacity. If Dr. Griffiths does not testify as an expert, then Anadarko requests that he be required to appear for a two-hour resumption of the Rule 30(b)(6) deposition. Rec. doc. 8076. The U.S. opposes the relief sought by Anadarko. Rec. doc. 8077.

For the reasons cited by the U.S., Anadarko's motion (Rec. doc. 8076) is DENIED.  If Dr. Griffiths submits a report on behalf of the U.S., the denial is without prejudice to the right of the defendants to renew a request for additional examination time during Dr. Griffiths' deposition as an expert.

New Orleans, Louisiana, this 10th day of December, 2012.

SALLY SHUSHAN
**United States Magistrate Judge**