UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * * | MDL NO.  2179<br><br>NUMBER: 12:02338<br><br><br><br>JUDGE:  BARBIER<br><br>MJUDGE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS:
STEVE KOLIAN, DAVID LANDRIEU, KIM FLAIR LANDRIEU, MICHAEL BOATRIGHT, CHARLES TAYLOR, CHRISTOPHER GREEN, GREGORY TURNER, DANIEL HATCHER, RICHARD AND JANICE DANOS, JAMES MORGAN, RONALD SHEARON, PATRICIA RYE, AND DAVID HACKNEY

VERSUS

DEFENDANT:
BP EXPLORATION & PRODUCTION, Inc., BP AMERICA PRODUCTION COMPANY, BP, P.L., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., M-1, LLC, CAMERON INTERNATIONAL CORPORATION, WEATHERFORD U.S. L.P., ANADARKO E&P COMPANY LP, MOEX OFFSHORE 1007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., NALCO COMPANY, NALCO HOLDINGS, LLC, NALCO FINANCE

HOLDINGS, LLC, AIRBORNE SUPPORT, INC.,
AIRBORNE SUPPORT INTERNATIONAL, INC.,
ASHLAND SERVICES, LLC, FALCK ALFORD,
SHAMROCK MANAGEMENT, LLC, TEAM
LABOR FORCE LLC, ES&H, INC., HEPACO,
INC., T&M BOAT RENTALS, LLC, COASTAL
CATERING, LLC, NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,
SUPERIOR LABOR SERVICES, INC., ADRIATIC
MARINE, LLC, JULES MELANCON, INC., USA
LABOR, LLC, USA ENVIRONMENTAL
SERVICES, INC., DANOS AND CUROLE
STAFFING, LLC

_____

## ANSWER TO COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes defendant **SHAMROCK MANAGEMENT, LLC** and responds to plaintiffs' complaint for damages as follows:

### PARTIES

With regard to the section of plaintiffs' complaint entitled "Parties", Shamrock Management acknowledges the various plaintiffs named herein and denies any and all liability in this matter. In addition, Shamrock Management acknowledges being made a defendant herein, but all other allegations are denied unless specifically admitted herein.

### JURISDICTION AND VENUE

The section concerning jurisdiction and venue consists of legal conclusions rather than allegations of fact. As a result, an answer is not required, but to the extent that an answer is required all allegations are denied.

**FACTUAL ALLEGATIONS**

All factual allegations commencing at page 12 of the Complaint and ending at page 24 of the Complaint pertain to another party, and therefore an answer is not required by Shamrock. To the extent that an answer is required, the allegations are denied as written or otherwise denied for lack of sufficient information.

**FACTUAL ALLEGATIONS OF RESIDENTS, SCIENTIFIC DIVERS AND RECREATIONAL TOURISTS INJURED BY THE OIL SPILL**

The allegations of this section of the Complaint from pages 25-30 are not directed at this defendant, and therefore an answer is not required. To the extent that an answer is required of Shamrock, the allegations are denied.

**FACTUAL ALLEGATIONS OF CLEAN UP AND RESPONSE WORKERS**

Except to acknowledge that Shamrock Management, LLC deployed workers to assist in oil spill clean up operations, all allegations of this particular section of the Complaint are denied. In particular, Shamrock Management denies any and all liability to Dan Hatcher, Ronald Shearon, Jr., Patricia Maria Rye (who is not properly named as a plaintiff in this case and has no right of action under either Jones Act or Longshore law). The factual allegations of Christopher Green, Gregory Turner, Richard and Janice Danos, James Morgan and David Hackney do not appear to be directed at this defendant, and therefore an answer is not required, but to the extent that an answer is required all allegations as to these plaintiffs are denied.

**CLAIMS FOR RELIEF**

All allegations under this particular section as to each count of alleged fault are specifically denied as to Shamrock Management, with Shamrock reserving the right to assert fault of any other parties as an affirmative defense to the claims. All jurisdictional allegations allegations are specifically denied, as well as the applicability of any of the federal or state laws invoked by plaintiffs. Defendant specifically denies liability under each and every system of law alleged by plaintiff, including the allegation of liability for gross negligence, punitive damages and intentional conduct. Defendants further specifically deny any and all allegations by plaintiffs regarding damages.

**AFFIRMATIVE DEFENSES**

1.

Defendant specifically denies any and all incidents or exposure resulting in injury. In the alternative defendant pleads that any such incidents or exposure occurred due to the fault of plaintiffs, and their recovery should be denied or reduced accordingly.

2.

Defendant affirmatively pleads in the further alternative that the accident/alleged exposure and injuries were caused in whole or in part by the fault of third persons for whom defendant is not responsible.

3.

Defendant further pleads in the alternative that plaintiffs' sole and exclusive remedy lies in workers' compensation and that any and all claims in tort should be dismissed.

4.

Defendant affirmatively pleads that plaintiffs' claims have prescribed or otherwise should be barred by the Doctrine of Laches.

5.

Defendant affirmatively pleads that plaintiffs have failed to state a claim upon which relief may be granted.

6.

Shamrock Management, LLC hereby requests trial by jury.

W H E R E F O R E, defendant Shamrock Management, LLC requests that after due proceedings and trial by jury judgment be rendered in its favor and against plaintiffs, dismissing any and all claims with prejudice and at plaintiffs' costs.

AND FOR ALL JUST AND EQUITABLE RELIEF.

Respectfully submitted:

LeBAS LAW OFFICES
(A Professional Liability Corporation)


_____/s/Henry H. LeBas_____
HENRY H. LeBAS   No. 23185
201 Rue Iberville, Suite 600
Lafayette, Louisiana  70508
Telephone:   337-236-5500
Telefax:      337-236-5590
Counsel for Shamrock Management, LLC


## CERTIFICATE

I hereby certify that a copy of the above and foregoing *Answer to Complaint for Damages* has this day been forwarded to all known counsel of record via the court's electronic transmission system on this 10th day of December, 2012.


_____/s/ Henry H. LeBas_____
HENRY H. LeBAS