# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. MDID-2179   Short Title: Oil Spill Deepwater Horizon   Date: 12-7-12

To: Deborah Kuchler
Name

Kuchler Polk, LLC
Address

1615 Poydras St., ste 1300

New Orleans            LA       70112
City                   State    Zip

**Documents Enclosed:**
- [x] Record Vols: 16
- [x] Transcripts: 2
- [ ] Exhibits [ ] Env.
- [ ] Box: #1-3
- [ ] Supp. Record Vols.
- [ ] Second Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
Send Record with Brief of Appellee to 5th Circuit

TO: CLERK, 5TH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC - 7 2012
LORETTA G. WHYTE
CLERK

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above are returned to Clerk

ATTORNEY NAME _____
DATE _____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____ Short Title _____

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been received by Clerk

NAME _____
DATE _____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office.**

No. _____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been forwarded to:

ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office.**

No. _____ Short Title _____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Case records listed above received by:

JUDGE/ATTY NAME _____
DATE _____