IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*<br>*  SECTION J<br>* |
| This document relates to all actions.<br>And 12-968; 12-970 | *<br>*<br>*  Honorable CARL J. BARBIER<br>*<br>*<br>*  Magistrate Judge SHUSHAN<br>* |

## ORDER

**[Regarding Joint Report on Settlement Objections and Opt-Outs --- Exhibits Under Seal]**

BP and Class Counsel filed their Joint Report on Objections to and Opt-Outs from the *Deepwater Horizon* Economic and Property Damages Settlement, Rec. Doc. 8001, and their Joint Filing of the Declaration of Matthew Garretson, Rec. Doc. 7989, with requests for various exhibits to be filed under seal.  These exhibits have been filed under seal, as ordered in Rec. Doc. Nos. 8041 and 8042.

IT IS HEREBY ORDERED, with regard to Rec. Doc. No.  8001, Exhibits A, B, H, I, J, K, L and M shall be unsealed in their entirety and the clerk is directed to unseal these documents and make them publicly available as part of Rec. Doc. No. 8001.  However, Exhibits 4, C, D, E, F, G, N, O, P, Q, R, S and T contain confidential personal information and shall remain sealed. BP and Class Counsel are directed to provide redacted versions of these exhibits to the Court and the clerk shall file these redacted documents as part of Rec. Doc. No. 8001.

IT IS FURTHER ORDERED, with regard to Rec. Doc. No. 7989, Exhibits A, B, C, D, E, F, G, H, I, J, K and L contain confidential personal information and shall remain sealed. BP and Class Counsel are directed to provide redacted versions of these exhibits to the Court and the clerk shall file these redacted documents as part of Rec. Doc. No. 7989.

New Orleans, Louisiana this 7th day of December, 2012.

                                                                                   United States District Judge