UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-02771, 2:11-cv-00925 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in Civil Action No. 11-925 (Rec. Doc. 1) and the respondents/claimants in the limitation proceeding associated with Civil Action No. 10-2771 (Rec. Doc. 388)[1] (collectively the "Sellno Plaintiffs"), which are consolidated with MDL 2179 pending before this Honorable Court, hereby appeal to the United States Court of Appeal for the Fifth Circuit from (1) the Order entered in this action on November 29, 2012 (Rec. Doc. 8049), denying the Sellno Plaintiffs' Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing "Pure Stigma Claims" and "Recreation Claims" (Rec. Doc. 7770), and (2) the Order & Reasons entered in this action on October 1, 2012 (Rec. Doc. 7526), granting the Defendants' Motions to Dismiss the "Pure Stigma Claims," "BP Dealer Claims," and "Recreation Claims" (Rec. Docs. 6889, 6891, 6892, 6893, 6894, 6895, 6921, 6922, 6923).

---

[1] The named parties herein include Gary and Deborah Sellno, Kerry and Sandra Lauricella, William and Georgia Gibson, Dale and Denise LeBrun, Larry and Kelly Tapp, E.P. and M.B. Gebhardt, Michael L. and Dawn Dawson, Michael L. Dawson Construction, Ned and Ginger Naquin, Gordon R. Cordes, James Agent, Clark Barrios, Rose Baudoin, Rex and Beverly Rambo, Vincent and Marlene Lobue, Mark and Carol Dawson, Henry J. Becnel, Jr., Anthony Caramonta, Paul Leone, David and Dodie Brown, Brian Reuther, Peter and Karen Casbarian, Gerard Cormeaux, Keith and Boksoon Fabre, Kevin and Kelly Poteet, Quality Metal Works, Inc., Kirk Fabre, Denise and Sean Migliore, Casbarian Engineering Associates, L.L.C., Jody and Tammy Sellno, Carolyn Campo, Robin Campo and Richard A. Campo III, Buddy and Luanna Cambas, Buddy and David Cambas, Cambas Electric, Inc., Doug and Mary Moore, Juro Bezmalinovic, Bez Fabrication, Inc., and Caleb H. Didriksen and Sondra Brown.

- 2 -

        Respectfully submitted,

        **DIDRIKSEN LAW FIRM**

        */s/ Caleb H. Didriksen*
        **CALEB H. DIDRIKSEN**, La. Bar No. 1334
        **DIANE R. COSENZA**, La. Bar No. 4419
        **MICHAEL D. LANE**, La. Bar No. 30364
        3114 Canal Street
        New Orleans, LA 70119
        Telephone:  (504) 586-1600
        Facsimile:   (504) 822-3119
        Email: caleb@didriksenlaw.com
              diane@didriksenlaw.com
              mike@didriksenlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of December, 2012.

        */s/ Caleb H. Didriksen*