UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

The Status Conference scheduled for Tuesday, December 18, 2012, at 9:30 a.m. is

**CANCELLED.**

Signed in New Orleans, Louisiana, December 12, 2012.

_____
United States District Judge