UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 2:10-cv-07777 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding the University of California - Santa Barbara's Document Production]

On December 13, 2013, there was a telephone discovery conference regarding the production of documents by the University of California - Santa Barbara ("UCSB") in response to a subpoena served by BP. Participating in the call were:

Captain Engelbert, Special Master;

Dr. Ira Leifer and Michael R. Goldstein, Senior Counsel at UCSB;

Mark Nomellini and Karen DeSantis from BP;

Tom Benson from the U.S.; and

Also participating were Paul Ramsey and Julie Posteraro.

Prior to the conference Captain Engelbert reported that 28,073 documents remained for review by UCSB and final disposition. All but 1,035 of these documents were reviewed by DW Legal Solutions. The documents were considered in six categories.

1. **3,131 DW tagged responsive and releasable and not yet produced**.

Dr. Leifer will complete his review of these documents by **7:00 a.m. PST on Friday, December 14**. Those documents determined to be releasable shall be released by **close of business (PST) on Monday, December 17, 2012.** All others will be listed on a privilege log to be produced

by the close of business CST on or before **Monday, January 7, 2013**. Any other documents reviewed in numbered paragraphs 2, 3, 4, and 5 found responsive but not releasable shall appear on the privilege log.

BP and UCSB shall meet-and-confer on the form of the privilege log.

2. **2,649 DW tagged needs further review**.

Dr. Leifer estimates that he needs 2 to 3 days to complete the review of these documents. The review will be completed by **Tuesday, December 18.**

Those documents determined to be releasable shall be released by the close of business CST on **Thursday, December 20, 2012.**

3. **2,410 DW tagged not viewable**.

Dr. Leifer explained that the majority of these are very little files created by Microsoft Word or Excel. Each document needs to made reviewable and then assigned to its parent. Dr. Leifer estimated that he needed 5 hours for this. It was agreed that Charlie Goodrich of UCSB will work with Edox to make the documents reviewable and assign them to parents. This will shorten Dr. Leifer's review. Mr. Goodrich will contact Edox on December 13. Dr. Leifer's review will be completed by **Tuesday, December 18**.

Those documents determined to be releasable shall be released by close of business CST on **Thursday, December 20, 2012.**

4. **1,035 DW did not review and must be considered**.

DW will review and code these documents. Captain Engelbert anticipates that this review can be completed on December 13 or 14. Dr. Leifer will review them after they are coded by DW and he will complete his review by **Tuesday, December 18.**

Those documents determined to be releasable shall be released by close of business CST on **Thursday, December 20, 2012.**

5. **16,826 DW tagged non-responsive**.

Dr. Leifer reported that his review of these documents could be completed by a sampling and extrapolation procedure. It was agreed that Mr. Goodrich will test a sample of these documents. Dr. Leifer will review Mr. Goodrich's sampling and extrapolation procedure. The work by Mr. Goodrich and Dr. Leifer will be completed by **Sunday, December 23.**

6. **2,022 DW tagged responsive NOT releasable**.

These documents will appear on the privilege log to be served on or before the close of business CST on **Monday, January 7, 2013**.

New Orleans, Louisiana, this 13th day of December, 2012.

                                                                                        **SALLY SHUSHAN**
                                                                                        **United States Magistrate Judge**

**Clerk to serve:**

Michael R. Goldstein
Senior Counsel
University of California - Santa Barbara
Michael.Goldstein@ucop.edu