UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## LIAISON COUNSEL MEMORANDUM
## PROVIDING STATUS REPORT

Liaison Counsel submit this report on the status of proceedings in MDL 2179, as requested by the Court in lieu of the cancelled December 18, 2012 status conference.

1. **Pre-Trial Orders:**

Since the last status report was filed on October 23, 2012, the Court has entered the following orders:

- On October 31, 2012, the Court issued an Order regarding a website identified by the Court Appointed Claims Administrator for the Proposed Class Action Settlements as misleading and confusing as possibly related to the official court administered settlement claim website (Rec. Doc. 7794).

- On November 1, 2012, the Court issued a Third Amendment to Pretrial Order No. 1, regarding attorneys appearing *pro hac vice* (Rec. Doc. 7812).

- On November 1, 2012, the Court also issued Third Amended Pretrial Order No. 41 [Case Management Order No. 5], rescheduling the Phase One Trial for February 25, 2013 and changing the dates of other conferences (Rec. Doc. 7810).

- On November 16, 2012, the Court issued an Order extending deadlines for revoking opt-out requests for the proposed class action settlements (Rec. Doc. 7928).

- On November 28, 2012, the Court issued an Order granting Nalco's motion for summary judgment on all claims asserted against it in the B3 Master Complaint (Rec. Doc. 8037).

- On December 7, 2012, the Court entered Pre-Trial Order 54 regarding pre-trial procedures for the February 25, 2013 Phase One Trial (Rec. Doc. 8080).

- On December 12, 2012, the Court issued an Order cancelling the status conference previously scheduled for Tuesday, December 18, 2012 (Rec. Doc. 8090).

2. **Status of the JPML Proceedings:**

Since the parties submitted the last status report on October 23, 2012, the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") has issued one new Conditional Transfer Order conditionally transferring one additional case to this Court. To date, a total of sixty-seven CTOs have been issued. As of December 14, 2012, there are approximately 761 total cases that have been consolidated with MDL 2179. (Approximately 120,000 short-form joinders have been filed in MDL 2179.) As a result of dismissals, currently about 639 cases are active before the Court. Of the active cases, 357 have been transferred by the JPML, while many others were originally

filed in this District.  Since the parties submitted the last status report, the Panel denied a motion to vacate CTO-62 and ordered the case on that CTO transferred to MDL 2179.[1]

### 3. Status of State-Filed Lawsuits:

At least thirty-nine Deepwater Horizon-related lawsuits are now pending in various state courts, including Baldwin County, Alabama (three cases); Mobile County, Alabama (two cases); Jefferson Parish, Louisiana (two cases); Lafayette Parish, Louisiana (one case); Lafourche Parish, Louisiana (five cases); Orleans Parish, Louisiana (two cases); Plaquemines Parish, Louisiana (five cases); Terrebonne Parish, Louisiana (three cases); St. Bernard Parish, Louisiana (two cases); Leon County, Florida (seven cases); Harrison County, Mississippi (two cases); Jackson County, Mississippi (one case); Harris County, Texas (one case); Galveston County, Texas (one case); and Orange County, Texas (two cases).  These cases include:

- Twenty personal injury suits, including (1) one suit brought by a plaintiff alleging injuries sustained in the April 20, 2010 incident and (2) nineteen suits brought by oil spill response workers;
- Ten lawsuits alleging loss of commercial revenues, personal income, and/or diminished real property value as a result of the oil spill;
- Six suits alleging primarily the breach of sale, lease, or services agreements related to the spill response efforts; and
- Three suits alleging real property damage resulting from oil spill response staging operations conducted on or near plaintiffs' properties.

---

1  Attached is a chart showing the status of the Conditional Transfer Orders.

Motion practice, written discovery, document production, and fact witness depositions have been proceeding in some state court cases. BP is working with Magistrate Judge Shushan to encourage coordination of any such state court discovery with discovery in MDL 2179 and with this Court.

In addition to the thirty-nine cases discussed above, there are shareholder derivative lawsuits related to the Deepwater Horizon incident in state courts in Louisiana and Texas. Defendants will seek their dismissal pursuant to Judge Ellison's decision dismissing the shareholder derivative actions in MDL 2185. The Delaware shareholder derivative action has been dismissed following Judge Ellison's ruling on the federal shareholder derivative litigation, and plaintiffs have withdrawn their appeal of the Alaska court's order dismissing the derivative case there.

**4.  Status of MDL-2185:**

Securities Litigation.  Defendants' motion to dismiss the federal securities plaintiffs' second amended consolidated complaint in *In re BP p.l.c. Securities Litigation*, the consolidated class action, was argued on November 29, 2012. In addition to this consolidated class action, there are several later-filed, related securities actions brought by individual shareholders that have been transferred or assigned to Judge Ellison as part of MDL 2185. Motions to dismiss four of these actions brought by purchasers of BP American Depositary Shares and/or ordinary shares are due on December 21. In late October, Judge Ellison consolidated four actions brought by purchasers of BP ordinary shares, setting a January 9, 2013 deadline for plaintiffs to file a consolidated amended complaint. One additional securities action was filed on November 29, 2012 in Texas state court by a BP ordinary share purchaser.

Derivative Litigation. The parties have fully briefed plaintiffs' appeal to the United States Court of Appeals for the Fifth Circuit of the final judgment dismissing the shareholder derivative cases on *forum non conveniens* grounds. Oral argument was held on December 4, 2012.

ERISA Litigation. Plaintiffs have filed a notice of appeal of Judge Ellison's September 4, 2012 final judgment dismissing the ERISA case with prejudice. The parties have not yet filed briefs on that appeal.

Dividend Class Action. On July 5, 2012, the court granted BP's motion to dismiss this putative class action, brought on behalf of holders of BP American Depositary Shares based on BP's decision not to pay a dividend in June 2010 in the aftermath of the Deepwater Horizon explosion and oil spill, for lack of personal jurisdiction over BP p.l.c. On October 9, BP moved to dismiss plaintiff's amended complaint, and briefing on BP's motion is scheduled to be completed by December 21.

Discovery Coordination. In the securities and ERISA cases now in MDL 2185, plaintiffs' counsel have entered into stipulations with BP for access to BP's MDL 2179 document production pending resolution of whether any of the MDL 2185 claims will survive Rule 12 motion practice. MDL 2185 plaintiffs attended MDL 2179 Phase 1 depositions pursuant to this Court's PTOs 17 and 27 and have received copies of certain expert reports submitted in MDL 2179. In some cases, BP has agreed to make certain BP deponents available for extra time to allow questioning by MDL 2185 counsel. Pursuant to this Court's Order of September 4, 2012 (Rec. Doc. 7277), MDL 2185 plaintiffs will attend MDL 2179 Phase 2 depositions and

receive copies of certain Phase 2 expert reports on the same terms as specified in this Court's pre-trial orders for Phase 1 depositions and expert reports.

## 5. **Written and Deposition Discovery:**

Extensive written discovery, document production, and depositions have occurred so far. In total, the parties have now produced approximately 19 million documents comprising approximately 120 million pages.

In the course of Phase One discovery, more than 310 depositions were taken, with more than 7400 documents marked as deposition exhibits. The PSC, the United States, the petitioners-in-intervention, and the Rule 14(c) defendants provided more than eighty Phase One expert reports and more than 30 rebuttal expert reports. Phase One discovery is now closed, with Phase One activity now focused on preparations for the February 25, 2013 Trial.

Phase Two discovery is underway. The parties have largely completed Phase Two document productions and, with the assistance of Magistrate Judge Shushan, are in the final phases of resolving outstanding privilege issues related to these productions. With very few exceptions, Phase Two Rule 30(b)(6) fact depositions were completed in November. The parties will conduct limited Phase 2 individual fact depositions between mid-December and February 8, 2013 and will then conduct the depositions of Phase 2 experts in the spring of 2013.

The parties have discussed with Magistrate Judge Shushan a potential extension of the ordered deadlines for the completion of discovery and the disclosure of witness and exhibit lists in preparation for the Phase Two Trial. Under the proposed revised schedule, the Phase Two trial preparation deadlines would be extended several weeks, leading up to the projected

commencement of the Phase Two Trial in August 2013.

The parties continue to meet with Magistrate Judge Shushan on many Fridays to address these and other pending discovery issues.

**6.  Insurance Coverage Case Management:**

On March 1, 2012, this Court issued a Rule 54(b) Partial Final Judgment (Rec. Doc. 5938) in respect to its ruling on the scope of BP's pollution-related coverage rights under the policies at issue in the two insurance coverage declaratory judgment actions (Case Nos. 11-274 and 11-275).  BP has filed a notice of appeal from the Court's judgment to the United States Court of Appeals for the Fifth Circuit.  Oral argument on that appeal was held on December 3, 2012.

In June 2011, the First Excess Layer Insurers filed two interpleader actions (Case Nos. 11-1439 and 11-1440) to seek guidance from the Court in regard to their obligations to cover claims made against BP, Transocean, Anadarko, and MOEX by or on behalf of rig workers (*i.e.*, Transocean employees and contractors who were aboard the Deepwater Horizon at the time of the Incident).  In December 2011, with the active involvement and assistance of Magistrate Judge Shushan, the parties to the interpleaders reached a confidential agreement to resolve these two cases.  On September 4, 2012, and again on October 10, 2012, on the joint motion of the First Excess Layer Insurers, BP, and Transocean, Magistrate Judge Shushan issued orders authorizing interim payments to be made to Transocean and BP (Rec. Docs. 7262 and 7621).

On July 31, 2012, the insurers comprising the second excess layer of Transocean's insurance program filed an interpleader action in this Court (Case No. 12-1978), modeled closely on the First Excess Layer Insurers' interpleaders, to address their policies.  The time for BP and

Transocean to file their answers to the complaint has been extended while the parties continue to discuss with each other and Judge Shushan how best to proceed with that action.

7. **Status of PSC Settlements with BP:**

On November 8, 2012, the Court held a Fairness Hearing to consider whether to grant final approval to the Economic and Property Damages and Medical Settlements.  The Court heard oral arguments related to both Settlements from Class Counsel, counsel for BP, and counsel for certain objectors.  Patrick Juneau, the Claims Administrator for the Court Supervised Settlement Program for the Economic and Property Damages Settlement, also reported to the Court on the status of the Program's work.

On November 19 and 20, Class Counsel and counsel for BP submitted proposed Findings of Fact and Conclusions of Law in support of final approval of both Settlements.  (Rec. Docs. 7945, 7946.)  Certain parties filed objections to these proposed Findings of Fact and Conclusions of Law.  (Rec. Docs. 8003, 8036, 8038, 8039, 8059).  On November 21 and 26, these parties also submitted filings related to objections to and opt-outs from the Settlements.  (Rec. Docs. 7994, 8001.)  On December 3, Class Counsel filed a motion, unopposed by BP, for entry of an order providing for a structured settlement option under the Economic and Property Damages Settlement.  (Rec. Doc. 8061.)

8. **Claims Not Resolved by Settlement, Summary Judgment, or Stipulation:**

On November 29, 2012, the Court issued an Order denying the Sellno Plaintiffs' Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing "Pure Stigma Claims" and "Recreation Claims"

(Rec. Doc. 8049).

Magistrate Judge Shushan has continued to manage targeted discovery regarding the claims brought by three States of the Republic of Mexico and has issued a number of orders regarding the scope of this discovery (Rec. Docs. 6702, 7027, 7068, 7367, 7943). Per these orders, discovery on fate and transport issues was suspended, and the parties instead exchanged expert reports targeted to the legal question of whether the Mexican States have a proprietary interest in the matters asserted in their complaints. In January 2013, the parties will brief cross motions for summary judgment on that issue, which could dispose of all or part of the Mexican States' claims against BP.

### 9. Motions Set for Oral Argument:

Prior to its cancellation on December 12, 2012, the Court had not indicated that it would hear oral argument on any pending motions at the December 18, 2012 status conference.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert R. Gasaway
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Attorneys for BP

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of December, 2012.

        /s/ Don K. Haycraft
        Don K. Haycraft