**MDL 2179 Transfer Order and Conditional Transfer Order Status**

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 1 | 8/24/10 | 26 cases conditionally transferred | Became final on 9/8/10 | Includes cases from N.D. Cal., S.D. Fla., N.D. Ga., S.D. Ga., E.D. Ky., W.D. Ky., M.D. La., W.D. La., E.D. Tenn., M.D. Tenn., and E.D. Va. |
| 2 | 8/31/10 | 45 cases conditionally transferred | Order became final as to 44 cases on September 14, 2010. Order final as to 1 case on 11/30/2010. | Includes cases from M.D. Fla., N.D. Fla., S.D. Fla., E.D. Tex., S.D. Tex., and E.D. Va. |
| 3 | 9/2/10 | 33 cases conditionally transferred | Order became final as to 31 cases on September 16, 2010. Order became final as to 2 cases on 11/30/2010. | Includes cases from S.D. Tex. |
| 4 | 9/8/10 | 38 cases conditionally transferred | Became final on 9/22/10 | Includes cases from M.D. Ala., S.D. Ala., S.D. Miss., D. S.C., and E.D. Tex. |
| 5 | 10/27/10 | 58 cases conditionally transferred | Order became final as to 51 cases on 11/4/10. Order final as to remaining seven cases by 2/8/11. | Includes cases from M.D. Ala., S.D. Ala., Del., N.D. Fla., S.D. Fla., S.D. Ind., W.D. La., S.D. Miss., S.D. Tex., W.D. Tex. and E.D. Va. |

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 6 | 11/10/10 | 4 cases conditionally transferred | Order became final as to three cases on November 17, 2010.  Order became final as to one case on 2/7/11. | Includes cases from N.D. Fla., S.D. Fla. and S.D. Tex. |
| 7 | 11/30/10 | 7 cases conditionally transferred | One case voluntarily dismissed before CTO became final and therefore not transferred.  Order became final as to four cases on December 8, 2010.  Order became final as to two cases on 2/7/11. | Includes cases from N.D. Fla., W.D. La., N.D. Miss. and S.D. Tex. |
| 8 | 12/21/10 | 1 case conditionally transferred | Order became final on 2/7/11. | Includes case from S.D. Ala. |
| 9 | 1/20/11 | 4 cases conditionally transferred | Order became final as to three cases on January 27, 2011.  Order became final as to fourth case on 4/18/11. | Includes cases from S.D. Tex. |
| 10 | 1/31/11 | 1 case conditionally transferred | Order became final on 2/6/11. | Includes case from S.D. Tex. |
| 11 | 2/2/11 | 1 case conditionally transferred | Order became final on 2/9/11. | Includes case from S.D. Tex. |
| 12 | 2/15/11 | 1 case conditionally transferred. | Order became final on 2/23/11. | Includes case from S.D. Tex. |
| 13 | 3/1/11 | 2 cases conditionally transferred. | Order became final on 3/1/11. | Includes cases from N.D. Ala. and S.D. Tex. |

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 14 | 3/24/11 | 1 case conditionally transferred | Order became final on 4/1/11. | Includes case from C.D. Cal. |
| 15 | 4/4/11 | 2 cases conditionally transferred | One objection filed staying the order as to that case; order became final as to remaining case on 4/12/11. | Includes cases from S.D. Ala., D. Del. |
| 16 | 4/21/11 | 2 cases conditionally transferred | Order became final as to all cases on 8/9/11. | Includes cases from M.D. Fla., S.D. Tex. |
| 17 | 4/26/11 | 4 cases conditionally transferred | Order became final on 5/4/11. | Includes cases from S.D. Fla., S.D. Tex., W.D. Tex. |
| 18 | 5/10/11 | 3 cases conditionally transferred | Order became final as to all cases on 8/9/11. | Includes case from S.D. Tex. |
| 19 | 5/13/11 | 1 case conditionally transferred | Order became final on 5/23/11. | Includes case from S.D. Ala. |
| 20 | 5/13/11 | 1 case conditionally transferred | Order became final on 5/23/11. | Includes case from S.D. Ala. |
| 21 | 5/16/11 | 3 cases conditionally transferred | Order become final on 5/24/11. | Includes cases from M.D. La., W.D. La. |
| 22 | 5/23/11 | 3 cases conditionally transferred | Order became final as to all cases on 8/9/11. | Includes cases from S.D. Ala., M.D. La., S.D. Tex. |

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 23 | 6/1/11 | 9 cases conditionally transferred | Order became final as to all cases on 10/6/11. | Includes cases from S.D. Ala., D. Del. |
| 24 | 6/14/11 | 3 cases conditionally transferred | Order became final on 6/22/11. | Includes cases from N.D. Fla., W.D. La. |
| 25 | 6/20/11 | 2 cases conditionally transferred | Order became final as to all cases on 10/6/11. | Includes cases from N.D Fla., S.D. Tex. |
| 26 | 6/28/11 | 1 case conditionally transferred | Order became final on 7/6/11. | Includes case from S.D. Ala. |
| 27 | 6/30/11 | 2 cases conditionally transferred | On 10/6/11 the Panel issued an order granting two motions to vacate and transferred cases back to their original jurisdictions. | Includes cases from E.D. Ky., S.D. Fla. |
| 28 | 7/13/11 | 2 case conditionally transferred | Order became final on 7/21/11. | Includes cases from N.D. Fla., S.D. Tex. |
| 29 | 7/15/11 | 1 case conditionally transferred | Order became final on 10/6/11. | Includes case from M.D. Fla. |
| 30 | 7/26/11 | 2 cases conditionally transferred | One objection filed, order final as to the other action on 8/3/11. Order became final as to remaining case on 10/6/11. | Includes cases from S.D. Ala., N. D. Fla. |

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 31 | 8/5/11 | 1 case conditionally transferred | On 12/13/11, the Panel issued an order granting the motion to vacate and transferring the case back to its original jurisdiction. | Includes case from S.D. Fla. |
| 32 | 8/16/11 | 1 case conditionally transferred | Order vacated on 11/16/11 as case was remanded. | Includes case from S.D. Miss. |
| 33 | 9/2/11 | 2 cases conditionally transferred | One objection filed, order final as to other action on 9/12/11.  Order became final as to objecting action on 12/13/11. | Includes cases from S.D. Fla., M.D. La. |
| 34 | 9/15/11 | 1 case conditionally transferred | Order became final on 9/23/11. | Includes case from S.D. Ala. |
| 35 | 9/28/11 | 4 cases conditionally transferred | One objection filed, order final as to other actions on 10/06/11.  Order became final as to objecting action on 2/7/12. | Includes cases from S.D. Ala., N.D. Fla., M.D. La., S.D. Tex. |
| 36 | 10/6/11 | 1 case conditionally transferred | Order became final on 10/17/11. | Includes case from S.D. Ala. |
| 37 | 10/18/11 | 1 conditionally transferred | The Panel ordered the order vacated on 2/3/12. | Includes case from S.D. Tex. |
| 38 | 10/20/11 | 1 case conditionally transferred | Objection filed staying the order.  Order became final as to objecting action on 2/3/12. | Includes case from S.D. Ala. |

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 39 | 11/10/11 | 7 cases conditionally transferred | Order became final on 11/17/11. | Includes cases from S.D. Miss., S.D. Tex. |
| 40 | 12/07/11 | 1 case conditionally transferred | Objection filed staying the order. Order became final as to objecting action on 4/16/12. | Includes case from S.D. Tex. |
| 41 | 12/16/11 | 7 cases conditionally transferred | Order became final on 12/27/11. | Includes cases from S.D. Ala., S. D. Fla. |
| 42 | 1/12/12 | 3 cases conditionally transferred | Objections were filed as to all three cases, but later withdrawn as to two cases. The order became final as to two cases on 2/2/12, and was vacated as to the third as the case was dismissed. | Includes cases from M.D. Fla., N.D. Fla. |
| 43 | 1/18/12 | 1 case conditionally transferred | Order became final on 1/26/12. | Includes case from N.D. Fla. |
| 44 | 1/26/12 | 1 case conditionally transferred | Order became final on 2/3/12. | Includes case from S.D. Miss. |
| 45 | 2/16/12 | 3 cases conditionally transferred | Order became final on 2/24/12. | Includes cases from N.D. Ala., M.D. La., S.D. Tex. |

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 46 | 3/8/12 | 7 cases conditionally transferred | Objection filed to transfer of three cases; order final as to four actions on 3/16/12. Order became final as to objecting actions on 6/8/12. | Includes cases from S.D. Fla., S.D. Tex. |
| 47 | 3/16/12 | 7 cases conditionally transferred | Order became final on 3/26/12. | Includes cases from N.D. Ga., S.D. Miss., S.D. Tex. |
| 48 | 3/26/12 | 1 case conditionally transferred | Order became final on 4/3/12. | Includes case from S.D. Tex. |
| 49 | 4/11/12 | 5 cases conditionally transferred | Objection filed to transfer of two cases, order final as to other actions on 4/19/12. Order became final as to objecting actions on 8/3/12. | Includes cases from S.D. Ala., S.D. Miss., S.D. Tex. |
| 50 | 4/16/12 | 2 cases conditionally transferred | Order became final on 4/24/12. | Includes cases from S.D. Miss. |
| 51 | 4/19/12 | 6 cases conditionally transferred | Order became final on 4/27/12. | Includes cases from S.D. Ala., S.D. Miss. |
| 52 | 4/24/12 | 3 cases conditionally transferred | Order became final on 5/2/12. | Includes cases from S.D. Ala., S.D. Tex. |
| 53 | 5/4/12 | 1 case conditionally transferred | Order became final on 5/14/12. | Includes case from S.D. Miss. |

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 54 | 5/25/12 | 4 cases conditionally transferred | Order became final on 6/4/12. | Includes case from E.D. Tex. |
| 55 | 6/1/12 | 1 case conditionally transferred | Order became final on 6/11/12. | Includes case from S.D. Tex. |
| 56 | 6/15/12 | 1 case conditionally transferred | Order became final on 6/25/12. | Includes case from S.D. Miss. |
| 57 | 6/21/12 | 1 case conditionally transferred | Order became final on 6/29/12. | Includes case from S.D. Miss. |
| 58 | 7/12/12 | 1 case conditionally transferred | Order became final on 7/20/12. | Includes case from S.D. Tex. |
| 59 | 7/12/12 | 3 cases conditionally transferred | Order became final on 7/20/12. | Includes cases from M.D. Fla., S.D. Fla., S.D. Tex. |
| 60 | 7/13/12 | 1 case conditionally transferred | Order became final on 7/23/12. | Includes case from S.D. Miss. |
| 61 | 7/19/12 | 4 cases conditionally transferred | Objection filed to transfer of one case, order final as to other actions on 7/27/12. Order became final as to objecting action on 8/13/12. | Includes cases from S.D. Ala., S.D. Fla., and E.D. Mich. |
| 62 | 8/16/12 | 1 case conditionally transferred | Objection filed to transfer of case. | Includes case from M.D. Fla. |

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 63 | 8/21/12 | 1 | Order became final on 8/29/12. | Includes case from S.D. Fla. |
| 64 | 10/17/12 | 1 | Order became final on 10/24/12. | Includes case from S.D. Tex. |
| 65 | 10/31/12 | 1 | Order became final on 11/8/12. | Includes case from S.D. Tex. |
| 66 | 11/7/12 | 1 | Order became final on 11/15/12. | Includes case from N.D. Fla. |
| 67 | 12/5/12 | 1 | Order became final on 12/13/12. | Includes case from S.D. Tex. |