UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## SUPPLEMENTAL ORDER

**[Regarding the University of California - Santa Barbara's Document Production]**

On December 13, 2012, an order was issued regarding the production of documents by the University of California - Santa Barbara ("UCSB"). Rec. doc. 8093.[1] The order provides deadlines for Dr. Ira Leifer and UCSB to complete their final review. By those deadlines UCSB shall clearly indicate release or non-release of the documents and transmit lists of those documents to Captain Englebert and Edox.

The order thereafter provides deadlines for the release of the documents. Those deadlines refer to the release of the documents by Edox to the ShareVault site for use by all parties in the litigation.

New Orleans, Louisiana, this 14th day of December, 2012.

                                                                       **SALLY SHUSHAN**
                                                                       **United States Magistrate Judge**

**Clerk to serve:**

Michael R. Goldstein
Senior Counsel
University of California - Santa Barbara
Michael.Goldstein@ucop.edu

---

[1] The order states that it applies to 10-cv-7777. This is incorrect. It applies to all cases.