# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to all actions. | * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | * | |

## JOINT DESIGNATIONS OF RECORD ON APPEAL
## IN FIFTH CIRCUIT CASE NO. 12-31155

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 1 | 8/10/2010 | TRANSFER ORDER FROM THE MDL PANEL transferring 77 actions to the Eastern District of LA and becoming part of MDL 2179. by Clerk MDL Panel. |
| MDL 2179 | 2 | 8/10/2010 | PRETRIAL ORDER #1 - Setting the Initial Pretrial Conference for 9/17/2010 09:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 8/10/2010. |
| MDL 2179 | 506 | 10/8/2010 | PRETRIAL ORDER #8: The Court hereby appoints the following members to the Plaintiffs' Steering Committee: Brian H. Barr, Jeffrey A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Paul M. Sterbcow, Scott Summy, Mikal C. Watts. Additionally, the Court appoints Plaintiffs Liaison Counsel, James Parkerson Roy and Stephen J. Herman, together with Brian Barr and Scott Summy, to comprise the Plaintiff Executive Committee. Duties & responsibilities are as set forth in order. |
| MDL 2179 | 569 | 10/19/2010 | PRETRIAL ORDER No. 11 (Case Management Order No.1): Instructions re filings and Deadlines are as set forth in document. Signed by Judge Carl Barbier on 10/19/10. |
| MDL 2179 | 879 | 12/15/2010 | MASTER COMPLAINT against All Defendants. |
| MDL 2179 | 1128 | 2/9/2011 | First Amended Master Answer to Complaint & Petition of Triton Asset Leasing GmbH, et al for Exoneration From or Limitation of Liability (Rule 9(h)); First Amended Master Claim in Limitation (10-2771)(Rule 9(h)) & First Amended Master Complaint, Cross-Claim, & 3rd-Party Complaint for Private Economic Losses in Accordance with PTO #11 (CMO #1), Section III(B1) (B1 Bundle) re 879 Complaint *for Non-Governmental Economic Losses ("B1 Bundle")* filed by plaintiffs. |
| MDL 2179 | 3830 | 8/26/2011 | ORDER AND REASONS GRANTING IN PART, DENYING IN PART (as set forth in document) Defendants' Motions to Dismiss the B1 Master Complaint - Rec Docs. 1440 , 1390 , 1429 , 1597 , 1395 , 1433 , 1414 , 2107 . Signed by Judge Carl Barbier on 8/26/2011. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 4130 | 9/27/2011 | ANSWER to 1128 First Amended Master Complaint , *Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"]* by Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c. |
| MDL 2179 | 4226 | 10/25/2011 | PRETRIAL ORDER NO. 46 - Appointing Plaintiffs' Co-Liaison Counsel, Plaintiff Executive Committee, and Plaintiffs' Steering Committee; in accordance with 3638 Order. Signed by Judge Carl Barbier on 10/5/2011. |
| MDL 2179 | 5955 | 3/2/2012 | ORDERED that Phase I of the trial scheduled to commence on Monday, March 5, 2012 at 8:00 a.m. is ADJOURNED. The Court will schedule a status conference with liaison counsel to discuss issues raised by the settlement and to set a new trial date. Signed by Judge Carl Barbier on 3/2/2012. |
| MDL 2179 | 5998 | 3/8/2012 | ORDER APPOINTING JOHN W. PERRY JR. AS A COURT-DESIGNATED NEUTRAL re proposed settlement of the seafood program. Signed by Judge Carl Barbier on 3/8/2012. |
| E.D. La. No. 12-970 | 1 | 4/16/2012 | CLASS ACTION COMPLAINT for Private Economic Losses and Property Damages against BP America Production Company, BP Exploration & Production Inc., BP p.l.c. filed by Corliss Gallo, Kathleen Irwin, Fort Morgan Realty, Inc, Bon Secour Fisheries, Inc., Phuong Nguyen, William Sellers, LFBP 1, LLC, Ronald Lundy, Lake Eugenie Land & Development, Inc., John Tesvich, Michael Guidry, Maurice Phillips, Panama City Beach Dolphin Tours & More, LLC, Kip Plaisance, Zekes Charter Fleet, LLC. |
| MDL 2179 | 6266 | 4/18/2012 | Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval* by Plaintiffs Steering Committee, through Interim Class Counsel, and Defendants BP Exploration & Production Inc., BP America Production Company. |
| MDL 2179 | 6269 | 4/18/2012 | MOTION for Conditional and Preliminary Certification of Economic and Property Damage Class for Settlement Purposes, MOTION for Appointment of Class Representative, and MOTION for Appointment of Class Counsel by Interim Class Counsel, and the Plaintiffs' Steering Committee. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 6276 | 4/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and BP Exploration & Production Inc., BP America Production Company re 6266 Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval*. |
| MDL 2179 | 6353 | 4/25/2012 | OBJECTIONS by Plaintiff *Go Fish* (Gulf Organized Fisheries in Solidarity & Hope), re 6266 Joint Motion for Settlement for Economic and Property Damage/Preliminary Approval, 6276 Notice of Filing of Economic and Property Damages Settlement Agreement. |
| MDL 2179 | 6395 | 5/1/2012 | TRANSCRIPT of Hearing on Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes and for preliminary approval of the proposed class action settlements respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement held on April 25, 2012 before Judge Carl J. Barbier. |
| MDL 2179 | 6412 | 5/2/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. |
| MDL 2179 | 6414 | 5/2/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants BP Exploration & Production Inc., BP America Production Company. |
| MDL 2179 | 6418 | 5/3/2012 | ORDER re Rec. Doc. 6266, 6269, 6276, and 6414, preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. |
| MDL 2179 | 6430 | 5/3/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. |
| MDL 2179 | 6453 | 5/7/2012 | ANSWER to 6412 Amended Complaint *for Private Economic Losses and Property Damages* by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 6616 | 6/4/2012 | PRETRIAL ORDER NO. 49: Establishing Special Docket for Filing Objections to the Proposed Settlements (10-7777). |
| MDL 2179 | 7032 | 8/3/2012 | Letter (e-mail) to Judge Shushan from Plaintiffs' Liaison Counsel (James Parkerson Roy, Stephen J. Herman) dated 7/25/2012 regarding Halliburton and State of Louisiana Requests for Settlement Discovery. |
| MDL 2179 | 7033 | 8/3/2012 | Letter (e-mail) to Judge Shushan from BP (Richard C. Godfrey) dated 7/25/2012 regarding the Requests of Halliburton and the State of Louisiana for Depositions of Class Representatives and Settlement Experts. |
| MDL 2179 | 7034 | 8/3/2012 | Letter (e-mail) to Judge Shushan from Transocean (Steven Roberts) dated 7/30/2012 regarding Halliburton and Louisiana Requests for Settlement Discovery. |
| MDL 2179 | 7035 | 8/3/2012 | Letter (e-mail) to Judge Shushan from State of Louisiana (Henry Dart) dated 7/30/2012 regarding the State of Louisiana's Request to Conduct Limited Discovery and to Participate at the Fairness and Class Certification Hearings. |
| MDL 2179 | 7036 | 8/3/2012 | Letter (e-mail) to Judge Shushan from Halliburton (Donald Godwin) dated 7/30/2012 regarding Class Discovery Request. |
| MDL 2179 | 7037 | 8/3/2012 | Letter (e-mail) to Judge Shushan from BP (Richard C. Godfrey) dated 8/2/2012 regarding the Requests of Halliburton and the State of Louisiana for Depositions of Class Representatives and Settlement Experts. |
| MDL 2179 | 7038 | 8/3/2012 | ORDER [regarding Halliburton's and Louisiana's requests for settlement discovery], 7036 , 7034 , 7032 , 7037 , 7035 , 7033 : IT IS ORDERED that Halliburton's and Louisiana's discovery requests, including the requests to depose class representatives and experts, are DENIED. IT IS FURTHER ORDERED that Halliburton's Motion (Rec. Doc. 6884) for Clarification of the Court's June 29, 2012 Order is DENIED. Signed by Judge Carl Barbier on 8/3/12. |
| MDL 2179 | 7104 | 8/13/2012 | MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT by Plaintiffs. |

4

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 7110 | 8/13/2012 | NOTICE by Class Counsel, BP Exploration & Production Inc., and BP America Production Company *of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr.* |
| MDL 2179 | 7114 | 8/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendants BP Exploration & Production Inc. and BP America Production Company. |
| MDL 2179 | 7225 | 8/31/2012 | ORDER Regarding a One Week Extension of the Deadline for the Filing and Service of Objections to the Two Class Action Settlements. ORDERED that the deadline to file and serve objections to the settlements is extended for one week through Friday, September 7, 2012. Signed by Magistrate Judge Sally Shushan. |
| MDL 2179 | 7229 | 8/31/2012 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages by Federal Government Interests. |
| MDL 2179 | 7291 | 9/6/2012 | ORDERED the United States' motion to file unredacted memorandum under seal (Rec. Doc. 7230 ) is MOOT. FURTHER ORDERED that the United States' motion for leave to file memorandum in excess of ordinary page limitations (Rec. Doc. 7229 ) is GRANTED. FURTHER ORDERED that the Clerk of Court shall file into the record the unredacted version of the United States' memorandum, attached as an exhibit to this Order, as opposed to the redacted version submitted with the motion for leave and appearing at Rec. Doc. 7229-2. Signed by Judge Carl Barbier on 9/6/12. |
| MDL 2179 | 7314 | 9/7/2012 | ERROR - SHOULD HAVE BEEN FILED IN CASE 10-7777. (Clerk re-filed in case 10-7777) MOTION to Intervene by Gulf Organized Fishermen in Solidarity & Hope (GO FISH). Motion(s) referred to Sally Shushan. |
| MDL 2179 | 7322 | 9/7/2012 | Notice of Intent to Appear at Fairness Hearing by Waltzer & Wiygul, LLP on behalf of Gulf Organized Fisheries In Solidarity & Hope, Inc. (GO FISH). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 7345 | 9/7/2012 | ERROR - SHOULD HAVE BEEN FILED IN CASE 10-7777. (Clerk re-filed in case 10-7777) MEMORANDUM *in Response and in Opposition to BP's And PSC's Motions for Final Approval of Economic & Property Damages Class Settlement* by State of Louisiana re 7104 Memorandum in Support, 7114 MOTION for Final Approval of Economic and Property Damages Settlement Agreement. |
| MDL 2179 | 7346 | 9/7/2012 | ERROR - SHOULD HAVE BEEN FILED IN CASE 10-7777. (Clerk re-filed in case 10-7777) *Amicus Curiae* Memorandum in Opposition to Motion for Certification of Economic and Property Damages Settlement Class and in Opposition to Motion For Certification of Medical Benefits Settlement Class by State of Louisiana. |
| E.D. La. No. 10-7777 | 215 | 9/10/2012 | OBJECTIONS to the Economic and Property Damages Settlement Agreement filed by USA. |
| E.D. La. No. 10-7777 | 217 | 9/10/2012 | MOTION to Intervene re the Economic and Property Damages Settlement Agreement, filed by Gulf Organized Fishermen in Solidarity & Hope (GO FISH). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 7350 | 9/10/2012 | PRETRIAL ORDER NO. 53: [Re-Appointing Plaintiffs' Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee]; the Court re-appoints the following counsel to the PSC: Brian H. Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Mikal C. Watts, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy & Stephen J. Herman as Plaintiffs'§ Co-Liaison Counsel & ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, & Scott Summy to the Plaintiff Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Orders Nos. 1 & 8 & any other orders of the Court. Appointments are for one year from the date of this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 & further orders of this Court. Signed by Judge Carl Barbier on 9/10/12. |
| E.D. La. No. 10-7777 | 226 | 9/11/2012 | OBJECTIONS to the Economic and Property Damages Settlement Agreement filed by Gulf Organized Fisheries in Solidarity & Hope (GO FISH). |
| E.D. La. No. 10-7777 | 227 | 9/11/2012 | OBJECTIONS to the Economic and Property Damages Settlement Agreement filed by State of Louisiana. |
| E.D. La. No. 10-7777 | 228 | 9/11/2012 | OBJECTIONS to the Economic and Property Damages Settlement Agreement filed by State of Louisiana et al. |
| MDL 2179 | 7358 | 9/11/2012 | ORDER REGARDING PROCEDURES FOR NOVEMBER 8, 2012 FAIRNESS HEARING as set forth in document. Signed by Judge Carl Barbier on 9/11/12. |
| MDL 2179 | 7374 | 9/11/2012 | MOTION for Scheduling Order to Conduct Limited Discovery by Intervenor Gulf Organized Fishermen in Solidarity & Hope. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 7376 | 9/12/2012 | ORDER Regarding the Request to Conduct Limited Discovery Regarding the Fairness of the Proposed Seafood Compensation Program. The PSC and BP are to serve responses to the request by GO FISH on or before noon on 9/17/2012; any response by GO FISH, shall be filed and served no later than the close of business on 9/18/2012. Signed by Magistrate Judge Sally Shushan. |
| MDL 2179 | 7411 | 9/14/2012 | Response and Opposition by Defendant BP *to Certain Objectors' Discovery Requests.* |
| MDL 2179 | 7417 | 9/17/2012 | Letter (e-mail) to Judge Shushan from James Parkerson Roy, Stephen J. Herman dated 9/14/2012 re Objector Requests for Settlement Discovery. |
| MDL 2179 | 7449 | 9/20/2012 | Reply to Plaintiffs Steering Committee and BP's Opposition to Limited Discovery Requests by Gulf Organized Fisheries in Solidarity & Hope (GO FISH). |
| MDL 2179 | 7480 | 9/25/2012 | ORDERED that the requests for discovery by Smith Stagg 7353 , Prashiela 7368 , Wolf Bay 7383 and 7389 , MRI 7391 and Spencer 7432 are DENIED. The motion of GO FISH for leave to intervene 7314 is DENIED and its request for discovery 7374 is DENIED. Signed by Magistrate Judge Sally Shushan. |
| E.D. La. No. 10-7777 | 249 | 9/27/2012 | ORDERED that GO FISH's 217 Motion to Intervene is DENIED. |
| MDL 2179 | 7525 | 10/1/2012 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages by Plaintiffs Thanh Hai, Inc. et al and Hong Van Truong et al. |
| MDL 2179 | 7585 | 10/4/2012 | EXPARTE/CONSENT MOTION for Leave to File Complaint for Intervention by Stephen S. Kreller of The Kreller Law Firm, Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA. (Attachments: # 1 Exhibit A. Complaint for Intervention, # 2 Affidavit Local Rule 7.6 Certificate of Compliance, # 3 Proposed Order) |
| MDL 2179 | 7602 | 10/9/2012 | OBJECTION TO REPORT AND RECOMMENDATIONS re 7480 Order on Motion to Intervene, Order on Motion for Discovery by GO FISH. |

8

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 7648 | 10/15/2012 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 7314 MOTION to Intervene *by GO FISH* and 7602 OBJECTION TO REPORT AND RECOMMENDATIONS. |
| MDL 2179 | 7649 | 10/15/2012 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 7602 OBJECTION TO REPORT AND RECOMMENDATIONS *by GO FISH*, 7612 OBJECTION TO REPORT AND RECOMMENDATIONS *by Prashiela Enterprises, LLC et al*. |
| MDL 2179 | 7710 | 10/19/2012 | Response/Reply by Plaintiffs Thanh Hai, Inc. et al, Hong Van Truong et al to State of Louisiana's 7345 Response/Memorandum in Opposition to Motion for Final Approval of Economic and Property Damages Class Settlement. |
| MDL 2179 | 7726 | 10/22/2012 | NOTICE *of Filing of the Supplemental Declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John Coffee; Meade Monger; David Odom and John Perry, Jr.* by Class Counsel, BP Exploration & Production Inc., and BP America Production Company. |
| MDL 2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re 7114 MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012. |
| MDL 2179 | 7731 | 10/22/2012 | *Reply in Support of BP Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012* by BP Defendants. |
| MDL 2179 | 7747 | 10/25/2012 | ORDERED that GO FISH's objections (Rec. Doc. 7602 ) are OVERRULED and the Magistrate Judge's Order (Rec. Doc. 7480 ) is AFFIRMED. Signed by Judge Carl Barbier on 10/24/12. |
| MDL 2179 | 7819 | 11/1/2012 | ORDER Regarding Objectors' Presentations at the November 8 Fairness Hearing. Signed by Judge Carl Barbier. |
| MDL 2179 | 7855 | 11/6/2012 | EXPARTE/CONSENT MOTION for Leave to *Supplement the Record* by Attorney Joel Waltzer. |
| MDL 2179 | 7866 | 11/7/2012 | ORDER denying 7861 Motion in Limine to Exclude Expert Reports Submitted in Favor of Motions for Final Approval of Economic and Property Damages Settlement and Medical Benefits Class Action Settlement. Signed by Judge Carl Barbier on 11/7/12. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 7867 | 11/7/2012 | NOTICE *of Joinder in GO FISH's Objections* by Thien Nguyen and Donald Dardar. |
| MDL 2179 | 7881 | 11/12/2012 | NOTICE OF APPEAL by Plaintiff Gulf Organized Fisheries in Solidarity & Hope, Inc. (GO FISH), as to 7747 Order. |
| MDL 2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. |
| MDL 2179 | 7897 | 11/15/2012 | ORDER: Four motions are before the Court: (1) Motion for Leave to File Late Objection to Proposed Economic and Property Damages Settlement Agreement, as Amended and Preliminarily Approved by the Court (Rec. Doc. 7840 ; see also C.A. 10-7777, Rec. Doc. 264), (2) Motion for Leave to File Sur-Reply in Support of Objection of Adrian S. Kornman to Proposed Settlement Agreement (Rec. Doc. 7850 ), (3) Motion for Leave to Supplement the Record (Rec. Doc. 7855 ), and (4) Motion for Leave to Supplement the Record (Rec. Doc. 7862 ). IT IS ORDERED that these Motions are DENIED. Signed by Judge Carl Barbier on 11/13/12. |
| MDL 2179 | 7900 | 11/15/2012 | Minute Order. FINAL FAIRNESS HEARING held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114 , see also Rec. Docs. 7104 , 7110 ); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. 7112 , see also Rec. Docs. 7116 , 7113 ). The Court took both Motions for Final Approval (Rec. Docs. 7114 , 7112 ) UNDER ADVISEMENT. |
| MDL 2179 | 7928 | 11/16/2012 | ORDER re Extending Deadlines for Revocation of Exclusion (Opt-Out) Requests for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the Deepwater Horizon Medical Benefits Class Action Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 11/16/12. |
| MDL 2179 | 7945 | 11/19/2012 | Proposed Findings of Fact & Conclusions of Law by Class Counsel and BP Defendants. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 8001 | 11/26/2012 | Report on Objections to and Opt-Outs From the Economic and Property Damages Settlement as Amended on May 2, 2012 by BP Defendants and Class Counsel. |

| | |
|---|---|
| December 14, 2012 | Respectfully submitted, |
|   /s/ Stephen J. Herman |   /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129<br>HERMAN HERMAN KATZ & COTLAR LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024 | James Parkerson Roy, La. Bar No. 11511<br>DOMENGEAUX WRIGHT ROY & EDWARDS LLC<br>556 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796 |
| Lead Economic and Property Damages Class Counsel | Lead Economic and Property Damages Class Counsel |

### *ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL*
_____

| | |
|---|---|
| Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Office:  (843) 216-9159<br>Telefax: (843) 216-9290 | Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP<br>435 Corporate Drive, Suite 101<br>Maison Grand Caillou<br>Houma, LA 70360<br>Office:  (985) 876-7595<br>Telefax: (985) 876-7594 |
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996<br>Office:  (850) 435-7045<br>Telefax: (850) 436-6187 | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY  10003<br>Office:  (212) 558-5802<br>Telefax: (212) 344-5461 |
| Jeffrey A. Breit<br>BREIT DRESCHER IMPREVENTO & WALKER, P.C.<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>Office:  (757) 670-3888<br>Telefax: (757) 670-3895 | Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104<br>Office:  (334) 269-2343<br>Telefax: (334) 954-7555 |

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office: (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

_____

| | |
|---|---|
| */s/ Joel Waltzer* | */s/ Clay Garside* |
| Joel Waltzer (LA Bar #19268) | Clay Garside (LA Bar # 29873) |
| WALTZER WIYGUL & GARSIDE, LLC | WALTZER WIYGUL & GARSIDE, LLC |
| 3715 Westbank Expwy, Ste. 13 | 14399 Chef Menteur Highway, Ste D |
| Harvey, LA  70058 | New Orleans, LA 70129 |
| Office:  (504) 340-6300 | Office:  (504) 254-4400 |
| Fax:     (504) 340-6330 | Fax:     (504) 254-1112 |
| joel@waltzerlaw.com | clay@waltzerlaw.com |

*ATTORNEYS FOR GULF ORGANIZED FISHERIES*
*IN SOLIDARITY & HOPE ("GO FISH")*

| | |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200<br><br>Daniel A. Cantor<br>Andrew T. Karron<br>Ellen K. Reisman<br>Matthew J. Douglas<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999<br><br>Jeffrey Lennard<br>Keith Moskowitz<br>SNR DENTON<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934<br><br>***OF COUNSEL*** |   */s/ Richard C. Godfrey, P.C*<br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>Andrew B. Bloomer, P.C.<br>Timothy A. Duffy, P.C.<br>R. Chris Heck<br>Christopher J. Esbrook<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200<br><br>Jeffrey Bossert Clark<br>Steven A. Myers<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200<br><br>  */s/ Don K. Haycraft*<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.<br>AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of December 2012.

      /s/ Don K. Haycraft
      Don K. Haycraft