UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179<br>:<br>: SECTION "J"<br>: |
| THIS DOCUMENT RELATES TO:<br>*Garner v. BP, PLC, et al*, C.A. No. 2:10-01482 | : JUDGE CARL J. BARBIER<br>: MAG. JUDGE SHUSHAN |

### NOTICE OF CHANGE OF FIRM AFFILIATION AND WITHDRAWAL OF FORMER FIRM

TO:   Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliation and contact information for attorney Dianne M. Nast:

>   Dianne M. Nast
>   NastLaw LLC
>   1101 Market Street, Suite 2801
>   Philadelphia, PA 19107
>   Tele: (215) 923-9300
>   Fax: (215) 923-9302
>   dnast@nastlaw.com

*Counsel for Plaintiff*

All notices, filings and written communication regarding this action should be sent to the above firm and address.

Please withdraw the appearance of RodaNast, P.C.

Dated: December 17, 2012                    Respectfully submitted,

| /s/ Dianne M. Nast | /s/ Dianne M. Nast |
|---|---|
| Dianne M. Nast (PA 24424) | Dianne M. Nast (PA 24424) |
| RodaNast, P.C. | NastLaw LLC |
| 801 Estelle Drive | 1101 Market Street, Suite 2801 |
| Lancaster, PA 17601 | Philadelphia, PA 19107 |
| Tele: (717) 892-3000 | Tele: (215) 923-9300 |
| Fax: (717) 892-1200 | Fax: (215) 923-9302 |
| dnast@rodanast.com | dnast@nastlaw.com |

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Change of Firm Affiliation and Withdrawal of Former Firm has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 17th day of December 2012.

                                                  /s/ Dianne M. Nast
                                                  Dianne M. Nast