| | |
|---|---|
| IN RE: FLSA CLAIMS AGAINST:<br><br>O'BRIENS, ET AL., | COLLECTIVE ACTION<br><br>**NOTICE OF CONSENT** |

I consent to be a party plaintiff in an action to collect unpaid wages.

_/s/ Troy Bradley_
Signature

Troy G. Bradley
Full Legal Name (print)

Exhibit 1