UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG      CIVIL ACTION NO. MDL 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010      JUDGE CARL BARBIER

                                     MAJ. JUDGE JOSEPH WILKINSON

Member Case:     August Walter v BP America, Inc.
                      **Civil Action No. 12-177 J/2**

_____

**PETITIONERS' UNOPPOSED MOTION TO CONTINUE TRIAL AND DEADLINES**

        NOW INTO COURT, through undersigned counsel, comes Petitioner August

Walter, and moves this Honorable Court for an Order CONTINUING THE TRIAL,

PRE TRIAL CONFERENCE AND DEADLINES in this matter for the reasons set

forth in the attached memorandum

                 Respectfully Submitted:

                 _s/_John-Michael Lawrence_____
                 John-Michael Lawrence (8143)
                 John-Michael Lawrence, LLC
                 Energy Center - Suite 2900 - PMB 204
                 1100 Poydras Street
                 New Orleans, La. 70163-2900
                 (504) 585-7797 tel
                 (225) 744-8748 fax
                 E-MAIL - JMLaw122@cox.net

                 Mail:    18072 Forest Hills Dr.
                         Prairieville, LA 70769

                 CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all
parties via U. S. Mail, on December 17, 2012.