UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG          CIVIL ACTION NO. MDL 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010        JUDGE CARL BARBIER

                                        MAJ. JUDGE JOSEPH WILKINSON

Member Case:    August Walter v BP America, Inc.
                Civil Action No. 12-177 J/2
_____

**MEMORANDUM IN SUPPORT OF PETITIONERS'
MOTION TO CONTINUE PRE TRIAL AND TRIAL**

   NOW INTO COURT, through undersigned counsel, comes Petitioner AUGUST WALTER, and files this memorandum in support of his motion TO CONTINUE PRE TRIAL, TRIAL and Deadlines so states the following:

1. Undersigned is new counsel.

2. While discovery has been on-going, it is in it's infancy and will require numerous motions, forensic testing of computers, depositions, records searches through subpoenas of other companies, etc.

3. Defendants have no objection to this continuance.

            Respectfully Submitted:

            _s/_John-Michael Lawrence_____
            John-Michael Lawrence (8143)
            John-Michael Lawrence, LLC
            Energy Center - Suite 2900 - PMB 204
            1100 Poydras Street
            New Orleans, La. 70163-2900
            (504) 585-7797 tel
            (225) 744-8748 fax
            E-MAIL - JMLaw122@cox.net
            Mail:  18072 Forest Hills Dr.
                   Prairieville, LA 70769

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties via U. S. Mail, on December 17, 2012.