UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION NO. MDL 2179<br><br>JUDGE CARL BARBIER<br><br>MAJ. JUDGE JOSEPH WILKINSON |
| Member Case:   August Walter v BP America, Inc.<br>                         **Civil Action No. 12-177 J/2** | |

_____

**ORDER**

Considering the foregoing unopposed motion,

IT IS HEREBY ORDERED that the Pre Trial, Trial and Deadlines in the above captioned matter are continued to a date to be set via telephone conference, for the following reasons:

1. Undersigned is new counsel.

2. While discovery has been on-going, it is in it's infancy and will require numerous motions, forensic testing of computers, depositions, records searches through subpoenas of other companies, etc.

3. Defendants have no objection to this continuance.

New Orleans, Louisiana, this the _____ day of December, 2012.

_____
DISTRICT COURT JUDGE