UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig DEEPWATER HORIZON in the GULF OF MEXICO on APRIL 20, 2010 | * * * * | MDL 2:10-MD-02179 |
| | * * | SECTION "J" JUDGE CARL J. BARBIER |
| RELATED TO | * * | MAG. 1 |
| CIVIL ACTION 2:11-cv-01051 GUY J. ADAMS, ET AL. | * * * * | CIVIL JURY CASE |

## MOTION AND ORDER FOR PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, come plaintiffs, through undersigned counsel, who desires to voluntarily dismiss this action against JMN Specialties, Inc., Only, without prejudice, each party to bear its own costs, reserving plaintiffs rights against any and all other persons, firms, or corporation.

Respectfully submitted:

_____
FRANK J. D'AMICO, JR.   Bar No. 17519
Law Offices of Frank J. D'Amico, Jr.
4731 Canal Street
New Orleans, LA 70119
Telephone (504) 525-7272
Facsimile (504) 525-1167
frank@damicolaw.net
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION AND ORDER FOR PARTIAL VOLUNTARY DISMISS WITHOUT PREJUDICE has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12 day of December, 2012.

FRANK J. D'AMICO, JR.