UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig DEEPWATER HORIZON in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * | MDL 2:10-MD-02179 |
| | * | SECTION "J" |
| RELATED TO | * * | JUDGE CARL J. BARBIER |
| CIVIL ACTION 2:11-cv-01051 GUY J. ADAMS, ET AL. | * * * * | MAG. 1 CIVIL JURY CASE |

**ORDER**

Considering the foregoing motion;

**IT IS ORDERED** that the plaintiffs' action be, and it is hereby, dismissed against JMN Specialties, Inc., Only, without prejudice, each party to bear its own costs, reserving plaintiffs' rights against any and all other persons, firms, or corporations.

Signed in New Orleans, Louisiana, this _____ day of _____, 2012.

_____
CARL J. BARBIER, Judge, Section "J"
UNITED STATES DISTRICT COURT