# CONFERENCE ATTENDANCE RECORD

DATE: 12-18-12       TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Gwen Richard | " " |
| Sean Fleming | " " |
| Lauren Mitchell | " " |
| Alison Battiste | " " |
| Erika Toledo | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robert Cunningham | PSC |
| Paul Sterbcow | PSC |
| Daniel Toes | CAM |
| Katherine May | Transocean |
| Steve O'Rourke | USA |
| Mike Underhill | USA |
| Grant Davis-Denny | Transocean |
| Corey Maze | R |
| Win Sinclair | R |
| Sarah Himmel | Anadarko |
| Tony Fitch | Anadarko |
| Brian Barr | PSC |
| Stev Herman | PSC |
| Rachel Clingman | Transocean |
| Michael Doyen | BP |
| Jim Roy | PSC |
| Carter Bertaut | Cameron |

# CONFERENCE ATTENDANCE RECORD

DATE:_____       TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Denise Scofield | M-I |
| Hugh Tanner | M-I |
| D C Williams | PSC |
| Anthony Irpino | PSC |
| Douglas Kraus | Louisiana |
| Den Haycraft | BP |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |

# CONFERENCE ATTENDANCE RECORD

**DATE:** _____   **TIME:** _____

**CASE NAME:** _____

**DOCKET NUMBER & SECTION:** _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jimmy Williamson | PSC |
| Robin Greenwald | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## MDL 2179 - Phase Two Discovery Conference

### 12-18-12 Telephone Participants

Sean Brennan - M-I

Jeffrey Bright - PSC

Joe Eisert - BP

Mark Nomillini - BP

Mike Petrino - BP

Robin Hangar - USDOJ

Sarah Himmelhoch - USDOJ