**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig** *Deepwater Horizon* **in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** **SECTION: J** |
| **This document applies to:** *All Cases* | **JUDGE BARBIER** **MAGISTRATE SHUSHAN** |

**TRANSOCEAN'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AS TO PUNITIVE DAMAGES CLAIMS**

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and respectfully submit this motion for partial judgment on the pleadings under Federal Rule of Civil Procedure 12(c) as to all claims for punitive damages of members of the Economic and Property Damages Class and Medical Benefits Class certified as part of the BP–PSC settlement.

This motion is based on the attached Memorandum of Points and Authorities, the pleadings and record in this case, and any further briefing and argument the Court may hear.

DATED: December 18, 2012                          Respectfully submitted,

| | |
|---|---|
| By:   s/ Brad D. Brian | By:   s/ Steven L. Roberts |
| Brad D. Brian | Steven L. Roberts |
| Michael R. Doyen | Rachel Giesber Clingman |
| Daniel B. Levin | Sean D. Jordan |
| MUNGER TOLLES & OLSON LLP | SUTHERLAND ASBILL & BRENNAN LLP |
| 355 So. Grand Avenue, 35th Floor | 1001 Fannin Street, Suite 3700 |
| Los Angeles, CA 90071 | Houston, Texas 77002 |
| Tel:  (213) 683-9100 | Tel:  (713) 470-6100 |
| Fax:  (213) 683-5180 | Fax:  (713) 354-1301 |
| Email: brad.brian@mto.com | Email: steven.roberts@sutherland.com, |
|        michael.doyen@mto.com |        rachel.clingman@sutherland.com |
|        daniel.levin@mto.com |        sean.jordan@sutherland.com |

By:   s/ Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
   *and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

By:   s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel:  (504) 599-8194
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS
LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of December, 2012, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/  Kerry J. Miller

2