UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AS TO CLAIMS BASED ON SUBSURFACE DISCHARGE OF OIL

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and respectfully submit this motion for partial judgment on the pleadings under Federal Rule of Civil Procedure 12(c) as to (1) all private and state and local government claims for compensatory damages based on the subsurface discharge of oil; (2) all private and state and local government claims for punitive damages based on the subsurface discharge of oil; and (3) all private and state and local government claims for contribution based on the subsurface discharge of oil.[1]

---

[1] The motion before the Court applies to the Master Complaints and underlying individual and putative class action suits filed in the MDL (10-md-2179), claims in the Limitation Action (10-cv-2771), and short-form joinders filed in both 10-cv-8888 and 10-cv-9999. The Court has already made ruling about the scope of OPA in the United States' case, No. 10-4536. This motion is not directed to the United States' claims.

The lawsuits and claims include those asserted in the following pleadings: No. 10-2771 Rec. Doc. 253, 420, 421, 470; MDL No. 2179 Rec. Doc. 1128, 1872, 2031, 2046, 2081, 2074, 2076, 2472, 2474, 2483, 2500, 4114, 4118, 5336; City of Greenville v. Transocean Ltd., et al. (No. 10-cv-04185, Rec. Doc. 1); State of Louisiana v. Transocean Holdings, LLC, et al. (No. 10-cv-03059, Rec. Doc. 1); State of Quintana Roo, Republic of Mexico v. Transocean Ltd., et al. (No.

This motion is based on the attached Memorandum of Points and Authorities, the pleadings and record in this case, and any further briefing and argument the Court may hear.

DATED: December 18, 2012 　　　　　　　　　 Respectfully submitted,

By:   s/ Brad D. Brian   　　　　　　　　　　　 By:   s/ Steven L. Roberts
Brad D. Brian 　　　　　　　　　　　　　　　　 Steven L. Roberts
Michael R. Doyen 　　　　　　　　　　　　　　 Rachel Giesber Clingman
Daniel B. Levin 　　　　　　　　　　　　　　　 Sean D. Jordan
MUNGER TOLLES & OLSON LLP 　　　　　　 SUTHERLAND ASBILL & BRENNAN LLP
355 So. Grand Avenue, 35th Floor 　　　　　　 1001 Fannin Street, Suite 3700
Los Angeles, CA 90071 　　　　　　　　　　　 Houston, Texas 77002
Tel:  (213) 683-9100 　　　　　　　　　　　　　 Tel:  (713) 470-6100
Fax:  (213) 683-5180 　　　　　　　　　　　　　 Fax:  (713) 354-1301
Email: brad.brian@mto.com 　　　　　　　　　 Email: steven.roberts@sutherland.com,
　　　　 michael.doyen@mto.com 　　　　　　　　　　 rachel.clingman@sutherland.com
　　　　 daniel.levin@mto.com 　　　　　　　　　　　　 sean.jordan@sutherland.com

By:   s/ Edwin G. Preis   　　　　　　　　　　 By:   s/ Kerry J. Miller
Edwin G. Preis, Jr. 　　　　　　　　　　　　　 Kerry J. Miller
PREIS & ROY PLC 　　　　　　　　　　　　　　 FRILOT, LLC
Versailles Blvd., Suite 400 　　　　　　　　　　 110 Poydras St., Suite 3700
Lafayette, LA 70501 　　　　　　　　　　　　　 New Orleans, LA 70163
(337) 237-6062 　　　　　　　　　　　　　　　 Tel:  (504) 599-8194
  and 　　　　　　　　　　　　　　　　　　　　 Fax:  (504) 599-8154
601 Poydras Street, Suite 1700 　　　　　　　 Email: kmiller@frilot.com
New Orleans, LA 70130
(504) 581-6062 　　　　　　　　　　　　　　　 John M. Elsley
　　　　　　　　　　　　　　　　　　　　　　　 ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　　 711 Louisiana Street, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　 Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　　　　 (713) 224-8380

*Counsel for Appellees Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH.*

---

10-cv-04241, Rec. Doc. 3); State of Veracruz, Republic of Mexico v. Transocean Ltd., et al. (No. 10-cv-04239, Rec. Doc. 3); State of Tamaulipas, Republic of Mexico v. Transocean Ltd., et al. (No. 10-cv-04240, Rec. Doc. 3); The City of New Orleans v. Transocean Ltd., et al. (No. 11-cv-00890, Rec. Doc. 1); The Town Grand Isle v. Transocean Ltd., et al. (No. 11-cv-00893, Rec. Doc. 1).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of December, 2012, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Kerry J. Miller