MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 18, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: August Walter v. BP America, Inc.<br>              Civil Action No. 12-177 | SECTION "J" (2) |

Plaintiff's newly-enrolled counsel filed "Plaintiff's Notice of Consent to Proceed Before the Magistrate for Trial" in the referenced member case. Record Doc. No. 7936. Accordingly, a status conference was conducted in this matter before me on this date. Participating were: John-Michael Lawrence, representing plaintiff; Richard Schwartz, representing defendant.

During the conference, all parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c). A written form of consent is currently being circulated. When it is executed by all parties, the recently filed unopposed motion to continue will be granted, the referenced member case will be severed from the MDL, and a new scheduling order setting out the agreed upon new dates and deadlines will be entered by me.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

MJSTAR:  0 : 15