# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG    "DEEPWATER HORIZON" IN THE    GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: *All Cases* | * * | |
| (Including No. 10-2771) | * * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

********************************************

### SUBMISSION OF PLAINTIFFS'
### PRELIMINARY GOOD FAITH PHASE TWO EXHIBIT LIST

**NOW INTO COURT** come Plaintiffs, thru Plaintiffs' Liaison Counsel, and respectfully submit the Plaintiffs' preliminary good faith Exhibit List for the Phase Two Limitation and Liability Trial as EXHIBIT A.

Plaintiffs further reserve the right to offer any Exhibit listed or offered by any other party.

This 19th day of December, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |

Telephone: (504) 581-4892  Telephone: (337) 233-3033
Fax No. (504) 569-6024  Fax No. (337) 233-2796
E-Mail: sherman@hhklawfirm.com  E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*  *Plaintiffs Liaison Counsel*


## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this Submission, along with the Exhibit List, will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 19th day of December, 2012.

/s/  James Parkerson Roy and Stephen J. Herman