UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG       "DEEPWATER HORIZON" in the       GULF OF MEXICO, on       APRIL 20, 2010 | : : : : : | MDL NO. 2179  SECTION:  J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |
| **THIS APPLIES TO ALL CASES AND**       **10-2771** | : : : | JURY TRIAL DEMANDED |

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

### CAMERON INTERNATIONAL CORPORATION'S
### PHASE TWO GOOD FAITH TRIAL EXHIBIT LIST
### <u>FIRST INSTALLMENT</u>

Cameron International Corporation ("Cameron") respectfully submits this Phase Two Good Faith Trial Exhibit List, First Installment, attached as Exhibit A.  Cameron reserves the right to supplement its Phase Two Trial Exhibit List as allowed by the Court.  Cameron further reserves the right to offer any Exhibit listed or offered by any other party.

DATE:  January 13, 2012

Respectfully submitted,
*/s/ David J. Beck*
David J. Beck, T.A.
    dbeck@beckredden.com
Joe W. Redden, Jr.
    jredden@beckredden.com
David W. Jones
    djones@beckredden.com
Geoffrey Gannaway
    ggannaway@beckredden.com

BECK REDDEN, LLP
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Keith B. Hall, 24444
    khall@stonepigman.com
Jared A. Davidson, 32419
    jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON**
**INTERNATIONAL CORPORATION**

383.017/511601.v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cameron International Corporation's Phase Two Good Faith Trial Exhibit List, First Installment, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of January, 2012.

>  */s/ David J. Beck*  
>  David J. Beck

# EXHIBIT A

**MDL 2179**
**Cameron International Corporation's**
**Phase One "Good Faith" Trial Exhibit List - First Installment**

| TREX NO | BATES RANGE | DATE | DESCRIPTION | PHASE |
|---|---|---|---|---|
| 10535 | BP-HZN-2179MDL02640192-<br>BP-HZN-2179MDL02640195 | 5/4/2010 | E-mail from Chris A. Roberts to Donnie Carter and others re HAZID - Well Cappting Team Results w/attachments | Phase 2 |
| 10536 | BP-HZN-2179MDL01622782-<br>BP-HZN-2179MDL01622819 | 5/7/2010 | BP Gulf of Mexico Strategic Performance Unit HAZID Report MC-252 on BOP Capping Option | Phase 2 |
| 9580 | BP-HZN-2179MDL06698093-<br>BP-HZN-2179MDL06698116 | 7/12/2010 | BP Macondo MC252-1 Well Integrity Test | Phase 2 |
| 9787 | BP-HZN-2179MDL01622782-<br>BP-HZN-2179MDL01622819 | 5/7/2010 | BP Gulf of Mexico Strategic Performance Unit HAZID Report MC-252 on BOP Capping Option | Phase 2 |
| 9834 | BP-HZN-2179MDL01529418-<br>BP-HZN-2179MDL01529435 | 7/21/2010 | BP Gulf of Mexico Strategic Performance Unit HAZID Report MC-252 Capping Options Well Integrity Test | Phase 2 |
| 9835 | BP-HZN-2179MDL01622820-<br>BP-HZN-2179MDL01622858 | 5/11/2010 | BP Gulf of Mexico Strategic Performance Unit HAZID Report MC-252 Dual Ram Stack Capping Option | Phase 2 |
| 175000 | BP-HZN-2179MDL01932704-<br>BP-HZN-2179MDL01932705 | 7/10/2010 | E-mail from Cheryl Stahl to Stephen Shaw and others re 4464 MC252 Well Integrity Test HAZID Worksheet 10Jul10 w/attachments | Phase 2 |