UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO:<br>*ALL CASES & 2:10-CV-02771* | MDL No. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S SUBMISSION OF PHASE TWO
"GOOD FAITH" EXHIBIT LIST – FIRST INSTALLMENT**

**NOW INTO COURT** come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and, in accord with the Court's Order of November 14, 2012 [Doc. 7888], respectfully submit the following "Good Faith" Exhibit List-First Installment for Phase Two of the Limitation and Liability Trial, attached as Exhibit A.

Transocean further reserves the right to offer any exhibit listed or offered by any other party.

DATED: December 19, 2012                              Respectfully submitted,

| | |
|---|---|
| By:   s/ Brad D. Brian | By:   s/ Steven L. Roberts |
| Brad D. Brian | Steven L. Roberts |
| Michael R. Doyen | Rachel Giesber Clingman |
| Daniel B. Levin | Sean D. Jordan |
| MUNGER TOLLES & OLSON LLP | SUTHERLAND ASBILL & BRENNAN LLP |
| 355 So. Grand Avenue, 35th Floor | 1001 Fannin Street, Suite 3700 |
| Los Angeles, CA 90071 | Houston, Texas 77002 |
| Tel: (213) 683-9100 | Tel: (713) 470-6100 |
| Fax: (213) 683-5180 | Fax: (713) 354-1301 |
| Email: brad.brian@mto.com | Email: steven.roberts@sutherland.com, |

|  |  |
|---|---|
| michael.doyen@mto.com<br>daniel.levin@mto.com | rachel.clingman@sutherland.com<br>sean.jordan@sutherland.com |
| By:  s/ Edwin G. Preis<br>Edwin G. Preis, Jr.<br>PREIS & ROY PLC<br>Versailles Blvd., Suite 400<br>Lafayette, LA 70501<br>(337) 237-6062<br>  and<br>601 Poydras Street, Suite 1700<br>New Orleans, LA 70130<br>(504) 581-6062 | By:  s/ Kerry J. Miller<br>Kerry J. Miller<br>FRILOT, LLC<br>110 Poydras St., Suite 3700<br>New Orleans, LA 70163<br>Tel:  (504) 599-8194<br>Fax:  (504) 599-8154<br>Email: kmiller@frilot.com<br><br>John M. Elsley<br>ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>(713) 224-8380 |

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of December, 2012, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/  Kerry J. Miller