## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BP'S 12/19/2012 GOOD FAITH PHASE II TRIAL EXHIBIT LIST-FIRST INSTALLMENT

Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 12/19/2012 Good Faith Phase II Trial Exhibit List for Phase Two of the February 2012 Limitation and Liability Trial (attached hereto as "Exhibit A"). Pursuant the Court's 10/16/2012 Order re Working Group Conference, BP will also circulate a version of Exhibit A in Microsoft Excel format.

BP reserves the right to supplement or amend its 12/19/2012 Good Faith Phase II Trial Exhibit List. These additions or deletions may be for reasons including, but not limited to: (1) adding and/or removing documents pursuant to the Court's 11/14/2012 Order re Phase II Exhibit Lists and Evidentiary Objections; (2) adding and/or removing documents in light of other parties' pre-trial filings, exhibit lists and demonstratives, as well as the evidence and arguments presented by other parties at trial; (3) adding and/or removing documents produced by other parties recently or in the future; (4) adding and/or removing documents in connection with the outcome of rulings by the Court on motions in limine and other issues, or filings by the parties on those issues; (5) adding and/or removing documents as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; (6) adding and/or removing documents in light of the parties' listing of witnesses on their witness lists. BP reserves the right to offer into evidence or use for

impeachment or other purposes documents included on other parties' exhibit lists or referenced by other parties' experts in their reports or at trial.  BP further reserves the right to add to this list documents used for rebuttal and/or refreshing recollection.

Dated: December 19, 2012                    Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Robert R. Gasaway
Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of December, 2012.


_____ /s/ Don K. Haycraft _____