

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

LUTHER STRANGE
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.STATE.AL.US

December 19, 2012

Hon. Sally Shushan
United States Magistrate Judge
500 Poydras Street
Room B345
New Orleans, LA 70130

    In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Case No. MDL NO. 2179 (E.D. La., Pending)

Dear Judge Shushan:

    The State of Alabama, a plaintiff in the above-styled case, hereby adopts the PSC's Preliminary Good Faith Phase Two Exhibit List (Doc. 8109 and attached Doc. 8109-1) which was filed on this date. The State of Alabama does not intend to file a separate Exhibit List at this time.

    Sincerely,

    LUTHER STRANGE
    Attorney General
    By:

    /s/Corey L. Maze
    Corey L. Maze
    Special Deputy Attorney General


    Winfield J. Sinclair
    Assistant Attorney General


LS:CLM:WJS:PM
cc: Counsel of Record via Lexis Nexis File and Serve