UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | | |
| Applies to: | * | JUDGE BARBIER |
| 10-02771 | * | MAGISTRATE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ATTORNEY'S FEES AND COSTS

NOW INTO COURT, through undersigned counsel, comes the law firms of DOUCET-SPEER, APLC, and Leake & Anderson, organized and existing under the laws of the State of Louisiana, authorized to do and doing business in the State of Louisiana, who with respect moves as follows:

1.

Doucet-Speer, A Professional Law Corporation, motions this court for an award and/or lien protecting movers claim for attorney's fees and costs incurred as a result of it's representation of Henry Michael Nunmaker, III individually and on behalf of Nunmaker Yachts, Inc., hereinafter referred to as "Nunmaker," identified in the above captioned litigation by GCCF Claim Identification Number 1179830 and the underlying docket number 10-02771.

2.

Nunmaker sustained a loss as a result of the oil spill referenced in the above captioned matter and thereafter contracted with movant for legal representation, under a contingency fee contract dated July 22, 2010. The contract for legal representation entered into between

movant and Henry Michael Nunmaker, III individually and on behalf of Nunmaker Yachts, Inc., is attached hereto as Exhibit A. Subsequent thereto and in accordance with written authorization by the client, Nunmaker, the firm of Leake & Anderson was retained as co-counsel on April 14, 2011; said written authorization is attached hereto as Exhibit B.

3.

Pursuant to the contract for legal representation, significant effort was made on behalf of Nunmkaer and movers guaranteed the payment of costs including but not limited to expert fees. (See attached invoices of expert fees attached hereto as movant's Exhibit C).

4.

Nunmaker was represented by movers from the execution of the attached contingency fee contract dated July 22, 2010 and discharged without good cause on September 26, 2012 but not until the completion of virtually all legal services contemplated within the contract for legal representation and substantial costs, including expert fees, had been incurred.

5.

Pursuant to this court's order dated September 11, 2012, this court retained continuing and exclusive jurisdiction over the interpretation, implementation and enforcement of the procedure for the processing of third party claims against claimant recoveries.

6.

Movers herein performed good and valuable services for Nunmaker and are entitled to compensation and reimbursement of costs in accordance with the contract for legal services from any recovery paid to Nunmaker for the loss Nunmaker suffered as a result of

the BP Oil spill/disaster of April 20, 2010.

8.

In accordance with the contract for legal representation and this court's order setting a cap on attorney's fees, movers assert a claim of twenty-five percent attorney's fees against the recovery of Nunmaker plus all costs, including expert fees.

9.

On the date that Nunmaker terminated mover's legal representation, mover had forwarded to Nunmaker a calculation of damages to be made in the aforesaid matter on Nunmaker's behalf along with a settlement affidavit seeking his prior approval. The next notice which mover received from Nunmaker was the termination of services. Mover therefore seeks attorney's fees in the amount of twenty-five percent (25%) of the total amount of damages which were anticipated as recovery by Nunmaker as of September 26, 2012 in the amount of one million two-hundred ten thousand four hundred eighty six dollars and zero cents ($1,210,486.00), plus expert fees and costs of these proceedings or, in the alternative, an award of attorney's fees based on a quantum meruit basis plus the aforesaid costs, and for all other general and equitable relief..

Respectfully submitted,

DOUCET-SPEER, APLC
617 St. John Street
P.O. Drawer 4303
Lafayette, LA 70501
(337)232-0405

s/ Jeffery F. Speer
_____
**JEFFERY F. SPEER (#19398)**

LEAKE & ANDERSON, LLP
600 Jefferson Street, Suite 603
Lafayette, LA 70501

s/ Patrick M. Wartelle
_____
**PATRICK M. WARTELLE (#14484)**

PLEASE SERVE:

PATRICK JUNEAU
Claims Administrator
Deepwater Horizon Economic Claims Center
P.O. Box 1439
Hammond, LA 70404-1439
Attention: Third Party Claims Documents
Via Email: thirdpartyclaims@dhecc.com

HENRY MICHAEL NUNMAKER, III
NUNMAKER YACHTS, INC.
Through their attorney of record
LEWIS S. KAHN
Kahn, Swick & Foti, LLC
206 Covington Street
Madisonville, LA 70447

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing pleading(s) has been served on all parties to this proceeding by placing same in the U.S. Mail, properly addressed and postage pre-paid on this 19th day of December, 2012.

s/ Jeffery F. Speer
_____
JEFFERY F. SPEER