UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>SECTION "J" |
| Applies to:<br>10-02771 | *<br>* | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

*******************************************************************

### ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Attorney's Fees and Costs be granted and that Doucet-Speer, APLC and Leake and Anderson be granted twenty-five percent (25%) of the total amount of anticipated damages in the amount of one million two-hundred ten thousand four hundred eighty six dollars and zero cents ($1,210,486.00) plus expert fees and costs of these proceedings or in the alternative, an award of attorney's fees based on quantum meruit basis plus the costs and all other general and equitable relief.

Signed this _____ day of _____, 2012 at _____,

_____

_____
DISTRICT JUDGE