FILE COPY

April 14, 2011

Jeffery F. Speer
Doucet-Speer, APLC
P. O. Drawer 4303
Lafayette, LA   70502

      Re:   Nunmaker Yachts v. BP

     I, Michael Nunmaker, do hereby approve, consent, and authorize DOUCET-SPEER, APLC, to enroll as co-counsel, any firm or attorney chosen by DOUCET-SPEER, APLC and/or Jeffery F. Speer, as co-counsel to represent me in my claim against British Petroleum, as a result of the spill which occurred in the Gulf of Mexico on April 20, 2010.  Specifically, I hereby approve, consent and/or authorize the enrollment of attorney Patrick Wartelle and his firm, LEAKE & ANDERSON, LLP, to work as co-counsel in my claim with DOUCET-SPEER, APLC, under the terms of the contingency contract which I have entered into with DOUCET-SPEER, APLC.

MICHAEL NUNMAKER