# Malcolm M. Dienes, LLC

701 Metairie Rd.
Suite 2a301
Metairie, LA 70005
(504) 588-9288

Jeffrey F. Speer
Doucet Speer
617 St. John Street
Lafayette, LA 70502

HENRY MICHAEL NUNMAKER, III V BP

Invoice No.   26442
Date          12/13/2010
Client No.    90897

| DATE | SERVICE | STAFF | HOURS |
|---|---|---|---|
| 09/14/2010 | Due Diligence<br>Review documents supplied | Theriot | 1.00 |
| 09/14/2010 | Review Documents Supplied<br>Begin review of file | Mendez | 0.50 |
| 09/14/2010 | Data Gathering<br>create and type engagement letter | Bondio | 0.50 |
| 09/17/2010 | Review Documents Supplied<br>Review documents | Mendez | 1.50 |
| 09/20/2010 | Expert Witness Report<br>Prepare 1120S analysis | Bergeron | 1.00 |
| 09/20/2010 | Review Documents Supplied<br>Review and prep file | Mendez | 1.25 |
| 09/20/2010 | Data Gathering<br>Scanned supporting documentation into file | Joseph | 0.75 |
| 09/21/2010 | Expert Witness Report<br>1120s analysis | Bergeron | 7.75 |
| 09/21/2010 | Review Documents Supplied<br>Discuss scheduling of tax returns | Mendez | 0.75 |
| 09/22/2010 | Expert Witness Report<br>1120s analysis | Bergeron | 6.75 |
| 09/23/2010 | Communication with Attorneys | Theriot | 1.00 |

| DATE | SERVICE | STAFF | HOURS |
|------|---------|-------|-------|
|  | Communicate with attorney on case |  |  |
| 09/23/2010 | Expert Witness Report<br>1120 analysis | Bergeron | 7.25 |
| 09/24/2010 | Expert Witness Report<br>1120 Analysis | Bergeron | 2.50 |
| 09/24/2010 | Expert Witness Report<br>Consult with staff on proper method of scheduling financials | Mendez | 0.50 |
| 09/27/2010 | Expert Witness Report<br>1120 analysis | Bergeron | 7.75 |
| 09/28/2010 | Expert Witness Report<br>1120 analysis | Bergeron | 6.75 |
| 09/28/2010 | Review Documents Supplied<br>Discuss progress of scheduling | Mendez | 0.25 |
| 09/30/2010 | Expert Witness Report<br>Discuss case with staff | Mendez | 0.25 |
| 10/01/2010 | Expert Witness Report<br>Discuss research to be completed | Mendez | 0.50 |
| 10/04/2010 | Review Documents Supplied<br>Discuss case with staff | Mendez | 0.50 |
| 10/04/2010 | Review Documents Supplied<br>Reviewed tax returns, sales tax returns, and month financials. | Stoltz | 1.50 |
| 10/04/2010 | Data Gathering<br>Researched information on the BP claims process and what needs to be submitted. Research methodologies that are used to calculate losses for claims. | Stoltz | 1.50 |
| 10/07/2010 | Due Diligence<br>Review documents supplied and conference with attorney on case | Theriot | 2.00 |
| 10/07/2010 | Expert Witness Report<br>Met to discuss the case. Industry research. | Stoltz | 2.75 |
| 10/07/2010 | Review Documents Supplied<br>Review and discussion of case | Mendez | 2.00 |
| 10/11/2010 | Expert Witness Report<br>Analysis by Tax Return and other changes | Bergeron | 1.00 |
| 10/11/2010 | Data Gathering | Stoltz | 1.50 |

| DATE | SERVICE | STAFF | HOURS |
|------|---------|-------|-------|
|  | Industry research and search for article to explain the effect that the BP oil spill had on boat sales in the gulf coast area. | | |
| 10/11/2010 | Data Gathering<br>Worked on spreadsheets with Katie. | Stoltz | 0.50 |
| 10/11/2010 | Data Gathering<br>Preparing the Gulf Coast Claim Facility Business Claim Form and questions to provide to client in order to finish the form. | Stoltz | 2.00 |
| 10/26/2010 | Review Documents Supplied<br>Meeting with owners of Nunmaker | Mendez | 3.75 |
| 10/26/2010 | Business Interruption Claims<br>Met with Mike Jr. and Senior to discuss the case and to gather information that we need from them in order to prepare the report. | Stoltz | 3.75 |
| 10/29/2010 | Due Diligence<br>Review documents supplied | Theriot | 1.00 |
| 11/05/2010 | Expert Witness Report<br>Discuss calculation options | Mendez | 0.75 |
| 11/05/2010 | Expert Witness Report<br>Review documents and develop report strategy | Theriot | 1.50 |
| 11/05/2010 | Business Interruption Claims<br>Meeting to discuss the case. | Stoltz | 0.50 |
| 11/05/2010 | Business Interruption Claims<br>Worked on updating Gulf Coast Claim Facility Claim Form. Preparing for meeting with John and James. | Stoltz | 1.00 |
| 11/09/2010 | Expert Witness Report<br>Discuss loss approach with staff | Mendez | 0.50 |
| 11/09/2010 | Business Interruption Claims<br>Working on report and spreadsheet for BP Claim. Met with John to discuss ideas for the loss. | Stoltz | 2.00 |
| 11/10/2010 | Business Interruption Claims<br>Worked on Calculation of loss spreadsheets and report. | Stoltz | 4.00 |
| 11/11/2010 | Business Interruption Claims<br>Working on calculating loss and preparing report. | Stoltz | 1.25 |
| 11/12/2010 | Business Interruption Claims<br>Working on Report and BP Claim. | Stoltz | 7.50 |
| 11/15/2010 | Expert Witness Report | Mendez | 0.75 |

| DATE | SERVICE | STAFF | HOURS |
|---|---|---|---|
| | Meeting with staff to discuss report preparation | | |
| 11/15/2010 | Business Interruption Claims<br>Working on report. | Stoltz | 1.50 |
| 11/15/2010 | Business Interruption Claims<br>Met with James to discuss report and Claim form.<br>Worked on preparing report. | Stoltz | 1.00 |
| 11/16/2010 | Business Interruption Claims<br>Finished preparing report and BP claim. | Stoltz | 5.25 |
| 11/17/2010 | Expert Witness Report<br>Discuss completion of report | Mendez | 0.75 |
| 11/17/2010 | Expert Witness Report<br>Meeting to go over final report | Theriot | 2.00 |
| 11/17/2010 | Business Interruption Claims<br>Met with James and John to go over report. Finished<br>preparing report and sent clients attorney for review. | Stoltz | 6.25 |
| 11/17/2010 | Courier-Secretarial<br>Proofread expert report, meet w/J Stoltz on changes,<br>email report to client. | Eastin | 1.50 |
| 11/18/2010 | Expert Witness Report<br>Obtain additional info needed to complete report | Mendez | 1.25 |
| 11/19/2010 | Business Interruption Claims<br>Spoke with Jeff and Gypsy about report and claim.<br>Finished report with all signatures and bindings. Sent<br>report via Fedex to client. | Stoltz | 2.00 |
| 11/22/2010 | Business Interruption Claims<br>Made attorney prepared corrections to the report. | Stoltz | 1.00 |

|  |  |
|---|---|
| Total For Services | $ 16,869.75 |

| 11/19/2010 | Mail/Federal Express<br>FedEx report | | |

|  |  |
|---|---|
| Total For Expenses | 19.25 |
| Current Invoice Amount | 16,889.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 16,889.00 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 16,889.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,889.00 |

*Please return copy of invoice with payment*       *Payment due upon receipt*

# Malcolm M. Dienes, LLC

701 Metairie Rd.
Suite 2a301
Metairie, LA 70005
(504) 588-9288

Jeffrey F. Speer
Doucet Speer
617 St. John Street
Lafayette, LA 70502

HENRY MICHAEL NUNMAKER, III V BP

Invoice No.  26734
Date         01/21/2011
Client No.   90897

| DATE | SERVICE | STAFF | HOURS |
|---|---|---|---|
| 12/28/2010 | Due Diligence<br>Review letter from BP and research claim on the web site. Also contact Mr. Speer with comments | Theriot | 1.25 |
| 12/28/2010 | Data Gathering<br>Worked with Joshua Stoltz regarding payment received. Met with J. Theriot and Joshua Stoltz regarding issues. | Stoltz | 1.25 |
| 12/28/2010 | Business Interruption Claims<br>Discussed letter from BP and gulfcoast claim form explaining payment. | Stoltz | 0.75 |
| 01/11/2011 | Expert Witness Report<br>Meeting with Josh Stoltz on tie into calculations | Mendez | 0.50 |
| 01/11/2011 | Business Interruption Claims<br>BP loss calculation research. | Stoltz | 1.00 |
| 01/11/2011 | Business Interruption Claims<br>Review BP claim on the Internet and communicate with Jeff Speers | Theriot | 1.00 |
| 01/12/2011 | Business Interruption Claims<br>Spoke with Client Rep. about calculation of loss. Sent email to attorney Jeff Speer. | Stoltz | 0.75 |
| 01/13/2011 | Business Interruption Claims<br>Review calculation made by BP and communicate to attorney on next step | Theriot | 1.00 |

Current Invoice Amount     $    1,686.25

| DATE | SERVICE | STAFF | HOURS |
|------|---------|-------|-------|

|  |  |
|--|--|
| Prior Balance | 16,889.00 |
| Total Amount Due | $ 18,575.25 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|---------|---------|----------|----------|---------|
| 1,686.25 | 16,889.00 | 0.00 | 0.00 | 0.00 | 18,575.25 |

*Please return copy of invoice with payment*       *Payment due upon receipt*