Claimant ID:
Claimant:       Nunmaker

**Claim Group Detail:**

| Date | Employee | Billing Rate | Hours | Total | Activity |
|---|---|---|---|---|---|
| __ - 9/14/12 | Tom | $ 110 | 20.00 | $ 2,200 | Analysis/Prep |
| __ - 9/14/13 | JJ | $ 110 | 35.00 | $ 3,850 | Analysis/Prep |
| 9/10/12 - 9/15/12 | Reade | $ 110 | 10.00 | $ 1,100 | Analysis/Prep |
| 9/20/2012 | Patrick | $ 160 | 3.00 | $ 480 | Review |
| 9/21/2012 | Tom | $ 160 | 2.00 | $ 320 | Review |
| Total | | | 70.00 | $ 7,950 | |