UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) ) | JUDGE BARBIER |
| 2:10-CA-10-8888 | ) | MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The law firm of Daniell, Upton & Perry, P. C. respectfully moves the Court for leave to withdraw as counsel for Claimants listed below:

| | Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|---|
| 1. | Gamester/Desperado, LLC | 56701 | CA-10-8888 |
| 2. | Timothy D. Garner & Gail W. Cash | 53173 | CA-10-8888 |
| 3. | Gail W. Cash | 53171 | CA-10-8888 |
| 4. | Heron Landing COA | 49540 | CA-10-8888 |
| 5. | Aphelion Holdings, LLC | 52224, 107450, & 110898 | CA-10-8888 |
| 6. | ASHA, LLC | 66647 | CA-10-8888 |
| 7. | Spicy Girls of Avery Island, LLC | 66620 | CA-10-8888 |
| 8. | H. Grady & Rebecca W. Shelley | 56817 | CA-10-8888 |
| 9. | Pensacola Exchange, LLC | 111527 | CA-10-8888 |
| 10. | Destin Exchange, LLC | 111524 & 111887 | CA-10-8888 |
| 11. | Johnny Raymond Vinson | 107366 & 111077 | CA-10-8888 |
| 12. | Michael Bedwell | 60261 & 110303 | CA-10-8888 |

1

2

        DANIELL, UPTON & PERRY, P.C.
        P. O. Box 1800
        Daphne, AL 36526
        dab@dupm.com (E-mail)
        (251) 625-0046 (Voice)
        (251) 625-0464 (Fax)

        /s/David A. Busby
        **DAVID A. BUSBY**
        **(ASB-4991-D67B)**

## Certificate of Service

I, David A. Busby, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Motion to Withdraw as Counsel to All Counsel of Record.

This the 20th day of December, 2012.

        By: /s/David A. Busby
        **David A. Busby (ASB-4991-D67B)**

2