```
 1                    UNITED STATES DISTRICT COURT

 2                 THE EASTERN DISTRICT OF LOUISIANA

 3                          AT NEW ORLEANS

 4

 5   IN RE:  OIL SPILL BY THE OIL RIG       *   10-MD-2179 "J"
                 DEEPWATER HORIZON IN THE   *
 6               GULF OF MEXICO ON          *
                 APRIL 20, 2010             *   December 18, 2012
 7                                          *
                                            *
 8   Applies to:   All Cases               *   9:30 a.m.
     *******************************************
 9

10

11                   DISCOVERY STATUS CONFERENCE

12               BEFORE THE HONORABLE SALLY SHUSHAN

13                 UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19   SUSAN A. ZIELIE, RMR, FCRR
     Official Court Reporter
20   HB 406
     500 Poydras Street
21   New Orleans, Louisiana 70130
     susan_zielie@laed.uscourts.gov
22   504.589.7781

23

     Proceedings Recorded by Computer-aided Stenography Transcription
24   Software.

25
```

```
 1   APPEARANCES:

 2   Plaintiffs' Liaison              DOMENGEAUX WRIGHT ROY & EDWARDS
     Counsel:                         BY:  JAMES P. ROY, ESQ.
 3                                    PO Box 3668
                                      556 Jefferson Street
 4                                    Lafayette LA 70502

 5                                    HERMAN HERMAN KATZ
                                      BY:  STEPHEN J. HERMAN, ESQ.
 6                                    820 O'Keefe Avenue
                                      New Orleans LA 70113
 7
     For the PSC:                     WILLIAMS LAW GROUP, LLC
 8                                    BY: CONRAD (DUKE) WILLIAMS, ESQ.
                                      909 Poydras Street
 9                                    Suite 1650
                                      New Orleans, LA 70112
10
     For the Plaintiffs:             IRPINO LAW FIRM
11                                    BY:  ANTHONY IRPINO, ESQ.
                                      One Canal Place
12                                    365 Canal Street
                                      Suite 2990
13                                    New Orleans LA 70130

14   For the Plaintiffs:             LEVIN PAPANTONIO THOMAS MITCHELL
                                          RAFFERTY & PROCTOR
15                                    BY:  BRIAN H. BARR, ESQ.
                                      316 South Baylen Street
16                                    Suite 600
                                      Pensacola FL 32502
17
     For the Plaintiffs:             WILLIAMSON & RUSNAK
18                                    BY:  JIMMY WILLIAMSON, ESQ.
                                      4310 Yoakum Boulevard
19                                    Houston TX 77006

20   For the Plaintiffs:             LEWIS KULLMAN STERBCOW
                                          & ABRAMSON
21                                    BY:  PAUL STERBCOW, ESQ.
                                      PAN AMERICAN LIFE BUILDING
22                                    601 POYDRAS STREET
                                      SUITE 2615
23                                    NEW ORLEANS LA 70130

24

25
```

```
 1   APPEARANCES:

 2   For the Federal            US DEPARTMENT OF JUSTICE
     Government Interests:      BY:  R. MICHAEL UNDERHILL, ESQ.
 3                              450 Golden Gate Avenue
                                Room 7-5395
 4                              San Francisco CA 94102

 5   For the United States      ENVIRONMENTAL ENFORCEMENT SCT.
     Of America:                US DEPARTMENT OF JUSTICE
 6                              BY:  STEVEN O'ROURKE, ESQ.
                                PO Box 7611
 7                              Washington DC 20044

 8   For the State Interests:   ATTORNEY GENERAL OF ALABAMA
                                BY:  COREY L. MAZE, ESQ.
 9                              500 Dexter Avenue
                                Montgomery Al 36130
10
                                ATTORNEY GENERAL OF ALABAMA
11                              BY:  WINFIELD SINCLAIR, ESQ.
                                501 Washington Avenue
12                              Montgomery, AL 36130

13   For the State of           KANNER & WHITELEY, LLC
     Louisiana:                 BY:  DOUGLAS R. KRAUS, ESQ.
14                              701 Camp Street
                                New Orleans LA 70130
15

16   For the Defendant:         LISKOW & LEWIS, APLC
                                BY:  DON K. HAYCRAFT, ESQ.
17                              701 Poydras Street
                                Suite 5000
18                              New Orleans LA 70139

19   For the Defendant:         KIRKLAND & ELLIS, LLP
                                BY:  J. ANDREW LANGAN, ESQ.
20                                   RYAN BABIUCH, ESQ.
                                300 N. Lasalle
21                              Chicago, IL 60654

22   For the Defendant:         KIRKLAND & ELLIS, LLP
                                BY:  ROBERT R. GASAWAY, ESQ.
23                              655 Fifteenth Street NW
                                Washington DC 20005

24

25
```

:56:11

```
 1   APPEARANCES:

 2   For the Defendant:              FRILOT, LLC
                                     BY:  KERRY J. MILLER, ESQ.
 3                                   1100 Poydras Street
                                     Suite 3700
 4                                   New Orleans LA 70163

 5   For the Defendant:              MUNGER TOLLES & OLSON
                                     BY:  GRANT A. DAVIS-DENNY, ESQ.
 6                                   355 South Grand Avenue
                                     35th Floor
 7                                   Los Angeles CA 90071

 8   For the Defendant:              SUTHERLAND ASBILL & BRENNAN, LLP
                                     BY:  RACHEL G. CLINGMAN, ESQ.
 9                                   1001 Fannin Street
                                     Suite 3700
10                                   Houston TX 77002

11   For the Defendant:              STONE PIGMAN WALTHER
                                       & WITTMAN, LLC
12                                   BY:  CARMELITE M. BERTAUT, ESQ.
                                     546 Carondelet Street
13                                   New Orleans LA 70130

14   For the Defendant:              GODWIN RONQUILLO, PC
                                     BY:  DONALD E. GODWIN, ESQ.
15                                        BRUCE BOWMAN, ESQ.
                                          JENNY L. MARTINEZ, ESQ.
16                                        SEAN FLEMING, ESQ.
                                          LAUREN MITCHELL, ESQ.
17                                        ALISON BATTISTE, ESQ.
                                          ERIKA TOLEDO, ESQ.
18                                   1201 Elm Street
                                     Suite 1700
19                                   Dallas TX 75270

20   For the Defendant:              GODWIN RONQUILLO, PC
                                     BY:  R. ALAN YORK, ESQ.
21                                        GWEN E. RICHARD, ESQ.
                                     1331 Lamar
22                                   Suite 1665
                                     Houston TX 770101

23

24

25
```

```
1    APPEARANCES:

2    For the Defendant:              KUCHLER POLK SCHELL WEINER
                                       & RICHARDSON, LLC
3                                    BY: SARAH IIAMS, ESQ.
                                     1615 Poydras Street
4                                    Suite 1300
                                     New Orleans LA 70112
5
     For the Defendant:              MORGAN LEWIS & BOCKIUS
6                                    BY: HUGH TANNER, ESQ.
                                        DENISE SCOFIELD, ESQ.
7                                    1000 Louisiana Street
                                     Suite 4000
8                                    Houston TX 77002

9    For the Defendant:              BINGHAM MCCUTCHEN, LLP
                                     BY:  WARREN A. FITCH, ESQ.
10                                   2020 K Street NW
                                     Washington DC 20006
11

12   APPEARING TELEPHONICALLY:       SEAN BRENNAN, ESQ.
                                     JEFFERY BREIT, ESQ.
13                                   JOE EISERT, ESQ.
                                     MARK NOMILINI, ESQ.
14                                   MIKE PETRINO, ESQ.
                                     SARAH HEMMELHOCK, USDOJ
15                                   ROBIN HANGAR, USDOJ

16

17

18

19

20

21

22

23

24

25
```

1            **Agenda**

2      **(Working Group Conference on Tuesday December 18, 2012)**

3            ROV  INSPECTION  OF  DWH
             PHASE ONE PREPARATION
4   1.   Phase One Exhibits
    2.   Pre-Trial Order for Preparation              8
5        For Phase One Trial
    3.   Motion Regarding Adverse Inferences
6        Based on Assertions of Fifth Amendment
    4.   Changes to Witness List                      8
7

8                    PHASE TWO
       Inspection and Testing of Equipment Stored at Michoud

9            Phase Two Document Production
    1.   Open Issues Between BP and US               13
10  2.   Professor Ira Leifer Document Production     15
    3.   Transocean's Motion to Strike               15
11       Phase One Questioning

12           Phase Two Fact Depositions

13           Pending Determination of Date

14           Phase Two Exhibits
    1.   Preliminary Good Faith Exhibit Lists        20
15       and Objections to Deposition Exhibits

16           Phase Two Deadlines
    1.   Phase Two Expert Depositions                22
17  2.   Extension of Phase Two Deadlines
    3.   Clawbacks                                   21
18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| :12:55 | 1 | **NEW ORLEANS, LOUISIANA; TUESDAY, DECEMBER 18, 2012** |
| :13:07 | 2 | **9:30 A.M.** |
| :31:54 | 3 | THE COURT:  Let's see.  Corey, could you put this up, |
| :32:00 | 4 | and see if you can magnify? |
| :32:10 | 5 | All right.  Now, I'm going to call on Tony Fitch |
| :32:17 | 6 | to come up to the Elmo and describe for us and to our phone |
| :32:29 | 7 | participants -- unfortunately, I've got to get a better Elmo, |
| :32:41 | 8 | because this picture -- the map is good. |
| :32:45 | 9 | But, Tony, could you describe to the people who |
| :32:48 | 10 | can't see the screen or the phone participants what we are |
| :32:51 | 11 | looking at. |
| :32:53 | 12 | MR. FITCH:  I would like to say I would be delighted to |
| :32:56 | 13 | do so, but I'll go on. |
| :32:58 | 14 | I would also like to add that this will cover both |
| :33:01 | 15 | items that you said was going to be covered. |
| :33:02 | 16 | This map, reflecting a great deal of the region of |
| :33:07 | 17 | many people of the room, at the expense of you-know-who, shows |
| :33:12 | 18 | the U-shaped path from Santa Barbara, California to Bakersfield, |
| :33:19 | 19 | California. |
| :33:19 | 20 | And you will note that, at the beginning of the |
| :33:21 | 21 | trip, those are boulders that one has to drive over to get |
| :33:26 | 22 | there. |
| :33:27 | 23 | Those are hair-pin curves that are infamous for |
| :33:32 | 24 | the high death toll that over the decades -- |
| :33:36 | 25 | And has been the vertical line that is clearly the |

:33:40  1   climb up the mountain and then down into the Central Valley.

:33:46  2          THE COURT:  Almost into the Mohave Desert.

:33:53  3          MR. FITCH:  An accurate detailed depiction of all the

:33:58  4   sites and considerations that I judiciously raised in my Friday

:34:00  5   communication.

:34:01  6          THE COURT:  Was this also the reason that, Tony, that

:34:04  7   you have been the butt of many jokes this week?

:34:10  8          MR. FITCH:  This is one of several sources that over

:34:14  9   the weeks has led to some abuse from the likes of Williamson and

:34:18  10  Barr and others of that ilk.

:34:21  11         THE COURT:  Thanks, Tony.

:34:22  12              You can't see it but the map itself gives you

:34:27  13  turn-by-turn instructions on how to get from Santa Barbara to

:34:31  14  Bakersfield, California.

:34:41  15         MR. O'ROURKE:  This is Steve O'Rourke.

:34:41  16              I just wanted to point out a couple of things.

:34:46  17  First of all, he left out, this is the Island of the Lotus

:34:48  18  Eaters.  This the syla caribus.

:34:52  19              Also, every Friday, I fly home on the airplane,

:34:56  20  and I see Mr. Fitch going to DC.  He's usually in first class

:34:57  21  and I'm back in steerage.  So I checked with the travel agency,

:35:00  22  and one can stop in Houston or Phoenix or San Francisco to get a

:35:06  23  flight into Bakersfield without driving.

:35:06  24         THE COURT:  Yeah.  But, you know, I have to tell you,

:35:11  25  the difference between Santa Barbara and Bakersfield, we all

:35:14   1   have to agree with Tony on that one.  I do think it's

:35:18   2   punishment, is what it is.  So condolences to all who are going.

:35:24   3            Okay.  So let's get ourselves going.  Alan York

:35:29   4   asked if we could make this a land-speed record, and so let's

:35:34   5   see what he can do to assist in that regard.

:35:37   6            MR. YORK:  Your Honor, I think the report -- this is

:35:40   7   Alan York for Halliburton.

:35:42   8            The report you're looking for from me is on the

:35:44   9   trial exhibit cure list.  That was sent out last night.

:35:47   10   I do want to just call a couple of statistics very

:35:50   11   quickly for those who might skip the cover email and go directly

:35:54   12   to the Excel spreadsheet.

:35:55   13            There are 3,500 lines on the Excel spreadsheet.

:36:00   14   But, of those 3,500 separate documents, only 655 are actual

:36:04   15   changes to documents.  The majority are changes to folks'

:36:08   16   exhibit lists so that they can make those corrections before

:36:10   17   they file them.

:36:11   18            And, of the 655 exhibits that are touched, 500 of

:36:15   19   those are PSC cured exhibits that have been previously posted

:36:19   20   that we've reposted to the FTP site so that everyone has the

:36:24   21   same database to be working from.

:36:25   22            So it's a very limited number of new cures.  But

:36:29   23   all of that is out now.  We've included in the email and offered

:36:33   24   to set up a conference call with everyone in case they have

:36:37   25   questions.  And maybe with the holidays they'll have a little

REALTIME ROUGH DRAFT TRANSCRIPT

:36:40  1    time to digest the list a little bit, and then we can move

:36:43  2    forward on taking care of everything the first of the year.

:36:45  3            THE COURT:  Andy, you've got something on that issue?

:36:49  4            MR. LANGAN:  I have a couple of other Phase One issues

:36:54  5    real quick that I thought I might cover.

:36:56  6            THE COURT:  While we're talking about the holidays,

:36:59  7    we've looked at the calender, and we've decided no conference on

:37:03  8    12/28, which I think will make everybody happy.  So that's a

:37:05  9    good way to get the beating going.

:37:08  10           So let's hear what you've got.

:37:10  11           Let me interrupt real quickly.

:37:13  12           I'm deficient in not having thanked Don and all of

:37:21  13   the people with Godwin Lewis for the excellent meeting last

:37:27  14   night.  Thank you very much.  It was a lot of fun, and I hope it

:37:31  15   cost a lot of money.

:37:35  16           MR. GODWIN:  Well, it definitely cost a lot of money.

:37:39  17   It went to a good cause to mikes, and they needed good help.

:37:45  18   We're glad to help them.  I hope everybody had a good time.

:37:49  19           MR. LANGAN:  Your Honor, just a couple of clean-up

:37:52  20   issues on Pretrial Order 54.

:37:54  21           First of all, in paragraph 8 about the opening

:37:56  22   statements, M-I ought to be slotted in.

:37:59  23           THE COURT:  Well, you know, I kind of gave them the

:38:03  24   heads-up that maybe they could request space in the overflow

:38:09  25   courtroom.  And, somehow, they didn't think that was the right

thing to do.

          We're going to give them space and we're going to give them time, which I suspect that they can use.  But yes.

          MR. LANGAN:  So just -- I didn't go back and look at the old one.  It feels like after BP before Cameron for maybe 10 minutes.

          THE COURT:  Yeah.  I went back and looked.

          MR. MILLER:  You're talking about paragraph 6, Andy?

          MR. LANGAN:  Yes.  The opening statement.

          MR. MILLER:  I thought you said paragraph 8.

          MR. TANNER:  Your Honor, I believe in the prior order it was 10 minutes at the very end.

          Hugh Tanner for M-I.

          THE COURT:  Hugh and I had some fun email conversations last week with regard to this.

          Hugh, we're going to give you a place at the table.  Well, not at the table, in the jury box.  And we're going to give you some minutes on opening.  And so we will restore your previous status.  Although, I think it's a mistake.

          MR. TANNER:  We're perfectly happy in overflow.  Or, just dismiss us from the case, we'd be okay with that, too.

          THE COURT:  That's something else I wish the people would think about.  We could skin the cat another way.

          If anybody has any interest in talking about that, why don't you shoot me an email.  Thank you.

:39:43  1          MR. LANGAN:  That brings me to the seating chart.  I

:39:47  2  think we have closure now among the defendants on the revised

:39:49  3  seating chart, which is actually not very much changed from the

:39:52  4  last one.  But I'll send in what I believe to be the final one

:39:56  5  later today.

:39:57  6          THE COURT:  Because Hugh had pointed out there was a

:39:59  7  version 7.

:40:00  8              So you're going to work off, I assume, your last

:40:03  9  version and kind of work M-I into your last version.

:40:08  10          MR. LANGAN:  Correct.  This will wind be up being

:40:10  11  version 8, and I think we will have closure that.  I'll send

:40:10  12  that today.  I know it's due on Friday, but I think we can take

:40:15  13  care of it today.

:40:15  14          THE COURT:  I'm looking for closure.

:40:18  15          MR. LANGAN:  The other thing I wanted to mention on

:40:24  16  Phase One was -- this is really a Judge Barbier issue, but I

:40:24  17  think it would be helpful to revisit -- not revisit -- but have

:40:28  18  an understanding once again about what he's thinking about in

:40:31  19  terms of trial days, five days a week, four days a week.

:40:34  20          THE COURT:  No.  Monday through Thursday, with Friday

:40:40  21  off for him to handle other things.  Because he's not giving up

:40:43  22  his regular docket.  I believe he's still aiming for that.  So,

:40:47  23  unless there is a Friday holiday -- I'm sorry -- a holiday

:40:54  24  during the rest of the week, I think he's thinking Monday

:40:57  25  through Thursday, Fridays off.

```
:41:00   1          MR. LANGAN:  And I seem to remember him starting at 8.
:41:02   2   I think he told us --
:41:03   3          THE COURT:  I believe that's right.  But we will go
:41:06   4   back and reconfirm all of that to everybody.
:41:08   5          MR. LANGAN:  I know there's a pretrial conference in
:41:11   6   January where I'm sure this will be covered.  But the question
:41:14   7   with was raised on our team to just have an understanding about
:41:17   8   that.
:41:17   9          THE COURT:  I don't think that has changed as far as
:41:20  10   trial days.
:41:21  11          MR. LANGAN:  The only other thing I wanted to mention
:41:23  12   was, the last time we were here I talked about the ROV survey
:41:27  13   and asked for an order.  Your Honor gave us the order.
:41:30  14          I just wanted to report that, working with TO and
:41:34  15   the Coast Guard, and I believe the rig survey is now complete.
:41:37  16   And there was no evidence discovered of any leaks or seeps at
:41:42  17   any of the wells or the seabed.
:41:44  18          And we're still continuing to work with the Coast
:41:48  19   Guard.  And I think the evaluation continues of what was
:41:51  20   discovered at the rig site itself.  But no obvious evidence of a
:41:56  21   source of a sheen.
:41:57  22          THE COURT:  Okay.
:41:58  23          And then, Andy, last but not least, how was your
:42:01  24   dinner at Schula's last night?
:42:05  25          MR. LANGAN:  Not bad, Your Honor.
```

:42:06  1                You think I should go somewhere else, I

:42:08  2    understand.

:42:08  3                THE COURT:  I do.  I think the entire group does.

:42:12  4                And so does everybody agree that, in New Orleans,

:42:16  5    he can do better?

:42:19  6                MR. LANGAN:  We tend to be creatures of habit.

:42:21  7                THE COURT:  I understand.  Let's find a new habit.

:42:26  8                MR. LANGAN:  Point noted.  Thank you, Your Honor.

:42:31  9                THE COURT:  Okay.  I don't know if we really want to

:42:41  10   tackle this today.  We did get a communication from Halliburton

:42:49  11   with regard to the PSC's request to add David Calvert as a

:42:54  12   proposed PSC live witness at the Phase One trial.  And I'm not

:42:59  13   sure we want to tackle this today but --

:43:03  14               MR. STERBCOW:  Should I read in to that and sit down?

:43:06  15               THE COURT:  Do you all want to respond in writing?

:43:10  16               MR. STERBCOW:  Paul Sterbcow for the PSC.

:43:12  17               Very simply, Your Honor, my impression -- and it

:43:13  18   may have been mistaken -- was that last week the Court was under

:43:19  19   the impression that there was no adding of witnesses.  We were

:43:24  20   shuffling witnesses based on events since the settlement and as

:43:27  21   a result of the settlement.

:43:29  22               Ergo, the requirement for the motion under the

:43:31  23   Pretrial Order 54 did not come into play.

:43:35  24               THE COURT:  Ergo.

:43:38  25               MR. STERBCOW:  Ergo.

```
:43:40   1              Now, Don obviously disagrees with that.

:43:42   2              So, really, what I'm looking for more than

:43:43   3   anything is clarification.  Do we fall under the rule?  Because,

:43:44   4   if you read the pretrial order literally, it says adding

:43:47   5   witnesses, and we're not adding anybody.

:43:50   6              THE COURT:  I think the difference is -- and I'd like

:43:52   7   you to speak to Don about it -- is that this witness was listed

:43:56   8   by deposition, and he's objecting to calling him live.  I think

:44:01   9   that's the distinction Don is making.

:44:05  10              MR. GODWIN:  That's it, Your Honor.

:44:06  11              THE COURT:  Not to speak for you, Don.

:44:08  12              MR. GODWIN:  That is the point.

:44:11  13              MR. STERBCOW:  Then Don and I will talk about it.

:44:13  14              The Pretrial Order doesn't speak to that.  It just

:44:15  15   says witnesses at trial, live or by deposition.

:44:18  16              THE COURT:  Why don't you all try to figure that out.

:44:21  17   And, if you can't, send in a letter brief.

:44:24  18              MR. STERBCOW:  Do you want to go through the rest of

:44:27  19   the agenda, Judge?  Or do you want me to blow through what I

:44:30  20   need to talk about?

:44:30  21              THE COURT:  You got Phase One?

:44:33  22              MR. STERBCOW:  Phase One, do you want to take up the

:44:36  23   Bea issue now because it ties to Phase Two, or do you want to

:44:39  24   wait on that one?

:44:39  25              THE COURT:  Let's wait on that, that's Phase Two.
```

:44:44  1              You got any Phase One?

:44:47  2         MR. STERBCOW:  Phase One, in terms of exhibits, and

:44:50  3    given the timing of this and how the criminal portion of this is

:44:53  4    going to play out, the PSC wants to note for the record that it

:44:55  5    may be required of us to amend or supplement an exhibit list at

:44:59  6    the completion of the criminal proceedings, say after -- if the

:45:03  7    BP corporate criminal proceeding ends on the 29th of January,

:45:08  8    and we get a final order, signed order, from Judge Vance saying

:45:13  9    this is the plea, I accept it, it's over, at that point we would

:45:16  10   want to put a T-rex number on that document and put it into

:45:20  11   evidence.  We don't want to be precluded because we can't do it

:45:24  12   now because as of today it's inadmissible.

:45:24  13             Likewise, if something were to happen with Mr.

:45:26  14   Kaluza or Mr. Vidrine, a deal gets cut or a plea gets entered,

:45:26  15   and whatever document that arises out of that proceeding is in

:45:26  16   fact admissible, we want to make sure we have the opportunity to

:45:35  17   deal with it at that time and not be precluded because it's too

:45:38  18   late.

:45:38  19         THE COURT:  Fair enough.  We'll allow BP time to think

:45:41  20   about that one.

:45:44  21         MR. STERBCOW:  That's fine.  That's why I wanted to put

:45:46  22   it on the record.

:45:47  23         MR. LANGAN:  Your Honor, Andy Langan for BP.

:45:50  24             I understand what Mr. Sterbcow is saying.  I think

:45:53  25   my reaction would be, it's well understood there's a good cause

:45:57  1   for all parties at any time to come to the Court and say this is

:46:04  2   something new.  That goes for what he's talking about, and that

:46:05  3   goes for everybody else.  I think we can take it as it comes.

:46:07  4            THE COURT:  Good.  All right.  That's on the table.

:46:10  5            MR. STERBCOW:  That's it, other than the Bob Bea issue.

:46:13  6            THE COURT:  Mr. Herman?

:46:14  7            MR. HERMAN:  Your Honor, Steve Herman for the

:46:17  8   plaintiff.

:46:17  9            Just to close the loop on the issue that Paul

:46:19  10  raised on the PTO 54.  It's our understanding from what was said

:46:23  11  in court last week that, because we weren't adding witnesses, we

:46:28  12  were just re-shuffling -- I think that was the Court's term --

:46:31  13  that we didn't fall under this good cause requirement.

:46:35  14            Separate and apart from Calvert, Don's letter

:46:38  15  seems to suggest that he's expecting us on June 4th to make this

:46:43  16  good cause showing for the other three witnesses.  We are not

:46:46  17  really planning to do that as of right now, unless the Court

:46:48  18  tells us that we're supposed to.

:46:50  19            So I think we would like to get some clarification

:46:53  20  sometime before June 4th as to whether we need to do that.

:47:00  21  January 4th.  I'm sorry.

:47:01  22            THE COURT:  Yeah.  I'd like to get this one taken care

:47:04  23  of.  So why don't you all talk about it.  If you can't get it

:47:08  24  done, let me know.

:47:11  25            MR. STERBCOW:  One other thing Don reminded me.

:47:13   1            An issue came up about document production. In

:47:16   2   particular, Hessy Cementing Manual, Practices Manual, I think

:47:20   3   it's Exhibit 989. Has a series of icons in the manual that you

:47:25   4   click on and they bring up reference documents.

:47:28   5            There was a particular document at issue that we

:47:30   6   had been trying to get. We got it yesterday.

:47:32   7            But I wanted to let the Court know that, of 109

:47:36   8   icons, 17 now total have been produced in term of documents

:47:41   9   connected to the icon. We're going to go back, identify those

:47:46  10   17.

:47:46  11            If there are any more that we think should be

:47:48  12   produced, I'm going to talk to Don directly about that over the

:47:51  13   next week, and we'll work that out.

:47:53  14         THE COURT: Good. That's great.

:47:55  15         MR. GODWIN: That's correct, Judge.

:48:00  16         MR. O'KEEFE: Excuse me, Your Honor. If January 4th is

:48:04  17   the date that the PSC needs to know, do we need to get

:48:10  18   Halliburton and the PSC to give us something prior to that?

:48:10  19         THE COURT: Yeah. I think they're going to talk in the

:48:13  20   next couple of days. And, if they can't resolve it, they will

:48:17  21   let us know promptly.

:48:18  22           Is that the understanding?

:48:20  23         MR. GODWIN: Yes, Your Honor. For Halliburton, it is.

:48:22  24         THE COURT: Okay.

:48:24  25           Let's see. Mr. Gasaway, how we doing on the test

```
:48:29   1    results?  How is that looking?
:48:32   2                    Good morning.
:48:33   3            MR. GASAWAY:  Good morning, Your Honor.
:48:35   4                    We're doing fine.  We produced them on Friday.  I
:48:38   5    think they were appropriately segregated.  We're hoping that all
:48:41   6    parties have the results and that it's clear what was going on.
:48:44   7    So hopefully that issue can be taken off the list.
:48:47   8            THE COURT:  Good.  That's a great report.  Okay.
:48:51   9                    Are there any remaining issues that we need to tee
:48:59   10   up or discuss with regard to BP and the US, or have we closed
:49:03   11   all open items?
:49:07   12           MS. HIMMELHOCK:  Your Honor, this is Sarah Himmelhock.
:49:10   13                    I think, with respect to our document production,
:49:12   14   I think we're done.
:49:12   15           THE COURT:  Yep.
:49:14   16           MS. HIMMELHOCH:  There is an ongoing meet-and-confer
:49:16   17   about BP's 30(b)(6) designees, which I'll touch on at a later
:49:22   18   point.
:49:22   19                    But I think you were asking about US document
:49:25   20   production, and I think we are done.
:49:27   21           MR. GASAWAY:  Well, the meet-and-confer is about both
:49:30   22   designees.
:49:31   23                    To the extent that we're talking about 30(b)(6)
:49:33   24   testimony, they've said that some BP testimony may need to be
:49:36   25   supplemented.  We've said that, if any testimony needs to be
```

:49:40   1   supplemented, surely the US first and then BP.  So that is a

:49:44   2   bilateral discussion.

:49:45   3              But I think Sarah's right in terms of the USA

:49:49   4   document production, I don't see any further outstanding issues.

:49:55   5              MR. LANGAN:  I never disagree with Rob, but one lose

:49:58   6   end perhaps.  And it has to do with email custodians and use of

:50:04   7   aliases related to email custodians.

:50:07   8              In other words, senior government officials --

:50:09   9   there's been a lot of publicity about this -- sometimes use

:50:14   10  aliases instead of their real name for emails for various

:50:18   11  reasons, including -- their emails get jammed up.  And that has

:50:23   12  occurred in this case.

:50:24   13             We are in conversations with the United States and

:50:26   14  the Department of Justice about making sure we've actually

:50:29   15  exhausted the issue about, for instance, Lisa Jackson at the

:50:36   16  EPA.  And so that is a loose end.

:50:38   17             We have some meet-and-confers with Sarah's team

:50:41   18  about this.  That loop is not closed.  So, in the nature of

:50:42   19  making sure there is no understanding, that's an open issue.

:50:45   20             MS. HIMMELHOCK:  I think I can close it.  As far as I

:50:47   21  know, the only alias that was used was for Administrator

:50:54   22  Jackson.  And I had informed BP of that when they inquired.

:51:00   23             The other officials used email addresses that

:51:03   24  were in conformance with either the internal shorthand or the

:51:11   25  external email address conventions of their agencies.  So

:51:13   1   sometimes it may not be entirely obvious from the email address

:51:17   2   until you sort of understand the convention of the particular

:51:22   3   agency's email system.  For instance, it's at DOE, main DOE, the

:51:29   4   convention is first initial, last name.  At others, it's last

:51:34   5   name dot first name.  At others, it's some other combination of

:51:38   6   initials.

:51:38   7           But there is, to my knowledge, no one other than

:51:42   8   Lisa Jackson who used an alias.  And that's more pejorative than

:51:49   9   I think is appropriate.  An alternate name for their email

:51:52   10  address.

:51:53   11          So I think that closes the loop on that question.

:51:59   12       MR. NOMILLINI:  Your Honor, it's Mark Nomillini.  Good

:52:02   13  morning.

:52:03   14          I appreciate that information from Sarah.

:52:04   15          I guess what I'd like to do, just to make sure

:52:09   16  we're seeing eye to eye on this, is take this issue off-line

:52:13   17  with Sarah and hopefully figure it out, just so we would make

:52:17   18  sure we have people identified to email address.

:52:22   19       MS. HIMMELHOCK:  If they want to send me a reasonable

:52:25   20  list of individuals whose email addresses they would want us to

:52:31   21  identify -- and, by reasonable, I'm thinking well under a 100,

:52:34   22  I'm happy to specify email for individuals.

:52:39   23       MR. GASAWAY:  Let me just say this, to bring this to a

:52:41   24  close.  We have an outstanding inquiry into Sarah that was dated

:52:46   25  December 14th from Al Pixton that has not been answered.  So

:52:51  1   this is obviously not something that we're going to take up at a

:52:53  2   Friday conference.

:52:54  3           You asked if there were any outstanding issues.  I

:52:57  4   appreciate Andy reminding me of this.  Obviously, there's

:53:00  5   follow-up that needs to happen.  We appreciate Sarah's

:53:03  6   information and her offer to take a list.

:53:05  7           Sarah, you can either respond to Mr. Pixton's

:53:09  8   email to you on the 14th, or we can set a call or take it

:53:14  9   off-line, however you'd like.

:53:16  10      MS. HIMMELHOCK:  Mr. Pixton's inquiry was are there

:53:20  11  other government officials who have used aliases.  I have now

:53:23  12  answered that.

:53:25  13      MR. GASAWAY:  But you can understand, given the fact

:53:27  14  that he originally asked that a month earlier and you didn't

:53:30  15  respond, that we would appreciate some kind of a response in

:53:32  16  writing or -- as opposed to off the top of your head.  So we'll

:53:39  17  follow up with you, Sarah.

:53:41  18      MS. HIMMELHOCK:  Respectfully, I simply overlooked his

:53:44  19  email.  When he reminded me, I was going to send an email.  You

:53:47  20  raised it this morning.  I gave the considered answer I would

:53:51  21  have given in the email.

:53:52  22          I'm happy to send an email confirming what I've

:53:57  23  just said on the record.

:53:58  24      MR. GASAWAY:  Okay.  Thank you.

:53:59  25      THE COURT:  And here's the question.  When did Alan

:54:02  1   become Mr. Pixton?

:54:04  2             But, yes, if there is any problem on that, let me

:54:07  3   know.

:54:09  4             I won't comment further about a recent event here

:54:13  5   in New Orleans using aliases.  Although, I guess I did.

:54:21  6             Okay.  The document production from the University

:54:27  7   of California Santa Barbara has been agonizing.  I believe we

:54:33  8   are reaching the end of the line.

:54:35  9             January 7th should be the date by which the

:54:41 10   privilege logs are produced.  Document production should be

:54:45 11   completed this coming Wednesday.  Tomorrow.

:54:49 12             MR. GASAWAY:  Your Honor, just, on that, we did see a

:54:52 13   little bit of the email traffic last night talking about some of

:54:57 14   the latest wrinkles and turns in the road and the 1,200

:55:00 15   documents that were taken out and so forth.  And we may want to

:55:04 16   work with Captain Engelbert and the Court just to make sure that

:55:08 17   we're on the same page in terms of what's a sensitive document,

:55:11 18   what's a privileged document, et cetera.

:55:13 19             But this has been a long process.  We are getting

:55:16 20   some documents at last.  I do think we have dates in place now

:55:23 21   for the deposition.  So it's more important than ever that we

:55:28 22   work to meet those dates and make sure we have the documents

:55:31 23   in-house and not have any further slippage.

:55:33 24             THE COURT:  And then, to top it off, the attorney with

:55:37 25   the university with whom we have been dealing announced that as

:55:42  1    of Friday he's off for a month.

:55:45  2                MR. GASAWAY:  I noticed that, Your Honor.  That's nice.

:55:50  3                THE COURT:  Anyway, it's been a frustrating

:55:57  4    exploration.

:55:58  5                MR. GASAWAY:  Experience.

:55:59  6                THE COURT:  So yes, if you want to have a conference

:56:02  7    call, we can certainly set that up.  We can set it up this

:56:07  8    afternoon, if you want.  Just let me know.

:56:10  9                MR. GASAWAY:  I just want to make sure that -- there is

:56:12  10   large numbers of documents that are being categorized as

:56:15  11   non-responsive and privileged.  And especially as they're being

:56:23  12   categorized by a non-lawyer, apparently Professor Leifer, who

:56:27  13   has now dipped himself into these waters and who is determining

:56:28  14   what is and is not responsive to the needs of the MDL.  I'm just

:56:33  15   not sure in terms of that legal determination he's going to be

:56:47  16   as accurate as he might be if we gave the proper support.

:56:50  17               THE COURT:  We can do that this afternoon, Rob.  If

:56:50  18   you'll let me know what you want to do, I'll send an email to

:56:51  19   Captain Engelbert.  Because I do want to get that done.

:56:58  20               We've got Transocean's motion to strike Phase One

:57:02  21   questioning.

:57:09  22               PSC, do you all want to respond and give me a date

:57:11  23   by which --

:57:12  24               Hello, Mr. Williamson.

:57:16  25               MR. WILLIAMSON:  Hello, Your Honor.  Jimmy Williamson

:57:21  1   for the PSC, Your Honor.

:57:23  2           Yes, Your Honor we would like to respond.  Would

:57:28  3   next week be acceptable to the Court?

:57:31  4           THE COURT:  Fine.

:57:33  5           MR. WILLIAMSON:  Next Thursday?  Which is the 27th?

:57:38  6           THE COURT:  27th.

:57:40  7           MR. WILLIAMSON:  Thank you, Your Honor.

:57:41  8           THE COURT:  How do we stand on the Oceaneering document

:57:51  9   production?  Which has been a continuing holdover.

:57:59  10          MR. O'ROURKE:  Morning, Your Honor.  Steve O'Rourke for

:58:02  11  the United States.

:58:03  12          Oceaneering continues to work on their document

:58:05  13  production.  My lawyer characterized their work as diligent.

:58:13  14  And they're in contact with us.

:58:14  15          They're encountering technical problems, but the

:58:17  16  third-party contractor has finished processing 20,000 documents,

:58:21  17  which is the first batch.

:58:22  18          The second batch is in progress, to be sent off to

:58:26  19  the third-party contractor.

:58:30  20          Oceaneering is proposing January 14th and 15th,

:58:34  21  though, for one witness, with the week of January 21 for the

:58:39  22  other witness.

:58:39  23          THE COURT:  Are we going to make that as far as

:58:42  24  document production?

:58:44  25          MR. O'ROURKE:  And I'm being told I can mention that

REALTIME ROUGH DRAFT TRANSCRIPT

:58:47  1   Oceaneering counsel is available to talk with you if you want

:58:50  2   more information, and we can set up a call this week if that

:58:53  3   would be helpful.

:58:53  4           THE COURT:  Yeah.  I guess my question is, I have no

:58:57  5   problem with the suggested dates, but we're not going to make

:59:00  6   the 21 days at the rate they're going.

:59:05  7           MR. O'ROURKE:  Right.  And this is the entity with whom

:59:09  8   the United States had previously said we'll waive the 21 days,

:59:12  9   and we are the first ones who asked for this deposition.  And I

:59:16  10  don't recall any other party objecting to that.

:59:19  11          We can continue working on that.

:59:20  12          THE COURT:  Okay.  Why don't you tentatively book dates

:59:23  13  and let everybody know.

:59:25  14          And, if you're okay with it and nobody else

:59:27  15  objects, that's fine.

:59:28  16          MR. O'ROURKE:  Thank you.

:59:30  17          THE COURT:  You're welcome.

:59:31  18          Rob, do you object?

:59:34  19          MR. GASAWAY:  You know, Your Honor, we don't object.

:59:37  20          I just have to say, when this last came up --

:59:41  21  because I'm not exactly sure what these documents are, how many.

:59:46  22  Obviously, a lot of the ROV information and pictures that may or

:59:52  23  may not be introduced came from Oceaneering, so this is a little

:59:56  24  bit of a black box.  So we'd like to be a part of the

:59:59  25  conversation.  Certainly, if we can get this deposition behind

REALTIME ROUGH DRAFT TRANSCRIPT

:00:02   1   us, we'd love to do that.  And it may be that these are the

:00:06   2   kinds of things, particularly ROV videos, that we already have.

:00:10   3   So it could be that some of the production is dotting I's and

:00:15   4   crossing T's.  But we want to make sure of that before we go

:00:19   5   forward on that.

:00:20   6          THE COURT:  No problem on that.

:00:21   7             Steve, if you all think a conference call would

:00:24   8   help, I'd be happy to participate.

:00:28   9          MR. O'ROURKE:  Okay, great.

:00:28   10             Let me clarify.  I think everybody has the videos.

:00:32   11   These are documents, not videos.  There's 20,000 in process with

:00:36   12   the third-party contractor.  There are four more custodians to

:00:41   13   go to the contractor.  So the black box is with the four

:00:43   14   custodians.

:00:44   15          THE COURT:  All right.  So let's just keep up to snuff.

:00:47   16   And, if you think a conference would help, we can always

:00:49   17   schedule.

:00:51   18             We've taken care of Secretary Chu.  Everybody,

:00:55   19   thank you for working that out as far as time allocation, et

:00:55   20   cetera.

:01:01   21             Have you all agreed on the length of the

:01:05   22   deposition of Admiral Watson?

:01:08   23          MR. O'ROURKE:  Your Honor, we met and conferred and

:01:10   24   agreed on all 20 of the witnesses.  The 19th.  And that it will

:01:17   25   be two days long.

REALTIME ROUGH DRAFT TRANSCRIPT

:01:18   1          We've agreed on hybrid source control or

:01:23   2   quantification.

:01:24   3          Secretary Chu has a unique allocation, seven hours

:01:24   4   and 35 minutes.

:01:28   5          Two other individuals, BP employees, Mr. Hill and

:01:31   6   Mr. Mason, we are working out a special allocation where

:01:37   7   Transocean gets a little extra time.  I think we have a deal on

:01:41   8   that.  We'll paper that up and make sure everybody knows.

:01:45   9          I think we've agreed on the locations.

:01:47   10          We sent a calender around last night and make sure

:01:50   11   everybody agrees I have all the date and information right.

:01:53   12   And, if everybody agrees, I'll send it out later this week.

:01:58   13          THE COURT:  Good progress.  Thank you.

:02:02   14          MR. O'ROURKE:  Oh, with one exception.  Mr. Graettinger

:02:04   15   from NOAA.

:02:09   16          THE COURT:  Yes.

:02:11   17          MR. O'ROURKE:  So we have his documents in progress.

:02:13   18          The problem for us is that, as a scientist at

:02:16   19   NOAA, he's been involved in the natural resource damages

:02:19   20   assessment of the case.  We think he was involved a little bit

:02:22   21   at the beginning in the 5,000 barrel flow estimate.  But, since

:02:26   22   then, has been mostly involved in the geographic information

:02:26   23   system analysis of oil contamination from a natural resource

:02:36   24   damage purpose.  Which at this point is all work product.  So we

:02:38   25   have a massive privilege log to do for this gentlemen.

| | |
|---|---|
| :00:52 | 1 |

:00:52   1          Ms. Himmelhock is on the phone, and she can

:02:46   2   correct me if I'm wrong, but we believe we can set him for the

:02:49   3   week of February 4th, which is now the final week for fact

:02:53   4   depositions under your current proposed case management order.

:02:53   5          That, we could make the 21 days with the log using

:02:56   6   the standard search methodologies for privileged search terms.

:03:02   7          That does raise the specter of the Super

:03:07   8   Bowl-Mardi Gras problem.  So I think this does have to be the

:03:10   9   week of the 4th.  Maybe, if people can't get hotels here, we can

:03:13   10  do it in Seattle where he lives, or perhaps in DC where the

:03:18   11  other lawyers live.

:03:20   12      THE COURT:  I think you're not going to be able to do

:03:24   13  it here.

:03:25   14      MR. O'ROURKE:  It's Mardi Gras.

:03:27   15      THE COURT:  Well, if you want to bunk with Judge

:03:31   16  Barbier, it's okay with me.  My house is not open.

:03:38   17          So, if you all can work it out, you can have it in

:03:38   18  New Orleans and have a little Mardi Gras while you're at it.

:03:40   19      MR. O'ROURKE:  I'll send the proposed data probably

:03:44   20  this week, and we'll leave the location tentatively other than

:03:50   21  New Orleans.

:03:50   22      THE COURT:  Did we take care of Mr. Hand?  We had two

:03:55   23  different two-day periods that he could be scheduled, either

:03:59   24  January 28th-29th, or January 31st-February 1.

:04:07   25      MR. HAYCRAFT:  Judge, Don Haycraft.

:04:10    1          I've had a discussion with TO's counsel and with

:04:14    2    Brian Barr, and we've agreed on the 28th and 29th, which is

:04:17    3    Monday-Tuesday.

:04:18    4          THE COURT:  Perfect.

:04:20    5          Then, last but not least on my notes, is the

:04:22    6    double tracking between Mr. Havstad and Mr. Dyhuizen -- is that

:04:29    7    close enough?  Does everybody know what I'm talking about?

:04:35    8          MR. FITCH:  Dykhuizen.

:04:41    9          THE COURT:  Huizen doesn't look right.  Maybe it is

:04:45   10    right.

:04:47   11          Anyway, is there anything we can do to avoid that

:04:49   12    double-tracking, or is that just of necessity?

:04:52   13          MR. O'ROURKE:  As of right now, I believe those are the

:04:54   14    dates they're both available.

:04:55   15          And, as I noted yesterday, there's a lot of

:05:01   16    double-tracking in this month.  And, as far as we're concerned,

:05:04   17    so be it.

:05:05   18          THE COURT:  Okay.

:05:07   19          Rob.

:05:09   20          MR. GASAWAY:  Steve's right, there is a lot of the

:05:11   21    double-tracking.  If he can change them around, they're similar

:05:14   22    witnesses, we would appreciate it.  But, if not, obviously we'll

:05:18   23    go forward with that.

:05:20   24          In that regard, I would just say that, to the

:05:23   25    extent of going back to Mr. Graettinger, that he's not available

:05:26  1    in New Orleans because of logistics, we would have a strong

:05:30  2    preference for DC.  Given that he continues to be a United

:05:35  3    States Government employee, we just think that, given the number

:05:37  4    of depositions in this timeframe, rather than going out west for

:05:43  5    Professor Leifer, who is a third party, it would be best either

:05:46  6    to do it in New Orleans; or, if not in New Orleans, in DC.

:05:53  7              THE COURT:  All right.  Thank you.

:05:54  8                 All right, Steve Herman.

:05:56  9         MR. HERMAN:  I thought Your Honor might be done with

:05:58  10   Phase Two.

:06:03  11        MS. HIMMELHOCH:  Your Honor, I do want to suggest

:06:06  12   something with respect to Phase Two before you move on.

:06:08  13             THE COURT:  Okay.  Go ahead, Sarah.

:06:12  14        MS. HIMMELHOCH:  With respect to the 30(b)(6)

:06:15  15   witnesses, I'm going to take one more shot at trying to

:06:19  16   meet-and-confer with BP.  But I think, judging from their tone

:06:23  17   of the response to our letter, that it is highly unlikely that

:06:27  18   we will reach a resolution of this one.  And we'd like to, given

:06:30  19   the rapidly decreasing time for discovery, queue this up sooner

:06:35  20   rather than later.  So I would like to comit to try to meet and

:06:40  21   confer with BP some time this week, but we be permitted to file

:06:45  22   our brief on Friday; that BP have until January 3rd to respond;

:06:49  23   and then that we have until January 8th to reply.  So that we

:07:00  24   can -- we have a real deadline to try to meet and confer on this

:07:04  25   issue and then a briefing schedule in place before everyone

:07:08  1    dissipates for their various travels for the holidays.

:07:10  2            THE COURT:  I think that's fine.

:07:11  3            Is there any objection, Rob, to that proposal?

:07:19  4            Although I do think Sarah is being very gloomy

:07:23  5    about not be able to work this out.

:07:28  6            MR. GASAWAY:  I do, too.  We should be able to work

:07:32  7    this out, hopefully.

:07:32  8            What were the dates again, Sarah?

:07:35  9            MS. HIMMELHOCH:  This Friday, we file.  You respond on

:07:38  10   January 3rd.  And we reply on January 8th.

:07:41  11           MR. GASAWAY:  What day of the week is the 3rd?  Is that

:07:44  12   a Thursday?

:07:47  13           MS. HIMMELHOCH:  It's a Thursday.

:07:47  14           MR. GASAWAY:  Could you just give us that Friday, given

:07:50  15   travel schedules?  We'll reply on the first Friday of the new

:07:59  16   year.  And then, if you want to reply on Friday, or the 8th,

:08:04  17   that's fine.

:08:04  18           MS. HIMMELHOCH:  We'd like the 9th then.

:08:04  19           MR. GASAWAY:  All right.  That works for us.

:08:04  20           But let's do try to meet and confer.

:08:05  21           MS. HIMMELHOCH:  Why don't you give me a call when it's

:08:08  22   convenient for you.  I'm available most of tomorrow.

:08:10  23           THE COURT:  Okay.  We'll do that.  Thank you, Sarah.

:08:16  24           MR. FITCH:  Judge, another Phase Two issue.

:08:19  25           THE COURT:  Let me see if I'm through Phase Two yet.

:08:24  1          Well, I'm really not.  I thought we wanted to

:08:27  2  discuss the timeline.  And I particularly wanted to discuss the

:08:33  3  Dr. Bea/Dr. Gail conflict that seems to be arising.

:08:43  4          Andy?

:08:44  5          MR. LANGAN:  I just had a simpler Phase Two timeline

:08:47  6  issue other than Bea.

:08:48  7          THE COURT:  Let's start simple.

:08:50  8          MR. LANGAN:  So, tomorrow, first installment of the

:08:56  9  good faith trial exhibit list.  And we're on screen for that, I

:09:01  10  presume everybody else is.

:09:03  11          Calls for objections to that first installment on

:09:06  12  January 9th.

:09:08  13          And I wonder if we ought to consider a little more

:09:11  14  time for that with the holidays and everything.  Frankly, I'm

:09:16  15  not sure everybody knows quite yet how many exhibits we're

:09:20  16  talking about and all that sort of thing.  I hate to get in the

:09:23  17  situation where the first thing out of the box we're asking for

:09:26  18  an extension.

:09:27  19          THE COURT:  I can't believe that anybody would object

:09:29  20  to that suggestion.

:09:30  21          MR. LANGAN:  Great.  Then I'll sit down.

:09:32  22          THE COURT:  If they do, please email me.  But we'll try

:09:36  23  to accommodate that suggestion.

:09:39  24          MR. LANGAN:  Push that back a little bit.

:09:41  25          THE COURT:  Thank you, Andy.  That was easy.

| | | |
|---|---|---|
| :09:45 | 1 | MS. HIMMELHOCK:  Your Honor, to succinctly summarize |
| :10:14 | 2 | the United States' position, I was instant messaging my |
| :10:14 | 3 | colleagues:  Yippee. |
| :09:56 | 4 | THE COURT:  Good, Sarah.  I'm glad we could get a |
| :09:59 | 5 | yippee out of you, because you were sure gloomy for the rest of |
| :10:04 | 6 | the morning. |
| :10:05 | 7 | And have you got that set up as a group instant |
| :10:08 | 8 | messaging? |
| :10:11 | 9 | MS. HIMMELHOCK:  No.  One at a time.  But one of my |
| :10:14 | 10 | colleagues replied yippee with six E's. |
| :10:20 | 11 | THE COURT:  I've got mine set up as a group so I can |
| :10:26 | 12 | send it out mass-send. |
| :10:27 | 13 | I wanted to talk briefly about the conflict that |
| :10:30 | 14 | we seem to have created by breaking Dr. Bea out and putting him |
| :10:36 | 15 | on a separate track.  And we got Rob's letter yesterday saying |
| :10:43 | 16 | that, if we do that, then all of the experts who are responding |
| :10:50 | 17 | to Bea/Gail won't be able to come until May, which is |
| :10:58 | 18 | problematic. |
| :11:00 | 19 | So what I'd like to think about, and I guess I'm |
| :11:05 | 20 | looking at Mr. Barr, is whether Dr. Gail can put something |
| :11:14 | 21 | together and maybe make a slightly modified timeline where we |
| :11:22 | 22 | would not be having all of the -- I don't know how many there |
| :11:28 | 23 | are going to be.  I went back and looked at the summary of |
| :11:32 | 24 | Dr. Bea's projected testimony, which was submitted to me |
| :11:36 | 25 | in-camera -- I'm not going to disclose that.  And I don't know |

:11:43  1    how many of those there will be.  So I need to look at that.

:11:48  2    But it is a problem to think that all of that would be moved

:11:51  3    back until May and you all will really be jammed during that

:11:55  4    time period.  So would you think on that and think what we might

:11:59  5    do to accommodate that issue?

:12:04  6              MR. BARR:  We'll think about it, Your Honor.

:12:07  7              MR. GASAWAY:  And we'll talk to Brian.

:12:09  8              THE COURT:  That would be helpful.

:12:11  9              MR. O'ROURKE:  If I may?

:12:11  10             THE COURT:  Sure.

:12:13  11             MR. O'ROURKE:  This is Steve O'Rourke for the United

:12:15  12   States.

:12:15  13             We don't oppose an extension or the schedule.

:12:17  14             The only thing we're concerned about is, if we do

:12:20  15   our reports, BP does theirs, we rebut, then comes a later phase

:12:27  16   where -- we want it to be strictly construed that they can't be

:12:32  17   surrebutting our rebuttal experts.  It has to be very clear.

:12:35  18             THE COURT:  No surrebuttals.  Let me be real clear.

:12:39  19   Surrebuttal report, not going to happen.  So that's easy.

:12:46  20             I do want to try to accommodate the PSC and Dr.

:12:51  21   Bea, because he will be busy in January.  On the other hand, I

:12:54  22   don't want to create a logjam in May.  So let's do that.

:13:02  23             I understand that the clawback spreadsheets have

:13:07  24   been completed, and Mike Petrino wanted to particularly thank

:13:15  25   Anthony for his hard work on that.  So we're going to give you a

:13:22  1   shout-out on that one.  He was really most grateful for your

:13:26  2   work on that.

:13:30  3           MR. IRPINO:  Everybody has been wonderful to work with

:13:32  4   on the whole project, particularly Mike and Alan and everybody

:13:37  5   from BP.

:13:37  6           THE COURT:  So that's good.

:13:38  7               And that project is complete.

:13:41  8           MR. O'KEEFE:  It's complete.  It's very --

:13:42  9           MS. HIMMELHOCH:  Your Honor, may I ask a question about

:13:44  10  your preference and the parties' preference?

:13:46  11              I anticipate, given the volume of our production,

:13:49  12  that we may find additional documents that we need to clawback

:13:55  13  between now and the Phase Two trial.  In fact, I can practically

:13:58  14  guarantee it.

:13:58  15              My thought was that, rather than serve a new short

:14:03  16  clawback list, we would serve the Excel spreadsheet of our

:14:10  17  cumulative list and simply identify what's been added to our

:14:14  18  cumulative list so that the parties have one list that they're

:14:17  19  working with going forward on clawbacks.

:14:19  20              But I wanted to make sure that that met

:14:22  21  particularly the Court's preference, but also other parties'

:14:25  22  preferences.  And whether either parties' would be doing the

:14:29  23  same for their clawbacks.

:14:30  24          THE COURT:  Okay.

:14:31  25              Anthony, do you have a preference on that, that

:14:34  1   you'd rather have the cumulative spreadsheet with the additions

:14:41  2   noted?

:14:42  3            MR. IRPINO:  And I personally would.  I think it's more

:14:45  4   in the vein of what we're trying to do.

:14:49  5            THE COURT:  Well, then, that's the Court's preference.

:14:55  6            MR. IRPINO:  Well, I've got a few other preferences.

:14:58  7            THE COURT:  Come on up and tell me what they are.

:15:01  8            Sarah, I think it makes sense to serve the

:15:05  9   cumulative list, noting particularly what they have added, so

:15:08  10  that they don't have to search what's been added but still have

:15:12  11  one spreadsheet to work from.

:15:15  12           MS. HIMMELHOCK:  Will do.

:15:17  13           THE COURT:  Tony, you were up.

:15:20  14           MR. FITCH:  Tony Fitch from Anadarco.  It may be a

:15:23  15  timeline issue, it's an expert witness issue.

:15:26  16           The timeline has the 7/13 deadline regarding

:15:31  17  contesting authenticity of expert witnesses.  It doesn't address

:15:35  18  other expert witness document issues.  You'll recall that, in

:15:42  19  Phase One, in document 3916, in September of 11, you issued an

:15:47  20  order dealing with considerations, documents, exhibits,

:15:53  21  whatever, and then Reliance as a subcategory of reliance

:15:58  22  documents and so on.  And I was wondering and Anadarco was

:16:02  23  wondering if you're going to issue a similar order.

:16:04  24           And, in particular, there was footnote No. 1 in

:16:08  25  that order that gave very broad protections to attorney expert

:16:13   1    witness communications.  And it's important, I suggest, to

:16:17   2    clarify whether or not -- I assume it will be -- whether or not

:16:22   3    that will be the procedure, because we're all in the throws of

:16:25   4    that right now.

:16:26   5            THE COURT:  I don't see any reason to change that.  And

:16:30   6    I think everybody was very happy with what was finally worked

:16:34   7    out on that.  So I see no reason to change it.  So we will

:16:37   8    include it.

:16:40   9            And, if Mike and I look at this one more time,

:16:43   10   we're probably going to -- well, I won't tell you what we're

:16:47   11   going to do.  But your authenticity and reliance issues are

:16:50   12   noted, and we'll try to include that as well.

:16:55   13           MR. FITCH:  I was more concerned with not only that but

:16:58   14   the communication issue.

:16:59   15           THE COURT:  The communication issue is a no-brainer, as

:17:03   16   far as I'm concerned.

:17:04   17           MR. O'ROURKE:  Steve O'Rourke for the US.

:17:06   18           In response to that, the order that you had

:17:09   19   entered that we had negotiated with the three installment lists

:17:12   20   told us to go figure out what to do on the third installment.

:17:18   21   Are we replacing that in this order?

:17:22   22           THE COURT:  I don't know, honestly.  I'll go back and

:17:24   23   take a look at it.  I just don't know.

:17:28   24           MR. O'ROURKE:  Can we just kick it down the road

:17:31   25   because we're busy with other things?  I think we'll be aware

:17:34  1   where that came from.  If you want to set up a process where we

:17:37  2   start to think about that, we can do that.

:17:39  3              THE COURT:  Okay.  Mike and I will look at that this

:17:41  4   week and get out something to everybody if we want you to start

:17:46  5   thinking about it or whether we just want to roll with what we

:17:50  6   have.

:17:51  7              MR. O'ROURKE:  Thank you.

:17:52  8              THE COURT:  Thank you, Steve.

:17:53  9                   Alan York.

:17:54  10             MR. YORK:  Your Honor, one other follow-up question to

:17:58  11  Steve's regarding the prior order regarding the three phrases.

:18:01  12                  In the timeline, like for example, on January

:18:03  13  30th, deadline for motions addressing the reasonable number of

:18:07  14  sample documents.  In the previous order, that was an optional

:18:10  15  step, the parties could file that motion but weren't required to

:18:13  16  file that motion.  And we've interpreted it as that order

:18:16  17  informing this timeline and governing that timeline, so that's

:18:20  18  optional still.

:18:22  19             THE COURT:  This is definitely not required.

:18:24  20             MR. YORK:  Okay.  We just want to make sure.

:18:26  21             THE COURT:  If a party so chooses.  But we'll try to

:18:29  22  clarify that as well.

:18:30  23             MR. YORK:  Thank you, Judge.

:18:31  24             THE COURT:  Okay.  Any other comment?

:18:35  25                   Mr. Herman.

REALTIME ROUGH DRAFT TRANSCRIPT

:18:38   1          MR. HERMAN:  Yes, Your Honor.  Steve Herman for the

:18:42   2   plaintiffs.

:18:42   3               Just briefly, there was an email string between me

:18:44   4   and a representative of Epic regarding the master court-approved

:18:48   5   claims database.  And all of the sudden I cc'd defense counsel

:18:52   6   and the Court on the string, and I think there was some

:18:54   7   confusion about that.

:18:56   8               We are sending a letter that's been approved by

:19:00   9   the Court, a notice to everybody that's in the database just

:19:03   10   giving them, an abundance of caution, notice of a potential

:19:07   11   deadline for presentment and/or filing.

:19:10   12          THE COURT:  Right.

:19:11   13          MR. HERMAN:  It's anticipated that a lot of those are

:19:13   14   going to be returned; because, between whenever they filled out

:19:16   15   their short form and now, they've probably moved and probably

:19:20   16   haven't updated their short form or whatever.

:19:23   17               So my understanding, what Epic was asking was,

:19:26   18   when we get those back, we're going to endeavor to find out the

:19:29   19   current address for those people and resend out the current

:19:34   20   address, do you want us to update the database?

:19:39   21               So, as long as they keep the original information,

:19:42   22   I can't think of any reason why we wouldn't want to keep the

:19:44   23   database updated.  But it implicates all the parties and the

:19:48   24   Court, since it is a mass thing.

:19:50   25          THE COURT:  My initial reaction was, can't they keep

:19:52  1    the original database, make a copy and update the copy?  And

:19:56  2    that seems to me to be the easier way to go.

:20:00  3          MR. LANGAN:  Your Honor, Andy Langan for BP.

:20:07  4          Someone for our team was going to circle back with

:20:12  5    Steve on this.  But I believe, directionally, was create a new

:20:17  6    field with the new address and keep the old field.

:20:21  7          THE COURT:  That's fine.

:20:21  8          MR. LANGAN:  If I could reserve, we may have another

:20:25  9    comment or two.  But I think, directionally, that's where we

:20:29  10   were going.  And we were intending to get back to Steve.

:20:34  11         MR. HERMAN:  To harken back to Phase One for just a

:20:36  12   second, Mr. Sterbcow and I were talking, we don't really

:20:39  13   remember --

:20:40  14         THE COURT:  During the conference?  During the

:20:41  15   conference, you all were talking?

:20:44  16         MR. HERMAN:  We were doing it very quietly.  Nobody

:20:47  17   complained, nobody noticed.

:20:49  18         I'm not sure why this was not done in Phase One or

:20:52  19   last time it was set for trial, so I'm a little reluctant to

:20:55  20   bring it up.  Maybe there was too many things going on or people

:20:59  21   thought it would be futile or whatever.

:20:59  22         But it seems to us that it would make -- unless

:21:02  23   it's a complete waste of time and nobody's going to agree to

:21:07  24   anything -- that there's some way for us to get together and try

:21:09  25   to stipulate to the admissibility.  I know we went back and

REALTIME ROUGH DRAFT TRANSCRIPT

:21:13  1   discussed authenticity of the documents in this whole process.

:21:13  2   Everybody said we admit to authenticity but we don't admit to

:21:18  3   admissibility, so it didn't really do anybody any good.

:21:18  4            And it seems, now that we are getting close to the

:21:20  5   actual trial, if we could get together and try to stipulate to

:21:27  6   admissibility -- I don't really see any reason not to do that.

:21:30  7   I don't want to waste three days saying we're not going to

:21:34  8   stipulate to anything.

:21:36  9            THE COURT:  I thought we had resolved it by saying --

:21:39  10  frankly, guys, Judge Barbier is not going to sit around and

:21:47  11  listen to objection after objection after objection.  I mean,

:21:51  12  this should be something that most documents, it seems to me,

:21:57  13  that are authentic are probably also admissible.

:22:03  14            But, yes, I think it's a process that we probably

:22:10  15  should engage in.  And maybe the way to do it is to pick up with

:22:20  16  the exhibit list that you all completed last time and take a

:22:27  17  look at them and start withdrawing objections.

:22:36  18            MR. MILLER:  Your Honor, my recollection was that, from

:22:38  19  that exhibit list from Phase One, if there weren't objections,

:22:43  20  then all of those exhibits would be pre-admitted from Judge

:22:47  21  Barbier.  So all we were focusing on, however we do it, either

:22:52  22  as they come up at trial or as you would do it in a normal case

:22:56  23  with stipulations, we'd deal with ones that have objections next

:23:00  24  to them.

:23:00  25            THE COURT:  That's right.  So your universe of those

:23:03  1    that were objected to, which I did --

:23:08  2              MR. HERMAN:  I believe that universe is very large.

:23:12  3              MR. MILLER:  I suspect you're right.

:23:13  4              THE COURT:  Kerry's recollection didn't include that.

:23:17  5              MR. MILLER:  No.  But, knowing the parties well enough,

:23:20  6    I don't doubt that comment at all.

:23:23  7              MR. LANGAN:  Your Honor, Andy Langan for BP.

:23:26  8              First of all, we're willing to talk about it with

:23:28  9    Steve and Kerry and his team and all that.

:23:30  10             I do need to make the comment that this in a way

:23:34  11   kind of ties back to the effort we made to say all these motions

:23:40  12   in limine decisions, how are we going to apply them across the

:23:43  13   board.  And there was a great deal of reluctance, as you recall,

:23:48  14   to sort of undue the deposition bundles and all the exhibits

:23:51  15   associated with the deposition bundles, to try to enforce them

:23:54  16   if you will across the deposition bundles.  We were met with

:23:59  17   very stiff resistance on that.  This sounds a lot like that.  So

:24:04  18   the irony is not lost on me.

:24:06  19             THE COURT:  That's good.  I'm glad, Andy.

:24:10  20             MR. LANGAN:  My point is, we're willing to talk about

:24:15  21   this.

:24:21  22             MR. MILLER:  Remember the marshalling conferences on

:24:24  23   Friday?  Judge Barbier is not doing other cases, we were doing

:24:26  24   the marshalling conferences.

:24:26  25             THE COURT:  Yeah.  Judge Barbier won't be participating

:24:31   1    in the marshalling conferences.  That will be me.

:24:34   2              MR. LANGAN:  We'd like to digest what was just said.

:24:37   3    But we'll put a little marker down there that, isn't that what

:24:41   4    we were saying.

:24:42   5              THE COURT:  The irony is lost on Mr. Sterbcow.

:24:47   6              MR. STERBCOW:  Very much so.  I think it's apples and

:24:49   7    oranges.  Because your concern is our concern, which is Judge

:24:54   8    Barbier listening at trial to objection after objection after

:24:57   9    objection.  Because we all know where that is going to go.

:24:58   10   Bundles being submitted into the record, he's not listening to

:25:00   11   objection after objection.

:25:01   12              Our problem with that is taking the time and

:25:03   13   resources to go back and undo all of what had been done.  And,

:25:08   14   as the judge said in his order:  I can separate that out, that's

:25:12   15   not a problem.

:25:13   16              I think our problem is putting the Court in a

:25:15   17   position day after day after day, every time one of us gets up

:25:19   18   and holds a document up, some party objects.  He doesn't want

:25:19   19   that.  There's no question, we don't want it.  And I don't think

:25:24   20   anybody would want that.  Because the trial is going to become

:25:26   21   an evidence objection trial and not a trial on the merits.

:25:29   22   That's where we're going.

:25:30   23              MR. NOMILLINI:  Your Honor, it's Mark Nomillini.

:25:33   24              I think we can pick up kind of where we left off

:25:36   25   to some extent.  Back in February, I think it was February 8th,

:25:42  1   we sent an email saying we'd like to continue resolving these

:25:45  2   things and figure them out before trial, get them resolved.  And

:25:50  3   the response we got was:  We're basically done talking about it

:25:55  4   and we're just going to have the judge make rulings.

:25:59  5                So, as Andy said, we're happy to go back to that

:26:03  6   issue and we'll pick it up from there.

:26:06  7                THE COURT:  Okay.  Thank you, Mark.  That's helpful.

:26:10  8                MR. LANGAN:  Would it be helpful to recirculate our

:26:15  9   olive branch on February 8th and the stiff arm we got in

:26:19  10  response?

:26:19  11               THE COURT:  Yes.  Because I'd like to know who gave you

:26:21  12  the stiff arm.

:26:30  13               MR. HERMAN:  Might have been me, I don't know.

:26:32  14               THE COURT:  I think we have a partial admission.

:26:34  15                What you got, Rob?

:26:36  16               MR. GASAWAY:  Real quick, Your Honor, going back to the

:26:38  17  issue of the meet-and-confer on the additional 30(b)(6)

:26:41  18  witnesses, and trying to short-circuit what may be extended

:26:46  19  briefing over the holidays.  Obviously, I will talk to Sarah;

:26:50  20  but I, as well the Court, noted the gloomy tone of setting a

:26:55  21  briefing schedule before we can complete this.

:26:57  22                It may be worthwhile, if the meet-and-confer

:27:01  23  doesn't succeed, to have Sarah go ahead and submit her brief,

:27:04  24  along with the 12-page single spaced letter I've already sent,

:27:08  25  and maybe have you look at their brief after our letter before

:27:11    1    we respond.

:27:12    2            Because what's going to happen here, if we don't,

:27:13    3    is that obviously they'll move for some additional time with our

:27:17    4    witnesses, we will pick up and respond to that and counter-move

:27:21    5    for additional time with their witnesses.  They will want to

:27:24    6    reply to us.  We will want to reply to them in a fourth brief.

:27:28    7    And we're going to get into a lot of briefing here.

:27:31    8            Where I really thought that, when I'd sent that

:27:33    9    letter to her, I think it was on November 28th, three weeks or

:27:39   10    so, that that kind of laid the issue to rest.  Obviously, it

:27:42   11    hasn't.  Obviously, we'll hear from Sarah tomorrow.  And they

:27:45   12    will submit their brief as necessary.

:27:47   13            But it may be interesting, after you see the

:27:49   14    brief, before we respond, for you to see that letter, 12-paged

:27:54   15    letter that I think was dated the 28th.  So let me just throw

:27:57   16    that out there.

:27:57   17            I'll talk to Sarah tomorrow, and we'll decide if

:28:00   18    that would be a resource saver.

:28:01   19            THE COURT:  Okay, good.

:28:03   20            MS. HIMMELHOCK:  We were planning to attach that letter

:28:06   21    to our brief.  So long as you don't object to our taking about

:28:13   22    11 pages, I think there's no reason why we couldn't submit our

:28:17   23    letter and your letter together on Friday, and then perhaps set

:28:21   24    up a call with Judge Shushan, BP and the US and on other issues

:28:28   25    and see if we can't work it out that way.

:28:30  1          THE COURT:  I think that's fine.

:28:33  2          MR. GASAWAY:  We'll talk to Sarah tomorrow.

:28:35  3          THE COURT:  And let me know if you all want a

:28:37  4  conference call.

:28:39  5          MR. GASAWAY:  Sarah, thank you for agreeing to attach

:28:42  6  the letter.  That will be helpful.

:28:45  7          MS. HIMMELHOCK:  Okay.

:28:46  8          THE COURT:  All right.  Okay.

:28:48  9              So now any other topics for discussion, or are you

:28:52  10  all ready to get out of Dodge and not return until 3013?  Sounds

:29:00  11  like that's what you're ready to do.

:29:02  12              Thank you.  Happy holidays.

:29:04  13              (10:30 a.m., Proceedings concluded.)

14

15

16

17                      CERTIFICATE

18

        I, Susan A. Zielie, Official Court Reporter, do hereby
19  certify that the foregoing transcript is correct.

20

21

                        /S/ SUSAN A. ZIELIE, FCRR
22              _____
                    Susan A. Zielie, FCRR
23

24

25

| / |
| --- |
| /S [1] - 47:21 |

**1**

**1** [6] - 6:4, 6:9, 6:14, 6:16, 29:24, 37:24
**1,200** [1] - 23:14
**10** [2] - 11:5, 11:12
**10-MD-2179** [1] - 1:5
**100** [1] - 21:21
**1000** [1] - 5:7
**1001** [1] - 4:9
**109** [1] - 18:7
**10:30** [1] - 47:13
**11** [2] - 37:19, 46:22
**1100** [1] - 4:3
**12-page** [1] - 45:24
**12-paged** [1] - 46:14
**12/28** [1] - 10:8
**1201** [1] - 4:18
**13** [1] - 6:9
**1300** [1] - 5:4
**1331** [1] - 4:21
**14th** [3] - 21:25, 22:8, 25:20
**15** [2] - 6:10, 6:10
**15th** [1] - 25:20
**1615** [1] - 5:3
**1650** [1] - 2:9
**1665** [1] - 4:22
**17** [2] - 18:8, 18:10
**1700** [1] - 4:18
**18** [3] - 1:6, 6:2, 7:1
**19th** [1] - 27:24

**2**

**2** [3] - 6:4, 6:10, 6:17
**20** [3] - 1:6, 6:14, 27:24
**20,000** [2] - 25:16, 27:11
**20005** [1] - 3:23
**20006** [1] - 5:10
**20044** [1] - 3:7
**2010** [1] - 1:6
**2012** [3] - 1:6, 6:2, 7:1
**2020** [1] - 5:10
**21** [5] - 6:17, 25:21, 26:6, 26:8, 29:5
**22** [1] - 6:16
**2615** [1] - 2:22
**27th** [2] - 25:5, 25:6
**28th** [3] - 30:2, 46:9, 46:15
**28th-29th** [1] - 29:24
**2990** [1] - 2:12
**29th** [2] - 16:7, 30:2

**3**

**3** [3] - 6:5, 6:10, 6:17
**3,500** [2] - 9:13, 9:14
**30(b)(6** [4] - 19:17, 19:23, 31:14, 45:17
**300** [1] - 3:20
**3013** [1] - 47:10
**30th** [1] - 39:13
**316** [1] - 2:15
**31st** [1] - 29:24
**31st-February** [1] - 29:24
**32502** [1] - 2:16
**35** [1] - 28:4
**355** [1] - 4:6
**35th** [1] - 4:6
**36130** [2] - 3:9, 3:12
**365** [1] - 2:12
**3668** [1] - 2:3
**3700** [2] - 4:3, 4:9
**3916** [1] - 37:19
**3rd** [3] - 31:22, 32:10, 32:11

**4**

**4** [1] - 6:6
**4000** [1] - 5:7
**406** [1] - 1:20
**4310** [1] - 2:18
**450** [1] - 3:3
**4th** [6] - 17:15, 17:20, 17:21, 18:16, 29:3, 29:9

**5**

**5,000** [1] - 28:21
**500** [3] - 1:20, 3:9, 9:18
**5000** [1] - 3:17
**501** [1] - 3:11
**504.589.7781** [1] - 1:22
**54** [3] - 10:20, 14:23, 17:10
**546** [1] - 4:12
**556** [1] - 2:3

**6**

**6** [1] - 11:8
**600** [1] - 2:16
**601** [1] - 2:22
**60654** [1] - 3:21
**655** [3] - 3:23, 9:14, 9:18

**7**

**7** [1] - 12:7
**7-5395** [1] - 3:3
**7/13** [1] - 37:16
**701** [2] - 3:14, 3:17
**70112** [2] - 2:9, 5:4
**70113** [1] - 2:6
**70130** [5] - 1:21, 2:13, 2:23, 3:14, 4:13
**7139** [1] - 3:18
**70163** [1] - 4:4
**70502** [1] - 2:4
**75270** [1] - 4:19
**7611** [1] - 3:6
**77002** [2] - 4:10, 5:8
**77006** [1] - 2:19
**770101** [1] - 4:22
**7th** [1] - 23:9

**8**

**8** [6] - 6:4, 6:6, 10:21, 11:10, 12:11, 13:1
**820** [1] - 2:6
**8th** [3] - 31:23, 32:10, 32:16, 44:25, 45:9

**9**

**90071** [1] - 4:7
**909** [1] - 2:8
**94102** [1] - 3:4
**989** [1] - 18:3
**9:30** [2] - 1:8, 7:2
**9th** [2] - 32:18, 33:12

**A**

**A.M** [1] - 7:2
**a.m** [2] - 1:8, 47:13
**able** [4] - 29:12, 32:5, 32:6, 34:17
**ABRAMSON** [1] - 2:20
**abundance** [1] - 40:10
**abuse** [1] - 8:9
**accept** [1] - 16:9
**acceptable** [1] - 25:3
**accommodate** [3] - 33:23, 35:5, 35:20
**accurate** [2] - 8:3, 24:16
**actual** [2] - 9:14, 42:5
**add** [2] - 7:14, 14:11
**added** [3] - 36:17, 37:9, 37:10
**adding** [4] - 14:19, 15:4, 15:5, 17:11
**additional** [4] - 36:12, 45:17, 46:3, 46:5

**additions** [1] - 37:1
**address** [8] - 20:25, 21:1, 21:10, 21:18, 37:17, 40:19, 40:20, 41:6
**addresses** [2] - 20:23, 21:20
**addressing** [1] - 39:13
**Administrator** [1] - 20:21
**Admiral** [1] - 27:22
**admissibility** [3] - 41:25, 42:3, 42:6
**admissible** [2] - 16:16, 42:13
**admission** [1] - 45:14
**admit** [2] - 42:2
**admitted** [1] - 42:20
**Adverse** [1] - 6:5
**afternoon** [2] - 24:8, 24:17
**agencies** [1] - 20:25
**agency** [1] - 8:21
**agency's** [1] - 21:3
**Agenda** [1] - 6:1
**agenda** [1] - 15:19
**agonizing** [1] - 23:7
**agree** [3] - 9:1, 14:4, 41:23
**agreed** [5] - 27:21, 27:24, 28:1, 28:9, 30:2
**agreeing** [1] - 47:5
**agrees** [2] - 28:11, 28:12
**ahead** [2] - 31:13, 45:23
**aided** [1] - 1:23
**aiming** [1] - 12:22
**airplane** [1] - 8:19
**AL** [1] - 3:12
**Al** [2] - 3:9, 21:25
**ALABAMA** [2] - 3:8, 3:10
**ALAN** [1] - 4:20
**Alan** [5] - 9:3, 9:7, 22:25, 36:4, 39:9
**alias** [2] - 20:21, 21:8
**aliases** [4] - 20:7, 20:10, 22:11, 23:5
**ALISON** [1] - 4:17
**allocation** [3] - 27:19, 28:3, 28:6
**allow** [1] - 16:19
**almost** [1] - 8:2
**alternate** [1] - 21:9
**amend** [1] - 16:5
**Amendment** [1] - 6:6
**America** [1] - 3:5

**AMERICAN** [1] - 2:21
**Anadarco** [2] - 37:14, 37:22
**analysis** [1] - 28:23
**ANDREW** [1] - 3:19
**Andy** [11] - 10:3, 11:8, 13:23, 16:23, 22:4, 33:4, 33:25, 41:3, 43:7, 43:19, 45:5
**Angeles** [1] - 4:7
**announced** [1] - 23:25
**answer** [1] - 22:20
**answered** [2] - 21:25, 22:12
**Anthony** [2] - 35:25, 36:25
**ANTHONY** [1] - 2:11
**anticipate** [1] - 36:11
**anticipated** [1] - 40:13
**anyway** [2] - 24:3, 30:11
**apart** [1] - 17:14
**APLC** [1] - 3:16
**APPEARANCES** [4] - 2:1, 3:1, 4:1, 5:1
**APPEARING** [1] - 5:12
**apples** [1] - 44:6
**applies** [1] - 1:8
**apply** [1] - 43:12
**appreciate** [5] - 21:14, 22:4, 22:5, 22:15, 30:22
**appropriate** [1] - 21:9
**appropriately** [1] - 19:5
**approved** [2] - 40:4, 40:8
**APRIL** [1] - 1:6
**arises** [1] - 16:15
**arising** [1] - 33:3
**arm** [2] - 45:9, 45:12
**ASBILL** [1] - 4:8
**Assertions** [1] - 6:6
**assessment** [1] - 28:20
**assist** [1] - 9:5
**associated** [1] - 43:15
**assume** [2] - 12:8, 38:2
**AT** [1] - 1:3
**attach** [1] - 46:20, 47:5
**ATTORNEY** [2] - 3:8, 3:10
**attorney** [2] - 23:24, 37:25
**authentic** [1] - 42:13
**authenticity** [4] - 37:17, 38:11, 42:1,

42:2
**available** [4] - 26:1, 30:14, 30:25, 32:22
**Avenue** [5] - 2:6, 3:3, 3:9, 3:11, 4:6
**avoid** [1] - 30:11
**aware** [1] - 38:25

## B

**BABIUCH** [1] - 3:20
**bad** [1] - 13:25
**Bakersfield** [4] - 7:18, 8:14, 8:23, 8:25
**Barbara** [4] - 7:18, 8:13, 8:25, 23:7
**Barbier** [7] - 12:16, 29:16, 42:10, 42:21, 43:23, 43:25, 44:8
**Barr** [3] - 8:10, 30:2, 34:20
**BARR** [2] - 2:15, 35:4
**barrel** [1] - 28:21
**based** [1] - 14:20
**Based** [1] - 6:6
**batch** [2] - 25:17, 25:18
**BATTISTE** [1] - 4:17
**Baylen** [1] - 2:15
**Bea** [5] - 15:23, 17:5, 33:6, 34:14, 35:21
**Bea's** [1] - 34:24
**Bea/Dr** [1] - 33:3
**Bea/Gail** [1] - 34:17
**beating** [1] - 10:9
**become** [2] - 23:1, 44:20
**BEFORE** [1] - 1:12
**beginning** [2] - 7:20, 28:21
**behind** [1] - 26:25
**BERTAUT** [1] - 4:12
**best** [1] - 31:5
**better** [2] - 7:7, 14:5
**Between** [1] - 6:9
**between** [5] - 8:25, 30:6, 36:13, 40:3, 40:14
**bilateral** [1] - 20:2
**BINGHAM** [1] - 5:9
**bit** [5] - 10:1, 23:13, 26:24, 28:20, 33:24
**black** [2] - 26:24, 27:13
**blow** [1] - 15:19
**board** [1] - 43:13
**Bob** [1] - 17:5
**BOCKIUS** [1] - 5:5
**book** [1] - 26:12
**boulders** [1] - 7:21

**Boulevard** [1] - 2:18
**Bowl** [1] - 29:8
**Bowl-Mardi** [1] - 29:8
**BOWMAN** [1] - 4:15
**box** [4] - 11:17, 26:24, 27:13, 33:17
**Box** [2] - 2:3, 3:6
**BP** [18] - 6:9, 11:5, 16:7, 16:19, 16:23, 19:10, 19:24, 20:1, 20:22, 28:5, 31:16, 31:21, 31:22, 35:15, 36:5, 41:3, 43:7, 46:24
**BP's** [1] - 19:17
**brainer** [1] - 38:15
**branch** [1] - 45:9
**breaking** [1] - 34:14
**BREIT** [1] - 5:12
**BRENNAN** [2] - 4:8, 5:12
**Brian** [2] - 30:2, 35:7
**BRIAN** [1] - 2:15
**brief** [8] - 15:17, 31:22, 45:23, 45:25, 46:6, 46:12, 46:14, 46:21
**briefing** [4] - 31:25, 45:19, 45:21, 46:7
**briefly** [2] - 34:13, 40:3
**bring** [3] - 18:4, 21:23, 41:20
**brings** [1] - 12:1
**broad** [1] - 37:25
**BRUCE** [1] - 4:15
**BUILDING** [1] - 2:21
**bundles** [4] - 43:14, 43:15, 43:16, 44:10
**bunk** [1] - 29:15
**busy** [2] - 35:21, 38:25
**butt** [1] - 8:7
**BY** [24] - 1:5, 2:2, 2:5, 2:8, 2:11, 2:15, 2:18, 2:21, 3:2, 3:6, 3:8, 3:11, 3:13, 3:16, 3:19, 3:22, 4:2, 4:5, 4:8, 4:12, 4:14, 5:3, 5:6, 5:9

## C

**CA** [2] - 3:4, 4:7
**calender** [2] - 10:7, 28:10
**California** [4] - 7:18, 7:19, 8:14, 23:7
**Calvert** [2] - 14:11, 17:14
**camera** [1] - 34:25

**Cameron** [1] - 11:5
**Camp** [1] - 3:14
**Canal** [2] - 2:11, 2:12
**Captain** [2] - 23:16, 24:19
**care** [5] - 10:2, 12:13, 17:22, 27:18, 29:22
**caribus** [1] - 8:18
**CARMELITE** [1] - 4:12
**Carondelet** [1] - 4:12
**case** [6] - 9:24, 11:21, 20:12, 28:20, 29:4, 42:22
**cases** [1] - 43:23
**Cases** [1] - 1:8
**cat** [1] - 11:23
**categorized** [2] - 24:10, 24:12
**caution** [1] - 40:10
**cc'd** [1] - 40:5
**Cementing** [1] - 18:2
**Central** [1] - 8:1
**certainly** [2] - 24:7, 26:25
**CERTIFICATE** [1] - 47:17
**certify** [1] - 47:19
**cetera** [2] - 23:18, 27:20
**change** [3] - 30:21, 38:5, 38:7
**changed** [2] - 12:3, 13:9
**Changes** [1] - 6:6
**changes** [2] - 9:15
**characterized** [1] - 25:13
**chart** [2] - 12:1, 12:3
**checked** [1] - 8:21
**Chicago** [1] - 3:21
**chooses** [1] - 39:21
**Chu** [2] - 27:18, 28:3
**circle** [1] - 41:4
**circuit** [1] - 45:18
**claims** [1] - 40:5
**clarification** [2] - 15:3, 17:19
**clarify** [3] - 27:10, 38:2, 39:22
**class** [1] - 8:20
**clawback** [3] - 35:23, 36:12, 36:16
**Clawbacks** [1] - 6:17
**clawbacks** [2] - 36:19, 36:23
**clean** [1] - 10:19
**clean-up** [1] - 10:19
**clear** [3] - 19:6, 35:17, 35:18

**clearly** [1] - 7:25
**click** [1] - 18:4
**climb** [1] - 8:1
**CLINGMAN** [1] - 4:8
**close** [5] - 17:9, 20:20, 21:24, 30:7, 42:4
**closed** [2] - 19:10, 20:18
**closes** [1] - 21:11
**closure** [3] - 12:2, 12:11, 12:14
**Coast** [2] - 13:15, 13:18
**colleagues** [2] - 34:3, 34:10
**combination** [1] - 21:5
**coming** [1] - 23:11
**comit** [1] - 31:20
**comment** [5] - 23:4, 39:24, 41:9, 43:6, 43:10
**communication** [4] - 8:5, 14:10, 38:14, 38:15
**communications** [1] - 38:1
**complained** [1] - 41:17
**complete** [5] - 13:15, 36:7, 36:8, 41:23, 45:21
**completed** [3] - 23:11, 35:24, 42:16
**completion** [1] - 16:6
**Computer** [1] - 1:23
**Computer-aided** [1] - 1:23
**concern** [1] - 44:7
**concerned** [4] - 30:16, 35:14, 38:13, 38:16
**concluded** [1] - 47:13
**condolences** [1] - 9:2
**confer** [5] - 19:16, 19:21, 31:16, 31:21, 31:24, 32:20, 45:17, 45:22
**conference** [10] - 9:24, 10:7, 13:5, 22:2, 24:6, 27:7, 27:16, 41:14, 41:15, 47:4
**Conference** [1] - 6:2
**CONFERENCE** [1] - 1:11
**conferences** [3] - 43:22, 43:24, 44:1
**conferred** [1] - 27:23
**confers** [1] - 20:17
**confirming** [1] - 22:22
**conflict** [2] - 33:3,

34:13
**conformance** [1] - 20:24
**confusion** [1] - 40:7
**connected** [1] - 18:9
**CONRAD** [1] - 2:8
**consider** [1] - 33:13
**considerations** [2] - 8:4, 37:20
**considered** [1] - 22:20
**construed** [1] - 35:16
**contact** [1] - 25:14
**contamination** [1] - 28:23
**contesting** [1] - 37:17
**continue** [2] - 26:11, 45:1
**continues** [3] - 13:19, 25:12, 31:2
**continuing** [2] - 13:18, 25:9
**contractor** [4] - 25:16, 25:19, 27:12, 27:13
**control** [1] - 28:1
**convenient** [1] - 32:22
**convention** [2] - 21:2, 21:4
**conventions** [1] - 20:25
**conversation** [1] - 26:25
**conversations** [2] - 11:14, 20:13
**copy** [1] - 41:1
**COREY** [1] - 3:8
**Corey** [1] - 7:3
**corporate** [1] - 16:7
**correct** [4] - 12:10, 18:15, 29:2, 47:19
**corrections** [1] - 9:16
**cost** [2] - 10:15, 10:16
**Counsel** [1] - 2:2
**counsel** [3] - 26:1, 30:1, 40:5
**counter** [1] - 46:4
**counter-move** [1] - 46:4
**couple** [5] - 8:16, 9:10, 10:4, 10:19, 18:20
**COURT** [103] - 1:1, 7:3, 8:2, 8:6, 8:11, 8:24, 10:3, 10:6, 10:23, 11:7, 11:14, 11:22, 12:6, 12:14, 12:20, 13:3, 13:9, 13:22, 14:3, 14:7, 14:9, 14:15, 14:24, 15:6, 15:11, 15:16, 15:21, 15:25, 16:19,

17:4, 17:6, 17:22, 18:14, 18:19, 18:24, 19:8, 19:15, 22:25, 23:24, 24:3, 24:6, 24:17, 25:4, 25:6, 25:8, 25:23, 26:4, 26:12, 26:17, 27:6, 27:15, 28:13, 28:16, 29:12, 29:15, 29:22, 30:4, 30:9, 30:18, 31:7, 31:13, 32:2, 32:23, 32:25, 33:7, 33:19, 33:22, 33:25, 34:4, 34:11, 35:8, 35:10, 35:18, 36:6, 36:24, 37:5, 37:7, 37:13, 38:5, 38:15, 38:22, 39:3, 39:8, 39:19, 39:21, 39:24, 40:12, 40:25, 41:7, 41:14, 42:9, 42:25, 43:4, 43:19, 43:25, 44:5, 45:7, 45:11, 45:14, 46:19, 47:1, 47:3, 47:8

**court** [2] - 17:11, 40:4
**Court** [13] - 1:19, 14:18, 17:1, 17:17, 18:7, 23:16, 25:3, 40:6, 40:9, 40:24, 44:16, 45:20, 47:18
**Court's** [3] - 17:12, 36:21, 37:5
**court-approved** [1] - 40:4
**courtroom** [1] - 10:25
**cover** [3] - 7:14, 9:11, 10:5
**covered** [2] - 7:15, 13:6
**create** [2] - 35:22, 41:5
**created** [1] - 34:14
**creatures** [1] - 14:6
**criminal** [3] - 16:3, 16:6, 16:7
**crossing** [1] - 27:4
**cumulative** [4] - 36:17, 36:18, 37:1, 37:9
**cure** [1] - 9:9
**cured** [1] - 9:19
**cures** [1] - 9:22
**current** [3] - 29:4, 40:19
**curves** [1] - 7:23
**custodians** [2] - 20:6, 20:7, 27:12, 27:14
**cut** [1] - 16:14

## D

**Dallas** [1] - 4:19
**damage** [1] - 28:24
**damages** [1] - 28:19
**data** [1] - 29:19
**database** [6] - 9:21, 40:5, 40:9, 40:20, 40:23, 41:1
**date** [4] - 18:17, 23:9, 24:22, 28:11
**Date** [1] - 6:13
**dated** [2] - 21:24, 46:15
**dates** [6] - 23:20, 23:22, 26:5, 26:12, 30:14, 32:8
**David** [1] - 14:11
**DAVIS** [1] - 4:5
**DAVIS-DENNY** [1] - 4:5
**days** [12] - 12:19, 13:10, 18:20, 26:6, 26:8, 27:25, 29:5, 42:7
**DC** [7] - 3:7, 3:23, 5:10, 8:20, 29:10, 31:2, 31:6
**deadline** [4] - 31:24, 37:16, 39:13, 40:11
**Deadlines** [2] - 6:16, 6:17
**deal** [6] - 7:16, 16:14, 16:17, 28:7, 42:23, 43:13
**dealing** [2] - 23:25, 37:20
**death** [1] - 7:24
**decades** [1] - 7:24
**December** [3] - 1:6, 6:2, 21:25
**DECEMBER** [1] - 7:1
**decide** [1] - 46:17
**decided** [1] - 10:7
**decisions** [1] - 43:12
**decreasing** [1] - 31:19
**DEEPWATER** [1] - 1:5
**Defendant** [12] - 3:16, 3:19, 3:22, 4:2, 4:5, 4:8, 4:11, 4:14, 4:20, 5:2, 5:5, 5:9
**defendants** [1] - 12:2
**defense** [1] - 41:2
**deficient** [1] - 10:12
**definitely** [2] - 10:16, 39:19
**delighted** [1] - 7:12
**DENISE** [1] - 5:6
**DENNY** [1] - 4:5
**Department** [1] -

20:14
**DEPARTMENT** [2] - 3:2, 3:5
**depiction** [1] - 8:3
**Deposition** [1] - 6:15
**deposition** [9] - 5:18, 15:15, 23:21, 26:9, 26:25, 27:22, 43:14, 43:15, 43:16
**depositions** [2] - 29:4, 31:4
**Depositions** [2] - 6:12, 6:16
**describe** [2] - 7:6, 7:9
**Desert** [1] - 8:2
**designees** [2] - 19:17, 19:22
**detailed** [1] - 8:3
**Determination** [1] - 6:13
**determination** [1] - 24:15
**determining** [1] - 24:13
**Dexter** [1] - 3:9
**difference** [2] - 8:25, 15:6
**different** [1] - 29:23
**digest** [2] - 10:1, 44:2
**diligent** [1] - 25:13
**dinner** [1] - 13:24
**dipped** [1] - 24:13
**directionally** [2] - 41:5, 41:9
**directly** [2] - 9:11, 18:12
**disagree** [1] - 20:5
**disagrees** [1] - 15:1
**disclose** [1] - 34:25
**discovered** [2] - 13:16, 13:20
**discovery** [1] - 31:19
**DISCOVERY** [1] - 1:11
**discuss** [2] - 19:10, 33:2
**discussed** [1] - 42:1
**discussion** [3] - 20:2, 30:1, 47:9
**dismiss** [1] - 11:21
**dissipates** [1] - 32:1
**distinction** [1] - 15:9
**DISTRICT** [2] - 1:1, 1:2
**docket** [1] - 12:22
**Document** [2] - 6:9, 6:10
**document** [17] - 16:10, 16:15, 18:1, 18:5, 19:13, 19:19, 20:4, 23:6, 23:10, 23:17, 23:18, 25:8,

25:12, 25:24, 37:18, 37:19, 44:18
**documents** [18] - 9:14, 9:15, 18:4, 18:8, 23:15, 23:20, 23:22, 24:10, 25:16, 26:21, 27:11, 28:17, 36:12, 37:20, 37:22, 39:14, 42:1, 42:12
**Dodge** [1] - 47:10
**DOE** [2] - 21:3
**DOMENGEAUX** [1] - 2:2
**DON** [1] - 3:16
**Don** [9] - 10:12, 15:1, 15:7, 15:9, 15:11, 15:13, 17:25, 18:12, 29:25
**Don's** [1] - 17:14
**DONALD** [1] - 4:14
**done** [8] - 17:24, 19:14, 19:20, 24:19, 31:9, 41:18, 44:13, 45:3
**dot** [1] - 21:5
**dotting** [1] - 27:3
**double** [4] - 30:6, 30:12, 30:16, 30:21
**double-tracking** [3] - 30:12, 30:16, 30:21
**doubt** [1] - 43:6
**DOUGLAS** [1] - 3:13
**down** [6] - 8:1, 14:14, 33:21, 38:24, 44:3
**Dr** [5] - 33:3, 34:14, 34:20, 34:24, 35:20
**drive** [1] - 7:21
**driving** [1] - 8:23
**due** [1] - 12:12
**DUKE** [1] - 2:8
**during** [4] - 12:24, 35:3, 41:14
**DWH** [1] - 6:3
**Dyhuizen** [1] - 30:6
**Dykhuizen** [1] - 30:8

## E

**E's** [1] - 34:10
**easier** [1] - 41:2
**EASTERN** [1] - 1:2
**easy** [2] - 33:25, 35:19
**Eaters** [1] - 8:18
**EDWARDS** [1] - 2:2
**effort** [1] - 43:11
**EISERT** [1] - 5:13
**either** [6] - 20:24, 22:7, 29:23, 31:5, 36:22, 42:21
**ELLIS** [2] - 3:19, 3:22

**Elm** [1] - 4:18
**Elmo** [2] - 7:6, 7:7
**email** [24] - 9:11, 9:23, 11:14, 11:25, 20:6, 20:7, 20:23, 20:25, 21:1, 21:3, 21:9, 21:18, 21:20, 21:22, 22:8, 22:19, 22:21, 22:22, 23:13, 24:18, 33:22, 40:3, 45:1
**emails** [2] - 20:10, 20:11
**employee** [1] - 31:3
**employees** [1] - 28:5
**encountering** [1] - 25:15
**end** [4] - 11:12, 20:6, 20:16, 23:8
**endeavor** [1] - 40:18
**ends** [1] - 16:7
**enforce** [1] - 43:15
**ENFORCEMENT** [1] - 3:5
**engage** [1] - 42:15
**Engelbert** [2] - 23:16, 24:19
**entered** [2] - 16:14, 38:19
**entire** [1] - 14:3
**entirely** [1] - 21:1
**entity** [1] - 26:7
**ENVIRONMENTAL** [1] - 3:5
**EPA** [1] - 20:16
**Epic** [2] - 40:4, 40:17
**Equipment** [1] - 6:8
**ergo** [3] - 14:22, 14:24, 14:25
**ERIKA** [1] - 4:17
**especially** [1] - 24:11
**ESQ** [38] - 2:2, 2:5, 2:8, 2:11, 2:15, 2:18, 2:21, 3:2, 3:6, 3:8, 3:11, 3:13, 3:16, 3:19, 3:20, 3:22, 4:2, 4:5, 4:8, 4:12, 4:14, 4:15, 4:15, 4:16, 4:16, 4:17, 4:17, 4:20, 4:21, 5:3, 5:6, 5:6, 5:9, 5:12, 5:12, 5:13, 5:13, 5:14
**estimate** [1] - 28:21
**et** [2] - 23:18, 27:19
**evaluation** [1] - 13:19
**event** [1] - 23:4
**events** [1] - 14:20
**evidence** [4] - 13:16, 13:20, 16:11, 44:21
**exactly** [1] - 26:21
**example** [1] - 39:12

4

**Excel** [3] - 9:12, 9:13, 36:16
**excellent** [1] - 10:13
**exception** [1] - 28:14
**excuse** [1] - 18:16
**exhausted** [1] - 20:15
**exhibit** [6] - 9:9, 9:16, 16:5, 33:9, 42:16, 42:19
**Exhibit** [2] - 6:14, 18:3
**Exhibits** [3] - 6:4, 6:14, 6:15
**exhibits** [7] - 9:18, 9:19, 16:2, 33:15, 37:20, 42:20, 43:14
**expecting** [1] - 17:15
**expense** [1] - 7:17
**experience** [1] - 24:5
**expert** [4] - 37:15, 37:17, 37:18, 37:25
**Expert** [1] - 6:16
**experts** [2] - 34:16, 35:17
**exploration** [1] - 24:4
**extended** [1] - 45:18
**Extension** [1] - 6:17
**extension** [2] - 33:18, 35:13
**extent** [3] - 19:23, 30:25, 44:25
**external** [1] - 20:25
**extra** [1] - 28:7
**eye** [2] - 21:16

## F

**fact** [4] - 16:16, 22:13, 29:3, 36:13
**Fact** [1] - 6:12
**fair** [1] - 16:19
**faith** [1] - 33:9
**Faith** [1] - 6:14
**fall** [2] - 15:3, 17:13
**Fannin** [1] - 4:9
**far** [6] - 13:9, 20:20, 25:23, 27:19, 30:16, 38:16
**FCRR** [3] - 1:19, 47:21, 47:22
**February** [5] - 29:3, 29:24, 44:25, 45:9
**Federal** [1] - 3:2
**few** [1] - 37:6
**field** [2] - 41:6
**Fifteenth** [1] - 3:23
**Fifth** [1] - 6:6
**figure** [4] - 15:16, 21:17, 38:20, 45:2
**file** [5] - 9:17, 31:21, 32:9, 39:15, 39:16

**filing** [1] - 40:11
**filled** [1] - 40:14
**final** [3] - 12:4, 16:8, 29:3
**finally** [1] - 38:6
**fine** [8] - 16:21, 19:4, 25:4, 26:15, 32:2, 32:17, 41:7, 47:1
**finished** [1] - 25:16
**FIRM** [1] - 2:10
**first** [14] - 8:17, 8:20, 10:2, 10:21, 20:1, 21:4, 21:5, 25:17, 26:9, 32:15, 33:8, 33:11, 33:17, 43:8
**Fitch** [3] - 7:5, 8:20, 37:14
**FITCH** [8] - 5:9, 7:12, 8:3, 8:8, 30:8, 32:24, 37:14, 38:13
**five** [1] - 12:19
**FL** [1] - 2:16
**FLEMING** [1] - 4:16
**flight** [1] - 8:23
**Floor** [1] - 4:6
**flow** [1] - 28:21
**fly** [1] - 8:19
**focusing** [1] - 42:21
**folks'** [1] - 9:15
**follow** [3] - 22:5, 22:17, 39:10
**follow-up** [2] - 22:5, 39:10
**footnote** [1] - 37:24
**foregoing** [1] - 47:19
**form** [2] - 40:15, 40:16
**forth** [1] - 23:15
**forward** [4] - 10:2, 27:5, 30:23, 36:19
**four** [3] - 12:19, 27:12, 27:13
**fourth** [1] - 46:6
**Francisco** [2] - 3:4, 8:22
**frankly** [2] - 33:14, 42:10
**Friday** [15] - 8:4, 8:19, 12:12, 12:20, 12:23, 19:4, 22:2, 24:1, 31:22, 32:9, 32:14, 32:15, 32:16, 43:23, 46:23
**Fridays** [1] - 12:25
**FRILOT** [1] - 4:2
**frustrating** [1] - 24:3
**FTP** [1] - 9:20
**fun** [2] - 10:14, 11:14
**futile** [1] - 41:21

## G

**Gail** [2] - 33:3, 34:20
**Gasaway** [1] - 18:25
**GASAWAY** [20] - 3:22, 19:3, 19:21, 21:23, 22:13, 22:24, 23:12, 24:2, 24:5, 24:9, 26:19, 30:20, 32:6, 32:11, 32:14, 32:19, 35:7, 45:16, 47:2, 47:5
**Gate** [1] - 3:3
**GENERAL** [2] - 3:8, 3:10
**gentlemen** [1] - 28:25
**geographic** [1] - 28:22
**given** [8] - 16:3, 22:13, 22:21, 31:2, 31:3, 31:18, 32:14, 36:11
**glad** [3] - 10:18, 34:4, 43:19
**gloomy** [3] - 32:4, 34:5, 45:20
**GODWIN** [8] - 4:14, 4:14, 4:20, 10:16, 15:10, 15:12, 18:15, 18:23
**Godwin** [1] - 10:13
**Golden** [1] - 3:3
**governing** [1] - 39:17
**Government** [2] - 3:2, 31:3
**government** [2] - 20:8, 22:11
**Graettinger** [2] - 28:14, 30:25
**Grand** [1] - 4:6
**GRANT** [1] - 4:5
**Gras** [3] - 29:8, 29:14, 29:18
**grateful** [1] - 36:1
**great** [6] - 7:16, 18:14, 19:8, 27:9, 33:21, 43:13
**GROUP** [1] - 2:7
**Group** [1] - 6:2
**group** [3] - 14:3, 34:7, 34:11
**guarantee** [1] - 36:14
**Guard** [2] - 13:15, 13:19
**guess** [4] - 21:15, 23:5, 26:4, 34:19
**gULF** [1] - 1:6
**guys** [1] - 42:10
**GWEN** [1] - 4:21

## H

**habit** [2] - 14:6, 14:7
**hair** [1] - 7:23
**hair-pin** [1] - 7:23
**Halliburton** [4] - 9:7, 14:10, 18:18, 18:23
**hand** [2] - 29:22, 35:21
**handle** [1] - 12:21
**HANGAR** [1] - 5:15
**happy** [8] - 10:8, 11:20, 21:22, 22:22, 27:8, 38:6, 45:5, 47:12
**hard** [1] - 35:25
**harken** [1] - 41:11
**hate** [1] - 33:16
**Havstad** [1] - 30:6
**HAYCRAFT** [2] - 3:16, 29:25
**Haycraft** [1] - 29:25
**HB** [1] - 1:20
**head** [1] - 22:16
**heads** [1] - 10:24
**heads-up** [1] - 10:24
**hear** [2] - 10:10, 46:11
**hello** [2] - 24:24, 24:25
**help** [4] - 10:17, 10:18, 27:8, 27:16
**helpful** [6] - 12:17, 26:3, 35:8, 45:7, 45:8, 47:6
**HEMMELHOCK** [1] - 5:14
**hereby** [1] - 47:18
**Herman** [5] - 17:6, 17:7, 31:8, 39:25, 40:1
**HERMAN** [11] - 2:5, 2:5, 17:7, 31:9, 40:1, 40:13, 41:11, 41:16, 43:2, 45:13
**Hessy** [1] - 18:2
**high** [1] - 7:24
**highly** [1] - 31:17
**Hill** [1] - 28:5
**HIMMELHOCK** [8] - 19:16, 31:11, 31:14, 32:9, 32:13, 32:18, 32:21, 36:9
**HIMMELHOCK** [10] - 19:12, 20:20, 21:19, 22:10, 22:18, 34:1, 34:9, 37:12, 46:20, 47:7
**Himmelhock** [2] - 19:12, 29:1
**himself** [1] - 24:13
**holdover** [1] - 25:9

**holds** [1] - 44:18
**holiday** [2] - 12:23
**holidays** [6] - 9:25, 10:6, 32:1, 33:14, 45:19, 47:12
**home** [1] - 8:19
**honestly** [1] - 38:22
**Honor** [36] - 9:6, 10:19, 11:11, 13:13, 13:25, 14:8, 14:17, 15:10, 16:23, 17:7, 18:16, 18:23, 19:3, 19:12, 21:12, 23:12, 24:2, 24:25, 25:1, 25:2, 25:7, 25:10, 26:19, 27:23, 31:9, 31:11, 34:1, 35:6, 36:9, 39:10, 40:1, 41:3, 42:18, 43:7, 44:23, 45:16
**HONORABLE** [1] - 1:12
**hope** [2] - 10:14, 10:18
**hopefully** [3] - 19:7, 21:17, 32:7
**hoping** [1] - 19:5
**HORIZON** [1] - 1:5
**hotels** [1] - 29:9
**hours** [1] - 28:3
**house** [2] - 23:23, 29:16
**houston** [1] - 5:8
**Houston** [4] - 2:19, 4:10, 4:22, 8:22
**Hugh** [4] - 11:13, 11:14, 11:16, 12:6
**HUGH** [1] - 5:6
**Huizen** [1] - 30:9
**hybrid** [1] - 28:1

## I

**I's** [1] - 27:3
**icon** [1] - 18:9
**icons** [2] - 18:3, 18:8
**identified** [1] - 21:18
**identify** [3] - 18:9, 21:21, 36:17
**IIAMS** [1] - 5:3
**IL** [1] - 3:21
**ilk** [1] - 8:10
**implicates** [1] - 40:23
**important** [2] - 23:21, 38:1
**impression** [2] - 14:17, 14:19
**IN** [2] - 1:5, 1:5
**in-camera** [1] - 34:25
**in-house** [1] - 23:23

**inadmissible** [1] - 16:12
**include** [3] - 38:8, 38:12, 43:4
**included** [1] - 9:23
**including** [1] - 20:11
**individuals** [3] - 21:20, 21:22, 28:5
**infamous** [1] - 7:23
**Inferences** [1] - 6:5
**information** [7] - 21:14, 22:6, 26:2, 26:22, 28:11, 28:22, 40:21
**informed** [1] - 20:22
**informing** [1] - 39:17
**initial** [2] - 21:4, 40:25
**initials** [1] - 21:6
**inquired** [1] - 20:22
**inquiry** [2] - 21:24, 22:10
**INSPECTION** [1] - 6:3
**inspection** [1] - 6:8
**installment** [4] - 33:8, 33:11, 38:19, 38:20
**instance** [2] - 20:15, 21:3
**instant** [2] - 34:2, 34:7
**instead** [1] - 20:10
**instructions** [1] - 8:13
**intending** [1] - 41:10
**interest** [1] - 11:24
**interesting** [1] - 46:13
**Interests** [2] - 3:2, 3:8
**internal** [1] - 20:24
**interpreted** [1] - 39:16
**interrupt** [1] - 10:11
**introduced** [1] - 26:23
**involved** [3] - 28:19, 28:20, 28:22
**Ira** [1] - 6:10
**irony** [2] - 43:18, 44:5
**IRPINO** [5] - 2:10, 2:11, 36:3, 37:3, 37:6
**Island** [1] - 8:17
**issue** [23] - 10:3, 12:16, 15:23, 17:5, 17:9, 18:1, 18:5, 19:7, 20:15, 20:19, 21:16, 31:25, 32:24, 33:6, 35:5, 37:15, 37:23, 38:14, 38:15, 45:6, 45:17, 46:10
**issued** [1] - 37:19
**Issues** [1] - 6:9
**issues** [8] - 10:4, 10:20, 19:9, 20:4, 22:3, 37:18, 38:11, 46:24

**items** [2] - 7:15, 19:11
**itself** [2] - 8:12, 13:20

**J**

**Jackson** [3] - 20:15, 20:22, 21:8
**jAMES** [1] - 2:2
**jammed** [2] - 20:11, 35:3
**January** [16] - 13:6, 16:7, 17:21, 18:16, 23:9, 25:20, 25:21, 29:24, 31:22, 31:23, 32:10, 33:12, 35:21, 39:12
**Jefferson** [1] - 2:3
**JEFFERY** [1] - 5:12
**jENNY** [1] - 4:15
**JIMMY** [1] - 2:18
**jimmy** [1] - 24:25
**JOE** [1] - 5:13
**jokes** [1] - 8:7
**judge** [4] - 29:25, 32:24, 44:14, 45:4
**Judge** [12] - 12:16, 15:19, 16:8, 18:15, 29:15, 39:23, 42:10, 42:20, 43:23, 43:25, 44:7, 46:24
**JUDGE** [1] - 1:13
**judging** [1] - 31:16
**judiciously** [1] - 8:4
**June** [2] - 17:15, 17:20
**jury** [1] - 11:17
**Justice** [1] - 20:14
**JUSTICE** [2] - 3:2, 3:5

**K**

**Kaluza** [1] - 16:14
**KANNER** [1] - 3:13
**KATZ** [1] - 2:5
**keep** [5] - 27:15, 40:21, 40:22, 40:25, 41:6
**KERRY** [1] - 4:2
**Kerry** [1] - 43:9
**Kerry's** [1] - 43:4
**kick** [1] - 38:24
**kind** [6] - 10:23, 12:9, 22:15, 43:11, 44:24, 46:10
**kinds** [1] - 27:2
**KIRKLAND** [2] - 3:19, 3:22
**knowing** [1] - 43:5
**knowledge** [1] - 21:7
**knows** [2] - 28:8, 33:15

**KRAUS** [1] - 3:13
**KUCHLER** [1] - 5:2
**KULLMAN** [1] - 2:20

**L**

**LA** [10] - 2:4, 2:6, 2:9, 2:13, 2:23, 3:14, 3:18, 4:4, 4:13, 5:4
**Lafayette** [1] - 2:4
**laid** [1] - 46:10
**Lamar** [1] - 4:21
**land** [1] - 9:4
**land-speed** [1] - 9:4
**Langan** [3] - 16:23, 41:3, 43:7
**LANGAN** [26] - 3:19, 10:4, 10:19, 11:4, 11:9, 12:1, 12:10, 12:15, 13:1, 13:5, 13:11, 13:25, 14:6, 14:8, 16:23, 20:5, 33:5, 33:8, 33:21, 33:24, 41:3, 41:8, 43:7, 43:20, 44:2, 45:8
**large** [2] - 24:10, 43:2
**Lasalle** [1] - 3:20
**last** [20] - 9:9, 10:13, 11:15, 12:4, 12:8, 12:9, 13:12, 13:23, 13:24, 14:18, 17:11, 21:4, 23:13, 23:20, 26:20, 28:10, 30:5, 41:19, 42:16
**late** [1] - 16:18
**latest** [1] - 23:14
**LAUREN** [1] - 4:16
**LAW** [2] - 2:7, 2:10
**lawyer** [2] - 24:12, 25:13
**lawyers** [1] - 29:11
**leaks** [1] - 13:16
**least** [2] - 13:23, 30:5
**leave** [1] - 29:20
**led** [1] - 8:9
**left** [2] - 8:17, 44:24
**legal** [1] - 24:15
**Leifer** [3] - 6:10, 24:12, 31:5
**length** [1] - 27:21
**letter** [14] - 15:17, 17:14, 31:17, 34:15, 40:8, 45:24, 45:25, 46:9, 46:14, 46:15, 46:20, 46:23, 47:6
**LEVIN** [1] - 2:14
**LEWIS** [3] - 2:20, 3:16, 5:5
**Lewis** [1] - 10:13

**Liaison** [1] - 2:2
**LIFE** [1] - 2:21
**likewise** [1] - 16:13
**limine** [1] - 43:12
**limited** [1] - 9:22
**line** [4] - 7:25, 21:16, 22:9, 23:8
**lines** [1] - 9:13
**Lisa** [2] - 20:15, 21:8
**LISKOW** [1] - 3:16
**List** [1] - 6:6
**list** [14] - 9:9, 10:1, 16:5, 19:7, 21:20, 22:6, 33:9, 36:16, 36:17, 36:18, 37:9, 42:16, 42:19
**listed** [1] - 15:7
**listen** [1] - 42:11
**listening** [2] - 44:8, 44:10
**lists** [2] - 9:16, 38:19
**Lists** [1] - 6:14
**literally** [1] - 15:4
**live** [4] - 14:12, 15:8, 15:15, 29:11
**lives** [1] - 29:10
**LLC** [5] - 2:7, 3:13, 4:2, 4:11, 5:2
**LLP** [4] - 3:19, 3:22, 4:8, 5:9
**location** [1] - 29:20
**locations** [1] - 28:9
**log** [2] - 28:25, 29:5
**logistics** [1] - 11:1
**logjam** [1] - 35:22
**logs** [1] - 23:10
**look** [8] - 11:4, 30:9, 35:1, 38:9, 38:23, 39:3, 42:17, 45:25
**looked** [3] - 10:7, 11:7, 34:23
**looking** [6] - 7:11, 9:8, 12:14, 15:2, 19:1, 34:20
**loop** [3] - 17:9, 20:18, 21:11
**loose** [1] - 20:16
**Los** [1] - 4:7
**lose** [1] - 20:5
**lost** [2] - 43:18, 44:5
**Lotus** [1] - 8:17
**LOUISIANA** [2] - 1:2, 7:1
**Louisiana** [3] - 1:21, 3:13, 5:7
**love** [1] - 27:1

**M**

**M-I** [1] - 11:13

**MAGISTRATE** [1] - 1:13
**magnify** [1] - 7:4
**main** [1] - 21:3
**majority** [1] - 9:15
**management** [1] - 29:4
**Manual** [2] - 18:2
**manual** [1] - 18:3
**map** [3] - 7:8, 7:16, 8:12
**Mardi** [3] - 29:8, 29:14, 29:18
**MARK** [1] - 5:13
**Mark** [3] - 21:12, 44:23, 45:7
**marker** [1] - 44:3
**marshalling** [3] - 43:22, 43:24, 44:1
**MARTINEZ** [1] - 4:15
**mason** [1] - 28:6
**mass** [2] - 34:12, 40:24
**mass-send** [1] - 34:12
**massive** [1] - 28:25
**master** [1] - 40:4
**MAZE** [1] - 3:8
**MCCUTCHEN** [1] - 5:9
**MDL** [1] - 24:14
**mean** [1] - 42:11
**meet** [10] - 19:16, 19:21, 20:17, 23:22, 31:16, 31:20, 31:24, 32:20, 45:17, 45:22
**meet-and-confer** [5] - 19:16, 19:21, 31:16, 45:17, 45:22
**meet-and-confers** [1] - 20:17
**meeting** [1] - 10:13
**mention** [3] - 12:15, 13:11, 25:25
**merits** [1] - 44:21
**messaging** [2] - 34:2, 34:8
**met** [3] - 27:23, 36:20, 43:16
**methodologies** [1] - 29:6
**MEXICO** [1] - 1:6
**MI** [2] - 10:22, 12:9
**MICHAEL** [1] - 3:2
**Michoud** [1] - 6:8
**might** [6] - 9:11, 10:5, 24:16, 31:9, 35:4, 45:13
**Mike** [4] - 35:24, 36:4, 38:9, 39:3
**MIKE** [1] - 5:14
**mikes** [1] - 10:17

**MILLER** [7] - 4:2, 11:8, 11:10, 42:18, 43:3, 43:5, 43:22
**mine** [1] - 34:11
**minutes** [4] - 11:6, 11:12, 11:18, 28:4
**mistake** [1] - 11:19
**mistaken** [1] - 14:18
**MITCHELL** [2] - 2:14, 4:16
**modified** [1] - 34:21
**Mohave** [1] - 8:2
**Monday** [3] - 12:20, 12:24, 30:3
**Monday-Tuesday** [1] - 30:3
**money** [2] - 10:15, 10:16
**Montgomery** [2] - 3:9, 3:12
**month** [3] - 22:14, 24:1, 30:16
**MORGAN** [1] - 5:5
**morning** [6] - 19:2, 19:3, 21:13, 22:20, 25:10, 34:6
**most** [3] - 32:22, 36:1, 42:12
**mostly** [1] - 28:22
**motion** [4] - 14:22, 24:20, 39:15, 39:16
**Motion** [2] - 6:5, 6:10
**motions** [2] - 39:13, 43:11
**mountain** [1] - 8:1
**move** [4] - 10:1, 31:12, 46:3, 46:4
**moved** [2] - 35:2, 40:15
**MR** [115] - 7:12, 8:3, 8:8, 8:15, 9:6, 10:4, 10:16, 10:19, 11:4, 11:8, 11:9, 11:10, 11:11, 11:20, 12:1, 12:10, 12:15, 13:1, 13:5, 13:11, 13:25, 14:6, 14:8, 14:14, 14:16, 14:25, 15:10, 15:12, 15:13, 15:18, 15:22, 16:2, 16:21, 16:23, 17:5, 17:7, 17:25, 18:15, 18:16, 18:23, 19:3, 19:21, 20:5, 21:12, 21:23, 22:13, 22:24, 23:12, 24:2, 24:5, 24:9, 24:25, 25:5, 25:7, 25:25, 26:7, 26:16, 26:19, 27:9, 27:23, 28:14, 28:17, 29:14,

29:19, 29:25, 30:8, 30:13, 30:20, 31:9, 32:6, 32:11, 32:14, 32:19, 32:24, 33:5, 33:8, 33:21, 33:24, 35:6, 35:7, 35:9, 35:11, 36:3, 36:8, 37:3, 37:6, 37:14, 38:13, 38:17, 38:24, 39:7, 39:10, 39:20, 39:23, 40:1, 40:13, 41:3, 41:8, 41:11, 41:16, 42:18, 43:2, 43:3, 43:5, 43:7, 43:20, 43:22, 44:2, 44:6, 44:23, 45:8, 45:13, 45:16, 47:2, 47:5
**MS** [18] - 19:12, 19:16, 20:20, 21:19, 22:10, 22:18, 31:11, 31:14, 32:9, 32:13, 32:18, 32:21, 34:1, 34:9, 36:9, 37:12, 46:20, 47:7
**MUNGER** [1] - 4:5

## N

**name** [5] - 20:10, 21:4, 21:5, 21:9
**natural** [2] - 28:19, 28:23
**nature** [1] - 20:18
**necessary** [1] - 46:12
**necessity** [1] - 30:12
**need** [8] - 15:20, 17:20, 18:17, 19:9, 19:24, 35:1, 36:12, 43:10
**needed** [1] - 10:17
**needs** [4] - 18:17, 19:25, 22:5, 24:14
**negotiated** [1] - 38:19
**never** [1] - 20:5
**new** [7] - 9:22, 14:7, 17:2, 32:15, 36:15, 41:5, 41:6
**NEW** [3] - 1:3, 2:23, 7:1
**New** [16] - 1:21, 2:6, 2:9, 2:13, 3:14, 3:18, 4:4, 4:13, 5:4, 14:4, 23:5, 29:18, 29:21, 31:1, 31:6
**next** [5] - 18:13, 18:20, 25:3, 25:5, 42:23
**nice** [1] - 24:2
**night** [5] - 9:9, 10:14, 13:24, 23:13, 28:10

**no-brainer** [1] - 38:15
**NOAA** [2] - 28:15, 28:19
**nobody** [3] - 26:14, 41:16, 41:17
**nobody's** [1] - 41:23
**NOMILINI** [1] - 5:13
**NOMILLINI** [2] - 21:12, 44:23
**Nomillini** [1] - 21:12, 44:23
**non** [2] - 24:11, 24:12
**non-lawyer** [1] - 24:12
**non-responsive** [1] - 24:11
**normal** [1] - 42:22
**note** [2] - 7:20, 16:4
**noted** [5] - 14:8, 30:15, 37:2, 38:12, 45:20
**notes** [1] - 30:5
**notice** [2] - 40:9, 40:10
**noticed** [2] - 24:2, 41:17
**noting** [1] - 37:9
**November** [1] - 46:9
**number** [4] - 9:22, 16:10, 31:3, 39:13
**numbers** [1] - 24:10
**NW** [2] - 3:23, 5:10

## O

**O'Keefe** [1] - 2:6
**O'KEEFE** [2] - 18:16, 36:8
**O'ROURKE** [18] - 3:6, 8:15, 25:10, 25:25, 26:7, 26:16, 27:9, 27:23, 28:14, 28:17, 29:14, 29:19, 30:13, 35:9, 35:11, 38:17, 38:24, 39:7
**O'Rourke** [4] - 8:15, 25:10, 35:11, 38:17
**object** [4] - 26:18, 26:19, 33:19, 46:21
**objected** [1] - 43:1
**objecting** [2] - 15:8, 26:10
**objection** [10] - 32:3, 42:11, 44:8, 44:9, 44:11, 44:21
**objections** [4] - 33:11, 42:17, 42:19, 42:23
**Objections** [1] - 6:15
**objects** [2] - 26:15, 44:18
**obvious** [2] - 13:20,

21:1
**obviously** [9] - 15:1, 22:1, 22:4, 26:22, 30:22, 45:19, 46:3, 46:10, 46:11
**occurred** [2] - 20:12
**Oceaneering** [5] - 25:8, 25:12, 25:20, 26:1, 26:23
**OF** [7] - 1:2, 1:6, 3:2, 3:5, 3:8, 3:10, 6:3
**off-line** [2] - 21:16, 22:9
**offer** [1] - 22:6
**offered** [1] - 9:23
**Official** [2] - 1:19, 47:18
**officials** [3] - 20:8, 20:23, 22:11
**oil** [2] - 1:5, 28:23
**OIL** [1] - 1:5
**old** [2] - 11:5, 41:6
**olive** [1] - 45:9
**OLSON** [1] - 4:5
**ON** [1] - 1:6
**once** [1] - 12:18
**one** [25] - 7:21, 8:8, 8:22, 9:1, 11:5, 12:4, 15:24, 16:20, 17:22, 17:25, 20:5, 21:7, 25:21, 28:14, 31:15, 31:18, 34:9, 36:1, 36:18, 37:11, 38:9, 39:10, 44:17
**ONE** [1] - 6:3
**One** [16] - 2:11, 6:4, 6:5, 6:11, 10:4, 12:16, 14:12, 15:21, 15:22, 16:1, 16:2, 24:20, 37:19, 41:11, 41:18, 42:19
**ones** [2] - 26:9, 42:23
**ongoing** [1] - 19:16
**open** [3] - 19:11, 20:19, 29:16
**Open** [1] - 6:9
**opening** [3] - 10:21, 11:9, 11:18
**opportunity** [1] - 16:16
**oppose** [1] - 35:13
**opposed** [1] - 22:16
**optional** [2] - 39:14, 39:18
**oranges** [1] - 44:7
**order** [16] - 11:11, 13:13, 15:4, 16:8, 29:4, 37:20, 37:23, 37:25, 38:18, 38:21, 39:11, 39:14, 39:16,

44:14
**Order** [4] - 6:4, 10:20, 14:23, 15:14
**original** [2] - 40:21, 41:1
**originally** [1] - 22:14
**ORLEANS** [3] - 1:3, 2:23, 7:1
**Orleans** [16] - 1:21, 2:6, 2:9, 2:13, 3:14, 3:18, 4:4, 4:13, 5:4, 14:4, 23:5, 29:18, 29:21, 31:1, 31:6
**ought** [2] - 10:22, 33:13
**ourselves** [1] - 9:3
**outstanding** [3] - 20:4, 21:24, 22:3
**overflow** [1] - 10:24, 11:20
**overlooked** [1] - 22:18

## P

**page** [1] - 23:17
**pages** [1] - 46:22
**PAN** [1] - 2:21
**PAPANTONIO** [1] - 2:14
**paper** [1] - 28:8
**paragraph** [3] - 10:21, 11:8, 11:10
**part** [1] - 26:24
**partial** [1] - 45:14
**participants** [2] - 7:7, 7:10
**participate** [1] - 27:8
**participating** [1] - 43:25
**particular** [4] - 18:2, 18:5, 21:2, 37:24
**particularly** [6] - 27:2, 33:2, 35:24, 36:4, 36:21, 37:9
**parties** [6] - 17:1, 19:6, 36:18, 39:15, 40:23, 43:5
**parties'** [3] - 36:10, 36:21, 36:22
**party** [7] - 25:16, 25:19, 26:10, 27:12, 31:5, 39:21, 44:18
**path** [1] - 7:18
**Paul** [2] - 14:16, 17:9
**PAUL** [1] - 2:21
**PC** [2] - 4:14, 4:20
**pejorative** [1] - 21:8
**Pending** [1] - 6:13
**Pensacola** [1] - 2:16
**people** [8] - 7:9, 7:17,

10:13, 11:22, 21:18, 29:9, 40:19, 41:20
**perfect** [1] - 30:4
**perfectly** [1] - 11:20
**perhaps** [3] - 20:6, 29:10, 46:23
**period** [1] - 35:4
**periods** [1] - 29:23
**permitted** [1] - 31:21
**personally** [1] - 37:3
**PETRINO** [1] - 5:14
**Petrino** [1] - 35:24
**PHASE** [2] - 6:3, 6:7
**phase** [2] - 6:4, 35:15
**Phase** [28] - 6:5, 6:9, 6:11, 6:12, 6:14, 6:16, 6:16, 6:17, 10:4, 12:16, 14:12, 15:21, 15:22, 15:23, 15:25, 16:1, 16:2, 24:20, 31:10, 31:12, 32:24, 32:25, 33:5, 36:13, 37:19, 41:11, 41:18, 42:19
**Phoenix** [1] - 8:22
**phone** [3] - 7:6, 7:10, 29:1
**phrases** [1] - 39:11
**pick** [4] - 42:15, 44:24, 45:6, 46:4
**picture** [1] - 7:8
**pictures** [1] - 26:22
**PIGMAN** [1] - 4:11
**pin** [1] - 7:23
**Pixton** [2] - 21:25, 23:1
**Pixton's** [2] - 22:7, 22:10
**Place** [1] - 2:11
**place** [3] - 11:16, 23:20, 31:25
**plaintiff** [1] - 17:8
**plaintiffs** [1] - 40:2
**Plaintiffs** [4] - 2:10, 2:14, 2:17, 2:20
**Plaintiffs'** [1] - 2:2
**planning** [2] - 17:17, 46:20
**play** [2] - 14:23, 16:4
**plea** [2] - 16:9, 16:14
**PO** [2] - 2:3, 3:6
**point** [7] - 8:16, 14:8, 15:12, 16:9, 19:18, 28:24, 43:20
**pointed** [1] - 12:6
**POLK** [1] - 5:2
**portion** [1] - 16:3
**position** [2] - 34:2, 44:17
**posted** [1] - 9:19

**potential** [1] - 40:10
**Poydras** [5] - 1:20, 2:8, 3:17, 4:3, 5:3
**POYDRAS** [1] - 2:22
**practically** [1] - 36:13
**Practices** [1] - 18:2
**pre** [1] - 42:20
**Pre** [1] - 6:4
**pre-admitted** [1] - 42:20
**Pre-Trial** [1] - 6:4
**precluded** [2] - 16:11, 16:17
**preference** [6] - 31:2, 36:10, 36:21, 36:25, 37:5
**preferences** [2] - 36:22, 37:6
**Preliminary** [1] - 6:14
**PREPARATION** [1] - 6:3
**Preparation** [1] - 6:4
**presentment** [1] - 40:11
**presume** [1] - 33:10
**Pretrial** [3] - 10:20, 14:23, 15:14
**pretrial** [2] - 13:5, 15:4
**previous** [2] - 11:19, 39:14
**previously** [2] - 9:19, 26:8
**privilege** [2] - 23:10, 28:25
**privileged** [3] - 23:18, 24:11, 29:6
**problem** [9] - 23:2, 26:5, 27:6, 28:18, 29:8, 35:2, 44:12, 44:15, 44:16
**problematic** [1] - 34:18
**problems** [1] - 25:15
**procedure** [1] - 38:3
**proceeding** [2] - 16:7, 16:15
**Proceedings** [2] - 1:23, 47:13
**proceedings** [1] - 16:6
**process** [5] - 23:19, 27:11, 39:1, 42:1, 42:14
**processing** [1] - 25:16
**PROCTOR** [1] - 2:14
**produced** [4] - 18:8, 18:12, 19:4, 23:10
**product** [1] - 28:24
**Production** [2] - 6:9, 6:10
**production** [11] - 18:1,

19:13, 19:20, 20:4, 23:6, 23:10, 25:9, 25:13, 25:24, 27:3, 36:11
**Professor** [3] - 6:10, 24:12, 31:5
**progress** [3] - 25:18, 28:13, 28:17
**project** [2] - 36:4, 36:7
**projected** [1] - 34:24
**promptly** [1] - 18:21
**proper** [1] - 24:16
**proposal** [1] - 32:3
**proposed** [3] - 14:12, 29:4, 29:19
**proposing** [1] - 25:20
**protections** [1] - 37:25
**PSC** [10] - 2:7, 9:19, 14:12, 14:16, 16:4, 18:17, 18:18, 24:22, 25:1, 35:20
**PSC's** [1] - 14:11
**PTO** [1] - 17:10
**publicity** [1] - 20:9
**punishment** [1] - 9:2
**purpose** [1] - 28:24
**push** [1] - 33:24
**put** [6] - 7:3, 16:10, 16:21, 34:20, 44:3
**putting** [2] - 34:14, 44:16

---

## Q

**quantification** [1] - 28:2
**Questioning** [1] - 6:11
**questioning** [1] - 24:21
**questions** [1] - 9:25
**queue** [1] - 31:19
**quick** [2] - 10:5, 45:16
**quickly** [2] - 9:11, 10:11
**quietly** [1] - 41:16
**quite** [1] - 33:15

---

## R

**RACHEL** [1] - 4:8
**RAFFERTY** [1] - 2:14
**raise** [1] - 29:7
**raised** [4] - 8:4, 13:7, 17:10, 22:20
**rapidly** [1] - 31:19
**rate** [1] - 26:6
**rather** [4] - 31:4, 31:20, 36:15, 37:1
**RE** [1] - 1:5

**re** [1] - 17:12
**re-shuffling** [1] - 17:12
**reach** [1] - 31:18
**reaching** [1] - 23:8
**reaction** [2] - 16:25, 40:25
**read** [2] - 14:14, 15:4
**ready** [2] - 47:10, 47:11
**real** [6] - 10:5, 10:11, 20:10, 31:24, 35:18, 45:16
**really** [11] - 12:16, 14:9, 15:2, 17:17, 33:1, 35:3, 36:1, 41:12, 42:3, 42:6, 46:8
**reason** [6] - 8:6, 38:5, 38:7, 40:22, 42:6, 46:22
**reasonable** [3] - 21:19, 21:21, 39:13
**reasons** [1] - 20:11
**rebut** [1] - 35:15
**rebuttal** [1] - 35:17
**recent** [1] - 23:4
**recirculate** [1] - 45:8
**recollection** [2] - 42:18, 43:4
**reconfirm** [1] - 13:4
**record** [5] - 9:4, 16:4, 16:22, 22:23, 44:10
**Recorded** [1] - 1:23
**reference** [1] - 18:4
**reflecting** [1] - 7:16
**regard** [5] - 9:5, 11:15, 14:11, 19:10, 30:24
**regarding** [4] - 37:16, 39:11, 40:4
**Regarding** [1] - 6:5
**region** [1] - 7:16
**regular** [1] - 12:22
**related** [1] - 20:7
**Reliance** [1] - 37:21
**reliance** [2] - 37:21, 38:11
**reluctance** [1] - 43:13
**reluctant** [1] - 41:19
**remaining** [1] - 19:9
**remember** [3] - 13:1, 41:13, 43:22
**reminded** [2] - 17:25, 22:19
**reminding** [1] - 22:4
**replacing** [1] - 38:21
**replied** [1] - 34:10
**reply** [6] - 31:23, 32:10, 32:15, 32:16, 46:6

**report** [5] - 9:6, 9:8, 13:14, 19:8, 35:19
**Reporter** [2] - 1:19, 47:18
**reports** [1] - 35:15
**reposted** [1] - 9:20
**representative** [1] - 40:4
**request** [2] - 10:24, 14:11
**required** [3] - 16:5, 39:15, 39:19
**requirement** [2] - 14:22, 17:13
**resend** [1] - 40:19
**reserve** [1] - 41:8
**resistance** [1] - 43:17
**resolution** [1] - 31:18
**resolve** [1] - 18:20
**resolved** [2] - 42:9, 45:2
**resolving** [1] - 45:1
**resource** [3] - 28:19, 28:23, 46:18
**resources** [1] - 44:13
**respect** [3] - 19:13, 31:12, 31:14
**respectfully** [1] - 22:18
**respond** [10] - 14:15, 22:7, 22:15, 24:22, 25:2, 31:22, 32:9, 46:1, 46:4, 46:14
**responding** [1] - 34:16
**response** [5] - 22:15, 31:17, 38:18, 45:3, 45:10
**responsive** [2] - 24:11, 24:14
**rest** [4] - 12:24, 15:18, 34:5, 46:10
**restore** [1] - 11:19
**result** [1] - 14:21
**results** [2] - 19:1, 19:6
**return** [1] - 47:10
**returned** [1] - 40:14
**revised** [1] - 12:2
**revisit** [2] - 12:17
**rex** [1] - 16:10
**RICHARD** [1] - 4:21
**RICHARDSON** [1] - 5:2
**rig** [2] - 13:15, 13:20
**RIG** [1] - 1:5
**RMR** [1] - 1:19
**road** [2] - 23:14, 38:24
**Rob** [6] - 20:5, 24:17, 26:18, 30:19, 32:3, 45:15

**Rob's** [1] - 34:15
**ROBERT** [1] - 3:22
**ROBIN** [1] - 5:15
**roll** [1] - 39:5
**RONQUILLO** [2] - 4:14, 4:20
**room** [1] - 7:17
**Room** [1] - 3:3
**ROV** [4] - 6:3, 13:12, 26:22, 27:2
**ROY** [2] - 2:2, 2:2
**rule** [1] - 15:3
**rulings** [1] - 45:4
**RUSNAK** [1] - 2:17
**RYAN** [1] - 3:20

## S

**SALLY** [1] - 1:12
**sample** [1] - 39:14
**San** [2] - 3:4, 8:22
**Santa** [4] - 7:18, 8:13, 8:25, 23:7
**SARAH** [2] - 5:3, 5:14
**Sarah** [18] - 19:12, 21:14, 21:17, 21:24, 22:7, 22:17, 31:13, 32:4, 32:8, 32:23, 34:4, 37:8, 45:19, 45:23, 46:11, 46:17, 47:2, 47:5
**Sarah's** [3] - 20:3, 20:17, 22:5
**saver** [1] - 46:18
**schedule** [4] - 27:17, 31:25, 35:13, 45:21
**scheduled** [1] - 29:23
**schedules** [1] - 32:15
**SCHELL** [1] - 5:2
**Schula's** [1] - 13:24
**scientist** [1] - 28:18
**SCOFIELD** [1] - 5:6
**screen** [2] - 7:10, 33:9
**SCT** [1] - 3:5
**seabed** [1] - 13:17
**SEAN** [2] - 4:16, 5:12
**search** [3] - 29:6, 37:10
**seating** [2] - 12:1, 12:3
**Seattle** [1] - 29:10
**second** [2] - 25:18, 41:12
**Secretary** [2] - 27:18, 28:3
**see** [16] - 7:3, 7:4, 7:10, 8:12, 8:20, 9:5, 18:25, 20:4, 23:12, 32:25, 38:5, 38:7, 42:6, 46:13, 46:14,

46:25
**seeing** [1] - 21:16
**seem** [2] - 13:1, 34:14
**seeps** [1] - 13:16
**segregated** [1] - 19:5
**send** [1] - 12:4, 12:11, 15:17, 21:19, 22:19, 22:22, 24:18, 28:12, 29:19, 34:12
**sending** [1] - 40:8
**senior** [1] - 20:8
**sense** [1] - 37:8
**sensitive** [1] - 23:17
**sent** [6] - 9:9, 25:18, 28:10, 45:1, 45:24, 46:8
**separate** [4] - 9:14, 17:14, 34:15, 44:14
**September** [1] - 37:19
**series** [1] - 18:3
**serve** [3] - 36:15, 36:16, 37:8
**set** [11] - 9:24, 22:8, 24:7, 26:2, 29:2, 34:7, 34:11, 39:1, 41:19, 46:23
**setting** [1] - 45:20
**settlement** [2] - 14:20, 14:21
**seven** [1] - 28:3
**several** [1] - 8:8
**shaped** [1] - 7:18
**sheen** [1] - 13:21
**shoot** [1] - 11:25
**short** [4] - 36:15, 40:15, 40:16, 45:18
**short-circuit** [1] - 45:18
**shorthand** [1] - 20:24
**shot** [1] - 31:15
**shout** [1] - 36:1
**shout-out** [1] - 36:1
**showing** [1] - 17:16
**shows** [1] - 7:17
**shuffling** [2] - 14:20, 17:12
**SHUSHAN** [1] - 1:12
**Shushan** [1] - 46:24
**signed** [1] - 16:8
**similar** [2] - 30:21, 37:23
**simple** [1] - 33:7
**simpler** [1] - 33:5
**simply** [3] - 14:17, 22:18, 36:17
**SINCLAIR** [1] - 3:11
**single** [1] - 45:24
**sit** [3] - 14:14, 33:21, 42:10

**site** [2] - 9:20, 13:20
**sites** [1] - 8:4
**situation** [1] - 33:17
**six** [1] - 34:10
**skin** [1] - 11:23
**skip** [1] - 9:11
**slightly** [1] - 34:21
**slippage** [1] - 23:23
**slotted** [1] - 10:22
**snuff** [1] - 27:15
**Software** [1] - 1:24
**someone** [1] - 41:4
**sometime** [1] - 17:20
**sometimes** [2] - 20:9, 21:1
**somewhere** [1] - 14:1
**sooner** [1] - 31:19
**sorry** [2] - 12:23, 17:21
**sort** [3] - 21:2, 33:16, 43:14
**sounds** [2] - 43:17, 47:10
**source** [2] - 13:21, 28:1
**sources** [1] - 8:8
**South** [2] - 2:15, 4:6
**space** [2] - 10:24, 11:2
**spaced** [1] - 45:24
**special** [1] - 28:6
**specify** [1] - 21:22
**specter** [1] - 29:7
**speed** [1] - 9:4
**SPILL** [1] - 1:5
**spreadsheet** [5] - 9:12, 9:13, 36:16, 37:1, 37:11
**spreadsheets** [1] - 35:23
**stand** [1] - 25:8
**standard** [1] - 29:6
**start** [4] - 33:7, 39:2, 39:4, 42:17
**starting** [1] - 13:1
**State** [2] - 3:8, 3:13
**statement** [1] - 11:9
**statements** [1] - 10:22
**STATES** [2] - 1:1, 1:13
**States** [6] - 3:5, 20:13, 25:11, 26:8, 31:3, 35:12
**States'** [1] - 34:2
**statistics** [1] - 9:10
**STATUS** [1] - 1:11
**status** [1] - 11:19
**steerage** [1] - 8:21
**Stenography** [1] - 1:23
**step** [1] - 39:15

**STEPHEN** [1] - 2:5
**Sterbcow** [2] - 14:16, 16:24
**STERBCOW** [13] - 2:20, 2:21, 14:14, 14:16, 14:25, 15:13, 15:18, 15:22, 16:2, 16:21, 17:5, 17:25, 44:6
**sterbcow** [2] - 41:12, 44:5
**Steve** [12] - 8:15, 17:7, 25:10, 27:7, 31:8, 35:11, 38:17, 39:8, 40:1, 41:5, 41:10, 43:9
**Steve's** [2] - 30:20, 39:11
**STEVEN** [1] - 3:6
**stiff** [2] - 43:17, 45:9, 45:12
**still** [4] - 12:22, 13:18, 37:10, 39:18
**stipulate** [3] - 41:25, 42:5, 42:8
**stipulations** [1] - 42:23
**STONE** [1] - 4:11
**stop** [1] - 8:22
**Stored** [1] - 6:8
**STREET** [1] - 2:22
**Street** [15] - 1:20, 2:3, 2:8, 2:12, 2:15, 3:14, 3:17, 3:23, 4:3, 4:9, 4:12, 4:18, 5:3, 5:7, 5:10
**strictly** [1] - 35:16
**Strike** [1] - 6:10
**strike** [1] - 24:20
**string** [2] - 40:3, 40:6
**strong** [1] - 31:1
**subcategory** [1] - 37:21
**submit** [3] - 45:23, 46:12, 46:22
**submitted** [2] - 34:24, 44:10
**succeed** [1] - 45:23
**succinctly** [1] - 34:1
**sudden** [1] - 40:5
**suggest** [3] - 17:15, 31:11, 38:1
**suggested** [1] - 26:5
**suggestion** [2] - 33:20, 33:23
**Suite** [9] - 2:9, 2:12, 2:16, 3:17, 4:3, 4:9, 4:18, 4:22, 5:4
**suite** [1] - 5:7
**SUITE** [1] - 2:22

**summarize** [1] - 34:1
**summary** [1] - 34:23
**Super** [1] - 29:7
**supplement** [1] - 16:5
**supplemented** [2] - 19:25, 20:1
**support** [1] - 24:16
**supposed** [1] - 17:18
**surely** [1] - 20:1
**surrebuttal** [1] - 35:19
**surrebuttals** [1] - 35:18
**surrebutting** [1] - 35:17
**survey** [2] - 13:12, 13:15
**SUSAN** [2] - 1:19, 47:21
**Susan** [2] - 47:18, 47:22
**susan_zielie@laed. uscourts.gov** [1] - 1:21
**suspect** [2] - 11:3, 43:3
**SUTHERLAND** [1] - 4:8
**syla** [1] - 8:18
**system** [2] - 21:3, 28:23

## T

**T's** [1] - 27:4
**T-rex** [1] - 16:10
**table** [3] - 11:17, 17:4
**tackle** [2] - 14:10, 14:13
**Tanner** [1] - 11:13
**TANNER** [3] - 5:6, 11:11, 11:20
**team** [4] - 13:7, 20:17, 41:4, 43:9
**technical** [2] - 25:15
**tee** [1] - 19:9
**TELEPHONICALLY** [1] - 5:12
**tend** [1] - 14:6
**tentatively** [2] - 26:12, 29:20
**term** [2] - 17:12, 18:8
**terms** [6] - 12:19, 16:2, 20:3, 23:17, 24:15, 29:6
**test** [1] - 18:25
**testimony** [4] - 19:24, 19:25, 34:24
**Testing** [1] - 6:8
**thanked** [1] - 10:12
**THE** [106] - 1:2, 1:5,

1:5, 1:12, 7:3, 8:2, 8:6, 8:11, 8:24, 10:3, 10:6, 10:23, 11:7, 11:14, 11:22, 12:6, 12:14, 12:20, 13:3, 13:9, 13:22, 14:3, 14:7, 14:9, 14:15, 14:24, 15:6, 15:11, 15:16, 15:21, 15:25, 16:19, 17:4, 17:6, 17:22, 18:14, 18:19, 18:24, 19:8, 19:15, 22:25, 23:24, 24:3, 24:6, 24:17, 25:4, 25:6, 25:8, 25:23, 26:4, 26:12, 26:17, 27:6, 27:15, 28:13, 28:16, 29:12, 29:15, 29:22, 30:4, 30:9, 30:18, 31:7, 31:13, 32:2, 32:23, 32:25, 33:7, 33:19, 33:22, 33:25, 34:4, 34:11, 35:8, 35:10, 35:18, 36:6, 36:24, 37:5, 37:7, 37:13, 38:5, 38:15, 38:22, 39:3, 39:8, 39:19, 39:21, 39:24, 40:12, 40:25, 41:7, 41:14, 42:9, 42:25, 43:4, 43:19, 43:25, 44:5, 45:7, 45:11, 45:14, 46:19, 47:1, 47:3, 47:8

**theirs** [1] - 35:15

**they've** [2] - 19:24, 40:15

**thinking** [4] - 12:18, 12:24, 21:21, 39:5

**third** [5] - 25:16, 25:19, 27:12, 31:5, 38:20

**third-party** [3] - 25:16, 25:19, 27:12

**THOMAS** [1] - 2:14

**three** [5] - 17:16, 38:19, 39:11, 42:7, 46:9

**throw** [1] - 46:15

**throws** [1] - 38:3

**Thursday** [5] - 12:20, 12:25, 25:5, 32:12, 32:13

**ties** [2] - 15:23, 43:11

**timeframe** [1] - 31:4

**timeline** [8] - 33:2, 33:5, 34:21, 37:15, 37:16, 39:12, 39:17

**timing** [1] - 16:3

**TO** [1] - 13:14

**TO's** [1] - 30:1

**today** [6] - 12:5, 12:12, 12:13, 14:10, 14:13, 16:12

**together** [4] - 34:21, 41:24, 42:5, 46:23

**TOLEDO** [1] - 4:17

**toll** [1] - 7:24

**TOLLES** [1] - 4:5

**tomorrow** [6] - 23:11, 32:22, 33:8, 46:11, 46:17, 47:2

**tone** [2] - 31:16, 45:20

**Tony** [7] - 7:5, 7:9, 8:6, 8:11, 9:1, 37:13, 37:14

**top** [2] - 22:16, 23:24

**topics** [1] - 47:9

**total** [1] - 18:8

**touch** [1] - 19:17

**touched** [1] - 9:18

**track** [1] - 34:15

**tracking** [4] - 30:6, 30:12, 30:16, 30:21

**traffic** [1] - 23:13

**transcript** [1] - 47:19

**Transcription** [1] - 1:23

**Transocean** [1] - 28:7

**Transocean's** [2] - 6:10, 24:20

**travel** [2] - 8:21, 32:15

**travels** [1] - 32:1

**trial** [15] - 9:9, 12:19, 13:10, 14:12, 15:15, 33:9, 36:13, 41:19, 42:5, 42:22, 44:8, 44:20, 44:21, 45:2

**Trial** [2] - 6:4, 6:5

**trip** [1] - 7:21

**try** [11] - 15:16, 31:20, 31:24, 32:20, 33:22, 35:20, 38:12, 39:21, 41:24, 42:5, 43:15

**trying** [4] - 18:6, 31:15, 37:4, 45:18

**Tuesday** [2] - 6:2, 30:3

**TUESDAY** [1] - 7:1

**turn** [1] - 8:13

**turn-by-turn** [1] - 8:13

**turns** [1] - 23:14

**two** [5] - 27:25, 28:5, 29:22, 29:23, 41:9

**TWO** [1] - 6:7

**Two** [14] - 6:9, 6:12, 6:14, 6:16, 6:16, 6:17, 15:23, 15:25, 31:10, 31:12, 32:24, 32:25, 33:5, 36:13

**two-day** [1] - 29:23

**TX** [5] - 2:19, 4:10, 4:19, 4:22, 5:8

## U

**U-shaped** [1] - 7:18

**under** [6] - 14:18, 14:22, 15:3, 17:13, 21:21, 29:4

**UNDERHILL** [1] - 3:2

**understood** [1] - 16:25

**undo** [1] - 44:13

**undue** [1] - 43:14

**unfortunately** [1] - 7:7

**unique** [1] - 28:3

**UNITED** [2] - 1:1, 1:13

**United** [7] - 3:5, 20:13, 25:11, 26:8, 31:2, 34:2, 35:11

**universe** [1] - 42:25, 43:2

**University** [1] - 23:6

**university** [1] - 23:25

**unless** [3] - 12:23, 17:17, 41:22

**unlikely** [1] - 31:17

**up** [38] - 7:3, 7:6, 8:1, 9:24, 10:19, 10:24, 12:10, 12:21, 15:22, 18:1, 18:4, 19:10, 20:11, 22:1, 22:5, 22:17, 24:7, 26:2, 26:20, 27:15, 28:8, 31:19, 34:7, 34:11, 37:7, 37:13, 39:1, 39:10, 41:20, 42:15, 42:22, 44:17, 44:18, 44:24, 45:6, 46:4, 46:24

**update** [2] - 40:20, 41:1

**updated** [2] - 40:16, 40:23

**US** [8] - 3:2, 3:5, 6:9, 19:10, 19:19, 20:1, 38:17, 46:24

**USA** [1] - 20:3

**USDOJ** [2] - 5:14, 5:15

## V

**Valley** [1] - 8:1

**Vance** [1] - 16:8

**various** [2] - 20:10, 32:1

**vein** [1] - 37:4

**version** [4] - 12:7, 12:9, 12:11

**vertical** [1] - 7:25

**videos** [3] - 27:2, 27:10, 27:11

**Vidrine** [1] - 16:14

**volume** [1] - 36:11

## W

**wait** [2] - 15:24, 15:25

**waive** [1] - 26:8

**WALTHER** [1] - 4:11

**wants** [1] - 16:4

**WARREN** [1] - 5:9

**Washington** [4] - 3:7, 3:11, 3:23, 5:10

**waste** [2] - 41:23, 42:7

**waters** [1] - 24:13

**Watson** [1] - 27:22

**Wednesday** [1] - 23:11

**week** [19] - 8:7, 11:15, 12:19, 12:24, 14:18, 17:11, 18:13, 25:3, 25:21, 26:2, 28:12, 29:3, 29:9, 29:20, 31:21, 32:11, 39:4

**weeks** [2] - 8:9, 46:9

**WEINER** [1] - 5:2

**welcome** [1] - 26:17

**wells** [1] - 13:17

**west** [1] - 31:4

**WHITELEY** [1] - 3:13

**whole** [2] - 36:4, 42:1

**WILLIAMS** [2] - 2:7, 2:8

**WILLIAMSON** [5] - 2:17, 2:18, 24:25, 25:5, 25:7

**Williamson** [2] - 8:9, 24:24, 24:25

**willing** [2] - 43:8, 43:20

**wind** [1] - 12:10

**WINFIELD** [1] - 3:11

**wish** [1] - 11:22

**withdrawing** [1] - 42:17

**Witness** [1] - 6:6

**witness** [7] - 14:12, 15:7, 25:21, 25:22, 37:15, 37:18, 38:1

**witnesses** [13] - 14:19, 14:20, 15:5, 15:15, 17:11, 17:16, 27:24, 30:22, 31:15, 37:17, 45:18, 46:4, 46:5

**WITTMAN** [1] - 4:11

**wonder** [1] - 33:13

**wonderful** [1] - 36:3

**wondering** [2] - 37:22,

37:23

**words** [1] - 20:8

**works** [1] - 32:19

**worthwhile** [1] - 45:22

**WRIGHT** [1] - 2:2

**wrinkles** [1] - 23:14

**writing** [2] - 14:15, 22:16

## Y

**year** [2] - 10:2, 32:16

**yesterday** [2] - 18:6, 30:15, 34:15

**Yippee** [1] - 34:3

**yippee** [2] - 34:5, 34:10

**Yoakum** [1] - 2:18

**YORK** [5] - 4:20, 9:6, 39:10, 39:20, 39:23

**York** [3] - 9:3, 9:7, 39:9

**you-know-who** [1] - 7:17

## Z

**Zielie** [2] - 47:18, 47:22

**ZIELIE** [2] - 1:19, 47:21