UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Working Group Conference on Tuesday, December 18, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

**ROV INSPECTION OF DWH**

BP reported that the ROV inspection of the rig was conducted. There was no evidence of any leaks at the wells or the seabed. The Coast Guard will continue its investigation into the cause of the sheen.

**PHASE ONE PREPARATION**

**1.     Phase One Exhibits**.

Halliburton reported that the spreadsheet to identify the proposed fixes was completed and distributed on December 17. The number of new cures is limited. It will set a conference call if the parties have questions.

2. **Opening Statements, Seating, Trial Days and Start Time for Phase One Trial**.

M-I is granted 10 minutes for an opening statement. The total time for opening statements provided in Paragraph 6 of Pre-Trial Order No. 54 (Rec. doc. 8080) is extended to 370 minutes. M-I will have seating in the jury box. BP reported that the defendants were in agreement on the seating chart (version 8) which will be submitted on December 18.

Subject to confirmation with Judge Barbier, the trial will begin at 8:00 a.m. and be conducted Monday through Thursday. If there is a legal holiday in the week, the trial will proceed on the other four work days.

3. **Changes to Witness List**.

David Calvert was listed as a witness to be called by deposition at the Phase One trial. On December 13, 2012, Halliburton objected to the PSC's proposal to call Calvert as a live witness. The PSC reported that the good cause standard was not applicable to the "re-shuffling" of three other witnesses. The PSC and Halliburton shall meet-and-confer on these issues. If they are unable to agree, the PSC shall submit a letter brief.

4. **Changes to Exhibit List.**

The PSC reported that developments in the criminal proceeding may prompt it to offer documents from that proceeding as Phase One exhibits. Any changes in the exhibit list will be considered under the good cause standard.

5. **Admissibility of Exhibits**.

The PSC raised the question of stipulating to the admissibility of exhibits. BP reported that it would try to pick up the process where it left off in February 2012.

## PHASE TWO

### Inspection and Testing of Equipment Stored at Michoud

BP reported that it produced the test result data on December 14, 2012.

### Phase Two Document Production

1. **Open Document Production Issues Between BP and U.S.**

    The only outstanding issue is the use of alternate email names. The U.S. confirmed that EPA Administrator Lisa Jackson was the only one to use such a name. The parties shall notify the Court if they are unable to resolve this matter.

2. **Professor Ira Leifer and UCSB Document Production**.

    The Court reported on the status of document production by UCSB. BP expressed concern about the limited time between the January 7 deadline for privilege logs and the January 28-29 setting for Professor Leifer's deposition. A conference call was scheduled for later in the day in order to expedite the resolution of privilege issues.

3. **Transocean's Motion to Strike Phase One Questioning.**

    By **Thursday, December 27**, the PSC shall respond to Transocean's motion to strike.

### Phase Two Fact Depositions

1. **Designees for the U.S. and BP 30(b)(6) depositions**.

    The U.S. and BP will meet-and-confer on their Rule 30(b)(6) designees. If they are unable to resolve the matter, the U.S. shall submit a letter brief by **Friday, December 21.** Attached to the letter brief will be BP's 12 page letter on the issue. The Court will review the December 21 submission and may contact the parties prior to BP submitting its opposition on **Friday, January 4.** Any reply by the U.S. shall be submitted on **Wednesday, January 9.**

2. **Oceaneering**.

The U.S. reported that Oceaneering continues to work on its document production. A third-party contractor has processed 20,000 documents. Oceaneering will send a second batch to the contractor. It proposes January 14 or 15 for the deposition of one of its designees, Kinton Lawler, and January 21 for the other designee, Anthony Harwin. The dates are tentative. The documents will not be produced for the 21-day deadline before the depositions and BP reported it must see the documents before it can determine if it can proceed with these dates. If the parties determine a conference call will assist, they shall contact the Court.

3. **Secretary Chu.**

The parties are thanked for their cooperation in reaching agreement on Secretary Chu's deposition. It is set for Washington, D.C. on January 24 at 9:00 a.m. EST. It will be limited to 7 hours and 35 minutes. The time is allocated as follows: BP 220 minutes; TO 65 minutes; PSC/States 125 minutes; and U.S. redirect 45 minutes.

4. **Trevor Hill and Mike Mason**.

The parties reported agreement on the length, classification and allocation of examination time for the remaining depositions, except Hill and Mason. They are working on a separate allocation for them in order to increase the time available to Transocean.

5. **George Graettinger**.

The U.S. reported that Grattinger of NOAA had some involvement in the flow rate estimate. His work on the natural resource damage assessment requires a very large privilege log. The U.S. believes that it will be able to produce him for a deposition during the week of February 4 and comply with the 21-day deadline. Because of the New Orleans holiday schedule that week, it is

likely that the deposition will be in Washington, D.C.

| Witness | | Classification | Length | | Date |
|---|---|---|---|---|---|
| **Week - January 7-11** | | | | | |
| U.S. (Fact) | Richard Brannon | Source Con. | 2 days | N.O. | Jan. 7-9 |
| BP (Fact) | Tony Liao | Quant. | 2 days | London | Jan. 10-11 |
| BP (Fact) | Farah Saidi | Quant. | 2 days | N.O. | Jan. 10-11 |
| BP (Fact) | Richard Harland | Source Con. | 2 days | N.O. | Jan. 10-11 |
| **Week - January 14-18** | | | | | |
| Oceaneering (30(b)(6)) | Kinton Lawler | Tentative | 2 days | N.O. | Jan. 14 or 15 |
| BP (Fact) | Trevor Hill | Quant. | 2 days | London | Jan. 14-15 |
| BP (Fact) | Bob Merrill | Quant. | 2 days | N.O. | Jan. 15-16 |
| BP (Fact) | Jim Wellings | Source Con. | 2 days | N.O. | Jan. 16-17 |
| U.S. (Fact) | Bill Lehr | Quantifcation | 2 days | N.O. | Jan. 17-18 |
| **Week - January 21-25** | | | | | |
| Oceaneering (30(b)(6)) | Anthony Harwin | Tentative | 2 days | N.O. | January 21 |
| BP (Fact) | Mark Patteson | Source Con. | 2 days | Houston | Jan. 23-24 |
| U.S. (Fact) | Sec. Chu | Source Con. | 1 day | Wash., D.C. | January 24 |
| BP (Fact) | Mike Levitan | Quant. | 2 days | N.O. | Jan. 24-25 |
| BP (Fact) | Mike Mason | Quant. | 2 days | N.O. | Jan. 24-25 |
| **Week - January 28 - February 1** | | | | | |
| TO (Fact) | Steve Hand | Source Con. | 2 days | N.O. | Jan. 28-29 |
| UCSB | Professor Leifer | Quant. | 2 days | Bakersfield | Jan. 28-29 |

| | | | | | |
|---|---|---|---|---|---|
| BP (May Call) | David Clarkson | Source Con. | 2 days | N.O. | Jan. 29-30 |
| U.S. (Fact) | Ronald Dykhuizen | Quant. | 2 days | N.O. | Jan. 30-31 |
| U.S. (Fact) | Mark Havstad | Quant. | 2 days | N.O. | Jan. 30-31 |

Week - February 4 -8

| | | | | | |
|---|---|---|---|---|---|
| U.S. (Fact) | George Graettinger | Quant. | 2 days | Wash., D.C. | February ?? |

## Timeline Revision

1. **Preliminary Good Faith Exhibit Lists and Objections to Deposition Exhibits**.

    **Wednesday, December 19, 2012**, was the deadline for the parties to serve a good-faith list of 30(b)(6) deposition exhibits they intend to use at trial, as well as a good-faith list of other documents not used in 30(b)(6) deposition they wish to use at trial (the "Good Faith Phase Two Trial Exhibit List - First Installment"). Rec. doc. 7888. The deadline for objection is **January 9, 2013.** BP requested that the objection deadline be extended because of the holidays. A revised Phase Two Trial Preparation Timeline is attached. It includes an extension of the deadline for objections to **Monday, January 14, 2013.**

2. **Other Issues Regarding November 14 Order (Rec. doc. 7888).**

    The order provided for two installments. Rec. doc. 7888. The U.S. raised a question about a third installment. It was agreed that this would be deferred.

    Paragraph no. 4 of the order provided that the party potentially seeking to admit the document(s) may file a motion. Such a motion remains optional.

3. **Dr. Bea**.

    The Court asked the PSC to consider whether Dr. Gail can prepare the report and avoid a significant modification in the expert schedule.

There will be no sur-rebuttal expert reports.

**4.     Clawbacks**.

The U.S. reported that it will locate additional clawbacks before the start of the Phase Two trial. It will serve an Excel spreadsheet with the cumulative list and identify what is added to the cumulative list.

**5.     Deadline for Contesting Authenticity of Expert Witness Documents**.

For Phase One there was an order (Rec. doc. 3916) regarding expert discovery production. Anadarko asked if a similar order would be entered for Phase Two. The Court reported that it would be included.

## OTHER MATTERS

The PSC reported on a communication regarding the master Court-approved claims data base. The issue concerns the retention of original information. BP reported that it will communicate with the PSC. It is considering the creation of a new field reflecting the new address for the claimant, but retaining the old field and the original address.

## CONFERENCE SCHEDULE

| | |
|---|---|
| 12/28/12 | **No conference** |
| 01/04/13 | WGC meeting at 9:30 a.m. |
| 01/11/13 | WGC meeting at 9:30 a.m. |
| 01/17/13 | Phase One technical walk through |
| 01/18/13 | Phase One pre-trial conference at 9:30 a.m. - trial attorneys only<br>WGC meeting to follow |
| 01/25/13 | WGC meeting at 9:30 a.m. |
| 02/01/13 | No conference - Super Bowl on February 3. |

| | |
|---|---|
| 02/08/13 | No conference - Mardi Gras on February 12 |
| 02/15/13 | WGC meeting at 9:30 a.m. |
| 02/22/13 | WGC meeting at 9:30 a.m. |
| 02/25/13 | Commencement of trial of Phase One. |
| 03/01/13 | WGC meeting at 9:30 a.m. |
| 03/08/13 | WGC meeting at 9:30 a.m. |
| 03/15/13 | WGC meeting at 9:30 a.m. |
| 03/22/13 | No WGC Conference |
| 03/29/13 | No WGC Conference |
| 04/05/13 | No WGC Conference |
| 04/12/13 | WGC meeting at 9:30 a.m. |
| 04/19/13 | WGC meeting at 9:30 a.m. |
| 04/26/13 | WGC meeting at 9:30 a.m. |
| 05/03/13 | WGC meeting at 9:30 a.m. |
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. |
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 21st day of December, 2012.

                                                SALLY SHUSHAN
                                                United States Magistrate Judge