**Phase Two Trial Preparation Timeline**

| Date | Deadline/Event |
|---|---|
| 12/19/12 | Deadline for good faith trial exhibit list - first installment. |
| | The parties are required to serve a good-faith list of 30(b)(6) deposition exhibits they intend to use at trial, as well as a good-faith list of other documents not used in 30(b)(6) deposition they wish to use at trial  Rec. doc. 7888. |
| 1/14/13 | Objections to good faith trial exhibit list - first installment. |
| 1/22/13 | Meet-and-confer regarding good faith trial exhibit list - first installment. |
| 2/5/13 | Deadline for <u>optional</u> motions addressing the admissibility of a reasonable number of sample documents that parties may seek to have admitted into evidence as to which objections remain from the first installment. |
| 2/8/13 | Complete all fact depositions - No rebuttal fact depositions will be taken. |
| 2/19/13 | Deadline for responses to motions filed on February 5, 2013. |
| 2/15/13 | Parties shall submit preliminary *in camera* list of dispositive motions and motions *in limine* they anticipate filing.  A schedule for the resolution of the motions will be prepared. |
| 2/25/13 | Deadline for replies in support of motions filed on February 5, 2013. |
| 2/25/13 | Trial of Phase One Begins. |
| 3/1/13 | Deadline for Good Faith Trial Exhibit List - Second Installment. |
| | 21 days from the last date of fact depositions, the parties shall serve a good-faith list of fact deposition exhibits that they intend to use at trial, as well as a good-faith list of other documents not used in fact depositions that they wish to use at trial that were not included on the Good Faith Trial List - first installment (see 12/19/12).  Rec. doc. 7888. |
| | The U.S., the PSC and States shall submit a <u>joint</u> prioritized deposition cut list, so that a schedule can be set for the preparation of deposition bundles for Judge Barbier. |

| Date | Event |
|---|---|
| 3/15/13 | Expert reports by parties with burden of proof (except report from Dr. Bea/Dr. Gail report).[1] |
| 3/20/13 | Announce schedule of experts for parties with burden of proof. |
| 3/22/13 | Objections to good faith trial exhibit list - second installment. |
| 3/29/13 | Meet-and-confer regarding good faith trial exhibit list - second installment. |
| 4/12/13 | Expert reports by parties responding. |
| | Deadline for <u>optional</u> motions addressing the admissibility of a reasonable number of sample documents that parties may seek to have admitted into evidence as to which objections remain from the second installment. |
| 4/17/13 | Announce schedule of experts for parties responding. |
| 4/29/13 | Responses to motions filed on April 12, 2013. |
| 5/3/13 | Deadline for report from Dr. Bea/Dr. Gail report. |
| 5/6/13 | Replies in support of motions filed on April 12, 2013. |
| 5/10/13 | Reply expert reports. |
| 5/17/13 | Announce schedule of any rebuttal experts. |
| 5/27/13 | Commencement of expert depositions. |
| | Week One of Experts, including Saturday. |
| 5/31/13 | Deadline for reports responding to report from Dr. Bea/Dr. Gail report. |
| 6/03/13 | Week Two of Experts, including Saturday |
| 6/10/13 | Week Three of Experts, including Saturday. |
| 6/14/13 | Deadline for reply report from Dr. Bea/Dr. Gail. |
| 6/17/13 | Week Four of Experts, including Saturday. |

---

[1] At the December 18 Working Group Conference, the PSC was asked to consider whether Dr. Gail can prepare the report and avoid a significant modification in the schedule. The Court anticipates that the dates found in this Timeline for a report from Dr. Bea/Dr. Gail and responding reports will be changed.

| | |
|---|---|
| 6/24/13 | Week Five of Experts, including Saturday. |
| 7/01/13 | Week Six of Experts, including Saturday. |
| 7/08/13 | Week Seven of Experts, including Saturday. |
| 7/13/13 | Deadline for completion of expert depositions (including deposition of Dr. Bea/Dr. Gail). |

The deadline for contesting the authenticity of any document used in a deposition of an expert witness is fourteen (14) calendar days from the email delivery of a final certified electronic copy of the transcript.

| | |
|---|---|
| 7/15/13 | Deadline for any request for any items at Michoud to be produced at the trial. |
| 8/02/13 | Exchange final witness and exhibit lists. |

The parties will be required to indicate in good faith those witnesses who will be called in the absence of reasonable notice to the contrary. Each party may designate 1 may call witness. Except for good cause shown, the parties will not be permitted to add exhibits or witnesses after this date.

| | |
|---|---|
| 8/05/13 | *Daubert* Motions for Phase Two Trial (limited to 15 pages double spaced). |
| 8/19/13 | Oppositions to *Daubert* Motions (limited to 15 pages double spaced). |
| 8/22/13 | Submit pre-trial stipulations, witness and exhibit lists. |

Each party shall submit a pre-trial statement. It shall be doubled spaced and it shall be no longer than 5 pages double-spaced. The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial. It may contain summaries of material facts or lists of contested facts or issues of law. The parties shall not submit a formal pre-trial order.

| | |
|---|---|
| 8/26/13 | Replies in support of *Daubert* Motions (limited to 3 pages double spaced). |
| 8/28/13 | The parties shall exchange all demonstrative aides that they can reasonably anticipate using in the trial. |

The parties shall exchange any additional demonstrative aids to be utilized for *the direct examination* of a prospective witness 48 hours before the day the demonstrative aids are to be used for the first time. Demonstrative aides to be used in *cross examination* will be exchanged no later than 8 p.m. on the night before they are to be used for the first time. Both of these deadlines (*i.e.,* for demonstratives to

        be used in direct or cross) shall apply to any modified versions of demonstratives that were previously disclosed.

| | |
|---|---|
| 8/29/13 | Final Pretrial Conference. |
| 9/03/13 | Deadline for advance notice of witnesses to testify during first week of trial. |
| 9/03/13 | The deadline for objections to demonstrative aides exchanged on 8/28/13. |
| 9/05/13 | Resolve all technology issues in courtroom and related space. |
| 9/09/13 | Trial of Phase Two Begins. |