**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121398 | Tony Nguyen DBA Captain T&G |
| 121399 | Nguyen, Mai |
| 121400 | Vang Tan Dao |
| 121401 | Thanh Hai, Inc. |
| 121402 | Thai, Thomas |
| 121403 | Dang, Khang |
| 121404 | Dap Van Dang DBA Sea Lion |
| 121405 | Sea Lion V Inc |
| 121406 | Sea Lion VI Inc |
| 121407 | Thuong Dang dba Sea Dolphin |
| 121408 | Dang, Van D |
| 121409 | Tony Tran, DBA MV Lady Joann |
| 121410 | Cao Nguyen DBA Kien Giang II |
| 121411 | An Le DBA Blue Sky Shrimp Boat |
| 121412 | Lang V Truong DBA Sunny Light |
| 121413 | Ho, Michael |
| 121414 | Lily Le |
| 121414 | Hoang, Giap |
| 121415 | Nguyen, Anh Anthony |
| 121416 | Hoai T Nguyen |
| 121417 | Tran, Khoi |
| 121418 | Lai, Tuoi |
| 121419 | Vo, Ha |
| 121420 | Hong Huynh |
| 121421 | Pham, Sonny |
| 121422 | Le, Lac |
| 121423 | Nguyen V Hoang DBA Capt Justin |
| 121424 | Nguyen, Anh |
| 121425 | Nguyen, Anh |
| 121426 | Thi, Dien |
| 121428 | Johnny Vo |
| 121429 | Vo, Hoa |
| 121430 | Scotty Van Nguyen DBA Lucky Angel |
| 121431 | Duong, Ho |
| 121432 | Lady Kimberly, LLC |
| 121434 | Vo, Son |
| 121435 | Hoang Suong Inc |
| 121436 | Brannon Jr, Phillip |
| 121437 | Toler, Rudy |
| 121438 | Ngo, Chin |
| 121439 | Tran, Tony |
| 121440 | Nguyen, Ra |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121441 | Miss My Vessel LLC |
| 121442 | Dao, Trang |
| 121443 | Dao, Hai |
| 121444 | Williams, Gregory |
| 121445 | Collier, Mark |
| 121446 | Sprinkle, Avery |
| 121447 | Raymond Ora Bates |
| 121448 | Johnson, Jenny |
| 121449 | Johnson, Debbra |
| 121450 | Sprinkle, Ellen |
| 121451 | Poole, Eric |
| 121452 | Poole, Urban |
| 121453 | Castelin, Gilbert |
| 121454 | G & S Castelin Inc. |
| 121455 | Thoi V Pham DBA Midnight Star |
| 121456 | Richard Collier DBA PJ's Seafood |
| 121457 | Lassabe, James |
| 121458 | Ladnier, Mary |
| 121459 | Giao V. Tran D/B/A Gypsy Wind |
| 121460 | Nguyen, Tuyet |
| 121461 | Dao, James |
| 121462 | Nguyen, Ricky |
| 121463 | Hoa V Nguyen DBA M/V King Diamond III |
| 121464 | Alexander, Diane |
| 121465 | Everett O Alexander DBA Capt. Travis |
| 121466 | Shoemaker, Jimmy |
| 121467 | Mclendon, Herbert |
| 121468 | Cao, Rick |
| 121469 | Cao, Tommy |
| 121470 | Jerry Wayne Biggs |
| 121471 | Richard & Shelley Kopszywa |
| 121472 | Do, Ta |
| 121473 | Double Do, Inc |
| 121474 | Nguyen, Peter |
| 121475 | Phu, Tri |
| 121476 | 3 Men And A Boat |
| 121477 | Bui, Johanna |
| 121478 | Bui, Ran |
| 121479 | Le, De |
| 121480 | Vo, Nhon |
| 121481 | Donald Verret DBA Variety Pack |
| 121482 | Robert Alexander Barbour |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121483 | Rodgers, David Sr |
| 121484 | Vo, Han |
| 121485 | Huynh, Thao |
| 121486 | Huynh, Tony |
| 121487 | Huynh, Van |
| 121488 | Hall, Winston |
| 121489 | Hall, Austin |
| 121490 | Johnson, George |
| 121491 | Vaughan, Sr., Perry |
| 121492 | Johnson, Alvin |
| 121493 | Harris Sr., Harry |
| 121494 | Lambert, Sr, Bobby |
| 121495 | Huynh, Minh |
| 121496 | Cuevas, Michelle |
| 121497 | Eight Is Enough, LLC |
| 121498 | Captain Sang LLC |
| 121499 | Nguyen, Nuong |
| 121500 | Ocean Bird |
| 121500 | Nguyen, Hung |
| 121502 | Janes Seafood Inc |
| 121503 | CNT Seafood Inc |
| 121504 | Driskell, Greg |
| 121505 | Raymond A Krennerich |
| 121506 | Nguyen, Xuyen |
| 121507 | Tran, Dan |
| 121508 | Nguyen, Ha |
| 121509 | Tra V Nguyen |
| 121510 | Huynh, Hieu |
| 121511 | Huynh, Bay |
| 121512 | Joei W Huynh |
| 121513 | Tuan Huynh |
| 121514 | Tra, Ngo |
| 121522 | Ryan Jr, Larry |
| 121524 | Nguyen, Huu |
| 121526 | Hoa T. Tran dba Sea Pearl |
| 121528 | Billy Stork |
| 121530 | Su Van Le |
| 121532 | Ryan Sr., Larry |
| 121534 | Rayme Ryan |
| 121535 | Montha Sok DBA Capt Hoa |
| 121536 | Tran, Hung |
| 121537 | Huynh, Hai |

# EXHIBIT A

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121538 | Miss Kimberly LLC |
| 121539 | Vath, Nada |
| 121540 | Vath, Raymond |
| 121541 | Cornelius, Troy |
| 121542 | Pendarvis, Robert |
| 121544 | Sun Star, Inc |
| 121555 | Mcgrath, Timothy |
| 121556 | Roberson, Anthony |
| 121557 | Jimmy Ryan |
| 121558 | Quan Vo |
| 121559 | Seymour, Joshua |
| 121560 | Nguyen, Phuong |
| 121561 | Slavich, Randy |
| 121562 | Phan, Thanh |
| 121563 | Huynh, Trinh |
| 121564 | Thiet Van Keiu DBA Capt. Tk II |
| 121565 | Tran, Hong |
| 121566 | Truong, Amanda |
| 121567 | Truong, Sau |
| 121568 | Nguyen, Hung |
| 121569 | Powell, James |
| 121570 | Lam, Long |
| 121571 | Vuong, Jason |
| 121572 | Buom Van Nguyen |
| 121573 | Anh Thi Phan |
| 121574 | Phan, Banh Van |
| 121575 | Nguyen, Lien |
| 121576 | Nguyen, Bachyen |
| 121577 | Nguyen, Nghi |
| 121578 | Hong Nga, Inc. |
| 121579 | Randy Koenenn DBA Kodie Ko, Inc |
| 121580 | Koenenn, Natalie |
| 121581 | Le, Paul |
| 121582 | Huynh, Hoa |
| 121583 | Nguyen, Hong |
| 121584 | Francis Brothers, Inc. |
| 121585 | Nguyen, Binh |
| 121586 | Nguyen, Phuoc |
| 121587 | Pham, Hai |
| 121588 | Lam V Dang |
| 121589 | Dang, Duong |
| 121590 | Captain Thanh II, Inc |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121591 | Nguyen, Thanh |
| 121592 | Tang, Bong |
| 121593 | Luu, Phat |
| 121594 | Ngo, Tai |
| 121595 | Vu Ho |
| 121596 | Son H Dang DBA Atlantis I |
| 121597 | Kieff Jr., Ralph |
| 121598 | Menesses Jr., Louis |
| 121599 | Morgan, Terrence |
| 121600 | Melerine, Marty |
| 121601 | Melerine, Dean |
| 121602 | Williams, Ronald |
| 121603 | Thanh Tran DBA Ivana |
| 121604 | Ri Van Nguyen DBA F/V Independent |
| 121605 | Phat Tan Le |
| 121606 | Tran, Le |
| 121607 | Cao, Darrel |
| 121608 | Do, Liet |
| 121609 | Collier, Forrest |
| 121610 | Cordova, Andrea |
| 121611 | Nguyen, Kevin |
| 121612 | Cao-Nguyen Corporation |
| 121613 | Kieff, Linda |
| 121614 | Le, Tien |
| 121615 | Collier Jr, Richard |
| 121616 | Duval, Alfred |
| 121617 | F-V Gambler, Inc. |
| 121618 | Jackson, James |
| 121619 | Harris, Willie |
| 121620 | Miller, Fletcher |
| 121621 | Nguyen, Hy |
| 121622 | Nguyen, Thuyen |
| 121623 | P And T Fisheries, Inc. |
| 121624 | Kieff, Ralph |
| 121625 | Kieff, Judith |
| 121626 | Jimmy Le, Inc. |
| 121627 | Ho, Thanh |
| 121628 | Nguyen, Hien |
| 121629 | Miss Thao Nhi LLC |
| 121630 | Nguyen, Ngan |
| 121631 | Ocean City |
| 121632 | Tran, Sau |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121633 | Ngo, Hoa |
| 121634 | Ngo Family Investments LLC |
| 121635 | Luan Nguyen |
| 121636 | Lassabe, Justin |
| 121637 | Ruttley's Boys, Inc. |
| 121638 | Ruttley, Ernest |
| 121639 | Helmer, Kenneth |
| 121640 | G & L Trawling Inc |
| 121641 | Rojas, Gordon |
| 121642 | Ross A Parria LLC |
| 121643 | Nguyen, Trieu |
| 121644 | KLV Corporation |
| 121645 | Clark Sr, Richard |
| 121646 | Ross, Earl |
| 121647 | Lnn Corporation |
| 121648 | Ta,, Ba |
| 121649 | Guerra, Denny |
| 121650 | Nguyen, Hau |
| 121651 | Thinh Kim Tran DBA Samuel I |
| 121652 | Captain L&T Inc. |
| 121653 | Seal, Joseph |
| 121654 | Seal, Brandon |
| 121655 | Nguyen, Van |
| 121656 | Nguyen, Ba |
| 121658 | Dasher, Michael |
| 121659 | Golden Shrimp, LLC |
| 121660 | Barber, Devin |
| 121661 | Johnson, Daniel |
| 121662 | Captain Snapper, Inc |
| 121663 | Simms Sr, David |
| 121664 | Sahuque, Oliver |
| 121665 | My Le Inc. |
| 121666 | Le, My |
| 121667 | Phong Hoai Nguyen |
| 121668 | Nguyen, Hoaikiet |
| 121669 | Mankin, Glenn |
| 121670 | Ta T Vo , Inc |
| 121670 | Nguyen, Lanh |
| 121672 | Perez, Miguel |
| 121673 | W & K Seafood, LLC (Wade White) |
| 121674 | James R White Jr. |
| 121675 | Jimmie Louis White |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121676 | White Brothers Seafood Company, Inc. |
| 121676 | David M Jackson |
| 121678 | Nguyen, Phong |
| 121679 | Frederick, Johnnie |
| 121680 | Phipps, Andy |
| 121681 | Delino, Lorene |
| 121682 | Gaspard, Ronald |
| 121683 | Gaspard Jr, Ronald |
| 121684 | Huynh, Dung |
| 121685 | Helmer, Gerry |
| 121686 | Dudenhefer Jr, Milton |
| 121687 | Dinh, Thu Ba |
| 121688 | Vincent, Gene |
| 121689 | Guidry, Kenneth |
| 121690 | Guidry, Kelly |
| 121691 | Plaisance, Earl, Jr. |
| 121692 | Doherty, Daniel |
| 121693 | Constance, Sterling |
| 121694 | Fountain Jr., Gary |
| 121695 | Daigle, Kirk |
| 121696 | Skipper, Malcolm |
| 121697 | Troy And Penny Zar LLC |
| 121698 | Zar, Troy A |
| 121699 | Zar, Penny V |
| 121700 | Joost, Donald |
| 121701 | Nguyen, Tuan |
| 121702 | Tran, Anh |
| 121703 | Nguyen, Vu |
| 121704 | Tran, Duoc |
| 121705 | Lucky Tommy II Inc |
| 121706 | Quoc Bao, Inc. |
| 121707 | Luu, Binh |
| 121708 | Chien Van Nguyen DBA Virgin Mary |
| 121709 | Nguyen, Thinh |
| 121710 | Tran, Ngan |
| 121711 | Qwik Mart, LLC |
| 121712 | Vu, Song |
| 121713 | Nguyen, Chuyen |
| 121715 | Dung Van Tran |
| 121716 | Nguyen, Peter |
| 121717 | The Lady Kim T, Inc. |
| 121718 | Nguyen, Tony |

# EXHIBIT A

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121719 | Sea Dreamer LLC |
| 121721 | Carmadelle, Rudy |
| 121722 | Schieffler, Jr., Carol |
| 121723 | Fazende, Thomas |
| 121724 | Verdin III, Jerry |
| 121725 | Muth Sr., Gary |
| 121726 | Lester, Shawn |
| 121727 | Parria, Jerry |
| 121728 | Fazende, Jeffery |
| 121729 | Varney, Randy |
| 121730 | Vincent, Gage |
| 121730 | Callaway Trawler |
| 121731 | Callaway, Richard |
| 121732 | Nguyen, Hoang |
| 121733 | Le, Giac |
| 121734 | Le, Son |
| 121735 | Cuong Luc, Inc |
| 121736 | Le, Son |
| 121737 | Miss Trinh Trinh, LLC |
| 121738 | Cuong, Nguyen |
| 121739 | Dupre, Sr, Jimmie |
| 121740 | Hoang, Chau |
| 121741 | Brandhurst, Kay |
| 121742 | Leblanc, Marty |
| 121743 | Taylor, Doyle |
| 121744 | Taylor, Jonathan |
| 121745 | Skipper, Malcolm |
| 121746 | Berkey, Steven |
| 121747 | Guidry, John |
| 121748 | Dinh Tra, LLC |
| 121749 | Dinh, Joshua |
| 121750 | TOAN INC. |
| 121751 | Brett Anthony Inc. |
| 121752 | Vo, Mark |
| 121753 | Nguyen, Tam "Sonny" |
| 121754 | Le, Jimmy |
| 121755 | Wiseman Jr., Clarence |
| 121756 | John Hickman |
| 121757 | Clark & Johnson Ltd |
| 121758 | Binh An Inc |
| 121759 | Bui, Binh |
| 121760 | Miss Quynh Anh I LLC |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121761 | Vo, Lan |
| 121762 | Graham, Charles |
| 121763 | Nguyen, Hoa |
| 121764 | Tran, Phan |
| 121765 | Nguyen, Tin D |
| 121766 | Omes, Michael |
| 121767 | Lee III, Edward |
| 121768 | Barisich, Inc |
| 121769 | Barisich, Joseph |
| 121770 | Barisich, George |
| 121771 | Battle, Louis |
| 121772 | Melerine Seafood |
| 121773 | Nguyen, Thanh |
| 121774 | Captain Champ Inc. |
| 121775 | Nguyen, Cham |
| 121776 | Gonzales III, Lee |
| 121777 | Nguyen, Hue |
| 121778 | Hereford, Jr, Rodney |
| 121779 | Lam, Murphi |
| 121780 | K- Run Fishery/ Karen Sue Parker |
| 121781 | Chien Ly |
| 121782 | Huynh, Mack |
| 121783 | Nguyen, Mai |
| 121784 | Evans, Kevin |
| 121785 | KJE, Inc. |
| 121786 | Anderson, Sylvia |
| 121787 | Nguyen, Austin |
| 121788 | Jackson Jr, Steven |
| 121789 | Storm Troopers Disaster Services, LLC |
| 121789 | Wisen, Don |
| 121791 | Schwartz, Sidney |
| 121792 | Van Vo, Hoan |
| 121793 | Tran, Thanh |
| 121794 | Gonzales, Jr., Rudolph |
| 121795 | Kent Le DBA Lucky Jem |
| 121796 | Trang, Jem |
| 121797 | Sekul, Morris |
| 121800 | Nguyen, Ngoc |
| 121801 | Guerra, Troy |
| 121802 | Pham, Dranson |
| 121803 | Nguyen, Su |
| 121804 | Dinh Nguyen |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121805 | Perez, Fernando |
| 121806 | Zar III, John |
| 121807 | Christen, Parnell |
| 121808 | Huynh, Hoang |
| 121809 | Dennis Jr., Charles |
| 121810 | William Thonn |
| 121811 | Kopszywa, Mark |
| 121812 | Nghia, Phan |
| 121813 | Horn, Kirby |
| 121814 | Golden Wok, LLC |
| 121815 | Luong, Co |
| 121816 | Nguyen, Son |
| 121817 | Diep Van Tran |
| 121818 | Danny Boy Inc. |
| 121819 | Nguyen, Quang |
| 121820 | Le, Ben |
| 121821 | Bao Hung, Inc. |
| 121822 | Diem Binh, Inc. |
| 121823 | Wade Nunez |
| 121824 | Camargo, Daniel |
| 121825 | Vo, Thanh |
| 121826 | Dufrene, Sr., Eric |
| 121827 | Tromatore, Ronald |
| 121828 | Maldonado, Jose |
| 121829 | Nguyen, Hanh |
| 121830 | Nguyen, Quy |
| 121831 | Nguyen, Thang |
| 121832 | Brown, John |
| 121833 | Dore, Preston |
| 121834 | Alexie, Corkey |
| 121835 | Nguyen, Lan |
| 121836 | Lady Snow Inc M/V Capt Joseph II |
| 121837 | Kimball, Lecel |
| 121838 | Tran, Sinh |
| 121839 | Lvs Investment Group Inc |
| 121840 | Gulf Finest Investment Co. |
| 121841 | Helmer, Darrin |
| 121842 | Wilkerson, Albert |
| 121843 | Wilkerson, Belinda |
| 121844 | Dardar III, Walter |
| 121845 | Phan, Dat |
| 121846 | Phan, Che |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121847 | Schmall Shrimp, Inc. |
| 121848 | Schmall, Roger |
| 121849 | Phan, Lanh |
| 121850 | Howard, Jeff |
| 121851 | Meaux, Wilfred |
| 121852 | Dufrene, Archie |
| 121853 | Hill Sr, Joseph |
| 121854 | Albert Granger |
| 121855 | Alliance & Associate, LLC |
| 121856 | Alfonso, Kim |
| 121857 | Robin Sr, Kenneth |
| 121858 | Perez, Warren |
| 121859 | Chau Dinh |
| 121860 | Guerra, Billy |
| 121861 | Latapie III, Paul |
| 121862 | Delacroix Seafood, LLC |
| 121863 | Delacroix, Warren |
| 121864 | Stork, Rodney |
| 121865 | Thu Hong Thi Tran |
| 121866 | Bryan, David |
| 121867 | Huff, Michael |
| 121868 | Strong, Harold |
| 121869 | Deer River Seafood, LLC |
| 121870 | Grose, Clarence |
| 121871 | Strange, Dexter |
| 121872 | Helmer Sr., Larry |
| 121873 | Nacio, Lance |
| 121874 | Mamolo, Sr., Charles |
| 121876 | Cindy Duong |
| 121877 | Mau Van Duong |
| 121878 | Wallace A Lebouef |
| 121879 | Derouen, Clifford |
| 121880 | Ramirez, Alfred |
| 121881 | Harold Hudson DBA Gater Seafood II |
| 121882 | Gator Seafood II, Inc |
| 121883 | Darda, Kyle |
| 121884 | Coulon, Don |
| 121885 | Hebert, David |
| 121886 | Guerra, Chad |
| 121887 | Rhodes, Edward |
| 121888 | Young, Rufus |
| 121889 | David Gregory |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121890 | Rogers Sr., Chad |
| 121891 | Campo, Roy |
| 121891 | Matherne, Grace |
| 121893 | Mayfield, Henry |
| 121894 | Schultz, Sr, Troy |
| 121895 | Hien Van Nguyen DBA Vessel Loverboy |
| 121896 | Nguyen, Quan |
| 121897 | Alexie, Benny |
| 121898 | Serigne, O'niel |
| 121899 | Alfonso Jr, Vernon |
| 121900 | Cheramie, Mark |
| 121901 | Princess Lori, LLC |
| 121902 | Miss Lori, Inc. |
| 121903 | Master N.T. Corporation |
| 121904 | Nguyen, Thanh |
| 121905 | Smeby Fisheries, Inc. |
| 121906 | Smeby, Steve |
| 121907 | Despaux, Byron |
| 121908 | Coulon, Allen |
| 121909 | Bailey, Taylor |
| 121910 | Niquet, Bartholomew |
| 121911 | Demien, Jay |
| 121912 | Dang, Phuong |
| 121913 | Bayou Marine Products, LLC |
| 121914 | P & B Seafood, LLC |
| 121915 | Tran, Minh |
| 121916 | Tran, Dung |
| 121917 | Foster, Phelan |
| 121918 | Le Family Inc |
| 121919 | Hinojosa, Richard |
| 121920 | Lambeth, Cecil |
| 121921 | Frickey, Jimmy |
| 121922 | Shish, Mauro |
| 121923 | Captain Two Inc |
| 121924 | Carter, Richard |
| 121925 | Vo-Le Inc. |
| 121926 | Nguyen, Thu |
| 121927 | Matherne, Paul |
| 121928 | Bundy, Ronald |
| 121929 | Bundy, Ronnie |
| 121930 | Dang, Minh |
| 121931 | Quang Minh Inc |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121932 | Cure, Gary |
| 121933 | Gibson, Noah |
| 121934 | Rano, Domingo |
| 121935 | Zirlott, Chris |
| 121936 | Holifield, Wayne |
| 121937 | Menesses, Jr, Dennis |
| 121938 | Nguyen, Khanh |
| 121939 | Farmer, Rodney |
| 121940 | W.I.T. Fisheries |
| 121941 | Keitges, Sean |
| 121942 | Blue Water Seafood |
| 121943 | Harper, Daniel |
| 121944 | Harper Sr, Donald |
| 121945 | Nguyen, Nghe |
| 121946 | Nguyen, Hung |
| 121947 | Capt Thanh IV Inc. |
| 121948 | Captain Thanh I, Inc. |
| 121949 | Nguyen, Phu |
| 121950 | Tran, Tien |
| 121951 | Ltn Inc. |
| 121952 | Phan Global LLC |
| 121953 | Princess Jasmine II LLC |
| 121954 | Nhan Nguyen |
| 121955 | Rowboat Marine & Salvage LLC |
| 121956 | Greg Inc. |
| 121957 | Haydel, Gregory |
| 121958 | Enclade, Patricia |
| 121959 | Plaisance, Gwen |
| 121960 | Truong, Chi |
| 121961 | Guidry, Robert |
| 121962 | Guidry, Jason |
| 121963 | Constance III, Jimmy |
| 121964 | Miller, David |
| 121965 | Theriot, Anthony |
| 121966 | Kramer, David |
| 121967 | Joseph Higgins III |
| 121968 | Lobue Sr, Michael |
| 121969 | Miss Danielle LLC |
| 121970 | Shay, Daniel |
| 121971 | Authement Sr., Ashful |
| 121972 | James Richard Toureau |
| 121973 | Frederick, Michael |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 121974 | Kellum,Sr., Kenneth |
| 121975 | Miss Quynh Anh II LLC |
| 121976 | Vo, Kent |
| 121977 | Miss Quynh Anh III LLC |
| 121978 | Vo, Lan |
| 121979 | Nguyen, Minh |
| 121980 | Nguyen, Cui |
| 121981 | Nguyen, Hang |
| 121982 | Tran, Tuyen |
| 121983 | Steven A. Jackson Sr |
| 121984 | Nguyen, Charlie |
| 121985 | Ronald Parria |
| 121986 | Louis J. Parria, Jr. |
| 121987 | Alexie, Joey |
| 121988 | Larry Lee Matherne, Jr. |
| 121989 | Frank S Slavich Jr |
| 121990 | Rojas Jr., Kerry |
| 121991 | Hebert III, Chester |
| 121992 | Foster's  Painting, Inc. |
| 121993 | Knowles, Freddie |
| 121994 | Vo, Nhan |
| 121995 | Kelly T. Ho DBA Kimmy II |
| 121996 | Enclade, Jeannie |
| 121997 | Hopper, Paul |
| 121998 | Southern Breeze, LLC |
| 121999 | Camargo, Homero |
| 122000 | Truong, Brenda |
| 122001 | Fortenberry, Jimmy |
| 122002 | Lori Lynn, Inc. |
| 122003 | Lassabe, Justin |
| 122004 | Lassabe, Jerry |
| 122005 | Sanh Dixe Le |
| 122006 | Kimberly T Hoang |
| 122007 | Timmy Truong DBA Triplets Production |
| 122008 | Triplets Production, LLC |
| 122009 | Schmidt, Henry |
| 122010 | Quy V Le |
| 122011 | Miss Kandy Tran |
| 122012 | Pham, Cindy |
| 122013 | BJB, LLC |
| 122014 | Nguyen, Thang |
| 122015 | Tran, Quang |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122016 | Nguyen, Tam |
| 122017 | Nguyen, Thai |
| 122018 | Despaux, Glen Sr |
| 122019 | Tran, Than |
| 122020 | Son T Le Inc |
| 122021 | Le, Son |
| 122022 | Alfonso, Sr.,Terry S |
| 122023 | Phan, Chien |
| 122024 | Le, Linh |
| 122025 | Parria Sr., Gavin |
| 122026 | Vo, Tai |
| 122027 | Tran, Nhieu |
| 122028 | Vicky Tran Inc |
| 122029 | Miss Anna Inc |
| 122030 | Nguyen, Hien |
| 122031 | Truong, Tuan |
| 122033 | Keenan, Robert |
| 122034 | Alphonso, John |
| 122035 | Alexie, John |
| 122036 | Anglada, Rodney |
| 122037 | Guerra Jr., Bruce |
| 122038 | Guerra, III, Bruce |
| 122039 | Guerra, Jared |
| 122040 | Lemoine Jr, Donald |
| 122041 | Arcement, Craig |
| 122042 | Captain Craig, Inc. |
| 122043 | Reynon Jr., Marcello |
| 122044 | Arnold, Martin |
| 122045 | Boutime, LLC |
| 122046 | Platinum Seafood Services, Inc. |
| 122047 | Tran, Tuan |
| 122048 | Lam, Ngoc |
| 122049 | Tran, Tu |
| 122050 | Tran, Christopher |
| 122051 | Crystal Seafood Co Inc |
| 122052 | Draughn, Wesley |
| 122053 | Draughn, Emelisa |
| 122054 | Avenel, Jr., Albert |
| 122055 | Nguyen, Khanh |
| 122056 | Huynh, Mai |
| 122057 | Higdon, Kent |
| 122058 | Simms Jr, David |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122059 | Fisher, Kirk |
| 122060 | Do, Nam |
| 122061 | Alexie, Stephen |
| 122062 | Tran, Christopher |
| 122063 | Nguyen, Han |
| 122064 | Tan, Duoc |
| 122065 | Painter, Gene |
| 122066 | Vu, Huynh |
| 122067 | Vo., Stephanie |
| 122068 | Mac, Thanh |
| 122069 | Taravella, Raymond |
| 122070 | Pham, Hoa |
| 122071 | Darda, Herbert |
| 122072 | Robin, Gary |
| 122073 | Perez Jr., Warren |
| 122074 | Mai, Lang |
| 122075 | Tran Dynasty Seafood, Inc. |
| 122076 | Challenger Shrimp Company, Inc. |
| 122077 | Pursuer, Inc. |
| 122078 | Equalizer Shrimp, Inc. |
| 122079 | Cap'n Bozo Inc |
| 122080 | Blain & Melissa, Inc. |
| 122081 | Hailey Marie, Inc |
| 122082 | Curran, Daniel |
| 122083 | M/V Polly Dorisa, Inc |
| 122085 | Sea Hawk I LLC |
| 122085 | Tau Ba Nguyen |
| 122086 | Seybold, James |
| 122087 | New Way, Inc. |
| 122088 | Cao, Peter |
| 122089 | Nguyen, Hung |
| 122090 | Montiforte, Richard |
| 122091 | Parana Seafood Inc. |
| 122092 | Cruz, Jorge |
| 122093 | Ho, Christine |
| 122094 | Nguyen, Ty |
| 122095 | Doan, Liem |
| 122096 | Kieff, Preston |
| 122097 | Nguyen, Nhi |
| 122098 | Chong A Mcclain |
| 122099 | Gulf Of Mexico IFQ Inc. |
| 122100 | Miss Rebecca, Inc |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122101 | Miss Katie, Inc. |
| 122102 | Brooks III, Glenhart |
| 122103 | F V Miss Sandy, Inc |
| 122104 | Fishing Vessel Miss Gail, LLC |
| 122105 | Miss Allena, Inc. |
| 122106 | Kalliainen, Richard |
| 122107 | Stella Mestre, Inc |
| 122108 | Marx, Barry |
| 122109 | Tran, Duyen |
| 122110 | Williams, Andy |
| 122111 | Pham, Thu |
| 122112 | Dahapa Inc |
| 122113 | Denty, Ralph |
| 122114 | Holloway, Bart |
| 122115 | Eric Group, LLC |
| 122116 | Le, Long |
| 122117 | Enclade, Michael |
| 122118 | Maxwell, Mikeal |
| 122119 | Livingston, Charles |
| 122120 | Beecher, Michael |
| 122121 | Tucker, Bruce |
| 122122 | Ellerbee, Jody |
| 122123 | Blake, Robert |
| 122124 | Cowles, Calvin |
| 122125 | Mendres, Paul |
| 122126 | Mcclinton, Willie |
| 122127 | Vo, Larry |
| 122128 | Price, Warren |
| 122130 | Amason, Marque |
| 122131 | Palmisano, Kim |
| 122133 | Higdon III, William |
| 122134 | Ezra Fine Foods, Inc. |
| 122136 | Clements, Morris |
| 122167 | Huber, Tim |
| 122168 | Soong, William |
| 122169 | Morrison, Brian |
| 122170 | Gala, Blain |
| 122171 | Shetters, Daniel |
| 122172 | Lowell, Rebecca |
| 122173 | Jaunet, Andrew |
| 122174 | Dang, Toan |
| 122175 | Washington, Kenneth |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122176 | Shetters, Joes |
| 122177 | Carroll, Kenneth |
| 122178 | Khuu, Lep |
| 122179 | Tran, Bryan |
| 122180 | Tran, Robert |
| 122181 | Borden, Dale |
| 122182 | Nguyen, Tony |
| 122183 | Elkins, Robert |
| 122184 | Texas Lady LLC |
| 122185 | Sea Goddess LLC |
| 122186 | Johnson, Charles |
| 122187 | Nguyen, Khiem |
| 122188 | Cao, Christopher |
| 122189 | Dao, Giau |
| 122190 | Nguyen, An |
| 122191 | Tomasevich, Davor |
| 122192 | Cibilic, Pero |
| 122193 | Cibilic, Mary Ann |
| 122194 | Byrd, Jr.,William D |
| 122195 | Nelson II, Joseph |
| 122196 | Massello, Salvatore |
| 122197 | Robert Joseph Sevin Jr. |
| 122198 | South Bound Fisheries, Inc |
| 122200 | Sea Queen IV Inc |
| 122201 | Harvard, Benjamin |
| 122202 | Le, Chinh |
| 122202 | Barbaree, Joseph |
| 122203 | Miller, Timothy |
| 122204 | Page, Keith |
| 122205 | Mason, Lynn |
| 122206 | Athorn, Michael |
| 122207 | F/V Margaritas, Inc. |
| 122208 | Chiodo, Jr., Anthony |
| 122209 | Chiodo, Kristi |
| 122210 | Chiodo III, Anthony |
| 122211 | G.E.I.R. Fisheries, LLC |
| 122212 | Roby, Carl |
| 122213 | Keep It Simple Seafood II Inc |
| 122214 | Nguyen, Thinh |
| 122215 | Muth Jr., Gary |
| 122216 | Brandhurst Jr, Ray |
| 122217 | Beard, James |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122218 | Lassabe, Peggy |
| 122219 | Johnson, Anthony |
| 122220 | Tran, Giap |
| 122221 | Lee's Seafood Market |
| 122222 | Anna Marie Seafood |
| 122223 | Authement, Henry |
| 122224 | Southpark Livery, Inc. |
| 122225 | Niquet, Thomas |
| 122226 | Leblanc, Nena |
| 122227 | Hill, Colleen |
| 122228 | Hill, Christopher |
| 122229 | Vaughan, Jodi |
| 122230 | Helmer, Kathleen |
| 122231 | Trosclair, Adrian |
| 122232 | Darby, Monty |
| 122233 | Strachan, Carla |
| 122234 | Becker, Thomas |
| 122235 | Vaughan Jr., Perry |
| 122236 | Granger, Cheryl |
| 122237 | Folse, Janet |
| 122238 | Huynh, Khanh |
| 122239 | Johnson, Bryan |
| 122240 | Johnson, Matthew |
| 122241 | Lejuine, Michelle |
| 122242 | Aluma Leasing Services, LLC |
| 122243 | Broussard, Charles |
| 122244 | Dang, Justin |
| 122245 | Nguyen, Pauline |
| 122246 | Aguillard, Bobby |
| 122247 | Icy Seafood II, Inc, |
| 122248 | Tran, Duc |
| 122249 | Lejuine, Jonathan |
| 122250 | Cibilic, Peter |
| 122251 | Erickson, Grant |
| 122252 | Pham, Nhan |
| 122253 | Reyes, Pedro |
| 122254 | Nguyen, Nhanh |
| 122255 | Davis, Michael |
| 122256 | Allen, Marvin |
| 122257 | Fannon, Terry |
| 122258 | Waller, Robert |
| 122259 | Betts, Bruce |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122260 | Shelton, Shawn |
| 122261 | Vo, Ta |
| 122262 | Tran, Hong |
| 122263 | P & R Nails |
| 122264 | Rando, Barry |
| 122265 | Bubba's Crab Factory |
| 122266 | Duong, Tammy |
| 122267 | Tran, Khan |
| 122268 | Hoffmann, John |
| 122269 | Harris, John |
| 122270 | Rowe, Franklin |
| 122271 | Ford, Paul |
| 122272 | Pham, Tuan |
| 122273 | Bob's Net Shop |
| 122274 | Boudreaux, III, Robert |
| 122275 | Food Express |
| 122276 | Perez, Jorge |
| 122277 | White, Derek |
| 122278 | Wright, Randy |
| 122279 | Theriot, Rita |
| 122280 | R & E Seafood, LLC |
| 122281 | Daigle, Chester |
| 122282 | Kellum, Roxanne |
| 122284 | Aguillard, Roddy |
| 122285 | Boullion, Debra |
| 122286 | Beard, Lonnie |
| 122286 | Meaux, Susan |
| 122287 | Constance, Charlene |
| 122288 | Debarge, Brian |
| 122289 | Nguyen, Phuong |
| 122290 | Vuong Vu Inc |
| 122291 | Nguyen, Chau |
| 122292 | Nguyen, Chau |
| 122293 | Helmer, Gary |
| 122294 | Helmer, Claudia |
| 122295 | Constance, Jimmy |
| 122296 | Constance, Travis |
| 122297 | Debarge, Brandon |
| 122298 | |
| 122299 | Sons Seafood LLC |
| 122300 | Nguyen, Hoang |
| 122301 | Brandhurst Sr., Ray |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
| --- | --- |
| 122302 | Dewitt, David |
| 122303 | Palode, Herbert |
| 122304 | |
| 122305 | Nguyen, Tam |
| 122306 | |
| 122307 | Knowles, Vito |
| 122308 | Schwartz, Marvin |
| 122309 | Broussard, Victoria |
| 122310 | Woods, Scott |
| 122311 | Dang, James |
| 122312 | Thompson, Jodie |
| 122313 | Dang, Phap |
| 122314 | Constance, Ernest |
| 122315 | Hue Thi Hoang |
| 122316 | Tartavoulle, Scott |
| 122317 | Golden, Patricia |
| 122318 | Kim Son Restaurant, Inc |
| 122319 | United Commercial Fisherman's Association |
| 122320 | Tran, Vincent |
| 122321 | Hung Nguyen |
| 122322 | Dufrene, Toby |
| 122323 | Fisherman Net And Supply Co. Inc |
| 122324 | Delacroix, III, Warren |
| 122325 | Delacroix, Warren |
| 122326 | Guidry, Wyatt |
| 122327 | Chirag-Samir-Seema Inc DBA Western Inn |
| 122328 | Nguyen, Thu |
| 122329 | Bonvillain, Wayde |
| 122330 | Gonzales, Lynette |
| 122331 | Davis, Arnold |
| 122332 | Yscloskey Seafood, LLC |
| 122333 | Heier, Kevin |
| 122334 | B And K Crabs |
| 122335 | Luke, Timothy |
| 122336 | Billy's Marine Company LLC |
| 122337 | Tran, Nghia |
| 122338 | Epperson, Wayne |
| 122339 | Bosarge, Loyal |
| 122340 | Johnson, Dana |
| 122341 | Davidson, Jeremy |
| 122342 | Caylor, David |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122343 | Wright, Vincent |
| 122344 | Luong, Kim Chi |
| 122345 | Gibson, Jacqueline |
| 122346 | Williams, George |
| 122347 | Siciliano's Italian Restaurant dba Bella Mia Pizza |
| 122348 | Graybill, Ruston |
| 122349 | Blankenship, Ruben |
| 122350 | Le, Dale |
| 122351 | Supermans Inland Charters LLC |
| 122352 | Nguyen, Hoa |
| 122353 | Erickson/Jensen Seafood Packer, LLP |
| 122354 | Anna E LLC |
| 122355 | Bonnie Lass Inc. |
| 122356 | Galaxy Star LLC |
| 122357 | Green Flash LLC |
| 122358 | Jenna Dawn, LLC |
| 122359 | Malolo LLC |
| 122360 | Perserverance I, LLC |
| 122361 | Pleiades LLC |
| 122362 | Patron Seafood Inc. |
| 122363 | Vuong, Tommy |
| 122364 | Swire, Lionel |
| 122365 | Ho, Tien |
| 122366 | Vo, Xu |
| 122367 | Vo, Ngoc Tram Thi |
| 122368 | Tran, Tuyen |
| 122369 | Nguyen, Tap |
| 122370 | Nguyen, Kim |
| 122371 | Lowell, Cherice |
| 122372 | Nguyen, Xi |
| 122373 | Vuong, Jessie |
| 122374 | Hopper Seafood |
| 122375 | Tarver, William |
| 122376 | Nguyen, Jasmine |
| 122377 | L & T Seafood |
| 122378 | Lam, Thi |
| 122379 | Do, Tan |
| 122380 | Dupre, Robert |
| 122381 | Ho, Phim |
| 122382 | Peruga, Inc. |
| 122383 | Barisich, Justin |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122384 | Sammy's Seafood Restaurant |
| 122385 | East Of Italy |
| 122386 | Cheramie, Cain |
| 122387 | Discount N Out LLC |
| 122388 | Rowe, William |
| 122389 | Cao, Jason |
| 122390 | Tam Troung |
| 122391 | Le, Thanh |
| 122392 | Koenenn, Kodie |
| 122393 | Bordages Brothers Marina Inc |
| 122394 | Bordages, Lionel |
| 122395 | Lam, Tinh |
| 122396 | Wertz, Christopher |
| 122397 | Eric F. Dufrene, Jr. LLC |
| 122398 | Dufrene Jr., Eric |
| 122399 | Wade, Rabert Sr. |
| 122400 | Tomasich, Randy |
| 122401 | Biehl IV, Albert |
| 122402 | Morales Jr, Clinton |
| 122403 | Pfleeger, William |
| 122404 | Kenneth Domingo, Jr. |
| 122405 | Nguyen, Duy |
| 122406 | Palmisano, Robin |
| 122407 | Captain Jonathan Seafood |
| 122408 | Matherne Sr., James |
| 122409 | Helmer, Michael |
| 122410 | Ripp's Inland Charters |
| 122411 | Harris, Mary |
| 122412 | Rodgers, Jr, David |
| 122413 | Bui, Tien |
| 122414 | Chin Van Vo |
| 122415 | Nguyen, Chien |
| 122416 | Vo, Thanh |
| 122417 | Seaworld Seafood LLC |
| 122418 | Lee, Jacqueline |
| 122419 | Goetz, George |
| 122420 | Vo, Dam |
| 122421 | Strong, Nolan |
| 122421 | Nguyen, Jason |
| 122422 | Rogers, Jr., Chad |
| 122423 | Wilbourn, Roger |
| 122424 | Bolotte, Darren |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122425 | Summers, Curtis |
| 122426 | Vo, Lenny |
| 122427 | Touchard, Jr., John |
| 122428 | Hicks, Larry |
| 122429 | Hicks, Michael |
| 122430 | Alfonso, Tracy |
| 122431 | Chim, Choeun |
| 122432 | Guerra, Ryan |
| 122433 | Helms, George |
| 122434 | Johnson, Paul |
| 122436 | Crosby, William |
| 122437 | Bailey, George |
| 122438 | Gautier, Michael |
| 122439 | Gautier Enterprises Inc |
| 122440 | Nguyen, Tuan |
| 122442 | Nguyen, Tam |
| 122443 | Debarge, Jr., Thomas |
| 122444 | Le, John |
| 122445 | Nguyen, Dominic |
| 122446 | Patzig Marine Services Inc. |
| 122447 | Patzig, Nicholas |
| 122448 | Hicks, James |
| 122449 | Fish Hunters, Inc. |
| 122450 | Davis, Frank |
| 122451 | Richard Morris DBA Big Boy |
| 122452 | Luke, William |
| 122453 | Jackson, Brandon |
| 122454 | Palmisano, Darin |
| 122455 | Hebert, Robert |
| 122456 | Adams, Ted |
| 122457 | Sassy B Seafood Co LLC |
| 122458 | Wells, Robert |
| 122459 | Perez Sr., Wesley |
| 122460 | Edwards, Tim |
| 122461 | Melanson, Ozimea |
| 122462 | Dang, Tao |
| 122463 | Dang, Tony |
| 122464 | Hromadka, George |
| 122465 | Byrd, Michael |
| 122466 | Casanova, David |
| 122467 | Commercial Shrimper / David Chaix |
| 122468 | Enclade, Joseph |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122469 | Nguyen, Du |
| 122470 | Nguyen, Binh |
| 122471 | Nguyen, Phuong |
| 122472 | Nguyen, Harry |
| 122473 | Blackwell, Brad |
| 122474 | Plaisance III, Whitney |
| 122475 | My Dad Whitney, Inc. |
| 122476 | Tran, Hai |
| 122477 | Borden, Harry |
| 122478 | Folse , Gerard |
| 122479 | Mahaffey, Branch |
| 122480 | Miss Sandy LLC. |
| 122481 | Nguyen, Lai |
| 122482 | Huynh, Tom |
| 122483 | Huynh, Tom |
| 122484 | Nguyen, Bui |
| 122485 | Huynh, Khanh |
| 122486 | Harper, Jr, Donald |
| 122487 | Harper, Laura |
| 122488 | Verret, Brent |
| 122489 | E & E LLC |
| 122490 | Nautilus LLC |
| 122491 | Odin, LLC |
| 122492 | Penny V LLC |
| 122493 | Angelina, Inc |
| 122494 | Eliminator, Inc. |
| 122495 | Capt Pappie Inc |
| 122496 | Wendy & Eric, Inc. |
| 122497 | Miss. Ellie, Inc. |
| 122498 | Whitecaps Trucking, Inc |
| 122499 | Trico Welding, Inc. |
| 122500 | Ely, Vicki |
| 122501 | Schreiber, Daniel |
| 122502 | Gulf Fishermen's Association Inc |
| 122503 | Fishing Vessel L J, Inc |
| 122504 | Nguyen, Tin |
| 122505 | Viars, Joseph |
| 122506 | Nguyen, Viet |
| 122507 | Nguyen, Giap |
| 122508 | Nguyen, Thach |
| 122509 | Johnson, Bryon |
| 122510 | Hurt, Arlin |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
| --- | --- |
| 122511 | Shirley, Chad |
| 122512 | Nguyen, Do |
| 122513 | Johnson, Cody |
| 122514 | Carr, Michael |
| 122515 | Hebert, Robin |
| 122516 | Renegade Charters and Seafood, LLC |
| 122517 | Odessey Seafood, Inc |
| 122518 | Lovell, Joshua |
| 122519 | I. Karampelas-Ploumaritis Merchant Of Fr |
| 122520 | Cao, Hien |
| 122521 | Parria, Irene |
| 122522 | Chaix Sr., John |
| 122523 | Hoang, Lien |
| 122525 | Gulf Shrimp Inc |
| 122526 | Titan Seafood Co. |
| 122527 | Palmisano, Ruby |
| 122528 | Figueroa, Jose |
| 122529 | Skip One Seafood, Inc |
| 122530 | Trico Shrimp, Inc. |
| 122531 | Nguyen, Thao Nhi Jamie |
| 122532 | Food Express, LLC |
| 122533 | Nguyen, Lien |
| 122534 | Nguyen, Phong |
| 122535 | Huynh, Loi |
| 122536 | Aluminum Products Wholesale, LLC |
| 122537 | Assevado, Malcolm J |
| 122538 | Southern Foods Cajun Cuisine, Inc. |
| 122539 | Le, Tram Kim |
| 122540 | Nguyen, Hanh Bich Thi |
| 122541 | Hackberry Seafood, Inc. |
| 122542 | Vo, Xinh |
| 122543 | Gulf Fresh Seafood |
| 122544 | Springhill Seafood |
| 122545 | Charleman, LLC |
| 122546 | Elizabeth J Inc |
| 122547 | Pilotti, Joshua |
| 122548 | Do, Manh |
| 122549 | Taylor, Daniel |
| 122550 | Euro, Inc. |
| 122551 | Hung Seafood |
| 122552 | Bradley Neil, Inc. |
| 122553 | Yeamans, Ronnie |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122554 | Rebecca Shrimp Co. |
| 122555 | Cure Land Company, LLC |
| 122556 | Cure II, Michael |
| 122557 | Parria, III, Louis |
| 122558 | Lucky Seafood |
| 122559 | Bosarge Jr., James |
| 122560 | Vo, Tuong |
| 122561 | Phat Farm LLC |
| 122562 | CBMC Hammond, LLC |
| 122563 | Despointes, Philippe |
| 122564 | Cooper and Company, Inc. |
| 122565 | A.Z. Tanks, Inc. |
| 122566 | Turner, Carol |
| 122567 | Supermans Inland Charters LLC |
| 122568 | Le, Hung |
| 122569 | Landry, Lawerence |
| 122570 | Louisiana Seafood Distributors LLC |
| 122572 | Huynh, Kim |
| 122573 | Authement, Theresa |
| 122574 | Big Boy Co., LLC |
| 122575 | Pacific Hospitality, LLC |
| 122576 | Darwin Prosperity, LLC |
| 122577 | Parker Development Enterprise, LLC |
| 122578 | Thomas Vodanovich |
| 122579 | Nidia Vodanovich |
| 122580 | Harris, Nicholas |
| 122581 | Son, Chau |
| 122582 | Nguyen, Mai |
| 122583 | Ho, Bieu |
| 122584 | Ho., Nga |
| 122585 | Dennis Jr., Numa |
| 122586 | MC Group, LLC |
| 122587 | Tan D. Nguyen |
| 122588 | Fernandez, Raymond |
| 122589 | Estate of Kip Parria |
| 122590 | Ponder, John |
| 122591 | Lynn Ann Nguyen |
| 122592 | Nguyen, Lap |
| 122593 | Vo, Minh |
| 122594 | Pham, Dung |
| 122595 | Trang Van Le |
| 122596 | Guerra, Bruce |

**EXHIBIT A**

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP
FROM DECEMBER 18, 2012 THROUGH DECEMBER 21,2012

| Document ID | Business Name |
|---|---|
| 122597 | Tran, Kelvin |
| 122598 | Freddy A. Jarquin |
| 122524/122571 | Huynh Investment Co, Inc. |