IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 11-CV-3180 and<br>Case No. 11-CV-2766 | ) MDL No. 2179<br>)<br>) Section: J<br>)<br>) Honorable Carl J. Barbier<br>)<br>) Magistrate Judge Shushan<br>)<br>)<br>)<br>) |

_____

ORDER
_____

**CONSIDERING** the Motion for Leave to File A Limitation Short Form Joinder Beyond the September 16, 2011 Deadline of the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) claimants and the *Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766 (Vessels of Opportunity Complaint) claimants, identified in Exhibit A:

**IT IS HEREBY ORDERED** that the Motion for Leave of the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) claimants and the *Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766 (Vessels of Opportunity Complaint) claimants, identified in Exhibit A, be and is hereby GRANTED.  The Short Form Joinder filed by these claimants shall be deemed timely filed in the Transocean limitation proceeding

New Orleans, Louisiana, this ____ day of December, 2012.

_____
Hon. Carl J. Barbier