# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION: J |
| THIS PLEADING APPLIES TO: ALL CASES | § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### TRANSOCEAN'S MOTION TO ADMIT THE EXPERT REPORTS OF JEFF WOLFE AS HIS DIRECT EXAMINATION OR ALTERNATIVELY, MOTION FOR CONTINUANCE

Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"), moves to admit the expert reports of Jeff Wolfe as his direct examination.  Mr. Wolfe - Transocean's primary expert witness on the seaworthiness, marine safety systems, regulatory compliance and safety condition of the Deepwater Horizon, as well as the competency and training of her crew - suddenly and unexpectedly died on December 2, 2012 as a result of injuries received in a serious vehicle accident.  As more fully set forth in the accompanying memorandum, Transocean respectfully requests that this Court admit the expert reports of Jeff Wolfe as his direct examination with cross-examination to be submitted through the deposition the parties conducted of Mr. Wolfe on December 1, 2011.

Alternatively, Transocean moves for a continuance of no less than six months to seek out and retain an alternate expert on the same subject matter to replace Jeff Wolfe and for adequate time for the alternate expert to prepare and file his report.

DATED:  December 23, 2012                                Respectfully submitted,

By:  *s/ Brad D. Brian*
Brad D. Brian
Michael R. Doyen
Daniel B. Levin
Munger Tolles & Olson LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel:  (213) 683-9100
Fax:  (213) 683-5180
Email: brad.brian@mto.com
  michael.doyen@mto.com
  daniel.levin@mto.com

By:  *s/ Edwin G. Preis*
Edwin G. Preis, Jr.
Preis & Roy PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
  *and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

By:  *s/ Steven L. Roberts*
Steven L. Roberts
Rachel Giesber Clingman
Sean D. Jordan
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel:  (713) 470-6100
Fax:  (713) 354-1301
Email: steven.roberts@sutherland.com,
  rachel.clingman@sutherland.com
  sean.jordan@sutherland.com

By:  *s/ Kerry J. Miller*
Kerry J. Miller
Frilot, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel:  (504) 599-8194
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

**Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on December 23, 2012.

                                                 /s/ Kerry J. Miller