DOUCET-SPEER & GIBBENS
A PROFESSIONAL LAW CORPORATION
POST OFFICE DRAWER 4303
LAFAYETTE, LOUISIANA 70502

## CONTRACT FOR LEGAL REPRESENTATION - TORT

STATE OF LOUISIANA
PARISH OF LAFAYETTE

THIS CONTRACT OF EMPLOYMENT made and entered into by and between **Michael Nunmaker** hereinafter referred to as "CLIENT", and DOUCET-SPEER, A PROFESSIONAL LAW CORPORATION, hereinafter referred to as "ATTORNEY".

WHEREAS, the CLIENT has a claim or claims arising out of **the BP Spill**, which occurred on the **20th** day of **April 2010**, in the Parish of **Gulf of Mex/** State of Louisiana, and whereas, CLIENT desires the services of an attorney to represent CLIENT in said claim, by conference, negotiation, suit or otherwise;

CLIENT does hereby employ and retain ATTORNEY for these purposes, and ATTORNEY hereby binds and obligates himself to render the services required in the premises upon the following terms and conditions:

1) In the event that ATTORNEYS are able to effect a settlement of the claim and/or claims without the necessity of filing suit, he is to receive as compensation for his services **25%** percent of whatever amount is collected;
2) In the event it is necessary to file suit or suits upon the claim and/or claims, ATTORNEY is to receive as compensation for his services **33 1/3** percent of whatever amount is collected;
3) If the litigation goes to the Court of Appeal and/or Louisiana Supreme Court, then ATTORNEY is to receive as compensation for his services **33 1/3** percent of whatever amount is collected;
4) Expenses are to be the responsibility of CLIENT;
5) This contract is subject to the additional condition, to-wit:

_____

IT IS UNDERSTOOD AND AGREED between the parties that this contract is intended to and does hereby assign, transfer, set over and deliver unto Attorney as his fee, for the representation of CLIENT in said claim and/or claims, an interest in the claim and/or claims under the terms and conditions aforesaid, in accordance with the provisions of La. R.S. 37:218.

IT IS FURTHER AGREED between the parties that the CLIENT shall be responsible and obligated to repay to ATTORNEY any and all advances whether for court costs or for whatever reason. The CLIENT does hereby grant DOUCET-SPEER, A PROFESSIONAL LAW CORPORATION, a lien and privilege on settlement proceeds to the extent or to cover any and all sums or advancements made to CLIENT or on CLIENT's behalf for any reasons including, but not limited to, the advancement of court costs, loans, advancements of living, medical expenses, and any and all other proceeds related to the handling by ATTORNEY of all claims made herein.

During the handling of CLIENT's case CLIENT agrees to execute promissory notes, and/or expressly authorizes Attorney to execute said notes on behalf of CLIENT, with any Financial Institution arranged by ATTORNEY from time to time as ATTORNEY directs, to borrow money to reimburse and/or advance ATTORNEY for expenses, said note(s) with interest and fees charged by such lending institution to be paid as expenses from CLIENT's portion of any recovery upon conclusion of ATTORNEY's service. The undersigned CLIENT further agrees to reimburse and/or advance to ATTORNEY for any interest he has paid or obligated himself to pay as a consequence of funds borrowed for any purpose or expense associated with his CLIENT's case or claim. CLIENT authorizes ATTORNEY to pay and/or reimburse itself from CLIENT's portion of any recovery or borrowing all such expenses and ATTORNEY fee without further authorization by CLIENT. In the event ATTORNEY successfully obtains a recovery for CLIENT but the gross amount of recovery is insufficient to pay ATTORNEY's fee and all expenses (including notes), then expenses (including notes outstanding) shall be paid from recovery first, and the balance shall be paid to ATTORNEY as fee if any recovery remains.

CONTRACT FOR LEGAL REPRESENTATION - TORT
PAGE 2

However, if ATTORNEY is unsuccessful in pursuing CLIENT's case and no money or property is collected by any means, then CLIENT does not owe ATTORNEY any fee or have any liability for any costs (including any notes executed by CLIENT at request of ATTORNEY).

If CLIENT discharges ATTORNEY, or retains another attorney for any reason, CLIENT shall immediately pay off all expenses incurred by ATTORNEY as well as such loans (and interest and fees thereon), which are deemed to be expenses for all purposes of this contract.

CLIENT agrees that if prior to trial or appeal any defendant or defendants make a settlement offer that Attorney recommends that CLIENT accept, but CLIENT refuses to accept such offer, then in such event CLIENT shall be personally liable to Attorney for the expenses regardless of outcome at the trial or appeal.

IF ATTORNEY elects to represent CLIENT in any matter other than the tort claim described above, ATTORNEY shall receive the maximum statutorily allowed contingent fee or hourly fee, according to law, in discretion of ATTORNEY, on all recovery for CLIENT in longshoremen's compensation cases, state compensation cases, social security cases, federal tort claim cases, or similar matters. ATTORNEY reserves the right to withdraw from representation of client at any time.

IT IS STIPULATED that neither ATTORNEY nor CLIENT may without the written consent of the other, settle, compromise, release, discontinue, or otherwise dispose of the suits or claims.

Whenever the word "CLIENT" is used, it shall be construed to mean "CLIENTS" and whenever the word "ATTORNEY" is used, it shall be construed to mean "ATTORNEYS".

THUS DONE AND SIGNED at Lafayette, Louisiana, in the presence of the undersigned competent witnesses on this _22_ day of _JULY_, 20_10_.

*AGREEMENT FOR B.P. CLAIM*

Witness / CLIENT

Witness / CLIENT