IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER |
| *Harley D. Allen, et al v* BP America Production Company 12-2953 | § § § | MAG JUDGE SHUSHAN |

## PLAINTIFFS', HARLEY D. ALLEN, ET AL
## MOTION TO REMAND

COMES NOW, Plaintiffs in the above entitled action HARLEY D. ALLEN (BOOK ME A CHARTER); JAMES ALLEN; THOMAS BREWER, BUOI VAN CHAU; KEITH DONSANOUPHITH; ROBERT FORE; BRENT GRANDA (SHALLOW WATERS, II); PEDRO JIMINEZ; WILSON JOHNSON, JR.; HILTON J. LANDRY; JAMES MCNEIR, JR.; BRUCE MILLENDER (REEL TIME); WILLIAM MOSES; MICHAEL MURPHY; JOHN NORMAN; GREG POLLOCK; JOSEPH RENO; JOHN ROBIN; ANTHONY RICE; LEXIS SCHUBERT (GENESIS CHARTERS, INC.); and (HATTATUDE SPORTFISHING CHARTERS); JAMES G. STONE; and STEVE WILKINS (hereinafter referred to as "HARLEY D. ALLEN"), in the above entitled action and filing this Motion to Remand under 28 U.S.C. § 1447(c), and in support of which would respectfully show unto the Court as follows:

Plaintiffs', HARLEY D. ALLEN, filed this action against BP America Production Company in the District Court of Harris County, Texas, 269th Judicial District on April 19, 2012. This case had been assigned to Judge Sim Lake.

## I.

There is no federal jurisdiction which exists that would support a removal as outlined in the memorandum.

## PRAYER

Plaintiff respectfully asks this Court to grant this Motion; to remand this suit to the state court in which it was originally filed; and to award Plaintiff court costs, expenses, and attorney's fees.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

By: ___/s/ *Brent W. Coon*___
    BRENT W. COON
    State Bar No. 04769750
    Federal Bar No. 9308
    215 Orleans
    Beaumont, TX 77701
    Telephone: 409-835-2666
    Facsimile: 409-835-1912

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading same to Lexis Nexis File and Serve Express in accordance with Pretrial Order No. 12 and that the foregoing instrument was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in the MDL 2170 on this the 31st day of December, 2012.

___/s/ *Brent W. Coon*___
BRENT W. COON