Case 2:10-md-02179-CJB-DPC Document 8147-5 Filed 12/29/12 Page 1 of 2
Case 2:10-cv-02509-CJB-SS Document 1 Filed 12/13/12 Page 1 of 2
Case MDL No. 2179 Document 1176 Filed 12/13/12 Page 1 of 2

U.S. DISTRICT COURT
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

FILED | DEC 1 3 2012

**IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010**

LORETTA G. WHYTE
CLERK

MDL No. 2179

MDL. 2179

(SEE ATTACHED SCHEDULE)    **12-2953**

**CONDITIONAL TRANSFER ORDER (CTO-67)**    **SECT. J MAG. 1**

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 351 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 13, 2012**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

**IN RE: OIL SPILL BY THE OIL RIG**
**DEEPWATER HORIZON IN THE GULF OF**
**MEXICO, ON APRIL 20, 2010**                    MDL No. 2179

## SCHEDULE CTO−67 − TAG−ALONG ACTIONS

**DIST    DIV.    C.A.NO.    CASE CAPTION**

TEXAS SOUTHERN

TXS      4      12−03506    James Allen et al v. BP America Production Company