IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL    No.    2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO, ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | |
| *Harley D. Allen, et al v* | § | |
| *BP America Production Company* | § | MAG JUDGE SHUSHAN |
| *12-2953* | § | |

## ORDER GRANTING PLAINTIFFS', HARLEY D. ALLEN, ET AL MOTION TO REMAND

On this date, came before this Court, Plaintiffs' Motion to Remand.  After considering

the Motion, any response and say argument of counsel, the Court finds that the Motion should be

GRANTED.  It is therefore:

ORDERED, ADJUDGED and DECREED that this case be remanded to the 269th District

Court of Harris County, Texas.  It is further,

ORDERED, ADJUDGED and DECREED that Defendant, BP America Production

Company pay Plaintiffs' reasonable attorneys' fees and costs.

SIGNED this _____ day of _____, 20_____.


_____
United States District Judge