UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

10-MDL No. 2179

Section: J

This Document Relates to:

Judge Barbier
Mag. Judge Shushan

10-cv-8888

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the law firm of RESTIVO & REILLY, LLC pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for only those Plaintiffs listed in Attachment "A" and as grounds would state:

1. The Plaintiffs listed in Attachment "A" and the movant have terminated their relationship.

2. The Plaintiffs listed in Attachment "A" have been made aware of applicable deadlines and applicable pending court appearances.

3. All Plaintiffs will remain in the litigation.

4. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, both individually and on behalf of her law firm, moves this Court for an order allowing them to withdraw as counsel of record for only those Plaintiffs set forth in Attachment "A" in the above-captioned case.

RESPECTFULLY SUBMITTED on this 31st day of December, 2012.

By___/s/ Jessica Reilly_____
Jessica Reilly, FBN 113662
Restivo & Reilly, LLC
103400 Overseas Highway, Suite 237
Key Largo, FL 33037
Tel: 305.453.4961
Fax: 888.496.4131
jessica@restivoandreilly.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 10-MD-2179<br><br>Section: J |
| This Document Relates to:<br><br>10-cv-8888 | Judge Barbier<br>Mag. Judge Shushan |

## ATTACHMENT "A"

| PLAINTIFF | DOCUMENT ID | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| Mary Lynn Myers | 3713215 | P.O. Box 706<br><br>Tavernier, FL 33070 | (305) 393-1629 |
| Hector Concepcion | 3593262 | 14290 S.W. 284th St<br><br>Homestead, FL 33033 | (305) 910 1878 |
| Annikel Etienne | 3609132 | 97702 Overseas Hwy<br><br>Key Largo, FL 33037 | (786)752-1128 |
| Matthew Dettman | 3638498 | 102 Azalea St.<br><br>Tavernier, FL 33070 | (305) 522-6275 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of December, 2012.

I FURTHER CERTIFY that the Plaintiffs have been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on those individuals listed in Attachment "A" attached hereto on this 31st day of December, 2012.

RESTIVO & REILLY, LLC

By    /s/ Jessica Reilly
      Jessica Reilly, FBN 113662