UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                              10-MD- 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

This Document Relates to:                                    Judge Barbier
10-cv-8888                                                   Mag. Judge Shushan

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the law firm of RESTIVO & REILLY, LLC's Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That JESSICA REILLY, ESQUIRE, and the law firm of RESTIVO & REILLY, LLC's Motion to Withdraw as Counsel as to only those individual Plaintiffs listed in Attachment "A," be and the same is hereby granted.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of _____, 20__.

_____

Honorable Carl J. Barbier

United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig  10-MD-2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010                                             Section: J

This Document Relates to:                           Judge Barbier
10-cv-8888                                       Mag. Judge Shushan

ATTACHMENT "A"

| PLAINTIFF | DOCUMENT ID | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| Mary Lynn Myers | 3713215 | P.O. Box 706 Tavernier, FL 33070 | (305) 393-1629 |
| Hector Concepcion | 3593262 | 14290 S.W. 284th St Homestead, FL 33033 | (305) 910 1878 |
| Annikel Etienne | 3609132 | 97702 Overseas Hwy Key Largo, FL 33037 | (786)752-1128 |
| Matthew Dettman | 3638498 | 102 Azalea St. Tavernier, FL 33070 | (305) 522-6275 |