UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 10-2179 SECTION "J" |
| This Document Relates To: In Re: The Complaint of Darrell Reed Civil Action No. 10-4252 | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

*********************************************

## MOTION TO DISMISS CLAIM IN LIMITATION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Darrell Reed, who submits to this Honorable Court that all issues and claims asserted by him in relation to the HORIZON incident of April 20, 2010 have been compromised and settled. Accordingly, Darrell Reed respectfully requests that his claim filed in the above noted limitation proceeding be dismissed, with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ James C. Klick
JAMES C. KLICK (#7451)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

***Counsel for Darrell L. Reed***

{L0225830.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 13, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ James C. Klick

{L0225830.1}                                       2