UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 10-2179 |
| | * | SECTION "J" |
| This Document Relates To: | * * | |
| In Re: The Complaint of Darrell Reed Civil Action No. 10-4252 | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

*********************************************

## ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS:

**IT IS HEREBY ORDERED** that the claim of Darrell Reed filed in the above noted limitation proceeding is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
JUDGE, UNITED STATES DISTRICT COURT

{L0225830.1}