UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the OIL RIG ) MDL. NO. 2179
"DEEPWATER HORIZON"in )
the GULF OF MEXICO, on )
APRIL 20, 2010 )
) SECTION: J
This Document relates to: )
) JUDGE BARBIER
2:10-CA-10-8888 ) MAG. JUDGE SHUSHAN

## ORDER

Considering the Motion of the law firm of Daniell, Upton & Perry, P.C. for leave to withdraw as counsel, **IT IS HEREBY ORDERED** that the law firm of Daniell, Upton & Perry, P.C. is withdrawn as counsel for the Claimants listed below:

| | **Plaintiff/Claimant** | **Document No.** | **Cause No.** |
|---|---|---|---|
| 1. | Gamester/Desperado, LLC | 56701 | CA-10-8888 |
| 2. | Timothy D. Garner & Gail W. Cash | 53173 | CA-10-8888 |
| 3. | Gail W. Cash | 53171 | CA-10-8888 |
| 4. | Heron Landing COA | 49540 | CA-10-8888 |
| 5. | Aphelion Holdings, LLC | 52224, 107450, & 110898 | CA-10-8888 |
| 6. | ASHA, LLC | 66647 | CA-10-8888 |
| 7. | Spicy Girls of Avery Island, LLC | 66620 | CA-10-8888 |
| 8. | H. Grady & Rebecca W. Shelley | 56817 | CA-10-8888 |
| 9. | Pensacola Exchange, LLC | 111527 | CA-10-8888 |
| 10. | Destin Exchange, LLC | 111524 & 111887 | CA-10-8888 |
| 11. | Johnny Raymond Vinson | 107366 & 111077 | CA-10-8888 |

12.   Michael Bedwell					60261 & 110303	CA-10-8888


New Orleans, Louisiana, this the ___ day of _____, 2013.


_____
**UNITED STATES DISTRICT COURT JUDGE**