UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 10-MD- 2179 |
| This Document Relates to: 10-cv-8888 | Judge Barbier Mag. Judge Shushan |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the law firm of RESTIVO & REILLY, LLC's Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That JESSICA REILLY, ESQUIRE, and the law firm of RESTIVO & REILLY, LLC's Motion to Withdraw as Counsel as to only those individual Plaintiffs listed in Attachment "A," be and the same is hereby granted.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this __2nd__ day of __January__, 2013.

_____
United States District Judge