UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                                              10-MD-2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010                                                                      Section: J

This Document Relates to:                                              Judge Barbier
10-cv-8888                                                                    Mag. Judge Shushan

ATTACHMENT "A"

| PLAINTIFF | DOCUMENT ID | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| Mary Lynn Myers | 120910 | P.O. Box 706 Tavernier, FL 33070 | (305) 393-1629 |
| Hector Concepcion | 119778 | 14290 S.W. 284th St Homestead, FL 33033 | (305) 910 1878 |
| Annikel Etienne | 119982 | 97702 Overseas Hwy Key Largo, FL 33037 | (786)752-1128 |
| Matthew Dettman | 120208 | 102 Azalea St. Tavernier, FL 33070 | (305) 522-6275 |