UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the OIL RIG            )     MDL. NO. 2179
"DEEPWATER HORIZON"in                      )
the GULF OF MEXICO, on                     )
APRIL 20, 2010                             )
                                           )     SECTION: J
This Document relates to:                  )
                                           )     JUDGE BARBIER
2:10-CA-10-8888                            )     MAG. JUDGE SHUSHAN

## ORDER

Considering the Motion of the law firm of Daniell, Upton & Perry, P.C. for leave to withdraw as counsel, **IT IS HEREBY ORDERED** that the law firm of Daniell, Upton & Perry, P.C. is withdrawn as counsel for the Claimants listed below:

|     | **Plaintiff/Claimant** | **Document No.** | **Cause No.** |
| --- | --- | --- | --- |
| 1.  | Gamester/Desperado, LLC | 56701 | CA-10-8888 |
| 2.  | Timothy D. Garner & Gail W. Cash | 53173 | CA-10-8888 |
| 3.  | Gail W. Cash | 53171 | CA-10-8888 |
| 4.  | Heron Landing COA | 49540 | CA-10-8888 |
| 5.  | Aphelion Holdings, LLC | 52224, 107450, & 110898 | CA-10-8888 |
| 6.  | ASHA, LLC | 66647 | CA-10-8888 |
| 7.  | Spicy Girls of Avery Island, LLC | 66620 | CA-10-8888 |
| 8.  | H. Grady & Rebecca W. Shelley | 56817 | CA-10-8888 |
| 9.  | Pensacola Exchange, LLC | 111527 | CA-10-8888 |
| 10. | Destin Exchange, LLC | 111524 & 111887 | CA-10-8888 |
| 11. | Johnny Raymond Vinson | 107366 & 111077 | CA-10-8888 |

12.   Michael Bedwell                             60261 & 110303      CA-10-8888

New Orleans, Louisiana this 2nd day of January, 2013.

_____
United States District Judge