UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 10-2179 |
| | * | SECTION "J" |
| This Document Relates To: | * * | |
| No. 10-2771, Rec. Doc. 365 | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**********************************************

### ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS:

**IT IS HEREBY ORDERED** that the claim of Lonnie Washington filed in the above noted limitation proceeding is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana this 2nd day of January, 2013.

_____
United States District Judge

{L0225832.1}