UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 10-4536 | : : | MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF LODGING OF PROPOSED PARTIAL CONSENT DECREE**
**And**
**REQUEST THAT THE COURT TAKE NO ACTION**
**UNTIL A MOTION FOR ENTRY IS FILED**

The United States of America respectfully files with the Court a proposed Consent Decree between the United States of America, and defendants Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH. The settlement relates to the First Claim for Relief in the complaint in the matter of *United States v. BP et al.*, 10- 4536, which is the claim under the Clean Water Act. The settlement also provides benefits to the five Gulf coast states: Texas, Louisiana, Mississippi, Alabama, and Florida.

However, the proposed Consent Decree is contingent upon a public comment period, so the United States requests that the Court not sign the Consent Decree until the United States files a Motion for Entry. Pursuant to Paragraph 71 of the proposed Consent Decree, and in accordance with the procedures of 28 C.F.R. § 50.7, the public will have 21 days in which to submit comments to the United States Department of Justice on the proposed Consent Decree. The 21-day period will begin on the date notice of the lodging

1

of the proposed Consent Decree is published in the Federal Register. If, after reviewing the public comments, the Department of Justice concludes that the proposed Consent Decree should be entered, the United States and will inform the Court of any public comments received and any responses thereto, and will move for entry of the Consent Decree as a final order of the Court.

Plaintiff therefore respectfully requests that this Court receive the proposed Decree for lodging only, and that it abstain from acting upon the Consent Decree until the period for public comment has expired and the Plaintiff has moved for entry of the proposed Consent Decree.

Respectfully Submitted,

| | |
|---|---|
| IGNACIA S. MORENO | BRIAN HAUCK |
| Assistant Attorney General | Deputy Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Litigation Counsel | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| JUDY HARVEY | MALINDA LAWRENCE |
| ABIGAIL ANDRE | Trial Attorneys |
| RACHEL HANKEY | |
| BETHANY ENGEL | |
| THOMAS BENSON | |
| Trial Attorneys | |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg, Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:   January 2, 2013.                                /s/  Steve O'Rourke
                                                        U.S. Department of Justice