UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| *11-1051, Guy Adams v. State of* | * | |
| *Louisiana, et al.* | * | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

Two motions pertaining to member case 11-1051 are before the Court: (1) Plaintiffs' **motion for partial voluntary dismissal without prejudice**, Rec. Doc. 8102, and (2) Defendant JMN Specialties, Inc.'s ("JMN") **motion for summary judgment**, Rec. Doc. 5212. Counsel for JMN advises that it does not object to Plaintiffs' motion. Counsel for JMN also advises that, if Plaintiffs' motion is granted, then JMN's motion becomes moot.

Having considered the motions and counsel's representations,

**IT IS ORDERED** that Plaintiffs' motion, Rec. Doc. 8102, is **GRANTED**. Plaintiffs' action against JMN, *only*, is hereby **DISMISSED WITHOUT PREJUDICE,** each party to bear its own costs. Plaintiffs' claims against the other Defendants in case no. 11-1051 are preserved.

**FURTHER ORDERED** that JMN's motion (Rec. Doc. 5212) is **DENIED AS MOOT.**

Signed in New Orleans, Louisiana, this 3rd day of January, 2013.

_____
United States District Judge