UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

SECOND SUPPLEMENTAL ORDER

[Regarding the University of California - Santa Barbara's Document Production]

On December 13, 2013, there was a telephone discovery conference regarding the production of documents by the University of California - Santa Barbara ("UCSB") in response to a subpoena served by BP. Following the conference an order was issued regarding six categories with the objective of completing the production of documents by December 20, 2012 and the preparation of a privilege log by January 7, 2013 for documents which UCSB contends are protected from disclosure. Rec. doc. 8093. These deadlines were required because the deposition of Dr. Ira Leifer is set for January 28 and 29.[1]

UCSB has not complied with the deadlines in the December 13, 2012 order. On January 2, 2013, Edox reported to UCSB and Dr. Leifer that, at the request of Special Master Captain Englebert, it assembled into a file 1,254 documents which require immediate attention.

The deadline of **Monday, January 7, 2013**, for the service of the privilege log cannot be extended and all documents must either be produced or reviewed and placed on the privilege log.

---

[1] On December 14, 2012, a supplemental order was issued clarifying that the deadlines for release of the documents refers to the release of the documents by Edox to the ShareVault site for use by all parties in the litigation. Rec. doc. 8095.

IT IS ORDERED that:

1.      Any UCSB documents which are not on a privilege log served by **Monday, January 7, 2013**, shall be released by Edox to the ShareVault site for use by all parties in the litigation subject to the right of UCSB to clawback documents which it contends are protected from disclosure.

2.      The deadline for an appeal of this order is 12:00 noon on **Monday, January 7, 2013.** In the absence of an order from District Judge Barbier, this order shall not be stayed pending appeal.

New Orleans, Louisiana, this 3rd day of January, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to serve:**

Michael R. Goldstein
Senior Counsel
University of California - Santa Barbara
Michael.Goldstein@ucop.edu

Nancy Hamill
Chief Campus Counsel
University of California - Santa Barbara
Nancy.Hamill@ucop.edu

Charlie Goodrich
University of California - Santa Barbara
Charlie.Goodrich@ucop.edu