**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL NO. 2179** |
| | **SECTION "J" (1)** |
| | **JUDGE BARBIER** |
| **APPLIES TO:  12-1978** | **MAGISTRATE JUDGE SHUSHAN** |

**FIFTH STIPULATED MOTION TO EXTEND TIME TO RESPOND TO**
**COMPLAINT IN THE SECOND EXCESS LAYER INSURANCE INTERPLEADER**

On July 31, 2012, various insurance companies (collectively, "Second Excess Layer Insurers") that issued or subscribed to a certain excess liability insurance policy (Policy No. ARS4927) filed a complaint in interpleader (Case No. 12-1978) against BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Products North America Inc., and BP America Inc. (collectively, "BP") and Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (collectively, "Transocean").  The case ("Second Excess Layer Insurance Interpleader") has been assigned to MDL 2179.

Shortly after the complaint's filing, BP and Transocean waived service.  On October 9, 2012, this Court extended the time for BP and Transocean to respond to the complaint to October 22, 2012.  On October 19, 2012, this Court further extended the time for BP and Transocean to respond to the complaint to November 9, 2012.  On November 15, 2012, this Court further extended the time for BP and Transocean to respond to the complaint to December 7, 2012.  On December 7, 2012, this Court further extended the time for BP and Transocean to respond to the complaint to January 4, 2013.

Because the parties have made progress but remain in discussions about how best to

proceed with the Second Excess Layer Insurance Interpleader, all parties (as identified below) hereby stipulate and agree, without prejudice to or waiver of any defenses or arguments, that the time for BP and Transocean to answer or otherwise respond to the complaint should be extended to January 18, 2013, and the parties hereby jointly so move.  A proposed form of order has been filed herewith.

Dated: January 3, 2013                           Respectfully submitted,


                                                 /s/ David B. Goodwin
Allan B. Moore                                   David B. Goodwin
Mark D. Herman                                   Covington & Burling, LLP
Covington & Burling LLP                          One Front Street, 35th Floor
1201 Pennsylvania Avenue, NW                     San Francisco, California  94111
Washington, DC  20004-2401                       Tel:  (415) 591-6000
Tel:  (202) 662-6000                             Fax: (415) 591-6091
Fax:  (202) 778-5575                             Email  dgoodwin@cov.com
Email: abmoore@cov.com

COUNSEL FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION
COMPANY, BP CORPORATION NORTH AMERICA INC., BP PRODUCTS NORTH
AMERICA INC., AND BP AMERICA INC.


                                                 /s/ Kerry J. Miller
Steven L. Roberts (TX No. 17019300)              Kerry J. Miller (LA No. 24562)
Rachel Giesber Clingman (TX No. 00784125)        Frilot, L.L.C.
Kent C. Sullivan (TX No 19487300)                1100 Poydras Street, Suite 3700
Sutherland, Asbill & Brennan, LLP                New Orleans, Louisiana  70163
1001 Fannin Street, Suite 3700                   Tel:  (504) 599-8169
Houston, Texas  77002                            Fax:  (504) 599-8154
Tel:  (713) 470-6100                             Email: kmiller@frilot.com
Fax:  (713) 654-1301
Email:  steven.roberts@sutherland.com
        rachel.clingman@sutherland.com
        kent.sullivan@sutherland.com

John M. Elsley (TX, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Tel:  (713) 224-8380
Fax:  (713) 225-9945
Email: john.elseley@roystonlaw.com

COUNSEL FOR TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC. AND TRANSOCEAN DEEPWATER INC.


/s/ Richard N. Dicharry
Richard N. Dicharry (LA No. 4929)
Evans Martin McLeod (LA No. 24846)
Kyle S. Moran (LA No. 33611)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Tel:  (504) 566-1311
Fax:  (504) 568-9130
Email:  Richard.Dicharry@phelps.com
        Marty.McLeod@phelps.com
        Kyle.Moran@phelps.com

COUNSEL FOR VARIOUS INSURANCE COMPANIES ISSUING OR SUBSCRIBING TO
EXCESS POLICY ARS4927

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of January, 2013.

                        /s/ Mark D. Herman
                        Mark D. Herman