# CONFERENCE ATTENDANCE RECORD

DATE: 1-4-13        TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tom Cavanaugh | CAM |
| Steve Roberts | HB |
| Rachel Clingman | TO |
| Curtis Williams | TO |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Gwen Richard | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sean Fleming | Halliburton |
| Lauren Mitchell | '' '' |
| Alison Battiste | '' '' |
| Erika Toledo | '' '' |
| Steve Herman | PSC |
| Duke Williams | '' '' |
| Mike Underhill | U.S. |
| Greg Mze | Alstom |
| Winfield Sinclair | Alstom |
| Carmelite Bertaut | Cameron |
| Sarah Irams | Anadarko |
| Tony Fitch | Anadarko |
| Doug Kraus | Louisiana |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Anthony Irpino | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve O'Rourke | USA |
| Timmy Williamson | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## 1/4/13 MDL 2179 Phase Two Disc Conf - Phone Participants

Sarah Himmelhoch

Brian Barr

Jeffrey Bright

Jim Roy

Mark Nomillini

Bill Stradley

Mike Petrino

Joe Eisert

Nat Chakeris

Tom Benson

Grant David Deny

Shawn Brennan