

Nov 06 2012
09:47AM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | | |
| In the GULF OF MEXICO on | * | SECTION: J |
| April 20, 2010 | | |
| | * | JUDGE BARBIER |
| This document relates to: | | |
| STATE OF VERACRUZ, REPUBLIC | * | MAG. JUDGE SHUSHAN |
| OF MEXICO v. BP, PLC, NO. 10-4239; | | |
| STATE OF TAMAULIPAS, REPUBLIC | * | |
| OF MEXICO v. BP, PLC, NO. 10-4240; | | |
| STATE OF QUINTANA ROO, REPUBLIC | * | |
| OF MEXICO v. BP, PLC, NO. 10-4241 | | |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEFENDANTS HALLIBURTON ENERGY SERVICES, INC. AND TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN HOLDINGS LLC, TRANSOCEAN DEEPWATER INC. AND TRITON ASSET LEASING GMBH'S FIRST SUPPLEMENTAL JOINT IDENTIFICATION OF LEGAL AUTHORITIES APPLICABLE TO THE ISSUE OF THE PROPRIETARY INTERESTS ALLEGED BY THE MEXICAN STATES**

Pursuant to the Court's Order of September 11, 2012 (Dkt. 7367) and by agreement of the parties,[1] on October 8, 2012, Defendants Halliburton Energy Services, Inc. ("HESI") and Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leading GmbH (collectively "Transocean") jointly identified the legal authorities upon which they rely regarding the alleged proprietary interests of the Mexican states of Veracruz, Tamaulipas, and Quintana Roo (the "Mexican States"). HESI and Transocean hereby identify supplemental legal authorities upon which they rely regarding the alleged proprietary interests of the Mexican States (translations attached hereto as Exhibit A). HESI and Transocean reserve the right to supplement or amend the identified materials in support of their affirmative position and/or on rebuttal.

---

[1] Counsel for the Mexican States requested that Defendants agree to extend until October 8, 2012, the original October 3, 2012 deadline for the exchange of these legal authorities. Defendants did not oppose that extension.

Dated: November 6, 2012                          Respectfully Submitted,

                                                 **GODWIN RONQUILLO PC**
                                                 By: /s/ Donald E. Godwin _____ ↑
                                                 Donald E. Godwin
                                                 *Attorney-in-charge*
                                                 State Bar No. 08056500
                                                 DGodwin@GodwinRonquillo.com
                                                 Bruce W. Bowman, Jr.
                                                 State Bar No. 02752000
                                                 BBowman@GodwinRonquillo.com
                                                 Jenny L. Martinez
                                                 State Bar No. 24013109
                                                 JMartinez@GodwinRonquillo.com
                                                 Floyd R. Hartley, Jr.
                                                 State Bar No. 00798242
                                                 FHartley@GodwinRonquillo.com
                                                 Gavin E. Hill
                                                 State Bar No. 00796756
                                                 GHill@GodwinRonquillo.com
                                                 Renaissance Tower
                                                 1201 Elm, Suite 1700
                                                 Dallas, Texas 75270-2041
                                                 Telephone: (214) 939-4400
                                                 Facsimile: (214) 760-7332

                                                 -and-

                                                 R. Alan York
                                                 State Bar No. 22167500
                                                 AYork@GodwinRonquillo.com
                                                 Jerry C. von Sternberg
                                                 State Bar No. 20618150
                                                 JVonSternberg@GodwinRonquillo.com
                                                 Misty Hataway-Coné
                                                 State Bar No. 24032277
                                                 MCone@GodwinRonquillo.com
                                                 1331 Lamar, Suite 1665
                                                 Houston, Texas 77010
                                                 Telephone: 713.595.8300
                                                 Facsimile: 713.425.7594

                                                 *Attorneys for Defendant Halliburton*
                                                 *Energy Services, Inc.*

-and-

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com
Email: rachel.clingman@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com,
rjh@preisroy.com

-and-

By: /s/ Brad D. Brian
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com,
Email: allen.katz@mto.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

*Counsel for Triton Asset Leasing GmbH,*
*Transocean Holdings LLC, Transocean*
*Offshore Deepwater Drilling Inc. and*
*Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this 6th day of November, 2012.

/s/ Jenny L. Martinez
Jenny L. Martinez

# EXHIBIT A

## POLITICAL CONSTITUTION OF THE UNITED MEXICAN STATES

**Article 43.** The integral parts of the Federation are the States of Aguascalientes, Baja California, Baja California Sur, Campeche, Coahuila de Zaragoza, Colima, Chiapas, Chihuahua, Durango, Guanajuato, Guerrero, Hidalgo, Jalisco, Mexico, Michoacan, Morelos, Nayarit, Nuevo Leon, Oaxaca, Puebla, Queretaro, Quintana Roo, San Luis Potosi, Sinaloa, Sonora, Tabasco, Tamaulipas, Tlaxcala, Veracruz, Yucatan, Zacatecas and the Federal District.

**Article 49(¶ 1).** The Supreme Power of the Federation is divided to be exercised in Legislative, Executive and Judicial.

**Article 70.** All resolutions by Congress shall be of a nature of law or decree.  The laws or decrees shall be communicated to the Executive signed by the speakers of each Houses and by one secretary of each, and shall be enacted in this manner:  "The Congress of the United Mexican States decrees: (text of the law or decree)."

Congress shall enact the Law which shall regulate its structure and internal operation.

The law shall determine the manners and procedures for grouping the representatives, according to their party affiliation, with the purpose of guaranteeing free expression of ideological currents represented in the House of Representatives.

This law may not be vetoed nor shall it need enactment by the Federal Executive to be valid.

**Article 115.**  The States shall adopt, for their interior regime, a republican, representative, popular form of government, basing their territorial division and their political and administrative organization upon the Free Municipality, in accordance with the following guidelines:

    **…**

**II.**    Municipalities shall be vested with a legal capacity and shall manage their assets in accordance to the law.

    Municipal councils shall be empowered to approve, in accordance with the laws in municipal matters that shall be enacted by the State legislatures, municipal charters, regulations, circulars and general administrative provisions within their respective jurisdictions, which shall organize its public municipal administration, regulate public matters, procedures, functions and services within their authority and ensure participation of citizens and residents.

    The purpose of the laws referred to by the prior paragraph shall establish:

**a)**    General guidelines for the public municipal administration and administrative procedures, including appeal procedures and the agencies to settle disputes between said administration and private individuals, subject to the principles of equality, publicity, hearing and legality;

**b)**    Cases requiring approval by a two-third majority of the municipal council members in order to issue resolutions affecting municipal real property or in order to hold acts or execute agreements binding the Municipality for a period exceeding the term of the Municipal Council;

**c)**    Rules of general application to execute agreements referred to by Sections III and IV of this Article, as well as Section VII, paragraph two of Article 116 of this Constitution;

1

**d)**      A procedure and conditions for the state government to assume a municipal function or service when, absent a corresponding agreement, the state legislature believes that the municipality at hand is unable to exercise or render same; in this case, prior request from the respective municipal council shall be necessary, as approved by at least two thirds of its members; and

**e)**      Applicable provisions for those municipalities lacking their corresponding charters or regulations.

      State legislatures shall legislate for the legal procedures under which conflicts between municipalities and the state government, or between municipalities, by reason of acts derived from paragraphs c) and d) above;

**III.**      Municipalities shall be charged with the following functions and public services:

**a)**      Potable water, sewer systems, treatment and disposal of residual waters;

**b)**      Street lighting.

**c)**      Cleaning, collection, transportation, treatment and final disposition of waste;

**d)**      Markets and supply centers.

**e)**      Cemeteries.

**f)**      Slaughterhouses.

**g)**      Streets, parks and gardens and their equipment;

**h)**      Public safety, pursuant to Article 21 of this Constitution, preventive municipal police and traffic enforcement; and

**i)**      All other services as decided by local Legislatures according to the Municipalities' territorial, social and economic conditions, as well as to their administrative and financial capacity.

      Without prejudice to their constitutional authority, in performing the duties or rendering the services they are charged with, municipalities shall observe provisions of federal and state laws.

      Municipalities, prior agreement among their municipal councils, may coordinate and associate in order to render these public services more effectively or to better exercise their corresponding functions. In this case, and when municipalities from two or more States associate, they shall act with the approval from their respective State legislatures. Furthermore, when deemed necessary by the respective municipal council, it may execute agreements with the State in order for the latter, whether directly or through the corresponding agency, to temporarily have charge of any of them, or to be rendered or exercised jointly by both the State and the municipality.

      Indigenous communities, within the municipal scope, may coordinate and associate pursuant to and for the effects provided by the law.

**IV.**     All municipalities shall freely manage their own treasury, which shall be formed by the revenue generated by their property, as well as by taxes and other revenues as set forth by the legislatures for their benefit, and in all cases:

**a)**     They shall receive all taxes, including additional rates set forth by the States on real property, their development, division, consolidation, transfer and improvement, as well as those based on the real property's change in value.

Municipalities may execute agreements with the State for the latter to have charge of some of the functions related to managing these taxes.

**b)**     Federal funds, which shall be paid by the Federal Government to the Municipalities in accordance with the guidelines, amounts and terms determined annually by the State Legislatures.

**c)**     The revenue derived from rendering the public services they are in charge of.

Federal laws shall not limit the States' power to lay the taxes referred to by paragraphs a) and c), nor shall they grant exemptions in relation to same.  State laws shall not grant exemptions or subsidies to any individual or institution regarding said taxes.  Only Federal, State or Municipal property of public domain shall be exempt, unless such property is utilized by parastatal entities or individuals, under any title, for administrative purposes or purposes other than for a public aim.

Municipal councils, within the scope of their authority, shall propose applicable fees and rates for taxes, fees, improvement taxes and land unit value and construction tables to be used as the basis to collect real property taxes.

State legislatures shall approve municipal revenue laws, review and inspect their public accounts. Expense budgets shall be approved by the municipal councils based upon their available revenues and shall include itemized reports of the compensation received by municipal public servants, pursuant to Article 127 of this Constitution.

The resources comprising the municipal treasury shall be directly managed by their municipal councils, or by anyone authorized by them, in accordance with the law;


**V.**     Municipalities, in terms of the related Federal and State laws, shall be empowered:

**a)**     To design, approve and manage municipal urban development zoning and plans;

**b)**     To participate in creating and managing their territorial reserves;

**c)**     To participate in the design of regional development plans, which shall be done in accordance with the general plans on the matter.  When the Federal Government or the States carry out regional development projects, they shall ensure involvement by the municipalities;

**d)**     To authorize, control and supervise utilization of land, within the scope of their authority, within their territorial jurisdictions;

**e)**     To participate in regulating possession of urban land;

**f)**     To grant licenses and permits for construction;

**g)**     To participate in the creation and administration of ecological reserve areas and in the creation and application of regulatory programs on this matter;

**h)**     To intervene in the creation and application of public passenger transportation programs when they affect their territorial scope; and

**i)**     To execute agreements for the administration and custody of federal areas.


As conducive and in accordance with the purposes contained in Article 27, paragraph three of this Constitution, municipalities shall enact administrative regulations and provisions as necessary;

**VI.**     **…**


**Article 124.** The powers not expressly granted by this Constitution to the federal government are understood to be reserved for the States.

**Article 133.** This Constitution, the Laws enacted by Congress pursuant thereto and all Treaties made, or which shall be made, by the President of the Republic with the Senate's approval, shall be the supreme Law of the Union.  The judges in every State shall be bound by said Constitution, Laws and Treaties, notwithstanding anything to the contrary in the constitutions or laws of the States.

### GENERAL LAW OF ECOLOGICAL BALANCE AND ENVIRONMENTAL PROTECTION

**ARTICLE 11.**  The Federal Government, through the Department, may sign coordination conventions or agreements, with the purpose of the Federal District of the State governments, with the participation, when applicable, of their Municipalities, to assume the following powers, in the scope of their territorial jurisdiction:

…

**III.**     Evaluating the environmental impact of the works or activities referred to by Article 28 of this Law and, when applicable, issuing the corresponding authorizations, with the exception of the following works or activities:

…

**b)**      Petroleum, petrochemistry, cement, iron and steel and electrical industries,

…

**e)**      Forest utilization in tropical jungles and difficult-to-regenerate species,

…

**h)**      Works and activities in wetlands, mangrove swamps, lagoons, rivers, lakes and estuaries connected to the sea, as well as in their coastlines or federal areas, and

**i)**       Works in protected natural areas of Federal jurisdiction and activities which due to their nature cause a serious ecological unbalance, as well as activities jeopardizing the ecosystem.

…

**V.**      Controlling actions for ecological balance protection, preservation and restoration and environmental protection in the federal maritime zone, as well as in the federal zone of bodies of water considered to be national;

…

Said powers shall be exercised in accordance with the terms in this Law and other applicable federal provisions, as well as in those derived therefrom.
…

**ARTICLE 188.** The laws of the States shall establish criminal and administrative punishment for violations in local environmental matters.

<h2 style="text-align:center;color:green;">GENERAL LAW ON NATIONAL ASSETS</h2>

**ARTICLE 6**.

**XVIII.**   Personal property owned by the Federal Government which due to their nature are not normally substitutable, such as office documents and files, manuscripts, incunables, editions, books, documents, periodical publications, maps, charts, brochures and important or rare engravings, as well as collections of these assets; scientific or technical arms, numismatics and philatelic collections; files; phonorecords, films, photographic, magnetic or information archives, magnetophonic tapes, and any other object containing images and sounds, and artistic and historic pieces of museums;

**ARTICLE 9 (Paragraph 2).** The decree or agreement by which the Federal Government acquires, affects or destines real property for a utility or for common use, shall be communicated to the corresponding local legislature.  Publication of the corresponding decree or agreement in the Official Gazette of the Federation shall serve as notification to the State legislature on the date of said publication.

**ARTICLE 15.** Private parties and public institutions may only acquire on the use, utilization and exploitation of the assets subject to the public domain regime of the federation, the rights regulated in this Law and in the others enacted by the Congress of the Union.

However, the Federal Civil Code shall govern accidental or accessory utilization compatible with or supplementary to the nature of these assets, such as the sale of fruits, materials or waste.

Rights on transit, view, light, spills and other similar rights on said assets, are exclusively governed by the laws, regulations and other administrative provisions of federal nature.

**ARTICLE 16.** Concessions, permits and authorizations on assets subject to the public domain regimen of the Federal Government do not create in rem rights; they simply grant, before the administration and without prejudice to third parties, the right to make use, utilization or exploitation, in accordance with the rules and conditions set forth by the laws and the corresponding title of concession, permit or authorization.

**ARTICLE 28.** The Department and other agencies that administer real property shall have in the sphere of their respective authority, the following powers:

I. To possess, watch over, preserve, administer and control on their own or with the help of the corresponding assignee institutions, federal real property;

...

**ARTICLE 70.**  The destination only grants the user institution the right to use the real property destined for the authorized use, but does not transmit ownership thereof, nor does it grant any real rights thereon.

User institutions may not undertake any alienation acts on the destined real property.  Failure to observe this provision shall cause nullity of the related act and the Department or the Department of the Environment and Natural Resources, accordingly, shall move for the administrative occupation of the real property.

## FEDERAL LAW OF THE SEA

**ARTICLE 36.** Internal Marine waters are those contained between the coast and the base, normal or straight lines, from which the Territorial Sea is measured, in accordance with the pertinent provisions of the Regulation of this Law, and which include:

**I.** The northern part of the Gulf of California;

**II.** Those of the internal bays;

**III.** Those of the ports;

**IV.** Internal waters of the reefs; and

**V.** Those of the mouths or deltas of rivers, lagoons and estuaries permanently or intermittently communicated with the sea.

## NATIONAL WATERS LAW

**ARTICLE 3.** For effects of this Law, it shall be understood as:

…

**XXVI.** "Estuary": Low, swampy land, which is commonly filled with rainwater or by overflow from a current, or a near lagoon or by the sea;

…

## PORTS LAW

**ARTICLE 14.** At the ports, terminals and marinas, the following shall be assets of public domain of the Federal Government:

**I.**      Land and waters forming part of the port area, and

**II.**     Works and facilities acquired or built by the federal government when they are inside the port areas.

## GENERAL LAW OF SUSTAINABLE FISHING AND AQUACULTURE

**ARTICLE 4.** For effects of this Law, it shall be understood as:

…

**XV.** *Concession:* Is the Title granted by the Department in the exercise of its powers, to individuals or entities in order to undertake commercial fishing of the aquatic flora and fauna resources in waters of national jurisdiction, as well as for aquaculture, during a determined period of time in function of the results provided for by technical, economic and social studies filed by the applicant, about the nature of the activities to be undertaken, of the amount of necessary investments for it and of its economic recovery;

…

**XXXIX.** *Fishing Resources:* The aquatic species, their products and sub products, obtained through its cultivation or extraction or capture, in their natural state;

**ARTICLE 11.** For achieving the objectives of this Law, the Department may execute coordination contracts or agreements with the governments of the States, with the purpose of the latter, with participation of their municipalities, when applicable, to assume the following functions:

**I.** Administration of the permits for undertaking sport-recreational fishing;

**II.** Sustainable administration of sessile species found in the lagoon estuary systems and in the territorial sea in front of its coasts, which are previously set forth in the National Fishing Chart and in the National Aquaculture Chart;

**III.** The administration of fishing in bodies of water serving as the boundary of two States, or which going from one State to another, which shall additionally include the powers of inspection and enforcement;

**IV.** The territorial and sanitary regulation of aquaculture developments;

**V.** Undertaking operational actions aimed at complying with the purposes provided for in this Law, or

**VI.** Inspecting and enforcing compliance of this Law and other provisions derived therefrom.

**ARTICLE 40.** The following activities require a concession:

**I.** Commercial fishing; and

**II.** Commercial aquaculture.

**ARTICLE 41.** The following activities require a permit:

**I.** Commercial aquaculture;

**II.** Aquaculture for development;

**III.** Educational aquaculture;

**IV.** Commercial Fishing;

**V.** Fishing for development;

**VI.** Educational fishing;

**VII.** Sport-recreational fishing, except for fishing from land;

**VIII.** Fishing work necessary for substantiating concession applications;

**IX.** Fishing for foreign parties when declared in surplus in the exclusive economic zone;

**X.** Fishing in open seas or in waters of foreign jurisdiction by vessels of Mexican registration and flag, in accordance with International Conventions signed by Mexico;

**XI.** Installation of fixed fishing arts in waters of federal jurisdiction;

**XII.** Collection of breeding specimens from the natural environment;

**XIII.** Introduction and repopulation of live species in bodies of water of federal jurisdiction;

**XIV.** Unloading in foreign ports or transferring captured species by fishing vessels of Mexican flag, and

**XV.** Disembarkation of commercial fishing products in any form in Mexican ports by foreign fishing vessels.

### GENERAL LAW OF WILDLIFE

**Article 3.** For effects of this Law, it shall be understood as:: ...

**XLVI.**   Wildlife: The organisms which subsist subject to the processes of natural evolution and develop freely in their habitat, including their minor populations and individuals found under the control of man, as well as feral organisms.

**Article 9.** The Federal Government is in charge of:

…

**VI.**   Attending to matters related to the conservation and sustainable utilization of national wildlife, in cases of acts caused in the territory or zones subject to the sovereign and jurisdiction of other countries, or in zones beyond the jurisdiction of any country, which might affect the national wildlife.

**Article 11.** The Federal Government, through the Department, may sign coordination contracts or agreements with the purpose for the governments of the Federal District or of the States, with the participation of their Municipalities, when applicable, to assume the following powers, in the scope of their territorial jurisdiction:

**I.**   Authorizing, registering and technically supervising the establishment of Management Units for Wildlife Conservation;

**II.**   Attending to the matters related to the management, control and remediation of problems associated to specimens and populations turning harmful;

**III.**   Applying sanitary measures in relation to wildlife;

**IV.**   Applying measures in relation to the critical habitat and refuge areas for protecting aquatic species regulated in this Law;

**V.**   Promoting and applying the measures related to honorable and respectful treatment of wild fauna;

**VI.**   Promoting and establishing conditions for handling and destination of specimens outside their natural habitat, in accordance with the procedures set forth in this Law;

**VII.**   Carrying out inspection and enforcement of this Law and the standards deriving therefrom, as well as establishing safety measures and administrative fines set forth in the Law itself;

**VIII.**   Promoting the establishment of conditions necessary for developing state markets for wildlife, based upon sustainability criteria, as well as applying environmental policy instruments for encouraging the achievement of its conservation and sustainable use objectives;

**IX.**   Granting, suspending, modifying and revoking authorizations, certifications, registrations and other administrative acts related to utilization and releasing specimens of wild species and populations, in exercising sport hunting and for providing services of this type of utilization, as well as for scientific collection, in accordance with the standards and other applicable legal provisions, or

12

**X.** Promoting development of projects, studies and activities aimed at the education, training and research on wildlife, for the development of technical and scientific knowledge and promoting utilization of traditional knowledge.

Said powers shall be exercised in accordance with provisions in this Law and other applicable federal provisions, as well as those deriving therefrom.

The defense resources and means set forth in Title Six, Chapter V of the General Law of Ecological Balance and Environmental Protection shall be applicable against acts issued by the governments of the Federal District or of the States and, when applicable, of their Municipalities, in exercising the powers assumed pursuant to this precept with respect to private parties.

**Article 52.** The persons transferring live specimens of wild species shall have the corresponding authorization from the Department in accordance to provisions in the regulation.  Furthermore, they shall comply with the corresponding Mexican official standards.

It shall not be necessary to have the transfer authorization referred to by the previous paragraph when dealing with:

…

**b)** Specimens acquired in registered commercial establishments, which have the documentation proving their legal origin, or when applicable, the corresponding brand.

**Article 107.** Any individual or entity may file a complaint with the Federal Attorney General's Office for Environmental Protection about damage caused to wildlife and its habitat without the need to prove that he is suffering personal and direct injury by reason of said damage.

The Federal Attorney General's Office for Environmental Protection shall carefully evaluate the information presented in the complaint and, if it has merits, shall exercise in an exclusive manner the action for liability for damage caused to wildlife and its habitat, which shall be strict and joint.

In case the defendant is a federal government agency or a business that is majority owned by the state, the action for liability for causing damage to wildlife and its habitat may be filed by any person directly in the competent court.

This cause of action may be filed without prejudice to the compensatory action filed by those directly injured and its limitation period shall prescribe in five years from the time the damage becomes known.

### GENERAL LAW OF SUSTAINABLE FOREST DEVELOPMENT

**ARTICLE 24.** The Federal Government, through the Department and the Commission, may sign coordination contracts or agreements, with the purpose for the governments of the Federal District and of the States, with participation of their municipalities, when applicable, within the territorial scope of their authority to assume the following functions:

I. Encouraging inter-institutional connection within the National Forest Service and the systems and plans of one-stop for efficiently attending to users of the sector;

II. Programming and operating forest fire prevention, detection and firefighting tasks in the State, as well as those of pest and disease control;

III. Forest inspection and enforcement;

IV. Imposing safety measures and fines to infractions committed in forest matters;

V. Requiring substantiation of the legal origin of forest raw materials;

VI. Granting permits and notices for pest and disease control and defense;

VII. Receiving notices about the utilization of timber-yielding, non-timber-yielding forest resources, forestation, and commercial forest planting;

VIII. Authorizing the change in use of forest land;

IX. Authorizing utilization of timber-yielding and non-timber-yielding forest resources, and of commercial forest planting;

X. Ruling, authorizing and assessing forest management programs, as well as assessing and helping technical forest services, or

XI. Evaluating the environmental impact of forest works or activities referred to by Article 28 of the General Law of Ecological Balance and Environmental Protection.

### REGULATION FOR THE USE AND ENJOYMENT OF THE TERRITORIAL SEA, NAVIGABLE WATERWAYS, BEACHES, FEDERAL MARITIME-LAND ZONE AND LAND RECLAIMED FROM THE SEA

**Article 3.** The federal maritime-land zone shall be defined and delimited by considering the highest high tide level observed during thirty consecutive days during a period of the year in which no hurricanes, cyclones or high intensity winds take place and is technically favorable to undertake the delimitation work.

**Article 5.** The beaches, the federal maritime-land zone and the land reclaimed from the sea, or any other deposit formed with maritime waters, are assets of public domain of the Federal Government, inalienable and imprescriptible and as long as their legal situation does not vary, shall not be subject to any recovery or temporary or permanent possession actions.

The Department is in charge of possessing, managing, controlling and supervising the assets referred to by this article, with the exception of those located within the port area, or are used as shipyards, dry docks, dikes for naval repair shops, piers, and other facilities referred to by the Law of Navigation and Maritime Commerce; in these cases, the authority corresponds to the Department of Communications and Transportation.

**Article 14.** The Department is in charge of undertaking, maintaining and updating the technical work necessary for surveying, delimiting and demarking the federal maritime-land zone and the land reclaimed from the sea or any other deposit of maritime waters.

**Article 20.** When the Department authorizes any modification to the federal maritime-land zone and the work has concluded, the beneficiaries shall collaborate with undertaking the studies necessary for defining and delimiting the new federal zone and the land reclaimed from the sea, under the Department's supervision.

**Article 35.** Concessions, destinations or permits do not create in rem rights in favor of their holders, but only grant the right to use, utilize or exploit the federal maritime-land zone, land reclaimed from the sea or any other deposit of maritime waters, in terms of the Law and this Regulation.

**Article 40.** When by natural causes land is uncovered and reclaimed from the sea or from any other deposit of maritime waters, the Department shall be in charge to undertake the technical studies necessary for identifying and delimiting said land.

15

### FEDERAL CIVIL CODE

**Article 858.** Exercising the right to hunt shall be governed by the administrative regulations and by the following guidelines:

**Article 886.** Ownership of the assets gives right to everything they produce, or is naturally or artificially joined or incorporated thereto.  This right is called accession right.

**Article 905.** It is understood as there being bad faith by the owner, when the building, sowing or planting was made with his full awareness, knowledge and consent.

**LAW ON TAX COORDINATION**

**Article 1o.** The purpose of this Law is to coordinate the tax system of the Federal Government with those of the States, Municipalities and Federal District, to establish the participation corresponding to their public treasuries in federal revenue; to distribute said participation among them; to establish administrative collaboration rules among the different tax authorities; to set up the agencies in matters of tax coordination and to provide the guidelines for their organization and operation.

When the expression "States" is used in this Law, it shall refer to the States and to the Federal District.

The Department of Internal Revenue and Public Credit shall execute an agreement with the States applying to be part of the National Tax Coordination System set forth by this Law.  Said States shall have an interest in the total of federal taxes and in other revenue specified by this Law through the distribution of funds set forth therein.

**Article 10.** The States who wish to be part of the National Tax Coordination System in order to receive the interests provided by this Law, shall do so by means of an agreement executed with the Department of Internal Revenue and Public Credit, which shall be authorized or approved by their legislature.  Also, the agreement may be terminated with authorization from the legislature.

The Department of Internal Revenue and Public Credit and the Government of the State at hand, shall order the publication in the Official Gazette of the Federation and Official Gazette of the State, respectively, of the agreement executed, by which the State is joining; of the act by which it is separating from the system; and of the decrees by the State Legislature by which said acts are authorized or approved, which shall become effective on the day following the publication made last.

Joining the National Tax Coordination System shall be made fully and not only in relation to some of the Federation's revenue.

The States not wishing to join the National Tax Coordination System, shall participate in the special taxes referred to by Article 73, Section XXIX, Paragraph 5 of the Constitution in the terms set forth by the respective laws.

MEXICAN OFFICIAL STANDARD NOM-146-SEMARNAT-2005, WHICH ESTABLISHES THE METHODOLOGY FOR MAKING CHARTS ALLOWING FOR THE CARTOGRAPHIC LOCATION OF THE FEDERAL MARITIME-LAND ZONE AND LAND RECLAIMED FROM THE SEA REQUESTED IN CONCESSION.

(DOF September 9, 2005)

2. Definitions

2.31 **Federal Maritime-Land Zone**.  The Federal Maritime-Land Zone is the band measuring twenty meters wide of firm land, passable and contiguous to said beaches or, when applicable, to riverbanks, from their mouth in the sea, to one hundred meters upstream, in accordance to Article 119, Sections I, II, III and IV of the General Law on National Assets and Articles 3, 14, 20 and 40 of the Regulation for the Use and Enjoyment of the Territorial Sea, Navigable Waterways, Beaches, Federal Maritime-Land Zone and Land Reclaimed from the Sea, and in accordance with the methodology set forth by this Standard.

MEXICAN OFFICIAL STANDARD NOM-146-SEMARNAT-2005, WHICH ESTABLISHES THE METHODOLOGY FOR MAKING CHARTS ALLOWING FOR THE CARTOGRAPHIC LOCATION OF THE FEDERAL MARITIME-LAND ZONE AND LAND RECLAIMED FROM THE SEA REQUESTED IN CONCESSION.

(DOF September 9, 2005)

2. Definitions

2.27 **Land Reclaimed from the Sea.**  Land surface comprised between the boundary of the new Federal Maritime-Land Zone and the boundary of the original Federal Maritime-Land Zone, in accordance with Article 125 of the General Law on National Assets.

18

RAFAEL DE PINA
RAFAEL DE PINA VARA

LAW DICTIONARY

37th edition

UPDATED BY
JUAN PABLO DE PINA GARCIA
PROFESSOR OF THE AUTONOMOUS
UNIVERSITY OF CHAPINGO

PORRUA PUBLISHING
AV. REPUBLICA ARGENTINA 15
MEXICO, 2008

**IN REM RIGHT.**  Right which corresponds to a person over one specific thing and without a passive subject individually determined against whom the person may address.

About the existing differences between in rem and personal right, the civil doctrine is profoundly contradictory.

In rem Rights are classified as absolute while personal rights relative.  The latter do not exist but in relations of certain persons among themselves, the former may be opposites to the world without exception.

Practically – JOSSERAND wrote – classification of absolute and relative rights is confused with the classification of in rem and personal rights.  On one hand, in effect, relative rights exactly coincide with credit or personal rights; on the other hand, absolute rights encompass essentially in rem rights: the undoubtedly comprise something more, to know, extra-patrimonial rights, such as the right to exist or the right to honor, which absolutism could not be doubted; but if one is confined in the patrimonial right, it is certain that absolute rights are all in rem rights.

RIGAUD establishes the following differences between in rem and personal rights: 1) From the point of view of their formation elements.  There are only two in the in rem right: an active subject holder of the personal right and one thing object thereof.  There are two persons in the credit or personal right: the creditor, active subject, and the debtor, passive subject, in addition to the object of the right, which consists of a positive event or of an abstention.  2) From the point of view of their advantages.  The in rem right possesses two that the personal right does not, and these are the right to pursue the thing in the hands of anyone and the right to exclude others from the use and enjoyment of the thing that falls upon the in rem right, while this use and enjoyment may be contrary to the established in rem right.  3) From the point of view of the punishment.  In rem rights are protected by real actions which may be addressed against all the possessors of the thing.  While personal rights are only by actions addressed against the debtor.  4) From the point of view of extinction.  The in rem right, except for exceptional cases, is a perpetual right, destined to last as long as its object, while the personal right is, by essence, a temporary right, destined to be extinguished by a provided event, which is payment.