LEXISNEXIS® FILE & SERVE
47444535
E-SERVICE
Oct 29 2012
06:33PM

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

*In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010* (MDL No. 2179)

Before the Honorable Judge Carl J. Barbier

This Document Relates to:

State of Veracruz, Republic of Mexico v. BP PLC et al., No. 10-4239
State of Tamaulipas, Republic of Mexico v. BP PLC et al., No. 10-4240
State of Quintana Roo, Republic of Mexico v. BP PLC et al., No. 10-4241
Consolidated Claim in Limitation by the States of Tamaulipas, Veracruz and Quintana Roo, No. 10-2771

## EXPERT REPORT OF DR. JOSÉ JUAN GONZÁLEZ MÁRQUEZ
### Mexican States' Actions

Submitted by Transocean Offshore Deepwater Drilling, Inc.

## INTRODUCTION

This report outlines the findings and opinions of Dr. José Juan González Márquez relating to the ability of the Mexican States to recover economic losses for alleged physical damages to a proprietary interest. This report presents the basis and reasoning supporting the opinions and conclusions reached on this subject and identifies the data and information considered in forming such opinions and conclusions.

## TABLE OF CONTENTS

I. Introduction ................................................................................................................1

    A.    Background ...............................................................................................1

    B.    Overview.................................................................................................2

II. Natural Resources .......................................................................................................3

    A.    Waters ....................................................................................................3

  B.  Coastal Areas .............................................................................5

  C.  Wildlife ....................................................................................6

  D.  Commercial Fish........................................................................7

III. Concurrent Jurisdiction and Produced Materials ............................................8

IV. Mexican State Authority to Represent Others .................................................9

V. Conclusions.....................................................................................................10

VI. Federal Rule of Civil Procedure 26 Requirements ........................................11

  A.  Curriculum Vitae ....................................................................11

  B.  Statement of Compensation ....................................................15

  C.  Previous Testimony of Dr. González ......................................16

  D.  Documents Reviewed and/or Relied Upon by Dr. González ....................16

VII. Exhibits.......................................................................................................43

  A.  Exhibit 1:  Precedent Regarding Federal Waters ......................................43

  B.  Exhibit 2:  Precedent Regarding Concurrent Jurisdiction.........................44

  C.  Exhibit 3:  Precedent Regarding Representation of the Mexican Nation ..45

19548380.1

## I.  INTRODUCTION

A.    Background

1.      My name is Dr. José Juan González Márquez.  I am President of González and Associates, a consulting group specializing in matters relating to environmental law.

2.      Since 1981, I have served as full-time Professor and Researcher at Universidad Autónoma Metropolitana, teaching courses in tax law, environmental law, and natural resources property law. From 1999 to 2010, I was head of the Environmental Law Ph.D. program administered jointly by the Universidad Autónoma Metropolitana in Mexico and University of Alicante in Spain.  I have authored numerous books and articles in the fields of Latin American and Mexican environmental law, tax law, and energy law.

3.      I currently act as chairman of the Mexican Institute for Environmental Law Research and as Director of the Mexican Environmental Law Journal. I also serve on the editorial boards for the Energy and Natural Resources (U.K) Law Journal, the Macquarie Journal of International and Comparative Environmental Law (Australia), and the *Revista Do Direito Ambiental* (Brazil). I have organized various environmental law colloquia, and I am a member of numerous other professional associations, including: the Governing Council of the UICN Academy of Environmental Law; and the Academic Advisory Group for the International Bar Association, Energy, Environment and Infrastructure Law Section.

4.      I served as Director of the Legal Division for the Mexican Attorney General's Office for Environmental Protection from 1992 to 1995. I also advised various federal and local governmental agencies on matters relating to environmental enforcement and compliance. In addition to counseling the United Nations Environment Programme (UNEP) and the United

Nations Development Programme (UNDP), I have served as an advisor to multiple Environmental Commissions of the Mexican Senate and House of Representatives.

5.      I hold a Ph.D. in Environmental Law from Universidad de Alicante (Spain) (1999).  I obtained my Juris Doctor (1981) and Masters of Law in International Economics (1984) from Universidad Autónoma Metropolitana in Mexico.

B.      <u>Overview</u>

6.      The Mexican states of Veracruz, Tamaulipas, and Quintana Roo (the "Mexican States") seek damages in the lawsuit *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179* pending in the United States District Court of the Eastern District of Louisiana.  In their complaints, the Mexican States assert damages to natural resources including waters, estuaries, beaches, shorelines, coastlines, wildlife, and fish.

7.      I was asked to opine on the ownership of waters, estuaries, beaches, shorelines, coastlines, wildlife, and fish under Mexican law.

8.      Additionally, I was asked whether any of the records regarding property produced by the Mexican States transfer an ownership interest to the Mexican States under Mexican law.

9.      I was also asked to opine on whether the Mexican States have the authority under Mexican law to represent the local governmental entities within each state's borders for purposes of recovering alleged damages to natural resources.

10.      Further, I was asked to opine on whether the Mexican States have alleged in the pleadings any basis under Mexican law for representing the citizens within those states in a civil suit for purposes of recovering alleged damages to natural resources.

19548380.1

11.     Based on my review of the pleadings and materials produced by the Mexican States as listed herein at Section V(D) of this Report, as well as applicable legal authorities, I conclude that:

a)      The Mexican nation ("Nation") owns the natural resources described in paragraph 13 of this Report.  The Mexican States do not own those resources.

b)      Wildlife may not be owned by any sovereign except as set forth in paragraph 26 of this Report.

c)      The Mexican States do not own the fish within national waters.

d)      None of the records regarding property produced by the Mexican States transfer an ownership interest to the Mexican States under Mexican law.

e)      The Mexican States do not have the authority under Mexican law to represent the local governmental entities within the borders of those States with respect to any claims without the properly authorized, written consent of those local governmental entities.

f)      The Mexican States have also failed to allege any basis under Mexican law to allow the Mexican States to represent the citizens residing within those States in a civil suit for purposes of recovering damages to natural resources.

g)      The Mexican States may not represent the Nation under Mexican law. The Nation is represented exclusively by the federal government.

## II.  NATURAL RESOURCES

A.     Waters

12.     According to Article 27 of Mexican Constitution, ownership of all waters within the boundaries of the national territory is vested originally in the Nation.

19548380.1

13.     Although the Nation may convey some types of these waters into private ownership, Article 27 lists those waters that may not be conveyed into private ownership as follows:

> *the waters of the territorial seas, within the limits and terms fixed by international law; inland marine waters; those of lagoons and estuaries permanently or intermittently connected with the sea; those of natural, inland lakes which are directly connected with streams having a constant flow; those of rivers and their direct or indirect tributaries from the point in their source where the first permanent, intermittent, or torrential waters begin, to their mouth in the sea, or a lake, lagoon, or estuary forming a part of the public domain; those of constant or intermittent streams and their direct or indirect tributaries, whenever the bed of the stream, throughout the whole or a part of its length, serves as a boundary of the national territory or of two federal divisions, or if it flows from one federal division to another or crosses the boundary line of the Republic; those of lakes, lagoons, or estuaries whose basins, zones, or shores are crossed by the boundary lines of two or more divisions or by the boundary line of the Republic and a neighboring country or when the shorelines serve as the boundary between two federal divisions or of the Republic and a neighboring country; those of springs that issue from beaches, maritime areas, the beds, basins, or shores of lakes, lagoons, or estuaries in the national domain; and waters extracted from mines and the channels, beds, or shores of interior lakes and streams in an area fixed by law.*

14.     Article 27 of the Mexican Constitution further states with regard to the waters listed in paragraph 13 of this Report:

> *...[O]wnership by the Nation is inalienable and imprescriptible, and the exploitation, use, or appropriation of the resources concerned, by private persons or by companies organized according to Mexican laws, may not be undertaken except through concessions granted by the Federal Executive, in accordance with rules and conditions established by law.*

15.     The Supreme Court of Justice has confirmed that the waters listed in Article 27 in paragraph 13 of this Report may not be conveyed into private ownership.  *See* Precedent translated and attached as Exhibit 1.

16.     The United Nations Convention of the Law of the Sea establishes the Mexican territorial sea as 12 nautical miles seaward from the lower line along the coast from the low-

4

water line along the coast as marked on large-scale charts officially recognized for the coastal states. *See* Article 2, Paragraphs 1, 3, and 5, United Nations Convention of the Law of the Sea. *See also* Article 25, Federal Law of the Sea.

17.     Inland marine waters are defined in Article 36 of the Federal Law of the Sea as those waters located between the coast and the baselines, normal or straight, from which the territorial sea is measured.

18.     Article 48 of the Mexican Constitution declares that the islands, keys and reefs of the adjacent seas that pertain to national territory, the continental shelf, the submarine shelf of the islands, keys and reefs; the territorial seas, inland marine waters, and the space situated above the national territory are owned by the Nation.

19.     Wetlands are defined as zones of transition between aquatic and terrestrial systems that constitute areas of temporary or permanent flooding. According to Article 27 of Mexican Constitution, wetlands are included in the list of national waters and are owned by the Nation. *See also,* Article 3, Paragraph XXVI of the National Water Act.

B.     Coastal Areas

20.     The federal maritime zone is defined as "the band of twenty meters of firm land, passable and contiguous to beaches or, when applicable, to riverbanks, from their mouth in the sea to one hundred meters upstream. *See* Articles 3, 14, 20 and 40, Regulation for the Use and Enjoyment of the Territorial Sea, Navigable Waterways, Beaches, Federal Maritime Zone and Lands Reclaimed from the Sea." *See also* national official standard "NORMA OFICIAL MEXICANA NOM-146-SEMARNAT-2005" issued by the Department of Environment and Natural Resources in 2005.

19548380.1

21.     The federal maritime zone, and all "assets subject to the Federal Government's public domain regime are inalienable, imprescriptible and unseizable" property of the Nation. Article 13, General Law on National Assets.  The national assets are inalienable and imprescriptible property of the nation and thus may not be conveyed. Private persons or states can only enjoy the federal maritime zone through a concession granted by the federal government, but such concessions do not transfer property rights. *See* Article 16 General Law on National Assets.

22.     Regarding "lands reclaimed from the sea", which are gained lands created by the action of the sea (*see* national standard NORMA OFICIAL MEXICANA NOM-146-SEMARNAT-2005), according to Article 70 of the General Law on National Assets, such gained lands are owned by the Nation, but may be conveyed to the owner of the adjacent beachfront property only after such lands are disincorporated from the public domain by Executive decree (*see* Article 6, Paragraph IX, General Law on the National Assets).  Such gained lands may be destinated to the use and enjoyment of the states without being disincorporated, however, such destinations do not transfer property rights to the state. *See* Article 70 of the General Law on National Assets.

23.     Beaches are owned and managed by the Nation.  Article 6, Paragraph II, General Law on National Assets.  Beaches are defined as the land between the lowest annual ebb of the tide and the highest flow of the tide.  Article 7, Paragraph IV, General Law on National Assets.

C.     Wildlife

24.     Wildlife is defined by Article 3, Paragraph XLVI of the General Law of Wildlife as all organisms which survive subject to the processes of natural evolution and which develop

6

freely in their habitat, including their minor populations and individuals under the control of men, as well as feral organisms.

25.     Article 4 of the General Law of Wildlife establishes that owners or legitimate holders of land where wildlife is distributed, shall have sustainable utilization rights on their specimens, parts and derivatives in accordance with the terms provided for in this Law and other applicable provisions.  Except as set forth in paragraph 26 of this Report, wildlife may not be owned by any sovereign.  Article 4, General Law of Wildlife.

26.     Wildlife may be owned in only three situations:

a)     According to Articles 6, XVIII and 9 of the General Law of National Assets, "specimens type" of flora and fauna are owned by the Nation.

b)     According to Articles 858 and 905 of the Federal Civil Code, wildlife may be appropriated by hunting.

c)     According to Article 52, paragraph (b) of the General Law of Wildlife, wildlife may be purchased in a legal market.

27.     Article 107 of the General Law of Wildlife grants standing to the Federal Office of Environmental Protection to file legal actions to protect wildlife.  Article 107 does not grant such standing to any other person or entity.

D.     <u>Commercial Fish</u>

28.     Fishing resources are defined by Article 4 of the General Law of Sustainable Fishing and Aquaculture as the aquatic species, its products and by-products obtained by cultivation, extraction or capture in their natural environment.  *See* Article 4, Paragraph XXXIX of the General Law of Sustainable Fising and Aquaculture.  The principle of *Accesorium non*

*ducit, sed sequitur suum principale* states that fish in national waters are national property as fish are an accessory of national waters.  *See* Article 886 of the Federal Civil Code and Article 4, Paragraph XV of the General Law of Sustainable Fishing and Aquaculture.  The General Law of Sustainable Fishing and Aquaculture in Articles 40 and 41 requires that fishermen must obtain a concession from the Nation to fish in national waters.

### III.   CONCURRENT JURISDICTION AND PRODUCED MATERIALS

29.     While the Mexican States have concurrent and limited jurisdiction over some natural resources, the granting of concurrent jurisdiction for certain limited purposes does not convey ownership of any natural resource under Mexican law.  *See* Articles 27, 70, and 73 Section XXIX-G, Mexican Constitution; Article 11, General Law of Ecological Balance; Article 11, General Law of Wildlife; Article 24, General Law of Sustainable Forest Development; 2001 *See* Precedent translated and attached as Exhibit 2; *see also,* José Juan González Márquez, THEORY OF ENVIRONMENTAL LAW (*Teoría de Derecho Ambiental*), IMIDA (México) (3 volumes).

30.     I have reviewed all of records regarding property produced by the Mexican States to date, including the tax coordination agreements and records of administrative action by which certain national assets are destined to the service of certain entities.  I focused my evaluation on the property records appearing to convey some interest from the Nation to another, and I conclude that none of the records regarding property produced by the Mexican States transfer an ownership interest to the Mexican States under Mexican law.

31.     Administrative action by which certain national assets are destined to the service of an entity does not confer any ownership interest to the Mexican States under Mexican law.

8

See Article 27, Mexican Constitution; Article 70, General Law on the National Assets ("The destination only grants the user institution the right to use the real property destined for the authorized use, but does not transmit ownership thereof, nor does it grant any real rights thereon. User institutions may not undertake any alienation acts on the destined real property.  Failure to observe this provision shall cause nullity of the related act and the Department or the Department of the Environment and Natural Resources, accordingly, shall move for the administrative occupation of the real property.")

32.     Further, I note that tax coordination agreements do not confer any ownership interest to the Mexican States under Mexican law.  *See* Article 27, Mexican Constitution; Article 1o and 10, Law on Tax Coordination.

## IV.   MEXICAN STATE AUTHORITY TO REPRESENT OTHERS

33.     Article 115 of the Mexican Constitution grants local governmental entities autonomy.  A Mexican State may not represent a local governmental entity within the borders of that state without the express, written and properly authorized consent of the local governmental entity.  The Mexican States' Complaints contain no such allegations authorizing the Mexican States to represent these entities.

34.     The Mexican States have also failed to allege any basis under Mexican law to allow the Mexican States to represent the citizens residing within those States in a civil suit for purposes of recovering damages to natural resources.

35.     Finally, the Mexican States may not represent the Nation under Mexican law. The Nation is represented exclusively by the federal government.  *See* Precedent translated and attached as Exhibit 3.

9

## V.  <u>CONCLUSIONS</u>

36.    Based on my review of the pleadings and materials produced by the Mexican States as listed herein at Section V(D) of this Report, as well as applicable legal authorities, I conclude that:

a)    The Nation owns the natural resources described in paragraph 13 of this Report.  The Mexican States do not own those resources.

b)    Wildlife may not be owned by any sovereign except as set forth in paragraph 26 of this Report.

c)    The Mexican States do not own the fish within national waters.

d)    None of the records regarding property produced by the Mexican States transfer an ownership interest to the Mexican States under Mexican law.

e)    The Mexican States do not have the authority under Mexican law to represent the local governmental entities within the borders of those States with respect to any claims without the properly authorized, written consent of those local governmental entities.

f)    The Mexican States have also failed to allege any basis under Mexican law to allow the Mexican States to represent the citizens residing within those States in a civil suit for purposes of recovering damages to natural resources.

g)    The Mexican States may not represent the Nation under Mexican law. The Nation is represented exclusively by the federal government.

Dated: October 29, 2012

_____

JOSÉ JUAN GONZÁLEZ MÁRQUEZ

10

19548380.1

VI.   <u>FED. R. CIV. P. 26 REQUIREMENTS</u>

A.      <u>Curriculum Vitae</u>

# DR. JOSÉ JUAN GONZÁLEZ MÁRQUEZ

González y Asociados
Montecito 38, Floor 30, Office 25
Mexico City, México, C.P. 03810

## EDUCATION

- **Universidad de Alicante**, Spain
  - o   Ph.D. in Environmental Law (1999)

- **Universidad Autónoma Metropolitana**, México
  - o   Masters of Law in International Economics. (1984)
  - o   J.D. in Legal Sciences (1981)

## PUBLICATIONS

### *BOOKS:*

- ENERGY LAW IN MEXICO, Wolters Kluwer, 2012 (ISBN 978-90-411-1405-1).
- ENVIRONMENTAL LAW IN MEXICO, Wolters Kluwer, 2011 (ISBN 978-90-411-3855-2).
- THEORY OF ENVIRONMENTAL LAW (*Teoría de Derecho Ambiental*), IMIDA (México) (3 volumes), 2011.
- NOTES ON URBAN AND ENVIRONMENTAL LAW IN MEXICO CITY (*Apuntes sobre legislación ambiental y urbana: Distrito Federal*), Procuraduría Ambiental y del Ordenamiento Territorial, 2009 (ISBN 978-970-9806-11-3).
- LIABILITY FOR ENVIRONMENTAL DAMAGE IN LATIN AMERICA, PNUMA-ORPALC (México), 2004.
- LIABILITY FOR ENVIRONMENTAL DAMAGE IN MEXICO: THE PARADIGM FOR RESTORATION (*Responsabilidad por el daño ambiental en México. El Paradigma de la reparación*), UAM/Miguel Ángel Porrúa (México), 2002.
- INTRODUCTION TO MEXICAN ENVIRONMENTAL LAW (*Introducción al derecho ambiental Mexicano*), UAM (México), 1999.
- NEW MEXICAN ENVIRONMENTAL LAW: POLICY INSTRUMENTS (*Nuevo derecho ambiental Mexicano. Instrumentos de Política*), UAM (México), 1994.
- ENVIRONMENTAL LAW (*Derecho ambiental*), UAM (México), 1994.

BOOK CHAPTERS:

- *Towards a New Theory of Environmental Liability Without Proof of Damage*, in ENVIRONMENTAL LAW AND SUSTAINABILITY AFTER RIO, pp. 178-193 (J. Benidickson et. al., eds., Edward Elgar Publishing, 2011) (ISBN 978-085793-2242).

- *Mexico*, in CLIMATE CHANGE LIABILITY: TRANSNATIONAL LAW AND PRACTICE, pp. 1101-1139 (Jutta Brunée et al., eds., Cambridge Univ. Press, 2011) (ISBN 978-1-107-01760-3).

- *Environmental Law - Central America and the Caribbean*, in THE ENCYCLOPEDIA OF SUSTAINABILITY, VOL 3: THE LAW AND POLITICS OF SUSTAINABILITY, pp. 212-219 (Klaus Bosselman, Daniel Fogel, and J.B. Rihl, eds., Berkshire Publishing).

- *Toward a Theory of Liability Without Proof of Damage: Trends after Rio* (*Hacia una teoría de responsabilidad ambiental sin prueba de daño: Las tendencias después de Río*), in SELECTED ENVIRONMENTAL SUBJECTS (TEMAS SELECTOS DE MEDIO AMBIENTE) (Ninfa Salinas y Yolanda Analís, eds., *Cámara de Diputados*, 2011).

- *The Scope and Limitations of the Principle of National Property in Hydrocarbons in Mexico*, in PROPERTY AND THE LAW IN ENERGY AND NATURAL RESOURCES (Aileen McHarg et al., eds., Oxford Univ. Press, 2010).

- *The Future of an Economy Based on Oil Exploitation: The Mexican Case*, in BEYOND THE CARBON ECONOMY: ENERGY IN TRANSITION, pp. 441-458 (Donald Zillman et al., eds., Oxford Univ. Press, 2008) (ISBN-13: 978-0-19-953269-8).

- *Legal Mechanisms to Promote the Use of Renewable Sources of Energy in Mexico: The role of taxation*, in CRITICAL ISSUES IN ENVIRONMENTAL TAXATION, VOL. 4: INTERNATIONAL AND COMPARATIVE EXPERIENCES, pp. 75-97 (Kurt Deketeleare et al., eds., Oxford Univ. Press, 2007) (ISBN-13: 978-0-19-923126-3).

- *Land Use Planning in Mexico, As Framed by Social Development and Environmental Policies*, in LAND USE AND ENVIRONMENTAL LAW, pp. 484-502 (John Lonon, et al., eds., Cambridge Univ. Press, 2007) (ISBN-13: 978-0-521-86216-5).

- *The Use of Environmental Audits and Self-regulation Schemes for Environmental Protection in Mexico*, in PRIVATIZATION, LIBERALISM AND DEREGULATION IN THE ENERGY INDUSTRY, pp. 355-379 (Barry Barton, et al., eds., Oxford Univ. Press, 2005) (ISBN-13: 978-0-19-929987-4).

- *Energy Security and Energy Sovereignty in Mexico*, in ENERGY SECURITY MANAGING RISK IN A DYNAMIC LEGAL AND REGULATORY ENVIRONMENT, pp. 203-215 (Barry Barton, et al. eds., Oxford Univ. Press, 2004) (ISBN-13: 978-0-19-927161-5).

- *Constitutional Constraints for Environmental Taxation in Mexico*, in CRITICAL ISSUES ON ENVIRONMENTAL TAXATION: INTERNATIONAL AND COMPARATIVE PERSPECTIVES, pp. 137- 148 (Janet Milne, et al., eds., Richmond (UK), 2003) (ISBN 1-90450-08-7).

- *Environmental Taxation and Water Pollution Control in Mexico City* (*Tributación Ambiental y Control de la Contaminación de las Aguas en la Ciudad de México*), in DIREITO, ÁGUA E VIDA (Antonio Herman Benjamín, ed., Instituto el Derecho para un Planeta Verde (São Paulo), 2003).

- *México*, in TOWARDS A NEW ENVIRONMENTAL LAW (*Vers un nouveau droit de l'environnement*)(Michel Prieur, ed., CRIDEAU 2003).

- *Key Regional Perspectives: Mexico and Central America*, *in* HUMAN RIGHTS IN NATURAL RESOURCES IN DEVELOPMENT: PUBLIC PARTICIPATION IN THE SUSTAINABLE DEVELOPMENT OF MINING AND ENERGY RESOURCES, pp. 629-649 (Don Zillman, et al., eds., Oxford Univ. Press, 2002) (ISBN-13: 978-0-19-925378-1).

## PUBLISHED PAPERS:

- *Evaluation of Mexican Environmental Law Enforcement and Compliance after NAFTA*, IUCN Academy of Environmental Law (E-journal), Issue 1, 2010.
- *Environmental Protection and Poverty Alleviation in Mexico: Exploring Linkages*, *in* MEXICAN ENVIRONMENTAL LAW JOURNAL (*Revista Mexicana de Legislación Ambiental*), 8-23 (Nov. 2008) (ISSN 970-9837).
- *The Mexican Policy to Deal with Climate Change after the Kyoto Protocol*, *in* MEXICAN ENVIRONMENTAL LAW JOURNAL (*Revista Mexicana de Legislación Ambiental*), 8-23 (Jul.-Dec. 2006) (ISSN 970-9837).
- *Economic Instruments for Biodiversity Protection in Mesoamerican National Regimes*, *in* MEXICAN ENVIRONMENTAL LAW JOURNAL (*Revista Mexicana de Legislación Ambiental*), 57-69 (Jan.-Jun. 2006)(ISSN 970-9837).
- *Mexico and the Kyoto Protocol*, *in* INT'L ENERGY LAW & TAX REV., 84-90 (Mar. 2006; Issue 3)(ISSN 1472-4529).
- *Biodiversity Protection Through Land Use Regulations in Mexico* (*La protección jurídica de la diversidad biológica a través de las regulaciones sobre uso del suelo en México*), *in* REVISTA ARANZADI DE DERECHO AMBIENTAL (Spain), 275-285 (2005, No. 7) (ISSN 1695-2588).
- *Origin, Concept and Content of Environmental Law* (*Origen, concepto y contenido del Derecho ambiental*), *in* MEXICAN ENVIRONMENTAL LAW JOURNAL (*Revista Mexicana de Legislación Ambiental*) (2002; Vols. 9 & 10).
- *Taxation As a Tool for Payment of Ecological Services* (*La tributación como medio de pago de los servicios ambientales*), *in* REVISTA ALEGATOS (2002; Vol. 52).
- *Environmental Taxation* (*La tributación ambiental*), *in* MEXICAN ENVIRONMENTAL LAW JOURNAL (*Revista Mexicana de Legislación Ambiental*) (2002; Vols. 7 & 8).
- (co-author) *Ecological Zoning* (*El ordenamiento ecológico*), *in* Francisco Sosa Wagner, Administrative Law on the Threshold of the 21st Century (Tribute to Professor Dr. D. Ramón Martín Mateo), Tirant Lo Blanch (Barcelona), 2000.

## OTHER SCHOLARLY CONTRIBUTIONS:

- (Editor) POVERTY ALLEVIATION AND ENVIRONMENTAL LAW, Edward Elgar Publishing, 2012 (ISBN 978-1-78100-328-2).
- (Editor) THE LEGAL NATURE OF THE ENVIRONMENTAL IMPACT ASSESSMENT. A COMPARATIVE ANALYSIS, IMIDA (México), 2011.
- (Coordinator) *Configuring Environmental Law as an Autonomous Legal Discipline* (*La configuración del Derecho ambiental como disciplina jurídica autónoma*), *in* Benjamín Revuelta, THE CHALLENGES OF ENVIRONMENTAL LAW IN MEXICO (LOS RETOS DEL DERECHO AMBIENTAL EN MÉXICO), Morelia, Universidad Michoacana de San Nicolás de Hidalgo, 2010.

- (Contributor) COURSE ON COMPLIANCE WITH AND ENFORCEMENT OF MULTILATERAL ENVIRONMENTAL AGREEMENTS: LECTURER'S MANUAL, United Nations Environment Program (UNEP), 2009.
- (Contributor) ENVIRONMENTAL LIABILITY AND COMPENSATIONS REGIMES: A REVIEW, United Nations Environment Program (UNEP), 2003.

## ACADEMIC AND WORK EXPERIENCE

- President, González y Asociados
- Head of the Ph.D. Program in Environmental Law, Universidad Autónoma Metropolitana (1999-2010)
- Professor of Environmental Law, Universidad Autónoma Metropolitana, México (1981-present)
- Associate Dean, College of Social Science and Humanities, Universidad Autónoma Metropolitana, México (1990-1992)
- Editor, Mexican Environmental Law Journal
- Lecturer on Environmental Law and Policy at several universities
- Head of the Legal Division, Federal Environmental Protection Agency (México) (1992-1995)
- Deputy Legal Counselor to the President of México (1984-1988)

## OTHER PROFESSIONAL EXPERIENCE

*LEGISLATIVE PROJECTS*:
- Advisor, Environmental Commission of the Mexican House of Representatives for the Analysis of the Environmental Liability Act (2000)
- Advisor, Environmental Commission of the Mexican Senate for the Analysis and Approval of the Wildlife Act (1999-2000) (legislation currently in force)
- Drafted the Environmental Act of Mexico City (1999) (legislation currently in force)

*LEGAL OPINIONS ON APPLICATIONS OF ENVIRONMENTAL LAW*:
- Conducted study on the legal nature of environmental impact authorization re New Gold Co. The study, which was requested by a Canadian company, was to be used as an expert legal opinion in an administrative trial. (2009)
- Provided legal opinion on compliance with environmental regulations in regard to a hazardous waste disposal site located in the municipality of General Zepeda, in Coahuila State.  Study requested by the Mexican Senate.  (2004)

19548380.1

*RESEARCH PROJECTS IN PROGRESS*:
- *Property Rights in Energy and Natural Resources Law* (Academic Advisory Group of International Bar Association, Section on Energy, Environment, Natural Resources and Infrastructure Law)
- *Understanding the Legal Aspects of Energy Networks* (Academic Advisory Group of International Bar Association, Section on Energy, Environment, Natural Resources and Infrastructure Law)
- *Energy Underground* (Academic Advisory Group of International Bar Association, Section on Energy, Environment, Natural Resources and Infrastructure Law)
- Comparative analysis and evaluation of legal bases for REDD projects in México

*RESEARCH PROJECTS RELATING TO CLIMATE CHANGE AND PAYMENT FOR ECOLOGICAL SERVICES*:
- For the Federal Commission of Electricity: Analyzed the legal viability of the Hydroelectric Power Project to be developed by the Federal Commission of Electricity in the State of Tabasco, México (2010)
- For the US Agency for International Development (USAID): studied payment for hydrological ecological services in the Lerma-Chapala River Basin; final report included a proposal for a bill for hydrological ecological services (2010-2011)

*ACADEMIC MEETINGS ORGANIZED*:
- "The Role of Law in Mitigation of and Adaptation to Climate Change" (Mexico City, 2011)
- Sixth Annual Colloquium of IUCN Academy of Environmental Law, "Poverty Alleviation and Environmental Protection" (Mexico City, 2008)

## SELECTED MEMBERSHIPS

- Advisor, United Nations Environment Programme (UNEP)
- Advisor, United Nations Development Programme (UNDP)
- Advisor, Inter-American Development Bank (IADB)
- Advisor, North American Commission for Environmental Cooperation
- Member, Advisory Academic Group on Energy and Natural Resources of the International Bar Associations
- Member of the Governing Board, UICN Academy of Environmental Law
- Vice-Chair, Ibero-American Association of Doctors in Environmental Law (2003-present)
- President, Mexican Academy of Environmental Law (1996-1999)

B.    Statement of Compensation

Dr. González's fee is $200 per hour.

15

C.    Previous Testimony of Dr. José Juan González Márquez

      Dr. González has no prior testimony experience in U.S. courts.

D.    Documents Reviewed and/or Relied Upon by Dr. José Juan González Márquez[1]

| NO. | DOCUMENT |
|---|---|
| 1. | Complaint filed by State of Tamaulipas |
| 2. | Complaint filed by State of Veracruz |
| 3. | Complaint filed by State of Quintana Roo |
| 4. | First Amended Complaint filed by State of Tamaulipas |
| 5. | First Amended Complaint filed by State of Veracruz |
| 6. | First Amended Complaint filed by State of Quintana Roo |
| 7. | Mexican States' Master Answer and Consolidated Claim in Limitation re Complaints of States of Tamaulipas, Veracruz, and Quintana Roo |
| 8. | Order and Reasons as to Motions to Dismiss the B1 Master Complaint |
| 9. | Order as to the Local Government Entity Master Complaint and cases within Pleading Bundle "C" |
| 10. | Mexican States' Rule 26 Initial Disclosures |
| 11. | Mexican States' Rule 26 Initial Disclosures, Attachment 1A |
| 12. | Mexican States' Rule 26 Initial Disclosures, Attachment 1B |
| 13. | Mexican States' Rule 26 Initial Disclosures, Attachment 2A |
| 14. | Mexican States' Rule 26 Initial Disclosures, Attachment 2B |
| 15. | Mexican States' Objections and Answers to Defendants' Targeted Discovery Requests |
| 16. | Order on Modification of Pending Discovery Schedule and Consideration of Summary Judgment Motions |
| 17. | Mexican States' Supplemental Initial Disclosures with Attachment 1A(1) |
| 18. | Mexican States' Production Documents (as listed herein) |
| 19. | Political Constitution of the United Mexican States<br>*Constitución Política de los Estados Unidos Mexicanos* |
| 20. | Political Constitution of the State of Tamaulipas<br>*Constitución Política del Estado de Tamaulipas* |
| 21. | Organic Law for Public Administration of the State of Tamaulipas<br>*Ley Orgánica de la Administración Pública del Estado de Tamaulipas* |
| 22. | General Law of National Assets<br>*Ley General de Bienes Nacionales* |
| 23. | Statutes for the Use and Enjoyment of Territorial Seas, Navigable Waterways, Beaches, the Federal Maritime-Land Zone and Land Reclaimed from the Sea<br>*Reglamento para el Uso y Aprovechamiento del Mar Territoial, Vias Navegables, Playas, Zona Federal Maritimo-Terrestre y Terrenos Ganados al Mar* |
| 24. | General Law of Ecological Balance and Environmental Protection<br>*Ley General del Equilibrio Ecológico y la Protección al Ambiente* |
| 25. | Environmental and Sustainable Development Law for the State of Tamaulipas |

---

[1] Incorporated herein by reference are the publications listed in Dr. González's curriculum vitae. Sec. V(C).

19548380.1

| NO. | DOCUMENT |
|---|---|
| | *Ley de Protección Ambiental Para el Desarrollo Sustentable del Estado de Tamaulipas* |
| 26. | Law on Waters of the State of Tamaulipas<br>*Ley de Aguas del Estado de Tamaulipas* |
| 27. | Law for the Protection of Animals in the State of Tamaulipas<br>*Ley de Protección a Los Animales Para el Estado de Tamaulipas.* |
| 28. | Income Law of Tamaulipas<br>*Ley de Ingresos de Tamaulipas* |
| 29. | Income Law of Veracruz<br>*Ley de Ingresos de Veracruz* |
| 30. | Income Law of Quintana Roo<br>*Ley de Ingresos de Quintana Roo* |
| 31. | Law of Fiscal Coordination<br>*Ley de Coordinación Fiscal* |
| 32. | Specific Agreement for the Adoption of Duties Regarding Wildlife entered into by the Federal Executive Branch, through the Ministry of the Environment and Natural Resources, and the State of Tamaulipas<br>*Convenio específico para la asunción de funciones en materia de vida silvestre que celebran el Ejecutivo Federal, por conducto de la SEMARNAT y el Estado de Tamaulipas* |
| 33. | The Importance of the Federal Maritime-Land Zone in the Regional Development of Tourism<br>*La Importancia de la Zona Federal Marítimo Terrestre en el Desarrollo Turístico de las Regiones* |
| 34. | Centro Integralmente Planeado, La Pesca, Tamaulipas |
| 35. | La Pesca, Tamaulipas, Mexico Tourism Destination Market Overview |
| 36. | Agreement for services entered into by Ernst & Young, LLP and the Secretary of Tourism of Tamaulipas |
| 37. | Appraisal of the La Pesca Land and Project in Tamaulipas |
| 38. | Investment Program (2006-2015) for the La Pesca Project by the State of Tamaulipas |
| 39. | La Pesca Project, Executive Memo |
| 40. | Promotional Book: La Pesca, Tamaulipas, the destination in the Gulf of Mexico |
| 41. | Promotional Booklet: El Paraiso Development, Barra del Tordo, Tamaulipas |
| 42. | Memorandum: La Pesca Project<br>*Proyecto Desarrollo Turístico La Pesca* |
| 43. | Agreement for the Coordination and Reassignment of Resources entered into, on the one hand, by the Federal Executive Branch, through the Ministry of Tourism and the Governor of the State of Tamaulipas<br>*Convenio de Coordinación y Reasignación de Recursos que celebran, por una parte el Ejecutivo Federal por conducto de la Secretaría de Turismo y por la otra el Ejecutivo del Estado Libre y Soberano de Tamaulipas* |
| 44. | Agreement for the Coordination and Reassignment of Resources entered into, on the one hand, by the Federal Executive Branch, through the Ministry of Tourism and the Governor of the State of Tamaulipas<br>*Convenio de Coordinación y Reasignación de Recursos que celebran, por una parte el Ejecutivo Federal por conducto de la Secretaría de Turismo y por la otra el Ejecutivo del Estado Libre y Soberano de Tamaulipas* |
| 45. | Agreement for the Coordination and Reassignment of Resources entered into, on the one hand, by the Federal Executive Branch, through the Ministry of Tourism and the Governor of the State of Tamaulipas<br>*Convenio de Coordinación y Reasignación de Recursos que celebran, por una parte el Ejecutivo Federal por conducto de la Secretaría de Turismo y por la otra el Ejecutivo del Estado Libre y Soberano de Tamaulipas* |

| NO. | DOCUMENT |
|---|---|
| 46. | Public Works Agreement entered into by the State of Tamaulipas, through the Ministry of Public Works, Urban Development and Ecology, and the company INDEEG, S.A. DE C.V., in order to carry out the works related to the improvement of the urban scape of the towns of La Pesca, in the Municipality of Soto La Marina, Tamaulipas (First Stage)<br>*Contrato de Obra Pública a Precios Unitarios y Tiempo Determinado que celebra el Gobierno del Estado de Tamaulipas a través de la Secretaria de Obras Publicas, Desarrollo Urbano y Ecología y la compañía INDEEG, S.A. de C.V., para llevar a cabo la Obra consistente en: Mejoramiento de la imagen urbana del poblado La Pesca, en el Mpio. de Soto La Marina, Tam. (Primera Etapa).* |
| 47. | Record of Decision for the Hiring of Contractors<br>*Acta de Fallo de Licitación de Obras Publicas* |
| 48. | Certificate for Use of Land, La Pesca<br>*Certificado para Uso de Suelo, La Pesca* |
| 49. | La Pesca, Tamaulipas Tourism Development Progress Report on Infrastructure Projects<br>*Desarrollo Turístico La Pesca, Tamaulipas Estatus de Proyectos de Infraestructura* |
| 50. | Letter which describes, in detail, the investments and progress made by the State of Tamaulipas in the development of the La Pesca tourism project<br>*Carta informativa de las inversiones y avances realizados por el Estado de Tamaulipas en el proyecto turístico La Pesca* |
| 51. | Letter addressed to the Secretary of Administration of Tamaulipas reporting the change of status (from viable to suspended indefinitely) of the La Pesca tourism development project as a result of the oil spill<br>*Oficio dirigido al Secretario de Administración del Gobierno de Tamaulipas notificándole la modificación del status del proyecto La Pesca debido al derrame de hidrocarburo* |
| 52. | Letter addressed to the Adjunct Director of Administration and Tourism Investments of FONATUR reporting on the change of status (from viable to suspended indefinitely) of the La Pesca tourism development project as a result of the oil spill<br>*Oficio dirigido a la Directora Adjunta de Administración e Inversiones Turísticas notificando el cambio de status del desarrollo turístico La Pesca por Fonatur debido al derrame* |
| 53. | Letter addressed to the Adjunct Director of Project Development and Control, FONATUR, reporting on the change of status of the La Pesca tourism development as a result of the oil spill |
| 54. | Study of Soil Mechanics. La Pesca<br>*Estudio de Mecánica de Suelo. La Pesca* |
| 55. | Evaluation of Quality of the Materials for Gravel Roads. La Pesca<br>*Evaluación de Calidad de Materiales para Terracerías. La Pesca* |
| 56. | Project for Breakwaters and Seawall. La Pesca<br>*Proyecto de Bocana y Escolleras. La Pesca* |
| 57. | Hydrodinamical Study of the Litoral, including simulation models of top category cyclons. La Pesca<br>*Estudio de Hidrodinámica del Litoral, incluido modelos de simulación de ciclones de máxima categoría. La Pesca* |
| 58. | Calculations on the Maximum waterlevels of the Laguna (flooding). La Pesca<br>*Cálculo de Niveles Máximos de la Laguna (cota de inundaciones). La Pesca* |
| 59. | Study on the Effects of the Laguna Dynamics over the Permiter. La Pesca<br>*Estudio del Efecto de la Dinámica Lagunar sobre el Bordo Perimetral. La Pesca* |
| 60. | Bathymetric Survey of the Marine Depths. La Pesca<br>*Levantamiento Batimétrico de Monitoreo de Profundidades Marinas. La Pesca* |
| 61. | Executive Dredging Project. La Pesca<br>*Proyecto Ejecutivo de Dragado. La Pesca* |
| 62. | Executive Project for the generation of Land Reclaimed from the Laguna. La Pesca<br>*Proyecto Ejecutivo de Generación de Terrenos Ganados a la Laguna. La Pesca* |
| 63. | Master Plan for the Development of the La Pesca Tourism Project<br>*El Plan Maestro del Desarrollo Turístico La Pesca* |
| 64. | Official Newspaper of the State of Tamaulipas, Partial Development Schedule for the La Pesca |

| NO. | DOCUMENT |
|-----|----------|
|  | Project, Sotolamarina, Tamaulipas<br>*Periodico Oficial, Programa Parcial de Desarrollo de La Pesca, Municipio de Soto la Marina, Tamaulipas* |
| 65. | AGREEMENT ENTERED INTO FOR SPECIFIC WORKS FOR THE "ECONOMIC DEVELOPMENT OF THE CENTER AND CENTRAL COAST ZONE OF THE STATE", AT HALF TENSION 13.2 KV, ON THE ONE HANDBY THE EXECUTIVE BRANCH OF THE FREE AND SOVEREIGN STATE OF TAMAULIPAS, REPRESENTED HEREIN BY OSCAR ALMARAZ SMER, AS MINISTER OF FINANCE; JOSE FRANCISCO RABAGO CASTILLO AS GOVERNMENT COMPTROLLER; AND ALBERTO BERLANGA BOLADO AS MINISTER OF PUBLIC WORKS AND URBAN DEVELOPMENT, HEREINAFTER "THE GOVERNMENT";AND ON THE OTHER, THE FEDERAL COMMISSION ON ELECTRIC POWER, REPRESENTED HEREIN BY JOSE PAZ DE LA FUENTE VAZQUEZ, DIVISIONAL MANAGER, HEREINAFTER REFERRED TO AS "THE COMMISSION"<br>*CONVENIO QUE CELEBRAN POR OBRAS ESPECIFICAS Y EFECTIVO PARA EL "DESARROLLO ECONÓMICO DEL CENTRO Y LA ZONA COSTERA CENTRAL DEL ESTADO", EN MEDIA TENSIÓN 13.2 KV, POR UNA PARTE EL PODER EJECUTIVO DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, REPRESENTADO POR LOS CC. C.P. OSCAR ALMARAZ SMER, EN SU CARÁCTER DE SECRETARIO DE FINANZAS; C.P.JOSE FRANCISCO RABAGO CASTILLO EN SU CARÁCTER DE CONTRALOR GUBERNAMENTAL Y EL ING. ALBERTO BERLANGA BOLADO EN SU CARÁCTER DE SECRETARIO DE OBRAS PUBLICAS Y DESARROLLO URBANO, EN ADELANTE "EL GOBIERNO"; Y POR LA OTRA, LA COMISIÓN FEDERAL DE ELECTRICIDAD, DIVISIÓN GOLFO CENTRO, REPRESENTADA POR EL ING. JOSE PAZ DE LA FUENTE VAZQUEZ, GERENTE DIVISIONAL, A QUIEN EN LO SUCESIVO SE LE DENOMINARA "LA COMISIÓN"* |
| 66. | Report to the General Director of the National Fund for Promotion of Tourism, detailing the infrastructure projects carried out by the Ministry of Public Works and Urban Development of Tamaulipas for the La Pesca Project<br>*Oficio dirigido al Director General del Fondo Nacional para el Fomento del Turismo, detallando las inversiones realizadas en Infraestructura de Comunicaciones, Infraestructura Eléctrica e Infraestructura Hidráulica* |
| 67. | Report to the General Director of the National Fund for Promotion of Tourism, Re: Strategic Infrastructure needed to Detonate the Economic Development of the Center of the State of Tamaulipas. (La Pesca Project)<br>*Oficio al Director General del Fondo Nacional de Fomento al Turismo, Infraestructura Estratégica para detonar el Desarrollo Económico del Centro del Estado. (Proyecto Desarrollo Turístico Integral La Pesca).* |
| 68. | Official letter to Mr. Gabriel Maldonado Pumarejo, regarding the La Pesca Project authorizations and approvals |
| 69. | 50 pictures showing the promotion of the La Pesca project by the Former Governor of the State of Tamaulimas and  the  CEO  of Grupo Turistico Tamaulipas in the USA and Spain |
| 70. | Official letter authorizing certain expenses incurred by the State of Tamaulipas, through its Environmental agency, after the spill |
| 71. | Agreement by means of which the surface of 801,408.43 square meters, made up by 684,366.65 square meters of the federal coastal zone and 117,042.18 square meters of land reclaimed from the sea, is destined to the service of the Government of Tamaulipas, such land being found in La Pesca, Municipality of Soto la Marina, State of Tamaulipas, so it may be used for the purpose of establishing a public beach to be enjoyed by national and international tourists<br>*ACUERDO por el que se destina al servicio del Gobierno de Tamaulipas, la superficie de 801,408.83 metros cuadrados, conformada por 684,366.65 metros cuadrados de zona federal marítimo terrestre y 117,042.18 metros cuadrados de terrenos ganados al mar, ubicada en el poblado de La Pesca, Municipio de Soto la Marina, Estado de Tamaulipas, con el objeto de que la utilice para playa pública para uso y goce de turistas nacionales e internacionales* |
| 72. | Coordination Agreement entered into by the Ministry of the Environment, Natural Resources and Fishing, the State of Tamaulipas and the Municipalities of Matamoros, San Fernando, Soto La |

| NO. | DOCUMENT |
|-----|----------|
|     | Marina, Aldama, Altamira and Ciudad Madero, for the sustainable utilization, enjoyment and taxation of the beaches, federal maritime-land zone, and land reclaimed from the sea, in the coastal municipalities of such State<br>*Acuerdo de Coordinación que celebran la Secretaría de MedioAmbiente, Recursos Naturales y Pesca, el Estado de Tamaulipas y los municipios de Matamoros, San Fernando, Soto La Marina, Aldama, Altamira y Ciudad Madero, para el aprovechamiento sustentable de las playas, zona federal marítimo terrestre y terrenos ganados al mar, en los municipios costeros del propio Estado* |
| 73. | Agreement for Administrative Collaboration in Federal Fiscal Matters, entered into by the Federal Government, through the Ministry of Finance and Public Credit, and the State of Tamaulipas<br>*Convenio de Colaboración Administrativa en Materia Fiscal Federal, Celebrado Entre el Gobierno Federal, por Conducto de La Secretaria de Hacienda y Crédito Público, y el Gobierno del Estado de Tamaulipas* |
| 74. | Schedule 1 to the Agreement for Administrative Collaboration in Federal Fiscal Matters, entered into by the Federal Government, through the Ministry of Finance and Public Credit, and the State of Tamaulipas<br>*Anexo 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, Celebrado Entre el Gobierno Federal, por Conducto de La Secretaria de Hacienda y Crédito Público, y el Gobierno del Estado de Tamaulipas* |
| 75. | Schedule 9 to the Agreement for Administrative Collaboration in Federal Fiscal Matters, entered into by the Federal Government, through the Ministry of Finance and Public Credit, and the State of Tamaulipas<br>*Anexo 9 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, Celebrado Entre el Gobierno Federal, por Conducto de La Secretaria de Hacienda y Crédito Público, y el Gobierno del Estado de Tamaulipas* |
| 76. | Resolution whereby the Federation divests the public ownership of a surface which measures 5,141.86 square meters reclaimed from the sea, located in Playa Miramar, Zona Norte, Ciudad Madero, Tamaulipas, and whereby the sale of such land, for good and valuable consideration, to Mrs. Maria del Pilar Consuelo Perez Ortega is approved<br>*Acuerdo por el que desincorpora del régimen de dominio público de la Federación, la superficie de 5,141.86 metros cuadrados de terrenos ganados al mar, ubicada en Playa Miramar, Zona Norte, Municipio de Ciudad Madero, Tamaulipas, y se autoriza su enajenación a título oneroso a favor de la C. María del Pilar Consuelo Pérez Ortega* |
| 77. | Resolution whereby the Federation divests the public ownership of a surface which measures 1,108.58 square meters reclaimed from the sea, located in Playa Miramar, Zona Norte, Fraccionamiento Villas del Mar 1, Ciudad Madero, Tamaulipas, and whereby the sale of such land, for good and valuable consideration, to Mr. Cesar Joaquin Luna Ruiz<br>*Acuerdo por el que desincorpora del régimen de dominio público de la Federación, la superficie de 1,108.58 metros cuadrados de terrenos ganados al mar, ubicada en Playa Miramar, Zona Norte, Municipio de Ciudad Madero, Tamaulipas, y se autoriza su enajenación a título oneroso a favor del C. César Joaquin Luna Ruiz* |
| 78. | Resolution whereby the Federation divests the public ownership of a surface which measures 1,592.87 square meters reclaimed from the sea, located in Colonia los Caracoles, Playa Miramar, Zona Norte, Ciudad Madero, Tamaulipas, and whereby the sale of such land, for good and valuable consideration, to Ms. Laura Beatriz Caballero Collado, is approved<br>*Acuerdo por el que desincorpora del régimen de dominio público de la Federación, la superficie de 1,592.887 metros cuadrados de terrenos ganados al mar, ubicada en la Colonia los Corales, Playa Miramar, Zona Norte, Municipio de Ciudad Madero, Tamaulipas, y se autoriza su enajenación a título oneroso a favor de Laura Beatriz Caballero Collado* |
| 79. | Resolution whereby the Federation divests the public ownership of a surface which measures 5,694.04 square meters reclaimed from the sea, located in Playa Miramar, Ciudad Madero, State of Tamaulipas, and whereby the sale of such land, for good and valuable consideration, to Mr. Gerardo Pinto Rodríguez, is approved |

| NO. | DOCUMENT |
|-----|----------|
|  | *ACUERDO por el que se desincorpora del régimen de dominio public de la Federación, la superficie de 5,694.04 metros cuadrados que corresponden a terrenos ganados al mar, ubicada en Playa de Miramar, zona sur, Municipio de Ciudad Madero, Estado de Tamaulipas, y se autoriza su enajenación a título oneroso a favor del C. Gerardo Pinto Rodríguez* |
| 80. | Resolution whereby the Federation divests the public ownership of a surface which measures 4,351.02 square meters reclaimed from the sea, located in Playa Miramar, Ciudad Madero, State of Tamaulipas, and whereby the sale of such land, for good and valuable consideration, to Mrs. María de Jesús Flores Echavarría, is approved <br> *ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 4,351.02 metros cuadrados de terrenos ganados al mar, ubicada en Playa Miramar, Zona Norte, Municipio de Ciudad Madero, Tamaulipas, y se autoriza su enajenación a título oneroso a favor de la C. María de Jesús Flores Echavarría* |
| 81. | Resolution whereby the Federation divests the public ownership of a surface which measures 507.22 square meters reclaimed from the sea, located in Miramar, Ciudad Madero, State of Tamaulipas, and whereby the sale of such land, for good and valuable consideration, to Mr. Alejandro Ochoa Gracia., is approved <br> *ACUERDO por el que se desincorpora del régimen del dominio público de la Federación la superficie de 507.22 metros cuadrados de terrenos ganados al mar, ubicada en Boulevard Costero sin número, colonia Playa Miramar, localidad de Ciudad Madero, Estado de Tamaulipas, y se autoriza su enajenación a título oneroso a favor del C. Alejandro Ochoa Gracia.* |
| 82. | Resolution whereby the Federation divests the public ownership of a surface which measures 1,704.52 square meters reclaimed from the sea, located in Miramar, Ciudad Madero, State of Tamaulipas, and whereby the sale of such land, for good and valuable consideration, to Mr. Oscar Hernández Gutiérrez., is approved <br> *ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 1,704.52 metros cuadrados de terrenos ganados al mar, localizada en Boulevard Costero sin número, Playa Miramar, Municipio de Ciudad Madero, Estado de Tamaulipas, y se autoriza su enajenación a título oneroso a favor del C. Oscar Hernández Gutiérrez* |
| 83. | Resolution whereby the Federation divests the public ownership of a surface which measures 1,198.25 square meters reclaimed from the sea, located in Miramar, Ciudad Madero, State of Tamaulipas, and whereby the sale of such land, for good and valuable consideration, to Mrs. Otilia Pinete Vargas., is approved <br> *ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 1,198.25 metros cuadrados de terrenos ganados al mar, localizada en la fracción 2, lote D, avenida Los Caracoles, Playa Miramar, Zona Norte, Municipio de Ciudad Madero, Estado de Tamaulipas, y se autoriza su enajenación a título oneroso a favor de la C. Otilia Pinete Vargas* |
| 84. | Administrative Collaboration Agreement on Federal Tax Matter entered into by the Ministry of Finance and Public Credit and the State of Tamaulipas <br> *CONVENIO de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público y el Estado de Tamaulipas* |
| 85. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Tamaulipas and the Municipality of Aldama of such State. <br> *ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Tamaulipas y el Ayuntamiento del Municipio de Aldama, de la propia entidad federativa* |
| 86. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Tamaulipas and the Municipality of Altamira of such State <br> *ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Tamaulipas y el Ayuntamiento del Municipio de Altamira, de la propia entidad federativa* |
| 87. | Schedule number1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of |

| NO. | DOCUMENT |
|---|---|
|  | Tamaulipas and the Municipality of San Fernando of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Tamaulipas y el Municipio de San Fernando de la propia entidad federativa* |
| 88. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Tamaulipas and the Municipality of Ciudad Madero of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Tamaulipas y el Municipio de Ciudad Madero de la propia entidad federativa* |
| 89. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Tamaulipas and the Municipality of Matamoros of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Tamaulipas y el Municipio de Matamoros de la propia entidad federativa.* |
| 90. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Tamaulipas and the Municipality of Soto la Marina of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Tamaulipas y el Municipio de Soto la Marina de la propia entidad federativa* |
| 91. | Coordination Agreement entered into by the Ministry of Tourism and the State of Tamaulipas<br>*ACUERDO de Coordinación que celebran la Secretaría de Turismo y el Estado de Tamaulipas* |
| 92. | Coordination Agreement on Tourism Development Matter entered into by the Ministry Finance and Public Credit, Administrative Development, Finance Office and Tourism; and the State of Tamaulipas<br>*CONVENIO de Coordinación en Materia de Desarrollo Turístico que celebran las secretarías de Hacienda y Crédito Público, de Contraloría y Desarrollo Administrativo y de Turismo, y el Estado de Tamaulipas.* |
| 93. | Coordination Agreement entered into by the Federal Executive Branch, through the Ministries of Finance and Public Credit, Social Development, General Finance Office and the Ministry Tourism and the Free and Sovereign State of Tamaulipas through its Constitutional Governor and the Secretary of State of Tamaulipas, all of whom shall hereinafter be referred to, respectively, for the purposes of this Agreement, as "SHCP" "SEDESOL", "SECOGEF", "SECTUR" and the "Government of the State of Tamaulipas", pertaining to the Decentralization of the functions currently being performed by the Federal Ministry of Tourism in such State<br>*Acuerdo de Coordinación que celebran el Ejecutivo Federal, por conducto de las Secretarias de Hacienda y Crédito Público, de Desarrollo Social, de la Contraloría General de la Federación y de Turismo, y el Ejecutivo del Estado Libre y Soberano de Tamaulipas por conducto del Gobernador Constitucional del Estado y el Secretario General de Gobierno a quienes en lo sucesivo y para efectos del presente Acuerdo se les denominará como "SHCP", "SEDESOL", "SECOGEF", "SECTUR" Y EL "GOBIERNO DEL ESTADO DE TAMAULIPAS", respectivamente, en el marco del programa de descentralizacion de las funciones que realiza la Secretaria de Turismo en la entidad* |
| 94. | Organic Law for Public Administration of the State of Quintana Roo<br>*Ley Orgánica de la Administración Pública del Estado de Quintana Roo* |
| 95. | Political Constitution of the State of Quintana Roo<br>*Constitución Política del Estado Libre y Soberano de Quintana Roo* |
| 96. | Coordination Agreement entered into by the Ministry of the Environment, Natural Resources and Fishing, the State of Quintana Roo and the Municipalities of Cozumel, Felipe Carrillo Puerto, Isla Mujeres, Othón P. Blanco, Benito Juárez, Lázaro Cárdenas y Solidaridad, for the sustainable utilization, enjoyment and taxation of the beaches, federal maritime-land zone, and land reclaimed from the sea, at the coastal municipalities of the State of Quintana Roo |

| NO. | DOCUMENT |
|---|---|
| | *ACUERDO de Coordinación que celebran la Secretaría de Medio Ambiente, Recursos Naturales y Pesca, el Gobierno del Estado de Quintana Roo y los gobiernos municipales de Cozumel, Felipe* |
| 97. | *Carrillo Puerto, Isla Mujeres, Othón P. Blanco, Benito Juárez, Lázaro Cárdenas y Solidaridad, para el aprovechamiento sustentable de las playas, zona federal marítimo terrestre y terrenos ganados al mar en los municipios costeros del Estado de Quintana Roo* |
| 98. | Administrative Collaboration Agreement on Federal Tax Matter entered into by the Ministry of Finance and Public Credit and the State of Quintana Roo<br>*Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público y el Estado de Quintana Roo* |
| 99. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Quintana Roo and the Municipality of Cozumel of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Quintana Roo y el Ayuntamiento del Municipio de Cozumel de dicha entidad federative* |
| 100. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Quintana Roo and the Municipality of Isla Mujeres of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Quintana Roo y el Ayuntamiento del Municipio de Isla Mujeres de dicha entidad federative* |
| 101. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Quintana Roo and the Municipality of Felipe Carrillo Puerto of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Quintana Roo y el Ayuntamiento del Municipio de Felipe Carrillo Puerto de dicha entidad federative* |
| 102. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Quintana Roo and the Municipality of Othon P. Blanco of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Quintana Roo y el Ayuntamiento del Municipio de Othon P. Blanco de dicha entidad federative* |
| 103. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Quintana Roo and the Municipality of Lazaro Cardenas of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Quintana Roo y el Ayuntamiento del Municipio de Lazaro Cardenas de dicha entidad federative* |
| 104. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Quintana Roo and the Municipality of Solidaridad of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Quintana Roo y el Ayuntamiento del Municipio de Solidaridad de dicha entidad federative* |
| 105. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Quintana Roo and the Municipality of Benito Juarez of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Quintana Roo y el Ayuntamiento del Municipio de Benito Juarez de dicha entidad federative* |
| 106. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of |

| NO. | DOCUMENT |
|---|---|
|  | Quintana Roo and the Municipality of Tulum of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Quintana Roo y el Ayuntamiento del Municipio de Tulum de dicha entidad federativa* |
| 107. | Resolution whereby the Administrative Collaboration Agreement on Federal Tax Matter entered into by the Ministry of Finance and Public Credit and the State of Quintana Roo is modified and therefore attached the Schedule number 9 thereto<br>*ACUERDO por el que se modifica el Convenio de Colaboración Administrativa en Materia Fiscal Federal, celebrado entre la Secretaría de Hacienda y Crédito Público y el Estado de Quintana Roo, y se suscribe el Anexo No. 9 de dicho Convenio* |
| 108. | Federal Law on Fees Charged for the use of National Assets<br>*Ley Federal de Derechos* |
| 109. | Coordination Agreement entered into by the Governmental Ministy, Finances Ministry and the State of Quintana Roo<br>*CONVENIO de Coordinación que celebran las secretarías de Gobernación y de Hacienda y Crédito Público y el Estado de Quintana Roo* |
| 110. | Coordination Agreement entered into by the Ministry of Government and the State of Quintana Roo<br>*CONVENIO Marco de Coordinación que celebran la Secretaría de Gobernación y el Estado de Quintana Roo* |
| 111. | Resolution whereby a surface of 5,082.25 m2 of Federal maritime-land zone located in SM-86, MZ 02, Plots 08 and 07, Cancun, is destined at the service of the Municipality of Benito Juarez, State of Quintana Roo, for public beach<br>*ACUERDO por el que se destina al servicio del Municipio de Benito Juárez, la superficie de 5,089.25 metros cuadrados de zona federal marítimo terrestre, ubicada en SM-86, MZ 02, Lotes 08 y 07, colonia Zona Hotelera, Playa del Niño, Localidad de Cancún, Municipio de Benito Juárez, Estado de Quintana Roo, para playa pública* |
| 112. | Resolution whereby a surface of 231.21 square meters of Federal maritime-land zone located in Petrel Norte, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with removable equipment<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 231.21 metros cuadrados de zona federal marítimo terrestre, ubicada en frente a la calle Petrel Norte, entre las manzanas 4 y 5, Supermanzana 0, Región 1, colonia Luis Donaldo Colosio, Playa del Carmen, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que sea utilizada para balneario público con instalaciones de equipamiento de playa fácilmente removable* |
| 113. | Resolution whereby a surface of 250.37 square meters of Federal maritime-land zone located in Prolongación Av. 72 Norte, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with provisional and removable facilities<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 250.37 metros cuadrados de zona federal marítimo terrestre, ubicada en Prolongación Av. 72 Norte, colonia Luis Donaldo Colosio, localidad Playa del Carmen, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para balneario popular con instalaciones desmontables y provisionales* |
| 114. | Resolution whereby a surface of 12,701.22 square meters of Federal maritime-land zone and land reclaimed from the sea, located in Circunvalación Aeropuerto número 245, Municipality of Isla Mujeres, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for the protection of marine turtles<br>*ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Isla Mujeres, la superficie de 12,701.22 metros cuadrados de zona federal marítimo terrestre y terrenos ganados al mar, ubicada en avenida Circunvalación Aeropuerto número 245, Municipio de Isla Mujeres, Estado de Quintana Roo, con el objeto de que la utilice para protección de la tortuga marina* |

24

| NO. | DOCUMENT |
|---|---|
| 115. | Resolution whereby a surface of 247.35 square meters of Federal maritime-land zone, located in Cunaro de Piedra, Playacar Fase I, Playa del Carmen, Municipality of Isla Mujeres, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with provisional and removable facilities<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento de Solidaridad, la superficie de 247.35 metros cuadrados, de zona federal marítimo terrestre, ubicada en la calle de Cunaro de Piedra, Playacar Fase I, localidad de Playa del Carmen, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para balneario popular con instalaciones desmontables y provisionales* |
| 116. | Resolution whereby a surface of 202.71 square meters of Federal maritime-land zone, located in Punta Bete (Velas) Playa del Carmen, Municipality of Isla Mujeres, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 202.71 metros cuadrados, de zona federal marítimo terrestre ubicada en la localidad de Punta Bete (Velas) Playa del Carmen, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para playa popular* |
| 117. | Resolution whereby a surface of 592.63 square meters of Federal maritime-land zone, located in 88 Norte, colonia Luis Donaldo Colosio, localidad de Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with removable and provisional facilities<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 592.63 metros cuadrados de zona federal marítimo terrestre, ubicada frente a la prolongación de la Calle 88 Norte, colonia Luis Donaldo Colosio, localidad de Playa del Carmen, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice como balneario popular con instalaciones desmontables y provisionales* |
| 118. | Resolution whereby a surface of 289.64 square meters of Federal maritime-land zone, located in PuntaBete, Montecarlo, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with removable and provisional facilities<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento de Solidaridad del Estado de Quintana Roo, la superficie de 289.64 metros cuadrados, de zona federal marítimo terrestre, ubicada en la localidad de Punta Bete, Montecarlo, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para balneario público con instalaciones desmontables y provisionales* |
| 119. | Resolution whereby a surface of 192.47square meters of Federal maritime-land zone, located in Chetumal-Cancún, Bahías Punta Solimán, Municipality of Tulum, State of Quintana Roo, is destined at the service of the Municipality of Tulum, for the purpose of using such zone for protection<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento de Tulum, la superficie de 192.47 metros cuadrados de zona federal marítimo terrestre, ubicada en carretera Chetumal-Cancún, Bahías Punta Solimán, Municipio de Tulum, Estado de Quintana Roo, con objeto de que la utilice para protección* |
| 120. | Resolution whereby a surface of 300.74 square meters of Federal maritime-land zone, located at Xcalacoco Sur, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 300.74 metros cuadrados de zona federal marítimo terrestre, ubicada en la localidad de Xcalacoco Sur, Municipio de Solidaridad, Quintana Roo, con objeto de que la utilice para playa popular* |
| 121. | Resolution whereby a surface of 240.60 square meters of Federal maritime-land zone, located at North Street, downtown, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with removable and provisional facilities |

19548380.1

| NO. | DOCUMENT |
|-----|----------|
|     | *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, una superficie de 240.60 metros cuadrados, de zona federal marítimo terrestre, ubicada frente a la calle norte, entre las manzanas 3 y 4, colonia Centro, localidad Playa del Carmen, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice para balneario público con instalaciones de equipamiento de playa fácilmente removibles* |
| 122. | Resolution whereby the Federation divests the public ownership of a surface which measures 4,330.14 square meters of land reclaimed from the sea, located at Punta Nizuc, Cancun, Municipality of Benito Juarez, State of Quintana Roo, and whereby the sale of such land, for good and valuable consideration, Mr. Javier Ramirez Garcia is approved<br>*ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 4,330.14 metros cuadrados de terrenos ganados al mar, ubicada en la Punta Nizuc, zona hotelera, Cancún, Municipio de Benito Juárez, Estado de Quintana Roo, y se autoriza su enajenación a título oneroso a favor del C. Javier Remírez García* |
| 123. | Resolution whereby a surface of 219.13 square meters of Federal maritime-land zone, located at Street 8 Norte, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with removable and provisional facilities<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 219.13 metros cuadrados, de zona federal marítimo terrestre ubicada frente a la Calle 8 Norte, entre manzanas 4 y 21, supermanzana 0, Región 1, colonia Centro, Playa del Carmen, Municipio de Solidaridad en el Estado de Quintana Roo, para uso de balneario público con instalaciones y equipamiento fácilmente removible* |
| 124. | Resolution whereby a surface of 199.39 square meters of Federal maritime-land zone, located at Gaviotas, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for protection: surface maintenance<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 199.39 metros cuadrados de zona federal marítimo terrestre, ubicada en calle Gaviotas, Playa Gaviotas, localidad Playa del Carmen, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para protección: mantenimiento de las condiciones de la superficie* |
| 125. | Resolution whereby the Federation divests the public ownership of a surface which measures 718.89 square meters of land reclaimed from the lagoon, located at Cancun, Municipality of Benito Juarez, State of Quintana Roo, and whereby the sale of such land, for good and valuable consideration, Apaseo del Caribe, S.A. de C.V. is approved<br>*ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 718.89 metros cuadrados que corresponde a terrenos ganados a la laguna y obras existentes, ubicada en boulevard Kukulcán kilómetro 15+035 al 15+069, zona hotelera, Cancún, Benito Juárez, Estado de Quintana Roo, y se autoriza su enajenación a título oneroso a favor de Apaseo del Caribe, S.A. de C.V.* |
| 126. | Resolution whereby a surface of 1,930.78 square meters of Federal maritime-land zone, located at Akumal, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for protection<br>*ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 1,930.78 metros cuadrados, de zona federal marítimo terrestre, ubicada frente al fraccionamiento Akumal, Etapa F, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice para protección.* |
| 127. | Resolution whereby a surface of 17,590.28 square meters of Federal maritime-land zone, located at Isla Cozumel, Municipality of Cozumel, State of Quintana Roo, is destined at the service of the Municipality of Cozumel, for the purpose of using such zone as a public beach club<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Cozumel, la superficie de 17,590.28 metros cuadrados de zona federal marítimo terrestre, ubicada en carretera Costera Oriente kilómetro 42+000, Playa Chen Río, Isla Cozumel, Municipio de Cozumel, Estado de Quintana Roo, con el objeto de que la utilice para playa pública* |

| NO. | DOCUMENT |
|---|---|
| 128. | Resolution whereby a surface of 219.47 square meters of Federal maritime-land zone, located at Akumal, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for protection *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 219.47 metros cuadrados de zona federal maritime terrestre, ubicada frente al fraccionamiento Akumal B, carretera Chetumal-Cancún, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice para protección* |
| 129. | Resolution whereby a surface of 251.96 square meters of Federal maritime-land zone, located at Downtown, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with removable and provisional facilities *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 251.96 metros cuadrados, de zona federal marítimo terrestre ubicada frente a la calle 14 Norte entre las manzanas 23 y 24; supermanzana 0, región 1, colonia Centro, Playa del Carmen, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice para balneario público con instalaciones de equipamiento de playa fácilmente removibles* |
| 130. | Resolution whereby a surface of 271.70 square meters of Federal maritime-land zone, located at Downtown, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with removable and provisional facilities considering plastic chairs, tables and deck chairs, removable toilets and sunshades *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 271.70 metros cuadrados, de zona federal marítimo terrestre, ubicada frente a la calle 16 Norte, entre las manzanas 24 y 25, supermanzana 0, región 1, colonia Centro, Playa del Carmen, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para balneario público con instalaciones provisionales, desmontables y fácilmente removibles con camastros, sillas y mesas de plástico, baños removibles y sombrillas desmontables* |
| 131. | Resolution whereby a surface of 8,570.85 square meters of Federal maritime-land zone, located Municipality of Cozumel, State of Quintana Roo, is destined at the service of the Municipality of Cozumel, for the purpose of using such zone as a public beach club *ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Cozumel, la superficie de 8,570.85 metros cuadrados de zona federal marítimo terrestre ubicada frente a la carretera oriental kilómetro 44+500, Municipio de Cozumel, Estado de Quintana Roo, con el objeto de que la utilice para playa pública* |
| 132. | Resolution whereby a surface of 205.49 square meters of Federal maritime-land zone, located at Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with removable and provisional facilities *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 205.49 metros cuadrados, de zona federal marítimo terrestre, ubicada frente a la calle 2 Norte, manzanas 1 y 2, supermanzana 0, región 1, Playa de Carmen, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice para balneario público con instalaciones de equipamiento de playa fácilmente removibles* |
| 133. | Resolution whereby a surface of 212.66 square meters of Federal maritime-land zone, located at Tulum Costero, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for protection *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 212.66 metros cuadrados, de zona federal marítimo terrestre, ubicada en Piedra Escondida, Tulum Costero, en el Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para protección* |
| 134. | Resolution whereby a surface of 216.38 square meters of Federal maritime-land zone, located at Akumal, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone as an adornment *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la* |

| NO. | DOCUMENT |
|---|---|
|  | *superficie de 216.38 metros cuadrados, de zona federal marítimo terrestre, ubicada en Akumal etapa H, en el Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para ornato* |
| 135. | Resolution whereby a surface of 333.97 square meters of Federal maritime-land zone, located at Akumal, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of maintaining the surface conditions of such zone *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 333.97 metros cuadrados, de zona federal marítimo terrestre, ubicada en carretera Chetumal-Cancún, Akumal Etapa I, en el Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para mantenimiento de las condiciones de la superficie* |
| 136. | Resolution whereby a surface of 292.21 square meters of Federal maritime-land zone, located at Akumal, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone as an adornment *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 292.21 metros cuadrados, de zona federal marítimo terrestre, ubicada en Carretera Chetumal-Cancún, frente al fraccionamiento Akumal etapa H, en el Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para ornato* |
| 137. | Resolution whereby a surface of 330.69 square meters of Federal maritime-land zone, located at Downtown, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone as public beach club with removable and provisional facilities (plastic chairs, tables and deck chairs, removable toilets) *ACUERDO por el que se destina al servicio del Ayuntamiento del Municipio de Solidaridad, la superficie de 330.69 metros cuadrados, de zona federal marítimo terrestre, ubicada frente a la Calle 38 Norte, Manzana 3, Supermanzana 0, Región 01 y Manzana 5, Supermanzana 0, Región 5, colonia Xaman-Ha, Playa del Carmen, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice para balneario público con instalación de equipamiento de playa fácilmente removible (camastros, sillas y mesas de plástico, baños removibles)* |
| 138. | Resolution whereby a surface of 181.78 square meters of Federal maritime-land zone, located at Downtown, Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone as public beach club *ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 181.78 metros cuadrados, de zona federal marítimo terrestre, ubicada frente a la Calle 28 Norte, entre manzanas 1 y 1, supermanzana 0, region 3, colonia Xaman Ha, Playa del Carmen, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para balneario público* |
| 139. | Resolution whereby a surface of 189.76 square meters of Federal maritime-land zone, located at Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for protection *ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 189.76 metros cuadrados, de zona federal marítimo terrestre, ubicada en Akumal, Etapa B , carretera Chetumal-Cancún, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice para protección* |
| 140. | Resolution whereby a surface of 204.54 square meters of Federal maritime-land zone, located at Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for protection *ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 204.54 metros cuadrados, de zona federal marítimo terrestre, ubicada en playa Xcalacoco, Playa del Carmen, en el Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para protección* |
| 141. | Resolution whereby a surface of 175.52 square meters of Federal maritime-land zone, located at Playa del Carmen, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for public beach club with |

| NO. | DOCUMENT |
|-----|----------|
|  | removable and provisional facilities<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 175.52 metros cuadrados, de zona federal marítimo terrestre, ubicada en calle 12 Norte, Manzana 22 y 23, Supermanzana 0, Región 01, colonia Centro en Playa del Carmen, Municipio de Solidaridad, Estado de QuintanaRoo, con el objeto de que la utilice para protección, balneario público con instalaciones desmontables y fácilmente removibles* |
| 142. | Resolution whereby a surface of 27,377.08 square meters of Federal maritime-land zone, located at Isla Cozumel, Municipality of Cozumel, State of Quintana Roo, is destined at the service of the Municipality of Cozumel, for the purpose of using such zone for public beach club<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Cozumel, la superficie de 27,377.08 metros cuadrados, de zona federal marítimo terrestre, ubicada en Playa San Martín, carretera Costera Oriente, km 44+800, Isla Cozumel, Municipio de Cozumel, Estado de Quintana Roo, con el objeto de que la utilice para playa público* |
| 143. | Resolution whereby a surface of 110.62 square meters of Federal maritime-land zone, located at Playa Paraiso, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for protection and adornment<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 110.62 metros cuadrados, de zona federal marítimo terrestre, ubicada frente al Fraccionamiento El Porvenir, Playa Paraíso, Municipio de Solidaridad, en el Estado de Quintana Roo, con el objeto de que la utilice para protección y ornato.* |
| 144. | Resolution whereby a surface of 229.36 square meters of Federal maritime-land zone, located at Akumal, Municipality of Solidaridad, State of Quintana Roo, is destined at the service of the Municipality of Solidaridad, for the purpose of using such zone for protection and adornment<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Solidaridad, la superficie de 229.36 metros cuadrados, de zona federal marítimo terrestre, ubicada en Akumal Etapa B, Municipio de Solidaridad, Estado de Quintana Roo, con el objeto de que la utilice para protección y ornato* |
| 145. | Resolution whereby a surface of 11,410.57 square meters of Federal maritime-land zone, located at Isla Cozumel, Municipality of Cozumel, State of Quintana Roo, is destined at the service of the Municipality of Cozumel, for the purpose of using such zone for public beach club<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Cozumel, la superficie de 11,410.57 metros cuadrados de zona federal marítimo terrestre, ubicada en Playa Chumul, carretera Costera Oriente, kilómetro 44+360, Isla Cozumel, Municipio de Cozumel, Estado de Quintana Roo, con el objetivo de que la utilice para playa pública* |
| 146. | Resolution whereby a surface of 776.13 square meters of Federal maritime-land zone, located at Municipality of Cozumel, State of Quintana Roo, is destined at the service of the Municipality of Cozumel, for the purpose of using such zone for public beach club<br>*ACUERDO por el que se destina al servicio del H. Ayuntamiento del Municipio de Cozumel, la superficie de 776.13 metros cuadrados, de zona federal marítimo terrestre, ubicada en avenida Rafael M. Melgar esquina Calle 13, colonia Gonzalo Guerrero, Municipio de Cozumel en el Estado de Quintana Roo, con el objeto de que la utilice para playa pública* |
| 147. | Resolution whereby the Federation divests the public ownership of a surface which measures 1,832.93 square meters of land reclaimed from the lagoon located at Cancun, Municipality of Benito Juarez, State of Quintana Roo, and whereby the sale of such land, for good and valuable consideration, to Operadora Ya lma k an, S.A. de C.V., for the purpose of using it for the completion of the existing tourist development, is approved<br>*ACUERDO por el que se desincorpora del régimen del dominio público de la Federación, la superficie de 1,832.93 metros cuadrados de terrenos ganados a la Laguna de Nichupté, localizada en el kilómetro 19+500 de boulevard Kukulcán, lote 66, en la ciudad de Cancún, Municipio de Benito Juárez, Estado de Quintana Roo, y se autoriza su enajenación a título oneroso a favor de Operadora Ya lma k an, S.A. de C.V., con el objeto de que la utilice para complemento del desarrollo turístico existente* |
| 148. | Resolution whereby the Federation divests the public ownership of a surface which measures 4,358.40 m2 square meters of land reclaimed from the lagoon as well as the existing facilities and |

| NO. | DOCUMENT |
|-----|----------|
|  | constructed works over such zone, located at Cancun, Municipality of Benito Juarez, State of Quintana Roo, and whereby the sale of such land, for good and valuable consideration, to BBVA Bancomer, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer, for the purpose of using for housing familiar apartments<br>*ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 4,358.40 m2 de terrenos ganados a la laguna, así como las instalaciones y construcciones existentes en la misma, localizada frente a las unidades privativas 18-04-08 y 18-04-09, manzana 52 de la zona hotelera de Cancún, Municipio de Benito Juárez, Estado de Quintana Roo, y se autoriza su enajenación a título oneroso a favor de BBVA Bancomer, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer, fiduciaria del fideicomiso número F/22824-7, con el objeto de que la utilice para unidades habitacionales unifamiliares* |
| 149. | Coordination Agreement entered into by the Ministry of the Treasury, Administrative Development, Tourism and the State of Quintana Roo<br>*ACUERDO de Coordinación que celebran el Ejecutivo Federal, por conducto de las secretarías de Hacienda y Crédito Público, de Desarrollo Social, de la Contraloría General de la Federación, y de Turismo; y el Ejecutivo del Estado de Quintana Roo* |
| 150. | Coordination Agreement for the restoration of beaches entered into by the Ministry of Tourism and the State of Quintana Roo<br>*CONVENIO de Coordinación en materia de restitución de playas, que celebran la Secretaría de Turismo y el Estado de Quintana Roo* |
| 151. | Coordination Agreement for the professionalism of the tourism sector entered into by the Ministry of Tourism and the State of Quintana Roo<br>*CONVENIO de Coordinación que celebran la Secretaría de Turismo y el Estado de Quintana Roo, para la profesionalización integral del sector turismo* |
| 152. | Coordination Agreement entered into by the Ministry of Tourism and the State of Quintana Roo<br>*ACUERDO de Coordinación que celebran la Secretaría de Turismo y el Estado de Quintana Roo* |
| 153. | Coordination Agreement on the development and promotion of tourism entered into by the Ministry of the Treasury, Administrative Development, Tourism and the State of Quintana Roo<br>*CONVENIO de Coordinación en Materia de Promoción y Desarrollo Turístico que celebran las secretarías de Hacienda y Crédito Público, de Contraloría y Desarrollo Administrativo y de Turismo, y el Estado de Quintana Roo* |
| 154. | Political Constitution of the State of Veracruz<br>*Constitución Política del Estado Libre y Soberano de Veracruz-Llave* |
| 155. | Organic Law for Public Administration of the State of Veracruz<br>*Ley Orgánica de la Administración Pública del Estado de Veracruz- Llave* |
| 156. | Coordination Agreement entered into by the Ministry of the Environment, Natural Resources and Fishing, the State of Veracuz-Llave and the Municipalities of Veracruz, Tuxpan, Coatzacoalcos, Boca del Río, Tecolutla, Alvarado, Actopan, Ursulo Galván, Tamiahua, Cazones de Herrera, Tampico Alto, Catemaco, San Andrés Tuxtla, Vega de Alatorre, Alto Lucero, Nautla, Agua Dulce, Papantla, Ozuluama, La Antigua, Lerdo de Tejada, Angel R. Cabada, Tatahuicapan, Mecayapan, Pajapán, Tamalín, Tantima, Medellín, Pánuco, Pueblo Viejo and Martínez de la Torre, for the sustainable utilization, enjoyment and taxation of the beaches, federal maritime-land zone, and land reclaimed from the sea, at the coastal municipalities of the State of Veracruz<br>*ACUERDO de Coordinación que celebran la Secretaría de Medio Ambiente, Recursos Naturales y Pesca, el Estado de Veracruz-Llave y los gobiernos municipales de Veracruz, Tuxpan, Coatzacoalcos, Boca del Río, Tecolutla, Alvarado, Actopan, Ursulo Galván, Tamiahua, Cazones de Herrera, Tampico Alto, Catemaco, San Andrés Tuxtla, Vega de Alatorre, Alto Lucero, Nautla, Agua Dulce, Papantla, Ozuluama, La Antigua, Lerdo de Tejada, Angel R. Cabada, Tatahuicapan, Mecayapan, Pajapán, Tamalín, Tantima, Medellín, Pánuco, Pueblo Viejo y Martínez de la Torre, para el aprovechamiento sustentable de las playas, zona federal marítimo terrestre y terrenos ganados al mar, en los municipios costeros del Estado de Veracruz* |
| 157. | Administrative Collaboration Agreement on Federal Tax Matter entered into by the Ministry of Finance and Public Credit and the State of Veracruz<br>*Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de* |

| NO. | DOCUMENT |
|---|---|
| | *Hacienda y Crédito Público y el Estado de Veracruz* |
| 158. | Schedule number 1 (Federal maritime-land zone) attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration of fees/charges for issuance of concessions and for the use and enjoinment of real estate properties on the Federal maritime-land zone entered into by the Ministry of Finance and Public Credit and the State of Veracruz<br>*ANEXO No. 1 (Zona marítimo-Terrestre) al Convenio de Colaboración Administrativa en Materia Fiscal Federal para la Administración de los derechos por el otorgamiento de la concesión y por el uso o goce de inmuebles de la zona federal marítimo-terrestre que celebran el Gobierno Federal por Conducto de la Secretaría de Hacienda y Crédito* |
| 159. | Schedule number 9 attached to the Administrative Collaboration Agreement on Federal Tax Matter entered into by the Ministry of Finance and Public Credit and the State of Veracruz<br>*ANEXO No. 9 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, celebrado entre la Secretaría de Hacienda y Crédito Público y el Estado de Veracruz de Ignacio de la Llave* |
| 160. | Coordination Agreement entered into by the Ministry of Finance and Public Credit, Ministry of Social Development, Ministry of Tourism, on behalf of the Federal Government, and the Government of the State of Veracruz to decentralize the duties of the Federal Government<br>*ACUERDO de Coordinación para la Descentralización de Funciones que celebran el Ejecutivo Federal por conducto de las secretarías de Hacienda y Crédito Público, de Desarrollo Social, de la Contraloría General de la Federación y de Turismo con el Ejecutivo del Estado de Veracruz-Llave* |
| 161. | Resolution whereby a surface of 5,082.01 m2 made up of 1,843.26m2 of Federal maritime-land zone and 3,238.78 m2 of land reclaimed from the sea, is destined at the service of the State Government of Veracruz, located at the Municipality of Nautla, State of Veracruz<br>*Acuerdo mediante el cual se destina al servicio del Gobierno del Estado de Veracruz, una superficie de 5,082.04 m2, conformada por 1,843.26 m2 de zona federal marítimo terrestre y 3,238.78 m2 de terrenos ganados al mar, ubicada en la localidad del Raudal, Municipio de Nautla, Estado de Veracruz* |
| 162. | Resolution whereby a surface of 8,850.07m2 of Federal maritime-land zone as well as three reinforced concrete tanks for the Scheduleion of sharks and manatees and a pool located at street Avila Camacho, Playón de Hornos, Municipality of Veracruz, State of Veracruz, are destined at the service of the Administrative Trust of the Veracruz Acuarium in order to execute the Expansion Project for the Veracruz Aquarium, First Stage: Sharks and Manatees<br>*ACUERDO por el que se destina al servicio del Fideicomiso de Administración del Acuario de Veracruz, la superficie de 8,850.07 m2 de zona federal marítimo terrestre, así como tres tanques de concreto armado destinados a la exhibición de tiburones y manatíes y una alberca de contacto, ubicada en la avenida Avila Camacho, colonia Flores Magón, Playón de Hornos, Municipio de Veracruz, Estado de Veracruz, con el objeto de que la utilice para la ejecución del proyecto Ampliación del Acuario de Veracruz, Primera Etapa: Tiburonario y Manatario* |
| 163. | Resolution whereby the Federation divests the public ownership of a surface which measures 677.92 square meters of land reclaimed from the sea, located in Ruiz Cortines 3450, Playa de Oro, Playa Mocambo, Municipality of Boca de Río, State of Veracruz, and whereby the sale of such land, for good and valuable consideration, to Mr. Alberto Cuevas Trujillo is approved<br>*ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 677.92 metros cuadrados de terrenos ganados al mar, localizada en la avenida Ruiz Cortines número 3450, colonia Playa de Oro, sitio Playa Mocambo, zona hotelera, Municipio Boca de Río, Estado de Veracruz de Ignacio de la Llave, y se autoriza su enajenación a título oneroso a favor del C. Alberto Cuevas Trujillo* |
| 164. | Resolution whereby the Federation divests the public ownership of a surface which measures 8,743.51 square meters of land reclaimed from the sea, located at beach Riachuelos, in the Municipality of Tecolutla, State of Veracruz, and whereby the sale of such land, for good and valuable consideration, to Mr. Tito Oscar Vidaurri del Castillo is approved<br>*ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 8,743.51 metros cuadrados de terrenos ganados al mar, localizada en playa Riachuelos, en el Municipio de Tecolutla, Estado de Veracruz, y se autoriza su enajenación a* |

| NO. | DOCUMENT |
|-----|----------|
| | *título oneroso a favor del C. Tito Oscar Vidaurri del Castillo* |
| 165. | Resolution whereby the Federation divests the public ownership of a surface which measures 464.35 square meters of land reclaimed from the sea and the actual works, located street Ruiz Cortines 4300, Mocambo, Municipality Boca, State of Veracruz, and whereby the sale of such land, for good and valuable consideration, Desarrollo Turistico del Golfo S.A. de C.V. is approved<br>*ACUERDO por el que se desincorpora del régimen del dominio público de la Federación la superficie de 464.35 metros cuadrados de terrenos ganados al mar y obras existentes, ubicada en la avenida Ruiz Cortines número 4300, Mocambo, Municipio de Boca del Río, Estado de Veracruz de Ignacio de la Llave, y se autoriza su enajenación a título oneroso a favor de Desarrollo Turístico del Golfo S.A. de C.V.* |
| 166. | Resolution whereby the Federation divests the public ownership of a surface which measures 512.80 square meters of land reclaimed from the sea, located street Moctezuma, Villa Rica Golf Course Residential Condominums, Municipality of Alvarado, State of Veracruz, and whereby the sale of such land, for good and valuable consideration, Mr. Jose Guillermo Herrera Mendoza is approved<br>*ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 512.80 metros cuadradosque corresponden a terrenos ganados al estero, ubicada frente a la calle Moctezuma sin número, condominio residencial Club de Golf Villa Rica, Municipio de Alvarado, Estado de Veracruz, y se autoriza su enajenación a título oneroso a favor del ciudadano José Guillermo Herrera Mendoza* |
| 167. | Resolution whereby the Federation divests the public ownership of a surface which measures 10,892.31 square meters of land reclaimed from the sea as well as the actual works, located at Barra Juan Angel, Municipality of Ursulo Galvan, State of Veracruz, and whereby the sale of such land, for good and valuable consideration, Mr. Carlos Martinez Fernandez is approved<br>*ACUERDO por el que se desincorpora del régimen de dominio público de la Federación, la superficie de 10,892.31 metros cuadrados de terrenos ganados al mar, así como las obras existentes, ubicada en la localidad de Barra Juan Angel, Municipio de Ursulo Galván, Estado de Veracruz de Ignacio de la Llave, y se autoriza su enajenación a título oneroso a favor del C. Carlos Martínez Fernández* |
| 168. | Resolution whereby the Federation divests the public ownership of a surface which measures 262.27 square meters of land reclaimed from the sea, located at Playa Villa Rica, Municipality of Actopan, State of Veracruz, and whereby the sale of such land, for good and valuable consideration, Mr. . Alfonso Robles Rodríguez is approved<br>*ACUERDO mediante el cual se desincorpora del régimen de dominio público de la Federación la superficie de 262.27 metros cuadrados de terrenos ganados al mar, ubicada en calle Privada Jardines sin número, Congregación de Villa Rica, Playa Villa Rica, Municipio de Actopan, Estado de Veracruz, y se autoriza su enajenación a título oneroso a favor del C. Alfonso Robles Rodríguez* |
| 169. | Resolution whereby the Federation grants the right to use and enjoy the national assets consisting of Federal maritime zone, in order to construct and operate a private marina named as El Dorado Marina Residencial, located at Mandinga, in the Municipality of Boca del Rio, State of Veracruz, to Promotora y Constructora Estero de Mandiga, S.A. de C.V.<br>*Concesión otorgada en favor de Promotora y Constructora Estero de Mandinga, S.A. de C.V., para usar y aprovechar bienes de dominio público de la Federación, consistentes en zona marítima para la construcción y operación de una marina de uso particular denominada El Dorado Marina Residencial, en el estero de Mandinga, Municipio de Boca del Río, Estado de Veracruz* |
| 170. | Resolution whereby the Federation divests the public ownership of a surface which measures 302.07 square meters of land reclaimed from the sea, located at Boca del Rio, Municipality of Boca del Rio, State of Veracruz, and whereby the sale of such land, for good and valuable consideration, Mr. José Manuel Ceballos García is approved<br>*ACUERDO por el que se desincorpora del régimen del dominio público de la Federación, la superficie de 302.07 metros cuadrados de terrenos ganados al mar localizada en la calle 21 de Marzo sin número entre Allende, Independencia y Boulevard del Mar, colonia Pescadores, población de Boca del Río, Municipio de Boca del Río, en el Estado de Veracruz, y se autoriza* |

32

| NO. | DOCUMENT |
|-----|----------|
| | *su enajenación a título oneroso a favor del C. José Manuel Ceballos García, con el objeto de que la utilice para ornato* |
| 171. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit , the State of Veracruz and the Municipality of San Rafael of such State<br>*ANEXO No. 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal, que celebran la Secretaría de Hacienda y Crédito Público, el Estado de Veracruz de Ignacio de la Llave y el Ayuntamiento del Municipio de San Rafael de dicha entidad federativa* |
| 172. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit , the State of Veracruz and the Municipality San Andres Tuxtla of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de San Andrés de Tuxtla, del propio Estado* |
| 173. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit , the State of Veracruz and the Municipality of that same name of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del municipio del mismo nombre, del propio Estado* |
| 174. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit , the State of Veracruz and the Municipality of Tuxpan of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Tuxpan, del propio Estado* |
| 175. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit , the State of Veracruz and the Municipality of Ursulo Galvan of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Ursulo Galván, del propio Estado* |
| 176. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Vega de Alatorre of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Vega de Alatorre, del propio Estado* |
| 177. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Tamalin of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Tamalín, del propio Estado* |
| 178. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Tamiahua of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Tamiahua, del propio Estado* |
| 179. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Tampico Alto of such State |

| NO. | DOCUMENT |
|-----|----------|
| | *ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Tampico Alto, del propio Estado* |
| 180. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Tantima of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Tantima, del propio Estad* |
| 181. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Papantla of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Papantla, del propio Estado* |
| 182. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Pueblo Viejo of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Pueblo Viejo, del propio Estado* |
| 183. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Medellin de Bravo of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Medellín de Bravo, del propio Estado* |
| 184. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Tecolutla of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Tecolutla, del propio Estado* |
| 185. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Nautla of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Nautla, del propio Estado* |
| 186. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit , the State of Veracruz and the Municipality of Ozuluama of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Ozuluama, del propio Estado* |
| 187. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of |
| 188. | Veracruz and the Municipality of Pajapan of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Pajapan, del propio Estado* |
| 189. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit , the State of Veracruz and the Municipality of Panuco of such State |

| NO. | DOCUMENT |
|-----|----------|
|  | *ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Pánuco, del propio Estado* |
| 190. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of La Antigua of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de La Antigua, del propio Estado* |
| 191. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Martinez de la Torre of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Martínez de la Torre, del propio Estado* |
| 192. | Schedule number 1 attached to the Administrative Collaboration |
| 193. | Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Alto Lucero of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Alto Lucero, del propio Estado* |
| 194. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Agua Dulce of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Agua Dulce, del propio Estado* |
| 195. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Lerdo de Tejada of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Lerdo de Tejada, del propio Estado* |
| 196. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Mecayapan of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Mecayapan, del propio Estado* |
| 197. | Schedule number 1 attached to the Administrative Collaboration |
| 198. | Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Alvarado of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Alvarado, del propio Estado* |
| 199. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Angel R. Cabada of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Angel R. Cabada, del propio Estado* |
| 200. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of |

| NO. | DOCUMENT |
|---|---|
| | Veracruz and the Municipality of Boca del Rio of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Boca del Río, del propio Estado* |
| 201. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Catemaco of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Catemaco, del propio Estado* |
| 202. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Cazones de Herrera of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Cazones de Herrera, del propio Estado* |
| 203. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Coatzacoalcos of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Coatzacoalcos, del propio Estado* |
| 204. | Schedule number 1 attached to the Administrative Collaboration Agreement on Federal Tax Matter for the Administration entered into by the Ministry of Finance and Public Credit, the State of Veracruz and the Municipality of Actopan of such State<br>*ANEXO número 1 al Convenio de Colaboración Administrativa en Materia Fiscal Federal que celebran la Secretaría de Hacienda y Crédito Público, el Gobierno del Estado de Veracruz y el Ayuntamiento del Municipio de Actopan, del propio Estado* |
| 205. | *Los Derechos del Pueblo Mexicano, México a través de sus constituciones (The Rights of the Mexican People, Mexico throughout its constitutions)* |
| 206. | *Derecho Constitucional Mexicano, Ignacio Burgoa (Mexican Constitutional Law)* |
| 207. | *Derecho Constitucional Estatal por Elisur Arteaga Nava (State Constitutional Law)* |
| 208. | *Leyes Fundamentales de México por Felipe Tena Ramírez (Fundamental Mexican Laws)* |
| 209. | *Estudios Constitucionales por Jorge Carpizo (Constitutional Law Studies)* |
| 210. | *Derecho Constitucional Mexicano por Felipe Tena Ramírez (Mexican Constitutional Law)* |
| 211. | *Derecho Constitucional por Jorge Carpizo (Constitutional Law)* |
| 212. | *Derecho Constitucional Estatal: Estudios históricos, legislativos, y teórico-prácticos de los estados de la República mexicana por Francisco José de Andrea Sánchez coordinador. (State Constitutional Law: Historical, legislative, theory and practice)* |
| 213. | *Derecho constitucional mexicano: teoría de la Constitución, origen y desarrollo de las constituciones mexicanas, normas e instituciones de la Constitución de 1917 por José Gamas Torruco (Mexican Constitutional Law: theory of the Constitution, origin and development of the Mexican Constitutions, rules and institutions of the Constitution of 1917* |
| 214. | *Tratado de derecho constitucional por Elisur Arteaga Nava (Treaty on Constitutional Law)* |
| 215. | *Derecho constitucional por Elisur Arteaga Nava. (Constitutional Law)* |
| 216. | *Derecho constitucional por Laura Trigueros Gaisman, Elisur Arteaga Nava (Constitutional Law)* |
| 217. | *Derecho constitucional por Enrique Sánchez Bringas (Constitutional Law)* |
| 218. | *Derecho constitucional por Feliciano Calzada Padrón (Constitutional Law)* |

| NO. | DOCUMENT |
|---|---|
| 219. | *La idea del Estado por Mario de la Cueva (The Notion of the State) Teoría general del Estado por Justino Eduardo Andrade Sánchez. (General Theory of the State)* |
| 220. | *Teoría del estado : fundamentos de filosofía política por Agustín Basave Fernández del Valle (Theory of the State: Foundations of Politica Philosopy)* |
| 221. | *Teoría de la Constitución por Mario de la Cueva* |
| 222. | *La Constitucion de Cadiz y su Aplicación en la Nueva España por Manuel Ferrer Muñoz* |
| 223. | *La Nueva España en la Constitución de 1917 (The New Spain in the Constitution of 1917) en P. 539 de Congreso Internacional sobre el 75 Aniversario de la Promulgación de la Constitución Política de los Estados Unidos Mexicanos)* |
| 224. | *El Régimen constitucional de la propiedad en México por José Má. Serna de la Garza (The Constitutional Framework of Property in Mexico)* |
| 225. | *Memorias de Congresos sobre Derecho Constitucional e Historia del Derecho (Memoirs of Congresses on Constitutional Law and History of Law)* |
| 226. | *Documentos históricos sobre la Nueva España y los Estados de Tamaulipas, Veracruz y Quintana Roo (Historical documents about New Spain and the States of Tamaulipas, Veracruz and Quintana Roo)* |
| 227. | *Amparo administrativo en revisión 7580/40. Compañía Minera Asarco, S.A. 6 de mayo de 1943. Unanimidad de cinco votos. Relator: Gabino Fraga. Registro No. 324 9105a. Época; 2a. Sala; S.J.F.; LXXVI; Pág. 2924* |
| 228. | *Tomo LXXVI, página 6821. Indice Alfabético. Amparo en revisión 7583/40. R. E. Mora y Compañía, S. en C. 17 de junio de 1943.*<br>*Unanimidad de cuatro votos. Ponente: Franco Carreño. Tomo LXXVI, página 2925. Amparo administrativo en revisión 7580/40. Compañía Minera Asarco, S. A. 6 de mayo de 1943.*<br>*Unanimidad de cinco votos. Relator: Gabino Fraga. Registro No. 324 9115a. Época; 2a. Sala; S.J.F.; LXXVI; Pág. 2925.* |
| 229. | *Amparo administrativo en revisión 3443/24. Pérez Vélez Salvador y coagraviados. 14 de octubre de 1925. Mayoría de siete votos.*<br>*Disidentes: Salvador Urbina y Francisco Díaz Lombardo. La publicación no menciona el nombre del ponente. Registro 283 918. 5a. Época; Pleno; S.J.F.; XVII; Pág. 929* |
| 230. | *Amparo en revisión 9587/65. Francisco José Hernández. 18 de noviembre de 1970. Mayoría de cuatro votos. Disidente: Antonio Capponi Guerrero. Ponente: Luis Felipe Canudas Orezza. Registro No. 246 2627a. Época; Sala Aux.; S.J.F.; 23 Séptima Parte; Pág. 74* |
| 231. | *Amparo administrativo en revisión 2330/25. Ballesteros Pliego José. 14 de octubre de 1938. Unanimidad de cinco votos. Relator: José* |
| 232. | *María Truchuelo. Registro No. 330 750. 5a. Época; 2a. Sala; S.J.F.; LVIII; Pág. 596* |
| 233. | *Tomo LVII, página 3392. Indice Alfabético. Amparo en revisión 1486/19. Continental Mexicana Petroleum Co. 19 de agosto de 1938.*<br>*Unanimidad de cuatro votos. Ausente: Agustín Gómez Campos. Relator: Jesús Garza Cabello. Tomo LVII, página 857. Amparo administrativo en revisión 1626/30. The American International Fuel and Petroleum Company. 27 de julio de 1938. Unanimidad de cinco votos. Relator: Jesús Garza Cabello. Registro No. 331 114. 5a. Época; S.J.F.; LVII; Pág. 857* |
| 234. | *Amparo administrativo. Revisión del incidente de suspensión. Rocha viuda de Cuevas Elena y coagraviado. 9 de septiembre de 1926.*<br>*Unanimidad de ocho votos. La publicación no menciona el nombre del ponente. Registro No. 282 604. 5a. Época; Pleno; S.J.F.; XIX; Pág. 468* |
| 235. | *Amparo administrativo en revisión 1650/39. Cruz Silverio. 10 de agosto de 1939. Unanimidad de cuatro votos. El Ministro Rodolfo Asiáin, no intervino en la discusión y votación de este asunto, por las razones que constan en el acta del día. La publicación no menciona el nombre del ponente. Registro No. 330 001 5a. Época; 2a. Sala; S.J.F.; LXI; Pág. 2294* |
| 236. | *Amparo administrativo en revisión 6489/40. Ontiveros García Rodolfo. 11 de agosto de 1943. Unanimidad de cuatro votos. Ausente: Manuel Bartlett Bautista. Relator: Gabino Fraga. Registro No. 324 557 5a. Época; 2a. Sala; S.J.F.; LXXVII; Pág. 3808* |

19548380.1

| NO. | DOCUMENT |
|-----|----------|
| 237. | *Amparo administrativo en revisión. Burguete J. Ponciano. 15 de marzo de 1924. Mayoría de siete votos. Disidentes: Salvador Urbina y Francisco Díaz Lombardo. La publicación no menciona el nombre del ponente. Registro No. 285 059 5a. Época; Pleno; S.J.F.; XIV; Pág. 96* <br> *Amparo en revisión 120/2002. Mc. Cain México, S.A. de C.V. 13 de febrero de 2007. Mayoría de seis votos. Disidentes: José Ramón Cossío Díaz, Margarita Beatriz Luna Ramos, José Fernando Franco González Salas, José de Jesús Gudiño Pelayo y Juan N. Silva Meza. Ponente: Sergio Salvador Aguirre Anguiano. Secretarios: Andrea Zambrana Castañeda, Rafael Coello Cetina, Malkah Nobigrot Kleinman y Maura A. Sanabria Martínez. Registro 172 650. 9a. Época; Pleno; S.J.F. y su Gaceta; XXV, Abril de 2007; Pág. 6* |
| 238. | *PRIMER TRIBUNAL COLEGIADO EN MATERIAS PENAL Y ADMINISTRATIVA DEL DÉCIMO SÉPTIMO CIRCUITO. Amparo en revision 241/2010. Jorge Doroteo Zapata García. 25 de noviembre de 2010. Unanimidad de votos. Ponente: Jesús Martínez Calderón. Secretaria: Martha Cecilia Zúñiga Rosas. Registro No. 162 1909a. Época; T.C.C.; S.J.F. y su gaceta; XXXIII, Mayo de 2011; Pág. 1053* |
| 239. | *Amparo administrativo en revisión 39/42. Compañía Industrial de "El Oro", S. A. 3 de abril de 1944. Unanimidad de cuatro votos. Ausente: Gabino Fraga. La publicación no menciona el nombre del ponente. Registro No. 323 524. 5a. Época; 2a. Sala; S.J.F.; LXXX; Pág. 139* |
| 240. | *Amparo administrativo en revisión 4985/41. Compañía Industrial de "El Oro", S.A. 27 de julio de 1943. Unanimidad de cinco votos. Ponente: Manuel Bartlett Bautista. Registro No. 324 495. 5a. Época; 2a. Sala; S.J.F.; LXXVII; Pág. 2717.* |
| 241. | *Amparo en revisión 106/68. Sociedad Cooperativa de "Pescadores de Mar de Cortés", S.C.L. 19 de febrero de 1969. Disidente: Arturo Serrano Robles. Ponente: Jesús Toral Moreno. Registro No. 257 455. 7a. Época; T.C.C.; S.J.F.; 2 Sexta Parte; Pág. 115* |
| 242. | *Amparo administrativo en revisión 2330/25. Ballesteros Pliego José. 14 de octubre de 1938. Unanimidad de cinco votos. Relator: José María Truchuelo. Registro No. 330 749. 5a. Época; 2a. Sala; S.J.F.; LVIII; Pág. 596.* |
| 243. | *Amparo administrativo en revisión 2488/43. Manuel Joaquín y coags. 3 de agosto de 1944. Unanimidad de cuatro votos. Ausente: Alfonso Francisco Ramírez. La publicación no menciona el nombre del ponente. Registro No. 323 319. 5a. Época; 2a. Sala; S.J.F.; LXXXI; Pág. 2691* |
| 244. | Alcocer, J., y E. Escobar, 1996, "Limnological regionalization of Mexico". Lakes & Reservoirs: Research and Management, vol. 2, pp 55-69. |
| 245. | ATTRIBUTES OF THE MINISTRY OF THE ENVIRONMENT, VERACRUZ |
| 246. | IMPACT OF OIL ACTIVITIES ON HUMAN HEALTH AND THE ENVIRONMENT <br> http://www.mexicotoxico.org.mx/sites/default/files/pdf/documentos/impacto_del_petroleo.pdf <br> By: Marisa Jacott, Jose Manuel Arias, Hugo Ireta Guzman, Azucena Franco 2011 |
| 247. | UNIVERSIDAD NACIONAL DE CUYO Mendoza, Argentina, 1991 <br> http://www.cricyt.edu.ar/enciclopedia/terminos/ContamPetr.htm <br> Pollution by the Oil Industry |
| 248. | 20minutos.es Spain, June 6th 2008. <br> http://www.20minutos.es/noticia/386788/0/oceanos/muertos/vertederos/ The seabed is being transformed into lifeless "dumps", according to WWF ATTACHMENT 2A-1 DOCUMENT 226 TVQR |
| 249. | Thesis P/J. 38/2011 (9a.) Plenary Session Federal Judicial Weekly Gazette Book I, October, 2011, Tome I; Tenth Period; Page 228; Isolated Thesis (Constitutional) <br> CONCURRENT AUTHORITIES AS REGARDS TO HUMAN SETTLEMENTS AND THE PROTECTION OF THE ENVIRONMENT AND THE PRESERVATION  AND  RESTORATION OF ECOLOGICAL  BALANCE. THE PROGRAMS OF MUNICIPAL URBAN DEVELOPMENT  MUST  BE CONGRUENT WITH FEDERAL AND LOCAL ECOLOGICAL ORDINANCES. |
| 250. | Thesis XX.2o.61A; SECOND COLLEGIATE TRIBUNAL OF THE TWENTIETH CIRCUIT; Federal Judicial Weekly Gazette XXXIV, JULY, 2011 Ninth Period; Page 2257; Isolated Thesis (Constitutional) <br> MINISTRY OF THE ENVIRONMENT, HOUSING AND NATURAL HISTORY OF THE |

| NO. | DOCUMENT |
|-----|----------|
|  | STATE OF CHIAPAS. HOLDS JURISDICTION TO ISSUE AN ORDER WHEREBY IT MAY VERIFY THE EXPLORATION, EXTRACTION AND EXPLOITATION OF PETROUS MATERIALS DIFFERENT FROM A MINERAL, AS WELL AS TO EVALUATE AND ESTABLISH ENVIRONMENTAL IMPACT WHICH MAY BE GENERATED BY THE CONSTRUCTION OF ROADS NEEDED TO TRAVEL TO A STORAGE AND PROCESSING PLANT. |
| 251. | Thesis P/J. 15/2012 (9a.) Plenary Session Federal Judicial Weekly Gazette Book X, July, 2012, Tome I Tenth Period Page 346 Jurisprudence (Constitutional) PROTECTION OF THE ENVIRONMENT AND PRESERVATION AND RESTORATION OF ECOLOGICAL BALANCE. THE GOVERNMENTS AT A FEDERAL, STATE AND MUNICIPAL LEVEL HAVE CONCURRENT RIGHTS AND AUTHORITIES IN ENVIRONMENTAL MATTERS, PURSUANT WITH THE TERMS OF THE GENERAL LAW ISSUED BY THE FEDERAL LEGISLATIVE BODY. |
| 252. | Thesis I.40.A.569.A; FOURTH COLLEGIATE TRIBUNAL IN ADMINISTRATIVE MATTERS OF THE FIRST CIRCUIT; Federal Judicial Weekly Gazette; XXV, MARCH, 2007; Ninth Period; Page 1665; Isolated Thesis (Administrative); THE RIGHT TO AN ENVIRONMENT WHICH IS ADEQUATE FOR DEVELOPMENT AND WELLBEING. ASPECTS OF DEVELOPMENT. |
| 253. | Thesis P/J. 18/2011 (9a.); Plenary Session; Federal Judicial Weekly Gazette |
| 254. | XXXIV, August, 2011; Ninth Period; Page 885; Jurisprudence (Constitutional) ATTACHMENT 2A-1 DOCUMENT 231; TVQR; HUMAN SETTLEMENTS. ARTICLE 52 OF THE URBAN DEVELOPMENT LAW OF THE STATE OF NUEVO LEON, ANALYZED WITHIN THE CONTEXT OF CONCURRENT CONSTITUTIONAL AUTHORITIES IN SUCH MATTERS, IS CONSTITUTIONAL. |
| 255. | National Institute of Ecology (Instituto Nacional de Ecología) Development of Environmental Law in Mexico, Mexico City, November 15, 2007. http://www2.ine.gob.mx/publicaciones/libros/395/vargas.html?id_pub=395 |
| 256. | History of the concept of Sustainable Development By: Naina Pierri http://www.ambiente.gov.ar/infotecaea/descargas/pierri01.pdf |
| 257. | OFFICIAL NEWSPAPER; Wednesday, February 6, 2002; EXECUTIVE BRANCH SECRETARY OF STATE; DECREE whereby diverse provisions of the Federal Criminal Code and the Federal Code of Criminal Procedures are amended and added to |
| 258. | Zoning Analysis of Residues in Mexico; Regional Plan of Investments for the Environment and Health. Pan-American Health Organization/World Health Organization; Study Series No. 10; Mexican Association for the Control of Solid Dangerous Residues- AMCRESPAC General Direction of Solid Residues, Materials and Risks of the National Ecology Institute- INE/DGMR; July 1996 http://www.bvsde.paho.org/eswww/fulltext/analisis/mexico/mexico.html |
| 259. | LEGAL MAGAZINE: Mexican Bulletin of Comparative Law http://www.juridicas.unam.mx/publica/rev/boletin/cont/123/art/art5.htm WATER BASINS IN MEXICAN ENVIRONMENTAL LAW. INSTRUMENTS FOR THEIR INTEGRAL MANAGEMENT.  By: Tania García López (Universidad Veracruzana) |
| 260. | UN PROGRAM FOR THE ENVIRONMENT: http://www.pnuma.org/ Regional Office Latin America; Foundation of Environmental Law in Latin America By: Raul Brañes http://web.pnuma.org/gobernanza/cd/Biblioteca/Derecho%20ambiental/19%20La%20fundaci%F3n%20del%20derecho%20ambiental%20en%20Am%E9rica%20Latina.pdf |
| 261. | INSTITUTO NACIONAL DE ECOLOGÍA (NATIONAL INSTITUTE OF ECOLOGY): http://www2.ine.gob.mx/publicaciones/libros/395/vargas.html?id_pub=395 Mexican Legislation in Environmental Matters; By: José Manuel Vargas Hernandez |
| 262. | SEMARNAT (Ministry of the Environment and Natural Resources); Technical and Statistical Collection; Regulation on Dangerous Residues in Mexico By: Dr. Cristina Cortinas de Nava http://www.paot.org.mx/centro/boletin/octubre/regulacion_respeligrosos_cortinas.pdf |
| 263. | CONGRESS OF THE STATE OF TAMAULIPAS: Cd. Victoria, Tamaulipas, June 3rd 2008; Code for the Sustainable Development of the State of Tamaulipas |
| 264. | IMPACT OF OIL ACTIVITIES ON HUMAN HEALTH AND THE ENVIRONMENT: |

| NO. | DOCUMENT |
|---|---|
|  | http://www.mexicotoxico.org.mx/sites/default/files/pdf/documentos/impacto_del_petroleo.pdf<br>By: Marisa Jacott, Jose Manuel Arias, Hugo Ireta Guzman, Azucena Franco |
| 265. | Ministry of the Environment and Natural Resources; NATIONAL STRATEGY FOR ECOLOGICAL ZONING OF BEACHES AND COASTS;<br>http://www.semarnat.gob.mx/temas/ordenamientoecologico/Documents/documentos%20ordenamiento/estrategia_nacional_oe_ma res_costas.pdf |
| 266. | Liability for Environmental Damage; Preliminary Considerations Regarding the Legal Regime of Liability for Environmental Damage in Mexico; By: José Juan González Márquez (Mexican Attorney, professor of Economic Law at the Universidad Autonoma Metropolitana and consultant for UNEP-United Nations Environment Programme) |
| 267. | Liability for Environmental Damage; Preliminary Considerations Regarding the Legal Regime of Liability for Environmental Damage in Mexico; By: José Juan González Márquez (Mexican Attorney, professor of Economic Law at the Universidad Autonoma Metropolitana and consultant for UNEP-United Nations Environment Programme) |
| 268. | Zoning Analysis of Residues in Mexico; Regional Plan of Investments for the Environment and Health. Pan-American Health Organization/World Health Organization; Study Series No. 10; Mexican Association for the Control of Solid Dangerous Residues- *AMCRESPAC*<br>General Direction of Solid Residues, Materials and Risks of the National Ecology Institute-*INE/DGMR*<br>July 1996 http://www.bvsde.paho.org/eswww/fulltext/analisis/mexico/mexico.html |
| 269. | OFFICIAL NEWSPAPER OF THE GOVERNMENT OF THE STATE OF QUINTANA ROO; Chetumal, Quintana Roo, April 25, 2003 |
| 270. | OFFICIAL NEWSPAPER of the State of Tamaulipas; Cd. Victoria, Tamaulipas, January 15th 2008<br>http://docs.mexico.justia.com.s3.amazonaws.com/estatales/tamaulipas/ley-del-notariado-para-el-estado-de-tamaulipas.pdf |
| 271. | Website of the *Instituto Nacional de Ecología* (National Institute of Ecology)<br>http://www2.ine.gob.mx/publicaciones/libros/398/vazquez.html; FEDERALISM IN ENVIRONMENTAL MATTERS By: Aquilino Vazquez García |
| 272. | ETHICS AND THE ENVIRONMENT: Working towards a sustainable life By: ROY H. MAY 2002 |
| 273. | UNIVERSIDAD AUTONOMA DE MEXICO VIRTUAL LIBRARY MEXICO; Political Constitution of the United Mexican States Commented, 5th Edition;<br>file:///F:/DOCUMENTOS%20ADICIONALES%20EXPERT%20REPORT/Constituci%C3%B3n%20Pol%C3%ADtica%20de%20los%20Estados%20Unidos%20Mexicanos%20comentada,%205a_%20ed.htm |
| 274. | Law  Of National Waters |
| 275. | Federal Planning Law |
| 276. | General Law For Sustainable Fishing And Aquaculture |
| 277. | Regulations On The Federal Navigation Law |
| 278. | Regulation For The Federal Health Law On The Matter ofInternational Health |
| 279. | Statue ofThe Federal Law For Ecological Equilibrium And Protection To The Environment On The Matter Of Natural Protected Areas |
| 280. | Statue Of The Federal Law For Ecological Equilibrium And Protection To The Environment On The Matter Of Regulation And Environmental Auditing |
| 281. | Statue Of  The Federal  Law For Ecological Equilibrium And  Protection  To The Environment For The  Matter Of Evaluating Environmental Impact |
| 282. | Statue Of The Federal Law For Ecological Equilibrium And Protection To The Environment On The Matter Ecological Regulation |
| 283. | Statue Of  The Federal  Law For Ecological Equilibrium And  Protection  To The Environment For The  Matter Of Control And Prevention Of Atmospheric Pollution |
| 284. | Translation Of Relevent Portion Of Attachment 2a-1 Document 246; See TVQR005760 |

| NO. | DOCUMENT |
|---|---|
| 285. | Translation Of Relevant Portion Of Attachment 2a-1 Document 248; See TVQR005761 To TVQR 005762 |
| 286. | Translation Of Relevant Portion Of Attachment 2a-1 Document 243, 244; See TVQR005763 |
| 287. | Translation Of Relevant Portion Of Attachment 2a-1 Document 236; See TVQR005764 To 005766 |
| 288. | Translation Of Relevant Portion Of Attachment 2a-1 Document 233; See TVQR005767 To 005768 |
| 289. | Translation Of Relevant Portion Of Attachment 2a-1 Document 238; See TVQR005769 To 005770 |
| 290. | Translation Of Relevant Portion Of Attachment 2a-1 Document 239; See TVQR005771 |
| 291. | Translation Of Relevant Portion Of Attachment 2a-1 Document 235, 245; See TVQR005772 To 005775 |
| 292. | Translation Of Relevant Portion Of Attachment 2a-1 Document 224, 241; See TVQR005776 |
| 293. | Translation Of Relevant Portion Of Attachment 2a-1 Document 230; See TVQR005777 |
| 294. | Translation Of Relevant Portion Of Attachment 2a-1 Document 228; See TVQR005778 |
| 295. | Translation Of Relevant Portion Of Attachment 2a-1 Document 227; See TVQR005779 |
| 296. | Translation Of Relevant Portion Of Attachment 2a-1 Document 229; See TVQR005780 |
| 297. | Translation Of Relevant Portion Of Attachment 2a-1 Document 231; See TVQR005781 |
| 298. | Translation Of Relevant Portion Of Attachment 2a-1 Document 242; See TVQR005782 |
| 299. | Translation Of Relevant Portion Of Attachment 2a-1 Document 137; See TVQR005783 |
| 300. | Translation Of Relevant Portion Of Attachment 2a-1 Document 6; See TVQR005786 To TVQR005785 |
| 301. | Translation Of Relevant Portion Of Attachment 2a-1 Document 237; See TVQR005786 |
| 302. | Translation Of Relevant Portion Of Attachment 2a-1 Document 226; See TVQR005787 |
| 303. | Translation Of Relevant Portion Of Attachment 2a-1 Document 225; See TVQR005788 |
| 304. | Translation Of Relevant Portion Of Attachment 2a-1 Document 240; See TVQR005789 To TVQR005790 |
| 305. | Translation Of Relevant Portion Of Attachment 2a-1 Document 247; See TVQR005791 |
| 306. | Translation Of Relevant Portion Of Attachment 2a-1 Document 232; See TVQR005792 |
| 307. | Translation Of Relevant Portion Of Attachment 2a-1 Document 250; See TVQR005793 To TVQR005794 |
| 308. | Translation Of Relevant Portion Of Attachment 2a-1 Document On Panamerican Health Organization, World Health Organization, National Institute Of Ecology July 1996 Zoning Analysis For Solid Waste In Mexico Http://Www.Bvsde.Paho.Org/Eswww/Fulltext/Analisis/Mexico/Mexico.Html#6.2; See TVQR005795 |
| 309. | Translation Of Relevant Portion Of Attachment 2a-1 Document 234; See TVQR005796 To TVQR005801 |
| 310. | Translation Of Relevant Portion Of Attachment 2a-1 Document 77; See TVQR005802 To TVQR005803 |
| 311. | Translation Of Relevant Portion Of Attachment 2a-1 Document 76; See TVQR005804 To TVQR005806 |
| 312. | Translation Of Relevant Portion Of Attachment 2a-1 Document 1; See TVQR005807 To TVQR005814 |
| 313. | Translation Of Relevant Portion Of Attachment 2a-1 Document 2; See TVQR005815 |
| 314. | Translation Of Relevant Portion Of Attachment 2a-1 Document 3; See TVQR005816 To |

41

| NO. | DOCUMENT |
|-----|----------|
| | TVQR005823 |
| 315. | Translation Of Relevant Portion Of Attachment 2a-1 Document 136; See TVQR005824 |
| 316. | Translation Of Relevant Portion Of Attachment 2a-1 Document 137; See TVQR005825 To TVQR005829 |
| 317. | Translation Of Relevant Portion Of Attachment 2a-1 Document 13; See TVQR005830 To TVQR005831 |
| 318. | Translation Of Relevant Portion Of Attachment 2a-1 Document 6; See TVQR005832 To TVQR005836 |
| 319. | Translation Of Relevant Portion Of Attachment 2a-1 Document 251; See TVQR005837 |
| 320. | Translation Of Relevant Portion Of Attachment 2a-1 Document 89; See TVQR005838 To TVQR005841 |
| 321. | Translation Of Relevant Portion Of Attachment 2a-1 Document 252; See TVQR005842 To TVQR005843 |
| 322. | Translation Of Relevant Portion Of Attachment 2a-1 Document 4; See TVQR00585844 To TVQR005849 |
| 323. | Translation Of Relevant Portion Of Attachment 2a-1 Document 5; See TVQR005850 |
| 324. | Translation Of Relevant Portion Of Attachment 2a-1 Document 253; See TVQR005851 To TVQR5858 |
| 325. | Translation Of Relevant Portion Of Attachment 2a-1 Document 254; See TVQR005859 |
| 326. | Translation Of Relevant Portion Of Attachment 2a-1 Document 255; See TVQR005860 |
| 327. | Translation Of Relevant Portion Of Attachment 2a-1 Document 256; See TVQR005861 |
| 328. | Translation Of Relevant Portion Of Attachment 2a-1 Document 257; See TVQR005862 |
| 329. | Translation Of Relevant Portion Of Attachment 2a-1 Document 258; See TVQR005863 |
| 330. | Translation Of Relevant Portion Of Attachment 2a-1 Document 259; See TVQR005864 |
| 331. | Translation Of Relevant Portion Of Attachment 2a-1 Document 260; See TVQR005865 |
| 332. | Translation Of Relevant Portion Of Attachment 2a-1 Document 14; See TVQR005866 |
| 333. | Translation Of Relevant Portion Of Attachment 2a-1 Document 53; See TVQR005867 |
| 334. | Translation Of Relevant Portion Of Attachment 2a-1 Document 78; See TVQR005868 To TVQR005869 |
| 335. | Translation Of Relevant Portion Of Attachment 2a-1 Document 138; See TVQR005870 To TVQR005871 |
| 336. | Translation Of Relevant Portion Of Attachment 2a-1 Document 54; See TVQR005874 To TVQR005873 |
| 337. | Translation Of Relevant Portion Of Attachment 2a-1 Document 143; See TVQR005874 |
| 338. | Translation Of Relevant Portion Of Attachment 2a-1 Document 93; See TVQR005875 |
| 339. | Translation Of Relevant Portion Of Attachment 2a-1 Document 96; See TVQR005876 |
| 340. | Manual de Derecho Ambiental Mexicano. Brañes, Raúl. |
| 341. | Derechos en relación con el medio ambiente. Carmona Lara, Ma. Del Carmen. |
| 342. | Recursos naturales y dominio público: el nuevo régimen de demanio natural. Darnaculleta I Gardella Mercé. |
| 343. | Crónica ambiental. Gestión pública de políticas ambientales en México. Gil Corrales, Miguel Ángel. |
| 344. | Introducción al estudio del Derecho Ambiental. Gutierrez Nájera, Raquel. |

19548380.1

| NO. | DOCUMENT |
|---|---|
| 345. | El Principio de Prevención en el Derecho Internacional del Medio Ambiente. Jiménez de Parga y Maseda Patricia. |
| 346. | La protección del derecho a un medio ambiente adecuado. Jordano Fraga, Jesús. |
| 347. | Direito Ambiental Brasileiro. Leme Machado Paulo Affonso. |
| 348. | Los principios del Derecho Ambiental. Loperena Rota, Demetrio. |
| 349. | Tratado de Derecho Ambiental. Martín Mateo, Ramon. |
| 350. | Derecho Ambiental. Pigretti, Eduardo. |
| 351. | Droit de I´environnement. Prieur, Michael. |
| 352. | Derecho Ambiental Mexicano. Lineamientos generales. Quintana Valtierra, Jesús. |
| 353. | Temas Selectos de Derecho Ambiental. Sánchez, Narciso. |
| 354. | Retos del derecho ambiental en México. Revuelta Vaquero, Benjamín Ed. |
| 355. | Principles of Internacional Environmental Law. Sands, Philippe. |
| 356. | Bases fundamentales de Derecho Ambiental Mexicano. Aceves, Carla. |
| 357. | Derecho Ambiental. Pérez, Efraín. (2001) |
| 358. | Derecho Fundamental al Medio Ambiente. Arroyo Cisneros, Edgar Alan. |
| 359. | Globalización medio ambiente y desarrollo sostenible. Walss, Rodolfo. |

## VII.  EXHIBITS

A.      Exhibit 1:  Precedent Regarding Federal Waters

Era: Fifth Era
Record: 285270
Instance: PLENARY
Thesis type: Isolated Thesis
Source: Official Gazette of the Federation
Location:  XIV
Matter(s): Administrative

**FEDERAL WATERS.**

Enforcement and control of the waters of federal jurisdiction are in charge, exclusively, of the Executive of the Union, and ownership of said waters is inalienable and imprescriptible.

PLENARY

Administrative Amparo in review. Gonzalez Ventura. May 13, 1924. Unanimous with nine votes. The publication does not mention the name of the Author of Opinion.

Genealogy

Appendix 1917-1985, Part Nine, third thesis related to jurisprudence 98, page 157.

Era: Seventh Era

Record: 246262
Instance: ANCILLARY CHAMBER
Thesis Type: Isolated thesis
Source: Official Gazette of the Federation
Location:  23 Part Seven
Matter(s): Administrative
Pg. 74

**WATERS OWNED BY THE NATION, LAW OF, MATTERS IT REGULATES ARE OF TRANSCENDENTAL IMPORTANCE FOR THE NATIONAL INTEREST.**

The Law of Waters Owned by the Nation is a law which, when it develops and deals with matters dealt with by Article 27, Paragraphs Five and Six of the General Constitution of the Republic, takes in issues of transcendental importance for the nation's interests, for it decides on utilization of national waters and irrigation systems to be put in place for productivity of the Mexican land and furthermore, that law recognizes, in agreement with Article 27 of the Constitution, that the nation has had and does have full ownership of the waters, streams or basins, riverbeds or adjacent federal zone, thus it is entitled to the sovereignty and ownership of those assets and the right to regulate their utilization, through the Federal Executive Power, excluding any other political or private entity (Articles 1, 8 and 9 of said law), being the Executive of the Union in charge of declaring of public benefit the undertaking of projects intended for achieving a better and more rational utilization of waters than the one in place at a given moment (Article 69 of said Law).

ANCILLARY CHAMBER

Amparo in review 9587/65. Francisco Jose Hernandez. November 18, 1970. Majority of four votes. Non-concurrent: Antonio Capponi Guerrero. Author of Opinion: Luis Felipe Canudas Orezza.

B.      Exhibit 2:  Precedent Regarding Concurrent Jurisdiction

Ninth Era
Record 187982
Instance: Plenary
Thesis Type: Jurisprudence
Source: Federal Judicial Weekly
Location: Book XV, January 2002
Matter (s): Constitutional
Thesis: P/J 142/2001
Page: 1042

**CONCURRENT POWERS IN THE MEXICAN LEGAL SYSTEM.  THEIR GENERAL CHARACTERISTICS.**

While it is true that Article 124 of the Political Constitution of the United Mexican States sets forth that: "The powers not expressly vested in the federal officials by this Constitution shall be understood as vested in the States," the Constitution Amending Organism decided, in different precepts, the possibility for the Congress of the Union to establish a distribution of jurisdictions, called "concurrent jurisdictions," among the Federation, the States and the Municipalities and even the Federal District, in certain matters, such as: education (Articles 3, Section VIII and 73, Section XXV), sanitation (Articles 4, Paragraph Three and 73, Section XVI), human settlements (Articles 27, Paragraph Three and 73, Section XXIX–C), public safety (Article 73, Section XXIII), environmental (Article 73, Section XXIX–G), civil protection (Article 73, Section XXIX–I) and sports (Article 73, Section XXIX–J).  That is, in the Mexican legal system concurrent powers allow for the States, even the Federal District, the Municipalities and

44

the Federation to act with respect to one same matter, but it shall be the Congress of the Union the one to determine the manner and the terms of participation by said entities through a general law.

Constitutional dispute 29/2000. Federal Executive Branch. November 15, 2001. Eleven votes. Author of Opinion: Sergio Salvador Aguirre Anguiano. Secretary: Pedro Alberto Nava Malagon.

The Plenary Court, in its private session held today, December sixth of this year, approved, with number 142/2001, the foregoing jurisprudential thesis.
Mexico City, Federal District, December sixth, two thousand one.

## C.      Exhibit 3:  Precedent Regarding Representation of the Mexican Nation

Fifth Era
Record: 332930
Instance: Second Chamber
Thesis:  Isolated Thesis
Source: Federal Judicial Weekly LII
Matter (s): Common
Page:   72

**NATION, REPRESENTATION OF THE.**

The nation cannot be mistaken for a state, and consequently, State officials are not the ones who represent it because it is unique and represented by its federal agencies, pursuant to Article 41 of the Federal Constitution.

Volume LII, page 2895. Alphabetical Index. Amparo 453/37. Prado Pedro Vicente. June 4, 1937. Majority of four votes. Dissident: Agustin Aguirre Garza. The publication does not mention the name of the Author of Opinion. Contribution: Alonso Aznar Mendoza.

Volume LII, page 72. Administrative Amparo in review 6656/37. Ahumada Antonio. April 5, 1937. Majority of four votes. Relater and dissident: Agustin Aguirre Garza. Contribution: José M. Truchuelo.

45