IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| *This document relates to:* | * * | Judge Barbier |
| *Nos. 10-4239; 10-4240; 10-4241* | * * | Magistrate Judge Shushan |

**DEFENDANTS' JOINT SUBMISSION OF
EXCHANGED MATERIAL ON MEXICAN LAW**

As noted recently by Judge Shushan (Rec. Doc. 7943), pursuant to order in these three cases dated September 11, 2012, Rec. Doc. 7367, "the Mexican States and the defendants, BP, Halliburton and Transocean, exchanged expert reports and translated portions of the legal authorities they contend are applicable to whether the three states have proprietary interest in the claims asserted." Rec. Doc. 7943.  For the convenience of the Court and parties in connection with the summary judgment motions to be filed pursuant to Rec. Docs. 7367 and 7943, Defendants BP, Transocean, Halliburton and Cameron jointly submit the enclosed copies of those exchanged materials, as follows:

1. Translated material served by the Mexican States.

2. Report of Dr. Carlos Gabuardi submitted by the Mexican States.

3. Report of Dr. Julio Cesar Cruz Chavira submitted by the Mexican States.

4. Report of Dr. Sergio Elias Gutierrez Salazar submitted by the Mexican States.

5. BP Exploration & Production Inc.'s Identification of Legal Authorities Applicable to the Issue of the Proprietary Interests Alleged by the Mexican States.

6. Defendant BP's Supplemental Legal Authorities to the Issue of the Proprietary Interests Alleged by the Mexican States and Supplemental Rule 26(A)(2) Disclosures.

1

7. Declaration of Leopoldo Burguete-Stanek submitted by BP.

8. Defendants Halliburton Energy Services, Inc. and Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GMBH's Joint Identification of Legal Authorities Applicable to the Issue of the Proprietary Interests Alleged by the Mexican States.

9. Defendants Halliburton Energy Services, Inc. and Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GMBH's Supplemental Joint Identification of Legal Authorities Applicable to the Issue of the Proprietary Interests Alleged by the Mexican States.

10. Report of Dr. Jose Juan Gonzalez Marquez submitted by Transocean.

11. Defendant Halliburton Energy Services, Inc.'s Declaration of David Lopez.

By enclosing the material submitted by the Mexican States, the Defendants do not vouch for the validity of any of those translations or matters expressed in those reports. Defendants are merely submitting this complete compilation of exchanged materials for ease of reference in the summary judgment briefing process.

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A.<br> dbeck@beckredden.com<br>Joe W. Redden, Jr.<br> jredden@beckredden.com<br>David W. Jones<br> djones@beckredden.com<br>Geoffrey Gannaway<br> ggannaway@beckredden.com<br>BECK REDDEN LLP<br>One Houston Center<br>1221 McKinney St., Suite 4500<br>Houston, TX  77010<br>Phone:  (713) 951-3700<br>Fax:  (713) 951-3720 | /s/ Phillip A. Wittmann<br>Phillip A. Wittmann, 13625<br> pwittmann@stonepigman.com<br>Carmelite M. Bertaut, 3054<br> cbertaut@stonepigman.com<br>Jared Davidson, 32419<br> jdavidson@stonepigman.com<br>STONE PIGMAN WALTHER<br> WITTMANN L.L.C.<br>456 Carondelet Street<br>New Orleans, Louisiana  70130<br>Phone: (504) 581-3200<br>Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

2

1113397v1

By:  *s/ Brad D. Brian*
    Brad D. Brian
    Michael R. Doyen
    Daniel B. Levin
MUNGER TOLLES &OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
       michael.doyen@mto.com
       daniel.levin@mto.com

By:  *s/ Edwin G. Preis*
    Edwin G. Preis, Jr.
PREIS &ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
*and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

By:  *s/ Steven L. Roberts*
    Steven L. Roberts
    Rachel Giesber Clingman
    Sean D. Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
       rachel.clingman@sutherland.com
       sean.jordan@sutherland.com

By:  *s/ Kerry J. Miller*
    Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH*

1113397v1

**GODWIN LEWIS PC**

By: /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

*Attorneys for Defendant Halliburton Energy Services, Inc.*

4

1113397v1

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Catherine Fitzpatrick
Elizabeth A. Larsen
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

Allison Rumsey
S. Zachary Fayne
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
E-Mail:  Allison.Rumsey@aporter.com
Telephone:  202-942-5000
Facsimile:  202-942-5999

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Jeffrey Bossert Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:  202-662-5985
Facsimile:  202-662-6291

*Attorneys for BP Exploration & Production Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Defendants' Joint Submission of Exchanged Material on Mexican Law has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January, 2013.

                                                      /s/     Phillip A. Wittmann

1113397v1