

46854694
Oct 08 2012
05:16PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4239, 10-4240, 10-4241 | : : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

………………………………………………...

**BP EXPLORATION & PRODUCTION INC.'S IDENTIFICATION
OF LEGAL AUTHORITIES APPLICABLE TO THE ISSUE
OF THE PROPRIETARY INTERESTS ALLEGED BY THE MEXICAN STATES**

Defendant BP Exploration & Production Inc. ("BP"), by its undersigned Counsel, and, pursuant to the Court's September 11, 2012 Order (Rec. Doc. 7367) identifies the following legal authorities applicable to whether the Mexican States have a proprietary interest in the claims asserted.[1]  BP's analysis of the legal issues is continuing and BP reserves the right to amend or supplement this identification and/or to adopt any additional legal authorities identified by other parties.

| Political Constitution of the Mexican United States | *Constitución Política de los Estados Unidos Mexicanos* |
|---|---|
| **Article 27.** Ownership of lands and waters within the boundaries of national land territory is vested originally in the Nation, which has had and has, the right to transmit title thereof to private persons, thereby constituting private property.<br><br>No expropriations of private property shall be made but for public convenience and necessity, and subject to payment of indemnification.<br><br>The Nation shall at all-time have the right | ***Artículo 27.** La propiedad de las tierras y aguas comprendidas dentro de los límites del territorio nacional, corresponde originariamente a la Nación, la cual ha tenido y tiene el derecho de transmitir el dominio de ellas a los particulares, constituyendo la propiedad privada.*<br><br>*Las expropiaciones sólo podrán hacerse por causa de utilidad pública y mediante indemnización.*<br><br>*La nación tendrá en todo tiempo el derecho* |

---

[1] Counsel for the Mexican States requested that Defendants agree to extend until October 8, 2012, the October 3, 2012, deadline for the exchange of these legal authorities, and Defendants did not oppose that extension.

to impose on private property such restrictions as the public interest may demand, as well as to regulate, for social benefit, the utilization of those natural resources which are susceptible of appropriation, in order to make an equitable distribution of public wealth, to conserve them, to achieve a balanced development of the country and to improve the living conditions of rural and urban population. Consequently, measures shall be issued to order human settlements and to establish adequate provisions, uses, reserves and allocations of lands, waters and forests, to carry out public works and to plan and regulate the creation, maintenance, improvement and growth of population centers; to preserve and restore environmental balance; to divide large landed estates; to provide, under the terms set forth by the Law, the collective exploitation and organization of the *ejidos* and communal population centers; to develop small rural property; to promote agriculture, cattle breeding, forestry and other economic activities in rural environments, and to prevent the destruction of natural resources and damages that property may suffer to the detriment of society.

The Nation has full ownership over all natural resources of the continental shelf and the seabed and subsoil of the submarine areas of the islands; over all minerals or substances in veins, layers, masses or ore pockets, constituting deposits which nature is different from the components of the earth, such as the minerals from which metals and metalloids to be used in industry are extracted; beds of precious stones, rock salt and deposits of salts formed by sea water; the products derived from rock decomposition, when their exploit requires underground work;

*de imponer a la propiedad privada las modalidades que dicte el interés público, así como el de regular, en beneficio social, el aprovechamiento de los elementos naturales susceptibles de apropiación, con objeto de hacer una distribución equitativa de la riqueza pública, cuidar de su conservación, lograr el desarrollo equilibrado del país y el mejoramiento de las condiciones de vida de la población rural y urbana. En consecuencia, se dictarán las medidas necesarias para ordenar los asentamientos humanos y establecer adecuadas provisiones, usos, reservas y destinos de tierras, aguas y bosques, a efecto de ejecutar obras públicas y de planear y regular la fundación, conservación, mejoramiento y crecimiento de los centros de población; para preservar y restaurar el equilibrio ecológico; para el fraccionamiento de los latifundios; para disponer, en los términos de la ley reglamentaria, la organización y explotación colectiva de los ejidos y comunidades; para el desarrollo de la pequeña propiedad rural; para el fomento de la agricultura, de la ganadería, de la silvicultura y de las demás actividades económicas en el medio rural, y para evitar la destrucción de los elementos naturales y los daños que la propiedad pueda sufrir en perjuicio de la sociedad.*

*Corresponde a la Nación el dominio directo de todos los recursos naturales de la plataforma continental y los zócalos submarinos de las islas; de todos los minerales o substancias que en vetas, mantos, masas o yacimientos, constituyan depósitos cuya naturaleza sea distinta de los componentes de los terrenos, tales como los minerales de los que se extraigan metales y metaloides utilizados en la industria; los yacimientos de piedras preciosas, de sal de gema y las salinas formadas directamente por las aguas*

minerals or organic deposits susceptible to be utilized as fertilizers; solid mineral fuels; petroleum and all solid, liquid or gaseous hydrocarbons; and the space located over national land territory, in the extension and under the terms established by International Law.

The Nation has full ownership over the waters of territorial sea in the extension and under the terms set forth by International Law; over internal waters; waters of lagoons and estuaries permanently or intermittently connecting with the sea; those of natural inland lakes which are directly connected with streams constantly flowing; river waters and their direct and indirect tributaries, from the site of the riverbed where the first permanent, intermittent or torrential waters start to flow, to their mouth in the sea, lakes, lagoons or estuaries owned by the nation; those of constant or intermittent streams and their direct or indirect tributaries, whenever their beds along all the length of its way or in a portion thereof serve as a boundary line of national land territory or between two States, or when they flow from one State to another or cross the Republic's boundary line; those of lakes, lagoons or estuaries whose beds, zones or streams are crossed by boundary lines dividing one or more States or between the Republic and a neighboring country, or when the stream shoreline serves as a boundary between two States or between the Republic and a neighboring country; those of springs flowing from beaches, maritime areas, streams, basins, river beds, banks of lakes, lagoons or estuaries owned by the Nation, and the ones extracted from mines; and the streams, beds, or banks of lakes and interior streams in the extensions established by the Law. Underground waters may be freely extracted by artificial works and may be appropriated by the

*marinas; los productos derivados de la descomposición de las rocas, cuando su explotación necesite trabajos subterráneos; los yacimientos minerales u orgánicos de materias susceptibles de ser utilizadas como fertilizantes; los combustibles minerales sólidos; el petróleo y todos los carburos de hidrógeno sólidos, líquidos o gaseosos; y el espacio situado sobre el territorio nacional, en la extensión y términos que fije el Derecho Internacional.*

*Son propiedad de la Nación las aguas de los mares territoriales en la extensión y términos que fije el Derecho Internacional; las aguas marinas interiores; las de las lagunas y esteros que se comuniquen permanente o intermitentemente con el mar; las de los lagos interiores de formación natural que estén ligados directamente a corrientes constantes; las de los ríos y sus afluentes directos o indirectos, desde el punto del cauce en que se inicien las primeras aguas permanentes, intermitentes o torrenciales, hasta su desembocadura en el mar, lagos, lagunas o esteros de propiedad nacional; las de las corrientes constantes o intermitentes y sus afluentes directos o indirectos, cuando el cauce de aquéllas en toda su extensión o en parte de ellas, sirva de límite al territorio nacional o a dos entidades federativas, o cuando pase de una entidad federativa a otra o cruce la línea divisoria de la República; la de los lagos, lagunas o esteros cuyos vasos, zonas o riberas, estén cruzadas por líneas divisorias de dos o más entidades o entre la República y un país vecino, o cuando el límite de las riberas sirva de lindero entre dos entidades federativas o a la República con un país vecino; las de los manantiales que broten en las playas, zonas marítimas, cauces, vasos o riberas de los lagos, lagunas o esteros de propiedad nacional, y las que se extraigan de las minas; y los*

3

owner of the land, but whenever the public interest should so require it, or whenever other uses are affected, the President of the Republic may regulate its extraction and use and may even establish banned zones, and the same may be done regarding other waters of national ownership. Any other waters not included in the foregoing listing shall be considered as an integral part of the land through which they flow or where their deposits are located, but should they be located in two or more lots, the use of such waters shall be considered of public convenience and subject to provisions issued by the States.

In the cases established in the two paragraphs hereinbefore, the Nation's dominion is inalienable and not subject to the statute of limitation and the exploitation, use or enjoyment of the resources in question by private persons or by companies incorporated in accordance with Mexican laws, may not be undertaken save by means of concessions granted by the President of the Republic and in accordance with the rules and conditions set forth by the Laws. Legal provisions regarding the exploitation and works in respect to minerals and substances referred in paragraph fourth, shall govern the performance and verification of such exploitation activities and works carried out or that should be carried out, from its effective date, regardless of the date the concessions were granted. Failure to comply therewith shall cause the cancellation of the concessions. The Federal Government has the right to establish and suppress national reserves and the corresponding declarations shall be made by the President of the Republic in the cases and under the conditions provided by the Law.

Within an exclusive economic zone,

*cauces, lechos o riberas de los lagos y corrientes interiores en la extensión que fija la ley. Las aguas del subsuelo pueden ser libremente alumbradas mediante obras artificiales y apropiarse por el dueño del terreno, pero cuando lo exija el interés público o se afecten otros aprovechamientos; el Ejecutivo Federal podrá reglamentar su extracción y utilización y aún establecer zonas vedadas, al igual que para las demás aguas de propiedad nacional. Cualesquiera otras aguas no incluidas en la enumeración anterior, se considerarán como parte integrante de la propiedad de los terrenos por los que corran o en los que se encuentren sus depósitos, pero si se localizaren en dos o más predios, el aprovechamiento de estas aguas se considerará de utilidad pública, y quedará sujeto a las disposiciones que dicten los Estados.*

*En los casos a que se refieren los dos párrafos anteriores, el dominio de la Nación es inalienable e imprescriptible y la explotación, el uso o el aprovechamiento de los recursos de que se trata, por los particulares o por sociedades constituidas conforme a las leyes mexicanas, no podrá realizarse sino mediante concesiones, otorgadas por el Ejecutivo Federal, de acuerdo con las reglas y condiciones que establezcan las leyes. Las normas legales relativas a obras o trabajos de explotación de los minerales y substancias a que se refiere el párrafo cuarto, regularán la ejecución y comprobación de los que se efectúen o deban efectuarse a partir de su vigencia, independientemente de la fecha de otorgamiento de las concesiones, y su inobservancia dará lugar a la cancelación de éstas. El Gobierno Federal tiene la facultad de establecer reservas nacionales y suprimirlas. Las declaratorias correspondientes se harán por el Ejecutivo*

4

| | |
|---|---|
| situated outside the territorial sea and adjacent thereof, the Nation exercises the sovereign rights and jurisdiction set forth in the laws enacted by Congress. The exclusive economic zone shall extend to two hundred nautical miles from the baselines from which the territorial sea is measured. In cases where said extension should produce a superposition over the exclusive economic zones of other countries, the boundaries of the respective zones shall be established as needed, through agreements with such countries. | *en los casos y condiciones que las leyes prevean.*<br><br>*La Nación ejerce en una zona económica exclusiva situada fuera del mar territorial y adyacente a éste, los derechos de soberanía y las jurisdicciones que determinen las leyes del Congreso. La zona económica exclusiva se extenderá a doscientas millas náuticas, medidas a partir de la línea de base desde la cual se mide el mar territorial. En aquellos casos en que esa extensión produzca superposición con las zonas económicas exclusivas de otros Estados, la delimitación de las respectivas zonas se hará en la medida en que resulte necesario, mediante acuerdo con estos Estados.* |
| **Article 42.** National land territory is composed by:<br><br>I. The land territory of all the portions constituting the Federation;<br>II. The territory of the islands, including the reefs and keys in adjacent seas;<br>III. The territory of the islands of Guadalupe and Revillagigedo located in the Pacific Ocean;<br>IV. The continental shelf and the seabed and subsoil of the submarine areas of the islands, keys and reefs;<br>V. The waters of the territorial seas in the extension and under the terms established by International Law and domestic maritime laws;<br>VI. The air space located above national land territory, in the extension and with the particularities established by International Law. | *Artículo 42. El territorio nacional comprende:*<br><br>*I. El de las partes integrantes de la Federación;*<br>*II. El de las islas, incluyendo los arrecifes y cayos en los mares adyacentes;*<br>*III. El de las islas de Guadalupe y las de Revillagigedo situadas en el Océano Pacífico;*<br>*IV. La plataforma continental y los zócalos submarinos de las islas, cayos y arrecifes;*<br>*V. Las aguas de los mares territoriales en la extensión y términos que fija el Derecho Internacional y las marítimas interiores;*<br>*VI. El espacio situado sobre el territorio nacional, con la extensión y modalidades que establezca el propio Derecho Internacional.* |
| **Article 133.** This Constitution, the laws of the Congress of the Union which shall be enacted in pursuance thereof and all treaties in accordance therewith, celebrated or which shall be celebrated by the President of the Republic with the approval | *Artículo 133. Esta Constitución, las leyes del Congreso de la Unión que emanen de ella y todos los Tratados que estén de acuerdo con la misma, celebrados y que se celebren por el Presidente de la República, con aprobación del Senado, serán la Ley* |

5

| | |
|---|---|
| of the Senate, shall be the supreme law of the Union. The Judges of the Federal District and of the States shall be bound thereby, notwithstanding any provision to the contrary in the local constitutions or local laws. | *Suprema de toda la Unión. Los jueces de cada Estado se arreglarán a dicha Constitución, leyes y tratados, a pesar de las disposiciones en contrario que pueda haber en las Constituciones o leyes de los Estados.* |

| **General Law of National Assets** | *Ley General de Bienes Nacionales* |
|---|---|
| **Article 6.** The following will be subject to the public domain of the Federation regime:<br><br>I.  The assets referred to in articles 27 paragraphs fourth, fifth and eighth; 42 section IV, and 132 of the Political Constitution of the Mexican States;<br><br>II.  The assets of common use referred to in article 7 of this law;<br>[…]<br>IV.  The seabed and subsoil of the territorial sea and of the inland marine waters;<br>[…]<br>IX.  The lands gained naturally or artificially from the sea, rivers, flows, lakes, lagoons or estuaries of national property;<br>[…] | *Artículo 6. Están sujetos al régimen de dominio público de la Federación:*<br><br>*I.  Los bienes señalados en los artículos 27, párrafos cuarto, quinto y octavo; 42, fracción IV, y 132 de la Constitución Política de los Estados Unidos Mexicanos;*<br><br>*II.  Los bienes de uso común a que se refiere el artículo 7 de esta Ley;*<br>*[...]*<br>*IV.  El lecho y el subsuelo del mar territorial y de las aguas marinas interiores;*<br>*[...]*<br>*IX.  Los terrenos ganados natural o artificialmente al mar, ríos, corrientes, lagos, lagunas o esteros de propiedad nacional;*<br>*[...]* |
| **Article 7.** The following are assets of common use:<br>[…]<br>II.  The inland marine waters, in terms of the Federal Law of the Sea;<br>III.  The territorial sea in the width determined by the Federal Law of the Sea;<br>IV.  The beaches, which are defined as the portions of land that because of the tide are covered and uncovered by water, since the limits of grater outward flow up to the limits of grater annual flow;<br>V.  The federal maritime terrestrial zone; | *Artículo 7. Son bienes de uso común:*<br>*[...]*<br>*II.  Las aguas marinas interiores, conforme a la Ley Federal del Mar;*<br>*III.  El mar territorial en la anchura que fije la Ley Federal del Mar;*<br>*IV.  Las playas marítimas, entendiéndose por tales las partes de tierra que por virtud de la marea cubre y descubre el agua, desde los límites de mayor reflujo hasta los límites de mayor flujo anuales;*<br>*V.  La zona federal marítimo terrestre;*<br>*[...]*<br>*VIII. Los cauces de las corrientes y los vasos de los lagos, lagunas y esteros* |

| | |
|---|---|
| […]<br>VIII. The channels of the flows and the vessels of the lakes, lagoons and estuaries of national property;<br>IX. The banks and the flows of the federal zones;<br>[…] | *de propiedad nacional;*<br>*IX. Las riberas y zonas federales de las corrientes;*<br>*[…]* |
| **Article 9.** The assets subject to the public domain of the Federation regime will be exclusively under the jurisdiction of the federal branches, in the terms prescribed by this Law, with exception of those assets that the Federation had acquired after May 1st, 1917 and which are located within the territory of a State, in such case the consent of the corresponding local legislature shall be required. | ***Artículo 9.*** *Los bienes sujetos al régimen de dominio público de la Federación estarán exclusivamente bajo la jurisdicción de los poderes federales, en los términos prescritos por esta Ley, excepto aquellos inmuebles que la Federación haya adquirido con posterioridad al 1o. de mayo de 1917 y que se ubiquen en el territorio de algún Estado, en cuyo caso se requerirá el consentimiento de la legislatura local respectiva.* |
| **Article 13.** The assets subject to the public domain of the Federation regime are is inalienable, not subject to the statute of limitation and cannot be seized, also, they cannot be object of an action reclaiming ownership or definitive or provisional possession or any other action brought by a third party. | ***Artículo 13.*** *Los bienes sujetos al régimen de dominio público de la Federación son inalienables, imprescriptibles e inembargables y no estarán sujetos a acción reivindicatoria o de posesión definitiva o provisional, o alguna otra por parte de terceros.* |

| **General Law of Ecological Equilibrium and Environmental Protection** | ***Ley General del Equilibrio Ecológico y la Protección al Ambiente*** |
|---|---|
| **Article 4.** The Federation, the States, the Federal District and the Municipalities shall exercise their powers in matters of preservation and restoration of ecological equilibrium and environmental protection, in accordance with the distribution of jurisdictions set forth in this Law and in other legal provisions. | ***Artículo 4.*** *La Federación, los Estados, el Distrito Federal y los Municipios ejercerán sus atribuciones en materia de preservación y restauración del equilibrio ecológico y la protección al ambiente, de conformidad con la distribución de competencias prevista en esta Ley y en otros ordenamientos legales.* |
| **Article 5.** The faculties of the Federation are as follows:<br><br>[…]<br>III. Attention to issues which affect ecological equilibrium in national territory or in the zones subject to Federal sovereignty and jurisdiction, originating in the | ***Artículo 5.*** *Son facultades de la Federación:*<br><br>*[…]*<br>*III. La atención de los asuntos que afecten el equilibrio ecológico en el territorio nacional o en las zonas sujetas a la soberanía y jurisdicción de la nación, originados en el* |

7

| | |
|---|---|
| territory or zones subject to the sovereignty or jurisdiction of other States, or in the zones which are the jurisdiction of any State.<br>[…] | *territorio o zonas sujetas a la soberanía o jurisdicción de otros Estados, o en zonas que estén más allá de la jurisdicción de cualquier Estado;*<br>*[…]* |
| **Organic Law of the Federal Public Administration** | ***Ley Orgánica de la Administración Pública Federal*** |
| **Article 32 Bis.** The Ministry of Environment and Natural Resources will be in charge of the following matters:<br><br>[…]<br>II.  Develop and conduct national policy on natural resources, as long as not specifically entrusted to another agency; and also, in ecology, environmental sanitation, water, environmental regulation of urban development and fisheries, with the corresponding participation of other agencies and entities;<br>III. Manage and regulate the use and promote the sustainable use of natural resources that belong to the Federation, except for oil and all liquid, solid and gas, hydrogen carbide and radioactive minerals;<br>[…]<br>VIII. Exert possession and ownership of the Nation on the beaches, Federal Maritime Zone and on land gained from the sea;<br>[…]<br>XXIV. Manage, control and regulate the use of hydraulic basins, springs and national waters, and corresponding federal zones, with exclusion of what is expressly attributed to another agency; establish and monitor compliance of the specific conditions that must meet the wastewater discharge, whenever in federal jurisdiction; to authorize, if necessary, the dumping of sewage | ***Artículo 32 Bis.*** *A la Secretaría de Medio Ambiente y Recursos Naturales, corresponde el despacho de los siguientes asuntos:*<br><br>*[…]*<br>*II.  Formular y conducir la política nacional en materia de recursos naturales, siempre que no estén encomendados expresamente a otra dependencia; así como en materia de ecología, saneamiento ambiental, agua, regulación ambiental del desarrollo urbano y de la actividad pesquera, con la participación que corresponda a otras dependencias y entidades;*<br>*III. Administrar y regular el uso y promover el aprovechamiento sustentable de los recursos naturales que correspondan a la Federación, con excepción del petróleo y todos los carburos de hidrógenos líquidos, sólidos y gaseosos, así como minerales radioactivos;*<br>*[…]*<br>*VIII. Ejercer la posesión y propiedad de la nación en las playas, zona federal marítimo terrestre y terrenos ganados al mar;*<br>*[…]*<br>*XXIV. Administrar, controlar y reglamentar el aprovechamiento de cuencas hidráulicas, vasos, manantiales y aguas de propiedad nacional, y de las zonas federales* |

8

| | |
|---|---|
| into the sea, in coordination with Ministry of the Navy, when they come from mobile or fixed platforms; in river, streams and other repositories of national waters; and promote and, where appropriate, implement and operate the infrastructure and services needed to improve water quality in watersheds;<br>[…]<br>XXXIX. Awarding contracts, licenses, permits, authorizations, allocations, and recognizing rights, as appropriate, on water, forestry, ecology, exploitation of wildlife, and beaches, federal maritime land and land gained from the sea.<br>[…] | *correspondientes, con exclusión de los que se atribuya expresamente a otra dependencia; establecer y vigilar el cumplimiento de las condiciones particulares que deban satisfacer las descargas de aguas residuales, cuando sean de jurisdicción federal; autorizar, en su caso, el vertimiento de aguas residuales en el mar, en coordinación con la Secretaría de Marina, cuando provenga de fuentes móviles o plataformas fijas; en cuencas, cauces y demás depósitos de aguas de propiedad nacional; y promover y, en su caso, ejecutar y operar la infraestructura y los servicios necesarios para el mejoramiento de la calidad del agua en las cuencas;*<br>*[...]*<br>*XXXIX. Otorgar contratos, concesiones, licencias, permisos, autorizaciones, asignaciones, y reconocer derechos, según corresponda, en materia de aguas, forestal, ecológica, explotación de la flora y fauna silvestres, y sobre playas, zona federal marítimo terrestre y terrenos ganados al mar;*<br>*[...]* |

| Federal Law of the Sea | *Ley Federal del Mar* |
|---|---|
| **Article 6.** National sovereignty and its sovereignty rights, jurisdictions and faculties within the limits of the respective marine zones, as foreseen in this Law, will be executed in terms of the Political Constitution of the Mexican United States, international Law and the national applicable legislation, regarding:<br><br>[…] | ***Articulo 6.*** *La soberanía de la Nación y sus derechos de soberanía, jurisdicciones y competencias dentro de los límites de las respectivas zonas marinas, conforme a la presente Ley, se ejercerán según lo dispuesto por la Constitución Política de los Estados Unidos Mexicanos, el derecho internacional y la legislación nacional aplicable, respecto a:* |

9

| | |
|---|---|
| II. The regime applicable to the live marine resources, including their conservation and utilization;<br>III. The regime applicable to the non-living marine resources, including its conservation and utilization;<br>[…]<br>V. The protection and preservation of the marine environment, including the prevention of its pollution;<br>[…] | *[…]*<br>*II.  El régimen aplicable a los recursos marinos vivos, inclusive su conservación y utilización;*<br>*III. El régimen aplicable a los recursos marinos no vivos, inclusive su conservación y utilización;*<br>*[…]*<br>*V.  La protección y preservación del medio marino, inclusive la prevención de su contaminación;*<br>*[…]* |
| **Article 7.** The application of this Law is matter of the Federal Executive Branch, throughout diverse entities of the Federal Public Administration as foreseen by the Federal Public Organic Law and other enforceable binding legal dispositions; they will be national competent authorities according to the faculties that are granted to each one of them. | ***Artículo 7.*** *Corresponde al Poder Ejecutivo Federal la aplicación de esta Ley, a través de las distintas dependencias de la Administración Pública Federal que, de conformidad con la Ley Orgánica de ésta y demás disposiciones legales vigentes, son autoridades nacionales competentes según las atribuciones que confieren a cada una de ellas.* |
| Artice 42. The Nation exerts over the zone adjacent to its Territorial Sea, designated as Adjacent Zone, competence to exercise the necessary measures for supervising, in order to:<br><br>I.  Prevent violations to the applicable dispositions of this Law, its Regulations and of the laws and regulations regarding customs, taxes, immigration or sanitation that could be executed within the territory, in Inland Sea or in the Mexican Territorial Sea; and<br><br>II. Imposing sanctions deriving from violations to the applicable legal dispositions of this Law, its Regulations and those laws and regulations when said violations are executed within the territory, Inland Marine Waters or in the Territorial Sea. | *Articulo 42. La Nación tiene en una zona contigua a su Mar Territorial, designada con el nombre de Zona Contigua, competencia para tomar las medidas de fiscalización necesarias con el objeto de:*<br><br>*I.  Prevenir las infracciones de las normas aplicables de esta Ley, de su Reglamento y de las leyes y reglamentos aduaneros, fiscales, de inmigración o sanitarios que pudieren cometerse en el territorio, en las Aguas Marinas Interiores o en el Mar Territorial mexicanos; y*<br><br>*II. Sancionar las infracciones a dichas normas aplicables de esta Ley, de su Reglamento y de esas leyes y reglamentos cometidas en el territorio, en las Aguas Marinas Interiores o en el Mar Territorial.* |
| Article 46. The Nation exercises in an Economic Exclusive Zone located outside | *Articulo 46. La Nación ejerce en una Zona Económica Exclusiva situada fuera del* |

10

| | |
|---|---|
| the Territorial Sea and adjacent to this:<br><br>I.   Sovereignty rights for purposes of exploration and exploitation, conservation and administration of both, live and non-live natural resources, whether renewable or non-renewable, of the bed and subsoil of the sea and of the overlying waters, and regarding other activities intended for exploration and exploitation of the economic zone, such as the production of tidal and wind energy;<br><br>II.  Jurisdiction, related with the applicable dispositions of this Law, its Regulations and the applicable international law, in regards to:<br><br>1. The establishment and utilization of artificial islands, infrastructure and facilities;<br>2. Scientific marine investigation; and<br>3. Protection and preservation of the marine environment; and<br><br>III. Other rights and obligations set forth by this Law, its Regulations and the international Law. | *Mar Territorial y adyacente a éste:*<br><br>*I.   Derechos de soberanía para los fines de exploración y explotación, conservación y administración de los recursos naturales, tanto vivos como no vivos, ya sean renovables o no renovables, del lecho y el subsuelo del mar y de las aguas suprayacentes, y con respecto a otras actividades con miras a la exploración y explotación económica de la Zona, tal como la producción de energía derivada del agua, de las corrientes y de los vientos;*<br><br>*II.  Jurisdicción, con relación a las disposiciones pertinentes de esta Ley, de su Reglamento y del derecho internacional, con respecto:*<br><br>*1.-  Al establecimiento y utilización de islas artificiales, instalaciones y estructuras;*<br>*2.-  A la investigación científica marina; y*<br>*3.-  A la protección y preservación del medio marino; y*<br><br>*III. Otros derechos y deberes que fije esta Ley, su Reglamento y el derecho internacional.* |
| Article 47. The Federal Executive Branch will make sure that, during the exercise of the rights and jurisdictions and in the fulfillment of the Nations' duties in the Economic Exclusive Zone, the rights and duties of other foreign States must be observed and actions shall be made in a way compatible with international law. | *Articulo 47. El Poder Ejecutivo Federal se asegurará de que, en el ejercicio de los derechos y jurisdicciones y en el cumplimiento de los deberes de la Nación en la Zona Económica Exclusiva, se tomen debidamente en cuenta los derechos y deberes de los demás Estados y se actúe de manera compatible con el derecho internacional.* |
| Article 50. The Mexican Economic Exclusive Zone extends to 200 maritime miles (370,400 meters) starting from the base lines from which, according to article | *Articulo 50. La Zona Económica Exclusiva Mexicana se extiende a 200 millas marinas (370,400 metros) contadas desde las líneas de base a partir de las cuales, de* |

11

| | |
|---|---|
| 26 of this Law, the width of the Territorial Sea is measured. | *conformidad con el Artículo 26 de esta Ley, se mide la anchura del Mar Territorial.* |
| Article 56. The Federal Executive Branch will issue the adequate administration and conservation measures so that the live resources are not threatened by an excessive exploitation, will determine the permissible capture of the live resources within the Economic Exclusive Zone, notwithstanding, it will promote the optimal use of said resources. When the total amount of the permissible capture of a species is higher than the fishing and hunting capacity of the national ships, the Federal Executive Branch shall give access to the surpluses of the permissible capture to foreign ships in accordance with the national interest and under the conditions set forth in the fisheries' Mexican Legislation. | *Artículo 56. El Poder Ejecutivo Federal dictará medidas adecuadas de administración y conservación para que los recursos vivos no se vean amenazados por una explotación excesiva, determinará la captura permisible de recursos vivos en la Zona Económica Exclusiva y, sin perjuicio de lo anterior, promoverá la utilización óptima de dichos recursos. Cuando el total de la captura permisible de una especie sea mayor que la capacidad para pescar y cazar de las embarcaciones nacionales, el Poder Ejecutivo Federal dará acceso a embarcaciones extranjeras al excedente de la captura permisible de acuerdo con el interés nacional y bajo las condiciones que señale la legislación mexicana de pesca.* |
| Article 57. The Nation exerts sovereignty rights over both, Continental and Insular Shelf for purposes of exploration and exploitation of its natural resources. | *Artículo 57. La Nación ejerce derechos de soberanía sobre la Plataforma Continental y las Plataformas Insulares a los efectos de su exploración y de la explotación de sus recursos naturales.* |
| Article 58. The Nation's sovereignty rights referred to in the previous article are exclusive, in the sense that if Mexico does not explore either the Continental or Insular Shelf or does not exploit its natural resources no one is entitled to perform these activities without the express consent of the competent national authorities. | *Artículo 58. Los derechos de soberanía de la Nación a que se refiere el Artículo anterior son exclusivos, en el sentido de que si México no explora la Plataforma Continental y las Plataformas Insulares o no explota sus recursos naturales, nadie puede emprender estas actividades sin expreso consentimiento de las autoridades nacionales competentes.* |

| **Regulations for the Use and Enjoyment of the Territorial Sea, Waterways, Beaches, Federal Maritime Terrestrial Zone and Lands Gained from the Sea** | *Reglamento para el Uso y Aprovechamiento del Mar Territorial, Vías Navegables, Playas, Zona Federal Marítimo Terrestre y Terrenos Ganados al Mar* |
|---|---|
| **Article 5.** The beaches, the federal maritime terrestrial zone and the lands gained From the sea or any other deposit created by maritime waters, are assets of the public domain of the Federation, | *Artículo 5. Las playas, la zona federal marítimo terrestre y los terrenos ganados al mar, o a cualquier otro depósito que se forme con aguas marítimas, son bienes de dominio público de la Federación,* |

| | |
|---|---|
| inalienable and not subject to the statute of limitations and while its legal situation is not modified, they cannot be object of an action reclaiming ownership or of definitive or provisional possession.<br><br>It corresponds to the Ministry *(Ministry of Environment and Natural Resources)* to possess, administer, control and watch over the assets referred to in this article with exception of those that are located within the ports, or that are used as shipyard, shipways, dams for naval repair workshops, docks and the other facilities to which the Navigation and Maritime Commerce Law refer to; cases in which the Ministry of Communications and Transportations is competent. | *inalienables e imprescriptibles y mientras no varíe su situación jurídica, no están sujetos a acción reivindicatoria o de posesión definitiva o provisional.*<br><br>*Corresponde a la Secretaría poseer, administrar, controlar y vigilar los bienes a que se refiere este artículo, con excepción de aquellos que se localicen dentro del recinto portuario, o se utilicen como astilleros, varaderos, diques para talleres de reparación naval, muelles, y demás instalaciones a que se refiere la Ley de Navegación y Comercio Marítimos; en estos casos la competencia corresponde a la Secretaría de Comunicaciones y Transportes.* |
| **Article 38.** The lands gained from the sea or from any other deposit of maritime waters are assets of the public domain of the Federation, inalienable and not subject to the statute of limitations and while its legal situation is not modified, they cannot be object of an action reclaiming ownership or of definitive or provisional possession, with exception of what the Law *(General Law of National Assets)* and these Regulations set forth.<br><br>The lands referred to in this article will be under the control, administration and vigilance of the Ministry *(Ministry of Environment and Natural Resources)*. | *Artículo 38. Los terrenos ganados al mar o a cualquier otro depósito de aguas marítimas son bienes de dominio público de la Federación, inalienables e imprescriptibles y mientras no varíe su situación jurídica, no podrán ser objeto de acción reivindicatoria o de posesión definitiva o provisional por parte de particulares, salvo lo que dispongan la Ley y el presente Reglamento.*<br><br>*Los terrenos a que se refiere este artículo estarán bajo el control, administración y vigilancia de la Secretaría.* |

| **Sustainable Fisheries and Aquaculture General Law** | *Ley General de Pesca y Acuacultura Sustentables* |
|---|---|
| **Article 8.** The following are faculties of the Ministry *(Ministry of Agriculture, Livestock, Rural Development, Fisheries and Food)*:<br><br>I.  Regulate, promote and administer the enjoyment of the fisheries and aquaculture resources;<br>[…] | *Artículo 8. Corresponde a la Secretaría el ejercicio de las siguientes facultades:*<br><br>*I.  Regular, fomentar y administrar el aprovechamiento de los recursos pesqueros y acuícolas;*<br>*[…]* |

13

| | |
|---|---|
| **Artice 9.** According to the established by the Organic Law of the Federal Public Administration, the SEMARNAT *(Ministry of Environment and Natural Resources for its acronym in Spanish)* will coordinate with the Ministry *(Ministry of Agriculture, Livestock, Rural Development, Fisheries and Food)* to comply with this Law, in matters of preservation and restoration of the ecological balance and the preservation of the environment, particularly:<br><br>[…]<br>IV. Within its faculties, to carry out the inspection and vigilance of the aquaculture and fisheries activities, as well as to coordinate with the Ministry of Navy, according to the applicable legal dispositions;<br>V. Promote areas of protection, restoration, rehabilitation and conservation of coastal ecosystems, as well as lagoon and inland waters ecosystems, as foreseen by the General Law of Ecological Equilibrium and Protection of the Environment;<br>[…] | *Artículo 9. De acuerdo con lo previsto en la Ley Orgánica de la Administración Pública Federal, la SEMARNAT se coordinará con la Secretaría para el cumplimiento de los objetivos previstos en la presente Ley, en materia de preservación, restauración del equilibrio ecológico y la protección del ambiente, particularmente, en los siguientes aspectos:*<br><br>*[…]*<br>*VI. En el ámbito de su competencia llevar a cabo la inspección y vigilancia de las actividades pesqueras y acuícolas y coordinarse con la Secretaría o la Secretaría de Marina, de conformidad con las disposiciones legales aplicables;*<br><br>*VII. Fomentar, promover áreas de protección, restauración, rehabilitación y conservación de los ecosistemas costeros, lagunarios y de aguas interiores, en los términos establecidos en la Ley General del Equilibrio Ecológico y la Protección al Ambiente;*<br>*[…]* |
| **Article 124.** To verify and attest the compliance with this Law its Regulations and the Mexican official standards, the Ministry *(Ministry of Agriculture, Livestock, Rural Development, Fisheries and Food)* will perform the inspection and vigilance acts, throughout duly authorized personnel with the assistance of the Ministry of Navy when required. | *Artículo 124. Para verificar y comprobar el cumplimiento de esta Ley, sus disposiciones reglamentarias, las normas oficiales que de ella deriven, la Secretaría realizará los actos de inspección y vigilancia, por conducto de personal debidamente autorizado y con la participación de la Secretaría de Marina en los casos en que corresponda.* |
| **Article 133.** Violations to this Law, its regulations and applicable official standards deriving From them, set forth in the previous article *(infractions to the Law),* shall be object of administrative sanctions imposed by the Ministry *(Ministry of Agriculture, Livestock, Rural Development, Fisheries and Food).* | *Artículo 133. Las infracciones a los preceptos de esta Ley, sus reglamentos y las normas oficiales mexicanas que de ella deriven, señaladas en el artículo anterior, serán sancionadas administrativamente por la Secretaría […].* |

14

| General Wildlife Law | *Ley General de Vida Silvestre* |
|---|---|
| **Article 9.** The faculties of the Federation are as follows:<br><br>[…]<br>VI.  The attention of the matter related to conservation and sustainable enjoyment of the national wildlife, in those cases in which the acts originated in the territory or areas under the sovereignty and jurisdiction of other countries, or in areas beyond the jurisdiction of any country, might affect the national wildlife.<br>[…] | ***Artículo 9.*** *Corresponde a la Federación:*<br><br>*[...]*<br>*VI.  La atención de los asuntos relativos a la conservación y aprovechamiento sustentable de la vida silvestre nacional, en los casos de actos originados en el territorio o zonas sujetas a la soberanía y jurisdicción de otros países, o en zonas que estén más allá de la jurisdicción de cualquier país, que pudieran afectar la vida silvestre nacional.*<br>*[...]* |

| General Wildlife Law | *Ley General de Vida Silvestre* |
|---|---|
| **Article 9.** The faculties of the Federation are as follows:<br><br>[…]<br>VI.  The attention of the matter related to conservation and sustainable enjoyment of the national wildlife, in those cases in which the acts originated in the territory or areas under the sovereignty and jurisdiction of other countries, or in areas beyond the jurisdiction of any country, might affect the national wildlife.<br>[…] | ***Artículo 9.*** *Corresponde a la Federación:*<br><br>*[...]*<br>*VI.  La atención de los asuntos relativos a la conservación y aprovechamiento sustentable de la vida silvestre nacional, en los casos de actos originados en el territorio o zonas sujetas a la soberanía y jurisdicción de otros países, o en zonas que estén más allá de la jurisdicción de cualquier país, que pudieran afectar la vida silvestre nacional.*<br>*[...]* |

Dated:  October 8, 2012                                Respectfully submitted,


/s/ J. Andrew Langan, P.C.

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Catherine L. Fitzpatrick
Elizabeth A. Larsen
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

and

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985


Allison B. Rumsey
Juan Trujillo
Zachary Fayne
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202- 942-5000
Facsimile:202-942-5999

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing response has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this 8th day of October, 2012.

                                            /s/   Don K. Haycraft