

47584660

Nov 06 2012
03:40PM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : | MDL No. 2179 |
| | : | SECTION: J |
| THIS DOCUMENT RELATES TO: | : | |
| *10-4239* | : | JUDGE BARBIER |
| *10-4240* | : | |
| *10-4241* | : | MAGISTRATE JUDGE SUSHAN |
| | : | |

---

<u>**DEFENDANT BP'S SUPPLEMENTAL LEGAL AUTHORITIES TO THE ISSUE OF THE PROPRIETARY INTERESTS ALLEGED BY THE MEXICAN STATES AND SUPPLEMENTAL RULE 26(A)(2) DISCLOSURES**</u>

Defendant BP Exploration & Production Inc. ("BP")[1], by its undersigned Counsel, and, pursuant to the Court's September 11, 2012 Order (Rec. Doc. 7367) submits the following supplemental legal authorities applicable to whether the Mexican States have a proprietary interest in the claims asserted. BP's analysis of the legal issues is continuing and BP reserves the right to amend or supplement this identification and/or to adopt any additional legal authorities identified by the other parties.

| Political Constitution of the Mexican United States | *Constitución Política de los Estados Unidos Mexicanos* |
|---|---|
| **Article 27.** Ownership of lands and waters within the boundaries of national land territory is vested originally in the Nation, which has had and has, the right to transmit title thereof to private persons, thereby constituting private property.<br><br>No expropriations of private property shall be made but for public convenience and | *Artículo 27. La propiedad de las tierras y aguas comprendidas dentro de los límites del territorio nacional, corresponde originariamente a la Nación, la cual ha tenido y tiene el derecho de transmitir el dominio de ellas a los particulares, constituyendo la propiedad privada.*<br><br>*Las expropiaciones sólo podrán hacerse* |

---

[1] Plaintiffs named other BP entities in these cases, but those other entities had no direct role in the events at issue and BP Exploration & Production Inc. was designated a Responsible Party by the United States Coast Guard in April 2010 related to the *Deepwater Horizon* spill.

necessity, and subject to payment of indemnification.

The Nation shall at all-time have the right to impose
on private property such restrictions as the public interest may demand, as well as to regulate, for social benefit, the utilization of those natural resources, which are susceptible of appropriation, in order to make an equitable distribution of public wealth, to conserve them, to achieve a balanced development of the country and to improve the living conditions of rural and urban population. Consequently, measures shall be issued to order human settlements and to establish adequate provisions, uses, reserves and allocations of lands, waters and forests, to carry out public works and to plan and regulate the creation, maintenance, improvement and growth of population centers; to preserve and restore environmental balance; to divide large landed estates; to provide, under the terms set forth by the Law, the collective exploitation and organization of the *ejidos* and communal population centers; to develop small rural property; to promote agriculture, cattle breeding, forestry and other economic activities in rural environments, and to prevent the destruction of natural resources and damages that property may suffer to the detriment of society.

The Nation has full ownership over all natural resources of the continental shelf and the seabed and subsoil of the submarine areas of the islands; over all minerals or substances in veins, layers, masses or ore pockets, constituting deposits which nature is different from the components of the earth, such as the minerals from which metals and metalloids to be used in industry are extracted; beds of precious stones, rock salt and deposits of salts formed by sea

*por causa de utilidad pública y mediante indemnización.*

*La nación tendrá en todo tiempo el derecho de imponer a la propiedad privada las modalidades que dicte el interés público, así como el de regular, en beneficio social, el aprovechamiento de los elementos naturales susceptibles de apropiación, con objeto de hacer una distribución equitativa de la riqueza pública, cuidar de su conservación, lograr el desarrollo equilibrado del país y el mejoramiento de las condiciones de vida de la población rural y urbana. En consecuencia, se dictarán las medidas necesarias para ordenar los asentamientos humanos y establecer adecuadas provisiones, usos, reservas y destinos de tierras, aguas y bosques, a efecto de ejecutar obras públicas y de planear y regular la fundación, conservación, mejoramiento y crecimiento de los centros de población; para preservar y restaurar el equilibrio ecológico; para el fraccionamiento de los latifundios; para disponer, en los términos de la ley reglamentaria, la organización y explotación colectiva de los ejidos y comunidades; para el desarrollo de la pequeña propiedad rural; para el fomento de la agricultura, de la ganadería, de la silvicultura y de las demás actividades económicas en el medio rural, y para evitar la destrucción de los elementos naturales y los daños que la propiedad pueda sufrir en perjuicio de la sociedad.*

*Corresponde a la Nación el dominio directo de todos los recursos naturales de la plataforma continental y los zócalos submarinos de las islas; de todos los minerales o substancias que en vetas, mantos, masas o yacimientos, constituyan depósitos cuya naturaleza sea distinta de los componentes de los terrenos, tales como los minerales de los que se extraigan*

water; the products derived from rock decomposition, when their exploit requires underground work; minerals or organic deposits susceptible to be utilized as fertilizers; solid mineral fuels; petroleum and all solid, liquid or gaseous hydrocarbons; and the space located over national land territory, in the extension and under the terms established by International Law.

The Nation has full ownership over the waters of territorial sea in the extension and under the terms set forth by International Law; over internal waters; waters of lagoons and estuaries permanently or intermittently connecting with the sea; those of natural inland lakes which are directly connected with streams constantly flowing; river waters and their direct and indirect tributaries, from the site of the riverbed where the first permanent, intermittent or torrential waters start to flow, to their mouth in the sea, lakes, lagoons or estuaries owned by the nation; those of constant or intermittent streams and their direct or indirect tributaries, whenever their beds along all the length of its way or in a portion thereof serve as a boundary line of national land territory or between two States, or when they flow from one State to another or cross the Republic's boundary line; those of lakes, lagoons or estuaries whose beds, zones or streams are crossed by boundary lines dividing one or more States or between the Republic and a neighboring country, or when the stream shoreline serves as a boundary between two States or between the Republic and a neighboring country; those of springs flowing from beaches, maritime areas, streams, basins, river beds, banks of lakes, lagoons or estuaries owned by the Nation, and the ones extracted from mines; and the streams, beds, or banks of lakes and interior streams in the extensions established by the Law.

*metales y metaloides utilizados en la industria; los yacimientos de piedras preciosas, de sal de gema y las salinas formadas directamente por las aguas marinas; los productos derivados de la descomposición de las rocas, cuando su explotación necesite trabajos subterráneos; los yacimientos minerales u orgánicos de materias susceptibles de ser utilizadas como fertilizantes; los combustibles minerales sólidos; el petróleo y todos los carburos de hidrógeno sólidos, líquidos o gaseosos; y el espacio situado sobre el territorio nacional, en la extensión y términos que fije el Derecho Internacional.*

*Son propiedad de la Nación las aguas de los mares territoriales en la extensión y términos que fije el Derecho Internacional; las aguas marinas interiores; las de las lagunas y esteros que se comuniquen permanente o intermitentemente con el mar; las de los lagos interiores de formación natural que estén ligados directamente a corrientes constantes; las de los ríos y sus afluentes directos o indirectos, desde el punto del cauce en que se inicien las primeras aguas permanentes, intermitentes o torrenciales, hasta su desembocadura en el mar, lagos, lagunas o esteros de propiedad nacional; las de las corrientes constantes o intermitentes y sus afluentes directos o indirectos, cuando el cauce de aquéllas en toda su extensión o en parte de ellas, sirva de límite al territorio nacional o a dos entidades federativas, o cuando pase de una entidad federativa a otra o cruce la línea divisoria de la República; la de los lagos, lagunas o esteros cuyos vasos, zonas o riberas, estén cruzados por líneas divisorias de dos o más entidades o entre la República y un país vecino, o cuando el límite de las riberas sirva de lindero entre dos entidades federativas o a la República con un país vecino; las de los manantiales que broten en las playas, zonas marítimas,*

Underground waters may be freely extracted by artificial works and may be appropriated by the owner of the land, but whenever the public interest should so require it, or whenever other uses are affected, the President of the Republic may regulate its extraction and use and may even establish banned zones, and the same may be done regarding other waters of national ownership. Any other waters not included in the foregoing listing shall be considered as an integral part of the land through which they flow or where their deposits are located, but should they be located in two or more lots, the use of such waters shall be considered of public convenience and subject to provisions issued by the States.

In the cases established in the two paragraphs hereinbefore, the Nation's dominion is inalienable and not subject to the statute of limitation and the exploitation, use or enjoyment of the resources in question by private persons or by companies incorporated in accordance with Mexican laws, may not be undertaken save by means of concessions granted by the President of the Republic and in accordance with the rules and conditions set forth by the Laws. Legal provisions regarding the exploitation and works in respect to minerals and substances referred in paragraph fourth, shall govern the performance and verification of such exploitation activities and works carried out or that should be carried out, from its effective date, regardless of the date the concessions were granted. Failure to comply therewith shall cause the cancellation of the concessions. The Federal Government has the right to establish and suppress national reserves and the corresponding declarations shall be made by the President of the Republic in the cases and under the conditions provided by the Law.

*cauces, vasos o riberas de los lagos, lagunas o esteros de propiedad nacional, y las que se extraigan de las minas; y los cauces, lechos o riberas de los lagos y corrientes interiores en la extensión que fija la ley. Las aguas del subsuelo pueden ser libremente alumbradas mediante obras artificiales y apropiarse por el dueño del terreno, pero cuando lo exija el interés público o se afecten otros aprovechamientos; el Ejecutivo Federal podrá reglamentar su extracción y utilización y aún establecer zonas vedadas, al igual que para las demás aguas de propiedad nacional. Cualesquiera otras aguas no incluidas en la enumeración anterior, se considerarán como parte integrante de la propiedad de los terrenos por los que corran o en los que se encuentren sus depósitos, pero si se localizaren en dos o más predios, el aprovechamiento de estas aguas se considerará de utilidad pública, y quedará sujeto a las disposiciones que dicten los Estados.*

*En los casos a que se refieren los dos párrafos anteriores, el dominio de la Nación es inalienable e imprescriptible y la explotación, el uso o el aprovechamiento de los recursos de que se trata, por los particulares o por sociedades constituidas conforme a las leyes mexicanas, no podrá realizarse sino mediante concesiones, otorgadas por el Ejecutivo Federal, de acuerdo con las reglas y condiciones que establezcan las leyes. Las normas legales relativas a obras o trabajos de explotación de los minerales y substancias a que se refiere el párrafo cuarto, regularán la ejecución y comprobación de los que se efectúen o deban efectuarse a partir de su vigencia, independientemente de la fecha de otorgamiento de las concesiones, y su inobservancia dará lugar a la cancelación de éstas. El Gobierno Federal tiene la*

| | *facultad de establecer reservas nacionales y suprimirlas. Las declaratorias correspondientes se harán por el Ejecutivo en los casos y condiciones que las leyes prevean.* |
|---|---|
| **Article 42.** National land territory is composed by:<br><br>I.   The land territory of all the portions constituting the Federation;<br>II.  The territory of the islands, including the reefs and keys in adjacent seas;<br>III. The territory of the islands of Guadalupe and Revillagigedo located in the Pacific Ocean;<br>IV. The continental shelf and the seabed and subsoil of the submarine areas of the islands, keys and reefs;<br>V.  The waters of the territorial seas in the extension and under the terms established by International Law and domestic maritime laws;<br>VI. The air space located above national land territory, in the extension and with the particularities established by International Law. | ***Artículo 42.*** *El territorio nacional comprende:*<br><br>*I.   El de las partes integrantes de la Federación;*<br>*II.  El de las islas, incluyendo los arrecifes y cayos en los mares adyacentes;*<br>*III. El de las islas de Guadalupe y las de Revillagigedo situadas en el Océano Pacífico;*<br>*IV. La plataforma continental y los zócalos submarinos de las islas, cayos y arrecifes;*<br>*V.  Las aguas de los mares territoriales en la extensión y términos que fija el Derecho Internacional y las marítimas interiores;*<br>*VI. El espacio situado sobre el territorio nacional, con la extensión y modalidades que establezca el propio Derecho Internacional.* |
| **Article 73.** The Congress has faculties for: […]<br>**XXIX-G.** To issue laws that establishes the concurrency of the Federal Government, of the governments of the States and of the municipalities, in the scope of their corresponding competences, in matter of environmental protection and of preservation and restoration of the ecological balance.<br>[…] | ***Artículo 73.*** *El Congreso tiene facultad:*<br>*[...]*<br>***XXXIX-G.*** *Para expedir leyes que establezcan la concurrencia del Gobierno Federal, de los gobiernos de los Estados y de los municipios, en el ámbito de sus respectivas competencias, en materia de protección al ambiente y de preservación y restauración del equilibrio ecológico.*<br>*[...]* |
| **Article 119.** The Powers of the Union have the duty to protect the States against all invasion or violence coming from the exterior. In each case of interior uprising or disorder, same protection will be given, as long as they are exerted by the Legislature of the State or by its Executive branch, if the first one was not assembled. | ***Artículo 119.*** *Los Poderes de la Unión tienen el deber de proteger a los Estados contra toda invasión o violencia exterior. En cada caso de sublevación o transtorno interior, les prestarán igual protección, siempre que sean excitados por la Legislatura del Estado o por su Ejecutivo, si aquélla no estuviere reunida.*<br><br>*Cada Estado y el Distrito Federal están* |

| | |
|---|---|
| Each State and the Federal District are obliged to deliver the indexed, processed or sentenced without any delay, as well as to practice the securing and delivery of objects, instruments or products of the felony, attending to the authority of any other federative entity that requires them. These diligences will be practiced with the intervention of the corresponding general attorneys' offices, in terms of the collaboration agreements that, for the purpose, are celebrated by the states. For the same purposes, the States and the Federal District can celebrate collaboration agreements with the Federal Government, who will act through the Republic's General Attorney's Office.

The Federal Executive Branch, with the intervention of the judicial authority in terms of this Constitution, the International Treaties that in such regard are subscribed and the regulatory laws, will process the extradition by requirement of a foreign State. In those cases, the judge's communication ordering to comply with the requirement will be sufficient for motivating the detention up to sixty natural days. | *obligados a entregar sin demora a los indiciados, procesados o sentenciados, así como a practicar el aseguramiento y entrega de objetos, instrumentos o productos del delito, atendiendo a la autoridad de cualquier otra entidad federativa que los requiera. Estas diligencias se practicarán, con intervención de las respectivas procuradurías generales de justicia, en los términos de los convenios de colaboración que, al efecto, celebren las entidades federativas. Para los mismos fines, los Estados y el Distrito Federal podrán celebrar convenios de colaboración con el Gobierno Federal, quien actuará a través de la Procuraduría General de la República.*

*Las extradiciones a requerimiento de Estado extranjero serán tramitadas por el Ejecutivo Federal, con la intervención de la autoridad judicial en los términos de esta Constitución, los Tratados Internacionales que al respecto se suscriban y las leyes reglamentarias. En esos casos, el auto del juez que mande cumplir la requisitoria será bastante para motivar la detención hasta por sesenta días naturales.* |
| **Article 121.** In each State of the Federation full faith and credit will be given to the public acts, registries and judicial procedures of all the others. The Congress of the Union, through general laws, will prescribe the manners for proving such acts, registries and procedures, and the effect of the same, complying to the following basis:

I.   The laws of a State will only have effect in their own territory, and, therefore, cannot be obligatory outside of it.

[…] | ***Artículo 121.*** *En cada Estado de la Federación se dará entera fe y crédito de los actos públicos, registros y procedimientos judiciales de todos los otros. El Congreso de la Unión, por medio de leyes generales, prescribirá la manera de probar dichos actos, registros y procedimientos, y el efecto de ellos, sujetándose a las bases siguientes:*

*I.   Las leyes de un Estado sólo tendrán efecto en su propio territorio, y, por consiguiente, no podrán ser obligatorias fuera de él.*

*[...]* |
| **Article 124.** All powers not explicitly vested by this Constitution on federal authorities, are reserved to the States. | ***Artículo 124.*** *Las facultades que no están expresamente concedidas por esta Constitución a los funcionarios federales,* |

| | *se entienden reservadas a los Estados.* |
|---|---|
| **Article 133.** This Constitution, the laws of the Congress of the Union which shall be enacted in pursuance thereof and all treaties in accordance therewith, celebrated or which shall be celebrated by the President of the Republic with the approval of the Senate, shall be the supreme law of the Union. The Judges of the Federal District and of the States shall be bound thereby, notwithstanding any provision to the contrary in the local constitutions or local laws. | ***Artículo 133.*** *Esta Constitución, las leyes del Congreso de la Unión que emanen de ella y todos los Tratados que estén de acuerdo con la misma, celebrados y que se celebren por el Presidente de la República, con aprobación del Senado, serán la Ley Suprema de toda la Unión. Los jueces de cada Estado se arreglarán a dicha Constitución, leyes y tratados, a pesar de las disposiciones en contrario que pueda haber en las Constituciones o leyes de los Estados.* |

| General Law of National Assets | *Ley General de Bienes Nacionales* |
|---|---|
| **Article 6.** The following will be subject to the public domain of the Federation regime: | ***Artículo 6.*** *Están sujetos al régimen de dominio público de la Federación:* |
| I.  The assets referred to in articles 27 paragraphs fourth, fifth and eighth; 42 section IV, and 132 of the Political Constitution of the Mexican States; | *I.  Los bienes señalados en los artículos 27, párrafos cuarto, quinto y octavo; 42, fracción IV, y 132 de la Constitución Política de los Estados Unidos Mexicanos;* |
| II.  The assets of common use referred to in article 7 of this law; | *II.  Los bienes de uso común a que se refiere el artículo 7 de esta Ley;* |
| III.  Insular shelves under the terms of the Federal Law of the Sea and, if appropriate, of the international treaties and agreements of which Mexico is a signatory; | *III.  Las plataformas insulares en los términos de la Ley Federal del Mar y, en su caso, de los tratados y acuerdos internacionales de los que México sea parte;* |
| IV.  The seabed and subsoil of the territorial sea and of the inland marine waters; | *IV.  El lecho y el subsuelo del mar territorial y de las aguas marinas interiores;* |
| […] | *[...]* |
| IX.  The lands gained naturally or artificially from the sea, rivers, flows, lakes, lagoons or estuaries of national property; | *IX.  Los terrenos ganados natural o artificialmente al mar, ríos, corrientes, lagos, lagunas o esteros de propiedad nacional;* |
| […] | *[...]* |
| **Article 7.** The following are assets of common use: | ***Artículo 7.*** *Son bienes de uso común: [...]* |

| | |
|---|---|
| [...]<br>II. The inland marine waters, in terms of the Federal Law of the Sea;<br>III. The territorial sea in the width determined by the Federal Law of the Sea;<br>IV. The beaches, which are defined as the portions of land that because of the tide are covered and uncovered by water, since the limits of grater outward flow up to the limits of grater annual flow;<br>V. The federal maritime terrestrial zone;<br>[...]<br>VIII. The channels of the flows and the vessels of the lakes, lagoons and estuaries of national property;<br>IX. The banks and the flows of the federal zones;<br>[...]<br>XIV. Other assets considered of common use by other laws that regulate national assets. | *II. Las aguas marinas interiores, conforme a la Ley Federal del Mar;*<br>*III. El mar territorial en la anchura que fije la Ley Federal del Mar;*<br>*IV. Las playas marítimas, entendiéndose por tales las partes de tierra que por virtud de la marea cubre y descubre el agua, desde los límites de mayor reflujo hasta los límites de mayor flujo anuales;*<br>*V. La zona federal marítimo terrestre;*<br>*[...]*<br>*VIII. Los cauces de las corrientes y los vasos de los lagos, lagunas y esteros de propiedad nacional;*<br>*IX. Las riberas y zonas federales de las corrientes;*<br>*[...]*<br>*XIV. Los demás bienes considerados de uso común por otras leyes que regulen bienes nacionales.* |
| **Article 9.** The assets subject to the public domain of the Federation regime will be exclusively under the jurisdiction of the federal branches, in the terms prescribed by this Law, with exception of those assets that the Federation had acquired after May 1st, 1917 and which are located within the territory of a State, in such case the consent of the corresponding local legislature shall be required. | ***Artículo 9.*** *Los bienes sujetos al régimen de dominio público de la Federación estarán exclusivamente bajo la jurisdicción de los poderes federales, en los términos prescritos por esta Ley, excepto aquellos inmuebles que la Federación haya adquirido con posterioridad al 1o. de mayo de 1917 y que se ubiquen en el territorio de algún Estado, en cuyo caso se requerirá el consentimiento de la legislatura local respectiva.* |
| **Article 13.** The assets subject to the public domain of the Federation regime are is inalienable, not subject to the statute of limitation and cannot be seized, also, they cannot be object of an action reclaiming ownership or definitive or provisional possession or any other action brought by a third party. | ***Artículo 13.*** *Los bienes sujetos al régimen de dominio público de la Federación son inalienables, imprescriptibles e inembargables y no estarán sujetos a acción reivindicatoria o de posesión definitiva o provisional, o alguna otra por parte de terceros.* |

| | |
|---|---|
| **Article 15.** Individuals and public institutions can only acquire over the use, enjoyment and exploitation of the assets subject to the regime of public domain of the Federation, the rights regulated by this Law and in any others issued by the Congress of the Union.<br><br>However, the Federal Civil Code will rule the accidental or accessory enjoyments compatible or complementary to the nature of these assets, such as the sale of fruits, materials or wastes.<br><br>The rights of transit, of view of light, of spills and others that are similar over said assets are exclusively governed by the laws, regulations and other administrative dispositions of federal nature. | *Artículo 15. Los particulares y las instituciones públicas sólo podrán adquirir sobre el uso, aprovechamiento y explotación de los bienes sujetos al régimen de dominio público de la Federación, los derechos regulados en esta Ley y en las demás que dicte el Congreso de la Unión.*<br><br>*Se regirán, sin embargo, por el Código Civil Federal, los aprovechamientos accidentales o accesorios compatibles o complementarios con la naturaleza de estos bienes, como la venta de frutos, materiales o desperdicios.*<br><br>*Los derechos de tránsito, de vista, de luz, de derrames y otros semejantes sobre dichos bienes, se rigen exclusivamente por las leyes, reglamentos y demás disposiciones administrativas de carácter federal.* |
| **Article 16.** Concessions, permits and authorizations over assets subject to the public domain of the Federation do not create proprietary rights; they simply grant, before the administration and without prejudice to third parties, the right to perform the uses, enjoyments or exploitations, according to the rules and conditions established by the laws and the corresponding concession title, permit or authorization. | *Artículo 16. Las concesiones, permisos y autorizaciones sobre bienes sujetos al régimen de dominio público de la Federación no crean derechos reales; otorgan simplemente frente a la administración y sin perjuicio de terceros, el derecho a realizar los usos, aprovechamientos o explotaciones, de acuerdo con las reglas y condiciones que establezcan las leyes y el título de la concesión, el permiso o la autorización correspondiente.* |
| **Article 18.** The revocation and expiration of the concessions over assets subject to the regime of the public domain of the Federation, when precedent according to law, will be ruled by the agencies or decentralized organisms that granted them, after audience that is granted to the interested parties in order that they submit their evidence and allege whatever is convenient for their right.<br><br>In case that the resolution becomes final, | *Artículo 18. La revocación y la caducidad de las concesiones sobre bienes sujetos al régimen de dominio público de la Federación, cuando proceda conforme a la ley, se dictarán por las dependencias u organismos descentralizados que las hubieren otorgado, previa audiencia que se conceda a los interesados para que rindan pruebas y aleguen lo que a su derecho convenga.*<br><br>*En el caso de que la declaratoria quede* |

| | |
|---|---|
| the assets matter of the concession, their improves and accessories will pass lawfully to the control and administration of the concessioner, without any indemnity payment to the concessionary. | *firme, los bienes materia de la concesión, sus mejoras y accesiones pasarán de pleno derecho al control y administración del concesionante, sin pago de indemnización alguna al concesionario.* |

| General Law of Ecological Equilibrium and Environmental Protection | *Ley General del Equilibrio Ecológico y la Protección al Ambiente* |
|---|---|
| **Article 4.** The Federation, the States, the Federal District and the Municipalities shall exercise their powers in matters of preservation and restoration of ecological equilibrium and environmental protection, in accordance with the distribution of jurisdictions set forth in this Law and in other legal provisions. | ***Artículo 4.*** *La Federación, los Estados, el Distrito Federal y los Municipios ejercerán sus atribuciones en materia de preservación y restauración del equilibrio ecológico y la protección al ambiente, de conformidad con la distribución de competencias prevista en esta Ley y en otros ordenamientos legales.* |
| **Article 5.** The faculties of the Federation are as follows:<br><br>[…]<br>II.      The application of the instruments of environmental politics foreseen by this Law, in the terms established by it, as well as the regulation of the actions for the preservation and restoration of the ecological equilibrium and environmental protection that are performed on assets and zones of federal jurisdiction;<br>III.     Attention to issues, which affect ecological equilibrium in national territory or in the zones subject to Federal sovereignty and jurisdiction, originating in the territory or zones subject to the sovereignty or jurisdiction of other States, or in the zones, which are the jurisdiction of any State.<br>IV.     Attention of the issues that, originated in the national territory or zones subject to the sovereignty or jurisdiction of the nation affect the ecological equilibrium of the territory or zones subject to the sovereignty or jurisdiction of other States, or the zones that are beyond the jurisdiction of any | ***Artículo 5.*** *Son facultades de la Federación:*<br><br>*[…]*<br>*II*     *La aplicación de los instrumentos de la política ambiental previstos en esta Ley, en los términos en ella establecidos, así como la regulación de las acciones para la preservación y restauración del equilibrio ecológico y la protección al ambiente que se realicen en bienes y zonas de jurisdicción federal;*<br>*III.*    *La atención de los asuntos que afecten el equilibrio ecológico en el territorio nacional o en las zonas sujetas a la soberanía y jurisdicción de la nación, originados en el territorio o zonas sujetas a la soberanía o jurisdicción de otros Estados, o en zonas que estén más allá de la jurisdicción de cualquier Estado;*<br>*IV.*    *La atención de los asuntos que, originados en el territorio nacional o las zonas sujetas a la soberanía o jurisdicción de la nación afecten el equilibrio ecológico del territorio o de las zonas sujetas a la soberanía o jurisdicción de otros Estados, o a las zonas que estén más allá de la* |

| | |
|---|---|
| State;<br><br>[…]<br>XII.  The regulation of the contamination of the atmosphere, coming from all type of emissary sources, as well as the prevention and control in zones or in case of the fix or movable sources of federal jurisdiction;<br><br>[…]<br>XX  Attention of matters that affect the ecological equilibrium of two or more states;<br><br>[…] | *jurisdicción de cualquier Estado;*<br><br>*[...]*<br>*XII.  La regulación de la contaminación de la atmósfera, proveniente de todo tipo de fuentes emisoras, así como la prevención y el control en zonas o en caso de fuentes fijas y móviles de jurisdicción federal;*<br><br>*[...]*<br>*XX.  La atención de los asuntos que afecten el equilibrio ecológico de dos o más entidades federativas;*<br><br>*[...]* |
| **Article 6.**  The attributions that this Law grants to the Federation, will be exerted by the Federal Executive Branch through the Ministry and, in its case, they will be able to collaborate with this and the Ministries of National Defense and of Navy when by the nature and severity of the problem it determines it to be so, except the ones that correspond directly to the President of the Republic by express disposition of this Law.<br><br>When by reason of the matter and according to the Organic Law of the Federal Public Administration or other applicable legal dispositions, the intervention of other agencies is required, the Ministry will exert its attributions in coordination with this others.<br><br>The agencies and entities of the Federal public Administration that exert attributions that are granted to them by other ordinances whose dispositions relate to the objective of this Law, they will adjust their exercise to the criteria for preserving the ecological equilibrium, sustainably enjoy the natural resources and protect the environment included in it, as well as to the dispositions of the regulations, Mexican official standards, ecological ordinance programs and other normativity that derives from the same. | ***Artículo 6.*** *Las atribuciones que esta Ley otorga a la Federación, serán ejercidas por el Poder Ejecutivo Federal a través de la Secretaría y, en su caso, podrán colaborar con ésta las Secretarías de Defensa Nacional y de Marina cuando por la naturaleza y gravedad del problema así lo determine, salvo las que directamente corresponden al Presidente de la República por disposición expresa de la Ley.*<br><br>*Cuando, por razón de la materia y de conformidad con la Ley Orgánica de la Administración Pública*<br>*Federal u otras disposiciones legales aplicables, se requiera de la intervención de otras dependencias, la Secretaría ejercerá sus atribuciones en coordinación con las mismas.*<br><br>*Las dependencias y entidades de la Administración Pública Federal que ejerzan atribuciones que les confieren otros ordenamientos cuyas disposiciones se relacionen con el objeto de la presente Ley, ajustarán su ejercicio a los criterios para preservar el equilibrio ecológico, aprovechar sustentablemente los recursos naturales y proteger el ambiente en ella incluidos, así como a las disposiciones de los reglamentos, normas oficiales mexicanas, programas de ordenamiento* |

| | |
|---|---|
| | *ecológico y demás normatividad que de la misma se derive.* |
| **Article 7.** The following faculties correspond to the States, in accordance with the provisions of this Law and of local Laws on the subject:<br><br>[…]<br>XXII.  Attention to all other issues which, in matters of preservation of ecological equilibrium and environmental protection, are granted to them by this Law or by other regulations concurring therewith and which are not expressly attributed to the Federation. | ***Artículo 7.*** *Corresponden a los Estados, de conformidad con lo dispuesto en esta Ley y las leyes*<br>*locales en la materia, las siguientes facultades:*<br><br>*[...]*<br>*XXII.   La atención de los demás asuntos que en materia de preservación del equilibrio ecológico y protección al ambiente les conceda esta Ley u otros ordenamientos en concordancia con ella y que no estén otorgados expresamente a la Federación.* |

| **Organic Law of the Federal Public Administration** | ***Ley Orgánica de la Administración Pública Federal*** |
|---|---|
| **Article 30.** The handling of the following matters corresponds to the Ministry of Navy:<br>[…]<br>V.    Exercise:<br> a.  The sovereignty of the territorial sea, its aerial space and coasts of the territory;<br> b.  Supervision of the Mexican marine zones, without prejudice of the attributions that correspond to another agency; and<br> c.  The measures and competences that the legal ordinances and international instruments of which Mexico is part of, grant [to the Ministry], in the Adjacent Zone and the Exclusive Economic Zone.<br>[…] | ***Artículo 30.*** *A la Secretaría de Marina corresponde el despacho de los siguientes asuntos:*<br>*[...]*<br>*IV.    Ejercer:*<br> *a.  La soberanía en el mar territorial, su espacio aéreo y costas del territorio;*<br> *b.  Vigilancia de las zonas marinas mexicanas, sin perjuicio de las atribuciones que correspondan a otras dependencias, y*<br> ***c.*** *Las medidas y competencias que le otorguen los ordenamientos legales y los instrumentos internacionales de los que México sea parte, en la Zona Contigua y en la Zona Económica Exclusiva.*<br>*[...]* |
| **Article 32 Bis.** The Ministry of Environment and Natural Resources will be in charge of the following matters:<br><br>[…]<br>II.    Develop and conduct national policy on natural resources, as long as not specifically entrusted to another agency; and also, in ecology, environmental sanitation, | ***Artículo 32 Bis.*** *A la Secretaría de Medio Ambiente y Recursos Naturales, corresponde el despacho de los siguientes asuntos:*<br><br>*[...]*<br>*II.    Formular y conducir la política nacional en materia de recursos naturales, siempre que no estén encomendados expresamente a otra* |

water, environmental regulation of urban development and fisheries, with the corresponding participation of other agencies and entities;

III. Manage and regulate the use and promote the sustainable enjoyment of natural resources that belong to the Federation, except for oil and all liquid, solid and gas, hydrogen carbide and radioactive minerals;

[…]

VIII. Exert possession and ownership of the Nation on the beaches, Federal Maritime Zone and on land gained from the sea;

[…]

XXIV. Manage, control and regulate the use of hydraulic basins, springs and national waters, and corresponding federal zones, with exclusion of what is expressly attributed to another agency; establish and monitor compliance of the specific conditions that must meet the wastewater discharge, whenever in federal jurisdiction; to authorize, if necessary, the dumping of sewage into the sea, in coordination with Ministry of the Navy, when they come from mobile or fixed platforms; in river, streams and other repositories of national waters; and promote and, where appropriate, implement and operate the infrastructure and services needed to improve water quality in watersheds;

[…]

XXXIX. Awarding contracts, licenses, permits, authorizations, allocations, and recognizing rights, as appropriate, on water, forestry, ecology, exploitation of wildlife, and beaches, federal maritime land and land gained from the sea.

[…]

*dependencia; así como en materia de ecología, saneamiento ambiental, agua, regulación ambiental del desarrollo urbano y de la actividad pesquera, con la participación que corresponda a otras dependencias y entidades;*

*III. Administrar y regular el uso y promover el aprovechamiento sustentable de los recursos naturales que correspondan a la Federación, con excepción del petróleo y todos los carburos de hidrógenos líquidos, sólidos y gaseosos, así como minerales radioactivos;*

*[...]*

*VIII. Ejercer la posesión y propiedad de la nación en las playas, zona federal marítimo terrestre y terrenos ganados al mar;*

*[...]*

*XXIV. Administrar, controlar y reglamentar el aprovechamiento de cuencas hidráulicas, vasos, manantiales y aguas de propiedad nacional, y de las zonas federales correspondientes, con exclusión de los que se atribuya expresamente a otra dependencia; establecer y vigilar el cumplimiento de las condiciones particulares que deban satisfacer las descargas de aguas residuales, cuando sean de jurisdicción federal; autorizar, en su caso, el vertimiento de aguas residuales en el mar, en coordinación con la Secretaría de Marina, cuando provenga de fuentes móviles o plataformas fijas; en cuencas, cauces y demás depósitos de aguas de propiedad nacional; y promover y, en su caso, ejecutar y operar la infraestructura y los servicios necesarios para el mejoramiento de la calidad del*

13

| | |
|---|---|
| | *agua en las cuencas;*<br>*[...]*<br>*XXXIX.    Otorgar    contratos,*<br>*concesiones,   licencias,   permisos,*<br>*autorizaciones,   asignaciones,   y*<br>*reconocer     derechos,     según*<br>*corresponda, en materia de aguas,*<br>*forestal, ecológica, explotación de*<br>*la flora y fauna silvestres, y sobre*<br>*playas,   zona   federal   marítimo*<br>*terrestre y terrenos ganados al mar;*<br>*[...]* |

| **Federal Law of the Sea** | *Ley Federal del Mar* |
|---|---|
| **Article 6.** National sovereignty and its sovereignty rights, jurisdictions and faculties within the limits of the respective marine zones, as foreseen in this Law, will be executed in terms of the Political Constitution of the Mexican United States, international Law and the national applicable legislation, regarding:<br><br>[…]<br>II.      The regime applicable to the live marine resources, including their conservation and utilization;<br>III.     The regime applicable to the non-living marine resources, including its conservation and utilization;<br>[…]<br>V.       The protection and preservation of the marine environment, including the prevention of its pollution;<br>[…] | *Artículo 6. La soberanía de la Nación y sus derechos de soberanía, jurisdicciones y competencias dentro de los límites de las respectivas zonas marinas, conforme a la presente Ley, se ejercerán según lo dispuesto por la Constitución Política de los Estados Unidos Mexicanos, el derecho internacional y la legislación nacional aplicable, respecto a:*<br><br>*[...]*<br>*II.    El régimen aplicable a los recursos marinos    vivos,    inclusive    su conservación y utilización;*<br>*III.   El régimen aplicable a los recursos marinos   no   vivos,   inclusive   su conservación y utilización;*<br>*[...]*<br>*V.     La protección y preservación del medio    marino,    inclusive    la prevención de su contaminación;*<br>*[...]* |
| **Article 7.** The application of this Law is matter of the Federal Executive Branch, throughout diverse entities of the Federal Public Administration as foreseen by the Federal Public Organic Law and other enforceable binding legal dispositions; they will be national competent authorities according to the faculties that are granted to each one of them. | *Artículo    7.    Corresponde    al    Poder Ejecutivo Federal la aplicación de esta Ley, a través de las distintas dependencias de la Administración Pública Federal que, de conformidad con la Ley Orgánica de ésta   y   demás   disposiciones   legales vigentes,    son    autoridades    nacionales competentes según las atribuciones que confieren a cada una de ellas.* |

| | |
|---|---|
| **Article 42.** The Nation exerts over the zone adjacent to its Territorial Sea, designated as Adjacent Zone, competence to exercise the necessary measures for supervising, in order to: | *Artículo 42. La Nación tiene en una zona contigua a su Mar Territorial, designada con el nombre de Zona Contigua, competencia para tomar las medidas de fiscalización necesarias con el objeto de:* |
| I.      Prevent violations to the applicable dispositions of this Law, its Regulations and of the laws and regulations regarding customs, taxes, immigration or sanitation that could be executed within the territory, in Inland Sea or in the Mexican Territorial Sea; and | *I.      Prevenir las infracciones de las normas aplicables de esta Ley, de su Reglamento y de las leyes y reglamentos aduaneros, fiscales, de inmigración o sanitarios que pudieren cometerse en el territorio, en las Aguas Marinas Interiores o en el Mar Territorial mexicanos; y* |
| II.      Imposing sanctions deriving from violations to the applicable legal dispositions of this Law, its Regulations and those laws and regulations when said violations are executed within the territory, Inland Marine Waters or in the Territorial Sea. | *II.      Sancionar las infracciones a dichas normas aplicables de esta Ley, de su Reglamento y de esas leyes y reglamentos cometidas en el territorio, en las Aguas Marinas Interiores o en el Mar Territorial.* |
| **Article 46.** The Nation exercises in an Economic Exclusive Zone located outside the Territorial Sea and adjacent to this: | *Artículo 46. La Nación ejerce en una Zona Económica Exclusiva situada fuera del Mar Territorial y adyacente a éste:* |
| I.      Sovereignty rights for purposes of exploration and exploitation, conservation and administration of both, live and non-live natural resources, whether renewable or non-renewable, of the bed and subsoil of the sea and of the overlying waters, and regarding other activities intended for exploration and exploitation of the economic zone, such as the production of tidal and wind energy; | *I.      Derechos de soberanía para los fines de exploración y explotación, conservación y administración de los recursos naturales, tanto vivos como no vivos, ya sean renovables o no renovables, del lecho y el subsuelo del mar y de las aguas suprayacentes, y con respecto a otras actividades con miras a la exploración y explotación económica de la Zona, tal como la producción de energía derivada del agua, de las corrientes y de los vientos;* |
| II.      Jurisdiction, related with the applicable dispositions of this Law, its Regulations and the applicable international law, in regards to: | *II.      Jurisdicción, con relación a las disposiciones pertinentes de esta Ley, de su Reglamento y del derecho internacional, con respecto:* |

15

| | |
|---|---|
| 1. The establishment and utilization of artificial islands, infrastructure and facilities;<br>2. Scientific marine investigation; and<br>3. Protection and preservation of the marine environment; and<br><br>III.     Other rights and obligations set forth by this Law, its Regulations and the international Law. | *1.- Al establecimiento y utilización de islas artificiales, instalaciones y estructuras;*<br>*2.- A la investigación científica marina; y*<br>*3.- A la protección y preservación del medio marino; y*<br><br>*III.     Otros derechos y deberes que fije esta Ley, su Reglamento y el derecho internacional.* |
| **Article 47.** The Federal Executive Branch will make sure that, during the exercise of the rights and jurisdictions and in the fulfillment of the Nations' duties in the Economic Exclusive Zone, the rights and duties of other foreign States must be observed and actions shall be made in a way compatible with international law. | ***Articulo 47.*** *El Poder Ejecutivo Federal se asegurará de que, en el ejercicio de los derechos y jurisdicciones y en el cumplimiento de los deberes de la Nación en la Zona Económica Exclusiva, se tomen debidamente en cuenta los derechos y deberes de los demás Estados y se actúe de manera compatible con el derecho internacional.* |
| **Article 50.** The Mexican Economic Exclusive Zone extends to 200 maritime miles (370,400 meters) starting from the base lines from which, according to article 26 of this Law, the width of the Territorial Sea is measured. | ***Articulo 50.*** *La Zona Económica Exclusiva Mexicana se extiende a 200 millas marinas (370,400 metros) contadas desde las líneas de base a partir de las cuales, de conformidad con el Artículo 26 de esta Ley, se mide la anchura del Mar Territorial.* |
| **Article 56.** The Federal Executive Branch will issue the adequate administration and conservation measures so that the live resources are not threatened by an excessive exploitation, will determine the permissible capture of the live resources within the Economic Exclusive Zone, notwithstanding, it will promote the optimal use of said resources. When the total amount of the permissible capture of a species is higher than the fishing and hunting capacity of the national ships, the Federal Executive Branch shall give access to the surpluses of the permissible capture to foreign ships in accordance with the national interest and under the conditions set forth in the fisheries' Mexican Legislation. | ***Articulo 56.*** *El Poder Ejecutivo Federal dictará medidas adecuadas de administración y conservación para que los recursos vivos no se vean amenazados por una explotación excesiva, determinará la captura permisible de recursos vivos en la Zona Económica Exclusiva y, sin perjuicio de lo anterior, promoverá la utilización óptima de dichos recursos. Cuando el total de la captura permisible de una especie sea mayor que la capacidad para pescar y cazar de las embarcaciones nacionales, el Poder Ejecutivo Federal dará acceso a embarcaciones extranjeras al excedente de la captura permisible de acuerdo con el interés nacional y bajo las condiciones que señale la legislación mexicana de pesca.* |
| **Article 57.** The Nation exerts sovereignty rights over both, Continental and Insular | ***Articulo 57.*** *La Nación ejerce derechos de soberanía sobre la Plataforma Continental* |

| | |
|---|---|
| Shelf for purposes of exploration and exploitation of its natural resources. | *y las*<br>*Plataformas Insulares a los efectos de su exploración y de la explotación de sus recursos naturales.* |
| **Article 58.** The Nation's sovereignty rights referred to in the previous article are exclusive, in the sense that if Mexico does not explore either the Continental or Insular Shelf or does not exploit its natural resources no one is entitled to perform these activities without the express consent of the competent national authorities. | ***Artículo 58.*** *Los derechos de soberanía de la Nación a que se refiere el Artículo anterior son exclusivos, en el sentido de que si México no explora la Plataforma Continental y las Plataformas Insulares o no explota sus recursos naturales, nadie puede emprender estas actividades sin expreso consentimiento de las autoridades nacionales competentes.* |

| National Waters Act | *Ley de Aguas Nacionales* |
|---|---|
| **Article 2.** The dispositions of this Law are applicable to all national waters rather they are superficial or underground. These dispositions are also applicable to the national assets that this Law mentions.<br><br>The dispositions of this Law are applicable to the waters of maritime Mexican zones as to the conservation and control of their quality, without impairing the jurisdiction or concession that could follow them. | ***Artículo 2.*** *Las disposiciones de esta Ley son aplicables a todas las aguas nacionales, sean superficiales o del subsuelo. Estas disposiciones también son aplicables a los bienes nacionales que la presente Ley señala.*<br><br>*Las disposiciones de esta Ley son aplicables a las aguas de zonas marinas mexicanas en tanto a la conservación y control de su calidad, sin menoscabo de la jurisdicción o concesión que las pudiere regir.* |
| **Article 113.** The administration of the following national assets is under the charge of "the Commission":<br><br>I.   The beaches and federal zones, in the part corresponding to the beds of streams in terms of the present Law;<br>II.  The terrains occupied by the vessels of lakes, lagoons, estuaries or natural deposits whose waters are of national property;<br>III. The beds of the streams of national waters;<br>IV.  The Riviera or federal zones adjacent to the beds of the streams and to the vessels or deposits of national property, in terms of Article 3 of this Law;<br>V.   The terrains of the beds and of the vessels of lakes, lagoons or estuaries of national property, uncovered by natural causes or by artificial works;<br>VI.  The islands that exist or that are formed in the | ***Artículo 113.*** *La administración de los siguientes bienes nacionales queda a cargo de "la Comisión":*<br><br>I.   *Las playas y zonas federales, en la parte correspondiente a los cauces de corrientes en los términos de la presente Ley;*<br>II.  *Los terrenos ocupados por los vasos de lagos, lagunas, esteros o depósitos naturales cuyas aguas sean de propiedad nacional;*<br>III. *Los cauces de las corrientes de aguas nacionales;*<br>IV.  *Las riberas o zonas federales contiguas a los cauces de las corrientes y a los vasos o depósitos de propiedad nacional, en los términos previstos por el Artículo 3 de esta Ley;*<br>V.   *Los terrenos de los cauces y los de los vasos de lagos, lagunas o esteros de propiedad nacional, descubiertos por causas naturales o* |

| | |
|---|---|
| vessels of the lakes, lagoons, estuaries, dams and deposits or in the beds of streams of national property, except for those that are formed when a stream segregates lands of individuals, *ejido* or communal property; and<br>VII. The works of hydraulic infrastructure franchised by the federal government, such as dams, dykes, vessels, channels, drains, levees, ditches, aqueducts, irrigation districts or units and other built for the exploitation, use, enjoyment, flood control and management of national waters, with the lands that are occupied and the protection zones, in the extension that in each case is set by "the Commission".<br><br>In the cases of sections IV, V and VII the administration of the assets, when it corresponds, will be performed in coordination with the Federal Commission of Electricity. | *por obras artificiales;*<br>VI. *Las islas que existen o que se formen en los vasos de lagos, lagunas, esteros, presas y depósitos o en los cauces de corrientes de propiedad nacional, excepto las que se formen cuando una corriente segregue terrenos de propiedad particular, ejidal o comunal, y*<br>VII. *Las obras de infraestructura hidráulica financiadas por el gobierno federal, como presas, diques, vasos, canales, drenes, bordos, zanjas, acueductos, distritos o unidades de riego y demás construidas para la explotación, uso, aprovechamiento, control de inundaciones y manejo de las aguas nacionales, con los terrenos que ocupen y con las zonas de protección, en la extensión que en cada caso fije "la Comisión".*<br><br>*En los casos de las fracciones IV, V y VII la administración de los bienes, cuando corresponda, se llevará a cabo en coordinación con la Comisión Federal de Electricidad.* |

| Regulations for the Use and Enjoyment of the Territorial Sea, Waterways, Beaches, Federal Maritime Terrestrial Zone and Lands Gained from the Sea | *Reglamento para el Uso y Aprovechamiento del Mar Territorial, Vías Navegables, Playas, Zona Federal Marítimo Terrestre y Terrenos Ganados al Mar* |
|---|---|
| **Article 5.** The beaches, the federal maritime terrestrial zone and the lands gained From the sea or any other deposit created by maritime waters, are assets of the public domain of the Federation, inalienable and not subject to the statute of limitations and while its legal situation is not modified, they cannot be object of an action reclaiming ownership or of definitive or provisional possession.<br><br>It corresponds to the Ministry *(Ministry of Environment and Natural Resources)* to possess, administrate, control and watch over the assets referred to in this article with exception of those that are located within the ports, or that are used as shipyard, shipways, dams for naval repair workshops, docks and the other facilities to | *Artículo 5. Las playas, la zona federal marítimo terrestre y los terrenos ganados al mar, o a cualquier otro depósito que se forme con aguas marítimas, son bienes de dominio público de la Federación, inalienables e imprescriptibles y mientras no varíe su situación jurídica, no están sujetos a acción reivindicatoria o de posesión definitiva o provisional.*<br><br>*Corresponde a la Secretaría poseer, administrar, controlar y vigilar los bienes a que se refiere este artículo, con excepción de aquellos que se localicen dentro del recinto portuario, o se utilicen como astilleros, varaderos, diques para talleres de reparación naval, muelles, y demás instalaciones a que se refiere la Ley de Navegación y Comercio Marítimos; en* |

| | |
|---|---|
| which the Navigation and Maritime Commerce Law refer to; cases in which the Ministry of Communications and Transportations is competent. | *estos casos la competencia corresponde a la Secretaría de Comunicaciones y Transportes.* |
| **Article 22.** The Ministry through the corresponding agreement will destine to the service of the agencies and entities of the Federal Public Administration, of the state and municipal governments, the areas of federal maritime terrestrial zone or of lands gained from the sea or to any other deposit of maritime waters that are required to be used, enjoy or exploit.<br><br>The agencies or entities of the Federal Public Administration or of the state or municipal governments, that for the compliance of the public objectives under their charge require that the areas of federal maritime terrestrial zone or of lands gained from the sea or to any other deposit of maritime waters that are destined to their service, shall submit written application before the Ministry, establishing the area that is required, as well as the use, enjoyment or exploitation that will be given to them, attaching a localization sketch of the same, as well as the projects and blue prints of the works to be performed and other requirements that according to laws and regulations are necessary. | ***Artículo 22.*** *La Secretaría mediante el acuerdo correspondiente, destinará al servicio de las dependencias y entidades de la Administración Pública Federal, de los gobiernos estatales o municipales, las áreas de zona federal marítimo terrestre o de terrenos ganados al mar o a cualquier otro depósito de aguas marítimas que se requieran usar, aprovechar o explotar.*<br><br>*Las dependencias o entidades de la Administración Pública Federal o de los gobiernos de los estados o de los municipios, que para el cumplimiento de los fines públicos a su cargo requieran se destinen a su servicio áreas de zona federal marítimo terrestre o de terrenos ganados al mar o a cualquier otro depósito de aguas marítimas, deberán presentar solicitud escrita a la Secretaría, precisando el área que requieran, así como el uso, aprovechamiento o explotación que vayan a darles, anexando croquis de localización de las mismas, así como los proyectos y planos de las obras a ejecutarse y demás requisitos que conforme a la leyes y reglamentos sean necesarios.* |
| **Article 35.** The concessions, destinations or permits do not create proprietary rights in favor of their holders, they only grant the right to use, enjoy or exploit the federal maritime terrestrial zone, lands gained from the sea or any other deposit of maritime waters, in terms of the Law and these Regulations. | ***Artículo 35.*** *Las concesiones, destinos o permisos no crean derechos reales en favor de sus titulares,*<br>*únicamente otorgan el derecho de usar, aprovechar o explotar la zona federal marítimo terrestre, terrenos ganados al mar o a cualquier otro depósito de aguas marítimas, en los términos de la Ley y este Reglamento.* |
| **Article 36.** The Ministry will supervise that the use, enjoyment or exploitation of the assets referred to by these Regulations, adjust to the enforceable dispositions regarding urban development, ecology, as | ***Artículo 36.*** *La Secretaría vigilará que el uso, aprovechamiento o explotación de los bienes a que se refiere este reglamento, se ajuste a las disposiciones vigentes sobre desarrollo urbano, ecología, así como a los* |

| | |
|---|---|
| well as to the guidelines that are established by the master programs of control and enjoyment of the federal maritime terrestrial zone. | *lineamientos que establezcan los programas maestros de control y aprovechamiento de la zona federal marítimo terrestre.* |
| **Article 38.** The lands gained from the sea or from any other deposit of maritime waters are assets of the public domain of the Federation, inalienable and not subject to the statute of limitations and while its legal situation is not modified, they cannot be object of an action reclaiming ownership or of definitive or provisional possession, with exception of what the Law *(General Law of National Assets)* and these Regulations set forth.<br><br>The lands referred to in this article will be under the control, administration and vigilance of the Ministry *(Ministry of Environment and Natural Resources).* | ***Artículo 38.*** *Los terrenos ganados al mar o a cualquier otro depósito de aguas marítimas son bienes de dominio público de la Federación, inalienables e imprescriptibles y mientras no varíe su situación jurídica, no podrán ser objeto de acción reivindicatoria o de posesión definitiva o provisional por parte de particulares, salvo lo que dispongan la Ley y el presente Reglamento.*<br><br>*Los terrenos a que se refiere este artículo estarán bajo el control, administración y vigilancia de la Secretaría.* |

| **Sustainable Fisheries and Aquaculture General Law** | ***Ley General de Pesca y Acuacultura Sustentables*** |
|---|---|
| **Article 8.** The following are faculties of the Ministry *(Ministry of Agriculture, Livestock, Rural Development, Fisheries and Food)*:<br><br>I.    Regulate, promote and administrate the enjoyment of the fisheries and aquaculture resources;<br>[…] | ***Artículo 8.*** *Corresponde a la Secretaría el ejercicio de las siguientes facultades:*<br><br>I.    *Regular, fomentar y administrar el aprovechamiento de los recursos pesqueros y acuícolas;*<br>*[...]* |
| **Article 9.** According to the established by the Organic Law of the Federal Public Administration, the SEMARNAT *(Ministry of Environment and Natural Resources for its acronym in Spanish)* will coordinate with the Ministry *(Ministry of Agriculture, Livestock, Rural Development, Fisheries and Food)* to comply with this Law, in matters of preservation and restoration of the ecological balance and the preservation of the environment, particularly:<br><br>[…] | ***Artículo 9.*** *De acuerdo con lo previsto en la Ley Orgánica de la Administración Pública Federal, la SEMARNAT se coordinará con la Secretaría para el cumplimiento de los objetivos previstos en la presente Ley, en materia de preservación, restauración del equilibrio ecológico y la protección del ambiente, particularmente, en los siguientes aspectos:*<br><br>*[...]*<br>IV.    *En el ámbito de su competencia llevar a cabo la inspección y vigilancia de* |

| | |
|---|---|
| IV. Within its faculties, to carry out the inspection and vigilance of the aquaculture and fisheries activities, as well as to coordinate with the Ministry of Navy, according to the applicable legal dispositions;<br>V. Promote areas of protection, restoration, rehabilitation and conservation of coastal ecosystems, as well as lagoon and inland waters ecosystems, as foreseen by the General Law of Ecological Equilibrium and Protection of the Environment;<br>[…] | *las actividades pesqueras y acuícolas y coordinarse con la Secretaría o la Secretaría de Marina, de conformidad con las disposiciones legales aplicables;*<br>V. *Fomentar, promover áreas de protección, restauración, rehabilitación y conservación de los ecosistemas costeros, lagunarios y de aguas interiores, en los términos establecidos en la Ley General del Equilibrio Ecológico y la Protección al Ambiente;*<br>*[...]* |
| **Article 124.** To verify and attest the compliance with this Law its Regulations and the Mexican official standards, the Ministry *(Ministry of Agriculture, Livestock, Rural Development, Fisheries and Food)* will perform the inspection and vigilance acts, throughout duly authorized personnel with the assistance of the Ministry of Navy when required. | ***Artículo 124.*** *Para verificar y comprobar el cumplimiento de esta Ley, sus disposiciones reglamentarias, las normas oficiales que de ella deriven, la Secretaría realizará los actos de inspección y vigilancia, por conducto de personal debidamente autorizado y con la participación de la Secretaría de Marina en los casos en que corresponda.* |
| **Article 133.** Violations to this Law, its regulations and applicable official standards deriving From them, set forth in the previous article *(infractions to the Law)*, shall be object of administrative sanctions imposed by the Ministry *(Ministry of Agriculture, Livestock, Rural Development, Fisheries and Food).* | ***Artículo 133.*** *Las infracciones a los preceptos de esta Ley, sus reglamentos y las normas oficiales mexicanas que de ella deriven, señaladas en el artículo anterior, serán sancionadas administrativamente por la Secretaría [...].* |

| General Wildlife Law | *Ley General de Vida Silvestre* |
|---|---|
| **Article 9.** The faculties of the Federation are as follows<br>[…]<br>VI. The attention of the matter related to conservation and sustainable enjoyment of the national wildlife, in those cases in which the acts originated in the territory or areas under the sovereignty and jurisdiction of other countries, or in areas beyond the jurisdiction of any | ***Artículo 9.*** *Corresponde a la Federación:*<br>*[...]*<br>VI. *La atención de los asuntos relativos a la conservación y aprovechamiento sustentable de la vida silvestre nacional, en los casos de actos originados en el territorio o zonas sujetas a la soberanía y jurisdicción de otros países, o en zonas que estén más allá de la jurisdicción de cualquier país, que* |

| | |
|---|---|
| country, might affect the national wildlife.<br>[...] | *pudieran afectar la vida silvestre nacional.*<br>*[...]* |

| Jurisprudence and Isolated Thesis | *Jurisprudencia y Tesis Aisladas* |
|---|---|
| **Fifth Period**<br>**Register: 316238**<br>**Instance: Second Chamber**<br>**Isolated Thesis**<br>**Source:    CXXIX Federal Judicial Weekly Review**<br>**Subject(s): Administrative**<br>**Thesis:**<br>**Page: 721** | *Quinta Época*<br>*Registro: 316238*<br>*Instancia: Segunda Sala*<br>*Tesis Aislada*<br>*Fuente: Semanario Judicial de la Federación CXXIX*<br>*Materia(s): Administrativa*<br>*Tesis:*<br>*Página:  721* |
| **FEDERAL PUBLIC DOMAIN ASSETS; INVASION BY STATE GOVERNMENTS OF THE POWERS RESERVED TO FEDERAL BRANCHES REGARDING THE LEVYING OF TAXES.**<br>*When Article 1, Sub-section XI, of the 1955 State of Jalisco Income Law levied a yearly tax of $15.00 per hectare on lease contracts - regarding lots on the federal zone of Lake Chapala - entered into by the Claimants and the Federation, the tax was necessarily applied to assets that are the object of the contracts because the tax refers to the use and exploitation of the leased plots of land.  The tax presupposes that the State of Jalisco has possession over the land, which is the object of the lease contracts.  Thus, the provisions in the aforementioned Income Law represent an invasion of the powers reserved to the Federation.  Indeed, according to Article 5, General Law of National Assets, public domain assets are exclusively subject to the jurisdiction of Federal branches, and States cannot levy taxes on them in any way whatsoever; and there is no controversy regarding the fact that the assets in question are of Federal public* | ***BIENES DE DOMINIO DE LA FEDERACION, INVASION POR LOS GOBIERNOS DE LOS ESTADOS DE LAS FACULTADES RESERVADAS A LOS PODERES FEDERALES CUANDO SE GRAVAN CON IMPUESTOS LOS.***<br>*Al gravar el artículo 1o., fracción XI, de la Ley de Ingresos del Estado de Jalisco de 1955, con un impuesto de $15.00 por hectárea, al año, los contratos de arrendamiento celebrados por los quejosos y la Federación, de los lotes de la zona federal del vaso del lago de Chapala, el impuesto recae, necesariamente, sobre los bienes mismos, objeto de tales contratos, puesto que se refiere, en último término, al uso y goce de las tierras arrendadas, al ser necesario presupuesto del mismo la posesión de aquéllas, objeto de los contratos de arrendamiento respectivos. Por esto, las disposiciones de la citada Ley de Ingresos que se reclaman, implican una invasión de facultades reservadas a la Federación; pues, en efecto, conforme al artículo 5o. de la Ley General de Bienes Nacionales, los bienes de dominio público están sometidos exclusivamente a la jurisdicción de los poderes federales, sin que los Estados puedan gravarlos en ninguna forma; y no hay controversia acerca de que los bienes en cuestión sean del dominio público de la Federación y de uso común, en los términos de los artículos 2o., fracción I y 17, fracción V, de la propia ley invocada.* |

| | |
|---|---|
| *domain and common use, under the terms of Article 2, Sub-section I and Article 17, Sub-section V of the cited law.* | |
| **Ninth Period**<br>**Thesis:**          **2ª. C/96/ Isolated Thesis (Constitutional)**<br>**Register: 200515**<br>**Location:     Federal     Weekly     Legal Review, and its Gazette.     Book IV, November 1996, Page 243.**<br>**Source:          Second          Chamber, Mexican Supreme Court of Justice** | *Novena Época*<br>*Tesis: 2a. C/96*<br>*Registro: 200515*<br>*Ubicación: Semanario Judicial de la Federación y su Gaceta. Libro IV, Noviembre 1996. Página 243.*<br>*Fuente: Segunda Sala, Suprema Corte de Justicia de la Nación.* |
| **FEDERAL     AND     LOCAL     LEGAL REGIMES,          THEIR          VALIDITY SCOPE.**<br>Articles     42     through     48,     Federal Constitution, establish the parts that integrate the Federation and the national territory, the latter being composed by continental territory, insular territory, territorial sea, continental shelf and submarine shelf, wherefrom not only geographical continuity results but also continuity of the territorial scope of validity of Federal legislation. The same notion of continuity is triggered with regard to local States and Mexico City, where, by reasons of territory, only local jurisdiction applies under Article 121, Constitution. This reveals the importance of boundaries and borders, because their geographical location indicates where the territory of a State, or of Mexico City, begins and ends, for the purpose of establishing where the territorial scope of validity of a legal order begins and ends. In turn, this determines the space where a corresponding public authority may exert its powers. | *REGIMENES JURIDICOS FEDERAL Y LOCAL. SU AMBITO DE VALIDEZ.*<br>*Los artículos 42 a 48 de la Constitución Federal, establecen las partes que integran la Federación y el territorio nacional, conformado éste por territorio continental, territorio insular, mar territorial, plataforma continental y zócalos submarinos, de lo que se deriva un carácter de continuidad, no sólo geográfico, sino también del ámbito espacial de validez del orden jurídico de la Federación. Esta misma noción de continuidad se actualiza con relación a las entidades federativas y el Distrito Federal, respecto de los cuales, por razón de territorio, consecuentemente, sólo se surte la competencia local en términos de lo dispuesto por el artículo 121 constitucional, aspecto que revela la importancia que tienen los límites o fronteras, dado que su determinación geográfica permite saber dónde comienza y en qué lugar acaba el territorio de un Estado federado o del Distrito Federal, para establecer el principio y el fin del ámbito espacial de validez de su orden jurídico, lo cual se traduce, a su vez, en aquel espacio en el que el poder público correspondiente podrá ejercer sus funciones.* |
| **Tenth Period**<br>**Thesis:          P. /J.15/2012(9ª)**<br>**Register: 160028**<br>**Location:     Federal     Weekly     Legal Review, and its Gazette.     Book X, July 2012, Page 346.** | *Décima Época*<br>*Tesis: P./J.15/2012(9ª)*<br>*Registro: 160028*<br>*Ubicación: Semanario Judicial de la Federación y su Gaceta. Libro X, Julio de 2012. Página 346.*<br>*Fuente: Pleno, Suprema Corte de Justicia de la* |

| | |
|---|---|
| **Source:      Plenary,      Mexican Supreme Court of Justice.**<br><br>**PROTECTION        OF        THE ENVIRONMENT            AND PRESERVATION            AND RESTORATION OF ECOLOGICAL BALANCE. THE FEDERAL, STATE AND MUNICIPAL GOVERNMENTS HAVE CONCURRENT FACULTIES IN THIS MATTER, IN TERMS OF THE GENERAL LAW THAT THE LEGISLATIVE FEDERAL ORGAN ISSUES.**<br>Article 73, section XXIX-G of the Political Constitution of the Mexican United States empowers the Congress of the Union for issuing laws that establish the concurrency of the Federal, State and Municipal Governments, in the scope of the     corresponding     competences,     in matters of environmental protection and preservation    and    restoration    of    the ecological balance, regime of concurrency that will be matter of the general law that the legislative federal organ issues, in which,       among       other       matters,       the competences that to each correspond shall be distributed. This way, the Federation has a power of direction of the matter expressed, in a primary manner, in the capacity of issuing laws that distribute competences among the three government levels and define, at all case, the type of coordination   or   collaboration   relations that shall be established. | *Nación.*<br><br>*PROTECCIÓN      AL      AMBIENTE      Y PRESERVACIÓN   Y   RESTAURACIÓN   DEL EQUILIBRIO ECOLÓGICO. LOS GOBIERNOS FEDERAL,      ESTATALES      Y      MUNICIPALES TIENEN FACULTADES CONCURRENTES EN ESTA MATERIA, EN TÉRMINOS DE LA LEY GENERAL     QUE     EXPIDA     EL     ÓRGANO LEGISLATIVO FEDERAL.*<br>*El artículo 73, fracción XXIX-G, de la Constitución Política de los Estados Unidos Mexicanos faculta al Congreso de la Unión para expedir leyes que establezcan la concurrencia de los Gobiernos Federal, Estatal y Municipal, en el ámbito de sus respectivas competencias, en materia de protección al ambiente y de preservación y restauración del equilibrio ecológico, régimen de concurrencia que será materia de la ley general que expida el órgano legislativo federal, en la que, entre otras cuestiones, habrán de distribuirse las competencias que a cada uno correspondan. De este modo, la Federación tiene un poder de dirección en la materia que se manifiesta, de forma primaria, en la capacidad de expedir leyes que distribuyan competencias entre los tres niveles de gobierno y definan, en todo caso, el    tipo    de    relaciones    de    coordinación    o colaboración que habrán de entablarse.* |
| ***Ninth Period***<br>***Thesis:         P. /J.40/2006***<br>***Constitutional Jurisprudence***<br>***Register: 175694***<br>***Location: Federal Judicial Weekly Review and its Gazette, Book XXIII, March 2006. Page 1483***<br>***Era:    Ninth Period***<br>***Source:        Plenary of the Mexican Supreme Court of Justice*** | ***Novena Época***<br>***Tesis: P./J.40/2006 Jurisprudencia Constitucional***<br>***Registro: 175694***<br>***Ubicación: Semanario Judicial de la Federación y su Gaceta, Libro XXIII, Marzo de 2006.***<br>***Página 1483.***<br>***Época: Novena***<br>***Fuente: Pleno de la Suprema Corte de Justicia de la Nación.*** |

**SUBTERRANEAN WATERS ARE UNDER FEDERAL JURISDICTION WITH REGARD TO THEIR REGULATION, USE OR EXPLOITATION, INCLUDING EXTRACTION OR DISCHARGE.**

Article 27, Paragraph Five and Six, and Article 73, Paragraph XVII and XXIX, Sub- section 2, of the Political Constitution of the United Mexican States, establish which waters are the Nation's property; that subterranean waters may be artificially brought to the surface, and be appropriated by the landowners. But when public interest demands it, the Federal Executive may regulate the extraction and use of waters, and establish prohibition zones; that the dominium by the Nation over waters is inalienable and not subject to statute of limitation, and that the exploitation and use of waters by individuals or companies constituted under Mexican law require a concession granted by the Federal Executive. Likewise, it is the Federal Congress's responsibility to issue laws on the use and exploitation of waters under federal jurisdiction, and establish fees for the exploitation of that natural resource. For their part, Congress issued the National Waters Act to regulate the use and exploitation of waters.  Article 3, Article 4 and Article 91 of said Act establish which waters are waste waters; that their management corresponds to the Federal Executive, who shall exercise it directly or through the National Waters Commission; and that recharge or infiltration of waste waters to replenish water tables requires the Commission's authorization and must comply with the Official Mexican Standards issued on the matter.  Therefore, and based on the foregoing, the regulation of the use and exploitation of subterranean waters,

*AGUAS DEL SUBSUELO. ES COMPETENCIA FEDERAL REGULAR SU EXPLOTACIÓN, USO O APROVECHAMIENTO, INCLUYENDO SU EXTRACCIÓN O DESCARGA.*

*Los artículos 27, quinto y sexto párrafos y 73, fracciones XVII y XXIX, inciso 2o., de la Constitución Política de los Estados Unidos Mexicanos, establecen cuáles son las aguas propiedad de la Nación; que las aguas del subsuelo podrán alumbrarse libremente mediante obras artificiales y apropiarse por el dueño del terreno, pero cuando lo exija el interés público el Ejecutivo Federal podrá reglamentar su extracción y utilización, así como establecer zonas vedadas; que el dominio de la Nación sobre las aguas es inalienable e imprescriptible y que su explotación, uso o aprovechamiento por parte de particulares o por sociedades constituidas conforme a las leyes mexicanas, requerirá de concesión otorgada por el Ejecutivo Federal; asimismo, que corresponde al Congreso de la Unión expedir leyes sobre el uso y aprovechamiento de las aguas de jurisdicción federal y establecer contribuciones sobre el aprovechamiento y explotación de ese recurso natural. Por su parte, dicho Congreso, en ejercicio de sus facultades, expidió la Ley de Aguas Nacionales para regular dichos uso y aprovechamiento, cuyos artículos 3o., 4o., y 91 determinan cuáles son las aguas residuales; que su administración corresponde al Ejecutivo Federal, quien la ejercerá directamente o a través de la Comisión Nacional del Agua, y que su recarga o infiltración para recargar acuíferos requiere permiso de la Comisión y ajustarse a las Normas Oficiales Mexicanas que al efecto se emitan. Atento a lo anterior, se concluye que es competencia federal regular la explotación, uso o aprovechamiento de las aguas del subsuelo, incluyendo su extracción y descarga o infiltración de aguas residuales para recargar acuíferos.*

| | |
|---|---|
| including their extraction and discharge, or the infiltration of waste waters to replenish water tables is under Federal jurisdiction. | |

| Bibliography | Bibliografía |
|---|---|
| Black's Law Dictionary; Centennial Edition. | *Diccionario Black's Law; Edición Centenaria.* |
| Raul Brañes "MANUAL OF MEXICAN ENVIRONMENTAL LAW"; Ed. Fondo de Cultura Economica. Mexico 2000. | *Raúl Brañes "Manual de Derecho Ambiental Mexicano"; Editorial Fondo de Cultura Económica. México 2000.* |

\*\*\*

In addition, pursuant to Federal Rule of Civil Procedure ("Rule") 26(a)(2)(A), and the Court's June 18, 2012 Order [Regarding Discovery Deadlines] (Rec. Doc. No. 6702), BP hereby discloses that it may call Leopoldo Burguete-Stanek to render an opinion regarding whether the Mexican States of Tamaulipas, Veracruz, and Quintana Roo have a proprietary interest in certain natural resources.[2] On October 29, 2012, BP served Mr. Burguete-Stanek's Rule 26(b)(2)(B) expert report.[3] BP refers to this report for additional information regarding Mr. Burguete-Stanek's opinion.

BP reserves the right to amend and supplement this disclosure. BP makes this disclosure subject to and without waiver of the attorney-client, work-product, or any other applicable privilege.

---

[2] Per the Court's June 18th Order, this disclosure is limited to the "'targeted discovery' called for by Judge Barbier relat[ing] solely to the briefing of the legal issue of whether Mexican States have a justiciable claim." (Rec. Doc. 6702 at 2.)

[3] According to the Court's September 11, 2012 Order (Rec. doc. 7367), expert reports regarding the Mexican States' proprietary interests were scheduled to be served on October 26, 2012. Subsequently, the Mexican States requested, and Defendants did not oppose, an extension until October 29, 2012 to exchange expert reports.

DATED: November 6, 2012

Respectfully submitted,


/s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey
J. Andrew Langan
Catherine L. Fitzpatrick
Elizabeth A. Larsen
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

and

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

and

Allison B. Rumsey
Juan Trujillo
Zachary Fayne
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for BP Exploration & Production Inc.*

27

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing response has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this 6th day of November, 2012.

<u>/s/ Don K. Haycraft</u>

28