IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| 12-cv-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | * | MAGISTRATE JUDGE SHUSHAN |

[PROPOSED] ORDER

**IT IS HEREBY ORDERED** the Joint Motion to Revise Investment Criteria for Funds Held by Settlement Trust submitted by Class Counsel and BP with the concurrence of the Claims Administrator is granted.

Accordingly, the investment criteria for funds held by the Settlement Trust, set forth in Section 5.12.1.6.1 of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (the "Settlement Agreement," Rec. Doc. 6430), are revised to permit the total amount of cash that may be invested in any single United States government money market fund to be the lesser of $300 million or 5 percent of such money market fund's total assets. The Lead Paying Agent is also authorized, under the Paying Agent Agreement, to invest funds received no later than the next business day after receipt or as soon thereafter as is reasonably practicable in instances where additional contributions or other new cash proceeds are received by the Lead Paying Agent on a Business Day in which it is not practical to invest such cash proceeds, in whole or in part, prior to applicable investment cut-off times.

New Orleans, Louisiana, this ___ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE