IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*Nos. 10-4239; 10-4240; 10-4241* | * * * * | Judge Barbier<br><br>Magistrate Judge Shushan |

**MOTION OF DEFENDANT CAMERON FOR COMPLETE
SUMMARY JUDGMENT IN THE MEXICAN STATES' CASES**

In accordance with this Court's Order, Doc. 7367, Cameron International Corporation ("Cameron") respectfully moves for complete summary judgment in the cases brought by the Mexican States of Veracruz, Tamaulipas, and Quintana Roo (Nos. 10-4239, 10-4240, and 10-4241) on the ground that the three Mexican States do not have an actionable proprietary interest in the matters asserted against Cameron in their complaints.

Cameron respectfully submits the accompanying brief in support of this motion.

WHEREFORE, Cameron respectfully requests that this Court grant summary judgment in Cameron's favor denying all relief sought by the Mexican States.

1

1113409v1

Respectfully submitted,

| | |
|---|---|
| | /s/ Phillip A. Wittmann |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|  dbeck@beckredden.com |  pwittmann@stonepigman.com |
| Joe W. Redden, Jr. | Carmelite M. Bertaut, 3054 |
|  jredden@beckredden.com |  cbertaut@stonepigman.com |
| David W. Jones | Jared Davidson, 32419 |
|  djones@beckredden.com |  jdavidson@stonepigman.com |
| Geoffrey Gannaway | STONE PIGMAN WALTHER |
|  ggannaway@beckredden.com |  WITTMANN L.L.C. |
| BECK REDDEN LLP | 456 Carondelet Street |
| One Houston Center | New Orleans, Louisiana  70130 |
| 1221 McKinney St., Suite 4500 | Phone: (504) 581-3200 |
| Houston, TX  77010 | Fax: (504) 581-3361 |
| Phone:  (713) 951-3700 | |
| Fax:  (713) 951-3720 | |

*Attorneys for Cameron International Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion of Defendant Cameron for Complete Summary Judgment in the Mexican States' Cases has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January, 2013.

                                                                           /s/ Phillip A. Wittmann