

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS
Última Reforma DOF 15-10-2012

# CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS

Constitución publicada en el Diario Oficial de la Federación el 5 de febrero de 1917

**TEXTO VIGENTE**
Última reforma publicada DOF 15-10-2012

El C. Primer Jefe del Ejército Constitucionalista, Encargado del Poder Ejecutivo de la Nación, con esta fecha se ha servido dirigirme el siguiente decreto:

**VENUSTIANO CARRANZA**, Primer Jefe del Ejército Constitucionalista, Encargado del Poder Ejecutivo de los Estados Unidos Mexicanos, hago saber:

Que el Congreso Constituyente reunido en esta ciudad el 1o. de diciembre de 1916, en virtud del decreto de convocatoria de 19 de septiembre del mismo año, expedido por la Primera Jefatura, de conformidad con lo prevenido en el artículo 4o. de las modificaciones que el 14 del citado mes se hicieron al decreto de 12 de diciembre de 1914, dado en la H. Veracruz, adicionando el Plan de Guadalupe, de 26 de marzo de 1913, ha tenido a bien expedir la siguiente:

## CONSTITUCION POLITICA DE LOS ESTADOS UNIDOS MEXICANOS QUE REFORMA LA DE 5 DE FEBRERO DE 1857

### Título Primero

### Capítulo I
### De los Derechos Humanos y sus Garantías

**Artículo 1o.** En los Estados Unidos Mexicanos todas las personas gozarán de los derechos humanos reconocidos en esta Constitución y en los tratados internacionales de los que el Estado Mexicano sea parte, así como de las garantías para su protección, cuyo ejercicio no podrá restringirse ni suspenderse, salvo en los casos y bajo las condiciones que esta Constitución establece.

Las normas relativas a los derechos humanos se interpretarán de conformidad con esta Constitución y con los tratados internacionales de la materia favoreciendo en todo tiempo a las personas la protección más amplia.

Todas las autoridades, en el ámbito de sus competencias, tienen la obligación de promover, respetar, proteger y garantizar los derechos humanos de conformidad con los principios de universalidad, interdependencia, indivisibilidad y progresividad. En consecuencia, el Estado deberá prevenir, investigar, sancionar y reparar las violaciones a los derechos humanos, en los términos que establezca la ley.

Está prohibida la esclavitud en los Estados Unidos Mexicanos. Los esclavos del extranjero que entren al territorio nacional alcanzarán, por este solo hecho, su libertad y la protección de las leyes.

Queda prohibida toda discriminación motivada por origen étnico o nacional, el género, la edad, las discapacidades, la condición social, las condiciones de salud, la religión, las opiniones, las preferencias sexuales, el estado civil o cualquier otra que atente contra la dignidad humana y tenga por objeto anular o menoscabar los derechos y libertades de las personas.

**Artículo 2o.** La Nación Mexicana es única e indivisible.

Exhibit A