# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Talley, Christopher | 10/03/12 | 120714 |
| Keilman, Kenneth | 10/05/12 | 120717 |
| Blount, Donald Edward | 10/09/12 | 120773 |
| Cannon, Carl C. | 10/09/12 | 120774 |
| Howle, Danny | 10/10/12 | 120781 |
| Keahey, Charles M. | 10/10/12 | 120782 |
| Burage, Larry E. | 10/10/12 | 120783 |
| Bush, Earnest | 10/10/12 | 120784 |
| Carrigan, Michael (AMENDED) | 10/24/12 | 120830 |
| Dickey, Paul (AMENDED) | 10/26/12 | 120860 |
| VS Fisher Company, Inc. | 10/26/12 | 120864 |
| Ozona Aquatics, Inc. | 11/02/12 | 120937 |
| Williams, Vernell Vincent | 11/02/12 | 120942 |
| Sullivan, Leo Wade | 11/02/12 | 120943 |
| Elebash Jewelry Company | 11/06/12 | 120991 |
| Hayden, Lisa | 11/08/12 | 121001 |
| Johnson, Eddie L. | 11/08/12 | 121004 |
| Miss Becky Seafood Inc. | 11/09/12 | 121031 |
| Estate of John Bosarge | 11/14/12 | 121184 |
| Manzy, Kevin O. | 11/14/12 | 121188 |
| McDonald, Lionel | 11/14/12 | 121190 |
| Norwood, Clifford A. Sr. | 11/14/12 | 121192 |
| Campbell, LaGretta L. | 11/14/12 | 121193 |
| Andry, Rudolph | 11/14/12 | 121194 |
| Chalker, Clinton | 11/14/12 | 121195 |
| Edwards, Angel R. | 11/14/12 | 121197 |
| Harris, Larry D. | 11/14/12 | 121199 |
| Hunt, Carlas | 11/14/12 | 121202 |
| Robinson-Lacy, Brenda J. | 11/14/12 | 121209 |
| A.L. Marine, Inc. | 11/16/12 | 121231 |
| Campbell, Paul | 11/29/12 | 121247 |
| Reda, Kenneth W. | 12/06/12 | 121326 |
| Corrigan, James | 12/18/12 | 121427 |
| Junot Construction, Inc. | 12/19/12 | 121790 |