UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section:  J |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771*<br><br>_____ / | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Buras, Ryan | 10/02/12 | 120711 |
| Old Spanish Trail Corporation | 10/10/12 | 120776 |
| Lifetime Dock and Lumber, Inc. | 10/10/12 | 120777 |
| Superior Hospitality Management, LLC | 10/12/12 | 120786 |
| Guidry, David G. | 10/12/12 | 120787 |
| ST Sparks Construction, Inc. | 10/16/12 | 120793 |
| Beck, Robert A. | 10/18/12 | 120812 |
| Vodopija, Gerald M. | 10/19/12 | 120814 |
| Guey, Stuart | 10/19/12 | 120815 |
| Guey, Stuart Guey DDS | 10/19/12 | 120816 |
| Mandy's Mer-Maid Cleaning Service, LLC | 10/23/12 | 120823 |
| LaValla, Samuel A. (AMENDED) | 10/24/12 | 120825 |
| AMF Construction Services, LLC | 10/24/12 | 120827 |
| Fournier, Thomas A. | 10/24/12 | 120828 |
| Hometown Heroes of the South | 10/24/12 | 120829 |
| Delesdernier, Ira | 10/25/12 | 120846 |
| Breland, Clarence M. | 10/25/12 | 120847 |
| Petkovich, Louis | 10/25/12 | 120848 |
| Cortez, Daniel Jude | 10/25/12 | 120849 |
| Friedman, Joshua David | 10/25/12 | 120850 |
| Lupis, Mateo | 10/26/12 | 120858 |
| Pham, Nga T. | 10/26/12 | 120859 |
| Loga, Scott A. | 10/26/12 | 120861 |
| Loga, Emerson P. III | 10/26/12 | 120862 |
| Campbell, Shari A. | 10/26/12 | 120863 |
| Rojas, Gordon Vincent | 10/31/12 | 120897 |
| Bilcic, Ingrid Bojic | 11/01/12 | 120899 |
| Dalmatia, Inc. | 11/01/12 | 120900 |
| Spalato, Inc. | 11/01/12 | 120901 |
| Rose Bay Oyster Company | 11/01/12 | 120902 |
| Jiminez, Virgilio Ramon | 11/01/12 | 120903 |
| Shemper, Jeffrey Alan Jr. | 11/01/12 | 120904 |
| Barney, Richard A. | 11/01/12 | 120905 |
| Jurisich, Ruzica (AMENDED) | 11/01/12 | 120906 |
| Wolf, Jason E. | 11/01/12 | 120907 |
| Landry, Barbara M. | 11/02/12 | 120938 |
| Picnot, Lorraine B. | 11/02/12 | 120939 |
| Melancon, Richard J. Jr. | 11/02/12 | 120940 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Name | Date | Number |
|---|---|---|
| Odom, Sandra M. | 11/02/12 | 120941 |
| Theriot, Larry W. | 11/02/12 | 120944 |
| Ralow Services, Inc. | 11/02/12 | 120945 |
| Basco, Willliam Thomas | 11/08/12 | 121002 |
| Johnson, Leander M. | 11/08/12 | 121003 |
| Johnson, Gaby | 11/09/12 | 121029 |
| Triple L. Charters , LLC | 11/09/12 | 121030 |
| Landry, Lloyd L. III (AMENDED) | 11/09/12 | 121032 |
| Ballas, Barbara Alario | 11/13/12 | 121121 |
| Pham, Hoang | 11/13/12 | 121122 |
| Landry, Elton J. | 11/13/12 | 121123 |
| Marquette, Charles Francis III | 11/13/12 | 121124 |
| Seafresh Seafood Co. | 11/13/12 | 121125 |
| Sherman F. Raphael Marital Deduction Trust | 11/13/12 | 121126 |
| Waterfront Seafood, Inc. | 11/14/12 | 121183 |
| Emery's Seafood Market, Inc. | 11/14/12 | 121185 |
| Moran, Erik Eleion | 11/14/12 | 121189 |
| Territo, Bret Matthew | 11/14/12 | 121191 |
| Gabe's Auto Repair | 11/16/12 | 121230 |
| Emery's Shrimp Dock | 11/19/12 | 121232 |
| Gonzalez, Alberto | 11/19/12 | 121233 |
| Armand, Robert Anthony Sr. | 11/19/12 | 121234 |
| Angel, Noel Del | 11/19/12 | 121235 |
| Castillo, Pedro Lopez | 11/19/12 | 121236 |
| Mancia Suazo, Wilmer Antonio | 11/19/12 | 121237 |
| Cajun Maid, LLC | 11/19/12 | 121238 |
| Barnett, Robert M. (AMENDED) | 11/19/12 | 121239 |
| Estate of Toby Daisy | 11/19/12 | 121240 |
| Estate of Toby Daisy (AMENDED) | 11/29/12 | 121248 |
| Collins, Joanne O. | 12/04/12 | 121323 |
| Barrois, William S. | 12/06/12 | 121328 |
| Le, Don T. | 12/18/12 | 121433 |
| Key Largo Fisheries, Inc. dba Seafood & Bait | 12/19/12 | 121799 |
| Hill, Audra | 12/20/12 | 122032 |