# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Buras, Ryan | 10/02/12 | 120711 |
| Old Spanish Trail Corporation | 10/10/12 | 120776 |
| Lifetime Dock and Lumber, Inc. | 10/10/12 | 120777 |
| Superior Hospitality Management, LLC | 10/12/12 | 120786 |
| Guidry, David G. | 10/12/12 | 120787 |
| ST Sparks Construction, Inc. | 10/16/12 | 120793 |
| Beck, Robert A. | 10/18/12 | 120812 |
| Vodopija, Gerald M. | 10/19/12 | 120814 |
| Guey, Stuart | 10/19/12 | 120815 |
| Guey, Stuart Guey DDS | 10/19/12 | 120816 |
| Mandy's Mer-Maid Cleaning Service, LLC | 10/23/12 | 120823 |
| LaValla, Samuel A. (AMENDED) | 10/24/12 | 120825 |
| AMF Construction Services, LLC | 10/24/12 | 120827 |
| Fournier, Thomas A. | 10/24/12 | 120828 |
| Hometown Heroes of the South | 10/24/12 | 120829 |
| Delesdernier, Ira | 10/25/12 | 120846 |
| Breland, Clarence M. | 10/25/12 | 120847 |
| Petkovich, Louis | 10/25/12 | 120848 |
| Cortez, Daniel Jude | 10/25/12 | 120849 |
| Friedman, Joshua David | 10/25/12 | 120850 |
| Lupis, Mateo | 10/26/12 | 120858 |
| Pham, Nga T. | 10/26/12 | 120859 |
| Loga, Scott A. | 10/26/12 | 120861 |
| Loga, Emerson P. III | 10/26/12 | 120862 |
| Campbell, Shari A. | 10/26/12 | 120863 |
| Rojas, Gordon Vincent | 10/31/12 | 120897 |
| Bilcic, Ingrid Bojic | 11/01/12 | 120899 |
| Dalmatia, Inc. | 11/01/12 | 120900 |
| Spalato, Inc. | 11/01/12 | 120901 |
| Rose Bay Oyster Company | 11/01/12 | 120902 |
| Jiminez, Virgilio Ramon | 11/01/12 | 120903 |
| Shemper, Jeffrey Alan Jr. | 11/01/12 | 120904 |
| Barney, Richard A. | 11/01/12 | 120905 |
| Jurisich, Ruzica (AMENDED) | 11/01/12 | 120906 |
| Wolf, Jason E. | 11/01/12 | 120907 |
| Landry, Barbara M. | 11/02/12 | 120938 |
| Picnot, Lorraine B. | 11/02/12 | 120939 |
| Melancon, Richard J. Jr. | 11/02/12 | 120940 |

| Name | Date | Number |
|---|---|---|
| Odom, Sandra M. | 11/02/12 | 120941 |
| Theriot, Larry W. | 11/02/12 | 120944 |
| Ralow Services, Inc. | 11/02/12 | 120945 |
| Basco, Willliam Thomas | 11/08/12 | 121002 |
| Johnson, Leander M. | 11/08/12 | 121003 |
| Johnson, Gaby | 11/09/12 | 121029 |
| Triple L. Charters , LLC | 11/09/12 | 121030 |
| Landry, Lloyd L. III (AMENDED) | 11/09/12 | 121032 |
| Ballas, Barbara Alario | 11/13/12 | 121121 |
| Pham, Hoang | 11/13/12 | 121122 |
| Landry, Elton J. | 11/13/12 | 121123 |
| Marquette, Charles Francis III | 11/13/12 | 121124 |
| Seafresh Seafood Co. | 11/13/12 | 121125 |
| Sherman F. Raphael Marital Deduction Trust | 11/13/12 | 121126 |
| Waterfront Seafood, Inc. | 11/14/12 | 121183 |
| Emery's Seafood Market, Inc. | 11/14/12 | 121185 |
| Moran, Erik Eleion | 11/14/12 | 121189 |
| Territo, Bret Matthew | 11/14/12 | 121191 |
| Gabe's Auto Repair | 11/16/12 | 121230 |
| Emery's Shrimp Dock | 11/19/12 | 121232 |
| Gonzalez, Alberto | 11/19/12 | 121233 |
| Armand, Robert Anthony Sr. | 11/19/12 | 121234 |
| Angel, Noel Del | 11/19/12 | 121235 |
| Castillo, Pedro Lopez | 11/19/12 | 121236 |
| Mancia Suazo, Wilmer Antonio | 11/19/12 | 121237 |
| Cajun Maid, LLC | 11/19/12 | 121238 |
| Barnett, Robert M. (AMENDED) | 11/19/12 | 121239 |
| Estate of Toby Daisy | 11/19/12 | 121240 |
| Estate of Toby Daisy (AMENDED) | 11/29/12 | 121248 |
| Collins, Joanne O. | 12/04/12 | 121323 |
| Barrois, William S. | 12/06/12 | 121328 |
| Le, Don T. | 12/18/12 | 121433 |
| Key Largo Fisheries, Inc. dba Seafood & Bait | 12/19/12 | 121799 |
| Hill, Audra | 12/20/12 | 122032 |