# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | * | **MDL NO. 2179** |
| **DEEPWATER HORIZON in the** | | |
| **GULF OF MEXICO, on** | * | **SECTION: J** |
| **APRIL 20, 2010** | | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** *All Cases* | * | **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>AMENDED PRE-TRIAL ORDER NO. 54</u>

### [Regarding Pre-Trial Procedures for February 25, 2013 Phase One Trial]

Considering the decision to reschedule the Trial of Liability, Limitation, Exoneration, and Fault Allocation ("Trial") to February 25, 2013, the Court adopts the following schedule to memorialize previous rulings, manage the presentation of witnesses and evidence, and coordinate other trial issues. All orders issued by this Court prior to the postponement of the January 14, 2013 trial date remain in force unless specifically modified by the terms herein.

1.  <u>Witness Lists</u>.

A list of all "will" call and "may" call witnesses were filed by the parties on or before January 13, 2012 in preparation of the initial setting of the Phase One Trial. Per the February 10, 2012 WGC Order (Rec. Doc. 5719), if a party intends to release a witness who was served with a

subpoena, it must notify all parties prior to releasing  the witness so other parties have the opportunity to determine whether they want that witness to appear at trial.  Should a party decide to <u>remove</u> any witness from its previously filed Witness List, then a notice of such intention shall be filed no later than **January 4, 2013**.  Should a party decide to <u>add</u> a new witness at trial, then the party shall move for leave of court and make a showing of good cause no later than **January 4, 2013**.   Oppositions to notices of intent to remove a witness and/or to a party's motion for leave to add a witness must be filed no later than **January 11, 2013,** with any Reply due no later than **January 14, 2013**.

       2.       <u>**Exhibit List**</u>.

A list of all trial exhibits was filed by the parties on or before January 13, 2012 in preparation of the initial setting of the Phase One Trial.   Should a party decide to inform the Court that it is <u>removing</u> any exhibit from its previously filed Exhibit List, then a Supplemental Exhibit List shall be filed no later than **January 11, 2013**.  In the event a party removes an exhibit from its exhibit list, any other party may elect to preserve that exhibit for use at trial, without a showing of good cause, by giving written notice to the Court and all parties of its intent to use the exhibit (without the necessity of filing an amended exhibit list).  Such notice shall be given within seven (7) days of receipt of the amended exhibit list removing said exhibit.  The parties shall endeavor not to exercise this right to preserve duplicative exhibits.  Each party may <u>add</u> up to 35 exhibits to its Exhibit List without showing "good cause" by **January 11, 2013.** The parties may also move for leave of court by **January 11, 2013** to add documents or materials first produced after February 20, 2012 to the Exhibit List with good cause shown.

Oppositions to any proposed additions must be filed no later than **January 18, 2013** with any Reply due no later than **January 21, 2013**.

      **3.**      **Trial Subpoenas**.

All witnesses previously served with trial subpoenas for the February 27, 2012 trial date do not need to be re-served.  If a party contends that service of a subpoena is defective for any reason, it must notify the Court and all counsel within seven (7) calendar days of the purported service.  No new subpoenas will be issued for new, previously undisclosed or undesignated witnesses without the Court first granting leave.

      **4.**      **Pre-Trial Motions and Motions *in Limine***.

Without prejudice to the parties' ability to object to evidence during the normal course of trial, no new pre-trial motions or motions *in limine* shall be filed concerning any witness, exhibit, or matter that was produced or identified prior to the February 27, 2012 first trial setting.  The Court will only entertain pre-trial motions and motions in limine concerning witnesses, exhibits, and matters which were identified, produced, or arose after February 27, 2012.  Such pre-trial motion and motions in limine must be filed no later than **January 18, 2013.**  Oppositions to these motions must be filed no later than **January 25, 2013**.  Any Reply must be filed no later than **January 28, 2013.**

      **5.**      **Demonstratives**.

On **Wednesday February 13, 2013,** the parties shall exchange all demonstratives aides that they can reasonably anticipate using in openings or during the first week of trial that were not previously disclosed prior to the February 27, 2012 trial date or that have been modified since that previous disclosure.  **Monday, February 18, 2013** is the deadline for objections.  The

parties have agreed to exchange any additional demonstrative aids to be utilized for *the direct examination* of a prospective witness 48 hours before the day the demonstrative aids are to be used for the first time.  Demonstrative aides to be used in *cross examination* will be exchanged no later than 8 p.m. on the night before they are to be used for the first time.    Both of these deadlines (*i.e.,* for demonstratives to be used in direct or cross) shall apply to any modified versions of demonstratives that were previously disclosed.

      6.      **<u>Order of Presentation of Evidence and Opening Statements</u>**.

      Given the limited nature of the Phase One Trial and various indemnity rulings and settlements, the Court finds that no time for opening statements or presentation of evidence should be allotted to Anadarko, MOEX, or Weatherford.   The allocation of time for the remaining parties shall remain the same and as provided for in the Court's February 6, 2012 Order (Rec. Doc. 5595):

| | |
|---|---|
| PSC | 75 minutes |
| U.S. | 45 minutes |
| States | 20 minutes |
| Transocean | 60 minutes |
| Halliburton | 60 minutes |
| BP | 90 minutes |
| Cameron | 10 minutes |
| M-I | 10 minutes |
| **Total** | **370 minutes** |

      7.      **<u>Advance Notice of Trial Witnesses</u>**.

      By **Wednesday at Noon**, each party that will be presenting trial witnesses during the following week must provide to the Court and parties a good faith projection of the witnesses (both names and intended order of presentation) that it intends to call at trial the following week.

8.     **Seating Charts**.

Given Anadarko, MOEX, and Weatherford's reduced role at the Phase One Trial, the courtroom seating for each of these parties shall be reduced accordingly and seating will be as set forth in the attached seating chart marked as Exhibit "A".

9.     **Previous Rulings**.

The Court attaches "Order Excerpts" as Exhibit "B," which provides a summary of and references to the Court's previous rulings that may be relevant to the Phase One Trial.  The dates shown on Exhibit "B" were not modified to conform to the deadlines in this Order.

New Orleans, Louisiana this 4th day of January, 2013.

_____
United States District Judge