## Judge Barbier's Courtroom



V8