UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| All Cases | § | MAG. JUDGE SHUSHAN |

*************************************************************************

## MOTION FOR DECLARATORY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who asks this Honorable Court for a Declaratory Judgment as to whether or not a claimant's signature is needed on a present form or if an attorney can sign the presentment on behalf of the claimant.

For the reasons more fully set forth in the attached Memorandum In Support Of Declaratory Judgment, Plaintiffs ask that this court rule that attorneys may sign presentment packages on behalf of their clients and submit said presentment packages without the additional signature of the claimant.

Date: January 4, 2013

Respectfully submitted,

*/s/ Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
Matthew B. Moreland (24567)
Salvadore Christina, Jr. (27198)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084

Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
ptim@aol.com

Samuel T. Adams
460 Grace Avenue
Post Office Box 191
Panama City, Florida 32402-0191
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

Douglas S. Lyons
Lyons and Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 4th day of January 2013.

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.