UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE SHUSHAN |

### PROPOSED ORDER ON MOTION FOR DECLARATORY JUDGMENT

UPON CONSIDERATION of the Motion of Plaintiffs'

IT IS ORDERED that the Motion of the Plaintiffs is GRANTED as follows:

Presentment claims signed by legal counsel are valid for the purposes of presentment and do not require the signature of the claimant.

So Ordered and Adjudged, this _____ day of _____, 20__, in New Orleans, Louisiana.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1