IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * * | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>*No. 10-4239; No. 10-4240; No. 10-4241* | * * * | Judge Barbier<br><br>Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BP DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST
THE MEXICAN STATES OF VERACRUZ, TAMAULIPAS, AND QUINTANA ROO
ON THE ISSUE OF WHETHER THE MEXICAN STATES HAVE A
<u>PROPRIETARY INTEREST IN THE MATTERS ASSERTED IN THEIR COMPLAINTS</u>**

Pursuant to Federal Rule of Civil Procedure 56 and this Court's September 11, 2012 Order (Rec. Doc. 7367), the BP Defendants respectfully move for summary judgment on the remaining claims brought by the Mexican States of Veracruz, Tamaulipas, and Quintana Roo (collectively, the "Mexican States"). Summary judgment on these remaining maritime law claims for negligence and gross negligence should be granted for two reasons. First, the Mexican States do not have a proprietary interest in the waters, lands, natural resources, and wildlife allegedly injured by the *Deepwater Horizon* oil spill. Therefore, they cannot satisfy the *Robins Dry Dock* rule and their maritime law claims are legally insufficient (C Order, Rec. Doc. 4845, at 12). Second, the Mexican States' maritime law claims against BP, which is a "Responsible Party" under the Oil Pollution Act of 1990 ("OPA"), are displaced by OPA and its procedural requirements concerning foreign claimants, which the Court has already found that the Mexican States cannot meet (C Order, Rec. Doc. 4845, at 9-11). Allowing the Mexican States to maintain a general maritime claim against BP in these circumstances "would serve to frustrate and circumvent the remedial scheme in OPA." (B1 Order, Rec. Doc. 3830, at 26.) For these reasons and as stated more fully in its accompanying memorandum, BP respectfully

requests that the Court grant its motion for summary judgment against the Mexican States of Veracruz, Tamaulipas, and Quintana Roo, and dismiss the Mexican States' maritime claims for negligence and gross negligence in their entirety.

Dated: January 4, 2013

Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft (Bar #14361) |
| J. Andrew Langan, P.C. | R. Keith Jarrett (Bar #16984) |
| Catherine Fitzpatrick | LISKOW & LEWIS |
| Elizabeth A. Larsen | 701 Poydras Street, Suite 5000 |
| KIRKLAND & ELLIS LLP | New Orleans, LA  70139-5099 |
| 300 North LaSalle | Telephone:  504-581-7979 |
| Chicago, IL  60654 | Facsimile:  504-556-4108 |
| Telephone:  312-862-2000 | |
| Facsimile:  312-862-2200 | Jeffrey Bossert Clark |
| | KIRKLAND & ELLIS LLP |
| Allison Rumsey | 655 Fifteenth Street, N.W. |
| S. Zachary Fayne | Washington, D.C. 20005 |
| ARNOLD & PORTER LLP | Telephone:  202-879-5000 |
| 555 Twelfth Street, NW | Facsimile:  202-879-5200 |
| Washington, DC  20004-1206 | |
| E-Mail:  Allison.Rumsey@aporter.com | Robert C. "Mike" Brock |
| Telephone:  202-942-5000 | COVINGTON & BURLING LLP |
| Facsimile:  202-942-5999 | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004-2401 |
| | Telephone:  202-662-5985 |
| | Facsimile:  202-662-6291 |

*Attorneys for BP Exploration & Production Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January, 2013.

Dated: January 4, 2013                                  Respectfully submitted,


                                                        */s/ Don K. Haycraft*
                                                        Don K. Haycraft