UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG      * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE      * | |
| GULF OF MEXICO, on APRIL 20, 2010  * | |
|                                                                    * | JUDGE BARBIER |
|                                                                    * | |
| Relates to:  *All Cases*                            * | MAG. JUDGE SHUSHAN |
|                                                                    * | |

*********************************************

### CLARIFICATION OF EXHIBIT TO PLEADING

Undersigned Counsel respectfully submits the following statement in clarification of Exhibit A to a recently filed Motion for Declaratory Judgment [Doc 8174]:

**MAY IT PLEASE THE COURT:**

Without addressing whether it was appropriate for Mr. Becnel to file my e-mail communication of January 3, 2013 [Doc 8174-3] into the public record, the undersigned would respectfully like to make it clear that such communication should not be construed as any type of "admission" that a claimant's signature is required in order to make valid presentment under the Oil Pollution Act of 1990.

Indeed, neither 33 U.S.C. §2701(3) nor §2713(a) requires the claimant's signature (or any signature) on a claim that is presented to the Responsible Party, and, in any event, attorneys are commonly authorized to sign claims, letters, pleadings, demands, complaints and other documents on their clients' behalf.

While I strongly disagree with any contention by BP (or any other Defendant) that a claimant must personally sign the letter, claim form, or other presentment to BP as the OPA

Responsible Party, I thought it was reasonable, as Co-Liaison Counsel, to advise other plaintiffs' attorneys of BP's apparent position regarding same.

This 4th day of January, 2013.

Respectfully submitted,

/s/   Stephen J. Herman
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com
*Plaintiffs Co-Liaison Counsel*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Statement will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 4th day of January, 2013.

/s/   Stephen J. Herman