UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § | MDL No. 2179<br>SECTION "J" |
| | § § | JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239<br>10-4240<br>10-4241 | § § § | |

### THE MEXICAN STATES OF QUINTANA ROO'S, TAMAULIPAS', AND VERACRUZ', JOINT MOTION FOR SUMMARY JUDGMENT REGARDING PROPRIETARY INTERESTS

**NOW INTO COURT,** come Plaintiffs, the Mexican States of Quintana Roo, Tamaulipas, and Veracruz (hereinafter "the Mexican States") and file this their Joint Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiffs assert federal maritime claims falling within this court's maritime and admiralty jurisdiction and Rule 9h of the Federal Rules of Civil Procedure. As noted in Judge Barbier's December 9, 2011 Order, "The Mexican States' negligence and gross negligence claims asserted against Defendants other than Anadarko are preserved, but only to the extent there has been a physical injury to a proprietary interest." (p. 12, Doc. 4845). This motion for summary judgment is filed pursuant to the Hon. Sally Shushan's September 11, 2012 order and limited to the parameters set forth therein, to wit: "By January 4, 2013, the parties shall file cross-motions for summary judgment *targeted solely* at the issue of whether the Mexican States have a proprietary interest in the matters asserted in their complaints." (Par. 4, Doc. 7367)(emphasis added).

Plaintiffs, the Mexican States, pursuant to Federal Rule of Civil Procedure 56 move this Honorable Court to grant summary judgment, ruling that the Mexican States have proprietary interests rights in the matters asserted in their complaints. As set forth more fully in the accompanying Memorandum In Support of The Mexican States of Quintana Roo's, Tamaulipas', and Veracruz' Joint Motion for Summary Judgment Regarding Proprietary Interests and Statement of Undisputed Material Facts in Support of The Mexican States of Quintana Roo's, Tamaulipas', and Veracruz', Joint Motion for Summary Judgment Regarding Proprietary Interests, there are no facts material to the Mexican States motion that are genuinely in dispute, and the Mexican States are entitled to summary judgment.

Plaintiffs Hereby Request Oral Argument on this Motion.

WHEREORE, the Mexican States pray that this Court grant summary judgment and that the Mexican States do have proprietary interests in the matters asserted in their complaints.

Respectfully Submitted,

DATED: January 4, 2013

        SERNA & ASSOCIATES PLLC

        By:

        **/s/ Enrique G. Serna**
        **Enrique G. Serna, Esq.**
        SBOT 00789617
        20985 IH 10 West
        Serna Building
        San Antonio, Texas 78257
        (210) 2280095 – Telephone
        (210) 2280839 – Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Judge Shushan's Order of September 11, 2012, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 4th, 2013

/s/ Enrique G. Serna
Enrique G. Serna