**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.** | § § § § § | **MDL No. 2179** **SECTION "J"** |
| | § | **JUDGE BARBIER** |
| **This Document Relates to:** | § § | **MAGISTRATE SHUSHAN** |
| **10-4239** | § | |
| **10-4240** | § | |
| **10-4241** | § | |

**PROPOSED ORDER GRANTING PLAINTIFFS' THE MEXICAN STATES OF QUINTANA ROO'S, TAMAULIPAS', AND VERACRUZ', JOINT MOTION FOR SUMMARY JUDGMENT REGARDING PROPRIETARY INTERESTS**

This Court has considered Plaintiff's The Mexican States of Quintana Roo, Tamaulipas, and Veracruz ("Mexican States") Joint Motion for Summary Judgment Regarding Proprietary Interests, as well as any timely filed responses and replies relating to the Motion. The Court is of the opinion that the Mexican States Motion for Summary Judgment should be GRANTED. It is therefore,

ORDERED that the Mexican States Joint Motion for Summary Judgment Regarding Proprietary Interests is GRANTED. The Court determines that there are no genuine issues of material fact and that the Mexican States are entitled to judgment in its favor that:

1.   The Mexican States do have proprietary interests in the matters asserted in their complaints.

IT IS ORDERED Dated this _____ day of _____, 2013

_____
Hon. Carl J. Barbier