## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | **MDL No. 2179** <br> **SECTION "J"** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** | § § | **MAGISTRATE SHUSHAN** |
| 10-4239 <br> 10-4240 <br> 10-4241 | § § § | |

### NOTICE OF SUBMISSION

Notice is hereby given that a MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56, has been filed by Plaintiffs Lead Counsel Serna & Associates PLLC, and, subject to the provisions of the Order dated September 11, 2012, is tentatively scheduled for hearing at the next MDL-2179 status hearing or at a time and place decided by the court.

Dated: January 4, 2013

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

### CERTIFICATE OF SERVICE

I hereby Certify that the above and foregoing pleading, **NOTICE OF SUBMISSION**, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of

electronic filing in accordance with the procedures established in MDL 2179, this the 4th of January 2013.

                                                                          /s/ Enrique G. Serna
                                                                          Enrique G. Serna