CONSTITUTION OF THE FREE AND SOVEREIGN STATE OF QUINTANA ROO
ATTACHMENT 2A-1 DOCUMENT 77
TVQR002103, TVQR002140, TVQR002144-TVQR2145

[…]

**ARTICLE 1**

Quintana Roo is a free State as its members determine the organization, function and objectives of its community, and it is sovereign because all powers which are exercised in it arise from the collective will of such community, exclusively in the domestic level, as well as in its participation at the national level.

**ARTICLE 2**

According to the federal pact stipulated in the General Constitution of the Republic, Quintana Roo is an integral part of the Federation which forms the United Mexican States.

**ARTICLE 3**

The state of Quintana Roo hereby reserves the sovereign exercise of all powers that are not expressly granted to Federal or Municipal Governments.

**ARTICLE 4**

State sovereignty resides essentially and originally in the people of Quintana Roo, who exercise it through the powers that be in terms of this Fundamental Law.

**ARTICLE 5**

The state of Quintana Roo hereby adopts the form of a republican government, representative and popular. All power emanates from the people and is instituted for their benefit.

[…]

**ARTICLE 78**

Executive power is exercised by one person named: "Governor of the State of Quintana Roo."

[…]

**ARTICLE 90**

The powers of the Governor include:

[…]

XII. - Enact emergency measures as may be considered necessary for the defense of the wellbeing and Public Health of the State, and exercise the powers that the Constitution of the United Mexican States and the General Health Law will grant to the State Government

[…]

**ARTICLE 92**

For the performance of the business in an administrative order, there will be a number of Ministers which shall be determined by the Organic Law of Public Administration of the State of Quintana Roo and other public servants as determined by the law itself, as well as any Decentralized Agencies, Companies with a State Interest, Trusts and other bodies created or to be created in the manner established by the law.

[…]

POLITICAL CONSTITUTION OF THE FREE AND SOVEREIGN STATE OF TAMAULIPAS
ATTACHMENT 2A-1 DOCUMENT 2
TVQR000


**ARTICLE 1**
The state of Tamaulipas is free, sovereign and independent in its government and internal administration, but is tied to the branches of government as part of the United Mexican States, in all that the Constitution expressly sets forth Mexican and laws derived from it.

[…]

**ARTICLE 77**
Executive power is vested in a citizen to be known as the "Governor of the Free and Sovereign State of Tamaulipas", who will be directly elected every six years, in the terms established by electoral law .

[…]

**ARTICLE 91**
The powers and duties of the Governor are:

[…]

XXIX. – To represent the State Government in all acts inherent in his position. This representation may  be delegated or granted to third parties in the broadest terms, to that effect, as may be established by law.

[…]


CONSTITUTION OF THE SOVEREIGN STATE OF VERACRUZ
ATTACHMENT 2A-1 DOCUMENT 136
TVQR002886, TVQR002891, TVQR002904-TVQR002906

**ARTICLE 1**
The state of Veracruz de Ignacio de la Llave is an integral part of the Mexican federation, free and autonomous in its administration and internal governance.

[…]

**ARTICLE 17**

The authority of the State is popular, representative and democratic, and its exercise is divided into Legislative, Executive and Judicial branches. The official capital and seat of power of the state is the town of Xalapa-Enríquez.

[…]

**ARTICLE 49**

The powers of the Governor:

XVII. To enter into, as a representative of the State Government and in compliance with the provisions of the law, agreements and contracts with the various branches of government, at a federal, state or municipal level, with decentralized entities and with individuals or corporations, whether public or private;

**ARTICLE 50**

The Executive Branch, for the dispatch of business within its jurisdiction, shall have the centralized and decentralized agencies established by law, with the powers and organization to be determined thereby.

The law establishes the general basis for creating institutions of decentralized governance and executive intervention in its operation, and the relationships between those entities and the Executive Branch, or between them and the bodies of the central public administration.

[…]

The heads of the ministries and agencies of government may, with the written approval of the Executive, enter into agreements and contracts within the scope of their jurisdiction.