APRIL 14, 2005
OFFICIAL NEWSPAPER OF THE MEXICAN FEDERATION
(First Section)

MINISTRY OF THE ENVIRONMENT AND NATURAL RESOURCES

DECREE by means of which the region known as the Laguna Madre y Delta del Rio Bravo, located in the Municipalities of the State of Matamoros, San Fernando and Soto La Marina, in the State of Tamaulipas, with a total surface of 572,808-60-94.22 hectares, is hereby declared a natural protected area, with special consideration for plants and wildlife (flora and fauna).

[…]

**VICENTE FOX QUESADA**, President of the United Mexican States, exercising the authority which is granted unto me by article 89, section I, of the Political Constitution of the United Mexican States, based on articles 27, third paragraph, of such Constitution; 2nd, section II, 5th, sections VIII and XI, 6th, 44, 45, 46, section VII, second and last paragraphs, 47, 54, 57, 58, 60, 61, 63, 64 bis, 65, 66, 67, 74, 75, and 161 of the General Law of Ecological Balance and Protection of the Environment; 7th, section VII, 65 and 66 of the Law of Navigation; 2nd, of the Organic Law of the Mexican Armada; 2nd, 5th, and 88 of the Agrarian Law; 7th, sections II and IV, 85 and 86 of the Law of National Waters; 2nd and 3rd, sections V and VI of the Fishing Law; 30, 32 bis, 35, 36, and 41 of the Organic Law for Federal Public Administration, and

## WHEREAS

Whereas, the National Development Plan 2001-2006 sets forth that the human and social development, in harmony with nature, requires the strengthening of a culture of care for the environment, in order to avoid compromising the future of our next generations, as well as to stimulate knowledge regarding the relationship between the wellbeing and the development of balance with nature, such plan strategizes, among other strategies, for the protection and conservation of the ecosystems which are most representative of our country and its biological diversity;

Whereas, in order to reach the objectives established in the National Development Plan, it is necessary to execute policies and documents for the conservation of the biodiversity, such as natural protected areas, which have, among other goals, the goal of preserving the natural environments representative of the different bio-geographic and ecological regions, as well as the most fragile ecosystems, in order to ensure the balance and continuity of the ecological evolution process;

Whereas, among the different types or categories of natural protected areas are those intended for the protection of flora and fauna, which are established in such places as those that include the habitats that depend on protection for their continued existence, as well as the transformation and development of the wildlife and plant life species therein;

Whereas, the region named Laguna Madre y Delta del Rio Bravo, located in the Municipalities of Matamoros, San Fernando and Soto La Marina, in the State of Tamaulipas, constitutes a single ecological unit which shares the same hydrological flooding regime which

depends on a balance between marine waters that it receives from narrow passes (bocas) and river waters;

Whereas, in the whole world, there are perhaps only six ecosystems of the hypersaline type, of which the region known as the Laguna Madre y Delta del Rio Bravo is the largest one, including important inter-sea swamp regions measuring up to 50,800 hectares and a considerable richness in wetland areas;

Whereas, the biological diversity and richness found in the region exists due to its location, considering it is located between two bio-geographical regions, the Neartic and Neotropical regions, and it receives runoff from two hydrological regions as well, the basin of the Rio Bravo and the basin of the San Fernando-Soto La Marina rivers, which have the influence of two marine provinces, the Carolinian and the Caribbean provinces; the foregoing combinations give rise to diverse types of soils, climates and humidity/rainfall regimes, in addition, this region constitutes the northern limits, along the Gulf of Mexico, of tropical vegetation distribution, such as mangroves, medium jungle and low jungle areas;

Whereas, the swamps of such region support four types of mangroves: red mangroves (*Rhizophora mangle*), black mangroves (*Avicennia germinans*), white mangroves (*Laguncularia racemosa*) and buttonwood mangroves (*Conocarpus erectus*), which are subject to special protection pursuant with the Official Mexican Norm NOM-059-SEMARNAT-2001 (Environmental protection for native Mexican species of wildlife and plant life, Risk categories and specifications for their inclusion, exclusion or change – List of species in risk); the region provides refuge, during the first stages of development, to crustaceans and fish species of great economic importance, as well as to bird species which nest in the region during their reproduction periods;

Whereas, the primary productivity of the inundated swamps is similar to that of marine grasses, which allows for the development of communities of benthic invertebrates which transform the primary production into animal biomass that is indispensable for secondary consumers, such as crabs, fish and coastal/river birds;

Whereas, the region functions as a transition zone for Nearctic fauna linked to wetlands and constitutes one of the most important migration routes for birds coming from Mississippi in North America; additionally, it is one of the main sources of fresh water for the population of the State and it provides a great amount of nutrients to the coastal lagoons, which helps support high productivity in the zone;

Whereas, in the Laguna Madre y Delta del Rio Bravo region over 450 migratory species converge, including aquatic birds, semi-aquatic birds and land based birds; 15% of the migratory bird species which Winter in Mexico do so in this region, such species migrate from Canada and the United States of America and establish their refuge, feeding and nesting zones in the area, there are also 144 species which permanently reside in the region, 2.7% of those species are endemic to Mexico;

Whereas, among the noteworthy species in the region we find the redheaded duck (*Aythya americana*), which, in the region, shows a 36% record of the world population, the only reproductive colony of white pelicans (*Pelecanus erythrorhynchos*) in Mexican coastal environments; 100,000 beach birds which represent the largest concentration of such in the

country, as well as Canadian ducks and geese which reach their southernmost limits of distribution;

Whereas, the aforementioned zone includes important areas of land vegetation endemic to the northeast of Mexico, including the Tamaulipecan scrub, with records of endemic ebony trees (*Phitecellobium ebano*) in addition to spiny jungles and spiny forests;

Whereas, amongst the bountiful richness in wildlife found in the region there are jaguars, ocelots, margays, pumas, bobcats, white tailed deer, land squirrels, kangaroo rats, dolphins, and the yellow head parrot; therefore the biodiversity of species found in the area demands the habitats such as islets, mudflats, coves, swamps and other physiographic features be protected and preserved;

Whereas, the Ministry of the Environment and Natural Resources, in coordination with the Government of the State of Tamaulipas and the municipal governments of Matamoros, San Fernando and Soto La Marina, with the collaboration of the National Commission on Protected Natural Areas, the Autonomous University of Tamaulipas and Pronatura Noreste, A.C., performed the studies and evaluations which show that the ecosystems and habitats of the Laguna Madre y Delta del Rio Bravo region house a great richness and is very fragile, such regions holds coastal lacustrine and river sites which have not been materially altered, that all current easements can be regulated in order to avoid any alteration to the functionality of all biological systems and the environmental features of the region, without being economically adverse to the exploitation of the natural resources;

Whereas, the foregoing studies were shown to the public, as per the notice published in the **Official Newspaper of the Federation** on November 27, 2002, and that all interested parties issued, in due case, their favorable opinion for the establishment of the natural protected area, and

Whereas, due to the foregoing, the Laguna Madre y Delta del Rio Bravo region is hereby considered to be compliant with the features and requirements needed in order to become an area of protection for wildlife and plant life, and, therefore, the Ministry of the Environment and Natural Resources has proposed to the Federal Executive Branch that it issue the corresponding decree, as follows

### DECREE

**ARTICLE ONE.-** The region known as Laguna Madre y Delta del Rio Bravo is hereby declared to be a natural protected area, with special consideration for plants and wildlife (flora and fauna), as such region is located in the municipalities of Matamoros, San Fernando and Soto La Marina, in the State of Tamaulipas, and which, pursuant with the official plans kept in the records of the National Commission of Protected Natural Areas of the Ministry of the Environment and Natural Resources, has a surface of 572,808-60-94.22 hectares (FIVE HUNDRED SEVENTY TWO THOUSAND EIGHT HUNDRED EIGHT HECTARES, SIXTY AREAS, NINETY FOUR POINT TWENTY TWO CENTIARES), made up by a general polygon that has the following general analytic-topographic and borders description:

**DESCRIPTION OF THE BORDERS AND LIMITS OF THE LAGUNA MADRE Y DELTA DEL RIO BRAVO NATURAL PROTECTED AREA**

**SURFACE OF: 572,808-60-94.22 Ha.**

The coordinates of the zone which are mentioned below are established in a UTM zone 14 north format, with a Clark Spheroid 1866 and a Horizontal Datum NAD 27 Mexico.

The zone commences in vertex 1 with coordinates Y=2'581,029.00; X=625,842.50; starting from this point heading towards N 73°15'43" W for a distance of 444.45 m reaching vertex 2 with the following coordinates: Y=2'581,157.00; X=625,416.88; starting from this point heading towards N 01°07'24" W for a distance of 6,513.25 m reaching vertex 3 with the following coordinates: Y=2'587,669.00; X=625,289.19; starting from this point heading towards S 79°03'46" W for a distance of 2,835.57 m reaching vertex 4 with the following coordinates: Y=2'587,131.00; X=622,505.12; starting from this point heading towards N 04°31'11" W for a distance of 36,129.36 m reaching vertex 5 with the following coordinates: Y=2'623,148.00; X=619,657.88; starting from this point heading towards S 56°52'02" W for a distance of 8,723.35 m reaching vertex 6 with the following coordinates: Y=2'618,380.00; X=612,352.88; starting from this point heading towards N 30°17'06" W for a distance of 13,254.07 m reaching vertex 7 with the following coordinates: Y=2'629,825.25; X=605,668.81; starting from this point heading towards N 50°48'19" E for a distance of 2,806.75 m reaching vertex 8 with the following coordinates: Y=2'631,599.00; X=607,844.06; starting from this point heading towards N 53°50'21" E for a distance of 16,857.38 m reaching vertex 9 with the following coordinates: Y=2'641,545.75; X=621,454.12; starting from this point heading towards N 03°12'03" W for a distance of 28,245.06 m reaching vertex 10 with the following coordinates: Y=2'669,746.75; X=619,876.94; starting from this point heading towards N 06°36'39" E for a distance of 15,588.65 m reaching vertex 11 with the following coordinates: Y=2'685,231.75; X=621,671.62; starting from this point heading towards N 24°33'26" W for a distance of 17,682.44 m reaching vertex 12 with the following coordinates: Y=2'701,314.75; X=614,322.75; starting from this point heading towards N 09°45'32" W for a distance of 19,043.82 m reaching vertex 13 with the following coordinates: Y=2'720,083.00; X=611,094.75; starting from this point heading towards N 80°29'10" E for a distance of 11,775.14 m reaching vertex 14 with the following coordinates: Y=2'722,029.25; X=622,707.94; starting from this point heading towards N 04°27'16" E for a distance of 22,952.33 m reaching vertex 15 with the following coordinates: Y=2'744,912.25; X=624,490.62; starting from this point heading towards S 74°35'47" W for a distance of 13,379.46 m reaching vertex 16 with the following coordinates: Y=2'741,358.50; X=611,591.75; starting from this point heading towards N 07°50'41" E for a distance of 15,206.56 m reaching vertex 17 with the following coordinates: Y=2'756,422.75; X=613,667.31; starting from this point heading towards N 58°47'19" W for a distance of 11,845.41 m reaching vertex 18 with the following coordinates: Y=2'762,561.00; X=603,536.38; starting from this point heading towards N 38°23'09" E for a distance of 9,157.74 m reaching vertex 19 with the following coordinates: Y=2'769,739.25; X=609,222.94; starting from this point heading towards N 87°59'36" E for a distance of 14,265.55 m reaching vertex 20 with the following coordinates: Y=2'770,238.75; X=623,479.75; starting from this point heading towards N 32°08'27" W for a distance of 14,893.56 m reaching vertex 21 with the following coordinates: Y=2'782,849.75; X=615,556.31; starting from this point heading towards N 54°54'59" E for a distance of 9,560.79 m reaching vertex 22 with the following coordinates: Y=2'788,345.00; X=623,380.06; starting from this point heading towards N 36°03'57" W for a distance of 7,209.21 m reaching vertex 23 with the following coordinates: Y=2'794,172.50; X=619,135.88; starting from this point heading towards N 22°20'58" E for a

distance of 18,229.10 m reaching vertex 24 with the following coordinates: Y=2'811,032.25; X=626,067.62; starting from this point heading towards N 83°59'23" E for a distance of 10,892.37 m reaching vertex 25 with the following coordinates: Y=2'812,172.75; X=636,900.12; starting from this point heading towards N 34°24'35" E for a distance of 17,588.16 m reaching vertex 26 with the following coordinates: Y=2'826,683.25; X=646,839.38; starting from this point heading towards S 65°16'12" E for a distance of 8,075.39 m reaching vertex 27 with the following coordinates: Y=2'823,305.00; X=654,174.19; starting from this point heading towards N 21°44'05" E for a distance of 51,636.70 m reaching vertex 28 with the following coordinates: Y=2'871,270.75; X=673,295.81; which corresponds to the international border with the USA; starting from this point and following the border between Mexico and the United States of America, on an Easterly course, until it reaches vertex 29 which corresponds to the borders between Mexico and the United States of America in the coastal fringe of the Gulf of Mexico, with the following coordinates: Y=2'871,684.00; X=685,717.31; starting from this point and heading South, following the line of the coast, including the Federal Maritime Land Zone, reaching vertex 1 and thereby closing the zone for a surface of 572,808-60-94.22 ha.



**The plans included in this Decree are merely for geographical reference and hold no cartographical value.**

[…]

**ARTICLE FIVE.-** The Ministry of the Environment and Natural Resources shall enter into coordination agreements with the Government of the State of Tamaulipas, including, in due case, the municipalities of Matamoros, San Fernando, and Soto La Marina, as well as consensual agreements with social and private sectors, in order to comply with the provisions of this Decree. Such instruments shall include, at least, the following:

I. The manner in which the Government of the State, the municipalities and the private and social sectors shall take part in the management of the protection zone for flora and fauna;
II. The coordination of applicable federal policies in matters pertaining to the protection of flora and fauna, with those of the State and the municipalities;
III. The determination of actions for the compliance with applicable territorial regulations in ecological matters as per the protection of flora and fauna;
IV. The drafting of the management program for the protection zone, with the creation of specific commitments to be executed;
V. The origin and destination of the financial resources intended for the administration of the protection zone, when applicable;
VI. The coordination mechanisms for the drafting of municipal development plans, in order to ensure congruency with the management program for the protection zone;
VII. The manner in which all investigations, experimentation and monitoring shall be performed within the flora and fauna protection zone, pursuant with all applicable legal provisions;
VIII. The performance of inspection and vigilance actions;
IX. The actions needed in order to contribute to the socio-economic development of the region, by means of the sustainable exploitation of the natural resources in the flora and fauna protection zone;
X. The participation schemes for the community and other social, scientific and academic groups;
XI. The development of counseling programs for the sustainable exploitation of the natural resources in the region; and
XII. The development of actions, works and investments as needed for the compliance of the protection, conservation and monitoring objectives in the zone, particularly those intended to prevent pollution or contamination of the surface water, aquifers and soil, as well as to maintain the hydrodynamic regime of all bodies of water.

[…]

For the drafting of the management program for the protection of plant and wildlife, the Ministry of the Environment and Natural Resources shall provide for the participation, in due case, of the Government of the State of Tamaulipas, the municipalities of Matamoros, San Fernando and Soto La Marina, and other agencies and entities of the Federal Public Administration, as well as that of the habitants, owners, holders, social groups, public or private entities and interested individuals.

[…]

**ARTICLE SIXTEEN.-** The inspection and vigilance of the zone of protection for flora and fauna of the Laguna Madre y Delta del Rio Bravo shall be charged to the Ministry of the Environment and Natural Resources, with the corresponding participation of other Federal agencies, the State and the municipalities with competence thereto.

[…]