UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § | MDL No. 2179 SECTION "J" |
| | § | JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239 10-4240 10-4241 | § § § § | |

## DECLARATION OF
## DR. CARLOS ALBERTO ENRIQUE JOSÉ LORENZO GABUARDI ARREOLA

I, Dr. Carlos Alberto Enrique José Lorenzo Gabuardi Arreola, Ph.D., declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1) My name is Dr. Carlos Alberto Enrique José Lorenzo Gabuardi Arreola, Ph.D., and I am a practicing attorney in the Republic of Mexico and the owner of Gabuardi Abogados, a law firm that practices and specializes in International and Comparative law, including International Environmental Law. I am an experienced lawyer in all aspects of Mexico's constitutional and administrative, and dispute resolution and litigation law. I have over 30 years of experience in the foregoing areas of Mexican Law.

2) I received a law degree from the University of Monterrey (UDEM) in 1981, and I have been admitted as a member of the National Association of Corporate Lawyers (1999), the Mexican Bar Association (2010), the Monterrey Bar Association (2012) and the Monterrey College of Doctors of Laws (2012). I received the degree of Master of Laws, with distinction, from Tulane University, on the recommendation of its School of Law, on June 4, 2001. Additionally, I received the degree of Doctor of Philosophy, from Tulane University, on the recommendation of its School of Law, as of January 19, 2007.

3) A true and correct copy of my curriculum vitae is attached hereto as Exhibit "A".

4) I was retained by counsel for the States of Tamaulipas, Veracruz, and Quintana Roo to provide my objective and independent expert legal opinions in this case. My fee for my expert and legal services in this regard is $200.00 USD per hour.

5) I was retained by counsel for the States of Tamaulipas, Veracruz and Quintana Roo to provide expert legal opinions based on my academic education, experience as a lawyer, training, work experience, and other qualifications contained in my curriculum vitae (Exhibit A) and qualifications referenced in this Declaration, as to whether the Mexican States of Tamaulipas, Veracruz, and Quintana Roo have proprietary interests in the waters of the Gulf of Mexico and the coastal areas, lagoons, land, shores, beaches, bays, coastlines, sea life,

flora, fauna, estuaries, geological features, and other natural resources and areas in, on, and along the Gulf of Mexico.

6) Attached as Exhibit "B" is a true and correct copy of my expert report containing my expert legal opinions, conclusions, and analysis that I prepared. As more fully described and expounded upon in Exhibit B, it is my expert legal opinion and conclusion that the States of Tamaulipas, Veracruz, and Quintana Roo do have proprietary interests in the waters of the Gulf of Mexico and the coastal areas, lagoons, land, shores, beaches, bays, coastlines, sea life, flora, fauna, estuaries, geological features, and other natural resources and areas in, on, and along the Gulf of Mexico. I hereby incorporate *verbatim* by reference into this Declaration the attached Exhibit B, including all of its attachments, decrees, laws, opinions, conclusions, analysis, and laws.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 21" day of December 2012.

Dr. Carlos Alberto Enrique José Lorenzo Gabuardi Arreola, Ph.D.,

## Executive Summary – Curriculum Vitae
## Dr. Carlos A. Gabuardi, Ph.D.

**Dr. Carlos A. Gabuardi, Lic. Jur., LL.M., Ph.D.**, is a practicing lawyer. He holds a Licence in Jurisprudence from Universidad de Monterrey; a Master of Laws, with distinction, from of Tulane University and a Doctorate of Laws (Ph.D.) from the same university. Doctor Gabuardi has published several articles in Law Reviews and Journals in Mexico and abroad. He is currently a member of the National Researches System with Level 1.

a Professor of Law and researcher at the Instituto Tecnológico y de Estudios Superiores de Monterrey. He is a member of the National Researchers System of Mexico, Level 1.

Dr. Gabuardi was a lawyer in the Legal Department of the World Bank, Washington, D.C.; Corporate Legal Manager and Assistant Secretary of Grupo Gamesa; He was Professor of Law and researcher at the Instituto Tecnológico y de Estudios Superiores de Monterrey, Head of the Law Department and Professor of Law at Universidad de Monterrey; Visiting Professor of Law, St. Mary's University School of Law, San Antonio, Texas; co-planner and administrator of the program: "Joint Venture. A Transnational Study and Training Program for U.S. and Mexican Business Lawyers" (St. Mary's University School of Law and Universidad de Monterrey); Adjunct Professor of Law, The Washington College of Law, American University, Washington, D.C.; Adjunct Professor of Law, Universidad Regiomontana; member of the Mexican Bar Association, Nuevo León Inn; member of the Monterrey Bar Association (Colegio de Abogados de Monterrey; member of the former Regional Advisory Board of the Centre for Conciliation and Arbitration of St. Mary's University School of Law, San Antonio, Texas; member of the Acadèmia Nuevo Leonesa de Derecho Mercantil (The Nuevo Leon Academy of Commercial Law); Asosiación Nacional de Abogados de Empresa, A.C. (National Association of Corporate Lawyers), member of the US – Mexico Bar Association, where he was the Mexican co-Chair of the Legal Education Committee; member External Advisory Board de NAFTA: Law and Business Review of the Americas.; member of the Mexican Academy of Private International and Comparative Law; member of the Mexican Academy of member of the International Academy of Comparative Law; former President of Province XXVIII of the International Legal Fraternity Phi Delta Phi. He was a member of the Editorial Board of the National Section of the newspaper El Norte (Grupo Reforma) and he represented Monterrey Tech before the Justice Consortium of the Eurosocial Program, and he is also Co-Secretary and a numbered member of the Group of the 100 of the Ceter for Legal Innovation, Development and Research for Latin-America, Garrigues – Tec de Monterrey.

Dr. Gabuardi has taught courses on Comparative Law, Private International Law, Public International Law and International Business Transactions, and The Legal Framework of Doing Business.