UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § § § § § § | MDL No. 2179 SECTION "J" JUDGE BARBIER MAGISTRATE SHUSHAN |
| This Document Relates to: | | |
| 10-4239 10-4240 10-4241 | | |

## DECLARATION OF JULIO CESAR CRUZ CHAVIRA

I, Julio Cesar Cruz Chavira, declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1) My name is Julio Cesar Cruz Chavira, and I am a practicing attorney in the Republic of Mexico and a legal scholar and professor in the *Instituto Tecnologico y de Estudios Superiores de Monterrey* (ITESM – *Tec de Monterrey*), as well as a legal consultant in environmental law. I am an experienced lawyer in all aspects of Mexico's constitutional, environmental, administrative, natural impact, dispute resolution and litigation law. I have 16 years of experience in the foregoing areas of Mexican law.

2) I received a law degree from the Autonomous University of Chihuahua (*Universidad Autonoma de Chihuahua*) in 1995, and I have been admitted as a member of the Nuevo Leon chapter of the Mexican College of Lawyers and Bar Association, serving in the Environmental Law Committee (2004-2006). I received the degree of Master in Business Administration, from the EGADE Business School, ITESM, Monterrey Campus (1988). I studied to receive a Ph. D in International Commercial Law at Tulane University (1999-2001). I received the degree of Master in International Commercial Law from the EGADE Business School, ITESM, Monterrey Campus (in 2002). Additionally, I received the degree of Doctor in Humanistic Studies, specializing in Ethics, from *Instituto Tecnologico y de Estudios Superiores de Monterrey* (ITESM – Tec de Monterrey), (2012). I worked as a legal consultant of environmental law for the City of Monterrey, N.L (2004-2006), as well as a legal consultant of environmental law for the Government of the State of Nuevo Leon (2004-2009). I worked at the legal department of the company Promotora Ambiental (PASA) Industrial Group Corporate GEN dedicated to the collection of non-hazardous industrial solid waste. I also worked in the Legal Inter-American Trade Center (JURICI) at the ITESM, in the research and advisory project called "Legal Action for Sustainable Development." (1998-199). From June 1996 to December 1998, I worked as an environmental law researcher at the Environmental Quality Center. I have participated in several seminars and certification courses including the following: "Implementing the ISO-140001 Norm for companies" (1996); "Water Quality Certification Course" (1996); "Latest Developments in Environmental Legislation" (1997); "Environmental Quality Diploma Course" (1998);

"Legal Course on policies and a free trade agreement between Mexico and the European Union" (2000); "Course on Sustainable Development" (2003); "Negotiating Environmental Agreements" (2004); "Valorization of biodiversity from an ecological, evolution and ethical point of view" (2005). I have been a legal scholar as well as professor teaching Environmental Law courses, among others, at the ITESM, Mexico's most prestigious University, since 1999.

3) A true and correct copy of my curriculum vitae is attached hereto as Exhibit "A".

4) I was retained by counsel for the States of Tamaulipas, Veracruz, and Quintana Roo to provide my objective and independent expert legal opinions in this case. My fee for my expert and legal services in this regard is $200.00 USD per hour.

5) I was retained by counsel for the States of Tamaulipas, Veracruz and Quintana Roo to provide expert legal opinions based on my academic education, experience as a lawyer, training, work experience, and other qualifications contained in my curriculum vitae (Exhibit A) and qualifications referenced in this Declaration, as to whether the Mexican States of Tamaulipas, Veracruz, and Quintana Roo have proprietary interests in the waters of the Gulf of Mexico and the coastal areas, lagoons, land, shores, beaches, bays, coastlines, sea life, flora, fauna, estuaries, geological features, and other natural resources and areas in, on, and along the Gulf of Mexico.

6) Attached as Exhibit "B" is a true and correct copy of my expert report containing my expert legal opinions, conclusions, and analysis that I prepared. As more fully described and expounded upon in Exhibit B, it is my expert legal opinion and conclusion that the States of Tamaulipas, Veracruz, and Quintana Roo do have proprietary interests in the waters of the Gulf of Mexico and the coastal areas, lagoons, land, shores, beaches, bays, coastlines, sea life, flora, fauna, estuaries, geological features, and other natural resources and areas in, on, and along the Gulf of Mexico. I hereby incorporate *verbatim* by reference into this Declaration the attached Exhibit B, including all of its attachments, decrees, laws, opinions, conclusions, analysis, and laws.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 21st day of December 2012.

Julio Cesar Cruz Chavira



**Dr. Julio César Cruz Chavira** received his law degree, with honors, from the Universidad Autonoma de Chihuahua (Autonomous University of Chihuahua) in 1995, presenting a thesis titled: "Challenges for Mexican professionals before the North American Free Trade Agreement", since then, he has been duly licensed to practice as an attorney. He has been a legal scholar and professor as well as a consultant in environmental law for the Government of the State of Nuevo Leon and the Municipalities of such state, he has worked as a Legal Officer for environmental corporations, coordinated and led a legal research project focused on legal aspects of sustainable development and served as a Judge in the Municipal Office of Public Safety of the Municipality of Chihuahua.

He received his Master's Degree in Administration (MBA) in 1998, from the Escuela de Graduados de Administración y Dirección de Empresas (EGADE Business School, ITESM Monterrey Campus).

Between the years 1999 and 2001 he studied to receive a Ph.D. from Tulane University in New Orleans, specializing in International Commercial Law.

He also received a Master´s Degree in International Commercial Law from the EGADE Business School in 2002, with the thesis: "Transboundary Movement of Hazardous Wastes Under the Basel Convention".

In 2012 he received his Doctorate in Humanistic Studies specializing on Ethics from the Instituto Tecnologico y de Estudios Superiores de Monterrey (ITESM), with the thesis: "Ethical Responsibilities in the enforcement of environmental law. A victim´s perspective".

He has been admitted as a member of the Nuevo Leon chapter of the Mexican College of Lawyers and Bar Association, serving in the Environmental Law Committee from 2004 to 2006.

He has participated in and obtained diplomas for several seminars and certification courses, including:

- "Implementing the ISO-140001 Norm for companies" 1996, Center of Environmental Quality, ITESM, Monterrey
- "Water Quality Certification Course" 1996, Center of Environmental Quality, ITESM, Monterrey
- "Latest Developments in Environmental Legislation" 1997, Center of Environmental Quality, ITESM, Monterrey

- "Environmental Quality Diploma Course" 1998, Center of Environmental Quality, ITESM, Monterrey
- "Legal Course on policies and a free trade agreement between Mexico and the European Union" 2000, Tulane Center for European Union Law, Brussels and Luxembourg
- "Course on Sustainable Development" 2003, ITESM, Monterrey
- "Chornos, from personal values to corporate action", 2004, ITESM, Monterrey
- "Negotiating Environmental Agreements"2004, ITESM/MIT, Monterrey
- "Ethics and Human Rights" 2005, ITESM, Monterrey
- "Valorization of biodiversity from an ecological, evolution and ethical point of view" 2005, ITESM, Monterrey
- "Diploma on Environmental Law" 2009, ITESM/PROFEPA, Monterrey

He has taught Environmental Law courses at the ITESM, Mexico´s most prestigious University, since 1999.

He has worked and coordinated the performance of "pro bono" legal services at BUFETEC, a free legal firm operated by law students at the ITESM Law School that also provides legal counseling for those who can't afford an attorney in the Monterrey Metropolitan area.

From 2004 to 2006 he worked as a legal consultant of environmental law for the City of Monterrey, N.L., and from 2004 to 2009 he also worked as a legal consultant of environmental law for the Government of the State of Nuevo Leon.

He worked at the legal department of the company Promotora Ambiental (PASA) Industrial Group Corporate GEN dedicated to the collection of non-hazardous industrial solid waste.

From 1998 to 1999 he worked in the Legal Inter-American Trade Center (JURICI) at the ITESM, in the research and advisory project called "Legal Action for Sustainable Development."

He has been a Legal Advisor at a law firm in the State of Chihuahua N.L.