UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239 10-4240 10-4241 | § § § | |

## DECLARATION OF SERGIO ELIAS GUTIERREZ SALAZAR

I, Sergio Elias Gutierrez Salazar, declare, pursuant to 28 U.S.C. 1746, that the following is true and correct:

1) My name is Sergio Elias Gutierrez Salazar, and I am a practicing attorney in the Republic of Mexico and an experienced lawyer in all aspects of Mexico's constitutional, environmental, administrative, natural impact, dispute resolution and litigation law. I have 43 years of experience in the foregoing areas of Mexican law.

2) I received a law degree from the Autonomous University of Nuevo Leon (UANL) in 1969, and I have been admitted as a member of the College of Lawyers, the College of Notary Publics of Nuevo Leon, and the National Institute of Public Administration. I received the degree of Master in Public Administration from the *Institut d'études politiques de Paris* (Sciences Po) in 1972. Additionally, I received the degree of Doctor in Law, from Autonomous University of Nuevo Leon (UANL) in 2006. I have been a Law Professor at the *Instituto Tecnologico y de Estudios Superiores de Monterrey* (ITESM) from 1991 to 2005; founding professor at *the Facultad Libre de Derecho de Monterrey* (FLDM) from 1988 to the present day; the Master's Degree in Law Professor at Autonomous University of Nuevo Leon (UANL) from 1991 to 2003; Political Science professor at the National Autonomous University of Mexico (UNAM) from 1981 to 1988; and founding professor of Master's Degree in Law at EGAP (ITESM). My expertise and law practice through the years, as an academic as well as in private and public practice, has focused on Mexican Constitutional Law, Administrative Law and Public Administration. From 1979 to 1982, I served as General Director of Counseling to States and Municipalities in the General Coordination Office for Administrative Matters of the Mexican Executive Branch (Office of the President of Mexico). While holding this



1

position, I participated in judicial studies in order to update municipal laws, as well as State Constitutions. I worked as the Executive Director for the National Center of Municipal Development of the Ministry of the Interior and General Coordinator for Municipal Development for the Government of the State of Nuevo Leon. I served as a representative for the Government of the State of Nuevo Leon (one of the states in the Mexican Republic) in the Federal District for 3 years, and I also served as General Coordinator of State Delegations in the Government Workers' Social Security and Services Institute (ISSSTE) in Mexico City from 1982 to 1985. In 1994, I received the Igancio Burguoa Medal for academic achievement from the College of Lawyers of Monterrey. I have written the following published books: *"Temas de Nuevo León en el Siglo XX"* (Nuevo Leon in the XXth Century), along with Isabel Ortega Ridaura and Victor López Villafañe (2006); "The Mexican Constitution at the End of the 20th Century" (1994); Government and Administration of the Federal District in Mexico-this book can be found in the Library of Congress of the United States- (1985); "Towards the County in the New Millennium" -this book can also be found in the Library of Congress of the United States- (1994). I published a chapter entitled "Federal Public Administration during the Fourth Republic (Federal Social) 1917-1977" for the book "200 Years of Public Administration in Mexico" published by the *Instituto Nacional de Administracion Publica*, A.C. (2010). I participated in the preparation of the introduction of the book "Chronicle of a Life in Campaign" by Luis Eugenio Todd that was published in 1999 -this book can also be found in the Library of Congress of the United States. I have participated in the writing of the following books: The National Debate, 2 Scenarios of the Democratization (1994); The Democratic Governability in Mexico (2000) and Public Administration in Mexico (2000). I was the Titleholder of the Notary Public's Office No. 104, holding office in the City of Monterrey, State of Nuevo Leon, from 1991 until 2008, and I am currently the Substitute Notary Public for such Office No. 104, as well as a contributing editor in El Norte, one of Mexico's most widely published and influential newspapers, part of the Reforma Group since 1996.

3) A true and correct copy of my curriculum vitae is attached hereto as Exhibit "A".

4) I was retained by counsel for the States of Tamaulipas, Veracruz, and Quintana Roo to provide my objective and independent expert legal opinions in this case. My fee for my expert and legal services in this regard is $200.00 USD per hour.

5) I was retained by counsel for the States of Tamaulipas, Veracruz and Quintana Roo to provide expert legal opinions based on my academic education, experience as a lawyer, training, work experience, and other qualifications contained in my curriculum vitae (Exhibit A) and qualifications referenced in this Declaration as to whether the Mexican States of Tamaulipas, Veracruz, and Quintana Roo have proprietary interests in the waters of the Gulf of Mexico and the coastal areas, lagoons, land, shores, beaches, bays, coastlines, sea life,

2

flora, fauna, estuaries, geological features, and other natural resources and areas in, on, and along the Gulf of Mexico.

6) Attached as Exhibit "B" is a true and correct copy of my expert report containing my expert legal opinions, conclusions, and analysis that I prepared. As more fully described and expounded upon in Exhibit B, it is my expert legal opinion and conclusion that the States of Tamaulipas, Veracruz, and Quintana Roo do have proprietary interests in the waters of the Gulf of Mexico and the coastal areas, lagoons, land, shores, beaches, bays, coastlines, sea life, flora, fauna, estuaries, geological features, and other natural resources and areas in, on, and along the Gulf of Mexico. I hereby incorporate *verbatim* by reference into this Declaration the attached Exhibit B, including all of its attachments, decrees, laws, opinions, conclusions, analysis, and laws.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 21st day of December 2012.

Sergio Elias Gutierrez Salazar

3



Sergio Elías Gutiérrez Salazar, PhD.
**Attorney at Law, Editorialist, Professor and Public Servant.**

**Domicile:** Lázaro Cardenas #306-3A, Residencial San Agustin, 66260, San Pedro Garza Garcia, Nuevo León, México.

**Phone:** +52 8343-3000

**e-mail:** sergioeg@infosel.net.mx

### Academic Credentials:

- Doctorate in Law, 2006 (Universidad Autónoma de Nuevo León, México).
- Master's Degree in Public Administration, 1972 (*Institut d'études politiques de Paris* (Sciences Po)
- Law Degree, 1969 (Universidad Autónoma de Nuevo León, México).

### Specialties and Areas of Practice:

Constitutional Law, Administrative Law and Public Administration.

### Professional Experience:

Notary Public of the First District of Nuevo Leon, holding title to Office No. 104, from 1991 until 2008. Currently serving as Substitute Notary Public for such same Office.

Contributing Editorialist at El Norte, one of Mexico´s most widely published and influential newspapers, which is part of the Reforma Group, since 1996; I publish a weekly editorial article.

Served as the Spokesperson and Executive Director for the National Center of Municipal Development of the Ministry of the Interior, in 1993 and 1994.

Served as the General Director for Municipal Development in the Government of the State of Nuevo Leon, 1988 – 1990.

Served as the Official Representative for the State of Nuevo Leon before the Federal Government in Mexico City, 1985 – 1988.

Served as General Coordinator of State Delegations in the Government Workers' Social Security and Services Institute (ISSSTE) in Mexico City from 1982 to 1985.

Served as General Director of Counseling to States and Municipalities in the General Coordination Office for Administrative Matters of the Mexican Executive Branch (Office of the President of Mexico). 1979 – 1982.

### Law Professor at:

Instituto Teconlogico y de Estudios Superiores de Monterrey (ITESM) 1991-2005.

Founding Member of the faculty at the Facultad Libre de Derecho de Monterrey (FLDM), 1988 – to date.

Universidad Autonoma de Mexico (UNAM), 1981 to 1988.

EGAP, 2001 – 2005.

### Published Works:

(2006) Ortega Ridaura, Isabel; López Villafañe, Víctor; Gutiérrez Salazar, Sergio Elías. *Temas de Nuevo León en el Siglo XX* (Nuevo Leon in the XXTH Century). México. Compilation

(2010) Gutierrez Salazar, Sergio Elías. *200 años Administración Pública en México. Base legal y pragmática Tomo I. La administración pública federal durante la Cuarta República (Federal Social) 1917-1977.* (200 Years of Public

Administration in Mexico. Pragmatic and Legal Basis, Tome I. Federal Public Administration during the Fourth Republic (Federal-Social) 1917-1977. Instituto Nacional de Administración Pública A.C. (INAP). México.

(2006) Gutiérrez Salazar, Sergio Elías. *Reflexiones sobre el Artículo 59 constitucional. Confines de relaciones internacionales y ciencia política.* (Reflections on Constitutional Article 59. International Affairs and Political Science) México.