



# MEXUSGULF
# ANNEX

**ANNEX OF THE JOINT CONTINGENCY PLAN BETWEEN THE UNITED MEXICAN STATES AND THE UNITED STATES OF AMERICA REGARDING POLLUTION OF THE MARINE ENVIRONMENT BY DISCHARGES OF HYDROCARBONS OR OTHER HAZARDOUS SUBSTANCES.**

 

**United States Coast Guard**
U.S. Department of Homeland Security

## MEXUSGULF ANNEX

1. The MEXUS Plan's Gulf Geographic (MEXUSGULF) Annex is an extension of The Joint Contingency Plan Between The United Mexican Status And The United Status Of America Regarding Pollution Of The Marine Environment By Discharges Of Hydrocarbons Or Other Hazardous Substances (MEXUS Plan), it provides standard operational procedures with respect to coordination, planning, logistics, and response in case of pollution incidents that may represent a threat to coastal waters or the marine environment of the border zone of both countries. Its purpose is to augment the MEXUS Plan with regional details. The MEXUSGULF Annex is to be utilized for the response to oil spills and hazardous substances releases that could affect both nations within the prescribed geographic limits.

2. The coordination, implementation, and maintenance of the MEXUSGULF Annex is the joint responsibility of the Mexican Navy's First Naval Zone and the U.S. Coast Guard's Eighth District, which have the authority and responsibility for formulating a Joint Response Team, and for coordinating the corresponding actions with each country's departments and organizations at federal, state, and local levels, consistent with what is established in both the MEXUS Plan, February 25, 2000 and *The Agreement Of Cooperation Between The United States Of America and The Mexican United States Regarding Pollution Of The Marine Environment By Discharges Of Hydrocarbons or Other Hazardous Substances*, signed on July 24, 1980, in Mexico City.

3. Actions indicated in the MEXUSGULF Annex will be executed when both authorities agree, trough previous and continuous coordination between the On Scene Coordinators from each side, in order to provide the appropriate means to eliminate the threat that an incident may present and reduce to a minimum the adverse effects to the marine environment, health, and public welfare.

4. The MEXUSGULF Annex could be modified by previous agreement of the Parties, such modifications should be included in a Section for Recording Changes.

5. The MEXUSGULF Annex will be in force as long as the MEXUS Plan is in force.

Signed on November 7, 2007, in City Madero, Tamaulipas, Mexico, in two originals in the Spanish and English languages, both texts being equally authentic.

FOR THE MEXICAN NAVY'S
FIRST NAVAL ZONE.

Vice Admiral C.G. D.E.M.
Carlos Octavio Angulo Jiménez.
Commander First Naval Zone

FOR THE UNITED STATES OF AMERICA
EIGHTH COAST GUARD DISTRICT.

Vice Admiral.
Joel R. Whitehead.
Commander Eighth CG District

**RECORD
OF CHANGES
MODIFICATION**

| CHANGE NUMBER | DATE ENTERED | MODIFICATION FULFILLED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MEXUSGULF

## GEOGRAPHIC ANNEX

**NOVEMBER 7 OF 2007.**

# MEXUSGULF ANNEX
## CONTENTS

| | |
|---|---|
| **G 100** | **INTRODUCTION** |
| G 100.1 | HISTORY OF SPILLS IN MEXICO |
| G 100.2 | HISTORY OF OIL SPILLS IN THE USA |
| **G 101** | **PURPOSE AND OBJECTIVES** |
| **G 102** | **AUTHORITY** |
| G 102.1 | AUTHORITIES IN MEXICO |
| G 102.2 | AUTHORITIES IN THE USA |
| **G 103** | **GEOGRAPHIC LIMITS** |
| G 103.1 | GEOGRAPHIC LIMITS IN MEXICO |
| G 103.1.1 | GEOGRAPHIC LIMITS OF THE FIRST NAVAL ZONE IN MEXICO |
| G 103.1.2 | GEOGRAPHIC COVERAGE IN THE STATE OF TAMAULIPAS |
| G 103.2 | GEOGRAPHIC LIMITS IN THE USA |
| G 103.2.1 | GEOGRAPHIC COVERAGE IN THE STATE OF TEXAS |
| G 103.3 | BILATERAL COOPERATION BEYOND THE GEOGRAPHIC LIMITS |
| **G 104** | **DEFINITIONS** |
| **G 105** | **RESPONSE SYSTEM AND POLICIES** |
| G 105.1 | RESPONSE STRATEGIES |
| G 105.1.1 | ORIGIN OF THE SPILL |
| G 105.1.2 | TYPE OF PRODUCTS HANDLED IN THE GULF OF MEXICO. |
| G105.1.2.1 | MOST POTENTIALLY HARMFUL POLLUTING PRODUCTS AND SHIPPING MODES IN MEXICO |
| G 105.1.2.2 | MOST POTENTIALLY HARMFUL POLLUTING PRODUCTS AND SHIPPING MODES IN THE USA |
| G 105.1.3 | AREAS WHERE POLLUTION INCIDENTS OCCUR |
| G 105.1.3.1 | HIGH RISK POLLUTION AREAS IN MEXICO |
| G 105.1.3.2 | HIGH RISK POLLUTION AREAS IN THE USA |
| G 105.2 | STRATEGIC OBJETIVES |
| G 105.3 | RESPONSE PRIORITIES |
| G 105.4 | PROTECTION PRIORITIES: |
| **G 200** | **COMMAND LEVELS AND COORDINATION** |
| **G 201** | **JOINT RESPONSE TEAM** |
| G 201.1 | FEDERAL AND QUASI-OFFICIAL AGENCIES |
| G 201.1.1 | ON THE PART OF MEXICO |
| G 201.1.1.1 | FEDERAL AGENCIES |
| G 201.1.1.2 | STATE AGENCIES |
| G 201.1.2 | ON THE PART OF THE USA |
| G 201.1.2.1 | FEDERAL AGENCIES |

G 201.1.2.2     STATE AGENCIES
G 201.1.2.3     SPECIAL RESPONSE GROUPS
**G 202          ON-SCENE COORDINATOR**
**G 203          ADVISORY AND LIAISON COORDINATOR**
**G 204          OSC COMMAND STAFF**
G 204.1         THE SAFETY OFFICER
G 204.2         THE INFORMATION OFFICER
G 204.2.1       GENERAL MEDIA POLICY
G 204.2.2       PUBLIC RELATIONS
G 204.2.3       INTERNAL INFORMATION
G 204.2.4       PRESS CONFERENCES
G 204.2.5       JOINT INFORMATION CENTER (JIC)
G 204.3         THE LIAISION OFFICER
**G 205          JOINT RESPONSE CENTER (JRC)**
G 205.1         JOINT RESPONSE CENTER CONSIDERATIONS IN MEXICO
G 205.2         JOINT RESPONSE CENTER CONSIDERATIONS IN THE USA
G 205.2.1       JOINT RESPONSE CENTER SITES IN THE USA
**G 300          PLANNING**
**G 301          SITUATION**
**G 302          RESPONSE CONDITIONS**
G 302.1         COLLECTED HYDROCARBONS AND OTHER HARMFUL SUBSTANCES DISPOSAL
G 302.1.1       STORAGE AND DISPOSAL IN MEXICO
G 302.1.2       STORAGE AND DISPOSAL IN THE USA
**G 303          INFORMATION**
**G 304          DEMOBILIZATION (END OF OPERATIONS)**
**G 305          TECHNICAL ADVICE**
G 305.1         SCIENTIFIC SUPPORT COORDINATOR (SSC)
G 305.1.1       TECHNICAL ADVICE IN MEXICO
G 305.1.2       TECHNICAL ADVICE IN THE USA
G 305.1.2.1     FEDERAL TECHNICAL ADVICE
G 305.1.2.2     STATE TECHNICAL ADVICE
G.305.2         METEREOLOGISTS
G.305.3         OCEANOGRAPHERS
G.305.4         SPECIALISTS IN RESPONSE TECHNOLOGIES
G.305.5         GEOGRAPHIC INFORMATION SYSTEMS (GIS)
G.305.6         DISPOSAL SPECIALISTS (WASTE MANAGEMENT)
G.305.7         SAMPLING SPECIALISTS
**G 306          MEETINGS AND EXERCISES**
**G 307          TRAINING**

**G 400**       **OPERATIONS**
**G 401**       **RAPID NOTIFICATIONS**
G 401.1       NOTIFICATION TO THE FIRST NAVAL ZONE
G 401.2       NOTIFICATION TO THE EIGHTH COAST GUARD DISTRICT
**G 402**       **OPERATIONS NOTIFICATION**
G402.1        INITIAL NOTIFICATION MESSAGE.
G 402.2       INITIATION OF REGIONAL COORDINATION
G402.3        MESSAGES FOR COMMUNICATIONS DURING THE RESPONSE OPERATION
G 402.4       JOINT RESPONSE TERMINATION MESSAGE
**G 403**       **OPERATIONAL COMMUNICATIONS**
**G 404**       **RECOVERY METHODS**
G 404.1       RECUPERACIÓN MECÁNICA
G 404.2       LIMPIEZA DE COSTAS
G 404.3       ALTERNATIVE RESPONSE TECHNOLOGIES
G 404.3.1     COASTAL CLEANING AGENTS
G 404.3.2     REQUIREMENTS FOR THE USE OF ALTERNATIVE RESPONSE TECHNOLOGIES
G 404.3.2.1   REQUIREMENTS FOR THE USE OF ALTERNATIVE RESPONSE TECHNOLOGIES IN MEXICO
G 404.3.2.2   REQUIREMENTS FOR THE USE OF ALTERNATIVE RESPONSE TECHNOLOGIES IN THE USA
**G 405**       **AIR OPERATIONS**
**G 406**       **REHABILITATION OF NATURAL RESOURCES**
G 406.1       SENSITIVE AREAS
G 406.1.2     ENVIRONMENTALLY SENSITIVE AREAS
G 406.1.2.1   ENVIRONMENTALLY SENSITIVE AREAS IN MEXICO
G 406.1.2.2   ENVIRONMENTALLY SENSITIVE AREAS IN THE USA
G 406.1.3     ECONOMICALLY SENSITIVE AREAS
G 406.1.3.1   ECONOMICALLY SENSITIVE AREAS IN MEXICO
G 406.1.3.2   ECONOMICALLY SENSITIVE AREAS IN THE USA
G 406.1.4     CULTURAL, HISTORIC OR ARCHEOLOGICAL SITES
G 406.2       NATURAL RESOURCES
**G 407**       **ASSESSMENT OF DAMAGE TO NATURAL RESOURCES**
**G 500**       **LOGISTICS**
**G 501**       **COMMUNICATIONS**
**G 502**       **MEDICAL**
**G 503**       **SUBSISTENCE**
**G 504**       **TRANSPORTATION**
G 504.1       TRANSBOUNDARY MOVEMENT OF PERSONNEL AND EQUIPMENT

G 504.1.1    CUSTOMS AND IMMIGRATIONS PROCEDURES FOR U.S.A RESPONSE PERSONEL AND EQUIPMENT TRAVELING INTO MEXICO

G 504.1.2    CUSTOMS AND IMMIGRATIONS PROCEDURES FOR MEXICAN RESPONSE PERSONEL AND EQUIPMENT TRAVELING INTO THE U.S

**G 505     SERVICES**

**G 506     SUPPLIES**

**G 600     FINANCES**

**REFERENCES**

**APPENDIX I        ABBREVIATIONS USED (SPANISH-ENGLISH)**

**APPENDIX II       MEXUSGULF RAPID NOTIFICATION LIST**

**APPENDIX III      NOTIFICACION DE DERRAMES MEXUSGOLF/MEXUSGULF SPILL NOTIFICATION FORM**

**APPENDIX IV       REQUEST TO IMPORT MERCHANDISE AND EQUIPMENT FOR EMERGENCY RELIEF EFFORTS IN THE BROWNSVILLE, TEXAS COASTAL WATERS**

**APPENDIX V        CBP FORM 4455 CERTIFICATE OF REGISTRY**

**APPENDIX VI       CBP FORM 3311 DECLARATION FOR FREE ENTRYOF RETURN AMERICAN PRODUCTS**

**APPENDIX VII      CBP FORM I-193**

## G 100    INTRODUCTION:

### G 100.1    HISTORY OF SPILLS IN MEXICO

With the arrival of the boom in the exploitation of petroleum, the Mexican Petroleum Company (PEMEX) became Mexico's main industry. Since 1974, with the discovery of the well Chac and various other giant and super-giant oil fields, the main petroleum and gas producing zone in Mexico is located in the southern part of the Gulf of Mexico, where drilling and production activities have been developed in the Campeche marine zone, that presently generates 82% of the total national crude oil production.

The majority of the maritime-based platforms have the function of extracting crude oil and natural gas that invariably emerge combined. In some wells liquids prevail with a smaller gas percentage; in others, the mixture is reversed. This geological characteristic requires the separation of both types of hydrocarbons at the sea-based installations, for subsequent pumping to the mainland where they have two different destinations. The gas is directed to the re-pumping plant of Atasta, Campeche, and the crude to the Tabasco port of Dos Bocas, constructed *exprofeso*.

Following the IXTOC marine well incident, which caused a 300,000 ton (2,244,000 barrels) crude oil spill, the control of which took nearly 10 months of work (3 June 1979 to March 25 1980), Mexico became interested in earnest in the prevention, response and control of hydrocarbon spills on other dangerous substances into the sea.

On June 12, 1995, the tanker "SEBASTIÁN LERDO DE TEJADA" caused an oil spill for which the Secretariat of the Navy – Mexican Navy (SM-AM) and Petroleos Mexicanos, (PEMEX) coordinated their participation recovering approximately 33,500 liters (8,850 gallons) of hydrocarbons and 3,000 kilograms (6614 pounds) of oil-soaked solid waste.

### G 100.2    HISTORY OF OIL SPILLS IN THE USA

U.S. territorial waters in the Gulf of Mexico are the most active oil exploration area of any in the country, and one of the most active in the world. In addition to over 2,000 fixed oil production platforms and several thousand miles of oil carrying pipelines, the U.S. coastline of the Gulf of Mexico is home to seven of the top 10 oil U.S. ports for shipping hydrocarbons and hazardous materials. These ports are: The South Louisiana Offshore Oil Port or LOOP, the only U.S. port capable of receiving Supertankers, The Port of Houston, Texas, the port of New Orleans, Louisiana, the port of Corpus Christi, Texas, the Port of Beaumont, Texas, the Port of Baton Rouge, Louisiana, and the Port of Plaquemines, Louisiana.

Even with such activity, only a very small fraction of all the oil shipped and produced in the Gulf of Mexico is spilled. The most notable spills in recent years are listed below:

On July 13, 1988, the tank ship NORD PACIFIC suffered hull damage while docking at a refinery in the inner harbor of Corpus Christi, Texas. The collision with the dock tore a hole in a

cargo tank. The NORD PACIFIC was carrying 625,000 barrels (83,556 tons) of crude oil, 15,350 barrels (2,052 tons) of which spilled into the harbor before the tank could be pumped down.

On June 8, 1990, while the Italian tank vessel FRAQMURA was lightering the Norwegian tank vessel MEGA BORG, an explosion occurred in the pump room of the MEGA BORG. The two ships were 92 kilometers (57 miles) southeast of Galveston Texas. As a result of the explosion, a fire started in the pump room and spread to the engine room. An estimated 100,000 barrels (13,369 tons) of crude were burned or released into the sea from the MEGA BORG during the next seven days. In response to a request for assistance from the U.S., the Mexican government decided that SM-AM, in coordination with the quasi-federal agency PEMEX, would assist with the recovery of the spilled product, which was conducted by the vessel ECOPEMEX.

On February 5, 1995, the tank ships BERGE BANKER AND SKAUBAY collided when preparing for lightering operations in the Galveston lightering area. The BERGE BANKER suffered damage in a forward cargo tank. Based on tank soundings, the BERGE BANKER released 900 barrels (120 tons) of Bunker C into the water.

Tarballs from this spill traveled hundreds of miles virtually unobserved. On February 16 tarballs began hitting the beach on the Gulf side of Matagorda Island and continued to impact beaches until March 3 when small tarballs were reported on Port Isabel city beaches. Although this incident did not require a joint response, the Mexican government, through SM-AM, did step up patrols along the coastal waters of the state of Tamaulipas, especially in critical or high-value areas.

On March 18, 1996, the barge BUFFALO 292 suffered a major structural failure, and discharged approximately 5,000 barrels (210,000 gallons) of IFO 380 approximately 1.6 kilometers (one mile) north of Pelican Island in Galveston, Texas. Weather on-scene was windy with gusts to 60 knots. Evening northwest winds blew a majority of the product into the Gulf of Mexico.

Then again on May 26, 1996 a second single-hulled barge BUFFALO 286 suffered a major structural failure, and discharged approximately 1,000 barrels (133 tons) of IFO 380 from damaged tanks into Galveston Bay, Texas. The oil remained buoyant and an offshore tarball field was visually tracked for three weeks as it traveled off Galveston Bay in Houston until it impacted Matagorda Island and Corpus Christi. Very light impact occurred on Padre Island.

On May 16, 1997, a 16-inch Texaco pipeline spilled crude oil into Lake Barre, Louisiana. The pipeline was located approximately 9.7 kilometers (6 miles) from shore, 43 kilometers (27 miles) southeast of Houma, Louisiana. Initial observations estimated that 277 barrels (37 tons) had been released. Later estimates of the spill volume were between 5,000 and 7,500 barrels (668 y 1,003 tons).

On November 28, 2000, the tank ship WESTCHESTER spilled an estimated 11,904 barrels (1,591 tons) of crude in the Mississippi River 96 kilometers (60 miles) south of New Orleans, Louisiana. The WESTCHESTER experienced a loss of power that led to damage to a cargo tank while trying to maneuver inbound from the Gulf of Mexico.

On November 10, 2005, the double-hulled tank barge DBL-152 struck a submerged, hurricane-damaged platform while en route from Houston to Tampa, which gouged a 10.6 meter (35 feet) long by 1.8 meter (6 feet) wide hole in the barge's starboard bow, breaching the number one starboard cargo tank, which contained approximately 7,143 barrels (955 tons) of number-six fuel oil. The number one port and number three starboard cargo tanks were also breached following the barge's subsequent capsizing on November 14, containing approximately 10,476 barrels and 13,428 barrels (1,400 and 1,795 tons) of oil respectively. Initial surveys indicated that a large portion of the oil in the damaged tanks leaked out and sank onto the ocean floor. Notification of this incident was made to the Mexican Navy.

On December 24, 2006, two sections of the High Island pipeline system ruptured after being struck by a ship's dragging anchor approximately 56 kilometers (30 nautical miles) southeast of Galveston, Texas. Original estimates indicated that 1,000 barrels (133 tons) of light crude were spilled. Divers were needed to secure the discharge and effect structural repairs. According to final estimates, a total of approximately 1,252 barrels (167 tons) of crude oil was released. Notification of this incident was made to the Mexican Navy.

## G 101     PURPOSE AND OBJECTIVES:

The purpose of the MEXUSGULF Annex is to provide standard operational procedures in order to coordinate bilateral responses to pollution accidents that may occur in or threaten waters or coastal areas in the Gulf of Mexico in the vicinity of the border between Mexico and the United States of America that could also affect or threaten the marine environment of both countries.

As the MEXUS Plan states (section 101 page 2), the objectives of a coordinated response are: to prevent, control, eliminate the threat of an incident of pollution, minimize the effects to the marine environment, and to protect the population's health and well being.

## G 102     AUTHORITY:

Refer to MEXUS PLAN (section 102 page 2).

G 102.1     AUTHORITIES IN MEXICO:

The Chair of the Joint Response Team is the COMMANDER OF THE CHIEF STAFF OF THE MEXICAN NAVY at the Navy Secretariat located at: Eje Dos Oriente Tramo H. Escuela Naval numero 861, Colonia Los Cipreses, Delegación Coyoacan, México, Distrito Federal, Código Postal 04830, Telephone: 011 521 (555) 624-6388 and 011 521 (555) 624-6500 ext. 6388, FAX: 011 521 (555) 624-6242. The numbers include the area code to call from the USA to Mexico.

The ON-SCENE COORDINATOR (OSC) will be the COMMANDER OF THE FIRST NAVAL ZONE, located at: Avenida Alvaro Obregón, sin número, Colonia Emilio Carranza, Ciudad Madero Tamaulipas, Código Postal 89540, Telephone: 011 521 (833) 215-7915, FAX 011 521 (833) 215-7915, or as designated by the JRT Chair. The numbers include the area code to call from the USA to Mexico. This location could change depending on the particular circumstances and the location of the spill. If the location of the Response Center does change, the new location will be communicated to both parties.

G 102.2      AUTHORITIES IN THE USA:
The Chair of the Joint Response Team will be the EIGHTH COAST GUARD DISTRICT CHIEF OF RESPONSE DIVISION at the Eighth Coast Guard District offices located on the 13th floor of the Hale Boggs Federal Building at 500 Poydras Street, New Orleans, Louisiana, 70056 70130, USA telephone: 001 (504) 589-6225, FAX: 001 (504) 589-2148.

The Federal On-Scene Coordinator (FOSC) will be the Captain of the Port of the area where the spill originates or impacts or as designated by the EIGHTH COAST GUARD DISTRICT CHIEF OF RESPONSE DIVISION.

## G 103      GEOGRAPHIC LIMITS:

G 103.1      GEOGRAPHIC LIMITS IN MEXICO

G 103.1.1      GEOGRAPHIC LIMITS OF THE FIRST NAVAL ZONE IN MEXICO.
The area of responsibility of the First Naval Zone includes the sea-land area, the territorial sea, and the Exclusive Economical Zone from the mouth of the Bravo River (Known as Rio Grande in the USA) to mouth of Panuco River in Tamaulipas; the same terms stated in the MEXUS PLAN (section 103 page 3).

G 103.1.2      GEOGRAPHIC COVERAGE IN THE STATE OF TAMAULIPAS
Territorial sea, interior waters, adjacent zone, exclusive economical zone, the continental shelf, the insular platforms, the port district building and any other allowed by International Rights.

The geographical boundaries are 27°40' y 22° 12' North latitude, and 97° 08', y 100° 08' West longitude.

G 103.2      GEOGRAPHIC LIMITS IN THE USA:
The Eighth Coast Guard District, headquartered in New Orleans, covers all or part of 26 states throughout the Gulf Coast and heartland of America. It stretches from the Appalachian Mountains and Chattahoochee River in the east to the Rocky Mountains in the west, and from the USA-Mexico border and the Gulf of Mexico to the Canadian border in North Dakota, which includes 1,200 miles (1,930 kilometers) of coastline and 10,300 miles (16,573 kilometers) of inland navigable waterways. It includes the states of Texas, New Mexico, Colorado, Wyoming,

North Dakota, South Dakota, Nebraska, Kansas, Oklahoma, Louisiana, Arkansas, Missouri, Iowa, Mississippi, Alabama, Tennessee, Kentucky, and West Virginia and parts of, Florida, Georgia, Pennsylvania, Ohio, Indiana, Illinois, Wisconsin and Minnesota.

## G 103.2.1    GEOGRAPHIC COVERAGE IN THE STATE OF TEXAS
The State of Texas has jurisdiction over all Texas coastline, interior waters, and ports and facilities found within three marine leagues (9 nautical miles or 16.7 kilometers) seaward of the coastline.

## G 103.3    BILATERAL COOPERATION BEYOND THE GEOGRAPHIC LIMITS
If assistance is needed to a response beyond the described geographical limits of the First Naval Zone and Eighth Coast Guard District, the request will be coordinated between the Mexican Navy General Staff, and U. S. Coast Guard headquarters.

The Mexican Navy General Staff can be contacted 24 hours a day, seven days a week at 011 52 (55) 5624 6388 and 011 52 (55) 5624 6500, extensions 6388 or 1000. Fax: 011 (52) 55 5624 6242.

U. S. Coast Guard Headquarters can be contacted 24 hours at day, seven days at week at 001(202) 267- 2100.

## G 104    DEFINITIONS
Refer to the MEXUS Plan (section 104 page 3)

## G 105    RESPONSE SYSTEM AND POLICIES:
Refer to the MEXUS Plan (section 105 page 4).

## G 105.1    RESPONSE STRATEGIES:
Response strategies will depend on basically three factors:

## G 105.1.1    ORIGIN OF THE SPILL:
Potential sources of marine environmental pollution include:

- Ship Collisions.
- Damage to oil pipelines
- Damage to hoses during fuel loading and unloading operations.
- Ships running aground off the coast of the Gulf of Mexico and its navigable areas.
- Blow-outs or damage to platforms.
- Any other similar damage to the systems mentioned above.

G 105.1.2     TYPE OF PRODUCTS HANDLED IN THE GULF OF MEXICO.

Types of hydrocarbons and hazardous materials that could potentially be spilled in the marine environment of the Gulf of Mexico are:

G105.1.2.1    MOST POTENTIALLY HARMFUL POLLUTING PRODUCTS AND SHIPPING MODES IN MEXICO

Products manufactured by PEMEX- Refining (Refinery Francisco I. Madero) and transferred to or stored at the Madero Marine Terminal are:

- Isobutane
- Gasoline
- Turbosine
- Diesel
- Crude Oil
- Fuel Oil
- Asphalt
- Alkyl
- Methyl Tertiary Butyl Ether (M.T.B.E.)

The sea-lanes for hydrocarbon transportation between the Madero Marine Terminal and the national ports Tuxpan and Coatzacoalcos, Veracruz, Dos Bocas, Tabasco, and Progreso, Yucatan and Campeche, Campeche are heavily traveled.

On Los Lobos Island there is an installation that connects the production of the Tiburon Platform with the Cabo Nuevo separation battery.

In front of the Madero City, Tamaulipas coastal area and extending approximately 20.5 miles (33 kilometers) to the east is located a group of oil exploitation platforms known as "Arenque" "A", "B" and "C," currently in operation and connected to the Francisco I. Madero Refinery by way of a 12" pipeline.

The crude oils processed in the Francisco I. Madero Refinery are classified in five categories, according to their origin:

- Arenque: This crude oil is produced in the Arenque maritime pool and it is transported through a 12" oil pipeline. The average production rate of this oil is 10,000 barrels per day.
- Tamaulipas: It is produced in the Tamaulipas District of the municipality of Altamira, and it is transported through an oil pipeline with an average production rate of 15,000 barrels per day (630,000 gallons).
- Panuco: It is produced in the region of Ebano, San Luis Potosi and transported by pipeline.
- Maya: It is produced in the Campeche Sound and transported in barrels.

- Mixed Crude: It is a mixture of crude oils from the Campeche and the Southern Districts, and transported by pipeline

Additionally, there are five receiving pipelines:
- Faja de Oro 20"
- Poza Rica 24"
- Gas Pipeline Altamira 8"
- Re-Pumping Center (C.R.) Tamaulipas 12"
- Re-Pumping Center (C.R.) Panuco 14"

There are 11 PEMEX transport pipelines supplying the Altamira, Tamaulipas industrial corridor and other locations in the north of the state.

## G 105.1.2.2   MOST   POTENTIALLY   HARMFUL   POLLUTING   PRODUCTS   AND SHIPPING MODES IN THE USA

The top Hazardous Materials commodities transported by vessel (Tank Ship and Tank Barges) are:
- Ammonia, Anhydrous
- Sodium Hydroxide (Caustic Soda)
- Sulfuric Acid (Oleum)
- Styrene
- Benzene
- Methanol
- Toluene
- Cumene
- Xylenes
- Acrylonitrile

The top petroleum commodities transported by vessel (Tank Ship and Tank Barges) are:
- Crude Oil
- Fuel Oil
- Gasoline
- Feed Stock
- Naphtha
- Diesel

## G 105.1.3     AREAS WHERE POLLUTION INCIDENTS OCCUR:

## G 105.1.3.1   HIGH RISK POLLUTION AREAS IN MEXICO

In the State of Tamaulipas there are a diverse number of potential contamination sources from hydrocarbons, the main ones are:

- Industrial Port of Altamira – The port of Altamira is the most extensive port development project in the country and the first to be privatized since 1994. Today the port ranks first in the handling of fluid petrochemicals and it is one of the four most important ports in Mexico.
  The port has a total area of 3,075 hectares (7,598 acres) for its development, of which 1,603 hectares (3,961 acres) are destined for marine terminals, 859 hectares (2,122 acres) for navigation areas, and 613 hectares (1,514 acres) for its seaboard.
- PEMEX- Francisco I. Madero Refinery.
- Marine Platforms Arenque "A", "B", "C" and Lobina
- Oil pipelines Arenque-Madero, Poza Rica-Madero, Ebano-Madero and Madero-Monterrey and others that depart from the Francisco I. Madero Refinery.
- PEMEX- Marine Terminal Madero
- Port Zone of the Panuco River

## G 105.1.3.2   HIGH RISK POLLUTION AREAS IN THE USA

Texas ports (National rank by tons totals and foreign trade)
- Houston Ship Channel/Port (2nd Total Trade, 1st in Foreign Trade)
- Corpus Christi Ship Channel/Port (7th Total Trade, 6th in Foreign Trade)
- Beaumont (6th Total Trade, 5th in Foreign Trade
- Texas City (10th Total Trade, 8th in Foreign Trade)
- Freeport (22nd Total Trade, 13th in Foreign Trade)
- Port Arthur (31st Total Trade, 25th in Foreign Trade)
- Galveston (53rd Total Trade, 52nd in Foreign Trade)
- Matagorda Ship Channel/Port (62nd Total Trade, 41st in Foreign Trade) Not ranked
- Victoria (97th Total Trade, 149th in Foreign Trade)
- Brownsville (77th Total Trade, 55th in Foreign Trade

Offshore
- Production Platforms
- Offshore Drilling Units
- Crude Oil Pipelines

## G 105.2   STRATEGIC OBJECTIVES:
The OSC has the primary responsibility assuring optimal use of available resources; i.e. the most oil recovered, contained, and/or prevented from being discharged per expenditure of resources. Safety and the protection of environmentally sensitive or economically, culturally, or archeologically significant areas must be prioritized by the OSC. Prioritization of strategic objectives must be carefully considered, since these vary from case to case, but generally priorities are as follows:
- **Stop the Source:**

This is typically the highest priority. When a damaged vessel, onshore facility, or pipeline poses a risk of an imminent major discharge, preventive action to mitigate the size of the spill is the logical first priority, i.e. stabilize, salvage, and lighter the vessel or contain and secure the onshore source.

- **Open Water Containment and Recovery:**
  Containment and recovery of the spilled oil prior to shoreline impact is the next logical priority. Containment at the source, deployment of major skimming vessels, boom/towing vessels and other skimmers to intercept oil before it impacts critical areas or becomes a more costly and environmentally damaging shoreline cleanup problem is of utmost importance

- **Protection of Sensitive Areas:**
  Protection of resources may compete with containment and collection resources. Priority for protecting these areas is a function of the value of the areas (as prioritized in the following appendix) and the feasibility of protecting them. In general, seek adequate resources to employ tactics that do not weaken open water recovery operations; deploy resources that are not needed in the open water operations; relocate threatened wildlife by means such as capturing, scaring with propane noise/making cannons, and closing off narrow channels with sediment dikes, boom, siphon dams, or other natural or man-made materials.

- **Shoreline Cleanup:**
  Shoreline cleanup should be undertaken only when the risk of recontamination from floating oil passes. Pre-cleaning the beaches of trash and debris prior to the impact of the oil can greatly facilitate the clean up. The OSC must decide if shorelines are going to be cleaned at each tidal change or just once after all the oil expected to reach land has come ashore.

G 105.3    RESPONSE PRIORITIES:

The preservation of human life and health shall be the overriding priority for any response to a discharge of oil. There are two elements to this principle; public safety and response personnel safety.

A large release of oil in the vicinity of houseboats, inhabited shoreline areas or at an oil transfer facility could pose a health or explosion hazard, especially if the discharge is in a confined area (e.g. under a dock). Benzene, hydrogen sulfide, and other toxic, explosive or oxygen-displacing vapor could be generated. Evacuation of the area, even at the expense of delaying the clean up, may be necessary until the danger has passed. Evacuation of homes or other public and private facilities, if recommended by the OSC, is the responsibility of state and local emergency agencies.

All response personnel must comply with all applicable worker health and safety laws and regulations. Initial response and rescue personnel, who may be underway on self-propelled skimmers and other vessels, and shoreline clean-up personnel, must prevent exposure to health and safety risks.

Personnel safety is paramount and responders shall comply with the guidelines set forth in the site safety plans generated by the OSC.

After the threat to personnel safety has been eliminated or reduced to safe levels, response strategies should be implemented to minimize the ecological impact and then the economic and public impact as discussed in the following section.

G 105.4        PROTECTION PRIORITIES:

In general, protection of the environmentally sensitive areas that could be impacted will receive a higher priority than economically significant sites.

The Unified Command will make the final decision regarding protection priorities for the environmentally sensitive and economically significant areas. In order to further assist the OSC, additional prioritization of equally categorized areas that could be impacted may, in the future, be included in this plan. This will allow the OSC to determine which priority sites are to be protected when initial resources will only allow the protection of a few of them.

The OSC may utilize the predetermined response strategies for environmentally sensitive sites and economically significant sites. The OSC must decide which sites are in jeopardy of being oiled and the response strategy that should be implemented. However, the OSC and the responders should remain flexible and be receptive to additional information when instituting the booming plan or other countermeasures. Factor such as unusually high winds, strong tidal currents or freshets, equipment limitations, bottom conditions, and the type of oil can have a significant effect on the proposed strategy. Modifications to the preplanned strategies should be expected.

In addition to the seasonal variances, the protection priority of an entire area could be changed. For example, if the SSC or a biologist determine that a certain section of marshland or coastline, previously categorized as a lower priority (or not categorized at all), is currently a breeding ground for an endangered species, then protection of that site may be afforded the outmost priority even at the expense of a previously categorized..

G 200        COMMAND LEVELS AND COORDINATION:

The MEXUSGULF Annex establishes the unified JRT between Mexico and the U.S. On the Mexican side, the OSC will be the Commander of the First Naval Zone or as designated by the JRT Chair, and in the U.S., the OSC will be designated by the Chief, Response Division or Chief Of Staff of the Eighth Coast Guard District.

Command Staff (EM) and Advisory and Liaison Coordinators (ALC) for both sides will be designated by the respective OSC and organized according to the MEXUS Plan (Section 200, page 6).

## G 201    JOINT RESPONSE TEAM:

The MEXUSGULF Joint Response Team has the main responsibility of coordinating the necessary operations for a joint response to a real or threatened incident of pollution of the maritime environment due to spills of hydrocarbons and/or other dangerous substances in the Gulf of Mexico coastal areas of both sides.  JRT headquarters are located in Madero City, Tamaulipas, and New Orleans, Louisiana, respectively.

JRT functions and responsibilities are delineated in the MEXUS Plan (Section 201, page 6 and following pages):

## G 201.1    FEDERAL AND QUASI-OFFICIAL AGENCIES:

## G 201.1.1    ON THE PART OF MEXICO:

## G 201.1.1.1    FEDERAL AGENCIES

**The Secretariat of Marine Mexican Navy (SM-AM)**

SM-AM, through the First Naval Zone, and Military Naval Sectors Matamoros, and la Pesca, Tamaulipas, is responsible for coordinating with the different Agencies listed below and executing the MEXUS PLAN with their human and material resources.

| | |
|---|---|
| General Staff | 011 52 (55) 5624 6388 |
| Assistants Chief | 011 52 (55) 5624 6385 |
| Office of Assistants | 011 52 (55) 5624 6388 |
| | 011 52 (55) 5624 6380 |
| Fax | 011 52 (55) 5624 6242 |
| Personal Secretary | 011 52 (55) 5624 6383 |
| Chief of the Third Section | 011 52 (55) 5624 6559 |
| Fax | 011 52 (55) 5624 6336 |

| | |
|---|---|
| First Naval Zone. | |
| Commander | 011 52 (833) 215 7808 |
| Chief of Staff | 011 52 (833) 215 7915 |
| Chief of the Third Section | 011 52 (833) 215 7915 |

**The Secretariat of Interior (SEGOB)**

SEGOB and its associated offices are responsible for supporting the actions and operations at the scene of the accident with human and material resources. The National Migration Institute (INM), as an agency within the Interior Secretariat, is responsible for arranging and solving the issues related to the entry, legal stay, and departure of foreigners in the country, as well as the cancellation of authorized immigration guarantees.

Regional Office of the National Immigration Institute in Tamaulipas
International Bridge # 1. Av. Guerrero and 15 de Junio Central Zone, Nuevo Laredo, Tamaulipas, C.P. 88000
Telephone:                   011 52 (867) 712 5326 / 011 52 (867) 712 2171.
                                       Office ext: 200. Fax ext: 215

**The Secretariat of Exterior Relations (SRE)**

SRE, through its associated offices, is responsible for promoting, sponsoring and ensuring the coordination of foreign action of Federal Public Administration agencies, without affecting the accomplishment of their respective assigned responsibilities, and conducting foreign policy, managing the wide range of treaties, agreements, and conventions of which Mexico is a signatory.

Tamaulipas Office
Av. 5 de Mayo, corner. Hidalgo, # 112, C.P. 87000 Central Zone, Ciudad Victoria, Tamaulipas
Telephone:                   011 52 (834) 315-4540, 312-9887
Fax:                              011 52 (834) 312 81 21

Liaison Office:
Ciudad Madero, Tamaulipas Alvaro Obregon Ave. # 201 South, Central Zone Municipal Palace, C.P. 89400
Telephone:                   011 52 (833) 215-0259
Fax:                              011 52 (833) 215-3012

Matamoros, Tamaulipas. First Street and Constitucion Avenue S/N, C.P. 87000
Telephone:                   011 52 (868) 813-0889
Fax:                              011 52 (868) 813-0929

Tampico, Tamaulipas Emilio Carranza # 104 Poniente, Next Municipal Palace, Col. Centro. C.P. 89100
Telephone:                   011 52 (833) 229 27 75, ext. 102 Y 103
Fax:                              011 52 (833) 229 27 75, ext. 104

**The Secretariat of Agriculture, Cattle Ranching, Rural Development, Fishing and Food (SAGARPA)**

SAGARPA, through its associated offices, is responsible for supporting contingency operations with human and material resources within the limits of its capabilities.

Hidalgo Ave. # 5004. Col. Sierra Morena, Tampico, Tamaulipas.
Telephone:                    011 52 (833) 213 2599 / 011 52 (833) 213 5934

**The Secretariat of Housing and Public Credit (SHCP)**

SHCP, through its associated offices, including Customs, is responsible for imposing taxes on foreign equipment and goods entering the country; however, in the case of the entry of foreign products whose purpose is to perform joint response actions  required by hydrocarbon spills, it will carry out its responsibilities under previously established conditions by the appropriate  naval command so that the entry  of such goods and equipment is kept duty free.

Express Ave. S/N. Interior Fiscal Precinct. Central Zone, C.P. 89000, Tampico, Tamaulipas.
Telephone:                    011 52 (833) 2 29 02 08
Civic Action and North  Division S/N. Col. Doctores. C.P. 87340, Matamoros, Tamaulipas
Telephone:                    011 52 (868) 8 11 01 01 /8 11 01 30

**The Secretariat of Communication and Transportation (SCT)**

SCT, through its associated offices, is responsible for supporting communications and the transportation of joint response equipment, supplies, and personnel within the limits of its capabilities.

Regional Captain of the Port, Port Precinct C.P. 89000 Tampico, Tamaulipas
Telephone: `                    011 52 (833) 214 1517

**The Secretariat of Health (SSA)**

SSA, through its associated offices, , is responsible for providing the necessary medical or health support health means needed in the area of the contingency within the limits of its capabilities.

State Office of the Secretariat of Health
Federal Palace 3rd Floor s/n - 8 Morelos, Ciudad Victoria, Tamaulipas, C.P. 87000.
Telephone:                    011 52 (834) 312-0814 / 011 52 (834) 315 0572

Sanitary Jurisdiction # II, Col. Del Pueblo, Tampico, Tamps.
Telephone:                    011 52 (833) 212 1088.

**The Secretariat of Economy (SE)**

SE, through its associated offices, is responsible for providing human resources and materials support for the contingency operations within the limits of its capabilities.

Blvd. A. López Mateos # 601. Corner. Matías S. Canales
Col. Valle de Aguayo C.P. 87020. Matamoros, Tamaulipas.
Telephone:                011 52 (834) 316 27 05, 316 94 05, 316 6733.
Fax:                      011 52 (834): 316 9261.
                           Exts. 80701 y 80709.

Honduras # 600 Altos Edif. Entre Lauro Villar y Santos Degollado
Col. Modelo C.P. 87360. Reynosa, Tamaulipas.
Telephone:                011 52 (868) 813 4122, 813 4968, 813 5259.
Fax                        011 52 (868): 812 3191.
                           Exts. 82401 y 82406.

Av. Hidalgo 5004 Nte. Piso 3, Esq. Río Sabinas, Col. Sierra Morena C.P. 89210. Tampico, Tamaulipas.
Telephone:                011 52 (833) 213 2221, 217 0363, 217 0990.
Fax                        011 52 (833): 213 4377.
                           Exts. 84201 y 84206.

### The Secretariat of the Environment and Natural Resources (SEMARNAT)

SEMARNAT, through its associated offices, is responsible for overseeing, in coordination with the federal state and local authorities, the enforcement of the law related to the protection of the natural resources, environment, water, and sea and land wildlife, as well as for taking part in the prevention and resolution of environmental contingencies.

Federal Office of the Secretariat of the Environment and Natural Resources (SEMARNAT)
Federal Palace 2nd Floor 7 and 8 Matamoros, Central Zone, C.P. 87000, Ciudad Victoria, Tamaulipas
Telephone: 011 52 (834) 315-0346 y 011 521 (834) 315-5251.

SEMARNAT Regional Office Tampico, Isauro Alfaro # 104 North Federal Palace 3rd Floor Central Zone Tampico, Tamaulipas.
Telephone: 011 52 (833) 214-9385.

### Federal Office of the Attorney General of Environmental Protection (PROFEPA)

PROFEPA is a decentralized administrative branch of the Secretariat of the Environment and Natural Resources (SEMARNAT), with technical and operational autonomy. Its main function is to elevate awareness of environmental norms, with the objective of contributing to sustainable development, while ensuring enforcement of environmental laws.

PROFEPA Federal Office, in the state of Tamaulipas
Hidalgo 426 Poniente corner Fermín Legorreta, Central Zone C.P.   87001, Ciudad Victoria, Tamaulipas.
Telephone:                011 52 (834) 3122456 / 011 52 (834) 312 8663

Fax:                                011 52 (834) 315 3830 Ext: 10.

PROFEPA.- Regional Office Tampico. Isauro Alfaro # 104 North. Federal Palace 3rd Floor Central Zone Tampico, Tamaulipas.
Telephone:                          011 52 (833) 219 0781.

## National Water Commission (CNA).
CNA is a decentralized administrative branch of the Secretariat of the Environment and Natural Resources (SEMARNAT) with technical and operational autonomy. Its main function is to administrate and preserve the national waters.

CNA, General Directorate of the North Gulf Organism
Hidalgo 426 Poniente corner Fermín Legorreta, Central Zone C.P. 87000, Ciudad Victoria, Tamaulipas
Telephone:                          011 52 (834) 312 1507 / 011 52 (833) 211 4315
Technical Directorate Organism of the North Gulf Watershed
Zaragoza 212 Col. Ampliación de la Unidad Nacional. Ciudad Madero, Tamaulipas.
Telephone/Fax:                      011 52 (833) 211 4315.

## Mexican Petroleums (PEMEX)
PEMEX, with its associated offices, is responsible for supporting response operations with human and material resources within the reach of its capabilities.

Corporate Auditor of Environmental Protection
Marina Nacional Ave. Num. 329, Executive Tower Floor 35 Col. Huasteca. C.P. 11311. Mexico City
Telephone:                          011 52 (55) 1944 2500 Ext. 54773.
Fax:                                011 52 (55) 1944 8669

Marine Safety
Marina Nacional Ave. # 329, Executive Tower Floor 35 Col. Huasteca. C.P. 11311. Mexico City
Teléfono:                           011 52 (55) 1384 5369.

Management of Sustainable Development and Quality
Adolfo Ruiz Cortines Ave. # 1202 Floor 10 Fracc. Oropeza C.P. 86030. Villahermosa, Tabasco.
Telephone:                          011 52 (993) 317 7031/ 011 52 (993) 310 6262 ext. 21552. Fax:
                                    ext. 21327.

Coordination of Industrial Security and Environmental Protection
Highway Tampico-Mante kilometer 23, Int. Campo Tamaulipas. C.P. 89600 Altamira, Tamaulipas
Telephone:                          011 52 (833) 264 0683.

## G 201.1.1.2    STATE AGENCIES

The Government of the State of Tamaulipas through its state and municipalities offices, is responsible for supporting contingency operations with human and material resources.

Constitutional Governor of the State of Tamaulipas
Governmental Palace, Ciudad. Victoria Tamaulipas
Telephone:                    011 52 (834) 312 0163 y 011 52 (834) 312 1207

General Directorate of Natural Resources and the Environment
Department of Environmental Education and Statistics
Governmental Tower Floor 8 Praxedis Balboa s/n. Ciudad Victoria, Tamaulipas.
Telephone:                    011 52 (834) 31 89482.
Telephone/Fax:                011 52 (834) 318 9432.
State Council of Civil Protection Coordinator
Ciudad Victoria, Tamaulipas
Telephone:                    011 52 (834) 305 7132 / 011-52 (834) 312 0340.

## G 201.1.2    ON THE PART OF THE USA

### G 201.1.2.1    FEDERAL AGENCIES

Under the U. S. National Oil and Hazardous Substances Pollution Contingency Plan, the following Federal agencies have duties established by statute, executive order, or presidential directive which may apply to federal response actions following, or in prevention of, the discharge of oil or release of a hazardous substance, or any other polluting agent.

**The Department of Agriculture (USDA)**
The USDA has scientific and technical capability to measure, evaluate, and monitor, either on land or by use of aircraft, situations where natural resources, including soil, water, wildlife, and vegetation have been impacted by hazardous substances, and other natural or man-caused emergencies.

USDA Forest Service, Oklahoma City
Telephone:                    001 (405) 522-4583 6158

**The Department of Commerce (DOC)**
The DOC, through National Ocean and Atmosphere Administration, NOAA, provides scientific support for response and contingency planning in coastal and marine areas, including assessments of the hazards that may be involved, predictions of movement and dispersion of oil and hazardous substances through trajectory modeling, and information on the sensitivity of coastal environments to oil and hazardous substances and associated clean-up and mitigation methods; provides expertise on living marine resources and their habitats, including endangered species,

---

marine mammals and National Marine Sanctuary ecosystems; provides information on actual and predicted meteorological, hydrological, ice, and oceanographic conditions for marine, coastal, and inland waters, and tide and circulation data for coastal and territorial waters and for the Great Lakes.

NOAA Scientific Support Coordinator (SSC), New Orleans
Telephone:                001 (504) 589-4414

**The Department of Defense (DOD)**
The DOD has responsibility to take all action necessary with respect to releases where either the release is on, or the sole source of the release is from, any facility or vessel under the jurisdiction, custody, or control of DOD. In addition to those capabilities provided by SUPSALV, DOD may also, consistent with its operational requirements and upon request of the OSC, provide locally deployed USN oil spill equipment and provide assistance to other federal agencies on request. The following two branches of DOD have particularly relevant expertise:

The United States Army Corps of Engineers has specialized equipment and personnel for maintaining navigation channels, for removing navigation obstructions, for accomplishing structural repairs, and for performing maintenance to hydropower electric generating equipment. The Corps can also provide design services, perform construction, and provide contract writing and contract administrative services for other federal agencies.

U.S. Army, Headquarters Fifth U.S. Army, Fort Sam Houston, TX
Telephone:                001 (210) 221-2608

The U.S. Navy Supervisor of Salvage (SUPSALV) is the branch of service within DOD most knowledgeable and experienced in ship salvage, shipboard damage control, and diving. The USN has an extensive array of specialized equipment and personnel available for use in these areas as well as specialized containment, collection, and removal equipment specifically designed for salvage-related and open-sea pollution incidents.

U.S. Navy, New Orleans, LA
Telephone:                001 (504) 678-5711

**The Department of Energy (DOE)**
DOE generally provides designated OSCs that are responsible for taking all response actions with respect to releases where either the release is on, or the sole source of the release is from, any facility or vessel under its jurisdiction, custody, or control, including vessels bareboat-chartered and operated. In addition DOE provides advice and assistance to other OSCs for emergency actions essential for the control of immediate radiological hazards. Assistance is available through direct contact with the appropriate DOE Radiological Assistance Program Regional Office.

DOE, Strategic Petroleum Reserve, New Orleans
Telephone:                001 (504) 734-4201

## The Department of Health and Human Services (DHHS)
DHHS assists with the assessment, preservation, and protection of human health and helps ensure the availability of essential human services. DHHS provides technical and non-technical assistance in the form of advice, guidance, and resources to other federal agencies as well as state and local governments.

DHHS, Emergency Coordinator, Dallas, TX
Telephone:                001 (214) 767-3879

## The Department of Interior (DOI)
DOI land managers have jurisdiction over the national park system, national wildlife refuges and fish hatcheries, the public lands, and certain water projects in western states. In addition, bureaus and offices have relevant expertise as follows:

United States Fish and Wildlife Service (USFWS) and other Bureaus: Anadromous and certain other fishes and wildlife, including endangered and threatened species, migratory birds, and certain marine mammals; waters and wetlands; and effects on natural resources.

Minerals Management Service: Oversight of offshore oil and gas exploration and production facilities and associated pipelines and pipeline facilities under the Outer Continental Shelf Lands Act and the Clean Water Act (CWA); oil spill response technology research; and establishing oil discharge contingency planning requirements for offshore facilities.

National Park Service: General biological, natural, and cultural resource managers to evaluate, measure, monitor, and contain threats to park system lands and resources; archaeological and historical expertise in protection, preservation, evaluation, impact mitigation, and restoration of cultural resources; emergency personnel.

DOI, Albuquerque, NM
Telephone:                001 (505) 766-3565 / 563-3572

## The Department of Justice (DOJ)
The Department of Justice (DOJ) can provide expert advice on complicated legal questions arising from discharges or releases, and federal agency responses. In addition, the DOJ represents the federal government, including its agencies, in litigation relating to such discharges or releases. Other legal issues or questions shall be directed to the federal agency counsel for the agency providing the OSC for the response.

DOJ, Federal Bureau of Investigations, Houston, TX
Telephone:                001 (713) 693-5000
DOJ, Federal Bureau of Investigations, New Orleans, LA
Telephone:                001 (504) 816-3000

**The Department of Labor (DOL)**
The Department of Labor (DOL), through the Occupational Safety and Health Administration (OSHA) and the states operating, has authority to conduct safety and health inspections of hazardous waste sites to assure that employees are being protected and to determine if the site is in compliance with applicable safety and health regulations.

DOL, Occupational Safety & Health Administration (OSHA) Dallas, TX
Telephone:                001 (214) 767-4736

**The Department of State (DOS)**
The Department of State (DOS), will lead in the development of international joint contingency plans. It will also help to coordinate an international response when discharges or releases cross international boundaries or involve foreign flag vessels. Additionally, DOS will coordinate requests for assistance from foreign governments and U.S. proposals for conducting research at incidents that occur in waters of other countries.

**The Department of Transportation (DOT)**
DOT, provides response expertise pertaining to transportation of oil or hazardous substances by all modes of transportation. DOT establishes oil and hazardous material packaging, handling and transportation requirements, in addition to discharge contingency planning requirements for pipelines, transport by rail and bulk transport of oil discharge contingency planning requirements for pipelines, transport by rail and containers or bulk transport of oil.

**The Department of Homeland Security/U.S. Coast Guard (DHS/USCG)**
The U. S. Coast Guard (USCG) is an agency in DHS, and provides the vice-chair for the National Response Team (NRT), co-chairs for the standing Regional Response Teams (RRTS), and pre-designated OSCs for pollution incidents in the coastal zone to direct response efforts and to coordinate all other efforts at the scene of a discharge or release for pollution incidents within its jurisdiction.. The USCG maintains continuously manned facilities that can be used for command, control, and surveillance of oil discharges and hazardous substance releases occurring in the coastal zone. The USCG also has expertise in domestic and international fields of port safety and security, maritime law enforcement, ship navigation and construction, and the manning, operation, and safety of vessels and marine facilities. The USCG may enter into a contract with a private entity or cooperative agreement with the appropriate state in order to implement a response action.

Assistance may be requested from the DHS Science and Technology Directorate for scientific support and from the DHS Information Analysis and Infrastructure Protection Directorate for more information on hazardous materials by calling DHS, USCG Eighth District Response Branch, New Orleans, LA , at telephone number: 001 (504) 589-6225.

## The Environmental Protection Agency (EPA)

EPA co-chairs, with the USCG, the standing RRTs; provides pre-designated OSCs for pollution incidents in all inland areas and generally provides the SSC for responses in the inland zone. EPA provides expertise on human health and ecological effects of oil discharges or releases of hazardous substances, pollutants, or contaminants; ecological and human health risk assessment methods; and environmental pollution control techniques. EPA may enter into a contract with a private entity or cooperative agreement with the appropriate state in order to implement a response action.

EPA, Response & Prevention Branch, Dallas, TX
Telephone:                001 (214) 665-2270

## The Federal Emergency Management Agency (FEMA)

FEMA provides guidance, policy and program advice, and technical assistance in hazardous materials, chemical, and radiological emergency preparedness activities (including planning, training, and exercising).

FEMA, Training & Exercise Branch, Denton, TX
Telephone:                001 (940) 898-5454

## The General Services Administration (GSA)

GSA provides logistic and telecommunications support to federal agencies. During an emergency situation, GSA quickly responds to aid state and local governments as directed by other federal agencies. The type of support provided might include leasing and furnishing office space, setting up telecommunications and transportation services, and advisory assistance.

GSA, Regional Emergency Coordinator, Fort Worth, TX
Telephone:                001 (817) 978-4079

## The Nuclear Regulatory Commission (NRC)

NRC will respond, as appropriate, to releases of radioactive materials to monitor response actions and assure that the public health and environment are protected and adequate recovery operations are instituted. In addition, NRC will provide advice to the OSC when assistance is required in identifying the source and character of other hazardous substance releases.

NRC, Administrator, Arlington, TX
Telephone:                001 (817) 860-8225

G 201.1.2.2    STATE AGENCIES

Texas Commission on Environmental Quality (TCEQ)

The Texas Water Code establishes the TCEQ as the principal authority in the state on matters relating to quality of water.

TCEQ is Texas' lead agency in spill response to certain inland oil spills, all hazardous substance spills, spills of other substances which may cause pollution, as well as any releases of substances which may adversely impact air quality.

Texas Commission on Environmental Quality (TCEQ) Austin, TX
Telephone:                       001 800-832-8224 / (512) 239-1000
TX Emergency Response Center (24 Hours) 001 512-463-7727 / (800) 832-8224

The Texas General Land Office (TGLO)

TGLO is the state's lead agency for response to oil spills that enter or threaten coastal waters.

Coastal Waters: The Texas Oil Spill Prevention Act of 1991 (OSPRA) defines coastal waters as the waters and bed of Gulf of Mexico within the jurisdiction of State of Texas, including arms of Gulf of Mexico subject to tidal influence and any other waters contiguous thereto that are navigable by vessels with a capacity to carry 238 barrels (10,000 gallons) or more of oil as fuel or cargo.

Texas General Land Office Austin (24 hrs) 001 800-832-8224

**The Texas Railroad Commission (TRRC)**

TRRC has spill response authority for spills or discharges from all activities associated with exploration, development or production, including storage or transportation of oil, gas and geothermal resources. Spills or discharges from brine mining or surface mining are also under the jurisdiction of TRRC.

Pipelines: The TRRC has pipeline safety jurisdiction over pipelines carrying carbon dioxide, natural gas and hazardous liquids.

Texas Railroad Commission (TRRC) Austin
Telephone:                       001 512-463-6788

**The Texas Parks and Wildlife Department (TPWD)**

TPWD has the primary responsibility for protecting the state's fish and wildlife resources. Texas Water Code of the Texas Parks and Wildlife Code grants TPWD authority to investigate and take necessary action to identify the cause and party responsible for fish kill and pollution.

Texas Parks and Wildlife, Corpus (TP&W) Austin (24 hrs)
Telephone:                    001 512-389-4848  4000

**The Texas Department of Public Safety (DPS)**
DPS has adopted rules relating to reporting of all transportation incidents involving releases of reportable quantities of hazardous materials and on-site coordination of transportation emergencies on public roads and railroads.

DPS officials act as on-scene coordinator during transportation incidents involving hazardous materials. DPS is responsible for on-site coordination of transportation emergencies for all unincorporated areas and may assume on-scene coordination role within cities when requested to do so by local government. The DPS on-site coordinator is authorized to make emergency rules when normal operating procedures prove inadequate.

Texas Department of Public Safety
Telephone:                    001 512-854-2681 / (877) 438-8877 (24 hrs)

**The Texas Department of Transportation (TXDOT)**
TXDOT and the TCEQ have developed a contractual agreement whereby TXDOT personnel, equipment and materials may be used in state-funded cleanup actions. All expenses and costs resulting from cleanup activities are subject to reimbursement from the Texas Spill Response Fund.

Environmental Affairs Branch
Telephone:                    011 (512) 416-3001

G 201.1.2.3    SPECIAL RESPONSE GROUPS
This annex identifies Special Forces available to the Joint Response Team through the OSC for response, and information to assist with a significant oil or hazardous substance discharge. The following tabs identifiy these special groups and outlines their capabilities and limitations.

**The U.S. Coast Guard National Strike Force (NSF)**
The NSF was created to assist OSC's in preparing for and responding to oil and hazardous material spills as directed by the National Contingency Plan. The NSF is a unique, highly trained cadre of Coast Guard professionals who maintain and rapidly deploy with specialized equipment in support of OSC's preparing for and responding to oil and chemical incidents in order to reduce environmental damage and adverse impact to the public.

The NSF is composed of four units including three strike teams. These teams are: the 35-member Atlantic Strike Team located in Fort Dix, NJ; the 38-member Gulf Strike Team located in Mobile, AL; and the 39 member Pacific Strike Team located in Novato, CA. A fourth unit, the National Strike Force Coordination Center (NSFCC), manages the strike teams

The three strike teams provide trained personnel and specialized equipment to assist the OSC in training for spill response, stabilizing and containing the spill, and in monitoring or directing the response actions of the responsible parties and/or contractors. The Gulf Strike Team is the designated strike force for the South Texas Coastal Zone and can be contacted directly by the OSC for assistance. The NSFCC can provide the following support to the OSC:

- Technical assistance, equipment, and other resources to augment the OSC staff during spill response.
- Assistance in coordinating the use of private and public resources in support of the OSC during a response to or a threat of a worst case discharge of oil or hazardous substance.
- Review of the Area Contingency Plan, including an evaluation of equipment readiness and coordination among responsible public agencies and private organizations.
- Assistance in locating spill response resources for both response and planning, using the NSFCC's national and international computerized inventory of spill response resources.
- Coordination and evaluation of pollution response exercises.
- Inspection of district propositioned pollution response equipment.
- Provide assistance with handling the media via the Public Information Assist Team (PIAT) located at the NSFCC.

The NSF maintains a broad inventory of specialized equipment to carry out its response mission. This equipment is generally stored in "ready loads" on trailers and pallets to allow for rapid transportation by both air and surface means. This equipment includes: Inflatable high seas Barriers, a Vessel of Opportunity Skimming System (VOSS), mobile command posts, containment barriers, a variety of small boats, portable generators, communications equipment, hydraulic, air, and direct-drive pumps, hazardous material response vehicles, monitoring equipment, personnel protection gear, and photographic gear.

## USCG Public Information Assist Team (PIAT)
The PIAT is an element of the NSFCC staff that is available to assist OSCs to meet the demands for public information during a response or exercise. PIAT members are trained qualified NSF responders and provide photo-documentation of response activities. Its use is encouraged any time the OSC requires outside public affairs support. Requests for PIAT assistance may be made through the NSFCC or NRC.

## USCG DRG and DRAT
The District Response Group (DRG) is a framework within each Coast Guard district to organize district resources and assets to support USCG OSC's during response to a pollution incident. Coast Guard DRGs assist the OSC by providing technical assistance, personnel, and equipment, including the Coast Guard's pre-positioned equipment. Each DRG consists of all Coast Guard personnel and equipment, including fire-fighting equipment, in its district, additional pre-positioned equipment, and a District Response Advisory Team (DRAT) that is available to

provide support to the OSC in the event that a spill exceeds local response capabilities. The DRG response functions are to provide assistance as requested by the Coast Guard On-Scene Coordinator (OSC). Requests are likely to include, but are not limited to:

- Staging or deploying propositioned equipment for the OSC.
- Additional district personnel with technical skills required on-scene by the OSC during spill responses.
- Contracting/finance officer to serve on the OSC's staff in the event that funds are expended from the Oil Spill Liability Trust Fund (OSLTF) or the Comprehensive Environmental response, Compensation, and Liability Act (CERCLA) Fund.
- Communication equipment and personnel to operate such equipment in support of the operation. District Eight is able to respond with two COMSAT units.
- Public Affairs Response Team (PART). A public affairs officer shall be assigned to assist the OSC with all external affairs (this person will handle all inquiries from the media and other non-governmental sources) and will counsel the OSC on the public affairs implications of pending decisions regarding response activities. This team can initially respond in 6-12 hours with additional support within 24 hours. The team is equipped with a portable public affairs kit.
- Reconnaissance/remote sensing aircraft, by providing access links for obtaining the resource.

The DRAT will provide assistance as requested by the Coast Guard OSC. Requests are likely to include, but are not limited to:
- Staging or deploying propositioned equipment, including marine firefighting equipment, for the OSC.
- Identification and coordination of additional district personnel with technical skills required on-scene by the OSC during spill responses.
- Information regarding other coastal and inland Area Contingency Plans as requested.
- Contracting/financial officer on the OSC's staff in the event that funds are expended from the OSLTP or CERCLA.

## U.S. Navy (USN) Supervisor of Salvage (SUPSALV)
The USN is the federal agency most knowledgeable and experienced in ship salvage, shipboard damage control, and diving. The USN has an extensive array of specialized equipment and personnel available for use in these areas as well as specialized containment, collection, and removal equipment specifically designed for salvage related and open sea pollution incidents.
- The Supervisor of Salvage (SUPSALV) can provide salvage expertise and maintains a warehouse on each coast stockpiled with salvage and response gear.
- Individual Navy Facilities also locally stockpile some response equipment.

**EPA Environmental Response Team (ERT)**

The ERT has expertise in treatment technology, biology, chemistry, hydrology, geology, and engineering. The ERT can provide the OSC access to special equipment to deal with chemical releases, and can provide the OSC with advice concerning hazard evaluation, multimedia sampling and analysis, risk assessment, on-site safety, cleanup techniques, water supply decontamination and protection, use of dispersants, environmental assessment, degree of cleanup required, and the disposal of contaminated materials. The ERT also offers various training courses to prepare response personnel.

**EPA Regional Spill Emergency Team (RESET)**

Region VI of the EPA has established a Regional Spill Emergency Team (RESET) located in Dallas, Texas, to provide scientific, engineering, technical and administrative assistance to the OSC upon request. In those areas where the USCG has responsibility, the technical elements of the team will be available during spill emergencies. The EPA representative to the RRT may activate the RESET team or its elements. The RESET team has the following designated positions:

- Oceanographer
- Environmental Protection Specialist
- Chemical Engineer
- Civil Engineer
- Biologist
- Chemist
- Aquatic Sample Collector
- Divers
- Shellfish Consultant
- Petroleum Facility Consultant
- Pesticides Consultant
- Radiation Consultant
- Water Supply Consultant
- Solid Waste Consultant

**The Agency for Toxic Substances and Disease Registry (ATSDR)**

ATSDR maintains appropriate disease/exposure registries; provides medical care and testing of individuals during public health emergencies; develops, maintains, and informs the public concerning the effects of toxic substances; maintains a list of restricted or closed areas due to contamination; conducts research examining the relationship between exposure and illness; and conducts health assessments at contaminated sites. The ATSDR also assists the EPA in identifying most hazardous substances at CERCLA sites, develops guidelines for toxicological profiles of hazardous substances, and develops educational materials related to the health effects of toxic substances. ATSDR resources are an important tool for the OSC to use in assessing the possible effects of an environmental emergency on the public's health.

**Public Health Advisors/Environmental Health Officers**

The Center for Disease Control and Prevention and the USCG have made available the services of Public Health Advisors (CDC) and the Environmental Health Officers (USCG) to assist the OSC with his responsibility relating to health and safety concerns during a pollution incident.

Public Health Advisors and the Environmental Health Officers have a wide range of expertise in health-related problems. They can provide assistance to the OSC by assessing public health threats posed by the incident and by advising on the adequacy of personnel protection measures within the response area. Additional areas of assistance available are:

- Development of occupational safety and health considerations for local contingency plans.
- Information on the location and availability of laboratory services, expert consultants, hospitals, and other treatment facilities.
- Visiting the spill scene when necessary to determine threats to human health and to recommend environmental sampling or monitoring procedures to define the extent of exposure.
- Reviewing available background information about the pollution incident to estimate the potential for human exposure to hazardous substances on-site, and hazardous substances that may have migrated off-site.
- Determining the potential toxic hazards of substances identified at the site.
- Providing advice on the necessity of relocating nearby off-site residents or taking other preventive measures.
- Outlining potential pathways to human populations based upon soil contamination, wind direction, water contamination, biomagnification, and/or food chain involvement.
- Reviewing plans for the safety and health of workers on-site and providing advice about operations for compliance with appropriate OSHA regulations for worker safety and health.
- Investigating health complaints reported by on scene workers.
- Coordinating appropriate health response with federal, state, and local health agencies and the private medical community.
- Providing advice and assistance as required by the OSC on health matters in community relations and dealing with the media.
- Establishing and maintaining a current inventory of literature, research, and studies on the health effects of toxic substances.

**The USCG Marine Safety Center Salvage Team**

The Marine Safety Center Salvage Team functions as technical advisors on issues of vessel stability or structural integrity. It is normally staffed with 6 to 8 naval architects and a computer specialist. Portable lap top personal computers that interface with a mainframe computer via integral modems accompany the Team on scene. The mainframe stores over 4000 digitized ship hulls. The lap tops also have installed and run HECSALV, a vessel salvage program that provides vital data specific to the vessel. During normal working hours, the team may be contacted at 001

202-366-6481; at other times, they may be reached through Coast Guard Headquarters at 001 202-267-2100.

**Special Monitoring of Advance Response Technologies (SMART)**

SMART establishes a monitoring system for rapid collection and reporting of real-time, scientifically based information. It provides the OSC with informed decision-making options during in-situ burning or dispersant operations. SMART recommends monitoring methods, equipment, personnel training, and command and control procedures that strike a balance between the operational demand for rapid response, and the OSC's needs for feedback from the field in order to make informed decisions. SMART is not limited to oil spills. It can be adapted to hazardous substance responses where particulate air emission should be monitored, and to hydrocarbon-based chemical spills into fresh or marine water.

The SMART Team of the Gulf Strike Team provides monitoring in support of in-situ burns and dispersant applications conducted under RRT VI Pre-approved Dispersant and In-situ Burn Plans.

Activation of the Gulf Strike Team, SMART Team must be made immediately upon the OSC's decision to consider dispersant use or in-situ burning.

The OSC may activate the Gulf Strike Team SMART team by calling 001 (334) 441-6682.

**G 202      ON-SCENE COORDINATOR:**

The same functions and responsibilities stated by the MEXUS Plan will be used (section 202, page 6).

**G 203      ADVISORY AND LIAISON COORDINATOR:**

The same functions and responsibilities stated by the MEXUS Plan will be used (section 203 pages 7, 8).

**G 204      OSC COMMAND STAFF:**

Refer to MEXUS Plan (section 204 page 8)

G 204.1      THE SAFETY OFFICER

Refer to MEXUS Plan (section 204, page 8)

G 204.2      THE INFORMATION OFFICER

Refer to MEXUS Plan (section 204, page 8) and besides, it will count on the following General Rules for Providing Information:

G 204.2.1      GENERAL MEDIA POLICY

The general public's opinion of an oil spill response effort is based not so much upon what action has been taken, but upon what information they have received about it. Providing information to

the media is just as important as any other response action and is a primary function of the OSC. Early and accurate news releases serve to minimize public apprehension and to enhance their faith in the response community's ability to deal with oil spills.

In most cases the OSC in conjunction with the SOSC and the representative of the responsible party (RP), will conduct news briefings or approve any news releases regarding spill clean-up efforts. However, the information must be collected and prepared by a designated assistant who should also coordinate all public relations on-scene and be well informed of the status of the clean-up efforts.

This incident Public Affairs Officer (PAO) position will initially be filled by the USCG Sector Public Affairs Officer or his/her designated Assistant and for the First Naval Zone, by the Public Relations Officer. To ensure an accurate flow of information, a single point of contact for media relations will be established for the responsible party and each agency involved. The number of people needed to respond to inquiries will vary depending on the size of the incident and the media interest involved.

For small spills, the help of the PAO may be sufficient. For larger spills with more media interest, it may be necessary to seek assistance from other sources such as the USCG District Public Affairs Response Team (PART), and/or the Public Information Assist Team (PIAT) and the equivalent in the Mexican Navy First Naval Zone. The following is a general checklist to be used for public affairs procedures during pollution response operations.

G 204.2.2    PUBLIC RELATIONS:
Providing information directly to members of the impacted community, free of the filtering and potentially distorting effect of the media is critical to public understanding of the incident response. Community relations may include scheduling public meetings, preparing speeches, and coordinating public activities with public officials and protocol personnel.

Public meetings are an effective method of answering concerned citizens' questions and demonstrating federal, state, and local agencies' environmental concerns. If an area is, or has the potential of being, adversely affected by a spill, the PAO can arrange for the OSC, SOSC, Responsible Party public relations representative, and representatives from the other involved agencies, to meet with the concerned public.

To do this, the PAO should contact and inform the mayor or appropriate local official that the OSC would like to hold a public meeting. Ask the mayor to suggest the best location to hold a meeting. This could be place such as city hall, a high school auditorium; a local club's meeting place, etc. Spread the word about the meeting via radio, newspaper, and television. Add the fact that a public meeting has been scheduled at all press releases. The PAO can put up small signs in local store windows to advertise the meeting. Remember, all federal, state, and local agencies are

working for the public and must see that they are kept informed and that all their questions are answered.

### G 204.2.3    INTERNAL INFORMATION:

Informing the members of the response community of the status of the response is vital if consistent and accurate information is to be conveyed to all interested parties. Internal information is the process of informing our own people of the status of our activities.

At a minimum, all personnel assigned to response duties should be provided with access to the daily Fact Sheet prepared by the PAO. This will help ensure a consistent and accurate flow of information.

### G 204.2.4    PRESS CONFERENCES:

Pollution incidents that generate significant media interest normally require press conferences or new briefs. These media gatherings provide an opportunity to film and ask questions of senior response officials. Personnel tasked with arranging conferences and briefings should ensure top officials are available and up-to-speed on any special interest areas. It is beneficial to provide a press release, statement or press packet prior to conducting a press conference. The spokesperson(s) should approach the conference with a clear idea of the specific points to be discussed and anticipate questions that may be posed. Charts, diagrams, and other visuals serve to facilitate presentations and clarify response actions.

A schedule of the times and locations for press conferences will be published and provided to the media in a timely matter. This can be accomplished by means of news advisories. It may be beneficial to conduct press conferences near the site of the pollution incident; however, site safety must be strictly enforced. Public buildings in the area that could handle the expected media representatives shall be quickly identified. This may include local Mexican Navy or USCG facilities, fire stations, police stations, or other state and local government buildings.

Some members of the media may request access to the spill site for photo opportunities. Direct access to private property such as facilities, vessels, or barges, will remain under the control of the owner. The media may obtain their own vessel or aircraft in order to get photos.

Established safety zones will help keep the media at a safe distance from the spill site. No one is authorized to enter the safety zone without the expressed consent of the OSC or the OSC representative enforcing the zone.

Increased demand for information from public officials will accompany a spill of significant public interest. All policy issues shall be referred to the OSC. A PAO may have to prepare briefing materials for elected or public officials who may request information about the incident.

## G 204.2.5     JOINT INFORMATION CENTER (JIC):

During a major oil spill where media activity is expected to last several days, the OSC may establish a joint information center (JIC) to coordinate Public Affairs activities. The role of the JIC includes:

- Providing multiple phone lines for incoming calls, manned by knowledgeable individuals.
- Ensuring federal, state, local agency and representatives for the responsible party are available to the media.
- Issuing press releases to the media and providing copies to response officials.
- Scheduling and coordinating news conferences and media briefings.
- Providing the responsible party, an opportunity to coordinate their media efforts with those of the OSC.

It is recommended that the JIC be kept separate from the command center. This provides greater control of information flow without generating disturbances in response operations. Equipment needs for the JIC vary depending upon the size of the incident.

## G 204.3     THE LIAISION OFFICER
Refer to MEXUS Plan (section 204.3 page 8)

## G 205     JOINT RESPONSE CENTER (JRC):
Refer to MEXUS Plan (section 205 page 8).

## G 205.1     JOINT RESPONSE CENTER CONSIDERATIONS IN MEXICO
In case of a spill, an incident Joint Response Center (JRC) will initially be established at the First Naval Zone facilities or facilities of the Mexican Navy that are near the incident.

In case of a large and complex spill, the Joint Response Center could be re-located to a larger facility that has the capability and necessary means to enable the response efforts.

## G 205.2     JOINT RESPONSE CENTER CONSIDERATIONS IN THE USA
In case of a spill, an incident Joint Response Center (JRC) will initially be established at the USCG Sector office responsible for the area of the spill (if in U.S. waters), or the Sector responsible of the area that may be threatened. In addition an incident command post, field command and/or forward command posts may be established as needed.

In case of a large or complex spill, the Joint Response Center may need to be re-located to a larger location to facilitate the response efforts. Several considerations must be taken when selecting a locality to serve as a Joint Response Center Site. These considerations include:

- Location - The JRC should be in the general area of the spill. Above ground facilities may enhance radio communications with field units and responders. The JRC should be able to support response operations 24 hours for several days (minimum two weeks)

- Size - The command post must be capable of accommodating response personnel from all agencies anticipated to respond. For major incidents the number of people can easily reach 200.
- Parking – Ample parking is desired to accommodate a large number of private, governmental and response vehicles.
- Electricity – Large number of electrical outlets is desired as large number of computers, cell phones, and communications equipment will be needed to coordinate the response.
- Telephones – A sufficient number of phone lines should be available, the local telephone company may need to be contacted early in the response to ensure appropriate number of lines are available
- Air Operations - Air over flights will be routine to monitor the incident. Adequate helicopter landing areas are desired in the proximity of the JRC.
- Security – A fenced or area with restricted access is desired for the JRC to maintain adequate control of response personnel and visitor in the JRC.

G 205.2.1    JOINT RESPONSE CENTER SITES IN THE U.S.:

The following is a short list of possible sites in South Texas that could be used as a JRC in case of a large oil spill:

In Corpus Christi:
- Omni Marina Corpus Christi Hotel
  POC: Sales Rental Rep
  Phone: 001 (361) 883 8543
  Description: Up to 38,000 sq. ft. available

- USCG Sector Corpus Christi Prevention Dept, Tower II
  POC: Chief, or Deputy Chief, Planning Dept.
  Phone: 001 (361) 888 3162
  Description: 100 person meeting room, 30-person command center room

- Naval Station Ingleside
  POC: Disaster Preparedness Officer or Security Officer
  Phone: 001 (361) 776 4463
  Description: 20-person command center

- American Bank Center
  POC: Sales Rep
  Phone: 011 (361) 883-8543
  Description: Up to 76,500 sq. ft. available

In Brownsville:

- Brownsville Fire Department
  Fire Station Training Room near Port of Brownsville
  POC: Training Officer
  Phone: 001 (956) 831-7424
  Description: 50-person meeting room

- Sheraton Beach Resort Hotel
  POC: Rental Rep
  Phone: 001 (956) 761-6551
  Description: 7,500 sq. ft available in varying sizes

## G 300    PLANNING:

### G 301      SITUATION:
Refer to MEXUS Plan (section 301 page 9).

The geographic proximity between Mexico and the U.S., presents the necessity of having plans and mechanisms to fight, control and restore the eco-systems in case they are threatened by spills of hydrocarbon and/or other hazardous substances on the sea. The coordination of efforts between both countries will allow development of a prompt reaction to pollution incidents that could occur within the geographic limits previously established.

There are areas in the border areas of both in Mexico and in the USA that are considered as sensitive areas with the potential for a spill of hydrocarbons due to the activities performed in those places.

### G 302      RESPONSE CONDITIONS:
Each country will maintain a list of its human and material resources, as required by the MEXUS Plan (section 302, page 9), available to respond in a contingency involving a spill of hydrocarbons and/or other harmful substances that can affect the seas and coasts. These lists can be found in the respective local Area Contingency Plans that are required to be constantly updated.

### G 302.1      COLLECTED HYDROCARBONS AND OTHER HARMFUL SUBSTANCES DISPOSAL:

### G 302.1.1      STORAGE AND DISPOSAL IN MEXICO:
In Mexico, the responsible party will contract with authorized companies for receiving the contaminated material. SM-AM, in coordination with PROFEPA, must ensure that the recovered

material is handled in accordance with the federal and state laws. SM-AM, when serving as the OSC, is responsible to ensure that the disposal is conducted securely and responsibly in accordance with applicable laws.

PROFEPA, in coordination with the responsible party, will determine if the material that will be recovered is waste or a reusable product.

The responsibilities of SM-AM and PROFEPA are to ensure that the efforts of the company (ies) contracted to response to the incident include the following actions:

- That contaminated residue is not to be deposited in receptacles or areas destined for regular waste.
- That in case there needs to be a receptacle for the storage of recovered material in the generation area, the receptacle must be less than 200 liters, have a lid, placed in a flat and liquid proof surface (liquid residues) and clearly identified and moved at the end of the shift to a temporary warehouse for storage of dangerous residues for decanting.
- Development of requests for the transportation and final disposition of the dangerous residues.
- Ensure that the company contracted for the recovery and final disposition of the dangerous residues has permits issued by SEMARNAT and the SCT.
- Fill out the Delivery, Transport and Receipt of Dangerous Residues Manifest each time that dangerous residues are turned over to transporters.
- Provide a signed original and two copies of the manifest to the transporter. The responsible party maintains a copy until the original is sealed.
- Notify SEMARNAT of delays in the receipt of the manifests, in case that the transporter does not deliver the sealed manifests within thirty days following the recollection.
- Collect the manifest properly sealed and signed by the transporter and final addressee.
- Keep and safeguard the manifest for 10 years.
- Develop and deliver to SEMARNAT in the months of July and January of each year, the Semestrial Report of Dangerous Residues sent for Recycling, Treatment, Incineration or Final Disposition and include copies of the sealed manifests, delivered by the transporting company during this period.

Responsibilities of the Transporter:

- Load and transport the dangerous residues to the final disposition point
- Signed the original manifest and ensure is signed and sealed by the company receiving the residues for final disposition.
- Remit to the generator the original manifests within 30 days following recovery.

G 302.1.2    STORAGE AND DISPOSAL IN THE USA:

In the U.S., the Responsible Party (RP) or Oil Spill Response Organization (OSRO) is responsible for ensuring collected material is disposed of in accordance with applicable federal and State regulations. The USCG, acting as OSC, is responsible for ensuring the disposal is

conducted safely and in responsibly in accordance with regulations. During the disposal process, the USCG will ensure that:

- The RP or OSRO determines if the material being recovered is a waste or a reusable product.
- All recovered waste is containerized and secured such that there is no potential for further leakage while the material is stored.
- The RP or OSRO identifies each of the discrete waste streams.
- That a representative sample of each waste stream is collected.
- That the representative sample is sent to an approved laboratory for analysis.
- That the RP or OSRO receives an appropriate waste classification and waste code number for each individual waste streams.
- That RP or OSRO receives a temporary Environmental Protection Agency (EPA) identification number and, if in Texas, a generator number if not already registered with the EPA or the Texas Committee on Environmental Quality (TCEQ).
- That the RP or OSRO obtains pre-approval for any temporary storage locations.
- That the RP or OSRO retains the services of a registered hazardous waste transporter, if waste is hazardous. If not hazardous, that the transporter is registered.
- That the waste is taken to an approved disposal site.

## G 303    INFORMATION:

According to the provisions of the MEXUS Plan (section 303 page 9), the OSCs are responsible for providing the information stated in Section G 105, RESPONSE SYSTEM AND POLICIES, in addition to any relevant information needed to respond to the contingency in their respective areas of operation, especially when, due to the size of the incident and the geographical location where it arises it is probable that both countries would be impacted.

## G 304    DEMOBILIZATION (END OF OPERATIONS):

When operations are held to fight back or control a contingency due to a hydrocarbon spill, where both countries are participating, the decision to terminate operations and demobilize the JRT will be made by the JRTC, based on joint or unilateral recommendations made by the OSC and the ALC, according to the provisions of the MEXUS plan (section 304 page 9).

## G 305    TECHNICAL ADVICE:

G 305.1    SCIENTIFIC SUPPORT COORDINATOR (SSC)
Refer to MEXUS Plan (section 305.1 page 9)

G 305.1.1    TECHNICAL ADVICE IN MEXICO
According to the MEXUS Plan (section 305.1 page 9), the OSCs will assign the technical advisors they consider necessary, based on the requirements of the polluting incident. Also, they

will share the advisory opinions in both countries in order to have a more efficient response facing the present contingency.

The Scientific Support Coordinator (SSC) will be the Territorial Command Inspector of the First Naval Zone, who will work as the OSC's direct representative, to coordinate the operations held by the technical scientists of the Tampico Oceanography Research Station, like Meteorologists, Oceanographers, Biologists, etc.

## G 305.1.2    TECHNICAL ADVICE IN THE USA
Several federal and state agencies may be placed together to form a scientific support group to provide advice to the OSC on response strategies and considerations in several arenas. Some of the several scientific support assets that may respond include:

### G 305.1.2.1    FEDERAL TECHNICAL ADVICE
NOAA Scientific Support Coordinators (SSCs)
The SSCs are the principal advisors to the U. S. Coast Guard for scientific issues, communication with the scientific community, and coordination of requests for assistance from State and Federal agencies regarding scientific studies. The NOAA SSC is the principal advisor to the OSC, and as such the NOAA SSC will lead a scientific team and strives for a consensus on scientific issues affecting the response, for all Scientific recommendations made OSC. The SSC can also assist the OSC with information relating to spill movements and trajectories. Two NOAA SSCs have been assigned to the Eighth Coast Guard District. In New Orleans, LA
Telephone:                001 (504) 589-4414

U.S. Fish and Wildlife Service
Scientific support for wildlife issues
Houston, Texas; Slidell, Louisiana
Telephones:               001 (713) 286-8282 (Houston)
                          001 (504) 534-2235 (Slidell)

### G 305.1.2.2    STATE TECHNICAL ADVICE
The Texas General Land Office's Scientific Support Coordinator (State SSC) is the principal advisor to the State On-Scene Coordinator (SOSC) for scientific issues, communications with the scientific community, and coordination of requests for assistance from State agencies and universities regarding scientific studies of oil spills.  The State SSC will coordinate all State activities with the NOAA SSC and will strive for a consensus on scientific issues affecting the response.  As the State's trajectory modeling team leader, the State SSC can assist the SOSC and the NOAA SSC with oil spill trajectories by drawing upon the State's extensive current measuring and trajectory modeling resources.    State-lead trajectory modeling efforts are performed cooperatively with Federal-lead (i.e., NOAA) modeling efforts.  The State SSC can be reached at the Texas General Land Office at 001 (512) 475-1575.

Hazardous Materials:

The Texas Commission on Environmental Quality (TCEQ) is the principal technical and scientific advisor to the SOSC during HAZMAT events. TCEQ will handle scientific issues, communications with the scientific community, and coordination of requests for assistance from State agencies and universities regarding scientific studies of hazardous material spills. TCEQ will coordinate all State activities with the NOAA SSC and will strive for a consensus on scientific issues affecting the response. TCEQ responders can be reached at 001 (512) 463-7727.

G.305.2      METEOROLOGISTS
Refer to MEXUS Plan (section 305.2 page 9)

G.305.3      OCEANOGRAPHERS
Refer to MEXUS Plan (section 305.3 page 9)

G.305.4      SPECIALISTS IN RESPONSE TECHNOLOGIES
Refer to MEXUS Plan (section 305.4 page 10)

G.305.5      GEOGRAPHIC INFORMATION SYSTEMS (GIS)
Refer to MEXUS Plan (section 305.5 page 10)

G.305.6      DISPOSAL SPECIALISTS (WASTE MANAGEMENT)
Refer to MEXUS Plan (section 305.6 page 10)

G.305.7      SAMPLING SPECIALISTS
Refer to MEXUS Plan (section 305.7 page 10)

**G 306      MEETINGS AND EXERCISES:**
Meetings between both Mexico and the U.S. to update the MEXUSGULF Annex will be held every year at alternating sites, the place and times of which to be decided by the JRT chairs.

Exercises, training and workshops to update the Annex may be planned during these meetings.

**G 307      TRAINING:**
Refer to MEXUS Plan (section 307 page 10)

**G 400      OPERATIONS:**

**G 401      RAPID NOTIFICATIONS:**
Should an incident occur, or the potential to occur exists as a result of a spill of hydrocarbons or hazardous materials in the marine environment, regardless of its gravity, but that could affect the areas identified in the MEXUSGULF Annex, notifications must be made. The OSC with jurisdiction over the location where the incident took place (Eighth Coast Guard District or the

First Naval Zone) must ensure that immediate notification is made to its counterpart that may be impacted. The communication will be made using the most direct means in accordance with the MEXUS Notification Protocols. This notification is essential, and it must be done by the most rapid and effective means possible, e.g., telephone and/or fax, as indicated in Appendix II and using the notification form found in appendix III.

G 401.1     NOTIFICATION OF THE FIRST NAVAL ZONE:

The officer on duty at the First Naval Zone will be available 24 hours a day, 365 days a year, to receive any kind of information and, in particular, about the possibility or presence of an oil spill contingency in the marine environment. Refer to Appendix II for contact information. Telephone contact information includes include the long distance code to call from the United States to Mexico. The information can be sent in the format established in Appendix III or in any other format.

If at all possible, an English-Spanish speaker should be available to assist with making the notification.

Upon receiving the information via telephone or fax, it will be transmitted to the OSC, who in turn will be in charge of collecting additional information in order to issue orders and perform the proper actions.

G 401.2     NOTIFICATION OF THE EIGHTH COAST GUARD DISTRICT.

The officer on duty at the Eighth Coast Guard District will be available 24 hours a day, 365 days a year, to receive any kind of information, and, in particular, about the possibility or presence of any hydrocarbon spill contingency that arises. Refer to Appendix II for contact information. Telephone contact information includes the long distance code to call from Mexico to the United States. The information can be sent in the format established in Appendix III or in any other format.

If at all possible, an English-Spanish speaker should be available to assist with making the notification.

Upon receiving the information via telephone or fax, it will be transmitted to the OSC, who in turn will be in charge of collecting additional information in order to issue orders and carry out the proper actions.

**G 402     OPERATIONS NOTIFICATION:**

These messages will be used when performing operations during spills of hydrocarbons or other harmful substances into the sea, and they will be transmitted through the most rapid and effective means. (See MEXUS Plan Section 402, page 11).

G402.1    INITIAL NOTIFICATION MESSAGE.

An initial notification message must immediately be sent to the JRT Chair or the OSC after the Rapid Notification Protocol. The message must include the title "MEXUS SPILL" OR "MEXUS POTENTIAL SPILL," which must include a description of the incident, as well as its location. This message will have the purpose of giving information to the country that could be affected by the spill in order to begin the coordination of the bilateral response. (See MEXUS Plan Section 402.1, page 11).

G 402.2    INITIATION OF REGIONAL COORDINATION

Recommendation to initiate a joint response will be presented after consultations and agreement between the JRT Chairs. The initial proposal may be made by telephone and a follow-up message is required. When both Mexico and the USA have agreed to activate a joint response to a pollution incident, communications will be established between the OSC appointed by the JRT Chair of the USA and the OSC appointed by the Mexican JRT Chair. Additionally, both the USCG Attaché assigned the USA embassy in Mexico and the Mexican Navy Attaché assigned to the Mexican Embassy in the USA will be informed of all the operational communications. The respective Attachés will be responsible for notifying their respective DOS and the SRE.

G402.3    MESSAGES    FOR    COMMUNICATIONS    DURING    THE    RESPONSE OPERATION

During the response operation the OSC in charge will prepare and transmit the messages entitled "Situation Reports" with which all the authorities involved will be updated on the incident. The JRT Chair of the country where the incident arose will share these messages with the JRT Chair of the other country. This will be done through the proper diplomatic means. (See MEXUS Plan Section 402.3, page 12 for the information that must be provided in the message.).

G 402.4    JOINT RESPONSE TERMINATION MESSAGE

The joint response is considered complete when both JRT Chairs agree to terminate joint response operations. (See MEXUS Plan Section 402.4, page 12).

**G 403    OPERATIONAL COMMUNICATIONS:**

For operational communication, the channels and frequencies that are established in the Communications Plan prepared under the Incident Action Plan (IAP) under the Incident Command System (ICS) will be used.

**G 404    RECOVERY METHODS:**

G 404.1    MECHANICAL RECOVERY:
Refer to MEXUS Plan (section 404.1 page 13)

G 404.2    COASTAL CLEAN-UP:
Refer to MEXUS Plan (section 404.2 page 13)

G 404.3    ALTERNATIVE RESPONSE TECHNOLOGIES

The term Alternative Response Technology includes all of the methods that can be used in the operations to control the incident, which are not the traditional mechanical containment and recovery methods that include the use of absorbent material. This technology will only be used after evaluating the economical, political and social cost and as long as it does not affect the marine environment considerably, taking into account the volume of the spilled product, the weather, the sea conditions, the response implementation, the human and material resources available and the value of the area that might be affected. Refer to MEXUS Plan (section 404.3 page 13)

G 404.3.1    COASTAL CLEANING AGENTS:

The use of chemical agents to support the cleaning of beaches must be previously authorized for each kind of coastal line. The OSC will act according to the National Contingency Plan (NCP) of each country, when authorizing the use of cleaning agents in every specific place.

G 404.3.2    REQUIREMENTS FOR THE USE OF ALTERNATIVE RESPONSE TECHNOLOGIES:

The use of Alternative Response Technology will be made in accordance with the proper national ecology policy taking into account: the risked resources, the threatened or endangered species, marine mammals, birds, seafood (mollusks and crustaceans), fisheries, socio-economical aspects, effects on human health, and other factors.

G 404.3.2.1    REQUIREMENTS FOR THE USE OF ALTERNATIVE RESPONSE TECHNOLOGIES IN MEXICO

When the response capabilities of the mechanical recovery equipment are surpassed, alternative response technology will be considered, such as the use of dispersants, the use of which must align with Mexican government policy. Its use is limited to waters deeper than 50 meters (164 feet). The use of bioremediants agents falls under the regulations established by the National Water Commission and ratified by the Health Secretariat.

G 404.3.2.2    REQUIREMENTS FOR THE USE OF ALTERNATIVE RESPONSE TECHNOLOGIES IN THE USA

**Use of Dispersants**
- Generalities.
  The use of dispersants to mitigate offshore oil spills has become a proven and accepted technology, and under certain conditions, is more effective than mechanical response. Within the Gulf of Mexico region, an operational dispersant capability has been developed and is being actively supported by all federal and state agencies.

- Pre-authorization for use of dispersants.

The use of dispersants as a response tool for an oil spill can only be authorized by the Regional Response Team (RRT). RRT VI is responsible for the coastal waters of Texas and Louisiana.

RRT VI is co-chaired by the Eighth Coast Guard District Chief, Response Division and the Region VI Environmental Response Agency Chief. Pre-approval guidelines exist for the use of dispersants offshore in RRT VI.

The On-Scene-Coordinator (OSC) must utilize the decision making process as defined in the OSC Pre-approved Dispersant Use Manual to determine the applicability of dispersants as a response option for a specific spill response. The RRT will be notified by the OSC of an approval to initiate dispersant operations within three hours after the approval has been given to the Responsible Party (RP). It is required that the RRT be convened within three hours of the completion of the first dispersant spray drop, and that subsequent consultation be maintained with the RRT to safeguard the public interest. A final debrief will be given to the RRT by the OSC and Scientific Support Coordinator (SSC) immediately following the completion of the pre-approved dispersant operation.

Pre-approval is for aerial application only. If other application techniques (i.e. by vessel) are desired in the pre-approval area after aerial application has begun, consultation with, and verbal approval by, RRT VI is required before those techniques can be applied.

Pre-approval is only for those dispersants which are listed on the most current NCP Product Schedule and which have been explicitly specified in the NCP Product Schedule Listing to be suitable for aerial application. Further determination of the suitability of individual dispersants by viscosity as related to aircraft type is covered in this manual.

Pre-approval allows for maximum dispersant spray coverage of suitable slick areas [those regions of a slick having visibly thick oil (black/brown) as opposed to sheen]. Multiple sorties and multiple passes are authorized to continue unless a decision is made by the RRT, when convened, to cease operations.

- For all dispersant operations, the OSC must activate Special Monitoring of Advanced Response Technologies (SMART) program monitoring team. (See G 201.2.3 USA SPECIAL RESPONSE TEAMS for more on SMART.)

**Considerations for the use of dispersants:**
- Basic Considerations:
    o Viscosity, boiling point, depth in the area of use, tidal energy in the area, distance and travel time to sanctuaries or protected areas.

- Spill Data and Information on the Incident:

- o Causes; date; time; location; spilled volume and the way it happened; potential volume to be spilled and information reliability.

- Characteristics of the Spilled Hydrocarbon:
  - o Hydrocarbon type and name, specific gravity, ignition point, boiling point, viscosity, aromatics percentage, asphaltenes and saturated products.
- Weather and Water Conditions/48-Hour Forecasts:
  - o Water and air temperature, information on currents and tides; wind speed and direction; salinity; sea depth and state.

- Information on the Spill Path:
  - o Spotted area, spot path during the last 24 and 48 hours, path of the spilled hydrocarbon during the last 24 and 48 hours; location and expected time for arrival at the coast and kind of habitat on the coastal impact area.

- Dispersants Characteristics:
  - o Name, manufacturer, appropriate organization's approval, product location, available or needed volume, supply time, toxicity, presentation, efficiency percentage, way of use, required doses.

- Information and Assessment of the Dispersant Application:
  - o Proposed plan for application, needed equipment and personnel, location of the application area.

**In-Situ Burning**

As with dispersants use, In-Situ Burning has become a proven and accepted technology, and under certain conditions, is more effective than mechanical response. As in dispersant use, the use of In-Situ burning as a response for oil spills needs RRT VI approval. "In-Situ" burning has been successfully used as a viable technique for mitigating oil spills in a marsh type environment. This is especially true of areas that have mostly grassy vegetation with little or no woody vegetation. In a grassy marshland environment, an "In-Situ" burn may produce less long-term damage to the environment than traditional mechanical cleanup methods. If an "In-Situ" burn is being considered as an oil spill response option in an Inshore/Nearshore environment, the "RRT VI Guidelines for Inshore/Nearshore In-Situ Burn" should be consulted.

"In-Situ" burning in the offshore marine environment is viewed with growing interest as a response tool. "In-Situ" burning may offer a logistically simple, rapid, inexpensive, and relatively safe means for reducing the impact of an oilspill. Moreover, because a large portion of the oil is converted to gaseous combustion products, the need for collection, storage, transport, and disposal of recovered material can be substantially reduced. For these and other reasons, "In-Situ" burning is gaining favorable attention as a potential offshore oil spill response technique.

**G 405     AIR OPERATIONS:**

If the OSC thinks it necessary, he/she will request an Air Operations Officer (AOO), to coordinate the operations and the support to fixed and rotary wing aircraft used during an incident.

The air units participating in the operations will carry out surveillance operations over the affected area, using available detection equipment, to report on: position, size impact area and spill appearance; likewise, they will be used for transporting personnel and equipment.

Aircraft of both countries must obtain authorization to overfly the airspace of their counterpart. The OSC of each country can request authorization via phone from his/her counterpart OSC of the other country, this authorization being "on a case by case basis." Once the flights are approved, communications will be coordinated between the First Naval Zone in Madero City, Tamaulipas, and the designated USCG Operations Center. If at all possible, each aircraft must have bilingual crews onboard, so as to facilitate communications and report operations in the incident area.

**G 406     REHABILITATION OF NATURAL RESOURCES:**

There are areas near the border both in Mexico and the U.S. which are considered susceptible to hydrocarbon spills, due to the activities performed there.

G 406.1     SENSITIVE AREAS:

Refer to MEXUS Plan (section 406.1 page 14)

G 406.1.2     ENVIRONMENTALLY SENSITIVE AREAS

G 406.1.2.1     ENVIRONMENTALLY SENSITIVE AREAS IN MEXICO:

**The Coastal Wetlands,** are found primarily in the areas of the Barril Lagoon, the Tamaulipas Laguna Madre, and other smaller areas which have potential food sources and resting places for sea birds during their migration to the south of Mexico; 163 bird species have been reported in this area.

Additionally, Natural Oyster farming is found in the Municipality of Can Fernando, (Laguna Madre 24°17', 25°19' North latitude, 97°28' y 97°38' West longitude) and Matamoros (Laguna Madre 25°14', 25°26' North latitude, 97°26' y 97°31' West longitude).

There are also shrimp farming zones at the mouths of rivers and internal lagoons.

**The Laguna Madre,** located to the north of Tamaulipas between 23°48' y 25°27' North latitude y 90°23', and 97°52' West longitude. It has an approximately surface of 200,000 hectares (495,000 acres), with a medium depth of 0.70 meters. Thirteen access points have been reported for these lagoons, these being Tres Calabazas, Bueyes, Mezquital, San Juan, San Rafael, Santa

Maria Ciega, Sandoval, The Carbonera, Algodones, San Antonio, Jesus Maria and Catan. For short periods, these entrances provide access to the sea, and are hyper-salinic along its length. (averages 75 part per mil).

**Rancho Nuevo and Barra del Tordo**. Located in the municipality of Aldama in Tamaulipas, the areas were designated reserve areas and shelter for the protection, breeding and development of the Ridley marine turtle. This place is located between 23° 18' 10" and 23° 10' 10" North latitude and 97°45'40" and 97°45'30" West longitude.

**Morales Lagoon** is located to the South of Madre Lagoon, between 23° 37' and 23° 46' North latitude and 97° 44' and 97° 47' West longitude. It stretches parallel to the coast, with a width of 2.7 kilometers (1.7 miles) and length of 15.5 kilometers (9.6 miles) in an area of about 6,522 hectares (16,116 acres). It connects with the Gulf of Mexico through an estuary near the Barra Soto la Marina.

**Chilillo Lagoon** is located South of Morales Lagoon and North of San Andrés Lagoon, located between 23° 45' North latitude, and 97° 47' West longitude. It connects with the Gulf of Mexico through Barra del Tordo.

**San Andrés Lagoon** is located between 22° 32' and 22° 47' North latitude and 97° 41' and 97° 54' West longitude. It has an area of 8,300 hectares (20,509 acres).

**Chijol Lagoon** is located on the coastline of the Gulf in the state of Veracruz. It is in the NE portion of Pueblo Viejo Lagoon at 22° 10' y 22° 15' North latitude and 97° 55' and 98° West longitude. Its meets the Panuco River on the Southeast and connects to the sea.

**Pueblo Viejo Lagoon** is located in the municipality of Villa Cuauhtemoc, Veracruz, at 22° 05' and 22° 13' North latitude and 97° 50' and 97° 57' West longitude. It is bounded on the North by the Panuco River and has an area of 93.7 square kilometers (36.2 square miles.) there are several small islands within the lagoon, being Islet Grande the largest, one kilometer (0.6 miles) long and 0.2 km. (219 yards) wide.

**Tamiahua Lagoon** is located at coordinates 21° 06' North latitude and 97° 23' and 97° 46' West longitude and is bounded by the Panuco and Tuxpan Rivers. It is 85 km. (53 miles) long and has a maximum width of 8 km. (11 miles), with an area of 88,000 hectares (217,448 acres). There is a chain of live coral reefs along the coast, and at a depth of 12.5 meters (41 feet), in the subsoil of Cabo Rojo and in the middle of the lagoon, there are signs of a dead reef. The area is considered a shallow estuarine/lake system. The surrounding vegetation consists mostly of mangrove. About 75 % of the fish species are considered commercially significant.

G 406.1.2.2   ENVIRONMENTALLY SENSITIVE AREAS IN THE USA:

**Galveston Bay National Estuary** covers 63,300 square kilometers (24,440 square miles) of watershed, extending from the opening of Galveston Bay at the Gulf of Mexico and northwest through Houston and 67,340 square kilometers (26,000 square miles) upstream of Lake Livingston.

**Corpus Christi Bay National Estuary** located at 27° 79' North latitude and 097° 30'West longitude and covers 497 square kilometers (192 square miles). It includes the Aransas and Upper Laguna Madre estuaries.

**Laguna Madre** located at 27° 54'North latitude and 097° 29'West longitude, is made up of North Laguna Madre, Middle Laguna Madre and South Laguna Madre. It covers 1577 square kilometers (609 square miles) of estuarine and coastal marine systems. It separates Padre Island from the South Texas mainland, with the boundary of Padre Island National Seashore encompassing 8094 hectares (20,000 acres) of the Laguna Madre. It has high salinity content due to no major river flows.

**Anahuac Wildlife National Wildlife Refuge** located at 29° 56'North latitude 094° 53'West longitude, stretches from the upper Texas Coast, along the eastern portion of Galveston Bay in a region known as Chenier Plain of Texas and southwest Louisiana. The refuge lies in a coastal plain built by sediments delivered to the Gulf of Mexico by the Mississippi River and local river systems including the Trinity, San Jacinto, Sabine and Neches.

**Aransas National Wildlife Refuge** located at 28° 05'North latitude and 096° 99'West longitude, is situated along San Antonio Bay and encompasses 28,531 hectares (70,500 acres) and the Aransas Bay watershed, West San Antonio and Hynes Bay watershed, Gulf Coast Prairies and Marshes Estuarine Zone and the Upland Prairies and Woods regions.

**Big Boggy National Wildlife Refuge**, located at 29° 04'North latitude 095° 56'West longitude. It makes up the Texas Mid-Coast National Wildlife Refuge Complex along with the Brazoria and San Bernard National Wildlife Refuges. The refuge encompasses 2,023 hectares (5,000 acres) of salt marsh.

**Brazoria National Wildlife Refuge,** located at 95° 17' North latitude, 29° 07' West longitude, consists of 17,558 hectares (43,388 acres) of coastal estuarine and coastal prairie habitat. It is located on the Texas gulf coast at the west end of the Galveston Bay Complex.

**Laguna Atascosa National Wildlife Refuge** 28° 21'North latitude and 097° 42'West longitude is located in the Lower Rio Grande Valley. It encompasses 18,210 hectares (45,000 acres) of salt/freshwater marshes and coastal prairies.

**Matagorda Island National Wildlife Refuge,** located at 28° 50'North latitude and 096° 50' West longitude, is a coastal barrier island and is part of the Aransas National Wildlife Refuge.

The refuge stretches 61 kilometers (38 miles) long and varying from 1.2 to 7.2 kilometers (.75 to 4.5 miles) in width.

**McFaddin National Wildlife Refuge,** located on the Louisiana and Texas border at 29° 49'North latitude 094° 05'West longitude, encompasses 22,735 hectares (56,181 acres) and the Sabine Lake, Sabine River, Neches River and Taylor's Bayou watersheds. The Refuge is made up mostly of coastal marsh and coastal prairies.

**San Bernard National Wildlife Refuge,** located at 28° 85'North latitude 095° 53'West longitude, makes up the Texas Mid-Coast National Wildlife Refuge Complex along with the Big Boggy and Brazoria National Wildlife Refuges. Located 19.3 kilometers (12 miles) west of Freeport and made up of 11,094 hectares (27,414 acres) of coastal prairie and salt marshes.

**Texas Point National Wildlife Refuge,** located on the Louisiana and Texas border 29° 42'North latitude 094°55'West longitude, encompasses 3,600 hectares (8900 acres) and includes the Sabine Lake, Sabine River and Neches River watersheds and the shore waters of the Gulf of Mexico. The refuge is made up mostly of coastal marsh and small amounts of coastal prairie.

**Padre Island National Seashore,** located at 26° 59'North latitude 097° 22'West longitude, encompasses 52,784 hectares (130,434 acres) of undeveloped barrier islands, beaches and tidal flats.

G 406.1.3    ECONOMICALLY SENSITIVE AREAS

G 406.1.3.1    ECONOMICALLY SENSITIVE AREAS IN MEXICO:
**Bagdad Beach** is located 35 Kilometers (21.7 miles) from the Heroic City of Matamoros and it extends 40 kilometers. It is an extensive beach which has a width of 25 meters (82 feet), and is located at 25°49'00" North latitude, and 97°09'00" West longitude.
**El Mezquital, Matamoros** is defined by the Gulf of Mexico coast, with an elongated shape from north to south and a length of approximately 36 kilometers (22.3 miles). Its width varies from 50 to 100 meters (its 164 to 328 feet mouth is located at the geographical coordinates 23° 46' 15" North Latitude, y 97° 43' 57" West Longitude). The northern jetty reaches 520 meters (1,700 feet) in length, while the south jetty is 340 meters (1,115 feet), with an existing separation between both of 460 meters (1,509 feet). The average depth at the mouth is 1.5 meters (5 feet) at the south jetty.

**Barra del Tordo** is situated to the SE of the state of Tamaulipas, 54 km (33.5 miles) to the east of the Aldama by the federal highway kilometer marker 180. It is there the Carrizal and Arroyo Rivers meet. A turtle care camp is located at Barra del Tordo beach that provides protection to the Ridley and Green turtles nests during their respective seasons of arrival, egg laying and hatchings. Barra del Tordo is located at the geographical coordinates 23° 03' 26" North latitude, and 97° 45' 07"West longitude.

**La Playa de Miramar** is part of the Madero City municipality, Tamaulipas. The Miramar beach is sandy and has a length of approximately 6 kilometers (3.7 miles). It is located within the area bounded by coordinates 22°15' 50" and 22°18' 38"North latitude; and 97° 47' 05" y 97° 49' 50"West longitude.

G 406.1.3.2    ECONOMICALLY SENSITIVE AREAS IN THE USA:
**South Padre Island**
**Mustang Island**
**Padre Island National Seashore**
**Galveston Island**
**Ports listed in section G 107.1.3.2**
**Bay and Gulf Fisheries**

G 406.1.4    CULTURAL, HISTORIC OR ARCHEOLOGICAL SITES:

Human history South and North of the borderline spans thousands of years. Cleanup of a major spill could take workers into areas containing artifacts from the earlier inhabitants. Many prehistoric locations have not been mapped yet. This appendix defines a role for cultural resource agencies and establishes a working relationship between the OSC, the responsible party, and the agencies.

The intent is to integrate the interest for preserving the natural resources as a norm that rules the cleanup tasks, in such a way that the links to the past will not be damaged or destroyed.

Where it is necessary to do some work in the vicinity of an archaeological site, precautions must be taken to minimize disruption.

Should any historic site or artifact be discovered during a cleanup operation, field operations in the immediate portion of the area must be suspended, and the appropriate History commission of the country where it is located must be notified immediately. The site must be protected while works continue nearby.

The threat of accidental damage to artifacts should influence the choice of cleanup methods. Generally, if an area is identified as being historically or culturally important or if an artifact is discovered in an area, the procedure should be to avoid the use of mechanical equipment and avoid techniques such as the tilling of shoreline. In general, disturbance of such sites by heavy equipment or large numbers of cleanup personnel are undesirable.

The goal is to ensure that historic and cultural concerns are respected, while ensuring the cleanup progresses without unanticipated surprises generated by matters related to cultural resources. A

balance must be sought between the protection deserved by the cultural resources and the responsibility to ensure cleanup to be made at a satisfactory pace.

G 406.2      NATURAL RESOURCES:
Refer to MEXUS Plan (section 406.2 page 14)

**G 407      ASSESSMENT OF DAMAGE TO NATURAL RESOURCES:**
Refer to MEXUS Plan (section 407 page 14)

**G 500      LOGISTICS:**

**G 501      COMMUNICATIONS:**
During a joint response, SM-AM and the USCG must coordinate communications to conduct efficient operations. A Communications Plan must be prepared in accordance with the Incident Command System. A list of available communication resources from each country can be found in the respective local Area Contingency Plans.

**G 502      MEDICAL:**

It is necessary to maintain coordination with the regional medical services of both countries so that medical assistance can be given should a contingency arise. Medical service and safety personnel will be assigned to give assistance during the operations to the casualties resulting from the incident. For that reason it is necessary to maintain a directory of available hospitals at a regional level from both parties. A list of available medical installations from each country can be found in the respective local contingency plans.

**G 503      SUBSISTENCE:**
The Federal and Local Agencies and volunteer groups that supply personnel to the Joint Response Team are responsible for ensuring that their personnel have housing, meals, and equipment during their participation.

**G 504      TRANSPORTATION:**
If during contingency response operations the need arises for the transportation of JRT personnel and material across the border, procedures established by Immigration and Customs Services from both countries will be followed, to include proper authorizations from the Secretariats concerned with these issues.

G 504.1      TRANSBORDER MOVEMENT OF PERSONNEL AND EQUIPMENT
Each country is responsible of transporting its personnel and equipment to the incident site with its own transportation resources.

G 504.1.1    CUSTOMS AND IMMIGRATIONS PROCEDURES FOR U.S. RESPONSE
PERSONEL AND EQUIPMENT TRAVELING INTO MEXICO

**Customs Procedures:**
The procedure for the entrance of response equipment into Mexico will be coordinated through
the Mexican Navy; therefore, in order to make the access easy, the responding agency should be
sent a listing of all its response equipment and materials, showing the following information:
- Machinery designation
- Machinery owner
- Number of units (if more than one)
- Commercial name
- Model
- Serial number
- Price (in dollars)
- Harmful materials list
- New or used
- Origin
- Destiny in Mexico

The Mexican Navy, through the offices of the appropriate regional Naval Command, receiving
this information, will make the proper arrangements to ensure the entry of the response
equipment into the country.

When the equipment coming from the United States arrives in a Mexican city or port, the
appropriate authorities will validate the documentation.

**Immigration Procedures:**
The coordination for the entrance of response personnel into Mexico will be done through the
Mexican Navy; therefore, in order to make the access easy, the responding agency should be sent
a listing of all the response personnel that will participate in fighting back the incident, showing
the following information:
- Grade or Title
- Names
- Last name
- Age
- Nationality
- Sex
- Transportation means
- Home address
- Entry city

The Mexican Navy, through the offices of the regional Naval Command receiving this information, will make the proper arrangements to ensure the entry of the response personnel into the country.

When the personnel coming from the United States arrives in a Mexican city or port, the appropriate authorities will validate the documentation.

G 504.1.2    CUSTOMS    AND    IMMIGRATIONS    PROCEDURES    FOR    MEXICAN RESPONSE PERSONEL AND EQUIPMENT TRAVELING INTO THE U.S

**Customs Procedures**

In the case of an emergency and/or disaster that may occur in Mexico or the U.S., which requires emergency aid from various U.S. local or state agencies, including the Brownsville Fire and Police Department as well as aid from a similar Mexican agency, a call from the EPA, USCG or municipally which has requested the Mexican aid will be made notifying one of the following:

- Customs and Border Protection
- Cameron County Bridge Department

Upon receipt of the call from the federal agency or municipality which has requested the emergency aid, the Customs and Border protection or Bridge personnel will immediately notify the other two groups, who will be responsible for notifying their "cross the border" counterpart.

The POC will be the CBP supervisor at the Gateway Bridge, 001 (956) 548-6201. The CBP Supervisor will take whatever immediate action is necessary to facilitate the crossing of the emergency equipment and personnel. Once arrangements have been made to facilitate the cross border emergency aid, the supervisor will notify the proper chain of command.

Emergency equipment of the nature is admissible under the USA Code of Federal Regulations reference 19CFR10.107 Equipment and supplies; admission.

For the entry of equipment the following would be required to expedite the entry of USA equipment going abroad and returning:
- CBP Form 4455 Certificate of Registry (Appendix V)
- CBP Form 3311 Declaration for Free Entry of Return American Products (Appendix VI)

Any equipment from México entering the U.S. will use the following form:.

- Request to Import Merchandise and Equipment for Emergency Relief Efforts in the Brownsville, Texas (USA) Costal Waters (Appendix IV).

Once the equipment is ready return it must be done under CBP supervision.

Any equipment entering the U.S. should be free of soil contamination. An Agricultural Specialist would need to be on site to conduct a thorough inspection and determine if the equipment meets entry requirements.

A Memorandum of Agreement between the USCG and CBP ratifying the foregoing process is on file at the Eighth Coast Guard District Legal Office.

**Immigration Procedures**

For the processing of Emergency Response personnel for an international incident where the facilitation of personnel movement from Mexico into the United States the process would be handled in a local administrative manner. All emergency response personnel would be required to present proper entry documents.

Any emergency personnel that are aliens applying for entry that are not in possession of a valid visa or a valid passport could be processed under 212 (d) (4) of the INA. This would require the use of form:
- CBP Form I-193 (Appendix VII)

**G 505    SERVICES:**

The services required by the JRT in Mexico will be coordinated by the OSC in order to support the contingency operations in both countries, according to the items pointed out in MEXUS Plan, (Section 505, page 15). A list of available services from each country can be found in the respective local contingency plans.

**G 506    SUPPLIES:**

Refer to MEXUS Plan (section 506 page 16)

**G 600    FINANCES:**

Refer to MEXUS Plan (section 600 page 16)

**REFERENCES:**

For additional information consult the following contingency plans:
- Contingency Local Plan to Fight Back and Control Spills of Hydrocarbons and Other Harmful Substances into the sea. (First Naval Zone)
- Contingency Local Plan to Fight Back and Control Spills of Hydrocarbons and Other Harmful Substances into the sea. (Sector Matamoros)
- South Texas Area Contingency Plan (Sector Corpus Christi)
- Central Texas Area Contingency Plan (Sector Houston/Galveston)

## APPENDIX I

### ABBREVIATIONS USED (SPANISH-ENGLISH)
Refer to abbreviations in MEXUS PLAN, (Appendix 2 page 18).

ABBREVIATIONS USED IN MEXICO:

| | |
|---|---|
| FUERNAVGO | Gulf Naval Force |
| RN-1 | First Naval Region |
| ZN-1 | First Naval Zone |
| FLOAUXGO | FUERNAVGO Auxiliary Ship Fleet |
| PRIFLOT | First Watch Oceanic Ship Flee |
| APOSMEZQ | El Mezquital Naval Station |
| APOSALT | Altamira Naval Station |
| NAVMAT | Naval Sector Matamoros |
| NAVPESCA | Naval Sector La Pesca |

ABBREVIATIONS USED IN THE USA
FEDERAL

| | |
|---|---|
| RRT VI | Regional Response Team District VI |
| CGD8 | Commander, Eighth Coast Guard District |
| DHS | Department of Homeland Security |
| MSU | Marine Safety Unit |
| MSD | Marine Safety Detachment |
| GST | National Strike Force, Gulf Strike Team |
| AST | Atlantic Area Strike Team (USCG) |
| MLCLANT| | Maintenance and Logistics Command Atlantic (USCG). |
| DOS | Department of State |
| DOI | Department of Interior |

STATE OF TEXAS

| | |
|---|---|
| TGLO | Texas General Land Office |
| TCEQ | Texas Commission on Environmental Quality |
| TRRC | Texas Railroad Commission Texas |
| TPWD | Texas Parks and Wildlife Department |
| TXDOT | Texas Department of Transportation |
| DEM | Department of Emergency Management |
| SERC | State Emergency Response Commission |
| TDA | Texas Dept. of Agriculture |
| TDH | Texas Dept. of Health |
| TDPS | Texas Dept. of Public Safety |

## APPENDIX II

## MEXUSGULF RAPID NOTIFICATION LIST

RAPID NOTIFICACION TO THE SM-AM FIRST NAVAL ZONE (MEXICO)

Numbers include international country codes to dial from the USA to Mexico

COMANDANCIA DE LA PRIMERA ZONA NAVAL (CLI)
TEL: 011 52 (833) 215 7915
AVENIDA ALVARO OBREGÓN S/N
COLONIA EMILIO CARRANZA 89540
CD. MADERO, TAMAULIPAS
PHONE AND FAX AVAILABLE 24 HOURS

FAX: 011 52 (833) 215 7915 (The First Naval Zone does not have a dedicated fax number. To send a fax to the First Naval Zone, a voice capable fax machine must be used. Dial the number and request a fax tone to the person that answers. When you hear the tone manually initiate the fax transmission.

RAPID NOTIFICATION TO THE EIGHT COAST GUARD DISTRICT (USA)

Numbers include international country codes to dial from the Mexico to the USA

EIGHTH DISTRICT U. S. COAST GUARD
TEL: 001 504 589 6225
FAX: 001 504 589 2148
13TH FLOOR OR THE HALE BOGGS.
FEDERAL BUILDING AT 500 POYDRAS STREET,
NEW ORLEANS, LOUISIANA 70130 USA

# APPENDIX III

## NOTIFICACION DE DERRAMES MEXUSGOLF/MEXUSGULF SPILL NOTIFICATION FORM

### FORMATO PARA NOTIFICACIÓN DE DERRAME MEXUSGOLF / MEXUSGULF SPILL NOTIFICATION FORM.

Fecha/Date:_____ Hora/Time: (de Greenwich) _____

De/From:     Primera Zona Naval / First Naval Zone
             Octavo Distrito de la Guardia Costera/Eighth Coast Guard District

Para/To:     Primera Zona Naval / First Naval Zone
             Octavo Distrito de la Guardia Costera/Eighth Coast Guard District

Vía:         Estado Mayor General de la Armada de México/Mexican Navy General Staff
             Sede de la USCG / USCG Headquarters.
             Embajada de los EUA, México D.F./American Embassy, Mexico City.


Ubicación geográfica/Geographic Location: Latitud/Latitude:_____
Longitud/Longitude: _____
Descripción de la situación/ Description of the situation:_____
_____
_____
Tipo de Contaminante/Type of Material: _____
Cantidad aproximada/Quantity Spilled: _____
Acciones Tomadas/Actions Taken: _____
_____

Acciones recomendadas/Recommended Actions
        Alerta CLI/ Notify OSC
        Movilizar equipo de respuesta/Movilize Response Equipment
        Comuníquese directamente para recibir más información/Establish Direct Contact For
        Additional Information._____
_____
_____

¿Son requeridos asesores y coordinadores de enlace?              SI _____ NO _____
/Is required exchange of advisory and liaison coordinators?       SI _____ NO _____

Persona responsable de la información, localidad y número de teléfono/Person providing the information,
location and telephone number_____
_____
Persona que recibe mensaje y confirmación del mismo, hora y fecha/Person receiving the report and
confirmation of the same, time and date: _____

**APPENDIX IV.**

FECHA:

MEMORANDUM FOR:     PORT DIRECTOR, BROWNSVILLE

FROM:

SUBJECT:     Request to Import Merchandise and Equipment for Emergency Relief Efforts in the Brownsville, Texas (USA) Coastal Waters

In accordance with 19 USC 1318 (b)2, 19 USC 1322 (b), AND 19 CFR 10.107,
I, _____ am requesting your approval to import into your port jurisdiction, the attached list of items for the sole purpose of assisting in the emergency relief efforts for:

State the incident/accident/disaster:

_____
_____
_____
_____

We understand that all items entered, will be exported within 90-days, or within such longer time as may be specially authorized by you, and if not done so, will be seized and forfeited to the United States. Any extension of time to export beyond the 90-day allowance will be requested in writing prior to the expiration of the initial 90-day authorized by regulation. We understand that all imported articles are to be exported under Customs and Border Protection Supervision.

We also understand that articles not exported must have been expended during relief efforts, or destroyed under Customs Supervision. Any article having only a salvageable value (damaged material that may have minimal further use) shall not be required to be exported.

Any articles admitted under the authority of the above statutes and used otherwise than for a purpose herein expressed, or not exported in such time and manner as may be prescribed in the regulations or instructions authorized by the Port Director, shall be forfeited to the United States.

If you have any questions, please contact (point of contact and number).

Signature                          Date _____

Importer Name (Printed)

Attachment

## APPENDIX V

Form Approved, OMB No. 1651-0010

NO.

**U.S. DEPARTMENT OF HOMELAND SECURITY**
Bureau of Customs and Border Protection

# CERTIFICATE OF REGISTRATION

19 CFR 10.8, 10.9, 10.68,
148.1, 148.8, 148.32, 148.37

*(NOTE: Number of copies to be submitted varies with type of transaction.
Inquire at Port Director's office as to number of copies required.)*

| VIA (Carrier) | B/L or INSURED NO. | DATE |
|---|---|---|

NAME, ADDRESS, AND ZIP CODE TO WHICH CERTIFIED FORM IS TO BE
MAILED (If Applicable)

ARTICLES EXPORTED FOR:

☐ ALTERATION*   ☐ PROCESSING*
☐ REPAIR*       ☐ OTHER.  (specify)
☐ USE ABROAD
☐ REPLACEMENT

\* *NOTE: The cost or value of alterations, repairs, or processing
abroad is subject to CBP duty.*

**LIST ARTICLES EXPORTED**

| Number Packages | Kind of Packages | Description |
|---|---|---|
| | | |

| SIGNATURE OF OWNER OR AGENT *(Print or Type and Sign)* | DATE |
|---|---|

The Above-Described Articles Were:

| EXAMINED | | LADEN under my supervision | |
|---|---|---|---|
| DATE | PORT | DATE | PORT |
| SIGNATURE OF CBP OFFICER | | SIGNATURE OF CBP OFFICER | |

**CERTIFICATE ON RETURN**

Duty-free entry is claimed for the described articles as having been exported without benefit of drawback and are returned unchanged except as noted: (use reverse if needed)

| SIGNATURE OF IMPORTER *(Print or Type and Sign)* | DATE |
|---|---|

*NOTE: Certifying officers shall draw lines through all unused spaces with ink or indelible pencil.*

Paperwork Reduction Act Notice:  This request is in accordance with the Paperwork Reduction Act.  The information to be provided is submitted by importers/exporters.  Completion of this form is mandatory and to your benefit.  The estimated average burden associated with this collection of information is 3 minutes per respondent depending on individual circumstances.  Comments concerning the accuracy of this burden estimates and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0010), Washington, DC 20503.

CBP Form 4455 (06/00)

## APPENDIX VI

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0011

### DECLARATION FOR FREE ENTRY OF
### RETURNED AMERICAN PRODUCTS

19 CFR 7.8, 10.1, 10.5, 10.66, 10.67, 12.41, 123.4, 143.23, 145.35

| 1. PORT | 2. DATE | 3. ENTRY NO. & DATE |
|---|---|---|
| 4. NAME OF MANUFACTURER | | 5. CITY AND STATE OF MANUFACTURE |
| 6. REASON FOR RETURN | | 7. U.S. DRAWBACK PREVIOUSLY ☐ CLAIMED   ☐ UNCLAIMED |
| | | 8. PREVIOUSLY IMPORTED UNDER HTSUS 864.05? ☐ YES   ☐ NO |

| 9. MARKS, NUMBERS, AND DESCRIPTION OF ARTICLES RETURNED | 10. VALUE* |
|---|---|
| | |

\* If the value of the article is $10,000 or more and the articles are not clearly marked with the name and address of U.S. manufacturer, please attach copies of any documentation or other evidence that you have that will support or substantiate your claim for duty free status as American Goods Returned.

11. I declare that the information given above is true and correct to the best of my knowledge and belief; that the articles described above are the growth, production, and manufacture of the United States and are returned without having been advanced in value or improved in condition by any process of manufacture or other means; that no drawback bounty, or allowance have been paid or admitted thereon, or on any part thereof; and that if any notice(s) of exportation of articles with benefit of drawback ☐ was   ☐ were   filed upon exportation of the merchandise from the United States, such notice(s) ☐ has   ☐ have   been abandoned.

| 12. NAME OF DECLARANT | 13. TITLE OF DECLARANT |
|---|---|
| 14. NAME OF CORPORATION OR PARTNERSHIP (If any) | 15. SIGNATURE (See note) |
| 16. SIGNATURE OF AUTHORIZING CBP OFFICER | |

NOTE: If the owner or ultimate consignee is a corporation, this form must be signed by the president, vice president, secretary, or treasurer of the corporation, or by any employee or agent of the corporation who holds a power of attorney and a certificate by the corporation that such employee or agent has or will have knowledge of the pertinent facts.

PAPERWORK REDUCTION ACT NOTICE: This information is needed to ensure that importers/exporters are complying with customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. The estimated average burden associated with this collection is 6 minutes per respondent or recordkeeper depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0011), Washington DC 20503.

*Previous Editions are Obsolete*                    **CBP Form 3311 (06/96)**

# APPENDIX VII

OMB No. 1653-0004; Expires 08/31/08

## I-193, Application for Waiver
## of Passport and/or Visa

Department of Homeland Security
U.S. Citizenship and Immigration Services

| ACTION BLOCK | FEE STAMP |
|---|---|
| | FILE NO. |

1. MY NAME IS: *(Last)*                    *(First)*                    *(Middle)*

2. MY UNITED STATES ADDRESS IS:     *(Apt. No.)*     *(Number and Street)*     *(City)*     *(State)*     *(Zip Code)*

3. MY PERMANENT ADDRESS ABROAD IS:

4. THE COUNTRY OF WHICH I AM A CITIZEN, SUBJECT OR NATIONAL IS:

5. PLACE OF BIRTH:                                                  DATE OF BIRTH (mm/dd/yyyy):

6. DATE OF ARRIVAL:            PORT OF ARRIVAL:

7. MANNER OF ARRIVAL: *(Name of Vessel, Airline, etc.)*

8. PLACE VISA PREVIOUSLY ISSUED:        DATE:        CLASSIFICATION:        VALID TO:

9. PLACE PASSPORT ISSUED:        DATE:        VALID TO:

10. THE REASON I AM NOT IN POSSESSION OF
    *(CONTINUE ON SEPARATE SHEET(S) of PAPER, IF NECESSARY)*   ☐ PASSPORT   ☐ VISA IS AS FOLLOWS:

DATE OF THIS APPLICATION:        I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT.

CITY AND STATE:

_____
*(Signature of Applicant)*

| Signature of person preparing form, if other than applicant. |
|---|

I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

_____        _____        _____
*(Signature)*                           *(Address)*                              *(Date)*

## APPLICANT NOT TO WRITE BELOW THIS LINE

☐ Application approved. Waiver granted                    ☐ Application disapproved.

☐ Under Section 211(b)
  by authority of _____        (DHS)        DATE
                                                              OF
☐ Under Section 212(d)(4)                                     ACTION
  by authority of
  with concurrence of _____                DD
                          *(State Department)*                OR
                                                              OIC
  Admitted as _____ until _____  OFFICE
                *(Nonimmigrant Class)*

Form I-193 (Rev. 10/26/05)Y