IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE NOS. 10-4239, 10-4240, 10-4241, BUNDLE C, AND 10-2771 | § § § | MAGISTRATE JUDGE SHUSHAN |

## JOINT MOTION BY TRANSOCEAN AND HESI FOR COMPLETE SUMMARY JUDGMENT REGARDING ALL REMAINING MEXICAN STATES' CLAIMS

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holding LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean") and Halliburton Energy Services, Inc. ("HESI"), by and through their undersigned counsel, and respectfully submit this Joint Motion for Complete Summary Judgment regarding all remaining claims asserted by the Mexican States of Quintana Roo, Tamaulipas, and Veracruz under Federal Rule of Civil Procedure 56.  This motion is based on the attached Memorandum of Points and Authorities, the pleadings and record in the instant actions, and any further briefing and argument the Court may hear.

DATED: January 4, 2013                                             Respectfully Submitted,

| | |
|---|---|
| By:  *s/ Brad D. Brian*<br>        Brad D. Brian<br>        Michael R. Doyen<br>        Daniel B. Levin<br>MUNGER TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email: brad.brian@mto.com<br>           michael.doyen@mto.com<br>           daniel.levin@mto.com | By:  *s/ Steven L. Roberts*<br>        Steven L. Roberts<br>        Rachel Giesber Clingman<br>        Sean D. Jordan<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel: (713) 470-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com<br>           rachel.clingman@sutherland.com<br>           sean.jordan@sutherland.com |

1

| | |
|---|---|
| By:   *s/ Edwin G. Preis*<br>       Edwin G. Preis, Jr.<br>PREIS &ROY PLC<br>Versailles Blvd., Suite 400<br>Lafayette, LA 70501<br>(337) 237-6062<br>*and*<br>601 Poydras Street, Suite 1700<br>New Orleans, LA 70130<br>(504) 581-6062 | By:   *s/ Kerry J. Miller*<br>       Kerry J. Miller<br>FRILOT, LLC<br>110 Poydras St., Suite 3700<br>New Orleans, LA 70163<br>Tel: (504) 599-8194<br>Fax: (504) 599-8154<br>Email: kmiller@frilot.com |

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH*

GODWIN LEWIS PC

By:  *s/ Donald E. Godwin*

| | |
|---|---|
| Donald E. Godwin<br>*Attorney-in-charge*<br>State Bar No. 08056500<br>Don.Godwin@GodwinLewis.com<br>Bruce W. Bowman, Jr.<br>State Bar No. 02752000<br>Bruce.Bowman@GodwinLewis.com<br>Jenny L. Martinez<br>State Bar No. 24013109<br>Jenny.Martinez@GodwinLewis.com<br>Floyd R. Hartley, Jr.<br>State Bar No. 00798242<br>Floyd.Hartley@GodwinLewis.com<br>Gavin E. Hill<br>State Bar No. 00796756<br>Gavin.Hill@GodwinLewis.com<br>Renaissance Tower, 1201 Elm, Suite 1700<br>Dallas, Texas 75270-2041<br>Telephone: (214) 939-4400<br>Facsimile: (214) 760-7332 | R. Alan York<br>State Bar No. 22167500<br>Alan.York@GodwinLewis.com<br>Jerry C. von Sternberg<br>State Bar No. 20618150<br>Jerry.VonSternberg@GodwinLewis.com<br>Misty Hataway-Coné<br>State Bar No.  24032277<br>Misty.Cone@GodwinLewis.com<br>1331 Lamar, Suite 1665<br>Houston, Texas 77010<br>Telephone:  713.595.8300<br>Facsimile:  713.425.7594 |

*Attorneys for Defendant Halliburton Energy Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January, 2013.

Dated: January 4, 2013                                               Respectfully submitted,


                                                                      /s/ *Kerry J. Miller*_____
                                                                      Kerry J. Miller