UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>           "DEEPWATER HORIZON"<br>  in the GULF OF MEXICO,<br>  on APRIL 20, 2010 | §<br>§<br>§<br>§<br>§ | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To: *ALL CASES*<br>         and 2:10-cv-2771 | §<br>§<br>§<br>§<br>§ | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## M-I L.L.C.'S NOTICE OF INTENT TO REMOVE
## WITNESS FROM PHASE ONE TRIAL WITNESS LIST

Defendant M-I L.L.C. ("M-I"), through undersigned counsel, respectfully submits its Notice of Intent to Remove Witness From Phase One Trial Witness List, pursuant to Pre-Trial Order No. 54.

M-I hereby notifies this Court and all parties that M-I intends to remove Gregory Meche from its Phase One Trial Witness List, but reserves the right to introduce the deposition testimony of Gregory Meche at trial.

Dated: January 4, 2013

                                              Respectfully submitted,

                                              MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP          By:   /s/ *Hugh E. Tanner*
                                              Hugh E. Tanner
Denise Scofield                               htanner@morganlewis.com
dscofield@morganlewis.com                     Texas Bar No. 19637400
Texas Bar No. 00784934                        1000 Louisiana, Suite 4000
1000 Louisiana, Suite 4000                    Houston, Texas  77002
Houston, Texas  77002                         Telephone:   (713) 890-5000
Telephone:   (713) 890-5000                   Facsimile:   (713) 890-5001
Facsimile:   (713) 890-5001

                                              **ATTORNEYS FOR DEFENDANT**
**ATTORNEYS FOR DEFENDANT**                   **M-I L.L.C.**
**M-I L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ***Defendant M-I L.L.C.'s Notice of Intent to Remove Witness From Phase One Trial Witness List*** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January, 2013.

*/s/ Hugh E. Tanner*
Hugh E. Tanner