UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Working Group Conference on Friday, January 4, 2013]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

**PHASE ONE PREPARATION**

1. **Phase One Exhibits**.

Halliburton reports that there may be some minor issues with the proposed fixes for the exhibits, but the parties will work through them. The U.S. had no objection to BP's request that the parties used the cured version of the exhibits. The Court requested that all parties use the cured version of the exhibits for the trial.

2. **HESI's Land-Offshore Cementing Work Methods - TREX 989.**

On January 3, 2013, the PSC notified the Court of an issue with HESI concerning the PSC's request that HESI produce 19 of the accessible icon documents and the Minimum Design Criteria document. HESI will respond on **Tuesday, January 8**.

3. **Admissibility of Exhibits**.

This will be removed from the agenda.

4. **Changes to Witness List**.

a. **Tim Probert**.

On January 3, 2013, the PSC confirmed its intent to include the live examination of HESI witness Tim Probert during its case in chief. HESI reported that it will produce Probert without the need for a subpoena.

b. **Tom Roth**.

On January 3, 2013, the PSC confirmed its intent to include the live examination of HESI witness Tom Roth during its case in chief. HESI reported that: (i) Roth is employed by it; (ii) he has his own lawyer; (iii) it does not control him; and (iv) it will assist with the PSC's request.

c. **Tim Quirk**.

On January 3, 2013, the PSC confirmed its intent to include the live examination of HESI witness Tim Quirk during its case in chief. HESI reported that: (i) Quirk is no longer employed by it; (ii) he has his own lawyer; (iii) it does not control him; and (iv) it will assist with the contact of the lawyer.

d. **David (Jerry) Calvert**.

On January 3, 2013, the PSC confirmed its intent to include the live examination of Weatherford cement expert, David Calvert during its case and chief. On January 4, 2013, BP requested leave to amend its witness list to add Calvert to testify live at the trial. HESI's deadline for a response is **Friday, January 11. Monday, January 14**, is the deadline for a reply.

e. U.S. "Placeholder."

If the Transocean consent decree is entered, the U.S. reserves its right to amend the witness list at that time. This is likely to involve the withdrawal of an expert who was listed by the U.S. in rebuttal to a Transocean expert.

f. Larry McMahan.

Larry McMahan, a Transocean employee, is on BP's will-call witness list. Transocean will call McMahan in its case in chief and BP will cross him at that time. BP has no objection to this change.

g. Jeff Wolfe.

Transocean filed a motion to admit the expert report of Jeff Wolfe as his direct examination (Rec. doc. 8141). BP requested additional time to consider the issue. The deadline for a response to Transocean's motion is **Thursday, January 10.** Transocean is not required to seek leave to substitute an expert until after there is a ruling on its motion to admit expert report. If the motion is granted, the parties will be permitted to designate portions of his deposition testimony.

h. Frank Patton.

On January 4, BP requested leave to amend its witness list to add Patton to testify live at the trial.

i. Bill Ambrose.

On January 4, BP requested leave to amend its witness list to add Ambrose to testify live at the trial.

3

j. <u>Other</u>.

If this list does not include all pending requests for changes in the Phase One witness list, please let the Court know as promptly as possible.

**5.     Pretrial Conference.**

The Pretrial Conference is at **9:30 a.m. on Friday, January 18.** Please provide a joint agenda to Judge Barbier by **Monday, January 14.  Only the attorneys trying the case are to be in attendance.** The conference will be closed to the public.

**6.     Courtroom Connect**.

The parties shall contact Courtroom Connect (Sumit Chatterjee) as soon as possible to make the arrangements required for the spaces assigned in the Courthouse and Hale Boggs Building.

Sumit Chatterjee, Courtroom Connect, 650-814- 5776, sumit@courtroomconnect.com

**7.     Courtroom Set-Up**.

The Phase One technical walk through is **Thursday, January 17.** Judge Barbier has two civil jury trials set for Tuesday, February 19, 2013. The Court will report as promptly as possible on the availability of the Courtroom during the week of February 18 for set-up.

A very small office space for M-I has been located. Please call Marie Firmin for further information. 504-589-7621.

**PHASE TWO**

**Phase Two Document Production**

**1.     Open Document Production Issues Between BP and U.S.**

BP reported that if any further follow-up was required on the issue of the use of alternate email names it will communicate with the U.S.

4

2. **Professor Ira Leifer and UCSB Document Production**.

A supplemental order regarding the production by UCSB was issued on January 3 (Rec. doc. 8161). The deadline for the completion of the privilege log is **Monday, January 7.** Any motions on the privilege issues shall be presented on an <u>expedited</u> basis.

3. **Transocean's Motion to Strike Phase One Questioning.**

Transocean filed a motion to strike Phase One questioning. Transocean and the PSC agree that a response is not required to the motion until the time for the designation of testimony and only if the subject testimony is designated.

4. **Reimbursement of WHOI Costs.**

BP reported that WHOI will be reimbursed in early January.

## Phase Two Fact Depositions

1. **Designees for the U.S. and BP 30(b)(6) depositions**.

On January 2, 2013, an order was issued regarding the Rule 30(b)(6) Deposition of BP (Rec. doc. 8143). On **Tuesday, January 8**, BP and the U.S. will meet-and-confer. They will report if further action is required by the Court. Any further requests will ask for expedited consideration.

2. **Oceaneering**.

The U.S. reported that Oceaneering's document production is not complete. The current tentative dates for the depositions of the designees are January 21 for Anthony Harwin and January 31 or February 1 for Kinton Lawler.

3. **Secretary Chu**.

The deposition will be at the Department of Energy in Washington. By **Thursday, January 10**, the parties shall notify Sarah Himmelhoch whether they object to the U.S. request for no

5

videotaping of the deposition and they shall provide her with the Social Security numbers, date of birth and citizenship of all expected attendees.

By **Wednesday, January 9**, the parties shall respond to BP's request for a re-allocation of its examination time for Secretary Chu's deposition in light of the U.S./Transocean settlement. If agreement cannot be reached the issue must be raised with the undersigned as early as possible on January 9th.

**4.** **Trevor Hill and Mike Mason**.

The U.S. reported agreement on the allocation time for Hill and Mason.

| | |
|---|---|
| PSC/States/U.S. | 470 |
| Transocean | 255 |
| Halliburton | 45 |
| Anadarko | 20 |
| Cameron | 20 |
| BP | 90 |
| Total | 900 |

**5.** **George Graettinger**.

The U.S. reported that document production is complete. The deposition will be in Washington, D.C. on February 5 and 6.

**6.** **Arrangements for Tony Liao and Trevor Hill**.

The depositions will be in London at the Kirkland & Ellis offices. The parties shall contact Andrew Langsdale at the firm and report who will be attending these depositions.

7. **Arrangements for Mark Patteson**.

BP will report to the parties on the arrangement for Patteson's deposition in Houston.

| Witness | | Classification | Length | | Date |
|---|---|---|---|---|---|
| Week - January 7-11 | | | | | |
| U.S. (Fact) | Richard Brannon | Source Con. | 2 days | N.O. | Jan. 7-8 |
| BP (Fact) | Tony Liao | Quant. | 2 days | London | Jan. 10-11 |
| BP (Fact) | Farah Saidi | Quant. | 2 days | N.O. | Jan. 10-11 |
| BP (Fact) | Richard Harland | Source Con. | 2 days | N.O. | Jan. 10-11 |
| Week - January 14-18 | | | | | |
| BP (Fact) | Trevor Hill | Quant. | 2 days | London | Jan. 14-15 |
| BP (Fact) | Bob Merrill | Quant. | 2 days | N.O. | Jan. 15-16 |
| BP (Fact) | Jim Wellings | Source Con. | 2 days | N.O. | Jan. 16-17 |
| U.S. (Fact) | Bill Lehr | Quantifcation | 2 days | N.O. | Jan. 17-18 |
| Week - January 21-25 | | | | | |
| Oceaneering (30(b)(6)) | Anthony Harwin | Tentative | 2 days | N.O. | Jan. 21 |
| BP (Fact) | Mark Patteson | Source Con. | 2 days | Houston | Jan. 23-24 |
| U.S. (Fact) | Sec. Chu | Source Con. | 1 day | Wash., D.C. | Jan. 24 |
| BP (Fact) | Mike Levitan | Quant. | 2 days | N.O. | Jan. 24-25 |
| BP (Fact) | Mike Mason | Quant. | 2 days | N.O. | Jan. 24-25 |
| Week - January 28 - February 1 | | | | | |
| TO (Fact) | Steve Hand | Source Con. | 2 days | N.O. | Jan. 28-29 |
| UCSB | Professor Leifer | Quant. | 2 days | Bakersfield | Jan. 28-29 |

| Party | Deponent | Topic | Length | Location | Date |
|---|---|---|---|---|---|
| U.S. (Fact) | Ronald Dykhuizen | Quant. | 2 days | N.O. | Jan. 30-31 |
| U.S. (Fact) | Mark Havstad | Quant. | 2 days | N.O. | Jan. 30-31 |
| Oceaneering (30(b)(6)) | Kinton Lawler | Tentative | 2 days | N.O. | Jan. 31 or Feb. 1 |

Week - February 4 -8

| Party | Deponent | Topic | Length | Location | Date |
|---|---|---|---|---|---|
| BP (May Call) | David Clarkson | Source Con. | 2 days | Wash.,D.C. | Week of Feb.4 |
| U.S. (Fact) | George Graettinger | Quant. | 2 days | Wash., D.C. | Feb. 5-6 |

## OTHER ISSUES

**1.**   **Dr. Bea**.

The PSC proposes that the deadline for Dr. Bea's report be delayed by two weeks and that other reports related to the report be adjusted accordingly.  The parties shall consider this proposal and report to the undersigned *in camera*.

**2.**   **Orders from Phase One Which Should Be Applicable to Phase Two.**

Anadarko agreed to review the Phase One orders and determine which, if any, should be made applicable to Phase Two.

**3.**   **Alaska Documents**.

On January 3, the U.S. notified the Court of documents subject to a protective order issued by a court in Alaska which may be relevant to the penalty issues in this case.  BP will respond to the U.S.

## CONFERENCE SCHEDULE

01/11/13    WGC meeting at 9:30 a.m.

01/17/13    Phase One technical walk through

8

01/18/13     Phase One pre-trial conference at 9:30 a.m. - trial attorneys only
WGC meeting to follow

01/25/13     WGC meeting at 9:30 a.m.

02/01/13     No conference - Super Bowl on February 3

02/08/13     No conference - Mardi Gras on February 12

02/15/13     WGC meeting at 9:30 a.m.

02/22/13     WGC meeting at 9:30 a.m.

02/25/13     Commencement of trial of Phase One.

03/01/13     WGC meeting at 9:30 a.m.

03/08/13     WGC meeting at 9:30 a.m.

03/15/13     WGC meeting at 9:30 a.m.

03/22/13     No WGC Conference

03/29/13     No WGC Conference

04/05/13     No WGC Conference

04/12/13     WGC meeting at 9:30 a.m.

04/19/13     WGC meeting at 9:30 a.m.

04/26/13     WGC meeting at 9:30 a.m.

05/03/13     WGC meeting at 9:30 a.m.

05/10/13     WGC meeting at 9:30 a.m.

05/17/13     WGC meeting at 9:30 a.m.

05/24/13     WGC meeting at 9:30 a.m.

05/31/13     WGC meeting at 9:30 a.m.

06/07/13     WGC meeting at 9:30 a.m.

06/14/13   WGC meeting at 9:30 a.m.

06/21/13   WGC meeting at 9:30 a.m.

06/28/13   WGC meeting at 9:30 a.m.

07/05/13   No Conference

07/12/13   WGC meeting at 9:30 a.m.

07/19/13   WGC meeting at 9:30 a.m.

07/26/13   WGC meeting at 9:30 a.m.

08/02/13   No Conference

08/08/13   Phase Two Final Pre-Trial Conference

08/19/13   Projected commencement of Phase Two Trial

**All Saturdays are email free days.**

New Orleans, Louisiana, this 7th day of January, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

10