UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J (2) |
| This Document Applies to: 12-cv-177 | * * * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

# ORDER

In light of the fact that the parties to the referenced member case have consented to proceeding before Magistrate Judge Wilkinson (*see* Rec. Doc. 8175),

**IT IS ORDERED** that Case No. 12-cv-177, *August Walter v. BP America, Inc.*, is hereby **SEVERED** and **DECONSOLIDATED** from MDL 2179.

New Orleans, Louisiana, this 7th day of January, 2013.

_____
United States District Judge

Note to Clerk: File a copy of this Order in 10-md-2179 **and** 12-cv-177.