UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239 10-4240 10-4241 | § § § | |

**MOTION FOR LEAVE TO FILE
EXHIBITS REJECTED BY PACER IN SUPPORT OF THE MEXICAN STATES OF
TAMAULIPAS', VERACRUZ', AND QUINTANA ROO'S MOTION FOR SUMMARY
JUDGMENT**

Plaintiffs, the State of Tamaulipas, State of Veracruz, and State of Quintana Roo, Republic of Mexico, respectfully request leave to file Exhibit "A" and Exhibit "L" to their Motion for Summary Judgment doc (8178) that was filed January 4, 2013 for the following reasons:

1. On January 4, 2013 the Mexican States filed their Motion for Summary Judgment and Memorandum in Support for Summary Judgment record doc. (8178) and identified Exhibits "A" to "M."

2. Among the exhibits Plaintiffs attempted to file were Exhibits "A" and "L", attached hereto. However, due to the electronic configuration of Exhibit "A" (the translated Constitution of the Republic of Mexico) and Exhibit "L" (the Expert report of Julio Cesar Cruz Chavira), the Court's electronic filing system rejected both of these Exhibits despite several attempts by Plaintiffs' counsel to file and incorporate

into the record. Nevertheless, Plaintiffs' counsel did independently serve both exhibits on counsel for Defendant on January 4, 2013.

3. Plaintiffs herein respectfully seek leave to file Exhibit "A" and Exhibit "L", as attached hereto in support of their Motion and Memorandum in Support of Summary Judgment.

4. Plaintiffs seek to file their rejected Exhibits in support of their Motion and Memorandum so that justice may be done and not for any purpose of delay.

6. The States attach a proposed order granting them leave to file their rejected Exhibits.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court grant this motion and enter an order granting the States of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico, permission to file their Exhibits "A" and "L."

Dated: January 7, 2013

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

**CERTIFICATE OF SERVICE**
I hereby Certify that the above and foregoing pleading, **MOTION FOR LEAVE TO FILE REJECTED EXHIBITS IN SUPPORT OF THEIR MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT UNDER RULE 56**, has been

served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 7th of January 2013.

/s/ Enrique G. Serna
Enrique G. Serna