UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" |
| | § | JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239 10-4240 10-4241 | § § | |

## ORDER

On this day came to be heard the Motion For Leave To File Exhibit "A' and Exhibit "L" of The States of Veracruz', Tamaulipas', and Quintana Roo's, Motion and Memorandum in Support of Summary Judgment filed on January 4, 2012 Rec.Doc (8178) and this Court having been advised of the premises therefor, is of the opinion that said Motion should be GRANTED. Therefore,

**IT IS ORDERED** that the State of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico, are hereby granted leave to file Exhibits "A" and "L" to their Memorandum in Support of the Mexican States Motion for Summary Judgment.

New Orleans, Louisiana this the ____the day of _____, 2013.

_____
Hon. Carl J. Barbier
United States District Judge