UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MASTER DOCKET NO. 10-MD-2179 |
| THIS DOCUMENT RELATES TO: 12-2650 | |
| CHELSEA CO., LLC | CIVIL ACTION NO: 12-2650 |
| Plaintiffs, | SECTION "J"; DIVISION "1" |
| vs. | JUDGE CARL J. BARBIER |
| BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP AMERICA INC., BP CORPORATION NORTH AMERICA INC. AND BP PRODUCTS NORTH AMERICA INC. | MAGISTRATE SALLY SHUSHAN |
| Defendants. | |

### FIRST AMENDED COMPLAINT

**COMES NOW** Plaintiff, Chelsea Co., LLC ("Chelsea"), through undersigned counsel, and for its Complaint against Defendants, BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP Corporation North America Inc. and BP Products North America Inc. (collectively "Defendants" or "BP"), respectfully represents:

## **THE PARTIES**

1.

At all material times, Chelsea was and is a Mississippi limited liability company with its principal office in Waveland, Mississippi. Chelsea was the charterer of the five barges that are the subject of the claims asserted herein against BP, namely barges #2001, #2003, #B111, #B201 and Ms. Michelle.

2.

At all material times, BP Exploration & Production Inc. was and still is a Delaware corporation with its principal place of business in Warrenville, Illinois and that was and still is doing business within the State of Louisiana. BP Exploration & Production, Inc. may be served process through its registered agent, CT Corporation System at 5615 Corporate Blvd., Suite 400B, Baton Rouge, Louisiana 70808.

4.

At all material times, BP America Production Company was and still is a Delaware corporation with its principal office in Houston, Texas and that was and is doing business within the State of Louisiana. BP America Production Company may be served process through its registered agent, CT Corporation System at 5615 Corporate Blvd., Suite 400B, Baton Rouge, Louisiana 70808.

5.

At all material times, BP America Inc. was and still is a Delaware corporation with its principal place of business in Houston, Texas and that was and still is doing business within the State of Louisiana. BP America, Inc. may be served process through its registered agent, CT Corporation System at 5615 Corporate Blvd., Suite 400B, Baton Rouge, Louisiana 70808.

6.

At all material times, BP Corporation North America Inc. was and still is an Indiana corporation with its principal place of business in Houston, Texas and that was and still is doing business within the State of Louisiana. BP Corporation North America, Inc. may be served process through its registered agent, The Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

7.

At all material times, BP Products North America Inc. was and still is a Maryland corporation with its principal place of business in Warrenville, Illinois and that was and still is doing business within the State of Louisiana. BP Products North America, Inc. may be served process through its registered agent, The Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

**JURISDICTION & VENUE**

8.

This Honorable Court has jurisdiction over this matter pursuant to Article III of the Constitution of the United States and 28 U.S.C. § 1333, as this matter falls within the Court's Admiralty and Maritime jurisdiction. This case is being filed pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

9.

Venue is proper as the barges that BP chartered were located within this District, and the work that was to be done was to occur in this District.

**UNDERLYING FACTS**

10.

On April 20, 2010, a casualty occurred at BP's Macondo Well during a temporary abandonment procedure under the direction of BP in the Gulf of Mexico. This casualty resulted in a release of oil from the well into the Gulf of Mexico until the well was capped months later in 2010.

11.

In an effort to mitigate the environmental damage caused by the aforementioned release of oil, BP entered into an agreement with Chelsea, who had chartered the barges #2001, #2003, #B111, #B201 and Ms. Michelle, to subcharter barges #2001, #2003, #B111 and Ms. Michelle for use in the oil cleanup project for a period of 90 days. BP agreed to pay charter hire for barges #2001 and #2003 in the amount of $1,500/day each, and to pay charter hire for barges #B111 and Ms. Michelle for $2,000/day each.

12.

Subsequently, BP agreed to charter the barge #B201 as well, also for a 90 day term. BP agreed to pay charter hire for barge #B201 in the amount of $2,000/day.

13.

BP represented that a purchase order was issued that was necessary to turn over the five barges to BP, and pressed Chelsea to prepare the barges for BP to pick up and take offshore.

14.

However, after Chelsea mobilized the subject barges for pickup in Slidell, Louisiana as discussed, BP failed to appear. Thereafter, BP failed to go forward with the charter agreement the parties had made, giving no reasons for the breach.

## COUNT I: BREACH OF CHARTER AGREEMENTS

15.

Chelsea incorporates all preceding paragraphs as if fully set forth herein.

16.

The parties entered into a valid and enforceable agreement whereby BP chartered barges #2001, #2003, #B111 and Ms. Michelle, but BP thereafter materially breached their obligations by refusing to take possession of these barges and to pay the agreed day rates under the charter agreement, totaling $630,000.

17.

The parties later entered into another valid and enforceable agreement whereby BP chartered barge #B201, but BP thereafter materially breached their obligations by refusing to take possession of this barge and to pay the agreed day rate under the charter agreement, totaling $180,000.

18.

BP owed Chelsea payment, day-to-day, for unpaid charter hire for the five barges at the agreed day rates for the full 90 day term of the charter agreements. BP's failure to make such proper payment is a breach of the charter agreement at issue for which BP is liable to Chelsea for damages.

**WHEREFORE**, premises considered, the Plaintiff prays that this Honorable Court issue process to be served upon Defendants, requiring Defendants to appear and answer this Complaint, and, upon final hearing, issue judgment in favor of Plaintiff against Defendants for unpaid charter hire at the agreed day rates for the full 90 day term of the parties' agreements, as well as pre-judgment and post-judgment interest, attorney fees and litigation costs and expenses, and for all such other and further relief as they may show themselves justly entitled to receive.

Respectfully submitted,

*/s/ T. Patrick O'Leary*
Miles P. Clements, T.A. (Bar No. 4814)
T. Patrick O'Leary (Bar. No. 30655)
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8004
Fax: (504) 599-8104
mclements@frilot.com
poleary@frilot.com
***Attorneys for Plaintiff,
Chelsea Co., LLC***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing First Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of January, 2013.

*/s/ T. Patrick O'Leary*

**PLEASE ISSUE SUMMONS FOR:**

**BP EXPLORATION & PRODUCTION INC.**
Through its registered agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

**AND**

**BP AMERICA PRODUCTION COMPANY**
Through its registered agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

**AND**

**BP AMERICA INC.**
Through its registered agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

**AND**

**BP CORPORATION NORTH AMERICA INC.**
Through its registered agent for service of process:
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129
**AND**

**BP PRODUCTS NORTH AMERICA INC.**
Through its registered agent for service of process:
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129