OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

JANUARY 7, 2013

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MASTER DOCKET NO. 10-MD-2179 |

THIS DOCUMENT RELATES TO:  12-2650

| | |
|---|---|
| CHELSEA CO., LLC | CIVIL ACTION NO:  12-2650 |
| Plaintiffs, | SECTION "J";  DIVISION "1" |
| vs. | JUDGE CARL J. BARBIER |
| BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP AMERICA INC., BP CORPORATION NORTH AMERICA INC. AND BP PRODUCTS NORTH AMERICA INC. | MAGISTRATE SALLY SHUSHAN |
| Defendants. | |

Dear Madam:

    Please re-issue summons on the First Amended Complaint to the following:

    1.    BP EXPLORATION & PRODUCTION INC.
          Through its registered agent for service of process:
          CT Corporation System
          5615 Corporate Boulevard, Suite 400B
          Baton Rouge, Louisiana 70808

2.         BP AMERICA PRODUCTION COMPANY
Through its registered agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

3.         BP AMERICA INC.
Through its registered agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

4.         BP CORPORATION NORTH AMERICA INC.
Through its registered agent for service of process:
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

5.         BP PRODUCTS NORTH AMERICA INC.
Through its registered agent for service of process:
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

Respectfully submitted,

*/s/ T. Patrick O'Leary*
Miles P. Clements, T.A. (Bar No. 4814)
T. Patrick O'Leary (Bar. No. 30655)
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone:  (504) 599-8004
Fax:  (504) 599-8104
mclements@frilot.com
poleary@frilot.com
***Attorneys for Plaintiff,
Chelsea Co., LLC***