1                UNITED STATES DISTRICT COURT

2               THE EASTERN DISTRICT OF LOUISIANA

3                       AT NEW ORLEANS

4

5   IN RE:  OIL SPILL BY THE OIL RIG          *   10-MD-2179 "J"
                 *DEEPWATER HORIZON* IN THE       *
6                GULF OF MEXICO ON                *
                 APRIL 20, 2010                   *   January 4, 2013
7                                                 *
                                                  *
8   Applies to:   All Cases                       *   9:30 a.m.
    *********************************************

9

10

11                  WORKING GROUP CONFERENCE

12          BEFORE THE HONORABLE SALLY SHUSHAN

13            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19  SUSAN A. ZIELIE, RMR, FCRR
    Official Court Reporter
20  HB 406
    500 Poydras Street
21  New Orleans, Louisiana 70130
    susan_zielie@laed.uscourts.gov
22  504.589.7781

23

    Proceedings Recorded by Computer-aided Stenography Transcription
24  Software.

25

```
 1   APPEARANCES:

 2   Plaintiffs' Liaison            HERMAN HERMAN KATZ
     Counsel:                       BY:  STEPHEN J. HERMAN, ESQ.
 3                                  820 O'Keefe Avenue
                                    New Orleans LA 70113
 4
     For the PSC:                   WILLIAMS LAW GROUP, LLC
 5                                  BY: CONRAD (DUKE) WILLIAMS, ESQ.
                                    909 Poydras Street
 6                                  Suite 1650
                                    New Orleans, LA 70112
 7
     For the Plaintiffs:            IRPINO LAW FIRM
 8                                  BY:  ANTHONY IRPINO, ESQ.
                                    One Canal Place
 9                                  365 Canal Street
                                    Suite 2990
10                                  New Orleans LA 70130

11   For the Plaintiffs:            WILLIAMSON & RUSNAK
                                    BY:  JIMMY WILLIAMSON, ESQ.
12                                  4310 Yoakum Boulevard
                                    Houston TX 77006
13
     For the Plaintiffs:            LEWIS KULLMAN STERBCOW
14                                     & ABRAMSON
                                    BY:  PAUL STERBCOW, ESQ.
15                                  PAN AMERICAN LIFE BUILDING
                                    601 POYDRAS STREET
16                                  SUITE 2615
                                    NEW ORLEANS LA 70130
17
     For the Federal               US DEPARTMENT OF JUSTICE
18   Government Interests:          BY:  R. MICHAEL UNDERHILL, ESQ.
                                    450 Golden Gate Avenue
19                                  Room 7-5395
                                    San Francisco CA 94102
20
     For the United States         ENVIRONMENTAL ENFORCEMENT SCT.
21   Of America:                    US DEPARTMENT OF JUSTICE
                                    BY:  STEVEN O'ROURKE, ESQ.
22                                  PO Box 7611
                                    Washington DC 20044
23
     For the State Interests:       ATTORNEY GENERAL OF ALABAMA
24                                  BY:  COREY L. MAZE, ESQ.
                                    500 Dexter Avenue
25                                  Montgomery Al 36130
```

```
 1  APPEARANCES:

 2  For the State Interests:        ATTORNEY GENERAL OF ALABAMA
                                    BY:  WINFIELD SINCLAIR, ESQ.
 3                                  501 Washington Avenue
                                    Montgomery, AL 36130
 4
    For the State of               KANNER & WHITELEY, LLC
 5  Louisiana:                     BY:  DOUGLAS R. KRAUS, ESQ.
                                    701 Camp Street
 6                                  New Orleans LA 70130

 7  For the Defendant:             KIRKLAND & ELLIS, LLP
                                    BY:  J. ANDREW LANGAN, ESQ.
 8                                       RYAN BABIUCH, ESQ.
                                    300 N. Lasalle
 9                                  Chicago, IL 60654

10  For the Defendant:             KIRKLAND & ELLIS, LLP
                                    BY:  ROBERT R. GASAWAY, ESQ.
11                                  655 Fifteenth Street NW
                                    Washington DC 20005
12
    For the Defendant:             FRILOT, LLC
13                                  BY:  KERRY J. MILLER, ESQ.
                                    1100 Poydras Street
14                                  Suite 3700
                                    New Orleans LA 70163
15
    For the Defendant:             SUTHERLAND ASBILL & BRENNAN, LLP
16                                  BY:  STEVEN ROBERTS, ESQ.
                                         RACHEL G. CLINGMAN, ESQ.
17                                       CARTER WILLIAMS, ESQ.
                                    1001 Fannin Street
18                                  Suite 3700
                                    Houston TX 77002
19
    For the Defendant:             STONE PIGMAN WALTHER
20                                   & WITTMAN, LLC
                                    BY:  CARMELITE M. BERTAUT, ESQ.
21                                  546 Carondelet Street
                                    New Orleans LA 70130
22
    For the Defendant:             BECK REDDEN & SECREST
23                                  BY:  TOM GARUCLEAU, ESQ.
                                    One Houston Center
24                                  1221 McKinney Street
                                    Suite 4500
25                                  Houston TX 77010-2010
```

9:56:11

```
 1   APPEARANCES:

 2   For the Defendant:            GODWIN RONQUILLO, PC
                                   BY:  DONALD E. GODWIN, ESQ.
 3                                      BRUCE BOWMAN, ESQ.
                                        JENNY L. MARTINEZ, ESQ.
 4                                      SEAN FLEMING, ESQ.
                                        LAUREN MITCHELL, ESQ.
 5                                      ALISON BATTISTE, ESQ.
                                        ERIKA TOLEDO, ESQ.
 6                                 1201 Elm Street
                                   Suite 1700
 7                                 Dallas TX 75270

 8   For the Defendant:            GODWIN RONQUILLO, PC
                                   BY:  R. ALAN YORK, ESQ.
 9                                      GWEN E. RICHARD, ESQ.
                                   1331 Lamar
10                                 Suite 1665
                                   Houston TX 770101
11
     For the Defendant:            KUCHLER POLK SCHELL WEINER
12                                    & RICHARDSON, LLC
                                   BY: SARAH IIAMS, ESQ.
13                                 1615 Poydras Street
                                   Suite 1300
14                                 New Orleans LA 70112

15   For the Defendant:            BINGHAM MCCUTCHEN, LLP
                                   BY:  WARREN A. FITCH, ESQ.
16                                 2020 K Street NW
                                   Washington DC 20006
17

18
     APPEARING TELEPHONICALLY:      SARAH HEMMELHOCK, USDOJ
19                                 BRIAN BARR, ESQ.
                                   JEFFERY BREIT, ESQ.
20                                 JIM ROY, ESQ.
                                   MARK NOMILLINI, ESQ.
21                                 BILL STRADLEY, ESQ.
                                   MIKE PETRINO, ESQ.
22                                 JOE EISERT, ESQ.
                                   NAT CHAKERIS, USDOJ
23                                 TOM BENSON, ESQ.
                                   GRANT DAVIS-DENNY
24                                 SEAN BRENNAN, ESQ.

25
```

# AGENDA

**(Working Group Conference on Tuesday January 4, 2013)**

## PHASE ONE PREPARATION

1.  Phase One Exhibits                                    8

2.  HESI's Land-Offshore Cementing                       8
    Work Methods - TREX 989

3.  Admissibility of Exhibits                            10

4.  Changes to Exhibit Lists                             11

5.  David Calvert                                         8

6.  Changes to Witness List                             11

7.  Jeff Wolfe                                           14

8.  Pretrial Motions and Motions in Limine              11

9.  Pretrial Conference                                 16

10.  Courtroom Connect                                  17

11.  Courtroom Setup                                    17

12.  Opening Statements, Seating, Trial Days
     and Start Time for Phase One Trial

## PHASE TWO

### Phase Two Documentation Production

1.  Open Document Production Issues                      18
    Between BP and US

2.  Professor Ira Leifer and UCSB Doc Prod              18

3.  Transocean's Motion to Strike Phase One Qs          20

4.  Reimbursement of WHOI Costs                         21

1                       **Phase Two Fact Depositions**

2    **1.   Designees for US and BP 30(b)(6) deps        21**

3    **2.   Oceaneering                                  23**

4    **3.   Trevor Hill and Mike Mason                    26**

5    **4.   George Graettinger                            27**

6

7

8                       **Other Phase Two Issues**

9    **1.   Preliminary Good Faith Exhibit Lists         28**
         **and Objections to Deposition Exhibits**
10
     **2.   Dr. Bea                                       30**
11
     **3.   Orders from Phase One Which Should Be         30**
12        **Applicable to Phase Two**

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 9:24:05 | 1 | NEW ORLEANS, LOUISIANA; FRIDAY, JANUARY 4, 2013 |
| 9:24:14 | 2 | 9:30 A.M. |
| 9:33:15 | 3 | THE COURT:  Good morning, everybody.  Happy New Year. |
| 9:33:18 | 4 | We got the phone on? |
| 9:33:20 | 5 | MS. HIMMELHOCK:  Happy New Year, Your Honor. |
| 9:33:24 | 6 | THE COURT:  Thanks, Sarah.  How are you doing? |
| 9:33:24 | 7 | MS. HIMMELHOCK:  Good, Your Honor.  How about you? |
| 9:33:27 | 8 | THE COURT:  Good.  No complaints.  Another year, |
| 9:33:29 | 9 | another dollar. |
| 9:33:38 | 10 | MR. LANGAN:  This is a great development, Your Honor. |
| 9:33:41 | 11 | Can we swear him in? |
| 9:33:43 | 12 | THE COURT:  That's not a bad idea. |
| 9:33:45 | 13 | We have Steve Roberts in the witness stand, and |
| 9:33:48 | 14 | we're thinking about swearing him in. |
| 9:33:51 | 15 | Does anybody have any questions for Steve? |
| 9:33:55 | 16 | Can you come back?  If you like it up there, take |
| 9:34:02 | 17 | the seat, Steve. |
| 9:34:04 | 18 | MR. ROBERTS:  It's comfortable. |
| 9:34:05 | 19 | THE COURT:  I have nothing for the projector today. |
| 9:34:07 | 20 | Corey, can you help me out? |
| 9:34:09 | 21 | MR. MAZE:  I have nothing. |
| 9:34:10 | 22 | THE COURT:  Anthony, put your face under it. |
| 9:34:16 | 23 | MR. IRPINO:  I have a couple pictures, if you want. |
| 9:34:21 | 24 | THE COURT:  Hopefully, this will be a fast one, huh? |
| 9:34:26 | 25 | Is there anything, Alan, to report on Phase One |

```
9:34:29   1   exhibits?
9:34:36   2                Good morning.
9:34:37   3        MR. YORK:  Good morning and Happy New Year, Your Honor.
9:34:39   4   Alan York for Halliburton.
9:34:41   5                I'm happy to report that I think everyone actually
9:34:45   6   took some time off for the holidays, because we didn't hear any
9:34:45   7   comments on the exhibit list until this morning when we walked
9:34:45   8   through the door.
9:34:49   9                But we have a couple parties that have made
9:34:51  10   progress through, and they think it looks very good.  They may
9:34:53  11   have a couple of minor issues, and they're anticipating having
9:34:57  12   some of those to us next week.  I think we'll probably be able
9:35:01  13   to work through everything and get the documents uploaded to
9:35:05  14   InData and be good to go.  But I can't speak for everyone.  But
9:35:10  15   we've heard from a couple, though.
9:35:11  16        THE COURT:  Good.  Thank you.
9:35:13  17                We've got the issue on the table about the TREX
9:35:18  18   989.
9:35:19  19                And, Jenny, you asked for time on two things, I
9:35:27  20   believe.  One was David Calvert, and I think the other one was
9:35:31  21   the cementing work issue.
9:35:36  22        MR. GODWIN:  Excuse me, Your Honor.
9:35:37  23        THE COURT:  We've also gotten your reply on that.
9:35:41  24        MR. GODWIN:  Don Godwin on Calvert, Your Honor.  Jenny
9:35:45  25   is the one who asked for us to be given an opportunity to
```

9:35:48  1    respond in writing by Tuesday with regard to the TREX 989, if

9:35:54  2    that is okay with the Court.

9:35:55  3                THE COURT:  That is good.

9:35:57  4                MR. GODWIN:  It's our belief that, under the PTO 54, we

9:36:04  5    have until next Friday I believe, the 11th I believe it is, Your

9:36:09  6    Honor, to file a reply to the motion to whatever motion the PSC

9:36:13  7    would like to file with regard to Mr. Calvert.  And we would

9:36:13  8    ask the Court to give us until next Friday to be able to file a

9:36:13  9    written response and be ready to argue at that time if

9:36:18  10   necessary.

9:36:18  11               THE COURT:  Steve thinks that's okay.

9:36:22  12               MR. GODWIN:  Thanks, Steve.

9:36:22  13                   Thank you, Your Honor.

9:36:23  14               THE COURT:  Okay.

9:36:27  15               MR. NOMILLINI:  Good morning, Your Honor.  It's Mark

9:36:31  16   Nomillini.

9:36:31  17               THE COURT:  Hi, Mark.  How you doing?

9:36:35  18               MR. NOMILLINI:  I'm doing good.

9:36:36  19                   I'm just following up on Alan York's issue.  I

9:36:39  20   think it would be good if we could get Your Honor's endorsement

9:36:43  21   of the cured version of the exhibits that Halliburton has been

9:36:50  22   working on, and to encourage the parties to uniformly use the

9:36:57  23   cured version of the exhibits now that we've done that work,

9:37:00  24   rather than the old version.

9:37:03  25               THE COURT:  Let's see if Mr. Underhill has a problem

```
9:37:06   1    with that.

9:37:09   2              MR. UNDERHILL:  I'm very cooperative, Your Honor.

9:37:11   3                   Mike Underhill, US.

9:37:13   4              THE COURT:  Just wanted to make sure.

9:37:16   5              MR. UNDERHILL:  No.  In fact, before Your Honor came to

9:37:19   6    the bench, I approached Mr. York and said that my team had said

9:37:24   7    that they'd reviewed the cured exhibits.  They have questions I

9:37:26   8    think on only about five.  And I promised Alan that we'd get him

9:37:30   9    -- or, actually, one of his partners, one of the 10.  So I think

9:37:35  10    we're pretty much onboard.

9:37:37  11              THE COURT:  Good.

9:37:38  12              So, once we've gotten this all done, let's all

9:37:41  13    make sure that we use the cured versions that we load up for the

9:37:45  14    trial.  Okay?

9:37:47  15              All right.  Admissibility of exhibits appears to

9:37:56  16    have dropped off the map.  Is there anything further to discuss

9:38:00  17    with regard to admissibility of exhibits?  Should I keep it on

9:38:04  18    the agenda?

9:38:10  19              Kerry?

9:38:12  20              MR. MILLER:  Talk to Mr. Sterbcow about it.

9:38:14  21              THE COURT:  I saw his email.  I saw Mr. Sterbcow's

9:38:18  22    email.

9:38:19  23              MR. MILLER:  I think that was the last word.

9:38:21  24              THE COURT:  So we're going to remove, for the time

9:38:23  25    being, from the agenda.  If anybody wants to put it back on the
```

9:38:27  1    agenda, please let me know.

9:38:38  2              We are rolling into deadlines for changes to the

9:38:45  3    witness list as mandated by Pretrial Order No. 54.  Are any

9:38:53  4    motions to remove a witness or to add a witness anticipated

9:38:58  5    being filed today?

9:39:02  6              MR. LANGAN:  Andy Langan for BP.

9:39:04  7              I think we're going to have a short letter.  I

9:39:06  8    don't know if it's a motion, but we're certainly going to follow

9:39:10  9    54.

9:39:10 10              THE COURT:  Good.

9:39:12 11              MR. LANGAN:  And make some suggestions.

9:39:14 12              THE COURT:  Good enough.  Thank you.

9:39:14 13              MR. GODWIN:  Your Honor, may I?

9:39:15 14              THE COURT:  Yeah, sure.  Go ahead, Don.

9:39:19 15              MR. GODWIN:  Thank you, Judge.

9:39:20 16              Don Godwin for Halliburton again.

9:39:23 17              With regard to Jim and Steve's letter to you of

9:39:29 18    January 3, in the first paragraph, it talks there about

9:39:33 19    witnesses that have been requested, that it was Tim Probert for

9:39:40 20    Halliburton, Tommy Rowe, Tim Quirk.  And then of course we've

9:39:43 21    discussed Mr. Culvert.

9:39:45 22              I want to point out, as I did in the response

9:39:48 23    earlier in an email that I wrote to Paul Sterbcow on December

9:39:53 24    19.

9:39:53 25              Tim Probert, we're happy to produce and can

9:39:57  1    without the need for a subpoena.  He is an officer and does not

9:40:00  2    have a private lawyer.  He is employed by Halliburton.

9:40:04  3              Tommy Rowe, while he's still employed by the

9:40:06  4    company, Your Honor, he has his own lawyer.  And, as I said, I'm

9:40:10  5    happy to help facilitate any requests that the PSC has regarding

9:40:14  6    his appearance at trial.  Although, we do not control him.  I

9:40:17  7    spoke yesterday with Mr. Tommy Rowe's lawyer.  And, again, he's

9:40:21  8    going to make the final call as to what his client does.  I just

9:40:24  9    want to be forthright on that.  While he is employed, you know,

9:40:28 10    and was at least during the relevant time an officer of the

9:40:31 11    company and may still be, I've not spoken to him in maybe a year

9:40:36 12    and a half or two years.  I can't control that he can be here.

9:40:39 13    But, I can sure make the request of his attorney, and will do

9:40:43 14    so.

9:40:43 15              Mr. Tim Quirk is no longer employed by the

9:40:45 16    company, and so we have no control over him.  He also has his

9:40:49 17    own individual lawyer.  Again, as I said in my email of December

9:40:53 18    19 to Paul, we know the lawyer.  If Paul and/or Steve or Jim or

9:40:59 19    others want to contact that lawyer direct to facilitate getting

9:41:03 20    Mr. Quirk in, we'll provide the name and number.  If they'll

9:41:08 21    contact me, I'll be happy to make the request to see if he can

9:41:12 22    appear.  But, whatever we need, we'll cooperate, although we

9:41:19 23    don't control him.

9:41:19 24              THE COURT:  If you'll go ahead and pop out the info on

9:41:22 25    who the attorneys are on the contact information, that would be

9:41:25   1    helpful.

9:41:27   2              MR. GODWIN:  I'll send it to the guys.

9:41:28   3              THE COURT:  Great.  Thank you.

9:41:30   4              MR. GODWIN:  Thank you, Your Honor.

9:41:31   5                   Thanks, guys.

9:41:31   6              THE COURT:  Hello, Mr. O'Rourke.

9:41:38   7              MR. O'ROURKE:  Good morning, Your Honor.  Steve

9:41:38   8    O'Rourke for the United States.

9:41:39   9                   In the interest of a disclaimer or a problem down

9:41:41  10    the road, we're not withdrawing a witness today.  But, if you

9:41:44  11    read the Times-Picayune, you'll see that we have some new best

9:41:49  12    friends in the room.  If that consent decree that was lodged

9:41:53  13    yesterday gets entered, we're reserving our right to change our

9:41:57  14    witness list at that time.  So, until Judge Barbier approves

9:42:01  15    that consent decree, we're going to be proceeding.

9:42:06  16                   Specifically, there is an expert witness named

9:42:09  17    Dowdy who did a report for us solely in rebuttal to Transocean's

9:42:14  18    expert, Mr. Childs.  We originally listed him as a may-call

9:42:19  19    because he was rebuttal and we weren't sure.  You told us we had

9:42:22  20    to list him as a will-call, so we did.  If the Transocean

9:42:24  21    settlement goes through, we'll probably at that time be

9:42:26  22    withdrawing him.

9:42:27  23              THE COURT:  Got you.  Okay.  Good.  Thank you for the

9:42:29  24    heads-up.

9:42:30  25              MR. MILLER:  Your Honor, Kerry Miller for Transocean.

|   |   |
|---|---|
| 9:42:34 | 1 |

                    There are two PTO 54 witness issues.

                    Number one is a Transocean employee by the name of
Larry McMahan.  Larry McMahan was subject to Rule 45 by virtue
of his status as an officer in one of the limiting companies.

                    BP put Mr. McMahan on its will-call witness list.
I talked to Don Haycraft and Andy Langan yesterday.  We would
like to call Mr. McMahan in our case in chief, have BP cross him
after he's called in our case in chief.  And Don and Andy have
agreed.  So, it's not a new witness, he was already on the
will-call list.  It's just a shift on who will be calling him at
trial.

                    I don't think that necessitates a motion to add in
a new witness.  He's not a new witness.  We'll just call him in
our case in chief, we'll make sure he's there.  No further need
to enforce a subpoena.  And BP will cross him at that point in
trial.

                    The second witness issue from Transocean's
standpoint is, it pertains to Jeff Wolfe, who was our maritime
expert who passed away in early December as a result of a tragic
motorcycle crash.  I sent out an email prior to the holidays
advising the Court and counsel of the situation.  And then we
filed a motion around Christmas, either the day before or the
day after, which sought to seek to admit Mr. Wolfe's report as
his direct testimony; or, alternatively, seeking to add a new
witness if that was not permitted.

9:44:03  1          No one has objected to either my email or the

9:44:05  2    motion.

9:44:07  3          I'd prefer not to file a motion to add a new

9:44:09  4    witness, and it would be a placeholder motion at this time

9:44:14  5    limited to one person.

9:44:15  6          So I was hoping that we could hear back from the

9:44:18  7    Court that the Court would in fact -- I think the Court has

9:44:21  8    already said it was going to admit the reports of all the expert

9:44:25  9    witnesses anyway.  But, if we could get that confirmation, I

9:44:28  10   would have not have to add a new maritime expert witness.

9:44:32  11         THE COURT:  Certainly.  That's next up on my agenda.

9:44:38  12         I've not seen any opposition.  Does anybody intend

9:44:41  13   to oppose his motion?

9:44:41  14         MR. LANGAN:  Your Honor, Andy Langan for BP.

9:44:42  15         I don't know that we intend to oppose.  Maybe, as

9:44:45  16   an orderly way to proceed, maybe if you'd give us another week,

9:44:48  17   and then we can either put up or shut up at that point.

9:44:52  18         We're thinking about it.  We understand where TO's

9:44:55  19   coming from here.

9:44:56  20         THE COURT:  I think that's fine.

9:44:57  21         If anybody is going to oppose the motion to admit

9:45:01  22   Mr. Wolfe's expert report as his direct examination, why don't

9:45:09  23   you do it by close of business next Thursday so that we can talk

9:45:12  24   about it next Friday.

9:45:14  25         MR. LANGAN:  Very good.

9:45:17  1          MR. O'KEEFE:  Excuse me, Your Honor.  Does that mean
9:45:19  2   that, if there is opposition, that then TO has some ability to
9:45:23  3   move to substitute?
9:45:24  4          THE COURT:  Yes.
9:45:25  5          MR. MILLER:  But don't do it today.  Wait and see what
9:45:28  6   happens next Thursday.
9:45:29  7          THE COURT:  Don't do it today.
9:45:30  8          MR. MILLER:  Steve also asked me what about his
9:45:33  9   deposition testimony.
9:45:34  10         I would imagine that parties could also or may
9:45:38  11   also want to designate certain excepts from his deposition that
9:45:42  12   would also be admitted?
9:45:43  13         THE COURT:  Yeah.  I think that goes hand in hand.
9:45:45  14   Obviously, the people who want to present cross examination can
9:45:50  15   designate his testimony.  And, if there's any opposition to
9:45:56  16   that, let's use next Thursday as the deadline for that.  Seems
9:45:59  17   to me those are connected.
9:46:05  18         MR. MILLER:  Thank you, Judge.
9:46:07  19         THE COURT:  You're welcome.
9:46:15  20         Okay.  We have the pretrial conference for Phase
9:46:19  21   One on Friday, January the 18th with Judge Barbier at 9:30,
9:46:25  22   trial counsel only.
9:46:26  23         You all will recall, last time, that it was a
9:46:31  24   pretty small group.  It is going to be only those attorneys who
9:46:36  25   are going to actually be trying the case.  It will probably be

9:46:40   1   in the courtroom because the trial attorney group is too big for

9:46:43   2   the conference room.  But trial attorneys only, please.

9:46:49   3            And Judge Barbier would like for the parties to

9:46:53   4   provide a proposed agenda to him by that Monday, which is the

9:46:57   5   14th.  Okay?

9:47:01   6            So, next up on Phase One, if each of you all will

9:47:09   7   contact Courtroom Connect.  You all will remember Sumit

9:47:18   8   Chatterjee -- and we'll put this out from the minutes of today's

9:47:21   9   meeting -- to make sure that the space that you have been

9:47:24   10  allotted is wired for wi-fi and ready to roll.  I think most of

9:47:31   11  the spaces have remained wired, but let's just make sure.

9:47:39   12            MR. O'KEEFE:  Your Honor, Steve Muenster, who was here

9:47:41   13  earlier, mentioned that Sumit and his people are planning on

9:47:44   14  coming in February 4th at 8 to do technical work.  They've got

9:47:49   15  to clear some of that with Judge Barbier's office.  I wasn't

9:47:52   16  able to connect with him before this conference.

9:47:54   17            THE COURT:  Yeah.  That won't be a problem, Mike.

9:47:56   18            MR. O'KEEFE:  But it's a technical thing as opposed to

9:47:59   19  something that would require the involvement of all the others.

9:48:01   20            THE COURT:  Okay.

9:48:03   21            Let's see.  The Phase One technical walk-through

9:48:06   22  is going to be Thursday, January 17th.  So I expect that

9:48:16   23  everybody will have their teams in on Wednesday and Thursday of

9:48:21   24  that week and we'll do the actual walk-through on Thursday.

9:48:27   25  Judge Barbier has two civil trials the week of February 19th,

1  but he doesn't object to our getting things in there and ready

2  to roll.  So that should work fine.

3        I have not found space for M-I, but I'm still

4  working on it.  If I were M-I, I wouldn't want space, but --

5  whatever.

6        Anything else on Phase One that's on anybody's

7  mind that you want to cover?

8        (No response.)

9        THE COURT:  Moving right along.

10        Let's see.  How do we stand or is there anything,

11  Sarah, to report on the use of alternate email names?

12        MS. HIMMELHOCK:  I sent an email as requested

13  confirming what I said on the record last week.

14        THE COURT:  Okay.

15        MS. HIMMELHOCK:  I got a follow-up from Mr. Paxton, to

16  which I responded in a far more timely manner this time.

17        I haven't heard back on any other further issues,

18  so I think it's done.

19        THE COURT:  Good.  I like that.

20        All right.  Let's see.  We are continuing the good

21  fight with University of California, Santa Barbara.  I am hoping

22  that everything will be done by the 7th.  I have optimism, I

23  guess, is all I can say about that.

24        Is there anything else I need to know on that one?

25        MR. GASAWAY:  Good morning, Your Honor.  Happy New

```
9:50:10   1   Year.
9:50:10   2                We appreciated the order that came out yesterday
9:50:13   3   urging them to be mindful of the January 7th deadline.
9:50:15   4         THE COURT:  I think it was more than urging them, but
9:50:18   5   okay.
9:50:19   6         MR. GASAWAY:  In the plainest of possible terms.
9:50:22   7                So, I don't know.  I haven't seen any response or
9:50:24   8   reaction to that.  But, hopefully, that will do the trick and
9:50:28   9   we'll be able to go forward.
9:50:30   10        THE COURT:  Have you been receiving updated privilege
9:50:34   11  logs?
9:50:35   12        MR. GASAWAY:  I think there has been a limited amount
9:50:37   13  of activity to date.  I know that we provided the order to
9:50:43   14  Captain Engelbert, who was going to provide it -- and I think
9:50:45   15  she already has -- to eDocs in terms of looking forward to the
9:50:49   16  7th to try to recognize that all of the documents will then be
9:50:53   17  released, subject to clawback to the order.  So I think Captain
9:50:59   18  Engelbert is on that, and we're preparing for Monday.  So let's
9:51:02   19  buckle our seatbelts and see what happens there.
9:51:05   20               I did want to mention, on the prior item, I've
9:51:07   21  noticed that the correspondence between Mr. Paxton and Sarah,
9:51:11   22  and I don't know if we have a follow-up to the follow-up.  But
9:51:14   23  we'll check; and, if we do, we'll get back to Sarah promptly.
9:51:17   24        THE COURT:  Okay.  Good enough.
9:51:19   25               And I'm looking -- the reason I had such pause is
```

9:51:22   1   I wanted to see if Mr. Paxton was on the phone.

9:51:25   2               I have love it, we always refer to him as Mr.

9:51:28   3   Paxton.  How did that happen?

9:51:32   4         MR. GASAWAY:  He's just such a dignified gentleman,

9:51:35   5   Your Honor.

9:51:35   6         THE COURT:  Mr. Paxton, okay.  We'll keep it that way.

9:51:39   7   He'll be the only Mr. in the litigation.

9:51:42   8               Let's see.  We have Transocean's motion to strike

9:51:49   9   Phase One questioning.

9:51:50   10              Steve, do you want to comment on that?

9:51:56   11        MR. BARR:  Your Honor, it's Brian Barr.  I can speak on

9:51:59   12   that, unless he wants to.

9:52:00   13        THE COURT:  Okay, Brian, that would be good.

9:52:03   14              I can't believe you're not here today.

9:52:05   15        MR. BARR:  I know you miss me.

9:52:06   16        THE COURT:  I do.

9:52:08   17        MR. BARR:  I thought we reached an agreement, and I

9:52:10   18   didn't see an objection to it.  I thought TO would agree that we

9:52:16   19   would basically stay a response to that motion until the time it

9:52:19   20   comes for designations of that testimony.  Because then it

9:52:21   21   becomes ripe and everybody knows if we're designating something

9:52:25   22   TO believes to be favorably played.

9:52:30   23        THE COURT:  I saw that correspondence.

9:52:32   24              Does TO agree that we'll take up the motion if

9:52:35   25   indeed a party designates that testimony?

9:52:40  1              MR. MILLER:  I think that's right, yeah.

9:52:42  2              THE COURT:  All right.  That's fine.

9:52:43  3                   Thanks, Brian.

9:52:46  4                   Okay.  And then, last on document production, Rob,

9:52:52  5     have we got anything to report on the Woods Hole reimbursement?

9:52:55  6     Or is that still pending and something I should pay attention

9:52:59  7     to?

9:53:00  8              MR. GASAWAY:  Your Honor, I think that we've got a

9:53:03  9     resolution on that in the sense that they're going to get their

9:53:06 10     reimbursement.  It is later than what they had hoped.  But, the

9:53:10 11     last email I saw on that, they should be getting it very early

9:53:14 12     January.  As far as we're concerned, that will close the issue,

9:53:17 13     once they have that.  May even be this week, but certainly very

9:53:21 14     early January.

9:53:22 15              THE COURT:  Good.  Thank you.  I appreciate that.

9:53:28 16                   So we issued an order this week on the BP 30(b)(6)

9:53:34 17     designees.  And BP and the US are to meet-and-confer with regard

9:53:40 18     to that.  We'll just carry that over to next week.

9:53:44 19              MS. HIMMELHOCK:  Yes, Your Honor.  We've got a

9:53:46 20     meet-and-confer scheduled for Tuesday morning.

9:53:48 21              THE COURT:  Perfect.  Thank you.

9:53:50 22              MR. GASAWAY:  Yeah.  And I just wanted to mention a

9:53:51 23     couple things, Your Honor.

9:53:52 24                   I mean, obviously, we were expecting you to

9:53:55 25     contact us to facilitate the meet-and-confer, but you went ahead

9:53:59  1   and resolved the issue by order.  So we were a little bit

9:54:03  2   surprised procedurally by that.  But we are where we are in

9:54:06  3   terms of you giving your thoughts on the back and forth.

9:54:11  4            There were some new issues that were in the

9:54:15  5   letter to the Court that weren't previously in the letter to BP

9:54:18  6   of November 20th.  So there's some issues that have not been

9:54:23  7   responded to by my previous letter that you had looked at.

9:54:27  8            But I think, given where we are, you know,

9:54:29  9   recognizing the procedural surprise here where we thought that

9:54:34  10  what would happen would be to set up an order, you would contact

9:54:38  11  us, makes most sense to go forward with the meet-and-confer on

9:54:42  12  Tuesday.

9:54:43  13           THE COURT:  Okay.

9:54:44  14           MR. GASAWAY:  You will notice in the letter that we had

9:54:46  15  sent, we had raised a couple of issues with respect to the

9:54:49  16  adequacy of US 30(b)(6) deponents.  And we also talked about

9:54:56  17  that at our December 18th conference.

9:54:59  18           So what we'll do is we'll go ahead and get any

9:55:02  19  follow-up to that, our letter out, before the Tuesday

9:55:06  20  meet-and-confer.  We'll talk to Sarah, I think we're looking at

9:55:09  21  Tuesday morning.  And then we will be specific in terms of, you

9:55:12  22  know, the timing and need for court intervention.

9:55:15  23           THE COURT:  Okay.  Thank you.

9:55:16  24           I'm sorry about the surprise.  I must have

9:55:18  25  misunderstood.  I thought it was in my court to tell you all

9:55:22  1   whether I wanted further briefing or whether we felt good enough

9:55:28  2   to go ahead and rule on the issue.  But sorry for any

9:55:32  3   misunderstanding.

9:55:33  4          MR. GASAWAY:  That's okay.  I think where we are is we

9:55:38  5   see where you're going.  So we've got a pre-read, and we'll

9:55:41  6   follow-up on the request.

9:55:42  7          THE COURT:  So let's talk about Oceaneering.  Who wants

9:55:46  8   to tell me where we stand on document production?

9:55:50  9          MR. O'ROURKE:  Your Honor, this is Steve O'Rourke for

9:55:53 10   the United States.

9:55:54 11              So I got my update from Mrs. Harvey that, the good

9:55:58 12   news is that all the documents have been extracted and are being

9:56:01 13   processed.  They were doing a document-by-document review, which

9:56:06 14   wasn't working.  So Ms. Harvey --

9:56:08 15          THE COURT:  I feel your pain.

9:56:09 16          MR. O'ROURKE:  -- has suggested search terms.  So we're

9:56:12 17   going to consult with them further about doing search terms

9:56:17 18   instead.

9:56:17 19              We've got a loop in for Ms. Santos and Ms. Johnson

9:56:22 20   from Kirkland & Ellis, make sure they know about the search

9:56:24 21   terms.

9:56:24 22              If it's not working properly, we may default to

9:56:27 23   see if BP wants to help with this.

9:56:29 24              And I think we're still trying to keep those

9:56:31 25   depositions on for --

| | | |
|---|---|---|
| 9:56:35 | 1 | THE COURT:  14 through 15th and 21st? |
| 9:56:40 | 2 | MR. O'ROURKE:  Right.  The 14th looks like it's going |
| 9:56:42 | 3 | to fall by the wayside. |
| 9:56:44 | 4 | 21st may still work. |
| 9:56:46 | 5 | Perhaps January 31st or 1st. |
| 9:56:48 | 6 | But I think the short version is, Ms. Harvey will |
| 9:56:52 | 7 | consult with Ms. Santos and Oceaneering to set these dates up. |
| 9:56:56 | 8 | THE COURT:  Good.  Okay. |
| 9:57:00 | 9 | MR. O'ROURKE:  But the documents, even though it was |
| 9:57:02 | 10 | Christmas and New Years, there does appear to be some progress |
| 9:57:06 | 11 | over the last two weeks. |
| 9:57:07 | 12 | THE COURT:  Well, that's certainly better than the |
| 9:57:09 | 13 | University of California. |
| 9:57:14 | 14 | MR. O'ROURKE:  As long as I'm here -- |
| 9:57:16 | 15 | THE COURT:  Yes. |
| 9:57:17 | 16 | MR. O'ROURKE:  -- let me move on to Secretary Chu's. |
| 9:57:24 | 17 | The date was set.  We just wanted to confirm the location will |
| 9:57:27 | 18 | be at the Department of Energy in Washington, DC. |
| 9:57:30 | 19 | We'll get out some contact information.  It's a |
| 9:57:33 | 20 | secure building, so people may need to give their Social |
| 9:57:38 | 21 | Security numbers or something like that. |
| 9:57:41 | 22 | MS. HIMMELHOCK:  Yes.  We do need all attendees' names |
| 9:57:45 | 23 | two weeks in advance so we can do the security clearance. |
| 9:57:49 | 24 | THE COURT:  Who do you want that sent to? |
| 9:57:52 | 25 | MS. HIMMELHOCK:  I guess I'm the lucky winner. |

9:57:54  1          THE COURT:  Go girl.

9:57:56  2               So, everybody who is attending, please provide

9:57:58  3  Sarah with a name, Social Security number.

9:58:07  4               And what else?

9:58:09  5          MS. HIMMELHOCK:  Date of birth and citizenship.

9:58:11  6          MR. O'KEEFE:  That's going to be by January 10th?

9:58:14  7          THE COURT:  Yeah.  January 10th.

9:58:16  8               Which is what?  Wednesday.

9:58:17  9               So if you all will please make sure.  Otherwise,

9:58:22  10  you be not be admitted to the secretary's deposition.

9:58:24  11               Okay.  Anything else, Mr. O'Rourke, while you're

9:58:27  12  up here?

9:58:29  13          MR. O'ROURKE:  One other thing on Chu.

9:58:30  14               We'd like to see if people would consider

9:58:34  15  videotaping, in part because it's a secure building and getting

9:58:39  16  all that equipment into the conference room might be

9:58:43  17  troublesome.

9:58:43  18          THE COURT:  Okay.  Why don't you all consider that, and

9:58:47  19  let Steve know if that's a problem or not.

9:58:51  20          MR. O'ROURKE:  Perhaps by that same deadline of the

9:58:53  21  10th?

9:58:54  22          THE COURT:  By that same deadline.

9:58:56  23               Andy.

9:58:57  24          MR. LANGAN:  In light of Mr. O'Rourke's announcement

9:59:00  25  about their new best friends, can I make a plea that BP's 220

```
9:59:04   1   goes to 280?
9:59:06   2              THE COURT:  Oh ...
9:59:10   3              MR. LANGAN:  Maybe 300.  Maybe I'm leaving minutes --
9:59:13   4              THE COURT:  You're leaving minutes on the table.
9:59:16   5              MR. LANGAN:  It seems appropriate.  I understand it's
9:59:19   6   tentative.  I get all that.  But let's be real here.
9:59:25   7              MR. O'ROURKE:  This is with respect with Secretary
9:59:27   8   Chu's deposition only, is that what we're talking about?
9:59:29   9              MR. LANGAN:  Yes.  The time allocation for Secretary
9:59:29  10   Chu.
9:59:32  11              MR. O'ROURKE:  For Transaction, I think Grant is on the
9:59:34  12   phone.  He's the one who negotiated.
9:59:37  13              MR. DAVIS-DENNY:  Your Honor, this is Grant Davis-Denny
9:59:39  14   on behalf of Transocean.
9:59:41  15              I'd like the opportunity to consider that request
9:59:45  16   by BP, but I wouldn't have concerns about it even assuming the
9:59:52  17   settlements.
9:59:53  18              THE COURT:  Okay.  Well, why don't you think on it and
9:59:55  19   consider the request, and let us know what you think about it.
9:59:59  20   And we'll take it up well prior -- we'll try to have it done
3:00:03  21   next week.  Okay?
3:00:06  22              MR. DAVIS-DENNY:  Thank you, Your Honor.
3:00:07  23              THE COURT:  You got it.
3:00:12  24              Let's see.  Did everybody take care of the
3:00:14  25   allocation of time for Hill and Mason?  Is that done?
```

```
0:00:19  1        MR. O'ROURKE:  Yes.  And I was preparing to announce
0:00:20  2   that everybody, make sure it's on the record.
0:00:23  3        THE COURT:  Good.
0:00:24  4        MR. O'ROURKE:  This is just for Hill and Mason only.
0:00:28  5   Only applies to these two.
0:00:29  6             These are the two that Transocean selected, which
0:00:33  7   is why they thought they should get extra time.
0:00:36  8             So the allocation is, for all of the plaintiffs,
0:00:40  9   private, federal and state, 470 minutes.  For Transocean, 255.
0:00:46 10   For Halliburton, 45.  Anadarco, 20.  Cameron, 20.  BP, 19.
0:00:55 11             That's the allocation that we all agreed to.  BP
0:00:58 12   was part of that, everybody was.  And I think that's firm.
0:01:01 13        THE COURT:  Good.  Thank you for working that out.
0:01:02 14   That's very helpful.
0:01:04 15             And then, last but not least, we've got Mr.
0:01:07 16   Graettinger.
0:01:08 17        MR. O'ROURKE:  My understanding is document production
0:01:10 18   is complete.  We're proposing February 5 and 6.
0:01:13 19        THE COURT:  5 and 6, okay.
0:01:15 20        MR. O'ROURKE:  We're going to propose Washington, DC.
0:01:17 21   And, we discussed this last time, it's because that's during a
0:01:23 22   trying time for hotels in New Orleans.  We are going do it in
0:01:26 23   DC, and I don't think anybody objected to that.
0:01:29 24        THE COURT:  I may come to DC during that time.
0:01:33 25        MR. O'ROURKE:  I can recommend a restaurant and a bar.
```

0:01:35  1          THE COURT:  And a music club.

0:01:39  2          MR. O'ROURKE:  And a music venue.

0:01:40  3          THE COURT:  Thank you.

0:01:42  4          Okay.  We've got the first installment of the good

0:01:48  5  faith Phase Two exhibit list, and the deadline for objections is

0:01:57  6  January 14th.

0:01:58  7          Rob, have you got something?

0:02:01  8          MR. GASAWAY:  Just as long as we're on depositions,

0:02:03  9  Your Honor, I wanted to mention something else.

0:02:05  10          While you're in DC for the Graettinger deposition,

0:02:07  11  we're going to be doing the Clarkson deposition that week.  Now

0:02:10  12  that we know the dates for Graettinger, we'll kind of key off of

0:02:15  13  that.

0:02:15  14          We're willing to produce him in New Orleans.  But,

0:02:18  15  again, for the same reasons that we thought it would be more

0:02:21  16  practical to do Mr. Graettinger from the US in DC, it probably

0:02:26  17  makes more sense to do Mr. Clarkson that same week in DC.

0:02:31  18          And so that deposition will be at Kirkland &

0:02:34  19  Ellis.  We've talked to Brian or emailed with Brian and Steve,

0:02:37  20  and they're both okay with that.  So that will be at Kirkland &

0:02:40  21  Ellis that week of the 4th, and we'll get further information

0:02:43  22  out about that.

0:02:44  23          THE COURT:  I take it your building is not as secure as

0:02:47  24  the Department of Energy?

0:02:49  25          MR. GASAWAY:  Not as secure but somewhat secure.

```
0:02:52   1              And, in that regard of security, people who are in
0:02:54   2   London last year know that we do have airport-type security at
0:02:58   3   the Kirkland building in London, and so we will need advanced
0:03:01   4   clearance for that.  Joe Eisert sent out an email.
0:03:06   5              The contact person for that is Andrew Langsdale,
0:03:09   6   not to be confused with Andrew Langan.  So everybody should have
0:03:15   7   Andrew's contact information.
0:03:16   8              And, if you're planning to attend the Tony Liao
0:03:23   9   and Trevor Hill depositions in London, which are next week and
0:03:26  10   the following week, we'd ask that everybody contact us.
0:03:29  11              THE COURT:  Please get that out so we don't have any
0:03:33  12   last minute snafus there.
0:03:37  13              Corey, are you going to London?
0:03:39  14          MR. MAZE:  I am not going to London.
0:03:41  15              But I was going to ask Rob, do you have the same
0:03:43  16   information for Houston of who we should contact?
0:03:43  17          MR. GASAWAY:  That's a good point.  Let me get back to
0:03:46  18   you.
0:03:46  19          THE COURT:  Good point, Corey.
0:03:48  20              Why aren't you going to London?
0:03:51  21          MR. MAZE:  Houston is closer.  Bus doesn't go across
0:03:54  22   the ocean.
0:03:55  23          THE COURT:  The Megabus can get you to Houston; is that
0:03:58  24   right?
0:03:59  25          MR. MAZE:  It can get me to Houston.
```

| | | |
|---|---|---|
| 0:04:05 | 1 | MR. UNDERWOOD:  Your Honor, a $25 per diem doesn't go |
| 0:04:07 | 2 | far in London. |
| 0:04:08 | 3 | THE COURT:  No fooling.  I'm not even sure you can get |
| 0:04:11 | 4 | a pint for that from there. |
| 0:04:14 | 5 | Okay.  Let's get a report from the PSC on Dr. Bea. |
| 0:04:19 | 6 | Any word, hummingbird, on that one? |
| 0:04:22 | 7 | MR. BARR:  Your Honor, Brian Barr for the PSC. |
| 0:04:26 | 8 | I think what we can do to try to accommodate the |
| 0:04:28 | 9 | concerns other people expressed is, if we move the deadline for |
| 0:04:33 | 10 | his report back two weeks to April 19th, and move all the other |
| 0:04:37 | 11 | corresponding, you know, replies and responses back two weeks, |
| 0:04:42 | 12 | that would take the responding report back to May 17, the reply |
| 0:04:47 | 13 | report back to May 31.  I would hope that that would solve any |
| 0:04:51 | 14 | particular issue. |
| 0:04:53 | 15 | THE COURT:  Okay.  I'm going to ask most especially BP |
| 0:04:58 | 16 | to think about that and comment whether that's doable and how |
| 0:05:04 | 17 | many people that affects.  If you'd just let Mike and me know |
| 0:05:10 | 18 | in-camera whether that's doable or not. |
| 0:05:15 | 19 | MR. GASAWAY:  Will do, Your Honor. |
| 0:05:16 | 20 | THE COURT:  Thank you. |
| 0:05:18 | 21 | Okay.  Last but not least, Tony has in the past |
| 0:05:27 | 22 | talked about some orders that we have previously entered in |
| 0:05:31 | 23 | Phase One that perhaps could be made applicable to Phase Two, |
| 0:05:37 | 24 | and I'm wondering if we have a volunteer who could look at the |
| 0:05:42 | 25 | Phase One orders and make a proposal for which of those we |

```
0:05:48   1    should look at and perhaps adopt for purposes of Phase Two.  Do
0:05:54   2    I have a volunteer?
0:05:57   3              MR. O'ROURKE:  It was Tony's idea.
0:05:58   4              THE COURT:  That is a good point, Steve.
0:06:02   5              Tony, thank you for volunteering.  I appreciate
0:06:05   6    it.
0:06:06   7              MR. FITCH:  I think we saw which way the wind was
0:06:08   8    blowing on that one.
0:06:10   9              THE COURT:  We appreciate your willingness, Tony.
0:06:15  10              MR. FITCH:  Glad to do so.  Will do it this week,
0:06:17  11    Judge.
0:06:17  12              THE COURT:  Anything else that we need to cover today?
0:06:21  13    Anything else?
0:06:24  14              Rachel --
0:06:26  15              MS. HIMMELHOCK:  Your Honor, I did send you an email
0:06:29  16    yesterday that I just wanted to make sure that counsel didn't
0:06:32  17    get lost in the weeds.
0:06:34  18              We have some documents that may be relevant to the
0:06:36  19    penalty phase of our case, and they are subject to a protective
0:06:41  20    order in the State of Alaska court.
0:06:46  21              BP has asked us to destroy those documents.  We
0:06:50  22    have until January 31st to figure out what to do with them.
0:06:53  23              Our intention is to comply, unless separate
0:06:58  24    agreement is reached with BP.
0:07:00  25              I just wanted to make sure that you and the
```

0:07:03  1   counsel were aware that these are potentially relevant records

0:07:08  2   that we have conflicting court obligations over and intended to

0:07:13  3   comply with the first order and time.

0:07:15  4        MR. LANGAN:  Andy Langan for BP.

0:07:18  5             Thank you, Sarah.  I did see your note and will

0:07:20  6   take it up internally, figure out what we want to do.  But

0:07:24  7   thanks for the heads-up.

0:07:24  8        THE COURT:  Yeah.  I saw it as well.  And, unless one

0:07:27  9   of the parties raises an objection, I certainly am not going to

0:07:33 10   interfere with the court in Alaska.

0:07:36 11        MR. O'ROURKE:  This is Steve O'Rourke, Your Honor.

0:07:39 12             I just want to make it clear that these documents

0:07:42 13   will be relevant if we ever get to a penalty phase in this case,

0:07:45 14   and we'll be asking for them back.  So we should also consider

0:07:50 15   whether there's some format where we just get them all now by

0:07:55 16   amending a protective order --

0:07:56 17        THE COURT:  Well, yeah.  Or whether BP holds them aside

0:08:00 18   and gives them back to you.

0:08:02 19        MR. O'ROURKE:  Right.  It's just that we'll be getting

0:08:04 20   these documents eventually.

0:08:06 21        THE COURT:  Right.  Unless the Court --

0:08:14 22        MR. O'ROURKE:  Exactly.

0:08:14 23        THE COURT:  Anything else on Phase One?

0:08:14 24             (No response.)

0:08:16 25        THE COURT:  That's great.  We are done for the day.

1   We'll see you all next Friday.  Thank you.

2               (10:08 a.m., proceedings concluded.)

3

4

5                          CERTIFICATE

6

7

8        I, Susan A. Zielie, Official Court Reporter, do hereby
   certify that the foregoing transcript is correct.

9

10

11                      /S/ SUSAN A. ZIELIE, FCRR
                   _____
12                      Susan A. Zielie, FCRR

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$25** [1] - 30:1

## /

**/S** [1] - 33:10

## 1

**1** [4] - 5:5, 5:20, 6:2, 6:8
**10** [2] - 5:14, 10:9
**10-MD-2179** [1] - 1:5
**1001** [1] - 3:17
**10:08** [1] - 33:2
**10th** [3] - 25:6, 25:7, 25:21
**11** [1] - 5:15
**1100** [1] - 3:13
**11th** [1] - 9:5
**12** [1] - 5:16
**1201** [1] - 4:6
**1221** [1] - 3:24
**1300** [1] - 4:13
**1331** [1] - 4:9
**14** [1] - 24:1
**14th** [3] - 17:5, 24:2, 28:6
**15th** [1] - 24:1
**1615** [1] - 4:13
**1650** [1] - 2:6
**1665** [1] - 4:10
**17** [1] - 30:12
**1700** [1] - 4:6
**17th** [1] - 17:22
**18th** [2] - 16:21, 22:17
**19** [3] - 11:24, 12:18, 27:10
**19th** [2] - 17:25, 30:10
**1st** [1] - 24:5

## 2

**2** [4] - 5:6, 5:21, 6:3, 6:9
**20** [3] - 1:6, 27:10
**20005** [1] - 3:11
**20006** [1] - 4:16
**20044** [1] - 2:22
**2010** [1] - 1:6
**2013** [3] - 1:6, 5:2, 7:1
**2020** [1] - 4:16
**20th** [1] - 22:6
**21st** [2] - 24:1, 24:4
**220** [1] - 25:25
**255** [1] - 27:9
**2615** [1] - 2:16
**280** [1] - 26:1
**2990** [1] - 2:9

## 3

**3** [5] - 5:7, 5:22, 6:4, 6:10, 11:18
**30(b)(6** [3] - 6:2, 21:16, 22:16
**300** [2] - 3:8, 26:3
**31** [1] - 30:13
**31st** [2] - 24:5, 31:22
**36130** [2] - 2:25, 3:3
**365** [1] - 2:9
**3700** [2] - 3:14, 3:18

## 4

**4** [6] - 1:6, 5:2, 5:8, 5:23, 6:5, 7:1
**406** [1] - 1:20
**4310** [1] - 2:12
**45** [2] - 14:3, 27:10
**450** [1] - 2:18
**4500** [1] - 3:24
**470** [1] - 27:9
**4th** [2] - 17:14, 28:21

## 5

**5** [3] - 5:9, 27:18, 27:19
**500** [2] - 1:20, 2:24
**501** [1] - 3:3
**504.589.7781** [1] - 1:22
**54** [4] - 9:4, 11:3, 11:9, 14:1
**546** [1] - 3:21

## 6

**6** [3] - 5:10, 27:18, 27:19
**601** [1] - 2:15
**60654** [1] - 3:9
**655** [1] - 3:11

## 7

**7** [1] - 5:11
**7-5395** [1] - 2:19
**701** [1] - 3:5
**70112** [2] - 2:6, 4:14
**70113** [1] - 2:3
**70130** [5] - 1:21, 2:10, 2:16, 3:6, 3:21
**70163** [1] - 3:14
**75270** [1] - 4:7
**7611** [1] - 2:22
**77002** [1] - 3:18
**77006** [1] - 2:12
**77010-2010** [1] - 3:25

**770101** [1] - 4:10
**7th** [3] - 18:22, 19:3, 19:16

## 8

**8** [2] - 5:12, 17:14
**820** [1] - 2:3

## 9

**9** [1] - 5:13
**909** [1] - 2:5
**94102** [1] - 2:19
**989** [3] - 5:6, 8:18, 9:1
**9:30** [3] - 1:8, 7:2, 16:21

## A

**A.M** [1] - 7:2
**a.m** [2] - 1:8, 33:2
**ability** [1] - 16:2
**able** [4] - 8:12, 9:8, 17:16, 19:9
**ABRAMSON** [1] - 2:14
**accommodate** [1] - 30:8
**activity** [1] - 19:13
**actual** [1] - 17:24
**add** [5] - 11:4, 14:12, 14:24, 15:3, 15:10
**adequacy** [1] - 22:16
**Admissibility** [1] - 5:7
**admissibility** [2] - 10:15, 10:17
**admit** [3] - 14:23, 15:8, 15:21
**admitted** [2] - 16:12, 25:10
**adopt** [1] - 31:1
**advance** [1] - 24:23
**advanced** [1] - 29:3
**advising** [1] - 14:21
**affects** [1] - 30:17
**AGENDA** [1] - 5:1
**agenda** [5] - 10:18, 10:25, 11:1, 15:11, 17:4
**agree** [2] - 20:18, 20:24
**agreed** [2] - 14:9, 27:11
**agreement** [2] - 20:17, 31:24
**ahead** [5] - 11:14, 12:24, 21:25, 22:18, 23:2
**aided** [1] - 1:23
**airport** [1] - 29:2

**airport-type** [1] - 29:2
**Al** [1] - 2:25
**AL** [1] - 3:3
**ALABAMA** [2] - 2:23, 3:2
**ALAN** [1] - 4:8
**Alan** [4] - 7:25, 8:4, 9:19, 10:8
**Alaska** [2] - 31:20, 32:10
**ALISON** [1] - 4:5
**allocation** [4] - 26:9, 26:25, 27:8, 27:11
**allotted** [1] - 17:10
**alternate** [1] - 18:11
**alternatively** [1] - 14:24
**amending** [1] - 32:16
**America** [1] - 2:21
**AMERICAN** [1] - 2:15
**amount** [1] - 19:12
**Anadarco** [1] - 27:10
**ANDREW** [1] - 3:7
**Andrew** [2] - 29:5, 29:6
**Andrew's** [1] - 29:7
**Andy** [4] - 11:6, 14:6, 14:8, 15:14, 25:23, 32:4
**announce** [1] - 27:1
**announcement** [1] - 25:24
**Anthony** [1] - 7:22
**ANTHONY** [1] - 2:8
**anticipated** [1] - 11:4
**anticipating** [1] - 8:11
**anyway** [1] - 15:9
**appear** [2] - 12:22, 24:10
**appearance** [1] - 12:6
**APPEARANCES** [3] - 2:1, 3:1, 4:1
**APPEARING** [1] - 4:18
**applicable** [1] - 30:23
**Applicable** [1] - 6:11
**applies** [2] - 1:8, 27:5
**appreciate** [3] - 21:15, 31:5, 31:9
**appreciated** [1] - 19:2
**approached** [1] - 10:6
**appropriate** [1] - 26:5
**approves** [1] - 13:14
**April** [1] - 30:10
**APRIL** [1] - 1:6
**argue** [1] - 9:9
**ASBILL** [1] - 3:15
**aside** [1] - 32:17
**assuming** [1] - 26:16
**AT** [1] - 1:3

**attend** [1] - 29:8
**attendees'** [1] - 24:22
**attending** [1] - 25:2
**attention** [1] - 21:6
**attorney** [2] - 12:13, 17:1
**ATTORNEY** [2] - 2:23, 3:2
**attorneys** [3] - 12:25, 16:24, 17:2
**Avenue** [4] - 2:3, 2:18, 2:24, 3:3
**aware** [1] - 32:1

## B

**BABIUCH** [1] - 3:8
**bad** [1] - 7:12
**bar** [1] - 27:25
**Barbara** [1] - 18:21
**Barbier** [4] - 13:14, 16:21, 17:3, 17:25
**Barbier's** [1] - 17:15
**BARR** [5] - 4:19, 20:11, 20:15, 20:17, 30:7
**Barr** [2] - 20:11, 30:7
**BATTISTE** [1] - 4:5
**Bea** [2] - 6:9, 30:5
**BECK** [1] - 3:22
**becomes** [1] - 20:21
**BEFORE** [1] - 1:12
**behalf** [1] - 26:14
**belief** [1] - 9:4
**believes** [1] - 20:22
**bench** [1] - 10:6
**BENSON** [1] - 4:23
**BERTAUT** [1] - 3:20
**best** [2] - 13:11, 25:25
**better** [1] - 24:12
**between** [1] - 19:21
**Between** [1] - 5:20
**big** [1] - 17:1
**BILL** [1] - 4:21
**BINGHAM** [1] - 4:15
**birth** [1] - 25:5
**bit** [1] - 22:1
**blowing** [1] - 31:8
**Boulevard** [1] - 2:12
**BOWMAN** [1] - 4:3
**Box** [1] - 2:22
**BP** [19] - 5:20, 6:2, 11:6, 14:5, 14:7, 14:15, 15:14, 21:16, 21:17, 22:5, 23:23, 26:16, 27:10, 27:11, 30:15, 31:21, 31:24, 32:4, 32:17
**BP's** [1] - 25:25
**BREIT** [1] - 4:19

**BRENNAN** [2] - 3:15, 4:24
**Brian** [6] - 20:11, 20:13, 21:3, 28:19, 30:7
**BRIAN** [1] - 4:19
**briefing** [1] - 23:1
**BRUCE** [1] - 4:3
**buckle** [1] - 19:19
**building** [4] - 24:20, 25:15, 28:23, 29:3
**BUILDING** [1] - 2:15
**bus** [1] - 29:21
**business** [1] - 15:23
**BY** [20] - 1:5, 2:2, 2:5, 2:8, 2:11, 2:14, 2:18, 2:21, 2:24, 3:2, 3:5, 3:7, 3:10, 3:13, 3:16, 3:20, 3:23, 4:2, 4:12, 4:15

## C

**CA** [1] - 2:19
**California** [2] - 18:21, 24:13
**Calvert** [4] - 5:9, 8:20, 8:24, 9:7
**camera** [1] - 30:18
**Cameron** [1] - 27:10
**Camp** [1] - 3:5
**Canal** [2] - 2:8, 2:9
**Captain** [2] - 19:14, 19:17
**care** [1] - 26:24
**CARMELITE** [1] - 3:20
**Carondelet** [1] - 3:21
**carry** [1] - 21:18
**CARTER** [1] - 3:17
**case** [6] - 14:7, 14:8, 14:14, 16:25, 31:19, 32:13
**Cases** [1] - 1:8
**cementing** [1] - 8:21
**Cementing** [1] - 5:6
**Center** [1] - 3:23
**certain** [1] - 16:11
**certainly** [5] - 11:8, 15:11, 21:13, 24:12, 32:9
**CERTIFICATE** [1] - 33:5
**certify** [1] - 33:8
**CHAKERIS** [1] - 4:22
**change** [1] - 13:13
**changes** [1] - 11:2
**Changes** [2] - 5:8, 5:10
**Chatterjee** [1] - 17:8
**check** [1] - 19:23

**Chicago** [1] - 3:9
**chief** [3] - 14:7, 14:8, 14:14
**Childs** [1] - 13:18
**Christmas** [2] - 14:22, 24:10
**Chu** [2] - 25:13, 26:10
**Chu's** [2] - 24:16, 26:8
**citizenship** [1] - 25:5
**civil** [1] - 17:25
**Clarkson** [2] - 28:11, 28:17
**clawback** [1] - 19:17
**clear** [2] - 17:15, 32:12
**clearance** [2] - 24:23, 29:4
**client** [1] - 12:8
**CLINGMAN** [1] - 3:16
**close** [2] - 15:23, 21:12
**closer** [1] - 29:21
**club** [1] - 28:1
**comfortable** [1] - 7:18
**coming** [2] - 15:19, 17:14
**comment** [2] - 20:10, 30:16
**comments** [1] - 8:7
**companies** [1] - 14:4
**company** [3] - 12:4, 12:11, 12:16
**complaints** [1] - 7:8
**complete** [1] - 27:18
**comply** [2] - 31:23, 32:3
**Computer** [1] - 1:23
**Computer-aided** [1] - 1:23
**concerned** [1] - 21:12
**concerns** [2] - 26:16, 30:9
**concluded** [1] - 33:2
**confer** [5] - 21:17, 21:20, 21:25, 22:11, 22:20
**conference** [5] - 16:20, 17:2, 17:16, 22:17, 25:16
**CONFERENCE** [1] - 1:11
**Conference** [2] - 5:2, 5:13
**confirm** [1] - 24:17
**confirmation** [1] - 15:9
**confirming** [1] - 18:13
**conflicting** [1] - 32:2
**confused** [1] - 29:6
**connect** [1] - 17:16

**Connect** [2] - 5:14, 17:7
**connected** [1] - 16:17
**CONRAD** [1] - 2:5
**consent** [2] - 13:12, 13:15
**consider** [5] - 25:14, 25:18, 26:15, 26:19, 32:14
**consult** [2] - 23:17, 24:7
**contact** [11] - 12:19, 12:21, 12:25, 17:7, 21:25, 22:10, 24:19, 29:5, 29:7, 29:10, 29:16
**continuing** [1] - 18:20
**control** [4] - 12:6, 12:12, 12:16, 12:23
**cooperate** [1] - 12:22
**cooperative** [1] - 10:2
**COREY** [1] - 2:24
**Corey** [3] - 7:20, 29:13, 29:19
**correct** [1] - 33:8
**correspondence** [2] - 19:21, 20:23
**corresponding** [1] - 30:11
**Costs** [1] - 5:23
**counsel** [4] - 14:21, 16:22, 31:16, 32:1
**Counsel** [1] - 2:2
**couple** [6] - 7:23, 8:9, 8:11, 8:15, 21:23, 22:15
**course** [1] - 11:20
**court** [5] - 22:22, 22:25, 31:20, 32:2, 32:10
**COURT** [85] - 1:1, 7:3, 7:6, 7:8, 7:12, 7:19, 7:22, 7:24, 8:16, 8:23, 9:3, 9:11, 9:14, 9:17, 9:25, 10:4, 10:11, 10:21, 10:24, 11:10, 11:12, 11:14, 12:24, 13:3, 13:6, 13:23, 15:11, 15:20, 16:4, 16:7, 16:13, 16:19, 17:17, 17:20, 18:9, 18:14, 18:19, 19:4, 19:10, 19:24, 20:6, 20:13, 20:16, 20:23, 21:2, 21:15, 21:21, 22:13, 22:23, 23:7, 23:15, 24:1, 24:8, 24:12, 24:15, 24:24, 25:1, 25:7, 25:18, 25:22, 26:2,

26:4, 26:18, 26:23, 27:3, 27:13, 27:19, 27:24, 28:1, 28:3, 28:23, 29:11, 29:19, 29:23, 30:3, 30:15, 30:20, 31:4, 31:9, 31:12, 32:8, 32:17, 32:21, 32:23, 32:25
**Court** [10] - 1:19, 9:2, 9:8, 14:21, 15:7, 22:5, 32:21, 33:7
**courtroom** [1] - 17:1
**Courtroom** [3] - 5:14, 5:15, 17:7
**cover** [2] - 18:7, 31:12
**crash** [1] - 14:20
**cross** [3] - 14:7, 14:15, 16:14
**Culvert** [1] - 11:21
**cured** [4] - 9:21, 9:23, 10:7, 10:13

## D

**Dallas** [1] - 4:7
**date** [3] - 19:13, 24:17, 25:5
**dates** [2] - 24:7, 28:12
**David** [2] - 5:9, 8:20
**DAVIS** [3] - 4:23, 26:13, 26:22
**Davis** [1] - 26:13
**DAVIS-DENNY** [3] - 4:23, 26:13, 26:22
**Davis-Denny** [1] - 26:13
**Days** [1] - 5:16
**DC** [10] - 2:22, 3:11, 4:16, 24:18, 27:20, 27:23, 27:24, 28:10, 28:16, 28:17
**deadline** [6] - 16:16, 19:3, 25:20, 25:22, 28:5, 30:9
**deadlines** [1] - 11:2
**December** [4] - 11:23, 12:17, 14:19, 22:17
**decree** [2] - 13:12, 13:15
**DEEPWATER** [1] - 1:5
**default** [1] - 23:22
**Defendant** [10] - 3:7, 3:10, 3:12, 3:15, 3:19, 3:22, 4:2, 4:8, 4:11, 4:15
**Denny** [1] - 26:13
**DENNY** [3] - 4:23, 26:13, 26:22
**DEPARTMENT** [2] - 2:17, 2:21

**Department** [2] - 24:18, 28:24
**deponents** [1] - 22:16
**deposition** [7] - 16:9, 16:11, 25:10, 26:8, 28:10, 28:11, 28:18
**Deposition** [1] - 6:8
**Depositions** [1] - 6:1
**depositions** [3] - 23:25, 28:8, 29:9
**deps** [1] - 6:2
**designate** [2] - 16:11, 16:15
**designates** [1] - 20:25
**designating** [1] - 20:21
**designations** [1] - 20:20
**designees** [1] - 21:17
**Designees** [1] - 6:2
**destroy** [1] - 31:21
**development** [1] - 7:10
**Dexter** [1] - 2:24
**diem** [1] - 30:1
**dignified** [1] - 20:4
**direct** [3] - 12:19, 14:24, 15:22
**disclaimer** [1] - 13:9
**discuss** [1] - 10:16
**discussed** [2] - 11:21, 27:21
**DISTRICT** [2] - 1:1, 1:2
**doable** [2] - 30:16, 30:18
**Doc** [1] - 5:21
**document** [5] - 21:4, 23:8, 23:13, 27:17
**Document** [1] - 5:20
**document-by-document** [1] - 23:13
**Documentation** [1] - 5:19
**documents** [8] - 8:13, 19:16, 23:12, 24:9, 31:18, 31:21, 32:12, 32:20
**dollar** [1] - 7:9
**Don** [5] - 8:24, 11:14, 11:16, 14:6, 14:8
**DONALD** [1] - 4:2
**done** [7] - 9:23, 10:12, 18:18, 18:22, 26:20, 26:25, 32:25
**door** [1] - 8:8
**DOUGLAS** [1] - 3:5
**Dowdy** [1] - 13:17
**down** [1] - 13:9
**Dr** [2] - 6:9, 30:5

3

**dropped** [1] - 10:16
**DUKE** [1] - 2:5
**during** [3] - 12:10, 27:21, 27:24

## E

**early** [3] - 14:19, 21:11, 21:14
**EASTERN** [1] - 1:2
**eDocs** [1] - 19:15
**EISERT** [1] - 4:22
**Eisert** [1] - 29:4
**either** [3] - 14:22, 15:1, 15:17
**ELLIS** [2] - 3:7, 3:10
**Ellis** [3] - 23:20, 28:19, 28:21
**Elm** [1] - 4:6
**email** [11] - 10:21, 10:22, 11:23, 12:17, 14:20, 15:1, 18:11, 18:12, 21:11, 29:4, 31:15
**emailed** [1] - 28:19
**employed** [4] - 12:2, 12:3, 12:9, 12:15
**employee** [1] - 14:2
**encourage** [1] - 9:22
**endorsement** [1] - 9:20
**Energy** [2] - 24:18, 28:24
**enforce** [1] - 14:15
**ENFORCEMENT** [1] - 2:20
**Engelbert** [2] - 19:14, 19:18
**entered** [2] - 13:13, 30:22
**ENVIRONMENTAL** [1] - 2:20
**equipment** [1] - 25:16
**ERIKA** [1] - 4:5
**especially** [1] - 30:15
**ESQ** [39] - 2:2, 2:5, 2:8, 2:11, 2:14, 2:18, 2:21, 2:24, 3:2, 3:5, 3:7, 3:8, 3:10, 3:13, 3:16, 3:16, 3:17, 3:20, 3:23, 4:2, 4:3, 4:3, 4:4, 4:4, 4:5, 4:5, 4:8, 4:9, 4:12, 4:15, 4:19, 4:19, 4:20, 4:20, 4:21, 4:21, 4:22, 4:23, 4:24
**eventually** [1] - 32:20
**exactly** [1] - 32:22
**examination** [1] -

15:22, 16:14
**excepts** [1] - 16:11
**excuse** [2] - 8:22, 16:1
**Exhibit** [2] - 5:8, 6:8
**exhibit** [2] - 8:7, 28:5
**Exhibits** [3] - 5:5, 5:7, 6:8
**exhibits** [6] - 8:1, 9:21, 9:23, 10:7, 10:15, 10:17
**expect** [1] - 17:22
**expecting** [1] - 21:24
**expert** [6] - 13:16, 13:18, 14:19, 15:8, 15:10, 15:22
**expressed** [1] - 30:9
**extra** [1] - 27:7
**extracted** [1] - 23:12

## F

**face** [1] - 7:22
**facilitate** [3] - 12:5, 12:19, 21:25
**Fact** [1] - 6:1
**fact** [2] - 10:5, 15:7
**Faith** [1] - 6:8
**faith** [1] - 28:5
**fall** [1] - 24:3
**Fannin** [1] - 3:17
**far** [3] - 18:16, 21:12, 30:2
**fast** [1] - 7:24
**favorably** [1] - 20:22
**FCRR** [3] - 1:19, 33:10, 33:11
**February** [3] - 17:14, 17:25, 27:18
**Federal** [1] - 2:17
**federal** [1] - 27:9
**felt** [1] - 23:1
**fi** [1] - 17:10
**Fifteenth** [1] - 3:11
**fight** [1] - 18:21
**figure** [2] - 31:22, 32:6
**file** [4] - 9:6, 9:7, 9:8, 15:3
**filed** [2] - 11:5, 14:22
**final** [1] - 12:8
**fine** [3] - 15:20, 18:2, 21:2
**FIRM** [1] - 2:7
**firm** [1] - 27:12
**first** [3] - 11:18, 28:4, 32:3
**FITCH** [3] - 4:15, 31:7, 31:10
**five** [1] - 10:8
**FLEMING** [1] - 4:4
**follow** [6] - 11:8,

18:15, 19:22, 22:19, 23:6
**follow-up** [5] - 18:15, 19:22, 22:19, 23:6
**following** [2] - 9:19, 29:10
**fooling** [1] - 30:3
**foregoing** [1] - 33:8
**format** [1] - 32:15
**forth** [1] - 22:3
**forthright** [1] - 12:9
**forward** [3] - 19:9, 19:15, 22:11
**Francisco** [1] - 2:19
**FRIDAY** [1] - 7:1
**Friday** [5] - 9:5, 9:8, 15:24, 16:21, 33:1
**friends** [2] - 13:12, 25:25
**FRILOT** [1] - 3:12

## G

**GARUCLEAU** [1] - 3:23
**GASAWAY** [13] - 3:10, 18:25, 19:6, 19:12, 20:4, 21:8, 21:22, 22:14, 23:4, 28:8, 28:25, 29:17, 30:19
**Gate** [1] - 2:18
**GENERAL** [2] - 2:23, 3:2
**gentleman** [1] - 20:4
**George** [1] - 6:5
**girl** [1] - 25:1
**given** [2] - 8:25, 22:8
**Glad** [1] - 31:10
**GODWIN** [11] - 4:2, 4:2, 4:8, 8:22, 8:24, 9:4, 9:12, 11:13, 11:15, 13:2, 13:4
**Godwin** [2] - 8:24, 11:16
**Golden** [1] - 2:18
**Government** [1] - 2:18
**graettinger** [1] - 28:16
**Graettinger** [4] - 6:5, 27:16, 28:10, 28:12
**GRANT** [1] - 4:23
**Grant** [2] - 26:11, 26:13
**great** [3] - 7:10, 13:3, 32:25
**GROUP** [2] - 1:11, 2:4
**group** [2] - 16:24, 17:1
**Group** [1] - 5:2
**guess** [2] - 18:23, 24:25
**gULF** [1] - 1:6

**guys** [2] - 13:2, 13:5
**GWEN** [1] - 4:9

## H

**half** [1] - 12:12
**Halliburton** [6] - 8:4, 9:21, 11:16, 11:20, 12:2, 27:10
**hand** [2] - 16:13
**happy** [7] - 7:3, 7:5, 8:5, 11:25, 12:5, 12:21, 18:25
**Happy** [1] - 8:3
**Harvey** [3] - 23:11, 23:14, 24:6
**Haycraft** [1] - 14:6
**HB** [1] - 1:20
**heads** [2] - 13:24, 32:7
**heads-up** [2] - 13:24, 32:7
**hear** [2] - 8:6, 15:6
**heard** [2] - 8:15, 18:17
**hello** [1] - 13:6
**help** [3] - 7:20, 12:5, 23:23
**helpful** [2] - 13:1, 27:14
**HEMMELHOCK** [1] - 4:18
**hereby** [1] - 33:7
**HERMAN** [3] - 2:2, 2:2
**HESI's** [1] - 5:6
**hi** [1] - 9:17
**Hill** [4] - 6:4, 26:25, 27:4, 29:9
**HIMMELHOCK** [9] - 7:5, 7:7, 18:12, 18:15, 21:19, 24:22, 24:25, 25:5, 31:15
**holds** [1] - 32:17
**Hole** [1] - 21:5
**holidays** [2] - 8:6, 14:20
**Honor** [34] - 7:5, 7:7, 7:10, 8:3, 8:22, 8:24, 9:6, 9:13, 9:15, 10:2, 10:5, 11:13, 12:4, 13:4, 13:7, 13:25, 15:14, 16:1, 17:12, 18:25, 20:5, 20:11, 21:8, 21:19, 21:23, 23:9, 26:13, 26:22, 28:9, 30:1, 30:7, 30:19, 31:15, 32:11
**Honor's** [1] - 9:20
**HONORABLE** [1] - 1:12
**hope** [1] - 30:13
**hoped** [1] - 21:10

**hopefully** [2] - 7:24, 19:8
**hoping** [2] - 15:6, 18:21
**HORIZON** [1] - 1:5
**hotels** [1] - 27:22
**Houston** [9] - 2:12, 3:18, 3:23, 3:25, 4:10, 29:16, 29:21, 29:23, 29:25
**hummingbird** [1] - 30:6

## I

**idea** [2] - 7:12, 31:3
**IIAMS** [1] - 4:12
**IL** [1] - 3:9
**imagine** [1] - 16:10
**IN** [2] - 1:5, 1:5
**in-camera** [1] - 30:18
**InData** [1] - 8:14
**indeed** [1] - 20:25
**individual** [1] - 12:17
**info** [1] - 12:24
**information** [5] - 12:25, 24:19, 28:21, 29:7, 29:16
**installment** [1] - 28:4
**instead** [1] - 23:18
**intend** [2] - 15:12, 15:15
**intended** [1] - 32:2
**intention** [1] - 31:23
**interest** [1] - 13:9
**Interests** [3] - 2:18, 2:23, 3:2
**interfere** [1] - 32:10
**internally** [1] - 32:6
**intervention** [1] - 22:22
**involvement** [1] - 17:19
**Ira** [1] - 5:21
**IRPINO** [3] - 2:7, 2:8, 7:23
**issue** [8] - 8:17, 8:21, 9:19, 14:17, 21:12, 22:1, 23:2, 30:14
**issued** [1] - 21:16
**Issues** [2] - 5:20, 6:7
**issues** [6] - 8:11, 14:1, 18:17, 22:4, 22:6, 22:15
**item** [1] - 19:20

## J

**JANUARY** [1] - 7:1
**January** [13] - 1:6, 5:2,

11:18, 16:21, 17:22, 19:3, 21:12, 21:14, 24:5, 25:6, 25:7, 28:6, 31:22
**Jeff** [2] - 5:11, 14:18
**JEFFERY** [1] - 4:19
**jENNY** [1] - 4:3
**Jenny** [2] - 8:19, 8:24
**Jim** [2] - 11:17, 12:18
**JIM** [1] - 4:20
**JIMMY** [1] - 2:11
**JOE** [1] - 4:22
**Joe** [1] - 29:4
**Johnson** [1] - 23:19
**Judge** [7] - 11:15, 13:14, 16:18, 16:21, 17:3, 17:15, 31:11
**judge** [1] - 17:25
**JUDGE** [1] - 1:13
**JUSTICE** [2] - 2:17, 2:21

# K

**KANNER** [1] - 3:4
**KATZ** [1] - 2:2
**keep** [3] - 10:17, 20:6, 23:24
**KERRY** [1] - 3:13
**Kerry** [2] - 10:19, 13:25
**key** [1] - 28:12
**kind** [1] - 28:12
**Kirkland** [4] - 23:20, 28:18, 28:20, 29:3
**KIRKLAND** [2] - 3:7, 3:10
**knows** [1] - 20:21
**KRAUS** [1] - 3:5
**KUCHLER** [1] - 4:11
**KULLMAN** [1] - 2:13

# L

**LA** [8] - 2:3, 2:6, 2:10, 2:16, 3:6, 3:14, 3:21, 4:14
**Lamar** [1] - 4:9
**Land** [1] - 5:6
**Land-Offshore** [1] - 5:6
**Langan** [5] - 11:6, 14:6, 15:14, 29:6, 32:4
**LANGAN** [11] - 3:7, 7:10, 11:6, 11:11, 15:14, 15:25, 25:24, 26:3, 26:5, 26:9, 32:4
**Langsdale** [1] - 29:5

**Larry** [2] - 14:3
**Lasalle** [1] - 3:8
**last** [11] - 10:23, 16:23, 18:13, 21:4, 21:11, 24:11, 27:15, 27:21, 29:2, 29:12, 30:21
**LAUREN** [1] - 4:4
**LAW** [2] - 2:4, 2:7
**lawyer** [6] - 12:2, 12:4, 12:7, 12:17, 12:18, 12:19
**least** [3] - 12:10, 27:15, 30:21
**leaving** [2] - 26:3, 26:4
**Leifer** [1] - 5:21
**letter** [7] - 11:7, 11:17, 22:5, 22:7, 22:14, 22:19
**LEWIS** [1] - 2:13
**Liaison** [1] - 2:2
**Liao** [1] - 29:8
**LIFE** [1] - 2:15
**light** [1] - 25:24
**Limine** [1] - 5:12
**limited** [2] - 15:5, 19:12
**limiting** [1] - 14:4
**List** [1] - 5:10
**list** [7] - 8:7, 11:3, 13:14, 13:20, 14:5, 14:10, 28:5
**listed** [1] - 13:18
**Lists** [2] - 5:8, 6:8
**litigation** [1] - 20:7
**LLC** [5] - 2:4, 3:4, 3:12, 3:20, 4:12
**LLP** [4] - 3:7, 3:10, 3:15, 4:15
**load** [1] - 10:13
**location** [1] - 24:17
**lodged** [1] - 13:12
**logs** [1] - 19:11
**London** [7] - 29:2, 29:3, 29:9, 29:13, 29:14, 29:20, 30:2
**look** [2] - 30:24, 31:1
**looked** [1] - 22:7
**looking** [3] - 19:15, 19:25, 22:20
**looks** [2] - 8:10, 24:2
**loop** [1] - 23:19
**lost** [1] - 31:17
**LOUISIANA** [2] - 1:2, 7:1
**Louisiana** [2] - 1:21, 3:5
**love** [1] - 20:2
**lucky** [1] - 24:25

# M

**MAGISTRATE** [1] - 1:13
**mandated** [1] - 11:3
**manner** [1] - 18:16
**map** [1] - 10:16
**maritime** [2] - 14:18, 15:10
**MARK** [1] - 4:20
**Mark** [2] - 9:15, 9:17
**MARTINEZ** [1] - 4:3
**Mason** [3] - 6:4, 26:25, 27:4
**may-call** [1] - 13:18
**MAZE** [5] - 2:24, 7:21, 29:14, 29:21, 29:25
**MCCUTCHEN** [1] - 4:15
**McKinney** [1] - 3:24
**McMahan** [4] - 14:3, 14:5, 14:7
**mean** [2] - 16:1, 21:24
**meet** [5] - 21:17, 21:20, 21:25, 22:11, 22:20
**meet-and-confer** [5] - 21:17, 21:20, 21:25, 22:11, 22:20
**meeting** [1] - 17:9
**Megabus** [1] - 29:23
**mention** [3] - 19:20, 21:22, 28:9
**mentioned** [1] - 17:13
**Methods** [1] - 5:6
**MEXICO** [1] - 1:6
**MI** [2] - 18:3, 18:4
**MICHAEL** [1] - 2:18
**might** [1] - 25:16
**Mike** [4] - 6:4, 10:3, 17:17, 30:17
**MIKE** [1] - 4:21
**MILLER** [8] - 3:13, 10:20, 10:23, 13:25, 16:5, 16:8, 16:18, 21:1
**Miller** [1] - 13:25
**mind** [1] - 18:7
**mindful** [1] - 19:3
**minor** [1] - 8:11
**minute** [1] - 29:12
**minutes** [4] - 17:8, 26:3, 26:4, 27:9
**miss** [1] - 20:15
**misunderstanding** [1] - 23:3
**misunderstood** [1] - 22:25
**MITCHELL** [1] - 4:4

**Monday** [2] - 17:4, 19:18
**Montgomery** [2] - 2:25, 3:3
**morning** [9] - 7:3, 8:2, 8:3, 8:7, 9:15, 13:7, 18:25, 21:20, 22:21
**most** [3] - 17:10, 22:11, 30:15
**Motion** [1] - 5:22
**motion** [3] - 9:6, 11:8, 14:12, 14:22, 15:2, 15:3, 15:4, 15:13, 15:21, 20:8, 20:19, 20:24
**Motions** [2] - 5:12
**motions** [1] - 11:4
**motorcycle** [1] - 14:20
**move** [4] - 16:3, 24:16, 30:9, 30:10
**moving** [1] - 18:9
**MR** [82] - 7:10, 7:18, 7:21, 7:23, 8:3, 8:22, 8:24, 9:4, 9:12, 9:15, 9:18, 10:2, 10:5, 10:20, 10:23, 11:6, 11:11, 11:13, 11:15, 13:2, 13:4, 13:7, 13:25, 15:14, 15:25, 16:1, 16:5, 16:8, 16:18, 17:12, 17:18, 18:25, 19:6, 19:12, 20:4, 20:11, 20:15, 20:17, 21:1, 21:8, 21:22, 22:14, 23:4, 23:9, 23:16, 24:2, 24:9, 24:14, 24:16, 25:6, 25:13, 25:20, 25:24, 26:3, 26:5, 26:7, 26:9, 26:11, 26:13, 26:22, 27:1, 27:4, 27:17, 27:20, 27:25, 28:2, 28:8, 28:25, 29:14, 29:17, 29:21, 29:25, 30:1, 30:7, 30:19, 31:3, 31:7, 31:10, 32:4, 32:11, 32:19, 32:22
**MS** [9] - 7:5, 7:7, 18:12, 18:15, 21:19, 24:22, 24:25, 25:5, 31:15
**Muenster** [1] - 17:12
**music** [2] - 28:1, 28:2
**must** [1] - 22:24

# N

**name** [3] - 12:20, 14:2, 25:3

**named** [1] - 13:16
**names** [2] - 18:11, 24:22
**NAT** [1] - 4:22
**necessary** [1] - 9:10
**necessitates** [1] - 14:12
**need** [9] - 12:1, 12:22, 14:14, 18:24, 22:22, 24:20, 24:22, 29:3, 31:12
**negotiated** [1] - 26:12
**new** [9] - 13:11, 14:9, 14:13, 14:24, 15:3, 15:10, 22:4, 25:25
**NEW** [1] - 1:3, 2:16, 7:1
**New** [15] - 1:21, 2:3, 2:6, 2:10, 3:6, 3:14, 3:21, 4:14, 7:3, 7:5, 8:3, 18:25, 24:10, 27:22, 28:14
**news** [1] - 23:12
**next** [13] - 8:12, 9:5, 9:8, 15:11, 15:23, 15:24, 16:6, 16:16, 17:6, 21:18, 26:21, 29:9, 33:1
**NOMILLINI** [3] - 4:20, 9:15, 9:18
**Nomillini** [1] - 9:16
**note** [2] - 32:5
**nothing** [2] - 7:19, 7:21
**notice** [1] - 22:14
**noticed** [1] - 19:21
**November** [1] - 22:6
**number** [2] - 12:20, 14:2, 25:3
**numbers** [1] - 24:21
**NW** [2] - 3:11, 4:16

# O

**O'KEEFE** [4] - 16:1, 17:12, 17:18, 25:6
**O'Keefe** [1] - 2:3
**O'ROURKE** [22] - 2:21, 13:7, 23:9, 23:16, 24:2, 24:9, 24:14, 24:16, 25:13, 25:20, 26:7, 26:11, 27:1, 27:4, 27:17, 27:20, 27:25, 28:2, 31:3, 32:11, 32:19, 32:22
**O'Rourke** [5] - 13:6, 13:8, 23:9, 25:11, 32:11
**O'Rourke's** [1] - 25:24

**object** [1] - 18:1
**objected** [2] - 15:1, 27:23
**objection** [2] - 20:18, 32:9
**objections** [1] - 28:5
**Objections** [1] - 6:8
**obligations** [1] - 32:2
**obviously** [2] - 16:14, 21:24
**ocean** [1] - 29:22
**Oceaneering** [3] - 6:3, 23:7, 24:7
**OF** [6] - 1:2, 1:6, 2:17, 2:21, 2:23, 3:2
**office** [1] - 17:15
**officer** [2] - 12:1, 12:10, 14:4
**Official** [2] - 1:19, 33:7
**Offshore** [1] - 5:6
**oIL** [1] - 1:5
**OIL** [1] - 1:5
**old** [1] - 9:24
**ON** [1] - 1:6
**onboard** [1] - 10:10
**once** [2] - 10:12, 21:13
**One** [15] - 2:8, 3:23, 5:5, 5:16, 5:22, 6:10, 7:25, 16:21, 17:6, 17:21, 18:6, 20:9, 30:23, 30:25, 32:23
**ONE** [1] - 5:4
**one** [16] - 7:24, 8:20, 8:25, 10:9, 14:2, 14:4, 15:1, 15:5, 18:24, 25:13, 26:12, 30:6, 31:8, 32:8
**Open** [1] - 5:20
**Opening** [1] - 5:16
**opportunity** [2] - 8:25, 26:15
**oppose** [3] - 15:13, 15:15, 15:21
**opposed** [1] - 17:18
**opposition** [3] - 15:12, 16:2, 16:15
**optimism** [1] - 18:22
**Order** [1] - 11:3
**order** [9] - 19:2, 19:13, 19:17, 21:16, 22:1, 22:10, 31:20, 32:3, 32:16
**orderly** [1] - 15:16
**orders** [2] - 30:22, 30:25
**Orders** [1] - 6:10
**originally** [1] - 13:18
**ORLEANS** [3] - 1:3, 2:16, 7:1
**Orleans** [10] - 1:21,

2:3, 2:6, 2:10, 3:6, 3:14, 3:21, 4:14, 27:22, 28:14
**otherwise** [1] - 25:9
**own** [2] - 12:4, 12:17

**P**

**pain** [1] - 23:15
**PAN** [1] - 2:15
**paragraph** [1] - 11:18
**part** [2] - 25:15, 27:12
**particular** [1] - 30:14
**parties** [5] - 8:9, 9:22, 16:10, 17:3, 32:9
**partners** [1] - 10:9
**party** [1] - 20:25
**passed** [1] - 14:19
**past** [1] - 30:21
**PAUL** [1] - 2:14
**Paul** [3] - 11:23, 12:18
**pause** [1] - 19:25
**Paxton** [5] - 18:15, 19:21, 20:1, 20:3, 20:6
**pay** [1] - 21:6
**PC** [2] - 4:2, 4:8
**penalty** [2] - 31:19, 32:13
**pending** [1] - 21:6
**people** [7] - 16:14, 17:13, 24:20, 25:14, 29:1, 30:9, 30:17
**per** [1] - 30:1
**perfect** [1] - 21:21
**perhaps** [4] - 24:5, 25:20, 30:23, 31:1
**permitted** [1] - 14:25
**person** [2] - 15:5, 29:5
**pertains** [1] - 14:18
**PETRINO** [1] - 4:21
**phase** [3] - 5:19, 31:19, 32:13
**PHASE** [2] - 5:4, 5:18
**Phase** [19] - 5:5, 5:16, 5:22, 6:1, 6:7, 6:10, 6:11, 7:25, 16:20, 17:6, 17:21, 18:6, 20:9, 28:5, 30:23, 30:25, 31:1, 32:23
**phone** [3] - 7:4, 20:1, 26:12
**Picayune** [1] - 13:11
**pictures** [1] - 7:23
**PIGMAN** [1] - 3:19
**pint** [1] - 30:4
**Place** [1] - 2:8
**placeholder** [1] - 15:4
**plainest** [1] - 19:6
**plaintiffs** [1] - 27:8

**Plaintiffs** [3] - 2:7, 2:11, 2:13
**Plaintiffs'** [1] - 2:2
**planning** [2] - 17:13, 29:8
**played** [1] - 20:22
**plea** [1] - 25:25
**PO** [1] - 2:22
**point** [6] - 11:22, 14:15, 15:17, 29:17, 29:19, 31:4
**POLK** [1] - 4:11
**pop** [1] - 12:24
**possible** [1] - 19:6
**potentially** [1] - 32:1
**Poydras** [4] - 1:20, 2:5, 3:13, 4:13
**POYDRAS** [1] - 2:15
**practical** [1] - 28:16
**pre** [1] - 23:5
**pre-read** [1] - 23:5
**prefer** [1] - 15:3
**Preliminary** [1] - 6:8
**PREPARATION** [1] - 5:4
**preparing** [2] - 19:18, 27:1
**present** [1] - 16:14
**Pretrial** [3] - 5:12, 5:13, 11:3
**pretrial** [1] - 16:20
**pretty** [2] - 10:10, 16:24
**previous** [1] - 22:7
**previously** [2] - 22:5, 30:22
**private** [2] - 12:2, 27:9
**privilege** [1] - 19:10
**Probert** [2] - 11:19, 11:25
**problem** [4] - 9:25, 13:9, 17:17, 25:19
**procedural** [1] - 22:9
**procedurally** [1] - 22:2
**proceed** [1] - 15:16
**proceeding** [1] - 13:15
**Proceedings** [1] - 1:23
**proceedings** [1] - 33:2
**processed** [1] - 23:13
**produce** [2] - 11:25, 28:14
**production** [2] - 21:4, 23:8, 27:17
**Production** [3] - 5:19, 5:20, 5:21
**Professor** [1] - 5:21
**progress** [2] - 8:10, 24:10

**projector** [1] - 7:19
**promised** [1] - 10:8
**promptly** [1] - 19:23
**properly** [1] - 23:22
**proposal** [1] - 30:25
**propose** [1] - 27:20
**proposed** [1] - 17:4
**proposing** [1] - 27:18
**protective** [2] - 31:19, 32:16
**provide** [4] - 12:20, 17:4, 19:14, 25:2
**provided** [1] - 19:13
**PSC** [5] - 2:4, 9:6, 12:5, 30:5, 30:7
**PTO** [2] - 9:4, 14:1
**purposes** [1] - 31:1
**put** [5] - 7:22, 10:25, 14:5, 15:17, 17:8

**Q**

**Qs** [1] - 5:22
**questioning** [1] - 20:9
**questions** [2] - 7:15, 10:7
**Quirk** [2] - 11:20, 12:15
**quirk** [1] - 12:20

**R**

**RACHEL** [1] - 3:16
**Rachel** [1] - 31:14
**raised** [1] - 22:15
**raises** [1] - 32:9
**rather** [1] - 9:24
**RE** [1] - 1:5
**reached** [2] - 20:17, 31:24
**reaction** [1] - 19:8
**read** [2] - 13:11, 23:5
**ready** [3] - 9:9, 17:10, 18:1
**real** [1] - 26:6
**reason** [1] - 19:25
**reasons** [1] - 28:15
**rebuttal** [2] - 13:17, 13:19
**receiving** [1] - 19:10
**recognize** [1] - 19:16
**recognizing** [1] - 22:9
**recommend** [1] - 27:25
**record** [2] - 18:13, 27:2
**Recorded** [1] - 1:23
**records** [1] - 32:1
**REDDEN** [1] - 3:22
**refer** [1] - 20:2

**regard** [6] - 9:1, 9:7, 10:17, 11:17, 21:17, 29:1
**regarding** [1] - 12:5
**reimbursement** [2] - 21:5, 21:10
**Reimbursement** [1] - 5:23
**released** [1] - 19:17
**relevant** [4] - 12:10, 31:18, 32:1, 32:13
**remained** [1] - 17:11
**remember** [1] - 17:7
**remove** [2] - 10:24, 11:4
**replies** [1] - 30:11
**reply** [3] - 8:23, 9:6, 30:12
**report** [11] - 7:25, 8:5, 13:17, 14:23, 15:22, 18:11, 21:5, 30:5, 30:10, 30:12, 30:13
**Reporter** [2] - 1:19, 33:7
**reports** [1] - 15:8
**request** [5] - 12:13, 12:21, 23:6, 26:15, 26:19
**requested** [2] - 11:19, 18:12
**requests** [1] - 12:5
**require** [1] - 17:19
**reserving** [1] - 13:13
**resolution** [1] - 21:9
**resolved** [1] - 22:1
**respect** [2] - 22:15, 26:7
**respond** [1] - 9:1
**responded** [2] - 18:16, 22:7
**responding** [1] - 30:12
**response** [6] - 9:9, 11:22, 18:8, 19:7, 20:19, 32:24
**responses** [1] - 30:11
**restaurant** [1] - 27:25
**result** [1] - 14:19
**review** [1] - 23:13
**reviewed** [1] - 10:7
**RICHARD** [1] - 4:9
**RICHARDSON** [1] - 4:12
**RIG** [1] - 1:5
**ripe** [1] - 20:21
**RMR** [1] - 1:19
**road** [1] - 13:10
**Rob** [3] - 21:4, 28:7, 29:15
**ROBERT** [1] - 3:10

**Roberts** [1] - 7:13
**ROBERTS** [1] - 3:16
**rOBERTS** [1] - 7:18
**roll** [2] - 17:10, 18:2
**rolling** [1] - 11:2
**RONQUILLO** [2] - 4:2, 4:8
**Room** [1] - 2:19
**room** [3] - 13:12, 17:2, 25:16
**Rowe** [2] - 11:20, 12:3
**Rowe's** [1] - 12:7
**ROY** [1] - 4:20
**Rule** [1] - 14:3
**rule** [1] - 23:2
**RUSNAK** [2] - 2:11
**RYAN** [1] - 3:8

## S

**SALLY** [1] - 1:12
**San** [1] - 2:19
**Santa** [1] - 18:21
**Santos** [2] - 23:19, 24:7
**Sarah** [7] - 7:6, 18:11, 19:21, 19:23, 22:20, 25:3, 32:5
**SARAH** [2] - 4:12, 4:18
**saw** [6] - 10:21, 20:23, 21:11, 31:7, 32:8
**scheduled** [1] - 21:20
**SCHELL** [1] - 4:11
**SCT** [1] - 2:20
**SEAN** [2] - 4:4, 4:24
**search** [3] - 23:16, 23:17, 23:20
**seat** [1] - 7:17
**seatbelts** [1] - 19:19
**Seating** [1] - 5:16
**second** [1] - 14:17
**SECREST** [1] - 3:22
**Secretary** [3] - 24:16, 26:7, 26:9
**secretary's** [1] - 25:10
**secure** [5] - 24:20, 25:15, 28:23, 28:25
**Security** [3] - 24:21, 25:3
**security** [3] - 24:23, 29:1, 29:2
**see** [17] - 9:25, 12:21, 13:11, 16:5, 17:21, 18:10, 18:20, 19:19, 20:1, 20:8, 20:18, 23:5, 23:23, 25:14, 26:24, 32:5, 33:1
**seek** [1] - 14:23
**seeking** [1] - 14:24

**selected** [1] - 27:6
**send** [2] - 13:2, 31:15
**sense** [3] - 21:9, 22:11, 28:17
**sent** [5] - 14:20, 18:12, 22:15, 24:24, 29:4
**separate** [1] - 31:23
**set** [3] - 22:10, 24:7, 24:17
**settlement** [1] - 13:21
**settlements** [1] - 26:17
**Setup** [1] - 5:15
**shift** [1] - 14:10
**short** [2] - 11:7, 24:6
**SHUSHAN** [1] - 1:12
**shut** [1] - 15:17
**SINCLAIR** [1] - 3:2
**situation** [1] - 14:21
**small** [1] - 16:24
**snafus** [1] - 29:12
**Social** [2] - 24:20, 25:3
**Software** [1] - 1:24
**solely** [1] - 13:17
**solve** [1] - 30:13
**somewhat** [1] - 28:25
**sorry** [2] - 22:24, 23:2
**sought** [1] - 14:23
**space** [3] - 17:9, 18:3, 18:4
**spaces** [1] - 17:11
**specific** [1] - 22:21
**specifically** [1] - 13:16
**SPILL** [1] - 1:5
**spoken** [1] - 12:11
**stand** [2] - 7:13, 18:10, 23:8
**standpoint** [1] - 14:18
**Start** [1] - 5:16
**State** [4] - 2:23, 3:2, 3:4, 31:20
**state** [1] - 27:9
**Statements** [1] - 5:16
**STATES** [2] - 1:1, 1:13
**States** [3] - 2:20, 13:8, 23:10
**status** [1] - 14:4
**stay** [1] - 20:19
**Stenography** [1] - 1:23
**STEPHEN** [1] - 2:2
**Sterbcow** [2] - 10:20, 11:23
**STERBCOW** [2] - 2:13, 2:14
**Sterbcow's** [1] - 10:21
**Steve** [15] - 7:13, 7:15, 7:17, 9:11, 9:12,

12:18, 13:7, 16:8, 17:12, 20:10, 23:9, 25:19, 28:19, 31:4, 32:11
**Steve's** [1] - 11:17
**STEVEN** [2] - 2:21, 3:16
**still** [6] - 12:3, 12:11, 18:3, 21:6, 23:24, 24:4
**STONE** [1] - 3:19
**STRADLEY** [1] - 4:21
**STREET** [1] - 2:15
**Street** [12] - 1:20, 2:5, 2:9, 3:5, 3:11, 3:13, 3:17, 3:21, 3:24, 4:6, 4:13, 4:16
**strike** [1] - 20:8
**Strike** [1] - 5:22
**subject** [3] - 14:3, 19:17, 31:19
**subpoena** [2] - 12:1, 14:15
**substitute** [1] - 16:3
**suggested** [1] - 23:16
**suggestions** [1] - 11:11
**Suite** [8] - 2:6, 2:9, 3:14, 3:18, 3:24, 4:6, 4:10, 4:13
**SUITE** [1] - 2:16
**Sumit** [2] - 17:7, 17:13
**surprise** [2] - 22:9, 22:24
**surprised** [1] - 22:2
**SUSAN** [2] - 1:19, 33:10
**Susan** [2] - 33:7, 33:11
**susan_zielie@laed. uscourts.gov** [1] - 1:21
**SUTHERLAND** [1] - 3:15
**swear** [1] - 7:11
**swearing** [1] - 7:14

## T

**table** [2] - 8:17, 26:4
**talks** [1] - 11:18
**team** [1] - 10:6
**teams** [1] - 17:23
**technical** [3] - 17:14, 17:18, 17:21
**TELEPHONICALLY** [1] - 4:18
**tentative** [1] - 26:6
**terms** [7] - 19:6, 19:15, 22:3, 22:21,

23:16, 23:17, 23:21
**testimony** [5] - 14:24, 16:9, 16:15, 20:20, 20:25
**THE** [88] - 1:2, 1:5, 1:5, 1:12, 7:3, 7:6, 7:8, 7:12, 7:19, 7:22, 7:24, 8:16, 8:23, 9:3, 9:11, 9:14, 9:17, 9:25, 10:4, 10:11, 10:21, 10:24, 11:10, 11:12, 11:14, 12:24, 13:3, 13:6, 13:23, 15:11, 15:20, 16:4, 16:7, 16:13, 16:19, 17:17, 17:20, 18:9, 18:14, 18:19, 19:4, 19:10, 19:24, 20:6, 20:13, 20:16, 20:23, 21:2, 21:15, 21:21, 22:13, 22:23, 23:7, 23:15, 24:1, 24:8, 24:12, 24:15, 24:24, 25:1, 25:7, 25:18, 25:22, 26:2, 26:4, 26:18, 26:23, 27:3, 27:13, 27:19, 27:24, 28:1, 28:3, 28:23, 29:11, 29:19, 29:23, 30:3, 30:15, 30:20, 31:4, 31:9, 31:12, 32:8, 32:17, 32:21, 32:23, 32:25
**they've** [1] - 17:14
**thinking** [2] - 7:14, 15:18
**thinks** [1] - 9:11
**thoughts** [1] - 22:3
**Thursday** [6] - 15:23, 16:6, 16:16, 17:22, 17:23, 17:24
**Tim** [4] - 11:19, 11:20, 11:25, 12:15
**timely** [1] - 18:16
**Times-Picayune** [1] - 13:11
**timing** [1] - 22:22
**TO** [4] - 16:2, 20:18, 20:22, 20:24
**TO's** [1] - 15:18
**today** [7] - 7:19, 11:5, 13:10, 16:5, 16:7, 20:14, 31:12
**today's** [1] - 17:8
**TOLEDO** [1] - 4:5
**TOM** [2] - 3:23, 4:23
**tommy** [1] - 12:3
**Tommy** [2] - 11:20, 12:7
**Tony** [4] - 29:8, 30:21,

31:5, 31:9
**Tony's** [1] - 31:3
**took** [1] - 8:6
**tragic** [1] - 14:19
**Transaction** [1] - 26:11
**transcript** [1] - 33:8
**Transcription** [1] - 1:23
**Transocean** [6] - 13:20, 13:25, 14:2, 26:14, 27:6, 27:9
**Transocean's** [4] - 5:22, 13:17, 14:17, 20:8
**Trevor** [2] - 6:4, 29:9
**TREX** [3] - 5:6, 8:17, 9:1
**trial** [7] - 10:14, 12:6, 14:11, 14:16, 16:22, 17:1, 17:2
**Trial** [2] - 5:16, 5:16
**trials** [1] - 17:25
**trick** [1] - 19:8
**troublesome** [1] - 25:17
**try** [3] - 19:16, 26:20, 30:8
**trying** [3] - 16:25, 23:24, 27:22
**Tuesday** [6] - 5:2, 9:1, 21:20, 22:12, 22:19, 22:21
**TWO** [1] - 5:18
**two** [10] - 8:19, 12:12, 14:1, 17:25, 24:11, 24:23, 27:5, 27:6, 30:10, 30:11
**Two** [7] - 5:19, 6:1, 6:7, 6:11, 28:5, 30:23, 31:1
**TX** [5] - 2:12, 3:18, 3:25, 4:7, 4:10
**type** [1] - 29:2

## U

**UCSB** [1] - 5:21
**under** [2] - 7:22, 9:4
**UNDERHILL** [3] - 2:18, 10:2, 10:5
**Underhill** [2] - 9:25, 10:3
**UNDERWOOD** [1] - 30:1
**uniformly** [1] - 9:22
**United** [3] - 2:20, 13:8, 23:10
**UNITED** [2] - 1:1, 1:13
**University** [2] - 18:21,

24:13
**unless** [4] - 20:12, 31:23, 32:8, 32:21
**up** [20] - 7:16, 9:19, 10:13, 13:24, 15:11, 15:17, 17:6, 18:15, 19:22, 20:24, 22:10, 22:19, 23:6, 24:7, 25:12, 26:20, 32:6, 32:7
**update** [1] - 23:11
**updated** [1] - 19:10
**uploaded** [1] - 8:13
**urging** [2] - 19:3, 19:4
**US** [8] - 2:17, 2:21, 5:20, 6:2, 10:3, 21:17, 22:16, 28:16
**USDOJ** [2] - 4:18, 4:22

## V

**venue** [1] - 28:2
**version** [4] - 9:21, 9:23, 9:24, 24:6
**versions** [1] - 10:13
**videotaping** [1] - 25:15
**virtue** [1] - 14:3
**volunteer** [2] - 30:24, 31:2
**volunteering** [1] - 31:5

## W

**wait** [1] - 16:5
**walk** [2] - 17:21, 17:24
**walk-through** [2] - 17:21, 17:24
**walked** [1] - 8:7
**WALTHER** [1] - 3:19
**wants** [4] - 10:25, 20:12, 23:7, 23:23
**WARREN** [1] - 4:15
**Washington** [6] - 2:22, 3:3, 3:11, 4:16, 24:18, 27:20
**wayside** [1] - 24:3
**Wednesday** [2] - 17:23, 25:8
**weeds** [1] - 31:17
**week** [15] - 8:12, 15:16, 17:24, 17:25, 18:13, 21:13, 21:16, 21:18, 26:21, 28:11, 28:17, 28:21, 29:9, 29:10, 31:10
**weeks** [4] - 24:11, 24:23, 30:10, 30:11
**WEINER** [1] - 4:11

**welcome** [1] - 16:19
**WHITELEY** [1] - 3:4
**WHOI** [1] - 5:23
**wi** [1] - 17:10
**wi-fi** [1] - 17:10
**will-call** [3] - 13:20, 14:5, 14:10
**WILLIAMS** [3] - 2:4, 2:5, 3:17
**WILLIAMSON** [2] - 2:11, 2:11
**willing** [1] - 28:14
**willingness** [1] - 31:9
**wind** [1] - 31:7
**WINFIELD** [1] - 3:2
**winner** [1] - 24:25
**wired** [2] - 17:10, 17:11
**withdrawing** [2] - 13:10, 13:22
**Witness** [1] - 5:10
**witness** [16] - 7:13, 11:3, 11:4, 13:10, 13:14, 13:16, 14:1, 14:5, 14:9, 14:13, 14:17, 14:25, 15:4, 15:10
**witnesses** [2] - 11:19, 15:9
**WITTMAN** [1] - 3:20
**Wolfe** [2] - 5:11, 14:18
**Wolfe's** [2] - 14:23, 15:22
**wondering** [1] - 30:24
**Woods** [1] - 21:5
**word** [2] - 10:23, 30:6
**WORKING** [1] - 1:11
**writing** [1] - 9:1
**written** [1] - 9:9
**wrote** [1] - 11:23

## Y

**Year** [4] - 7:3, 7:5, 8:3, 19:1
**year** [3] - 7:8, 12:11, 29:2
**Years** [1] - 24:10
**years** [1] - 12:12
**yesterday** [5] - 12:7, 13:13, 14:6, 19:2, 31:16
**Yoakum** [1] - 2:12
**YORK** [2] - 4:8, 8:3
**York** [2] - 8:4, 10:6
**York's** [1] - 9:19

## Z

**Zielie** [2] - 33:7, 33:11

**ZIELIE** [2] - 1:19, 33:10