IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG  õDEEPWATER HORIZONö in the  GULF OF MEXICO, on  APRIL 20, 2010 | § § § § § | MDL NO. 2179  SECTION J |
| This document relates to:  NO. 2:12 CV 529  Agro | § § § § | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

**ORDER OF DISMISSAL OF PLAINTIFFS, JAMES VICKERS, ONLY**

**BE IT REMEMBERED** that in the above styled and numbered Cause came on this date to be heard Motion to Dismiss of Plaintiffs, James Vickers ONLY, and the Court, being of the opinion that same should be granted;

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** by the Court that the cause of action as to the Plaintiffs, James Vickers **ONLY**, in the above styled cause, is hereby nonsuited without prejudice, with the costs of the Court being adjudged against the party incurring same.

**SIGNED** this the _____ day of _____, 2012.

_____
HONORABLE JUDGE PRESIDING