# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

January 8, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Steven O'Rourke
Sarah D. Himmelhoch
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044

Re:   MDL 2179 — Videotaping Secretary Chu's Deposition

Dear Judge Shushan, Steve and Sarah:

Per the Court's January 7, 2013 Working Group Order, BP writes to officially request the videotaping of the scheduled January 24, 2013 deposition of Secretary Steven Chu.

The ordinary rule is that deposition testimony may be videotaped if provided for in the deposition notice and unless the Court orders otherwise. *See* Fed. R. Civ. P. 30(b)(3)(A). Although Phase 2 depositions of individuals in their personal capacity have proceeded without formal notices, the parties' standard practice in lieu of issuing a formal notice has been to videotape all depositions — including the depositions of senior executives from BP and other defendants.

So too should Secretary Chu's deposition be videotaped. Indeed, videotaping is especially important here, given Secretary Chu's central role in coordinating the United States' efforts in response to the spill, and the possible difficulty of coordinating a live trial appearance by Secretary Chu with his schedule of official duties.

Chicago   Hong Kong   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
Steven O'Rourke
Sarah D. Himmelhoch
January 8, 2013
Page 2

      The United States nevertheless requests that parties to consider foregoing this standard practice "because it's a secure building and getting all that equipment into the conference room might be troublesome." (01/04/2013 Working Gr. Conf. Tr. 25:13-17.)

      Given that more than two weeks remain between today and the January 24 deposition, BP hopes that appropriate arrangements could be made to clear the video equipment through security, just as the stenographer's equipment will need to be cleared.

      But if the United States is unable to arrange for videotaping the deposition at its proposed location, BP hereby renews its long-standing offer to host Secretary Chu's deposition at the Washington, D.C., offices of Kirkland & Ellis LLP, where a secure environment that includes both stenographic and video equipment can readily be arranged.

Sincerely,

Robert R. Gasaway

cc (by electronic mail):

Michael O'Keefe
United States' MDL Counsel
Plaintiffs' Liaison Counsel
Defense Liaison Counsel
Joel M. Gross