UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| *Relates to:* No. 12-970 | § § § | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Pursuant to Section 4.4.15 of the Economic and Property Damages Settlement Agreement, Class Counsel developed a televised advisory with the participation and approval of the Claims Administrator.

In light of comments made by BP, the Parties agreed to a modification which has been approved by the Claims Administrator.

The revised advisory has been provided to BP, who has raised no objection.

Now, therefore:

**IT IS ORDERED** that, in accordance with Section 4.4.15 of the Economic and Property Damages Settlement Agreement, the televised advisory submitted by Class Counsel be and is hereby approved by the Court.

New Orleans, Louisiana this 9th day of January, 2013.

**Carl J. Barbier**
**U.S. DISTRICT COURT JUDGE**