UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br>2:12-cv-01483<br>2:12-cv-01484<br>2:12-cv-01485<br>2:12-cv-02194<br>2:12-cv-02048<br>2:12-cv-02155<br>2:12-cv-00988<br>2:12-cv-01295<br>2:12-cv-2338<br>2:12-cv-00381<br>Unfiled Medical Benefits Class Members, and<br>Unfiled Economic and Property Damages<br>Class Members | Magistrate Judge Shushan |

**PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION OF ORDER**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who ask this Honorable Court for clarification on the meaning of the Order (Doc 594) which attached a letter drafted by Donald K. Haycraft on behalf of BP and which attached a portion of a court transcript. (Ex. "A.") The matter to be clarified is whether or not a claimant who presented a claim to the GCCF will be considered as having made an OPA claim under the statute.

As multitude of claimants and their counsel relied upon the contents of the Court's order, the attached letter thereto, and court transcript as part of the action of making their

1

claims to the GCCF, Plaintiffs seek an order which establishes that claimants who submitted their claims to the GCCF have satisfied the presentment requirements of the OPA.  Those submissions did not require signature by the claimant, and could be submitted by agents of the claimants, including their own lawyers.  Therefore, Plaintiffs seek an order confirming that no claimant is required to physically sign the presentment of their claim in order to satisfy presentment requirements of the OPA, but rather presentment is satisfied if the claim is submitted by their counsel.

As grounds therefore Plaintiffs would show:

On July 27, 2010, Defendant BP, through its lead counsel, Donald Haycraft, responded to the Court's inquiry in open court in the following dialogue:

> THE COURT: Just so it's clear, because there was some confusion, at least expressed by -- I've seen reports or comments by lawyers or other interested parties, claimants, whatever, confusion as to the interaction -- or how does what Mr. Feinberg's going to be doing relate to the OPA claims process.
> As I understand it, basically, when he is up and running, sometime in August, it's going to take the place of BP running the OPA claims process; right?
>
> MR. HAYCRAFT: That's correct, Your Honor.
>
> THE COURT:  **So then anyone who presents a claim to Mr. Feinberg will be considered as having made an OPA claim under the statute.**
>
> MR. HAYCRAFT:  *That's correct, Your Honor*.

(Hr'g. Tr. 22:19 - 23:7, July 27, 2010.)  (Emphasis added.)  (Ex. "A.")

Many thousands of claims were made to the GCCF, which were directed by Mr. Feinberg.  Of those claims, most were likely made without signatures of the actual claimant when submitted by their representative lawyers and were accepted, processed by the GCCF, and in some cases with payments made to some claimants by BP.  Claimant Plaintiffs, and their counsel, relied upon this understanding of the process in submitting claims to the GCCF.

A uniformly acceptable presentment process should include, by order of this Court, that all claimants who made presentment by filing their claims with the GCCF, including those without claimant signature, meet the requisites of presentment under the OPA and that no claimant is required to sign an OPA presentment if a representative lawyer submits his claim.

For these reasons, and the supporting Memorandum of Law in Support of Plaintiffs' Motion for Clarification, Plaintiffs move this Court in accordance with the above.

Respectfully submitted.

Dated on this 9th day of January 2013.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.


        By: /s/   Robert J. McKee

        Robert J. McKee, Esquire
        Florida Bar Number:  972614
        rmckee@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

        and

        Stuart H. Smith, Esquire
        Louisiana Bar Number:  17805
        ssmith@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        *Attorneys for Plaintiffs*

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Emergency Motion for Clarification.  Plaintiffs' Liaison Counsel has not agreed to support Plaintiffs' motion as of the date of this filing.

Dated on this 9th day of January 2013.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.

        By: /s/   Robert J. McKee

        Robert J. McKee, Esquire
        Florida Bar Number:  972614
        rmckee@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

        and

        Stuart H. Smith, Esquire
        Louisiana Bar Number:  17805
        ssmith@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Emergency Motion for Clarification has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January 2013.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.

        By: /s/   Robert J. McKee

        Robert J. McKee, Esquire
        Florida Bar Number:  972614
        rmckee@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

        and

        Stuart H. Smith, Esquire
        Louisiana Bar Number:  17805
        ssmith@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        *Attorneys for Plaintiffs*