UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 |
| | Section "J" |
| | Judge Barbier |
| This Document Relates to: 2:12-cv-01483 2:12-cv-01484 2:12-cv-01485 2:12-cv-02194 2:12-cv-02048 2:12-cv-02155 2:12-cv-00988 2:12-cv-01295 2:12-cv-2338 2:12-cv-00381 Unfiled Medical Benefits Class Members, and Unfiled Economic and Property Damages Class Members | Magistrate Judge Shushan |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION OF ORDER**

Plaintiffs with claims which are based on the Oil Pollution Act, have the prerequisite requirement to make a presentment of their claims to the responsible party. The language of the Act requires only the following: "all claims for removal costs or damages shall be presented first to the responsible party or guarantor of the source designated under section 2714(a) of this title." There is no statutory language which requires that only a claimant, under his/her own physical signature, as opposed to the signature of legal counsel, submit an OPA

claim presentment. It is quite apparent that this action of presentment amounts to not much more than a "notice" to the responsible party that such a claim exists, with opportunity to settle it, before litigation shall commence.

Plaintiffs represented by the undersigned law firms in reliance upon the Court's prior Order and its attachments (Doc 594) (Ex. "A"), as well as the admissions and stipulations of the responsible party BP (through its counsel), participated in the GCCF process in part to comply with OPA presentment requisites. These plaintiffs' claims were presented to the GCCF through their counsel, and virtually no plaintiff individually signed their claim filing with the GCCF. The GCCF processed many of these claims and made offers on some. Further, the GCCF issued final releases on behalf of BP without a requirement of the plaintiff to sign his claim presentment.

Counsel for BP affirmed or stipulated that "anyone who presents a claim to Mr. Feinberg [GCCF leader] will be considered as having made an OPA claim under the statute." (Hr'g. Tr. 22:19 - 23:7, July 27, 2010.) Therefore, Plaintiffs respectfully request this Court to enter an Order clarifying its prior order (which filed the letter and transcript of BP's counsel), that a submission of plaintiffs' claims to the GCCF constitutes presentment pursuant to the OPA requirements (33 U.S.C. 2713 (a), and that no Plaintiff is required to physically sign a claim for OPA presentment purposes if the claim was submitted by legal counsel.

Respectfully submitted.

Dated on this 9th day of January 2013.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF NON-SUPPORT**

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Emergency Motion for Clarification. Plaintiffs' Liaison Counsel has not agreed to support Plaintiffs' motion as of the date of this filing.

Dated on this 9th day of January 2013.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Memorandum in Support of Plaintiffs' Emergency Motion for Clarification has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January 2013.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.

        By: /s/   Robert J. McKee

        Robert J. McKee, Esquire
        Florida Bar Number:  972614
        rmckee@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

        and

        Stuart H. Smith, Esquire
        Louisiana Bar Number:  17805
        ssmith@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        *Attorneys for Plaintiffs*