```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                        :    MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG         :
       "DEEPWATER HORIZON" in the       :
       GULF OF MEXICO, on                :
       APRIL 20, 2010                    :    SECTION: J
                                         :
                                         :
                                         :    JUDGE BARBIER
                                         :    MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**ORDER**</u>

On October 22, 2010, the Court received the attached letter from Don K. Haycraft, Counsel for BP. In the letter, Mr. Haycraft states that BP acknowledges that presentment to the Gulf Coast Claims Facility ("GCCF") in accordance with the requirements of OPA 90 and GCCF procedures constitutes presentment to BP.

The Court hereby **ORDERS** that the letter be filed into the record.

New Orleans, Louisiana, this  22nd  day of  October , 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

# LISKOW&LEWIS
A Professional Law Corporation

| | | |
|---|---|---|
| One Shell Square<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>(504) 581-7979 Main<br>(504) 556-4108 Fax | 822 Harding Street<br>Post Office Box 52008<br>Lafayette, LA 70505<br>(337) 232-7424 Main<br>(337) 267-2399 Fax | First City Tower<br>1001 Fannin Street, Suite 1800<br>Houston, TX 77002<br>(713) 651-2900 Main<br>(713) 651-2908 Fax |

www.Liskow.com

October 22, 2010

Don K. Haycraft

Direct: (504) 556-4128
dkhaycraft@liskow.com

**Via Email**
Honorable Carl J. Barbier
United States District Judge
United States District Court
Eastern District of Louisiana
500 Camp Street, Section "J"
New Orleans, LA 70130

      In Re: Oil Spill By The Oil Rig "Deepwater Horizon" in the
           Gulf of Mexico, on April 20, 2010
           MDL-2179; Section J; Judge Barbier; Magistrate Shushan
           Our File No. 10451.084

Dear Judge Barbier:

At the October 15 status conference, the Court asked BP's counsel to confirm that presentment to the Gulf Coast Claims Facility (GCCF) constitutes presentment to BP as a designated Responsible Party under OPA 90. As we have stated previously, BP acknowledges that presentment to GCCF in accordance with the requirements of OPA 90 and GCCF procedures will be considered presentment under OPA 90, without any requirement that presentment be separately made to BP directly. The Court will recall this re-confirms what I said in open court in response to Your Honor's question on this subject at a hearing regarding oil sampling issues on July 27, 2010. For the Court's and the parties' convenience, I have enclosed an excerpt from that hearing.

Respectfully yours,

Don K. Haycraft

DKH/apf

Enclosure

cc: Liaison Counsel (with enclosure)

Case 2:10-md-02179-CJB-DPC Document 8108-2 Filed 01/02/13 Page 3 of 7
Case 2:10-md-02179-CJB-SS Document 594-2 Filed 10/22/10 Page 1 of 5

1

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


IN RE:  DEEPWATER HORIZON          *  Docket 10-1156 "J"
                                   *
                                   *  July 27, 2010
This Document Relates to:          *
                                   *  4:00 p.m.
All cases.                         *
                                   *
* * * * * * * * * * * * * * * * * *


                   PROCEEDINGS BEFORE THE
                 HONORABLE CARL J. BARBIER
                UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:         Domengeaux, Wright, Roy & Edwards
                            BY:  JAMES P. ROY, ESQ.
                            556 Jefferson Street
                            Suite 500
                            Post Office Box 3668
                            Lafayette, Louisiana 70502


For the Plaintiffs:         Lambert & Nelson
                            BY: HUGH LAMBERT, ESQ.
                            701 Magazine Street
                            New Orleans, Louisiana 70130


For the Plaintiffs          Smith Stag
                            BY:  MICHAEL G. STAG, ESQ.
                            365 Canal Street
                            Suite 2850
                            New Orleans, Louisiana 70130
```

```
 1   APPEARANCES:

 2
     For the Defendant:          Liskow & Lewis
 3                               BY:  DON K. HAYCRAFT, ESQ.
                                 BY:  RUSSELL K. JARRETT, ESQ.
 4                               701 Poydras Street
                                 Suite 5000
 5                               New Orleans, Louisiana 70130

 6

 7   Official Court Reporter:    Jodi Simcox, RMR, FCRR
                                 500 Poydras Street
 8                               Room HB-406
                                 New Orleans, Louisiana 70130
 9                               (504) 589-7780

10

11

12
     Proceedings recorded by mechanical stenography, transcript
13   produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25
```

PROCEEDINGS

(July 27, 2010)

1  THE DEPUTY CLERK: All rise.

2  THE COURT: Good afternoon, everyone. Please be seated.

3  THE DEPUTY CLERK: Civil Action 10-1156, *in re: DEEPWATER HORIZON*, for plaintiff's motion for collection and preservation of oil samples.

4  THE COURT: All right. Counsel, everyone who needs to sign in, we have a sign-in list up here, if you want to sign-in and show you were here, you can do that. If you haven't done that already, you can do that before you leave.

Okay. Who's going to speak on behalf of the plaintiffs, Mr. Roy?

MR. ROY: Your Honor, I'm going to introduce Skip Lambert and Mike Stag, who are actually handling the argument. Skip is going to speak to the Court and argue it.

THE COURT: Okay. Very well.

MR. LAMBERT: Good afternoon, Your Honor.

THE COURT: Good afternoon.

MR. LAMBERT: Hugh Lambert, also known as Skip, for the plaintiffs.

Your Honor, with regard to this motion, it's primarily intended to ensure the preservation of evidence that we know, or believe, strongly, has been collected since this --

Case 2:10-md-02179-CJB-DPC Document 8108-2 Filed 01/09/13 Page 6 of 7
Case 2:10-md-02179-CJB-SS Document 5342-2 Filed 10/22/10 Page 4 of 5

22

1        THE COURT: Okay. Anybody have anything else?
2               Mr. Haycraft?
3        MR. HAYCRAFT: Judge, I just wanted to give you a
4    brief status report as defense liaison counsel -- interim
5    counsel.
6               At each opportunity, when I take the podium, I
7    give an update on the amount of claims paid thus far. Through
8    37 claims offices, 82,600 checks have been issued to date.
9    There have been 131,000 claims to date. And as of yesterday, a
10   total of $251 million has been paid through the BP claims
11   process, which is part of the statutory responsibility that BP
12   has a responsible party under the Oil Pollution Act of 1990.
13              The Gulf Coast Claims Fund, the GCCF, under the
14   leadership of Mr. Feinberg, remains in a transition phase. And
15   Mr. Feinberg and his partner Mr. Rosen continue to meet with
16   state, local, federal, as well as plaintiffs lawyers, as well
17   as BP in formulating the game plan for that transition and for
18   taking over the BP claims process.
19       THE COURT: Just so it's clear, because there was
20   some confusion, at least expressed by -- I've seen reports or
21   comments by lawyers or other interested parties, claimants,
22   whatever, confusion as to the interaction -- or how does what
23   Mr. Feinberg's going to be doing relate to the OPA claims
24   process.
25              As I understand it, basically, when he is up and

1  running, sometime in August, it's going to take the place of BP
2  running the OPA claims process; right?
3          MR. HAYCRAFT:  That's correct, Your Honor.
4          THE COURT:  So then anyone who presents a claim to
5  Mr. Feinberg will be considered as having made an OPA claim
6  under the statute.
7          MR. HAYCRAFT:  That's correct, Your Honor.
8          THE COURT:  Okay.  All right.
9          MR. HAYCRAFT:  Thank you.
10         THE COURT:  All right.  Thank you.
11         MR. JARRETT:  Your Honor, I just -- just to make -- I
12 think I know the answer to the question, but just to make sure
13 that the record's completely clear:  It's the Court's position,
14 and I think this is also BP's position, that with respect to
15 source oil, that we're free to continue analyzing it, but we
16 need to preserve enough quantity that the plaintiff might have
17 future samples.
18         THE COURT:  Right.  Right.
19         MR. JARRETT:  But as to the weathered oil, those that
20 are in different sizes and shapes, we can continue to analyze
21 as we see appropriate, as long as the results of those are made
22 available at the appropriate time.
23         THE COURT:  Yes.
24         MR. JARRETT:  Thank you, Your Honor.
25         THE COURT:  All right.  Anybody have anything else?