UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br>2:12-cv-01483<br>2:12-cv-01484<br>2:12-cv-01485<br>2:12-cv-02194<br>2:12-cv-02048<br>2:12-cv-02155<br>2:12-cv-00988<br>2:12-cv-01295<br>2:12-cv-2338<br>2:12-cv-00381<br>Unfiled Medical Benefits Class Members, and<br>Unfiled Economic and Property Damages<br>Class Members | Magistrate Judge Shushan |

## ORDER GRANTING
## PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION OF ORDER

THIS CAUSE came before the Court upon Plaintiffs' Emergency Motion for Clarification of Order, and after being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That Plaintiffs' Emergency Motion for Clarification of Order be and the same is hereby granted.

1

2

      2.  That all Claimants who filed their claims with the GCCF, including those without Claimant signature, shall have met the requisites of presentment under OPA. No Claimant is required to sign an OPA presentment if a represented lawyer submits his claims.

      DONE AND ORDERED at New Orleans, Louisiana, on this \_\_\_\_ day of January 2013.

                                                _____
                                                CARL J. BARBIER
                                                UNITED STATES DISTRICT JUDGE