UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 <br><br> Section "J" <br><br> Judge Barbier |
| This Document Relates to: <br> 2:12-cv-01483 <br> 2:12-cv-01484 <br> 2:12-cv-01485 <br> 2:12-cv-02194 <br> 2:12-cv-02048 <br> 2:12-cv-02155 <br> 2:12-cv-00988 <br> 2:12-cv-01295 <br> 2:12-cv-2338 <br> 2:12-cv-00381 <br> Unfiled Medical Benefits Class Members, and <br> Unfiled Economic and Property Damages <br> Class Members | Magistrate Judge Shushan |

**PLAINTIFFS' MOTION AND INCORPORATED MEMORANDUM
FOR EXPEDITED RULING ON
PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION OF ORDER**

NOW INTO COURT, through undersigned counsel, come Plaintiffs who are represented by the undersigned counsel, and request this Honorable Court to grant an expedited ruling on Plaintiffs' Emergency Motion for Clarification of Order.  To avoid irreparable harm, the Plaintiffs pray that this Court address their pending emergency motion in advance of January 20, 2013, and as grounds would state:

1. The subject oil spill first occurred on April 20, 2010.

1

2.      Presentment of OPA claims is a pre-requisite to occur at least 90 days before the filing of suit.

3.      Plaintiffs, through their counsel, relied upon the prior notice that presentment was satisfied by submitting their claims to the GCCF, and did so.

4.      There is a recent dispute over whether the act of submitting claims to the GCCF satisfies presentment.

5.      Clarification is needed with regard to that issue since a failure to timely present the OPA claim could affect the ability to viably proceed with litigation. The date of January 20, 2013, appears to be a deadline for presentment in order to meet the requisites of timely filing.

6.      Time is of the essence as the apparent January 20, 2013, presentment deadline rapidly approaches.

WHEREFORE, Plaintiffs, through undersigned counsel, respectfully ask this Court to consider and to rule upon Plaintiffs' Emergency Motion for Clarification of Order on an expedited basis.

Respectfully submitted.

Dated on this 9th day of January 2013.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF NON-SUPPORT**

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Emergency Motion for Clarification. Plaintiffs' Liaison Counsel has not agreed to support Plaintiffs' motion as of the date of this filing.

Dated on this 9th day of January 2013.

                    KRUPNICK, CAMPBELL, MALONE,
                    BUSER, SLAMA, HANCOCK,
                    LIBERMAN & McKEE, P.A.

                    By: /s/    Robert J. McKee

                    Robert J. McKee, Esquire
                    Florida Bar Number:  972614
                    rmckee@krupnicklaw.com
                    12 Southeast Seventh Street, Suite 801
                    Fort Lauderdale, Florida  33301-3426
                    954-763-8181 telephone
                    954-763-8292 facsimile

                    and

                    Stuart H. Smith, Esquire
                    Louisiana Bar Number:  17805
                    ssmith@smithstag.com
                    SMITH STAG, L.L.C.
                    One Canal Place, Suite 2850
                    365 Canal Street
                    New Orleans, Louisiana  70130
                    (504) 593-9600 telephone
                    (504) 593-9601 facsimile

                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Emergency Motion for Clarification has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January 2013.

                                            KRUPNICK, CAMPBELL, MALONE,
                                            BUSER, SLAMA, HANCOCK,
                                            LIBERMAN & McKEE, P.A.

                                            By: /s/ Robert J. McKee

                                            Robert J. McKee, Esquire
                                            Florida Bar Number:  972614
                                            rmckee@krupnicklaw.com
                                            12 Southeast Seventh Street, Suite 801
                                            Fort Lauderdale, Florida  33301-3426
                                            954-763-8181 telephone
                                            954-763-8292 facsimile

                                            and

                                            Stuart H. Smith, Esquire
                                            Louisiana Bar Number:  17805
                                            ssmith@smithstag.com
                                            SMITH STAG, L.L.C.
                                            One Canal Place, Suite 2850
                                            365 Canal Street
                                            New Orleans, Louisiana  70130
                                            (504) 593-9600 telephone
                                            (504) 593-9601 facsimile

                                            *Attorneys for Plaintiffs*