UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 |
| | Section "J" |
| | Judge Barbier |
| This Document Relates to: 2:12-cv-01483 2:12-cv-01484 2:12-cv-01485 2:12-cv-02194 2:12-cv-02048 2:12-cv-02155 2:12-cv-00988 2:12-cv-01295 2:12-cv-2338 2:12-cv-00381 Unfiled Medical Benefits Class Members, and Unfiled Economic and Property Damages Class Members | Magistrate Judge Shushan |

**ORDER GRANTING
PLAINTIFFS' MOTION FOR EXPEDITED RULING ON
PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION OF ORDER**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Expedited Ruling on Plaintiffs' Emergency Motion for Clarification of Order, and after being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That Plaintiffs' Motion for Expedited Ruling on Plaintiffs' Emergency Motion for Clarification of Order be and the same is hereby granted.

1

2

DONE AND ORDERED at New Orleans, Louisiana, on this \_\_\_\_ day of January 2013.

                                                          _____
                                                          CARL J. BARBIER
                                                          UNITED STATES DISTRICT JUDGE