| Full Scope Services File # | GCCF Number | Claimant Name | Busines Name | Individual or Business Entity | Outstanding Invoice Amout |
|---|---|---|---|---|---|
| BP-000783 | 3237295 | Jim Lafitte | A Plus Professional Painting | Sole Proprietorship | $5,610.00 |
| BP-001055 | 3498069 | Betty Holley | A&B Tax Services | Sole Proprietorship | $7,110.00 |
| DMA-000001 | Unknown | Mark Snodgrass | AAA Transfer & Storage, INC | INC | $3,360.00 |
| BP-001161 | 3109246 | James Deslonde | AAVID Presentation System, LLC | LLC | $4,812.50 |
| SLG-000216 | 3583271 | Jeffrey Wild | Adventure RV, Inc | INC | $7,110.00 |
| SLG-000201 | 3581845 | Michael Muzychko | Affordable Stucco Inc. | INC | $2,500.00 |
| BP-001262 | 3580535 | Phillip Dunham | Air Systems Inc | INC | $4,860.00 |
| BCA-000049 | 1035499 | Robert McElroy | Alabama Inshore Fishing Charters, LLC | LLC | $2,500.00 |
| BP-001263 | 1156038 | Alan Alario | Alan Alario Inc | INC | $11,905.00 |
| BP-001005 | Unknown | Patrick Aldrich | Aldrich's Seeside Cleening, Inc. | INC | $6,360.00 |
| BP-000801 | 3504389 | Babe Ray Musgrove | All Pro Power, Inc | INC | $9,180.00 |
| SLG-000018 | 3560234 | Terri Belle-Witty | Allsite Concrete Inc | INC | $3,155.00 |
| BP-001135 | 3021765 | Darren W. Bolotte | Aluma Leasing Services, LLC | LLC | $1,530.00 |
| BP-001115 | 3437557 | Cleveland Campbell | American Family Investments, Inc DBA American Concrete Supply | INC | $9,180.00 |
| BP-001126 | 3402922 | Albert Sibilla | Amps II Wattz | Sole Proprietorship | $2,055.00 |
| BP-000469 | 3412006 | Kevin Moore | A-Plus Packaging & Shipping | INC | $8,625.00 |
| BCA-001143 | Unknown | Charles Coury | Apple Video Productions | Sole Proprietorship | $2,150.00 |
| BCA-001211 | 3367653 | Eduardo Fernandez | Argos Properties, LLC | LLC | $9,405.00 |
| BP-000393 | 1005318 | William Fannin | ASAP Gutters LLC | LLC | $5,983.48 |
| SLG-000117 | 3566816 | Gredeli Edih | Astro Café Inc | INC | $3,155.00 |
| SLG-000057 | 3560575 | Donald Atamanchurch | Ata Man Inc | INC | $10,295.00 |
| SLG-000170 | 3575973 | Andrea Barber | ATA-BARB INC DBA Brett Barber & Company | INC | $8,110.00 |
| BP-000624 | 3214622 | Bob McCorkindale | Atlanta Mortgage and Loan Inc | INC | $11,590.00 |
| DMA-000045 | 3588002 | Aubrey Baudean | Aubrey Baudean, JR DDS | INC | $2,650.00 |
| BP-001248 | 3451433 | Peter Howard | Austin Park II, LLC | LLC | $3,155.00 |
| SLG-000187 | 3581503 | Kenneth Solow | Auto Transport of Naples INC | INC | $4,110.00 |

| IBP-000037 | 3519978 | Randall Bridges | Automatic Fasteners, INC | INC | $14,315.00 |
|---|---|---|---|---|---|
| BP-000487 | 3409511 | William Watson | B&L Hay Service | Partnership | $4,110.00 |
| DMA-000083 | 3412789 | Herbert Glass | Backyard Pools, LLC | LLC | $7,110.00 |
| BP-000302 | 3499022 | James Womble | Backyard Traditions LLC | LLC | $4,110.00 |
| BCA-001321 | 1636713 | Robert Welch | Baitboy of New Smyrna | Sole Proprietorship | $5,600.00 |
| BP-001162 | 3348291 | Teresa Shaver | Baldwin County Fence Company | INC | $18,035.00 |
| BP-000230 | Unknown | Fran Duse | Baldwin County HBA | INC | $11,682.50 |
| BP-000270 | 3412515 | MICHAEL WILSON | BALDWIN ROAD BUILDERS | INC | $10,505.00 |
| BCA-000370 | 3249325 | Cynthia Banawa | Banawa Taxi Service | Sole Proprietorship | $3,155.00 |
| BP-000271 | 3409384 | Clarence Batain | Batain Masonry, Inc | INC | $6,400.00 |
| BCA-001094 | 3492771 | Danny Ray Stiles | Bay Area Better Hearing, LLC | LLC | $8,110.00 |
| SLG-000076 | 3562520 | Greg Mangum | Bay Area Home Inspections of South Florida Inc | INC | $4,110.00 |
| SLG-000169 | 3534773 | William Schmitz | Bayshore Marine and Yacht Brokerage | INC | $3,155.00 |
| BP-000148 | 3412218 | Champs Place | BBC LLC DBA Champs Place | LLC | $5,298.00 |
| SLG-000090 | 3445251 | Leslie Novak | Beach Print Shack | Sole Proprietorship | $1,559.05 |
| BP-000837 | 3509719 | William Bolton | Beaufort Engineers Services | INC | $10,595.00 |
| SLG-000225 | 3580787 | Mark Curtis | Benian, Inc | INC | $4,860.00 |
| BCA-001146 | 1150434 | Lance Brooks | Bent Charters, LLC | LLC | $14,720.68 |
| BP-000212 | Unknown | J. Alan Lipscomb | Benton & Lipscomb, Attys. at Law | Partnership | $10,700.25 |
| BP-001057 | 3508972 | Heather Bolton | BES Construction, LLC | LLC | $7,975.00 |
| DMA-000002 | Unknown | Mark Snodgrass | Biloxi Transportation Systems, Inc DBA Biloxi Transfer and Storage | INC | $4,110.00 |
| SLG-000137 | 3569767 | Joseph Brennan | BKD Too Enterprises, INC DBA Brennan Subs | INC | $4,110.00 |
| SLG-000026 | 3557190 | Russell Spring | Blue Coral Investment Group LLC DBA Tamiami Sunoco | LLC | $11,905.00 |
| SLG-000086 | 1151540 | Tina Arcan | BNT Liquors of Cape Haze, INC | INC | $10,655.00 |
| CCS-000024 | 3562009 | Bob Simpson | Bob's Classic Cars | INC | $8,110.00 |
| BCA-000151 | 3522550 | Jason Revie | Bottom Paint Store LLC | LLC | $11,905.00 |
| BP-000633 | 3520920 | Marcus Brewster | Brewster Appraisal | Sole Proprietorship | $3,455.00 |
| BP-001260 | 3555461 | Lea Bryson | Bryson Farms & Construction LLC | LLC | $7,110.00 |
| BP-001165 | 1008791 | John Keese | Bubba John Seafood | LLC | $8,705.00 |

| | | | | | |
|---|---|---|---|---|---|
| BP-001114 | 3437645 | Cleveland Campbell | C&C Hauling Co | INC | $6,770.00 |
| DMA-000042 | 3010296 | Clinton Charlie | Cajun Charlie's Seafood Restaurant, INC | INC | $8,332.88 |
| BCA-000154 | 3559515 | David Brewer | Cardiac Innovations, INC | INC | $9,405.00 |
| BCA-001275 | 3577914 | Toby Pombrio | Cardiac Medical Solutions, INC | INC | $13,066.79 |
| DMA-000040 | 1623983 | Rita Bylsma | Casamar LLC DBA Captains Fish House | LLC | $3,360.00 |
| BP-001244 | 3423241 | Chad Bartz | Cash N Go, LLC | LLC | $18,915.00 |
| SLG-000087 | 3565111 | Ahmet Celik | Celik Marine, LLC | LLC | $3,155.00 |
| BP-001294 | 3174970 | Michael Caravella | CGI Holdings, LLC | LLC | $2,297.50 |
| BP-001254 | 3539789 | Richard Thurman Jr | C-Glass and Closets | INC | $6,865.00 |
| BP-000418 | 3519144 | Sharon Senner | Chateau Hotel, LLC | LLC | $5,566.00 |
| BP-000464 | 3502437 | Robert Chatham | Chatham Home Planning, INC | INC | $9,180.00 |
| BP-000048 | 1018987 | Leonard Cox | Chaufee's Catering, Inc | INC | $5,610.00 |
| BCA-000270 | 1611503 | Phillip H. Abbott | Cheapos Inc | INC | $8,333.74 |
| SLG-000245 | 3563484 | James Atkinson | Chesapeake Bay Crab House, INC | INC | $3,155.00 |
| BP-000241 | 3346854 | Emery Childress | Childress Farms | Partnership | $5,610.00 |
| BCA-001150 | 3445051 | Robert Duncan | Childworld Learning Center, INC | INC | $12,847.10 |
| SLG-000188 | 3582067 | Duon Chen | China King | Sole Proprietorship | $2,500.00 |
| SLG-000138 | 3416243 | Xue Cui Xiang | Chinese Acupuncture | Sole Proprietorship | $3,155.00 |
| BP-001247 | 3001920 | Chad Bartz | Chuck Stevens Automotive | INC | $19,587.14 |
| BP-000281 | 3342048 | Ted Kennedy | City Herbs | INC | $14,397.50 |
| BCA-001097 | 3481466 | Phuong Van Huynh | City Nails II | Sole Proprietorship | $2,500.00 |
| BP-000133 | 3028409 | Susan Poston | Clawdaddy's of Perdido Key | INC | $8,112.50 |
| BP-000630 | 3501198 | Clayton Smith | CNS Cabinets, LLC | LLC | $5,405.00 |
| DMA-000003 | Unknown | Mark Snodgrass | Coastal Moving & Storage, INC | INC | $3,360.00 |
| BP-000759 | 3501929 | JAMES MCDANIEL | COASTAL STONE AND CABINETRY | INC | $7,975.00 |
| BP-001256 | 1187913 | John G. Riggins Jr | Coastal Woodwork, Inc | INC | $8,405.00 |
| BP-000358 | 3510288 | Daniel Burch | Cobb Towing & Recovery | INC | $6,360.00 |
| BP-000449 | 3500398 | Joe Lambeth | Cockrells Pensacola | INC | $10,655.00 |
| BP-000446 | 1099432 | Joe Lambeth | Cockrells Robertsdale | INC | $8,155.00 |
| BP-000238 | 3466847 | Troy Boothe | Commercial Van Specialists, Inc. | INC | $10,192.50 |

| BP-000181 | Unknown | Eric Cooper | Cooper Communications | Sole Proprietorship | $2,230.00 |
|---|---|---|---|---|---|
| BP-000479 | 3501892 | Robert Logan | Core Fitness | Individual | $9,360.00 |
| BP-001196 | 3523106 | Richard Inge | County Rd 20, LLC | LLC | $3,155.00 |
| BP-000207 | 3422147 | Jeff Thompson | County Road Storage, | LLC | $4,100.00 |
| SLG-000175 | 3579084 | Valerie Gavin | Crave of Fort Myers, Inc | INC | $3,110.00 |
| BP-001239 | 3564257 | James Rather | Creative Design | Partnership | $6,360.00 |
| BP-000247 | 3382284 | Ryan Creel | Creel Construction, LLC | LLC | $4,912.50 |
| BP-000585 | Unknown | Christian Koerner | CRK Enterprises, LLC | LLC | $3,155.00 |
| BP-000043 | 3506722 | Dean Skipper | Crystal Orchard Inc | INC | $11,125.00 |
| BP-000041 | 3501911 | Dean Skipper | Crystal Pointe, LLC | LLC | $5,785.00 |
| BP-000785 | 1121968 | Paul Sims | Custom Plumbing & Piping LLC | LLC | $10,725.00 |
| BP-001152 | 3339324 | Damon Conway | Custom Stone and Ceramics | Individual | $6,680.00 |
| BP-000574 | 3507873 | David Stapleton | David Stapleton Builders | INC | $11,905.00 |
| BP-001224 | 3525197 | John Allen | Deadwood Mountain Millworks | INC | $2,450.00 |
| BP-000408 | 3501882 | David Ball | Deluna Land & Timber Company LLC | LLC | $7,295.00 |
| BP-000918 | 1075838 | Gordon Spafford | Distinctive Homes, LLC | INC | $21,755.00 |
| SLG-000075 | 3562484 | Michael Karamaloakos | Dome Grill, Inc | INC | $2,057.28 |
| BP-001198 | 3521090 | Steven Nelson | DSI LLC | LLC | $10,595.00 |
| BCA-000452 | Unknown | James Osmond | East County Associates INC | INC | $5,917.50 |
| BP-000191 | 1123480 | William Staggers | Eastern Shore Plastic Surgery, P.C. | INC | $10,567.50 |
| BP-001021 | 3452552 | Walter Ed Dismukes | Ed Dismukes Plumbing | INC | $10,385.00 |
| BP-000609 | 1166907 | Judson Basse | Emerald Coast Mortgage | Sole Proprietorship | $6,360.00 |
| SLG-000073 | 3565086 | Andrea Boaz | En V Hair Studio INC | INC | $5,610.00 |
| SLG-000176 | 3580407 | Ronald Mountcastle | Errol Estatte Country Club, LTD | LTD | $10,295.85 |
| DDL-000005 | 3487958 | Carlos Johnson | Excellent Construction | Sole Proprietorship | $2,500.00 |
| BP-000643 | 3350600 | Rene West | Executive Landscaping, Inc. | INC | $12,455.00 |
| BP-000919 | 3507911 | Ryan Faircloth | Faircloth McAdams Contracting, LLC | LLC | $8,155.00 |
| BCA-001195 | 3387162 | Bill Ferguson | Ferguson Insurance Agency, INC | INC | $2,650.00 |
| SLG-000206 | 3350926 | Bryan Fondrick | Fire Masters | Sole Proprietorship | $2,500.00 |
| BP-000424 | 3507905 | Judah Castagne | First Rate Property Solutions | Sole Proprietorship | $6,360.00 |

| | | | | | |
|---|---|---|---|---|---|
| CCS-000013 | 3390257 | Richard Brothers | Fishing Charters, Inc | INC | $5,610.00 |
| SLG-000044 | 3559159 | Pamela Flanagan | Flanagan's Pub INC | INC | $3,155.00 |
| SLG-000101 | 3569761 | Richard Bosse | Florida Fish Guy, INC | INC | $3,360.00 |
| BCA-001416 | Unknown | James Menelli | Florida Paint Centers, INC | INC | $29,368.81 |
| SLG-000242 | Unknown | Vito Saputo | Florida Westcoast Produce, LLC | LLC | $12,279.44 |
| BCA-001379 | Unknown | Robert Beamish | Food Parade, INC | INC | $10,610.00 |
| BP-000287 | 3515367 | EVAN HAYES | FOUR BLIND MICE, LLC DBA THE DELACHAISE | LLC | $12,220.00 |
| BP-001020 | 3517958 | Alan Fowler | Fowler Properties, INC | INC | $16,175.00 |
| BP-000094 | 1105114 | Paul Vincent | Friends of the Disabled | INC | $500.00 |
| BP-000581 | 3503455 | George Harvill | G.R. Harvill, Inc | INC | $14,315.00 |
| BP-000242 | 3279662 | Cynthia Badinger | Gallery Nine Forty | Sole Proprietorship | $5,536.15 |
| IBP-000010 | 3511388 | Gary Bordelon | Garys Electric Service, INC | INC | $10,385.00 |
| SLG-000232 | 3580918 | John Cueto | GCI Imperial Investment, LLC | LLC | $8,428.76 |
| SLG-000224 | 3580909 | Gilles Gobeil | Gilles & Sons, Inc | INC | $7,110.00 |
| BP-000899 | 1134642 | Regina Gilliam | Gilliam Plumbing | Sole Proprietorship | $16,175.00 |
| BP-000233 | 3401969 | Christine Simpson | Glisson, Simpson, LLC | LLC | $8,352.50 |
| SLG-000212 | 3566563 | Michelle McFarlane | Golden Krust | Sole Proprietorship | $6,360.00 |
| BP-000537 | 3508116 | John Peterson | Greenscape | Sole Proprietorship | $5,810.00 |
| BP-000140 | 3006886 | Amy Bridges | Groveland Business Group | INC | $17,542.13 |
| BCA-000332 | 3345208 | Anna Ramos | GT Investments Group LLC | LLC | $2,500.00 |
| BCA-000166 | 3005057 | Jeremy Pierpont | Gulf Coast Builders, LLC | LLC | $3,762.00 |
| BP-000877 | Unknown | Jaye Shirley | Gulf Coast Construction Property Management Inc | INC | $5,600.00 |
| BP-000138 | 1154988 | Tim McCormick | Gulf Coast Storage Solutions | Sole Proprietership | $9,307.50 |
| BP-000911 | 1144912 | Daniel Ward | Gulf Coast Tire and Automotive | Sole Proprietorship | $6,500.00 |
| DMA-000005 | Unknown | Mark Snodgrass | Gulf Forwarding, Inc | INC | $2,610.00 |
| CCS-000020 | 3555770 | Tim Countryman | Gulf Shore Bakery, LLC | LLC | $6,545.00 |
| BP-000465 | 3504350 | Davis Dye | Gulf Walton, Inc | INC | $9,220.00 |
| ALG-000019 | 1043575 | JUDY ROBERTS | GULFNET SEAFOOD | LLC | 9,360.00 |
| BP-001251 | 3418443 | Henry Haseeb | H&H Financial Services INC | INC | $6,360.00 |

| BCA-001265 | Unknown | Louise Ferris | H&R Block | INC | $17,677.88 |
|---|---|---|---|---|---|
| BCA-001331 | 3387583 | Daniel Harder | Harder Amusements | Sole Proprietorship | $2,150.00 |
| BCA-000170 | 3553873 | Jonathan Wilson | Hardrock Homes, INC | INC | $3,155.00 |
| BP-001077 | 3507711 | Donald Hull | Harper-Hul Construction, Inc | INC | $3,155.00 |
| SLG-000085 | 3563505 | Carol A. Hartwig | Hartwig Mobile, INC | INC | $4,272.41 |
| BP-000185 | 3406556 | Jud Harvill | Harvill Inc | INC | $4,645.00 |
| BP-001215 | 3501769 | Ronald Lagrange | Helix Construction, INC | INC | $7,860.00 |
| BP-001019 | 3388474 | Frank Lott | Heritage Homes of Mobile INC | INC | $12,455.00 |
| CCS-000021 | 3560988 | Chin Hin Yong | Hin Lee Mylaysian Restaurant | INC | $5,610.00 |
| IBP-000043 | 3423461 | Rob Florence | Histouric Tour & Batture Press Inc | INC | $8,610.00 |
| BP-000340 | 3191684 | James Hobbs | Hobbs Tree Service | Sole Proprietorship | $8,776.55 |
| BP-001085 | 3421139 | Jeannie Jasim | Holistic Arts, LTD | INC | $7,110.00 |
| BP-000226 | 3402969 | Jason Hons | Homes by Hons LLC | INC | $12,940.00 |
| BP-000227 | 3403326 | Jason Hons | Hons Builders, Inc | INC | $11,540.00 |
| SLG-000002 | 3556289 | Stacey Ball | House of Windsor, INC | INC | $3,155.00 |
| BP-000548 | 3508120 | Dale Steele | Humpty Jumpty Rentals | Sole Proprietorship | $1,250.00 |
| SLG-000111 | 3566823 | Robert C. Hegedus | Hungry Howies Pizza | INC | $3,764.46 |
| BP-001200 | 3520099 | Malcom McLean | Hunters Furniture | Sole Proprietorship | $6,155.00 |
| BP-000377 | 3436740 | Doug Ward | Hwy 181 Mini Storage, LLC | LLC | $3,082.50 |
| BP-000240 | 3346881 | Emery Childress | Hwy 27 Dirt, Inc. | INC | $5,610.00 |
| SLG-000185 | 3532118 | Robert Rarin | Infinity Appraisals INC | INC | $5,600.00 |
| BP-000692 | 3502864 | Jim Ivy | Infinity Homes, Inc | INC | $11,590.00 |
| BCA-001594 | 3238986 | Alainna & Ronald Sensebe | Ink Well Printing | Partnership | $1,500.00 |
| AKD-000003 | 3452257 | Robert Allende | International Material Industries, LLC | LLC | $27,899.82 |
| BP-000285 | 3466838 | Richard Courtney | Internet Business Solutions | INC | $5,610.00 |
| BP-000542 | 3509237 | Joseph Strange | Iron & Canvas Workshop | INC | $10,385.00 |
| BCA-000456 | 1075228 | Kris Sahr | Island Way Charters, Inc | INC | $339.30 |
| BP-001063 | 3509848 | Christian Bryson | Island Winds West | Individual | $3,000.00 |
| AKD-000006 | 1093859 | Michael & Cheryl Jones | J Michaels Repair Service, INC | INC | $2,610.00 |
| BP-001143 | 3511314 | Judy Belk | J&M Fast Foods of AL Inc | INC | $12,455.00 |

| BP-000008 | 1121964 | Michael Giannini | J&M Tackle | INC | $12,533.00 |
|---|---|---|---|---|---|
| BP-000889 | 3250482 | James Jimbo Waldrop | J&T LLC | LLC | $3,155.00 |
| BP-001267 | 3475994 | JUDY L. YOUNG | J.G.Y., LLC DBA SILHOUETTES DAY SPA | LLC | $4,860.00 |
| BP-000217 | 3506655 | John Miller | J.M. Miller Plumbing and Piping | INC | $3,474.48 |
| BP-000611 | 3515872 | Perry C. Jinright | Jade Consultanting, LLC | LLC | $6,905.00 |
| BP-000636 | Unknown | James Adams | James H. Adams & Sons | INC | $6,905.00 |
| BCA-000344 | 3573690 | Jim Maxwell | James Maxwell & Associates | Sole Proprietorship | $2,500.00 |
| BP-000853 | 3521337 | James Pittman Jr. | James Pittman JRC | INC | $14,315.00 |
| SLG-000049 | 3559422 | Mona & Emile Jazzar | Jazzmon Investements, INC | INC | $5,610.00 |
| SLG-000088 | 3564443 | John Belmont | JB's Conch Café Inc | INC | $5,610.00 |
| BCA-001106 | 3510173 | Jean Claude Joseph | Jean Claude Joseph DBA JC Custom Broker & Intl. Freight Services | Sole Proprietorship | $1,500.00 |
| SLG-000203 | Unknown | Jeffrey Totten | Jeff Totten Enterprises | Sole Proprietorship | $5,610.00 |
| BP-001024 | 3329489 | Jack Jernigan | Jernigan and Sons, Inc | INC | $5,045.00 |
| BP-000622 | 3508333 | Jim Henderson | Jimmy Henderson Construction | INC | $8,057.50 |
| SLG-000135 | 3575460 | John Barlas | Jonny Primo's Inc | INC | $11,805.00 |
| SLG-000207 | 3582326 | Sally Hockey | K&S Hockey, Inc | INC | $5,610.00 |
| SLG-000072 | 3562197 | Carmine Semaco | KC'S Riverstop, INC | INC | $9,405.00 |
| BP-000558 | 3505662 | Robert Locke | Kea-Ash Inc | INC | $4,860.00 |
| BP-000601 | 3518580 | John Kearley | Kearley's Roofing & Repair, INC | INC | $6,360.00 |
| BP-001188 | 3519737 | Charles Kelly | Kelly Builders, Inc | INC | $14,315.00 |
| BP-000225 | 3088969 | Kenneth Moberg | Kenneth J Moberg | Sole Proprietorship | $6,360.00 |
| BCA-000323 | Unknown | Frederick Klein | Klein & Son Construction | Sole Proprietorship | $3,155.00 |
| BP-001212 | 1148668 | Lacy Farkash | Kountry Cand Store, Inc | INC | $7,110.00 |
| SLG-000193 | 3581376 | Kristi Moize | Kristi's Barbershop | Sole Proprietorship | $2,500.00 |
| BP-001283 | 3448744 | Jerre Strickland | KSW, LLC | LLC | $6,360.00 |
| BCA-000458 | 3548960 | Brian Heimbach | KTLB, Inc | INC | $4,860.00 |
| BP-001035 | 3519979 | Bryan Bostick | LA, LLC | LLC | $3,155.00 |

| SLG-000133 | 3559437 | Samantha Mirabelle | L'Bella Style Lounge | Sole Proprietorship | $4,860.00 |
|---|---|---|---|---|---|
| SLG-000236 | 3580985 | Nina McLendon | Leaning Tree Farm INC | INC | $2,500.00 |
| SLG-000184 | 3583043 | Mark Serra | Lebretton Industries LLC CBA Fountain Dry Cleaners | LLC | $6,860.00 |
| DDL-000004 | Unknown | Leigh Anna Ammons | Let's Talk Dirt | Sole Proprietorship | $5,610.00 |
| SLG-000074 | 3562352 | Rebecca Zoumberos | Limelight Photography and Design LLC | LLC | $8,437.40 |
| BCA-000460 | 3356582 | Steve Lopez | Lopez Renovations, LLC | LLC | $3,155.00 |
| IBP-000015 | 3044454 | Roy Boasso | Louisiana Container Sales, INC | INC | $4,110.00 |
| FMG-000012 | 3532248 | Francis Lovell | Lovell Properties, LLC | LLC | $1,860.00 |
| SLG-000177 | 3580114 | Giustino Loyal | Loyal Crab Company | Partnership | $2,500.00 |
| BP-001007 | 3364469 | Marvin Alberado | M&M Machine Shop, Inc | INC | $7,110.00 |
| BP-001004 | 3174028 | Auh Thu Nguyen | M&T Quick Stop | Sole Proprietorship | $7,110.00 |
| BP-001241 | 3448495 | GREGORY S. MADDOX | MADDOX CUSTOM CABINETS AND MILLWORK | INC | $5,610.00 |
| BCA-000423 | 3255161 | William Holden | Magnolia Printing Company, INC | INC | $5,610.00 |
| BP-000030 | 3046485 | Patti Waldrop | Market Direct Designs LLC | LLC | $5,696.31 |
| BCA-000421 | Unknown | Marshall Lolley | Marshall Lolley Fishing | Sole Proprietorship | $2,500.00 |
| BP-001156 | 3513664 | Mary Metoyer | Mary's Flooring & Interiors | INC | $16,860.00 |
| BP-000729 | 3503197 | Richard Maxwell | Maxwell Construction Company, LLC | LLC | $3,155.00 |
| SLG-000226 | Unknown | Scott McGaughey | McGaughey Busses, INC | INC | $9,405.00 |
| SLG-000048 | 3559400 | Marshall Kottler | Mexicali Border Café, Inc | INC | $4,110.00 |
| BCA-001400 | 3500032 | Greg Young | MG&D Enterprises Inc | INC | $1,500.00 |
| BP-000707 | Unknown | Michael Hinojosa | Midship Marine | INC | $22,475.00 |
| BP-000322 | 3555009 | Lee Olander | Midtown Mortgage, INC | INC | $12,455.00 |
| BP-000825 | 1154258 | Mike Turner | Mike Turner's Vinyl Siding Inc | INC | $9,600.00 |
| SLG-000230 | 3580775 | Robert Martin | Miscue Lounge, INC | INC | $2,500.00 |
| SLG-000241 | Unknown | Michael Hill | MJH Auto, INC | INC | $6,360.00 |
| BP-001081 | 3508366 | William Reehl | Montrose Square, LLC | LLC | $3,360.00 |
| BP-000740 | 3526811 | Mark Swanson | MP Properties | LLC | $4,205.00 |
| BP-000741 | 3517649 | Mark Swanson | MP Properties, Inc. | INC | $6,655.00 |
| SLG-000205 | 3520626 | Mark Merolli | MRD Ventures LLC DBA Dolphin Marine Rentals | LLC | $6,313.49 |
| BP-000221 | 3472548 | Todd Boothe | MTB Custom Builders, Inc | INC | $2,600.00 |
| BP-000489 | 3017487 | Vu Nguyen | MV Sky Blue II | Sole Proprietorship | $2,610.00 |

| SLG-000178 | 3579726 | William Nutting | Naples Tours INC | INC | $2,500.00 |
|---|---|---|---|---|---|
| BP-000454 | 3379022 | Natalie Boos | Natalie's Fine Art | Sole Proprietorship | $9,350.00 |
| SLG-000214 | 3583264 | Nathan Erbes | Nathan Erbes Enterprises, INC | INC | $7,110.00 |
| SLG-000067 | 3561235 | Bruce Kieffer | National Card Systems | INC | $7,110.00 |
| SLG-000139 | 3575472 | Patty Yenish | NDY, INC DBA Grandstay Hotel and Suites | INC | $5,610.00 |
| BP-000178 | 3281250 | BRENDA NEILL | NEILL BONDING & INSURANCE | INC | $11,857.75 |
| SLG-000218 | 3583573 | Dale Dabney | Niagara of Florida, INC | INC | $2,500.00 |
| BP-000836 | 1041938 | D.Q. Tran | Niceville Seafood | INC | $6,360.00 |
| BCA-000564 | Unknown | Kim Huynh | Nina Nail Care | Sole Proprietorship | $1,500.00 |
| BP-000916 | 3529538 | LEON J. TOUZET, III | NORBY, LLC DBA PATIOS | LLC | $11,590.00 |
| SLG-000046 | 3559294 | W. Keyes Elmore | North Beach Road Inc DBA Gulf View Grill | INC | $3,655.00 |
| BP-000544 | 3009948 | CH Rigdon | Northwest Florida Fair Assoc., Inc. | INC | $3,155.00 |
| SLG-000191 | 3581805 | Julian Dias | Nova Florist, INC | INC | $1,345.87 |
| CCS-000025 | Unknown | Robert Williams | Ocean Bingo | INC | $11,905.00 |
| BCA-001082 | 1107544 | Thomas Brewer | Offshore International Marine | INC | $4,110.00 |
| BP-000932 | 3252517 | James Snell | Outdoor Expressions | Individual | $4,860.00 |
| SLG-000199 | 3583043 | Peter Mazer | Outdoor Furniture Connection | Sole Proprietorship | $2,500.00 |
| BP-001072 | 3507709 | William Reehl | Oxford Group | LLC | $12,455.00 |
| SLG-000189 | 3581520 | Gary Hamilton | Palm View Golf Corp | INC | $9,360.00 |
| BP-000443 | 1153522 | William McGuinnes | Papa Roco's Inc | INC | $10,385.00 |
| BP-000021 | 1147875 | Gene Myers | Paradise Marine | INC | $7,100.50 |
| SLG-000211 | 3581900 | Antonio Colandrea | Parl, Inc | INC | $3,360.00 |
| BCA-000074 | 3102462 | Jerome Lucas | Perfect Strokes Painting & Remodeling | Sole Proprietorship | $2,500.00 |
| SLG-000204 | 3582500 | David Krzywonos | Peridida Property Owners Association, INC | INC | $25,414.48 |
| BP-001249 | 3454113 | Peter Howard | Peter Howard Churchill II, LLC | LLC | $5,600.00 |
| SIG-000132 | 3567598 | Chuong Nguyen | Pho Quyen Cuisine, INC | INC | $4,860.00 |
| BP-000987 | 3504385 | Russell Gilheart | Piddlewood | Sole Proprietorship | $4,110.00 |
| SLG-000141 | 3532516 | Adrian Boucher | Pizza Since 1978 INC | INC | $2,500.00 |
| SLG-000125 | 3567537 | Ben Shepard | Pizza Zone INC | INC | $2,610.00 |
| BP-000540 | 3320387 | Wiley Platt | Platt Homebuilders, INC | INC | $5,190.00 |
| BP-000539 | 3506509 | Wiley Platt | Platt Investments, LLC | LLC | $7,110.00 |

| BP-001240 | 3564272 | Jacquilyn Schwartz | Premier Plans | Partnership | $10,610.00 |
|---|---|---|---|---|---|
| BP-001222 | 3525348 | BRADLEY L. ELLISON | PREMIER PLUMBING & PIPING | INC | $6,110.00 |
| BP-000461 | 3509721 | Gary McCabe | Prestige Properties, INC | INC | $10,595.00 |
| BP-001167 | 3516713 | James Herbert | Professional Cabinets, Inc. | INC | $7,480.00 |
| BP-000144 | 1040621 | John Blair | Protec Marine LLC | INC | $6,492.50 |
| BP-000890 | 3342551 | Tim Quattlebaum | Q&Q, LLC | LLC | $3,155.00 |
| BP-000933 | 3505387 | Bryan Bostick | Quality Coatings & Drywall, INC | INC | $7,100.00 |
| BP-000278 | 3406392 | Gerry Rambo | Rambo Inc | INC | $12,052.50 |
| BP-001272 | 3576749 | Randy & Eric Crocker | Randy & Eric Crocker Homebuilders | Partnership | $8,155.00 |
| BP-000880 | 3506490 | Mark Chapman | Regal Motorcoach & Boat Storage, LLC | LLC | $4,860.00 |
| BP-000161 | 3281100 | Arthur Pouncey | Regional Ceilings, Inc | INC | $3,895.00 |
| BCA-001374 | Unknown | Patti Chastain | Rental prop. | INC | $4,500.00 |
| BP-000831 | 3506468 | Diana Davis | Rick Miller Painting, Inc | INC | $7,110.00 |
| BP-001141 | 1098631 | Ottis Ritter | Ritter Construction | Sole Proprietorship | $11,217.50 |
| BP-000882 | 3521914 | Curtis Rewerts | River Park Grocery | Sole Proprietorship | $7,110.00 |
| BP-001250 | 3223369 | Jason Roach | Roach Builders Inc | INC | $6,865.00 |
| BP-000765 | 3532252 | George Roberds | Roberds Corporation | INC | $12,455.00 |
| SLG-000192 | 3581816 | Gregory Jones | Robinhood Landscaping INC | INC | $4,360.00 |
| SLG-000079 | 3575947 | Carmen Rowland | Roland Renaissance, INC | INC | $3,155.00 |
| DDL-000010 | Unknown | Romeo Raponi | Romeo Italian Restaurant, INC | INC | $2,500.00 |
| BP-000856 | 3457016 | Troy Wilson | Royale Investments | LLC | $5,015.00 |
| BP-000967 | 1141336 | Pavlos Petrou | Russell's Marina Grill | Partnership | $3,720.00 |
| SLG-000078 | 3569282 | T.C. Bryant | RUSure, Inc | INC | $3,155.00 |
| BP-000641 | 3306733 | Rene West | Safe and Sound Mini Storage | INC | $7,110.00 |
| SLG-000200 | 3489732 | Robert Steele | Safety Harbor Hardware | INC | $9,003.79 |
| BP-000597 | 3504440 | Paul Millet | Saint Optical | INC | $8,110.00 |
| DMA-000101 | 3312292 | Bridgette Chandler | Salon 02, LLC | LLC | $750.00 |
| SLG-000050 | 3575314 | Samantha Mirabelle | Samantha Bianco, Inc | INC | $3,155.00 |
| BP-000986 | 3508168 | Julie Vasquez | Samurai J Downtown | LLC | $10,480.00 |
| SLG-000019 | 1023997 | Michael Tolisano | Sanibel Chiropractic-Sanibel Office | Sole Proprietorship | $3,155.00 |
| SLG-000179 | 3580513 | Matt Taylor | Savage Yacht LLC | LLC | $48,048.59 |
| SLG-000102 | 3451946 | Michael Bassous | Scott's Cleaners Inc | INC | $11,905.00 |
| BP-000555 | 3509061 | MARK J. SUBER | SEA STRIKER INTERNATIONAL | LLC | $10,385.00 |

| | | | | | |
|---|---|---|---|---|---|
| BP-000383 | Unknown | Fay Seketa | Seketa Building & Design, Inc | INC | $5,610.00 |
| SLG-000024 | 3556334 | Catherine Flories | Sgt. Peppers Headquarters, Inc | INC | $3,155.00 |
| SLG-000198 | 3581508 | Ronnie Runion | Sherwood Forest Landscaping DIV INC | INC | $9,540.52 |
| IBP-000061 | 3435230 | Ramesh Patel | Shri Ram, Inc | INC | $10,495.00 |
| IBP-000062 | 3418816 | Muktibeu Patel | Sierra Investments, INC | INC | $5,795.00 |
| BCA-001124 | 3244645 | Richard Randolph | Sirran Holdings, INC DBA Ravens Restaurant | INC | $36,970.58 |
| BP-000505 | 3503180 | Paul Hildesheim | Slide and Jump Zone, LLC | LLC | $500.00 |
| BP-000559 | 3501881 | Nick Impastato | Social Brew | Sole Proprietorship | $750.00 |
| BP-000674 | 3458065 | William McConnell | Solomon's Temple Ministry | Sole Proprietorship | $2,045.00 |
| BP-001153 | Unknown | Rodney Smith | Soniat Antique Shop | INC | $10,385.00 |
| BP-000502 | 3509858 | Ramsey Stuart | South Alabama Brick Company, Inc. | INC | $28,285.00 |
| BP-001151 | 3437814 | Cleveland Campbell | South Alabama Materials, INC | INC | $9,180.00 |
| BP-000663 | 3509081 | MIKE HOLLIS | SOUTHEASTERN EXTERMINATING | INC | $5,565.00 |
| BP-000214 | 3401335 | Bikram Singh | Southeastern Hotels Limited Partnership DBA Ramada Inn Bayview | LP | $14,047.50 |
| BP-001172 | 3517315 | David Maples | Southern Dozer & Tractor | INC | $16,175.00 |
| ALG-000020 | 3016008 | RHONDA T. PANEPINTO | SOUTHERN SEAPLANE | INC | 3,360.00 |
| SLG-000213 | 3581034 | Ralph Fighera | Spin City, LLC | LLC | $6,860.00 |
| BP-000130 | Unknown | Vycki Thompson | Splash 307, Sunbird 1007 | Individual | $10,703.00 |
| SLG-000196 | Unknown | Nadir Ali | Splendid Food Mart, LLC | LLC | $31,405.72 |
| BP-000554 | 3505383 | MARK J. SUBER | STAR FISHING TACKLE | LLC | $9,915.00 |
| BP-001048 | 1165415 | Ru T. Troung | Star Nails, LLC | LLC | $6,360.00 |
| BP-001092 | 1106880 | Loc X Luong | Star Nails, LLC | LLC | $7,110.00 |
| SLG-000140 | 3579078 | Richard Swier | Startup Florida, Inc | INC | $3,155.00 |
| SLG-000237 | 3583987 | Stephanie Dubsky | Stephanie Dubsky Photography | Sole Proprietorship | $6,860.00 |
| SLG-000180 | 3533722 | Michael Stevens | Stevens Seafood Inc | INC | $11,905.00 |
| BP-000466 | 3507528 | Michael McQuillen | Sun World Inc | INC | $14,315.00 |
| SLG-000209 | 3560624 | Frank Valente | Sunshine Motorcross, LLC | LLC | $10,610.00 |
| BP-000167 | 3114774 | Rickey Senner | Sweet Basils Bistro | INC | $752.50 |
| SLG-000197 | 3581831 | Adrienne Anderson | Tatum Ridge Golf Links, INC | INC | $35,582.43 |
| SLG-000099 | 3525516 | Tom Irving | TDI Ventures LLC | LLC | $15,655.00 |

| BP-000235 | 3406381 | Teena Haven | Teena Haven | Sole Proprietorship | $8,133.00 |
|---|---|---|---|---|---|
| BP-001133 | 3310463 | Terry Tedesco | Terry Tedesco Rental Property | Individual | $5,660.00 |
| DMA-000205 | Unknown | Jeffrey Key | The Cruise Connection | Sole Proprietorship | $2,500.00 |
| BP-000064 | 1153515 | Beth Ann McCormick | The Eat Beat LLC | LLC | $1,971.00 |
| BP-000005 | Unknown | Diane Nassar | The Green Ant | Sole Proprietorship | $1,250.00 |
| SLG-000110 | 3566618 | Patrick O'Conner | The White Elephant pub, INC | INC | $6,860.00 |
| SLG-000181 | 3579995 | Jody Mcitose | Thirsty's INC | INC | $6,313.86 |
| SLG-000055 | 1186836 | Thomas Harding | Thomas A Harding LLC DBA Springs Resort Hotel | LLC | $8,155.00 |
| BP-000194 | 3417380 | Cole Thompson | Thompson Achee Development, Inc. | INC | $2,415.00 |
| BCA-000089 | 3478481 | Harold Thrasher | Thrasher Site Development, INC | INC | $3,110.00 |
| BP-001187 | 3519197 | Carolyn Tierce | Tierce Construction Inc | INC | $9,275.00 |
| BP-001011 | 3094130 | Carroll Triche | TNT Seafood | LLC | $5,610.00 |
| BCA-000090 | 3425014 | Tommy Earl Hamm | Tommy Hamm Construction, INC | INC | $10,655.00 |
| BP-000827 | 3258199 | Fairdul Hussain | Torino Inc | INC | $13,655.00 |
| SLG-000084 | 3563024 | Erkin Kurbanov | Toss, Inc | INC | $3,155.00 |
| BP-000065 | 1033397 | Rosetta Gallagher | Treasure Memories | Sole Proprietorship | $750.00 |
| BP-000044 | 3504420 | Dean Skipper | Tripe S Ventures, Inc | INC | $8,035.00 |
| BCA-001127 | Unknown | Karen Coates | Tropical Gifts | Sole Proprietorship | $2,650.00 |
| SLG-000095 | 3527519 | Wen Man White | Tung Shing Inc DBA Peking Tokyo | INC | $8,110.00 |
| SLG-000223 | 3581036 | Edward Spaeth | Turtle Cove Group, LLC | LLC | $8,978.46 |
| BP-000442 | 3526671 | John Senn | US Battery Warehouse LLC | LLC | $5,610.00 |
| DDL-000002 | 3470767 | Arks Omar Acosta | USA Drywall & Painting | Sole Proprietorship | $3,155.00 |
| SLG-000210 | 3583064 | Antonio Colandrea | Villa Marina, Inc | INC | $7,110.00 |
| SLG-000195 | 3583938 | Anthony Voights | Voights Service Center, INC | INC | $8,110.00 |
| BP-001046 | 3508354 | Liem Tran | V-T Sil Flower-Plant Inc | INC | $5,565.00 |
| BP-000171 | 3263287 | Ronnie Wagner | Wagner Plumbing | INC | $4,015.36 |
| BP-000210 | 3380281 | Dale Waldorff | Waldorff Insurance and Bonding, INC | INC | $14,845.00 |
| BP-000392 | 3509251 | Kenneth Davis | Walton Plumbing & Gas, LLC | LLC | $1,955.00 |
| BP-000761 | 3518577 | Jason Cox | Washit, Inc | INC | $15,210.00 |

| GSR-000001 | 3512474 | JOSHUA M. DESALVO | WATER SLIDES OF THE COAST | LLC | $4,860.00 |
|---|---|---|---|---|---|
| BCA-001230 | Unknown | Allan Weilbacker | Weilbacker & Weilbacker Appraisals | INC | $4,500.00 |
| BP-000456 | 3513714 | Ronald Kempton | Wessex, Inc | INC | $6,360.00 |
| SLG-000123 | 3575402 | Barry Durrance | West Shore Pizza, III, INC | INC | $8,110.00 |
| SLG-000124 | 3579075 | Joe Tummina | Westshore Pizza XXXII INC | INC | $4,110.00 |
| BCA-000383 | 1084972 | Gary Haynes | White Sands Cleaning Service | Sole Proprietorship | $2,650.00 |
| BCA-001454 | 3316767 | Peter Munteanu | Wild Life Charters, INC | INC | $4,110.00 |
| BP-000560 | 3519586 | Leonard Williams | Williams Nursery | INC | $14,315.00 |
| SLG-000182 | 3580222 | Jean Gifford | Williams Submarine, INC | INC | $4,860.00 |
| BP-001093 | 1085557 | Cynthia Willoughby | Willoughby Enterprise, LLC | LLC | $7,110.00 |
| BP-000145 | 1071939 | KC Chiang | Windfield Resort Properties, INC | INC | $40,788.00 |
| SLG-000136 | 3570469 | Charlie Bishee | YK Food Design, LLC | LLC | $6,155.00 |
| BP-001191 | Unknown | Bill Musgrove | Y-Paint | Individual | $21,755.00 |
| SLG-000134 | 3575452 | Richard Urich | Zornoi, Inc | INC | $5,610.00 |
| BCA-001318 | Unknown | Pete Zovath | Zovath Industries | INC | $1,500.00 |
| BCA-000179 | Unknown | Abel Ramos | Individual | Individual | $5,600.00 |
| SLG-000227 | 3583890 | Abi Hills | Individual | Individual | $2,500.00 |
| BCA-000032 | 3437201 | Adam Lurie | Individual | Individual | $2,500.00 |
| BP-000126 | 1030618 | Adam Pope | Individual | Individual | $500.00 |
| BP-000061 | 1151704 | Aletha Lee | Individual | Individual | $500.00 |
| SLG-000008 | 3526895 | Alicia Lundy | Individual | Individual | $622.56 |
| IBP-000067 | 3413793 | Alvin Reed | Individual | Individual | $750.00 |
| BP-000152 | 1080588 | Amanda Dampier | Individual | Individual | $500.00 |
| SLG-000113 | 3566794 | Amanda Gilmour | Individual | Individual | $1,500.00 |
| BCA-001508 | 3015110 | Amber Kirksey | Individual | Individual | $2,500.00 |
| BCA-001072 | Unknown | Amy Ashmore | Individual | Individual | $3,155.00 |
| BCA-001605 | 3583281 | Andrea Mathis | Individual | Individual | $2,155.00 |
| SLG-000051 | 3559724 | Andrea Terry | Individual | Individual | $1,500.00 |
| SLG-000029 | 3551956 | Angela Vanderkarr | Individual | Individual | $522.44 |
| SLG-000028 | 3350886 | Anna Tollison | Individual | Individual | $2,100.00 |
| BP-000833 | 3296053 | Anthony Ortiz | Individual | Individual | $2,014.00 |
| IBP-000016 | 3516655 | Anthony Serio | Individual | Individual | $1,500.00 |
| SLG-000105 | 3566337 | Antonio Cancio | Individual | Individual | $1,500.00 |
| BP-001075 | 3164538 | Aristos Petrou | Individual | Individual | $750.00 |
| BCA-000335 | 3519376 | Austin Hafner | Individual | Individual | $2,150.00 |
| SLG-000034 | 3558587 | Barbara Baroker | Individual | Individual | $1,500.00 |
| BCA-000197 | 3188575 | Belinda Weaver | Individual | Individual | $2,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| BCA-000463 | 3521969 | Bernard Miramon | Individual | Individual | $5,600.00 |
| BP-001112 | 3510302 | Beverly Cutro | Individual | Individual | $750.00 |
| BCA-001103 | 3185005 | Billy Hendley | Individual | Individual | $2,650.00 |
| SLG-000146 | 3575306 | Bobbie Cotnoir | Individual | Individual | $3,155.00 |
| SLG-000163 | 3575586 | Bonnie Rivenbark | Individual | Individual | $2,500.00 |
| SLG-000153 | 3575292 | Bozena Gluchowska | Individual | Individual | $2,500.00 |
| SLG-000144 | 3580105 | Brian Boycheck | Individual | Individual | $2,500.00 |
| SLG-000171 | 3351746 | Brian Hatfield | Individual | Individual | $3,155.00 |
| SLG-000091 | 3564827 | Brian Phillips | Individual | Individual | $1,500.00 |
| SLG-000167 | 3569767 | Brian Wade | Individual | Individual | $2,500.00 |
| BCA-000021 | 3519990 | Brianna Fried | Individual | Individual | $3,050.00 |
| BP-000059 | 1018188 | Brooke Meade | Individual | individual | $500.00 |
| SLG-000172 | 3575921 | Bundy Hogue | Individual | Individual | $2,500.00 |
| BP-000139 | 1154975 | Candice York Jones | Individual | Individual | $1,500.00 |
| BCA-001300 | 3535234 | Carol Jean Gerdes | Individual | Individual | $2,500.00 |
| SLG-000152 | 3575559 | Carolyn Gerdes | Individual | Individual | $2,500.00 |
| SLG-000162 | 3559601 | Carolyn Peterson | Individual | Individual | $2,500.00 |
| SLG-000194 | 3581536 | Carrie Goldbaum | Individual | Individual | $2,500.00 |
| BP-000057 | Unknown | Casandra Lee | Individual | Individual | $500.00 |
| BP-000946 | 3521626 | Cathlin Melson | Individual | Individual | $1,860.00 |
| BCA-000455 | 3574328 | Cathy Granucci | Individual | Individual | $3,155.00 |
| BP-000547 | 3513131 | Cathy Sheffield | Individual | Individual | $750.00 |
| BP-001056 | 3511397 | Cathy Sims | Individual | Individual | $1,860.00 |
| BP-001245 | 3363544 | Chad Bartz | Individual | Individual | $4,100.00 |
| BP-001080 | 3369068 | Chad Graham | Individual | Individual | $1,500.00 |
| BP-000142 | 3005428 | Chantele Beye | Individual | Individual | $620.00 |
| BP-000615 | 3501890 | Charles Bassham | Individual | Individual | $500.00 |
| BP-001170 | 3015478 | Chau Nguyen | individual | individual | $1,250.00 |
| BCA-001102 | 3530903 | Chris Giorgio | individual | Individual | $2,500.00 |
| BCA-001180 | 3432908 | Chris Tuchbaum | Individual | Individual | $3,595.22 |
| BCA-001212 | 3092057 | Christine Gumapas | Individual | Individual | $2,500.00 |
| SLG-000112 | 3566821 | Christopher Gilmour | Individual | Individual | $1,500.00 |
| ALG-000009 | 1128361 | CHRISTOPHER HUNZIKER | Individual | Individual | 2,500.00 |
| SLG-000094 | 3565144 | Christopher Tortora | Individual | Individual | $1,500.00 |
| BCA-000432 | 1149440 | Christy Lynn Robinson | Individual | Individual | $3,155.00 |

| | | | | | |
|---|---|---|---|---|---|
| SLG-000081 | 3562888 | Cindy Alexander | Individual | Individual | $1,500.00 |
| IBP-000007 | 3236318 | Cindy Champagne | Individual | Individual | $1,500.00 |
| BP-000428 | 3511215 | CL McQueen | Individual | Individual | $3,050.00 |
| SLG-000164 | 3483015 | Clifford Rivenbark | Individual | Individual | $1,500.00 |
| SLG-000126 | 3567540 | Colleen Neelon | Individual | Individual | $1,500.00 |
| BCA-000384 | 3398244 | Connie Wells | Individual | Individual | $2,500.00 |
| BCA-000069 | 3540959 | Crystal Michener | Individual | Individual | $3,155.00 |
| BP-000103 | 1029147 | Crystall Russ | Individual | Individual | $1,740.00 |
| BCA-000360 | 3166220 | Curtis Thompson | individual | Individual | $3,155.00 |
| BP-000055 | Unknown | Cynthia Gravt | Individual | Individual | $500.00 |
| SLG-000215 | 3582121 | Daemi Fariborz | Individual | Individual | $2,650.00 |
| FMG-000019 | Unknown | Dale Dardar | Individual | Individual | $2,100.00 |
| DMA-000027 | 1012810 | Damischa Dedeaux | Individual | Individual | $2,500.00 |
| BCA-000160 | 3413409 | Dan Curry | Individual | Individual | $3,155.00 |
| FMG-000024 | 3557416 | Daniel Arabie | Individual | Individual | $1,500.00 |
| BP-000561 | Unknown | Daniel Hinojosa | Individual | Individual | $2,610.00 |
| BCA-000425 | 3490616 | Daniel Meyer | Individual | Individual | $2,500.00 |
| BP-000817 | 3513040 | David Anglin | Individual | Individual | $750.00 |
| BCA-001292 | Unknown | David Baylor | Individual | Individual | $5,600.00 |
| BCA-000107 | 3537752 | David Clark | Individual | Individual | $1,500.00 |
| BCA-000286 | 3516837 | David Edwards | Individual | individual | $2,500.00 |
| BCA-000018 | 3573797 | David Ferreira | Individual | Individual | $3,155.00 |
| BCA-000364 | 1153697 | David Zimmer | Individual | Individual | $3,155.00 |
| SLG-000060 | 3560646 | Dawnell Kelley | Individual | Individual | $1,500.00 |
| SLG-000108 | 3566647 | Debora Ponce De Leon | Individual | Individual | $2,500.00 |
| BCA-001142 | 3585042 | Deborah Allen | Individual | Individual | $2,650.00 |
| SLG-000038 | 3558766 | Deborah Fiscolare-McBrayer | Individual | Individual | $1,500.00 |
| SLG-000032 | 3558272 | Deborah Gray | Individual | Individual | $1,500.00 |
| SLG-000148 | 3575892 | Denise Dickson | Individual | Individual | $2,155.00 |
| BP-000049 | 1134604 | Denise Myers | Individual | Individual | $1,860.00 |
| BP-000441 | 3261447 | Denvia Potter | Individual | Individual | $750.00 |
| BCA-000607 | 3575437 | Derek Knapp | Individual | Individual | $2,500.00 |
| SLG-000033 | 3558287 | Diane Francoletti | Individual | Individual | $1,500.00 |
| BCA-001154 | 1146429 | Donald Dykes | Individual | Individual | $2,500.00 |
| BP-000969 | Unknown | Doug Thomas | Individual | Individual | $995.00 |
| BCA-001578 | 1030365 | Dustin Cronier | Individual | Individual | $5,600.00 |
| SLG-000041 | 3559087 | Dylan Harrellson | Individual | Individual | $1,500.00 |
| BP-000629 | 1099534 | Edward Jansen | Individual | Individual | $1,860.00 |

| BP-000151 | 3249657 | Elizabeth Thompson | Individual | Individual | $750.00 |
|---|---|---|---|---|---|
| BCA-000149 | 3586440 | Elmer Badzgon | individual | Individual | $3,155.00 |
| IBP-000044 | 3110160 | Elnora McNeal | Individual | Individual | $2,100.00 |
| BCA-001233 | 3224974 | Elufrant Annylus | Individual | Individual | $2,500.00 |
| SLG-000119 | 3567071 | Elvira Handangic | Individual | Individual | $1,500.00 |
| DMA-000111 | 3481843 | Emile Naquin | Individual | Individual | $2,500.00 |
| BCA-000112 | 3113624 | Erik Gerace | Individual | individual | $1,500.00 |
| BCA-000077 | Unknown | Erik Repp | Individual | Individual | $2,500.00 |
| BCA-000209 | 3338766 | Esilama Artry | Individual | Individual | $3,155.00 |
| BP-000905 | 1017715 | Eugene Melson | Individual | Individual | $3,050.00 |
| SLG-000030 | 3558163 | Francis Koziel | Individual | Individual | $3,050.00 |
| BCA-001479 | Unknown | Frank Cozze | Individual | Individual | $7,723.47 |
| BCA-000105 | 3156468 | Gabriel Bush | Individual | individual | $2,500.00 |
| BP-000758 | 3525708 | Gannon Leary | Individual | Individual | $1,500.00 |
| IBP-000009 | 3104597 | Gary Lamonte | Individual | Individual | $2,040.00 |
| BP-000820 | Unknown | Gary Tompkins | Individual | Individual | $1,500.00 |
| BCA-001407 | 3266099 | Gary Troyer | Individual | Individual | $5,600.00 |
| SLG-000106 | 3566417 | Gerald Koski | Individual | Individual | $1,500.00 |
| SLG-000114 | 1174346 | Gjovalin Curraj | Individual | Individual | $2,500.00 |
| SLG-000040 | 3559042 | Gloria Manning | Individual | Individual | $1,500.00 |
| BP-000907 | 3401390 | Greg Austin | Individual | Individual | $1,860.00 |
| BCA-001604 | 3588312 | Hans Materne | Individual | Individual | $3,155.00 |
| BCA-000028 | 3477226 | Harrison Jordan | Individual | Individual | $3,155.00 |
| SLG-000045 | 3528673 | Hayle Morse | Individual | Individual | $1,500.00 |
| SLG-000039 | 3558851 | Heather Stribrny | Individual | Individual | $1,500.00 |
| SLG-000107 | 3005767 | Helen Mallory | Individual | Individual | $2,500.00 |
| BCA-000658 | Unknown | Henry Le | Individual | Individual | $2,500.00 |
| BP-001179 | 3124977 | Hoai Ha | Individual | Individual | $3,050.00 |
| BCA-001512 | Unknown | Hurley Lewis | Individual | Individual | $7,300.00 |
| BCA-000119 | 3522196 | Irvin Leverock | Individual | Individual | $3,155.00 |
| SLG-000160 | 3575579 | Jack Ogline | Individual | Individual | $655.00 |
| SLG-000115 | 1174346 | Jack Oliver | Individual | Individual | $2,500.00 |
| SLG-000042 | 3559135 | Jaclyn Lokay | Individual | Individual | $1,500.00 |
| BCA-000084 | 3588340 | Jacquelyn Sanborn | Individual | Individual | $2,500.00 |
| SLG-000130 | 3538141 | Jade Engelke | Individual | Individual | $1,500.00 |
| BCA-000761 | 3087771 | Jadrain Clipper | Individual | Individual | $2,500.00 |
| BP-001282 | 3584435 | James Godwin | Individual | Individual | $2,500.00 |
| CCS-000009 | 1187340 | James Horn | individual | individual | $1,500.00 |
| BP-000917 | 3518316 | James Johnson | Individual | Individual | $1,500.00 |
| BP-000948 | 3500700 | Janet Presley | Individual | Individual | $750.00 |
| BP-000592 | 3520929 | Jason Nowling | Individual | Individual | $1,250.00 |
| SLG-000165 | 3575896 | Jason Ruberg | Individual | Individual | $2,500.00 |
| BCA-000367 | 3267827 | Jean Cadestin | Individual | Individual | $2,500.00 |

| BP-000647 | 3327555 | Jeffrey Turner | Individual | Individual | $1,500.00 |
|---|---|---|---|---|---|
| BP-000337 | 3406971 | Jeffrey Wolfe | Individual | Individual | $500.00 |
| BCA-000100 | 3563666 | Jennifer Adams | Individual | Individual | $2,100.00 |
| BCA-001201 | 3068399 | Jennifer Jones | Individual | Individual | $2,650.00 |
| BCA-001335 | 3158538 | Jerome Jackson | Individual | Individual | $5,313.25 |
| BCA-000010 | 3576052 | Jerry Chueray | Individual | Individual | $2,500.00 |
| BCA-000122 | 3335801 | Jerry Mosley | Individual | Individual | $3,155.00 |
| BCA-000303 | 3328329 | Jessy Folmar | Individual | Individual | $3,155.00 |
| BCA-000462 | 3573467 | Jhon Freddy Marulanda | Individual | individual | $3,155.00 |
| BP-001150 | 3008848 | Jimbo Yance | Individual | Individual | $3,065.00 |
| BP-000841 | 1155281 | Joanna Anderson | Individual | Individual | $1,500.00 |
| SLG-000100 | 3565427 | Joel Olinski | Individual | Individual | $1,500.00 |
| BCA-000313 | 3581374 | John Ledbetter | individual | Individual | $2,500.00 |
| IBP-000049 | 3339004 | Johnathan Kaszowski | Individual | Individual | $3,050.00 |
| SLG-000004 | 3556298 | Jon Eric St. Jean | Individual | Individual | $3,150.00 |
| BCA-000133 | 3533012 | Jonathan Turner | Individual | Individual | $21,992.45 |
| BCA-001538 | Unknown | Jorge Ramirez | Individual | Individual | $2,500.00 |
| BCA-000137 | Unknown | Jorge Santos | Individual | individual | $1,500.00 |
| BCA-000152 | 3115643 | Joseph Byrnes | Individual | individual | $2,500.00 |
| BCA-000109 | 3522046 | Joseph Donoian | Individual | Individual | $975.70 |
| BCA-001227 | 3004446 | Josh Taylor | Individual | Individual | $2,650.00 |
| BCA-001602 | 3574722 | Juan Magria | Individual | Individual | $3,155.00 |
| BP-000053 | 1127190 | Justin McCurdy | Individual | Individual | $830.00 |
| SLG-000068 | 3528197 | Justin Stiver | Individual | Individual | $2,100.00 |
| BCA-001148 | 3566552 | Karen Buccitelli | Individual | Individual | $3,155.00 |
| BCA-000731 | 3521563 | Kari Mullen | Individual | Individual | $3,155.00 |
| SLG-000064 | 3561061 | Kary Allen | Individual | Individual | $1,500.00 |
| JAY-000002 | Unknown | Kathleen Carter | Individual | Individual | $2,650.00 |
| BCA-000611 | 3230723 | Keak Kuoch | Individual | Individual | $2,500.00 |
| IBP-000013 | 3354475 | Keith Diamond | Individual | Individual | $3,155.00 |
| IBP-000011 | 3500215 | Kelli Billings | Individual | Individual | $1,500.00 |
| BP-001074 | 3236803 | Kellie Petrou | Individual | Individual | $1,500.00 |
| SLG-000104 | 3529005 | Kelly Kraus | Individual | Individual | $3,155.00 |
| JAY-000001 | Unknown | Ken Carter | Individual | Individual | $5,600.00 |
| BP-000026 | 1018113 | Kendra Tate | Individual | Individual | $500.00 |
| ALG-000039 | | KENNETH P ARMSTRONG | Individual | Individual | 2,500.00 |
| IBP-000048 | 3200801 | Kenneth Radcliff | Individual | Individual | $1,500.00 |
| BCA-000471 | 3563218 | Kenneth Williams | Individual | Individual | $2,500.00 |
| BCA-000799 | 3190024 | Kevin O'Donnell | Individual | Individual | $2,970.00 |

| | | | | | |
|---|---|---|---|---|---|
| BCA-000178 | 3578942 | Kobe Sou Lakmaitree | Individual | individual | $2,500.00 |
| SLG-000109 | 3566648 | Kristin Marinola | Individual | Individual | $1,500.00 |
| BCA-001118 | 1143884 | Kurt Porter | Individual | Individual | $2,500.00 |
| BP-000301 | 3501894 | Larry Dacus | Individual | Individual | $1,925.56 |
| BP-001016 | 3189215 | Larry Thomas | Individual | Individual | $750.00 |
| BP-000810 | 3520641 | Lauren Minchew | Individual | Individual | $3,050.00 |
| DMA-000047 | Unknown | Leonard McMillian | Individual | Individual | $2,500.00 |
| SLG-000059 | 3560590 | Leslie Lambert | Individual | Individual | $1,500.00 |
| BCA-001409 | 1023643 | Linda Waiters | Individual | Individual | $2,500.00 |
| BCA-000141 | 3238043 | Lisa Taylor | Individual | Individual | $3,050.00 |
| BCA-000571 | Unknown | Loc Ba Hyunh | Individual | Individual | $2,500.00 |
| BCA-000492 | Unknown | Loc Bui | Individual | Individual | $2,650.00 |
| BCA-000453 | 3507727 | Lorre Fleming | Individual | individual | $3,155.00 |
| BCA-000725 | 1150193 | Louis Marler | Individual | Individual | $5,600.00 |
| BCA-001355 | 1142861 | Lucille Presti | Individual | Individual | $2,500.00 |
| BCA-001545 | 3578059 | Luz Sierra | individual | Individual | $5,600.00 |
| SLG-000151 | 3544489 | Makalee Gentile | Individual | Individual | $1,500.00 |
| BCA-000540 | 1151947 | Marcus Eshetu | Individual | Individual | $3,155.00 |
| BP-000054 | 1018063 | Mariah Thomas | Individual | Individual | $500.00 |
| SLG-000005 | 3555844 | Marilyn Parham | Individual | Individual | $1,500.00 |
| SLG-000127 | 3467838 | Mark Amis | Individual | Individual | $2,500.00 |
| BCA-001420 | 3575200 | Mark Brawer | Individual | Individual | $2,650.00 |
| BP-000625 | 3334811 | Mark Crowson | Individual | Individual | $1,500.00 |
| BCA-000336 | 3190799 | Mark Hall | Individual | individual | $2,500.00 |
| BCA-000204 | 3166850 | Mark Ramsarran | Individual | individual | $2,500.00 |
| BP-001243 | 3540775 | Mark Schlauder | Individual | Individual | $4,100.00 |
| SLG-000098 | 3570091 | Mary Bingamen | Individual | Individual | $1,500.00 |
| SLG-000120 | 3567348 | Mary Powell | Individual | Individual | $1,500.00 |
| BCA-000102 | 3541116 | Matt Bedell | Individual | Individual | $3,155.00 |
| SLG-000219 | 3533575 | Matthew Batson | Individual | Individual | $2,500.00 |
| SLG-000071 | 3561969 | Matthew Harrison | Individual | Individual | $1,500.00 |
| BCA-000116 | 3586445 | Matthew Kyser | Individual | Individual | $2,500.00 |
| BP-000060 | 1018157 | Megan Meade | Individual | Individual | $500.00 |
| SLG-000043 | 3559149 | Melinda McDonald | Individual | Individual | $1,500.00 |
| SLG-000016 | 3559062 | Melissa Bates | Individual | Individual | $2,100.00 |
| SLG-000089 | 3481904 | Melissa Sizemore | Individual | Individual | $1,500.00 |
| BCA-000389 | 1105710 | Michael Adkinson | individual | Individual | $3,155.00 |
| SLG-000147 | 3575934 | Michael Cotnoir | Individual | Individual | $2,500.00 |
| BP-000436 | 3417413 | Michael Everett | Individual | Individual | $500.00 |

| | | | | | |
|---|---|---|---|---|---|
| SLG-000150 | 3575323 | Michael Gadseen | Individual | Individual | $2,155.00 |
| BCA-000168 | 3562892 | Michael Hand | Individual | Individual | $2,500.00 |
| BCA-001108 | 3486525 | Michael Johnson | Individual | Individual | $3,155.00 |
| BCA-000196 | Unknown | Michael Morris | individual | Individual | $3,155.00 |
| ALG-000022 | 3343819 | MICHAEL PERKINS | Individual | Individual | 2,500.00 |
| BP-000361 | 3417490 | Mitchell McKinion | Individual | Individual | $6,400.00 |
| SLG-000097 | 3575958 | Nancy Auck | Individual | Individual | $2,500.00 |
| BP-000122 | 1163579 | Nicholas Rightor | Individual | Individual | $500.00 |
| SLG-000052 | 3559842 | Nicole Hernandez | Individual | Individual | $2,100.00 |
| BCA-000584 | Unknown | Nicole Lannie | Individual | Individual | $2,500.00 |
| BCA-001245 | Unknown | Omar Fabelo | Individual | Individual | $3,155.00 |
| BCA-001298 | 3522804 | Pamela Garner | Individual | Individual | $2,650.00 |
| SLG-000145 | 3571729 | Patrick Cotroneo | Individual | Individual | $3,155.00 |
| FMG-000047 | 3557440 | Penny Verdin | Individual | Individual | $1,500.00 |
| SLG-000031 | 3540861 | Peter Heslin | Individual | Individual | $3,050.00 |
| IBP-000008 | 3516460 | Peter Ives | Individual | Individual | $3,000.00 |
| BCA-000510 | Unknown | Phetsamone Chanthaphonh | Individual | Individual | $2,500.00 |
| BCA-001608 | 1072228 | Phi Van Nguyen | Individual | Individual | $2,500.00 |
| BCA-000157 | 3558411 | Poh Cramer | Individual | Individual | $655.00 |
| BP-000952 | 3021069 | Preston Hendrix | Individual | Individual | $750.00 |
| BP-000165 | Unknown | Rae Meccia | Individual | Individual | $500.00 |
| SLG-000058 | 3506581 | Ramonita Plaza | Individual | Individual | $1,500.00 |
| BP-000582 | 3508788 | Ramsey Stuart | Individual | Individual | $5,190.00 |
| BP-000784 | 3388034 | Randall Burt | Individual | Individual | $1,250.00 |
| BCA-000217 | 3554067 | Randel Brown | Individual | individual | $2,500.00 |
| BP-001054 | Unknown | Randy Hinojosa | Individual | Individual | $6,200.00 |
| BP-001246 | Unknown | Raymond Wood | Individual | Individual | $1,500.00 |
| BP-000906 | 3266884 | Renata Young | Individual | Individual | $1,500.00 |
| BCA-001501 | 3583151 | Repanule Hall | Individual | Individual | $2,500.00 |
| BCA-001296 | Unknown | Richard Carrillo | Individual | Individual | $5,600.00 |
| BCA-000167 | 3478571 | Richard Goodwin | Individual | Individual | $3,155.00 |
| SLG-000154 | 3575559 | Richard Gordon | Individual | Individual | $2,500.00 |
| BCA-000208 | 3101979 | Richard Newman | Individual | Individual | $2,500.00 |
| BCA-000798 | 1017676 | Richard Norman | Individual | Individual | $3,155.00 |
| SLG-000143 | 3301502 | Rifat Aslan | Individual | Individual | $2,500.00 |

| BP-000614 | 3503176 | Robert Burch | Individual | Individual | $750.00 |
|---|---|---|---|---|---|
| BP-000515 | 3494493 | Robert Larisey | Individual | Individual | $800.00 |
| DDL-000007 | 7297892 | Robert Seton | Individual | Individual | $2,500.00 |
| BP-000028 | 1145812 | Ron Cheramie | Individual | Individual | $3,240.00 |
| BP-001111 | 1124169 | Ronald Bullock | Individual | Individual | $1,500.00 |
| BCA-001165 | Unknown | Ronald Martin | Individual | Individual | $3,155.00 |
| BP-000062 | 1151930 | Samantha Stewart | Individual | Individual | $500.00 |
| SLG-000020 | 3557767 | Samuel Tremblay | Individual | Individual | $3,050.00 |
| DMA-000028 | Unknown | Sandra Garlotte | Individual | Individual | $2,500.00 |
| BP-000433 | 3501225 | Sandra Miller | Individual | Individual | $500.00 |
| BCA-000036 | 1189311 | Sarah Mills | Individual | Individual | $2,500.00 |
| SLG-000077 | 3562588 | Scott Barber | Individual | Individual | $1,500.00 |
| BP-001253 | 3539485 | Scott Grubb | individual | individual | $2,100.00 |
| SLG-000061 | 3552245 | Scott Heinz | Individual | Individual | $1,500.00 |
| BCA-001190 | 3561107 | Scott Robert Caron | Individual | Individual | $3,155.00 |
| BCA-000408 | Unknown | Shanairrian Tywayne Jordan | Individual | Individual | $2,500.00 |
| BP-000267 | 3403426 | Shane Lassitter | Individual | Individual | $750.00 |
| BP-000970 | 3045521 | Sharif Elnagger | Individual | Individual | $3,050.00 |
| BP-000866 | 3003838 | Sharon Macaluso | Individual | Individual | $6,500.00 |
| SLG-000155 | 3575567 | Shawn Henderson | Individual | Individual | $3,155.00 |
| BCA-000138 | 3567357 | Shi Si Zheng | Individual | Individual | $2,100.00 |
| SLG-000173 | 3575915 | Stephen Pate | Individual | Individual | $2,500.00 |
| IBP-000052 | 3520846 | Stephen Wicks | Individual | Individual | $1,500.00 |
| SLG-000069 | 3561899 | Steve Kuykendall | Individual | Individual | $3,050.00 |
| SLG-000156 | 3446288 | Steven Hernandez II | Individual | Individual | $2,500.00 |
| BP-000868 | 3500773 | Steven Waller | Individual | Individual | $500.00 |
| BCA-001373 | 3404675 | Susan Chaplin | Individual | Individual | $2,500.00 |
| SLG-000174 | 3575927 | Susan Tylicki | Individual | Individual | $2,500.00 |
| BP-000127 | 3052289 | Susie Pope | Individual | Individual | $1,000.00 |
| BCA-001239 | 3582949 | Suzanne Cohill | Individual | Individual | $2,650.00 |
| SLG-000157 | 3578946 | Suzanne Hoyer | Individual | Individual | $3,155.00 |
| SLG-000082 | 3552664 | Tammy Benson | Individual | Individual | $1,500.00 |
| SLG-000003 | 3556034 | Tammy Donithan | Individual | Individual | $1,500.00 |
| BP-000013 | 1134668 | Tara Crosby | Individual | Individual | $250.00 |
| SLG-000014 | 3318938 | Tara Johnson | Individual | Individual | $1,500.00 |
| SLG-000017 | 3535427 | Ted Antol | Individual | Individual | $1,500.00 |
| BCA-000111 | 3368539 | Teresa Frye | Individual | Individual | $3,050.00 |
| BCA-000136 | 3570565 | Terry Westenberger | Individual | individual | $2,500.00 |

| BCA-000724 | Unknown | Thomas Markwith | Individual | Individual | $5,600.00 |
|---|---|---|---|---|---|
| BCA-000302 | 3571721 | Tim Matesi | Individual | individual | $2,500.00 |
| SLG-000015 | 3536278 | Tina Blastow | Individual | Individual | $1,500.00 |
| BCA-000026 | 3388820 | Tommy John | Individual | Individual | $5,600.00 |
| BCA-001289 | 1612139 | Tonia Zottola | Individual | Individual | $2,500.00 |
| SLG-000158 | 3535581 | Tonya Kimmi | Individual | Individual | $2,500.00 |
| BCA-000310 | 3327274 | Tonya Longo | Individual | Individual | $2,500.00 |
| BCA-000411 | 3220506 | Travis Johnson | Individual | Individual | $3,155.00 |
| BP-000978 | 3509242 | Troy Strehle | Individual | Individual | $750.00 |
| BCA-000547 | 3327160 | Tyrone Henry | Individual | Individual | $3,155.00 |
| SLG-000093 | 3565141 | Valarie Hanson | Individual | Individual | $1,500.00 |
| BCA-000238 | 3041465 | Vallerie Rogers | Individual | Individual | $2,500.00 |
| SLG-000012 | 1110816 | Van Hyning | Individual | Individual | $2,100.00 |
| BCA-000163 | 3024880 | Vanessa Ann Demolle | Individual | Individual | $3,155.00 |
| BCA-001276 | 1002933 | Vernon Patterson | Individual | Individual | $3,155.00 |
| SLG-000013 | 3456358 | Vernon Young | Individual | Individual | $2,500.00 |
| BCA-001382 | Unknown | Victor Harberson | Individual | Individual | $6,512.50 |
| IBP-000031 | 3236292 | Victor Miranda | Individual | Individual | $1,250.00 |
| BCA-000248 | 3221807 | Victor Schneider | Individual | Individual | $2,155.00 |
| BP-000731 | 3507076 | Virgil Hinote | Individual | Individual | $1,250.00 |
| SLG-000027 | 3559364 | Vladimir Moldovan | Individual | Individual | $1,500.00 |
| BP-000913 | Unknown | Wally Davis | Individual | Individual | $3,155.00 |
| DMA-000082 | 3407956 | Walter Click | Individual | Individual | $2,500.00 |
| CCS-000007 | 7281010 | Walter Stange | individual | individual | $2,500.00 |
| BCA-001444 | Unknown | Watson Perrin | Individual | Individual | $2,500.00 |
| IBP-000042 | 3246318 | Wendy White | Individual | Individual | $750.00 |
| SLG-000047 | 3559309 | Wendy Wier | Individual | Individual | $3,050.00 |
| SLG-000161 | 3575582 | Wesley Olive | Individual | Individual | $3,155.00 |
| BP-000215 | 3406724 | Willard Freeman | Individual | Individual | $750.00 |
| BP-000536 | 3368979 | William Dawson | Individual | Individual | $1,860.00 |
| BP-000808 | 3183544 | William L. Gates III | Individual | Individual | $3,155.00 |
| SLG-000159 | 3495854 | William Meleedy | Individual | Individual | $2,500.00 |
| BCA-000070 | 3412155 | William Miles | Individual | Individual | $2,500.00 |
| BCA-000380 | 3571194 | Yohance Johnson | Individual | Individual | $2,650.00 |
| BP-001280 | 7189399 | Yuette Holmes | Individual | Individual | $2,500.00 |
| BCA-000267 | 3571289 | Zaida Carrion | Individual | individual | $2,500.00 |