UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * * * * * | MDL NO. 2179 |
| | | SECTION J |
| | | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |
| **This document relates to:** *All Cases* | | |

## NOTICE OF SUBMISSION

Please take notice that this Motion for Leave to Intervene shall be submitted before the Honorable Sally Shushan, United States Magistrate Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on January 23, 2012, at 9:00 A.M.

1