## CLAIMS ASSESSMENT CONTRACT

Alvendia, Kelly & Demarest ("AKD") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred by clients of AKD ("Claimants") as a result of the BP, p.l.c ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

AKD and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until AKD or Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. AKD agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by AKD or Claimant. Full Scope acknowledges that services rendered are provided on an hourly basis and Full Scope shall not be entitled to fees based on any percentages of any damages recovered for any Claimant.

Fees for services provided in addition to valuation (expert testimony, consultation, etc.) shall be provided at the request of AKD and billed to AKD at that hourly rate agreed upon by the parties at the time said services are provided.

AKD acknowledges and agrees that Full Scope's services do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of AKD or Claimant. Further, AKD shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

_____  10/13/11
Full Scope Representative          Date


_____  10/13/11
Alvendia, Kelly & Demarest Representative     Date

## CLAIMS ASSESSMENT CONTRACT

Brent Coon & Associates ("BCA") hereby engages FULL SCOPE SERVICES, LLC ("FULL SCOPE") for assessment and evaluation services related to damages incurred by clients of BCA ("Claimants") as a result of the BP, p.l.c ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

BCA and FULL SCOPE acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, FULL SCOPE agrees to defer payment for services provided until BCA or Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. BCA agrees to pay FULL SCOPE promptly upon receipt of the portion of the payment allocated to accounting services. Neither BCA nor the individual Claimants are liable for any payment if, after FULL SCOPE works up the claim, no money is allocated to accounting services by the GCCF. FULL SCOPE acknowledges that services rendered are provided on an hourly basis and FULL SCOPE shall not be entitled to fees based on any percentages of any damages recovered for any Claimant.

Fees for services provided in addition to valuation (expert testimony, consultation, etc.) shall be provided at the request of BCA and billed to BCA at that hourly rate agreed upon by the parties at the time said services are provided. In the event that FULL SCOPE receives a claim that, after preliminary review, they do not believe will be paid by the GCCF, FULL SCOPE will contact BCA to discuss the matter. BCA will have the option of either completing the claim themselves, or agree to be held liable for FULL SCOPE's work in the even that the GCCF does not pay for accounting services.

FULL SCOPE will be responsible for getting the items enumerated in Schedule A. Once FULL SCOPE receives the items on Schedule A, they will perform a claims assessment as needed by BCA. At the conclusion of each assessment, FULL SCOPE will provide (1) a summary for GCCF Business Loss Profits Interim Claim Form or a Summary for GCCF Individual Lost Earnings Interim Claim Form, (2) a summary of all supporting documents, (3) copies of any and all documents necessary for submission in a format ready for submission, (4) Oil Spill Impact Letter, and (5) FULL SCOPE's Invoice.

BCA acknowledges and agrees that FULL SCOPE's services do not constitute, or include, legal representation and that FULL SCOPE is not acting in the capacity as an agent of BCA or Claimant. Further, BCA shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

_____     _____
Brent Coon & Associates Representative     FULL SCOPE Representative

Date _____     Date _10-7-2011_

## CLAIMS ASSESSMENT CONTRACT

BRUNO & BRUNO L.L.P. ("BRUNO") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred by clients of BRUNO ("Claimants") as a result of the BP, p.l.c ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

BRUNO and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until BRUNO or Claimant receives payment from BP, the GCCF, the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. BRUNO agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by BRUNO or Claimant. Full Scope acknowledges that services rendered are provided on an hourly basis and Full Scope shall not be entitled to fees based on any percentages of any damages recovered for any Claimant.

Fees for services provided in addition to valuation (expert testimony, consultation, etc.) shall be provided at the request of BRUNO and billed to BRUNO at that hourly rate agreed upon by the parties at the time said services are provided.

BRUNO acknowledges and agrees that Full Scope's services do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of BRUNO or Claimant. Further, BRUNO shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

_[signature]_     3/25/11

Full Scope Representative     Date

_____

Bruno & Bruno L.L.P.     Date

CLAIMS ASSESSMENT CONTRACT

The Irpino Law Firm ("ILF") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred by clients of ILF ("Claimants") as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

ILF and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until Claimant or ILF receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. ILF agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by Claimant or ILF. Full Scope acknowledges that services rendered are provided on an hourly basis and Full Scope shall not be entitled to fees based on any percentages of any damages recovered for any Claimant.

Fees for services provided in addition to assessment and evaluation services (expert testimony, consultation, etc.) shall be provided at the request of ILF and billed to ILF at that hourly rate agreed upon by the parties at the time said services are provided.

ILF acknowledges and agrees that Full Scope's services do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of ILF or Claimant. Further, ILF shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

_[signature]_                    3/23/11

Full Scope Representative        Date


Irpino Law Firm Representative   Date

## CLAIMS ASSESSMENT CONTRACT

Stout Law Group, PL ("SLG") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred by clients of SLG ("Claimants") as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

SLG and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until SLG or Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill LiabilityTrust Fund ("OSLTF") or other third party payor. SLG agrees to pay FullScope promptly upon receipt of said payment, or portion thereof, by SLG or Claimant. Full Scope acknowledges that services rendered are provided on an hourly basis and Full Scope shall not be entitled to fees based on any percentages of any damages recovered for any Claimant.

Fees for services provided in addition to valuation (expert testimony, consultation, etc.) shall be provided at the request of SLG and billed to SLG at that hourly rate agreed upon by the parties at the time said services are provided.

SLG acknowledges and agrees that Full Scope's services do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of SLG or Claimant. Further, SLG shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

_____     9-25-2011
Full Scope Services, LLC Representative     Date


_____     9-21-2011
Stout Law Group, PL Representative     Date

## CLAIMS ASSESSMENT CONTRACT

Coastal Consulting Services ("CCS") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred by clients of CCS ("Claimants") as a result of the BP, p.l.c ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

CCS and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until CCS or Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. CCS agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by CCS or Claimant. Full Scope acknowledges that services rendered are provided on an hourly basis and Full Scope shall not be entitled to fees based on any percentages of any damages recovered for any Claimant.

Fees for services provided in addition to valuation (expert testimony, consultation, etc.) shall be provided at the request of CCS and billed to CCS at that hourly rate agreed upon by the parties at the time said services are provided.

CCS acknowledges and agrees that Full Scope's services do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of CCS or Claimant. Further, CCS shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

_____  9/21/2011
Full Scope Representative    Date

_____
Coastal Consulting Services Representative   Date SEPT 21/11
ROBERT M. LARSON

## CLAIMS ASSESSMENT CONTRACT

DANZINGER & DE LLANO, LLP ("DDL") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred by clients of DDL ("Claimants") as a result of the BP, PLC ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

DDL and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until Claimant or DDL receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. DDL agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by Claimant or DDL.

DDL acknowledges that Full Scope's deferral of payment for services rendered is conditioned upon DDL'S diligent pursuit of payment by BP, GCCF, the OSLTF or other third party payor. In the event that Claimant or DDL fails to diligently pursue payment of said Claim, Full Scope's fees shall be immediately due and payable. DD's filing with the multidistrict litigation in the US District Court Eastern District of Louisiana MDL No. 2179 or filing a lawsuit in any court shall be considered diligently pursuing payment of said Claim.

Full Scope acknowledges that if the case does not settle or if there is no financial recovery, neither DDL nor Claimant will be responsible to Full Scope's for any charges or fees. However, if Claimant decides that he no longer wants to pursue the claims against BP and demands that Attorney abandon the claim or if Claimant wants to file the Claim himself or using another law firm after the expert report has been prepared, Claimant will continue to be responsible for the expert costs and Full Scope will have the right to send Claimant a bill and pursue collection remedies.

Fees for services provided in addition to valuation (expert testimony, consultation, etc.) shall be provided at the request of DDL and billed to DDL at a rate agreed upon by the parties at the time said services are provided.

DDL acknowledges and agrees that Full Scope's services do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of DDL or Claimant. Further, DDL shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

Full Scope Services, LLC

_____
CEO Full Scope Services
1/6/11

DDL

_____
Partner
Danziger & de Llano
1/6/11

## CLAIMS ASSESSMENT CONTRACT

D. MILLER & ASSOCIATES, P.L.L.C. ("DMA") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred by clients of DMA ("Claimants") as a result of the BP, p.l.c ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

DMA and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until DMA or Claimant receives payment from BP, the GCCF, the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. DMA agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by DMA or Claimant. Full Scope acknowledges that services rendered are provided on an hourly basis and Full Scope shall not be entitled to fees based on any percentages of any damages recovered for any Claimant.

Fees for services provided in addition to valuation (expert testimony, consultation, etc.) shall be provided at the request of DMA and billed to DMA at that hourly rate agreed upon by the parties at the time said services are provided.

DMA acknowledges and agrees that Full Scope's services do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of DMA or Claimant. Further, DMA shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

_____   12/23/11
Full Scope Representative    Date

_____   12/23/11
D. MILLER & ASSOCIATES, P.L.L.C.    Date

## CLAIMS ASSESSMENT CONTRACT

J. DAVIS- ATTORNEY AT LAW, LLC, hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred by clients of J. DAVIS- ATTORNEY AT LAW, LLC ("Claimants") as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident") for claims presented to the Gulf Coast Claim Facility ("GCCF").

J. DAVIS- ATTORNEY AT LAW, LLC and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until Claimant or J. DAVIS- ATTORNEY AT LAW, LLC receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. J. DAVIS- ATTORNEY AT LAW, LLC agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by Claimant or J. DAVIS- ATTORNEY AT LAW, LLC.

J. DAVIS- ATTORNEY AT LAW, LLC acknowledges that Full Scope's deferral of payment for services rendered is conditioned upon Claimant's diligent pursuit of payment by BP, GCCF, the OSLTF or other third party Payor. In the event that Claimant elects to abandon, or fail to diligently pursue as determined in the sole discretion of Full Scope, payment of said Claim, Full Scope's fees shall be immediately due and payable.

Fees for services provided in addition to valuation (expert testimony, consultation, etc.) shall be provided at the request of J. DAVIS- ATTORNEY AT LAW, LLC and billed to J. DAVIS- ATTORNEY AT LAW, LLC at that hourly rate agreed upon by the parties at the time said services are provided.

J. DAVIS- ATTORNEY AT LAW, LLC acknowledges and agrees that Full Scope's services do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of J. DAVIS- ATTORNEY AT LAW, LLC or Claimant. Further, J. DAVIS- ATTORNEY AT LAW, LLC shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

Full Scope Services, LLC

By: _PHILLIP A. LEE_
Title: _CEO_

J. DAVIS- ATTORNEY AT LAW, LLC

By: _James W. Davis_
Title: _Sole Member_