

**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-6379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Nick L. Impastato_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Nick Impastato_

Address: _11 N. Fulton St._
_Mobile, AL 36607_

Phone: _251-622-0172_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Christian Koerner*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

*Signature*        BP-595

Printed Name: *Christian Koerner*

Address: *6801 Wilty Street*
*Metairie LA 70003*

Phone: *504-416-6406*

FSS.Ctr.v4

GCCF #3417490



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     _Mitchell McKinian_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_M. tchell McChian_
Signature

Printed Name: _Mitchell McKinian_

Address: _3585 Weaver RD_
_Wilmer Al 36587_

Phone: _251-379-6467_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _James B. Pittman Jr. P.C._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_(signature)_ President

Signature

Printed Name: _James B. Pittman Jr. President_

Address: _2102 US Highway 98_
_Daphne AL 36526_

Phone: _251-626-7704_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
355 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>James M. Rather/Partner, Creative Design</u> ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: <u>James M. Rather</u>

Address: <u>3762 Professional parkway</u>
<u>Mobile, Al   36609</u>

Phone: <u>(251) 343-2084</u>

FSS.Ctr.v4

GCCF #3174028



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Anh Thu Nguyen_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: _Anh Thu Nguyen_

Address: _1780 Dawes Rd.   Lot #18_
_Mobile, AL 36695_

Phone: _251 - 455 - 1722_

FSS.Ctr.v4

GCCF #1154256



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _michael turner_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature _Michael E Turner_

Printed Name: _Michael Turner_

Address: _5261 crowson RD_
_PensaColA Fla 32526_

Phone: _850 554 1854_

FSS.Ctr.v4

786                                                    GCCF# 3508165



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>Samurai J Downtown LLC</u> ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Julie Vasquez_
Signature

Printed Name: _Julie Vasquez_

Address: _167 Dauphin Street_
_Mobile, AL 36602_

Phone: _251 433-7644_

_(251)554 3126 cell_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-367-6373
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned **William Lavelle Grates III** ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for <u>assessment</u> and <u>evaluation</u> services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_William W Setell_
Signature

Printed Name: William Lavelle Grates III

Address: 3127 Schillinger Rd. S PMB 218
Mobile, AL 36608

Phone: (251) 648-4955

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___Kevin Patel___
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature ___Kevin Patel___

Printed Name: ___Kevin Patel___

Address: ___4288 main st___
___laplace la-70068___

Phone: ___504-616-4003___

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *COBBS TOWING & RECOVERY LLC* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature: *Daniel O Burch*

Printed Name: Daniel O Burch jr

Address: 354 US Hwy 90 W.
DeFuniak Springs, FL 32455

Phone: 850 892 4467

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0578
877.977.7548
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Internet Business Solutions, Inc.* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes *Claimant* to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Richard Courtney, President_

Address: _P.O. Box 851807_
_Mobile, AL   36685_

Phone: _(251) 661-7726_

FSS.Ctr.v1



**FULL SCOPE SERVICES, LLC**
145 Baronne Street, Suite 400
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Rambo, Inc.*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") *authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident.* In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

*Gerry W. Rambo*
Signature

Printed Name: *Gerry W. Rambo*

Address: *152 S. Section St.*
*Fairhope, AL 36532*

Phone: *251-928-7821*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Ravenna Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Theodore G. Kennedy_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Theodore G. Kennedy_
Signature

Printed Name: _Theodore G. Kennedy_

Address: _1041 Valmont St._
_New Orleans, LA 70115_

Phone: _504-891-3949_

FSS.Clr.v4

GCCF CLAIM # 1144912



**FULL SCOPE SERVICES, LLC**
355 Baronne Street, Suite 4D
New Orleans, LA 70115
504-267-8379
877-872-7949
www.fullscopeservices.com

### CLAIMS ASSESSMENT CONTRACT

The undersigned *Gulf Coast Tire And Automotive* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature: *Daniel Ward*

Printed Name: DANIEL WARD

Address: 603 Skylark Rd
MARY Esther, Fl. 32569

Phone: 850 - 581 - 3870



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     *CHANTAL J. BEYE*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

*Chantal J. Beye*
Signature

Printed Name: *CHANTAL J. BEYE*

Address: *724 Foucher Street*
*New Orleans, LA 70115-1341*

Date: *6/13/11*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Core Fitness, LLC_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

x _Robert E. _____
Signature

Printed Name: _Robert E. Login_

Address: _27580 Canal Rd.  #/434_
_Orange Beach, AL 36561_

Phone: _251-423-6692_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
835 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-79-09
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned _____Fay  Seketa_____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
Incident.

CLAIMANT:

_____
Signature

Printed Name: ___Fay Seketa___

Address: __3704 Peachtree Way__
__Niceville, FL 32578__

Phone: __850-585-8973__

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
354 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

*BP 443*

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *PAPA Rocco's / WILLIAM McGINNES* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident.  In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof.  Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *WILLIAM Mc GINNES*

Address: *101 W 6TH AVE ( PO Box 296 )*
*GULF SHORES , AL, 36542*

Phone: *251-948-7023*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
655 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7940
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned _Baldwin County Home Builders Association_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

_Fran H. Druse as its Exec. V.P._
Signature

Printed Name: _Fran H. Druse_

Address: _916 Plantation Blvd._
_Fairhope, AL 36532_

Phone: _251- 928 -9927_

FSS.Ctr.v4

GCCF #3504440



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature _____

Printed Name: _Pal Millet_

Address: _916 Carrollwood_
_LAPlace LA 70068_

Phone: _504 733 1102_

FSS.Ctr.v4

GCCF #1024544



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 403
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Michael Hinojosa_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature

Printed Name: _Michael Hinojosa_

Address: _1129 Ault St_
_Mannoro LA 70072_

Phone: _504-411-4525_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
836 Baronne Street, Suite 4B
New Orleans, LA 70113
504-267-3579
877-877-2949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___Steven Nelson___ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the Incident.

CLAIMANT:

Signature _____S. Nels_____

Printed Name: ___Steven Nelson___

Address: ___7708 Country Squire DR.___
___Mobile, AL 36695___

Phone: ___(251) 401-6171___

FSS.Ctr.v0



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Hons Builders Inc._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _JASON Hons_

Address: _25421 A State Hwy 181_
_Daphne, AL 36526_

Phone: _251-626-9734_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Raymond Dean Wood_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_R. Dean Wood_
Signature

Printed Name: _Raymond Dean Wood_

Address: _162 White Ave_
_Fairhope, AL 36532_

Phone: _251-221-4101_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7940
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Steven Waller_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT**

_Steven Waller_
Signature

Printed Name: _Steven Waller_

Address: _221 Creola Dr._
_Creola, Al. 36525_

Phone: _(251) 677-0591_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
365 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

*BP-1283*

## CLAIMS ASSESSMENT CONTRACT

The undersigned KSW, LLC by B. Dale Strickland ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT: KSW, LLC

_____, manager
Signature

Printed Name: B. Dale Strickland

Address: 9082 Independence Ave
Daphne Al 36526

Date: 2-24-12

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Dale E. Steele_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Dale E. Steele_
Signature

Printed Name: _Dale E Steele_

Address: _15166 River Rd_
_Fairhope, AL 36532_

Phone: _251-929-6622_

FSS.Ctr.v4

GCCF #3506118



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   _John M. Peter_ _Greenscaple_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_John M. Peter_ _BP-537_
Signature

Printed Name: _John M. Peterson_

Address: _96610 chelanet LN._
_Creole, AL. 36525_

Phone: _251 - 422 - 3880_

GCCF #3607873



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _David Stapleton Builders, inc_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

x _David Stapleton BP-574_
Signature

Printed Name: _David L. Stapleton_

Address: _9190 Timber Creek BIVD_
_Daphne, AL. 36527_

Phone: _251-421-1719_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
155 Baronne Street, Suite 1D
New Orleans, LA 70113
504-267-0379
877-977-9849
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *DARYL TEDESCO*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *DARYL P TEDESCO*

Address: *3412 E ST. BERNARD HWY*
*meraux, LA. 70075*

Phone: *(504) 259-8231*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
155 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## AUTHORIZATION TO RELEASE

I, _DARYL TEDESCO_, hereby authorize British Petroleum (BP),
it's agents and representatives, and/or the administrators, agents and representatives
of the Gulf Coast Claims Facility (GCCF) to communicate with, and release and
request information from, Full Scope Services, LLC regarding the assessment and
valuation of any BP or GCCF claim submitted as a result of the Deepwater
Horizon Incident.

Full Scope Services, LLC shall be further authorized to apply for a BP or GCCF
claim number on my behalf, if necessary.

I further authorize BP and/or the GCCF to remit payment for the assessment
and evaluation of such claim directly to Full Scope Services, LLC.

Claimant:



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-367-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___Y-Paint Inc___ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Bill Musgrove_

Address: _10070 Airport Blvd._
_Mobile, AL   36608_

Phone: _(251) 639-9305_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

*received on 5-9-11*

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Tierce Construction*

("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

*Carolyn Tierce*     BP-1187
Signature

Printed Name: *Carolyn Tierce*

Address: *3914 Ashley Dr.*
*Mobile, AL 36608*

Phone: *251-583-0275*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscapeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Homes By Hons LLC_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") *authorizes Claimant to include the cost of assessing and valuing Claimant's losses* as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _JASON HONS_

Address: _25421 A STATE HWY 181_
_DAPHNE, AL 36526_

Phone: _251 - 626 - 9734_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
365 Baronne Street, Suite 4D
New Orleans, LA 70113
504-367-8579
877-877-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned Jacquelyn J. Schwartz/Partner, Premier Plans ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Jacquelyn J. Schwartz_

Address: _3762 Professional Parkway_
_Mobile, AL 36609_

Phone: _(251) 343-2084_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _MATT Wangué / Backyard Farmers LLC_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") _authorizes Claimant to include the cost of assessing and valuing Claimant's losses_ as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: _MATT Wangué_

Address: _35086 SPanu Rd S_
_Stapleton AL 36578_

Phone: _251 - 243 - 6862_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned Renata Young ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Renata Young
Signature

Printed Name: Renata Young

Address: 1117 Cottrell St

Phone (251) 581-1426 or 222-0079

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    *Air Systems Inc.*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *Phillip Dunham*

Address: *2545 Buckboard Ct.*
*Mobile, AL 36695*

Phone: *(251) 402-0493*

FSS.Ctr.v4

GCCF #3506490

 **FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 403
New Orleans, LA 70113
504-267-0379
877-977-7049
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Regal Motor Credit + Boat Storage, LLC.* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

*Mike Chapman*
Signature

Printed Name: *Mike Chapman*

Address: *3840 Abigail Dr.*
*Mobile, Al 36582*

Phone: *251-661-3955*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Betty Ann Holley_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature _Betty A. Holley_

Printed Name: _Betty A. Holley_

Address: _6997 Forshalee Sr._
_Pensacola, FL 32505_

Phone: _(850) 475-1040_

FSS.Ctr.v4

*Claim # 6866124*
*175469*



**FULL SCOPE SERVICES, LLC**   *Password:,*
835 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *US Battery Warehouse LLC* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature _John R Senn_

Printed Name: _John R. Senn_

Address: _1108 N Ferdon Blvd_
_Crestview FL 32536_

Phone: _850-423-4548_

*BP-442*



**FULL SCOPE SERVICES, LLC**
155 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The       undersigned     *H&H Financial Services inc*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: *Henry A Haseeb*

Address: *1560 St. Stephens Rd*
*Mobile, Al 36603*

Date: *8/17/2011*

F55.Ctr.v4



**FULL SCOPE SERVICES, LLC**
655 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Scott Grubb*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *Scott Grubb*

Address: *889 North Walton Lakeshore Dr*
*Panama City Beach FL 32413*

Phone: *850-420-6113*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
856 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Atlanta Mortgage, Inc._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

x _____
Signature

Printed Name: _Robert H. McCorkindale_

Address: _1574 Gulf Shores PKwy_
_Gulf Shores, al. 36542_

Phone: _251- 609- 2779_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___CHAU  VAN  NGUYEN___ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

**Signature** _____

Printed Name: _CHAU  VAN  NGUYEN_____

Address: _351  AZALEA  RD_____
_____MOBILE, AL  36609._____

Phone: _251- 345- 0719_____

FSS.Ctr.v4

GCCF #3503180



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 413
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Slide N. Jump Zone, LLC*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

*Paul D Hildesheim*
**Signature**

**Printed Name:** *Paul D. Hildesheim*

**Address:** *10160-E Airport Blvd*
*Mobile, Al  36608*

**Phone:** *251-680-7949*



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Larry T. Ducus SR_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") *authorizes Claimant to include the cost of assessing and valuing Claimant's losses* as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Larry T. Ducus SR_

Address: _P.O. Box 111_
_Daphne, AL 36526_

Phone: _251 367 4794_

B2/08/2011  15:B7   1228B859268                    OFFICE MAX IMPRESS                    PAGE  B7



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0373
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Al Sibilia IV_

Address: _12400 Oaklawn Rd._
_Gulfport MS  39501_

Phone: _(228) 365-1540_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Cynthia Badinger*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *Cynthia S Badinger*

Address: *4422 Venus St.*
*N.O. La 70122*

Phone: *(504) 558-0000*

FSS.Ctr.v4

*Claim # 300 9948* GCCF #3009948
*passion*



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-9379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Northwest Florida Fair Association* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature: *C H Rigby Jr*

Printed Name: *C H. Rigdon J.*

Address: *1958 Lewis Turner Blvd*
*Ft Walton Beach Fla 32548*

Phone: *850-862-0211*

FSS.Ctr.v4

*DRagon Fly Entertainment - Karaoke*



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>Cathalia G. Melson</u> ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

x <u>Cathalia G. Melson</u>
Signature

Printed Name: <u>Cathalia G. Melson</u>

Address: <u>22630 Co. Rd. 55</u>
<u>Silverhill, AL 36576</u>

Phone: <u>251-747-2604</u>

FSS.Ctr.v4

**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _PATTI B. WALDROP_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for assessment and evaluation services related to damages incurred as a result of the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope Services, LLC acknowledge that the Oil Pollution Act (OPA) provides for the payment of reasonable costs incurred for damage assessment as part of Claimant's OPA claim; and therefore Claimant and Full Scope Services, LLC agree that Full Scope Services' fees shall be paid immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the Incident.

CLAIMANT:

_signature_
**Signature**

Printed Name: _PATTI B. WALDROP_

Address: _2___
_Orange Beach AL 36561_
Phone: _251 980 2560_

GCCF #5606655



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _J. M. Miller Plumbing & Piping Inc._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") *authorizes Claimant to include the cost of assessing and valuing Claimant's losses* as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_John M Miller_
Signature

Printed Name: _John M. Miller_

Address: _13022 Co. Rd 9_
_Summerdale Al. 36580_

Phone: _251- 978. 1395_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
853 Baronne Street, Suite 1D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Robert Karl Larisey_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Robert Karl Larisey_
Signature

Printed Name: _Robert Karl Larisey_

Address: _102 Meadow wood Loop_
_DAphne, Al. 36526_

Phone: _cell 251-4636395_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 403
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscope-services.com

## CLAIMS ASSESSMENT CONTRACT

*Joanna Leigh*
*Anderson*

The undersigned _____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: JK Anderson

Address: 11207 Hwy 1
Fairhope, Al 36532

Phone: 251-232-8400

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
804-267-0379
877-977-7949
www.fullscopeservicesLLC.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Corhulls Body Shop of Robertsdale Inc._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") _authorizes Claimant to_ include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_____
Signature

Printed Name: _Joe Lambeth_

Address: _23300 Hwy 59_
_Robertsdale Al 36567_

Phone: _(251) 947-8850_

FSS.Ctr.v4

Claim# 1009432

# FULL SCOPE SERVICES, LLC

855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Leonard Clay Cox_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for
the payment of reasonable costs incurred for damage assessment; and
therefore Claimant agrees that Full Scope Services' fees shall be paid
immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the incident.

### CLAIMANT:

_Leonard Clay Cox_
**Signature**

Printed Name: _Leonard Clay Cox_

Address: _9677 Grayton Rd_
_Fairhope, AL 36532_

Phone: _251-689-1580_

Date: _7/14/10_



**FULL SCOPE SERVICES, LLC** GCCF #1106880
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _LOC X UPONG_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Loc Xuan Cuonte_
**Signature**

Printed Name: _LOC XUAN CUONG._

Address: _704 Mc MEAN AVE._
_BAY MINETTE AL 36507_

Phone: _251 - 580 - 5104_



**FULL SCOPE SERVICES, LLC**
635 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-577-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ~~DENTON + hiscomb – Attorneys at law~~ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") *authorizes Claimant to include the cost of assessing and valuing Claimant's losses* as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: ~~DENNIS ALAN hyscomb~~

Address: ~~10 471~~
~~Fairhope AL~~

Phone: ~~251  928-01 82~~

FSS.Ctr.v4

Nov 18 10 07:43a       engineer48                                    2519865533              p.3



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-971-7949
www.fullscopeservices.com

*Edward Dale Jansen*

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     *Edward Dale Jansen*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

*Edward Dale Jansen*
Signature

Printed Name: *Edward Dale Jansen*

Mailing
Address: *P.O Box 569*
*Magnolia Springs, AL 36555*

Cell
Phone: *251 - 213 - 0307*
home *986 - 3455*

FSS.Ctr.v4

GCCF CLAIM # 3412006



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _A-Plus Packaging + Shipping (Kevin Moore)_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT: _A-Plus Packaging and Shipping_

Signature: _Kevin L. Moore_

Printed Name: _KEVIN C. MOORE_

Address: _1406 Carroll St_
_Kenner, LA 70062_

Phone: _504-467-9900_

FSS.Ctr.v4

GCCF #3503175



**FULL SCOPE SERVICES, LLC**
835 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    ROBERT    SCOTT    BURCH
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall have
the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

_Robert S Bul — BI-914_
**Signature**

Printed Name: ROBERT  S. BURCH

Address: 12460  TIMNEY  DR
FAIRHOPE  AL  36532

Phone: 251 - 370-8466

GCCF #3604365



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7849
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

FINISH CARPENTRY

The    undersigned RUSSELL L. GILHEART A/K/A RUSTY GILHEART D/B/A PIDDLEWOOD ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

*Russell S. Gilheart*
Signature

Printed Name: RUSSELL L. GILHEART

Address: 9282 COUNTY ROAD 11
FAIRHOPE, AL 36532

Phone: (251) 747-1025 - CELL
(251) 928-0488 - HOME

FSS.Ctr.v4

GCCF #3506468



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Rick Miller Printing, inc.* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *Dawn Davis*

Address: *3333 Juniper Creek Road*
*Milton Fl. 32570*

Phone: *850-675-5905*

FSS.Ctr.v4

GCCF #9507076



**FULL SCOPE SERVICES, LLC**
355 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    VIRGIL LLOYD HINOTE
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Virgil Lloyd Hinote
Signature

Printed Name: VIRGIL LLOYD HINOTE

Address: 5579 Alabama St.
Milton, Fl. 32570

Phone: 850-516-6960

FSS.Ctr.v4

GCCF #3507911



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 78113
504-367-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Fairclot + McAdams Contracting LLC_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Ryan F Fairclath_

Address: _11415 Glenwood Cir. N_
_Wilmer, AL 36587_

Phone: _(251) 423-3416_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
845 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
972-377-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned JERNIGAN & SONS, INC.
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: JACK C. JERNIGAN

Address: 520 N. MAIN ST
KRESTVIEW FL 32536

Phone: 850 - 865 - 1000

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
834 Baronne Street, Suite 4D
New Orleans, LA 70113
865-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _LIEM T. TRAN_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _LIEM THANH TRAN._

Address: _456 LOTT RD._
_EIGHT MILE, AL. 36613._

Phone: _251-457-6201_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 40
New Orleans, LA 70113
504-267-8579
877-877-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Montrose Square LLC_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _William Rance Reehl_

Address: _24190 US Hwy 98_
_Fairhope AL 36532_

Phone: _251 990 6622_

FSS.Ctr.v4

GCCF Claim #3506333



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7948
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Jimmy Henderson II Const Company* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT: *Jimmy Henderson II Const Co. Inc.*

Signature

Printed Name: *Jimmy H. Henderson II*

Address: *714 B Bob Sikes Boulevard*
*Fort Walton, FL 32547*

Phone: *(850) 864-5426*



**FULL SCOPE SERVICES, LLC**
135 Baronne Street, Suite 49
New Orleans, LA 70113
504-267-8570
877-977-7848
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>Ed Dismukes Plumbing Inc</u> ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Walter E. C_____
Signature

Printed Name: <u>Walter E Dismukes</u>

Address: <u>31525 Tacon Blud</u>
<u>Spanish Ft Al 36527</u>

Phone: <u>251-232-8326</u>

F6S.Ctr.v4

392



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8579
877-077-7945
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Watton Plumbing & Bus LLC_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
Incident.

**CLAIMANT:**

Signature _Kenn E. Davis /owner_

Printed Name: _Kenneth E. Davis_

Address: _3501 Kings Lake Rd._
_Defuniak Spring Fl. 32433_

Phone: _850-307-4819_

FSS.Ctr.v4

GCCF CLAIM # 3145477

**FULL SCOPE SERVICES, LLC**
865 Baronne Street, Suite 4D
New Orleans, LA 70113
504-257-0379
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT
*Myster Goods LLC -*

The   undersigned   *Holiday Inn Express & Suites Laplace*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name:   *Kevin Patel*

Address:   *4288 main st.*
*Laplace La 70068*

Phone:   *504-616-4085 cell*

FSS.Ctr.v4

GCCF #1046924



**FULL SCOPE SERVICES, LLC**
935 Baronne Street, Suite 40
New Orleans, LA 70113
504-267-8373
877-971-7945
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned _____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature _____

Printed Name: _____

Address: _____

_____

Date: _____

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
605 Baronne Street, Suite 4D.
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Denvia L. Potter_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
*authorizes Claimant to include the cost of assessing and valuing Claimant's losses*
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

_Denvia L Potter_
**Signature**

Printed Name: _Denvia L. Potter_

Address: _21801 Linn Ridge Dr_
_Fairhope, AL 34531_

Phone: _251-232-6067_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
155 Baronne Street, Suite 1D
New Orleans, LA 70113
504-267-0379
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Douglas W Thomas_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

_DWTL_
Signature

Printed Name: _Douglas W. Thomas_

Address: _6495 Cardinal Lane_
_Daphne, AL 36526_

Phone: _251 554 6159_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Preston Hendrix*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof.  Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

_____
Signature

Printed Name: Preston Hendrix

Address: 9801 Bethany Dr. Apt B
         Foley AL. 36535

Phone: 251-609-2789

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _William Michael Dawson_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_William Michael Dawson_
Signature

Printed Name: _William Michael Dawson_

Address: _22175 Chancery Lane_
_Perdido AL 36562_

Phone: _251- 234- 7556_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
165 Baronne Street, Suite 425
New Orleans, LA 70113
504-267-0379
877-877-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Royale Development LLC_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature: _Z. Toy Wilson_

Printed Name: _Royale Development LLC_

Address: _P.O. Box 1304_
_Fairhope AL 36533_

Phone: _____

FSS.Ctr.v4

May 09 11 08:45a        Shawn                              2619288177              p.2



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-577-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned _____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

_____
Signature

Printed Name: Lauren Minchew

Address: 8698 Etale Rowe Ln
         Fairhope AL 36532

Phone: 251 709 6410

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _The Oxford Group LLC_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature

Printed Name: _William Rance Reehl_

Address: _24190 US Hwy 98_
_Fairhope AL 36532_

Phone: _251-990-6622_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0359
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned **Brewster Appraisal** ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

**BP-633**

Printed Name: _Marcus Brewster III_

Address: _613 E. Parksdale dr._
_Mobile, AL 36606_

Phone: _251-767-1835_

FSS Ctr v4

*Interim payment option.*



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

*Gary Tompkins*

The undersigned ~~Robertson Curtis, Inc~~ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature _____

Printed Name: Gary Tompkins

Address: 9979 chorlois RD
Milton Fl 32583

Phone: 950 - 572 - 8146

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Mary Metoyer_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _MARY Metoyer_

Address: _927 Julia St._
_New Orleans, LA. 70113_

Phone: _504. 522. 8934_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0373
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _David Wayne Maples_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_David Wayne Maples_
Signature

Printed Name: _David Wayne Maples_

Address: _13771 Tom Gaston Rd_
_Mobile, Al 36695_

Phone: _251-377-3748_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
353 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7349
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Gannon M. Leary_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: _Gannon M. Leary_

Address: _2405 Springhill Avenue_
         _Mobile, AL 36607_

Date: _5/11/11_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>M. P. Properties</u> ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Mark F. Sw_
Signature

Printed Name: <u>MARK F. SWANSON</u>

Address: <u>10836 LEGACY</u>
<u>MOBILE ALA. 36608</u>

Phone: <u>251-604-0741</u>

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-6379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ~~✗~~ _Eugene D Melson_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

~~✗~~ _Eugene D Melson_
Signature

Printed Name: _Eugene D Melson_

Address: _22630 CR 55_
_Silverhill AL 36476_

Phone: _251-747-6755_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 40
New Orleans, LA 70113
504-267-0379
877-977-7049
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Matthew Scott Nall_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature _Matthew L Shar_

Printed Name: _MATTHEW SCOTT NALL_

Address: _445 Via International, Navarak Shores FL_
_MAILING ADDRESS - PO BOX 1133_

Phone:
Cell _850-419-2572_
Home _850-892-4979_
W/L _850-892-0839_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0370
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Jason R. Rosen* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: *Jason R. Rosen, Pres./Owner*
*French Business, Inc.*
Address: *9239 Magazine Ave.*
*Irvington, AL 36526*

Date: *7-18-2011*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-9379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

*RICHARD J. THURMAN, JR., PRESIDENT*

The undersigned *C-GLASS & CLOSETS, INC.* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature _*Richard J Thurman*_  *C-GLASS & CLOSETS, INC.*

Printed Name: _*RICHARD J. THURMAN, JR.*_

Address: _*2301A HELENA ST.*_
_*KENNER, LA 70065*_

Phone: _*(504) 465-0450*_

FSS.Ctr.v4

GCCF# 1106907



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7849
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Judson L. Basse_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Cyndia Chasse K Shane Basse_
**Signature**

**Printed Name:** _Judson L Basse_   _BP#609_

**Address:** _314 E Laurel Ave #4_
_Foley AL 36535_

**Phone:** _251- 943- 2455_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
155 Baronne Street, Suite 4D
New Orleans, LA 70113
504.267-0379
877-871-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___DANIEL HINOJOSA___
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall have
the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: DANIEL  HINOJOSA

Address: 295 ROSEDOWN WAY
MONROEVILLE, LA 70471

Phone: (504) 415-6354



**FULL SCOPE SERVICES, LLC**
355 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Regina A. Gilliam_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Regina Avender Gilliam_
Signature

Printed Name: _Regina Avender Gilliam_

Address: _5046 Coast Oaks Ct_
_Gulf Shores, AL 36542_

Phone: _251-978-9028_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Sharon Senner* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

*Sharon S Senner*
**Signature**

**Printed Name:** *Sharon Senner*

**Address:** *1001 Chartres St.*
*New Orleans, LA 70116*

**Phone:** *504-504-9636*

F55.Ctr.v4

May 23 2011 3:37PM Russell's Marina Grill 504-286-0707          page 3



**FULL SCOPE SERVICES, LLC**
225 Baronne Street, Suite 40
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The       undersigned       *Kellee Petron*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third-party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT: _____
Signature

Printed Name: _____Kellie Petron_____

Address: _____4417 Neyrey dr_____
_____Metairie, 70002_____

Date: _____5/22/11_____

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
655 Baronne Street, Suite 400
New Orleans, LA 70113
504-267-8579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Christian F. Bryson_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Christian F. Bryson_

Address: _3762 Wilson Rd_
_Gilbertown Al 36587_

Phone: _251 331-1167_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7849
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _GMF - Preservation of Affordability Corp._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Patrick Coffey_

Address: _750 St Michael St. STE D_
_Mobile, AL 36602_

Phone: _251-650-7337_

FSS.Ctr.v4

# Full Scope Services, LLC

855 Baronne Street New Orleans, LA 70113 (504) 267-0379 (877) 977-7949

## BRITISH PETROLEUM - TRANSOCEAN OIL RIG EXPLOSION & OIL SPILL CLAIMANT FACT SHEET

## Section I: Claimant Information

Mr/Mrs: | First: | Middle: | Last:

Date of Birth: | Social Security No:

Street Address (Loss Location):

City: | State: | Zip Code:

Is your residence/mailing address different from loss location? ☐ Yes ☐ No  If "yes", please provide mailing address:

Street Address (Mailing):

City: | State: | Zip Code:

Phone: | E-Mail:

☐ May we contact you by Email?

Driver's License No: | Issuing State:

Marital Status: | Spouse's Name:

Business Name: **GMF – Preservation Affordability Corp.**

Employer ID No.: **26-4794912**   Do you own this Business? ☐ Yes ☒ No

Business Address: **See attached**

City: **See attached** | State: | Zip Code:

Business Phone: **251-650-7355** | Business Fax: **251-344-6991**

Business E-Mail: **wyoung@mmiprops.com**

## Section II: Occupation

Please select your occupation (Select All that apply.)

— Shrimper   — Crabber   — Oysterman   — Commercial Fisherman   — Charter Boat Operator

— Other (Please Describe Below)   — Business Owner (Please indicate type of business below)

7 Apartment Complexes Consolidated
under 1 Bond Deal

## Section III: Other Information
Please describe your loss below:

PAGE2

09-27-2011 13:46    COMPASS HOLDINGS 251 649 1600



**FULL SCOPE SERVICES, LLC**
854 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     *Bryson Farms and Construction*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

*Bryson Farms and Construction*
Signature

Printed Name: *Bryson Farms and Construction*

Address: *3762 Wilmer Rd*
*Wilmer, AL 36587*

Date: *9-20-11*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
825 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Chad R. Graham* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *Chad P Graham*

Address: *91 Bishop Pond RD*
*Defuniak Springs FL 32433*

Phone: *850-419-0297*

F5S.Ctr.v4