

**FULL SCOPE SERVICES, LLC**
909 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## AUTHORIZATION TO RELEASE

I, *Chad R. Graham*, hereby authorize British Petroleum (BP) to communicate with, and release and request information from, Full Scope Services, LLC regarding the assessment and valuation of any BP claim submitted as a result of the Deepwater Horizon Incident.

Full Scope Services, LLC shall be further authorized to apply for a BP claim number on my behalf, if necessary.

I further authorize BP to remit payment for the assessment and evaluation of such claim directly to Full Scope Services, LLC.

Claimant:

_____
Signature

Printed Name: *Chad R. Graham*

Date: *3-6-11*



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _John G. Riggins Jr_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature _JHGRiggins Jr_

Printed Name: _John G. Riggins Jr_

Address: _13457 County Road 3_
_Fairhope AL. 36532_

Date: _8/11/11_

FSS.Ctr.v4

11/23/2010  13:36    5045220699            ROYALMAILSERVICE                    PAGE  01
NOV-23-2010  12:34                                                GCCF #3379022  P.02/19



**FULL SCOPE SERVICES, LLC**
835 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7849
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Natalie R. Bros*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the Incident.

CLAIMANT:

Signature

Printed Name: *Natalie R. Bros*

Address: *2426 Royal St.*
         *NOLA 70116*

Phone: *504 610 7700*

FSS.Ctr.v4

10-06-2010 10:58                                                    PAGE2



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 413
New Orleans, LA 70113
504-247-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   _Sweet Basils by Rick Senner_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: _Ricky Senner_

Address: _11208 Front Beach Rd._
_Panama City Beach, FL 32407_

Phone: _850-234-2855_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
635 Baronne Street, Suite 4B
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *MPM INVESTMENTS III LLC DBA Hunter's Furniture* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *Marcom Mercury, President*

Address: *1685 S. Mckenzie St.*
*Foley, AL  36535*

Phone: *251-943-5377 (store)*
*251-747-1752 (cell)*

FSS.Ctr.v4

GCCF #3607905



**FULL SCOPE SERVICES, LLC**
835 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-577-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _First-Rate Property Solutions_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Judah Castagna_

Address: _6061 Colonial Pkwy, unit 6301_
_Gulf Shores, al. 36542_

Phone: _251-609-5804_

FSS.Ctr.v4

GCCF #3094130



**FULL SCOPE SERVICES, LLC**
835 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned T+T Seafood market / Carroll J. Triche ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: _Carroll J. Triche_

Address: _P.O. Box 1104_
_SpringField LA., 70462_
Cell                                    Home
Phone: _985-817-0635    225-294-0019_

FSS.Ctr.v4

BP Claim# 3237295



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned A+ Professional Painting
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope")
for assessment and evaluation services related to damages incurred as a result
of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall
have the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature

Printed Name: Jim Little

Address: 3006 Blue Pine Ln
Niceville, FL 32578

Phone: 850 285-0981



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 78113
504-267-0979
877-877-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _____Wessex INC_____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_____
Signature

Printed Name: _STAN KEMPTEN_

Address: _352 Grand Ave._
_FAIRHOPE, AL 36532_

Phone: _251-422-0039_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _River Park Grocery + Pool_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_Curtis W Rewerts_
**Signature**

**Printed Name:** _CURTIS W Rewerts_

**Address:** _10563 Co Rd 48_
_Fairhope AL 36532_

**Phone:** _251-928-1778_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Jeannie B Jasim_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Jeannie B Jasim_
Signature

Printed Name: _Jeannie Jasim_

Address: _Holistic ARTS Ltd_

Phone: _504-894-8856_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
255 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Ronald L. Bullock_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_(signature)_
Signature

Printed Name: _Ronald L. Bullock_

Address: _602 S. 1st St. # 36_
_Pensacola, FL 32507_

Phone: _850 · 516 - 0965_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
365 Bienville Street, Suite 4D
New Orleans, LA 70119
504-267-9779
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Washit, Inc._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Jason C. Cox_

Address: _33287 Steelwood Ridge Road_
_Loxley, AL 36551_

Phone: _(251) 422-8885_

FS5.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 40
New Orleans, LA 70113
504-267-0353
877-977-1949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Washit, Inc._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: _Jason C. Cox_

Address: _37287 Steelwood Ridge Road_
_Loxley, AL 36551_

Phone: _(251) 422-8885_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-587-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Safe & Sound Climate Controlled Min-*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for *Storage*
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature

Printed Name: ___REHE L. WEST    PRESIDENT___

Address: ___3932  CREIGHTON RD.___
___PENSACOLA, FL   32504___

Phone: ___(850)  777-0905  CELL___

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    *Ritter Construction*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Chris Ritter_                    BP-114

Signature

Printed Name: _Chris Ritter_

Address: _5761 LA Rue Steiner Road_
_Theodore, AL 36582_

Phone: _251-366-9974_

FSS.Ctr.v4

918



**FULL SCOPE SERVICES, LLC**
859 Baronne Street, Suite 40
New Orleans, LA 70113
504-267-4579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Distinctive Homes Dec*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _LEE SPAFFORD_

Address: _528 Barcelona D._
_Dauphin Island Al. 36528_

Phone: _251 - 402 - 9277_

FSS.Ctr.v4

GCCF #3003838



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    *Sharon Macaluso*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

*Sharon Macaluso*
Signature

Printed Name: *Sharon Macaluso*

Address: *281 Rocky Rd.*
*Belle Chasse, La. 70037*

Phone: *504-456-7157     504-912-0298*

FSS.Ctr.v4

*Bookkeeping Service*



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 40
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   __William I. Watson__
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

__William J. Watson__
Signature

Printed Name: __William I Watson__

Address: __11545 Weaver Rd__
__W Inlet, AL 36584__

Phone: __251-649-5480__

FSS.Ctr.v4



**FULL SCOPE SERVICES. LLC**
855 Baronne Street, Suite O
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   _Handyman Services_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
*authorizes Claimant to include the cost of assessing and valuing Claimant's losses*
as an additional cost resulting from the Incident.  In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof.  Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant.  Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

_____
Signature

Printed Name: _Kenneth Moberg_

Address: _7437 Oakland DR_
_Biloxi, MS 39532_

Phone: _251-610-7165_

FSS.Ctr.v4

GCCF CLAIM # 3409384



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *BATTIN MASONRY INC.*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature: *Clarence Battin Sr.*

Printed Name: *CLARENCE BATTIN JR.*

Address: *8427 PINE RUN*
*Daphne, ALA. 36527*

Phone: *251 — 591-2859*

FSS.Ctr.v4

# FULL SCOPE SERVICES, LLC

855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Denise A. Myers_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope Services, LLC acknowledge that the Oil
Pollution Act (OPA) provides for the payment of reasonable costs incurred
for damage assessment as part of Claimant's OPA claim; and therefore
Claimant and Full Scope Services, LLC agree that Full Scope Services' fees
shall be paid immediately upon receipt and acceptance of payment by
Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the Incident.

### CLAIMANT:

_Denise A. Myers_
**Signature**

**Printed Name:** _Denise A. Myers_

**Address:** _322 Magnolia Dr._
_GS       AL       36542_
**Phone:** _251-968-6092_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-877-7849
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Damon Paul Conway_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_____
Signature

Printed Name: _Damon Paul Conway_

Address: _2770 Sherwood Dr. N_
_Mobile, Al 36606_

Phone: _251-455-9758_

F5S.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-377-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     *Rodney Smith, President of R&F Corp.*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: *Rodney Smith*

Address: *538 Gov. Nichells St.*
            *N.O. LA 70116*

Phone: *(504) 428-9868*

FSS.Ctr.v4

GCCF CLAIM #: 1121966



**FULL SCOPE SERVICES, LLC**
.365 Baronne Street, Suite 4B
New Orleans, LA 70113
504-267-0379
877-877-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

    The   undersigned   *Custom Plumbing and Piping*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

    Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

    Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_Paul Sims_
**Signature**

**Printed Name:** _Paul Sims_

**Address:** _8556 Westminster Ct._
_Spanish Fort Al 36527_

**Phone:** _251-423-0359_

FSS.Ctr.v4

GCCF#3600398



**FULL SCOPE SERVICES, LLC**
865 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Costhello Body Shop of Pensacola Inc._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: _Joe Lambeth_

Address: _lotto N Palafox St._
_Pensacola FL 32503_

Phone: _(850) 478-9116_

FSS.Ctr.v4

GCCF #3409958

 **FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0339
877-977-2949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   _Harvill, Inc._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
*authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident.* In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature

Printed Name: _W. Judd Harvill_

Address: _4354-A Old Shell Rd._
_Mobile, AL 36608_

Phone: _251-473-4008_ # Office
_251-473-3058_ Cell
_3038_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
853 Baronne Street, Suite 3D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *John D Allen* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

*John D Allen*
Signature

Printed Name: *John D Allen*

Address: *1394 Kings Lk Rd*
*Defuniak Springs Fl. 32433*

Phone: *850-830-6546*

FSS.Ctr.v4

(BP1394)

GCCF CLAIM # 3327555



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4B
New Orleans, LA 70113
504-267-0373
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___Jeffery Turner___ "Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the BP/Gulf Petroleum ("BP") Deepwater Horizon Incident (the "Incident")

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the Incident.

CLAIMANT:

Signature

Printed Name: ___Jeffery Turner___

Address: ___PO Box 413___
___Malone FL 32577___

Phone: ___850-745-1191___



**FULL SCOPE SERVICES, LLC**
825 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com



## CLAIMS ASSESSMENT CONTRACT

The undersigned **Kountry Candy Store Inc.** ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature: _Lacy A Farkash_

Printed Name: _Lacy A Farkash_

Address: _996 Hwy 231_
_Alford, Fl 32420_

Phone: _(850) 209-4755_

F5S.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     Randall T. Burt Jr
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: Randall T. Burt Jr

Address: 5945 Claric St
Milton, Fl.

Phone: 850-623-1549 (Home) 850-585-8011 (Cell)

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
365 Baronne Street, Suite 400
New Orleans, LA 70113
504-267-0579
877-973-1949
info@fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The       undersigned       *John Keesoe*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident.  In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof.  Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant.  Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *John Keesoe*

Address: *310 Shenandoah Dr*
*Raymore Mo 64083*

Phone: *913-230-5372*

FSS.Cir.v4



**FULL SCOPE SERVICES, LLC**
365 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0373
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    *Teena Haven*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

*Teena Haven*
Signature

Printed Name: *Teena Haven*

Address: *12555 Emerald Coast Pkwy*
*St B*
*Miramar Beach, Florida*

Phone: *(850) 269-0781*                *32550*

FSS.Cttr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Williams Nursery_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_Leonard L Williams BP-500_
Signature

Printed Name: _Leonard L. Williams_

Address: _9436 Wilmer-Georgetown_
_Wilmer Al 36587_

Phone: _251-649-7750_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-6379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Kearley's Roofing + Repair_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

✗ _J.D. McCally_
Signature

Printed Name: _John D. Kearley_

Address: _PO Box 1624_
_Theodore, al. 36590_

Phone: _251-401-9702_

FSS.Ctr.v4

05/25/2011  16:23    2514327644                    HELIX PROPERTIES                    PAGE  04/06



**FULL SCOPE SERVICES, LLC**

## CLAIMS ASSESSMENT CONTRACT

The    undersigned   *Ronald G. LaGrange*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

*Ronald G. LaGrange*
Signature

Printed Name: Ronald G LaGrange

Address: 80 St. Michael St. Suite 305
Mobile, AL 36602

Phone: (251) 432-5154

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
885 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Solomon's Temple Ministries*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident.  In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof.  Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant.  Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

X *William McConnell   Pastor*
Signature

Printed Name: *William McConnell Pastor*

Address: *809 Seminary St.*
*Prichard, Al. 36610*

Phone: *251-802-3550*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
835 Baronne Street, Suite 400
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   _Darren W Bolotte_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Darren W Bolotte_

Address: _1742 Jean Lafitte Blvd_
_Lafitte, LA 70767_

Date: _5/5/2011_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7049
HTTP:fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Midtown Mortgage Inc_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Sidney Leon Olander_

Address: _4366 Midmost Dr. Ste. D._
_Mobile, AL 36609_

Phone: _251-344-4022_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-257-9379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>ALAN D. ALARIO, INC.</u>
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: <u>ALAN D. ALARIO</u>

Address: <u>4400 Hammond Hwy. 3C</u>
<u>METAIRIE, LA 70005</u>

Phone: <u>504-831-8764</u>
Office: <u>985-652-0543</u>

FSS.Ctr.v4

02/16/2012 15:06    8508736111          LABOR READY 1361                PAGE 04/04



FULL SCOPE SERVICES, LLC    BP-1280

935 Gravier St.
Suite 1010
New Orleans, LA 70112

504-267-0379                                    877-977-7949

## CLAIMS ASSESSMENT CONTRACT

The ___Nuette Holmes___ undersigned ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Printed Name: ___Yuette Holmes___

Signature: ___Nuette Holmes___

Address: ___2121 Harrison Ave A-7___
___PC FL 32405___

Phone: ___850 258 1729___

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC** BP-1280

935 Gravier St.
Suite 1010
New Orleans, LA 70112

504-267-0379                     877-977-7949

## CLAIMS ASSESSMENT CONTRACT

The _____ undersigned ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Printed Name: _Yurtte Holmes_

Signature: _____

Address: _2121 Harrison Ave A-7_
_PC FL 32405_

Phone: _850 258 1729_

F33.Ctr.v4



**FULL SCOPE SERVICES, LLC**
355 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     _Janet Presley_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_Janet Presley_
Signature

Printed Name: _Janet Presley_

Address: _P.O. Box 366_
_Gonzales, FL 32560_

Phone: _850-791-8441_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 413
New Orleans, LA 70113
504-287-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Janet Presley_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Janet Presley_
Signature

Printed Name: _Janet Presley_

Address: _P.O. Box 366_
_Gonzalez, FL 32560_

Phone: _850-791-8441_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7940
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _South Alabama Materials Inc._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: _C. R. Campbell Sr._

Address: _P.O. Box  850_
_Gonzalez, FL  32560_

Phone: _(850)  968-1515_

FSS.Ctr.v4



GCCF 82437645



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     *C + C Hauling Co.*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

   Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

   Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature     *C R Campbell Jr*

Printed Name:     *C.R. Campbell Sr.*

Address:     *P.O. Box 850*
             *Gonzalez, FL 32560*

Phone:     *(850) 968-1515*

FSS.Ctr.v4



# FULL SCOPE SERVICES, LLC

935 Gravier St.
Suite 1010
New Orleans, LA 70112

504-267-0379                                                                 877-977-7949

## CLAIMS ASSESSMENT CONTRACT

The _Randy +Eric Crocker Homebuilders_ undersigned ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Printed Name: _Randy +Eric Crocker Homebuilders_

Signature: _Randy S Crocker_ General Partner

Address: _1115 Captain O'Neal Dr_
_Daphne, AL 76526_

Phone: _251  421  3029_

FSS.Ctr.v4

# FULL SCOPE SERVICES, LLC
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Southeastern Hotels LP._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC for assessment and evaluation services related to damages incurred as a result of the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope Services, LLC acknowledge that the Oil Pollution Act (OPA) provides for the payment of reasonable costs incurred for damage assessment as part of Claimant's OPA claim; and therefore Claimant and Full Scope Services, LLC agree that Full Scope Services' fees shall be paid immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the Incident.

CLAIMANT:

Southeastern Hotels L.P.
by Southeastern Hotels Mgt Inc
General Partner

Signature _BIKRAM J. SINGH_
_as PRESIDE_

Printed Name _Bikram J Singh_

Address: _7601 SCENIC HWY_
_PENSACOLA    FL 32504_

Phone: _850-477-7155_



**FULL SCOPE SERVICES, LLC**
853 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned Alan T. Fowler for Westview LLC
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature: *Alan T. Fowler*

Printed Name: *Alan T. Fowler*

Address: *P.O. Box 91386*
*Mobile, Al 36691*

Phone: *251-454-5493*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
655 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *A.A.V.I.O. Prevention Systems* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature _____

Printed Name: _Janes Nicholas Deslonde_

Address: _11275 Emerald Coast Parkway West Suite_
_Mira Mar Beach, FL 32550_   6-418

Phone: _850-687-3212_

FSS.Ctr.v4

GCCF #3250482

**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _JFT , LLC_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: _James Waldrop_

Address: _3806 Canal Rd_
_Orange Beach al 36561_

Phone: _251-609-4472    9802560_

GCCF #3506387



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 403
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   Quality Coatings + Drywall Inc.
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT: Quality Coatings + Drywall Inc.

Signature

Printed Name: Bryan Bostzuc   Pres.

Address: 8386 Jonesboro Rd. Ste. A
Daphne, AL 36526

Phone: (251) 625-8840

FSS.Ctr.v4

JAN-28-2011 10:37A FROM:                                    TO:15045232165        P.2/3



**FULL SCOPE SERVICES, LLC**
355 Bayonne Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    *H & M MACHINE SHOP*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident.  In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof.  Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

*M & Bla*
Signature

Printed Name: *MARVIN ALDERADO*

Address: *21 NATIVE DANCER DR.*
*CARRIERE MS 39426*

Phone: *(504) 884 8663*

FSS.Ctr.v4

 **FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     L A L L C _____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT: L A L L C

Signature

Printed Name: BRYAN BOSTICK

Address: 15958 KEENEY DR.
FAIRHOPE AL 36532

Phone: (251) 929-2032

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *County Road 20, LLC*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

**Signature**

Printed Name: *R. Tudor Yance (attorney for CR 20, LLC)*

Address: *169 Dauphin St. Suite 308*
*Mobile, AL 36602*

Phone: *251 - 432 - 8003*

FSS.Ctr.v4

*Also approved by*

*Richard R. Fuge, Manager - County Road 20, LLC*



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   _TeResa ShAveR_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Teesa Shaver_
Signature

Printed Name: _TeResA ShAveR_

Address: _22996 River Rd S_
_DAphne   AL  36526_

Phone: _251 - 583 - 7845   cell_
_251 - 990 - 8344   office_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Teresa Shaver_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Teresa Shaver_
Signature

Printed Name: _Teresa Shaver_

Address: _22996 River Rd S_
_Daphne   AL  36526_

Phone: _251-583-7845  cell_
_251-990-8344  office_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___JAMES A. YANCE, Jr.___
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature: _____

Printed Name: ___JAMES A. YANCE, Jr.___

Address: ___169 DAUPHIN ST. STE.101___
___MOBILE, AL 36602___

Phone: ___(251) 432-2520___

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     JAMES A. YANCE, Jr.
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: JAMES A. YANCE, Jr.

Address: 169 DAUPHIN ST. STE. 101
MOBILE AL 36602

Phone: (251) 432-2520

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Chad C. Bartz_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Chad Ba_
Signature

Printed Name: _Chad Bartz_

Address: _9051 Pine Run_
_Daphne AL 36527_

Date: _8/4/11_

F5S.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Chad C. Bartz_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Chad Ba_

Signature

Printed Name: _Chad Bartz_

Address: _9051 Pine Run_
_Daphne AL 36527_

Date: _8/4/11_

F5S.Ctr.v4



**FULL SCOPE SERVICES, LLC**
955 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ROBERDS CORP. / GEORGE W. ROBERDS ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT: Roberds Corp.

_George W. Roberds / President_
Signature

Printed Name: GEORGE W. Roberds

Address: P.O. DRAWER 1004
FAIRHOPE, ALA. 36533

Phone: 251.928.0278 / 251.709-3122

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Chad Bartz, member, Cash'n* 60 ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: *Chad Bartz*

Address: *9051 Pine Run*
*Daphne AL 36522*

Date: *8/4/11*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     Charles Stevens
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: Charles Stevens

Address: P.O. Box 1296 Bay Minette, AL 36507

Date: 8/5/11

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
235 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned **MARK D. SCHLAUDER** ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: **MARK D. SCHLAUDER**

Address: **5222 SHEFFIELD AVE.**
**FOLEY, AL 36535**

Date: **8/4/11**

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _K.C. o-kay for Winfield Resort Properties, Inc._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall have
the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

**Signature**

**Printed Name:** _K.C. CHIANG_

**Address:** _801 Commerce Drive_
_Gulf Shores, AL 36542_

**Phone:** _251 955 2449 / cell:- 609 9888_



**FULL SCOPE SERVICES, LLC**
355 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## AUTHORIZATION TO RELEASE

I, _K.C. Chang for Winfield Resort Properties, Inc_, hereby authorize British Petroleum (BP) to communicate with, and release and request information from, Full Scope Services, LLC regarding the assessment and valuation of any BP claim submitted as a result of the Deepwater Horizon Incident.

Full Scope Services, LLC shall be further authorized to apply for a BP claim number on my behalf, if necessary.

**I further authorize BP to remit payment for the assessment and evaluation of such claim directly to Full Scope Services, LLC.**

Claimant:

Signature _Winfield Resort Properties, Inc_

Printed Name: _K.c. Chang_

Date: _8/31/2010_

GCCF #3506509



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Platt Investments LLC_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall have
the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT: _Platt Investments, LLC_

Signature _Nana D. Platt_  _member_

Printed Name: _Nana D. Platt_

Address: _P.o. Box 7183_
_Spanish Fort, AL 36577_

Phone: _251/626-3300_



**FULL SCOPE SERVICES, LLC**
635 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned William R. Staggers MD
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
*authorizes Claimant to include the cost of assessing and valuing Claimant's losses*
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature

Printed Name: William R. Staggers, M.D.

Address: 7641 Cipriano Court
Fairhope, AL 36532

Phone: 251 929 7860

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
835 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _William R. Staggers MD_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") _authorizes Claimant to include the cost of assessing and valuing Claimant's losses_ as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: _William R. Staggers, M.D._

Address: _7541 Cipriano Court_
_Fairhope, AL 36532_

Phone: _251 929 7850_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Platt Homebuilders, Inc._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature _Platt Homebuilders, Inc. – Nona D. Platt_
_Vice President_

Printed Name: _Nona D. Platt_

Address: _1141 Hwy 31 Suite C_
_Spanish Fort, AL 36527_

Phone: _251/626-3300_



**FULL SCOPE SERVICES, LLC**
845 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
8__-9__-__949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned **Iron & Canvas Workshop** ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

**Signature**

**Printed Name:** Joseph O. Strange

**Address:** 16821 State Hwy 181
Fairhope, AL 36532

**Phone:** (251) 990-8789

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
355 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _____CHURCHILL II LLC_____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_____
**Signature**

**Printed Name:** ___Peter J. Howard___

**Address:** ___PO BOX 4804___
___SANTA ROSA BEACH, FL 32459___

**Phone:** ___404-222-9106___

GCCF #3437557



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    *American Concrete Supply Inc.*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident.  In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof.  Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature _____

Printed Name: _C.R. Campbell Sr._

Address: _P.O. Box 849_
_____ _Gonzalez, FL 32560_

Phone: _(850) 968-1515_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _____
_("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall have
the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

_____ MANAGER
Signature

Printed Name: PETER J. HOWARD

Address: PO BOX 4801

SANTA ROSA BEACH FL 32459

Phone: 484-221-2156



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    Charles A Kelly
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: Charles A. Kelly

Address: 400 River Route
Magnolia Springs AL.

Phone: 251-988-1893

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
845 Baronne Street, Suite #D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservkes.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Beverly G. Cutro* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

*Beverly A Cutro*
Signature

Printed Name: *Beverly G. Cutro*

Address: *19605 Quartz Lane*
*Robertsdale AL 36567*

Phone: *251-609-1456*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
465 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-6378
877-872-7849
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _FRANK J. LoH,III  President Heritage Homes of_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for _Mobile_
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature: _F∧h∧A∓_

Printed Name: _F∧∧k J. Lott III_

Address: _PO Box 190879_
_Mobile, AL 36619_

Phone: _251-666-3950_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 1D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Beaufort Engineering Services, Inc._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT: _Beaufort Engineering Services, Inc._

Signature _William Walter Bolton_

Printed Name: _William Walter Bolton_

Address: _311 Fels Avenue_
_Fairhope, AL 36532_

Phone: _251-929-0551_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-1949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   David C Anglin
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: David C. Anglin

Address: 140 Roebling Trail
Pensacola, FL. 32506

Phone: 850-293-2041

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-247-0379
877-971-7949
www.fullscopesrvkes.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    *Cathy Denise Sims*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Cathy D. Sims_
Signature

Printed Name: *Cathy Denise Sims*

Address: *903 Ridgeview Dr.*
*Pensacola, Fl. 32514*

Phone: *850-983-4079*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned BES Construction, LLC ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT: BES Construction, LLC

Signature

Printed Name: Heather Bolton

Address: 311 Fels Avenue
Fairhope, AL 36532

Phone: 251-929-0551



**FULL SCOPE SERVICES, LLC**
865 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    BES Construction, LLC
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall have
the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT: BES Construction, LLC

_Heather Bolton_
**Signature**

**Printed Name:** Heather Bolton

**Address:** 311 Fels Avenue
Fairhope, AL 36532

**Phone:** 251-929-0551

# FULL SCOPE SERVICES. LLC

GCCF #3506722

855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned  Crystal  Orchard  Inc
("Claimant") hereby engages FULL SCOPE SERVICES. LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for
the payment of reasonable costs incurred for damage assessment; and
therefore Claimant agrees that Full Scope Services' fees shall be paid
immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services. LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the incident.

### CLAIMANT:

Signature

Printed Name: Dean Stepcer

Address: PO Box 1177
Robertsdale AL 36567

Phone: 251-947-7373

GCCF #3380281



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _L. DALE WALDORF_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT: _WALDORF INSURANCE AND BONDING, INC._

Signature _[signature]_

Printed Name: _L. DALE WALDORF, PRESIDENT_

Address: _45 FOLIN PKWY, SUITE 202_
_FT. WALTON BCH, FL 32578_

Phone: _850-581-4915_

FSS.Ctr.v4

GCCF #3503197



**FULL SCOPE SERVICES, LLC**
355 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _MAXWELL CONSTRUCTION COMPANY, LLC_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_signature_

Signature

Printed Name: _Richard K. Maxwell_

Address: _P.O. Box 1015_
_Atmore, AL 36504_

Phone: _251-368-3331_

FSS.Ctr.v4

# FULL SCOPE SERVICES, LLC

GCCF #3501911

855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Crystal Pointe LLC_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC for assessment and evaluation services related to damages incurred as a result of the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for the payment of reasonable costs incurred for damage assessment; and therefore Claimant agrees that Full Scope Services' fees shall be paid immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

### CLAIMANT:

Signature

Printed Name: _Dean Stephen_

Address: _PO Box 1177_
_Robertsdale AL 36567_

Phone: _251-947-7323_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Chatham Home Planning_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

x _[signature]_
Signature

Printed Name: _Robert A. Chatham_

Address: _116 Fairhope Ave._
_Fairhope, Al. 36532_

Phone: _251-458-8677_
_or - 866-928-0988._

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Chatham Home Planning* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

X _____
Signature

Printed Name: *Robert A. Chatham*

Address: *116 Fairhope Ave.*
*Fairhope, AL 36532*

Phone: *251-958-8677*
*or 866-928-0988.*

FSS.Ctr.v4

GCCF #3504420

# FULL SCOPE SERVICES, LLC

855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Triple 'S' Ventures Inc_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for
the payment of reasonable costs incurred for damage assessment; and
therefore Claimant agrees that Full Scope Services' fees shall be paid
immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the incident.

### CLAIMANT:

Signature

Printed Name: _Dean Depear_

Address: _PO Box 1172_
_Robertsdale, AL 36567_

Phone: _251-947-7373_

GCCF #3504420

# FULL SCOPE SERVICES, LLC

855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Triple 'S' Ventures Inc_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for
the payment of reasonable costs incurred for damage assessment; and
therefore Claimant agrees that Full Scope Services' fees shall be paid
immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the incident.

### CLAIMANT:


_____
**Signature**

**Printed Name:** _Dean St-frear_

**Address:** _PO Box 1122_
_Robertdale, AL 36567_

**Phone:** _251-847-7373_

# FULL SCOPE SERVICES, LLC

**855 Baronne Street, Suite 4D**
**New Orleans, LA 70113**
**504-267-0379**
**877-977-7949**
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Kendra Tate_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for assessment and evaluation services related to damages incurred as a result of the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for the payment of reasonable costs incurred for damage assessment; and therefore Claimant agrees that Full Scope Services' fees shall be paid immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

## CLAIMANT:

_Kendra Tate_
**Signature**

**Printed Name:** _Kendra Tate_

**Address:** _618 W. Desoto St_

**Phone:** _(850)512-6486 or (850)484-4__

**Date:** _7.8.10_

# FULL SCOPE SERVICES, LLC

**855 Baronne Street, Suite 4D**
**New Orleans, LA 70113**
**504-267-0379**
**877-977-7949**
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Orange Beach Hardware, Inc._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for
the payment of reasonable costs incurred for damage assessment; and
therefore Claimant agrees that Full Scope Services' fees shall be paid
immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the incident.

### CLAIMANT:

_Ed Monroe_
**Signature**

**Printed Name:** _Ed Monroe_

**Address:** _27525 Canal Rd POB 180_
_Orange Beach, Al 36561_

**Phone:** _251 981 6323_

_July 9, 2010_

# FULL SCOPE SERVICES, LLC

**855 Baronne Street, Suite 4D**
**New Orleans, LA 70113**
**504-267-0379**
**877-977-7949**
**www.fullscopeservices.com**

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___Justin C. McCurdy___
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for
the payment of reasonable costs incurred for damage assessment; and
therefore Claimant agrees that Full Scope Services' fees shall be paid
immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the incident.

### CLAIMANT:

Signature

Printed Name: _Justin C. McCurdy_

Address: _501 Cotton Creek Dr. #1201_
_Gulf Shores, AL 36542_

Phone: _251 - 424 - 7363_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___Mariah Thomas___
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope")
for assessment and evaluation services related to damages incurred as a result
of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall
have the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature _M. C_____

Printed Name: Mariah Thomas

Address: 10265 Co Rd 32 Lot 21
         Fairhope AL 36532

Phone: 251-454-7467



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Cynthia K Gravat_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature _Cynthia K Gravat_

Printed Name: _Cynthia K Gravat_

Address: _912 Van Av_
_Daphne Ala, 36526_

Phone: _251-327-7759_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    Cassandra Lee
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope")
for assessment and evaluation services related to damages incurred as a result
of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall
have the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature  Cassie Lee

Printed Name:  Cassandra Renee Lee

Address:  46006 Eastwood drive.
          Bay minette AL 36507

Phone:  251-605-0785

# FULL SCOPE SERVICES, LLC

**855 Baronne Street, Suite 4D**
**New Orleans, LA 70113**
**504-267-0379**
**877-977-7949**
**www.fullscopeservices.com**

## CLAIMS ASSESSMENT CONTRACT

The undersigned _The Green Ant, LLC_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for
the payment of reasonable costs incurred for damage assessment; and
therefore Claimant agrees that Full Scope Services' fees shall be paid
immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the incident.

### CLAIMANT:

_Dianne Nassar_
**Signature**

**Printed Name:** _DiANNE NASSAR_

**Address:** _109 S. McKENZiE ST._
_FoLEY, A1 36535_

**Phone:** _(251) 942-3696_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0378
877-977-7946
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   *Willard Freeman*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature

Printed Name: *Willard Freeman*

Address: *931 Eagles Way*
*DeFuniak Springs FL 32435*

Phone: *850 307-4683*

FSS.Ctr.v4

# FULL SCOPE SERVICES, LLC

### 855 Baronne Street, Suite 4D
### New Orleans, LA 70113
### 504-267-0379
### 877-977-7949
### www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Tara C. Crosby_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC for assessment and evaluation services related to damages incurred as a result of the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for the payment of reasonable costs incurred for damage assessment; and therefore Claimant agrees that Full Scope Services' fees shall be paid immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

### CLAIMANT:

Signature

Printed Name: _Tara Crosby_

Address: _7904 Boyd Ave._

Phone: _850-450-9919_

GCCF CLAIM # 3466847



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-377-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Commercial VAN Specialists Inc.*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
*authorizes Claimant to include the cost of assessing and valuing Claimant's losses*
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: *Troy D. Boothe*

Address: *26320   Hwy 59*
*Loxley  AL  36551*

Phone: *251-8379-7006*

FSS.Ctr.v4

GCCF CLAIM # 3509858



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned  William C. Thompson, President
~~South Alabama Brick Co., Inc~~
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: William C Thompson

Address: 230 Ross Clark Circle

Dothan, Al. 36303

Phone: 334-794-4173

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservicesllc.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _C N S Cabinets, LLC._
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident.  In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof.  Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_C N S Cabinets LLC_ President _Clayton Smith_
**Signature**

**Printed Name:** _Clayton  T.  Smith (President)_

**Address:** _1105 Dykes Rd. N._
_mobile, AL 36608_

**Phone:** _251- 645- 8334_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
852 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ~~TE~~ *A AV. I.O. Presentation Systems* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: _James Nicholas Deslonde_

Address: _11275 Emerald Coast Packway West Suite_
_Mira Mar Beach, FL 32550_      6-418

Phone: _850-687-3212_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   _Ryan Creel LLC_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
*authorizes Claimant to include the cost of assessing and valuing Claimant's losses*
as an additional cost resulting from the Incident.  In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof.  Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_Signature_

Printed Name: _Ryan Creel_

Address: _Po Box 175_
_Montrose, Tx 36559_

Phone: _(251) 379-0081_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned MARK SWANSON Builders Inc. ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Signature

Printed Name: MARK F - SWANSON

Address: 10836 LEGACY LN.
MOBILE, ALA - 36608.

Phone: 251 - 604 - 0741



**FULL SCOPE SERVICES, LLC.**
855 Baronne Street, Suite 415
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The  undersigned  *Professional Cabinets Inc*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: _JAmes Hebert_

Address: _7921 Crary Station_
_Semmas Al 36575_

Phone: _(251) 680-6499_

FSS.Ctr.v4



## FULL SCOPE SERVICES, LLC

935 Gravier St.
Suite 1010
New Orleans, LA 70112

504-267-0379                                               877-977-7949

### CLAIMS ASSESSMENT CONTRACT

The *James N Adams & Son Contr Co Inc* undersigned ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Printed Name: _James N Adams & Son Cons._

Signature: _James N Adams_

Address: _535 Hwy 43_

_Chickasaw, ALA 36611_

Phone: _251 456-1909_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-8379
877.977.7949
www.fullscopeservices.com

### CLAIMS ASSESSMENT CONTRACT

The undersigned _Hwy 81 Dirt, Inc._ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") *authorizes Claimant to include the cost of assessing and valuing Claimant's losses* as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Emery F. Childress_
Signature

Printed Name: _Emery F. Childress_

Address: _15804 State Hwy 181_
_Fairhope, Ala 36532_

Phone: _251 - 990 - 5213_

FSS.Ctr.v4

GCCF-CLAIM # 3508788



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Rmsey Swant III_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

X _Rmsey Swant_

Signature

Printed Name: _Rmsey Swant III_

Address: _3733 Renton Dr_
_Mobile, Al. 36608_

Phone: _251-471-4361   c 251-422-3699_
_H 251-342-7641_

FSS.Ctr.v4



# FULL SCOPE SERVICES, LLC

935 Gravier St.
Suite 1010
New Orleans, LA 70112

504-267-0379

877-977-7949

## CLAIMS ASSESSMENT CONTRACT

The_____ undersigned ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Printed Name: X *James Dempsey Godwin*

Signature: X *James Dempsay Godwin*

Address: *9853 Roland Godwin Road*
*Bay Minette, Alabama 36507*

Phone: *cell/home 251-377-8006*

FSS.Ctr.v4

GCCF #3403426



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-367-0379
877-977-7249
www.fullscopeservices.com

### CLAIMS ASSESSMENT CONTRACT

The undersigned *Shane R Jantth*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") *authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident.* In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

*Shane R Jantth*
Signature

Printed Name: *Shane R Lessiter*

Address: *96 Sorrento RD Atmore AL*
*36502*

Phone: *1-(251)- 238-0445*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7940
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Executive  Landscaping_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _RENE L. WEST_

Address: _P.O. BOX 11477_
_PENSACOLA, FL 32534_

Phone: _(850) 777-0905 CELL_

FSS.Ctr.v4

GCCF #3503455



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4B.
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    Ge. B.  HARVILL  INC
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: Randy  Harvill

Address: 2604  Halls  Mill  Road
Mobile,  Ala   36606

Phone: 251 - 384  476 -5273

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
853 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

*BP-1093*

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>WILLOUGHBY ENTERPRISES, LLC</u>
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

*Cynthia D. Willoughby*
Signature

Printed Name: <u>CYNTHIA D. WILLOUGHBY, MGRM</u>

Address: <u>101 UNDERWOOD LN</u>
<u>ALICEVILLE, FL 32578</u>

Phone: <u>850.428.0672</u>

FSS.Ctr.v4

# FULL SCOPE SERVICES, LLC

**855 Baronne Street, Suite 4D**
**New Orleans, LA 70113**
**504-267-0379**
**877-977-7949**
**www.fullscopeservices.com**

## CLAIMS ASSESSMENT CONTRACT

The undersigned Ronald Cheramie JR ("Claimant") hereby engages FULL SCOPE SERVICES, LLC for assessment and evaluation services related to damages incurred as a result of the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for the payment of reasonable costs incurred for damage assessment; and therefore Claimant agrees that Full Scope Services' fees shall be paid immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

Ronald Cheramie Jr
**Signature**

**Printed Name:** RONALD CHERAMIE JR

**Address:** 3109 MINNESOTA AVE
METAIRIE, LA 70003

**Phone:** 504-443-4382

**Date:** 6/30/10



**FULL SCOPE SERVICES, LLC**
853 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Nn 1+ Phnln_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

_Nn 1+ Phnln_
Signature

Printed Name: _Nicholas M. Righter_

Address: _142 Marina Dr._
_Slidell, LA. 70458_
Phone: _504-432-8332_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0373
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>Michael D Everett</u> ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

<u>Michael D. Everett</u>
Signature

Printed Name: <u>Michael D Everett</u>

Address: <u>15251 Tilicann Ln</u>
<u>Olivechll, AL 36576</u>

Phone: <u>251 228 -6731</u>

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 1D
New Orleans, LA 70113
504-247-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Christine Simpson_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall have
the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

_Christine Simpson_
Signature

Printed Name: _Christine Simpson_

Address: _22530 US Hwy. 98, Suite 210_
_Fairhope, AL 36532_

Phone: _251-928-3744_

GCCF #3189215



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned X Larry Thomas ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: Larry Thomas

Address: PO BOX 1081 Foley
AL 36556

Phone: 251-955-1216

FSS.Ctr.v4

251  980  2561



**FULL SCOPE SERVICES, LLC**
145 Baronne Street, Suite 4D
New Orleans, LA 70113
604-267-8379
877-872-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___Tim Quattlebaum___ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

___Tim Quattlebaum___
Signature

Printed Name: _Tim Quattlebaum_

Address: _104 2nd Ave SW_
_Cullman, AL 35055_

Phone: _256 734 7636_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
655 Bordeaux Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-971-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     *Betty J Alford*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope")
for assessment and evaluation services related to damages incurred as a result
of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall
have the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature    *Betty J Alford*

Printed Name: _ BeTTY J ALFoRd

Address:     Po Box 245    De Funick Spp Fla

Phone:    850 892 3338



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The     undersigned     ARISTOS  PETROU
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: ARISTOS  PETROU

Address: 4417 Weyrey drive
Metairie, La 70002

Phone: 504-7808093
504-495-4125

FS5.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    *Sharif  J.  Elnaggar*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident.  In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor.  Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof.  Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant.  Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature

Printed Name: *Sharif J. Elnaggar*

Address: *527 Delaronde B.*
*New Orleans LA 70114*

Phone: *504-232-0279*

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-301-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned **Pavlos Petrou** ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: **Pavlos Petrou**

Address: **4417 Neyrey drive**
**Metairie, La 70002**

Phone: **504 - 9147656**

FSS.Ctr.v4

**BP 967**

917



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned <u>James P. Johnson</u>
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope")
for assessment and evaluation services related to damages incurred as a result
of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall
have the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature _____

Printed Name: JAMES P. JOHNSON

Address: 6274 SOUTH CO. RD 49
SLOCOMB. AL 36375

Phone: 334-886-2883

833



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The    undersigned    _Anthony Ortiz_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope")
for assessment and evaluation services related to damages incurred as a result
of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA)
requires that BP pay for the reasonable costs incurred for damage and loss
estimation and assessment. As authorized, Full Scope and Claimant agree that Full
Scope shall add the cost of it's assessment to Claimant's BP claim as an additional
cost resulting from the Incident. Claimant further agrees that Full Scope shall
have the right to direct BP to pay Full Scope's costs of assessment directly to Full
Scope. Claimant further agrees that in the event BP pays said costs directly to
Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for
Full Scope's services.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

**CLAIMANT:**

Signature    _Ortiz_

Printed Name: _Anthony Ortiz_

Address: _119 Monahan DR_
_FWB FL 32547_

Phone: _850-461-5352_

GCCF #3406971



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The   undersigned   _JEFFERY S Wolfe_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Jeffery S Wolfe_
Signature

Printed Name: _JEFFERY Scott Wolfe_

Address: _P.O. Box 1512_
_Point Clear, AL 36564_

Phone: _251-229-0324_

FSS.Ctr.v4

GCCF #3263267



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Wagner Plumbing Inc*
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for
assessment and evaluation services related to damages incurred as a result of the
British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA")
authorizes Claimant to include the cost of assessing and valuing Claimant's losses
as an additional cost resulting from the Incident. In recognition thereof, Full Scope
agrees to defer payment for services provided to Claimant until Claimant receives
payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability
Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full
Scope promptly upon receipt of said payment, or portion thereof. Claimant further
agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or
any other Payor to whom a claim is submitted to pay Full Scope's costs of
assessment directly to Full Scope, and Claimant specifically authorizes said direct
payment.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC is not
acting in the capacity as an agent of Claimant. Further, Claimant shall be solely
responsible for the filing of any claim against BP, or any other party, related to the
incident.

CLAIMANT:

Signature

Printed Name: *Maurice C Wagner*

Address: *8178-B Nichols Ave East*
*Fairhope, AL,*

Phone: _____

F5S.Ctr.v4

GCCF CLAIMANT# 1005318

*Claim#*



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

*Password:*

## CLAIMS ASSESSMENT CONTRACT

The undersigned ___*ASAP GUTTER*___
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

___*William Paul Fannin*___
**Signature**

**Printed Name:** *William Paul Fannin*

**Address:** *P. 4001 Hwy 3280 Freeport*
*Fla 32439*

**Phone:** *850 - 259 - 9093*

FSS.Ctr.v4

GCCF #3591890



**FULL SCOPE SERVICES, LLC**
853 Burdeau Street, Suite 4D
New Orleans, LA 70113
504-267-0579
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned *Charles allen Bassham* ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act (OPA) requires that BP pay for the reasonable costs incurred for damage and loss estimation and assessment. As authorized, Full Scope and Claimant agree that Full Scope shall add the cost of it's assessment to Claimant's BP claim as an additional cost resulting from the Incident. Claimant further agrees that Full Scope shall have the right to direct BP to pay Full Scope's costs of assessment directly to Full Scope. Claimant further agrees that in the event BP pays said costs directly to Claimant, Claimant shall remit to Full Scope any amounts paid to Claimant for Full Scope's services.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

BP415

Signature *Charles a Bassham*

Printed Name: *Charles A Bassham*

Address: *5855 white oak Dr*

Phone: *850 - 682 - 1410*

GCCF #3191684



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 1D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Hobbs Tree Service_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") *authorizes Claimant to include the cost of assessing and valuing Claimant's losses* as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

CLAIMANT:

Signature

Printed Name: _Darrell Hobbs_

Address: _19070 Greeno Road_
_Fairhope AL 36532_

Phone: _251-990-5732  251-583-4881_

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4B
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned  _Childress Farms_  ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_Emery F. Childress_
Signature

Printed Name: _EMERY F. Childress_

Address: _9575 Co. Rd. 34_
_Fairhope, Ala 36532_

Phone: _251 - 928. 2214_
_Office 251 - 990 - 5213_

FSS.Ctr.v4

# FULL SCOPE SERVICES, LLC

855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-977-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _Amy D. Bridges_
("Claimant") hereby engages FULL SCOPE SERVICES, LLC for
assessment and evaluation services related to damages incurred as a result of
the British Petroleum (BP) Deepwater Horizon Incident (the "Incident").

Claimant acknowledges that the Oil Pollution Act (OPA) provides for
the payment of reasonable costs incurred for damage assessment; and
therefore Claimant agrees that Full Scope Services' fees shall be paid
immediately upon receipt and acceptance of payment by Claimant from BP.

Claimant acknowledges and agrees that the services provided do not
constitute, or include, legal representation and that Full Scope Services, LLC
is not acting in the capacity as an agent of Claimant. Further, Claimant shall
be solely responsible for the filing of any claim against BP, or any other
party, related to the incident.

### CLAIMANT:

_Amy D. Bridges_
**Signature**

**Printed Name:** _Amy D. Bridges_

**Address:** _107 Cedar Tree Dr._
_Thibodaux, LA 70301_

**Phone:** _08/23/2010_

**Date:** _985-309-0006_



**FULL SCOPE SERVICES, LLC**
855 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-973-7949
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _____Anh Thu Nguyen_____
("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_____
Signature

Printed Name: __Anh Thu Nguyen__

Address: __1780 Dawes Rd.   Lot #18__
__Mobile, AL 36695__

Phone: __251 - 455 - 1222__

FSS.Ctr.v4



**FULL SCOPE SERVICES, LLC**
655 Baronne Street, Suite 4D
New Orleans, LA 70113
504-267-0379
877-877-7948
www.fullscopeservices.com

## CLAIMS ASSESSMENT CONTRACT

The undersigned _C. L. McQueen_ ("Claimant") hereby engages FULL SCOPE SERVICES, LLC ("Full Scope") for assessment and evaluation services related to damages incurred as a result of the British Petroleum ("BP") Deepwater Horizon Incident (the "Incident").

Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided to Claimant until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party Payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other Payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment.

Claimant acknowledges and agrees that the services provided do not constitute, or include, legal representation and that Full Scope Services, LLC is not acting in the capacity as an agent of Claimant. Further, Claimant shall be solely responsible for the filing of any claim against BP, or any other party, related to the incident.

**CLAIMANT:**

_C. L. McQueen_
**Signature**

**Printed Name:** _C.L. McQUEEN_   BP-428

**Address:** _5735 HighLand Hills Rd_
_CRESTVIEW FLA_

**Phone:** _850-305-2024_

FSS.Ctr.v4