# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

### [Regarding the deposition of Secretary Chu]

At the conference on Friday, January 4, 2013, two issues were raised concerning the deposition of Secretary Chu which is set for one day on January 24, 2013 at the Department of Energy in Washington, D.C.

The U.S. requested that the deposition not be videotaped. This would eliminate the need to bring video equipment into the DOE building and avoid security issues. BP opposes the request. It contends a videotape deposition is required because: (1) Secretary Chu had a central role in coordinating the U.S. spill response efforts; and (2) it may be difficult to arrange for Secretary Chu to testify live at the trial.

Secretary Chu's deposition shall be videotaped. If, for security reasons, it is easier to take the deposition at the office of Kirkland & Ellis in Washington, D.C., the parties may elect that location.

B.P. requested that Transocean's allocation of time be reduced and BP's allocation be increased. Transocean reports that its primary interest in examining Secretary Chu relates to the representations or omissions by BP concerning the flow rate and source control procedures. It also notes that its examination will be on behalf of Halliburton.

BP's request for a reallocation of the examination time for Secretary Chu is denied.

New Orleans, Louisiana, this 9th day of January, 2013.

                                            **SALLY SHUSHAN**
                                            **United States Magistrate Judge**