UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Honorable Court for an order withdrawing Evette E. Ungar and the law firm Ungar & Byrne, A.P.L.C., as counsel of record for Plaintiffs, NOPHA VONGKEO (Short Form Joinder Document Number 69969) and PHAISONK KHATTIYA (Short Form Joinder Document Number 69991).

In further support, Movant states that all Plaintiffs will remain in the litigation and counsel has made multiple attempts to contact and notify Plaintiffs by mail to last known addresses, personal service, and by publication in the local paper to advise Plaintiffs, Nopha Vongkeo and Phaisonk Khattiya of all relevant deadlines. Plaintiffs have not responded to any of the multiple requests from counsel since signing a retainer agreement in 2010. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal as counsel of record.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel, both individually and on behalf of her respective law firm, Ungar & Byrne, A.P.L.C., move this Honorable Court for an Order withdrawing them as counsel of record for Plaintiffs, Nopha Vongkeo and Phaisonk Khattiya.

Respectfully submitted this the 7th day of January 2013.

/s/ Evette E. Ungar
Evette E. Ungar, Esq. (La Bar # 29013)
Ungar & Byrne, A.P.L.C.
GEORGE W. BYRNE, JR. (#3744)
EVETTE E. UNGAR (#29013)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, Louisiana 70130
Telephone No.: (504) 566-1616
Facsimile No.: (504) 566-1652
E-Mail: eungar@ungarlawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Court and served through the Lexis/Nexus File & Serve System. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, to the plaintiffs listed herein, this 7th day of January, 2013.

Plaintiffs listed herein have been made aware of all deadlines and pending court appearances.

/s/Evette E. Ungar
Evette E. Ungar

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Evette E. Ungar, and the law firm of Ungar & Byrne, APLC, including Cheryl L. Wild, Esq. be permitted to withdraw as counsel of record for Plaintiffs, NOPHA VONGKEO (Short Form Joinder Document Number 69969) and PHAISONK KHATTIYA (Short Form Joinder Document Number 69991).

This ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE