UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG     * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE     * | |
| GULF OF MEXICO, on APRIL 20, 2010 * | |
| * | JUDGE BARBIER |
| * | |
| Relates to:  *All Cases*     * | MAG. JUDGE SHUSHAN |
| * | |

******************************************

### CLARIFICATION OF PSC CERTIFICATION REGARDING MOTION

For completeness of the record, Plaintiffs' Liaison Counsel respectfully submit the following clarification of the "Certificate of Non Support" contained within the recently filed Memorandum in Support of Motion for Declaratory Judgment [Doc 8198-1]:

**MAY IT PLEASE THE COURT:**

On January 8, 2013, in response to an e-mail communication from Mr. McKee asking "whether the PSC will immediately file this motion" [*i.e.* a draft of Doc 8198], Liaison Counsel replied as follows:

> Dear Bob,
>
> We have, over the past two years, encouraged both BP and the Court to agree and/or provide guidance with respect to various aspects of the presentment issue. And those efforts are ongoing. As a formal matter, I don't think the PSC can "support" your Motion, simply because we have been under the impression that the Court does not want to take up these issues at this time.  Having said that, we do support the continuing efforts to attempt to get agreement from BP and/or guidance from the Court as to the uncertainties which may surround the issue of presentment, not only with respect to the claimant signature issue your motion is directed to, but with respect to other potential issues as well, and are happy to address those issues if and as the Court deems appropriate.
>
> Thanks.

This 9th day of January, 2013.


Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkclawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |


### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Clarification will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 9th day of January, 2013.

/s/  Stephen J. Herman and James Parkerson Roy