UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179<br>:<br>:<br>:<br>: SECTION: J<br>:<br>:<br>: JUDGE BARBIER |
| APPLIES TO: C.A. 11-3180 & C.A.11-2766 | |

## ORDER

On November 14, 2012, a motion to withdraw counsel, Doc # [7890], was filed by Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, and Craig S. Coleman and Faegre Baker Daniels, LLP, which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of January 10, 2013, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

New Orleans, Louisiana, this 10th day of JANUARY, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE