# CONFERENCE ATTENDANCE RECORD

DATE: 1-11-13              TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tom Gruchlean | CAM |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Alison Battiste | " " |
| Erika Toledo | " " |
| Sarah Tjams | Anadarko |
| Tony Fitch | Anadarko |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jeffrey Breit | PSC |
| David Pote | LA |
| Soren Gisleson | PSC |
| Denise Scofield | MI |
| Paul Sterbcow | PSC |
| Mike Underhill | DOJ |
| Mark Nomellini | KFE |
| Don Haycraft | BP |
| Carmelite Bertaut | Cameron |
| Anthony Irpino | PSC |
| Jimmy Williamson | PSC |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Mark Nomellini | BP |
| Rob Gasaway | BP |
| Steve Herman | PSC |
| Jim Roy | PSC |
| Kerry Miller | TO |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Carter Williams | TO |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## MDL 2179 - Phase Two Discovery Conference - Phone Participants

Gwen Richard - Halliburton,

grant Davis Deny - TO

Doug Kraus - St of La

Brian Barr - PSC

Clay Mortin - M-I

Andrew Homer - MOEX

Sarah Himmelhoch - DOJ

Winfield Sinclair - AL

Nat Chakeris - U.S.

Steve O'Rourke - U.S.

Mike Petrino - BP

Tom Benson - DOJ

Pat O'Keefe - O'Briens and NRC

Joe Eisert - BP