# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

| Robert R. Gasaway | | |
|---|---|---|
| To Call Writer Directly: | (202) 879-5000 | Facsimile: |
| (202) 879-5175 | | (202) 879-5200 |
| robert.gasaway@kirkland.com | www.kirkland.com | |

January 11, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

   Re: MDL 2179 — UCSB Document Productions

Dear Judge Shushan:

  We write concerning some issues that have recently emerged from our review of the University of California at Santa Barbara's ("UCSB") documents produced to date.

  *First*, we believe that the Court's January 3, 2013 order regarding production of documents is not yet being carried out. That Order states, as you know, that "any UCSB documents which are not on a privilege log served by Monday, January 7, 2013, shall be released by Edox to the ShareVault site for use by all parties in the litigation subject to the right of UCSB to clawback documents which it contends are protected from disclosure."

  We accordingly ask Your Honor to please direct Edox to produce immediately any UCSB documents that do not appear on a privilege log, subject of course to the University of California's right to assert clawbacks. (This includes but is not limited to the document attachments and copies of unredacted documents we discuss below.)

  *Second*, it has come to our attention that Dr. Leifer may at times use graduate or undergraduate assistants on various projects. We would therefore ask for confirmation that UCSB has collected and produced responsive documents from any such assistants Dr. Leifer may have employed in his work related to the *Deepwater Horizon* incident or confirm that no such persons exist.

  *Third*, UCSB has produced more than 100 documents containing unexplained redactions of what appears to be relevant, discoverable information. Indeed, many of these redacted documents contain redactions of what appears to be information that has already been made public, including published news articles, *see* Exhibit 1, correspondence with reporters, *see*

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 11, 2013
Page 2


Exhibit 2, and press releases, *see* Exhibit 3, to cite just a few examples.  There is surely no viable claim of privilege or a claim this information is somehow sensitive in nature.

Other redactions appear to include less public information that Dr. Leifer may well find more sensitive. But this of itself does not provide appropriate grounds for withholding the document. Examples include redactions of Dr. Leifer's hourly rate from invoices sent to NOAA, *see* Exhibit 4, and communications with a third party contracts administrator, *see* Exhibit 5.

*Finally*, UCSB has produced approximately fifty parent email documents without also producing attachments that are indicated both on the face of the document and in the family range, *see*, e.g., Exhibit 6-8.  Nor do these attachments appear on any privilege log or clawback notice produced to BP.  The information in these attachments appears responsive to BP's request and, accordingly, will be necessary in preparation for BP's upcoming deposition of Dr. Leifer.

BP will come prepared to discuss these issues at Friday morning's hearing.  We also suggest arranging a telephone conference to include the Court, Captain Englebert, counsel for UCSB, and perhaps others that the Court or Captain Englebert would like to involve.

                                                     Sincerely,

                                                     Robert R. Gasaway

Exhibits

cc (via electronic mail):

Michael O'Keefe
Captain Suzanne E. Englebert
Michael Goldstein
Nancy Hamill
United States' MDL Counsel
Plaintiffs' Liaison Counsel
Defense Liaison Counsel
Joel M. Gross