

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig            MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                           JUDGE BARBIER
                                                   MAGISTRATE JUDGE SHUSHAN

| REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW |||||
|---|---|---|---|---|
| **STATUS REPORT NO.** | 5 | **DATE** | January 11, 2013 ||



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**

**STATUS REPORT NO. 5, DATED JANUARY 11, 2013**

The Claims Administrator of the Deepwater Horizon Economic and Property Settlement Agreement (the "Settlement Agreement") submits this Report to inform the Court of the current status of the implementation of the Settlement Agreement. The Claims Administrator will provide any other information in addition to this Report as requested by the Court.

   I.  STATUS OF THE CLAIMS REVIEW PROCESSES AND CLAIM PAYMENTS

 A. **Claim Submissions.**

  1. **Registration and Claim Forms.**

The Claims Administrator opened the Settlement Program with needed functions staffed and operating on June 4, 2012, just over 30 days after the Claims Administrator's appointment. We have received 102,974 Registration Forms and 101,844 submitted Claim Forms since the Program opened, as shown in the Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement ("Public Report") attached as Appendix A. Claimants have begun but not fully completed and submitted another 11,806 Claim Forms. The Forms are available online, in hard copy, or at Claimant Assistance Centers located throughout the Gulf. Of the total Claim Forms submitted, 11% of claimants filed in the Seafood Program, 27% filed Individual

Economic Loss (IEL) Claims, and 29% filed Business Economic Loss (BEL) Claims (including Start-up and Failed BEL Claims). *See* App. A, Table 2. DWH staff at the Claimant Assistance Centers assisted in completing 21,075 of these Claim Forms. *See* App. A, Table 3. The nineteen Claimant Assistance Centers also provide other forms, including Personal Representative Forms, Subsistence Interview Forms and Sworn Written Statements and Authorizations.

2. **Minors, Incompetents and Deceased Claimants.**

The table below describes the claims filed on behalf of minors, incompetents and deceased claimants in the Program to date.

| | Table 1. Minors, Incompetents and Deceased Claimants | | |
|---|---|---|---|
| | | Minor Claimants Total | Incompetent Claimants Total | Deceased Claimants Total |
| 1. | Claims Filed | 25 | 31 | 94 |
| 2. | Referred to GADL | 15 | 11 | N/A |
| 3. | Eligible for Payment | 0 | 8 | 43 |
| 4. | Approval Orders Filed | 0 | 0 | 6 |

3. **Third Party Claims.**

Court Approved Procedure No. 1 defines the process by which the Claims Administrator will receive, process and pay the claims and/or liens asserted by attorneys, creditors, governmental agencies, or other third parties against the payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement ("Third Party Claims"). We continue to process and pay Third Party Claims as reflected in Table 2 below.

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| | Table 2. Third Party Claims | | | | | | |
|---|---|---|---|---|---|---|---|
| | Type of Third Party Claim ("TPC") | TPCs Asserted | TPCs Asserted Against Claimants With a DHCC ID | TPCs[1] Asserted Against Payable Claims | Valid TPCs Asserted Against Payable Claims | TPCs Paid/ Ready for Payment (TPClmt) | Claims with TPCs Paid/ Ready for Payment (Clmt) |
| 1. | Attorney's Fees | 2,052 | 1,095 | 156 | 69 | 31 | 129 |
| 2. | IRS Levies | 297 | 182 | 22 | 22 | 15 | 15 |
| 3. | Individual Domestic Support Obligations | 213 | 106 | 37 | 37 | 9 | 16 |
| 4. | Blanket State-Asserted Multiple Domestic Support Obligations | 4 states | N/A | N/A | N/A | 0 | 0 |
| 5. | 3rd Party Lien/Writ of Garnishment | 1,141 | 668 | 11 | 1 | 1 | 1 |
| 6. | Other | 16 | 7 | 1 | 0 | 0 | 4 |
| 7. | TOTAL | 3,719 | 2,058 | 227 | 129 | 56 | 165[2] |

To date, we have filed 293 responses to IRS levies, 175 responses to Individual State Agency assertions of Domestic Support Obligations, and 140 Answers of Garnishee. These responses formally acknowledge our receipt of these third party claim documents. We have removed 759 lien holds due to parties releasing their claims or resolving disputes.

B. **Claims Review.**

We completed our first reviews and issued our first outcome notices on July 15, 2012, and Payments on July 31, 2012. There are many steps involved in reviewing a claim so that it is ready for a notice.

1. **Identity Verification.**

---
[1] Validity assessed after affected Claimant receives an Eligibility Notice and submits a signed Release.
[2] Claimants who are currently resolving a dispute with the Third Party Claimant were paid the undisputed portion of their Settlement Payment(s). A Third Party Claim can be asserted against one or more Settlement Program Claims.

3

The Tax Identity Number (TIN) Verification review is the first step in the DWH claims review process. The table below contains information on the total number of claimants reviewed in the Program, the outcome of those reviews, and the percentage of claimants that receive Verification Notices after review.

| | Table 3. Identity Verification Review Activity. | | |
|---|---|---|---|
| | **Outcome** | **Total Claimants Reviewed** | **Total Percentage** |
| 1. | Verified During Review | 27,784 | 82% |
| 2. | SSN Notice Issued/To Be Issued | 1,715 | 5% |
| 3. | ITIN Notice Issued/To Be Issued | 360 | 1% |
| 4. | EIN Notice Issued/To Be Issued | 4,250 | 12% |
| 5. | Total Reviewed | 34,109 | 100% |

The table below contains information on the number of TIN Verification Notices issued, how many have been cured after the claimant responded to the Notice, and the average time to cure in days.

| | Table 4. Identity Incompleteness Activity. | | | | |
|---|---|---|---|---|---|
| | **Notice Type** | **Notices Issued** | **Number Cured** | **Percentage Cured** | **Average Time to Cure in Days** |
| 1. | SSN Notice | 1,334 | 993 | 74% | 87 |
| 2. | ITIN Notice | 330 | 269 | 81% | 76 |
| 3. | EIN Notice | 2,579 | 1,918 | 74% | 77 |
| 4. | Total Issued | 4,243 | 3,180 | 75% | 80 |

2. **Employer Verification Review ("EVR").**

The EVR process ensures that all employees of the same business are treated uniformly and that each business is placed in the proper Zone. The review also walks through the intricate analysis necessary to assign the right NAICS code to a business. The EVR team has completed the EVR analysis for over 96,000 businesses and rental properties.

4

From December 11, 2012 through January 10, 2013, the team completed the EVR step for 12,911 businesses and properties. We identified an average of 392 new businesses and properties to review each day and completed the EVR review for an average of 416 businesses and properties each day. We continue to review new businesses and rental properties on a first-in, first-out basis, keeping pace with the current volume of businesses and properties identified for review.

3. Exclusions.

The Exclusions review process ensures that claims and claimants excluded under the Settlement Agreement are appropriately denied. The Exclusions team guides the reviewers and the EVR team when questions arise during the exclusion determination. Table 5 below shows the number of Denial Notices issued to date for each Exclusion Reason and the team responsible:

| | Table 5. Exclusions | | |
|---|---|---|---|
| | **Exclusion Reason** | **Team Responsible** | **Total Denial Notices** |
| 1. | GCCF Release | **Exclusions** | 2,753 |
| 2. | BP/MDL 2179 Defendant | | 51 |
| 3. | District Court for E.D. LA | | 0 |
| 4. | Not a Member of the Economic Class | **Claims Reviewers** | 34 |
| 5. | Bodily Injury | | 0 |
| 6. | BP Shareholder | | 4 |
| 7. | Transocean/Halliburton Claim | | 0 |
| 8. | Governmental Entity | **Claims Reviewers/ EVR** | 170 |
| 9. | Oil and Gas Industry | | 103 |
| 10. | BP-Branded Fuel Entity | | 14 |
| 11. | Menhaden Claim | **EVR** | 5 |
| 12. | Financial Institution | | 61 |
| 13. | Gaming Industry | | 249 |
| 14. | Insurance Industry | | 43 |
| 15. | Defense Contractor | | 20 |
| 16. | Real Estate Developer | | 0 |
| 17. | Trust, Fund, Financial Vehicle | | 2 |
| 18. | **Total Denial Notices from Exclusions** | | **3,509** |

### 4. Claimant Accounting Support Reviews.

A special team handles Claimant Accounting Support ("CAS") reviews. CAS reimbursement is available under the Settlement Agreement for IEL, BEL, and Seafood claims. After a claim is returned from the Accountants or BrownGreer's reviewers as payable and the Compensation Amount is known, the CAS team reviews accounting invoices and CAS Sworn Written Statements. Table 6 includes information on the number of CAS reviews we have completed to date, whether the Accounting Support documentation was complete or incomplete, and the amounts reimbursed.

| | Table 6. Claimant Accounting Support Reviews | | | | |
|---|---|---|---|---|---|
| | Claim Type | CAS Review Result | | Total CAS Reviews to Date | CAS $ Amount Reimbursed to Date |
| | | Complete to Date | Incomplete to Date | | |
| 1. | BEL | 2,929 | 327 | 3256 | $3,090,243.38 |
| 2. | IEL | 425 | 116 | 541 | $25,215.86 |
| 3. | Seafood | 1,931 | 346 | 2277 | $584,747.39 |
| 4. | TOTAL | **5,285** | **789** | **6,074** | **$3,700,206.63** |

### 5. QA Review.

The Quality Assurance ("QA") process addresses three fundamental needs of the Settlement Program, which are to: (a) ensure that all claims are reviewed in accordance with the policies of the Settlement Agreement by targeting anomalous claims results through data metrics analysis; (b) provide a mechanism to monitor reviewer performance and the necessary tools to efficiently and effectively provide feedback to reviewers; and (c) identify areas of review resulting in high error rates that require retraining or refined review procedures and data validations.

We have implemented a reviewer follow-up process for all claim types. We provide daily follow-up to reviewers whose claims resulted in different results after a QA review the day before. We also have a report that identifies specific reviewers who require re-training, and reveals whether there are issues that warrant refresher training for all reviewers. Table 7 shows, by Claim Type, the number of claims identified for QA review through the database QA process, as well as how many QA reviews have been completed, how many are in progress, and how many are awaiting review.

| | **Table 7. Quality Assurance Reviews** | | | | |
|---|---|---|---|---|---|
| | **Claim Type** | **Total Claims Needing QA To Date** | **QA Reviews Completed** | **% Completed** | **QA Reviews in Progress** | **Claims Awaiting QA** |
| 1. | Seafood | 6,427 | 5,062 | 79% | 914 | 451 |
| 2. | IEL | 5,430 | 4,106 | 76% | 613 | 711 |
| 3. | BEL | 2,871 | 2,068 | 72% | 119 | 684 |
| 4. | Start-Up BEL | 292 | 212 | 73% | 15 | 65 |
| 5. | Failed BEL | 851 | 636 | 75% | 28 | 187 |
| 6. | Coastal Real Property | 7,868 | 6,668 | 85% | 210 | 990 |
| 7. | Real Property Sales | 509 | 499 | 98% | 2 | 8 |
| 8. | VoO Charter | 5,939 | 5,861 | 99% | 44 | 34 |
| 9. | Wetlands | 691 | 548 | 79% | 134 | 9 |
| 10. | **TOTAL** | **30,878** | **25,660** | **83%** | **2,079** | **3,139** |

6.  **Claim Type Review Details.**

Table 8 provides information on the number of claims filed, how many claims have been reviewed to Notice, the claims remaining to review, and how many claims were reviewed to either a Notice or "Later Notice" to date, by claim type. Table 8 splits the claims reviewed to a "Later Notice" into separate sections distinguishing claims receiving Notices after we conduct a Reconsideration review from claims reviewed for additional materials submitted by a claimant in response to an Incompleteness Notice.

7

| Table 8. Throughput Analysis of Claims Filed and Notices Issued ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| A. Claims Reviewed to First Notice ||||||||||
| | | Status of All Claims Filed |||| Productivity Since Last Report on 12/11/12 ||||
| | Claim Type | Total Claims Filed To Date | Reviews Completed to Notice || Claims Remaining to Review || New Claims Filed | Avg Daily Claims Filed | Reviews Completed to First Notice | Avg Daily Reviews to First Notice |
| 1. | Seafood | 11,165 | 7,073 | 63% | 4,092 | 37% | 1,494 | 50 | 1,116 | 37 |
| 2. | IEL | 24,986 | 15,564 | 62% | 9,422 | 38% | 1,165 | 39 | 1,209 | 40 |
| 3. | IPV/FV | 162 | 114 | 70% | 48 | 30% | 8 | <1 | 19 | <1 |
| 4. | BEL | 26,742 | 13,539 | 51% | 13,203 | 49% | 3,592 | 120 | 2,785 | 93 |
| 5. | Start-Up BEL | 2,143 | 1,167 | 54% | 976 | 46% | 204 | 7 | 226 | 8 |
| 6. | Failed BEL | 1,827 | 1,026 | 56% | 801 | 44% | 109 | 4 | 239 | 8 |
| 7. | Coastal RP | 15,330 | 11,675 | 76% | 3,655 | 24% | 1,904 | 63 | 2,508 | 84 |
| 8. | Wetlands RP | 2,829 | 1,218 | 43% | 1,611 | 57% | 400 | 13 | 541 | 18 |
| 9. | RPS | 848 | 700 | 83% | 148 | 17% | 56 | 2 | 156 | 5 |
| 10. | Subsistence | 7,777 | 205 | 3% | 7,572 | 97% | 705 | 24 | 16 | 1 |
| 11. | VoO | 7,473 | 7,144 | 96% | 329 | 4% | 255 | 9 | 572 | 19 |
| 12. | Vessel | 562 | 530 | 94% | 32 | 6% | 50 | 2 | 63 | 2 |
| 13. | TOTAL | 101,844 | 59,955 | 59% | 41,889 | 41% | 9,942 | 331 | 9,450 | 314 |
| B. Claims Reviewed to Later Notice ||||||||||
| | | Initial or Preliminary Incompleteness Response ||| Follow-Up Incompleteness Responses ||| Requests for Reconsideration |||
| | Claim Type | Total Responses | Claims with Later Notice | Remaining Claims | Total Responses | Claims with Later Notice | Remaining Claims[2] | Total Requests | Claims with Later Notice | Remaining Claims[2] |
| 1. | Seafood | 1,650 | 541 | 1,109 | 158 | 11 | 147 | 838 | 256 | 582 |
| 2. | IEL | 7,045 | 1,946 | 5,099 | 784 | 68 | 716 | 567 | 358 | 209 |
| 3. | IPV/FV | 40 | 14 | 26 | 1 | 0 | 1 | 3 | 0 | 3 |
| 4. | BEL | 6,863 | 2,777 | 4,086 | 970 | 120 | 850 | 519 | 184 | 335 |
| 5. | Start-Up BEL | 596 | 237 | 359 | 103 | 10 | 93 | 25 | 9 | 16 |
| 6. | Failed BEL | 283 | 124 | 159 | 45 | 2 | 43 | 79 | 27 | 52 |
| 7. | Coastal RP | 1,873 | 1,215 | 658 | 209 | 48 | 161 | 400 | 66 | 334 |
| 8. | Wetlands RP | 89 | 44 | 45 | 4 | 2 | 2 | 94 | 36 | 58 |
| 9. | RPS | 100 | 88 | 12 | 21 | 8 | 13 | 73 | 65 | 8 |
| 10. | Subsistence | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 3 | 12 |
| 11. | VoO | 642 | 573 | 69 | 136 | 32 | 104 | 314 | 243 | 71 |
| 12. | Vessel | 349 | 257 | 92 | 71 | 39 | 32 | 30 | 21 | 9 |
| 13. | TOTAL | 19,530 | 7,816 | 11,714 | 2,502 | 340 | 2,162 | 2,957 | 1,268 | 1,689 |

8

C. **Claim Payments.**

We issued our first payments to claimants on July 31, 2012. Tables 4 and 5 of the Public Report attached at Appendix A provide detail on the notices and payments issued to date. As of January 10, 2013, we have issued 22,075 Eligibility Notices with Payment Offers totaling $1,650,090,785 billion. As of that date, we also have made over $1.187 billion in payments on 15,671 claims.

D. **Subsistence Claims.**

The Claims Administrator continues to work with a nutritional expert and the Parties to define the Subsistence criteria. On January 2, 2013, the Claims Administrator announced recent Subsistence policy decisions to the Parties and has allowed them opportunity for review. The Claims Administrator will implement these policies and begin Subsistence claims processing on January 11, 2013.

E. **Reconsiderations and Appeals.**

1. **Reconsideration Reviews and Outcomes.**

To date, there have been 29,964 Eligibility and Denial Notices issued from which claimants can seek Reconsideration. Of those, 2,895 are still within the 30-day window to seek Reconsideration and have not yet done so, leaving 27,069 that have passed the window for seeking Reconsideration. Of those, claimants have asked for Reconsideration of 2,957 claims. Thus, the rate of Reconsideration from all final determinations is 10.9%. The rate of Reconsideration from Eligibility Notices is 7% and the rate of Reconsideration from Denial Notices is 25%.

Table 9 summarizes the Reconsideration Reviews we have completed, the number of Post-Reconsideration Notices we have issued, and whether the outcome of the Reconsideration

9

review resulted in an award that was higher (↑), lower (↓), or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Reconsideration. The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

| Table 9. Reconsideration ||||
|---|---|---|---|
| A. Reconsideration Requests and Reviews ||||
| | Claim Type | Requests Received To Date | Reviews Completed To Date |
| 1. | Seafood | 838 | 347 |
| 2. | IEL | 567 | 486 |
| 3. | IPV/FV | 3 | 0 |
| 4. | BEL | 519 | 315 |
| 5. | Start-Up BEL | 25 | 14 |
| 6. | Failed BEL | 79 | 44 |
| 7. | Coastal | 400 | 69 |
| 8. | Wetlands | 94 | 39 |
| 9. | Real Property Sales | 73 | 70 |
| 10. | Subsistence | 15 | 3 |
| 11. | VoO | 314 | 271 |
| 12. | Vessel | 30 | 23 |
| 13. | **TOTAL** | **2,957** | **1,681** |

| B. Reconsideration Notices Issued |||||||||
|---|---|---|---|---|---|---|---|---|
| | | Notices Issued || Outcome of Review |||||
| | Claim Type | Total Issued to Date | Weekly Average | Compensation Amount for Eligible Claims ||| Exclusion/Denials ||
| | | | | ↑ | ↓ | ↔ | Confirmed | Overturned |
| 1. | Seafood | 256 | 17 | 119 | 17 | 53 | 67 | 0 |
| 2. | IEL | 358 | 24 | 5 | 1 | 3 | 347 | 0 |
| 3. | IPV/FV | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4. | BEL | 184 | 12 | 67 | 6 | 26 | 85 | 2 |
| 5. | Start-Up BEL | 9 | 1 | 1 | 0 | 0 | 8 | 0 |
| 6. | Failed BEL | 27 | 1.8 | 0 | 0 | 0 | 27 | 0 |
| 7. | Coastal | 66 | 4.4 | 14 | 4 | 20 | 24 | 4 |
| 8. | Wetlands | 36 | 2.4 | 6 | 1 | 15 | 14 | 0 |

10

| Table 9. Reconsideration | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9. | **Real Property Sales** | 65 | 4.3 | 0 | 0 | 2 | 63 | 0 |
| 10. | **Subsistence** | 3 | 0 | 0 | 0 | 0 | 3 | 0 |
| 11. | **VoO** | 243 | 16 | 44 | 1 | 57 | 118 | 23 |
| 12 | **Vessel** | 21 | 1 | 14 | | 4 | 3 | 0 |
| 13. | **TOTAL** | **1,268** | **85** | **270** | **30** | **180** | **759** | **29** |

2. **Appeals.**

   (a) *BP Appeals.*

To date, we have issued 8,721 Eligibility Notices that meet or exceed the threshold amounts rendering them eligible for BP to appeal. Of those, 350 are still within the time for BP to appeal, leaving 8,371 that have passed the window for BP to consider whether to appeal. Of those 8,371, BP has appealed 381, or only 4.5%. However, out of the 381 BP has appealed, they have subsequently withdrawn 71 appeals, and another 16 have been resolved for the same amount of the Eligibility Notice. Thus, out of the 381 claims BP has appealed, 87 have either been withdrawn or resolved, confirming that the outcome of the review was correct. If we remove those 87 from the 381 BP has appealed to arrive at a more realistic "rate of disagreement" BP has with our results, that leaves 294 claims out of 8,371, or a 3.5% rate of disagreement.

Table 10 provides summary information on the status of BP's appeals.

| Table 10. Status of BP Appeals | | |
|---|---|---|
| A. Appeal Filing/Resolution | | |
| | **Status** | **Total** |
| 1. | **BP Appeals Filed** | 381 |
| 2. | **Appeals Resolved** | 234 |
| (a) | **Withdrawn** | 71 |
| (b) | **Panel Decided** | 12 |
| (c) | **Settled by Parties** | 125 |

11

| Table 10.  Status of BP Appeals |||
|---|---|---|
| (d) | Administratively Closed | 6 |
| (e) | Closed for Reconsideration Review | 20 |
| **B.  Pending Appeals** |||
| 3. | **In Pre-Panel Baseball Process** | 141 |
| 4. | **Currently Before Panel** | 6 |
| 5. | **TOTAL PENDING** | **147** |

**(b)** *Claimant Appeals.*

Before a claimant may appeal, he must seek Reconsideration and receive a Post-Reconsideration Notice. To date, we have issued 1,322 Post-Reconsideration Notices. Of those, 555 are still within the time for the Claimant to appeal, leaving 767 that have passed the window for the claimant to consider whether to appeal. Of those 767, claimants have appealed 111, or 14.4%. Of the 111 Claimant Appeals, 74 are appeals of Post-Reconsideration Denial Notices and 37 are appeals of Post-Reconsideration Eligibility Notices.

Table 11 provides summary information on the status of Claimant appeals.

| Table 11.  Status of Claimant Appeals |||
|---|---|---|
| **A.  Appeal Filing/Resolution** |||
|  | Status | Total |
| 1. | **Claimant Appeals Filed** | **111** |
| 2. | **Appeals Resolved** | **17** |
| (a) | Settled by Parties | 8 |
| (b) | Administratively Closed | 7 |
| (c) | Withdrawn | 2 |
| **B.  Pending Appeals** |||
| 3. | **In Pre-Panel Baseball Process** | 27 |
| 4. | **In Pre-Panel Non-Baseball Process** | 67 |
| 5. | **Currently Before Panel** | 0 |
| 6. | **TOTAL PENDING** | **94** |

**(c)** *Resolved Appeals.*

As reported in the tables above, 251 Claimant and BP appeals have been resolved. Table 12 provides a summary of these resolved appeals, by Claim Type. The Panel decided to award

12

BP's Final Proposal on ten appeals (nine VoO claims and one BEL claim). The Panel decided to award the Claimant's Final Proposal on two claims (one VoO claim and one Seafood claim).

| | **Table 12. Outcome After Appeal** | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Claim Type** | **Appeals Settled or Decided by Panel** | | | **Withdrawn** | **Administratively Closed** | **Closed Because Claimant Asked For Reconsideration** | **Total** |
| | | **Award Amount after Appeal, Compared to Eligibility Notice** | | | | | | |
| | | **Higher** | **Lower** | **Same** | | | | |
| 1. | Seafood | 2 | 59 | 6 | 28 | 3 | 8 | 106 |
| 2. | BEL | 1 | 42 | 0 | 29 | 2 | 12 | 86 |
| 3. | Wetlands Real Property | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 4. | Real Property Sales | 0 | 0 | 1 | 2 | 1 | 0 | 4 |
| 5. | VoO Charter Payment | 4 | 19 | 9 | 11 | 1 | 0 | 44 |
| 6. | IEL | 0 | 1 | 0 | 2 | 6 | 0 | 9 |
| 7. | VPD | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 8. | Total | 7 | 122 | 16 | 73 | 13 | 20 | 251 |

**(d)** *Appeal Panel Decisions.*

We have added redacted versions of the Appeal Panel Decisions to the DWH website. The forms are located in the Reporting/Appeals section of the website.

## II. CLAIMANT OUTREACH EFFORTS

We have continued our Claimant Outreach efforts since the previous Court Status Report:

**A. Law Firm Contacts.**

On December 12, 2012, the Law Firm Contacts performed outreach regarding firms with dual representation to update claimant representation information in a quick and efficient manner. On December 17, 2012, the Law Firm Contacts, accompanied by accountant reviewers, called firms regarding Seafood Incompleteness issues. The team was able to effectively notify

13

the law firms what was missing from the claimant's file and what was needed to process the claim accordingly.

In addition to these calls, on December 17, 2012, the Law Firm Contacts performed outreach to law firms representing claimants who had ownership issues for their Individual Fishing Quotas or Oyster Leaseholds and claimants with incomplete vessel agreements. The purpose of the outreach was to notify the firms of the missing documentation to expedite the review without having to send Incompleteness Notices. On January 3, 2013, the law firm contacts called fifty-nine firms representing one hundred and fifty-one claimants who had received a Notice of Request for Document Verification or a Notice of Request for Authorization Forms, and had not responded to the request or provided curing documentation to date.

**B. Communications Center (CCC).**

The CCC experienced a slight downward trend in incoming calls as expected around the holiday season but the number of incoming calls in December averaged around 2,000 a week. The majority of incoming calls continued to focus on status updates, but we also received a number of calls regarding documentation requirements and award acceptance. Our regular 82 member team varied in size on a daily basis because of the holidays, but with the addition of our 45 new CCC agents, we were fully staffed and able to provide service with no addition to wait times for our callers.

In addition to fielding daily calls and assisting with trainings, our agents completed outreach efforts to claimants for whom ownership of Individual Fishing Quotas or Oyster Leaseholds were unclear. We also performed targeted outreach campaigns to request clarification on key facts relevant to the review of claims across multiple damage categories, including vessel agreements for Seafood Compensation Program claims, and parcel ownership

14

conflicts for Coastal Real Property claims. Starting this week, we began weekly outreach campaigns to notify claimants of the approval or denial of their deadline request extensions to Follow-Up Incompleteness Notices.

### C. Claimant Assistance Centers (CACs).

The Claimant Outreach Program (COP) continues at the CACs. Between 12/12/12 and 1/10/13, the COP Team completed over 4,400 calls to claimants. During the past month, the CACs continued outreach to claimants who filed Claim Forms but never filed a Registration Form. The goal of the outreach campaign was to inform claimants that they must complete the Registration Form so we can review their claim(s). We received feedback from our COP Team and CAC Managers that the claimants contacted as part of this assignment were generally unaware of the Registration Form requirement. The claimants' assumption was that the Claim Form was the only required form document that was needed to participate in the Program. The majority of those contacted indicated that they would submit the documentation by mail or other available means. So far, over 30% of the claimants contacted have submitted a Registration Form after receiving a call from our team. In addition to outreach for incomplete Registration Forms, the CACs contacted claimants regarding Incompleteness Notices issued for non-IEL claims filed outside of the CACs as well as all types of claims filed in the CACs.

D. **Summary of Outreach Calls**.

The table below summarizes some of the Claimant Outreach Program efforts:

| Table 13. Outreach Call Volume (As of 1/11/13) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Row | Location | Calls Made | Incomplete Claims Affected | Claims With New Docs After Call | % of Claims With New Docs After Call | Claimants Visiting CAC After Call | % of Claimants Visiting CAC |
| 1. | BrownGreer | 17,534 | 8,676 | 5,482 | 63% | 2,945 | 34% |
| 2. | Garden City Group | 17,582 | 4,248 | 2,431 | 57% | 189 | 4% |
| 3. | P & N | 2,037 | 996 | 657 | 66% | 40 | 4% |
| 4. | PWC | 310 | 152 | 120 | 79% | 6 | 4% |
| 5. | Totals | 37,463 | 14,072 | 8,690 | 62% | 3,180 | 15% |

III. CONCLUSION

We offer this Report to ensure that the Court is informed of the status of the Program to date. If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

/s/ Patrick A. Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

16

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of January 2013.

                                         /s/ Patrick M. Juneau
                                         Claims Administrator