UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### THIRD SUPPLEMENTAL ORDER

[Regarding the University of California - Santa Barbara's Document Production]

The deposition of Dr. Ira Leifer is set for January 28 and 29 in Bakersfield, California. It is imperative that all issue concerning the production of documents by the University of California - Santa Barbara ("UCSB") in response to the subpoena served by BP be resolved in sufficient time before the deposition to permit the parties to adequately prepare for it.

On December 13, 2012, an order was issued which required UCSB to produce documents so they could be released by Edox to the ShareVault site for use by all parties in the litigation by no later than December 20, 2012. UCSB was required to list the remaining documents on a privilege log to be served by January 7, 2013.[1] Rec. docs. 8093 and 8095. UCSB did not comply with the December 20, 2012 deadline. On January 3, 2013, an order was issued providing:

> Any UCSB documents which are not on a privilege log served by Monday, January 7, 2013, shall be released by Edox to the ShareVault site for use by all parties in the litigation subject to the right of UCSB to clawback documents which it contends are protected from disclosure.

Rec. doc. 8161 at 2.

On January 11, 2013, BP submitted a letter raising issues with the UCSB document

---

[1] If a document was listed on a privilege log served by the U.S., it was not necessary for UCSB to list the document on the UCSB privilege log.

production. Rec. doc. 8209. The parties shall proceed as follows:

1. The deadline for UCSB to respond to BP's letter of January 11, 2013 is **Monday, January 14, 2013, at 9:30 a.m. CST**.

2. If there is a telephone conference concerning BP's January 11 letter and the response of UCSB, the telephone conference will be in the afternoon of **Monday, January 14, 2013**. The Court will notify the parties by email of the time for the conference and provide dial-in information.

3. Any motion by BP challenging entries on the UCSB privilege log shall be accompanied with a request for expedited information.

4. The deadline for UCSB to assert its right to clawback any documents which it contends were protected from disclosure is **5:00 p.m. CST on Tuesday, January 15, 2013.** The submission shall support, on a document by document basis, the reason for the assertion of the clawback right.

5. The deadline for an appeal of this order is **Tuesday, January 15, 2013, at noon**. In the absence of an order from District Judge Barbier, none of the deadlines in this order will be suspended pending the appeal from this order.

New Orleans, Louisiana, this 11th day of January, 2013.

                                                      **SALLY SHUSHAN**
                                                    **United States Magistrate Judge**

**Clerk to serve:**

1) Michael R. Goldstein
   Senior Counsel
   University of California - Santa Barbara
   Michael.Goldstein@ucop.edu

2

2) Nancy Hamill
   Chief Campus Counsel
   University of California - Santa Barbara
   Nancy.Hamill@ucop.edu

3) Charlie Goodrich
   University of California - Santa Barbara
   Charlie.Goodrich@ucop.edu