UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** <br> **Case No. 12-311** | * * * | **JURY TRIAL DEMANDED** |

**LIBERTY INSURANCE UNDERWRITERS, INC.'S UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Defendant Liberty Insurance Underwriters, Inc. ("Liberty") moves the Court for a two-week extension of time, until January 30, 2013, to respond to the First Set of Interrogatories and First Set of Requests for Production of Documents propounded by Cameron International Corporation ("Cameron"), on the following grounds:

1.

On December 17, 2012 Cameron propounded on Liberty its First Set of Interrogatories and First Set of Requests for Production of Documents (collectively, "Discovery Requests"). *See* Discovery Requests, attached as Exh. A. Under Rules 33(b)(2) and 34(b)(2)(A) of the Federal Rules of Civil Procedure, Liberty's responses to the Discovery Requests are due on or about January 16, 2013.

2.

Due to the intervening holidays, Liberty requires additional time to respond to Cameron's Discovery Requests, which include twenty interrogatories and eighteen requests for

1

production of documents. Counsel for Cameron has confirmed that Cameron consents to this extension.

3.

Accordingly, Liberty requests that the Court grant its Motion for Extension and briefly extend the deadline for Liberty to respond to Cameron's Discovery Requests until January 30, 2013.

Respectfully submitted,

/s/ *Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

825556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Unopposed Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of January, 2013.

                                                                        */s/ Judy Y. Barrasso*

825556