UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** <br> **Case No. 12-311** | * * * * | **JURY TRIAL DEMANDED** |

## ORDER

Considering the foregoing Unopposed Motion for Two-Week Extension of Time to Respond to Discovery;

IT IS ORDERED that Defendant Liberty Insurance Underwriters, Inc. be and is hereby granted an extension of time until January 30, 2013 to respond to Cameron's First Set of Interrogatories and First Set of Requests for Production of Documents

New Orleans, Louisiana, this _____ day of January, 2013.

_____
MAGISTRATE JUDGE

825556