IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * | MDL No. 2179 |
| | * | Section: J |
| This Pleading applies to: | * | |
| | * | Judge Barbier |
| | * | |
| All Cases (including Case No. 2:10-cv-04536 (United States v. BP Exploration & Production Inc., et al.)) | * * * | Magistrate Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BP EXPLORATION & PRODUCTION INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE UNITED STATES WITH RESPECT TO ITS CLAIMS FOR CIVIL PENALTIES FOR THE MORE THAN 800,000 BARRELS OF OIL THAT WERE COLLECTED AND NEVER RELEASED INTO THE ENVIRONMENT DURING THE *DEEPWATER HORIZON* OIL SPILL**

Defendant BP Exploration & Production Inc. ("BP") hereby moves, pursuant to Federal Rule of Civil Procedure 56, for partial summary judgment as to its penalty liability to the United States for the barrels of oil that it collected during the *Deepwater Horizon* spill before they reached the waters of the Gulf of Mexico.  As demonstrated in the Memorandum of Law, Statement of Material Facts, and Exhibits accompanying this motion, summary judgment is appropriate because (1) at least 810,000 barrels of oil that flowed out of the Macondo reservoir during the *Deepwater Horizon* incident were collected without entering the waters of the Gulf of Mexico, and (2) these barrels of oil may not be counted toward the maximum penalty amount potentially to be assessed against BP under Section 311 of the Clean Water Act, 33 U.S.C. § 1321.

Accordingly, BP respectfully requests that its motion for partial summary judgment be granted.  Should the Court determine that its motion is more appropriately characterized as a motion *in limine*, BP respectfully requests that its motion be so deemed and granted.

Dated:  January 11, 2013                                  Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert R. Gasaway | Don K. Haycraft (Bar #14361) |
| Jeffrey Bossert Clark | R. Keith Jarrett (Bar #16984) |
| Aditya Bamzai | Liskow & Lewis |
| Kirkland & Ellis LLP | 701 Poydras Street, Suite 5000 |
| 655 Fifteenth Street, N.W. | New Orleans, Louisiana 70139-5099 |
| Washington, D.C. 20005 | Telephone:  504-581-7979 |
| Telephone:  202-879-5000 | Facsimile:  504-556-4108 |
| Facsimile:  202-879-5200 | |
| | Richard C. Godfrey, P.C. |
| Joel M. Gross | J. Andrew Langan, P.C. |
| Allison Rumsey | Kirkland & Ellis LLP |
| Arnold & Porter LLP | 300 North LaSalle Street |
| 555 Twelfth Street, NW | Chicago, IL 60654 |
| Washington, DC  20004-1206 | Telephone:  312-862-2000 |
| Telephone:  202-942-5000 | Facsimile:  312-862-2200 |
| Facsimile:  202-942-5999 | |
| | Robert C. "Mike" Brock |
| | Covington & Burling LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004-2401 |
| | Telephone:  202-662-5985 |
| | Facsimile:  202-662-6291 |

***Attorneys for BP Exploration & Production Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of January, 2013.

/s/ Don K. Haycraft
Don K. Haycraft