IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | *  <br> *   MDL No. 2179 <br> * <br> *   Section: J |
| This Pleading applies to: | * <br> *   Judge Barbier <br> * |
| *All Cases* (*including Case No. 2:10-cv-04536* (*United States v. BP Exploration & Production Inc., et al.*)) | *   Magistrate Shushan <br> * <br> * |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BP EXPLORATION & PRODUCTION INC.'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE UNITED STATES WITH RESPECT TO ITS CLAIMS FOR CIVIL PENALTIES FOR THE MORE THAN 800,000 BARRELS OF OIL THAT WERE COLLECTED AND NEVER RELEASED INTO THE ENVIRONMENT DURING THE *DEEPWATER HORIZON* OIL SPILL**

Robert R. Gasaway
Jeffrey Bossert Clark
Aditya Bamzai
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

Joel M. Gross
Allison Rumsey
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  202-942-5000
Facsimile:  202-942-5999

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:  202-662-5985
Facsimile:  202-662-6291

*Attorneys for BP Exploration & Production Inc.*

In accordance with Rule 56(c) of the Federal Rules of Civil Procedure and Rule 56.1 of this Court, BP Exploration and Production Inc. ("BP") lists the following undisputed material facts that support its motion for partial summary judgment as to penalty liability for collected oil. The parties are in dispute over how much oil flowed from the Macondo reservoir during the *Deepwater Horizon* oil spill. But what cannot reasonably be in dispute is how much oil BP collected during the accident. This partial summary judgment motion focuses upon and is limited to whether the United States can seek to recover penalties for oil that BP collected and that was never released into the Gulf of Mexico.

1. After being authorized to do so by the Unified Area Command for the *Deepwater Horizon* Response, BP and contractors employed by BP collected oil from the blow-out preventer ("BOP") of the *Deepwater Horizon*, from the lower marine riser package ("LMRP") on top of the *Deepwater Horizon* BOP, and from portions of the *Deepwater Horizon*'s riser that fell to the sea floor following the *Deepwater Horizon*'s explosion and sinking in April 2010. The vessels used to collect the oil were the *Discoverer Enterprise,* the *Q4000,* and the *Helix Producer I*.

Rec. Doc. 7076 (Stipulated Facts Concerning Source Control Events) (hereinafter "Source Control Stipulations"). This Statement of Undisputed Material Facts adopts the terms and definitions contained in the Source Control Stipulations. *See, e.g.*, terms and definitions contained therein for the "Response," "BOP," and "LMRP"; *see also* Source Control Stipulations ¶¶ 69, 92, 97, 129; Deposition of Stephen Paul Carmichael (Dec. 18-19, 2012) (Ex. C) ("Carmichael Dep.") at 254:4-16.

**Collection of Oil on the *Discoverer Enterprise***

2. The *Discoverer Enterprise* first collected oil from the *Deepwater Horizon* riser through the riser insertion tube tool (the "RITT"), which was inserted into the end of the fallen riser, between the drill pipe and the inside of the riser.

Source Control Stipulations ¶¶ 58, 63, 69; Carmichael Dep. (Ex. C) at 254:17-255:1; Deposition of Kevin James Devers (Nov. 12-13, 2012) (Ex. E) ("Devers Dep.") at 307:18-20.

3. The RITT was a four-inch diameter tube surrounded by flexible rubber baffles that were designed to prevent seawater from entering the RITT.

Devers Dep. (Ex. E) at 313:21-25, 314:5-10, 340:5-341:1, 447:15-17, 449:21-450:1; Deposition of Richard D. Lynch, Jr. (May 19-20, 2011) (Ex. F) ("Lynch Dep.") at 317:2-22.

4. The RITT was inserted into the end of the *Deepwater Horizon*'s riser on May 15, 2010, and collected a portion of the oil being released from the *Deepwater Horizon*'s riser to the *Discoverer Enterprise*, until the RITT was removed on May 25, 2010.

Source Control Stipulations ¶¶ 69, 73.

5. The *Discoverer Enterprise* did not collect seawater through the RITT or the recovery line that connected the RITT to the *Discoverer Enterprise*.

Carmichael Dep. (Ex. C) at 256:24-257:13.

6. For a number of time periods between June 3 and July 10, 2010, the *Discoverer Enterprise* also collected a portion of the oil that was being released from the *Deepwater Horizon* LMRP by means of Top Hat No. 4.

Source Control Stipulations ¶¶ 59, 86-87, 90-92, 120-21; Carmichael Dep. (Ex. C) at 258:19-24.

7. The *Discoverer Enterprise* did not collect seawater through Top Hat No. 4 or the recovery line that connected Top Hat No. 4 to the *Discoverer Enterprise*.

Carmichael Dep. (Ex. C) at 259:8-259:14.

8. Oil from the *Deepwater Horizon*'s BOP, LMRP, and riser that was collected on the *Discoverer Enterprise* was transferred to the shore by the *AT/B Paul T. Moran/Massachusetts* and the *Overseas Cascade*.

Declaration of Stephen P. Carmichael of January 7, 2013 (Ex. G) ("Carmichael Decl.") ¶ 5.

**Collection of Oil by the *Q4000***

9. The *Q4000* collected oil from the *Deepwater Horizon* BOP choke line through a recovery line running from the BOP choke line to the *Q4000* from June 16 to July 15, 2010 (with an interruption on July 14, 2010).

Source Control Stipulations ¶¶ 97, 132, 136-37; Carmichael Dep. (Ex. C) at 255:2-6; Devers Dep. (Ex. E) at 472:18-24; Deposition of Lars Herbst (Oct. 10-11, 2012) (Ex. H) ("Herbst Dep.") at 167:19-168:1.

10. The oil collected by the *Q4000* from the *Deepwater Horizon* BOP choke line did not contact seawater.

Carmichael Dep. (Ex. C) at 263:6-11.

11. The *Q4000* flared the oil collected from the *Deepwater Horizon* BOP choke line using an EverGreen burning system onboard the *Q4000*. Hence, the oil was not taken onshore.

Source Control Stipulations ¶¶ 88, 97; Carmichael Dep. (Ex. C) at 266:17-19; Deposition of Albert Jeremiah DeCoste (Dec. 5, 2012) (Ex. I) ("DeCoste Dep.") at 32:23-33:10; Herbst Dep.

(Ex. H) at 167:3-7; Deposition of Kevin S. Cook (Oct. 10-11, 2012) (Ex. J) ("Cook Dep.") at 223:22-224:2.

12. Prior to combustion, oil meters onboard the *Q4000* measured the quantity of oil and methanol collected by the *Q4000*. Schlumberger maintained and operated these oil meters.

Carmichael Dep. (Ex. C) at 263:12-15, 264:12-1

**Collection of Oil by the *Helix Producer I***

13. The *Helix Producer I* collected oil from the *Deepwater Horizon* BOP kill line through recovery lines running from the BOP kill line to the *Helix Producer I* from July 12-15, 2010.

Source Control Stipulations ¶¶ 95-96, 98, 119, 129, 132, 136, 137; Carmichael Dep. (Ex. C) at 260:9-18.

14. The oil collected by the *Helix Producer I* from the *Deepwater Horizon* BOP kill line did not contact seawater.

Carmichael Dep. (Ex. C) at 260:19-25.

15. Oil from the *Deepwater Horizon*'s BOP kill line that was collected by the *Helix Producer I* was transferred to the *Loch Rannoch*, which subsequently transferred the oil to the *AT/B Paul T. Moran/Massachusetts*. Carmichael Decl. (Ex. G) ¶ 6.

**Total Oil Collected**

16. Based on the data taken from the *Q4000* meters and after deducting the methanol fraction of the total liquid collected by the *Q4000*, BP flared 225,950 barrels of oil collected by the *Q4000* from the *Deepwater Horizon* BOP choke line from June 16 to July 15, 2010.

Carmichael Dep. (Ex. C) at 265:9-268:3.

17. Reports submitted by BP to the Office of Natural Resources Revenue and supporting sales invoices show that a total of 220,684 barrels of oil were sold from the *AT/B Paul T. Moran/Massachusetts*.

Carmichael Decl. (Ex. G) ¶¶ 7, 9-10.

18. Reports submitted by BP to the Office of Natural Resources Revenue and supporting sales invoices show that a total of 365,996 barrels of oil were sold from the *Overseas Cascade*.

Carmichael Decl. (Ex. G) ¶¶ 7, 9, 11.

19. In sum, as described in Paragraphs 16-18, BP collected a total of 812,630 barrels of oil from the *Deepwater Horizon* BOP and LMRP, and from portions of the *Deepwater Horizon*'s riser during the *Deepwater Horizon* Response.

Dated: January 11, 2013                     Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert R. Gasaway | Don K. Haycraft (Bar #14361) |
| Jeffrey Bossert Clark | R. Keith Jarrett (Bar #16984) |
| Aditya Bamzai | Liskow & Lewis |
| Kirkland & Ellis LLP | 701 Poydras Street, Suite 5000 |
| 655 Fifteenth Street, N.W. | New Orleans, Louisiana 70139-5099 |
| Washington, D.C. 20005 | Telephone: 504-581-7979 |
| Telephone: 202-879-5000 | Facsimile: 504-556-4108 |
| Facsimile: 202-879-5200 | |
| | Richard C. Godfrey, P.C. |
| Joel M. Gross | J. Andrew Langan, P.C. |
| Allison Rumsey | Kirkland & Ellis LLP |
| Arnold & Porter LLP | 300 North LaSalle Street |
| 555 Twelfth Street, NW | Chicago, IL 60654 |
| Washington, DC 20004-1206 | Telephone: 312-862-2000 |
| Telephone: 202-942-5000 | Facsimile: 312-862-2200 |
| Facsimile: 202-942-5999 | |
| | Robert C. "Mike" Brock |
| | Covington & Burling LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004-2401 |
| | Telephone: 202-662-5985 |
| | Facsimile: 202-662-6291 |

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of January, 2013.

                                                                    /s/ Don K. Haycraft  
                                                                    Don K. Haycraft