IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL No. 2179 |
| This Pleading applies to: | * * | Section: J |
| | * | Judge Barbier |
| All Cases (*including Case No. 2:10-cv-04536* (*United States v. BP Exploration & Production Inc., et al.*)) | * * * * | Magistrate Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER**

Upon consideration of the motion of Defendant BP Exploration & Production Inc. ("BP") for Partial Summary Judgment Against The United States With Respect To Its Claims For Civil Penalties For The More Than 800,000 Barrels Of Oil That Were Collected And Never Released Into The Environment During The *Deepwater Horizon* Oil Spill, it is HEREBY ORDERED that BP's motion is GRANTED as follows:

1. Pursuant to Federal Rule of Civil Procedure 56, the Court concludes that there is no genuine dispute that at least 810,000 barrels of oil that flowed out of the Macondo reservoir were collected on surface ships without being discharged into waters of the United States in such quantities as may be harmful, as defined under the Clean Water Act and 40 C.F.R. § 110.3(b).

2. The Court holds as a matter of law that these barrels of collected oil may not be counted toward the maximum penalty amount potentially to be assessed against BP under Section 311 of the Clean Water Act, 33 U.S.C. § 1321.

New Orleans, Louisiana, this ___ day of January 2013.

_____
UNITED STATES DISTRICT JUDGE