# Exhibit A



Aug 29 2011
5:31PM

UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § MDL No. 2179 § § SECTION: J § § JUDGE BARBIER § MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

### UNITED STATES' SECOND RESPONSE TO BP EXPLORATION & PRODUCTION INC.'S SECOND SET OF DISCOVERY REQUESTS TO THE UNITED STATES OF AMERICA

The United States of America by its undersigned Counsel, and pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure, hereby submits the following objections and supplemental responses to BP Exploration & Production Inc.'s Second Set of Discovery Requests to the United States of America.

### GENERAL OBJECTIONS

The United States asserts the following objections to BP Exploration & Production Inc.'s ("BP") discovery requests. The United States has endeavored to identify the most relevant of these general objections in response to each individual request. Nonetheless, these general objections are incorporated by reference into each specific response set forth by the United States and are neither waived nor limited by the specific responses.

1. The United States objects to the extent BP's requests call for information, seek discovery, or attempt to impose any obligations beyond that permitted or authorized by the Federal Rules of Civil Procedure or the Rules and Orders of this Court.

2. The United States objects to BP's requests as premature to the extent they seek information scheduled for disclosure at a later time (such as witness lists and expert reports).

505.    Admit that, as of August 4, 2010, approximately 75 percent of the oil released from the MC252 Well had been recovered, burned, evaporated or biodegraded in the Gulf of Mexico.

**OBJECTION**:  The United States objects to this Request for Admission as premature in that it calls for the disclosure of expert testimony before the deadline set forth by the Court.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the BP Deepwater Horizon Oil Budget: What Happened to the Gulf Oil?, which was released by the United States Government on August 4, 2010 stated, based upon an estimated release of 4.9 million barrels of oil, that 25% of the oil had evaporated or dissolved, 16% naturally dispersed, 8% chemically dispersed, 3% skimmed, 5% burned, 17% directly recovered from the wellhead, and 26% residual.  This report was updated in November 2010 to contain the following estimates:

| Category | % of Total | Category | % of Total | Change |
|---|---|---|---|---|
| Direct Recovery | 17% | Direct Recovery | 17% | None |
| Burned | 5% | Burned | 5% | None |
| Skimmed | 3% | Skimmed | 3% | None |
| Chemically Dispersed | 8% | Chemically Dispersed | 16% | +8% |
| Naturally Dispersed | 16% | Naturally Dispersed | 13% | -3% |
| Evaporated or Dissolved | 25% | Evaporated or Dissolved | 23% | -2% |
| Other | 26% | Other | 23% | -3% |

The United States denies this request in all other respects.

506.    Admit that the BP Deepwater Horizon Oil Budget: What Happened to the Gulf Oil?, which was released by the United States Government on August 4, 2010, was not peer reviewed.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows: