# Exhibit C

01-41890
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Stephen Paul Carmichael
**VOLUME 1**

DECEMBER 18, 2012

## *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1    the Q4000 questions --

 2         A.   Okay.

 3         Q.   -- at least a third of the way through the

 4    March.

 5              So going back to where we started on

 6    the Q4000, which is Tab 75, which is marked as

 7    Exhibit 10135, we have now looked at each of the

 8    sources of the data in the three right-hand

 9    columns.

10              The first one is that Schlumberger

11    report from 2010, the -- the final well test

12    service report, the second one is this June 2012

13    data that we looked at on the spreadsheet, and the

14    third is the July E-mail that went to MMS and to

15    you that included the original spreadsheets.

16              And what we did is simply compare the

17    Vx measurements from those three.  Sorry, we

18    compared the Vx measurements from the Schlumberger

19    well test report, from the July 16th Vx

20    measurement, and then the final June 2012 Rotron

21    numbers.

22              And can you explain the difference

23    among those numbers?  What steps were taken that

24    made these three numbers differ from each other?

25                   MR. PINEIRO:  Object to the form.
```

```
 1              MR. FENDLER:  Object to the form.
 2         A.  I don't -- I don't recognize these
 3    numbers.  I -- you know, out of context of the
 4    spreadsheets, I don't know -- I don't know how to
 5    address this.
 6         Q.  (BY MS. CROSS)  Okay.  Let me target my
 7    inquiry, then, to the June 2012 spreadsheet that
 8    we looked at.
 9         A.  Okay.
10         Q.  In coming up with the numbers in that
11    June 2012 spreadsheet for oil and gas and GOR,
12    what corrections were made as compared to the July
13    data from 2010?
14         A.  Okay.  Are we referring to the Q4000?
15         Q.  Yes.
16         A.  Okay.  And that's -- that's this
17    spreadsheet here that we're -- we're referring to?
18         Q.  Yes, that has the 225,000 cumulative as
19    compared to the 241,000 cumulative that we looked
20    at.  In essence, what's the basis for the
21    difference between those numbers?
22         A.  Between the oil recovery number of 200-
23    and -- approximately 241,000 and approximately
24    226,000?
25         Q.  Correct.
```

```
1        A.   I'll start with the biggest and go to the

2   smallest.

3        Q.   Okay.

4        A.   The -- the largest difference was due to

5   the Rotron meter data issue prior to the obtaining

6   of the first offshore combined meter factor.

7             During the response when that

8   equipment was mobilized offshore, there had been

9   a -- a meter -- a combined meter factor correction

10  entered into -- I believe it was Schlumberger's

11  software, that was obtained at the facility where

12  the equipment was loaded out from.  It wasn't

13  obtained from live oil from the Macondo Well.

14            When the Q4000 was put into service,

15  it was discovered that there was some safety

16  issues with regard to trying to take a combined

17  meter factor offshore; and so, those had to be

18  addressed prior to being able to take a combined

19  meter factor offshore.  So there was a time period

20  in which the flow was going through the Q4000

21  utilizing that combined meter factor that had been

22  obtained onshore.

23            It became evident, once we actually

24  took the first combined meter factor, that the

25  combined meter factor that we had been using that
```

1    had come from onshore was not correct and that it

2    was over -- the Rotron meter was overestimating

3    oil recovery rate during that time period.

4              After the response was over, we

5    addressed that issue by asking Schlumberger to

6    apply the combined meter factor from later time

7    data to that beginning time frame and also do the

8    comparisons that we spoke about earlier with the

9    Vx meter; and that revised combined meter factor

10   was applied to that early time data.  That was a

11   large portion of the change from the -- the

12   approximately 241,000 barrels to the approximately

13   226,000 barrels in the revised spreadsheet.

14             The other changes that had occurred,

15   my recollection is that there were some changes in

16   the times that combined meter factors were

17   applied.  So in the original field data, if there

18   was a change in the rate of the collection, a new

19   combined meter factor would be taken; and that

20   combined meter factor would be applied as soon as

21   it was available.  And sometimes that could be

22   several hours after the -- the rate change was

23   actually made that they would have the new

24   combined meter factor to enter into the equipment.

25             For the final data, those combined

meter factors were retroactively applied back to
the point in time that the rate change occurred.
So the -- the time frame between those two times
would have changed data.

There were also some gravity
measurements taken and -- and temperature
measurements taken that were either not applied in
the field or applied at -- at time posts when they
should have been.  So those were adjusted.

And there were also data dropouts
that occurred during the response when the --
there were two computers recording data.  One of
them they called the calculating computer, and one
they called the recording computer.  And the
calculating computer sometimes would crash because
there was so much data coming in, and it was also
trying to calculate the data while the recording
computer was just recording data all along.  So
they went back to the recording computer and got
the missing data from the recording computer and
applied it to the revised data.

There may be one or two other issues
that I'm not remembering, but those are -- those
will be the major differences that would cause the
difference between what was originally on the

 1    field data spreadsheet and what we submitted in

 2    October.

 3         Q.  And those also explain the differences to

 4    the calculations from June 2012; is that right?

 5         A.  Yes.

 6         Q.  Okay.

 7         A.  Yes.

 8              MS. CROSS:  We need to take a break

 9    to change the tape.

10              THE WITNESS:  Okay.

11              THE VIDEOGRAPHER:  The time is 10:45

12    a.m., we're off the record.

13              (Break from 10:45 a.m. to 10:56 a.m.)

14              THE VIDEOGRAPHER:  The time is

15    10:56 a.m.  We're back on the record.

16         Q.  (BY MS. CROSS)  Mr. Carmichael, you've

17    just explained the differences in the Rotrone data

18    with regard to the 241,000 versus the 226,000

19    roughly.  I'd like to ask you similar questions

20    about what happened between the July 2010 Vx

21    measurements and the final Vx measurements from

22    Schlumberger in their final well test services

23    report.  And we can walk through some of

24    differences.  There are different values between

25    what's recorded in 4B, which is up on the

1  screen -- Tab 4B, which is from Exhibit 9471,

2  which is the July 2010 data that was sent to MMS

3  by BP -- between that and what's in the

4  Schlumberger report at Tab 12 of your binder

5  specifically at the Bates number ending in 312.

6       A.  That's in the other book?

7       Q.  The notebook -- the first notebook,

8  Tab 12.

9       A.  Okay.

10      Q.  312 is the final Bates page.

11              MR. PINEIRO:  I'm going to object to

12  the form, by the way, to that question.

13              MR. FENDLER:  I join in the

14  objection.

15      A.  Okay.  Could you repeat the question?

16      Q.  (BY MS. CROSS)  Sure.  If you can, turn to

17  the page that ends in 312 of Exhibit 10443?

18      A.  Is that Tab 12?

19      Q.  Yeah.

20      A.  And turn to which page?

21      Q.  The page that ends in 50312.

22      A.  Okay.  50 --

23              MR. FENDLER:  50312.

24      A.  Oh.  312.

25      Q.  (BY MS. CROSS)  Okay.  And I would direct

1      Q.   Does this document we've marked as

2  Exhibit 10170 accurately identify the different

3  liquids that were recovered through the RITT?

4              MR. FENDLER:  Object to the form.

5      A.   Can you be more specific about --

6      Q.   (BY MR. PETOSA)  That's a bad way to say

7  it, so I'm going to ask it again because I don't

8  think gas would be included normally in liquid.

9              So does this document we've marked as

10  Exhibit 10170 accurately identify the different

11  substances that were recovered through the RITT

12  that you were involved in, sir, from May 17th of

13  2010 until the efforts to recover stopped on

14  May 25th of 2010?

15              MR. FENDLER:  Object to the form.

16              MR. PINEIRO:  Object to the form.

17      A.   From what I can tell, this is an interim

18  version of this recovery spreadsheet, which would

19  not be the most accurate data that we have.

20      Q.   (BY MR. PETOSA)  Was there a final version

21  that was created?

22      A.   There is a current version.

23      Q.   How many iterations or drafts of this

24  version were prepared?

25      A.   I don't know.

1      Q.  And -- and why were there different

2  drafts?  I mean, what -- what did this data

3  come -- where did this data, excuse me, come from?

4      A.  This was field -- this was data that came

5  from the field and it -- and it doesn't reflect --

6  to my knowledge, it doesn't appear to reflect the

7  entire time of the recovery operation; and it also

8  doesn't reflect the corrections that were made to

9  the data post-response.

10      Q.  What -- what corrections were made to the

11  data post-response?

12      A.  There were a number of corrections that

13  were similar to corrections made on the -- the Top

14  Hat and the Q4000.  There were combined meter

15  factors that were taken at specific times that

16  were retroactively applied in the updated data.

17  There were data dropouts that occurred during the

18  operations that -- where the data was replaced in

19  the updated data.  There are corrections to

20  pressures and temperatures and gravities and

21  things of that nature that would be in the updated

22  data.

23      Q.  And do you know when it was that the data

24  was finalized with respect to what was recovered

25  from the RITT?

```
 1              MR. FENDLER:  Object to the form.

 2       A.  We have not yet finalized the data.

 3       Q.  (BY MR. PETOSA)  Today's date is December

 4  the 18th of 2012; and as we sit here today, you're

 5  telling me, sir, that BP has not finalized the

 6  data to indicate what, if anything, was recovered

 7  through the RITT?

 8              MR. FENDLER:  Object to the form.

 9              MR. PINEIRO:  Object to the form.

10       A.   We believe that the numbers that we have

11  represent accurate collection numbers but, as of

12  yet, do not call them finalized numbers.

13       Q.  (BY MR. PETOSA)  Are you still involved in

14  those efforts to determine what the final numbers

15  are that -- that would represent what was

16  recovered through the RITT?

17       A.  Yes.

18       Q.  Do you know what the time frame is as to

19  when it is that BP is going to arrive at the final

20  numbers to indicate what was recovered through the

21  RITT?

22       A.  I do not.

23       Q.  Sir, I'd like to go back to the document,

24  the third page of this document we've marked as

25  Exhibit 10170.  At the bottom in bold it says:
```

01-41893
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Stephen Paul Carmichael
**VOLUME 2**

DECEMBER 19, 2012

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

1      A.  I believe --

2                MS. CROSS:  Objection; form.

3      A.  I believe so.

4      Q.  (BY MR. FENDLER)  Okay.  Can you tell us

5  again why you made that statement regarding the

6  volumes in that report?

7                MS. CROSS:  Objection; form.

8      A.  My recollection is that it did not include

9  some estimated gas volumes from our collection

10  spreadsheet.

11      Q.  (BY MR. FENDLER)  So when you told

12  Ms. Cross that -- that -- that these values

13  weren't there or were omitted, is that what you

14  were talking about when you said that?

15                MS. CROSS:  Objection; form.

16      A.  I believe so, yes.

17      Q.  (BY MR. FENDLER)  And just to be clear,

18  can you tell me exactly what you meant when you

19  said the values were omitted?

20                MS. CROSS:  Objection; form.

21      A.  I believe that -- that they just weren't

22  included on the -- on the Schlumberger test

23  report.

24      Q.  (BY MR. FENDLER)  Okay.  Let me turn --

25  turn your attention now, sir, to the -- the

1    collection of reservoir fluids from the Macondo

2    Well and -- and knowledge that you have about

3    that.

4              Sir, when the -- during the DEEPWATER

5    HORIZON response, it's true, is it not, that BP

6    collected some of the reservoir fluid?

7         A.  Yes.

8         Q.  And were surface vessels used to collect

9    that fluid?

10        A.  Yes.

11        Q.  Can you tell us again -- and I know you've

12   mentioned them at different places yesterday, but

13   maybe just to put it all in one place, what were

14   the names of the surface vessels that were used.

15        A.  The Enterprise, the Q4000, and the Helix

16   Producer.

17        Q.  Turning direct- -- or directing your

18   attention specifically to the Discoverer

19   Enterprise, how did the Discoverer Enterprise

20   collect reservoir fluid?

21        A.  There were two phases to the collection.

22   One involved the RITT tool, which collected oil

23   from the end of the drilling riser and up the

24   drill pipe to the Enterprise, and the Top Hat,

25   which collected oil through the Top Hat, through

1    the drill pipe, and up to the Enterprise.

2         Q.   And then how about the Q4000, how did that

3    vessel collect reservoir fluid?

4         A.   I believe that was through the choke line

5    side of the BOP stack through a line up to the

6    Q4000.

7         Q.   And finally concerning the Helix Producer,

8    can you tell us how that vessel collected

9    reservoir fluid?

10        A.   I believe that was through the kill line

11   side of the BOP stack, through a line up to the

12   Helix Producer.

13        Q.   Now, sir, looking specifically at the --

14   the RITT -- and you've told us just a moment ago a

15   little bit about it -- are you familiar with how

16   the reservoir fluid was collected by BP through

17   the RITT?

18        A.   Yes.

19        Q.   And tell me again specifically how it was

20   accomplished that fluid was collected through the

21   RITT.

22        A.   The oil flowed through the drilling riser

23   and into the end of the RITT tool and then up

24   through the drill pipe.

25        Q.   Was the RITT tool actually inserted into

1    the end of the riser pipe that was lying down on

2    the ocean bottom?

3         A.  Yes.

4         Q.  Yesterday you were asked some questions

5    about whether the RITT collected all of the

6    reservoir fluid that flowed through the end of the

7    riser, and you testified that you didn't know that

8    it was collecting all of the fluid.  Do you recall

9    that question and that discussion?

10        A.  I -- I believe so.

11        Q.  Does that mean that some of the oil and

12   gas actually flowed past the RITT tool and was not

13   collected by the RITT?

14                  MR. CHAKERES:  Form.

15        A.  I -- I believe it did.

16        Q.  (BY MR. FENDLER)  What do you base that

17   understanding on?

18        A.  We had a video feed from the ROV vehicles

19   that was -- that was trained on the -- the end of

20   the drilling riser.

21        Q.  And -- and what did it show?

22        A.  That there was oil escaping past the end

23   of the drilling riser.

24        Q.  Mr. Carmichael, in your view, do you think

25   the RITT was collecting seawater as well as

1    reservoir fluid?

2         A.   It -- I don't believe it was.

3         Q.   What's that based on?

4         A.   The fact that we did have oil continuously

5    flowing out of the end of the riser.

6         Q.   Okay.  And so what does that mean in your

7    mind?

8         A.   With the oil flowing out, it would -- it

9    would not make sense to me that the seawater could

10   flow the other direction.  And we ac- -- we

11   actually -- that was one of our primary goals, was

12   to not allow seawater ingress to prevent the risk

13   of hydrates.

14        Q.   After the well was shut in, did you

15   receive updated input data from Schlumberger for

16   the RITT?

17                   MS. CROSS:  Objection; form.

18        A.   Yes, we did.

19        Q.   (BY MR. FENDLER)  Let me show you an

20   exhibit that's been previously marked as Exhibit

21   9482, an E-mail.  Do you recognize this E-mail,

22   sir?

23        A.   Yes.

24        Q.   And is that an E-mail that you sent?

25        A.   I believe it is, yes.

1          Q.  And was there a spreadsheet attached to

2     this E-mail?

3          A.  I believe there was, yes.

4          Q.  And does the spreadsheet that you attached

5     to this E-mail contain the latest updated data

6     from Schlumberger for the RITT?

7          A.  I believe it does.

8          Q.  Does the input data tab for the updated

9     RITT collection spreadsheet that was attached to

10    this E-mail reflect the most recent update that

11    you received from Schlumberger?

12         A.  I believe it does, yes.

13         Q.  Sir, turning to the Top Hat, are you

14    familiar with the way in which BP collected

15    reservoir through the Top Hat?

16         A.  Reservoir fluids?

17         Q.  Yes.  I'm sorry.

18         A.  Yes.

19         Q.  And could you briefly describe how

20    reservoir fluid was collected through the Top Hat?

21         A.  The Top Hat was placed over the top of the

22    lower marine riser package, and the oil flowed

23    from that into the Top Hat and then up into the

24    drill pipe and up to the Enterprise.

25         Q.  Mr. Carmichael, do you know whether the

1    Top Hat collected all of the reservoir fluid that

2    flowed into the Top Hat from the lower marine

3    riser package?

4        A.  I don't believe it did.

5        Q.  And what do you base that statement on?

6        A.  There was oil that was flowing out around

7    the bottom of the -- of -- of the Top Hat.

8        Q.  And so in your view, do you believe the

9    Top Hat was collecting seawater?

10       A.  I -- I don't believe it was.

11       Q.  And why do you say that?

12       A.  With the oil coming out of the -- of the

13   bottom, I don't believe that seawater would be

14   able to flow the other direction.

15       Q.  After the well was shut in, did you

16   receive updated input data from Schlumberger for

17   the Top Hat?

18       A.  Yes, we did.

19       Q.  Let me show you an exhibit that was

20   previously marked Exhibit 9484, an E-mail.  Do you

21   recognize this E-mail?

22       A.  Yes, I do.

23       Q.  Were you the author of the E-mail?

24       A.  I believe I was.

25       Q.  Does the spreadsheet that you attached to

1    this E-mail contain the latest updated data from

2    Schlumberger for the Top Hat?

3         A.  I believe it does, yes.

4         Q.  And does the input data tab for the

5    updated Top Hat collection spreadsheet that was

6    attached to 9484 reflect the most recent update

7    that you received from Schlumberger?

8         A.  Yes, I -- I believe it does.

9         Q.  Turning your attention now, sir, to

10   reservoir fluid collected through the Helix

11   Producer.  Are you familiar with how the Helix

12   Producer collected that fluid?

13        A.  Yes.

14        Q.  And could you please describe briefly how

15   that was accomplished?

16        A.  On the Helix Producer, I believe that was

17   a -- the collection was at the -- on the kill line

18   side of the BOP stack.

19        Q.  So in your view, sir, if the Helix

20   Producer was collecting reservoir fluid from the

21   kill line of the BOP, could the collected fluid

22   have come into contact with seawater?

23        A.  I don't --

24              MR. CHAKERES:  Object to form.

25        A.  I don't believe it could.

1    Q.  (BY MR. FENDLER)  Sir, let me show you an

2    exhibit that's previously been marked as 9485,

3    another E-mail.  Do you recognize that E-mail?

4    A.  Yes.

5    Q.  Can you tell me, sir, is that an E-mail

6    that you sent?

7    A.  I believe it is, yes.

8    Q.  Is the spreadsheet that you attached to

9    this E-mail the latest updated data for the Helix

10   Producer?

11   A.  I -- I believe so.

12   Q.  All right.  We've just been talking, sir,

13   about the collection of oil by the Discoverer

14   Enterprise and the Helix Producer.  Can you tell

15   me, what document would you consult to determine

16   the total amount of oil that was collected by the

17   Discoverer Enterprise and the Helix Producer?

18   A.  The oil and gas operations reports.

19   Q.  What is the oil and gas oper- -- or what

20   were the oil and gas operations reports?

21   A.  It's the official submission to the VSCE

22   of tanker offloads to the onshore terminals of the

23   collected oil.

24   Q.  At this time would there be any reason for

25   BP to update the amount of oil reported on the oil

1    and gas operations report based upon the updated

2    RITT collection spreadsheet?

3         A.   I -- I don't believe so, no.

4                   MR. CHAKERES:   Object to form.

5         Q.   (BY MR. FENDLER)   And why is that?

6         A.   I'm not aware of any changes that are --

7    that are pending.

8         Q.   And at this time, would there be any

9    reason for BP to update the amount of oil reported

10   on the oil and gas operations report based upon

11   the updated Top Hat collection spreadsheet?

12        A.   No.

13                  MR. CHAKERES:   Object to form.

14        A.   I don't believe so.

15        Q.   (BY MR. FENDLER)   Sir, at this time would

16   there be any reason for BP to update the amount of

17   oil reported on the oil and gas operations report

18   based upon the updated Helix Producer collection

19   spreadsheet?

20                  MR. CHAKERES:   Objection.

21        A.   No.  I don't believe so.

22        Q.   (BY MR. FENDLER)   Are you familiar,

23   Mr. Carmichael, with the manner in which the Q4000

24   collected reservoir fluid?

25        A.   Yes.

1   Q. Could you please describe briefly how BP

2 collected reservoir fluid through the Q4000?

3   A. I believe that was -- the Q4000 was

4 collecting from the choke line side of the BOP

5 stack through a line up to the Q4000.

6   Q. Sir, if the Q4000 was collecting reservoir

7 fluid from the choke line of the BOP, could the

8 collected fluid have come into contact with

9 seawater?

10     MS. CROSS: Objection to form.

11   A. I don't believe so.

12   Q. (BY MR. FENDLER) Were there any oil and

13 gas meters on the Q4000 measuring the volumes of

14 oil and gas collected through the choke line?

15   A. Yes.

16   Q. Was there more than one type of meter

17 measuring the amount of oil collected by the

18 Q4000?

19   A. Yes.

20   Q. Can you tell me what were the two types of

21 meters that were measuring oil collected by the

22 Q4000?

23   A. There was a Rotron meter and a Vx meter.

24   Q. And we talked about that some yesterday;

25 is that right?

1      A.   Yes.

2      Q.   Where was the Rotron meter located?

3      A.   I believe the Rotron meter was located on

4    the -- the oil dump line from the primary

5    separator downstream of the separator.

6      Q.   Can you tell us, sir, who operated and

7    maintained the Rotron meter on the Q4000?

8      A.   I believe it was Schlumberger.

9      Q.   And how often was data recorded from the

10   Rotron oil meter?

11     A.   Every 15 minutes.

12     Q.   When Schlumberger provided you and your

13   team with the oil meter input data, did that data

14   include methanol that BP had pumped into the

15   system?

16               MS. CROSS:   Objection; form.

17     A.   Yes, I believe it did.

18     Q.   (BY MR. FENDLER)  So did your team perform

19   any calculations with respect to that methanol

20   that was measured by the oil meters and reported

21   by Schlumberger in the oil input data?

22     A.   Yes, we did.

23     Q.   In what format did you receive oil meter

24   data for the Q4000 from Schlumberger?

25     A.   I believe it was in Excel spreadsheets.

1    Q.  Okay.  And I'd asked you about

2  calculations with respect to the methanol in the

3  reservoir fluid collected, and you said you did

4  perform calculations.  What calculations did you

5  perform?

6    A.  We subtracted the -- the amount of

7  methanol that had been pumped into the recovery

8  line.

9    Q.  Sir, let me show you an exhibit that's

10 been previously marked as Exhibit 9483, another

11 E-mail.  Do you recognize this E-mail?

12   A.  Yes.

13   Q.  And is this an E-mail that you were the

14 author of?

15   A.  Yes.

16   Q.  And are you familiar with the spreadsheet

17 that was attached to this E-mail?

18   A.  I believe so, yes.

19   Q.  Sir, I'm going to represent to you that

20 the attachment to this Exhibit 9483 was previously

21 marked as Exhibit 9490, and I'm going to pull that

22 up an ask you a few questions.

23   A.  Okay.

24   Q.  Are you able to see that on the screen,

25 sir?

1      A.  Yes.

2      Q.  This spreadsheet, which is Tab 3 of the

3   exhibit previously marked as Exhibit 9490, is this

4   the updated Q4000 collection spreadsheet?

5          MS. CROSS:  Objection; form.

6      A.  I believe it is.

7      Q.  (BY MR. FENDLER)  For the record, this is

8   the Excel spreadsheet with the Bates No. ending in

9   66155.  Is -- can you tell me what document would

10  you consult to determine the total amount of oil

11  that was collected through the Q4000?

12     A.  This spreadsheet here would be one.

13     Q.  Okay.  Why would you consult the

14  spreadsheet in -- with Bates ending in 66155,

15  which is Tab 3 of Exhibit 9490, and not the oil

16  and gas operations report?

17     A.  The oil that was collected on the Q4000

18  was actually burned and -- and was not collected

19  and taken on shore.

20     Q.  So, sir, would you consult the "Daily

21  Report" tab of this spreadsheet to determine the

22  total amount of oil that was collected through the

23  Q4000?

24     A.  Yes.

25     Q.  Okay.  And, in fact, would you consult the

1    column that's entitled "Oil Recovery:  Cumulative

2    Barrels"?

3         A.  Yes.

4         Q.  And is that based on the Rotron meter

5    data?

6         A.  I believe it is, yes.

7         Q.  I'd like to ask you to take a look at

8    Cell D 36.  You see that cell on this spreadsheet?

9         A.  Yes.

10        Q.  Does Cell D 36 showing a total cumulative

11   collection of 225,950 barrels reflect the total

12   cumulative barrels of oil collected by the Q4000?

13        A.  I believe it does.

14        Q.  After the well was shut in, did you

15   receive updated input data from Schlumberger for

16   the Q4000?

17        A.  Yes, we did.

18        Q.  And does the input data tab for the

19   updated Q4000 collection spreadsheet attached to

20   Exhibit 9483 reflect the most recent update that

21   you received from Schlumberger?

22        A.  I believe it does.

23        Q.  And at this time, would there be any

24   reason for BP to update the amount of oil

25   collected by the Q4000 as reflected on the updated

1    Q4000 spreadsheet?

2                    MS. CROSS:  Objection; form.

3         A.  I don't believe there would be.

4                    MR. FENDLER:  Thank you, sir.  I have

5    no further questions.

6                    THE WITNESS:  Thank you.

7                    THE VIDEOGRAPHER:  The time is 8:50

8    a.m.; and we're off the record.

9                    (Break from 8:50 a.m. to 8:54 a.m.)

10                    THE VIDEOGRAPHER:  The time is 8:54

11    a.m.  We're back on the record.

12          F U R T H E R   E X A M I N A T I O N

13    BY MS. CROSS:

14         Q.  Good morning, Mr. Carmichael.

15         A.  Good morning.

16         Q.  I have just a limited number of follow-up

17    questions on testimony from yesterday and from

18    this morning.

19                    And beginning with Tab 2, what's been

20    previously marked as Exhibit 9469, we looked at

21    this exhibit yesterday.

22                    Do you recall that?

23         A.  Yes.

24         Q.  And I have some follow-up questions about

25    the fourth page ending in 4264.

1      A.  Okay.

2      Q.  There's a -- at the top of the page,

3  there's a chart that lists certain time periods on

4  July 15 between midnight and 1115 a.m.

5             Do you see that?

6      A.  I do.

7      Q.  And the recommendation here, as we

8  discussed yesterday, is:  "It is recommended to

9  use the Vx oil rate data during all of the

10  specified flow periods for the following reasons:"

11  and it list is the reasons.

12             Is it your understanding that the

13  specified flow periods are those identified

14  immediately above on July 15th?

15      A.  I believe so.  Yes.

16      Q.  Okay.  Is it true that there was a

17  discrepancy in the Rotron data for the July 14th

18  and 15th time period?

19             MR. FENDLER:  Object to the form.

20      A.  I would say no.  That is not true.

21      Q.  (BY MS. CROSS)  Okay.  And what's the

22  basis for your answer?

23      A.  I believe the only time in question that

24  was for the Rotron meter was on the 15th.

25      Q.  Okay.  With that clarification, is it true