# Exhibit F

1                UNITED STATES DISTRICT COURT
2                 EASTERN DISTRICT OF LOUISIANA

3
      IN RE:  OIL SPILL      MDL NO. 2179
4     BY THE OIL RIG
      "DEEPWATER HORIZON"    SECTION:  J
5     IN THE GULF OF
      MEXICO ON APRIL 20,    JUDGE BARBIER
6     2010                   MAG. JUDGE SHUSHAN

7

13

14
              Deposition of **RICHARD D. LYNCH, JR.**,
15    taken in the Pan American Life Center,
      Bayou Room, 11th Floor, 601 Poydras Street,
16    New Orleans, Louisiana 70130, on Thursday,
      May 19, 2011.
17

18
      **APPEARANCES**:
19

20
              BREIT, DRESCHER, IMPREVENTO &
21              WALKER, PC
              (By:  Jeffrey Breit, Esquire)
22            1000 Dominion Tower
              999 Waterside Drive
23            Norfolk, VA  23510
                  (Attorneys for MDL 2185
24                 Securities plaintiffs
                   Subclass)
25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1    design failure?
 2         A.    It wasn't -- it was an
 3    installation failure, yes.
 4         Q.    After the failure of the
 5    cofferdam, what was the next near-term
 6    containment intervention that you were in
 7    charge of?
 8         A.    Well, the morning of May 8th, we
 9    pulled the team together, obviously, did a
10    bit of a lessons-learned session, and this
11    was the broad team at that point in time.
12    We simply had to come up with another
13    concept that we could -- we could work at
14    the end of the riser or near the end of the
15    riser, there again, to give room for the
16    teams working to close the BOP stack.  And
17    we broke into several groups and came up
18    with several scenarios.  So that the two
19    pieces that's stay, if you will, from that
20    effort, was the rip tool, the riser
21    insertion tube tool.  And then the second
22    scenario that stayed was this ROV installed
23    hot cap on the riser itself.
24         Q.    Speaking first to the rip tool,
25    when -- if you could, describe the rip tool
```

1    to me.
2         A.   A rip tool is a pretty simple
3    device, actually.  It's a piece of
4    4-inch -- I believe, it's schedule 40 or
5    schedule 60 pipe.
6              It had a series of rubber
7    baffles on it to literally be inserted into
8    the end of the riser.  Then we would use a
9    method of under-balancing in the drill
10   string up through the riser system back to
11   the Enterprise to actually start -- start a
12   siphon, if you will, to pull the
13   hydrocarbons from the riser itself.
14        Q.   And you said that first
15   originated as an option around May 8th?
16        A.   That is correct.
17        Q.   When was the rip actually
18   installed into the riser?
19        A.   I don't know that date off the
20   top of my head, but it was within days.  I
21   mean, I don't -- I don't know the exact
22   date.  Sorry.
23             Can I -- why don't we go --
24        MR. GODFREY:
25             Yes.  Hold on.

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1                    (Off the record.)
2              THE WITNESS:
3                    So it was installed on the 15th
4     of May, 2010.
5                    And I heard -- heard my counsel
6     say, it is quite correct, that the -- we
7     initially installed the device around -- it
8     was around 11:30 or midnight.  That
9     following morning, an ROV -- there again,
10    starting to understand the flight path, if
11    you will, around the riser itself, an ROV
12    actually contacted the -- the rip tool
13    knocked it out, and we had to reinstall it
14    again.  So we had a couple of attempts,
15    very little time was lost around that.  So
16    there was kind of two installations, if you
17    will.
18    EXAMINATION BY MS. McCLELLAN:
19         Q.    And why was the rip tool chosen
20    next over the top hat or over any of the
21    other methods that you discussed with your
22    team?
23         A.    The thing that actually won the
24    day with us was the time and availability
25    of it.  Quick access, quick deploy.