# Exhibit G

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) <br> "DEEPWATER HORIZON" IN THE GULF ) <br> OF MEXICO, ON APRIL 20, 2010 ) | MDL NO. 2179 <br><br> SECTION "J" <br><br> JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

**DECLARATION OF STEPHEN P. CARMICHAEL**

I, Stephen P. Carmichael, declare as follows:

1.     I am currently employed by BP Exploration and Production Inc. (referred to

herein as "BP") as the Petroleum Engineering Discipline Lead for the Gulf of Mexico.  I have

provided testimony under oath by oral deposition in this matter on December 18-19, 2012.

2.     I have personal knowledge of the facts stated herein, and would and could testify

to the same if called as a witness before the Court.

3.     At the time of the *Deepwater Horizon* incident, I was a Production Engineer for

BP's Global Projects Organization.  In mid-May, 2010, I was asked to join the Incident

Management Team ("IMT") for the *Deepwater Horizon* response as a Production Engineer.  In

this role, I, along with other engineers and managers at BP, managed oil and gas recovery

systems that BP implemented during the *Deepwater Horizon* response from mid-May to mid-

July 2010.

4.     During the *Deepwater Horizon* response, oil was collected from four containment systems: the riser insertion tube tool ("RITT"), the Top Hat, the *Q4000*, and the Containment and Disposal Project ("CDP"). Oil collected through these four containment systems flowed to three surface vessels: the *Discoverer Enterprise*, the *Q4000*, and the *Helix Producer I*.

5.     Oil collected by the *Discoverer Enterprise* was transferred to the *AT/B Paul T. Moran/Massachusetts* and the *Overseas Cascade*, which, in turn, either transported the collected oil to the NuStar Blakeley Island terminal for storage and future sale or sold the collected oil upon arrival at onshore terminals.

6.     Oil collected by the *Helix Producer I* was transferred to the *Loch Rannoch*. The *Loch Rannoch* subsequently transferred the collected oil to the *AT/B Paul T. Moran/Massachusetts*, which transported the oil to onshore terminals.

7.     The subsequent sale of the oil collected by the *Discoverer Enterprise* and *Helix Producer I* that was transported to the onshore terminals by the *AT/B Paul T. Moran/Massachusetts* and the *Overseas Cascade* was documented in sales invoices, true copies of which are attached hereto as Exhibits A-F.

8.     BP relied on the sales invoices identified in Paragraph 7 of this Declaration in preparing the Oil and Gas Operations Reports that were submitted to the Bureau of Ocean Energy Management, Regulation and Enforcement and the Office of Natural Resources Revenue of the U.S. Department of Interior.

9.     BP initially submitted Oil and Gas Operations Reports identified in Paragraph 8 of this Declaration for the June 2010 reporting period on August 13, 2010, for the July 2010 reporting period on September 15, 2010, and for the September 2010 reporting period on November 15, 2010 to the Bureau of Ocean Energy Management, Regulation and Enforcement.

2

BP updated Part C of the June 2010 and September 2010 Oil and Gas Operations Reports and submitted such updated reports to the Office of Natural Resources Revenue on January 4, 2013. True copies of the July 2010 Oil and Gas Operations Report that was submitted on September 15, 2010, and the updated Oil and Gas Operations Reports for June and September 2010 that were submitted on January 4, 2013, for the oil that was collected and sold, are attached hereto as Exhibits G-I. I have been advised that BP prepared and submitted these Oil and Gas Operations Reports pursuant to 30 U.S.C. § 1701 *et seq.*, and the implementing regulations codified at 30 C.F.R. Part 210 Subpart C (2010) (re-codified at 30 C.F.R. Part 1210 Subpart C (effective October 1, 2010)).

      10.    As shown in Table 1 of this Declaration, the Oil and Gas Operations Reports and supporting sales invoices attached hereto show that a total of 220,684 barrels of oil were sold from the *AT/B Paul T. Moran/Massachusetts*.

      11.    As shown in Table 2 of this Declaration, the Oil and Gas Operations Reports and supporting sales invoices attached hereto show that a total of 365,996 barrels of oil were sold from the *Overseas Cascade*.

      12.    There are no sales invoices for the *Loch Rannoch* because oil received by the *Loch Rannoch* from the *Helix Producer I* was not directly sold. Rather, after receiving collected oil from the *Helix Producer I*, the *Loch Rannoch* transferred the oil for later sale from the *AT/B Paul T. Moran/Massachusetts*. Sales of oil collected by the *Helix Producer I* that was transferred first to the *Loch Rannoch* and then further transferred to the *AT/B Paul T. Moran/Massachusetts* are thus reflected in the sales invoices for the *AT/B Paul T. Moran/Massachusetts*.

13.     As shown in Table 3 of this Declaration, a total of 586,680 barrels of oil were transported and sold from the *AT/B Paul T. Moran/Massachusetts* and the *Overseas Cascade* based upon the direct collection of oil by the *Discoverer Enterprise* and the *Helix Producer I*.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on this 7th day of January, 2013, in Harris County, Texas.

Stephen P. Carmichael

4

**TABLE 1**

| Title Transfer Date | Barge Transporting Collected Oil | Amount Sold | Supporting Documentation |
|---|---|---|---|
| 6/24/2010 | *AT/B Paul T. Moran/Massachusetts* | 49,555.200 Barrels | Exhibit A<br><br>BP-HZN-2179MDL07677798 |
| 6/27/2010 | *AT/B Paul T. Moran/Massachusetts* | 47,604.280 Barrels | Exhibit B<br><br>BP-HZN-2179MDL07677864 |
| 7/8/2010 | *AT/B Paul T. Moran/Massachusetts* | 73,108.710 Barrels | Exhibit C<br><br>BP-HZN-2179MDL07677801 |
| 9/21/2010 | *AT/B Paul T. Moran/Massachusetts* | 50,415.610 Barrels | Exhibit D<br><br>BP-HZN-2179MDL07677882 |
| **Total** | | 220,683.800 (220,684) Barrels | |

**TABLE 2**

| Title Transfer Date | Vessel Transporting Collected Oil | Amount Sold | Supporting Documentation |
|---|---|---|---|
| 6/26/2010 | *Overseas Cascade* | 172,622.290 Barrels | Exhibit E<br><br>BP-HZN-2179MDL07677799 |
| 7/16/2010 | *Overseas Cascade* | 193,373.220 Barrels | Exhibit F<br><br>BP-HZN-2179MDL07677802 |
| **Total** | | 365,995.510 (365,996) Barrels | |

5

**TABLE 3**

| Barge/Vessel Transporting Collected Oil | Collection Vessel | Amount Sold |
|---|---|---|
| *AT/B Paul T. Moran/ Massachusetts* | *Discoverer Enterprise* and *Helix Producer I* | 220,684 Barrels |
| *Overseas Cascade* | *Discoverer Enterprise* | 365,996 Barrels |
| **Total** | | 586,680 Barrels |

# Exhibit A to Carmichael Declaration

# (First of two sales invoices for the *AT/B Paul T. Moran/Massachusetts* contributing to the June 2010 Oil and Gas Operations Report)



**bp**

## Invoice
BP Oil Supply Company
30 South Wacker Drive, Suite 900
Chicago IL 60606

| | |
|---|---|
| Invoice no: | **90413397** |
| Invoice date: | 08-Jul-2010 |
| Due date: | **20-Jul-2010** |
| Contract: | U100015862 |
| Deal done date: | 14-Jun-2010 |

**To:**
SUNOCO PARTNERS MARKETING &
TERMINALS LP
PO Box 5090
SUGAR LAND TX 77487

Customer no: **101162**

**FAO:** SUNOCO PARTNERS MARKETING &
**Tel:** 9165985726
**Fax:**
**Email:**

**From:** William Kramarczyk
**Tel:** 630-836-4463
**Fax:** 630-836-5850

**Email:** william.kramarczyk@bp.com

| Shipment/parcel | Description | | B/L date | Title transfer date | | Vessel/pipeline | Delivery | Batch no./ticket no. |
|---|---|---|---|---|---|---|---|---|
| BW03771 | MISSISSIPPI CANYON 252 OIL | | 18-Jun-2010 | 24-Jun-2010 | | CTCO 359 | EXS | / |

| Details | | Type | Quantity | | Price/unit | | Amount | |
|---|---|---|---|---|---|---|---|---|
| Shipment load point: | BLAKELY ISLAND | Oil | 49,555.200 BBL | | 74.005300 USD/BBL | | 3,667,347.44 USD | |
| Discharge location: | NEDERLAND, TEXAS | | | | | | | |

| | | |
|---|---|---|
| Total before tax | 3,667,347.44 | USD |
| total to pay | 3,667,347.44 | USD |

Please pay according to the following instructions:
Please quote your customer account 101162 and this invoice number 90413397 when making settlement, late payment may be subject to interest charges by BP.

Payment terms: 20 of the month after pipeline delivery

Please pay in US DOLLAR by telegraphic transfer in same day's funds to CITIBANK NY, NY., SETTLEMENT BANK, NEW YORK . (ABA number 021000089) for the Account of BP OIL SUPPLY COMPANY
(Account number 30503065) quoting this invoice number.

Please give a faxed or e-mailed pre-advice of payment 1 working day prior to due date to originator of invoice as listed above

BP Oil Supply Company is a wholly owned indirect subsidiary of BP plc incorporated in the State of Delaware, USA EIN # 34-1295805, 4101 Winfield Rd., Warrenville, Illinois 60555, USA. For ordinary
correspondence, please use our mailing address at the top of this invoice.

BP Oil Supply Company

Page 1 of  1

BP-HZN-2179MDL07677798

# Exhibit B to Carmichael Declaration

## (Second of two sales invoices for the *AT/B Paul T. Moran/Massachusetts* contributing to the June 2010 Oil and Gas Operations Report)



bp

**Invoice**
BP Oil Supply Company
30 South Wacker Drive, Suite 900
Chicago IL 60606

| Invoice no: | **90412033** |
|---|---|
| Invoice date: | 30-Jun-2010 |
| Due date: | **20-Jul-2010** |
| Contract: | U100015760 |
| Deal done date: | 11-Jun-2010 |

To: BP PRODUCTS NORTH AMERICA - TEXAS
CITY
30 S. Wacker Drive, Suite 900
Chicago IL 60606

Customer no: **200114 (US01)**

| FAO: | BP PRODUCTS NORTH AMERICA - TEXAS |
|---|---|
| Tel: | 3128564831 |
| Fax: | 3126160473 |
| Email: | |
| From: | William Kramarczyk |
| Tel: | 630-836-4483 |
| Fax: | 630-836-5850 |
| Email: | william.kramarczyk@bp.com |

| Shipment/parcel | Description | Type | B/L date | Title transfer date | Vessel/pipeline | Delivery | Batch no./ticket no. |
|---|---|---|---|---|---|---|---|
| B2672/1 | MISSISSIPPI CANYON 252 OIL | Oil | 19-Jun-2010 | 27-Jun-2010 | HTCO 3012 | EXS | / |

| | Quantity | | Price/unit | | Amount | |
|---|---|---|---|---|---|---|
| | 47,604.280 BBL | | 76.921000 USD/BBL | | 3,661,768.82 | USD |

**Details**
Shipment load point: TEXAS CITY, TEXAS (OIL TERMINAL)
Discharge location: TEXAS CITY, TEXAS (OIL TERMINAL)

| | | |
|---|---|---|
| Total before tax | 3,661,768.82 | USD |
| total to pay | 3,661,768.82 | USD |

This invoice will be settled via e-HUB system
GRN no : 18542
IFA no : USAC

BP Oil Supply Company is a wholly owned indirect subsidiary of BP plc incorporated in the State of Delaware, USA EIN # 34-1295805. 4101 Winfield Rd, Warrenville, Illinois 60555, USA. For ordinary correspondence, please use our mailing address at the top of this invoice.

BP Oil Supply Company

CONFIDENTIAL

BP-HZN-2179MDL07677864



**Movement Summary Report**

| Our Reference | US480-0011898 |
| --- | --- |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | HTCO 3011, HTCO 3012 | Customer Product Description | MC252 | Port | Texas City | Terminal | BP Amoco |
| --- | --- | --- | --- | --- | --- | --- | --- |

| To: | BP Products North America, Inc. | Attn: | William Dihel |
| --- | --- | --- | --- |
| Type Of Movement | | Discharge | |

### Delays

| Month | Day | Year | Hour | Event |
| --- | --- | --- | --- | --- |
| 6 | 26 | 2010 | 1400 | Inspector Arrived |
| 6 | 26 | 2010 | 1515 | Barge(s) Arrived |
| 6 | 26 | 2010 | 1530 | Barge(s) Docked |
| 6 | 26 | 2010 | 1540 | Gangway Down |
| 6 | 26 | 2010 | 1545 | Inspector Onboard |
| 6 | 26 | 2010 | 1545 | Commenced Sampling |
| 6 | 26 | 2010 | 1550 | Commenced Barge(s) Pre-Inspection |
| 6 | 26 | 2010 | 1635 | Cargo Hose Connected (1 X 8 inches) |
| 6 | 26 | 2010 | 1700 | Completed Barge(s) Pre-Inspection |
| 6 | 26 | 2010 | 1745 | Commenced additional inspection due to large intransit difference |
| 6 | 26 | 2010 | 1800 | Completed Sampling |
| 6 | 26 | 2010 | 1815 | Completed Regauging barges |
| 6 | 26 | 2010 | 1845 | Completed Cargo Calculations |
| 6 | 26 | 2010 | 1945 | Commenced Discharge |
| 6 | 27 | 2010 | 1420 | Inspector Notified |
| 6 | 27 | 2010 | 1620 | Inspector Arrived |
| 6 | 27 | 2010 | 1640 | Completed Discharge (Barge Stop) |
| 6 | 27 | 2010 | 1650 | Commenced Barge(s) Final Inspection |
| 6 | 27 | 2010 | 1650 | Cargo Hose Disconnected |
| 6 | 27 | 2010 | 1700 | Completed Barge(s) Final Inspection |
| 6 | 27 | 2010 | 1725 | Calculations Completed |
| 6 | 27 | 2010 | 1730 | Barge(s) Released to Terminal |
| 6 | 27 | 2010 | 1800 | Barge(s) Sailed |

#### Shore Quantities

| SHORE TANK # | Delivered/ Received Quantity | Units | Open Product Density | Closing Product Density | Density For Weight Determination | Method of Water/ S&W Calculation | S&W Values |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 801A | 24876.94 | Barrels | 36.2 | 36.2 | 36.2 | | 0.367 |
| 801B | 22902.69 | Barrels | 36.2 | 36.2 | 36.2 | | 0.367 |

#### Total Shore Quantities

| | T.C.V. | G.S.V. | N.S.V. |
| --- | --- | --- | --- |
| Gallons | 2006744.46 | 2006744.46 | 1999379.76 |
| Cubic Meters | 7596.356 | 7596.356 | 7568.477 |
| Barrels | 47779.63 | 47779.63 | 47604.28 |
| Pounds | 14097380 | 14097380 | 14045643 |
| Long Tons | 6293.473 | 6293.473 | 6270.376 |
| Metric Tons | 6394.472 | 6394.472 | 6371.004 |
| Short Tons | 7048.690 | 7048.690 | 7022.822 |
| Kilograms | 6394472.0 | 6394472.0 | 6371004.0 |
| Litres | 7596351 | 7596351 | 7568472 |

#### Vessel Quantities

| Vessel Name | Units | Arrival Volume | Departure Volume | Delivered/ Received Volume | Vessel Experience Factor | Volume With VEF Applied | Short Tons | Short Tons With VEF Applied | Long Tons | Long Tons With VEF Applied | Metric Tons | Metric Tons With VEF Applied |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HTCO 3011 | Barrels | 23717.92 | 79.94 | 23637.98 | | 0.00 | 3487.193 | 0.000 | 3113.565 | 0.000 | 3163.532 | 0.000 |
| HTCO 3012 | Barrels | 25063.86 | 34.30 | 25029.56 | | 0.00 | 3692.486 | 0.000 | 3296.862 | 0.000 | 3349.771 | 0.000 |
| Totals | | 48781.78 | 114.24 | 48667.54 | | 0.00 | 7179.679 | 0.000 | 6410.427 | 0.000 | 6513.303 | 0.000 |

1 of 2

Form : 079.  2010

CONFIDENTIAL



**Movement Summary Report**

| | |
|---|---|
| Our Reference | US480-0011898 |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | HTCO 3011, HTCO 3012 | Customer Product Description | MC252 | Port | Texas City | Terminal | BP Amoco |
|---|---|---|---|---|---|---|---|

| | Shore | Vessel | Difference | Vessel With VEF Applied | Difference With VEF Applied |
|---|---|---|---|---|---|
| **T.C.V.** | | | | | |
| Barrels | 47779.63 | 48842.87 | 1063.24 | 0.00 | 47779.63 |
| Gallons | 2006744.46 | 2051400.54 | 44656.08 | 0.00 | 2006744.46 |
| Cubic Meters | 7596.356 | 7765.396 | 169.040 | 0.000 | 7596.356 |
| Difference % | | | 2.23 | | 100.00 |
| **G.S.V.** | | | | | |
| Barrels | 47779.63 | 48667.54 | 887.91 | 0.00 | 47779.63 |
| Gallons | 2006744.46 | 2044036.68 | 37292.22 | 0.00 | 2006744.46 |
| Cubic Meters | 7596.356 | 7737.522 | 141.166 | 0.000 | 7596.356 |
| Short Tons | 7048.690 | 7179.679 | 130.989 | 0.000 | 6394.47 |
| Long Tons | 6293.473 | 6410.427 | 116.954 | 0.000 | 6394.47 |
| Metric Tons | 6394.472 | 6513.303 | 118.831 | 0.000 | 6394.47 |
| Difference % | | | 1.86 | | 100.00 |

| | |
|---|---|
| Analysis Performed | LOAD PORT BARGE COMP |
| Comments | DISCHARGED METER PROVED, DISCHARGE METER USED FOR OUTTURN SHORE FIGURE AUTOLINE DISCHARGE DID NOT OPERATE PROPERLY OR AT ALL. S&W FROM LOAD PORT AGREED TO, BUT DID NOT DEDUCT FW FROM BARGE ARRIVAL, SO CORRECTION MADE DEDUCTING 175.35 BBLS. |

| | | | |
|---|---|---|---|
| Sincerely | Craig Miller | On Behalf Of Intertek | |
| Office Address | 101 20TH STREET SOUTH, TEXAS CITY, TX 77590 | | |
| Office Telephone | (409)9484481 | Office Facsimile | (409)9450486 |

All Intertek measurement devices and methods used for quantity and quality determination meet the pertinent requirements of 40 CFR 98.3 et. seq. (Greenhouse Gas Mandatory Reporting Rule).  Intertek wishes to remind all clients that it's formal report, and associated documents, contain warnings, exceptions, caveats and terms and conditions which are pertinent to the data supplied therein, and also to the data summarized in summary reports. While data is supplied in summary formats for the convenience of the client, it is the position of Intertek that the formal report is the prevailing document, and that the use of summary documents by the client is at their own risk.

Form : 079.  2010

CONFIDENTIAL

BP-HZN-2179MDL07677866

 **Metered Quantity Report**

| | | |
|---|---|---|
| Our Reference | US480-0011898 | |
| Your Reference | BD 06 16 10 | |
| Date | 6/26/10 | |

| Vessel | HTCO 3011, HTCO 3012 | Customer Product Description | MC252 | Port | Texas City | Terminal | BP Amoco |
|---|---|---|---|---|---|---|---|

| Product Density | API Gravity @ 60 F | | VCF Table | 2004-TABLE 6A | V.C.F/ WCF/ Litre Weight | V.C.F. | Temperature Compensating Meter | No |
|---|---|---|---|---|---|---|---|---|
| WCF Table | Table 8 | | WCF Value | 7.025 | Composite Correction Factor Rounding | 4 Decimals | Density/API | 36.2 |

| | Units Of Measurement | Volume | Temperature | Pressure |
|---|---|---|---|---|
| | | Barrels | Degrees Fahrenheit | PSI |
| 1 | METER NUMBER | 801A | 801B | |
| 2 | CLOSING METER READING | 3881099.00 | 3113857.00 | |
| 3 | OPENING METER READING | 3856609.00 | 3090544.00 | |
| 4 | INDICATED VOLUME (LINE2 - LINE3) | 24490.00 | 23313.00 | |
| 5 | ADJUSTMENT VOLUME | 0.00 | 0.00 | |
| 6 | ADJUSTED GOV VOLUME | 24490.00 | 23313.00 | |
| 7 | PRODUCT DENSITY VALUE | 36.2 | 36.2 | |
| 8 | METER FACTOR(CORR. PROVER VOL. CORR. METER VOL.) | 1.0314 | 0.9976 | |
| 9 | AVERAGE STREAM TEMPERATURE, F* (VOL. WT. AVE.) | 92.3 | 92.6 | |
| 10 | V.C.F/ WCF/ Litre Weight | 0.98442 | 0.98428 | |
| 11 | AVERAGE METER PRESSURE | 79.4 | 80.6 | |
| 12 | PRESSURE CORRECTION FACTOR, psig (VOL. WT. AVE.) | 1.0005 | 1.0005 | |
| 13a | FOR NON-TEMPERATURE COMPENSATED METERS ONLY (LINE8 × 10 × 12) | 1.0158 | 0.9824 | |
| 13b | FOR TEMPERATURE COMPENSATED METERS ONLY(LINE8 × 12) | | | |
| 14 | GROSS STANDARD VOLUME - G.S.V(LINE6 × 13)2 | 24876.94 | 22902.69 | |
| 15 | ADJUSTMENT VOLUME | 0.00 | 0.00 | |
| 16 | ADJUSTED GSV VOLUME | 24876.94 | 22902.69 | |
| 17 | SEDIMENT AND WATER % VOLUME | 0.367 | .367 | |
| 18 | SEDIMENT AND WATER FACTOR - (1.0(%SW÷100)) | 0.99633 | 0.99633 | |
| 19 | NET STANDARD VOLUME(LINE16 × 18) | 24785.64 | 22818.64 | |

| | G.S.V. | N.S.V. |
|---|---|---|
| Gallons | 2006744.46 | 1999379.76 |
| Barrels | 47779.63 | 47604.28 |
| Cubic Meters | 7596.356 | 7568.477 |
| Pounds | 14097380 | 14045643.0 |
| Long Tons | 6293.473 | 6270.376 |
| Metric Tons | 6394.472 | 6371.004 |
| Short Tons | 7048.690 | 7022.822 |
| Kilograms | 6394472.0 | 6371004.0 |
| Litres | 7596351.0 | 7568472.0 |

| Comments | METER PROVED, METER USED FOR OUTTURN AUTOLINE DISCHARGE DID NOT OPERATE PROPERLY OR AT ALL. S&W FROM LOAD PORT AGREED TO, BUT DID NOT DEDUCT FW FROM BARGE ARRIVAL, SO CORRECTION MADE DEDUCTING 175.35 BBLS. |
|---|---|

For Intertek _____

Print _____ Gregg Gallaway _____

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9484481, (FAX)(409)9450486

1 of 1

Form : 016,  2010

BP-HZN-2179MDL07677867



**Voyage Analysis**
**Discharge Report (VADR)**

| | |
|---|---|
| Our Reference | US480-0011898 |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | HTCO 3011, HTCO 3012 | Customer Product Description | MC252 | Port | Texas City | Terminal | BP Amoco |
|---|---|---|---|---|---|---|---|

| Unit Of Measurement | | | | Volume | | | |
|---|---|---|---|---|---|---|---|
| | | | | Barrels | | | |
| Load Port Terminal | Arrival Date/Time | Sailed Date/Time | | VCF Table Used | | | |
| NUSTAR BLAKELY | 06/19/10 0605 | 06/19/10 1800 | Shore Load | Shore Discharge | Vessel Load | Vessel Discharge |
| Discharge Port Terminal | Arrival Date/Time | Sailed Date/Time | 2004-TABLE 6A | 2004-TABLE 6A | 2004-TABLE 6A | 2004-TABLE 6A |
| BP TXC | 06/26/10 1500 | 05/27/10 1730 | | | | |

| | Product Density | T.C.V. | Free Water (Volume) | G.S.V. | S&W (Volume) | N.S.V. |
|---|---|---|---|---|---|---|
| | | | Shore Comparison | | | |
| Load Port Bill of Lading | 36.2 | 48536.68 | 0.00 | 48536.68 | 0.00 | 48536.68 |
| Discharge Port Outturn | 36.2 | 47779.63 | 0.00 | 47779.63 | 175.35 | 47604.28 |
| Difference | | 757.05 | 0.00 | 757.05 | 175.35 | 932.40 |
| Difference % | | 1.56 | | 1.56 | | 1.92 |
| | | | Vessel/Shore Quantities at Loadport | | | |
| Vessel After Loading | | 48677.14 | 0.00 | 48677.14 | | |
| O.B.Q (All) | | 177.69 | 0.00 | 177.69 | 177.69 | 0 |
| Vessel Received | | 48499.45 | 0.0 | 48499.45 | Liquid | Non-Liquid |
| Difference | | 37.23 | 0.00 | 37.23 | | |
| Difference % | | 0.08 | | 0.08 | | |
| Vessel Load Ratio | | 0.99923 | | | | |
| Load V.E.F | | 1.0000 | | | | |
| Theoretical Shore | | 48499.45 | | | | |
| Theoretical Shore Difference | | 37.23 | | | | |
| Theoretical Shore Difference % | | 0.08 | | | | |
| | | | Vessel/Shore Quantities at Discharge Port | | | |
| Vessel Arrival | | 48957.11 | 175.33 | 48781.78 | | |
| R.O.B (All) | | 114.24 | 0.00 | 114.24 | 114.24 | 0 |
| Discharged | | 48842.87 | 175.33 | 48667.54 | Liquid | Non-Liquid |
| Difference | | 1063.24 | 175.33 | 887.91 | | |
| Difference % | | 2.23 | | 1.86 | | |
| Discharge Vessel Ratio | | 1.02225 | | | | |
| Discharge V.E.F | | 1.0000 | | | | |
| Theoretical Shore | | 48842.87 | | | | |
| Theoretical Shore Difference | | 1063.24 | | | | |
| Theoretical Shore Difference % | | 2.23 | | | | |
| | | | Vessel's Comparison of Loading and Discharge Port(s) | | | |
| Transit Difference | | 279.97 | 175.33 | 104.64 | | |
| Difference % | | 0.58 | | 0.21 | Liquid | Non-Liquid |
| O.B.Q/R.O.B Difference | | 63.45 | 0.00 | 63.45 | | |

| S&W Loadport | S&W Discharge Port |
|---|---|
| 0.00 | 0.00 |

Comments

| Vessel Representative | For Intertek |
|---|---|
| Print | Print   Craig Miller |

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9484481, (FAX)(409)9450486

1 of 1

Form : 040.  2010

CONFIDENTIAL

BP-HZN-2179MDL07677868



**Time Log**

| Our Reference | US480-0011898 |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | HTCO 3011, HTCO 3012 | Customer Product Description | MC252 | Port | Texas City | Terminal : | BP Amoco |

| Month | Day | Year | Hour | Event |
|---|---|---|---|---|
| 6 | 26 | 2010 | 1400 | Inspector Arrived |
| 6 | 26 | 2010 | 1500 | Inspector read the meter for discharge |
| 6 | 26 | 2010 | 1515 | Barge(s) Arrived |
| 6 | 26 | 2010 | 1530 | Barge(s) Docked |
| 6 | 26 | 2010 | 1540 | Gangway Down |
| 6 | 26 | 2010 | 1545 | Inspector Onboard |
| 6 | 26 | 2010 | 1545 | Commenced Sampling |
| 6 | 26 | 2010 | 1550 | Commenced Barge(s) Pre-Inspection |
| 6 | 26 | 2010 | 1635 | Cargo Hose Connected (1 X 8 Inches) |
| 6 | 26 | 2010 | 1700 | Completed Barge(s) Pre-Inspection |
| 6 | 26 | 2010 | 1745 | Commenced additional inspection due to large intransit difference |
| 6 | 26 | 2010 | 1800 | Completed Sampling |
| 6 | 26 | 2010 | 1815 | Completed Regauging barges |
| 6 | 26 | 2010 | 1845 | Completed Cargo Calculations |
| 6 | 26 | 2010 | 1945 | Commenced Discharge |
| 6 | 27 | 2010 | 1420 | Inspector Notified |
| 6 | 27 | 2010 | 1620 | Inspector Arrived |
| 6 | 27 | 2010 | 1640 | Completed Discharge (Barge Stop) |
| 6 | 27 | 2010 | 1650 | Commenced Barge(s) Final Inspection |
| 6 | 27 | 2010 | 1650 | Cargo Hose Disconnected |
| 6 | 27 | 2010 | 1700 | Completed Barge(s) Final Inspection |
| 6 | 27 | 2010 | 1725 | Calculations Completed |
| 6 | 27 | 2010 | 1730 | Barge(s) Released to Terminal |
| 6 | 27 | 2010 | 1800 | Barge(s) Sailed |
| 6 | 27 | 2010 | | |
| 6 | 27 | 2010 | | |

| Comments |

Vessel Representative _____

Print _____

For Intertek _____

Print ____CMILLER____

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9484481, (FAX)(409)9450486

1 of 1

Form : 029.  2010

BP-HZN-2179MDL07677869

# Intertek

## Barge Survey Report

| | | |
|---|---|---|
| Our Reference | US480-0011898 | |
| Your Reference | BD 06 16 10 | |
| Date | 6/26/10 | |

| Vessel | JITCO 3011 | Customer Product Description | | Type Of Movement | | Port | Texas City | Terminal | BP Amoco |
|---|---|---|---|---|---|---|---|---|---|
| Method of Gauge | Ullage | | | Volume | Barrels | Location of Gauge | MMC Standpipe | Product Density | AFI Gravity @ 60 F |
| Unit Of Measurement | Feet/Inches | | | | | | V.C.F/ WCF/Litre Weight | WCF Table | Table 6 |
| | | | | | | | V.C.F. | 2004-TABLE 6A | Table 6 |

### FWD PORT / FWD STARBOARD 9-6

| Draft FWD PORT 9-6 | | | | | | | Draft FWD STARBOARD 9-6 | | | Prod. Density Value 94.2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tank No. | Gauge | Total T.O.V. | T.O.V. Liquid | T.O.V. Non-Liquid | Temperature | Free Water (Gauge) | V.C.F/ WCF/Litre Weight | Free Water (Volume) | G.O.V. | V.C.F/ WCF/Litre Weight | G.S.V. |
| 1C | 11-5-7/8 | 5555.15 | | | 94.7 | 0-2-0 | 26.83 | 5528.32 | | 0.98326 | 5435.78 |
| 2C | 11-10-0 | 6736.74 | | | 94.8 | 0-1-0 | 23.32 | 6713.42 | | 0.98321 | 6600.70 |
| 3C | 11-3-1/4 | 6443.38 | | | 94.3 | 0-1-3/4 | 17.87 | 6425.51 | | 0.98345 | 6319.17 |
| 4C | 9-7-1/8 | 5453.47 | | | 93.3 | 0-0-1/4 | 3.68 | 5449.79 | | 0.98394 | 5367.27 |
| Total | | 24188.74 | 0.00 | 0.00 | Avg. Temp. 94.3 | | | | | | |

### FWD PORT / FWD STARBOARD 2-0

| Draft FWD PORT 2-0 | | | | | | | Draft FWD STARBOARD 2-0 | | | Prod. Density Value 36.2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tank No. | Gauge | Total T.O.V. | T.O.V. Liquid | T.O.V. Non-Liquid | Temperature | Free Water (Gauge) | V.C.F/ WCF/Litre Weight | Free Water (Volume) | G.O.V. | V.C.F/ WCF/Litre Weight | G.S.V. |
| 1C | 15-6-0 | 2.27 | 2.27 | | 60.0 | 0-0-0 | 0.00 | 2.27 | | 1.00000 | 2.27 |
| 2C | 15-5-1/2 | 12.94 | 12.94 | | 60.0 | 0-0-0 | 0.00 | 12.94 | | 1.00000 | 12.94 |
| 3C | 15-5-1/4 | 9.67 | 9.67 | | 60.0 | 0-0-0 | 0.00 | 9.67 | | 1.00000 | 9.67 |
| 4C | 15-3-1/2 | 55.06 | 55.06 | | 60.0 | 0-0-0 | 0.00 | 55.06 | | 1.00000 | 55.06 |
| Total | | 79.94 | 79.94 | 0.00 | Avg. Temp. 60.0 | | | | | | |

| Totals | Arrival | Departure | Delivered/Received |
|---|---|---|---|
| G.S.V. (Barrels) | 23717.92 | 79.94 | 23637.98 |
| G.S.V. (Gallons) | 996152.64 | 3357.48 | 992795.16 |
| G.S.V. (Cubic Meters) | 3770.849 | 12.709 | 3758.140 |
| Free Water (Volume) | 71.70 | 6.00 | 71.70 |
| Pounds | 6997972 | 23386 | 6974386 |
| Short Tons | 3498.986 | 11.793 | 3487.193 |
| Long Tons | 3124.095 | 10.530 | 3113.565 |
| Metric Tons | 3174.231 | 10.699 | 3163.532 |
| Kilograms | 3174231 | 10699 | 3163532 |
| Litres | 3770649.0 | 12709.0 | 3758140.0 |

| WCF Values | |
|---|---|
| WCF Arrival | 7.02500 |
| WCF Departure | 7.02500 |
| AFI Gravity of Loaded Material | 56.2 |

**Comments**

ULLAGES AND INNAGES TAKEN ON ARRIVAL DUE TO LARGE INTRANSIT DIFFERENCE.

| Vessel Rep. | Print | Print | For Intertek | CMILLER | Print |
|---|---|---|---|---|---|

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)948-4481, (FAX)(409)945-0486

1 of 1

Form: 003.  2010

CONFIDENTIAL

BP-HZN-2179MDL07677870

 **Intertek**

**Barge Gauge Height Report**

| | |
|---|---|
| Our Reference | US480-0011898 |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | HTCO 3011 | Customer Product Description | MC252 | Port | Texas City | Terminal | BP Amoco |
|---|---|---|---|---|---|---|---|

**Shore Tanks**

| Tank No. | UOM (Height/ Length) | Method of Gauge | Location of Gauge | Other Description | Table Gauge Height | Open Gauge Height | Closed Gauge Height | Critical Zone | |
|---|---|---|---|---|---|---|---|---|---|
| | Feet/Inches | Ullage | 4 inch Gauge Hatch - Opposite Hinge | | | | | TO | |

| Name ——————— | UOM (Height/ Length) Feet/Inches | Method of Gauge Ullage | Location of Gauge | 4 inch Gauge Hatch |
|---|---|---|---|---|

| Tank No. | Port | | Center | | StarBoard | |
|---|---|---|---|---|---|---|
| | Table Gauge Height | Observed Height | Table Gauge Height | Observed Height | Table Gauge Height | Observed Height |
| 1 | | | 15-5-3/4 | 15-5-3/4 | | |
| 2 | | | 15-6-5/8 | 15-6-1/2 | | |
| 3 | | | 15-5-5/8 | 15-5-1/2 | | |
| 4 | | | 15-6-1/2 | 15-6-3/4 | | |

| Comments | |
|---|---|

Vessel Representative ———————————          For Intertek ———————————

Print ———————————          Print ————— CMILLER —————

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9484481, (FAX)(409)9450486

1 of 1

Form : 001.  2010

CONFIDENTIAL

BP-HZN-2179MDL07677871

# Barge Survey Report

**Intertek**

| | | |
|---|---|---|
| Our Reference | US489-0011898 | |
| Your Reference | BD 06 16 10 | |
| Date | 6/26/10 | |

| Vessel | HTCO 3012 | Customer Product Description | | Port | Texas City | Terminal | BP Amoco |
|---|---|---|---|---|---|---|---|
| Method of Gauge | Ullage | Type Of Movement | Discharge | Location of Gauge | 2 inch Standpipe | Product Density | API Gravity @ 60 F |
| Unit Of Measurement | Height/Length Feet/Inches | Volume Barrels | Temperature Degrees Fahrenheit | V.C.F/ WCF/ Litre Weight | 2004-T.ABLE 6A | VCF Table | WCF Table Table 8 |
| | | | | V.C.F. | | | 36.2 |

## FWD PORT / FWD STARBOARD

| | | FWD PORT | | | | FWD STARBOARD | | | | | G.S.V. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft | | 9-6 | | | | 9-6 | | | | 9-6 | |
| Tank No. | Gauge | Total T.O.V. | T.O.V. Liquid | T.O.V. Non-Liquid | Gauge | Total T.O.V. | Temperature | Free Water (Gauge) | Free Water (Volume) | G.O.V. | V.C.F/ WCF/ Litre Weight | Prod. Density Value | |
| 1C | 11-10-1/4 | 6762.53 | | | 92.6 | 0-1-1/8 | 37.00 | 6725.53 | 0.98428 | 6619.80 |
| 2C | 11-8-3/4 | 6674.10 | | | 93.1 | 0-1-3/4 | 28.73 | 6645.37 | 0.98405 | 6539.24 |
| 3C | 11-6-5/8 | 6590.97 | | | 92.2 | 0-1-1/2 | 23.33 | 6567.64 | 0.98447 | 6465.64 |
| 4C | 9-9-0 | 5541.46 | | | 92.9 | 0-1-0 | 14.57 | 5526.89 | 0.98413 | 5439.18 |
| Total | | 25569.06 | 0.00 | 0.00 | Avg. Temp. | 92.7 | | | | | |

## AFT PORT / AFT STARBOARD

| | | AFT PORT | | | | AFT STARBOARD | | | | | G.S.V. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft | | 2-0 | | | | 2-0 | | | | 2-0 | |
| Tank No. | Gauge | Total T.O.V. | T.O.V. Liquid | T.O.V. Non-Liquid | Gauge | Total T.O.V. | Temperature | Free Water (Gauge) | Free Water (Volume) | G.O.V. | V.C.F/ WCF/ Litre Weight | Prod. Density Value | |
| 1C | | 8.03 | | | 60.0 | 0-0-0 | 0.00 | 8.03 | 1.00000 | 8.03 |
| 2C | | 4.75 | | | 60.0 | 0-0-0 | 0.00 | 4.75 | 1.00000 | 4.75 |
| 3C | | 5.67 | | | 60.0 | 0-0-0 | 0.00 | 5.67 | 1.00000 | 5.67 |
| 4C | | 17.85 | | | 50.0 | 0-0-0 | 0.00 | 17.85 | 1.00000 | 17.85 |
| Total | | 34.30 | 0.00 | 0.00 | Avg. Temp. | 60.0 | | | | | |

| Totals | Arrival | Departure | Delivered/Received | WCF Values |
|---|---|---|---|---|
| G.S.V. (Barrels) | 25963.86 | 34.30 | 25929.56 | WCF Arrival | 7.02500 |
| G.S.V. (Gallons) | 1052682.12 | 1440.60 | 1051241.52 | WCF Departure | 7.02500 |
| G.S.V. (Cubic Meters) | 3984.836 | 5.453 | 3979.383 | API Gravity of Loaded Material | 36.2 |
| Free Water (Volume) | 103.63 | 0.00 | 103.63 | Comments |
| Pounds | 7395092 | 10120 | 7384972 | |
| Short Tons | 3697.546 | 5.060 | 3692.486 | ULLAGES AND INNAGES TAKEN ON ARRIVAL DUE TO LARGE |
| Long Tons | 3301.380 | 4.518 | 3296.862 | IN-TRANSIT DIFFERENCE. |
| Metric Tons | 3354.361 | 4.590 | 3349.771 | |
| Kilograms | 3354361 | 4590 | 3349771 | |
| Litres | 3984836.0 | 5453.0 | 3979383.0 | |

Vessel Rep. _____

Print _____    For Intertek _____    Print _____    CMILLER

101 20TH STREET SOUTH. TEXAS CITY, TX 77590. (PHONE)(409)948448. (FAX)(409)9450486

1 of 1

Form : 003.   2010

BP-HZN-2179MDL07677872



**Barge Gauge Height Report**

| | |
|---|---|
| Our Reference | US480-0011898 |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | HTCO 3011 | Customer Product Description | MC252 | Port | Texas City | Terminal | BP Amoco |
|---|---|---|---|---|---|---|---|

| Tank No. | UOM (Height/ Length) | Method of Gauge | Location of Gauge | Other Description | Table Gauge Height | Open Gauge Height | Closed Gauge Height | Critical Zone | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Feet/Inches | Ullage | 4 inch Gauge Hatch - Opposite Hinge | | | | | | TO | |

| Name ——— | | UOM (Height/ Length) —— Feet/Inches | | Method of Gauge —— Ullage | | Location of Gauge | 4 inch Gauge Hatch |
|---|---|---|---|---|---|---|---|

| Tank No. | Port | | Center | | StarBoard | |
|---|---|---|---|---|---|---|
| | Table Gauge Height | Observed Height | Table Gauge Height | Observed Height | Table Gauge Height | Observed Height |
| 1 | | | 15-5-3/4 | 15-6-0 | | |
| 2 | | | 15-5-3/4 | 15-5-3/4 | | |
| 3 | | | 15-5-3/4 | 15-5-3/4 | | |
| 4 | | | 15-6-0 | 15-6-0 | | |

| Comments | |
|---|---|

Vessel Representative ————————        For Intertek ————————

Print ————————        Print    CMILLER

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9484481, (FAX)(409)9450486

1 of 1

Form : 001.  2010

CONFIDENTIAL

# Vessel Experience Factor

**Intertek**

| | |
|---|---|
| Our Reference | US480-0011898 |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | Customer Product Description | Port | Terminal | |
|---|---|---|---|---|
| HTCO 3011, HTCO 3012 | | MC252 | Texas City | BP Amoco |

Units Of Measurement

Volume / Barrels

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | List all voyages | | | | Barrels / Cubic Meters / MT (Use same units for all entries) | | | | | | | Qualifying Voyages | |
| Cargo | Voyage Number | Customer Product Description | Terminal / Port | Date | Vessel Sailing / Arrival TCV | O.B.Q / R.O.B | Vessel Load / Discharge TCV | Shore B/L or Outturn TCV | Step 1 Gross Error >2% | Vessel Load / Discharge Ratio | Step 2 Qual. Voy. (>0.30%) Y / N ? | Vessel TCV | Shore T.C.V |
| 1 | | 6 OIL | MOTIVA P A | 06/11/10 | 45058.16 | 0.00 | 45058.16 | 45553.00 | N | 0.98740 | N | 0 | 0 |
| 2 | | SLURRY | MOTIVA PA | 06/03/10 | 42068.97 | 0.00 | 42068.97 | 41741.97 | N | 1.00783 | N | 0 | 0 |
| 3 | | DECANT | CITGO | 05/23/10 | 42684.84 | 0.00 | 42684.84 | 41904.77 | N | 1.01862 | N | 0 | 0 |
| 4 | | HOFS | SHELL CHEM | 04/30/10 | 48033.34 | 0.00 | 48033.34 | 48592.47 | N | 0.98849 | N | 0 | 0 |
| 5 | | HOFS | SHELL CHEM | 07/25/09 | 48838.35 | 0.00 | 48838.35 | 47408.03 | Y | 1.03017 | N | 0 | 0 |
| | | | | | | Total | 177845.31 | 177872.21 | | | Total | 0.00 | 0.00 |

Average T.C.V Ratio    0.99985

Load/Discharge _____ Load

L    0.99685          H    1.00285

Vessel Experience Factor _____

**Notes**
* List last voyage first.
* Do not include both load and discharge information on the same form
* The average TCV ratio is equal to total vessel TCV divided by total shore TCV.

Vessel Representative _____
Print

For Intertek _____
Print    CMILLER

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9488481, (FAX)(409)9450486

1 of 1

Form : 033,  2010

CONFIDENTIAL

BP-HZN-2179MDL07677874

**Intertek**

**Letter of Protest**

| | | |
|---|---|---|
| Our Reference | US480-0011898 |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | HTCO 3011, HTCO 3012 | Customer Product Description | STH LA INTERM | Port | Texas City | Terminal | BP Amoco |

TO     HIGMAN MARINE

Sir:

On behalf of AS AGREED we have been appointed inspectors on the above named vessel.

Acting for and on their behalf, we hereby notify you that on day of 06/26 , 2010 at 1845 the following occurred:
INTRANSIT FREE WATER GAIN OVER LOAD PORT OF 175.33 BBLS

We hereby reserve the right of our principals to refer to this matter at a later date and to take such action as may be deemed necessary. Kindly acknowledge receipt on the copy thereof and return it to us. The signatures thus obtained are for receipt only and in no way acknowledge responsibility for the incident.

Yours Faithfully,
RECEIVED

For Intertek _____         Received By _____

Print         CMILLER                          Print _____

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9484481, (FAX)(409)9450486
1 of 1

Form : 014.  2010

BP-HZN-2179MDL07677875

**Intertek**

**Letter of Protest**

| | |
|---|---|
| Our Reference | US480-0011898 |
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | HTCO 3011, HTCO 3012 | Customer Product Description | STH LA INTERM | Port | Texas City | Terminal | BP Amoco |

TO    HIGMAN MARINE

Sir:

On behalf of AS AGREED we have been appointed inspectors on the above named vessel.

Acting for and on their behalf, we hereby notify you that on day of 06/26 , 2010 at 1845 the following occurred:
DEPARTURE LOAD PORT TO ARRIVAL DISCHARGE PORT DIFFERENCE GSV-TCV BBLS

We hereby reserve the right of our principals to refer to this matter at a later date and to take such action as may be deemed necessary. Kindly acknowledge receipt on the copy thereof and return it to us. The signatures thus obtained are for receipt only and in no way acknowledge responsibility for the incident.

Yours Faithfully,
RECEIVED

Received By _____

For Intertek _____
   Print _____ CMILLER _____          Print _____
        101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9484481, (FAX)(409)9450486

Form : 014. 20

1 of 1

CONFIDENTIAL

BP-HZN-2179MDL07677876



**VOIDS/VESSEL ANCILLARY TANKS**

| Our Reference | US480-0011898 |
|---|---|
| Your Reference | BD 06 16 10 |
| Date | 6/26/10 |

| Vessel | HTCO 3011 | Customer Product Description | STH LA INTERM | Port | Texas City | Terminal | BP Amoco |
|---|---|---|---|---|---|---|---|

| | | | | Height/Length |
|---|---|---|---|---|
| Unit Of Measurement | | | | Feet/Inches |

| Tank Number | Arrival | | Departure | |
|---|---|---|---|---|
| | Product Gauge | Water Gauge | Product Gauge | Water Gauge |
| BOW | 0-0-0 | 0-0-0 | 0-0-0 | 0-0-0 |
| WINGS | 0-0-0 | 0-0-0 | 0-0-0 | 0-0-0 |
| STERN | 0-0-0 | 0-0-0 | | |

Remarks: _____
_____

Vessel Representative _____

Print _____

For Intertek _____

Print _____ CMILLER

101 20TH STREET SOUTH, TEXAS CITY, TX 77590, (PHONE)(409)9484481, (FAX)(409)9450486

1 of 1

Form : 039.  2010

CONFIDENTIAL

BP-HZN-2179MDL07677877

# Exhibit C to Carmichael Declaration

# (Sales invoice for the *AT/B Paul T. Moran/Massachusetts* contributing to the July 2010 Oil and Gas Operations Report)

bp

# Invoice

BP Oil Supply Company
30 South Wacker Drive, Suite 900
Chicago IL 60606

Page 1 of

| | |
|---|---|
| Invoice no: | **90415632** |
| Invoice date: | 19-Jul-2010 |
| Due date: | **20-Aug-2010** |
| Contract: | U100017057 |
| Deal done date: | 28-Jun-2010 |

**To:**
BP PRODUCTS NORTH AMERICA - TEXAS CITY
30 S. Wacker Drive, Suite 900
Chicago IL 60606
**200114 (US01)**

**Customer no:**

**FAO:** BP PRODUCTS NORTH AMERICA - TEXAS CITY
**Tel:** 3128564831
**Fax:** 3126160473
**Email:**

**From:** William Kramarczyk
**Tel:** 630-836-4483
**Fax:** 630-836-5850
**Email:** william.kramarczyk@bp.com

| Shipment/parcel | Description | Type | B/L date | Title transfer date | Vessel/pipeline | Delivery | Batch no./ticket no. |
|---|---|---|---|---|---|---|---|
| B2390/2 | MISSISSIPPI CANYON 252 OIL | Oil | 26-Jun-2010 | 08-Jul-2010 | MASSACHUSETTS | EXS | / |

**Details**
Shipment load point: TEXAS CITY, TEXAS (PORT)
Discharge location: TEXAS CITY, TEXAS (PORT)

| | Quantity | | Price/unit | | Amount | |
|---|---|---|---|---|---|---|
| | 73,108.710 | BBL | 72.41500 | USD/BBL | 5,294,167.23 | USD |

| | | | | |
|---|---|---|---|---|
| | | | **Total before tax** | 5,294,167.23 USD |
| | | | **total to pay** | 5,294,167.23 USD |

This invoice will be settled via e-HUB system
GRN no : 18542
IFA no : USAC

*BP Oil Supply Company is a wholly owned indirect subsidiary of BP plc incorporated in the State of Delaware, USA EIN # 34-1295805. 4101 Winfield Rd, Warrenville, Illinois 60555, USA. For ordinary correspondence, please use our mailing address at the top of this invoice.*

*BP Oil Supply Company*

CONFIDENTIAL

BP-HZN-2179MDL07677801

# Exhibit D to Carmichael Declaration

# (Sales invoice for the *AT/B Paul T. Moran/Massachusetts* contributing to the September 2010 Oil and Gas Operations Report)

# Invoice

**BP Oil Supply**
a div. of BP Products North America Inc.
30 South Wacker Drive, Suite 900
Chicago IL 60606

bp

| | | |
|---|---|---|
| **Invoice no:** | **90450277** | |
| **Invoice date:** | 01-Oct-2010 | |
| **Due date:** | **20-Oct-2010** | |
| **Contract:** | UI00024185 | |
| **Deal done date:** | 16-Sep-2010 | |

**Customer no:** **200114 (USA0)**

**To:**
BP PRODUCTS NORTH AMERICA - TEXAS
CITY
30 S. Wacker Drive, Suite 900
Chicago IL 60606

| | |
|---|---|
| **FAO:** | BP PRODUCTS NORTH AMERICA - TEXAS |
| **Tel:** | 3128564831 |
| **Fax:** | 3126160473 |
| **Email:** | |

| | |
|---|---|
| **From:** | Christopher Park |
| **Tel:** | 312-594-7871 |
| **Fax:** | 312-594-2165 |
| **Email:** | christopher.park@bp.com |

| Shipment/parcel | Description | B/L date | Title transfer date | Vessel/pipeline | Delivery | Batch no/ticket no |
|---|---|---|---|---|---|---|
| CW11171 | MISSISSIPPI CANYON 252 OIL | 14-Sep-2010 | 21-Sep-2010 | MASSACHUSETTS | EXS / | |

| Details | | Type | Quantity | Price/unit | Amount |
|---|---|---|---|---|---|
| Shipment load point: | SABINE PASS, TX | Oil | 50,415.610 BBL | 73.880000 USD/BBL | 3,724,705.27 USD |
| Discharge location: | HOUSTON, TEXAS (OIL TERMINAL) | | | | |

| | |
|---|---|
| **Total before tax** | 3,724,705.27 USD |
| **total to pay** | 3,724,705.27 USD |

This invoice will be settled via e-HUB system
GRN no : 18542
IFA no : USAC

BP Oil Supply is a division of BP Products North America Inc, a wholly owned indirect subsidiary of BP plc incorporated in the State of Maryland, USA. EIN 36-2440313. 4101 Winfield Rd, Warrenville, Illinois 60555, USA. For ordinary correspondence, please use our mailing address at the top of this invoice.

BP Oil Supply a div. of BP Products North America Inc.

CONFIDENTIAL

BP-HZN-2179MDL07677882

# Exhibit E to Carmichael Declaration

# (Sales invoice for the *Overseas Cascade* contributing to the June 2010 Oil and Gas Operations Report)

bp

# Invoice

BP Oil Supply Company
30 South Wacker Drive, Suite 900
Chicago IL 60606

Page 1 of 1

| | |
|---|---|
| Invoice no: | 90413398 |
| Invoice date: | 08-Jul-2010 |
| Due date: | 20-Jul-2010 |
| Contract: | U100016179 |
| Deal done date: | 16-Jun-2010 |

To:
SUNOCO PARTNERS MARKETING &
TERMINALS LP
PO Box 5090
SUGAR LAND TX 77487
101162

Customer no:

FAO:       SUNOCO PARTNERS MARKETING &
Tel:        9185865726
Fax:
Email:

From:      William Kramarczyk
Tel:        630-836-4483
Fax:        630-836-5850

Email:     william.kramarczyk@bp.com

| Shipment/parcel | Description | Type | B/L date | Title transfer date | Vessel/pipeline | Delivery | Batch no./ticket no. |
|---|---|---|---|---|---|---|---|
| BY09471 | MISSISSIPPI CANYON 252 OIL | Oil | 23-Jun-2010 | 26-Jun-2010 | OVERSEAS CASCADE | EXS | / |

Details
Shipment load point:   SABINE PASS, TX
Discharge location:    NEDERLAND, TEXAS

| | Quantity | | Price/unit | | Amount | |
|---|---|---|---|---|---|---|
| | 172,622.290 | BBL | 76.810000 | USD/BBL | 13,259,118.09 | USD |

| | | |
|---|---|---|
| Total before tax | 13,259,118.09 | USD |
| total to pay | 13,259,118.09 | USD |

Please pay according to the following instructions:
Please quote your customer account 101162 and this invoice number 90413398 when making settlement, late payment may be subject to interest charges by BP.

Payment terms: 20 of the month after pipeline delivery

Please pay in US DOLLAR by telegraphic transfer in same day's funds to CITIBANK NY, NY., SETTLEMENT BANK, NEW YORK . (ABA number 021000089) for the Account of BP OIL SUPPLY COMPANY
(Account number 30503055) quoting this invoice number.

Please give a faxed or e-mailed pre-advice of payment 1 working day prior to due date to originator of invoice as listed above

*BP Oil Supply Company is a wholly owned indirect subsidiary of BP plc incorporated in the State of Delaware, USA EIN # 34-1295805, 4101 Winfield Rd, Warrenville, Illinois 60555, USA. For ordinary correspondence, please use our mailing address at the top of this invoice.*

BP Oil Supply Company

BP-HZN-2179MDL07677799

# Exhibit F to Carmichael Declaration

# (Sales invoice for the *Overseas Cascade* contributing to the July 2010 Oil and Gas Operations Report)

bp

# Invoice

**BP Oil Supply Company**
30 South Wacker Drive, Suite 900
Chicago IL 60606

Page 1 of 1

| | |
|---|---|
| Invoice no: | **90418294** |
| Invoice date: | 29-Jul-2010 |
| Due date: | **20-Aug-2010** |
| Contract: | U100017919 |
| Deal done date: | 09-Jul-2010 |

**To:**
BP PRODUCTS NORTH AMERICA - WHITING
30 S. Wacker Drive, Suite 900
Chicago IL 60606
**200178 (US01)**

**Customer no:**

| | |
|---|---|
| **FAO:** | BP PRODUCTS NORTH AMERICA - WHITING |
| **Tel:** | 3128564831 |
| **Fax:** | 3126160473 |
| **Email:** | |
| **From:** | William Kramarczyk |
| **Tel:** | 630-836-4483 |
| **Fax:** | 630-836-5850 |
| **Email:** | william.kramarczyk@bp.com |

| Shipment/parcel | Description | Type |
|---|---|---|
| CD41772 | MISSISSIPPI CANYON 252 OIL | Oil |

**Details**
Shipment load point: ST. JAMES, LOUISIANA
Discharge location: ST. JAMES, LOUISIANA

| B/L date | Title transfer date | Vessel/pipeline | Delivery | Batch no./ticket no. |
|---|---|---|---|---|
| | 16-Jul-2010 | OVERSEAS CASCADE | EXS | / |

| Quantity | Price/unit | Amount |
|---|---|---|
| 193,373.220 BBL | 76.380000 USD/BBL | 14,769,846.54 USD |

| | |
|---|---|
| **Total before tax** | 14,769,846.54 USD |
| **total to pay** | 14,769,846.54 USD |

This invoice will be settled via e-HUB system
GRN no : 18542
IFA no : USAC

*BP Oil Supply Company is a wholly owned indirect subsidiary of BP plc incorporated in the State of Delaware, USA EIN # 34-1295805. 4101 Winfield Rd, Warrenville, Illinois 60555, USA. For ordinary correspondence, please use our mailing address at the top of this invoice.*

*BP Oil Supply Company*

BP-HZN-2179MDL07677802

# Exhibit G to Carmichael Declaration

# (June 2010 Oil and Gas Operations Report, submitted January 4, 2013)

U.S. Department Of Interior                                                Friday, January 04, 2013
Office of Natural Resources Revenue

Oil and Gas Operations Report (OGOR)

Document Number: 300002 - Report Number: 1448634

| Report Type: | Modified | Report Period: | 062010 |

| ONRR Operator Number: | S4810 | ONRR Operator Name: | BP EXPLORATION & PRODUCTION |

| ONRR Lease/Agrmt. Number: | 0540323060 | Operator Lease/Agreement Name: | MC 252 |

| Agency Lease/Agrmt Number: | | Operator Lease/Agrmt. Number: | 0540323060 |

|  | Oil/Cond | Gas | Water |
|---|---|---|---|
| Total Quantity Produced: | 0 | 0 | 0 |
| Total Quantity Injected: | 0 | 0 | 0 |

|  | Oil/Cond | Gas | Water |
|---|---|---|---|
| Total Quantity Disposed: | 0 | 0 | 0 |

### ONRR-OGOR - Part C

| Line # | Action Code | Prod. Code | Inventory Storage Point Number | Metering Point | API Gravity (99.9) | Beginning Inventory (BBL) | Production (BBL) | Sales (BBL) | Adjustments Code | Adjustments Volume (BBL) | Ending Inventory (BBL) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D | 01 | 01608179000 | 20421679000 | 36.5 | 20055 | 392602 | 269892 | 29 | -6962 | 135803 |
| 2 | A | 01 | 01608179000 | 20421679000 | 36.5 | 20055 | 392602 | 269782 | 29 | -7072 | 135803 |

|  | Beginning | Produced | Sold | Adjusted | Ending |
|---|---|---|---|---|---|
| Total Inventory: | 20055 | 392602 | 269782 | -7072 | 135803 |

Contact Name:   Gilmer, Linda   Phone Number:   281-366-1770   Ext:   Auth. Date (MMDDYYYY):   01042013
Comments:

https://onrrreporting.onrr.gov/Reporter/PrintReport.aspx?ReportID=300002&DocumentTyp...   1/4/2013

CONFIDENTIAL                                                BP-HZN-2179MDL07677880

# Exhibit H to Carmichael Declaration

# (July 2010 Oil and Gas Operations Report, submitted September 15, 2010)

U.S. Department Of Interior
Minerals Management Service
Minerals Royalty Management

Wednesday, September 15, 2010

Oil and Gas Operations Report (OGOR)

Document Number: 123865 - Report Number: 1

| Report Type: | Original | Report Period: | 072010 |
| MMS Operator Number: | S4810 | MMS Operator Name: | BP Exploration and Production |
| MMS/Agency: | MMS Lease/Agreement Number | Lease/Agrmt. Name: | MC252 |
| MMS/Agency Lease/Agrmt. Number: | 0540323060 | Operator Lease/Agrmt. Number: | 0540323060 |

## MMS-OGOR – Part A

| Line # | Action Code | API Well Number State | County | Sequence | Side-track | Prod. Interval | Operator Well Number | Well Codes Status | Shut-in Reason | Action | Days Produced | Production Volumes Oil/Cond. (BBL) | Gas (MCF) | Water (BBL) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 A | | 60 | 817 | 41169 | 01 | X01 | 001 | 01 | | | 16 | 736250 | 836301 | 0 |

| | Oil/Cond. | Gas | Water |
|---|---|---|---|
| Total Quantity Produced: | 736250 | 836301 | 0 |
| Total Quantity Injected: | 0 | 0 | 0 |

## MMS-OGOR – Part B

| Line # | Action Code | Disp. Code | Metering Point | Gas Plant | API Gravity (99.9) | BTU (9999) | Disposition Volumes Oil/Cond. (BBL) | Gas (MCF) | Water (BBL) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | 01 | 20421679000 | | 27.2 | 0 | 17741 | 0 | 0 |
| 2 | A | 21 | 3060817DWH0 | | 0.0 | 0 | 0 | 460122 | 0 |
| 3 | A | 10 | | | 0.0 | 0 | 196376 | 0 | 0 |
| 4 | A | 21 | 3060817DWH1 | | 0.0 | 0 | 0 | 314923 | 0 |
| 5 | A | 23 | 20608179011 | | 0.0 | 0 | 121770 | 0 | 0 |
| 6 | A | 23 | | | 0.0 | 0 | 400363 | 0 | 0 |
| 7 | A | 21 | 3060817DWH2 | | 0.0 | 0 | 0 | 61256 | 0 |

| | Oil/Cond | Gas | Water |
|---|---|---|---|
| Total Quantity Disposed: | 736250 | 836301 | 0 |

CONFIDENTIAL

BP-HZN-2179MDL07677803

MMS-OGOR                                                                          Page 1 of 2

```
                                    MMS-OGOR - Part C
```

| Line # | Action Code | Prod. Code | Inventory Storage Point Number | Metering Point | API Gravity (99.9) | Beginning Inventory (BBL) | Production (BBL) | Sales (BBL) | Adjustments Code | Volume (BBL) | Ending Inventory (BBL) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | 01 | 01608179000 | 20421679000 | 37.7 | 135803 | 196376 | 266482 | 29 | -14563 | 51134 |

|  | Beginning | Produced | Sold | Adjusted | Ending |
|---|---|---|---|---|---|
| Total Inventory: | 135803 | 196376 | 266482 | -14563 | 51134 |

Contact Name:      Matthew Heartney   Phone Number:   2132434000  Ext:   Auth. Date (MMDDYYYY):    09152010
Authorizing Name:  Matthew Heartney
Comments:          See addendum, 9/15/10 letter from M. Heartney to L.Williams.

CONFIDENTIAL                                                                    BP-HZN-2179MDL07677804

# Exhibit I to Carmichael Declaration

# (September 2010 Oil and Gas Operations Report, submitted January 4, 2013)

U.S. Department Of Interior                                              Friday, January 04, 2013
Office of Natural Resources Revenue

### Oil and Gas Operations Report (OGOR)

#### Document Number: 300002 - Report Number: 1448674

| | | | |
|---|---|---|---|
| Report Type: | Modified | Report Period: | 092010 |
| ONRR Operator Number: | S4810 | ONRR Operator Name: | BP EXPLORATION & PRODUCTION |
| ONRR Lease/Agrmt. Number: | 0540323060 | Operator Lease/Agreement Name: | MC 252 |
| Agency Lease/Agrmt Number: | | Operator Lease/Agrmt Number. | 0540323060 |

| | Oil/Cond | Gas | Water |
|---|---|---|---|
| Total Quantity Produced: | 0 | 0 | 0 |
| Total Quantity Injected: | 0 | 0 | 0 |

| | Oil/Cond | Gas | Water |
|---|---|---|---|
| Total Quantity Disposed: | 0 | 0 | 0 |

### ONRR-OGOR - Part C

| Line # | Action Code | Prod. Code | Inventory Storage Number | Metering Point | API Gravity (99.9) | Beginning Inventory (BBL) | Production (BBL) | Sales (BBL) | Adjustments Code Volume (BBL) | Ending Inventory (BBL) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D | 01 | 01608179000 | 20421679000 | 36.1 | 52522 | 0 | 50832 | 42   -1436 | 254 |
| 2 | A | 01 | 01608179000 | 20421679000 | 36.3 | 52522 | 0 | 50416 | 42   -1852 | 254 |

| | Beginning | Produced | Sold | Adjusted | Ending |
|---|---|---|---|---|---|
| Total Inventory: | 52522 | 0 | 50416 | -1852 | 254 |

Contact Name:   Gilmer, Linda   Phone Number:   281-366-1770   Ext:   Auth. Date (MMDDYYYY):   01042013
Comments:   See addendum letter from M. Heartney

CONFIDENTIAL   BP-HZN-2179MDL07677878