# Exhibit H

01-40954
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Lars Herbst
### VOLUME 1

OCTOBER 10, 2012

## COPY



Systems Technology for the Litigation World

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

Case 2:10-md-02179-CJB-DPC   Document 8213-11   Filed 01/11/13   Page 3 of 6

166

|  |  |  |
|--|--|--|
|  | 1 | a situation like this, you reach out to as |
|  | 2 | many experts as -- as you can. |
|  | 3 | Q.    Okay.  Another topic that you've |
|  | 4 | been offered for, sir, is Topic No. 24, and |
| 01:42 | 5 | I -- let me paraphrase.  It's -- it's what |
|  | 6 | the government knows about using the choke or |
|  | 7 | kill lines as a means to capture oil from the |
|  | 8 | well, and I understand you will address |
|  | 9 | knowledge of design, et cetera -- design, |
| 01:43 | 10 | planning, fabrication, testing, selection, or |
|  | 11 | approval of the use of the choke or kill |
|  | 12 | lines on behalf of the U.S., except with |
|  | 13 | respect to the Federal Labs and Department of |
|  | 14 | Energy, for which -- for which another |
| 01:43 | 15 | representative... |
|  | 16 | Let me ask you sort of |
|  | 17 | generally, what do you know about that |
|  | 18 | subject? |
|  | 19 | MR. FLYNN:  Objection as to form. |
| 01:43 | 20 | A.    Well, I mean, I know in general, |
|  | 21 | as we spoke before, that there were many |
|  | 22 | options being developed simultaneously.  So, |
|  | 23 | obviously, there -- those choke and kill |
|  | 24 | lines were -- were used as part of the top |
| 01:43 | 25 | kill operation, but they were also to be used |

Worldwide Court Reporters, Inc.
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | in part of the potential flow back to various        |
|       | 2  | surface vessels.                                     |
|       | 3  | As -- as I recall, they were                         |
|       | 4  | used to flow back to a manifold and                  |
| 01:44 | 5  | eventually flow back to a Q4000 vessel.  That        |
|       | 6  | vessel was used to burn or flare crude and           |
|       | 7  | natural gas that captured off of those lines.        |
|       | 8  | Q.      (BY MR. FENDLER)  Were the steps             |
|       | 9  | taken to accomplish what you just described          |
| 01:44 | 10 | all done -- all reviewed and -- and approved         |
|       | 11 | by the MMS before they were carried out?             |
|       | 12 | MR. BARR:  Objection.                                |
|       | 13 | A.      Yes, they were.                              |
|       | 14 | Q.      (BY MR. FENDLER)  Do you recall              |
| 01:44 | 15 | specifically any aspects of those operations         |
|       | 16 | that MMS had BP change or -- or modify the           |
|       | 17 | procedure or the plans?                              |
|       | 18 | A.      I don't recall any -- any                    |
|       | 19 | specific instances.  Again, I -- I know we           |
| 01:44 | 20 | were integrally involved with reviewing it           |
|       | 21 | from the stack through those choke lines,            |
|       | 22 | through the gooosenecks on -- on the BOP             |
|       | 23 | stack, through the flexible lines of the             |
|       | 24 | manifold, flexible lines from manifold to the        |
| 01:45 | 25 | riser system, riser system Q4000, including          |

| | | |
|---|---|---|
| | 1 | the production system on the Q4000, but I -- |
| | 2 | I can't specifically address any specific |
| | 3 | concerns we had. |
| | 4 | Q. When you mention the riser |
| 01:45 | 5 | system, is -- is that -- was that the |
| | 6 | freestanding riser systems? |
| | 7 | A. This, I don't believe, was |
| | 8 | freestanding riser system. I think it was |
| | 9 | intervention riser system that the Q4000 was |
| 01:45 | 10 | using. The freestanding riser systems were |
| | 11 | part of the what we call the CDP, eventual |
| | 12 | build-out, were a closed system build-out. |
| | 13 | Q. Okay. And, you know, when I |
| | 14 | said MMS approving that, I should say the NIC |
| 01:46 | 15 | and the federal on-scene coordinator would |
| | 16 | have also approved those? |
| | 17 | A. Yes. |
| | 18 | Q. Am I correct, sir, that even if |
| | 19 | MMS had said we think this proced- -- |
| 01:46 | 20 | particular procedure is worth pursuing, if |
| | 21 | ultimately NIC or the federal on-scene |
| | 22 | commander said we disagree, y'all would have |
| | 23 | either come to some consensus or it wouldn't |
| | 24 | have taken place? |
| 01:46 | 25 | MR. BARR: Objection. |

| | |
|---|---|
| 1 | A. I would agree that the authority |
| 2 | within this structure, the incident command |
| 3 | structure, ultimately relies either with the |
| 4 | federal on-scene coordinator or in a spill of |
| 01:46  5 | national significance, the NIC commander |
| 6 | level. And if -- if there -- if there were |
| 7 | situation speculation, I don't recall a |
| 8 | particular one where we had significant |
| 9 | differences, but, yes, it would have to be |
| 01:47 10 | resolved, but eventually they would have the |
| 11 | ultimate decision. |
| 12 | Q. (BY MR. FENDLER) Had BP had |
| 13 | some plan or procedure that it wanted to |
| 14 | follow, MMS, NIC, or the on-scene commander |
| 01:47 15 | could have vetoed or overridden any of those |
| 16 | steps if they did not want BP to proceed; is |
| 17 | that correct? |
| 18 | MR. BARR: Objection; form. |
| 19 | MR. KRAUS: Objection; form. |
| 01:47 20 | MR. SINCLAIR: Objection; form. |
| 21 | MR. DAVIS-DENNY: Objection; form. |
| 22 | MS. RICHARD: Objection; form. |
| 23 | A. Yes, that's correct. |
| 24 | Q. (BY MR. FENDLER) Mr. Herbst, |
| 01:48 25 | are you aware of -- of any suggestions or |