# Exhibit I

01-41705
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Albert Jeremiah "Bud" Decoste
## VOLUME 1

DECEMBER 5, 2012

# *COPY*



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1    correct?
 2        A.   Yes.
 3        Q.   Okay.  Roughly how many contracts had
 4    Schlumberger entered into with BP before the
 5    Macondo Incident?
 6        A.   We've been working for BP for, you know,
 7    decades.
 8        Q.   Fair enough.
 9        A.   So that's hard to say, but the two
10    contracts you showed were -- covered a lot of our
11    work.  The underlying Master Service Agreements
12    covered a lot of our work in the --
13        Q.   Okay.
14        A.   -- Gulf of Mexico.
15        Q.   Okay.  Okay.  All right.  So first this
16    morning, I want to talk about the well testing
17    work that Schlumberger did for BP.  Generally,
18    can you describe what well testing services
19    Schlumberger provided to BP for the Macondo
20    Project?
21        A.   So -- so first of all, it's a little bit
22    of a -- of a misnomer to -- to call it "well
23    testing."  We call it "well testing."  We've
24    called it "well testing," but well testing is
25    generally about reservoir evaluation and
```

1    understanding flow properties and -- and pressure
2    buildups and things that describe the reservoir.
3            This was the application of well testing
4    equipment to something that we don't normally do,
5    which is all about trying to capture and contain
6    or burn the maximum amount of oil possible --
7        Q.  Okay.
8        A.  -- which is not a normal well testing
9    operation.
10       Q.  Right.
11       A.  So what we did in the case of Macondo
12   with our well testing equipment was on the
13   ENTERPRISE.  We had what we call two trains of --
14   of well testing equipment to -- going through
15   two -- two identical systems to capture oil and
16   gas there.  And on the ENTERPRISE, the ENTERPRISE
17   itself had a fair bit of capacity for containing
18   or storing the oil, so there was no reason to --
19   to burn it.  It was captured into tanks and then
20   transferred to another vessel for transport into
21   the -- into town --
22       Q.  Okay.
23       A.  -- to the beach.  And then on the Q4000,
24   we had a single train, but because the Q4000 had
25   no built-in means of storing, we employed our

```
 1    EverGreen burner to burn the oil.
 2         Q.   And what's EverGreen burner?
 3         A.   It's a -- it's -- it's essentially a -- a
 4    sophisticated flaring device that with the use of
 5    a lot of compressed air, and a special nozzle
 6    designs, you can -- you can burn oil without any
 7    significant fallout back into the sea.
 8         Q.   Okay.
 9         A.   So it's -- it's considered a green
10    burner.
11         Q.   And Schlumberger produced to BP a series
12    of Well Testing Services Reports based on these
13    activities, correct?
14         A.   Correct.
15         Q.   What's typically included in a Well
16    Testing Service Report?
17         A.   It's a combination of the sensors that
18    were deployed on the -- on the -- throughout the
19    equipment monitoring pressures and temperatures,
20    most importantly, pressure before and after the
21    choke manifold.
22         Q.   Okay.
23         A.   Then monitoring the -- the pressure and
24    temperature of the separator, and then monitoring
25    the rates of oil and gas that come out of the
```

1  separator.
2      Q.  Okay.
3      A.  And, of course, based on those rates, the
4  cumulative amount of oil that's captured or
5  burned.
6      Q.  So you said that the burning process that
7  went -- that happened on the Q4000 is not
8  something that Schlumberger typically does?
9      A.  (Shaking head.)
10     Q.  Is that correct?
11     A.  No, that's not what I said.
12     Q.  Please correct me.
13     A.  We -- we -- we use the EverGreen burner
14  throughout the world, but -- and have -- that --
15  that burner was first deployed in the '90s.  It's
16  just that burning of oil in the Gulf of Mexico is
17  not permitted routinely, but it is something that
18  is allowed throughout the world.  We do it in the
19  North Sea, we do it in North Africa, off West
20  Africa.
21     Q.  And it was permitted in this case
22  because --
23     A.  Because --
24     Q.  -- it was an emergency?
25     A.  Exactly.