# Exhibit J

01-40955
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Rear Admiral Kevin Cook
### VOLUME 1

OCTOBER 10, 2012

## COPY



Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

1  Hunter. And I -- I believe that work -- the term
2  would -- would even have been used in May, so
3  that -- and the -- the details of construction,
4  when you look at it, you'd obviously know that it
5  takes a while to construct something like that.
6         So although I can't pin down a -- a
7  specific date for you, it was one of the
8  simultaneous items that was being worked on.
9      Q.  Okay.
10     A.  The -- the challenge is the -- the
11 difficulty in being able to do any of the -- the
12 solutions that had a -- a strong seal, not
13 knowing whether the flange could come off of the
14 LMRP.  You know, there were decisions -- or there
15 were obstacles that certainly had to be overcome
16 before anything of that nature could be taken.
17         Additionally, the -- because the rupture
18 disk and the well integrity had be -- been the
19 predominant theme as an outcome of -- of top
20 kill, you know, it kind of put things like the --
21 you know, any kind of cap which sealed tightly
22 made that a less attractive alternative than
23 containment.
24     Q.  So there were concerns about anything
25 that would seal tightly as a result of the

1   potential broaching issue, right?
2        A.  Yes.
3        Q.  Okay.  If you look at the bottom of Page
4   315 and continuing over to Page 316, there's a
5   discussion there about installed capacity and the
6   additional plans for additional collection
7   capacity.  We talked a little bit about that in
8   some of the -- with respect to the previous
9   letters.
10          About halfway down Page 316, the --
11  it's -- this letter says that:  "The Q4000 will
12  not be operated concurrent with these 4
13  vessels" -- referring to the TOISA PISCES and the
14  HELIX PRODUCER and the other vessels, the
15  ENTERPRISE and the -- and the CLEAR LEADER --
16  "for safety reasons."
17          Do you see that sentence?
18       A.  Yes.
19       Q.  Okay.  What were the safety reasons that
20  would require Q4000 not to be operated concurrent
21  with those vessels?
22       A.  Well, I assume that it's with the -- in
23  conjunction with containment.  So Q4000 had an
24  installed burner system, which, you know, was
25  a -- I don't know all the details, but a very

1  unique design, such that they had to fly in a
2  burner from France.  And it had a very large
3  capacity, but it also gave off a very large
4  amount of heat.
5       So working in tight proximity to other
6  ships also handling oil and gas with an open
7  flame like that was a safety hazard.
8       Q.  Okay.  And would that have been something
9  that was discussed between BP and Coast Guard
10 personnel in Houston?
11      A.  Yes.
12      Q.  And other Government Representatives?
13      A.  Yes.
14      Q.  Okay.  And then below that, the plan also
15 lists some key risks, and one of them is the
16 "Simultaneous operations...leads to major surface
17 accident."  That's a discussion of the -- the
18 various vessels in the area; is that right?
19      A.  Yes.
20      Q.  Okay.  And the risks associated with
21 having all of those vessels operating there at
22 the same time?
23      A.  That's correct.
24      Q.  Okay.  Would you say that the number of
25 vessels operating in this area -- in -- in that

```
 1    area during this time period was extraordinary?
 2         A.   It was.
 3              MS. GREENWALD:  Object to form.
 4         A.   Well, you know --
 5         Q.   (By Ms. Davis) You can --
 6         A.   -- clearly, that's within my experience
 7    to know this, and it's -- it was phenomenal that
 8    that many ships were able to operate without
 9    having an accident.
10         Q.   (By Ms. Davis) Okay.  I assume it
11    required careful planning and procedures and
12    coordination?
13         A.   It did.
14         Q.   And who would been -- who would have been
15    involved in those planning and procedures with
16    respect to the simultaneous operations?
17         A.   Well, there was a group devoted to
18    simultaneous operations.  In the -- they had a
19    daily meeting where they did by conference call
20    each of the ships that were out on station, and
21    the Coast Guard was represented there in the
22    meeting, as well.
23         Q.   What about BP?
24         A.   Well, yeah.  BP -- yes, BP.
25         Q.   Do you recall any discussions of what the
```