UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

CONSIDERING THE ABOVE AND FOREGOING,

IT IS HEREBY ORDERED that Evette E. Ungar and the law firm Ungar & Byrne, A.P.L.C., be and same are hereby withdrawn as counsel of record for Plaintiffs, Nopha Vongkeo and Phaisonk Khattiya.

New Orleans, Louisiana this 10th day of January, 2013.

_____
United States District Judge