MINUTE ENTRY
BARBIER, J.
Jan. 11, 2013
JS-10: 30 minutes.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. : .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

FRIDAY, JANUARY 11, 2013 8:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

### MINUTE ENTRY

The Court held an in chambers conference status conference at the request of Plaintiffs Liaison Counsel to discuss presentment under the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2713.

This issue was partially raised in 2011, when Defendants argued that the B1 Master Complaint failed to sufficiently allege that claimants met OPA's presentment requirement. On August 26, 2011, the Court ruled that presentment was a mandatory condition precedent to filing suit, but did not decide what constitutes presentment. (Order, Rec. Doc. 3830 at 31 & n.16). Also, following the continuance of the Phase One Trial in early 2012, the Court invited the parties to submit suggested issues that might be taken up in the interim before the new trial date. In its April 25, 2012 confidential letter to chambers, Plaintiffs Liaison Counsel submitted a list of issues, including a request that the Court address the OPA presentment issue. The Court denied this request, largely due to time constraints in light of ongoing discovery, the need to consider a number of other legal issues, and the time that needed to be devoted to consideration of the two pending class settlements.

1

**The Court declines at this time to give what would amount to an advisory opinion as to what suffices for proper presentment under OPA, or make any other binding statement regarding the applicable statute of limitations. All counsel are able to read the OPA statutory provisions, the related Coast Guard regulations,[1] and the reported cases that have spoken to the issue.**

**For similar reasons, the Court DENIES, without prejudice, the Motion for Declaratory Judgment (Rec. Doc. 8174) and the Emergency Motion for Clarification of Order (Rec. Docs. 8198, 8199).**

**Attendance:**
**Steve Herman (Plaintiffs)**
**Jim Roy (Plaintiffs)**
**Andy Langan (BP)**
**Wendy Bloom (BP)**

---

[1] **By referencing the Coast Guard regulations, the Court does not decide whether the Coast Guard's requirements relating to the Oil Spill Liability Trust Fund also are applicable to presenting an OPA claim to a responsible party.**