UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S MOTION FOR LEAVE TO ADD DOCUMENTS TO ITS PHASE ONE TRIAL EXHIBIT LIST**

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and pursuant to Amended Pre-Trial Order No. 54 [Doc. 8173] and respectfully file this Motion for Leave, seeking an Order permitting Transocean to add certain documents created after February 20, 2012 to its Phase One Trial Exhibit List. For the reasons set forth in the accompanying Memorandum in Support, Transocean respectfully requests entry of an Order granting its Motion for Leave to Add Documents to its Phase One Trial Exhibit List.

DATED:  January 11, 2013                    Respectfully submitted,

By: /s/ Brad D. Brian                                  By: /s/ Steven L. Roberts
Brad D. Brian                                               Steven L. Roberts
Michael R. Doyen                                       Rachel Giesber Clingman
Daniel B. Levin                                            Sean Jordan
Susan E. Nash                                             SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP              1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor           Houston, Texas 77002
Los Angeles, CA 90071                             Tel:  (713) 470-6100
Tel:  (213) 683-9100                                   Fax:  (713) 354-1301
Fax:  (213) 683-5180                                  Email: steven.roberts@sutherland.com

Email: brad.brian@mto.com
       michael.doyen@mto.com
       daniel.levin@mto.com
       susan.nash@mto.com

By:  /s/  Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
        *and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

rachel.clingman@sutherland.com
sean.jordan@sutherland.com

By:  /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel:  (504) 599-8194
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on January 11, 2012, Carter Williams, counsel for Transocean conferred in good faith with Mike Underhill, counsel for the US, and Mark Nomellini, counsel for BP, regarding the foregoing Motion.  The US does not oppose adding the above-referenced documents to the Exhibit List, with the caveat that the parties presume admissibility of the Consent Decree [Doc. 8157-1] would be conditional on entry by the Court.  BP's position is not yet known.

  /s/ Kerry J. Miller
       Kerry J. Miller

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2012, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

    /s/ Kerry J. Miller
    Kerry J. Miller