UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>          "DEEPWATER HORIZON"<br>          In the GULF OF MEXICO on<br>          April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION:  J |
| | * | JUDGE BARBIER |
| **Applies to:** *All Cases* | * | MAGISTRATE SHUSHAN |

## MEMORANDUM IN SUPPORT OF TRANSOCEAN'S MOTION FOR LEAVE TO ADD DOCUMENTS TO ITS PHASE ONE TRIAL EXHIBIT LIST

Over the past few months, developments in MDL 2179 and criminal cases stemming from the events of April 20, 2010, have led to the creation of various documents. These new documents are not only relevant to issues to be tried in Phase One of the February 2013 Limitation and Liability Trial ("Phase One"), but may contain key party admissions, and therefore good cause exists to grant Transocean leave to add these documents to its Exhibit List.

For example, on November 15, 2012, BP announced that it had reached an agreement with the United States to resolve all federal criminal charges against BP stemming from the Macondo incident. The following documents filed in connection with the BP-US agreement, all of which were created after February 20, 2012, are relevant to issues to be tried in Phase One, and therefore good cause exists to grant Transocean leave to add these documents to its Exhibit List:

- Information for Seaman's Manslaughter, Clean Water Act, Migratory Bird Treaty Act and Obstruction of Congress [Doc. 1], *United States v. BP Exploration and Production Inc.*, 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012);

- Guilty Plea Agreement [Doc. 2-1], *United States v. BP Exploration and Production Inc.*, 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012).

On November 14, 2012, a Grand Jury returned an indictment against BP Well Site Leaders Robert Kaluza and Donald Vidrine (Superseding Indictment for Involuntary Manslaughter, Seaman's Manslaughter and Clean Water Act [Doc. 7], *United States v. Robert Kaluza and Donald Vidrine*, 2:12-cr-00265 (E.D. La. Nov. 14, 2012)).  This document, which was created after February 20, 2012, is also relevant to issues to be tried in Phase One of the February 2013 Limitation and Liability Trial, and therefore good cause exists to grant Transocean leave to add this document to its Exhibit List.

On January 3, 2013, Transocean signed a Cooperation Guilty Plea Agreement related to Clean Water Act violations and jointly filed a Partial Consent Decree with the United States. The following documents filed in connection with these agreements, all of which were created after February 20, 2012, may also be relevant to issues to be tried in Phase One of the February 2013 Limitation and Liability Trial, and therefore good cause exists to grant Transocean leave to add these documents to its Exhibit List:

- Information for Clean Water Act Violation [Doc. 1], *United States v. Transocean Deepwater Inc.*, 2:13-cr-00001-JTM-SS (E.D. La. Jan. 3, 2013);

- Cooperation Guilty Plea Agreement [Docs. 3-1, 3-2, 3-3, 3-4, 3-5], *United States v. Transocean Deepwater Inc.*, 2:13-cr-00001-JTM-SS (E.D. La. Jan. 3, 2013);

- Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. [Doc. 8157-1], MDL 2179 (E.D. La. Jan. 3, 2013).

For the foregoing reasons, Transocean respectfully requests that it be granted leave to add the above-referenced documents to its Phase One Trial Exhibit List.

DATED:  January 11, 2013                         Respectfully submitted,

By:          /s/ Brad D. Brian                          By: /s/ Steven L. Roberts

| | |
|---|---|
| Brad D. Brian | Steven L. Roberts |
| Michael R. Doyen | Rachel Giesber Clingman |
| Daniel B. Levin | Sean Jordan |
| Susan E. Nash | SUTHERLAND ASBILL & BRENNAN LLP |
| MUNGER TOLLES & OLSON LLP | 1001 Fannin Street, Suite 3700 |
| 355 So. Grand Avenue, 35th Floor | Houston, Texas 77002 |
| Los Angeles, CA 90071 | Tel: (713) 470-6100 |
| Tel: (213) 683-9100 | Fax: (713) 354-1301 |
| Fax: (213) 683-5180 | Email: steven.roberts@sutherland.com |
| Email: brad.brian@mto.com | rachel.clingman@sutherland.com |
| michael.doyen@mto.com | sean.jordan@sutherland.com |
| daniel.levin@mto.com | |
| susan.nash@mto.com | By: /s/ Kerry J. Miller |
| | Kerry J. Miller |
| | FRILOT, LLC |
| | 110 Poydras St., Suite 3700 |
| | New Orleans, LA 70163 |
| By: s/ Edwin G. Preis | Tel: (504) 599-8194 |
| Edwin G. Preis, Jr. | Fax: (504) 599-8154 |
| PREIS & ROY PLC | Email: kmiller@frilot.com |
| Versailles Blvd., Suite 400 | |
| Lafayette, LA 70501 | John M. Elsley |
| (337) 237-6062 | ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP |
| *and* | |
| 601 Poydras Street, Suite 1700 | 711 Louisiana Street, Suite 500 |
| New Orleans, LA 70130 | Houston, TX 77002 |
| (504) 581-6062 | (713) 224-8380 |

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on January 11, 2012, Carter Williams, counsel for Transocean conferred in good faith with Mike Underhill, counsel for the US, and Mark Nomellini, counsel for BP, regarding the foregoing Motion.  The US does not oppose adding the above-referenced documents to the Exhibit List, with the caveat that the parties presume

admissibility of the Consent Decree [Doc. 8157-1] would be conditional on entry by the Court. BP's position is not yet known.

                                                    /s/ Kerry J. Miller
                                                    Kerry J. Miller

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2012, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                                   /s/ Kerry J. Miller
                                                  Kerry J. Miller