UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010<br><br>Applies to: *All Cases* | *   MDL NO. 2179<br><br>*   SECTION: J<br><br>*   JUDGE BARBIER<br><br>*   MAG. JUDGE SHUSHAN |

## ORDER

Transocean has made a Motion for Leave to Add Documents to its Phase One Exhibit List pursuant to Amended Pre-Trial Order No. 54 [Doc. 8173].

Having considered the Motion submitted, the Court is of the opinion that its intervention in this case is necessary for good cause shown. Therefore, it is hereby:

1.  **ORDERED, ADJUDGED, and DECREED** that Transocean's Motion is **GRANTED**, and Transocean may add the following exhibits to its Phase One Exhibit List:

| | | | | |
|---|---|---|---|---|
| TREX-52672 | None | None | 11/15/2012 | Information for Seaman's Manslaughter, Clean Water Act, Migratory Bird Treaty Act and Obstruction of Congress [Doc. 1], *United States v. BP Exploration and Production Inc.*, 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012) |
| TREX-52673 | None | None | 11/15/2012 | Guilty Plea Agreement [Doc. 2-1], *United States v. BP Exploration and Production Inc.*, 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012) |
| TREX-52674 | None | None | 11/14/2012 | Superseding Indictment for Involuntary Manslaughter, Seaman's Manslaughter and Clean Water Act [Doc. 7], *United States v. Robert Kaluza and Donald Vidrine*, 2:12-cr-00265 (E.D. La. Nov. 14, 2012)) |
| TREX-52675 | None | None | 01/03/2013 | Information for Clean Water Act Violation [Doc. 1], *United States v. Transocean Deepwater Inc.*, 2:13-cr-00001-JTM-SS (E.D. La. Jan. 3, 2013) |
| TREX-52676 | None | None | 01/03/2013 | Cooperation Guilty Plea Agreement [Docs. 3-1, 3-2, 3-3, 3-4, 3-5], *United States v. Transocean Deepwater Inc.*, 2:13-cr-00001-JTM-SS (E.D. La. Jan. 3, 2013) |
| TREX-52677 | None | None | 01/03/2013 | Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater |

| | | | | Inc. [Doc. 8157-1], MDL 2179 (E.D. La. Jan. 3, 2013) |
|---|---|---|---|---|

2. **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all relief not expressly granted is denied.

Signed this _____ day of _____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE SALLY SHUSHAN