**Transocean's Third Supplemental
and Amended Exhibit List**

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description |
|---|---|---|---|---|
| TREX-52638 | CAM_CIV_0012872<br>CAM_CIV_0013857<br>CAM_CIV_0013196<br>CAM_CIV_0013745<br>CAM_CIV_0013183<br>CAM_CIV_0013276 | CAM_CIV_0012872<br>CAM_CIV_0013857<br>CAM_CIV_0013196<br>CAM_CIV_0013745<br>CAM_CIV_0013183<br>CAM_CIV_0013276 | Various | Cameron Certificates of Compliance |
| TREX-52639 | CAM_CIV_0011263 | CAM_CIV_0011277 | 05/07/2007 | Cameron Field Service Order |
| TREX-52640 | CAM_CIV_0016124 | CAM_CIV_0016124 | 11/07/2007 | Cameron Field Service Order |
| TREX-52641 | TRN-MDL-01506407 | TRN-MDL-01507453 | 05/01/2010 | RMS II Equipment History, 05/01/2009 through 05/01/2010 |
| TREX-52642 | TRN-INV-00207016 | TRN-INV-00207042 | 03/02/2009 | 90-Day Communications Memo |
| TREX-52643 | TRN-MDL-00493756 | TRN-MDL-00493764 | 11/01/2010 | Internal Investigation Interview Notes |
| TREX-52644 | TRN-MDL-00138729 | TRN-MDL-00138740 | 11/21/2009 | Deepwater Horizon BOP Subsea Test Record |
| TREX-52645 | TRN-INV-03278899 | TRN-INV-03278899 | 02/25/2011 | Photo of AMF in active position |
| TREX-52646 | TRN-MDL-04335708 | TRN-MDL-04335710 | 10/19/2009 | "Transocean Launches Evaluation Safety and Processes and Culture," First to Know Pre-amble |
| TREX-52647 | TRN-INV-00608762 | TRN-INV-00608763 | Various | Operating history of *DWH* |
| TREX-52648 | TRN-MDL-03875442 | TRN-MDL-03875449 | 12/10/2008 | Jason Anderson Performance Appraisal & Development Plan |
| TREX-52649 | TRN-MDL-08076982 | TRN-MDL-08076986 | 10/31/2009 | Jason Anderson Performance Appraisal & Development Plan |
| TREX-52650 | TRN-MDL-02376787 | TRN-MDL-02376789 | 11/29/2009 | Email from *DWH* OIM re Think and Start |
| TREX-52651 | TRN-MDL-04391097 | TRN-MDL-04391157 | 10/28/2009 | Email from Bill Sannan re Safety Stand-Up |
| TREX-52652 | TRN-MDL-01303390 | TRN-MDL-01303395 | 10/01/2008 | Fundamental Well Control Course - Content and Objectives |
| TREX-52653 | TRN-MDL-03141808 | TRN-MDL-03141831 | 03/08/2010 | Email from Paul Johnson and attachments re First Excellence nomination |
| TREX-52654 | TRN-MDL-05251378 | TRN-MDL-05251457 | 00/00/2008 | Drilling Practices Course Material |
| TREX-03340 | TRN-MDL-00308052 | TRN-MDL-00308068 | 01/28/2010 | Subsea Support Team Daily Reports |
| TREX-52655 | TRN-MDL-02853307 | TRN-MDL-02853370 | 00/00/2010 | Worldwide Training Matrix |
| TREX-52656 | BP-HZN-MBI 00127955 | BP-HZN-MBI 00127956 | 04/16/2010 | Email from Patrick O'Bryan re D&C ELT Feedback |

**Transocean's Third Supplemental
and Amended Exhibit List**

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description |
|---|---|---|---|---|
| TREX-52657 | TRN-INV-00091434<br>TRN-INV-00025223<br>TRN-INV-00062003<br>TRN-INV-00132889<br>TRN-INV-01228990<br>TRN-INV-01229170<br>TRN-INV-01229306<br>TRN-INV-01818101<br>TRN-INV-02902007<br>TRN-INV-03230914<br>TRN-MDL-00235174<br>TRN-MDL-00378255<br>TRN-MDL-00378705<br>TRN-MDL-01323442<br>TRN-MDL-01729052<br>TRN-MDL-04187721<br>TRN-MDL-04187804<br>TRN-MDL-06076021 | TRN-INV-00091572<br>TRN-INV-00026162<br>TRN-INV-00062007<br>TRN-INV-00132932<br>TRN-INV-01229027<br>TRN-INV-01229228<br>TRN-INV-01229317<br>TRN-INV-01818159<br>TRN-INV-02902251<br>TRN-INV-03230918<br>TRN-MDL-00235217<br>TRN-MDL-00378312<br>TRN-MDL-00378710<br>TRN-MDL-01323446<br>TRN-MDL-01729165<br>TRN-MDL-04187763<br>TRN-MDL-04187850<br>TRN-MDL-06076031 | Various | 2009 IADC Daily Drilling Reports |
| TREX-52658 | None | None | Various | Summary: Training of Supervisory Well Control and Bridge Crew Members Aboard the *DWH* on April 20, 2010 |
| TREX-52659 | TRN-MDL-02353887<br>TRN-MDL-03943449<br>TRN-MDL-03943467<br>TRN-MDL-03943540<br>TRN-MDL-03943423<br>TRN-MDL-03904802<br>TRN-MDL-03943237<br>TRN-MDL-03904248<br>TRN-MDL-03885182<br>TRN-MDL-08076981<br>TRN-MDL-08077025 | TRN-MDL-02353888<br>TRN-MDL-03943455<br>TRN-MDL-03943477<br>TRN-MDL-03943554<br>TRN-MDL-03943436<br>TRN-MDL-03904986<br>TRN-MDL-03943319<br>TRN-MDL-03904398<br>TRN-MDL-03885234<br>TRN-MDL-08076981<br>TRN-MDL-08077026 | Various | Personnel Files and Licenses/Certifications in Support of Summary: Training of Bridge and Supervisory Well Control Crew Members Aboard the *DWH* on April 20, 2010 |
| TREX-52660 | None | None | Various | Summary: Compliance with Transocean's WellCAP IADC Course Requirement by *DWH* Crew |

Transocean's Third Supplemental
and Amended Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description |
|---|---|---|---|---|
| TREX-52661 | None | None | Various | Summary: Well Control and Marine Safety Drills Conducted on the DWH January 31, 2010 to April 18, 2010 |
| TREX-52662 | None | None | Various | Summary: Significant *Deepwater Horizon* BOP Maintenance, 2005-2010 |
| TREX-52663 | CAM_CIV_0011263<br>CAM_CIV_0011563<br>CAM_CIV_0012836<br>CAM_CIV_0013745<br>CAM_CIV_0013857<br>CAM_CIV_0016118 | CAM_CIV_0011277<br>CAM_CIV_0011567<br>CAM_CIV_0013276<br>CAM_CIV_0013745<br>CAM_CIV_0013857<br>CAM_CIV_0016883 | Various | Cameron Certificates, Inspections and Rig Visits in Support of Summary: Significant *Deepwater Horizon* BOP Maintenance, 2005-2010 |
| TREX-52664 | None | None | Various | Summary: *Deepwater Horizon* BOP Function and Pressure Testing at Macondo |
| TREX-52665 | None | None | Various | Summary: *Deepwater Horizon* Well Control Preventive Maintenance Tasks, April 19, 2009 to April 19, 2010 |
| TREX-52666 | None | None | Various | Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010) |
| TREX-52667 | TRN-MDL-00272526<br>ABSDWH001217<br>ABSDWH011035<br>OSE212-040531<br>TRN-INV-01829321<br>TRN-INV-01961066<br>TRN-MDL-01101593<br>ABSDWH010674<br>ABSDWH011016<br>ABSDWH011447<br>MODUSA 000386 | TRN-MDL-00272531<br>ABSDWH004096<br>ABSDWH011035<br>OSE212-040600<br>TRN-INV-01829321<br>TRN-INV-01961067<br>TRN-MDL-0110159<br>ABSDWH010799<br>ABSDWH011024<br>ABSDWH011447<br>MODUSA 000452 | Various | Survey Documents in Support of Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010) |
| TREX-52668 | None | None | Various | Summary: Certifications for *Deepwater Horizon* as of April 20, 2010 |

Transocean's Third Supplemental
and Amended Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description |
|---|---|---|---|---|
| TREX-52669 | TRN-MDL-00272526<br>TRN-INV-01961066<br>TRN-INV-01829321<br>ABSDWH011035<br>TRN-MDL-01101593 | TRN-MDL-00272527<br>TRN-INV-01961067<br>TRN-INV-01829321<br>ABSDWH011035<br>TRN-MDL-01101596 | Various | Deepwater Horizon Certifications in Support of Summary: Certifications for *Deepwater Horizon* as of April 20, 2010 |
| | The below exhibits are subject to a pending Motion for Leave and will be added pending resolution of that Motion: | | | |
| TREX-52672 | None | None | 11/15/2012 | Information for Seaman's Manslaughter, Clean Water Act, Migratory Bird Treaty Act and Obstruction of Congress [Doc. 1], *United States v. BP Exploration and Production Inc.*, 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012) |
| TREX-52673 | None | None | 11/15/2012 | Guilty Plea Agreement [Doc. 2-1], *United States v. BP Exploration and Production Inc.*, 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012) |
| TREX-52674 | None | None | 11/14/2012 | Superseding Indictment for Involuntary Manslaughter, Seaman's Manslaughter and Clean Water Act [Doc. 7], *United States v. Robert Kaluza and Donald Vidrine*, 2:12-cr-00265 (E.D. La. Nov. 14, 2012)). |
| TREX-52675 | None | None | 01/03/2013 | Information for Clean Water Act Violation [Doc. 1], *United States v. Transocean Deepwater Inc.*, 2:13-cr-00001-JTM-SS (E.D. La. Jan. 3, 2013); |
| TREX-52676 | None | None | 01/03/2013 | Cooperation Guilty Plea Agreement [Docs. 3-1, 3-2, 3-3, 3-4, 3-5], *United States v. Transocean Deepwater Inc.*, 2:13-cr-00001-JTM-SS (E.D. La. Jan. 3, 2013) |
| TREX-52677 | None | None | 01/03/2013 | Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. [Doc. 8157-1], MDL 2179 (E.D. La. Jan. 3, 2013) |