UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br>SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BP'S 1/11/2013 GOOD FAITH COMBINED PHASE ONE AND PHASE TWO TRIAL EXHIBIT LIST AND MOTION FOR LEAVE TO ADD CERTAIN EXHIBITS PRODUCED AFTER 2/20/2012 FOR GOOD CAUSE

Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 1/11/2013 Combined Good Faith Phase One and Phase Two Trial Exhibit List (attached hereto as "Exhibit A"). BP will also circulate a version of Exhibit A in Microsoft Excel format.

Pursuant to Amended Pre-Trial Order No. 54, BP has identified all of the new additions to its Phase One Trial Exhibit List. The column titled "Revisions/Additions to Phase One List Since 2/24/2012" denotes each Phase One exhibit that has been added since BP filed the last version of its Phase One Trial Exhibit List on February 24, 2012.

For those Phase One exhibits which have been added, the column explains whether the exhibit is one of the 35 additions permitted by Amended Pre-Trial Order No. 54, or whether BP is moving the court to add the exhibit to its list pursuant to Amended Pre-Trial Order No. 54 because the document or a material part of the document or its family was produced after 2/20/2012. BP hereby moves to add those post-2/20/12-produced documents for good cause.

This column also identifies clerical revisions that have been made to the description of a document, the date, or the Bates range. Additionally, since filing the last BP Phase One Trial

Exhibit List on 2/24/2012, BP has withdrawn TREX-004722A from its Phase One Trial Exhibit List.

BP incorporates by reference all of the reservations of rights set forth in the cover pleading accompanying its 1/13/2012 Trial Exhibit List, including but not limited to the right to use documents included on other parties' trial exhibit lists.  By including a document on its Trial Exhibit List, BP does not agree or admit that a document or category of documents is admissible for any or all purposes.

Dated: January 11, 2013                             Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Robert R. Gasaway
Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of January, 2013.



/s/ Don K. Haycraft