UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Relates to:  *All Cases* | § § | MAG. JUDGE SHUSHAN |

### HESI'S 1/11/2013 GOOD FAITH COMBINED PHASE ONE AND PHASE TWO TRIAL EXHIBIT LIST AND MOTION FOR LEAVE TO ADD CERTAIN EXHIBITS PRODUCED AFTER 2/20/2012 FOR GOOD CAUSE

Pursuant to the Court's January 4, 2013 Order (Rec. Doc. 8173), Halliburton Energy Service's, Inc. ("HESI") submits its 1/11/2013 Good Faith Combined Phase One and Phase Two Trial Exhibit List and Motion for Leave to Add Certain Exhibits Produced After 2/20/2012 For Good Cause (attached hereto as "Exhibit A").  HESI will provide all Liaison Counsel with a copy of Exhibit A in Microsoft Excel format.

As permitted by the Court's January 4, 2013 Order, HESI added 35 exhibits to its last filed Good Faith Trial Exhibit List.  These additional exhibits are marked as "New (35)" in the Status column in Exhibit A.  Pursuant to PTO 54, HESI moves this Court, with good cause shown, to permit the addition of exhibits consisting of documents or materials first produced after February 20, 2012, and after the filing of HESI's last filed Good Faith Trial Exhibit List on February 16, 2012 (*See* Rec. Docs. 8173 and 5731).  These exhibits are marked as "New (Good Cause)" in the Status column in Exhibit A.

HESI reserves the following rights: (1) to amend or supplement its Good Faith Trial Exhibit List in order to add pleadings, consent decrees, orders, or other documents associated with the civil and criminal actions brought by the United States against any BP parties and/or TO

parties; (2) to amend or supplement its Good Faith Trial Exhibit List in order to add documents required for deposition designations, for expert and other discovery, including additional Phase Two depositions, due to the unavailability of fact witnesses, and/or due to a witness unexpectedly testifying; (3) to amend or supplement its Good Faith Trial Exhibit List in order to remove or add documents in connection with court rulings on motions *in limine*; (4) to add exhibits to its Good Faith Trial Exhibit List after examining other parties' exhibit lists and demonstratives, as impeachment or rebuttal evidence, or to refresh a witness' recollection; (5) to use documents included on other parties' exhibit lists; (6) to use documents identical to those listed in Exhibit A but with a different bates number; and (7) to add attachments or parent documents as necessary.

The inclusion of an exhibit on its 1/11/2013 Good Faith Trial Exhibit List does not mean that HESI agrees to the exhibit's admission for all purposes, or to its admission against HESI, as some exhibits are offered as party admissions only against others, or as possible impeachment materials. Accordingly, HESI reserves the right to object to the introduction of certain exhibits for all purposes or against HESI.

Respectfully submitted,

**GODWIN LEWIS PC**

By: /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services Inc.'s 1/11/2013 Good Faith Combined Phase One and Phase Two Trial Exhibit List and Motion for Leave to Add Certain Exhibits Produced After 2/20/2012 For Good Cause has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 11th day of January, 2013.

/s/ Donald E. Godwin
Donald E. Godwin