UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Transocean's Motion to Admit Expert Reports of Jeff Wolfe (Rec. doc. 8141)]**

The motion of Transcoean to admit the expert reports of Jeff Wolfe as his direct examination (Rec. doc. 8141) is unopposed. It will be granted.

IT IS ORDERED that: (1) Transocean's motion to admit the expert reports of Jeff Wolfe as his direct examination (Rec. doc. 8141) is GRANTED; and (2) the parties shall meet-and-confer on a procedure for the designation of excerpts of Wolfe's deposition.

New Orleans, Louisiana, this 14th day of January, 2013.

SALLY SHUSHAN
**United States Magistrate Judge**