UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon" in the Gulf** <br> **of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Regarding the PSC's Requests for Separate Schedule for Report of Dr. Bea]**

At least since November 30, 2012, the PSC has expressed concern over whether its expert, Dr. Bea, will be able to produce a Phase Two report within the deadlines when he will be preparing to testify in the Phase One trial beginning on February 25, 2013.  Rec. doc. 8065 at 8.  The PSC was asked to consider whether Dr. Gail could prepare a report to avoid significant modification of the expert schedule.  Rec. doc. 8123 at 6.  A Phase Two Trial Preparation Timeline was issued with a 7 week delay in the submission of Dr. Bea's report.  Rec. doc. 8123 (Attachment at 2).

On January 4, there was a mis-communication.  The PSC reported that it could advance the date for Dr. Bea's report by 2 weeks.  The Court understood that Dr. Bea's report could be delayed 2 weeks from the date on which all other reports were due.  The parties were asked to consider this proposal and report *in camera*.  Rec. doc. 8184.  BP was the only party to respond.  At the conference on January 11, 2013, the PSC clarified its proposal.  It proposes that the deadline for Dr. Bea's report be extended to April 19, 2013.

The additional time sought by the PSC for Dr. Bea's report is too long.  Because of the impact of an extension of the deadline for Dr. Bea's report on the reports and depositions of experts of other parties, Dr. Bea's report can be delayed only 2 weeks.  The Phase Two Trial Preparation

Timeline shall be modified as shown below.

| Date | Event |
|---|---|
| 3/15/13 | Expert reports by parties with burden of proof (except report from Dr. Bea report). |
| **3/29/13** | **Deadline for report from Dr. Bea report.** |
| 3/20/13 | Announce schedule of experts for parties with burden of proof. |
| 4/12/13 | Expert reports by parties responding, except BP experts identified in its *in camera* letter of January 10, 2013 responding to Dr. Bea's report. |
| 4/17/13 | Announce schedule of experts for parties responding. |
| **4/26/13** | **Deadline for reports of experts identified by BP in its *in camera* letter of January 10, 2013 responding to Dr. Bea's report.** |
| 5/10/13 | Reply expert reports. |
| 5/17/13 | Announce schedule of any rebuttal experts. |
| **5/24/13** | **Deadline for reply report from Dr. Bea.** |
| 5/27/13 | Commencement of expert depositions. |
| 7/13/13 | Deadline for completion of expert depositions (including deposition of Dr. Bea). |

IT IS ORDERED that: (1) the PSC's request for the delay in the deadline for Dr. Bea to submit expert report for Phase Two is GRANTED in PART and DENIED in PART as provided herein; and (2) the deadline for an appeal of this order is **Tuesday, January 22, 2013.**

New Orleans, Louisiana, this 14th day of January, 2013.

                                                  SALLY SHUSHAN
                                                **United States Magistrate Judge**