UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | * | CIVIL ACTION NO.: 10-08888 |
| BY THE OIL RIG "DEEPWATER HORIZON" | * | |
| | * | JUDGE CARL BARBIER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

IT IS ORDERED that Christopher P. Ieyoub be and the same is hereby substituted as counsel of record for Sea Trepid International, L.L.C. in these proceedings.

　　　　　　　　　　　　　　　　　　　　　**JUDGE**