UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL                                          *        CIVIL ACTION NO.:  10-08888
BY THE OIL RIG "DEEPWATER HORIZON"        *
                                                                   *        JUDGE CARL BARBIER
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED that Albert J. Nicaud and the law firm of Nicaud & Sunseri, L.L.C. is hereby withdrawn as counsel of record for Tammany Specialty Services, L.L.C. in these proceedings.

_____
                                                **JUDGE**