UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All cases | * | |
| | * | MAG. JUDGE SHUSHAN |

## ORDER

The time of the Final Pretrial Conference on Friday, January 18, is **CHANGED** from 9:30 a.m. to **8:15 a.m.**  Only trial counsel for the Phase One Trial may attend.  The Final Pretrial Conference is **not** open to the public.

New Orleans, Louisiana, this 14th day of January, 2013.

_____
United States District Judge