UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF NEW ORLEANS
STATE OF LOUISIANA

| | |
|---|---|
| **KENNETH ROBERTS** | **CIVIL ACTION NO. 10-3815** |
| | **SECTION "J"** |
| **VERSUS** | **JUDGE BARBIER** |
| **BP, PLC, et al** | **MAG. SHUSHAN** |

## MOTION TO DISMISS

Plaintiff, Kenneth Roberts, moves this Honorable Court for an Order of Dismissal on the basis that all of the differences and disputes between the parties hereto have been settled and compromised.

Respectfully submitted this 14th day of January, 2013,

                                                  */s/ David A. Hilleren*
                                                 DAVID A. HILLEREN (#6921)
                                                 HILLEREN & HILLEREN, L.L.P.
                                                 Counsel for Plaintiff, Kenneth Roberts

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, on this 14th day of January, 2013.

                                                  */s/ David A. Hilleren*
                                                   DAVID A. HILLEREN