UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF NEW ORLEANS
STATE OF LOUISIANA

**KENNETH ROBERTS**　　　　　　　　　　**CIVIL ACTION NO. 10-3815**
　　　　　　　　　　　　　　　　　　　　　**SECTION "J"**

**VERSUS**　　　　　　　　　　　　　　　　**JUDGE BARBIER**

**BP, PLC, et al**　　　　　　　　　　　　　**MAG. SHUSHAN**

## ORDER

Considering the Plaintiff's Motion to Dismiss:

**IT IS ORDERED** that all claims and demands set forth in the above-numbered and entitled action be and the same are hereby dismissed, with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana, this _____ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE

1