UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION "J" (1) |
| THIS DOCUMENT APPLIES TO:<br>*ALL CASES & 2:10-CV-02771* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### TRANSOCEAN'S PHASE TWO
### EXHIBIT OBJECTIONS – FIRST INSTALLMENT

**NOW INTO COURT** come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc. (collectively "Transocean"), and, in accord with the Court's Orders of November 14, 2012 [Doc. 7888] and December 21, 2012 [Doc. 8123] respectfully submit the following Phase II Exhibit Objections – First Installment for Phase Two of the Limitation and Liability Trial. Transocean raises the below general objections and sets forth specific objections in the attached Exhibit A:

1) Transocean reserves the right to object to all exhibits that have not been produced or sufficiently identified on the parties' exhibit lists.

2) Transocean reserves the right to object at trial to all photographic, demonstrative and/or physical exhibits.

3) Transocean objects to the introduction and/or use of any exhibit solely related to Phase One issues that appeared for the first time on a party's first installment of the party's Phase Two exhibit list.