Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-000001 CUR | BP-HZN-BLY00000001 | BP-HZN-BLY00000192 | BP Deepwater Horizon Accident Investigation Report - Bly Report | 802 | HESI SOL |
| TREX-000770 | none | none | Obituary for Peter L. Lutz, by Milton, Nilsson, Prentice & Webster | 401 | PSC SOA SOL |
| TREX-000771 | none | none | @nifty - online article / webpage in asian language. http://www.msrc.com/Equipment.htm | 401 901 | PSC SOA SOL |
| TREX-000876 | BP-HZN-BLY00206967 | BP-HZN-BLY00206967 | E-Mail - From: Defranco, Samuel Sent: Thu Jun 03 20:13:57 2010 - Subject: Gas Flow Rate | 401 | HESI SOL |
| TREX-001166 | TRN-MDL-00494919 | TRN-MDL-00495005 | E-Mail - From: Stringfellow, William (Houston) to John Keeton | 401 407 404 | BP PSC SOA SOL |
| TREX-001452 | TRN-HCEC-00011574 | TRN-HCEC-00012001 | Transocean - Field Operations Handbook | 401 | BP SOL |
| TREX-001453 | TRN-HCEC-00006423 TRN-MDL-00048160 | TRN-HCEC-00006783 TRN-MDL-00048520 | Deepwater Horizon - Emergency Response Manual - Volume 1 of 2 | 401 | HESI SOL |
| TREX-001454 | TRN-USCG_MMS-00043810 TRN-MDL-00286767 TRN-USCG_MMS-00043960 TRN-MDL-00286917 TRN-USCG_MMS-00044038 TRN-MDL-00286995 | TRN-USCG_MMS-00043957 TRN-MDL-00286914 TRN-USCG_MMS-00044035 TRN-MDL-00286992 TRN-USCG_MMS-00044205 TRN-MDL-00287162 | Transocean - Well Control Handbook | 401 | BP PSC HESI SOA SOL |
| TREX-001501 | none | none | Macondo Time Log Analysis - April 22, 2010 | 401 | HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-001826 | BP-HZN-2179MDL01127713 | BP-HZN-2179MDL01127714 | Email from Neil Cramond to Jake Skelton, et al re DWH Flooding - Initial Incident Summary | 404 401 | HESI SOL |
| TREX-001891 | none | none | Notes on Interview Notes with Paul Tooms, Interviewers: Graham McNeille, Ray Fleming & Jim Wetherbee | 802 | US SOL |
| TREX-001894 | BP-HZN-BLY00294394 | BP-HZN-BLY00294411 | Handwritten Notes - Fereidoun Abbassian - RMS - 2 | 802 404 401 | HESI SOL |
| TREX-002016 | none | none | Massive Oil Spill in the Gulf of Mexico - Hearing Before the Committee on Energy and Natural Resources - United States Senate - Second Session to Review Issues Related to Deepwater Offshore Exploration for Petroleum and the Accident in the Gulf of Mexico Involving the Offshore Oil Rig Deepwater Horizon - S. Hrg . 111-653, Pt. 1 | 802 401 | HESI SOL |
| TREX-002296 | none | none | News article: Oil spill cleanup technology underfunded | 802 | US PSC HESI SOA SOL |
| TREX-002365 | BP-HZN-2179MDL01472381 | BP-HZN-2179MDL01472383 | Document: "Stories - Managing Wells Differently Post Macondo" | 407 401 | HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-002405 | BP-HZN-2179MDL01447549 | BP-HZN-2179MDL01447551 | Email from Doug Suttles 08/06/2010 Subj: Consideration for clarifying statement - URGENT, , attaching news article: "BP Mulls Reopening Sealed Gulf Well" | 802 | HESI SOL |
| TREX-002601 | BP-HZN-BLY00308379 | BP-HZN-BLY00308385 | Notebook with notes related to investigation | 401 802 46 U.S.C. 6308 | US SOL |
| TREX-002602 | BP-HZN-BLY00000407 Baker Risk_MDL 2179_042167 | BP-HZN-BLY00000525 Baker Risk_MDL 2179_042170 | Appendix V. BP DEEPWATER HORIZON GOM INCIDENT INVESTIGATION DISPERSION ANALYSIS (from BakerRisk) | 401 802 | US SOL |
| TREX-002603 | BP-HZN-BLY00211096 | BP-HZN-BLY00211096 | Data and Diagrams re Jet Flame Length | 401 | US SOL |
| TREX-002605 | BP-HZN-BLY00210797 | BP-HZN-BLY00210801 | Email from Dave Wall to Samuel Defranco, re FW: Last 20 minutes - Vapor Dispersion Modeling, including string | 401 802 | US SOL |
| TREX-002607 | Baker Risk_MDL 2179_055963 | Baker Risk_MDL 2179_055975 | Baker Engineering and Risk Consultants, Inc - (4) Invoices:  # 020221, # 020508 dated 08/17/2010, # 020782 dated 09/14/2010, and # 021149 dated 10/12/2010. Project Name: Deep Horizon Platform Modeling | 401 | US SOL |
| TREX-002608 | BP-HZN-BLY00302417 | BP-HZN-BLY00302418 | Email from Samuel Defranco 04/27/2010 Subj: Please review "Baker Risk Scope of Work" | 401 | US SOL |
| TREX-002612 | BP-HZN-BLY00211358 | BP-HZN-BLY00211361 | Email from Thomas Rodante to Samuel Defranco, re FW: Last 20 minutes - Vapor Dispersion Modeling, including string | 401 | US SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-002613 | none | none | Photograph of Deepwater Horizon with annotations | 401 | US SOL |
| TREX-002614 | none | none | Photograph of Deepwater Horizon with annotations | 401 | US SOL |
| TREX-002915 | none | none | Society of Petroleum Engineers website article titled "Keynote Luncheon Speaker - Tuesday, 5 October" | 802 401 | HESI SOL |
| TREX-003216 (Rainey) | BP-HZN-2179MDL01464212 BPD183-030880 | BP-HZN-2179MDL01464214 BPD183-030882 | E-mail from Jason Caldwell to Doug Suttles, et al re Notes from 4/26 Morning Interface Meeting, and attaching 04/26/2010 meeting notes, with REDACTIONs | 407, 802 | HESI US HESI SOL |
| TREX-003279 | TRN-MDL-01119375 | TRN-MDL-01119381 | E-mail from Pharr Smith to Rob Turlak, Subject: Recertification of (with attachments) including string, attaching e-CFR Regulations, Title 30: Mineral Resources; Cameron (4.0 Materials, 5.0 Inspection / Testing / Documentation) | 401 407 802 | HESI SOL |
| TREX-003382 | BP-HZN-2179MDL00033054 | BP-HZN-2179MDL00033056 | Email chain between Charles Bondurant and Kelly McAughan on April 13, 2010 - Subject: RE: Pressure points | 401, 802 | US SOL |
| TREX-003809 | none | none | Article from Men's Journal Magazine titled "The Well from Hell" | 401, 802 | HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-003958 | CAM_CIV_0223944 CAM_CIV_0223961 | CAM_CIV_0223944 CAM_CIV_0223963 | Email from Steve Kropia to mplaisance@dodi.com, et al re Joint Industry Task Force Update, and attaching Equipment Group White Paper Draft | 401, 407 | HESI SOL |
| TREX-004323 | TRN-INV-01290038 | TRN-INV-01290039 | Email from G. Boughton to B. Ambrose re "FW: Horizon Bop and Pod info" | 401 | US SOL |
| TREX-004608 | TRN-INV-00467935 | TRN-INV-00467937 | Email from R Tiano to DWH ElecSup and DWH SubSeaSup RE: FRC Recommendations | 401, 802 | HESI SOL |
| TREX-004612 | TRN-MDL-01650615 | TRN-MDL-01650616 | Email from James Kent to DWH, SubSeaSup, et al re FW: Tracking, including string | 401, 802 | HESI SOL |
| TREX-004621 | TRN-INV-01266391 | TRN-INV-01266398 | Email from Dean Williams to William Stringfellow, et al re  Re: DSP DTL Shuttle Valves RMR, including string | 407, 802 | PSC SOA SOL |
| TREX-004621.a CUR | TRN-INV-01266391 | TRN-INV-01266398 | Email from Dean Williams to William Stringfellow, et al re  Re: DSP DTL Shuttle Valves RMR, including string | 407, 802 | PSC US HESI SOA SOL |
| TREX-004631 | TRN-INV-00002585 | TRN-INV-00002605 | Interviewing Form for Interview with John Keeton - Rig Manager Performance - Interviewers Hart & Butefish - Handwritten notes and transcription - Interview Record | 802 | HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-004655 | TRN-MDL-02009260 | TRN-MDL-02009262 | Email from Otis Gordy to John Keeton, et al re RE: BOP emergency system testing - Standard Procedures, including string | 407 | HESI SOL |
| TREX-004656 | TRN-MDL-02009383 | TRN-MDL-02009390 | Transocean - Specific Procedure Form for EDS Test Surface | 401, 407 | HESI SOL |
| TREX-004657 | TRN-MDL-02009400 | TRN-MDL-02009408 | Transocean - Specific Procedure Form for ROV Operating of BOP Functions (SubSea) | 407 | HESI SOL |
| TREX-004658 | TRN-MDL-02009409 | TRN-MDL-02009416 | Transocean - Specific Procedure Form for Cameron Deadman (AMF) - Surface Test | 401, 407 | HESI SOL |
| TREX-004664 | TRN-MDL-02009186 | TRN-MDL-02009239 | Email from Mike Wright to DSP, OIM, et al re FW: BOP emergency system testing - Standard Procedures, including string and attaching various TO Specific Procedure Forms | 407 | HESI SOL |
| TREX-004680 | TRN-MDL-01973943 | TRN-MDL-01974024 | Deepwater Horizon - Technical Rig Audit - January 2008, prepared by Kevan Davies, Approved by Norman Wong | 401 | HESI SOL |
| TREX-004699 | BP-HZN-2179MDL00312717 BPD115-038868 | BP-HZN-2179MDL00312719 BPD115-038870 | Email from Charles Bondurant to Brian Morel, et al re Re: Pip Tags, including string | 401 | US SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-004706 | TRN-MDL-01642791 | TRN-MDL-01642851 | Email from DWH AsstDriller to DWH CraneOper and DWH Deckpusher, re FW:, including string and attaching Deepwater Horizon Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period, September 2009 | 401 | HESI SOL |
| TREX-004723 | IMS172-038169 | IMS172-038174 | United States Department of the Interior Minerals Management Service NTL No. 2010-N06; National notice to lessees and operators of federal oil and gas leases, outer continental shelf; drilling and well control requirements | 401 407 | HESI SOL |
| TREX-004771 | BP-HZN-BLY00158150 | BP-HZN-BLY00158159 | Email from Steve Flynn to G Safety & Operations HSSE LT, et al re RE: Link to hearing on website, including string and attaching BP American - Dr. Steven Flynn Testimony and One Page Summary of Dr. Steven Flynn Testimony | 404 802 | HESI SOL |
| TREX-004788 | TRN-INV-02844193 | TRN-INV-02844200 | E-mail from Rodney Manning to Bob Walsh, Subject: Overdue or deferred maintenance items, and string from 09/22/2010, attaching Job Plan Reports, Job Deferral Summary, marked as CONFIDENTIAL | 401 | HESI SOL |
| TREX-004791 | TRN-INV-03283206 | TRN-INV-03283273 | Transocean - Deepwater Horizon Bridge Procedures Guide | 401 | HESI SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-004793 | none | none | Spreadsheet with information about BOP's for various rigs operating for TO | 802 | HESI SOL |
| TREX-004826 | TRN-INV-02808228 | TRN-INV-02808229 | Email - from: Don Wilkes To: Bob Walsh - Subject: ER ventilation | 401 | HESI SOL |
| TREX-004910 | TRN-INV-00330962 | TRN-INV-00330982 | Park 10 ER Log (description of phone calls from 4/20/10 10:07 pm - 4/22/10 10:55 pm) | 401 | HESI SOL |
| TREX-004934 | TRN-INV-03405120 TDR102-003483 | TRN-INV-03405122 TDR102-003485 | DWH Technical Group Summary Report | 802 | HESI SOL |
| TREX-004954 | TRN-INV-00005095 | TRN-INV-00005102 | Interviewing Form, dated August 10, 2010 - Interviewee: Sarah Kathleen Williams, Senior DPO, Transocean | 401 802 | HESI SOL |
| TREX-004957 | TRN-INV-00975890 | TRN-INV-00975904 | Notes - Investigation Team - 09/13/2010 BOP Discussion - Jeff Boughton, Dan Farr | 401 802 | HESI SOL |
| TREX-005001 | TRN-INV-03402975 | TRN-INV-03402977 | Email from P. Roller to B. Ambrose re Update | 401 802 | US SOL |
| TREX-005002 | TRN-INV-03404177 | TRN-INV-03404213 | InTuition Energy Associates - Deepwater Horizon Macondo Blowout - A Review of Cement Designs and Procedures - Final Report - Draft Copy Only | 401 802 | US SOL |
| TREX-005003 | TRN-INV-03404062 | TRN-INV-03404080 | InTuition Energy Associates - Deepwater Horizon - Macondo Blowout - A Review of Cement Designs and Procedures - Preliminary Report - To Be Finalized | 401 802 | US SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-005004 | TRN-INV-03406254 | TRN-INV-03406309 | Review of Macondo #1 - 7" x 9-7/8" Production Casing Cementation - Author: George Birch | 401 407 802 | US SOL |
| TREX-005005 | TRN-INV-01816212 | TRN-INV-01816216 | Email - From: George Birch To: Perrin Roller - Subject: O&GJ - Halliburton Article - 27 Sept, with attachment | 401 802 | US SOL |
| TREX-005006 | TRN-INV-01748343 | TRN-INV-01748344 | DWH Investigation Control Message Form Dated 9/21/2010 of Jimmy Harrell | 401 802 | US SOL |
| TREX-005007 | TRN-INV-00847616 | TRN-INV-00847623 | Memorandum from Perrin Roller to Bill Ambrose, re Investigation of Negative Test and Riser Displacement Procedures (Preliminary Report) | 401 802 | US SOL |
| TREX-005008 | TRN-INV-01143327 | TRN-INV-01143328 | E-mail- From Roller, Perrin to Ambrose, Bill Sent: July 2,2010- Subject: Negative Test Data | 401 802 | US SOL |
| TREX-005009 | TRN-INV-01639754 | TRN-INV-01639756 | Document: Appendix 1, Negative Test Statistics | 401 802 | US SOL |
| TREX-005032 | TRN-INV-00002645 | TRN-INV-00002652 | Transocean Investigation Interviewing Form: Interview of Yancy Keplinger | 401 802 | HESI SOL |
| TREX-005052 | none | none | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling - Stopping the Spill: The Five-Month Effort to Kill the Macondo Well | 802 | US SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-005054 | none | none | West Engineering Services - Mini Shear Study For U.S. Minerals Management Service | 802 | BP US PSC HESI SOA SOL |
| TREX-005055 | none | none | West Engineering Services - Shear Ram Capabilities Study For U.S. Minerals Management Service | 802 | US SOL |
| TREX-005088 | BP-HZN-2179MDL03686557 | BP-HZN-2179MDL03686575 | Email - From: Maureen Johnson To: Gordon Birrell and others - Subject: Starter Slide Pack, attaching 09/24/2010 draft "Embedding Deepwater Horizon Learning through OMS, E&P Segment Draft Action Plan" | 802 407 | HESI SOL |
| TREX-005177 | CAM_CIV_0029877 CAM_CIV_0029879 | CAM_CIV_0029877 CAM_CIV_0029899 | Email from Jason Van Lue to Merrick Kelley, et al re DSR for June 6th, and attaching 05/05/2010 Cameron Controls Daily Report Sheet re Subsea POD Intervention | 401 802 | HESI SOL |
| TREX-005233 | BP-HZN-2179MDL03764770 | BP-HZN-2179MDL03764770 | Handwritten note/calculations on page from Deepwater Horizon Accident Investigation Report - Eight Barriers Were Breached | 401 802 | US SOL |
| TREX-005236 | BP-HZN-2179MDL03764771 | BP-HZN-2179MDL03764771 | Handwritten note by WEB - Horizon video - 28:55 - Mark Bly | 401 802 | US SOL |
| TREX-005326 | none | none | Deepwater Horizon - MC-252 - Meetings - 04/20/2010 - 08/15/2010 - handwritten notes | 802 | HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-005333 | IMS183-000652 | IMS183-000699 | Letter from Ken Salazar, Secretary of the Interior to the President of the United States, re preparing a report evaluating additional offshore oil and gas safety measures that the Dept of the Interior might impose, attaching 05/27/2010 Dept of the Interior report titled Increased Safety Measures for Energy Development on the Outer Continental Shelf | 802 407 401 | HESI SOL |
| TREX-005342 | TRN-MDL-02431786 | TRN-MDL-02431787 | Email from DWH Captain to DWH Chief Mate re: "RE: 2011 SPS Projects," and string | 401 802 | HESI SOL |
| TREX-005403 | TRN-USCG_MMS-00042595 TRN-MDL-00273270 | TRN-USCG_MMS-00042596 TRN-MDL-00273271 | Transocean Well Operations Group Advisory re Monitoring well control integrity of mechanical barriers | 401 | BP SOL |
| TREX-005406 | TRN-MDL-02469544 | TRN-MDL-02469547 | Transocean Performance and Operations Alert re Moored Rigs Subsea Well Control Equipment Operation, Maintenance and Testing | 401 407 | HESI SOL |
| TREX-005468 | TRN-MDL-02726350 | TRN-MDL-02726367 | Report: Transocean Deepwater Horizon Incident - Internal Investigation, Investigation Update - Interim Report | 401 | HESI SOL |
| TREX-005495 | TRN-INV-02853658 TDR087-015234 | TRN-INV-02853668 TDR087-015244 | Email from E. Florence to D. Farr re: Info for PC ASAP attaching DWH SEM Battery change outs.doc | 401 802 | HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-005516 | BP-HZN-BLY00298452 | BP-HZN-BLY00298474 | Email from Fereidoun Abbassian to Tony Emmerson, re Briefing session with Bly, and attaching 05/28/2010 BP presentation titled "BOP System Failure Investigation" | 401 802 | HESI SOL |
| TREX-005522 | BP-HZN-BLY00394312 | BP-HZN-BLY00394326 | Email from Donna Simoneaux to Krissy Longwood, et al re FW: T Emmerson Notes, and attaching Handwritten notes by Tony Emmerson | 802 | US SOL |
| TREX-005525.a CUR | BP-HZN-BLY00398598 | BP-HZN-BLY00398599 | RE: Request - ROV Timeline and Photos of the Drillers Doghouse | 802 | US SOL |
| TREX-005534 | BP-HZN-BLY00370136 | BP-HZN-BLY00370324 | DRAFT of BP Deepwater Horizon Accident Investigation Report | 401 802 | BP SOL |
| TREX-005618 | TRN-INV-00704639 | TRN-INV-00704642 | Email - From: Paul Johnson to: DWH, MaintSup - Subject: Rig Down time, and string | 401 404 | PSC SOA SOL |
| TREX-005619 | TRN-MDL-00965751 | TRN-MDL-00965753 | Email from J. Kent to B. Trahan re: Horizon BOP leak, and string | 802 | HESI SOL |
| TREX-005622 | BP-HZN-BLY00165699 BPD121-021808 | BP-HZN-BLY00165700 BPD121-021809 | Bottom Supported Rigs Well Control Equipment Operation, Maintenance and Testing | 407 | HESI SOL |
| TREX-005649 | TRN-INV-00760054 TRN-INV-00760101 | TRN-INV-00760098 TRN-INV-00760101 | Transocean 2009 Annual Report - Well Control Events & Statistics | 401 404 | PSC SOA SOL |
| TREX-005649a | TRN-INV-00760054 | TRN-INV-00760101 | Transocean 2009 Annual Report - Well Control Events & Statistics - 2005 to 2009 | 401 404 | PSC SOA SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-005651 | TRN-INV-01215566 | TRN-INV-01215567 | Email from Larry McMahan to Marcel Robichaux, et al re: Presidential Commission Report - Chapter 4 Comments, including string | 401 404 407 802 | HESI SOL |
| TREX-005659 | TRN-MDL-02805023 | TRN-MDL-02805031 | Email from E. Florence to A. Murray and C. Tolleson re: Cameron system, and string | 401 802 | HESI SOL |
| TREX-005662 | TRN-MDL-02785488 | TRN-MDL-02785494 | Email from Chris Tolleson to Ewen Florence, et al re Re: RE: Fedex info, including string | 802 401 | HESI SOL |
| TREX-005679 | BP-HZN-CEC055706 | BP-HZN-CEC055707 | Emails between Yilmaz, Shaw & Lacy, Re: DAWFC on Marianas, and string. | 401 404 | PSC SOA SOL |
| TREX-005765 | TRN-INV-01028332 | TRN-INV-01028332 | Transocean DWH Investigation Ticket: Emergency Preparedness - Drills & Exercises | 802 401 404 | HESI SOL |
| TREX-005772 | TRN-MDL-02961967 | TRN-MDL-02961970 | Emails between Jack Ryan (Manager- Performance (Lagos) & Foster, Re: Diverter Operations, and string. | 401 407 | HESI SOL |
| TREX-005781 | none | none | Transocean - Well Control Handbook - L1B - HQS-OPS-HB-01 - Issue 04 - Revision 00 | 401 407 | HESI SOL |
| TREX-005880 | BP-HZN-2179MDL04456951 | BP-HZN-2179MDL04457136 | Richard Morrison, BP VP GoM Production, handwritten notes | 802 | US SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-005881 | BP-HZN-2179MDL01457809 | BP-HZN-2179MDL01457855 | Email from Richard Morrison to Kent Wells, et al re Mobile BOEM Public Forum Results, and attaching 08/10/2010 BP Harnessing the lessons of Deepwater Horizon, and also attaching 08/09/2010 Prepared Comments for BOEM Public Forum in Mobile AL. | 407 802 | US SOL |
| TREX-005889 | BP-HZN-2179MDL04457259 | BP-HZN-2179MDL04457272 | BP Deepwater Horizon Brief by Richard Morrison, Vice President of Operations (GOM) | 802 | US SOL |
| TREX-005897 | BP-HZN-2179MDL04456488 | BP-HZN-2179MDL04456592 | Document:  Richard Morrison - handwritten notes from response | 802 | US HESI SOL |
| TREX-005898 | HCG154-000003 | HCG154-000052 | Memo:  Incident Action Plan, Historian Memo by C.E. Anglin | 802 | HESI SOL |
| TREX-006073 | BP-HZN-SEC00104535 | BP-HZN-SEC00104536 | BP press release titled "BP Initiates Response to Gulf of Mexico Oil Spill" | 802 | HESI SOL |
| TREX-006074 | BP-HZN-2179MDL02176212 | BP-HZN-2179MDL02176213 | BP press release titled "BP Forges Ahead with Gulf of Mexico Oil Spill Response" | 802 | HESI SOL |
| TREX-006097 | BP-HZN-MBI00171007 | BP-HZN-MBI00171038 | BP ICS-214 Responder Logbook, Incident/Drill Name: Thierens MC 252, Date: 05/01/0000 | 802 | HESI SOL |
| TREX-006155 | BP-HZN-BLY00360427 | BP-HZN-BLY00360485 | Binder of handwritten notes by Norman Wong, BP, Manager, Specialist Technical Support - Rig Audit EPT | 802 | HESI SOL |
| TREX-006160.a CUR | BP-HZN-BLY00367934 | BP-HZN-BLY00367946 | Power Point Re: BOP Investigation Jun 14, 2010 | 802 | HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-006185 | BP-HZN-2179MDL02207128 | BP-HZN-2179MDL02207167 | Email from Graham McNeillie to Paul Tooms, re Presidential Commission Report on Response, and attaching National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, Stopping the Spill: The Five-Month Effort to Kill the Macondo Well, DRAFT, Staff Working Paper No. 6 | 802 | HESI SOL |
| TREX-006384 | BP-HZN-2179MDL03085148 | BP-HZN-2179MDL03085155 | Document: "Allegations" | 802 | US HESI SOL |
| TREX-007015 | JCF004-003271 JCF004-003421 | JCF004-003271 JCF004-003425 | Deepwater Horizon - Accident Investigation Report - Analysis 5D. The Blowout Preventer Did Not Seal the Well, pp. 151-155 | 802 | HESI SOL |
| TREX-007017 | CAM_CIV_0080398 | CAM_CIV_0080398 | Email from C. Erwin to J. Van Lue re Daily Report - Horizon - POD Intervention.docx | 802 | HESI SOL |
| TREX-007130 | TRN-MDL-00868761 TRN-MDL-00868765 | TRN-MDL-00868762 TRN-MDL-00868768 | Email from Barry Braniff to David Foster, et al re FW: Alert - Well Control Equipment, including string and attaching 05/11/2010 Transocean Operations Department Alert re Deepwater DP Rigs Subsea Well Control Equipment Operation, Maintenance and Testing, Rev. 02 | 401 407 | HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-007201 | BP-HZN-2179MDL02289026 BP-HZN-2179MDL02289028 | BP-HZN-2179MDL02289026 BP-HZN-2179MDL02289028 | Email from John Baxter to Gillian Moore re:  Well Control Procedures, and string, attaching diagrams of Typical Subsea Stack and Diverter System | 802 | HESI SOL |
| TREX-007222 | AE-HZN-2179MDL00151352 | AE-HZN-2179MDL00151397 | add energy - Dynamic Simulations - Deepwater Horizon Incident - BP - Report | 802 | US SOL |
| TREX-007253 | BP-HZN-BLY00330507 BP-HZN-BLY00346914 | BP-HZN-BLY00330515 BP-HZN-BLY00346981 | DWH Incident Investigation CF4-NTF3 Drill String System | 401 802 | US SOL |
| TREX-007254 | BP-HZN-BLY00096433 | BP-HZN-BLY00096434 | Email from Kent Corser to Jim Cowie, et al re FW: well integrity, including string | 401 | US SOL |
| TREX-007256 | BP-HZN-BLY00096653 | BP-HZN-BLY00096656 | Email from Fereidoun Abbassian to Kent Corser, et al re Dynamic Simulation Report, including string | 401, 802 | US SOL |
| TREX-007261 | BP-HZN-BLY00096991 | BP-HZN-BLY00096991 | Email from Dave Wall to Tony Brock, et al re Well Inflow Modeling Slides, and attaching 05/26/2010 BP presentation titled "Explaining the Last 20 minutes" | 401 802 | US SOL |
| TREX-007265 | none | none | Deepwater Horizon - Accident Investigation Report - Appendix W. Report-Dynamic Simulations Deepwater Horizon Incident BP (from ae add energy) | 802 | US SOL |
| TREX-007266 | BP-HZN-BLY00375311 | BLY-HZN-BLY00375379 | Deepwater Horizon Incident - Dynamic Simulations - BP | 401 802 | US SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-007267 | AE-HZN-2179MDL00101574 | AE-HZN-2179MDL00101586 | Email from Dave Wall to Tony Brock, et al re Well Inflow Modeling Slides, and attaching 05/26/2010 BP presentation titled "Explaining the Last 20 minutes," Draft - Work in Progress - Subject to Revision | 401 802 | US SOL |
| TREX-007269 | none | none | Add Energy website article titled "Investigation Report, GoM" | 401 802 | US SOL |
| TREX-007292 | BP-HZN-BLY00377468 BPD242-000062 BP-HZN-BLY00377470 BPD242-000064 BP-HZN-BLY00377472 BPD242-000066 | BP-HZN-BLY00377468 BPD242-000062 BP-HZN-BLY00377470 BPD242-000064 BP-HZN-BLY00377472 BPD242-000066 | Email from Dave Wall to Morten Haug Emilsen, re RE: BP Incident Investigation, including string | 802 401 | US SOL |
| TREX-007293 | BP-HZN-BLY00372483 BPD217-002798 BP-HZN-BLY00372485 BPD217-002800 BP-HZN-BLY00372487 BPD217-002802 BP-HZN-BLY00372489 BPD217-002804 BP-HZN-BLY00372491 BPD217-002806 | BP-HZN-BLY00372483 BPD217-002798 BP-HZN-BLY00372485 BPD217-002800 BP-HZN-BLY00372487 BPD217-002802 BP-HZN-BLY00372489 BPD217-002804 BP-HZN-BLY00372491 BPD217-002806 | E-MAIL W. Goodman to M. Bly, et al. RE: TRANSOCEAN HORIZON INCIDENT-MASTER PROJECT KEY INFORMATION-5/19/2010 | 802 | US SOL |
| TREX-007294 | BP-HZN-BLY00103940 MDM045-000837 | BP-HZN-BLY00103941 MDM045-000838 | E-MAIL from T. Emmerson to M. Bly, et al. RE: DEEPWATER HORIZON FOLLOW UP AUDIT REPORT SEPT. 2009 | 401 404 802 | US SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-007295 | BP-HZN-BLY00207121 | BP-HZN-BLY00207125 | Email from Dave Wall to Tony Brock, et al re Conclusions and Recommendations, and attaching a memo re Conclusions and Recommendations | 401 802 407 | US SOL |
| TREX-007297 | BP-HZN-BLY00210797 | BP-HZN-BLY00210801 | Email from Dave Wall to Samuel Defranco, re FW: Last 20 minutes - Vapor Dispersion Modeling, including string | 802 401 | US SOL |
| TREX-007298 | BP-HZN-BLY00210839 | BP-HZN-BLY00210841 | Document:  BP Transocean Deepwater Horizon Rig Incident, Situation Executive Summary | 401 802 | US SOL |
| TREX-007305 | BP-HZN-BLY00300980 BP-HZN-BLY00300996 | BP-HZN-BLY00300981 BP-HZN-BLY00300996 | Email from Dave Wall to Fereidoun Abbassian, re RE:, including string and attaching presentation re Process Safety, and also attaching a drawing | 401 802 | US SOL |
| TREX-007317 | none | none | Article:  Leaking Oil Well Lacked Safeguard Device | 401 802 | HESI SOL |
| TREX-007354 | BP-HZN-2179MDL01437877 | BP-HZN-2179MDL01437887 | A New Era of Deepwater Safety - A proposal for harnessing the Lessons of DWH - Supplementary Materials 08/05/2010 | 407 802 | PSC SOA SOL |
| TREX-007356 | none | none | BP - A New Era of Deepwater Safety - A proposal for harnessing the lessons of Deepwater Horizon | 407 802 | PSC SOA SOL |
| TREX-007381 | BP-HZN-CEC063970 | BP-HZN-CEC063971 | Email dated Jun 4, 2009 Shaw to Lacy Subj: RE: Transocean Marianas Traveling Block/Crown Collision HIPO Investigation Report, and string | 401 404 802 | PSC SOA SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-007400 | TRN-INV-03487236 | TRN-INV-03487243 | add energy Report: Summary and Conclusions Deepwater Horizon Incident by Morten H. Emilsen | 802 401 | US SOL |
| TREX-007401 | none | none | add energy Report: Summary and Conclusions Deepwater Horizon Incident by Morten H. Emilsen | 802 401 | US SOL |
| TREX-007533 | TRN-MDL-01288347 | TRN-MDL-01288355 | Email from Alan Caldow to Jimmy Moore, et al re RE: Report from Bardolino, including string and attaching 04/05/2010 Transocean Well Operations Group Advisory re Monitoring well control integrity of mechanical barriers, and also attaching 04/14/2010 Transocean Operations Advisory re Loss of Well Control During Upper Completion | 401 404 | HESI SOL |
| TREX-007534 | TRN-INV-01128907 | TRN-INV-01128909 | Well Control Procedures - "laundry" list Rev 2, dated 11th Aug 2010 | 401 404 407 | HESI SOL |
| TREX-007583 | BP-HZN-BLY00056021 | BP-HZN-BLY00056023 | Email from John Keeton to Martin Ward, re FW: Test Ram, including string | 401 404 | US HESI SOL |
| TREX-007669 | CAM_CIV_0029314 | CAM_CIV_0029315 | Email from Jason Van Lue to William Stringfellow, et al re RE: AMF battery EB, including string | 401 | HESI SOL |
| TREX-007693 | CAM_CIV_0029314 | CAM_CIV_0029315 | Email from J. VanLue to W. Stringfellow re AMF battery EB, including string. | 401 | HESI SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-007764 | BP-HZN-2179MDL00086090 | BP-HZN-2179MDL00086167 | BP Incident Report, Drift Off and Emergency Riser Disconnect, Transocean Horizon, June 30, 2003, marked as CONFIDENTIAL | 401 404 802 | HESI SOL |
| TREX-007810 | none | none | Expert Report of David L. O'Donnell, P.E. | 401 | US SOL |
| TREX-007811 | none | none | Rebuttal Expert Report of David L. O'Donnell, P.E. | 401 | US SOL |
| TREX-007818 | TRN-HCEC-00077422 | TRN-HCEC-00077424 | Documents titled: Cameron TL BOP DVS Shear Rams; Cameron TL BOP Shearing Blind Rams; Cameron TL BOP DVS Shear Rams; Cameron TL BOP Flexpacker Rams. | 401 | HESI SOL |
| TREX-007819 | BP-HZN-IIT-0002686 BP-HZN-MBI00132269 | BP-HZN-IIT-0002687 BP-HZN-MBI00132270 | TO Deepwater Horizon Emergency Response Manual Section 12 Subsection 12, Emergency Disconnect Activation - Well Testing and Subsection 13, Emergency Disconnect Procedure | 401 | HESI SOL |
| TREX-007920 | none | none | Appendix W.  Report - Dynamic Simulations Deepwater Horizon Incident BP (from AE Add Energy) | 802 | US SOL |
| TREX-008019 | BP-HZN-2179MDL01872969 BPD198-010917 | BP-HZN-2179MDL01873026 BPD198-010974 | Intercall Final Transcript - US SRI meeting on the Gulf of Mexico spill | 802 | HESI SOL |
| TREX-008122 | none | none | Expert Report of Forrest Earl Shanks II on BOP Design | 401 | US SOL |
| TREX-008123 | none | none | Rebuttal Expert Report of Earl Shanks II | 401 | US SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-008176 | none | none | (LexisNexis print out, 4 of 15 documents) Houston Chronicle September 9, 2010 headline story: "Disaster in the Gulf - BP Spreads Blame for Deadly Blowout" | 401 802 | HESI SOL |
| TREX-008855 | none | none | Det Norske Veritas Final Report for United States Department of the Interior, Bureau of Ocean Energy Management, Regulation, and Enforcement, Washington, DC 20240, Forensic Examination of Deepwater Horizon Blowout Preventer, Volume I Final Report, Report No. EP030842 | 802 46 U.S.C. 6308 | BP US HESI ANA SOL |
| TREX-008899 | none | none | DVD containing 2 videos of press conference by Admiral Mary Landry | 802 | BP HESI SOL |
| TREX-008921 | none | none | Excerpt from BP Deepwater Horizon Accident Investigation Report, Page 69, from Analysis 5A. Well Integrity Was Not Established or Failed | 802 | US HESI SOL |
| TREX-009172 | none | none | Presentation titled "Forums on Offshore Drilling, Strategies for Well Control and Containment in Deepwater" | 401 802 404 | PSC HESI SOA SOL |
| TREX-009178 | none | none | DVD titled: MDL No. 2179, T. Allen Deposition Video, September 24-25, 2012.  Contains video clip numbers 1, 2, 3, 5, 7, 8 & 10 played during Admiral Allen's deposition. | 802 | BP HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-009262 | none | none | Add Energy presentation titled " Lillehammer, March 3rd, 2011, Macondo - Well Control efforts," by Dr. Ole B. Rygg | 802 | US PSC HESI SOA SOL |
| TREX-009677 | IGS758-001242 | IGS758-001313 | Handwritten notes of Marcia McNutt dated from 05/03/0000 thru 05/26/0000 | 802 | BP PSC HESI ANA SOA SOL |
| TREX-009769 | none | none | Notice of Service of Subpoena to Det Norske Veritas (DNV) | 401 | US HESI SOL |
| TREX-009914 | none | none | Meeting Minutes for Dept of the Interior Ocean Energy Safety Advisory Committee | 802 | HESI ANA SOL |
| TREX-009996 | TDR165-000117 TRN-MDL-07734323 | TDR165-000120 TRN-MDL-07734326 | Document titled Draft for Employee Video, Sunday May 2, Steven Newman, CEO | 401 | US HESI SOL |
| TREX-009997 | TDR153-184193 TRN-MDL-05755702 | TDR153-184220 TRN-MDL-05755729 | Transcript of Hearing on the Deepwater Horizon Oil Rig Accident, Panel 2, hearing held by Sen. Jeff Bingaman | 401 404 802 | US HESI SOL |
| TREX-009999 | TDR165-072418 TRN-MDL-07806624 | TDR165-072472 TRN-MDL-07806678 | Transcript of Hearing on the Deepwater Explosion's Strategy Impact, Panel 2, hearing held by Rep. Nick J. Rahall II | 401 802 | US HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-010031 | none | none | Environmental Science & Technology article titled "Oil Release from Macondo Well MC252 Following the Deepwater Horizon Accident," by Stewart Griffiths | 802 | HESI ANA SOL |
| TREX-010046 | CAM_CIV_0586830 CDR122-008301 | CAM_CIV_0586839 CDR122-008310 | Email from John Hellums to Stephen Chambers, et al re RE: Question about CC40 for BP DeepWater Horizon, including string | 802 | US HESI SOL |
| TREX-010226 | TRN-MDL-00348002 | TRN-MDL-00348002 | Email from Bill Sannan to Jerry Canducci, re FW: Crane Training, including string | 404 | US PSC HESI SOA SOL |
| TREX-010227 | TRN-MDL-03889224 | TRN-MDL-03889225 | Email from Mac Polhamus to Daun Winslow, et al re FW: High Level BP Presentation | 404 802 | US PSC HESI SOA SOL |
| TREX-010228 | TRN-MDL-06230341 | TRN-MDL-06230345 | Email from Steve Hand to Mandar Pathak, et al re FW: Marianas, Kodiak sidetrack, including string | 401 | US PSC HESI SOA SOL |
| TREX-010234 | TRN-MDL-02152088 | TRN-MDL-02152088 | Email from Eddy Redd to Steve Hand, re Fw: Plumbing error on the Horizon stack (!?), including string | 802 | BP US HESI SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-010239 | TRN-MDL-00349076 | TRN-MDL-00349078 | Email from Mike Wright to Keith Mesker, et al re FW: Loss of Control Events, including string | 404 802 | US HESI SOL |
| TREX-010240 | TRN-MDL-06416911 | TRN-MDL-06416912 | Email from Jimmy Moore to Chris Knight, re Re: Using the Management System, including string | 404 802 | US PSC HESI SOA SOL |
| TREX-010241 | TRN-MDL-06419253 | TRN-MDL-06419254 | Email from Steve Hand to Mark Monroe, re FW: REVIEW: Pre-read pack and Final Slide deck, including string and attaching BP presentation titled "Transocean Performance Review - April 2009, Pre-read pack and agenda" | 404 802 | US PSC HESI SOA SOL |
| TREX-010242 | TRN-MDL-04739631 | TRN-MDL-04739633 | Email from Mandar Pathak to Barry Braniff, et al re FW: Rashpetco - Well Je 72-1, including string | 401 | US PSC HESI SOA SOL |
| TREX-010243 | TRN-MDL-03862589 | TRN-MDL-03862590 | Email from Doug Halkett to John Wilson, et al re RE: PROBABILITY OF FIRE & EXPLOSION IN MOONPOOL / RIG FLOOR, including string | 401 802 | US PSC HESI SOA SOL |
| TREX-010244 | TRN-MDL-06165488 | TRN-MDL-06165489 | Email from Ian MacPhail to Steve Hand, re FW: Prospect Diverter Flowline, including string | 404 802 | US PSC HESI SOA SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-010245 | TRN-MDL-06570746 | TRN-MDL-06570746 | Email from Marc Cleaver to David Mullen, et al re Reducing Unplanned Operational Events, and attaching 03/00/2005 presentation titled "2005 Worldwide Subsea and TD/PHS Downtime Charts," prepared by HQS Performance Teams | 404 802 | US PSC HESI SOA SOL |
| TREX-010246 | none | none | Presentation titled "Transocean Performance Review - 2009, April 12th 2010, BP Offices - WL1, Houston" | 404 802 | US PSC HESI SOA SOL |
| TREX-010247 | none | none | Transocean presentation titled "Reducing Unplanned Operational Events" | 404 802 | US PSC HESI SOA SOL |
| TREX-010248 | TRN-MDL-01274711 | TRN-MDL-01274713 | Email from Dean Williams to Jean Paul Buisine, et al re RE: Subsea Issues, including string | 407 802 | US PSC HESI SOA SOL |
| TREX-010256 | none | none | OCS Report, MMS 2006-039, Investigation of Loss of Well Control, South Timbalier Block 135, Well No. 6, OCS 0462 | 401 404 | US HESI SOL |
| TREX-010311 | LDX007-0000990 | LDX007-0001006 | Presentation titled "Flow Analysis Activities for the MC252 Well," Report-outs by Government Teams, Nodal Analysis Team Summary | 802 | BP HESI ANA SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-010312 | LNL036-007350 | LNL036-007353 | Second Addendum to the LLNL Estimate of the BP Macondo Well Oil-Spill Leakage Rate Prepared for the Nodal Analysis Team of the Flow Rate Technical Group by Todd Weisgraber and Thomas Buscheck, Lawrence Livermore National Laboratory (LLNL) | 802 | BP US HESI ANA SOL |
| TREX-010314 | none | none | Excerpts from Macondo The Gulf Oil Disaster, Chief Counsel's Report - Chapter 4.1: Flow Path | 802 | BP HESI ANA SOL |
| TREX-010325 | none | none | Presentation titled "Follow-on Flow Analysis Activities for the MC252 Well," Report-outs by Government Teams, PREDECISIONAL DRAFT | 802 | BP HESI ANA SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-010326 | ETL093-000592 | ETL093-000825 | Nodal Analysis Estimates of Fluid Flow from the BP Macondo M56 Well; (Page 27) 07/02/2010 Report on Estimation of Oil Flow Rate from British Petroleum (BP) Oil Company's Deepwater Horizon MC-252 Well, prepared by Los Alamos National Laboratory (LANL) for the Flow Rate Technical Group (FRTG); (Page 92) 06/30/2010 Preliminary Estimate of the BP Macondo Well Oil-Spill Leakage Rate Based on Simulation of the Reservoir and Well System; (Page 119) 07/00/2010 LLNL Estimate of the BP Macondo Well Oil-Spill Leakage Rate Prepared for the Nodal Analysis Team of the Flow Rate Technical Group; (Page 136) 07/05/2010 Nodal Analysis of Fluid Flow from the BP Macondo M56 Well; (Page 194) 07/00/2010 Evaluation of the Gulf Oil Spill Rate from Wellbore Pressure Loss Analysis; (Page 230) 07/02/2010 Pooling Laboratory Assessments | 802 | BP US HESI ANA SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-010327 | ETL093-000116 | ETL093-000366 | Report on Estimation of Oil Flow Rate from British Petroleum (BP) Oil Company's Deepwater Horizon MC-252 Well, prepared by Los Alamos National Laboratory (LANL) for the Flow Rate Technical Group (FRTG); (Page 67) 06/30/2010 Preliminary Estimate of the BP Macondo Well Oil-Spill Leakage Rate Based on Simulation of the Reservoir and Well System; (Page 94)  07/00/2010 LLNL Estimate of the BP Macondo Well Oil-Spill Leakage Rate Prepared for the Nodal Analysis Team of the Flow Rate Technical Group; (Page 111) 07/00/2010 Addendum to the LLNL Estimate of the BP Macondo Well Oil-Spill Leakage Rate Prepared for the Nodal Analysis Team of the Flow Rate Technical Group; (Page 118) 07/21/2010 Nodal Analysis of Fluid Flow from the BP Macondo MC 252 Well, prepared by National Energy Technology Laboratory; (Page 181) 07/00/2010 Evaluation of the Gulf Coast Oil Spill Rate from Wellbore Pressure Loss Analysis, prepared by | 802 | BP HESI ANA SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-010338 | BP-HZN-2179MDL04503729 BPD334-023703 | BP-HZN-2179MDL04503738 BPD334-023712 | BP's Preliminary Response to the Flow Rate and Volume Estimates Contained in Staff Working Paper No. 3 | 802 | BP US PSC HESI SOA SOL |
| TREX-010360 | BP-HZN-2179MDL01611601 | BP-HZN-2179MDL01611601 | Slipsheet followed by various spreadsheets - Executive Summary of Response Events | 802 | BP US HESI SOL |
| TREX-010361 | BP-HZN-2179MDL02022226 | BP-HZN-2179MDL02022238 | BP GoM Drilling, Completions and Interventions - Deepwater Horizon BOP Historical Timeline & Current Status, Rev. 0, Document No. 2200-T2-DO-RP-5075 | 802 | BP US HESI SOL |
| TREX-010366 | none | none | Spreadsheet re Annotated Index for Notebook -- Temperature Measurements or Attempted Measurements, Miscellaneous Materials, and Additional Tabs | 802 | BP US HESI SOL |
| TREX-010400 | CAM_CIV_0102190 CDR073-001904 | CAM_CIV_0102202 CDR073-001916 | BP GoM Drilling, Completions and Interventions - Deepwater Horizon BOP Historical Timeline & Current Status, Rev. 0, Document No. 2200-T2-DO-RP-5075 | 802 | BP US HESI SOL |
| TREX-010508 | BP-HZN-2179MDL00609962 | BP-HZN-2179MDL00609973 | BP MC-252 #1 Top Kill Evaluation, Rev. C, Document No. 2200-T2-DO-RP-4012 | 802 | BP US PSC HESI SOA SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-010512 | DSE001-011514<br>BP-HZN-2179MDL05786543<br>HCP002-000498<br>BP-HZN-2179MDL01841023<br>BP-HZN-2179MDL01167296<br>BP-HZN-2179MDL01530769<br>OSE016-053366<br>BP-HZN-2179MDL01968915<br>BP-HZN-2179MDL07553199 | DSE001-011516<br>BP-HZN-2179MDL05786555<br>HCP002-000499<br>BP-HZN-2179MDL01841023<br>BP-HZN-2179MDL01167308<br>BP-HZN-2179MDL01530794<br>OSE016-053367<br>BP-HZN-2179MDL01968915<br>BP-HZN-2179MDL07553201 | Charles Holt Reference Materials containing various emails, presentations, itinerary, procedures, letter and notes | 802 | BP<br>US<br>HESI<br>SOL |
| TREX-010537 | BP-HZN-2179MDL02205590 | BP-HZN-2179MDL02205602 | Email from Paul Tooms to W Leith McDonald, et al re FW: Slide pack for 13.00, including string and attaching 05/29/2010 BP presentation titled "Top Kill Analysis" | 802 | BP<br>PSC<br>HESI<br>SOA<br>SOL |
| TREX-010633 | WW-MDL-00031217 | WW-MDL-00031218 | Technology Solutions Group Interoffice Memo from Pat Campbell to Bill Mahler, et al re Your Meeting in Washington, D.C. w/BOEMRE Director Bromwich | 802<br>404 | BP<br>HESI<br>SOL |
| TREX-011010 | LDX005-0006536 | LDX005-0006538 | Email from Annemarie Meike to Wayne Miller, et al re RE: NDA has been sent to Statoil, including string | 401 | HESI<br>SOL |
| TREX-011017 | STATOIL00000737 | STATOIL00000737 | Handwritten notes (in foreign language) on calculations | 401<br>802 | HESI<br>SOL |
| TREX-011027 | STATOIL00000154 | STATOIL00000156 | Email from Reidar Schuller to Wayne Miller, et al re Hydro choke model, and attaching a graph re Choke calculations | 802 | BP<br>HESI<br>SOL |

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-011030 | STATOIL00000328 | STATOIL00000331 | Memo from Reidar Schuller to Wayne Miller re choke information | 802 | BP HESI SOL |
| TREX-011033 | STATOIL00000672 | STATOIL00000694 | Note from R B Schuller to Ruben Schulkes and Geir Elseth re Choke calculations - GOM incident | 802 | BP US HESI SOL |
| TREX-060423 | TRN-INV-03455232 | TRN-INV-03455357 | Report: Deepwater Horizon Study Group Final Report on the Investigation of the Macondo Well Blowout and Appendices | 401, 802 | HESI SOL |
| TREX-060513 | BP-HZN-BLY00294035 | BP-HZN-BLY00294036 | Email from Norman Wong to Fereidoun Abbassian Subj: MBI Hearings Transcript | 401, 802, 46 U.S.C. 6308 | HESI SOL |
| TREX-060514 | BP-HZN-BLY00294350 | BP-HZN-BLY00294351 | Email from Paul Dias to Fereidoun Abbassian Subj: Assignment/Paul Dias BOP Systems | 401, 802 | HESI SOL |
| TREX-060515 | BP-HZN-BLY00294352 | BP-HZN-BLY00294359 | Document: Questions from Fereidoun Abbassian May 27th | 401, 802 | HESI SOL |
| TREX-060772 | TRN-HCEC-00063077 TRN-MDL-00104814 | TRN-HCEC-00063127 TRN-MDL-00104864 | Report: Energy Report Beaufort Sea Drilling Risk Study | 401, 802 | HESI SOL |
| TREX-060779 | HAL_1254599 | HAL_1254695 | Document: 2010 11 09 National Oil Spill Commission Meeting Transcripts | 802 | HESI SOL |
| TREX-060887 | PSC-MDL2179-029232 | PSC-MDL2179-029626 | Report: Borthwick, Commissioner David, Report of the Montara Commission of Inquiry, Commonwealth of Australia | 802 | HESI SOL |
| TREX-060893 | HAL_1260814 | HAL_1260853 | Document: OGP Deepwater Wells Global Industry Response Group Recommendations | 401, 407, 802 | HESI SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-062824 | TRN-INV-00760369 | TRN-INV-00760370 | Email From: Jim Schroeder To: Perrin Roller and others - Subject: Negative Test Procedures - Conventional Procedures in Transocean Fleet | 401 | HESI SOL |
| TREX-062886 | TRN-INV-03410044 | TRN-INV-03410057 | Report: DWH Macondo Blowout-Analysis of Negative Pressure Test Anomalies | 401, 802 | HESI SOL |
| TREX-062890 | TRN-MDL-01176087 | TRN-MDL-01176094 | Email- From: Larry McMahan To: Marcel Robichaux and others- Subject: RE: Presidential Commission Report- Chapter 4 Comments, with attachments | 401, 404, 802 | HESI SOL |
| TREX-140197 | IGS678-009575 | IGS678-009579 | M. Bromwich - M. McNutt INTERAGENCY MEMORANDUM re USGS Support for Macondo Well Control and Containment: Observations Regarding Technical Problems with Deepwater Efforts - June 2010 DRAFT | 401, 802 | BP SOL |
| TREX-140306 | SDX002-0006978 | SDX002-0006978 | Email from D. Blankenship - S. Pye re RE: chat | 401, 802 | BP SOL |
| TREX-140349 | BP-HZN-2179MDL04523822 | BP-HZN-2179MDL04523840 | BP GoM Drilling, Completions and Interventions - DW Horizon Yellow POD Removal Procedure | 802 | BP SOL |
| TREX-140353 | CAM_CIV_0102019 | CAM_CIV_0102046 | Email from S. Kropla - A. Summers & B. Smith et al. re API RP 53 Checklists (w/ attachments) | 401, 407, 802 | BP SOL |

Exhibit A - Transocean's Phase Two Exhibit Objections - First Installment for Phase Two of the Limitation and Liability Trial

| Trial Exhibit No. | Beginning Bates | Ending Bates | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|
| TREX-140469 | LAL124-001819 | LAL124-001837 | Email from W. Rees - M. Burns re Re: Post Top Kill Attempt #3 - Update - 5-29-10 [REMINDER - FOUO - ALL INFORMATION BELOW] | 802 | BP SOL |