UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

## ANADARKO'S OBJECTIONS TO FIRST INSTALLMENT OF PHASE TWO GOOD FAITH TRIAL EXHIBITS

| OFFERING PARTY | EXHIBIT NO. | BATES START | BATES END | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| Transocean | 1592 | ANA-MDL-000007964 | | 4/12/2010 | Email from Trautman to Jacobs & Botevyle, FW: Macondo, forwarding a meeting appointment - meeting to discuss options for possibly drilling deeper beyond our current TD for the Macondo well | FRE 402 - Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial  FRE 403 - Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial |
| Transocean | 1593 | ANA-MDL-000001946 | | 4/12/2010 | Email from Trautman to Strife, FW: Macondo TD, forwarding email from Chandler to Bodek regarding feedback on joint exploration-development meeting on 04/12/2010 | FRE 402 - Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial  FRE 403 - Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial |
| Transocean | 1596 | ANA-MDL-000002795 | | 4/14/2010 | Email from Powell, Subject: Macondo Pipe Setting Recommendation w/Hollek, arranging meeting for 04/14/2009 | FRE 402 - Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial  FRE 403 - Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial |
| US  Transocean | 1911 | APC-SHS2A-000001252, ADR008-001008 | | 4/9/2010 | Email from Bodek to Chandler, Subject: Macondo update, regarding drilling plans | FRE 402 - Irrelevant, outside the Scope of Phase II Trial  FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| Transocean | 1912 | ANA-MDL-000002080, ADR017-002080 | ANA-MDL-000002081, ADR017-002081 | 4/9/2010 | Email from Chandler to O'Donnell, Subject: Macondo update, attaching Macondo Prospect MC 252 #1 graph | FRE 402 - Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial  FRE 403 - Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial |

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

ANADARKO'S OBJECTIONS TO FIRST INSTALLMENT OF PHASE TWO GOOD FAITH TRIAL EXHIBITS

| OFFERING PARTY | EXHIBIT NO. | BATES START | BATES END | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| Transocean | 1913 | APC-HEC1-0000004797 | APC-HEC1-0000004798 | 4/9/2010 | Emails between O'Donnell, Hollek & Chandler, Subject: Macondo update, regarding drilling / pay | FRE 402 - Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial<br><br>FRE 403 - Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial |
| Transocean | 1919 | APC-SHS2A-000001082 | APC-SHS2A-000001084 | 8/28/2009 | Authorization for Expenditure | FRE 402 - Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial<br><br>FRE 403 - Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial |
| US | 1934 | ANA-MDL-000261741 | ANA-MDL-00026741 | 4/23/2010 | Email - From: O'Donnell, Alan; To: Alan O'Donnell; Subject: Macondo Flow Rates | FRE 1002, 1003 - Incomplete document (attachment missing).<br><br>FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br><br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| Transocean | 2640 | ANA-MDL-000240671 | ANA-MDL-000240678 | 7/28/2010 | Email to Robert Quitzau from Bill Goetz re FW: Well Control - Anadarko (including string) (with attachment) | FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br><br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial<br><br>FRE 802 - Hearsay |

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

ANADARKO'S OBJECTIONS TO FIRST INSTALLMENT OF PHASE TWO GOOD FAITH TRIAL EXHIBITS

| OFFERING PARTY | EXHIBIT NO. | BATES START | BATES END | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| Transocean | 2666 | ANA-MDL-000274636 | ANA-MDL-000275007 | 9/8/2011 | Handwritten notes re Mark Bly & Deepwater Horizon - Accident Investigation Report with notes | FRE 402 - Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial<br>FRE 403 - Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko; Outside the Scope of Phase II Trial |
| US<br>HESI | 2699 | ANA-MDL-000055629 | ANA-MDL-000055631 | 4/9/2010 | From: Darrell Hollek; To: Chuck Meloy; Subject: FW: Macondo Update | FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| HESI | 4212 | ANA-MDL-000073379 | ANA-MDL-000073383 | 6/5/2010 | Document: BP Invoice Month of Operation: 05, 2010 to Anadarko | FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| US | 4993 | APC-HEC1-000004687 | APC-HEC1-000004687 | 10/22/2009 | Risk Consistency Review and Summary | FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| US | 4994 | APC-HEC1-00004652 | APC-HEC1-00004652 | 11/23/2009 | Email From: Darrell Hollek; To: Alan O'Donnell; Subject: FW: BP's Macondo (MC252) Well Cost Update | FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**
**MDL NO. 2179, SECTION J**

**ANADARKO'S OBJECTIONS TO FIRST INSTALLMENT OF PHASE TWO GOOD FAITH TRIAL EXHIBITS**

| OFFERING PARTY | EXHIBIT NO. | BATES START | BATES END | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| US | 4995 | ANA-MDL-000039304 | ANA-MDL-0000039306 | 12/1/2009 | Email From: Nikhil Joshi; To: Dawn Peyton; Subject: RE: Macondo OLGA Model | FRE 402 - Irrelevant, outside the Scope of Phase II Trial; FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| US | 4998 | ANA-MDL-0000277627 | ANA-MDL-0000277646 | 00/00/0000 | Anadarko Economic Summary - Macondo | FRE 402 - Irrelevant, outside the Scope of Phase II Trial; FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| US | 4999 | ANA-MDL-000036761 | ANA-MDL-000036764 | 11/30/2009 | Email From: Dawn Peyton; To: Ben Manoochehri; Subject: RE: BP's Macondo (MC252) Well Cost Update | FRE 402 - Irrelevant, outside the Scope of Phase II Trial; FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| US | 5013 | ANA-MDL-000039354 | ANA-MDL-000039356 | 12/16/2009 | Email From: Dawn Peyton: To: Alan O'Donnell; Subject: Macondo | FRE 402 - Irrelevant, outside the Scope of Phase II Trial; FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| US | 5023 | APC-SHS2A-000001040 | APC-SHS2A-000001044 | 1/25/2010 | Email From: Nick Huch; To: Robert Bodek; Subject: FW: Real-time data | FRE 402 - Irrelevant, outside the Scope of Phase II Trial; FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| HESI Transocean US | 5025 | ANA-MDL-000004620 | ANA-MDL-000004621 | 4/5/2010 | Email from Dawn Peyton to Bert Allbritton, re FW: Macondo pay log section, including string and attaching a graph titled Macondo Prospect, MC 252 #1, M56 (MM7) Sand | FRE 402 - Irrelevant, outside the Scope of Phase II Trial; FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**
**MDL NO. 2179, SECTION J**

**ANADARKO'S OBJECTIONS TO FIRST INSTALLMENT OF PHASE TWO GOOD FAITH TRIAL EXHIBITS**

| OFFERING PARTY | EXHIBIT NO. | BATES START | BATES END | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| HESI Transocean US | 8904 | ANA-MDL-000002758 | ANA-MDL-000002761 | 4/9/2010 | Email from Dawn Peyton to Alan O'Donnell, et al re FW: OLGA output, including string and attaching two screenshots of OLGA Plot | FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br><br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| US HESI | 9954 | ANA-MDL-000274636 | ANA-MDL-000274638 | 00/00/0000 | Mark Bly Handwritten Notes | FRE 1002, 1003 - Incomplete document (attachment missing)<br><br>FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br><br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |
| US HESI | 9955 | ANA-MDL-000240672 | ANA-MDL-000240678 | 00/00/0000 | Argonauta Drilling Services L.L.C. Well Control After Macondo Potential Approach to Future Gulf of Mexico Drilling Preventing Blow-Outs, Limiting any damage if a Blow-out still occurred | FRE 1002, 1003 - Incomplete document (cover missing)<br><br>FRE 402 - Irrelevant, outside the Scope of Phase II Trial<br><br>FRE 403 - Prejudicial, Confusion of Issues, outside the Scope of Phase II Trial |