# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*               JUDGE BARBIER
                                MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Working Group Conference on Friday, January 11, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

## MDL 2185

BP received a request from counsel in MDL 2185, who is not part of the lead counsel team, to provide depositions from MDL 2179.  It is proposed that the counsel be permitted to purchase transcripts of the depositions from Worldwide subject to the standard confidentiality agreement.  Halliburton asked whether some demonstration of need should be presented to obtain the reports of experts.  The request for the depositions is passed until the next Working Group Conference to permit the parties to report any objections or concerns in addition to the one noted by Halliburton.[1]

---

[1] At the conclusion of the Pretrial Conference before Judge Barbier on Friday, January 18, the Court will announce whether there will be a Working Group Conference immediately following the Pretrial Conference or whether it will be delayed until January 25.

## Capping Stack

BP provided a description of the mandrel on the capping stack.  Transocean reported an immediate operational need for the mandrel for one of its rigs.  One of BP's experts said there is a possible purpose for the mandrel which will affect the expert's report.  BP was asked to discuss the matter further with its expert.  The Court will have a conference with BP and Transocean during the week of January 14 to discuss the mandrel and the capping stack.

## PHASE ONE PREPARATION

1.      **Listing Phase One and Phase Two Exhibits**.

On January 10, BP outlined a protocol it and HESI will follow when they file updated Phase One exhibit lists.  The parties were asked to review the uniform standards and comply with them. The PSC reported that it has prepared a clean Phase One exhibit list with no Phase Two exhibits on it.  BP responded that it will confer with the PSC on the issue, but thought that it made the most sense for each party to have their documents on one list.  The U.S. reported that: (1) it prefers to delay the melding of the Phase Two exhibits into the Phase One exhibit list until the parties clean up all of the Phase Two documents; and (2) with the exception of Phase Two documents that the Court permits the parties to add to their Phase One exhibit lists, no other Phase Two documents should be added to the Phase One exhibit list.  Transocean and Anadarko are concerned that the BP/Halliburton protocol may detract from the effort to keep Phase One separate from Phase Two.

BP will work on this issue with the parties.  It will be on the agenda for the next Working Group Conference.

2.      **Additions to Exhibit Lists**.

Pursuant to Amended Pre-Trial Order No. 54 (Rec. doc. 8173), each party was granted leave to add up to 35 exhibits to its exhibit list without demonstrating "good cause."  Transocean noted that the parties should "brand" these additional exhibits and provide them to inData.  BP agreed to propose a procedure for these additional exhibits.  It clarified that any "branding" would only apply to the 35 exhibits permitted under PTO 54 or new exhibits added by order on a demonstration of good cause.

3.      **Cured Exhibits**.

The U.S. reported that it is close to agreement on the issues with the cured exhibit list.  The Court confirmed that, subject to the U.S. resolving its issues, everyone will use the cured version of the exhibits.

4.      **Phase One Glossary of Terms**

Judge Barbier requests a glossary of terms that he can refer to as he is re-reviewing depositions and during live testimony.  This will be an agenda item for the Pretrial Conference.

5.      **Changes to Witness Lists**.

        a.      Tim Probert, Tom Roth and Tim Quirk.

The PSC reported that there is no issue with Probert.  It is communicating with counsel for Quirk and Roth and will update the parties.  This will be removed from the agenda.

        b.      David (Jerry) Calvert.

The PSC and BP requested leave to add Calvert to testify live at the trial (Rec. docs. 8181 and 8182).  HESI submitted a response (Rec. doc. 8234).  **Monday, January 14**, is the deadline for a reply.

      c.      <u>Jeff Wolfe</u>.

An order was issued granting Transocean's motion to admit the expert report of Jeff Wolfe as his direct examination (Rec. doc. 8230).  Transocean shall confer with the parties on a procedure for making designations from his deposition.

      d.      <u>Frank Patton</u>.

The U.S. objected (Rec. doc. 8233) to BP's request to add Patton to testify live at the trial (Rec. doc. 8181).  BP's reply is due on **Monday, January 14.**

      e.      <u>Bill Ambrose</u>.

On January 4, BP requested leave to amend its witness list to add Ambrose to testify live at the trial.  The parties reported no objection.  BP's request is granted.

      f.      <u>Gregory Meche</u>.

On January 4, M-I reported that it intends to remove Meche from its Phase One Trial Witness List, but reserve its right to introduce his deposition testimony at trial (Rec. doc. 8180).  The parties reported no objection.  M-I's request is granted.

**6.**      **<u>Pretrial Conference</u>.**

The Pretrial Conference is at **8:15 a.m. on Friday, January 18.**  Please provide a joint agenda to Judge Barbier by **Tuesday, January 15.  Only the attorneys trying the case are to be in attendance.**  The conference will be closed to the public.

**7.**      **<u>Courtroom Connect</u>.**

Courtroom Connect reports that it has heard from most of the parties.

**8.**      **<u>Courtroom Set-Up</u>.**

The Phase One technical walk through is **Thursday, January 17, at 9:30 a.m.** in Judge

Barbier's courtroom.  **It is for technical people only.**  Lawyers may not be present.  Lawyers who want to view the courtroom after the technical walk through is complete may do so.  Arrangements can be made through Hope McDonald (504.589.7530), Judge Barbier's judicial assistant.

Judge Barbier has two civil jury trials set for **Tuesday, February 19, 2013.**  The Court will report as promptly as possible on the availability of the Courtroom during the week of February 18 for set-up.

**9.      Trial**.

The trial of Phase One will begin on **Monday, February 25, 2013.**

PHASE TWO

<strong>Phase Two Document Production</strong>

**1.      Open Document Production Issues Between BP and U.S.**

There was discussion by the U.S. and BP.  The Court will have a telephone conference with counsel for the U.S. and BP.

**2.      Professor Ira Leifer and UCSB Document Production**.

BP submitted a letter on the production (Rec. doc. 8209).  A supplemental order regarding the production by UCSB was issued on January 11 (Rec. doc. 8211).   The deadline for the completion of the privilege log was Monday, January 7.  Any motions on the privilege issues shall be presented on an underlined expedited basis.

<strong>Phase Two Fact Depositions</strong>

**1.      Designees for the BP 30(b)(6) depositions**.

On January 2, 2013, an order was issued regarding the Rule 30(b)(6) Deposition of BP (Rec. doc. 8143).  BP and the U.S. met and conferred.  Agreement was reached on the deposition of

Trevor Hill, but other issues remain.  The deadline for an appeal is extended to **Friday, January 18, 2013.**

2.      **Designees for the U.S. 30(b)(6) depositions**.

On January 7, 2013, BP submitted a letter for additional Rule 30(b)(6) designees and testimony from the U.S.(Rec. doc. 8232).  **Wednesday, January 16**, is the deadline for the U.S. opposition, and **Monday, January 21,** is the deadline for the BP reply.

3.      **Oceaneering**.

The U.S. reported that Oceaneering's document production is not complete.  The current tentative dates for the depositions of the designees, Anthony Harwin and Kinton Lawler,  are January 31 and February 1.  The depositions will be in Houston or Washington, D.C.

4.      **George Graettinger**.

The deposition will be rescheduled from February 5 and 6 to February 6 and 7 in Washington, D.C.

5.      **Secretary Chu**.

There was discussion concerning the arrangements for Secretary Chu's deposition.  The U.S. shall confer with Secretary Chu's staff to arrange for the court reporter to have the Wi-Fi access it requires and the clearance required for the video equipment.  The conference room for the deposition is not large.  Counsel are urged to keep the numbers in attendance to the minimum.

6.      **David Clarkson.**

BP is withdrawing Clarkson.  It will amend its witness list.  Mr. Carmichael will be listed instead and he was deposed.

7.    **Mark Patteson**.

The deposition will be in Houston.

8.    **Mike Levitan**.

The deposition will be rescheduled from January 24 and 25 to January 30 and 31.  BP and the U.S. resolved document issues.

| Witness | | Classification | Length | | Date |
|---|---|---|---|---|---|
| Week - January 14-18 | | | | | |
| BP (Fact) | Trevor Hill | Quant. | 2 days | London | Jan. 14-15 |
| BP (Fact) | Bob Merrill | Quant. | 2 days | N.O. | Jan. 15-16 |
| BP (Fact) | Jim Wellings | Source Con. | 2 days | N.O. | Jan. 16-17 |
| U.S. (Fact) | Bill Lehr | Quantifcation | 2 days | N.O. | Jan. 17-18 |
| Week - January 21-25 | | | | | |
| BP (Fact) | Mark Patteson | Source Con. | 2 days | Houston | Jan. 23-24 |
| U.S. (Fact) | Sec. Chu | Source Con. | 1 day | Wash., D.C. | Jan. 24 |
| BP (Fact) | Mike Mason | Quant. | 2 days | N.O. | Jan. 24-25 |
| Week - January 28 - February 1 | | | | | |
| TO (Fact) | Steve Hand | Source Con. | 2 days | N.O. | Jan. 28-29 |
| UCSB | Professor Leifer | Quant. | 2 days | Bakersfield | Jan. 28-29 |
| BP (Fact) | Mike Levitan | Quant. | 2 days | N.O. | Jan. 30-31 |
| U.S. (Fact) | Ronald Dykhuizen | Quant. | 2 days | N.O. | Jan. 30-31 |
| U.S. (Fact) | Mark Havstad | Quant. | 2 days | N.O. | Jan. 30-31 |
| Oceaneering (30(b)(6)) | Anthony Harwin | Tentative | 1 day | Hous. | Jan. 31/Feb 1 |

Oceaneering (30(b)(6)) Kinton Lawler  Tentative  2 day Hous.   Jan. 31/Feb. 1

   Week - February 4 -8

U.S. (Fact)    George Graettinger Quant.   2 days Wash., D.C. Feb. 6-7

**February 8 is the deadline for the completion of fact depositions.**

**OTHER ISSUES**

1.  **<u>Dr. Bea</u>**.

An order was issued on the PSC's request for a delay in the deadline for Dr. Bea's report

(Rec. doc. 8231).

2.  **<u>Orders from Phase One Which Should Be Applicable to Phase Two</u>.**

Anadarko distributed a proposed order regarding experts with a request for review and input

from the parties.

3.  **<u>Alaska Documents</u>**.

BP reported that it will confer with the U.S. on the Alaska documents.  It prefers that the U.S.

return the documents to BP.  While it will consider producing them to U.S. promptly, it does not

want this interpreted as an opportunity for the parties to seek "later phase" discovery from BP.

4.  **<u>Orders Relating to Criminal Prosecutions</u>**.

The U.S. reported on two orders it is working on concerning: (a) requests by counsel for

criminal defendants for documents, including documents identified as confidential under PTO No.

13; and (b) clarifying that communications between the U.S. and the States, particularly the non-

party States, are confidential.

## <u>CONFERENCE SCHEDULE</u>

| | |
|---|---|
| 01/17/13 | Thursday at 9:30 a.m., Phase One technical walk through |
| 01/18/13 | Friday, Phase One pre-trial conference at 8:15 a.m. - trial attorneys only WGC meeting may follow |
| 01/25/13 | WGC meeting at 9:30 a.m. |
| 02/01/13 | No conference - Super Bowl on February 3 |
| 02/08/13 | No conference - Mardi Gras on February 12 |
| 02/15/13 | WGC meeting at 9:30 a.m. |
| 02/22/13 | WGC meeting at 9:30 a.m. |
| 02/25/13 | Commencement of trial of Phase One. |
| 03/01/13 | WGC meeting at 9:30 a.m. |
| 03/08/13 | WGC meeting at 9:30 a.m. |
| 03/15/13 | WGC meeting at 9:30 a.m. |
| 03/22/13 | No WGC Conference |
| 03/29/13 | No WGC Conference |
| 04/05/13 | No WGC Conference |
| 04/12/13 | WGC meeting at 9:30 a.m. |
| 04/19/13 | WGC meeting at 9:30 a.m. |
| 04/26/13 | WGC meeting at 9:30 a.m. |
| 05/03/13 | WGC meeting at 9:30 a.m. |
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. |

| | |
|---|---|
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |
| 06/07/13 | WGC meeting at 9:30 a.m. |
| 06/14/13 | WGC meeting at 9:30 a.m. |
| 06/21/13 | WGC meeting at 9:30 a.m. |
| 06/28/13 | WGC meeting at 9:30 a.m. |
| 07/05/13 | No Conference |
| 07/12/13 | WGC meeting at 9:30 a.m. |
| 07/19/13 | WGC meeting at 9:30 a.m. |
| 07/26/13 | WGC meeting at 9:30 a.m. |
| 08/02/13 | No Conference |
| 08/09/13 | WGC meeting at 9:30 a.m. |
| 08/16/13 | WGC meeting at 9:30 a.m. |
| 08/23/13 | WGC meeting at 9:30 a.m. |
| 08/29/13 | Phase Two Final Pre-Trial Conference |
| 09/09/13 | Commencement of Phase Two Trial |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 15th day of January, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

`