UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases and 10-cv-2771, 10-cv-8888, 10-cv-9999, 10-md-02179, 11-cv-274 and 11-cv-275* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and respectfully submit this motion requesting that Allen M. Katz, California Bar No. 054933, associated with Case No. 2:10-cv-2771 and related Case Nos. 2:10-cv-8888, 2:10-cv-9999, and 2:10-md-02179 and its member cases, specifically 2:11-cv-274 and 2:11-cv-275, be allowed to withdraw as one of the counsel of record for Transocean as a result of his acceptance of the position of Interim Senior Vice President and General Counsel for Transocean. Transocean also requests that Mr. Katz be removed from the electronic service list in these cases. All other counsel of record will remain, and this withdrawal is not sought for purposes of delay.

WHEREFORE, Transocean respectfully requests that the Court grant this Motion to Withdraw as Counsel of Record.

DATED: January 15, 2013

By: __s/ Brad D. Brian__

Brad D. Brian
Michael R. Doyen

Respectfully submitted,

By: __s/ Steven L. Roberts__

Steven L. Roberts
Rachel Giesber Clingman

| | |
|---|---|
| Daniel B. Levin<br>MUNGER TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email: brad.brian@mto.com<br>       michael.doyen@mto.com<br>       daniel.levin@mto.com | Sean D. Jordan<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel: (713) 470-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com,<br>       rachel.clingman@sutherland.com<br>       sean.jordan@sutherland.com |

By:  s/ Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
   and
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

By:  s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants - Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw Counsel of Record has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 15th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　 /s/ *Kerry J. Miller*
　　　　　　　　　　　　　　　　　　　　　　 Kerry J. Miller