UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** *Deepwater Horizon* **in the Gulf of Mexico, on April 20, 2010**<br><br>**This document applies to:**<br>*All Cases and 10-cv-2771, 10-cv-8888, 10-cv-9999, 10-md-02179, 11-cv-274 and 11-cv-275* | **MDL No. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE SHUSHAN** |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Upon consideration of the Motion to Withdraw Counsel of Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"):

IT IS ORDERED that Allen M. Katz, California Bar No. 054933, be permitted to withdraw as counsel of record for Transocean in Case No. 2:10-cv-2771 and related Case Nos. 2:10-cv-8888, 2:10-cv-9999, and 2:10-md-2179 and its member cases, specifically 2:11-cv-274 and 2:11-cv-275.  Further Mr. Katz shall be removed from the electronic service list in such cases, as appropriate.

No other modifications to counsel of record for Transocean shall be made.

THIS _____ day of _____, 201____

                                                      THE HONORABLE CARL J. BARBIER
                                                          United States District Court Judge
                                                              Eastern District of Louisiana