IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 12-968 and 12-970 | * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Directing Notice Administrator to Send Reminder Letter To Potential Oyster Leaseholder Class Members That Have Not Filed Seafood Compensation Program Claims]**

IT IS ORDERED that:

The January 22, 2013 deadline for filing Seafood Compensation Program claims pursuant to the *Deepwater Horizon* Economic and Property Damages Settlement Agreement is approaching. There exists a public database with contact information for persons and entities with Oyster Leasehold interests registered with the State of Louisiana. The Claims Administrator and the Parties have identified, to the best of their ability, those persons and entities listed in the public database who did not opt out of the Economic and Property Damage Settlement and who have not submitted a Seafood Compensation Program claim.

In order to provide a reminder to these potential class members of the upcoming deadline for submitting Seafood Compensation Program claims, the Court hereby directs the Notice Administrator for the Economic and Property Damages Settlement Agreement to send the letter attached as Exhibit A to these potential class members.

New Orleans, Louisiana, this 15th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE