IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | *<br>* | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 12-968 and 12-970 | *<br>* | MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Directing Claims Administrator to Send Letters Regarding Requests
To Revoke Exclusion (Opt-Out) Requests]

IT IS ORDERED that:

In its November 16, 2012 Order Extending Deadlines for Revocation of Exclusion (Opt Out) Requests for the *Deepwater Horizon* Economic and Property Damages Settlement Agreement and the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement (Rec. Doc. 7928), this Court extended the deadline by which potential class members who had requested exclusion could elect to revoke such exclusion requests. For the Economic and Property Damages Settlement, the Court extended the revocation deadline to December 15, 2012. While that deadline has passed, the Economic and Property Damages Settlement Agreement provides that revocation requests may be accepted after the deadline at the "sole and unilateral discretion" of the BP Parties or by order of the Court upon a showing of good cause.

In order to provide further notice of the opportunity to request revocation at BP's discretion, the Court hereby directs the Claims Administrator for the Economic and Property Damages Settlement Agreement to send the letter and form attached as Exhibit A to potential class members who have timely and properly requested exclusion from the Economic and Property Damages Settlement Class. Such potential class members may complete, sign, and

return the form included in Exhibit A to the Economic and Property Damages Settlement Claims Administrator to request BP's consent to revoke his, her, or its opt out request.

    New Orleans, Louisiana, this 15th day of January, 2013.

                                                                     CARL J. BARBIER
                                                                       UNITED STATES DISTRICT JUDGE