**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

[OPT OUT NAME]                                                                                        [DATE]
[ADDRESS LINE 1]
[ADDRESS LINE 2]
[ADDRESS LINE 3]
[CITY], [STATE] [ZIP]

        Re:    Procedure for Requesting Revocation of Opt Out Request

Dear [GREETING]:

The deadline to revoke requests for exclusion ("opt out requests") from the Economic & Property Damages Settlement Class was December 15, 2012. The Settlement Agreement, however, gives BP the discretion to accept revocations after the deadline. It also permits the Court to order acceptance of a revocation if there is good cause. We received a request to exclude you from the Settlement Class. *If you still wish to be excluded from the Settlement Class, no action is required, and you may disregard this letter.*

If you would like to revoke your opt out request, you may request BP's consent by completing the enclosed revocation request form and returning it to the following address:

        Deepwater Horizon Court-Supervised Settlement Program
        Exclusions Department
        P.O. Box 222
        Hammond, LA 70404-0222.

Your revocation request must be personally signed by you, not your attorney. Your request will be forwarded to BP, and you will receive a response in writing as to whether BP agrees to accept your request.

You must revoke your opt out request to make any claims in the Settlement Program. You also must submit the appropriate Claim Forms to the Claims Administrator. The deadline to file claims in the Seafood Compensation Program is **January 22, 2013**, so if you wish to make any Seafood Compensation claims, you must submit your Seafood Compensation Claim Forms no later than January 22, 2013. Do **not** wait to receive a response to your revocation request before filing a claim. Unless agreed otherwise, all other claims must be filed by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

Revoking your opt out request does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at www.deepwaterhorizoneconomicsettlement.com.

**If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an opt out revocation request.** If you are not represented, and

have questions about this letter, you may call the Claims Administrator at 1-866-992-6174.

                                    Sincerely,

                                    Deepwater Horizon Claims Center
                                    Economic & Property Damages

cc:  [COUNSEL FOR OPT OUT, IF ANY]

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

**OPT-OUT REVOCATION REQUEST**

**NAME OF POTENTIAL CLASS MEMBER:** _____

**ADDRESS:** _____

**CITY:** _____  **STATE:** _____  **ZIP CODE:** _____

**PHONE:** _____

**SOCIAL SECURITY NUMBER/EIN:** _____

**GCCF ID (Optional):** _____

**DWH SETTLEMENT PROGRAM CLAIM NUMBER (Optional):** _____

**ATTORNEY (Optional):** _____

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

_____          _____
Printed Name                                                    Signature

_____
Date