MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 15, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone conference was held this date.

Participating: Sarah Himmelhoch for the U.S.; Robert Gasaway, Mark Nomellini and Alan Pixton for BP.

At the January 11, 2013 Working Group Conference there was discussion by the U.S. and BP concerning open document production issues between BP and the U.S. Rec. doc. 8246 at 5. A telephone conference was conducted to resolve the only remaining issue which concerned searches and production from the hard drive for Lisa Jackson of the EPA. The Court determined that, but for the date range issue, the U.S. was not required to make a further search of Administrator Jackson's hard drive. The U.S. shall report promptly on whether its search of the hard drive complied with the Court's date range requirements.

SALLY SHUSHAN
**United States Magistrate Judge**

MJSTAR 00:30