UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO.: 2179 SECTION "J" JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * * | MAGISTRATE DIVISION "1" MAG. JUDGE SHUSHAN |

**JOINT CONSENT MOTION OF DONALD VIDRINE AND THE TRANSOCEAN DEFENDANTS TO VACATE ORDER DATED FEBRUARY 14, 2012, AS AMENDED BY AND THE ORDER DATED FEBRUARY 24, 2012**

NOW INTO COURT, through each of their respective undersigned counsel, come Donald Vidrine ("Vidrine") and Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH ("Transocean"), and they do hereby respectfully jointly move for an order of the Court vacating this Court's earlier order dated February 14, 2012 [Rec. Doc. 5681], as amended by and this Court's order dated February 24, 2012 [Rec. Doc. 5875], all on the following grounds and for the reasons:

     1.    Vidrine has resisted Transocean's efforts to depose him on the grounds that his physicians have concluded that Vidrine is unable, for medical reasons, to give a deposition. This Court's February 14 and February 24, 2012 orders require Vidrine to submit to an examination by a Court-appointed psychiatrist, Dr. Rennie Culver, who is to then report to the Court on whether Vidrine is able to submit to a deposition in this case. Those orders also

require Vidrine's counsel to submit to Dr. Culver all of Vidrine's medical records and reports of his treating physician.

2. Vidrine appealed the aforementioned orders to the United States Court of Appeals for the Fifth Circuit in Appeal No. 12-30237. This Court stayed the effect of its orders during the pendency of that appeal. *See* March 8, 2012 Order, Rec. Doc. 5994.

3. By opinion filed January 3, 2013, the appeals court affirmed this Court's orders. Unless Vidrine takes steps to seek further appellate review, the appeals court's mandate will issue on January 24, 2013.

4. During the pendency of Vidrine's appeal, on November 14, 2012, a grand jury returned a superseding indictment against Vidrine in the matter entitled "United States of America v. Robert Kaluza and Donald Vidrine", No. 12-265, Section "K", on the docket of this Court.

5. In light of the indictment, counsel for Vidrine and Transocean have discussed the fact that in the event Vidrine were ever to be deposed (over his continuing objection), Vidrine would exercise his Fifth Amendment rights. Consequently, and so as to avoid forcing Vidrine to submit to an examination by the Court-appointed expert, and to avoid the later possibility of forcing Vidrine to submit to deposition upon live testimony, Transocean has agreed to instead propound written interrogatories to Vidrine, and Vidrine has agreed to respond to such interrogatories, without objection, within fourteen (14) days of service. This agreement is based on the understanding that Vidrine intends to invoke his Fifth Amendment rights in response to the interrogatories, and the further understanding that the parties will

jointly move to vacate as moot this Court's earlier orders that require Vidrine to submit to an examination by Dr. Culver and to produce to Dr. Culver a copy of Vidrine's medical records and reports of his treating physician.

6.  Transocean reserves the right to compel Vidrine's deposition and seek an independent medical examination in the event that Vidrine were to fail to answer the interrogatories as agreed.

WHEREFORE, Vidrine and Transocean hereby respectfully jointly move this Court to vacate as moot the order dated February 14, 2012 [Rec. Doc. 5681], as amended by and the order dated February 24, 2012 [Rec. Doc. 5875].

By: ___Robert N. Habans, Jr.___
Robert N. Habans, Jr. (La. Bar No. 6395)
Habans & Carriere
10843 N. Oak Hills Parkway
Baton Rouge, Louisiana 70810
Telephone: (225) 757-0225
Fax:           (225) 757-0398
Email:     bobhab@bellsouth.net
**ATTORNEYS FOR DONALD VIDRINE**

By: ___/s/ Steven L. Roberts___
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com
          rachel.clingman@sutherland.com
          kent.sullivan@sutherland.com

By: ___/s/ Kerry J. Miller___
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: ___/s/ Edwin G. Preis, Jr.___
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com
       rjh@preisroy.com

-and-

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

By: ___/s/ Brad D. Brian___
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com
       allen.katz@mto.com

**ATTORNEYS FOR TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. AND TRANSOCEAN DEEPWATER INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of January, 2013.

___/s/ Robert N. Habans, Jr.___
Robert N. Habans, Jr.