UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO.: 2179 SECTION "J" JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * * | MAGISTRATE DIVISION "1" MAG. JUDGE SHUSHAN |

## ORDER

Consider the foregoing Joint Consent Motion of Donald Vidrine and the Transocean Defendants to Vacate Order Dated February 14, 2012, as Amended by and the Order Dated February 24, 2012, and the Court being of the opinion that in view of subsequent events and the parties' agreement to have Mr. Vidrine respond to written interrogatories in lieu of live testimony, those orders are now moot;

IT IS HEREBY ORDERED that this Court's orders dated February 14, 2012 [Rec. Doc. 5681] and February 24, 2012 [Rec. Doc. 5875], be and each of them hereby is vacated.

New Orleans, Louisiana, this ___ day of January, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge