UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| | * | |
| **Civil Action No. 12-968** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

**[Directing Medical Benefits Settlement Claims Administrator to Send Letters Regarding Requests to Revoke Exclusion (Opt-Out) Requests]**

IT IS ORDERED that:

In its November 16, 2012 Order Extending Deadlines for Revocation of Exclusion (Opt-Out) Requests for the *Deepwater Horizon* Economic and Property Damages Settlement Agreement and the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement (Rec. Doc. 7928), this Court extended the deadline by which potential class members who had requested exclusion could elect to revoke such exclusion requests. For the Medical Benefits Class Action Settlement, the Court extended the revocation deadline to the later of December 15, 2012 or the date of this Court's final approval of the Medical Benefits Class Action Settlement, which occurred on January 11, 2013. That revocation deadline has now passed. The Medical Benefits Class Action Settlement Agreement provides, however, that revocation requests made after final approval of the Medical Benefits Class Action Settlement may be accepted with BP's written consent, which consent shall not be unreasonably withheld.

In order to provide further notice of the opportunity to request revocation with BP's consent, the Court hereby directs the Claims Administrator for the Medical Benefits Class Action

Settlement to send the letter and form attached as Exhibit A to potential class members who have timely and properly requested exclusion from the Medical Benefits Settlement Class. Such potential class members may complete, sign, and return the form included in Exhibit A to the Medical Benefits Settlement Claims Administrator to request BP's consent to revoke his or her opt out request.

New Orleans, Louisiana, this 16th day of January, 2013.

_____
United States District Judge