

First Name, Last Name
Street Address
City, ST  Zip

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

**Date: mm/dd/yyyy**

**Re:  Procedure for Requesting Revocation of Opt Out Request**

Dear [FNAME][LNAME]:

The deadline to revoke requests for exclusion ("opt out requests") from the Medical Benefits Settlement Class was January 11, 2013, the date the United States District Court for the Eastern District of Louisiana granted final approval to the Medical Benefits Class Action Settlement.  The Medical Benefits Settlement Agreement, however, allows for revocations after this date with BP's consent, which shall not be unreasonably withheld.  Medical Settlement Agreement, § XI.G.

We received a request to exclude you from the Medical Settlement Class.  *If you still wish to exclude yourself from the Medical Settlement Class, no action is required, and you may disregard this letter*.

If you would like to revoke your opt out request, you may request BP's consent by completing the enclosed revocation request form and returning it to the following address:

Deepwater Horizon Medical Benefits Settlement Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA  70112

**Your revocation request must be personally signed by you, not your attorney.**  Your request will be forwarded to BP, and you will receive a response in writing as to whether BP agrees to accept your request.

If you choose to revoke your opt out request, this does not mean that you are automatically a member of the Medical Benefits Settlement Class or are otherwise eligible for benefits under the Settlement.  These determinations are made under the terms of the Medical Benefits Settlement Agreement, which is available at www.deepwaterhorizonmedicalsettlement.com.

Pursuant to the terms of the Medical Settlement Agreement, no claims for compensation will be paid or Periodic Medical Consultation Program visits provided until after the Effective Date.  The Effective Date will occur either when no appeals of the Court's final approval of the Medical Benefits Class Action Settlement have been timely filed or when any such appeals have been resolved.  In the meantime, the Claims Administrator is continuing to process all Proof of Claim Forms and to respond to requests for information.

**If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Medical Benefits Settlement Class or to submit an opt out revocation request.**  If you are not represented, and have questions about this letter, you may call the Claims

Administrator at 1-877-545-5111.

Sincerely,


**DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR**

cc:  [COUNSEL FOR OPT OUT, IF ANY]

**OPT OUT REVOCATION REQUEST**

NAME OF POTENTIAL CLASS MEMBER: _____

ADDRESS: _____

CITY: _____   STATE: _____   ZIP CODE: _____

PHONE: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER (Optional): _____

GCCF ID (Optional): _____

MEDICAL BENEFITS CLAIM NUMBER (Optional): _____

ATTORNEY (Optional): _____

I wish to revoke my request to opt out of the Medical Benefits Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Medical Benefits Class Action Settlement.

_____          _____
Printed Name of Potential Class Member          Signature of Potential Class Member
(or Authorized Representative)                           (or Authorized Representative)

_____
Date