Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig ) | MDL 2:10-MD-02179 |
| DEEPWATER HORIZON in the ) | |
| GULF OF MEXICO on ) | |
| APRIL 20, 2010 ) | |
| ) | SECTION "J" |
| ) | JUDGE CARL J. BARBIER |
| ) | |
| RELATED TO ) | MAG. 1 |
| ) | |
| CIVIL ACTION 2:11-cv-01051 ) | |
| GUY J. ADAMS, ET AL. ) | |
| ) | |
| ) | CIVIL JURY CASE |

## ORDER

Considering the foregoing motion:

**IT IS ORDERED** that the plaintiffs' action be, and it is hereby, dismissed against all defendants, without prejudice, each party to bear its own costs, and reserving the plaintiffs' rights to participate in the Economic and Property Damage Class Settlement administered by the Deepwater Horizon Economic Claims Center.

Signed in New Orleans, Louisiana, this ____ day of _____, 2013.

_____
CARL J. BARBIER, Judge, Section "J"
UNITED STATED DISTRICT COURT