UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### O'BRIEN'S RESPONSE MANAGEMENT, L.L.C.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, O'Brien's Response Management, L.L.C. states that its status has changed from O'Brien's Response Management Inc. to O'Brien's Response Management, L.L.C.

O'Brien's Response Management, L.L.C. is wholly-owned by Witt O'Brien's, LLC, a joint venture in which ORM Holdings Inc. owns a 54.2% economic interest and a 50% controlling interest.  ORM Holdings Inc. is a wholly-owned subsidiary of SEACOR Holdings Inc., a publicly traded company.

Dated: January 16, 2013

Respectfully submitted,

/s/ Michael J. Lyle
Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
Eric C. Lyttle (DC Bar #482856)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005

Telephone: (202) 682-7157
Facsimile: (202) 857-0940

Theodore E. Tsekerides (NY Bar #2609642)
Sylvia E. Simson (NY Bar #4803342)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

Patrick E. O'Keefe (LA Bar #10186)
Philip S. Brooks, Jr. (LA Bar #21501)
MONTGOMERY, BARNETT, BROWN, REED,
HAMMOND & MINTZ LLP
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 585-3200
Facsimile: (504) 585-7688

*Attorneys for O'Brien's Response Management, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing O'Brien's Response Management, L.L.C.'s Supplemental Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of January, 2013.

/s/ Michael J. Lyle
Michael J. Lyle