# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

January 15, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

   Re: MDL 2179 — UCSB Document Productions

Dear Judge Shushan:

  This letter briefly replies to the UCSB email of late Sunday night, sent in response to BP's letter of last Friday.

  *First*, with respect to the implementation of the Court's January 3, 2013, Order, UCSB has made no objection to the production of "any UCSB documents which are not on a privilege log served by Monday, January 7, 2013," calling it an "issue [BP has] with the court and Edox."

  BP has not yet received a privilege log from UCSB. Accordingly, per UCSB's email, BP plans to follow up with Edox and arrange for immediate production of all UCSB documents now in the Edox database, subject, of course, to UCSB's right to assert clawbacks.

  *Second*, we appreciate UCSB's recognition of BP's right to obtain unredacted versions of improperly redacted documents. In our view, however, the UCSB response fails to address the substance of this problem.

  According to our count, more than 100 produced documents reflect improper redactions. According to Edox's Paul Ramsey (whom we contacted yesterday morning), his team caught several improperly redacted documents and brought these to UCSB's attention prior to production. To the best of Paul's knowledge, however, "there are not any documents that have been re-produced due to redaction issues."

  In other words, our conversation with Edox leads us to believe that UCSB is mistaken in saying that unredacted versions of these documents are simply in the queue awaiting production.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 15, 2013
Page 2

Moreover, the number of hours Dr. Leifer billed for his work on the Flow Rate Technical Group and the rate at which Dr. Leifer billed this time are directly related to the issues in this litigation. Any claim to the contrary calls into the question the standards that UCSB has been using for purposes of determining the responsiveness of documents.

Accordingly, BP requests the immediate production of unredacted versions of all documents previously produced with redactions, subject, once again, to the UCSB's right to assert clawbacks.

*Finally*, it is BP's firm position that UCSB should produce whole documents, not just certain parts of documents. Accordingly, to the extent that UCSB has produced parent documents, BP requests that Edox be instructed to produce immediately all attachments associated with those parent documents.

In the event that UCSB may now claim that certain attached documents are non-responsive, we would submit, respectfully, the time for making such claims has long since passed.

We remain available to meet-and-confer at the Court's convenience, if that would be helpful to sorting out these issues.

Sincerely,

Robert R. Gasaway

cc (via electronic mail):

Michael O'Keefe
Captain Suzanne E. Englebert
Michael Goldstein
Nancy Hamill
United States' MDL Counsel
Plaintiffs' Liaison Counsel
Defense Liaison Counsel
Joel M. Gross