1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4                                    *
   IN RE:  OIL SPILL BY THE OIL RIG  *   Docket 10-MD-2179
5          *DEEPWATER HORIZON* IN THE *
          GULF OF MEXICO ON           *   Section J
6          APRIL 20, 2010             *
                                      *   New Orleans, Louisiana
7                                     *
                                      *   January 11, 2013
8                                     *
   Applies to:  All Cases            *   9:30 a.m.
9                                     *
   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

10

11            TRANSCRIPT OF WORKING GROUP CONFERENCE
             BEFORE THE HONORABLE SALLY SHUSHAN
12            UNITED STATES MAGISTRATE JUDGE

13

   <u>Appearances</u>:
14

15   For the Plaintiffs:          Domengeaux Wright Roy
                                   & Edwards, LLC
16                                BY:  JAMES P. ROY, ESQ.
                                  Post Office Box 3668
17                                556 Jefferson Street, Suite 500
                                  Lafayette, Louisiana 70502
18

19   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:  STEPHEN J. HERMAN, ESQ.
20                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
21

22   For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                                    Rafferty & Proctor, PA
23                                BY:  BRIAN H. BARR, ESQ.
                                  Post Office Box 12308
24                                316 South Baylen Street, Suite 600
                                  Pensacola, Florida 32591

25

1   <u>Appearances</u>:

2

3   For the Plaintiffs:             Williamson & Rusnak
                                            BY:  JIMMY WILLIAMSON, ESQ.
                                            4310 Yoakum Boulevard

4                                             Houston, Texas 77006

5

6   For the Plaintiffs:             Lewis Kullman Sterbcow & Abramson
                                            BY:  PAUL M. STERBCOW, ESQ.
                                            601 Poydras Street, Suite 2615

7                                             New Orleans, Louisiana 70130

8

9   For the Plaintiffs:             Irpino Law Firm
                                            BY:  ANTHONY IRPINO, ESQ.
                                            2216 Magazine Street

10                                             New Orleans, Louisiana 70130

11

12   For the State of             Attorney General of Alabama
    Alabama:                             BY:  COREY L. MAZE, ESQ.
                                                WINFIELD J. SINCLAIR, ESQ.

13                                             501 Washington Avenue
                                            Montgomery, Alabama 36130

14

15   For the State of             Kanner & Whiteley, LLC
    Louisiana:                          BY:  DOUGLAS R. KRAUS, ESQ.

16                                                 DAVID A. POTE, ESQ.
                                            701 Camp Street

17                                             New Orleans, Louisiana 70130

18

19   For the United States         U.S. Department of Justice
    of America:                      Environmental Enforcement Section
                                            BY:  SARAH D. HIMMELHOCH, ESQ.

20                                                 A. NATHANIEL CHAKERES, ESQ.
                                                TOM BENSON, ESQ.

21                                                 STEVEN O'ROURKE, ESQ.
                                            Post Office Box 7611

22                                             Washington, D.C. 20044

23

24   For the United States         U.S. Department of Justice
    of America:                      Torts Branch, Civil Division
                                            BY:  R. MICHAEL UNDERHILL, ESQ.

25                                             7-5395 Federal Bldg., Box 36028
                                            San Francisco, California 94102

1  <u>Appearances</u>:

2

3  For Transocean Holdings          Frilot, LLC
   LLC, Transocean Offshore         BY:  KERRY J. MILLER, ESQ.
   Deepwater Drilling Inc.,         1100 Poydras Street, Suite 3700
4  Transocean Deepwater Inc.:       New Orleans, Louisiana 70162

5

6  For Transocean Holdings          Sutherland Asbill & Brennan, LLP
   LLC, Transocean Offshore         BY:  CARTER L. WILLIAMS, ESQ.
   Deepwater Drilling Inc.,         1001 Fannin Street, Suite 3700
7  Transocean Deepwater Inc.:       Houston, Texas 77002

8

9  For Transocean Holdings          Munger Tolles & Olson, LLP
   LLC, Transocean Offshore         BY:  GRANT DAVIS-DENNY, ESQ.
   Deepwater Drilling Inc.,         335 S. Grand Avenue, 35th Floor
10 Transocean Deepwater Inc.:       Los Angeles, California 90071

11

12 For BP America Inc.,             Liskow & Lewis, APLC
   BP America Production            BY:  DON K. HAYCRAFT, ESQ.
   Company, BP Company              701 Poydras Street, Suite 5000
13 North America Inc.,              New Orleans, Louisiana 70139
   BP Exploration &
14 Production Inc., BP
   Holdings North America
15 Limited, BP Products
   North America Inc.:

16

17 For BP America Inc.,             Kirkland & Ellis, LLP
   BP America Production            BY:  ROBERT R. GASAWAY, ESQ.
18 Company, BP Company                   MICHAEL A. PETRINO, ESQ.
   North America Inc.,                   JOSEPH A. EISERT, ESQ.
19 BP Exploration &                 655 Fifteenth Street, NW
   Production Inc., BP              Washington, D.C. 20005
20 Holdings North America
   Limited, BP Products
21 North America Inc.:

22

23

24

25

1    Appearances:

2

3    For BP America Inc.,                Kirkland & Ellis, LLP
     BP America Production              BY:   J. ANDREW LANGAN, ESQ.
     Company, BP Company                      MARK J. NOMELLINI, ESQ.
4    North America Inc.,                      RYAN S. BABIUCH, ESQ.
     BP Exploration &                   300 North Lasalle
5    Production Inc., BP                Chicago, Illinois 60654
     Holdings North America
6    Limited, BP Products
     North America Inc.:

7

8    For Cameron International          Stone Pigman Walther Wittmann, LLC
     Corporation:                       BY:  CARMELITE M. BERTAUT, ESQ.
9                                       546 Carondelet Street
                                        New Orleans, Louisiana 70130
10

11   For Cameron International          Beck Redden & Secrest, LLP
     Corporation:                       BY:   THOMAS E. GANUCHEAU, ESQ.
12                                      1221 McKinney Street, Suite 4500
                                        Houston, Texas 77010
13

14   For Halliburton Energy            Godwin Ronquillo, PC
     Services, Inc.:                    BY:   DONALD E. GODWIN, ESQ.
15                                            JENNY L. MARTINEZ, ESQ.
                                              BRUCE W. BOWMAN JR., ESQ.
16                                            ALLISON BATTISTE, ESQ.
                                              ERIKA TOLEDO, ESQ.
17                                      1201 Elm Street, Suite 1700
                                        Dallas, Texas 75270
18

19   For Halliburton Energy:           Godwin Ronquillo, PC
     Services, Inc.:                    BY:   R. ALAN YORK, ESQ.
20                                            GWEN E. RICHARD, ESQ.
                                        1331 Lamar, Suite 1665
21                                      Houston, Texas 77010

22

23   For Anadarko Petroleum            Kuchler Polk Schell
     Corporation, Anadarko               Weiner & Richeson, LLC
     E&P Company LP:                    BY:  SARAH E. IIAMS, ESQ.
24                                      1615 Poydras Street, Suite 1300
                                        New Orleans, Louisiana 70112

25

1    Appearances:

2

3    For Anadarko Petroleum          Bingham McCutchen, LLP
     Corporation, Anadarko          BY:  WARREN A. FITCH, ESQ.
     E&P Company LP:                 2020 K Street, NW
4                                    Washington, D.C. 20006

5

6    For M-I, LLC:                   Morgan Lewis & Bockius
                                     BY:  DENISE SCOFIELD, ESQ.
                                           CLAYTON A. MORTON, ESQ.
7                                    1000 Louisiana Street, Suite 4000
                                     Houston, Texas 77002

8

9    For O'Brien's/NRC:              Montgomery Barnett Brown Read
                                        Hammond & Mintz, LLP
10                                   BY:  PATRICK E. O'KEEFE, ESQ.
                                     1100 Poydras Street, Suite 3300
11                                   New Orleans, Louisiana 70163

12

13   For MOEX Offshore               Pillsbury Winthrop Shaw Pittman
     2007, LLC:                      BY:  ANDREW W. HOMER, ESQ.
                                     725 S. Figueroa Street, Suite 2800
14                                   Los Angeles, California 90017

15

16   Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room HB-406
                                     New Orleans, Louisiana 70130
17                                   (504) 589-7778
                                     Toni_Tusa@laed.uscourts.gov
18

19

20

21

22   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

23

24

25

1                          I N D E X

2                                                    Page

3    MDL 2185                                       9

4    Capping Equipment                              12

5    Phase One Exhibits                             16

6    Phase One Glossary of Terms                    20

7    Changes to Witness Lists                       21

8    Pretrial Conference                            26

9    Courtroom Connect                              26

10   Courtroom Setup                                27

11   Open Document Production Issues, BP and U.S.   28

12   UCSB Document Production                        32

13   Designees for BP 30(b)(6) Depositions          35

14   Designees for U.S. 30(b)(6) Depositions        41

15   Oceaneering                                    42

16   Secretary Chu                                  46

17   Other Issues                                   50

18

19

20

21

22

23

24

25

<u>**PROCEEDINGS**</u>

**(January 11, 2013)**

(The following proceedings were held in open court.)

**THE COURT:**  Good morning, everybody.  Have a seat.

Sarah, are you there?

**MS. HIMMELHOCH:**  Good morning, Your Honor.

**THE COURT:**  Good morning, Sarah.

Where is my ELMO man?

**MR. IRPINO:**  He is taking a deposition.

**THE COURT:**  Do you think I can trust Mr. Breit to
help me?

**MR. UNDERHILL:**  No.

**THE COURT:**  Look at Mr. Nomellini.

**MR. UNDERHILL:**  Why don't we give the honor to Mark.

**THE COURT:**  Mark, come up.

Mr. Nomellini, how were your holidays?

**MR. NOMELLINI:**  It's good to be back, Your Honor.

**THE COURT:**  I don't know if you really mean that, but
thank you for saying so, nonetheless.  How are the boys?

**MR. NOMELLINI:**  They're doing good.  We had a rough
game, Notre Dame against Alabama.

**THE COURT:**  Yes, you did.

**MR. NOMELLINI:**  Kind of rough.  Alabama is a terrific
team.

**THE COURT:**  That's very gracious of you.

09:35:07    1    **MR. NOMELLINI:** Notre Dame did well to get there,

09:35:08    2    though.

09:35:09    3    **THE COURT:** They did, and it was a bad way for them

09:35:12    4    to end the season.

09:35:13    5    I'll tell you how I watched the show. I would

09:35:16    6    turn it on and Alabama would be on the 5-yard line and then I

09:35:20    7    would turn it off. And then about 10 minutes later, I would

09:35:23    8    turn it back on and Alabama would be on the 5-yard line.

09:35:30    9    I take it the boys did not enjoy the game.

09:35:33   10    **MR. NOMELLINI:** No, they didn't. They didn't. But I

09:35:35   11    told them it's not going to be every year that Notre Dame is

09:35:39   12    even going to make it this far, so enjoy it.

09:35:42   13    **THE COURT:** Always philosophical.

09:35:45   14    **MR. NOMELLINI:** Alabama is a terrific, terrific team.

09:35:48   15    I've been talking to Alan York about the Alan

09:35:51   16    York workout and learning from that and some of his techniques.

09:35:59   17    **THE COURT:** I think it's an all-liquid diet.

09:36:04   18    **MR. NOMELLINI:** I think that's right.

09:36:04   19    So I'm happy to help out. I may need some

09:36:08   20    instruction.

09:36:09   21    **THE COURT:** There we go. This is one of the -- well,

09:36:15   22    this was our last after-hours meeting. I don't know how it's

09:36:17   23    going to project. Our last after-hours meeting, you were not

09:36:25   24    able to attend.

09:36:25   25    Jimmy, you look really good there.

|  |  |  |
|---|---|---|
| 09:36:28 | 1 | Look at Duke.  I thought that was a pretty good |
| 09:36:41 | 2 | snap. |
| 09:36:45 | 3 | So, Mark, you're going to have to make it down |
| 09:36:47 | 4 | for one of these. |
| 09:36:49 | 5 | MR. NOMELLINI:  You got it. |
| 09:36:52 | 6 | THE COURT:  All right.  So I guess we should get |
| 09:36:53 | 7 | started, huh, down to real work. |
| 09:36:59 | 8 | We have a request from counsel in the MDL 2185 |
| 09:37:06 | 9 | to provide depositions to her, and we have heard from the PSC |
| 09:37:15 | 10 | that the requesting lawyer does not appear to be a member of |
| 09:37:20 | 11 | the lead counsel team.  So I just thought we would discuss |
| 09:37:26 | 12 | follow-up on that issue. |
| 09:37:28 | 13 | Anybody want to comment? |
| 09:37:31 | 14 | MR. LANGAN:  Your Honor, Andy Langan for BP.  The |
| 09:37:33 | 15 | request came to us.  We had in general in the past, going back |
| 09:37:40 | 16 | many months, subject to confidentiality, been willing to |
| 09:37:46 | 17 | produce discovery made in this case as it relates to BP |
| 09:37:50 | 18 | witnesses to the MDL 2185 plaintiffs.  I think long ago we |
| 09:37:55 | 19 | agreed that we would coordinate that task. |
| 09:37:56 | 20 | Now, we never presume to speak for other |
| 09:37:59 | 21 | defendants. |
| 09:38:00 | 22 | THE COURT:  That's right. |
| 09:38:00 | 23 | MR. LANGAN:  So that's an issue, it seems to me.  And |
| 09:38:04 | 24 | Mr. Roy was kind enough to point out that it could be that the |
| 09:38:08 | 25 | requesting lawyers are not sort of lead counsel in 2185.  Maybe |

| | | |
|---|---|---|
| 09:38:12 | 1 | that matters, so maybe we ought to talk about that. |
| 09:38:18 | 2 | Our proposal was simply to refer the person to |
| 09:38:22 | 3 | Worldwide and go to the reporter and buy the transcripts if you |
| 09:38:25 | 4 | want, but maybe it is something we should keep on the agenda |
| 09:38:27 | 5 | and think about and pass for two weeks. |
| 09:38:31 | 6 | THE COURT:  Do we know whether she is part of the |
| 09:38:33 | 7 | 2185 litigation? |
| 09:38:36 | 8 | MR. LANGAN:  Well, I believe that much is so.  I |
| 09:38:39 | 9 | believe that her firm is counsel in at least one or more of the |
| 09:38:42 | 10 | cases.  I don't know where she fits in the hierarchy or her |
| 09:38:49 | 11 | firm fits into the hierarchy.  I can find out, but sitting here |
| 09:38:53 | 12 | now I don't know. |
| 09:38:54 | 13 | THE COURT:  If she's a member of the litigation, my |
| 09:38:57 | 14 | take on it would be that unless somebody objects, she can go to |
| 09:39:04 | 15 | Worldwide, subject to signing the confidentiality agreement, |
| 09:39:07 | 16 | and get whatever she is requesting. |
| 09:39:10 | 17 | So why don't we pass this for a week, give |
| 09:39:14 | 18 | everybody a week to let me know if you have a problem, but it |
| 09:39:16 | 19 | would be subject to making sure she signs and her firm signs a |
| 09:39:22 | 20 | confidentiality agreement. |
| 09:39:25 | 21 | MR. LANGAN:  Okay.  All right.  She's going to have |
| 09:39:28 | 22 | to make her own payment arrangements, I assume. |
| 09:39:31 | 23 | THE COURT:  I'm sure Worldwide isn't giving it away. |
| 09:39:34 | 24 | MR. LANGAN:  Right.  Fair enough. |
| 09:39:36 | 25 | MR. GODWIN:  Not Kym. |

09:39:38  1    **THE COURT:**  Not the man who can do anything.

09:39:43  2    **MR. GODWIN:**  Right, right, right, Judge.

09:39:43  3         Judge, I would suggest -- Don Godwin for

09:39:46  4    Halliburton -- that Halliburton would have no objection -- it

09:39:49  5    sounds like BP does not -- providing the depos.  Although, with

09:39:52  6    regard to expert reports, I would ask them to give us more of a

09:39:55  7    showing, if they ask for those, as to why they need them, and

09:39:59  8    we not allow those to be provided along with the depositions

09:40:02  9    because of the confidential nature of the materials contained

09:40:05  10   therein; that they be told you'll get the depositions but no

09:40:08  11   expert reports without a further showing.  If that meets with

09:40:11  12   the Court's approval.

09:40:13  13   **THE COURT:**  Okay.  We will do --

09:40:15  14   **MR. GODWIN:**  Or at least think about it, anyway.

09:40:18  15   **THE COURT:**  Let's pass it for a week and see if

09:40:21  16   anybody else has any qualifications.  We will note

09:40:25  17   Halliburton's qualification.

09:40:26  18   **MR. LANGAN:**  Your Honor, I think the next time we are

09:40:29  19   before Your Honor may be the 25th of January because I think

09:40:33  20   next Friday is the final pretrial conference.

09:40:36  21   **THE COURT:**  Pretrial conference.

09:40:36  22   **MR. LANGAN:**  So perhaps a 14-day -- I can't imagine

09:40:39  23   there's a huge rush on 2185, quite frankly.

09:40:42  24   **THE COURT:**  Nor I.  Nor I.

09:40:43  25   **MR. LANGAN:**  So maybe we take it up on the 25th?

09:40:46   1    THE COURT:  Yep.  You act like it's going to be a
09:40:47   2  long pretrial conference.
09:40:49   3    MR. LANGAN:  Well, maybe not, but I don't think we
09:40:52   4  are due to meet, Your Honor --
09:40:54   5    Oh, we are?  I'm sorry.  I'm wrong.  Very good.
09:40:57   6    THE COURT:  Then I am going to see you next week.  I
09:41:02   7  was okay with not seeing you.
09:41:06   8    Let's see how long the pretrial conference goes.
09:41:08   9  I'll be over there, and we can all say it's going too long and
09:41:11  10  let's skip the regular weekly conference.  Mr. Nomellini will
09:41:18  11  like that.
09:41:22  12    MR. UNDERHILL:  Wait a minute.  Did we give him
09:41:23  13  permission to sit on this side of the table?
09:41:26  14    THE COURT:  We did.  We did.  He needs a comfortable
09:41:28  15  chair.  He doesn't want to sit on that hard bench, and he
09:41:33  16  deserves it.  He has worked hard.
09:41:40  17    MR. HAYCRAFT:  Tirelessly.
09:41:40  18    THE COURT:  Anybody opposed?  I know Anthony is not.
09:41:46  19    MR. UNDERHILL:  He has to buy us beers.
09:41:49  20    THE COURT:  I don't think he objects to that.
09:41:52  21    MR. NOMELLINI:  Fair enough.
09:41:53  22    THE COURT:  Let's get the issue with the capping
09:41:58  23  equipment teed up.  Who wants to talk about that?
09:42:02  24    Rob, let's talk about the mandrel, which I know
09:42:08  25  what the word is and how to spell it, but I don't know what the

09:42:13  1  equipment is.  I'm not asking for an explanation, however.

09:42:17  2         MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway

09:42:19  3  from BP.  I'm glad Mr. Nomellini is here because he can show

09:42:22  4  his skill in putting that --

09:42:26  5         THE COURT:  I don't like that picture nearly as much.

09:42:30  6         MR. GASAWAY:  That is a mandrel, Your Honor.  If

09:42:34  7  Mr. Nomellini will indulge me, this is where the mandrel goes.

09:42:46  8         So this is the capping stack, obviously.  It's

09:42:51  9  basically the connector piece right here.  So it is just like

09:42:56  10  we have heard about the wellhead and the flex joints, and we

09:43:00  11  have got these major pieces of equipment:  a wellhead, the BOP,

09:43:05  12  the lower marine riser package, the capping stack, and then

09:43:09  13  what's above it if you are going to put a drill string on it.

09:43:13  14  This is a major piece of equipment.

09:43:15  15         There's a couple different perspectives here.  I

09:43:18  16  think we can work this out, as we usually do.  As you know,

09:43:22  17  nobody is more interested in reasonable standards of equipment

09:43:24  18  release than BP, so we certainly understand where Transocean is

09:43:28  19  coming from.

09:43:30  20         Our point is just this.  Obviously, we have held

09:43:32  21  this piece of equipment ever since the capping stack was

09:43:35  22  pulled, and right now we are on the eve of expert reports.  We

09:43:40  23  did poll our experts when the inquiry came in, and some of the

09:43:46  24  experts that we have disclosed to Your Honor *in camera* said

09:43:49  25  this is fine.  One of them said there is a possible purpose

09:43:54   1   that this would affect with our expert reports, so we asked

09:43:59   2   Transocean if there would be a way that it would meet their

09:44:03   3   needs if we could just put it to the end of the expert

09:44:05   4   discovery period.

09:44:06   5             They said no, that it was needed for just a

09:44:11   6   spare part.  I took it this wasn't, from their perspective,

09:44:14   7   just they have settled with the United States and they want the

09:44:19   8   equipment back.  Even if it's a spare part, they said there was

09:44:22   9   a specific reason for that.

09:44:23   10            So what we decided to do, based on a

09:44:26   11  meet-and-confer that I had with David Baay, was basically to go

09:44:30   12  back to our expert and say, "Is this out of an abundance of

09:44:33   13  caution, or do you really, really think you need this?"

09:44:37   14  Because, again, there's going to come a time when there's a

09:44:40   15  piece of BP equipment we feel we have a need for, and we would

09:44:46   16  appreciate the other parties doing the same thing.

09:44:46   17            THE COURT:  This sounds like it's more than just a

09:44:49   18  spare part; they actually need the spare part.

09:44:53   19            MR. GASAWAY:  They can correct me if I'm wrong.  I

09:44:56   20  think a rig needs backup equipment, so I thought that they were

09:45:01   21  going to use it as backup equipment.  It may be that it's a

09:45:04   22  spare, but it's a necessary spare to operate safely.

09:45:08   23            THE COURT:  I read it a little differently.  I read

09:45:10   24  it to be a part that they need now not as a spare but as a

09:45:15   25  replacement part.

09:45:19  1          **MR. WILLIAMS:**  That's right, Your Honor.  Carter

09:45:19  2     Williams on behalf of Transocean.  The spare was designed as a

09:45:24  3     spare for a certain type of rigs.  We now have a rig that needs

09:45:28  4     it for operations, so we have an immediate operational need to

09:45:32  5     get this back.  I think there's two issues here.  One is the

09:45:34  6     ownership --

09:45:35  7              Unless, Rob, are you no longer challenging

09:45:38  8     ownership?

09:45:40  9          **MR. GASAWAY:**  I'm sure we can get the ownership

09:45:42  10    question resolved without involving you.  There was a lack of

09:45:45  11    paperwork on both sides.

09:45:46  12             I saw that David sent us an e-mail yesterday.

09:45:49  13    What I would like to do is get back to you on whether we have

09:45:54  14    any other questions on the additional paperwork he sent us

09:45:59  15    yesterday.

09:46:00  16         **MR. WILLIAMS:**  From our perspective, there's two

09:46:02  17    issues.  One is ownership, which to me is very clear.  These

09:46:05  18    are the purchase orders which Your Honor has, BP has.  If they

09:46:08  19    have documents indicating they purchased it from us during the

09:46:11  20    response, we would like to see it.  We haven't seen that yet.

09:46:13  21             The other issue is the release.  If there's no

09:46:17  22    dispute on ownership, we have an operational need.  Obviously,

09:46:20  23    we put everything on hold for the Macondo response.  That was

09:46:25  24    the top priority.  Other entities did that as well.  But now

09:46:30  25    that it's been sitting at Michoud for 27 months,

09:46:33  1   Captain Englebert has confirmed that nothing has been done.

09:46:36  2   There's been no testing, no laser scanning.  We don't

09:46:40  3   understand an urgent need to test it now.  So we would like it

09:46:43  4   back, to get our rig back in the fleet.

09:46:49  5           THE COURT:  Why don't you talk to that expert and see

09:46:50  6   what his thought process is, and why don't we have a further

09:46:57  7   conversation early next week about it.

09:46:59  8           MR. GASAWAY:  That makes sense.

09:47:00  9           THE COURT:  Then we have the larger request, which is

09:47:02  10  not an expedited request, to figure out the rest of the

09:47:06  11  equipment.  Maybe we can just tee that up at the same time we

09:47:09  12  get together next week.

09:47:18  13          MR. GASAWAY:  That makes sense, Your Honor.

09:47:23  14          THE COURT:  Good.  All right.

09:47:23  15          Yesterday BP, through Don Haycraft, outlined the

09:47:26  16  protocol it and Halliburton are using to file their updated

09:47:32  17  Phase One exhibit list.  The parties are asked to review the

09:47:35  18  uniform standards and comply with them.  They look like they

09:47:40  19  make sense.  Does anybody have any problem with that?

09:47:48  20          Of course, Mr. Sterbcow.

09:47:50  21          MR. STERBCOW:  Good morning, Your Honor.  Paul

09:47:51  22  Sterbcow for the PSC.

09:47:55  23          THE COURT:  Good morning, Paul.  How are you?

09:47:57  24          MR. STERBCOW:  Good.  How are you?

09:47:57  25          THE COURT:  Good.

09:47:57  1        **MR. STERBCOW:**  We had already prepared a list, an
09:47:59  2   exclusive, clean Phase One, no Phase Two, exhibit list.  I
09:48:04  3   don't know that we can go back now and undo what we have done.
09:48:08  4   It's due today.  We had all along assumed we wanted a clean
09:48:15  5   Phase One; no confusion, this is what's coming in for
09:48:18  6   Phase One.  Whenever the Phase Two back-and-forth is done, we
09:48:21  7   will prepare something for Phase Two.  So if we could do that,
09:48:25  8   we would appreciate it.
09:48:26  9        **THE COURT:**  Don, do you see a problem with that?
09:48:31 10        **MR. HAYCRAFT:**  I will defer to Mark Nomellini on
09:48:33 11   that.
09:48:34 12        **THE COURT:**  Mr. Nomellini.
09:48:36 13        **MR. NOMELLINI:**  I understand the concerns about
09:48:38 14   today.  I think ultimately -- and I'm happy to talk to the PSC
09:48:41 15   about this and work through it -- it will make the most sense
09:48:45 16   if everybody has all their documents in one place, on one list,
09:48:50 17   Phase One, Phase Two, or Phase One and Phase Two because
09:48:54 18   there's going to be some overlap.  So we can talk through that
09:48:58 19   and make sure we are all on the same page.
09:49:01 20             Understand, you know, we can only do today what
09:49:03 21   we can do today, but let's talk through what makes the most
09:49:07 22   sense for the long term.  I think, from our perspective and
09:49:11 23   Halliburton's perspective, one-stop shopping makes the most
09:49:15 24   sense.
09:49:16 25        **THE COURT:**  Mr. Underhill.

09:49:18  1        **MR. UNDERHILL:**  If I could make a constructive

09:49:20  2   suggestion, Your Honor.  I'm told by the Phase Two team that

09:49:23  3   the deadline for objections to Phase Two documents isn't even

09:49:27  4   until Monday.  The meet-and-confer, I think, is January 22.

09:49:31  5        What I would suggest, with the exception of

09:49:35  6   documents produced in Phase Two that the parties can seek to

09:49:40  7   add to the Phase One list, either within the freebie 35 or the

09:49:46  8   with-cause motions that will be filed today, that it be

09:49:50  9   deferred until we -- not "we" because I'm not, fortunately,

09:49:53  10  part of that process -- until the parties collectively clean up

09:49:57  11  all of the Phase Two documents.  Otherwise, the Phase One list

09:50:00  12  is going to be a continuing process of iteration.  We know how

09:50:05  13  it happened in Phase One.

09:50:07  14       So with the exception of Phase Two documents

09:50:08  15  that the Court allows the parties to add, there's no immediate

09:50:13  16  need -- and truly no immediate need -- to add the Phase Two

09:50:17  17  documents that are, I think, just going to mess up our

09:50:19  18  Phase One list that we will be continuing to use throughout

09:50:22  19  trial.

09:50:23  20       Just for the sake of not confusing the parties

09:50:25  21  and Judge Barbier, I think we are biting off more than we can

09:50:32  22  or should chew and bring in collective problems.  It's not

09:50:36  23  really a matter of efficacy; it's just that we are bringing

09:50:39  24  collective problems to us and the Court by doing it this way.

09:50:43  25  Again, caveating exceptions for documents that the Court allows

09:50:45  1    the parties to add either through the 35 freebies or the show

09:50:48  2    cause.

09:50:55  3              THE COURT:  We are going to let Mark think about

09:50:57  4    this.

09:50:58  5                    Good morning, Tony.

09:50:59  6              MR. FITCH:  Hi, Judge.  How are you?

09:50:59  7              THE COURT:  Good, thanks.

09:50:59  8              MR. FITCH:  I'm Tony Fitch, Your Honor, Anadarko.

09:51:01  9                    As just a marker, as we said, as a party that's

09:51:03  10   not going to be the present for the Phase One trial, Anadarko

09:51:07  11   has a little bit of concern about the Phase Two documents

09:51:10  12   circulating around on lists or otherwise, given some past

09:51:16  13   efforts to kind of conflate Phase One and Phase Two issues

09:51:19  14   against Anadarko.  So we would want to be part of that

09:51:22  15   dialogue.

09:51:23  16             THE COURT:  You don't want to be conflated; is that

09:51:25  17   correct?

09:51:26  18             MR. FITCH:  I do not ever like being conflated.

09:51:28  19             MR. WILLIAMS:  Your Honor, Carter Williams for

09:51:30  20   Transocean.  I just want to add that we think the Court and the

09:51:33  21   parties have gone to great length to keep Phase One and

09:51:36  22   Phase Two separate.  We would add that we think mixing the

09:51:39  23   exhibit list could add some confusion there.

09:51:43  24                   The other issue specifically to today's filing,

09:51:47  25   Transocean had prepared just a supplemental list, so it's just

09:51:50  1    our 35.  We are happy to go back and do one uniform Phase One

09:51:55  2    list.  We just couldn't get it done in time for today.

09:51:57  3            THE COURT:  Okay.

09:52:01  4            MR. NOMELLINI:  That's fine.  We will all think about

09:52:03  5    this together.  The thing I would urge people to think about is

09:52:08  6    that there's going to be some overlap between Phase One and

09:52:09  7    Phase Two lists.  Think about your legal assistants tracking

09:52:12  8    rulings that impact Phase One documents on one list and then

09:52:16  9    tracking them on a second list, making sure that everything

09:52:19  10   that happens in the Phase One trial is reflected as to

09:52:22  11   Phase Two documents.  It may be easier if we combine the two,

09:52:26  12   but we can have that discussion.

09:52:28  13           THE COURT:  Thanks.  Here's a question for you, and I

09:52:32  14   bet Andy can answer it.

09:52:36  15               Andy, the last time we were getting ready for

09:52:39  16   Phase One, didn't we put together a glossary of terms?

09:52:47  17           MR. LANGAN:  My recollection is perhaps, in

09:52:48  18   connection with the depositions from the court reporter, maybe

09:52:53  19   something like that was done.

09:52:53  20           THE COURT:  Is that what you are remembering, Don?

09:52:57  21           MR. HAYCRAFT:  Yes.

09:52:59  22           MS. BERTAUT:  There were some terms defined in the

09:53:01  23   joint stipulations.

09:53:02  24           THE COURT:  Is that what it was?

09:53:04  25           MR. LANGAN:  We do have some stipulated facts, for

09:53:07  1  sure.

09:53:07  2          THE COURT:  We have stipulated facts.  What we were

09:53:09  3  thinking about -- "we" being Judge Barbier and I -- is that

09:53:12  4  perhaps we want to put together a glossary of terms that he

09:53:16  5  could refer to as he is re-reviewing depositions and as he is

09:53:22  6  hearing live testimony.

09:53:24  7          MR. LANGAN:  There's an agenda item for our pretrial

09:53:27  8  conference.

09:53:28  9          THE COURT:  There you go.  That's our first new

09:53:29  10  agenda item because otherwise I think we had our agenda last

09:53:32  11  time, didn't we?

09:53:33  12          MR. HAYCRAFT:  It's already taken care of.

09:53:34  13          THE COURT:  I told Andy this morning that our agenda

09:53:37  14  for next week can be the pretrial conference agenda from last

09:53:43  15  year except for one new item now.

09:53:47  16          MR. LANGAN:  Very good.

09:53:49  17          THE COURT:  Thanks.

09:54:01  18          Do we have any issues that we need to discuss,

09:54:03  19  or can we remove from the agenda the following people, who we

09:54:11  20  have discussed changes to the witness list?  Probert, Roth,

09:54:17  21  Quirk, anything there?

09:54:23  22          Good morning, Corey.

09:54:25  23          MR. MAZE:  Good morning, Judge.

09:54:25  24          THE COURT:  You were missed this morning.

09:54:27  25          MR. MAZE:  Thank you.

09:54:28  1          THE COURT:  Excuse me, Paul.  Hold on just a second.

09:54:31  2                Let's put the party picture back up so Corey can

09:54:34  3    see.

09:54:43  4                You look young and skinny.

09:54:48  5          MR. MAZE:  I don't feel it, though.

09:54:49  6          THE COURT:  Paul.

09:54:50  7          MR. STERBCOW:  Quick update.  I have traded phone

09:54:53  8    calls with the personal counsel for Mr. Roth and Mr. Quirk.

09:55:00  9    I'm trying to work through a couple of issues that each one of

09:55:05  10   them have.  I think they deal more with the timing of their

09:55:07  11   appearance than anything else.  That's the impression I'm

09:55:10  12   getting.

09:55:10  13               Now, on Probert I think we are fine.  Right,

09:55:12  14   there is no issue?

09:55:14  15         MR. GODWIN:  We are.

09:55:16  16         MR. STERBCOW:  Other than that, I will continue

09:55:17  17   trying to talk to these guys and update everybody.

09:55:19  18         MR. GODWIN:  Judge, I know these lawyers.  If Paul

09:55:22  19   has any trouble getting through to them, needs any help --

09:55:24  20               I will be happy to get on the phone with you,

09:55:26  21   Paul, and with them.

09:55:27  22         THE COURT:  That's good.  Thank you.

09:55:29  23         MR. GODWIN:  You're welcome.

09:55:31  24         THE COURT:  We are going to go ahead and take up on

09:55:36  25   motion the issue of Mr. Calvert.

09:55:45    1          **MR. GODWIN:**  I thought today, Your Honor, we were
09:55:46    2    going to be the filing on behalf of Halliburton our response.
09:55:50    3          **THE COURT:**  Right.
09:55:51    4          **MR. GODWIN:**  Then the PSC would have their reply to
09:55:53    5    you --
09:55:54    6          **THE COURT:**  On Monday.
09:55:56    7          **MR. GODWIN:**  Then you would be --
09:55:56    8          **THE COURT:**  We are going to take it up on motion.
09:55:58    9          **MR. GODWIN:**  That's the way I understand it.  Thank
09:55:59   10    you, Your Honor.
09:56:00   11          **THE COURT:**  Correct.
09:56:02   12              On Mr. Wolfe, I did not see any problems, any
09:56:05   13    objections asserted to admitting his expert report.  Am I
09:56:10   14    correct on that?
09:56:13   15          **MR. MILLER:**  You are.  I was talking to Don and Andy
09:56:13   16    right before the conference.  BP did not object to it.  So I
09:56:16   17    think what we would like to do today, either today or by letter
09:56:22   18    before next week, is to set forth a typical deposition
09:56:25   19    designation schedule.  I think the parties that are adverse to
09:56:28   20    Transocean want to do designations, and then we can do
09:56:31   21    counterdesignations and objections, however it worked before in
09:56:36   22    terms of who goes first and then who responds, in some kind of
09:56:41   23    schedule so it goes in to Judge Barbier.
09:56:43   24          **THE COURT:**  That's good.  Why don't you all make a
09:56:47   25    proposal to everybody, and if it's agreeable, we will go ahead

09:56:52    1    and implement it.

09:56:54    2             MR. LANGAN:  Your Honor, Mr. Miller, on witnesses,

09:56:58    3    was also kind enough to say that Transocean, at least, doesn't

09:57:06    4    oppose Mr. Ambrose being added.

09:57:07    5             THE COURT:  Good.

09:57:08    6             MR. MILLER:  Yes.  He is down on "I."  What I told

09:57:10    7    Andy and Don, Your Honor, is that as long as we can call

09:57:13    8    Mr. Ambrose in our case in chief, so we can control when he has

09:57:17    9    to show up and his work schedule, like we did with Larry

09:57:22   10    McMahan, Item F, we did not oppose Transocean's request.

09:57:25   11             MR. LANGAN:  Great.

09:57:26   12             THE COURT:  Terrific.  Thank you.

09:57:28   13             Now, M-I made the request to remove Gregory

09:57:31   14    Meche from its witness list, reserving its right to introduce

09:57:37   15    his deposition testimony at trial.  I didn't see any objections

09:57:41   16    to that either.  We are going to go ahead and allow that to

09:57:49   17    happen.

09:57:50   18             THE LAW CLERK:  Your Honor, Frank Patton, he is "H"

09:57:52   19    on that list there, you didn't mention his name.

09:58:00   20             THE COURT:  Frank Patton.  BP requested leave to add

09:58:03   21    Patton to testify live at trial.  We haven't seen any objection

09:58:06   22    to that, have we?

09:58:07   23             MR. UNDERHILL:  Yes.

09:58:09   24             THE COURT:  What in the world is that?

09:58:12   25             MR. UNDERHILL:  You know, we're environmentalists,

09:58:17  1    but we still believe in cutting down a lot of trees.  So this
09:58:20  2    is our effort to contribute to the cause.
09:58:21  3              The reason we are doing it like this,
09:58:23  4    Your Honor, is that BP attempted to justify its reasons for
09:58:27  5    calling Mr. Patton based upon what we found out were Zantaz
09:58:31  6    documents, maybe one non-Zantaz.  I think they total about 27,
09:58:34  7    28 documents.
09:58:34  8              We believe that the documents don't support
09:58:39  9    their reasoning.  We explained in the letter our position
09:58:42  10   that's in here, but we thought better than counsel arguing back
09:58:46  11   and forth relevancy, if the Court chooses -- and it may not --
09:58:50  12   it can judge for itself whether BP has substantiated its
09:58:55  13   reasons or not, and we'll be glad to go over that result.
09:58:58  14             THE LAW CLERK:  Thank you very much.
09:58:59  15             THE COURT:  Do you love that "if the Court chooses"?
09:59:02  16   Now, let me think about that.  What if I said no?
09:59:05  17             MR. UNDERHILL:  Then Your Honor says no, and it's
09:59:09  18   clearly within the Court's discretion.  We'll send an e-copy of
09:59:14  19   the letter.  I think, assuming we can do the load onto
09:59:19  20   LexisNexis, we will serve all the parties that way, but we will
09:59:23  21   e-copy the letter to you and liaison counsel.
09:59:25  22             THE COURT:  Thank you for pointing that out, Michael.
09:59:34  23             Are there any other requested changes to the
09:59:37  24   Phase One witness list that we have not covered?  Anything that
09:59:40  25   we have missed?  Good.  I'm going to take that silence and move

09:59:46  1   on.

09:59:50  2           Next Friday is the pretrial conference.  Only

09:59:55  3   attorneys who are designated as trial counsel for a party will

09:59:58  4   attend.  It is not going to be a mass meeting.  Judge Barbier

10:00:04  5   just wants to work through some final trial issues.  It will

10:00:08  6   not be open to the public, as you know, just minor pretrial

10:00:09  7   issues that he wants to cover.

10:00:15  8           MR. LANGAN:  Your Honor, I sent a note to several of

10:00:17  9   the trial counsel here.  We are happy to compile a proposed

10:00:21  10  agenda by Monday.  If people have ideas -- I reached out to a

10:00:25  11  couple people and so we are trying to do that.  This is, as

10:00:28  12  long as we are talking about it, an appeal for any other agenda

10:00:32  13  items.

10:00:32  14          THE COURT:  If we need to delay it by a day, we can

10:00:35  15  do that.

10:00:36  16          MR. LANGAN:  Thank you, Your Honor.

10:00:41  17          THE COURT:  We have been in touch with Courtroom

10:00:43  18  Connect, who reports it has heard from most of the parties.

10:00:45  19  But, tellingly, it has not heard from the PSC.

10:00:51  20          MR. ROY:  We'll fix that.

10:00:54  21          THE COURT:  I would appreciate that, Mr. Roy.

10:00:57  22          MR. BREIT:  It went to an old e-mail address.

10:00:58  23          THE COURT:  Oh, it did?

10:01:01  24          MR. BREIT:  It got forwarded last night to the

10:01:03  25  correct place.

| | | |
|---|---|---|
| 10:01:05 | 1 | THE COURT:  Update them. |
| 10:01:09 | 2 | The courtroom setup.  The 17th at 9:30 is the |
| 10:01:14 | 3 | courtroom technical walk-through, which is for technical people |
| 10:01:18 | 4 | only.  I hope that each person in this room understands that |
| 10:01:22 | 5 | they are not included in that number.  They are not technical |
| 10:01:26 | 6 | people.  So send your techies.  If we get the opportunity to |
| 10:01:31 | 7 | get into the courtroom on Wednesday and they want to come in, |
| 10:01:37 | 8 | they may.  It's just that Judge Barbier has two trials set for |
| 10:01:40 | 9 | that week currently.  So keep in touch on that, and if your |
| 10:01:45 | 10 | people are going to be in on Wednesday and want access, let us |
| 10:01:49 | 11 | know. |
| 10:01:50 | 12 | MR. UNDERHILL:  Your Honor, could I get just a favor, |
| 10:01:53 | 13 | possibly?  We have had some of our trial team members who will |
| 10:01:56 | 14 | be handling parts of the trial who aren't familiar with |
| 10:02:00 | 15 | Judge Barbier's courtroom.  We understand, because we were |
| 10:02:03 | 16 | kicked out, counsel, all of us, last February -- |
| 10:02:08 | 17 | THE COURT:  Déjà vu. |
| 10:02:09 | 18 | MR. UNDERHILL:  Would there be some opportunity for |
| 10:02:11 | 19 | all the parties, as counsel, that aren't familiar, as we are, |
| 10:02:13 | 20 | to come in so they are not doing on-the-job training when they |
| 10:02:17 | 21 | are doing a witness? |
| 10:02:18 | 22 | THE COURT:  You bet. |
| 10:02:19 | 23 | MR. UNDERHILL:  So at the Court's convenience. |
| 10:02:22 | 24 | THE COURT:  Frankly, if the tech people are finished |
| 10:02:25 | 25 | in the morning and you all want to come in in the afternoon, |

| | | |
|---|---|---|
| 10:02:27 | 1 | come on. |
| 10:02:28 | 2 | MR. UNDERHILL:  Appreciate it. |
| 10:02:29 | 3 | THE COURT:  If you want to do a separate day, that's |
| 10:02:30 | 4 | fine.  But while your people are in town, if they are finished, |
| 10:02:34 | 5 | you can do it on the same day. |
| 10:02:35 | 6 | MR. UNDERHILL:  Who should the point of contact for |
| 10:02:37 | 7 | the Court be on that, Your Honor? |
| 10:02:38 | 8 | THE COURT:  Why don't you call Hope at Judge |
| 10:02:40 | 9 | Barbier's office.  We'll alert her that you all may be calling |
| 10:02:45 | 10 | and she is to let you in, but only after the tech people are |
| 10:02:50 | 11 | finished. |
| 10:02:51 | 12 | MR. UNDERHILL:  Appreciate it very much. |
| 10:02:52 | 13 | THE COURT:  It wasn't helpful to have everybody in |
| 10:02:55 | 14 | there last time.  Let's just put it that way. |
| 10:03:04 | 15 | We had been talking about open issues between BP |
| 10:03:09 | 16 | and the United States regarding Phase Two document production. |
| 10:03:17 | 17 | Have we got anything further? |
| 10:03:20 | 18 | MS. HIMMELHOCH:  Your Honor, I got an e-mail this |
| 10:03:22 | 19 | morning from Mr. Pixton inquiring further about the |
| 10:03:25 | 20 | Richard Windsor/Lisa Jackson inquiry they had made.  I would |
| 10:03:29 | 21 | like to report now so we can avoid having to do an e-mail |
| 10:03:33 | 22 | exchange, if that's okay. |
| 10:03:34 | 23 | THE COURT:  That would be fine.  Sure. |
| 10:03:36 | 24 | MS. HIMMELHOCH:  Mr. Pixton inquired as to whether we |
| 10:03:38 | 25 | had searched the hard drive or the computer of both Lisa |

| | | |
|---|---|---|
| 10:03:43 | 1 | Jackson and Richard Windsor.  For the record, Richard Windsor |
| 10:03:47 | 2 | is just a whimsical choice by Lisa Jackson for what her |
| 10:03:52 | 3 | internal e-mail address would be.  Every major corporate |
| 10:03:59 | 4 | officer and head of agency has an internal e-mail address so |
| 10:04:02 | 5 | that they can distinguish between the volume of spam that comes |
| 10:04:06 | 6 | in every day and the stuff they actually have to focus on. |
| 10:04:10 | 7 | There is, as far as I know, no Richard Windsor |
| 10:04:13 | 8 | who was employed by EPA during the time of the spill, and there |
| 10:04:18 | 9 | was certainly no Richard Windsor at EPA who was involved in |
| 10:04:23 | 10 | anything having to do with response to the *Deepwater Horizon* |
| 10:04:25 | 11 | incident.  So we did not search any Richard Windsor's computer. |
| 10:04:31 | 12 | We did consult with the individuals who spoke |
| 10:04:37 | 13 | directly with the administrator and confirmed that there were |
| 10:04:39 | 14 | no responsive records on her computer.  Everything was done |
| 10:04:43 | 15 | through her e-mail account.  We searched both of her official |
| 10:04:47 | 16 | e-mail accounts, windsor.richard@epa.gov and |
| 10:04:51 | 17 | jackson.lisa@epa.gov.  So we have completed a search of |
| 10:04:57 | 18 | everywhere where it is reasonably likely to find relevant |
| 10:05:02 | 19 | information within the custody of former administrator |
| 10:05:04 | 20 | Lisa Jackson. |
| 10:05:06 | 21 | THE COURT:  Good enough.  So that should conclude -- |
| 10:05:09 | 22 | Oh, come on, Mark. |
| 10:05:11 | 23 | MR. NOMELLINI:  Just very briefly on that.  We would |
| 10:05:15 | 24 | like to follow up with Sarah on that, or perhaps we can have |
| 10:05:18 | 25 | the discussion now.  It sounds like the statement is that there |

10:05:26  1    are no responsive non-emails.  That was the same discussion
10:05:34  2    that was had with respect to Secretary Chu.  I think, upon
10:05:41  3    further inquiry, it was determined that there were responsive
10:05:44  4    non-emails for Secretary Chu after some further digging.  So
10:05:49  5    that is something that we would like to talk to Sarah about.
10:05:52  6    If she wants to talk about it now, we can, or we could follow
10:05:55  7    up as necessary.
10:06:01  8            MS. HIMMELHOCH:  Your Honor, I have a couple points.
10:06:02  9    One is that we have a certification from an individual who
10:06:06  10   reviewed the materials on Administrator Jackson's computer that
10:06:14  11   there are no responsive documents there that are not duplicated
10:06:17  12   in her e-mail account.
10:06:20  13            The second is that we have no reason to believe
10:06:23  14   that there's anything related to Phase Two on the
10:06:30  15   administrator's hard drive.
10:06:32  16            The third thing is, frankly, we are at a point
10:06:35  17   at which BP has had EPA's complete collection for well over a
10:06:41  18   year.  To raise it at this point, where we are trying to focus
10:06:44  19   toward moving forward towards the Phase Two trial, I think, is
10:06:47  20   not in the spirit of the schedule that we have all been trying
10:06:50  21   to work in, which is we spent a lot of months where we answered
10:06:55  22   all the questions that BP had about our document production.
10:06:58  23   There's no reason any question like this could not have been
10:07:01  24   raised during that time period.  They did not raise it.  We
10:07:04  25   are, frankly, reluctant to re-engage in questions that could

10:07:07  1  have been raised during that time period set aside for

10:07:11  2  examining -- and, frankly, in great detail -- investigating the

10:07:16  3  aspects of the United States' production.

10:07:18  4          THE COURT:  Mark, have you seen the declaration?

10:07:22  5          MS. HIMMELHOCH:  No, we did not provide the

10:07:24  6  certification to BP.  It was an internal communication between

10:07:27  7  EPA and counsel.

10:07:29  8          MR. NOMELLINI:  No, no, I haven't, Your Honor.

10:07:30  9          The other point I would make on that is we are

10:07:34  10  not trying to sandbag anyone.  I only became aware of the

10:07:41  11  Richard Windsor issue pretty recently.  We appreciate Sarah's

10:07:48  12  efforts to look into this.  If she can provide us with the

10:07:52  13  certification, that might be the next step.

10:07:56  14          MS. HIMMELHOCH:  Your Honor, this has nothing to do

10:07:58  15  with the Richard Windsor issue.  They are inquiring as to the

10:08:02  16  adequacy of the search of the administrator's computer.  That

10:08:05  17  has nothing to do with the Richard Windsor issue.

10:08:09  18          I'll consult with EPA.  It's a communication

10:08:12  19  provided to counsel as part of our oversight of their discovery

10:08:16  20  efforts.  I honestly don't understand at this point why we are

10:08:21  21  still talking about something that should have been raised

10:08:24  22  months ago when the Court set aside specific time to

10:08:28  23  investigate the adequacy of the United States' production.

10:08:32  24          THE COURT:  Well, I'll tell you what let's do.  Why

10:08:36  25  don't we talk about this offline either this afternoon or

|          |    |
|----------|----|
| 10:08:41 | 1  | Monday, early next week, and try to figure that out.  That
| 10:08:45 | 2  | seems to be the last remaining thing outstanding between BP and
| 10:08:49 | 3  | the United States, which is a good thing.
| 10:08:55 | 4  |               University of California Santa Barbara.  Rob, do
| 10:08:59 | 5  | you want to give us an update on your review of the privilege
| 10:09:03 | 6  | log?
| 10:09:08 | 7  |          **MR. GASAWAY:**  Your Honor, Rob Gasaway for BP.  I did
| 10:09:11 | 8  | send a brief letter at 9:18 this morning.
| 10:09:15 | 9  |          **THE COURT:**  I see that.  I just asked Marie to print
| 10:09:17 | 10 | it.  How bad?
| 10:09:19 | 11 |          **MR. GASAWAY:**  It's pretty bad, Your Honor, in the
| 10:09:21 | 12 | sense that there are a number of issues there in terms of
| 10:09:26 | 13 | nonproduction of attachments, redactions that we think are
| 10:09:30 | 14 | clearly not warranted.  There's one inquiry in terms of the
| 10:09:34 | 15 | scope of the production.  Again, here we weren't trying to
| 10:09:39 | 16 | sandbag.  But as you know, we had a lengthy discussion with the
| 10:09:42 | 17 | Court that we really were subpoenaing an entity here.  We were
| 10:09:46 | 18 | not trying to focus on Professor Leifer.
| 10:09:49 | 19 |               As we have gone through the production, we have
| 10:09:52 | 20 | seen that -- obviously, we don't want academic material.  We
| 10:09:55 | 21 | have said that many, many times.  But it does look like he used
| 10:09:59 | 22 | students as assistants, which is perfectly fine in the
| 10:10:02 | 23 | consulting.  We are not sure if the assistants were included in
| 10:10:07 | 24 | the subpoena as they should have been.
| 10:10:10 | 25 |               Then finally, Your Honor helpfully issued an

order right at the first of the year -- I think it was

January 2 -- sort of talking about the immediate release

subject to clawback issues.  As we understand it, everything

should be on a privilege log or in our possession, but nothing

should sort of be in the process bin.

THE COURT:  Well, that is my understanding as well,

and I thought that Captain Englebert had made sure that was the

case.

MR. GASAWAY:  I think there may be still some

documents that are in limbo there.  I know Captain Englebert is

working the issue.

So we wanted to put everybody who is going to be

at the deposition on notice that these issues are here.  But

without detaining people and without having Captain Englebert

and UCSB counsel here, we thought maybe a brief call using that

letters and agenda could cut through this.  I know the Court

would eagerly look forward to such a call.

THE COURT:  I'm sure there's been another

misunderstanding.  Okay.

MR. BENSON:  Your Honor, this is Tom Benson with DOJ.

Can I interject one point?

THE COURT:  Sure, Tom.

MR. BENSON:  The one that I wanted to note that's not

clear in Rob's letter is the United States has done a privilege

review with respect to this, and we have completed that review

10:11:31  1  and sort of done a number of documents on a rapid-response
10:11:37  2  basis at Captain Englebert's request.
10:11:40  3          Some of those documents that we have claimed
10:11:43  4  privilege on do not need to be logged, pursuant to PTO 14 and
10:11:48  5  this Court's orders.  And so to the extent that Mr. Gasaway is
10:11:52  6  suggesting that there are documents that aren't on a log
10:11:56  7  somewhere, that's another place that they could be.  They may
10:12:00  8  not be logged because they don't have to be logged.
10:12:04  9          **MR. GASAWAY:**  That's fair enough.  Obviously, we are
10:12:06  10  not trying to renegotiate that.  We are just trying to make
10:12:08  11  sure that the Court's order of January 2 is complied with, with
10:12:13  12  respect to documents that were undergoing this extensive
10:12:20  13  quasi-privilege review by the UCSB.
10:12:26  14          **THE COURT:**  Tom, have you been in touch with counsel
10:12:28  15  for UCSB in the past couple weeks?
10:12:32  16          **MR. BENSON:**  We haven't in the past couple weeks.
10:12:34  17  The counsel for UCSB that I've talked to the most has been on
10:12:38  18  sort of a long, extended vacation.  He has been out of the
10:12:42  19  office.  We haven't talked to them directly.
10:12:42  20          **THE COURT:**  He took a month off.
10:12:48  21          We are going to hop on this first thing on
10:12:50  22  Monday.  Anybody who wants to bring motions with regard to the
10:12:56  23  production of documents by UCSB should do so on an expedited
10:13:06  24  basis so we can try to get it resolved prior to Dr. Leifer's
10:13:09  25  deposition.

10:13:12  1              Thanks, Rob.

10:13:13  2              MR. GASAWAY:  Thank you, Your Honor.

10:13:27  3              THE COURT:  The designees for the BP 30(b)(6)

10:13:31  4    depositions we ruled on.  Rob had asked for an extension to

10:13:36  5    seek clarification and reconsideration.

10:13:41  6              Rob, would January 15 suit your needs?

10:13:45  7              MR. GASAWAY:  That is next Wednesday?

10:13:47  8              THE COURT:  Yeah.

10:13:49  9              MR. GASAWAY:  Could we have until next Friday,

10:13:52 10    Your Honor?

10:13:52 11              THE COURT:  Why not.

10:13:53 12              MR. GASAWAY:  I can give a brief update on where we

10:13:55 13    are.  I think we have taken one issue off the table.  I know

10:13:59 14    Sarah is on the other line.  That was the most pressing issue.

10:14:03 15              Mr. Hill was part of Your Honor's order.  His

10:14:05 16    deposition is coming up in London Monday and Tuesday.  We had a

10:14:10 17    good meet-and-confer on all of the issues.  We decided to

10:14:13 18    tackle Mr. Hill's first.  I think the parties are in agreement

10:14:16 19    on that, the exchange of e-mails.

10:14:17 20              THE COURT:  Good.

10:14:19 21              MR. GASAWAY:  Given that, we are going to be getting

10:14:21 22    a letter to Sarah.  She outlined her positions.  We'll come

10:14:25 23    back with a letter just to her -- Your Honor won't see that --

10:14:28 24    about our thoughts on the other issues.  What we would like to

10:14:32 25    do is see if we can work through all of them, if possible, as

| | | |
|---|---|---|
| 10:14:35 | 1 | we did with Mr. Hill. |
| 10:14:37 | 2 |        THE COURT:  Perfect. |
| 10:14:39 | 3 |        MR. GASAWAY:  Could I mention one thought? |
| 10:14:40 | 4 |        Go ahead, Sarah. |
| 10:14:42 | 5 |        MS. HIMMELHOCH:  I just wanted to memorialize for the |
| 10:14:44 | 6 | Court and all the parties, because I don't know that anyone |
| 10:14:47 | 7 | other than BP and U.S. were on the exchange of e-mails, the |
| 10:14:52 | 8 | agreement.  The United States would get one hour of additional |
| 10:14:55 | 9 | time divided into an additional 30 minutes on each day so that |
| 10:15:01 | 10 | one day isn't made an hour longer; each day is made half an |
| 10:15:05 | 11 | hour longer.  The time period in which we are questioning as a |
| 10:15:09 | 12 | 30(b)(6) is clearly demarcated, and the 30(b)(6) designation |
| 10:15:13 | 13 | relates to his work analyzing the response to the Worley |
| 10:15:20 | 14 | analysis. |
| 10:15:20 | 15 |        Did I accurately characterize that, Rob? |
| 10:15:24 | 16 |        MR. GASAWAY:  You did. |
| 10:15:25 | 17 |        We also said, Sarah, that the basis for that |
| 10:15:29 | 18 | work -- which I know you want to include.  So it's both his own |
| 10:15:34 | 19 | work, what he did, and then the basis of that work as he |
| 10:15:36 | 20 | understands it. |
| 10:15:38 | 21 |        MS. HIMMELHOCH:  Yes. |
| 10:15:40 | 22 |        MR. GASAWAY:  I'm glad you mentioned the two |
| 10:15:40 | 23 | 30-minute segments.  We were actually going back over the |
| 10:15:46 | 24 | e-mail.  I think that was ambiguous, Sarah, and I wanted to |
| 10:15:49 | 25 | raise this. |

| | | |
|---|---|---|
| 10:15:50 | 1 | What we wanted to say was that there would be an |
| 10:15:52 | 2 | hour of contiguous 30(b)(6) testimony, hopefully just at the |
| 10:15:57 | 3 | beginning; that he would be a 30(b)(6) designee, but that |
| 10:16:03 | 4 | instead of having an hour extra the first day so that it would |
| 10:16:06 | 5 | be 8 1/2 hours and then only 7 1/2 the next day, we wanted to |
| 10:16:12 | 6 | have one contiguous hour of 30(b)(6) deposition.  Now we are |
| 10:16:17 | 7 | done with that.  And then instead of going 8 1/2 hours, we want |
| 10:16:22 | 8 | to end that day at 8 hours and just even it out.  So that's |
| 10:16:26 | 9 | what we were thinking instead of two 30-minute segments. |
| 10:16:27 | 10 | **MS. HIMMELHOCH:**  We have no objection to that.  My |
| 10:16:29 | 11 | only point is I think we are going to reserve our right to |
| 10:16:32 | 12 | choose when we designate that hour within our time period. |
| 10:16:37 | 13 | **MR. GASAWAY:**  Okay.  We think it makes sense to go at |
| 10:16:40 | 14 | the start. |
| 10:16:40 | 15 | The question is -- and obviously if you are not |
| 10:16:46 | 16 | asking him about the Hill analysis, I don't know if that |
| 10:16:50 | 17 | matters.  The thing that we are worried about is you start |
| 10:16:53 | 18 | asking him about Hill's analysis of the Worley critique solely |
| 10:16:57 | 19 | as a fact witness on day one, and then you say on day two, |
| 10:17:01 | 20 | "Okay.  Well, now let's go on the record that you have |
| 10:17:02 | 21 | testified to this," so you're kind of redirecting him and |
| 10:17:07 | 22 | covering old ground with your other hour. |
| 10:17:08 | 23 | I think our preference would have been we just |
| 10:17:10 | 24 | do it at the start as the 30(b)(6).  And then whatever he says |
| 10:17:14 | 25 | in his 30(b)(6) capacity, if you want to drill down for the |

| | | |
|---|---|---|
| 10:17:19 | 1 | rest of the two days in his personal capacity, obviously we can |
| 10:17:21 | 2 | do that.  That was our preference. |
| 10:17:25 | 3 | MS. HIMMELHOCH:  I think counsel at the deposition |
| 10:17:26 | 4 | can work out the timing. |
| 10:17:30 | 5 | THE COURT:  Well, that leaves it in the air. |
| 10:17:32 | 6 | MR. HAYCRAFT:  That will be 3:00 a.m. our time. |
| 10:17:35 | 7 | MS. HIMMELHOCH:  I did get a request from Mr. Cernich |
| 10:17:37 | 8 | given that, as we see, we are a little bit concerned about |
| 10:17:45 | 9 | whether we have actually reached a complete agreement, is it |
| 10:17:51 | 10 | too early to be contacting you -- because they're on London |
| 10:17:57 | 11 | time, what is the earliest time, Your Honor, that we can call |
| 10:18:01 | 12 | you if we have an issue that arises? |
| 10:18:14 | 13 | MR. FITCH:  The record should show some head shaking. |
| 10:18:17 | 14 | MS. HIMMELHOCH:  I'm just making myself as popular as |
| 10:18:17 | 15 | possible with you this morning. |
| 10:18:18 | 16 | THE COURT:  I'm usually at the office by 6:30 a.m., |
| 10:18:19 | 17 | so why don't we say 6:30 a.m.  So what's the computation? |
| 10:18:31 | 18 | MR. GODWIN:  Six hours.  12:30. |
| 10:18:31 | 19 | MR. HERMAN:  Maybe Your Honor should just attend the |
| 10:18:31 | 20 | deposition in London. |
| 10:18:38 | 21 | THE COURT:  I told you the weather is not conducive |
| 10:18:41 | 22 | to my travel to London right now. |
| 10:18:43 | 23 | MR. UNDERHILL:  What is so good here? |
| 10:18:45 | 24 | THE COURT:  Good point, but it's not cold. |
| 10:18:49 | 25 | Sarah, does that answer your question? |

| | | |
|---|---|---|
| 10:18:52 | 1 | **MS. HIMMELHOCH:**  It does answer our question, and we |
| 10:18:53 | 2 | will attempt to meet and confer further with BP before the |
| 10:18:57 | 3 | deposition begins for the -- |
| 10:18:58 | 4 | **THE COURT:**  I would like to get this nailed down so |
| 10:19:01 | 5 | that everybody knows what the game plan is. |
| 10:19:04 | 6 | **MS. HIMMELHOCH:**  Yes. |
| 10:19:05 | 7 | **THE COURT:**  Let's do that.  If you need to get me on |
| 10:19:07 | 8 | the phone, let me know. |
| 10:19:10 | 9 | **MS. HIMMELHOCH:**  Yes.  I'll try to get it resolved |
| 10:19:11 | 10 | today.  It's just that the person taking the deposition is |
| 10:19:15 | 11 | already in London, and so I need to consult with him before I |
| 10:19:19 | 12 | commit to what he's going to -- |
| 10:19:19 | 13 | **THE COURT:**  Who is taking the deposition? |
| 10:19:23 | 14 | **MS. HIMMELHOCH:**  I'm sorry? |
| 10:19:23 | 15 | **THE COURT:**  Who is taking it? |
| 10:19:27 | 16 | **MS. HIMMELHOCH:**  Mr. Cernich. |
| 10:19:28 | 17 | **THE COURT:**  Mr. Cernich.  How did he get to be "Mr."? |
| 10:19:30 | 18 | I thought only Mr. Pixton was "Mr."  Just Mr. Pixton, that's |
| 10:19:36 | 19 | the only "Mr." we have. |
| 10:19:38 | 20 | Okay.  So Scott is taking it, huh? |
| 10:19:41 | 21 | **MS. HIMMELHOCH:**  Uh-huh. |
| 10:19:45 | 22 | **MR. DAVIS-DENY:**  Your Honor, sorry to interrupt. |
| 10:19:47 | 23 | This is Grant Davis-Deny on behalf of Transocean. |
| 10:19:52 | 24 | **THE COURT:**  Yes, Grant. |
| 10:19:52 | 25 | **MR. DAVIS-DENY:**  With respect to this agreement that |

10:19:55  1   the United States and BP has negotiated on this one hour of

10:19:58  2   30(b)(6) testimony, I would like to ask that Transocean be

10:20:02  3   allowed -- and I think there may be others who would want to

10:20:06  4   join in this request -- that we be allowed to use our existing

10:20:09  5   time to question the witness on that 30(b)(6) topic.  I'm not

10:20:13  6   asking for additional time, but we could choose to ask the

10:20:18  7   witness questions about that 30(b)(6) topic.

10:20:21  8            **THE COURT:**  I think Rob has an opinion on that.

10:20:25  9            **MR. GASAWAY:**  No.

10:20:28  10           **THE COURT:**  Rob says no.

10:20:29  11               Rob, explain why no.

10:20:32  12           **MR. GASAWAY:**  Look, the United States made the

10:20:34  13  request for an additional hour for the United States'

10:20:37  14  questioning.  He is going to be limited to one hour of 30(b)(6)

10:20:45  15  testimony.

10:20:45  16               The only way this could possibly make sense

10:20:48  17  would be if this hard-won single hour of testimony were ceded

10:20:52  18  by the United States to another party.  Otherwise, he is going

10:20:55  19  to be doing more than one hour of testimony, which was actually

10:20:58  20  one of the biggest sticking points between us.

10:21:04  21               Between now and this afternoon, when we talk to

10:21:07  22  Sarah about structuring this, if Sarah wants to cede any time

10:21:11  23  in advance to another party, we will think about it at that

10:21:14  24  time; but otherwise the only way this can work is either if

10:21:19  25  Sarah cedes time or if we bust the one-hour limit, which was a

10:21:23  1   key part of the agreement.  We can stay tuned.  When we talk to

10:21:29  2   Sarah or exchange e-mails, we will ask her if she ceded any of

10:21:34  3   her time to any other party.  I think that will take care of

10:21:36  4   it.

10:21:36  5          THE COURT:  Okay.  Grant, I tend to agree with Rob's

10:21:40  6   position that we would be opening a can of worms if we do that;

10:21:43  7   that we are going to allow relief to the United States as per

10:21:47  8   my order last week and that should cover the problem.  But if

10:21:50  9   Sarah wants to give you a few minutes, that's up to Sarah.  She

10:21:54  10  is a generous person.

10:21:56  11         MS. HIMMELHOCH:  I try to be, Your Honor, and I will

10:21:59  12  consult with Scott.  I avoided my southern boarding school

10:22:03  13  upbringing and called him by his first name.  I'll get back in

10:22:07  14  touch with Transocean once I've communicated with Scott.

10:22:12  15         THE COURT:  Thank you, Sarah.

10:22:13  16         MR. GASAWAY:  We would reserve the right to comment

10:22:15  17  on any arrangements.

10:22:17  18         THE COURT:  On any such arrangement.  Okay.

10:22:22  19         We have got the issue of BP's request for

10:22:28  20  further designations of 30(b)(6) witnesses by the U.S., and we

10:22:32  21  are going to take that up on motion.  Everybody has the

10:22:34  22  briefing schedule.

10:22:39  23         Where do we stand on Oceaneering?

10:22:39  24         Oh, do you have something on that?

10:22:40  25         MR. GASAWAY:  I was going to suggest that our reply

10:22:42  1    brief will be due on Friday, as well, on that.

10:22:45  2              Sarah, is your brief due next Tuesday?  Is that

10:22:47  3    correct?

10:22:49  4         MS. HIMMELHOCH:  Wednesday, I believe.

10:22:50  5         MR. GASAWAY:  Could we have the Monday, then, for the

10:22:52  6    reply brief?

10:22:54  7         THE COURT:  That's really going to jam you on trying

10:22:57  8    to line them up, but okay.

10:23:00  9         MR. GASAWAY:  We'll try to get it in on Friday, then.

10:23:02  10        THE COURT:  If you can't, you can't.

10:23:04  11        MR. GASAWAY:  Thank you.

10:23:05  12        THE COURT:  Let's get an update on Oceaneering.

10:23:08  13             Jimmy, is that you?

10:23:11  14        MR. O'ROURKE:  That's probably me, Your Honor.  This

10:23:12  15   is Steve O'Rourke on the phone.

10:23:16  16        THE COURT:  Hi, Steve.  How are you doing?

10:23:16  17        MR. O'ROURKE:  Good morning.  Oceaneering is still

10:23:16  18   running their search terms.  I understand they are about to

10:23:19  19   produce to us their documents that don't hit on privilege

10:23:23  20   search terms.  We would then be producing them to the other

10:23:28  21   parties.  As of yesterday, they hadn't finished, but it sounded

10:23:32  22   like they are getting close.

10:23:34  23             As requested, we invited BP into the

10:23:37  24   discussions.  They were given a chance to propose their own

10:23:40  25   search terms.  They decided not to, but they know what's going

10:23:43  1    on.
10:23:44  2              As of right now, possible depo dates could be
10:23:48  3    January 31 and February 1, so that's about three weeks from
10:23:51  4    now.  So we are not going to quite make the 21-day window, but
10:23:58  5    we are going to sort of tentatively propose the 31st and 1st.
10:24:02  6    That is during the Super Bowl time period, so there may be a
10:24:05  7    need to do that one up in D.C.  We also have some other depos
10:24:11  8    up in D.C. around then.
10:24:13  9              THE COURT:  Would that be for both of the witnesses?
10:24:16  10             MR. O'ROURKE:  That's my understanding, it will be
10:24:17  11   for both of the witnesses, one on each day.  Again, I would
10:24:21  12   like to keep this tentative until what sounds like maybe early
10:24:24  13   next week.  We will be getting the papers, get them out, make
10:24:27  14   sure it's all done correctly.  Then we can firm this up and
10:24:32  15   assign a particular name to a particular day and figure out the
10:24:34  16   location.
10:24:34  17             THE COURT:  Good.  Thanks, Steve.
10:24:36  18             MR. O'ROURKE:  Thank you.
10:24:38  19             MR. WILLIAMSON:  Houston might be more convenient for
10:24:40  20   everyone.
10:24:41  21             THE COURT:  Steve, Jimmy has suggested that Houston
10:24:44  22   might be a better venue, so just think about that.
10:24:49  23             MR. O'ROURKE:  Houston might be preferable?  I'll
10:24:50  24   pass that along.
10:24:51  25             THE COURT:  Thank you.

10:24:52  1      MR. O'ROURKE:  As long as I have got the floor here,

10:24:56  2  Your Honor --

10:24:56  3      THE COURT:  Yes, you do.

10:24:57  4      MR. O'ROURKE:  -- I would like to mention George

10:25:00  5  Graettinger.  He was scheduled for February 5 and 6, and

10:25:06  6  apparently there's a proposal, I think from my side, to move

10:25:09  7  him by a day to the 6th and 7th.  It would still be in D.C.  It

10:25:14  8  would just be the whole depo would shift one day later, from

10:25:16  9  the 5th and 6th to the 6th and 7th.  I notified the parties by

10:25:23  10  e-mail yesterday.  I don't think I saw anybody objecting to

10:25:26  11  that.

10:25:27  12      THE COURT:  Thank you for that.

10:25:28  13      MR. O'ROURKE:  Thank you.

10:25:30  14      THE COURT:  Last but not least, according to my list,

10:25:32  15  do we have dates for the deposition of Clarkson?

10:25:40  16      MR. GASAWAY:  Your Honor, we don't, and we have been

10:25:42  17  trying.  We realize that he is the last outstanding person.

10:25:48  18  Counsel has been very patient with us.  The bottom line is we

10:25:54  19  are going to have to amend our witness list to take him off.

10:25:58  20  We haven't been able to get dates and we're not going to be

10:26:00  21  able to get dates within the time period, so we will send the

10:26:04  22  amended witness list.  It will just list Mr. Carmichael at that

10:26:07  23  point, and I'm happy to report that Mr. Carmichael's deposition

10:26:11  24  is in the can.

10:26:13  25      THE COURT:  Good.  That's efficient.

| | | |
|---|---|---|
| 10:26:15 | 1 | **MR. GASAWAY:**  Could I mention a couple other things |
| 10:26:18 | 2 | as long as I have the floor? |
| 10:26:19 | 3 | **THE COURT:**  Sure. |
| 10:26:19 | 4 | **MR. GASAWAY:**  Just going back in terms of the |
| 10:26:23 | 5 | logistical information that should be at all parties now, the |
| 10:26:26 | 6 | Patteson deposition in Houston, a question on the Levitan |
| 10:26:31 | 7 | deposition that we have been e-mailing back and forth on with |
| 10:26:34 | 8 | the United States. |
| 10:26:35 | 9 | **THE COURT:**  Uh-huh. |
| 10:26:35 | 10 | **MR. GASAWAY:**  It's currently set for the 24th and |
| 10:26:38 | 11 | 25th.  I think Nat is the point person there, but one of the |
| 10:26:43 | 12 | lawyers for the United States knows.  We are looking at moving |
| 10:26:46 | 13 | that to the 30th to 31st instead of the 24th and 25th. |
| 10:26:51 | 14 | **THE COURT:**  Okay. |
| 10:26:53 | 15 | **MR. O'ROURKE:**  Your Honor, this is O'Rourke.  If I |
| 10:26:55 | 16 | may interrupt on that one for a moment? |
| 10:26:57 | 17 | **THE COURT:**  Go ahead. |
| 10:26:58 | 18 | **MR. O'ROURKE:**  We still understand that the Levitan |
| 10:27:01 | 19 | document production is not complete.  We did get 212 documents |
| 10:27:07 | 20 | this morning, but we understand that BP still has more |
| 10:27:10 | 21 | documents coming and perhaps as many as 5,000. |
| 10:27:15 | 22 | His deposition is currently scheduled for the |
| 10:27:19 | 23 | 24th and 25th.  The proposed dates that Mr. Gasaway just |
| 10:27:25 | 24 | mentioned are still in January, so we are happy with that.  We |
| 10:27:29 | 25 | don't want to see this bleed into February for various reasons. |

|            |    |                                                                    |
|------------|----|--------------------------------------------------------------------|
| 10:27:32   | 1  | We do want to know if perhaps Mr. Nomellini or Mr. Gasaway         |
| 10:27:36   | 2  | could address the timing of the completion of the production of    |
| 10:27:42   | 3  | the Levitan documents.                                             |
| 10:27:44   | 4  | **MR CHAKERES:** Steve, this is Nat Chakeres.                      |
| 10:27:46   | 5  | Mr. Nomellini and I just conferred about that before the call,    |
| 10:27:50   | 6  | and I haven't had a chance to update you on that.                 |
| 10:27:55   | 7  | **MR. UNDERHILL:** Could we hear the update?                       |
| 10:28:03   | 8  | **MR. CHAKERES:** I thought we got confirmation that the          |
| 10:28:05   | 9  | full production was happening today or has happened today?  Is    |
| 10:28:09   | 10 | that correct?                                                      |
| 10:28:11   | 11 | **MR. NOMELLINI:** We made it today.  It wasn't 5,000             |
| 10:28:13   | 12 | documents; it was like 70.                                        |
| 10:28:15   | 13 | **THE COURT:** 70 documents, and that should give you            |
| 10:28:17   | 14 | plenty of time to review if we move it to the 30th and 31st.      |
| 10:28:22   | 15 | Bingo.                                                             |
| 10:28:22   | 16 | What else?                                                         |
| 10:28:25   | 17 | **MR. GASAWAY:** Just a continuation of the discussion           |
| 10:28:27   | 18 | on Secretary Chu, Your Honor.  Obviously, we saw the issue        |
| 10:28:31   | 19 | about videotape.  This is really something that came to our       |
| 10:28:36   | 20 | team from Kym, about the relation between videotape and           |
| 10:28:41   | 21 | external feed and Wi-Fi.  As I understand that, the Wi-Fi         |
| 10:28:48   | 22 | access that people have that lets people e-mail in and out,       |
| 10:28:51   | 23 | which is obviously critical, is provided in conjunction with      |
| 10:28:54   | 24 | the live feed in these remote environments and maybe even when    |
| 10:29:00   | 25 | we are here in New Orleans.                                        |

10:29:01  1          The problem is, if you don't have full Wi-Fi
10:29:05  2     capability, then when these issues come up like what they were
10:29:09  3     talking about with Mr. Hill or what came up with Admiral Allen,
10:29:11  4     where the e-mails come out, we get on the phone with
10:29:15  5     Your Honor, it's very hard to have one of these depositions.
10:29:18  6     So I just wanted to reiterate our request to host it at
10:29:24  7     Kirkland & Ellis.
10:29:26  8          I think Kym may have some views on the relative
10:29:29  9     ease of setting up not just a video environment but a video
10:29:34  10    Wi-Fi remote connection environment in the Department of
10:29:38  11    Energy.  Certainly, if we can have the full functionality at
10:29:41  12    the Department of Energy, we are happy to go there.  But if Kym
10:29:44  13    or others think that in getting that full functionality, which
10:29:47  14    we tend to need for high-visibility depositions, Kirkland &
10:29:53  15    Ellis or another location would be more appropriate, we would
10:29:58  16    be happy to facilitate that.  If there's an objection to
10:30:02  17    Kirkland & Ellis because we are a law firm representing BP, we
10:30:05  18    would certainly be willing to investigate and help find neutral
10:30:11  19    ground, so to speak.
10:30:12  20          MS. HIMMELHOCH:  Your Honor, this is Sarah
10:30:13  21    Himmelhoch.  We strongly object to locating the deposition of
10:30:18  22    Secretary Chu anywhere other than the Department of Energy
10:30:22  23    simply because on his 10-minute breaks he is going to be acting
10:30:28  24    as the secretary of Energy in dealing with all of the numerous
10:30:31  25    issues that he has to deal with on a regular basis.  And one of

10:30:36  1   the reasons we consented, in the end, to the request for
10:30:40  2   Secretary Chu's deposition was because part of the agreement
10:30:45  3   was that it would occur at the Department of Energy so that he
10:30:48  4   could continue to take care of the vital business he does every
10:30:56  5   day.
10:30:56  6            I will speak with Kym, and Kym will speak with
10:30:59  7   the secretary's staff about what accommodations, if any, need
10:31:03  8   to be made in order to provide as much functionality as
10:31:06  9   possible.  But should the request be made to move the
10:31:12 10   deposition from the Department of Energy's building, we will
10:31:19 11   need to consider whether we file a motion to prevent the
10:31:22 12   deposition from occurring.
10:31:24 13            THE COURT:  Okay.  Well, the easy answer is that we
10:31:27 14   get Kym the access that he needs.
10:31:30 15            MS. HIMMELHOCH:  Right.
10:31:30 16            THE COURT:  That's obviously the easy answer.  So if
10:31:33 17   you could talk to the secretary's staff about that, and let's
10:31:37 18   make sure that he is given the Wi-Fi access that he needs and
10:31:43 19   the advance clearance to get the video equipment in, that
10:31:46 20   should take care of the problem.
10:31:49 21            MS. HIMMELHOCH:  We will do everything in our
10:31:51 22   capacity to make sure that happens, Your Honor.
10:31:52 23            I just want to confirm that I have got -- I
10:31:56 24   believe I have heard from the people who are coming, and I have
10:32:01 25   13 names.  I have one representative of the PSC, three

| | | |
|---|---|---|
| 10:32:06 | 1 | attorneys from Halliburton, Ms. Sergeant, Mr. Fitch, one |
| 10:32:13 | 2 | representative of Cameron, and five attorneys from BP. |
| 10:32:16 | 3 | Are there any other individuals who are |
| 10:32:20 | 4 | intending to attend the Chu deposition? |
| 10:32:23 | 5 | MS. SCOFIELD:  Your Honor, we intend to send someone |
| 10:32:25 | 6 | from M-I.  I'll send the information today. |
| 10:32:28 | 7 | THE COURT:  So yes, the answer is M-I, and they will |
| 10:32:32 | 8 | send the information today. |
| 10:32:35 | 9 | MS. HIMMELHOCH:  I just want to warn everyone that |
| 10:32:37 | 10 | the conference room is relatively small.  The conference room |
| 10:32:40 | 11 | is adjacent to the secretary's office.  As I said, part of our |
| 10:32:44 | 12 | concern is having him able to be contacted should there be an |
| 10:32:48 | 13 | issue.  It's going to be crowded if everybody brings three to |
| 10:32:52 | 14 | five attorneys, so I encourage people to think whether five |
| 10:32:56 | 15 | attorneys really need to attend this deposition.  I think we |
| 10:32:59 | 16 | can hold everyone if there's one additional representative from |
| 10:33:03 | 17 | M-I SWACO, but it's not going to be the luxurious |
| 10:33:06 | 18 | accommodations provided by Kym and his team. |
| 10:33:10 | 19 | THE COURT:  Well, that's okay.  I do agree that if |
| 10:33:13 | 20 | you could keep the numbers down, that would be very helpful. |
| 10:33:20 | 21 | MR. WILLIAMS:  Your Honor, Carter Williams.  I didn't |
| 10:33:22 | 22 | hear our list there, Sarah.  We'll make sure you have that |
| 10:33:24 | 23 | today. |
| 10:33:25 | 24 | MS. HIMMELHOCH:  Who is that? |
| 10:33:27 | 25 | THE COURT:  That's Transocean. |

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
| 10:33:30 | 1  | **MS. HIMMELHOCH:**  Okay.                              |
| 10:33:30 | 2  | **THE COURT:**  You're going to have 15 people there?  |
| 10:33:34 | 3  | **MR. WILLIAMS:**  We'll keep it small.                |
| 10:33:36 | 4  | **MR. GASAWAY:**  Your Honor, just to close this out,  |

**MS. HIMMELHOCH:**  Okay.

**THE COURT:**  You're going to have 15 people there?

**MR. WILLIAMS:**  We'll keep it small.

**MR. GASAWAY:**  Your Honor, just to close this out, again, we are not requesting to move this.  We are offering to move it in the event the Department of Energy concludes that they can't provide an MDL 2179 quality deposition there, but we are not asking to move it.  We are happy to have it there.  We said explicitly on the record that we would have it anywhere. We just want to make sure it's a true MDL 2179 deposition.

**THE COURT:**  I'm with you.

We have the issue of delaying the reporting date for Dr. Bea, and we'll be getting an order out on that.

**MR. BARR:**  Your Honor, Brian Barr for the PSC real quick.

**THE COURT:**  Brian, I was hoping we could get through without speaking to you today.

**MR. BARR:**  That's not very nice.

**THE COURT:**  Go ahead, Brian.

**MR. BARR:**  The language in the last working conference order, I want to make sure it's consistent with what I was proposing because this could be read to mean delay it from the report date of all of the other Phase Two experts. What I was proposing was moving it back two weeks from the May 3 that was in the original draft Phase Two time line.

10:35:01  1      **THE COURT:**  Whoops.  Well, that's nice that you

10:35:03  2  clarified.  I'm glad you're on the phone because we read it to

10:35:07  3  mean a two-week delay from the time when the other expert

10:35:14  4  reports would be served.  So we certainly were under -- what

10:35:21  5  does the University of California say?  A misimpression.  A

10:35:27  6  "mis" something.

10:35:32  7      Brian, we are going to have to look at that.  So

10:35:35  8  you're backing yourself up two weeks from the date that you had

10:35:39  9  previously suggested; is that correct?

10:35:43  10     **MR. BARR:**  I obviously don't know which experts of

10:35:48  11 the other parties his report allegedly may impact, but to try

10:35:53  12 to address some of the concerns, I thought moving everything

10:35:56  13 back two weeks would be time to address those concerns.

10:36:02  14     **THE COURT:**  We are going to think on that.  I think

10:36:03  15 that puts a wrinkle in our thinking.  We'll look at it.

10:36:16  16     I think, guys, that's everything I want to cover

10:36:19  17 today.

10:36:21  18     Mr. Sterbcow, have you got something additional?

10:36:25  19     I'm sorry.  Rob, do you have something

10:36:27  20 additional?

10:36:29  21     **MR. GASAWAY:**  Your Honor, just on the Alaska thing at

10:36:33  22 the very end of the agenda, I think our preference would be to

10:36:38  23 talk to the United States, to have the United States return the

10:36:40  24 documents to BP or have the litigants in Alaska return the

10:36:45  25 documents to BP.

10:36:46  1          We would, however, be willing to open up a
10:36:49  2  dialogue with the United States immediately about if the
10:36:52  3  United States wants us to sort of give them the documents as a
10:36:58  4  first round of later-phases discovery, so they don't want us to
10:37:02  5  have them and them have to wait and then ask for them in later
10:37:05  6  phases discovery, as a sort of spring training for later-phases
10:37:10  7  discovery so the floodgates don't open and everybody says,
10:37:14  8  "Okay.  Great.  The United States is getting discovery.  We
10:37:16  9  want some too."  We saw the dynamic here with respect to the
10:37:17  10  30(b)(6) of Mr. Hill.
10:37:17  11          But just with respect to these documents, we
10:37:25  12  think it does makes sense to get the process under way.  If
10:37:28  13  they would like, once we have them, to talk to them about
10:37:31  14  getting them soon, we would be willing to do that.  So
10:37:31  15  hopefully we can work with the United States on this.
10:37:34  16          THE COURT:  Good.  That makes sense.  Thank you.
10:37:36  17          MS. HIMMELHOCH:  Yes, Your Honor, we will certainly
10:37:37  18  work with BP to accommodate that.
10:37:39  19          I have one additional issue.
10:37:41  20          THE COURT:  Okay.  Go ahead.
10:37:43  21          MS. HIMMELHOCH:  I circulated yesterday to counsel --
10:37:46  22  I just wanted to give you a heads-up on two things that are
10:37:49  23  going to be coming your way, both of which I view as sort of
10:37:51  24  housekeeping orders.  I have already circulated to counsel the
10:37:54  25  first of those.

10:37:55  1           The criminal defendants in the related criminal
10:38:02  2    prosecutions are currently engaged in the discovery process
10:38:06  3    there and have requested documents from us that would include
10:38:11  4    documents produced to us by defendants and third parties that
10:38:16  5    have been identified as confidential under PTO 13.
10:38:20  6           There is a protective order in the criminal case
10:38:22  7    that is analogous to PTO 13.  So we are just proposing an order
10:38:27  8    that allows us to take the documents from this litigation and
10:38:31  9    hand it over in the other litigation so long as they're subject
10:38:35  10   to the protective order in the other litigation.
10:38:39  11          Then the second order has to do with clarifying
10:38:43  12   what communications between the United States and the states
10:38:45  13   are confidential, particularly those states that are nonparties
10:38:50  14   to the action.
10:38:51  15          I think both of them are implementing concepts
10:38:53  16   that are familiar and pretty noncontroversial in this case.  I
10:38:59  17   wanted to give you a heads-up that in the next couple of weeks
10:39:01  18   we are going to be submitting those two orders after
10:39:03  19   consultation with counsel.
10:39:05  20          THE COURT:  All right.  Good.
10:39:05  21          Anthony came up in response to some comment that
10:39:09  22   you made.  Let's hear what he has to say.
10:39:12  23          MR. IRPINO:  We saw the order.  Sarah sent it around
10:39:14  24   yesterday, and it was fine.
10:39:16  25          THE COURT:  Good.  Sarah, you got a thumbs-up.

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
| 10:39:19 | 1  | **MR. IRPINO:**  I'm not speaking for every party.                     |
| 10:39:23 | 2  | **THE COURT:**  The PSC gives you a thumbs-up.                         |
| 10:39:26 | 3  | **MS. HIMMELHOCH:**  Thank you so much.                                |
| 10:39:27 | 4  | **THE COURT:**  Paul.                                                  |
| 10:39:27 | 5  | **MR. STERBCOW:**  Your Honor, Paul Sterbcow.  I wanted               |
| 10:39:28 | 6  | to wait until the end to see if this came up.  Going back to           |
| 10:39:32 | 7  | the exhibit list, two issues.  We have not prepared any type of        |
| 10:39:35 | 8  | good cause motion with respect to any potential admissible             |
| 10:39:40 | 9  | pleading that grows out of either the BP or the Transocean             |
| 10:39:43 | 10 | guilty pleas in the criminal case because we don't know where          |
| 10:39:47 | 11 | we stand yet.  I addressed it once before.                             |
| 10:39:48 | 12 | **THE COURT:**  You have reserved your right.                          |
| 10:39:50 | 13 | **MR. STERBCOW:**  Secondly, because we haven't resolved              |
| 10:39:52 | 14 | the issue yet of the attachments to HESI's cement manual, I            |
| 10:39:58 | 15 | wanted to let the Court know that whether we get zero or 109 or        |
| 10:40:02 | 16 | something in between, we consider those documents part of              |
| 10:40:06 | 17 | TREX 989.  In other words, we haven't listed -- because we             |
| 10:40:10 | 18 | can't, nor do I think we should, because they are incorporated         |
| 10:40:14 | 19 | in a previously marked exhibit.  I just wanted to make that            |
| 10:40:15 | 20 | clear.                                                                  |
| 10:40:16 | 21 | **THE COURT:**  I agree with that as well.                             |
| 10:40:16 | 22 | **MR. STERBCOW:**  Thank you, Your Honor.                             |
| 10:40:17 | 23 | **MR. GODWIN:**  Judge, Don Godwin for Halliburton.                   |
| 10:40:22 | 24 | While I understand Paul says that he considers those embedded          |
| 10:40:26 | 25 | documents part of TREX 989, as you know from our filing, Judge,        |

```
10:40:30   1    we have always objected to that and made a timely objection.
10:40:33   2    And here, almost a year later or whatever, they are bringing
10:40:37   3    the subject up in what we believe to be a motion to compel.
10:40:41   4              We have submitted our paper, and Paul and his
10:40:46   5    group have submitted theirs.  We are simply waiting for some
10:40:49   6    direction from Your Honor or a meeting with Your Honor, however
10:40:51   7    you want to handle it.
10:40:51   8              THE COURT:  No meeting.
10:40:53   9              MR. GODWIN:  Whatever.  In terms of Paul suggesting
10:40:56   10   that the embedded documents should be included as part of
10:41:00   11   TREX 989 and be exhibits, we just want to voice our objection
10:41:04   12   to that and have it noted.
10:41:08   13             THE COURT:  I think you misunderstood.  I think what
10:41:08   14   he was saying is that if my order goes the PSC's way, it will
10:41:13   15   automatically be part of his exhibit list.  If the order goes
10:41:17   16   against the PSC, it will not be automatic.
10:41:21   17             MR. GODWIN:  I appreciate that clarification.
10:41:21   18             THE COURT:  Is that correct, Paul?
10:41:23   19             MR. STERBCOW:  That's correct.
10:41:25   20             MR. GODWIN:  Thank you, Your Honor.  Thank you,
10:41:25   21   Judge.
10:41:27   22             MR. FITCH:  Judge, Tony Fitch, Anadarko.  Last week
10:41:31   23   it fell to me to start looking over orders that might be
10:41:35   24   applicable from Phase One to Phase Two, although my original
10:41:39   25   request dealt only with experts, but so be it.  I could regale
```

10:41:44   1   you with a *Perils of Pauline* tale about why I haven't done that

10:41:49   2   this week, which I think would be so sympathetic that it would

10:41:53   3   move even Mr. O'Rourke.

10:41:56   4           But leaving that aside -- I did get hung up a

10:41:58   5   little bit -- I propose to distribute this afternoon one

10:42:03   6   proposed order which would deal just with expert witness

10:42:06   7   issues.  It's a stripped-down version of the one you issued a

10:42:10   8   year ago -- assuming I get back online -- with the idea that

10:42:15   9   the parties can comment on it next Monday, Tuesday, Wednesday.

10:42:17  10   And you can either enter it if there are no comments, or we can

10:42:22  11   get rid of it next Friday.

10:42:24  12           THE COURT:  Sounds good.  Thanks, Tony.

10:42:28  13           MR. WILLIAMS:  Your Honor, a final Phase One exhibit

10:42:30  14   issue.  I didn't see in PTO 54 a date for exchange of the

10:42:36  15   branded trial exhibits, which we did last time.  We will do our

10:42:40  16   list today, but at some point the parties should brand them and

10:42:44  17   get them to inData so we are all working off the same set.

10:42:48  18           MR. NOMELLINI:  I can propose something on that, and

10:42:51  19   everybody can weigh in on that.

10:42:53  20           The other thing, Your Honor, it sounds like we

10:42:55  21   had a consensus from last week that everybody is to use the

10:43:00  22   cured versions of the exhibits.  I think Mike was going to take

10:43:04  23   a final look at that, but it sounds like there's no issue with

10:43:08  24   the cured version, with the list that Halliburton circulated.

10:43:13  25           THE COURT:  No, I agree.  I thought that had been

10:43:15  1  agreed to.  If you will just propose a date for the final

10:43:18  2  marking and getting it to inData, that would be great.

10:43:23  3        MR. UNDERHILL:  I think we are close on the cured

10:43:25  4  exhibits.  One of my colleagues had an exchange with Carolyn

10:43:28  5  Raines, and I think we were close, but I don't think we solved

10:43:33  6  it.  I'm not sure exactly what it is, but I think we can narrow

10:43:38  7  that gap.  I hope so.

10:43:39  8              I'm not clear when Mark talks about branding the

10:43:43  9  exhibits.  I thought that we had gone through this a couple

10:43:47  10  months ago, that all the parties have their own database of

10:43:53  11  documents, that if we all do them right, we will be using the

10:43:59  12  same document; i.e., cured documents and Bates ranges, improper

10:44:05  13  scans by court reporters corrected, all that kind of stuff.

10:44:09  14  When we talk about branding, I'm not sure what he means.

10:44:11  15        THE COURT:  Mr. Nomellini is going to tell you what

10:44:13  16  he means.

10:44:13  17        MR. NOMELLINI:  This is just the new ones, Mike.  So

10:44:16  18  everybody gets their 35.  Some of those might not have

10:44:21  19  previously been branded.  We are not rebranding anything.

10:44:25  20        MR. UNDERHILL:  Good.  Got it.

10:44:26  21        THE COURT:  We don't approve of rebranding.

10:44:29  22        MR. UNDERHILL:  I don't know.  We have fairs in

10:44:33  23  San Francisco where we have branding that goes on.

10:44:36  24        THE COURT:  Oh, I'll bet.

10:44:41  25              Anything else?  Anthony, have you got something?

10:44:44   1          **MR. IRPINO:**  Real quickly.  Obviously, Monday is the
10:44:46   2     deadline for the objections on the Phase Two exhibits.  I
10:44:49   3     talked with Mark.  We are fine with e-mailing these around.
10:44:55   4     The point of this is to try to get a good sense of what the
10:45:00   5     objections are.  The parties can just e-mail them to each
10:45:03   6     other.  They don't have to relist every single exhibit and say
10:45:04   7     no objection or whatever; just list the ones you have
10:45:06   8     objections to and state the objection.
10:45:07   9          **THE COURT:**  Right.  Just raise the objection.
10:45:12   10              Anything else?  Going once.  Going twice.  Sold.
10:45:18   11              Andy, could I see you?  If you will stick around
10:45:21   12     for a second.
10:45:22   13          **MR. LANGAN:**  Sure.
10:45:22   14          **THE COURT:**  First we are going to take a little grand
10:45:25   15     jury verdict.
10:45:34   16              Andy, I guess we could do it while they are
10:45:37   17     setting up.
10:46:54   18              (Proceedings adjourned.)
10:53:30   19                              *  *  *
           20
           21
           22
           23
           24
           25

1                              **<u>CERTIFICATE</u>**

2              I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, do hereby certify that the foregoing is a true

5    and correct transcript, to the best of my ability and

6    understanding, from the record of the proceedings in the

7    above-entitled matter.

8

9

10                              *s/ Toni Doyle Tusa*
                                Toni Doyle Tusa, CCR, FCRR
11                              Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# 1

10 minutes [1] 8/7
10-MD-2179 [1] 1/4
10-minute [1] 47/23
1000 [1] 5/7
1001 [1] 3/6
109 [1] 54/15
11 [2] 1/7 7/2
1100 [2] 3/5 3/10
1201 [1] 4/17
1221 [1] 4/12
12308 [1] 1/23
12:30 [1] 38/18
13 [3] 48/25 53/5 53/7
1300 [1] 4/24
1331 [1] 4/20
14 [1] 34/4
14-day [1] 11/22
15 [2] 35/6 50/2
1615 [1] 4/25
1665 [1] 4/20
1700 [1] 4/17
17th [1] 27/2
1st [1] 43/5

# 2

20 [1] 1/6
20005 [1] 3/19
20006 [1] 5/4
20044 [1] 2/22
2007 [1] 5/13
2010 [1] 1/6
2013 [2] 1/7 7/2
2020 [1] 5/3
21-day [1] 43/4
212 [1] 45/19
2179 [3] 1/4 50/7 50/10
2185 [5] 9/8 9/18 9/25 10/7 11/23
22 [1] 18/4
2216 [1] 2/9
24th [3] 45/10 45/13 45/23
25th [5] 11/19 11/25 45/11 45/13 45/23
2615 [1] 2/6
27 [2] 15/25 25/6
28 [1] 25/7
2800 [1] 5/13

# 3

30 [14] 35/3 36/12 36/12 37/2 37/3 37/6
37/24 37/25 40/2 40/5 40/7 40/14 41/20
52/10
30 minutes [1] 36/9
30-minute [2] 36/23 37/9
300 [1] 4/4
30th [2] 45/13 46/14
31 [1] 43/3
316 [1] 1/24
31st [3] 43/5 45/13 46/14
32591 [1] 1/24
3300 [1] 5/10
335 [1] 3/9
35 [4] 18/7 19/1 20/1 57/18
35th [1] 3/9
36028 [1] 2/25
36130 [1] 2/3
3668 [1] 1/16
3700 [2] 3/3 3/6
3:00 [1] 38/6

# 4

4000 [1] 5/7
406 [1] 5/16

4310 [1] 2/3
4500 [1] 4/11

# 5

5,000 [2] 45/21 46/11
5-yard [2] 8/6 8/8
500 [2] 1/17 5/16
5000 [1] 3/12
501 [1] 2/13
504 [1] 5/17
5395 [1] 2/25
54 [1] 56/14
546 [1] 4/9
556 [1] 1/17
589-7778 [1] 5/17
5th [1] 44/9

# 6

600 [1] 1/24
601 [1] 2/6
60654 [1] 4/5
655 [1] 3/19
6:30 a.m [2] 38/16 38/17
6th [3] 44/7 44/9 44/9

# 7

7 1/2 [1] 37/5
7-5395 [1] 2/25
70 [2] 46/12 46/13
701 [2] 2/16 3/12
70112 [1] 4/24
70113 [1] 1/20
70130 [5] 2/7 2/10 2/17 4/9 5/16
70139 [1] 3/13
70162 [1] 3/4
70163 [1] 5/11
70502 [1] 1/17
725 [1] 5/13
75270 [1] 4/17
7611 [1] 2/21
77002 [2] 3/7 5/7
77006 [1] 2/4
77010 [2] 4/12 4/21
7778 [1] 5/17
7th [2] 44/7 44/9

# 8

8 1/2 hours [2] 37/5 37/7
820 [1] 1/20

# 9

90017 [1] 5/14
90071 [1] 3/10
94102 [1] 2/25
989 [3] 54/17 54/25 55/11
9:18 [1] 32/8
9:30 [2] 1/8 27/2

# A

a.m [4] 1/8 38/6 38/16 38/17
ability [1] 59/5
able [4] 8/24 44/20 44/21 49/12
about [50] 8/7 10/1 10/5 11/14
 12/23 12/24 13/10 16/7 17/13 17/15 19/3
 19/11 20/4 20/5 20/7 21/3 25/6 25/16
 26/12 28/15 28/19 30/5 30/6 30/22 31/21
 31/25 33/2 35/24 37/16 37/17 37/18 38/8
 40/7 40/22 40/23 42/18 43/3 43/22 46/5
 46/19 46/20 47/3 48/7 48/17 52/2 52/13
 56/1 57/8 57/14
above [2] 13/13 59/7
above-entitled [1] 59/7
Abramson [1] 2/5
abundance [1] 14/12

academic [1] 32/20
accept [4] 27/10 60/23 43/1
accommodate [1] 52/18
accommodations [2] 48/7 49/18
according [1] 44/14
account [2] 29/15 30/12
accounts [1] 29/16
accurately [1] 36/15
act [1] 12/1
acting [1] 47/23
action [1] 53/14
actually [5] 14/18 29/6 36/23 38/9 40/19
add [8] 18/7 18/15 18/16 19/1 19/20
 19/22 19/23 24/20
added [1] 24/4
additional [9] 15/14 36/8 36/9 40/6 40/13
 49/16 51/18 51/20 52/19
address [6] 26/22 29/3 29/4 46/2 51/12
 51/13
addressed [1] 54/11
adequacy [2] 31/16 31/23
adjacent [1] 49/11
adjourned [1] 58/18
administrator [3] 29/13 29/19 30/10
Administrator Jackson's [1] 30/10
administrator's [2] 30/15 31/16
Admiral [1] 47/3
Admiral Allen [1] 47/3
admissible [1] 54/8
admitting [1] 23/13
advance [2] 40/23 48/19
adverse [1] 23/19
affect [1] 14/1
after [5] 8/22 8/23 28/10 30/4 53/18
after-hours [2] 8/22 8/23
afternoon [4] 27/25 31/25 40/21 56/5
again [5] 14/14 18/25 32/15 43/11 50/5
against [3] 7/21 19/14 55/16
agency [1] 29/4
agenda [11] 10/4 21/7 21/10 21/10 21/13
 21/14 21/19 26/10 26/12 33/16 51/22
ago [4] 9/18 31/22 56/8 57/10
agree [4] 41/5 49/19 54/21 56/25
agreeable [1] 23/25
agreed [2] 9/19 57/1
agreement [8] 10/15 10/20 35/18 36/8
 38/9 39/25 41/1 48/2
ahead [7] 22/24 23/25 24/16 36/4 45/17
 50/19 52/20
aided [1] 5/22
air [1] 38/5
Alabama [8] 2/11 2/12 2/13 7/21 7/23 8/6
 8/8 8/14
ALAN [3] 4/19 8/15 8/15
Alaska [2] 51/21 51/24
alert [1] 28/9
all [31] 1/8 8/17 9/6 10/21 12/9 16/14
 17/4 17/16 17/19 18/11 20/4 23/24 25/20
 27/16 27/19 27/25 28/9 30/20 30/22
 35/17 35/25 36/6 43/14 45/5 47/24 50/23
 53/20 56/17 57/10 57/11 57/13
all-liquid [1] 8/17
allegedly [1] 51/11
Allen [1] 47/3
ALLISON [1] 4/16
allow [3] 11/8 24/16 41/7
allowed [2] 40/3 40/4
allows [3] 18/15 18/25 53/8
almost [1] 55/2
along [3] 11/8 17/4 43/24
already [4] 17/1 21/12 39/11 52/24
also [3] 24/3 36/17 43/7
although [2] 11/5 55/24

**A**

always [2] 8/13 55/1
am [2] 12/6 23/13
ambiguous [1] 36/24
Ambrose [2] 24/4 24/8
amend [1] 44/19
amended [1] 44/22
America [17] 2/19 2/24 3/11 3/12 3/13
3/14 3/15 3/17 3/17 3/18 3/20 3/21 4/2
4/3 4/4 4/5 4/6
Anadarko [8] 4/22 4/23 5/2 5/3 19/8
19/10 19/14 55/22
analogous [1] 53/7
analysis [3] 36/14 37/16 37/18
analyzing [1] 36/13
ANDREW [2] 4/3 5/13
Andy [8] 9/14 20/14 20/15 21/13 23/15
24/7 58/11 58/16
Angeles [2] 3/10 5/14
another [5] 33/18 34/7 40/18 40/23 47/5
answer [6] 20/14 38/25 39/1 48/13 48/16
49/7
answered [1] 30/21
ANTHONY [4] 2/9 12/18 53/21 57/25
any [23] 11/16 15/14 16/19 21/18 22/19
22/19 23/12 23/12 24/15 24/21 25/23
26/12 29/11 30/23 40/22 41/2 41/3 41/17
41/18 48/7 49/3 54/7 54/8
anybody [6] 9/13 11/16 12/18 16/19
34/22 44/10
anyone [2] 31/10 36/6
anything [10] 11/1 21/21 22/11 25/24
28/17 29/10 30/14 57/19 57/25 58/10
anyway [1] 31/14
anywhere [2] 47/22 50/9
APLC [1] 3/11
apparently [1] 44/6
appeal [1] 26/12
appear [1] 9/10
appearance [1] 22/11
Appearances [5] 1/13 2/1 3/1 4/1 5/1
applicable [1] 55/24
Applies [1] 1/8
appreciate [7] 14/16 17/8 26/21 28/2
28/12 31/11 55/17
appropriate [1] 47/15
approval [1] 11/12
approve [1] 57/21
APRIL [1] 1/6
are [114]
aren't [3] 27/14 27/19 34/6
arguing [1] 25/10
arises [1] 38/12
around [5] 19/12 43/8 53/23 58/3 58/11
arrangement [1] 41/18
arrangements [2] 10/22 41/17
as [68]
Asbill [1] 3/5
aside [3] 31/1 31/22 56/4
ask [6] 11/6 11/7 40/2 40/6 41/2 52/5
asked [4] 14/1 16/17 32/9 35/4
asking [5] 13/1 37/16 37/18 40/6 50/8
aspects [1] 31/3
asserted [1] 23/13
assign [1] 41/5
assistants [3] 20/7 32/22 32/23
assume [1] 10/22
assumed [1] 17/4
assuming [2] 25/19 56/8
at [39] 7/13 9/1 10/9 11/14 15/25 16/11
24/3 24/15 24/21 27/2 27/23 28/8 29/9
30/16 30/17 30/18 31/20 32/8 33/1 33/13

**B**

Baay [1] 14/11
BABIUCH [1] 4/4
back [23] 7/17 8/8 9/15 14/8 14/12 15/5
15/13 16/4 16/4 17/3 17/6 20/1 22/2
25/10 35/23 36/23 41/13 45/4 45/7 50/24
51/13 54/6 56/8
back-and-forth [1] 17/6
backing [1] 51/8
backup [2] 14/20 14/21
bad [3] 8/3 32/10 32/11
Barbara [1] 32/4
Barbier [5] 18/21 21/3 23/23 26/4 27/8
Barbier's [2] 27/15 28/9
Barnett [1] 5/9
BARR [2] 1/23 50/14
based [2] 14/10 25/5
basically [2] 13/9 14/11
basis [5] 34/2 34/24 36/17 36/19 47/25
Bates [1] 57/12
BATTISTE [1] 4/16
Baylen [1] 1/24
be [109]
Bea [1] 50/13
became [1] 31/10
because [20] 11/9 11/19 13/3 14/14
17/17 18/9 21/10 27/15 34/14 46/1 50/10
47/17 47/23 48/2 50/22 51/2 54/10 54/13
54/17 54/18
Beck [1] 4/11
been [24] 8/15 9/16 15/25 16/1 16/2
26/17 28/15 30/20 30/23 31/1 31/21
32/24 33/18 34/14 34/17 34/18 37/23
44/16 44/18 44/20 45/7 53/5 56/25 57/19
beers [1] 12/19
before [9] 1/11 11/19 23/16 23/18 23/21
39/2 39/11 46/5 54/11
beginning [1] 37/3
begins [1] 39/3
behalf [3] 15/2 23/2 39/23
being [3] 19/18 21/3 24/4
believe [8] 10/8 10/9 25/1 25/8 30/13
42/4 48/24 55/3
bench [1] 12/15
BENSON [2] 2/20 33/20
BERTAUT [1] 4/8
best [1] 59/3
bet [3] 20/14 27/22 57/24
better [2] 25/10 43/22
between [10] 20/6 28/15 29/5 31/6 32/2
40/20 40/21 46/20 53/12 54/16
biggest [1] 40/20
bin [1] 33/5
Bingham [1] 5/2
Bingo [1] 46/15
bit [3] 19/11 38/8 56/5

biting [1] 18/21
bleed [1] 45/25
boarding [1] 41/12
Bockius [1] 5/5
BOP [1] 13/11
both [8] 15/11 28/25 29/15 36/18 43/9
43/11 52/23 53/15
bottom [1] 44/18
Boulevard [1] 2/3
Bowl [1] 43/6
BOWMAN [1] 4/15
Box [4] 1/16 1/23 2/21 2/25
boys [2] 7/19 8/9
BP [48] 3/11 3/12 3/12 3/13 3/14 3/15
3/17 3/17 3/18 3/19 3/19 3/20 4/2 4/3 4/3
4/4 4/5 4/6 9/14 9/17 11/5 13/3 13/18
14/15 15/18 16/15 23/16 24/20 25/4
25/12 28/15 30/17 30/22 31/6 32/2 32/7
35/3 36/7 39/2 40/1 42/23 45/20 47/17
49/2 51/24 51/25 52/18 54/9
BP's [1] 41/19
Branch [1] 2/24
brand [1] 56/16
branded [2] 56/15 57/19
branding [1] 57/8 57/14 57/23
breaks [1] 47/23
Breit [1] 7/10
Brennan [1] 3/5
BRIAN [5] 1/23 50/14 50/16 50/19 51/7
brief [6] 32/8 33/15 35/12 42/1 42/2 42/6
briefing [1] 41/22
briefly [1] 29/23
bring [2] 18/22 34/22
bringing [2] 18/23 55/2
brings [1] 49/13
Brown [1] 5/9
BRUCE [1] 4/15
building [1] 48/10
business [1] 48/4
bust [1] 40/25
but [48] 7/18 8/10 10/4 10/11 10/18
11/10 12/3 12/25 14/22 14/24 15/24
17/21 20/12 25/1 25/10 25/20 26/19 28/4
28/10 32/16 32/21 33/4 33/13 37/3 38/24
40/6 40/24 41/8 42/8 42/21 42/25 43/4
44/14 45/11 45/20 47/9 47/12 48/9 49/17
50/7 51/11 52/11 55/25 56/4 56/16 56/23
57/5 57/6
buy [2] 10/3 12/19

**C**

California [5] 2/25 3/10 5/14 32/4 51/5
call [6] 24/7 28/8 33/15 33/17 38/11 46/5
called [1] 41/13
calling [2] 25/5 28/9
calls [1] 22/8
Calvert [1] 22/25
came [6] 9/15 13/23 46/19 47/3 53/21
54/6
camera [1] 13/24
Cameron [3] 4/8 4/11 49/2
Camp [1] 2/16
can [55] 7/10 10/11 10/14 11/1 12/9 13/3
13/16 14/19 15/9 16/11 17/3 17/18 17/20
17/21 18/6 18/21 20/12 20/14 21/14
21/19 22/2 23/20 24/7 24/8 25/12 25/19
26/14 28/15 28/22 29/5 29/24 30/6 31/12
33/21 34/24 35/12 35/25 38/1 38/4 38/11
40/24 41/1 41/6 43/14 44/24 47/11 49/16
52/15 56/9 56/10 56/10 56/18 56/19 57/6
58/5
can't [5] 11/22 42/10 42/10 50/7 54/18

# C

capability [1] 47/2
capacity [3] 37/25 38/1 48/22
capping [4] 12/22 13/8 13/12 13/21
Captain [5] 16/1 33/7 33/10 33/14 34/2
Captain Englebert [4] 16/1 33/7 33/10 33/14
Captain Englebert's [1] 34/2
care [4] 21/12 41/3 48/4 48/20
CARMELITE [1] 4/8
Carmichael [1] 44/22
Carmichael's [1] 44/23
Carolyn [1] 57/4
Carondelet [1] 4/9
CARTER [4] 3/6 15/1 19/19 49/21
case [6] 9/17 24/8 33/8 53/6 53/16 54/10
cases [1] 1/8 10/10
cause [4] 18/8 19/2 25/2 54/8
caution [1] 14/13
caveating [1] 34/24
CCR [3] 5/15 59/2 59/10
cede [1] 40/22
ceded [2] 40/17 41/2
cedes [1] 40/25
cement [1] 54/14
Cernich [3] 38/7 39/16 39/17
certain [1] 9/14
certainly [6] 13/18 29/9 47/11 47/18 51/4 52/17
CERTIFICATE [1] 59/1
certification [3] 30/9 31/6 31/13
certify [1] 59/4
chair [1] 12/15
CHAKERES [2] 2/20 46/4
challenging [1] 15/7
chance [2] 42/24 46/6
changes [2] 21/20 25/23
characterize [1] 36/15
chew [1] 18/22
Chicago [1] 4/5
chief [1] 24/8
choice [1] 29/2
choose [2] 37/12 40/6
chooses [2] 25/11 25/15
Chu [5] 30/2 30/4 46/18 47/22 49/4
Chu's [1] 48/2
circulated [2] 52/21 52/24 56/24
circulating [1] 19/12
Civil [1] 2/24
claimed [1] 34/3
clarification [2] 35/5 55/17
clarified [1] 51/2
clarifying [1] 53/11
Clarkson [1] 44/15
clawback [1] 33/3
CLAYTON [1] 5/6
clean [3] 17/2 17/4 18/10
clear [4] 15/17 33/24 54/20 57/8
clearance [1] 48/19
clearly [3] 25/18 32/14 36/12
close [4] 42/22 50/4 57/3 57/5
cold [1] 38/24
colleagues [1] 57/4
collection [1] 30/17
collective [2] 18/22 18/24
collectively [1] 18/10
combine [1] 20/11
come [10] 7/15 14/14 27/7 27/20 27/25 28/1 29/22 35/22 47/2 47/4
comes [1] 29/5
comfortable [1] 12/14
coming [6] 13/19 17/5 35/16 45/21 48/24 52/23

comments [1] 56/10
commit [1] 39/12
communicated [1] 41/14
communication [2] 31/6 31/18
communications [1] 53/12
Company [8] 3/12 3/12 3/18 3/18 4/3 4/3 4/23 5/3
compel [1] 58/13
compile [1] 26/9
complete [3] 30/17 38/9 45/19
completed [2] 29/17 33/25
completion [1] 46/2
complied [1] 34/11
comply [1] 16/18
computation [1] 38/17
computer [6] 5/22 28/25 29/11 29/14 30/10 31/16
computer-aided [1] 5/22
concepts [1] 53/15
concern [2] 19/11 49/12
concerned [1] 38/8
concerns [3] 17/13 51/12 51/13
conclude [1] 29/21
concludes [1] 50/6
conducive [1] 38/21
confer [4] 14/11 18/4 35/17 39/2
conference [13] 1/11 11/20 11/21 12/2 12/8 12/10 21/8 21/14 23/16 26/2 49/10 49/10 50/21
conferred [1] 46/5
confidential [3] 9/19 53/5 53/13
confidentiality [3] 9/16 10/15 10/20
confirm [1] 48/23
confirmation [1] 46/8
confirmed [2] 16/1 29/13
conflate [1] 19/13
conflated [2] 19/16 19/18
confusing [1] 18/20
confusion [2] 17/5 19/23
conjunction [1] 46/23
Connect [1] 26/18
connection [2] 20/18 47/10
connector [1] 13/9
consensus [1] 56/21
consented [1] 48/1
consider [2] 48/11 54/16
considers [1] 54/24
consistent [1] 50/21
constructive [1] 18/1
consult [4] 29/12 31/18 39/11 41/12
consultation [1] 53/19
consulting [1] 32/23
contact [1] 28/6
contacted [1] 49/12
contacting [1] 38/10
contained [1] 11/9
contiguous [1] 37/2 37/6
continuation [1] 46/17
continue [2] 22/16 48/4
continuing [1] 18/12 18/18
contribute [1] 25/2
control [1] 24/8
convenience [1] 27/23
convenient [1] 43/19
conversation [1] 16/7
coordinate [1] 6/19
copy [2] 25/18 25/21
COREY [3] 2/12 21/22 22/2
corporate [1] 37/2
Corporation [4] 4/8 4/11 4/23 5/3
correct [11] 14/19 19/17 23/11 23/14

26/25 42/3 46/10 51/9 55/18 55/19 59/5
correctly [1] 43/14
could [29] 9/24 14/3 17/7 18/1 19/23 21/5 27/12 30/6 30/23 30/25 33/16 34/7 35/9 36/3 40/6 40/16 42/5 43/2 45/1 46/2 46/7 48/4 48/17 49/20 50/16 50/22 55/25 58/11 58/16
couldn't [1] 20/2
counsel [21] 9/8 9/11 9/25 10/9 22/8 25/10 25/21 26/3 26/9 27/16 27/19 31/7 31/19 33/15 34/14 34/17 38/3 44/18 52/21 52/24 53/19
counterdesignations [1] 23/21
couple [9] 13/15 22/9 26/11 30/8 34/15 34/16 45/1 53/17 57/9
course [1] 16/20
court [20] 1/1 5/15 7/3 18/15 18/24 18/25 19/20 20/18 25/11 25/15 28/7 31/22 32/17 33/16 36/6 54/15 57/13 59/2 59/3 59/11
Court's [5] 11/12 25/18 27/23 34/5 34/11
courtroom [5] 26/17 27/2 27/3 27/7 27/15
cover [3] 26/7 41/8 51/16
covered [1] 25/24
covering [1] 37/22
criminal [4] 53/1 53/1 53/6 54/10
critical [1] 46/23
critique [1] 37/18
crowded [1] 49/13
cured [4] 56/22 56/24 57/3 57/12
currently [4] 27/9 45/10 45/22 53/2
custody [1] 29/19
cut [1] 33/16
cutting [1] 25/1

# D

D.C [6] 2/22 3/19 5/4 43/7 43/8 44/7
Dallas [1] 4/17
Dame [3] 7/21 8/1 8/11
database [1] 57/10
date [5] 50/12 50/23 51/8 56/14 57/1
dates [5] 43/2 44/15 44/20 44/21 45/23
DAVID [3] 2/16 14/11 15/12
DAVIS [2] 3/9 39/23
DAVIS-DENNY [1] 3/9
Davis-Deny [1] 39/23
day [19] 11/22 26/14 28/3 28/5 29/6 36/9 36/10 36/10 37/4 37/5 37/8 37/19 37/19 43/4 43/11 43/15 44/7 44/8 48/5
days [1] 38/1
deadline [2] 18/3 58/2
deal [3] 22/10 47/25 56/6
dealing [1] 47/24
dealt [1] 55/25
decided [3] 14/10 35/17 42/25
declaration [1] 31/4
DEEPWATER [8] 1/5 3/3 3/4 3/6 3/7 3/9 3/10 29/10
Deepwater Horizon [1] 29/10
defendants [3] 9/21 53/1 53/4
defer [1] 17/10
deferred [1] 18/9
defined [1] 20/22
delay [3] 26/14 50/22 51/3
delaying [1] 51/3
demarcated [1] 36/12
DENISE [1] 5/6
DENNY [1] 3/9
Deny [1] 39/23
Department [8] 2/18 2/23 47/10 47/12 47/22 48/3 48/10 50/6
depo [2] 43/2 44/8

## D

depos [2] 11/5 43/7
deposition [25] 7/9 23/18 24/15 33/13
 34/25 35/16 37/6 38/3 38/20 39/3 39/10
 39/13 44/15 44/23 45/6 45/7 45/22 47/21
 48/2 48/10 48/12 49/4 49/15 50/7 50/10
depositions [8] 9/9 11/8 11/10 20/18 21/5
 35/4 47/5 47/14
deserves [1] 12/16
designate [1] 37/12
designated [1] 26/3
designation [2] 23/19 36/12
designations [2] 23/20 41/20
designed [1] 15/2
designee [1] 37/3
designees [1] 35/3
detail [1] 31/2
detaining [1] 33/14
determined [1] 30/3
dialogue [2] 19/15 52/2
did [28] 7/22 8/1 8/3 8/9 12/12 12/14
 12/14 13/23 15/24 23/12 23/16 24/9
 24/10 26/23 29/11 29/12 30/24 31/5 32/7
 36/1 36/15 36/16 36/19 38/7 39/17 45/19
 56/4 56/15
didn't [8] 8/10 8/10 20/16 21/11 24/15
 24/19 49/21 56/14
diet [1] 8/17
different [1] 13/15
differently [1] 14/23
digging [1] 30/4
direction [1] 55/6
directly [1] 29/13 34/19
disclosed [1] 13/24
discovery [8] 9/17 14/4 31/19 52/4 52/6
 52/7 52/8 53/2
discretion [1] 25/18
discuss [2] 9/11 21/18
discussed [1] 21/20
discussion [5] 20/12 29/25 30/1 32/16
 46/17
discussions [1] 42/24
dispute [1] 15/22
distinguish [1] 29/5
distribute [1] 56/5
DISTRICT [4] 1/1 1/2 59/3 59/3
divided [1] 36/7
Division [1] 2/24
do [54] 7/10 10/6 11/1 11/13 13/16 14/10
 14/13 15/13 17/7 17/9 17/20 17/21 19/18
 20/1 20/25 21/18 23/17 23/20 23/20
 25/15 25/19 26/11 26/15 28/3 28/5 28/21
 29/10 31/14 31/17 31/24 32/4 34/4 34/23
 35/25 37/24 38/2 39/7 41/6 41/23 41/24
 43/7 44/3 44/15 46/1 48/21 49/19 51/19
 52/14 53/11 54/18 56/15 57/11 58/16
 59/4
Docket [1] 1/4
document [4] 28/16 30/22 45/19 57/12
documents [39] 15/19 17/16 18/3 18/6
 18/11 18/14 18/17 18/25 19/11 20/8
 20/11 25/6 25/7 25/8 30/11 33/10 34/1
 34/3 34/6 34/12 34/23 42/19 45/19 45/21
 46/3 46/12 46/13 51/24 51/25 52/3 52/11
 53/3 53/4 53/8 54/16 54/25 55/10 57/11
 57/12
does [9] 9/10 11/5 16/19 32/21 38/25
 39/1 48/4 51/5 52/12
doesn't [2] 12/15 24/3
doing [8] 7/20 14/16 18/24 25/3 27/20
 27/21 40/19 42/16
DOJ [1] 33/20

Domengeaux [1] 1/15
DON [3] 3/11 51/7 51/9
DON [3] 3/11 51/7 51/9
 23/15 24/7 54/23
don't [39] 7/14 7/18 8/22 10/10 10/12
 10/17 12/3 12/20 12/25 13/5 16/2 16/5
 16/6 17/3 19/16 22/5 23/24 25/8 28/8
 31/20 31/25 32/20 34/8 36/6 37/16 38/17
 42/19 44/10 44/16 45/25 47/1 51/10 52/4
 52/7 54/10 57/5 57/21 57/22 58/6
DONALD [1] 4/14
done [11] 16/1 17/3 17/6 20/2 20/19
 29/14 33/24 34/1 37/7 43/14 56/1
DOUGLAS [1] 2/15
down [8] 9/3 9/7 24/6 25/1 37/25 39/4
 49/20 56/7
Doyle [4] 5/15 59/2 59/10 59/10
Dr [1] 50/13
Dr. [1] 34/24
Dr. Leifer's [1] 34/24
draft [1] 50/25
drill [2] 13/13 37/25
Drilling [3] 3/3 3/6 3/9
drive [2] 28/25 30/15
due [4] 12/4 17/4 42/1 42/2
Duke [1] 9/1
duplicated [1] 30/11
during [5] 15/19 29/8 30/24 31/1 43/6
dynamic [1] 52/9
Déjà [1] 27/17

## E

e-copy [1] 25/18 25/21
e-mail [13] 15/12 26/22 28/18 28/21 29/3
 29/4 29/15 29/16 30/12 36/24 44/10
 46/22 58/5
e-mailing [1] 45/7 58/3
e-mails [4] 35/19 36/7 41/2 47/4
each [6] 22/9 27/4 36/9 36/10 43/11 58/5
eagerly [1] 33/17
earliest [1] 38/11
early [4] 16/7 32/1 38/10 43/12
ease [1] 47/9
easier [1] 20/11
EASTERN [2] 1/2 59/3
easy [2] 48/13 48/16
Edwards [1] 1/15
efficacy [1] 18/23
efficient [1] 44/25
effort [1] 25/2
efforts [3] 19/13 31/12 31/20
EISERT [1] 3/18
either [8] 18/7 19/1 23/17 24/16 31/25
 40/24 54/9 56/10
Ellis [5] 3/17 4/2 47/7 47/15 47/17
Elm [1] 4/17
ELMO [1] 7/8
else [5] 11/16 22/11 46/16 57/25 58/10
emails [2] 30/1 30/4
embedded [2] 54/24 55/10
employed [1] 29/8
encourage [1] 49/14
end [6] 8/4 14/3 37/8 48/1 51/22 54/6
Energy [8] 4/14 4/19 47/11 47/12 47/22
 47/24 48/3 50/6
Energy's [1] 48/10
Enforcement [2] 2/19
engage [1] 30/25
engaged [1] 53/2
Englebert [4] 16/1 33/7 33/10 33/14
Englebert's [1] 34/2
enjoy [2] 8/9 8/12
enough [6] 9/24 10/24 12/21 24/3 29/21
 34/9

enter [1] 56/10
entitled [1] 59/7
entity [1] 32/17
environment [2] 47/9 47/10
Environmental [2] 2/19
environmentalists [1] 24/25
environments [1] 46/24
EPA [4] 29/8 29/9 31/7 31/18
EPA's [1] 30/17
epa.gov [2] 29/16 29/17
equipment [12] 12/23 13/1 13/11 13/14
 13/17 13/21 14/8 14/15 14/20 14/21
 16/11 48/19
ERIKA [1] 4/16
ESQ [40] 1/16 1/19 1/23 2/3 2/6 2/9 2/12
 2/12 2/15 2/16 2/19 2/20 2/23 2/21 2/24
 3/3 3/6 3/9 3/12 3/17 3/18 3/18 4/3 4/3
 4/4 4/8 4/11 4/14 4/15 4/15 4/16 4/19
 4/19 4/20 4/23 5/3 5/6 5/6 5/10 5/13
eve [1] 13/22
even [6] 8/12 14/8 18/3 37/8 46/24 56/3
event [1] 50/6
ever [2] 13/21 19/18
every [6] 8/11 29/3 29/6 48/4 54/1 58/6
everybody [14] 7/4 10/18 17/16 22/17
 23/25 28/13 33/12 39/5 41/21 49/13 52/7
 56/19 56/21 57/18
everyone [3] 43/20 49/9 49/16
everything [7] 15/23 20/9 29/14 33/3
 48/21 51/12 51/16
everywhere [1] 29/18
exactly [1] 57/6
examining [1] 31/2
except [1] 21/15
exception [2] 18/5 18/14
exceptions [1] 18/25
exchange [6] 28/22 35/19 36/7 41/2
 56/14 57/4
exclusive [1] 17/2
Excuse [1] 22/1
exhibit [8] 16/7 17/2 19/23 54/7 54/19
 55/15 56/13 58/6
exhibits [6] 55/11 56/15 56/22 57/4 57/9
 58/2
existing [1] 40/4
expedited [2] 16/10 34/23
expert [10] 11/6 11/11 13/22 14/1 14/3
 14/12 16/5 23/13 51/3 56/6
experts [5] 13/23 13/24 50/23 51/10
 55/25
explain [1] 40/11
explained [1] 25/9
explanation [1] 13/1
explicitly [1] 50/9
Exploration [3] 3/13 3/19 4/4
extended [1] 34/18
extension [1] 35/4
extensive [1] 34/12
extent [1] 34/5
external [1] 46/21
extra [1] 37/4

## F

facilitate [1] 47/16
fact [1] 37/19
facts [2] 20/25 21/2
fair [3] 10/24 12/21 34/9
fairs [1] 57/22
familiar [3] 27/14 27/19 53/16
Fannin [1] 3/6
far [2] 8/12 29/7
favor [1] 27/12

## F

FCRR [3]  5/15 59/2 59/10
February [4]  27/16 43/3 44/5 45/25
February 1 [1]  43/3
February 5 [1]  44/5
Federal [1]  2/25
feed [2]  46/21 46/24
feel [2]  14/15 22/5
fell [1]  55/23
few [1]  41/9
Fi [5]  46/21 46/21 47/1 47/10 48/18
Fifteenth [1]  3/19
Figueroa [1]  5/13
figure [3]  16/10 32/1 43/15
filed [1]  18/8
filing [3]  19/24 23/2 54/25
final [5]  11/20 26/5 56/13 56/23 57/1
finally [1]  32/25
find [3]  10/11 29/18 47/18
fine [8]  13/25 20/4 22/13 28/4 28/23
 32/22 53/24 58/3
finished [4]  27/24 28/4 28/11 42/21
firm [6]  2/8 10/9 10/11 10/19 43/14 47/17
first [10]  21/9 23/22 33/1 34/21 35/18
 37/4 41/13 52/4 52/25 58/14
FITCH [4]  5/3 19/8 49/1 55/22
fits [2]  10/10 10/11
five [3]  49/2 49/14 49/14
fix [1]  26/20
fleet [1]  16/4
flex [1]  13/10
floodgates [1]  52/7
floor [3]  3/9 44/1 45/2
Florida [1]  1/24
focus [3]  29/6 30/18 32/18
follow [3]  9/12 29/24 30/6
follow-up [1]  9/12
following [2]  7/3 21/19
foregoing [1]  59/4
former [1]  29/19
forth [4]  17/6 23/18 25/11 45/7
fortunately [1]  18/9
forward [2]  30/19 33/17
forwarded [1]  26/24
found [1]  25/5
Francisco [2]  25/2 57/23
Frank [2]  24/18 24/20
frankly [5]  11/23 27/24 30/16 30/25 31/2
freebie [1]  18/7
freebies [1]  19/1
Friday [6]  11/20 26/2 35/9 42/1 42/9
 56/11
Frilot [1]  3/2
full [4]  46/9 47/1 47/11 47/13
functionality [3]  47/11 47/13 48/8
further [8]  11/11 16/6 28/17 28/19 30/3
 30/4 39/2 41/20

## G

game [3]  7/21 8/9 39/5
GANUCHEAU [1]  4/11
gap [1]  57/7
GASAWAY [6]  3/17 13/2 32/7 34/5 45/23
 46/1
general [2]  2/11 9/15
generous [1]  41/10
George [1]  44/4
get [40]  8/1 9/6 10/16 11/10 12/22 15/5
 15/9 15/13 16/4 16/12 20/2 22/20 27/6
 27/7 27/12 34/24 36/8 38/7 39/4 39/7
 39/9 39/17 41/13 42/9 42/12 43/13 44/20

---

FCRR [2]  58/8 58/21
gets [1]  57/18
getting [11]  20/15 22/12 22/19 35/21
 42/22 43/13 47/13 50/13 52/8 52/14 57/2
give [11]  7/14 10/17 11/6 12/12 32/5
 35/12 41/9 46/13 52/3 52/22 53/17
given [5]  19/12 35/21 38/8 42/24 48/18
gives [1]  54/2
giving [1]  55/23
glad [4]  13/3 25/13 36/22 51/2
glossary [2]  20/16 21/4
go [18]  8/21 10/3 10/14 14/11 17/3 20/1
 21/9 22/24 23/25 24/16 25/13 36/4 37/13
 37/20 45/17 47/12 50/19 52/20
Godwin [5]  4/14 4/14 4/19 11/3 54/23
goes [7]  12/8 13/7 23/22 23/23 55/14
 55/15 57/23
going [58]  8/11 8/12 8/23 9/3 9/15 10/21
 12/1 12/6 12/9 13/13 14/14 14/21 17/18
 18/12 18/17 19/3 19/10 20/6 22/24 23/2
 23/8 24/16 25/25 26/4 27/10 33/12 34/21
 35/21 36/23 37/7 37/11 39/12 40/14
 40/18 41/7 41/21 41/25 42/7 42/25 43/4
 43/5 44/19 44/20 45/4 47/23 49/13 49/17
 50/2 51/7 51/14 52/23 53/18 54/6 56/22
 57/15 58/10 58/10 58/14
gone [3]  19/21 32/19 57/8
good [39]  7/4 7/6 7/7 7/17 7/20 8/25 9/1
 12/5 13/2 16/14 16/21 16/23 16/24 16/25
 19/5 19/7 21/16 21/22 21/23 22/22 23/24
 24/5 25/25 29/21 32/3 35/17 35/20 38/23
 38/24 42/17 43/17 44/25 52/16 53/20
 53/25 54/8 56/12 57/20 58/4
got [13]  9/5 13/11 26/24 28/17 28/18
 41/19 44/1 46/8 48/23 51/18 53/25 57/20
 57/25
gracious [1]  7/25
Graettinger [1]  44/5
grand [2]  3/9 58/14
GRANT [4]  3/9 39/23 39/24 41/5
great [5]  19/21 24/11 31/2 52/8 57/2
Gregory [1]  24/13
ground [2]  37/22 47/19
group [2]  1/11 55/5
grows [1]  54/9
guess [2]  9/6 58/16
guilty [1]  54/10
GULF [1]  1/5
guys [2]  22/17 51/16
GWEN [1]  4/20

## H

had [24]  7/20 9/15 14/11 17/1 17/4 19/25
 21/10 27/13 28/15 28/20 28/25 30/2
 30/17 30/22 32/16 33/7 35/4 35/16 46/6
 51/8 56/21 56/25 57/4 57/9
hadn't [1]  42/21
half [1]  36/10
Halliburton [9]  4/14 4/19 11/4 11/4 16/16
 23/2 49/1 54/23 56/24
Halliburton's [2]  11/17 17/23
Hammond [1]  5/9
hand [1]  53/9
handle [1]  55/7
handling [1]  27/14
happen [1]  24/17
happened [2]  18/13 46/9
happening [1]  46/9
happens [2]  20/10 48/22
happy [10]  8/19 17/14 20/1 22/20 26/9
 44/23 45/14 47/12 47/16 50/8
hard [6]  12/15 12/16 28/25 30/15 40/17

---

47/5
has [32]  11/16 12/16 12/19 15/18 15/18
 16/1 16/1 17/16 19/11 22/19 24/8 25/12
 26/18 26/19 27/8 29/4 30/17 31/14 31/17
 33/24 34/17 34/18 40/1 40/8 41/21 43/21
 44/18 45/20 46/9 47/25 53/11 53/22
have [116]
haven't [10]  15/20 24/21 31/8 34/16
 34/19 44/20 46/6 54/13 54/17 56/1
having [5]  28/21 29/10 33/14 37/4 49/12
HAYCRAFT [2]  3/12 16/15
HB [1]  5/16
HB-406 [1]  5/16
he [40]  7/9 12/14 12/15 12/15 12/16
 12/19 12/20 13/3 15/14 21/4 21/5 21/5
 24/6 24/8 24/18 26/7 32/21 34/18 34/20
 36/19 36/19 37/3 37/24 39/17 40/14
 40/18 44/5 44/17 47/23 47/25 48/3 48/4
 48/14 48/18 48/18 53/22 54/24 55/14
 57/14 57/16
he's [1]  39/12
head [2]  29/4 38/13
heads [2]  52/22 53/17
heads-up [2]  52/22 53/17
hear [3]  46/7 49/22 53/22
heard [5]  9/9 13/10 26/18 26/19 48/24
hearing [1]  21/6
held [2]  7/3 13/20
help [4]  7/11 8/19 22/19 47/18
helpful [2]  28/13 49/20
helpfully [1]  32/25
her [15]  9/9 10/9 10/10 10/19 10/22 28/9
 29/2 29/14 29/15 29/15 30/12 35/22
 35/23 41/2 41/3
here [16]  10/11 13/3 13/9 13/15 15/5
 25/10 26/9 32/15 32/17 33/13 33/15
 38/23 44/1 46/25 52/9 55/2
Here's [1]  20/13
hereby [1]  59/4
Herman [3]  1/19 1/19 1/19
HESI's [1]  54/14
Hi [2]  19/6 42/16
hierarchy [2]  10/10 10/11
high [1]  47/14
high-visibility [1]  47/14
Hill [5]  35/15 36/1 37/16 47/3 52/10
Hill's [2]  53/18 37/18
him [9]  12/12 37/16 37/18 37/21 39/11
 41/13 44/7 44/19 49/12
HIMMELHOCH [2]  2/19 47/21
his [19]  8/16 13/4 16/6 23/13 24/9 24/15
 24/19 35/15 36/13 36/18 37/25 38/1
 41/13 45/22 47/23 49/18 51/11 55/4
 55/15
hit [1]  42/19
hold [3]  15/23 22/1 49/16
Holdings [6]  3/2 3/5 3/8 3/14 3/20 4/5
holidays [1]  7/16
HOMER [1]  5/13
honestly [1]  31/20
honor [64]
Honor's [1]  35/15
HONORABLE [1]  1/11
hop [1]  34/21
hope [3]  27/4 28/8 57/7
hopefully [2]  37/2 52/15
hoping [1]  50/16
HORIZON [2]  1/5 29/10
host [1]  47/6
hour [14]  36/8 36/10 36/11 37/2 37/4
 37/6 37/12 37/22 40/1 40/13 40/14 40/17
 40/19 40/25

**H**

hours [6]  8/22 8/23 37/5 37/7 37/8 38/18
housekeeping [1]  52/24
Houston [9]  2/4 3/7 4/12 4/21 5/7 43/19
43/21 43/23 45/6
how [13]  7/16 7/19 8/5 8/22 12/8 12/25
16/23 16/24 18/12 19/6 32/10 39/17
42/16
however [4]  13/1 23/21 52/1 55/6
huge [1]  11/23
huh [4]  9/7 39/20 39/21 45/9
hung [1]  56/4

**I**

I'll [9]  8/5 12/9 31/18 31/24 39/9 41/13
43/23 49/6 57/24
I'm [29]  8/19 10/23 12/5 12/5 13/1 13/3
14/19 15/9 17/14 18/2 18/9 19/8 22/9
22/11 25/25 33/18 36/22 38/14 38/16
39/14 40/5 44/23 50/11 51/2 51/19 54/1
57/6 57/8 57/14
I've [3]  8/15 34/17 41/14
i.e [1]  57/12
idea [1]  56/8
ideas [1]  26/10
identified [1]  53/5
if [71]
IIAMS [1]  4/23
Illinois [1]  4/5
imagine [1]  11/22
immediate [4]  15/4 18/15 18/16 33/2
immediately [1]  52/2
impact [2]  20/8 51/11
implement [1]  24/1
implementing [1]  53/15
impression [1]  22/11
improper [1]  57/12
in [119]
in camera [1]  13/24
Inc [20]  3/3 3/4 3/6 3/7 3/9 3/10 3/11
3/13 3/14 3/15 3/17 3/18 3/19 3/21 4/2
4/4 4/5 4/6 4/14 4/19
incident [1]  29/11
include [2]  36/18 53/3
included [3]  27/5 32/23 55/10
incorporated [1]  54/18
inData [2]  56/17 57/2
indicating [1]  15/19
individual [1]  30/9
individuals [2]  29/12 49/3
indulge [1]  13/7
information [4]  29/19 45/5 49/6 49/8
inquired [1]  28/24
inquiring [2]  28/19 31/15
inquiry [4]  13/23 28/20 30/3 32/14
instead [4]  37/4 37/7 37/9 45/13
instruction [1]  8/20
intend [1]  49/5
intending [1]  49/4
interested [1]  13/17
interject [1]  33/21
internal [3]  29/3 29/4 31/6
International [2]  4/8 4/11
interrupt [2]  39/22 45/16
into [6]  10/11 27/7 31/12 36/9 42/23
45/25
introduce [1]  24/14
investigate [2]  31/23 47/18
investigating [1]  31/2
invited [1]  42/23
involved [1]  29/9
involving [1]  15/10

**J**

Jackson [4]  28/20 29/1 29/2 29/20
Jackson's [1]  30/10
jackson.lisa [1]  29/17
jam [1]  42/7
JAMES [1]  1/16
January [9]  1/7 7/2 11/19 18/4 33/2
34/11 35/6 43/3 45/24
January 15 [1]  35/6
January 2 [2]  33/2 34/11
January 22 [1]  18/4
January 31 [1]  43/3
Jefferson [1]  1/17
JENNY [1]  4/15
JIMMY [4]  2/3 8/25 42/13 43/21
job [1]  27/20
join [1]  40/4
joint [1]  20/23
joints [1]  13/10
JOSEPH [1]  3/18
JR [1]  4/15
judge [18]  1/12 11/2 11/3 18/21 19/6
21/3 21/23 22/18 23/23 25/12 26/4 27/8
27/15 28/8 54/23 54/25 55/21 55/22
Judge Barbier [5]  18/21 21/3 23/23 26/4
27/8
Judge Barbier's [1]  27/15
jury [1]  58/15
just [60]
Justice [2]  2/18 2/23
justify [1]  25/4

**K**

Kanner [1]  2/15
Katz [1]  1/19
keep [6]  10/4 19/21 27/9 43/12 49/20
50/3
KERRY [1]  3/3
key [1]  41/1
kicked [1]  57/16
kind [7]  7/23 9/24 19/13 23/22 24/3
37/21 57/13
Kirkland [5]  3/17 4/2 47/7 47/14 47/17
know [33]  7/18 8/22 10/6 10/10 10/12
10/18 12/18 12/24 12/25 13/16 17/3
17/20 18/12 22/18 24/25 26/6 27/11 29/7
32/16 33/10 33/16 35/13 36/6 36/18
37/16 39/8 42/25 46/1 51/10 54/10 54/15
54/25 57/22

knows [2]  39/5 45/12
KRAUS [1]  3/6
Kuchler [1]  4/22
Kullman [1]  2/5
Kym [8]  10/25 46/20 47/8 47/12 48/6
48/6 48/14 49/18

**L**

lack [1]  15/10
laed.uscourts.gov [1]  5/17
Lafayette [1]  1/17
Lamar [1]  4/20
LANGAN [2]  4/3 9/14
language [1]  50/20
larger [1]  16/9
Larry [1]  24/9
Lasalle [1]  4/4
laser [1]  16/2
last [16]  8/22 8/23 20/15 21/10 21/14
26/24 27/16 28/14 32/2 41/8 44/14 44/17
50/20 55/22 56/15 56/21
later [6]  8/7 44/8 52/4 52/5 52/6 55/2
later-phases [2]  52/4 52/6
law [2]  2/8 47/17
lawyer [1]  9/10
lawyers [3]  9/25 22/18 45/12
lead [2]  9/11 9/25
learning [1]  8/16
least [4]  10/9 11/14 24/3 44/14
leave [1]  24/20
leaves [1]  38/5
leaving [1]  56/4
legal [1]  20/7
Leifer [1]  32/18
Leifer's [1]  34/24
length [1]  19/21
lengthy [1]  32/16
let [7]  10/18 19/3 25/16 27/10 28/10 39/8
54/15
let's [14]  11/15 12/8 12/10 12/22 12/24
17/21 22/2 28/14 31/24 37/20 39/7 42/12
48/17 53/22
lets [1]  46/22
letter [8]  23/17 25/9 25/19 25/21 32/8
33/24 35/22 35/23
letters [1]  33/16
Levin [1]  1/22
Levitan [3]  45/6 45/18 46/3
Lewis [3]  2/5 3/11 5/5
LexisNexis [1]  25/20
liaison [1]  25/21
like [33]  11/5 12/1 12/11 13/5 13/9 14/17
15/13 15/20 16/3 16/18 19/18 20/19
23/17 24/9 25/3 28/21 29/24 29/25 30/5
30/23 32/21 35/24 39/4 40/2 42/22 43/12
43/12 44/4 46/12 47/2 52/13 56/20 56/23
likely [1]  29/18
limbo [1]  33/10
limit [1]  40/25
limited [4]  3/15 3/20 4/6 40/14
line [6]  8/6 8/8 35/14 42/8 44/18 50/25
liquid [1]  8/17
Lisa [4]  28/20 28/25 29/2 29/20
Lisa Jackson [1]  29/20
Liskow [1]  3/11
list [26]  16/17 17/1 17/2 17/16 18/7 18/11
18/18 19/23 19/25 20/2 20/8 20/9 21/20
24/14 24/19 25/24 44/14 44/19 44/22
44/22 49/22 54/7 55/15 56/16 56/24 58/7
listed [1]  54/17
lists [2]  19/12 20/7
litigants [1]  51/24
litigation [5]  10/7 10/13 53/8 53/9 53/10

**L**

little [5] 14/23 19/11 38/8 56/5 58/14
live [3] 21/6 24/21 46/24
LLC [11] 1/15 1/19 2/15 3/2 3/3 3/6 3/9 4/8 4/23 5/5 5/13
LLP [7] 3/5 3/8 3/17 4/2 4/11 5/2 5/9
load [1] 25/19
locating [1] 47/21
location [2] 43/16 47/15
log [3] 32/6 33/4 34/6
logged [3] 34/4 34/8 34/8
logistical [1] 45/5
London [5] 35/16 38/10 38/20 38/22 39/11
long [11] 9/18 12/2 12/8 12/9 17/22 24/7 26/12 34/18 44/1 45/2 53/9
longer [3] 15/7 36/10 36/11
look [12] 7/13 8/25 9/1 16/18 22/4 31/12 32/21 33/17 40/12 51/7 51/15 56/23
looking [2] 45/12 55/23
Los [2] 3/10 5/14
lot [2] 25/1 30/21
LOUISIANA [16] 1/2 1/6 1/17 1/20 2/7 2/10 2/15 2/17 3/4 3/13 4/9 4/24 5/7 5/11 5/16 59/4
love [1] 25/15
lower [1] 13/12
LP [2] 4/23 5/3
luxurious [1] 49/17

**M**

M-I [4] 5/5 24/13 49/6 49/7
M-I SWACO [1] 49/17
Macondo [1] 15/23
made [12] 9/17 24/13 28/20 33/7 36/10 36/10 40/12 46/11 48/8 48/9 53/22 55/1
Magazine [1] 2/9
MAGISTRATE [1] 1/12
mail [13] 15/12 26/22 28/18 28/21 29/3 29/4 29/15 29/16 30/12 36/24 44/10 46/22 58/5
mailing [2] 45/7 58/3
mails [4] 35/19 36/7 41/2 47/4
major [3] 13/11 13/14 29/3
make [19] 8/12 9/3 10/22 16/19 17/15 17/19 18/11 23/24 31/9 34/10 40/16 43/4 43/13 48/18 48/22 49/22 50/10 50/21 54/19
makes [7] 16/8 16/13 17/21 17/23 37/13 52/12 52/16
making [3] 10/19 20/9 38/14
man [2] 7/8 11/1
mandrel [3] 12/24 13/6 13/7
manual [1] 54/14
many [4] 9/16 32/21 32/21 45/21
Marie [1] 32/9
marine [1] 13/12
MARK [10] 4/3 7/14 7/15 9/3 17/10 19/3 29/22 31/4 57/8 58/3
marked [1] 54/19
marker [1] 19/9
marking [1] 57/2
MARTINEZ [1] 4/15
mass [1] 26/4
material [1] 32/20
materials [2] 11/9 30/10
matter [2] 18/23 59/7
matters [2] 10/1 37/17
may [15] 8/19 11/19 14/21 20/11 25/11 27/8 28/9 33/9 34/7 40/3 43/6 45/16 47/8 50/25 51/11
May 3 [1] 50/25

maybe [12] 9/25 10/1 10/4 11/25 12/3 12/11 20/8 29/8 32/23 39/13 44/10 46/24
MAZE [1] 2/12
McCutchen [1] 5/2
McKinney [1] 4/12
McMahan [1] 24/10
MD [1] 1/4
MDL [4] 9/8 9/18 50/7 50/10
MDL 2179 [1] 50/10
MDL 2185 [2] 9/8 9/18
me [12] 7/11 9/23 10/18 13/7 14/19 15/17 22/1 25/16 39/7 39/8 42/14 55/23
mean [3] 7/18 50/22 51/3
means [2] 57/14 57/16
mechanical [1] 5/21
Meche [1] 24/14
meet [6] 12/4 14/2 14/11 18/4 35/17 39/2
meet-and-confer [3] 14/11 18/4 35/17
meeting [5] 8/22 8/23 26/4 55/6 55/8
meets [1] 11/11
member [2] 9/10 10/13
members [1] 27/13
memorialize [1] 36/5
mention [4] 24/19 36/3 44/4 45/1
mentioned [2] 36/22 45/24
mess [1] 18/17
MEXICO [1] 1/5
MICHAEL [3] 2/24 3/18 25/22
Michoud [1] 15/25
might [6] 31/13 43/19 43/22 43/23 55/23 57/18
Mike [2] 56/22 57/17
MILLER [2] 3/3 24/2
minor [1] 26/6
Mintz [1] 5/9
minute [4] 12/12 36/23 37/9 47/23
minutes [3] 8/7 36/9 41/9
mis [1] 51/6
misimpression [1] 51/5
missed [2] 21/24 25/25
misunderstanding [1] 33/19
misunderstood [1] 55/13
Mitchell [1] 1/22
mixing [1] 19/22
MOEX [1] 5/12
moment [1] 45/16
Monday [9] 18/4 23/6 26/10 32/1 34/22 35/16 42/5 56/9 58/1
Montgomery [2] 2/13 5/9
month [1] 34/20
months [5] 9/16 15/25 30/21 31/22 57/10
more [10] 10/9 11/6 13/17 14/17 18/21 22/10 40/19 43/19 45/20 47/15
Morgan [1] 5/5
morning [17] 7/4 7/6 7/7 13/2 16/21 16/23 19/5 21/13 21/22 27/24 27/25 28/19 32/8 38/15 42/17 45/20
MORTON [1] 5/6
most [6] 17/15 17/21 17/23 26/18 34/17 35/14
motion [6] 22/25 23/8 41/21 48/11 54/8 55/3
motions [2] 18/8 34/22
move [8] 25/25 44/6 46/14 48/9 50/5 50/6 50/8 56/3
moving [4] 30/19 45/12 50/24 51/12
Mr [5] 39/17 39/17 39/18 39/18 54/8
Mr. [40] 7/10 7/13 7/16 9/24 12/10 13/3 13/7 16/20 17/12 17/25 22/8 22/8 22/25 23/12 24/2 24/4 24/4 24/8 25/18 25/23 28/24 34/5 35/15 35/18 36/1 38/7 39/16 39/18 39/18 44/22 44/23 45/23 46/1 46/1

46/5 47/3 49/1 51/18 56/3 57/15
Mr. Breit [1] 7/10
Mr. Calvert [1] 22/25
Mr. Carmichael [1] 44/22
Mr. Carmichael's [1] 44/23
Mr. Cernich [2] 38/7 39/16
Mr. Fitch [1] 49/1
Mr. Gasaway [3] 34/5 45/23 46/1
Mr. Hill [3] 35/15 36/1 47/3
Mr. Hill's [1] 35/18
Mr. Miller [1] 24/2
Mr. Nomellini [9] 7/13 7/16 12/10 13/3 13/7 17/12 46/1 46/5 57/15
Mr. O'Rourke [1] 56/3
Mr. Patton [1] 25/5
Mr. Pixton [4] 28/19 28/24 39/18 39/18
Mr. Quirk [1] 22/8
Mr. Roth [1] 22/8
Mr. Roy [2] 9/24 26/21
Mr. Sterbcow [2] 16/20 51/18
Mr. Underhill [1] 17/25
Mr. Wolfe [1] 23/12
Ms. [1] 49/1
Ms. Sergeant [1] 49/1
much [6] 10/8 13/5 25/14 28/12 48/8 54/3
Munger [1] 3/8
my [15] 7/8 10/13 20/17 33/6 37/10 38/22 41/8 41/12 43/10 44/6 44/14 55/14 55/24 57/4 59/5
myself [1] 38/14

**N**

nailed [1] 39/4
name [3] 24/19 41/13 43/15
names [1] 48/25
narrow [1] 57/6
Nat [2] 45/11 46/4
NATHANIEL [1] 2/20
nature [1] 11/9
nearly [1] 13/5
necessary [2] 14/22 30/7
need [21] 8/19 11/7 14/13 14/15 14/18 14/24 15/4 15/22 16/3 18/16 18/16 21/18 26/14 34/4 39/7 39/11 43/7 47/14 48/7 48/11 49/15
needed [1] 14/5
needs [8] 12/14 14/3 14/20 15/3 22/19 35/6 48/14 48/18
negotiated [1] 40/1
neutral [1] 47/18
never [1] 9/20
new [15] 1/6 1/20 2/7 2/10 2/17 3/4 3/13 4/9 4/24 5/11 5/16 21/9 21/15 46/25 57/17
New Orleans [1] 46/25
next [18] 11/18 11/20 12/6 16/7 16/12 21/14 23/18 26/2 31/13 32/1 35/7 35/9 37/5 42/2 43/13 53/17 56/9 56/11
nice [2] 50/18 51/1
night [1] 26/24
no [35] 7/12 8/10 11/4 11/10 14/5 15/7 15/21 16/2 16/2 17/2 17/5 18/15 18/16 22/14 25/16 25/17 29/7 29/9 29/14 30/1 30/11 30/13 30/23 31/5 31/8 31/8 37/10 40/9 40/10 40/11 55/8 56/10 56/23 56/25 58/7
nobody [1] 13/17
NOMELLINI [11] 4/3 7/13 7/16 12/10 13/3 13/7 17/10 17/12 46/1 46/5 57/15
non [3] 25/6 30/1 30/4
non-emails [2] 30/1 30/4

## N

non-Zantaz [1]  25/6
noncontroversial [1]  53/16
nonetheless [1]  7/19
nonparties [1]  53/13
nonproduction [1]  32/13
nor [3]  11/24 11/24 54/18
North [10]  3/13 3/14 3/15 3/18 3/20 3/21 4/4 4/4 4/5 4/6
not [70]
note [3]  11/16 26/8 33/23
noted [1]  55/12
nothing [4]  16/1 31/14 31/17 33/4
notice [1]  33/13
notified [1]  44/9
Notre [3]  7/21 8/1 8/11
Notre Dame [2]  7/21 8/11
now [22]  9/20 10/12 13/22 14/24 15/3 15/24 16/3 17/3 21/15 22/13 24/13 25/16 28/21 29/25 30/6 37/6 37/20 38/22 40/21 43/2 43/4 45/5
NRC [1]  5/9
number [3]  27/5 32/12 34/1
numbers [1]  49/20
numerous [1]  47/24
NW [2]  3/19 5/3

## O

O'Brien's [1]  5/9
O'Brien's/NRC [1]  5/9
O'Keefe [2]  1/20 5/10
O'ROURKE [4]  2/21 42/15 45/15 56/3
object [2]  23/16 47/21
objected [1]  55/11
objecting [1]  44/10
objection [9]  11/4 24/21 37/10 47/16 55/1 55/11 58/7 58/8 58/9
objections [7]  18/3 23/13 23/21 24/15 58/2 58/5 58/8
objects [2]  10/14 12/20
obviously [12]  13/8 13/20 15/22 32/20 34/9 37/15 38/1 46/18 46/23 48/16 51/10 58/1
occur [1]  48/3
occurring [1]  48/12
Oceaneering [3]  41/23 42/12 42/17
off [6]  8/7 18/21 34/20 35/13 44/19 56/17
offering [1]  50/5
office [7]  1/16 1/23 2/21 28/9 34/19 38/16 49/11
officer [1]  29/4
official [4]  5/15 29/15 59/2 59/11
offline [1]  31/25
Offshore [4]  3/3 3/6 3/9 5/12
Oh [5]  12/5 26/23 29/22 41/24 57/24
OIL [2]  1/4 1/4
okay [18]  10/21 11/13 12/7 20/3 28/22 33/19 37/13 37/20 39/20 41/5 41/18 42/8 45/14 48/13 49/19 50/1 52/8 52/20
old [2]  26/22 37/22
Olson [1]  3/8
on [119]
on-the-job [1]  27/20
once [4]  41/14 52/13 54/11 58/10
one [64]
one-hour [1]  40/25
one-stop [1]  17/23
ones [2]  57/17 58/7
online [1]  56/8
only [12]  17/20 26/2 27/4 28/10 31/10 37/5 37/11 39/18 39/19 40/16 40/24 55/25

onto [1]  25/19
open [1]  38/8
opening [1]  41/6
operate [1]  14/22
operational [2]  15/4 15/22
operations [1]  15/4
opinion [1]  40/8
opportunity [2]  27/6 27/18
oppose [2]  24/4 24/10
opposed [1]  12/18
or [32]  10/9 10/10 11/14 14/13 17/17 18/7 18/22 19/1 19/12 21/2 23/13 28/25 29/24 30/6 31/25 33/4 40/25 41/2 46/1 46/9 47/3 47/13 47/15 51/24 54/9 54/15 54/15 55/2 55/6 56/10 58/7
order [15]  33/1 34/11 35/15 41/8 48/8 50/13 50/21 53/6 53/7 53/10 53/11 53/23 55/14 55/15 56/6
orders [5]  15/18 34/5 52/24 53/18 55/23
original [2]  50/25 55/24
Orleans [12]  1/6 1/20 2/7 2/10 2/17 3/4 3/13 4/9 4/24 5/11 5/16 46/25
other [28]  9/20 14/6 15/14 15/21 15/24 19/24 22/16 25/23 26/12 31/9 35/14 35/24 36/7 37/22 41/3 42/20 43/7 45/1 47/22 49/3 50/23 51/3 51/11 53/9 53/10 54/17 56/20 58/6
others [2]  40/3 47/13
otherwise [5]  18/11 19/12 21/10 40/18 40/24
ought [1]  10/1
our [45]  8/22 8/23 10/2 13/20 13/23 14/1 14/12 15/16 16/4 17/22 18/17 20/1 21/7 21/9 21/10 21/13 23/2 24/8 25/2 25/9 27/13 30/22 31/19 33/4 35/24 37/11 37/12 37/23 38/2 38/6 39/1 40/4 41/25 44/19 46/19 47/6 48/21 49/11 49/22 51/15 51/22 54/25 55/4 55/11 56/15
out [21]  8/19 9/24 10/11 13/16 14/12 16/10 25/5 25/22 26/10 27/16 32/1 34/18 37/8 38/4 43/13 43/15 46/22 47/4 50/4 50/13 54/9
outlined [2]  16/15 35/22
outstanding [2]  32/2 44/17
over [6]  12/9 25/13 30/17 36/23 53/9 55/23
overlap [2]  17/18 20/6
oversight [1]  31/19
own [4]  10/22 36/18 42/24 57/10
ownership [5]  15/6 15/8 15/9 15/17 15/22

## P

PA [1]  1/22
package [1]  13/12
page [2]  6/2 17/19
Papantonio [1]  1/22
paper [1]  55/4
papers [1]  43/13
paperwork [2]  15/11 15/14
part [18]  10/6 14/6 14/8 14/18 14/18 14/24 14/25 18/10 19/14 31/19 35/15 41/1 48/2 49/11 54/16 54/25 55/10 55/15
particular [2]  43/15 43/15
particularly [1]  53/13
parties [23]  14/16 16/17 18/6 18/10 18/15 18/20 19/1 19/21 23/19 25/20 26/18 27/19 35/18 36/6 42/21 44/9 45/5 51/11 53/4 56/9 56/16 57/10 58/5
parts [1]  27/14
party [7]  19/9 22/2 26/3 40/18 40/23 41/3 54/1
pass [4]  10/5 10/17 11/15 43/24
past [4]  9/15 19/12 34/15 34/16

patient [1]  44/18
PATRICK [1]  1/16
Patteson [1]  45/6
Patton [4]  24/18 24/20 24/21 25/5
PAUL [13]  2/6 16/21 16/23 22/1 22/6 22/18 22/21 54/4 54/5 54/24 55/4 55/9 55/18
Pauline [1]  56/1
payment [1]  10/22
PC [2]  4/14 4/19
Pensacola [1]  1/24
people [16]  20/5 21/19 26/10 26/11 27/3 27/6 27/10 27/24 28/4 28/10 33/14 46/22 46/22 48/24 49/14 50/2
per [1]  41/7
Perfect [1]  36/2
perfectly [1]  32/22
perhaps [6]  11/22 20/17 21/4 29/24 45/21 46/1
Perils [1]  56/1
period [7]  14/4 30/24 31/1 36/11 37/12 43/6 44/21
permission [1]  12/13
person [6]  10/2 27/4 39/10 41/10 44/17 45/11
personal [2]  22/8 38/1
perspective [4]  14/6 15/16 17/22 17/23
perspectives [1]  13/15
PETRINO [1]  3/18
Petroleum [2]  4/22 5/2
Phase [44]  16/17 17/2 17/2 17/5 17/6 17/6 17/7 17/17 17/17 17/17 17/17 18/2 18/3 18/6 18/7 18/11 18/11 18/13 18/14 18/16 18/18 19/10 19/11 19/13 19/13 19/21 19/22 20/1 20/6 20/7 20/8 20/10 20/11 20/16 25/24 28/16 30/14 30/19 50/23 50/25 55/24 55/24 56/13 58/2
Phase One [21]  16/17 17/2 17/5 17/6 17/17 17/17 18/7 18/11 18/13 18/18 19/10 19/13 19/21 20/1 20/6 20/8 20/10 20/16 25/24 55/24 56/13
Phase Two [22]  17/2 17/6 17/7 17/17 17/17 18/2 18/3 18/6 18/11 18/14 18/16 19/11 19/13 19/22 20/11 28/16 30/14 30/19 50/23 50/25 55/24 58/2
phases [1]  52/4 52/6 52/6
philosophical [1]  8/13
phone [6]  22/7 22/20 39/8 42/15 47/4 51/2
picture [2]  13/5 22/2
piece [4]  13/9 13/14 13/21 14/15
pieces [1]  13/11
Pigman [1]  4/8
Pillsbury [1]  5/12
Pittman [1]  5/12
Pixton [4]  28/19 28/24 39/18 39/18
place [3]  17/16 26/25 34/7
plaintiffs [7]  1/15 1/19 1/22 2/2 2/5 2/8 9/18
plan [1]  39/5
pleading [1]  54/9
pleas [1]  54/10
plenty [1]  46/14
point [14]  9/24 13/20 28/6 30/16 30/18 31/9 31/20 33/21 37/11 38/24 44/23 45/11 56/16 58/4
pointing [1]  25/22
points [2]  30/8 40/20
Polk [1]  4/22
poll [1]  13/23
popular [1]  38/14
position [2]  25/9 41/6
positions [1]  35/22

## P

possession [1]  33/4
possible [5]  13/25 35/25 38/15 43/2 48/9
possibly [2]  27/13 40/16
Post [3]  1/16 1/23 2/21
POTE [1]  2/16
potential [1]  54/8
Poydras [6]  2/6 3/3 3/12 4/24 5/10 5/16
preferable [1]  43/23
preference [3]  37/23 38/2 51/22
prepare [1]  17/7
prepared [3]  17/1 19/25 54/7
present [1]  19/10
pressing [1]  35/14
presume [1]  9/20
pretrial [8]  11/20 11/21 12/2 12/8 21/7
21/14 26/2 26/6
pretty [4]  9/1 31/11 32/11 53/16
prevent [1]  48/11
previously [2]  9/19 54/19 57/19
print [1]  32/9
prior [1]  34/24
priority [1]  15/24
privilege [6]  32/5 33/4 33/24 34/4 34/13
42/19
probably [1]  42/14
Probert [2]  21/20 22/13
problem [6]  10/18 16/19 17/9 41/8 47/1
48/20
problems [3]  18/22 18/24 23/12
proceedings [5]  5/21 7/1 7/3 58/18 59/6
process [6]  16/6 18/10 18/12 33/5 52/12
53/2
Proctor [1]  1/22
produce [2]  9/17 42/19
produced [2]  18/6 53/4
producing [1]  42/20
production [16]  3/12 3/14 3/17 3/19 4/3
4/5 28/16 30/22 31/3 31/23 32/15 32/19
34/23 45/19 46/2 46/9
Products [3]  3/15 3/20 4/6
Professor [1]  32/18
Professor Leifer [1]  32/18
project [1]  8/23
proposal [3]  10/2 23/25 44/6
propose [5]  42/24 43/5 56/5 56/18 57/1
proposed [3]  26/9 45/23 56/6
proposing [3]  50/22 50/24 53/7
prosecutions [1]  53/2
protective [2]  53/6 53/10
protocol [1]  16/16
provide [5]  9/9 31/5 31/12 48/8 50/7
provided [4]  11/8 31/19 46/23 49/18
providing [1]  11/5
PSC [9]  9/9 16/22 17/14 23/4 26/19
48/25 50/14 54/2 55/16
PSC's [1]  55/14
PTO [4]  34/4 53/5 53/7 56/14
PTO 13 [2]  53/5 53/7
PTO 14 [1]  34/4
PTO 54 [1]  56/14
public [1]  26/6
pulled [1]  13/22
purchase [1]  15/18
purchased [1]  15/19
purpose [1]  13/25
pursuant [1]  34/4
put [8]  13/13 14/3 15/23 20/16 21/4 22/2
28/14 33/12
puts [1]  51/15
putting [1]  13/4

## Q

qualification [1]  11/17
qualifications [1]  11/16
quality [1]  50/7
quasi [1]  34/13
quasi-privilege [1]  34/13
question [8]  15/10 20/13 30/23 37/15
38/25 39/1 40/5 45/6
questioning [2]  10/14 40/14
questions [4]  15/14 30/22 30/25 40/7
quick [2]  22/7 50/15
quickly [1]  58/1
Quirk [2]  21/21 22/8
quite [2]  11/23 43/4

## R

Rafferty [1]  1/22
Raines [1]  57/5
raise [4]  30/18 30/24 36/25 58/9
raised [3]  30/24 31/1 31/21
ranges [1]  57/12
rapid [1]  34/1
rapid-response [1]  34/1
re [3]  1/4 21/5 30/25
re-engage [1]  30/25
re-reviewing [1]  21/5
reached [2]  26/10 38/9
read [5]  5/9 14/23 14/23 50/22 51/2
ready [1]  20/15
real [3]  9/7 50/14 58/1
realize [1]  44/17
really [9]  7/18 8/25 14/13 14/13 18/23
32/17 42/7 46/19 49/15
reason [4]  14/9 25/3 30/13 30/23
reasonable [1]  13/17
reasonably [1]  29/18
reasoning [1]  25/9
reasons [4]  25/4 25/13 45/25 48/1
rebranding [2]  57/19 57/21
recently [1]  31/11
recollection [1]  20/17
reconsideration [1]  35/5
record [5]  29/1 37/20 38/13 50/9 59/6
recorded [1]  5/21
records [1]  29/14
redactions [1]  32/13
Redden [1]  4/11
redirecting [1]  37/21
refer [2]  10/2 21/5
reflected [1]  20/10
regale [1]  55/25
regard [1]  16/34/22
regarding [1]  28/16
regular [2]  12/10 47/25
reiterate [1]  47/6
related [2]  30/14 53/1
relates [2]  9/17 36/13
relation [1]  46/20
relative [1]  47/8
relatively [1]  49/10
release [3]  13/18 15/21 33/2
relevancy [1]  25/11
relevant [1]  29/18
relief [1]  41/7
relist [1]  58/6
reluctant [1]  30/25
remaining [1]  32/2
remembering [1]  20/20
remote [2]  46/24 47/10
remove [2]  21/19 24/13
renegotiate [1]  34/10
replacement [1]  14/25

reply [1]  23/4 41/25 42/6
report [5]  12/22 13/23 41/23 50/23 51/11
reporter [5]  5/15 10/3 20/18 59/3 59/11
reporters [1]  57/13
reporting [1]  50/12
reports [6]  11/6 11/11 13/22 14/1 26/18
51/4
representative [3]  48/25 49/2 49/16
representing [1]  47/17
request [15]  9/8 9/15 16/9 16/10 24/10
24/13 34/2 38/7 40/4 40/13 41/19 47/6
48/1 48/9 55/25
requested [4]  24/20 25/23 42/23 53/3
requesting [4]  9/10 9/25 10/16 50/5
reserve [2]  37/11 41/16
reserved [1]  54/12
reserving [1]  24/14
resolved [4]  15/10 34/24 39/9 54/13
respect [3]  30/2 33/25 34/12 39/25 52/9
52/11 54/8
responds [1]  23/22
response [7]  15/20 15/23 23/2 29/10
34/1 36/13 53/21
responsive [4]  29/14 30/1 30/3 30/11
rest [2]  16/10 38/1
result [1]  25/13
return [2]  51/23 51/24
review [6]  16/17 32/5 33/25 33/25 34/13
46/14
reviewed [1]  30/10
reviewing [1]  21/5
RICHARD [10]  4/20 28/20 29/1 29/7
29/9 29/11 31/11 31/15 31/17
Richard Windsor/Lisa [1]  28/20
Richeson [1]  4/23
rid [1]  56/11
rig [4]  1/4 14/20 15/3 16/4
right [26]  8/18 9/6 9/22 10/21 10/24 11/2
11/2 11/12 13/9 13/22 15/1 16/14 22/13
22/3 23/16 24/14 33/1 37/11 38/22 41/16
43/2 48/15 53/20 54/12 57/11 58/9
rigs [1]  15/3
riser [1]  13/12
Rob [31]  12/24 13/2 13/7 32/4 32/7 35/1
35/4 35/6 36/15 40/8 40/10 40/11 51/19
Rob's [2]  33/24 41/5
ROBERT [1]  3/17
Ronquillo [2]  4/14 4/19
room [5]  5/16 27/4 49/10 49/10
Roth [2]  21/20 22/8
rough [2]  7/20 7/23
round [1]  52/4
Roy [4]  1/15 1/16 9/24 26/21
ruled [1]  35/4
rulings [1]  20/8
running [1]  42/18
rush [1]  11/23
Rusnak [1]  2/2
RYAN [1]  4/4

## S

safely [1]  14/22
said [10]  13/24 13/25 14/5 14/8 19/9
25/16 32/21 36/17 49/11 50/9
sake [1]  18/20
SALLY [1]  1/11
same [7]  14/16 16/11 17/19 28/5 30/1
56/17 57/12
San [2]  2/25 57/23
San Francisco [1]  57/23
sandbag [2]  31/10 32/16
Santa [1]  32/4
Santa Barbara [1]  32/4

**S**

SARAH [24] 2/19 4/23 7/5 7/7 29/24 30/5 35/14 35/22 36/4 36/17 36/24 38/25 40/22 40/22 40/25 41/2 41/9 41/9 41/15 42/2 47/20 49/22 53/23 53/25
Sarah's [1] 31/11
saw [5] 15/12 44/10 46/18 52/9 53/23
say [9] 12/9 14/12 24/3 37/1 37/19 38/17 51/5 53/22 58/6
saying [2] 7/19 55/14
says [5] 25/17 37/24 40/10 52/7 54/24
scanning [1] 16/2
scans [1] 57/13
schedule [5] 23/19 23/23 24/9 30/20 41/22
scheduled [2] 44/5 45/22
Schell [1] 4/22
school [1] 41/12
SCOFIELD [1] 5/6
scope [1] 32/15
Scott [3] 39/20 41/12 41/14
search [6] 29/11 29/17 31/16 42/18 42/20 42/25
searched [2] 28/25 29/15
season [1] 8/4
seat [1] 7/4
second [5] 20/9 22/1 30/13 53/11 58/12
Secondly [1] 54/13
Secrest [1] 4/11
secretary [6] 30/2 30/4 46/18 47/22 47/24 48/2
Secretary Chu [4] 30/2 30/4 46/18 47/22
Secretary Chu's [1] 48/2
secretary's [3] 48/7 48/17 49/11
Section [1] 1/5 2/19
see [17] 11/15 12/6 12/8 15/20 16/5 17/9 22/3 23/12 24/15 32/9 35/23 35/25 38/8 45/25 54/6 56/14 58/11
seeing [1] 12/7
seek [2] 18/6 35/5
seems [2] 9/23 32/2
seen [4] 15/20 24/21 31/4 32/20
segments [2] 36/23 37/9
send [7] 25/18 27/6 32/8 44/21 49/5 49/6 49/8
sense [12] 16/8 16/13 16/19 17/15 17/22 17/24 32/12 37/13 40/16 52/12 52/16 58/4
sent [4] 15/12 15/14 26/8 53/23
separate [2] 19/22 28/3
Sergeant [1] 49/1
serve [1] 25/20
served [1] 51/4
Services [2] 4/14 4/19
set [6] 23/18 27/8 31/1 31/22 45/10 56/17
setting [1] 47/9 58/17
settled [1] 14/7
setup [1] 27/2
several [1] 26/8
shaking [1] 38/13
Shaw [1] 5/12
she [11] 10/6 10/10 10/14 10/16 10/19 28/10 30/6 31/12 35/22 41/2 41/9
she's [2] 10/13 10/21
shift [1] 44/8
shopping [1] 17/23
should [21] 9/6 10/4 18/22 28/6 29/21 31/21 32/24 33/4 33/5 34/23 38/13 38/19 41/8 45/5 46/13 48/9 48/20 49/12 54/18 55/10 56/16
show [5] 8/5 13/3 19/1 24/9 38/13

showing [2] 11/7 11/11
SHUSTER [1] 5/17
side [2] 12/13 44/6
sides [1] 15/11
signing [1] 10/15
signs [2] 10/19 10/19
silence [1] 25/25
simply [3] 10/2 47/23 55/5
since [1] 13/21
SINCLAIR [1] 2/12
single [2] 40/17 58/6
sit [2] 12/13 12/15
sitting [2] 10/11 15/25
Six [1] 38/18
skill [1] 13/4
skinny [1] 22/4
skip [1] 12/10
small [2] 49/10 50/3
snap [1] 9/2
so [81]
software [1] 5/22
Sold [1] 58/10
solely [1] 37/18
solved [1] 57/5
some [25] 8/16 8/19 13/23 17/18 19/12 19/23 20/6 20/22 20/25 23/22 26/5 27/13 27/18 30/4 33/9 34/3 38/13 43/7 47/8 51/12 52/9 53/21 55/5 56/16 57/18
somebody [1] 10/14
someone [1] 49/5
something [13] 10/4 17/7 20/19 30/5 31/21 41/24 46/19 51/6 51/18 51/19 54/16 56/18 57/25
somewhere [1] 34/7
soon [1] 52/14
sorry [4] 12/5 39/14 39/22 51/19
sort [9] 9/25 33/2 33/5 34/1 34/18 43/5 52/3 52/6 52/23
sounded [1] 42/21
sounds [7] 11/5 14/17 29/25 43/12 56/12 56/20 56/23
South [1] 1/24
southern [1] 41/12
spam [1] 29/5
spare [9] 14/6 14/8 14/18 14/18 14/22 14/22 14/24 15/2 15/3
speak [4] 9/20 47/19 48/6 48/6
speaking [2] 50/17 54/1
specific [2] 14/9 31/22
specifically [1] 19/24
spell [1] 12/25
spent [1] 30/21
spill [2] 1/4 29/8
spirit [1] 30/20
spoke [1] 29/12
spring [1] 52/6
stack [3] 13/8 13/12 13/21
staff [2] 48/7 48/17
stand [2] 41/23 54/11
standards [2] 13/17 16/18
start [4] 37/14 37/17 37/24 55/23
started [1] 9/7
state [3] 2/11 2/15 58/8
statement [1] 29/25
states [25] 1/1 1/12 2/18 2/23 14/7 28/16 32/3 33/24 36/8 40/1 40/12 40/18 41/7 45/8 45/12 51/23 51/23 52/2 52/3 52/8 52/15 53/12 53/12 53/13 59/3
States' [3] 31/3 31/23 40/13
stay [1] 41/1
stenography [1] 5/21
step [1] 31/13
STEPHEN [1] 1/19

Sterbcow [6] 2/5 2/6 16/20 16/22 51/18 51/18
Steve [5] 42/15 42/16 43/17 43/21 46/4
STEVEN [1] 2/21
stick [1] 58/11
sticking [1] 40/20
still [8] 25/1 31/21 33/9 42/17 44/7 45/18 45/20 45/24
stipulated [2] 20/25 21/2
stipulations [1] 20/23
Stone [1] 4/8
stop [1] 17/23
Street [18] 1/17 1/24 2/6 2/9 2/16 3/3 3/6 3/12 3/19 4/9 4/12 4/17 4/24 5/3 5/7 5/10 5/13 5/16
string [1] 13/13
stripped [1] 56/7
stripped-down [1] 56/7
strongly [1] 47/21
structuring [1] 40/22
students [1] 32/22
stuff [2] 29/6 57/13
subject [6] 9/16 10/15 10/19 33/3 53/9 55/3
submitted [2] 55/4 55/5
submitting [1] 53/18
subpoena [1] 32/24
subpoenaing [1] 32/17
substantiated [1] 25/12
such [2] 33/17 41/18
suggest [3] 11/3 18/5 41/25
suggested [2] 43/21 51/9
suggesting [2] 34/6 55/9
suggestion [1] 18/2
suit [1] 35/6
Suite [13] 1/17 1/24 2/6 3/3 3/6 3/12 4/12 4/17 4/20 4/24 5/7 5/10 5/13
Super [1] 43/6
supplemental [1] 19/25
support [1] 25/8
sure [22] 10/19 10/23 15/9 17/19 20/9 21/1 28/23 32/23 33/7 33/18 33/22 34/11 43/14 45/3 48/18 48/22 49/22 50/10 50/21 57/6 57/14 58/13
Sutherland [1] 3/5
SWACO [1] 49/17
sympathetic [1] 56/2

**T**

table [2] 12/13 35/13
tackle [1] 35/18
take [14] 8/9 10/14 11/25 22/24 23/8 25/25 41/3 41/21 44/19 48/4 48/20 53/8 56/22 58/14
taken [2] 21/12 35/13
taking [5] 7/9 39/10 39/13 39/15 39/20
tale [1] 56/1
talk [17] 10/1 12/23 12/24 16/5 17/14 17/18 17/21 22/17 30/5 30/6 31/25 40/21 41/1 48/17 51/23 52/13 57/14
talked [3] 34/17 34/19 58/3
talking [7] 8/15 23/15 26/12 28/15 31/21 33/2 47/3
talks [1] 57/8
task [1] 9/19
team [7] 7/24 8/14 9/11 18/2 27/13 46/20 49/18
tech [2] 27/24 28/10
techies [1] 27/6
technical [3] 27/3 27/3 27/5
techniques [1] 8/16
tee [1] 16/11
teed [1] 12/23

# T

tell [3]   8/5 31/24 57/15
tellingly [1]   26/19
tend [2]   41/5 47/14
tentative [1]   43/12
tentatively [1]   43/5
term [1]   17/22
terms [11]   20/16 20/22 21/4 23/22 32/12 32/14 42/18 42/20 42/25 45/4 55/9
terrific [4]   7/23 8/14 8/14 24/12
test [1]   16/3
testified [1]   37/21
testify [1]   24/21
testimony [1]   21/6 24/15 37/2 40/2 40/15 40/17 40/19
testing [1]   16/2
Texas [6]   2/4 3/4 4/12 4/17 4/21 5/7
than [9]   13/18 14/17 18/21 22/11 22/16 25/10 36/7 40/19 47/22
thank [20]   7/19 21/25 22/22 23/9 24/12 25/14 25/22 26/16 35/2 41/15 42/11 43/18 43/25 44/12 44/13 52/16 54/3 54/22 55/20 55/20
thanks [6]   19/7 20/13 21/17 35/1 43/17 56/12
that [317]
that's [33]   7/25 8/18 9/22 9/23 15/1 19/9 20/4 21/9 22/11 22/22 23/9 23/24 25/10 28/3 28/22 33/23 34/7 34/9 37/8 39/18 41/9 42/7 42/14 43/3 43/10 44/25 48/16 49/19 49/25 50/18 51/1 51/16 55/19
their [13]   14/2 14/6 16/16 17/16 22/10 23/4 25/9 31/19 42/18 42/19 42/24 57/10 57/18
theirs [1]   55/5
them [28]   8/3 8/11 11/6 11/7 13/25 16/18 20/9 22/10 22/19 22/21 27/1 34/19 35/25 42/8 42/20 43/13 52/3 52/5 52/5 52/5 52/13 52/13 52/14 53/15 56/16 56/17 57/11 58/5
then [25]   8/6 8/7 12/6 13/12 16/9 20/8 23/4 23/7 23/20 23/22 25/17 32/25 36/19 37/5 37/7 37/19 37/24 42/5 42/9 42/20 43/8 43/14 47/2 52/5 53/11
there [44]   7/5 8/1 8/21 8/25 12/9 13/25 14/2 14/8 15/10 19/23 20/22 21/9 21/21 22/14 24/19 25/23 27/18 28/14 29/7 29/8 29/13 29/25 30/3 30/11 30/11 32/12 32/12 33/9 33/10 34/6 37/1 40/3 43/6 45/11 47/12 49/3 49/12 49/22 50/2 50/7 50/8 53/3 53/6 56/10
there's [20]   11/23 13/15 14/14 14/14 15/5 15/16 15/21 16/2 17/18 18/15 20/6 21/7 30/14 30/23 32/14 33/18 44/6 47/16 49/16 56/23
therein [1]   11/10
these [11]   9/4 13/11 15/17 22/17 22/18 33/13 46/24 47/2 47/5 52/11 58/3
they [51]   8/3 8/10 8/10 11/7 11/7 11/10 14/5 14/7 14/7 14/8 14/18 14/19 14/20 14/24 15/18 15/19 16/16 16/18 22/10 25/6 27/5 27/5 27/7 27/8 27/20 27/20 28/4 28/20 29/5 29/6 30/24 31/15 32/24 34/7 34/7 34/8 42/18 42/21 42/22 42/24 42/25 42/25 47/2 49/7 50/7 52/4 52/13 54/18 55/2 58/6 58/16
they're [3]   7/20 38/10 53/9
thing [9]   14/16 20/5 30/16 32/2 32/3 34/21 37/17 51/21 56/20
things [2]   45/1 52/22
think [72]
thinking [3]   21/3 37/9 51/15

third [2]   16/16 53/4
this [80]
Thomas [2]   1/22 4/11
those [10]   11/7 11/8 34/3 51/15 52/25 53/13 53/18 54/16 54/24 57/18
though [2]   8/2 22/5
thought [14]   9/1 9/11 14/20 16/6 23/1 25/10 33/7 33/15 36/3 39/18 46/8 51/12 56/25 57/9
thoughts [1]   35/24
three [3]   43/3 48/25 49/13
through [15]   16/15 17/15 17/18 17/21 19/1 22/9 22/19 26/5 27/3 29/15 32/19 33/16 35/25 50/16 57/9
throughout [1]   18/18
thumbs [2]   53/25 54/2
thumbs-up [2]   53/25 54/2
time [30]   11/18 14/14 16/11 20/2 20/15 21/11 28/14 29/8 30/24 31/1 31/22 36/9 36/11 37/12 38/6 38/11 38/11 40/5 40/6 40/22 40/24 40/25 41/3 43/6 44/21 46/14 50/25 51/3 51/13 56/15
timely [1]   55/1
times [1]   32/21
timing [3]   22/10 38/4 46/2
Tirelessly [1]   12/17
today [19]   17/4 17/14 17/20 17/21 18/8 20/2 23/1 23/17 23/17 39/10 46/9 46/9 46/11 49/6 49/8 49/23 50/17 51/17 56/16
today's [1]   19/24
together [4]   16/12 20/5 20/16 21/4
told [6]   8/11 11/10 18/2 21/13 24/6 38/21
TOLEDO [1]   4/16
Tolles [1]   3/8
TOM [4]   2/20 33/20 33/22 34/14
Toni [5]   5/15 5/17 59/2 59/10 59/10
Tony [4]   19/5 19/8 55/22 56/12
too [3]   12/9 38/10 52/9
took [2]   14/6 34/20
top [1]   15/24
topic [2]   40/5 40/7
Torts [1]   2/24
total [1]   25/6
touch [4]   26/17 27/9 34/14 41/14
toward [1]   30/19
towards [1]   30/19
town [1]   28/4
tracking [2]   20/7 20/9
traded [1]   22/7
training [2]   27/20 52/6
transcript [2]   1/11 59/5
transcription [1]   5/22
transcripts [1]   10/3
Transocean [21]   3/2 3/3 3/4 3/5 3/6 3/7 3/8 3/9 3/10 13/13 13/18 14/2 15/2 19/20 19/25 23/20 24/3 39/23 40/2 41/14 49/25 54/9
Transocean's [1]   24/10
travel [1]   38/22
trees [1]   25/1
TREX [3]   54/17 54/25 55/11
TREX 989 [3]   54/17 54/25 55/11
trial [12]   18/19 19/10 20/10 24/15 24/21 26/3 26/5 26/9 27/13 27/14 39/19 56/15
trials [1]   27/8
trouble [1]   22/19
true [2]   50/10 59/4
truly [1]   18/16
trust [1]   7/10
try [7]   32/1 34/24 39/9 41/11 42/9 51/11 58/4
trying [12]   22/9 22/17 26/11 30/18 30/20 31/10 32/15 32/18 34/10 34/10 42/7 44/17

Tuesday [3]   35/16 42/2 56/9
turn [3]   8/6 8/7 8/8
Tusa [5]   5/15 5/17 59/2 59/10 59/10
twice [1]   58/10
two [39]   10/5 15/5 15/16 17/2 17/6 17/7 17/17 17/17 18/2 18/3 18/6 18/11 18/14 18/16 19/11 19/13 19/22 20/7 20/11 20/11 27/8 28/16 30/14 30/19 36/22 37/9 37/19 38/1 50/23 50/24 50/25 51/3 51/8 51/13 52/22 53/18 54/7 55/24 58/2
two-week [1]   51/3
type [2]   15/3 54/7
typical [1]   23/18

# U

U.S [4]   2/18 2/23 36/7 41/20
UCSB [5]   33/15 34/13 34/15 34/17 34/23
Uh [2]   39/21 45/9
Uh-huh [2]   39/21 45/9
ultimately [1]   17/14
under [3]   51/4 52/12 53/5
undergoing [1]   34/12
UNDERHILL [2]   2/24 17/25
understand [13]   13/18 16/3 17/13 17/20 23/9 27/15 31/20 33/3 42/18 45/18 45/20 46/21 54/24
understanding [3]   33/6 43/10 59/6
understands [2]   37/4 46/20
undo [1]   17/3
uniform [2]   16/18 20/1
UNITED [26]   1/1 1/12 2/18 2/23 14/7 28/16 31/3 32/3 32/3 33/24 36/8 40/1 40/12 40/13 40/18 41/7 45/8 45/12 51/23 51/23 52/2 52/3 52/8 52/15 53/12 United States [18]   14/7 28/16 32/3 33/24 36/8 40/1 40/12 40/18 41/7 45/8 45/12 51/23 51/23 52/2 52/3 52/8 52/15 53/12
United States' [3]   31/3 31/23 40/13
University [2]   32/4 51/5
unless [2]   10/14 15/7
until [6]   18/4 18/9 18/10 35/9 43/12 54/6
up [34]   7/15 9/12 11/25 12/23 16/11 18/10 18/17 22/2 22/24 23/8 24/9 29/24 30/7 35/16 41/9 41/21 42/8 43/7 43/8 43/14 47/2 47/3 47/9 51/8 52/1 52/22 53/17 53/21 53/25 54/2 54/6 55/3 56/4 58/17
upbringing [1]   41/13
update [8]   22/7 22/17 27/1 32/5 35/12 42/12 46/6 46/7
updated [1]   16/16
upon [2]   25/5 30/2
urge [1]   20/5
urgent [1]   16/3
us [19]   9/15 11/6 12/19 15/12 15/14 15/19 18/24 27/10 27/16 31/12 32/5 40/20 42/19 44/18 52/3 52/4 53/3 53/4 53/8
use [4]   14/21 18/18 40/4 56/21
used [1]   32/21
using [2]   5/21 16/16 33/15 57/11
usually [2]   13/16 38/16

# V

vacation [1]   34/18
various [1]   45/25
venue [1]   43/22
verdict [1]   58/15
version [2]   56/7 56/24
versions [1]   56/22
very [12]   7/25 12/5 15/17 21/16 25/14 28/12 29/23 44/18 47/5 49/20 50/18

# V

very... [1] 51/22
video [3] 47/9 47/9 48/19
videotape [2] 46/19 46/20
view [1] 52/23
views [1] 47/8
visibility [1] 47/14
vital [1] 48/4
voice [1] 55/11
volume [1] 29/5
vu [1] 27/17

# W

wait [3] 12/12 52/5 54/6
waiting [1] 55/5
walk [1] 27/3
walk-through [1] 27/3
Walther [1] 4/8
want [30] 9/13 10/4 12/15 14/7 19/14
19/16 19/20 21/4 23/20 27/7 27/10 27/25
28/3 32/5 32/20 36/18 37/7 37/25 40/3
45/25 46/1 48/23 49/9 50/10 50/21 51/16
52/4 52/9 55/7 55/11
wanted [13] 17/4 33/12 33/23 36/5 36/24
37/1 37/5 47/6 52/22 53/17 54/5 54/15
54/19
wants [8] 12/23 26/5 26/7 30/6 34/22
40/22 41/9 52/3
warn [1] 49/9
warranted [1] 32/14
WARREN [1] 5/3
was [49] 8/3 8/22 9/1 9/24 10/2 12/7
13/21 14/5 14/8 14/11 15/2 15/10 15/23
20/19 20/24 23/15 24/3 29/8 29/9 29/9
29/14 30/1 30/2 30/3 31/6 33/1 33/7
35/14 35/15 36/24 37/1 38/2 39/18 40/19
40/25 41/25 44/5 46/9 46/12 48/2 48/3
50/16 50/22 50/24 50/24 50/25 53/24
55/14 56/22
Washington [4] 2/13 2/22 3/19 5/4
wasn't [3] 14/6 28/13 46/11
watched [1] 8/5
way [11] 8/3 14/2 18/24 23/9 25/20 28/14
40/16 40/24 52/12 52/23 55/14
we [332]
we'll [10] 25/13 25/18 26/20 28/9 35/22
42/9 49/22 50/13 51/1 51/15
we're [2] 24/25 44/20
weather [1] 38/21
Wednesday [5] 27/7 27/10 35/7 42/4
56/9
week [16] 10/17 10/18 11/15 12/6 16/7
16/12 21/14 23/18 27/9 32/1 41/8 43/13
51/3 55/22 56/2 56/21
weekly [1] 12/10
weeks [8] 10/5 34/15 34/16 43/3 50/24
51/8 51/13 53/17
weigh [1] 56/19
Weiner [1] 4/23
welcome [1] 22/23
well [16] 8/1 8/21 10/8 12/3 15/24 30/17
31/24 33/6 33/6 37/20 38/5 42/1 48/13
49/19 51/1 54/21
wellhead [2] 13/10 13/11
went [1] 26/22
were [25] 7/3 7/16 8/23 14/20 20/15
20/22 21/2 21/24 23/1 25/5 27/15 29/13
30/3 32/17 32/17 32/23 34/12 36/7 36/23
37/9 40/17 42/24 47/2 51/4 57/5
weren't [1] 32/15
what [43] 12/25 12/25 14/10 15/13 16/6
17/3 17/20 17/21 18/5 20/20 20/24 21/2

23/17 24/6 24/24 25/5 25/16 29/2 31/24
36/4 36/19 37/8 38/21 38/23 39/1 39/4
39/12 43/12 46/16 47/2 47/3 48/7 50/21
50/24 51/4 53/12 53/22 55/3 55/13 57/6
57/14 57/15 58/4
what's [4] 13/13 17/5 38/17 42/25
whatever [5] 10/16 37/24 55/2 55/9 58/7
when [13] 13/23 14/14 24/8 27/20 31/22
37/12 40/21 41/1 46/24 47/2 51/3 57/8
57/14
Whenever [1] 17/6
where [12] 7/8 10/10 13/7 13/18 29/18
30/18 30/21 35/12 41/23 47/4 54/10
57/23
whether [8] 10/6 15/13 25/12 28/24 38/9
48/11 49/14 54/15
which [20] 12/24 15/17 15/18 16/9 27/3
30/17 32/1 32/3 32/22 36/11 36/18
40/19 40/25 46/23 47/13 51/10 52/23
56/2 56/6 56/15
while [3] 28/4 54/24 58/16
whimsical [1] 29/2
Whiteley [1] 2/15
who [22] 11/1 12/23 21/19 23/22 23/22
26/3 26/18 27/13 27/14 28/6 29/8 29/9
29/12 30/9 33/12 34/22 39/13 39/15 40/3
48/24 49/3 49/24
whole [1] 44/8
Whoops [1] 51/1
why [13] 7/14 10/17 11/7 16/5 16/6 23/24
28/8 31/20 31/24 35/11 38/17 40/11 56/1
Wi [5] 46/21 46/21 47/1 47/10 48/18
Wi-Fi [5] 46/21 46/21 47/1 47/10 48/18
will [41] 11/13 11/16 12/10 13/7 17/7
17/10 17/15 18/8 18/18 20/4 22/16 22/20
23/25 25/20 25/20 26/3 26/5 27/13 38/6
39/2 40/23 41/2 41/3 41/11 42/1 43/10
43/13 44/21 44/22 48/6 48/6 48/10 48/21
49/7 52/17 55/14 55/16 56/15 57/1 57/11
58/11
WILLIAMS [4] 3/6 15/2 19/19 49/21
Williamson [2] 2/2 2/3
willing [4] 9/16 47/18 52/1 52/14
window [1] 43/4
Windsor [8] 28/20 29/1 29/1 29/7 29/9
31/11 31/15 31/17
Windsor's [1] 29/11
windsor.richard [1] 29/16
WINFIELD [1] 2/12
Winthrop [1] 5/12
with-cause [1] 18/8
within [5] 18/7 25/18 29/19 37/12 44/21
without [5] 11/11 15/10 33/14 33/14
50/17
witness [10] 21/20 24/14 25/24 27/21
37/19 40/5 40/7 44/19 44/22 56/6
witnesses [5] 9/18 24/2 41/20 43/9 43/11
Wittmann [1] 4/8
Wolfe [1] 23/12
won [1] 40/17
won't [1] 35/23
word [1] 12/25
words [1] 54/17
work [16] 9/7 13/16 17/15 22/9 24/9 26/5
30/21 35/25 36/13 36/18 36/19 36/19
38/4 40/24 52/15 52/18
worked [2] 12/16 23/21
working [4] 1/11 33/11 50/20 56/17
workout [1] 8/16
world [1] 24/24
Worldwide [1] 10/3 10/15 10/23
Worley [2] 36/13 37/18
worms [1] 41/6

worried [1] 37/17
Wright [1] 1/15
wrinkle [1] 51/15
wrong [2] 12/5 14/19

# Y

yard [2] 8/6 8/8
Yeah [1] 35/8
year [6] 8/11 21/15 30/18 33/1 55/2 56/8
Yep [1] 12/1
yes [11] 7/22 20/21 24/6 24/23 36/21
39/6 39/9 39/24 44/3 49/7 52/17
yesterday [7] 15/12 15/15 16/15 42/21
44/10 52/21 53/24
yet [3] 15/20 54/11 54/14
Yoakum [1] 2/3
YORK [3] 4/19 8/15 8/16
you [126]
you'll [1] 11/10
you're [6] 9/3 22/23 37/21 50/2 51/2 51/8
young [1] 22/4
your [76]
Your Honor [47] 7/6 9/14 11/18 11/19
12/4 13/2 13/6 13/24 15/18 16/13 16/21
18/2 23/1 23/10 24/2 25/4 25/17 26/8
27/12 28/18 30/8 31/8 31/14 32/7 32/25
33/20 35/10 35/23 38/11 41/11 42/14
44/2 44/16 45/15 46/18 47/5 47/20 48/22
45/5 50/4 51/21 52/17 55/6 55/6 55/20
56/13 56/20
Your Honor's [1] 35/15
yourself [1] 51/8

# Z

Zantaz [2] 25/5 25/6
zero [1] 54/15