UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

FOURTH SUPPLEMENTAL ORDER

[Regarding the University of California - Santa Barbara's Document Production]

BP served the University of California - Santa Barbara ("UCSB") with a subpoena for the production of documents relating to work performed by Dr. Ira Leifer following the Macondo oil spill.[1] Dr. Leifer's deposition is set for **Monday, January 28.** Deadlines were set for the review of documents by UCSB and Dr. Leifer and the preparation of a privilege log.[2] The deadline for a privilege log was **Monday, January 7**. Rec. doc. 8093. UCSB did not comply with the deadline, finally producing its privilege log on January 16.

UCSB was notified that the January 7, 2013 deadline could not be extended. If documents were not placed on a privilege log, the vendor, Edox was ordered to release UCSB documents subject to a right of clawback. Rec. doc. 8161. A January 11, 2013 order states:

---

[1] The subpoena was served in June, 2012. The parties and the undersigned have worked since that time to have UCSB comply with the subpoena. Since September, 2012 efforts by the undersigned and Special Master Captain Suzanne Englebert have accelerated to involvement on a daily basis. Despite that, UCSB has not met any deadlines set. Counsel for the University has had no sense of why, after seven months, production is time critical. Instead, she has said she did not "fully understand the critical urgency to releasing these documents... ." January 3, 2012 email from Nancy Hamill.

[2] See Rec. docs. 8093, 8095, 8161 and, 8211.

> The deadline for UCSB to assert its right to clawback any documents which it contends were protected from disclosure is 5:00 p.m. CST on Tuesday, January 15, 2013. <u>The submission shall support, on a document by document basis, the reason for the assertion of the clawback right.</u>

Rec. doc. 8211 at 2 (emphasis added). Although UCSB submitted a clawback list, it did not comply with the requirement that it support the submission, on a document by document basis, with the reason for the assertion of the clawback right.

**1.     Privilege Log.**

By reference to UCSB's January 16 privilege log, BP shall raise with UCSB any challenges as soon as possible. UCSB shall cooperate in an <u>extremely</u> <u>prompt</u> manner and in fully responding to questions raised by BP. If privilege issues require resolution by the Court, they shall be presented as promptly as possible.

**2.     Clawback Documents**.

UCSB's deadline for clawback has expired. It will be permitted to assert its right to clawback where it supports the clawback, on a document by document basis, with a full explanation of the reason for the assertion of the clawback right.[3]

**3.     Redacted Documents**.

Where UCSB produced redacted documents, Edox will be directed to produce unredacted documents to the parties.

**4.     Documents Coded as Non-Responsive**.

No documents coded as non-responsive shall be produced.

---

[3] The burden is on UCSB to show that a document should be clawed back. The burden will not be placed on the undersigned to comb through the lengthy list. Had the University complied with earlier orders, there well could have been no need for a clawback list.

**5.     Direction to Edox Regarding Production to the Parties**.

Edox will immediately produce to the parties unredacted copies of all UCSB documents in the Edox UCSB database, <u>except</u> for the following documents (or attachments to documents):

a.     Documents found on the U.S. privilege log.

b.     Documents found on the UCSB January 16, 2013 privilege log.

c.     Documents coded as non-responsive.

**6.     Highly Confidential**.

Pending further order of the Court, <u>all</u> UCSB documents produced to the parties shall be treated as Highly Confidential as provided in PTO No. 13(Rec. doc. 641).

**7.     Dr. Leifer's Deposition**.

**Because of the delay in completing the UCSB documents production, Dr. Leifer's deposition may be set for a time and place other than January 28 and 29 in Bakersfield.** That will be determined during the week of January 21st. The undersigned and the parties have tried to accommodate Dr. Leifer's busy schedule, but the delay in production of documents to allow the parties adequate time to review them, bring challenges to withheld documents and adequately prepare for the deposition may prevent that. In the event the deposition is rescheduled, Dr. Leifer remains under subpoena and subject to the undersigned's direction as to time and place of the deposition.

3

8.     **Appeal**.

The deadline for an appeal of this order is **Monday, January 21, 2013, at noon CST**.  In the absence of an order from District Judge Barbier, this order will not be suspended pending the appeal from this order.

New Orleans, Louisiana, this 17th day of January, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to serve:**

1) Michael R. Goldstein
   Senior Counsel
   University of California - Santa Barbara
   Michael.Goldstein@ucop.edu

2) Nancy Hamill
   Chief Campus Counsel
   University of California - Santa Barbara
   Nancy.Hamill@ucop.edu

3) Charlie Goodrich
   University of California - Santa Barbara
   Charlie.Goodrich@ucop.edu