UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the Gulf of Mexico, | ) | MDL No. 2179; CA 10-7777 |
| on April 20, 2010 | ) | |
| | ) | Section: J |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| | ) | JUDGE BARBIER |
| All Cases | ) | MAG. JUDGE SHUSHAN |

## NOTICE OF APPEAL

Class Members and Objectors Cobb Real Estate, Inc., G&A Cobb Family Ltd. Partnership, L&M Investments, Ltd., MAD, Ltd., Mex-Co., Ltd., Robert C. Mistrot and Missroe, LLC, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's December 21, 2012, Order & Reasons Granting Final Approval of the Economic and Property Damages Settlement (Document 8138) and the Order and Judgment (Document 8139).

Respectfully submitted,

By: _____
Stuart C. Yoes
Texas State Bar No. 00798605
THE YOES LAW FIRM, L.L.P.
3535 Calder Avenue, Suite 235
Post Office Drawer 7584
Beaumont, Texas 77726-7584
Tel: (409) 833-2352
Fax: (409) 838-5577

ATTORNEYS FOR CLASS MEMBERS, COBB REAL ESTATE, INC.; G. & A. COBB FAMILY LIMITED PARTNERSHIP; L & M INVESTMENTS, LTD.; MAD, LTD.; MEX-CO, LTD.; ROBERT C. MISTROT; and MISSROE, L.L.C.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January, 2013.

                                                       _____

                                                      Stuart C. Yoes
                                                     scy@yoeslawfirm.com