TABLE OF CONTENTS

**A.  US INDEPENDENT FISHERMAN AND BUSINESSES**                                1,135 Plaintiffs

**B.  COOP PLAINTIFFS**

1.  La Sociedad Cooperativa De Produccion Pesquera Denominada La Ribera De Tampico De Alto S.C. De R.L.   159 Plaintiffs
2.  La Sociedad Cooperativa De Productores Acuicolas De Congregacion Anahuac S.C. De R.L.   63 Plaintiffs
3.  **Members Only** of La Sociedad Cooperativa De Produccion Pesquera Tamiahua, S.C. De R.L.   428 Plaintiffs
4.  La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo S.C. De R.L. De C.V.   57 Plaintiffs
5.  La Sociedad Cooperativa De Produccion Pesquera Pescadores De Tamiahua S.C. De R.L. De C.V.   344 Plaintiffs
6.  La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros Del Sur S.C. De R.L.   83 Plaintiffs
7.  La Sociedad De Pescadores Indigenas De Rancho Nuevo S.C.   23 Plaintiffs
8.  La Sociedad Cooperativa De Produccion Pesquera Riberena La Aurora Barra De Cazones S.C.L. De C.V.   36 Plaintiffs
9.  La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar S.C. De R.L. De C.V.   76 Plaintiffs
10. La Sociedad Cooperativa De Productores Y Pescadores De Saladero Veracruz S.C. De. R.L.   36 Plaintiffs
11. La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V.   131 Plaintiffs
12. La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas S.C. De R.L. De C.V.   51 Plaintiffs
13. La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzana S.C. De R.L. De C.V.   278 Plaintiffs
14. La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma S.C. De R.L. De C.V.   93 Plaintiffs
15. La Sociedad Cooperativa De Produccion Pesquera Pescadores De San Andres S.C. De R.L.   19 Plaintiffs
16. La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servicios S.C.L. De C.V.   71 Plaintiffs
17. La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros De Saladero S.C.L.   115 Plaintiffs
18. La Sociedad Cooperativa De Produccion Pesquera de Altura Jarochos S.C. L.   11 Plaintiffs

**C.  CONCESSION PLAINTIFFS**

1.  Permisionario Joaquin Delgado Ortiz   213 Plaintiffs
2.  Permisionario Claudio Gonzalez del Ángel   10 Plaintiffs
3.  Permisionario Reynaldo Lara Careaga   14 Plaintiffs
4.  Permisionario Jorge Nieto Gonzalez Congregacion Anahuac   58 Plaintiffs
5.  Permisionario Jorge Luis Baena Cruz   15 Plaintiffs
6.  Permisionario Aurelio Sanchez de San Luciano   42 Plaintiffs
7.  Permisionario Florencia Ortega Constantino   14 Plaintiffs
8.  Permisionario Rosalino Cruz y Pescadores de Camarón   40 Plaintiffs
9.  Permisionario Santiago del Ángel   51 Plaintiffs
10. Permisionario Horacio Morales de la Isla de San Juan   17 Plaintiffs
11. Permisionaria Dionicia Carballo Ponce la Laja Ozuluama   13 Plaintiffs
12. Permisionario Jose Alfredo Gallardo Cortez Caso   29 Plaintiffs
13. Permisionaria Maria Esther Castillo   16 Plaintiffs
14. Permisionaria Graciela Ortega   10 Plaintiffs
15. Permisionario Salustio Pérez Olares   12 Plaintiffs
16. Permisionario de Pesca Flavio Alfredo Torres Eusebio Landeros Vega   39 Plaintiffs
17. Permisionario de Pesca Cesar Gonzalez Casados Emanuel Cruz Guerrero   3 Plaintiffs
18. Permisionario Genaro Gregorio Martinez Cantero   1 Plaintiffs
19. Permisionaria Concepcion Guerrero Banda   4 Plaintiffs
20. Permisionario Francisco Elioth Hernandez Segura   2 Plaintiffs
21. Permisionario Horacio Morales Isla de Juan A Ramirez   9 Plaintiffs
22. Permisionario Macario Mar Cruz   1 Plaintiffs
23. Permisionario Isrrael Contreras Zaleta   1 Plaintiffs
24. Permisionario Teodoro Gonzalez Gonzalez   1 Plaintiffs
25. Permisionario Flavio Alfredo Torres Damian   1 Plaintiffs
26. Permisionario Efren Balderas   19 Plaintiffs
27. Permisionario Carmelo Estevez Martir   10 Plaintiffs
28. Permisionario Martin Jaime Ortega Gil de San Jeronimo   11 Plaintiffs
29. Permisionario Miguel Blanco Ortega   2 Plaintiffs
30. Permisionario Horacio Morales Cruz   1 Plaintiffs
31. Permisionario Jose Alfredo Martinez Gandara   1 Plaintiffs
32. Permisionario Jose Luis Escudero Ramirez   1 Plaintiffs
33. Permisionario Romualdo Flores Menindez   1 Plaintiffs
34. Permisionario Efrain Cruz Lugo   1 Plaintiffs

## D. RETAIL AND PROCESSING PLAINTIFFS

| | | |
|---|---|---|
| 1. | Compra Venta de Felipe Barrios | 10 Plaintiffs |
| 2. | Compra Venta Victor Valenzuela | 21 Plaintiffs |
| 3. | Despicadoras de la Isla de San Juan A Ramirez | 76 Plaintiffs |
| 4. | Grupo la Esperanza Flor Idilia | 108 Plaintiffs |
| 5. | Fileteras de Mamey de Antonio Aran | 27 Plaintiffs |
| 6. | Peladoras de Camarón de la Pescadores de Tamiahua | 69 Plaintiffs |
| 7. | Esposas & Hijos de Socios de la Huasteca Veracruzana | 205 Plaintiffs |
| 8. | Hijos de Sociedad Cooperativa Pescadores de Saladero | 53 Plaintiffs |
| 9. | Esposas de la Rivera de Tampico Alto | 116 Plaintiffs |
| 10. | Esposas de Socios de la Sociedad Cooperativa Riverena de Saladero | 73 Plaintiffs |
| 11. | Grupo Cucharas Juan Ortega Romero Artemio Aran | 53 Plaintiffs |
| 12. | Unión de Fileteros de Cucharas José Luis Palacios Medina | 56 Plaintiffs |
| 13. | Grupo La Sirenita Felipa Celestino Artemio Aran | 57 Plaintiffs |
| 14. | Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 54 Plaintiffs |
| 15. | Despicadoras de Jaiva los Higueros Artemio Aran | 31 Plaintiffs |
| 16. | Despicadoras de la Majahua Karina | 23 Plaintiffs |
| 17. | Despicadores y Pescadores Libres de Saladero | 74 Plaintiffs |
| 18. | Despicadores y Pescadores libres de la Merced | 26 Plaintiffs |
| 19. | Grupo La Trucha Guillermina Hernández | 22 Plaintiffs |
| 20. | Despicadoras de San Jerónimo | 7 Plaintiffs |
| 21. | Grupo Superacion Jahasaviel Cruz Castro | 20 Plaintiffs |
| 22. | Restaurante Nuevo Veracruzano Tuxpan | 13 Plaintiffs |
| 23. | Restaurante Nuevo Veracruzano Tamiahua Angel Ramos | 33 Plaintiffs |
| 24. | Compradores de la Soc. Coop. Pescadores de Tamiahua | 44 Plaintiffs |
| 25. | Compra Venta de la Soc. Coop Tamiahua | 105 Plaintiffs |
| 26. | Pensionados de la Soc. Coop. Rivera de Tampico Alto | 41 Plaintiffs |
| 27. | Restauranteros, Compradores y Cosedores de Mariscos de Tampico Alto | 59 Plaintiffs |
| 28. | Esposas de Socios de la Cooperativa de Pescadores de Tamiahua | 301 Plaintiffs |
| 29. | Hijos de Socios de la Cooperativa de Pescadores de Tamiahua | 141 Plaintiffs |
| 30. | Esposas de Socios de Cooperativa de San Jerónimo | 25 Plaintiffs |
| 31. | Hijos de Socios de la Cooperativa de Cabo Rojo | 11 Plaintiffs |
| 32. | Esposas de Socios de la Cooperativa de Cabo Rojo | 87 Plaintiffs |
| 33. | Esposas de la Cooperativa Reforma | 137 Plaintiffs |
| 34. | Hijos de Socios de la Cooperativa Reforma | 30 Plaintiffs |
| 35. | Esposas de Socios de Ostioneros del Sur Cucharas | 28 Plaintiffs |
| 36. | Esposas de la Coop. de Tamiahua | 301 Plaintiffs |
| 37. | Hijos de Socios de la Coop. de Tamiahua | 133 Plaintiffs |
| 38. | Hijos de Socios de la Cooperativa de Rivera de Tampico Alto | 86 Plaintiffs |
| 39. | Esposas y Hijos de la Cooperativa Productores y Pescadores de Saladero | 34 Plaintiffs |
| 40. | Esposas y Hijos de Socios de la Cooperativa La Aurora Barra de Cazones | 45 Plaintiffs |
| 41. | Restaurante Veracruzano Tamiahua | 5 Plaintiffs |
| 42. | Grupo Libre la Chavelita Jose Luis Perez Cruz | 2 Plaintiffs |
| 43. | Hijos de Socios de Congregacion Anahuac | 9 Plaintiffs |
| 44. | Esposas de Socios de Congregacion Anahuac | 18 Plaintiffs |
| 45. | Esposas de Socios de la Cooperativa de las Chacas | 22 Plaintiffs |
| 46. | Esposas de la Cooperativa Ostioneros de Saladero | 77 Plaintiffs |
| 47. | Hijos de la Cooperativa Ostioneros de Saladero | 60 Plaintiffs |
| 48. | Hijos de Socios de la Cooperativa de las Chacas | 13 Plaintiffs |
| 49. | Despicadoras de las Chacas | 23 Plaintiffs |
| 50. | Compra Venta del Mercado de Tuxpan | 15 Plaintiffs |

**E.    INDEPENDENT FISHERMAN PLAINTIFFS OF MEXICO**

| | | |
|---|---|---:|
| 1. | Grupo Pescadores Libres Artemio Aran | 29 Plaintiffs |
| 2. | Pescadores de la Encendada de los Higueros Artemio Aran | 62 Plaintiffs |
| 3. | Libres de Congregacion la Reforma Artemio Aran | 113 Plaintiffs |
| 4. | Pescadores Libres de Tanochin Artemio Aran | 13 Plaintiffs |
| 5. | Pescadores Libres de Tierra y Libertad Artemio Aran | 64 Plaintiffs |
| 6. | Pescadores Mamey Pozo Dos Bocas Artemio Aran | 41 Plaintiffs |
| 7. | Libres de San Luciano Artemio Aran | 39 Plaintiffs |
| 8. | Pescadores Libres de la Mata Norberto Hernández | 69 Plaintiffs |
| 9. | Libres de Cabo Rojo Nelson Delgado Mendoza | 52 Plaintiffs |
| 10. | Pescadores Libres de la Rivera de Tampico Eduardo | 184 Plaintiffs |
| 11. | Libres de las Piedras Tamalin Camilo Perez Castro | 28 Plaintiffs |
| 12. | Pescadores Libres de Morales de Cabo Rojo | 117 Plaintiffs |
| 13. | Pescadores Libres de Cabo Rojito Abad | 52 Plaintiffs |
| 14. | Pescadores Libres de la Restinga | 71 Plaintiffs |
| 15. | Pescadores Libres de la Majahua Reynaldo Castro | 53 Plaintiffs |
| 16. | Pescadores Libres de la Isla de Juan A. Ramirez | 128 Plaintiffs |
| 17. | Libres de Cucharitas 2 Guillermina Castro | 105 Plaintiffs |
| 18. | Libres de Tamiahua Pablo E. Zamora Sanchez | 823 Plaintiffs |
| 19. | Pescadores Libres Soc. Coop. Aurora Barra de Cazones | 21 Plaintiffs |
| 20. | Grupo de Pescadores Libres Guillermina Hernandez | 29 Plaintiffs |
| 21. | Pescadores Libres Ostioneros del Sur | 63 Plaintiffs |
| 22. | Pescadores Libres y Fileteras Claudio Cruz Flores | 39 Plaintiffs |
| 23. | Pescadores Libres de la Soc. Coop. San Andres | 21 Plaintiffs |
| 24. | Pescadores Libres de la Coop de Tamiahua (Included in D-24) | 0 Plaintiffs |
| 25. | Pescadores Libres de la Reforma Fernando Meza Torres | 41 Plaintiffs |
| 26. | Grupo de Libres de Saladero Artemio Aran | 199 Plaintiffs |
| 27. | Pescadores Libres de la Riverita Artemio Aran | 49 Plaintiffs |
| 28. | Grupo de Pescadores Fileteros Chavelita | 47 Plaintiffs |
| 29. | Pescador Libre de Ciudad Madero Tamaulipas | 1 Plaintiffs |
| 30. | Pescadores Libres de Congregacion Anahuac Gerson | 13 Plaintiffs |
| 31. | Pescadores Libres del Puerto de Tuxpan | 123 Plaintiffs |
| 32. | Congregacion La Reforma | 54 Plaintiffs |

**F.    YUCATAN PLAINTIFFS**

| | | |
|---|---|---:|
| 1. | Independent Fisherman | 10,099 Plaintiffs |
| 2. | Indirect - Retail and Processing Plant Workers | 696 Plaintiffs |
| 3. | Chivitas - Fisherman/Harvesters of Melongea Corona | 411 Plaintiffs |
| 4. | Duenos Embarcaciones - Boat Owners | 480 Plaintiffs |
| 4A. | Duenos Embarcaciones – Fisherman | 99 Plaintiffs |
| 5. | Permisionario Plaintiffs - Concession Owners & Fisherman | 164 Plaintiffs |
| 5A. | Permisionario Plaintiffs – Cooperatives | 44 Plaintiffs |
| 6. | Yucatan Cooperativa Plaintiffs - Cooperatives | 6 Plaintiffs |