# EXHIBIT "A"

# US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

# 1,135 PLAINTIFFS

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1. Ardoin, Hector Jr., Individually & dba Bethel Missionary Baptist Church
2. Bernard, Abraham B., Jr., Individually and d/b/a United Marine Shipyard
3. Bolt, John Roy, Individually and d/b/a Greater Little Zion Church Of God In Christ
4. Brown, Richard E., Individually and d/b/a New Birth Community Church
5. Bryant, Gerald Wayne, Individually and d/b/a Pilgrim Rest Missionary Baptist Church
6. Chew, Jearon DeMarkus, Individually and d/b/a East Gill Missionary Baptist Church
7. Clark, Issac Townsend, Individually and d/b/a Love Center Church of God in Christ
8. Collier, Robert Earl, Individually and d/b/a Boulden Memorial Church of God in Christ
9. Elam, Sr., Delton C., Individually and d/b/a New Hope Church of God in Christ
10. Franklin, James Chester, Individually and d/b/a Pleasant Green Baptist Church
11. Haynes, Jr., Felix, d/b/a Rising Sun Baptist Church
12. Johnson, Curtis Gene, Individually and d/b/a Greater Grace Missionary Baptist Church
13. Nonette, Albert, Individually and d/b/a Johnson Memorial Baptist Church
14. Pitre, Jr., Albert, Individually and d/b/a Spring Hill Missionary Baptist Church
15. Rogers, Joseph, Individually and d/b/a Mount Horeb Missionary Baptist Church
16. Williams, Mell, Jr., Individually and d/b/a New Light Baptist Church
17. Wolfe, Elray, Individually and d/b/a Holy Way Church of God in Christ
18. Hamilton, Albert Ed IV
19. Hayes, Rita Elizabeth
20. Rangel, Thomas
21. Aakquanakhann, Dionne Cox
22. Aakquanakhann, Ernest I.
23. Abshier, Jerry Lynn
24. Adams, Leonard Ray
25. Adix, Carl Conrad, III
26. Aguilar, Jose Luis
27. Aguilar, Monica Irene
28. Alexander, June
29. Allen, Elizabeth Lorene
30. Allen, Justin Wade
31. Allison, Jerry Lynn
32. Alston, Mark Wade
33. Anderson, Jerome
34. Andrepoint, Gerald
35. Andrepont, Joseph
36. Andresio, Eliseo Agravante
37. Andresio, Eva
38. Andresio, Lester P.
39. Antu, Robert Lopez
40. Ardoin, Timothy Chad
41. Armour, Gloria Dean
42. Armour, Mitchell Joseph
43. Armstrong, Alice Romecca
44. Armstrong, Curtis Ray
45. Arrant, Jack
46. Arvizo, Amanda Medrano
47. Arvizo, Oscar L.
48. Ashabranner, Carolyn
49. Ashabranner, George
50. Ashabranner, James
51. Atchison, Gwendalyn Boone
52. Atchley, James Louis
53. Atherly, Ainsley
54. Atkins, Keith Peyton
55. Auau, Sanaki Alo Makane
56. Augustine, Vincent James

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 57. | Avondet, Charles, II | 100. | Bennett, Terry Don |
| 58. | Ayala, Juan | 101. | Benoit, Glenn Dale |
| 59. | Aydelotte, Kenneth Wayne | 102. | Bernard, Deborah Ross |
| 60. | Ayers, Erskine Eugene | 103. | Bernard, Earnest, Jr. |
| 61. | Bach, Brian Lee | 104. | Berry, Otis Claude, Jr. |
| 62. | Bailey, James Allen | 105. | Berwick, Frank Edward |
| 63. | Bailey, Kevin Carl, Sr. | 106. | Berwick, Toby E. |
| 64. | Bainbridge, William Louis, IV | 107. | Bethea, Nicholas Bradley |
| 65. | Baldwin, Keith Hollis | 108. | Bias, James |
| 66. | Baldwin, Thomas Wayne | 109. | Bias, Lamarcus Darnell |
| 67. | Banuelos, Jorge Barrera | 110. | Bill, Donald Ray |
| 68. | Baptiste, Wilfred | 111. | Bittle, Parker Garrett |
| 69. | Barber, Elizabeth (Foley) | 112. | Blanco, Jose Guadalupe |
| 70. | Bares, John Bernard | 113. | Bledsoe, Edwin Bernard |
| 71. | Barge, Byron Jackson | 114. | Blevins, Michael Henry |
| 72. | Barge, Kathleen Dawn | 115. | Blue, James Wesley |
| 73. | Barker, Barbara Adele | 116. | Bob, Isaac |
| 74. | Barlow, Desa G. Letulle | 117. | Bobb, Irel |
| 75. | Barlow, Eddie Dale, Jr. | 118. | Boland, Jimmie Don, Jr. |
| 76. | Barnaba, Peter Clay | 119. | Bolden, Linda Gail |
| 77. | Barnes, Ivan Dale | 120. | Bond, Tommy Glen |
| 78. | Barnes, Jr., John Lester | 121. | Bonura, Gregory Paul |
| 79. | Barnett, Andrew Christopher | 122. | Bonvillion, Michael Lee |
| 80. | Barrow, Christopher Joseph | 123. | Boone, Chadra Renee |
| 81. | Barrow, Dustin Mitchell | 124. | Boone, Michael Oshannon |
| 82. | Barry, Anthony Patrick, Jr. | 125. | Boudreaux, Joseph Paul |
| 83. | Barry, Thomas Kevin | 126. | Boudreaux, Judy Wright |
| 84. | Bassett, Roderick Deshawn | 127. | Bowden, Kevin Andrew |
| 85. | Bates, Isaac | 128. | Bowman, Louis, Jr. |
| 86. | Batiste, Jerome Marcellus | 129. | Bowman, Wash |
| 87. | Batiste, Michael Leon | 130. | Box, Larry Joe |
| 88. | Battle, Clinton, Jr. | 131. | Braddock, Leslie Clay, Jr. |
| 89. | Baylor, Edna Fay | 132. | Bradley, Lucius |
| 90. | Baylor, Raymond | 133. | Bradley, Richard James |
| 91. | Beachler, Frank Thomas, Jr. | 134. | Braley, Chad Edward |
| 92. | Bean, Jessie James | 135. | Brasfield, Rita Ann |
| 93. | Beaudeaux, Brent | 136. | Braudway, Andy Glyndon |
| 94. | Becker, Talmadge | 137. | Braudway, Andy Glyndon, Jr. |
| 95. | Beebe, Maurice Gene, Jr. | 138. | Breaux, Jason Paul |
| 96. | Bell, Esel D. | 139. | Bridgers, Michael Joel |
| 97. | Bell, June Vernon | 140. | Briggs, Edward Hayward |
| 98. | Benjamin, Johnny Clyde | 141. | Briggs, Sammy Davis |
| 99. | Benjamin, Robby Jay | 142. | Brinlee, Gregory Lynn |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 143. | Brisendine, Sherry Judalon | | 186. | Cantu, Ruben Paul |
| 144. | Broughton, Oneal | | 187. | Cardenas, Homero |
| 145. | Broussard, Eva Bates | | 188. | Carey, Adolf |
| 146. | Broussard, Jerry Wayne | | 189. | Carouthers, Kevin Lee |
| 147. | Broussard, Jody Francois | | 190. | Carouthers, Tristie Lyn |
| 148. | Broussard, Roy Rogers | | 191. | Carouthers, Wilbur Lee |
| 149. | Brown, Bradley Scott | | 192. | Carr, Henry Louis |
| 150. | Brown, Dorothy Boxie | | 193. | Carr, Paul Anthony |
| 151. | Brown, Elliott Winston | | 194. | Carrington, James Edward |
| 152. | Brown, Kenneth Earl | | 195. | Carroll, Eva Odems |
| 153. | Brown, Norman John | | 196. | Carter, Roy Dean, Jr. |
| 154. | Brown, Steven Thomas | | 197. | Carver, David Holcomb |
| 155. | Brown, Vicky | | 198. | Cassel, Christopher Alan |
| 156. | Brown, Wayman, Sr. | | 199. | Cassel, Laura Faye |
| 157. | Brown, Wilford Gene | | 200. | Castaneda, Richard Ray |
| 158. | Bruno, Blake Aaron | | 201. | Castaneda, Richard Ray, Jr. |
| 159. | Bruno, Brenda Cross | | 202. | Castille, Brian Gerard |
| 160. | Bruno, Dominic Craig | | 203. | Castille, Brian Keith |
| 161. | Buchholz, Frank Fredrick | | 204. | Castille, Derrick Wayne |
| 162. | Buchholz, Justin R. | | 205. | Castille, Merlin Gerard |
| 163. | Budro, Aaron Michael | | 206. | Castille, Sara Brown |
| 164. | Bunch, Charles William, Jr. | | 207. | Castille, Timothy |
| 165. | Burch, Robert Allen | | 208. | Castille, Todd Eric |
| 166. | Burkett, Blake Rell | | 209. | Castillo, Javier Almaraz |
| 167. | Burkhead, Justin Wayne | | 210. | Castillo, Raul Dario |
| 168. | Burnaman, Brian Allen | | 211. | Castolenia, Brenton Micheal |
| 169. | Burrell, Donald Carson | | 212. | Castolenia, Michael Gerard |
| 170. | Burt, John David | | 213. | Caswell, Norma Bertrand |
| 171. | Burton, John | | 214. | Ceja, Hugo Martinez |
| 172. | Butler, Mary L. Romar | | 215. | Ceja, Miguel Martinez |
| 173. | Byrd, Clinton | | 216. | Chaison, Louis Phillip |
| 174. | Byrd, Earl | | 217. | Champagne, Kevin Charles |
| 175. | Byrd, Marvin Wayne | | 218. | Chandler, Kena |
| 176. | Cabradilla, Cristino Yap | | 219. | Chapman, Dylan Perry |
| 177. | Caldwell, Katherine | | 220. | Chapman, Steven Dale |
| 178. | Caldwell, Travis Lit | | 221. | Charles, Elijah |
| 179. | Caleb, Caroline Lofton | | 222. | Chatlin, Billy Ray |
| 180. | Caleb, Charles | | 223. | Chelette, Randall Odell |
| 181. | Callaway, Robert Allen | | 224. | Chelette, Vonda Foster |
| 182. | Campbell, Brian Roosevelt | | 225. | Chimeno, Ryan Levi |
| 183. | Cannon, Leroy, Jr. | | 226. | Chow, Carl Lee |
| 184. | Cano, Elizabeth | | 227. | Christmas, Troy Wayne |
| 185. | Cantu, Alma | | 228. | Clark, Charles Harry, Jr. |

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 229. | Clark, Joseph, Jr. | 272. | Curry, Andrew |
| 230. | Clay, Shameika Reinette | 273. | Custer, Thomas Eugene |
| 231. | Cloide, Teddy Joe | 274. | Dacus, Melinda Lee |
| 232. | Coffee, Michael Leslie, II | 275. | Dade, Willie E. |
| 233. | Coleman, Chaddrick Lee | 276. | Dafonte, Tammy Gilbert |
| 234. | Coleman, Leo Patrick | 277. | Dale, Sheila Barden |
| 235. | Coleman, Raymond | 278. | Dale, Ty Lane |
| 236. | Collins, Brandal W. | 279. | Dangerfield, Millard, Jr. |
| 237. | Collins, Carolyn Delores | 280. | Daniel, Laura Anne |
| 238. | Collins, Elizabeth Stewart | 281. | Daniel, Robert Joseph |
| 239. | Collins, Elmer Leroy | 282. | Davis, Damion Sid |
| 240. | Collins, James H. | 283. | Davis, Dannie Floyd |
| 241. | Collins, Randall Brent | 284. | Davis, Donald Lynn |
| 242. | Comeaux, Albin | 285. | Davis, Jack Vincent |
| 243. | Comeaux, Cody Allen | 286. | Davis, Milton Ray |
| 244. | Comeaux, Michael E. | 287. | Davis, Richard Lynn |
| 245. | Comeaux, Reginald Charles | 288. | Davis, Stephanie Sue |
| 246. | Compton, Felecia Denise | 289. | Dawson, George Wesley |
| 247. | Conner, Dexter Jene | 290. | Dawson, Wyndalyn K. |
| 248. | Conner, Katherine Marie | 291. | Dean, Roger Lee |
| 249. | Connor, Darcy James | 292. | Dean, Ronnie James |
| 250. | Constance, Maximin | 293. | DeBlanc, Stella Marie |
| 251. | Constant, John Westley | 294. | Decuire, Alfred Gerald |
| 252. | Cooksey, Joyce Smith | 295. | DeGrasse, George Edward, Jr. |
| 253. | Cooksey, Phillip James | 296. | Delarosa, Marcus Keith |
| 254. | Cordle, Joshua Raine | 297. | Delarosa, Richard Mark |
| 255. | Coverdale, Charles Richard | 298. | Delco, Elizabeth Ann (Briggs) |
| 256. | Coverdale, Chris Allen | 299. | Delk, Donald Glenn |
| 257. | Coverdale, Deborah Gaudet | 300. | Demoss, David Dean |
| 258. | Cox, Jennifer Lynn | 301. | Denby, Gary Wayne |
| 259. | Crain, Kimberly Ann | 302. | Dennis, Richard Shefford |
| 260. | Crain, Larry Don | 303. | Derouen, Marcus Lee |
| 261. | Crain, Luke Andrew | 304. | Deshotel, Albert Vincent |
| 262. | Crain, Richard Edward | 305. | Deshotel, Jason Ray |
| 263. | Crane, James William, Sr. | 306. | Deshotel, Ricky Ray |
| 264. | Crocker, Elizabeth Ann | 307. | Dever, Karl Ray |
| 265. | Crocker, Jerrod Lynn | 308. | Devillier, Coulon Wade |
| 266. | Crocker, Raymond Van | 309. | Devillier, Jett Harlan |
| 267. | Crosson, Douglas Alfred | 310. | Devillier, Yale Harlan |
| 268. | Crowe, Kashunda Lyn | 311. | Deyton, Kevin Wade |
| 269. | Culbertson, Richard Andrew | 312. | Dillon, David Scott |
| 270. | Culver, Joshua Michael | 313. | Diltz, David Dylan |
| 271. | Currie, Lisa Lynn | 314. | Diltz, Debra Westman |

## EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

315. Diltz, Denis Dee
316. Diltz, Jacob Daniel
317. Dixon, Vera Miller
318. Dobrinich, Thomas Joseph
319. Doland, Michael Russell
320. Drago, Joseph Gerard
321. Drake, Andrew Garrett
322. Dreier, Sarah Ann
323. Dreier, Todd Lane
324. Driskill, Joshua Paris
325. Driver, Lawrence V., Jr.
326. Drones, Albert Joe
327. Drones, Edward Lee
328. Drones, Paster Lee, Jr.
329. Dubois, Bernard S.
330. Ducote, Joel Christopher
331. Dues, Elsie Tolbert
332. Duff, Rupert Malcolm
333. Dugas, Charles
334. Duhl, John William
335. Duke, Joshua David
336. Dunaway, Wilton Neal
337. Duncan, Albert
338. Duplechin, Bruce Adam
339. Duplecion, Kyle Joseph
340. Dupre, Keven Joseph
341. Dupre, Wallace Joseph, Jr.
342. Dupree, Michael Charles
343. Eads, Brad Deloy
344. Easter, Montreall
345. Eddings, Ronald
346. Eden, Michael Louis
347. Edmond, Clinton Joseph
348. Edmondson, Homer Edel, Sr.
349. Edwards, Alma Tarver
350. Edwards, Byron R.
351. Edwards, James Wyndle
352. Edwards, Lawrence
353. Elford, Robert Donald
354. Ellis, Ernest Charles
355. Ellis, Terry Don
356. Ellison, I.V.
357. Elmore, David, Jr.
358. Enderle, Cory James
359. Eppler, Jerry Alton
360. Eppler, Martha English
361. Epps, David Lester
362. Espree, John Alfred, II
363. Etheridge, Cornelius
364. Etheridge, Louis James
365. Evans, Joe Benten, III
366. Evans, Raymond Edgar
367. Evans, Rufus Patrick
368. Faseler, Payton Robert
369. Ferguson, David Keith
370. Fillyaw, Sean Deonteria
371. Fisher, David Kyle
372. Fisher, David Lee
373. Fisher, James Edward
374. Flanagan, Brenda Holliman
375. Flanagan, James Larry
376. Flanders, Nicholas Talbot
377. Fleming, Pierre Maurice
378. Flewellen, Fred Alphanzo
379. Flewellen, Geneva Todd
380. Flores, Domingo, Jr.
381. Flores, Jesse Martinez
382. Flowers, Albert Edward
383. Foley, Willie Earl
384. Folsom, James Benton
385. Fondren, Jory Matthew
386. Fontenot, Claudette Denise
387. Fontenot, Ferdinand Dewayne
388. Fontenot, Kenneth Wade
389. Ford, John Thomas, Jr.
390. Foreman, Glen Dale
391. Fournier, Robert Michael
392. Frank, Clarence
393. Frank, Elnora Doffney
394. Frank, Lawrence McCloyd
395. Frank, Mack Henry
396. Frazier, Steve Keith
397. Frederick, Helen Ann
398. Frederick, Michael W., Jr.
399. Fusilier, Jeremy Jerome
400. Gallerson, Ronald Trent

## EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 401. | Gallett, Shawn Andrew | 444. | Green, Sharon Lynett |
| 402. | Galloway, Brad Allen | 445. | Grice, Carl Lewis, Sr. |
| 403. | Garcia, Adrian Rocky | 446. | Guidry, Glenn Wade |
| 404. | Garcia, Juan Manuel | 447. | Guidry, Katherine Louise |
| 405. | Garcia, Juan Manuel, Jr. | 448. | Guidry, Tennise Joseph |
| 406. | Garza, Lewis | 449. | Guillory, Irvin J. |
| 407. | Gaudet, Dale Thomas | 450. | Guillory, Joseph Terry |
| 408. | Gavard, Cody Franklin | 451. | Guthrie, Darrel Wayne |
| 409. | George, Robert Lee | 452. | Guy, Michael Jerome |
| 410. | George, Rodney Bernadine | 453. | Guzman, Richard J. |
| 411. | Gibbs, Roy Anthony | 454. | Hadnot, Letony Warren |
| 412. | Gilbert, Robert Timothy | 455. | Hadnot, Willie, Jr. |
| 413. | Gilbert, Sue Ellen | 456. | Hadnott, William Winston |
| 414. | Gilbert, William Stephen | 457. | Hall, Doris Price |
| 415. | Ginn, Michael Lee, Jr. | 458. | Hampton, Moore Reall |
| 416. | Gisselberg, David Herbert | 459. | Hampton, Robbin Gayle |
| 417. | Gisselberg, Patricia C. | 460. | Hampton, Ryan Royce |
| 418. | Gobble, Earl Wayne | 461. | Handley, James Todd |
| 419. | Godfrey, Larry Demetrius | 462. | Hanson, Jerry Russell |
| 420. | Godfrey, Lawrence Calvin | 463. | Hardy, Karl Wayne |
| 421. | Godfrey, Lawrence Victor | 464. | Hardy, Karl Wendel |
| 422. | Gomez, Esteban Alberto | 465. | Hardy, Norris |
| 423. | Goodlow, Lorenza | 466. | Hardy, Stephen Ray |
| 424. | Goodman, Carlton Ray | 467. | Hargraves, Carl Aldin |
| 425. | Goolsby, John Henry | 468. | Harmon, Caleb Dale |
| 426. | Gordon, Ellie Louise | 469. | Harmon, Kenneth Eugene |
| 427. | Gordon, Mark Douglas | 470. | Harper, Tommie Dell |
| 428. | Goudeau, Clifton, Jr. | 471. | Harrington, Richard Wayne |
| 429. | Goudeau, Joyce Berry | 472. | Harrington, Rosalie |
| 430. | Goudeau, Leon, Jr. | 473. | Harris, David Allen |
| 431. | Goudeau, Leona Derouen | 474. | Harrison, Dwight |
| 432. | Gould, Lathan Neil | 475. | Hartel, John Kent III |
| 433. | Graham, Aaron Dale | 476. | Hawkins, Albert Anthony |
| 434. | Grandeza, Edna M. | 477. | Haynes, Beulah Louise |
| 435. | Grandeza, Manuel Hilado | 478. | Haynes, Clarence |
| 436. | Gray, David Glenn | 479. | Haynes, Clarence Denson, Jr. |
| 437. | Gray, David Glenn, Jr. | 480. | Haynes, Don Calvin |
| 438. | Green, Abe | 481. | Haynes, Richard Lee |
| 439. | Green, Debbie Kay | 482. | Hays, Isaac |
| 440. | Green, Jake | 483. | Hays, Isaac, III |
| 441. | Green, James Fredrick | 484. | Headley, Joseph Lincoln |
| 442. | Green, Jerry | 485. | Hebert, Charles Adam |
| 443. | Green, Reginald Jerome | 486. | Hector, Auriel Llewellyn |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 487. | Heggins, Lovodges | 530. | Hunt, Isadore, Sr. |
| 488. | Henderson, Jason Grant | 531. | Hunteman, Jerry Daniel |
| 489. | Henry, Harry Brown | 532. | Hunter, Xavier Enrico |
| 490. | Henslee, Chad Jason | 533. | Hutson, Thomas Lee |
| 491. | Henslee, Donald Lee | 534. | Isac, Darence Antonio |
| 492. | Herline, Janet Sue | 535. | Isadore, William Deadmon |
| 493. | Herline, Raymond Ernest | 536. | Isbell, Charmon Deanne |
| 494. | Hernandez, Silverio G. | 537. | Isbell, Jimmy Fred, Jr. |
| 495. | Herrera, Leticia | 538. | Jackson, Billy Joel, Jr. |
| 496. | Herrigan, Charles James, III | 539. | Jackson, Brefredia Idom |
| 497. | Herring, Jo Ann | 540. | Jackson, Dustin Ray |
| 498. | Herring, Steven Dekator, Sr. | 541. | Jackson, Hattie Dennis |
| 499. | Hicks, Lloyd Ray | 542. | Jackson, Jay Bentley |
| 500. | Hidalgo, Judy Hillin | 543. | Jackson, John Thomas |
| 501. | Hidalgo, Troy Calvin | 544. | Jackson, Kyle Joseph |
| 502. | Hillin, Jay Michael | 545. | Jackson, Lavonda |
| 503. | Hillin, Steve Bryant | 546. | Jackson, Philmore, Jr. |
| 504. | Hinkins, Michael Anthony | 547. | Jackson, W. M. |
| 505. | Hoelzer, Rick Alan | 548. | James, Dewayne, Jr. |
| 506. | Hollier, Rayford Ray | 549. | Jenkins, Austen Taylor |
| 507. | Hollier, Stella Ann | 550. | Jenkins, Jerry |
| 508. | Holmes, Tartanisha Evett | 551. | Jenkins, Shedrick Duane |
| 509. | Holt, James Allen | 552. | Jnohope, Emile |
| 510. | Holt, Larry Donnell | 553. | Johnson, Bryan Gerald |
| 511. | Holt, Raugers | 554. | Johnson, Chandra Bell |
| 512. | Holt, Ronald Eugene | 555. | Johnson, Cheryl Rae |
| 513. | Honeycutt, Jordan Janae | 556. | Johnson, Ed, Jr. |
| 514. | Howard, Glen Terrence | 557. | Johnson, Ervin Wade, Jr. |
| 515. | Howard, Wilbur Leon | 558. | Johnson, Everett Wayne |
| 516. | Hoyt, Charles Dale | 559. | Johnson, Frederick Arthur |
| 517. | Hudgeons, Samuel Cody | 560. | Johnson, Horace |
| 518. | Hudgeons, Travis Dean | 561. | Johnson, James |
| 519. | Hudson, Wayne Conrad, Jr. | 562. | Johnson, Jimmie |
| 520. | Hues, Thomas Eldon | 563. | Johnson, Joseph Dudley, Jr. |
| 521. | Huff, Justin Taylor | 564. | Johnson, Reginald Elwin |
| 522. | Huff, Wesley Lamar | 565. | Johnson, Roger Lee |
| 523. | Hughes, Gloria Ann | 566. | Johnson, Roger Lee, Jr. |
| 524. | Hughes, Karen Stark | 567. | Johnson, Sylvia Y. |
| 525. | Hughes, Linton Pierce | 568. | Johnston, Leo Wayne |
| 526. | Hughes, Scott Thomas | 569. | Jones, Calvin, Sr. |
| 527. | Hughes-Landry, Amber-Kaye | 570. | Jones, Earl Thomas |
| 528. | Hulet, Gregory Scott | 571. | Jones, Elaskia Harrison |
| 529. | Humphrey, Willie David | 572. | Jones, Jesse James, Jr. |

**EXHIBIT "A"**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

---

| | | | |
|---|---|---|---|
| 573. | Jones, Joe Willis | 616. | Laus, Roy |
| 574. | Jones, Johnny Gus | 617. | Lavan, Marion Gene |
| 575. | Jones, Ronald Craig | 618. | Lavine, Leonard, Jr. |
| 576. | Jordon, Ralph Eli, Jr. | 619. | Leasure, Herman David |
| 577. | Joseph, Felix Phill | 620. | LeBlanc Jr., Edward Lee |
| 578. | Joseph, James | 621. | LeBlanc, Joshua Richard |
| 579. | Joseph, Jerome | 622. | LeBlanc, Sean Roy |
| 580. | Julien, Demarcus D. | 623. | LeBoeuf, Cory Eugene |
| 581. | Kellams, Donna Lynn | 624. | LeBoeuf, Mary Kathleen |
| 582. | Kellams, Kimberly Danielle | 625. | Lee Jr., Martin |
| 583. | Kellams, Susan D'Ann | 626. | Leger, Anthony James |
| 584. | Kelly, Emanuel, Jr. | 627. | Leger, Jeremy Scott |
| 585. | Kelly, Walter Lee | 628. | Leger, Mary Etta |
| 586. | Kemp, Courtney Dail | 629. | Leger, Roy Antell |
| 587. | Keneson, Walter Gerard, Jr. | 630. | Lemelle, Jesse Hillary |
| 588. | Kennard, McKinley James, Sr. | 631. | Lemke, Richard Kent |
| 589. | Kennedy, Kenneth Wayne | 632. | Lewis, Eugene, Jr. |
| 590. | Kent, Robert Paul | 633. | Lewis, John Carl |
| 591. | Key, Joseph Leeman | 634. | Lewis, Lee Edward |
| 592. | King, Edmond | 635. | Lewis, Mary Smith |
| 593. | King, Jacqueline Denise Bendy | 636. | Lewis, Raymond Peter |
| 594. | King, Kevin Ray | 637. | Lister, Adrian Brent |
| 595. | King, Marcus Joseph | 638. | Livings, Charles Clinton |
| 596. | King, Michael Ray | 639. | Lockett, Ethan |
| 597. | Kinlaw, Catherine Bell | 640. | Lopez, Edward Gerard |
| 598. | Kinlaw, Derek James | 641. | Lopez, Gary Wayne |
| 599. | Knapp, Gerald Vester | 642. | Lopez, Susan Decure |
| 600. | Knight, Thomas Albert | 643. | Lowrey, James Curtis |
| 601. | Krenek, Chad Michael | 644. | Lupo, Brian J. |
| 602. | Kressman, Ross Edward | 645. | Lutz, Herbert Dennis |
| 603. | Kyler, Gerald Alvin | 646. | Malone, James Anderson |
| 604. | LaBove, Herbert James | 647. | Malveaux, Leroy |
| 605. | LaBove, Jarrett Rashad | 648. | Malveaux, Lionel |
| 606. | Lacour, David Alton, Jr. | 649. | Malvo, Darrell Earl |
| 607. | Landry, Charles | 650. | Malvo, Michael Wayne, Sr. |
| 608. | Landry, Christopher Shane | 651. | Malvo, Mollie Gilliam |
| 609. | Landry, Dallbess, Jr. | 652. | Malvo, Vertis |
| 610. | Lane, James Henry | 653. | Manning, Barbara Kate |
| 611. | Lane, Kenneth Leon | 654. | Manning, Brannon Lee |
| 612. | Lange, Charles Anthony | 655. | Manning, William Lee |
| 613. | Larkins, Larry James | 656. | Marcus, Anthony |
| 614. | Lartigue, Bulia Patricia | 657. | Marks, Dean Alan |
| 615. | Latique, Mark M. | 658. | Marlow, Robert Shane |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 659. | Martin, Avery Monroe | 702. | Medford, Finis Diamond, Jr. |
| 660. | Martin, Brandon Michael | 703. | Mehravaran, Alan |
| 661. | Martin, Carroll Edwin | 704. | Mendez, Heather Darrell |
| 662. | Martin, Lisa Gayle | 705. | Mendez, Jose Reynaldo, Jr. |
| 663. | Martin, Brett | 706. | Meredith, Nguyen T. |
| 664. | Martin, Weston | 707. | Meredith, Reginald Eric |
| 665. | Martin, Wilfred | 708. | Merendino, Jason Louis |
| 666. | Martinez, Cesar Uriel | 709. | Miekelson, Edward Lee |
| 667. | Matak, Christopher Martin | 710. | Mikel, James Alvn |
| 668. | Matak, Danny Michael | 711. | Mikel, Jeanette A. (Cooper) |
| 669. | Matkin, Cade Anthony | 712. | Milby, John Charles |
| 670. | Matkin, Lindsey Anne Dalby | 713. | Miles, Clifton |
| 671. | Matkin, Timothy Burl | 714. | Millard, Charles Raymond |
| 672. | Matthews, Anthony Lane | 715. | Miller, Horace Eugene |
| 673. | Maurich, Johnny Lynn | 716. | Miller, Ray Bufford |
| 674. | Maurich, Johnny Pete | 717. | Miller, Ronda Gail |
| 675. | Maurich, Teddy Glynn | 718. | Miller, Sarah Marie |
| 676. | Maxey, Eddie Ross | 719. | Millican, William Edward |
| 677. | May, Chad Duaine | 720. | Mills, Andrew Earl |
| 678. | May, Harold Edward | 721. | Minix, Ray, Sr. |
| 679. | Mayfield, Roy L., Jr. | 722. | Minkins, Davis, Jr. |
| 680. | Mayo, Ryan Allan | 723. | Mireles, Robert Ochoa, Jr. |
| 681. | Mayordomo, Elmer Roglan | 724. | Mohead, Lisa C. |
| 682. | McBride, Mary (Ann) Souell | 725. | Monroe, Charles Frederick |
| 683. | McCalister, Travis Lewis | 726. | Monroe, Timothy Andrew |
| 684. | McCelvey, Shawn Michael | 727. | Montalvo, Joshua Paul |
| 685. | McClelland, Jannai Machell | 728. | Mooney, Johnnie James |
| 686. | McClelland, Mark William | 729. | Moore, Albert |
| 687. | McCook, Carolyn Erwin | 730. | Moore, Deltra White |
| 688. | McCook, Clifton Dale | 731. | Moore, Dustin Elliott |
| 689. | McDaniel, Charles Lonzo | 732. | Moore, Ernest Dewitt |
| 690. | McDaniel, Maxine | 733. | Moore, Jousha, Jr. |
| 691. | McDaniel, Otis Lee | 734. | Moore, Larry Gene |
| 692. | McDonald, McClain Allen | 735. | Moore, Sheena Riehl |
| 693. | McElduff, Gary Patrick | 736. | Moore, Terrell Goldey |
| 694. | McGough, Shawn Christopher | 737. | Morehead, Elmo |
| 695. | McGrew, Damon Richard | 738. | Morgan, Berry, Jr. |
| 696. | McKelvey, Aneither Juanita | 739. | Morgan, Holly Tabetha |
| 697. | McKelvey, Eddie Lee | 740. | Morrell, Joseph Wayne |
| 698. | McLamore, Eddie Mathis | 741. | Morris, Stephen Richard |
| 699. | McNeely, Maxine Thomas | 742. | Moss, Derek Glenn |
| 700. | McShan, David Duane | 743. | Mouton, Robert Kennedy |
| 701. | McShan, Steven Duane | 744. | Mouton, Robin Donatta |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 745. | Murry, Oscar | 788. | Perron, Rahn Rene |
| 746. | Myers, Christopher Lee | 789. | Perry, Jeffery |
| 747. | Myers, Lucas Evan | 790. | Peter, Diane Holmes |
| 748. | Myers, Michael Ray | 791. | Petry, Wendell Joseph |
| 749. | Myles, Raymond | 792. | Phelps, Frank James, Jr. |
| 750. | Navy, Coverston Lawrence | 793. | Phillips, James L. (4059) |
| 751. | Ned, Kenneth Ray | 794. | Phillips, James L. (6100) |
| 752. | Newsome, Dennis Edwin | 795. | Phillips, Joclyn Washington |
| 753. | Newsome, Thomas Colby | 796. | Phillips, Narvie Lee |
| 754. | Newsome, Thomas Wade | 797. | Picard, Ted Andrew |
| 755. | Nguyen, Xuyen | 798. | Pickron, Ronda Fay |
| 756. | Nielssen, Robert Lehman, III | 799. | Pickron, Ruby Jackson |
| 757. | Nixon III, Linny | 800. | Pierce, James Clarence |
| 758. | Nixon, Jason | 801. | Pigg, Gary Dow |
| 759. | Nobles, Ryan Joseph | 802. | Pippin, Brent Justin |
| 760. | O'Neal, Brenda Anderson | 803. | Pleasant, Joyce Marie |
| 761. | O'Neal, Lee Roy, III | 804. | Polar, Ronald Antonio |
| 762. | O'Neal, Lee Roy, Jr. | 805. | Polk, Ronald Allen |
| 763. | O'Neal, Terri Murphy | 806. | Pollard, Nathaniel |
| 764. | Odom, Benjamin Scott | 807. | Ponce, Agustin Medrano |
| 765. | Odom, Spencer James | 808. | Ponce, Javier |
| 766. | Ojeda, Manuel Cruz | 809. | Pool, Troy Lane |
| 767. | Okun, Curtis Ann | 810. | Portier, Michael Lee |
| 768. | Okun, Glenda Kay | 811. | Potato, Noemi L. |
| 769. | Okun, James Dale | 812. | Potato, Robert H. |
| 770. | Ortiz, Alfredo | 813. | Pouch, Faron Tracy |
| 771. | Ortiz, Miguel Angel | 814. | Poullard, Domonick Terrell |
| 772. | Owens, Bobby Nell | 815. | Pouncy, David Henry, Jr. |
| 773. | Owens, Precious Dunyell | 816. | Powell, Kenneth Wayne |
| 774. | Parker, Carl Allen, Jr. | 817. | Pradia, Arnold Michael |
| 775. | Parker, Roy W. | 818. | Pradia, Aubrey Joseph, Jr. |
| 776. | Parker, Stephen Reed | 819. | Pradia, Curtis Paul |
| 777. | Parkerson, Elvin | 820. | Price, Fredrick Douglas |
| 778. | Parks, Robert James | 821. | Price, Kenneth Ray |
| 779. | Parsley, George Wilburn, Jr. | 822. | Price, William James, Jr. |
| 780. | Pate, Alesia Chaplin | 823. | Prout, Jerry |
| 781. | Patterson, Carla Nichole | 824. | Provo, Albert, Jr. |
| 782. | Patterson, Sharon Tezeno | 825. | Provost, Herbert Paul |
| 783. | Pearson, Mark Anthony, Sr. | 826. | Provost, Joseph Early |
| 784. | Peavy, Brandy Berwick | 827. | Pugh, Alan Craig |
| 785. | Peavy, Jimmy Welburn | 828. | Pugh, Barbara Deanda |
| 786. | Peavy, Matthew Joseph | 829. | Pyles, Billy Ray |
| 787. | Perkins, Clint Louis | 830. | Quebodeaux, Larry Jerome |

**EXHIBIT "A"**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

---

| | | | |
|---|---|---|---|
| 831. | Quebodeaux, Mary Musgrove (Denise) | 873. | Romar, Earnest, Jr. |
| 832. | Quigley, Cody Alan | 874. | Romero, Brenda S. (Bailes) |
| 833. | Ramsey, Brett Joseph | 875. | Romero, David Wayne |
| 834. | Randle, George Wesley | 876. | Romero, Felicia Marie |
| 835. | Randolph, Caroline Elaine | 877. | Rooks, Clarence Perry |
| 836. | Randolph, Ralph Bunch | 878. | Ross, Lucille |
| 837. | Rankin, Joseph Eugene | 879. | Russell, Roy Glyenn |
| 838. | Raven, John | 880. | Ruysenaars, Peter John |
| 839. | Ray, Andrew | 881. | Ryals, David Junior |
| 840. | Redeaux, Dekeitha Danyaer | 882. | Ryherd, Mark David |
| 841. | Reed, Elgie James | 883. | Ryherd, Susan King |
| 842. | Reed, Jay Michael | 884. | Rylander, John Albert |
| 843. | Reed, Joshua Brennan | 885. | Salassi, Kelly Ann |
| 844. | Reeves, Delano Cleon, Jr. | 886. | Salassi, Vincent William |
| 845. | Renfrow, Lester Wayne | 887. | Salayandia, Antonio, Jr. |
| 846. | Renick, Jon Scott | 888. | Salayandia, Jackelyn G. |
| 847. | Reyna, Ignacio Ponce, Jr. | 889. | Salter, Charles Albert |
| 848. | Reynolds, Jason Lee | 890. | Sampson, Steve Anthony |
| 849. | Rhodes, Dwane Kendrick | 891. | Sams, Chester Edward |
| 850. | Rhodes, James Roland, Jr. | 892. | Sanchez, Charles Silva |
| 851. | Richardson, Alvin | 893. | Sanford, Robert Eugene, Jr. |
| 852. | Richardson, Kevin David | 894. | Savage, Michael Neal |
| 853. | Richmond, Delois Mason | 895. | Savoy, Charles Lee |
| 854. | Richmond, Scott Alan | 896. | Says, Cody Wade |
| 855. | Richter, Shannon Rinhart | 897. | Schexsnaider, Jason Wayne |
| 856. | Rideaux, Miller | 898. | Scott, Columbus |
| 857. | Riley, Deborah Roberts | 899. | Scott, Herman Monte |
| 858. | Riley, Milton Edward | 900. | Scott, Willie J. |
| 859. | Ripple, Benny Lynn | 901. | Sealy, John Wayne |
| 860. | Roberds, Kristina Michelle | 902. | Seamann, Bradley Wayne |
| 861. | Roberson, Mozell | 903. | Sellers, Justin Wayne |
| 862. | Roberts, Blaze Parson | 904. | Sellers, Stephen William |
| 863. | Roberts, David Hal | 905. | Sepulvado, Mark Joseph |
| 864. | Robicheaux, Eric Joseph | 906. | Sepulvado, Michael Glynn |
| 865. | Robinson, Alfred Charles | 907. | Serna, Roberto |
| 866. | Robinson, Irvin Dale | 908. | Shackelford, Walter D. |
| 867. | Roebuck, Thomas Peter, III | 909. | Shepherd Charles McKennie |
| 868. | Rogers, Colby Keith | 910. | Shepherd, Dessie Lee |
| 869. | Rogers, Joseph Lynn | 911. | Sheppard, Joan Hindley |
| 870. | Rogers, Keith Ray | 912. | Sheppard, Kent |
| 871. | Rojas, Adrian Rodrique | 913. | Shetley, Debbie Burnside |
| 872. | Romar, Curtis Martin | 914. | Shetley, Sidney Alexander |
| | | 915. | Shish, Mary Frances |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 916. | Shynett, Frank William | 959. | Stevens, Renard |
| 917. | Sias, Debra Ann | 960. | Stevenson, Gregory |
| 918. | Sikes, Anthony Carroll | 961. | Steward, Floyd Belvin |
| 919. | Simien, Chasmin Nikolai | 962. | Stewart, Barbara Savoy |
| 920. | Simien, Clovis, Jr. | 963. | Stewart, Beverly |
| 921. | Simien, Joseph Donald | 964. | Stewart, Charles Larry |
| 922. | Simino, Casey Lee | 965. | Stewart, Edward, Jr. (2400) |
| 923. | Simmons, James Edward, Jr. | 966. | Stewart, Edward, Jr. (5494) |
| 924. | Simmons, Moses | 967. | Stiles, Paul Douglas |
| 925. | Simpson, Joe Allen | 968. | Stiles, Robert Michael |
| 926. | Sims, James Brandon | 969. | Stillwell, Michael Ray |
| 927. | Sims, Robert Clarence | 970. | Stobart, George Stanley IV |
| 928. | Singletary, Jimmy Julius | 971. | Strickland, Larry Glenn |
| 929. | Sisson, Thomas Luther, Jr. | 972. | Strickland, Wesley Aaron |
| 930. | Smith, Albert Dorsey, Jr. | 973. | Stutes Jr., Henry Lee |
| 931. | Smith, Clyde, Jr. | 974. | Stutes, April Nicole |
| 932. | Smith, Donald Paul | 975. | Suddath, Paul Ray, Jr. |
| 933. | Smith, Gilbert Lee | 976. | Surratt, Lemuel |
| 934. | Smith, Henry James | 977. | Swain, James Edward, Jr. |
| 935. | Smith, John Evrin | 978. | Swartz, Judith Eberhardt, Individually and obo Richard Randall, Deceased |
| 936. | Smith, Jules Crosby | | |
| 937. | Smith, Norris Lee | 979. | Swartz, Judy, Individually and obo Randall, Richard L., Deceased |
| 938. | Smith, Patricia Sue | | |
| 939. | Smith, Robert Arthur | 980. | Sweazie, Billy Ward |
| 940. | Smith, Rosalyn Yvonne | 981. | Swinson, Fred Astaire |
| 941. | Smith, Sharon Lynett (Green) | 982. | Sylvester, Felton Paul |
| 942. | Smith, Stacey | 983. | Tanton, Bobby Lee |
| 943. | Soileau, Patrick Emile | 984. | Tarver, Mary Ann (White) |
| 944. | Solis, Jose Antonio | 985. | Tarver, Rodney James |
| 945. | Sonn, Clarence | 986. | Taylor, Melvin |
| 946. | Sonn, Gregory Keith | 987. | Taylor, Nancy Lynn (Gonzales) |
| 947. | Sonnier, Earl Peter | 988. | Taylor, Ronnie Eugene |
| 948. | Sparrow, Carl Michael | 989. | Taylor, Terry Daniel |
| 949. | Sparrow, Kevin Paul | 990. | Telger, David Kline |
| 950. | Spears, Willie James | 991. | Telger, Wendy Lynn |
| 951. | Spoto, Giovanni Anthony | 992. | Tenopir, Christopher Allen |
| 952. | Stafford, Lonnie Joseph | 993. | Terrell, William Taylor |
| 953. | Stanley, Ira Sebring | 994. | Theobald, Fred Mark |
| 954. | Staten, Kenneth | 995. | Thibeaux, William, Jr. |
| 955. | Stelly, Debora Bisor | 996. | Thibeaux, William, Sr. |
| 956. | Stelly, Leroy Charles | 997. | Thierry, Duretha Jackson |
| 957. | Stelly, Stephen Bailey | 998. | Thierry, Michael Craig |
| 958. | Stephenson, Marcus Keith | 999. | Thomas, Christopher Doyle |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1000. Thomas, James
1001. Thomas, Lisa McWilliams
1002. Thomas, Robert
1003. Thomas, Zonya Faye
1004. Thompson, Irene Hadnot
1005. Thompson, James A., Jr.
1006. Thorkveen, Gloria Morris
1007. Thorkveen, Tilford Hearld
1008. Tilton, Kathleen
1009. Tilton, Paul Dewayne
1010. Tolbert, Mary Doris
1011. Tompkins, Jeremy Wayne
1012. Torres, Jessie, III
1013. Trahan, Billy
1014. Trahan, Gregory Darrin
1015. Travis, Matthew West
1016. Trent, Shawn D.
1017. Trevino, Abel Donald
1018. Trevino, Dustin
1019. Trevino, Dustin Reyes
1020. Trevino, Edward
1021. Trevino, Lisa Manganice
1022. Tribble, Brandon James
1023. Tribble, Christopher Michael
1024. Tribble, Ricky James
1025. Troutner, James Russell
1026. Trumble, Ralph, Jr.
1027. Trussell, Carl Guy, Jr.
1028. Trusty, William Bryant
1029. Tubbs, James Mason
1030. Tullar, Mahlon Arnold, Jr.
1031. Tumlinson, Christa Lyn
1032. Tumlinson, Joe Lee, Jr.
1033. Turk, Emma Ruth
1034. Turner, James
1035. Turner, Kert Wayne (6676)
1036. Turner, Kert Wayne, Jr. (4191)
1037. Turpen, George Michael
1038. Tweedel, Elsie Mae
1039. Twine, Reginald Clayton
1040. Tyson, Benjamin Everett, III
1041. Uptigrove, Ryan Daniel
1042. Vada, Melinda (Osborne)
1043. Valdez, Guadalupe
1044. Valdez, Mary Jane
1045. Valentine, Gerald D.
1046. Vanderdoes, Arthur Earl
1047. Vandyke, Graham Pinenell
1048. Vaughns, Allen Wayne
1049. Vayon, Michelle Rey
1050. Vela, Jose Armando
1051. Victorian, Jocelyn Barfield
1052. Villemez, Percy Joseph, Jr.
1053. Vital, Ray
1054. Vonahsen, Tamara Sue
1055. Wada, Kazuo Otis
1056. Waddy, Gastonia, Jr.
1057. Wagenhauser, Amy O'Neal
1058. Waldon, Roy T.
1059. Walker, Timothy Andrew, III
1060. Wallace, Mark Randall
1061. Wallen, Harlos Ray
1062. Walls, Terrence Maurice
1063. Walters, Percy Edward
1064. Ward, Bernard Montgomery
1065. Ward, Edith B.
1066. Warden, Robert Edward
1067. Ware, David Charles
1068. Warren, Horace, Jr.
1069. Warren, Nolan Juhun
1070. Washington, John Artemus
1071. Washington, Micah Erwin
1072. Waters, Jason Levi
1073. Watkins, Church, Jr.
1074. Weatherly, Johnathon Tate
1075. Webb, Luther James
1076. Wesley, Kenneth Wayne
1077. Westbrook, Charles Edsel, Jr.
1078. Westbrook, Randy Erroll
1079. Westman, Raymond George, Jr.
1080. Wheeler, John Stanley
1081. Whitaker, Frederick B.
1082. White, Bernadette Holloway
1083. Whittington, Robert Lee
1084. Whittington, Wendell Curtis
1085. Wigley, Wayne Russel

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1086. Wilfer, Amos Lawrence
1087. Wilkes, Samuel, Jr.
1088. Wilkins, Charles
1089. Williams, Adrian Devon
1090. Williams, Amos
1091. Williams, Anthony James
1092. Williams, Arthur
1093. Williams, Bert Anthony
1094. Williams, Bryant Kent
1095. Williams, Carl Lee
1096. Williams, Charles
1097. Williams, Clarence
1098. Williams, Darren Keith
1099. Williams, Flossie Ray
1100. Williams, Johnny Ray
1101. Williams, Pierre Ottis
1102. Williams, Raymond Lee
1103. Williams, Ruby Jean
1104. Williams, Tiffany Michelle
1105. Willis, James Dorsey
1106. Willis, Johnnie Clark, Jr.
1107. Wilson, Billy Ray
1108. Wilson, Cecil Anthony
1109. Wilson, Charles Eric
1110. Wilson, Dante Cornelius
1111. Wilson, David Eugene
1112. Wilson, David Eugene, Jr.
1113. Wilson, Desaray Lamar
1114. Wilson, Gene, Jr.
1115. Wilson, James Hope
1116. Wilson, John Baptiste
1117. Wilson, Kenneth Mitchell
1118. Windfont, John Dexter
1119. Winfrey, Mary Ethel
1120. Winfrey, Paul Wayne
1121. Wolfe, Jon-Foxx Austin
1122. Woods, Charles, III
1123. Woodside, Keith Alan
1124. Woodside, Mikerial Bush
1125. Wooley, Icylee Boone
1126. Woolley, Billy Lynn
1127. Wright, Nancy Smith
1128. Yap, Joselito Somes
1129. Yezak, Diana Bell
1130. Yezak, Howard Bernard
1131. Young, Bobby Mac
1132. Young, Robert Earl
1133. Zambardino, Mark Allan
1134. Zambardino, Todd Michael
1135. Zwahr, Richard Gene