EXHIBIT "B"

## LA SOCIEDAD COOPERATIVA DE PRODUCCION
## PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L., ET AL

### "COOP Plaintiffs"

| | | |
|---|---|---|
| 1. | La Sociedad Cooperativa De Produccion Pesquera Denominada La Ribera De Tampico De Alto S.C. De R.L. | 159 Plaintiffs |
| 2. | La Sociedad Cooperativa De Productores Acuicolas De Congregacion Anahuac S.C. De R.L. | 63 Plaintiffs |
| 3. | **Members Only** of La Sociedad Cooperativa De Produccion Pesquera Tamiahua, S.C. De R.L. | 428 Plaintiffs |
| 4. | La Sociedad De Servicio Lancheros De San Jeronimo S.C. De R.L. De C.V. | 57 Plaintiffs |
| 5. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De Tamiahua S.C. De R.L. De C.V. | 344 Plaintiffs |
| 6. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros Del Sur S.C. De R.L. | 83 Plaintiffs |
| 7. | La Sociedad De Pescadores Indigenas De Rancho Nuevo S.C. | 23 Plaintiffs |
| 8. | La Sociedad Cooperativa De Produccion Pesquera Riberena La Aurora Barra De Cazones S.C.L. De C.V. | 36 Plaintiffs |
| 9. | La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar S.C. De R.L. De C.V. | 76 Plaintiffs |
| 10. | La Sociedad Cooperativa De Productores Y Pescadores De Saladero Veracruz S.C. De. R.L. | 36 Plaintiffs |
| 11. | La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 131 Plaintiffs |
| 12. | La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas S.C. De R.L. De C.V. | 51 Plaintiffs |
| 13. | La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzana S.C. De R.L. De C.V. | 278 Plaintiffs |
| 14. | La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma S.C. De R.L. De C.V. | 93 Plaintiffs |
| 15. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De San Andres S.C. De R.L. | 19 Plaintiffs |
| 16. | La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servicios S.C.L. De C.V. | 71 Plaintiffs |
| 17. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros De Saladero S.C.L. | 115 Plaintiffs |
| 18. | La Sociedad Cooperativa De Produccion Pesquera de Altura Jarochos S.C. L. | 11 Plaintiffs |

**B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA**
**LA RIBERA DE TAMPICO ALTO S.C. DE R.L.**

**"COOP PLAINTIFFS"**

1.  Aguilar Arteaga, Beltran
2.  Almendarez Villanza, Olga
3.  Alvarado Martinez, Amauri
4.  Arteaga Cruz, Julian
5.  Arteaga Gonzalez, Julio Cesar
6.  Arteaga Maya, Benito
7.  Arteaga Maya, Jose Guillermo
8.  Arteaga Maya, Marcelo
9.  Arteaga Maya, Martin
10. Arteaga Maya, Ruben
11. Arteaga Ramirez, Marcos
12. Arteaga Rodriguez, Ernesto
13. Arteaga Segura, Tomas
14. Balleza Perez, Hipolito
15. Barrios Barrios, Fortino
16. Barrios Barrios, Victor Manuel
17. Barrios Cruz, Francisco
18. Barrios Cruz, Jesus
19. Barrios San Juan, Jesus Francisco
20. Barron Barron, Victor
21. Bautista Hernandez, Feliciano
22. Bautista Hernandez, Luis Arturo
23. Bautista Ramirez, Marcelino
24. Blanco Gonzalez, Fernando
25. Blanco Medina, Macario
26. Carrasco Cruz, Javier
27. Carrizalez Gonzalez, Rigoberto
28. Casanova Maya, Matilde
29. Castillo Hernandez, Jose Feliciano
30. Castillo Hernandez, Sergio Luis
31. Castillo Polito, Mateo
32. Castillo Polito, Santos
33. Cayetano Cruz, Jaime
34. Constantino Cruz, Juan Carlos
35. Coronado Arteaga, Jose Severiano
36. Coronado Mendoza, Pedro
37. Coronado Mendoza, Severiano
38. Cruz Almendares, Omero
39. Cruz Carrasco, David
40. Cruz Gonzalez, Abad
41. Cruz Lopez, Primitivo
42. Cruz Mendoza, Arturo
43. Cruz Mendoza, Cipriano
44. Cruz Mendoza, Luis
45. Cruz Perez, Braulio Tomas
46. Cruz Perez, Servando
47. del Angel del Angel, Juan
48. del Angel del Angel, Julio
49. del Angel del Angel, Leopoldo
50. del Angel Hidalgo, Marcelino
51. del Angel Perez, Perfecto
52. del Angel Valdez, Mauro
53. Delgado Cruz, Amadeo
54. Delgado Delgado, Heriberto
55. Delgado Delgado, Leonardo
56. Delgado Rios, Armando
57. Delgado Rios, Jose Joel
58. Delgado Sanchez, Norberto
59. Duran Hernandez, Victor Manuel
60. Garcia Hernandez, Juventino
61. Garcia Herrera, Noe
62. Gaytan Orta, Jose Jonathan
63. Gonzalez Arementa, Fernando Isaias
64. Gonzalez Cruz, Atilano
65. Gonzalez Cruz, Fidel
66. Gonzalez Cruz, Refugio
67. Gonzalez Gonzalez, Andres
68. Gonzalez Hernandez, Francisco
69. Gonzalez Martinez, Alvaro
70. Gonzalez Martinez, Ernesto
71. Gonzalez Martinez, Regino
72. Gonzalez Molar, Guadalupe
73. Gonzalez Molar, Moises
74. Hernandez Armenta, Marcos
75. Hernandez Constantino, Jesus
76. Hernandez Cruz, Bernabe
77. Hernandez Cruz, Pedro
78. Hernandez del Angel, Juan Gilberto
79. Hernandez Ferral, Benjamin
80. Hernandez Salazar, Filiberto
81. Hernandez Sanchez, Bernardo
82. Hernandez Sanchez, Felix
83. Herrera Lemus, Victor Paul
84. Herrera Rios, Pablo

**B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA
LA RIBERA DE TAMPICO ALTO S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | |
|---|---|
| 85. Lambarria Reyes, Ruben | 127. Polito Reyes, Luis Miguel |
| 86. Lee Carrazco, Elias | 128. Ramirez Casanova, Ramon |
| 87. Malerva Sosa, Luciano | 129. Ramirez Casanova, Santos |
| 88. Martinez Barrios, Lucano | 130. Ramirez Sobrevilla, Juan |
| 89. Martinez Barrios, Martin | 131. Ramirez Sobrevilla, Luis Antonio |
| 90. Martinez Cruz, Jose Angel | 132. Reyes Arteaga, Jorge Luis |
| 91. Martinez Hernandez, Delfino | 133. Reyes Moreno, Israel |
| 92. Martinez Martinez, Anacleto | 134. Rodriguez Valdez, Melquiades |
| 93. Martinez Martinez, Fernando | 135. Roman Martinez, Jasinto |
| 94. Martinez Martinez, Mardonio | 136. Roman Martinez, Nicolas |
| 95. Martinez Olguin Andres | 137. Roman Olguin, Alejandro |
| 96. Molar Gonzalez, Onesimo | 138. Roman Vizcarra  Dionicio |
| 97. Molar Gonzalez, Pedro | 139. Romulo Hernandez, Eduardo |
| 98. Molar Perez, Julio | 140. Ruiz Gonzalez Ignacio |
| 99. Moreno Hernandez, Guillermo | 141. Ruiz Gonzalez, Roberto |
| 100. Ochoa Maya, Rafael | 142. Ruiz Mar, Jesus |
| 101. Ochoa Maya, Rodrigo | 143. Ruiz Mar, Mario |
| 102. Ortega Mendoza, Gustavo | 144. Sanchez Hernandez, Roberto |
| 103. Padron Polito, David | 145. Sosa Martinez, Edgar Daniel |
| 104. Perez Mascarenas, Juan Ismael | 146. Suarez Alonso, Antonino |
| 105. Perez Orta, Abad | 147. Suarez Casimiro, Fredy |
| 106. Perez Orta, Eulalio | 148. Tiburcio Aguilar, Rigoberto |
| 107. Perez Orta, Florencio | 149. Tiburcio Aguilar, Victor |
| 108. Perez Perez, Jacinto | 150. Tiburcio Ortega, Vicente |
| 109. Perez Perez, Martin | 151. Vazquez Barron, Mauro |
| 110. Pineiro Arteaga, Antonio | 152. Vicencio Amaro, Ernesto |
| 111. Pineiro Arteaga, Juan Manuel | 153. Villalobos Guillen, Jose Benjamin |
| 112. Pineiro Gonzalez, Francisco (30) | 154. Villanueva Reyes, Armando |
| 113. Pineiro Gonzalez, Francisco (49) | 155. Villar Cruz, Genaro |
| 114. Pineiro Gonzalez, Francisco (53) | 156. Villareal Gonzalez, Jose Orlando |
| 115. Pineiro Gonzalez, Julian | 157. Villareal Martinez, Jose Luis |
| 116. Pineiro Perez, Eduardo | 158. Zaleta Narvaiz, Enrique |
| 117. Pineiro Perez, Efren | 159. Zaleta Narvaes, Jose Martin |
| 118. Pineiro Ruiz, Enrique | |
| 119. Pineiro Ruiz, Gerardo | |
| 120. Pineiro Salas, Francisco Antonio | |
| 121. Pineiro Salas, Jose Raul | |
| 122. Pinerio Perez, Marcos | |
| 123. Polito Barrios, Hernan Margarito | |
| 124. Polito Capistran, Marcelo | |
| 125. Polito Gonzalez, Aurelio | |
| 126. Polito Gonzalez, Marino | |

## B2 - LA SOCIEDAD COOPERATIVA DE PRODUCTORES ACUICOLAS DE CONGREGACION ANAHUAC S.C. DE R.L.

### "COOP PLAINTIFFS"

1. Adan Bautista, Samuel
2. Alarcon Hernandez, Jeremias
3. Almonte Gutierrez, Noe
4. Alonso Rivera, Natividad
5. Avila Cruz, Santiago
6. Bautista Enriquez, Aaron
7. Bautista Enriquez, Cirilo
8. Bautista Juarez, Hector Enrique
9. Bautista Mateos, Aaron
10. Bautista Mateos, Jose Antonio
11. Bautista Nieto, Juan Manuel
12. Bautista Rodriguez, Jose Socorro
13. Bautista Torres, Gerson
14. Bautista Torres, Ruben
15. Cantero Delgado, Joel
16. Carballo Blanco, Azael
17. Carballo Blanco, Mario
18. Carballo Blanco, Neftali
19. Carballo Buda, Gessuri Mizraim
20. Carballo Cruz, Adelaido
21. Castellanos Bautista, Erick Jesus
22. Castellanos Bautista, Leonardo David
23. Cruz Reyes, Oscar Alejandro
24. Delgado Martinez, Gregorio
25. Delgado Villasana, Jorge Antonio
26. Domiguez Antonio, Joaquin
27. Domiguez Antonio, Joel
28. Florez Hernandez, Honorio
29. Florez Mendoza, Alvaro
30. Gonzalez Gomez, Antontio
31. Gonzalez Rivera, Jose Leonel
32. Guerrero Gonzalez, Edmundo
33. Hernandez Avila, Genaro
34. Hernandez Silverio, Jose Luis
35. Herrera Campos, Efrain
36. Herrera Campos, Israel
37. Herrera Delgado, Ruben
38. Herrera Delgado, Uziel
39. Herrera Michicol, Gabino
40. Lopez Acosta, Juan
41. Maldonado Banda, Antolin
42. Mar Garcia, Federico
43. Mar Herrera, Eliseo
44. Mar Mar, Santana
45. Martinez Garcia, Roberto
46. Mercado Cruz, Sergio Alberto
47. Michicol Castillo, Timoteo
48. Morales Garcia, Jesus
49. Moreno Izaguirre, Jose Alfonso
50. Moreno Molar, Jose de Jesus
51. Ollervides Carrera, Julio
52. Paulo Maximiliano, Anuer
53. Porras Bautista, Angel
54. Porras Bautista, Julio Cesar
55. Porras Cisneros, Angel
56. Riviera Ahumada, Ricardo
57. Riviera Hernandez, Apolinar
58. Valenzuela Carballo, David Azael
59. Valenzuela Carballo, Victor Daniel
60. Valenzuela Mendoza, Victor
61. Valenzuela Riviera, Jorge
62. Villasana Ortiz, Armando
63. Villasana Ortiz, Hector

**B3 – MEMBERS ONLY OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

---

1. Aguilar Lorenzo Mario
2. Augustin Rodriguez, Lorenza
3. Cruz Jorge (Alejandre)
4. Alejandre Alvarado Diego
5. Alejandre Cruz Manuel
6. Alejandre Hernandez Alvaro
7. Alejandre Juarez Juan Carlos
8. Alejandre Ramos Eusebio
9. Alejandre Santander Federico
10. Andrade Gomez Cecilio
11. Andrade Santiago Silvestre
12. Aran Casados Adelfo
13. Aran Casados Gonzalo
14. Aran Casados Matilde
15. Aran Castillo Ambrosio
16. Aran Castillo Eduardo
17. Aran Castillo Eleuterio
18. Aran Cobos Inez
19. Aran Cruz Jesus
20. Aran Cruz Luis Enrique
21. Azuara Castillo Isidro
22. Bahena Cruz Sergio Manuel
23. Barrera Garcia Niceforo
24. Barrios Castro Luis Enrique
25. Barrios Garcia Sixto
26. Barrios Leandro Julio
27. Barrios Meza Daniel
28. Barrios Reyes Sergio
29. Bautista Gonzalez Leon
30. Bautista Lara Aurelio
31. Bautista Mendez Jose
32. Bello Peña Alejandro
33. Bello Peña Filemon
34. Bello Peña Lucio
35. Bello Peña Rogelio
36. Blanco Aran Jose
37. Blanco Hernandez Ciro
38. Blanco Hernandez Miguel
39. Blanco Hernandez Vicente
40. Blanco Marquez Eloy
41. Blanco Olmos Daniel
42. Blanco Reyes Zocimo
43. Blanco Yañez Fredi Alberto
44. Cabrales Cruz Salvador
45. Cantu Maya Jose
46. Capitan Barrios Oton
47. Carranza Medina Porfirio
48. Casanova Hernandez Gilberto
49. Castellanos Bautista Arturo
50. Castillo Castillo Irineo
51. Castillo Gomez Elena
52. Castillo Martinez Balvino
53. Castillo Martinez Isabel
54. Castro Angeles Braulio
55. Castro Bautista Jose Martin
56. Castro Cruz Gilberto
57. Castro Galicia Tiquico
58. Castro Hernandez Cornelio
59. Castro Perales Segundo
60. Castro Rodriguez Bernabe
61. Castro Rodriguez Cliserio
62. Castro Rodriguez Dionicio
63. Castro Rodriguez Enrique
64. Castro Rodriguez Fidencio
65. Celso Nieves Antonio
66. Cepeda Meza Eusebio
67. Cobos Cruz Diego
68. Cobos Cruz Dionicio
69. Constantino Alejandre Jose Maria
70. Constantino Garcia Jaime
71. Constantino Lorenzo Jose Abel
72. Constantino Sanchez Julio
73. Copal Meza Nelson
74. Cruz Alejandre Raul
75. Cruz Aran Hipolito
76. Cruz Benitez Raymundo
77. Cruz Blanco Rafael
78. Cruz Casados Anastacio
79. Cruz Castro Jorge
80. Cruz Cortes Martin

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

---

| | | | |
|---|---|---|---|
| 81. | Cruz Cruz Alfredo | 121. | Deantes Jimenez Bernardino |
| 82. | Cruz Cruz Celso | 122. | Del Angel Alejandre Abrahan |
| 83. | Cruz Cruz Fernando | 123. | Del Angel Cruz Alberto |
| 84. | Cruz Cruz Isidro | 124. | Del Rio Cruz Hipolito |
| 85. | Cruz Cruz Leonorio | 125. | Del Rio Cruz Rafael |
| 86. | Cruz Cruz Raul | 126. | Del Rio Ferral Remigio |
| 87. | Cruz Cruz Sergio | 127. | Del Rio Macias Salvador |
| 88. | Cruz Del Angel Justino | 128. | Delgado Alejandre Jose |
| 89. | Cruz Diaz Modesto | 129. | Diaz Aran Carlos |
| 90. | Cruz Escudero Herminio | 130. | Diaz Cruz Roberto |
| 91. | Cruz Ferral Ascencion | 131. | Diaz Dominguez Ramon |
| 92. | Cruz Ferral Balfren | 132. | Diaz Gomez Julian |
| 93. | Cruz Ferral Cutberto | 133. | Diaz Gomez Marcelino |
| 94. | Cruz Ferral Eligio | 134. | Diaz Gomez Pedro |
| 95. | Cruz Ferral Julian | 135. | Diaz Gonzalez Pedro |
| 96. | Cruz Ferral Lucas | 136. | Diaz Mendez Agustin |
| 97. | Cruz Garcia Jesus | 137. | Diaz Ortega Jose Angel |
| 98. | Cruz Gomez Carmelo | 138. | Diaz Ortega Marcelino |
| 99. | Cruz Gomez Domingo | 139. | Diaz Rangel Francisco |
| 100. | Cruz Gomez Toribio | 140. | Diaz Reyes Carlos Francisco |
| 101. | Cruz Gonzalez Santos (1) | 141. | Diaz Valdez Feliciano |
| 102. | Cruz Gonzalez Santos (2) | 142. | Dominguez Mora Guadalupe |
| 103. | Cruz Hernandez Evaristo | 143. | Dominguez Valdez Arturo |
| 104. | Cruz Hernandez Ivan | 144. | Escudero Reyes Jaime |
| 105. | Cruz Hernandez Lorenzo | 145. | Escudero Reyes Ruben |
| 106. | Cruz Hernandez Ramiro | 146. | Escudero Rodriguez Raul |
| 107. | Cruz Leyton Panfilo | 147. | Espinoza Macias Arnulfo |
| 108. | Cruz Mendoza Armando | 148. | Espinoza Palacios Macedonio |
| 109. | Cruz Meza Alvaro | 149. | Espinoza Rodriguez Arnulfo |
| 110. | Cruz Reyes Refugio | 150. | Estaba Repetido |
| 111. | Cruz Rodriguez Pedro | 151. | Esteban Aguilar Jose |
| 112. | Cruz Torres Fidel | 152. | Ferral Cardenas Enrique |
| 113. | Cruz Torres Francisco | 153. | Ferral Florencia Jeronimo |
| 114. | Cruz Torres Leonel | 154. | Ferral Florencia Rafael |
| 115. | Cruz Valdez Mardonio | 155. | Ferral Mar Julio |
| 116. | De Leon Cruz Eduardo | 156. | Ferral Ramos Juan Diego |
| 117. | De Leon Cruz Loreto Diego | 157. | Ferral Ramos Virginia |
| 118. | De Leon Cruz Rosendo | 158. | Figon Bautista Francisco |
| 119. | De Leon Valdez Jose Conrado | 159. | Figon Espinoza Norberto De Jesus |
| 120. | De Leon Valdez Jose Loreto | 160. | Figon Florencia Felix |

## B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.

### "COOP PLAINTIFFS"

161. Figon Florencia Pedro
162. Figon Hernandez Gabino
163. Figon Perez Cesar
164. Figon Perez Francisco
165. Figon Sobrevilla Gabino
166. Florencia Garcia Alfonso
167. Florencia Garcia Pedro
168. Florencia Hernandez Domingo Guadalupe
169. Galindo Cruz Vicente
170. Garces Aran Roberto
171. Garces Dominguez Juan Antonio
172. Garces Reyes Heriberto
173. Garcia Aldana Felipe
174. Garcia Aldana Isrrael
175. Garcia Blanco Facundo
176. Garcia Castro Abdon
177. Garcia Castro Silvano
178. Garcia Cruz Gustavo
179. Garcia Escudero Quintin
180. Garcia Gaspar Julio Cesar
181. Garcia Hernandez Fernando
182. Garcia Hernandez Jose Marin
183. Garcia Lorenzo Facundo
184. Garcia Lorenzo Jose Juan
185. Garcia Lorenzo Jose Luis
186. Garcia Perez Daniel
187. Garcia Salas Antonio
188. Garcia Santander Gumercindo
189. Garcia Santander Hector
190. Garcia Santander Jesus
191. Garcia Santander Rodrigo
192. Garcia Santiago David
193. Garcia Santiago Mauricio
194. Garcia Santiago Obed
195. Gaspar Cruz Fortunato
196. Gomez Galindo Eleuterio
197. Gomez Garcia Mario
198. Gomez Mogollon Amado
199. Gomez Ramos Manuel
200. Gonzalez Cruz Antonio

201. Gonzalez Cruz Armando
202. Gonzalez Cruz Daniel
203. Gonzalez Cruz Javier
204. Gonzalez Cruz Jose Omar
205. Gonzalez Cruz Juan
206. Gonzalez Cruz Julio Cesar
207. Gonzalez Figon Joaquin
208. Gonzalez Gonzalez Benjamin
209. Gonzalez Gonzalez Julio
210. Gonzalez Hernandez Piedad
211. Gonzalez Hernandez Portugal
212. Gonzalez Hernandez Rafael
213. Gonzalez Hernandez Santiago
214. Gonzalez Melgoza Elodio
215. Gonzalez Mergoza Amador
216. Gonzalez Meza Javier
217. Gonzalez Ortiz Javier
218. Gonzalez Valdez Catarino
219. Gonzalez Valdez Ines
220. Hernandez Cabrales Pascual
221. Hernandez Castro Ricardo
222. Hernandez Cruz Reynaldo
223. Hernandez Ferral Arturo Mario
224. Hernandez Ferral Emilio
225. Hernandez Gonzalez Jesus
226. Hernandez Hernandez Teofilo
227. Hernandez Huescas Tomas
228. Hernandez Lara Angel
229. Hernandez Leandro Jose
230. Hernandez Lorenzo Angel
231. Hernandez Lorenzo Jesus Amauri
232. Hernandez Lorenzo Perfecto
233. Hernandez Lorenzo Ricardo
234. Hernandez Mendez Gregorio
235. Hernandez Olmos Jose Guadalupe
236. Hernandez Reyes Inocencio
237. Hernandez Reyes Jose
238. Hernandez Reyes Teofilo
239. Hernandez Romero Jose
240. Hernandez Rosas Telesforo

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | |
|---|---|
| 241. Isidro Constantino Valentin | 281. Mendoza Blanco Oscar |
| 242. Isidro Perez Celso | 282. Mendoza Castellanos Eduardo |
| 243. Isidro Perez Jaime | 283. Mendoza Castellanos Jose Maria |
| 244. Isidro Perez Santiago | 284. Mendoza Cruz Margarito |
| 245. Juarez Hernandez Epifania | 285. Mendoza Gomez Francisco Javier |
| 246. Juarez Juarez Alfonso | 286. Mendoza Lara Arturo |
| 247. Juarez Martinez Salvador | 287. Mendoza Lara Ernesto |
| 248. Leandro Roman Juan | 288. Mendoza Lara Honorio |
| 249. Leyton Florencia Rene | 289. Mendoza Lara Rafael |
| 250. Lorenzo Blanco Rodolfo | 290. Mendoza Nuñez Juan |
| 251. Lorenzo Constantino Blas | 291. Mendoza Reyes Antonio |
| 252. Lorenzo Constantino Rolando | 292. Meza Alejandre Agustin |
| 253. Lorenzo Cruz Agustin | 293. Meza Alejandre Enrique |
| 254. Lorenzo Cruz Alfonso | 294. Meza Alejandre Roberto |
| 255. Lorenzo Cruz Cleofas | 295. Meza Blanco Arturo |
| 256. Lorenzo Gomez Raul | 296. Meza Blanco Ranulfo |
| 257. Lorenzo Roman Israel | 297. Meza Cruz Abundio |
| 258. Lorenzo Valdez Jorge Emilio | 298. Meza Cruz Alejandro |
| 259. Loya Cruz Bernardo | 299. Meza Cruz Angel |
| 260. Loya Cruz Mercedes | 300. Meza Cruz Heriberto |
| 261. Lugo Juarez Ernesto | 301. Meza Cruz Victor Manuel |
| 262. Macias Gonzalez Javier | 302. Meza Ferral Lazaro |
| 263. Macias Sobrevilla Bacilio | 303. Meza Ferral Maria De La Luz |
| 264. Macias Sobrevilla Francisco | 304. Meza Gonzalez Paulino |
| 265. Mar Cruz Alejandro | 305. Meza Salas Reynaldo |
| 266. Mar Moreno Bonifacio | 306. Meza Salas San Juan De Dios |
| 267. Mar Moreno Enrique | 307. Meza Torres Jose |
| 268. Mar Valdez Zacarias | 308. Muñoz Barios Fermin |
| 269. Martinez Cruz Leopoldo | 309. Olmos Alejandre Luis |
| 270. Martinez Gonzalez Baltazar | 310. Olmos Salas Adelaido |
| 271. Martinez Hernandez Cosme | 311. Olmos Salas Hugo |
| 272. Martinez Hernandez Heriberto | 312. Olvera Cruz Francisco |
| 273. Maya Aldana Amando | 313. Olvera Gonzalez Carlos |
| 274. Maya Constantino Isaias | 314. Ortega Cruz Luis |
| 275. Maya Hernandez Amando | 315. Ortega Santiago Andres |
| 276. Maya Mendoza Alejandro | 316. Osorio Martinez Francisco |
| 277. Maya Sobrevilla Crisoforo | 317. Oviedo Santoago Antonio |
| 278. Medina Garcia Victorico | 318. Palomino Figo Francisco Javier |
| 279. Mendez Castro Lorenzo | 319. Perez Castellanos Carlos |
| 280. Mendez Hernandez Hector | 320. Perez Castro Roberto |

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

---

| | |
|---|---|
| 321. Perez Dominguez Cosme | 361. Reyes Mendoza Fernando |
| 322. Perez Dominguez Eladio | 362. Reyes Mendoza Juan Javier |
| 323. Perez Dominguez Rosalino | 363. Reyes Torres Lucio |
| 324. Perez Hernandez Ignacio | 364. Rivera Ferral Santos |
| 325. Perez Hernandez Juan | 365. Rivera Ferral Tomas |
| 326. Perez Hernandez Sixto | 366. Rodriguez Alejandre Abad |
| 327. Perez Herrera Luis Enrique | 367. Rodriguez Alejandre Crisoforo |
| 328. Perez Mar Cornelio | 368. Rodriguez Alejandre Ricardo |
| 329. Perez Mar Luciano | 369. Rodriguez Del Rio Cleotilde |
| 330. Perez Maya Angel | 370. Rodriguez Guzman Irma |
| 331. Perez Mendoza Emilio | 371. Rodriguez Leandro Cleotilde |
| 332. Perez Sanchez Camilo | 372. Rojas Perez Esteban |
| 333. Perez Sanchez Francisco | 373. Roman Casanova Emilia |
| 334. Perez Tapia Angel | 374. Rosas Blanco Secundino |
| 335. Perez Tapia Juan | 375. Rosas Cristobal Celso |
| 336. Quiroz Ovando Daniel | 376. Rosas Cristobal Juan Manuel |
| 337. Ramirez Cobos Jose | 377. Rosas Cristobal Rogelio |
| 338. Ramirez Gonzalez Quintilo | 378. Rosas Diaz Rodolfo |
| 339. Ramos Cruz Epifanio | 379. Rosas Esteban Horacio |
| 340. Ramos Del Rio Fermin | 380. Rosas Rivera Serafin |
| 341. Ramos Gonzalez Agustin | 381. Rosas Santos Manuel |
| 342. Ramos Gonzalez Eladio | 382. Rosas Valdez Luis |
| 343. Ramos Hernandez Claudio | 383. Rosas Valdez Sergio |
| 344. Ramos Hernandez Feliciano | 384. Ruiz Santiago Juan Antonio |
| 345. Ramos Hernandez Lidio | 385. Salas Cuellar Porfirio |
| 346. Ramos Hernandez Luis | 386. Sanchez Blanco Rodrigo |
| 347. Ramos Perez Epifanio | 387. Sanchez Cervantes Daniel |
| 348. Ramos Sanchez Juan | 388. Sanchez Florencio |
| 349. Ramos Villegas Crispin | 389. Sanchez Geronimo Angel |
| 350. Reyes Alejandre Enrique | 390. Sanchez Martinez Venancio |
| 351. Reyes Castro Emilio | 391. Sanchez Mendoza Venancio |
| 352. Reyes Delgado Amador | 392. Sanchez Rodriguez Ascencion |
| 353. Reyes Delgado Casimiro | 393. Sanchez Rodriguez Hugo |
| 354. Reyes Delgado Eliseo | 394. Santander Isidro Juan Pablo |
| 355. Reyes Delgado Victorico | 395. Santander Leyton Honorio |
| 356. Reyes Diaz Adelaido | 396. Santander Leyton Sebastian |
| 357. Reyes Diaz Enrique | 397. Santander Peralta Emilio |
| 358. Reyes Loya Miguel Angel | 398. Santiago Castro Lazaro |
| 359. Reyes Mendoza Agustin | 399. Sequera Florencia Julian |
| 360. Reyes Mendoza Araceli | 400. Sequera Hernandez Felipe |

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

401. Sequera Lorenzo Leopoldo
402. Silva Escudero Yoshio
403. Silva Mendoza David
404. Sobrevilla Cruz Angel
405. Sobrevilla Del Angel Angel
406. Tejeda Mendoza Manuel
407. Terraza Aldana Arturo
408. Terraza Aldana Benigno
409. Terraza Aldana Jorge Luis
410. Tijerina Mendina Jorge Luis
411. Torres Cruz Porfirio
412. Torres Mendoza Faustino
413. Torres Merinos Faustino
414. Valdez Gonzalez Catarino
415. Valdez Zamora Narcizo
416. Vicencio Cruz Blas
417. Vicencio Sequera Mardonio
418. Zamora Blanco Emilio
419. Zamora Garcia Andres
420. Zamora Garcia Isidoro
421. Zamora Garcia Timoteo
422. Zamora Gonzalez Eriberto
423. Zamora Rosendo Pascual
424. Zamora Sanchez Pablo Ernesto
425. Zamora Sanchez Rene
426. Zamora Santander Jose
427. Zarate Lopez Samuel
428. Zumaya Garcia Salvador

**B4 – LA SOCIEDAD COOPERATIVA DE SERVICIO LANCHEROS DE SAN JERONIMO
S.C. DE R.L. DE C.V.**

**"COOP PLAINTIFFS"**

1. Alarcon Lopez Miguel Angel
2. Alfardo Acuna Trinidad
3. Camarillo Cruz Ruth
4. Cervantes Martinez Silverio
5. Chavez Bautista Jose Antonio
6. Chavez Bautista Raul
7. Chavez Bautista Refugio
8. Cruz Cervantes Pablo
9. Cruz Cervantes Zoila
10. Cruz Cruz Benito
11. Cruz Esquivel Juan Carlos
12. Cruz Gallegos Julio Cesar
13. Cruz Gonzalez Joaquin
14. Cruz Gonzalez Roberto
15. Cruz Gonzalez Sergio
16. Cruz Jeronimo Andres
17. Cruz Perez Paola Lizeth
18. Cruz Santiago Eduardo
19. Cruz Santiago Federico
20. Cruz Santiago Roberto
21. Del Angel Ramirez Rogelio
22. Esquivel Arteaga Maria Magdalena
23. Guerrero Torres Victoria Aurora
24. Hernandez Camarillo Jose Ernesto
25. Juarez Florencia Miguel
26. Juarez Lugo Rene
27. Juarez Rodriguez Miguel
28. Lopez Gonzalez Evaristo
29. Lopez Gonzalez Evelia
30. Lopez Gonzalez Humberto
31. Lopez Gonzalez Julio Antonio
32. Lopez Gonzalez Mario Felix
33. Lorenzo del Angel Rosaura
34. Lugo  Garcia Cruz Emma
35. Lugo Morato Francisco
36. Lugo Sosa Ana Luisa
37. Mar Martinez Igancio
38. Martinez Encarnacion Facundo
39. Mora Casados Maria Luisa
40. Morales del Angel Jaime
41. Morales Angel Jesus Leonel
42. Morales Reyes Jaime
43. Olivarez Cruz Ruben
44. Olivarez Sosa Julian
45. Quintero Gonzalez Martin
46. Ramirez Camarillo Christian Adolfo
47. Ramirez Camarillo Rodrigo
48. Ramirez Gonzalez Baltazar
49. Ramirez Rojas Candido
50. Razo Bautisa Santos
51. Salas Razo Angel
52. Salas Razo Demesia
53. Salas Razo Rafael
54. Trejo Salas Fernando
55. Zaleta Jerez Oscar
56. Zaleta Marmolejo Crispin
57. Zumaya Hernandez, Tomas

**B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.**

**"COOP PLAINTIFFS"**

1.  Aguilar Sosa, Juan
2.  Aldana Castillo, Arturo
3.  Alejandre Constantino, Mario
4.  Alejandre Hernandez, Adrian
5.  Alejandre Santander, Eleuterio
6.  Allende Reyes, Primitivo
7.  Allende Roman, Luis Alberto
8.  Aran Ferral, Guillermo
9.  Aran Ferral, Hilario
10. Aranda Alvarado, Ciro
11. Aranda Alvarado, Miguel
12. Aranda Cruz, Julio Cesar
13. Bautista Hernandez, Rito
14. Benavidez Perez, Alberto
15. Bujalil Cruz, Dora Alicia
16. Caballero Palacios, Jesus
17. Capitan Garcez, Enriquez
18. Casanova Cristobal, Luis Alberto
19. Casanova de Leon, Ignacio
20. Casanova de Leon, Maximino
21. Castillo Ruiz, Jesus
22. Castro Deantes, Nabor
23. Castro Maya, Juan
24. Cisneros Garcia, Cruz
25. Cisneros Meza, Hilario
26. Cisneros Meza, Roman
27. Cobos Lopez, Abel
28. Cobos Lopez, Hector
29. Copal Hernandez, Gabriel
30. Copal Hernandez, Jesus
31. Copal Hernandez, Luis Alberto
32. Cordero Ferral, Gilberto
33. Cordoba Copal, Jesus
34. Cordoba Cruz, Andres
35. Crespo Hernandez, Guadalupe
36. Cristobal Reyes, Silvestre
37. Cruz Alejandre, Juan Manuel
38. Cruz Blanco, Aurelio
39. Cruz Blanco, Rodolfo
40. Cruz Casanova, Artemio
41. Cruz Casanova, Jesus
42. Cruz Casanova, Manuel
43. Cruz Copal, Jesus
44. Cruz Cristobal, Baldomero
45. Cruz Cuervo, Jose Maria
46. Cruz Cuervo, Noe
47. Cruz del Angel, Santos
48. Cruz Ferral, Fermin
49. Cruz Franco, Carlos
50. Cruz Franco, Felix
51. Cruz Garcia, Fidel
52. Cruz Garcia, Fredy
53. Cruz Garcia, Israel
54. Cruz Garcia, Miguel Angel
55. Cruz Gaspar, Matias
56. Cruz Martinez, Gabriel
57. Cruz Martinez, Mario
58. Cruz Nolasco, Salomon
59. Cruz Perez, Alejandro
60. Cruz Perez, Juan Luis
61. del Angel Torres, Gustavo
62. del Angel Torres, Noe
63. Del Rio Ferral, Remigio
64. del Valle Franco, Juan
65. del Valle Franco, Maria de los Angeles
66. Delago Franco, Mauro
67. Delgado Cristobal, Maria Isabel
68. Delgado Isidro, Ines
69. Diaz Barrios, Epifanio
70. Diaz Castellanos, Hermilo
71. Diaz Castellanos, Salvador
72. Diaz Castellanos, Santos
73. Diaz Cobos, Martin
74. Diaz Cruz, Ricardo
75. Diaz Cruz, Victor Manuel
76. Diaz Villegas, Santos
77. Dominguez del Angel, Jose Luis
78. Dominguez Miranda, Jose Luis
79. Espinoza Constantino, Amadeo
80. Espinosa Hernandez, Facundo
81. Espinosa Hernandez, Ramon
82. Espinoza Macias, Eusebio

**B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.**

"COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 83. | Espinosa Perez, Amadeo | | 124. | Gonzalez Briones, Jose |
| 84. | Esteves, Cornelio | | 125. | Gonzalez Ramirez, Raymundo |
| 85. | Fajardo Mogollon, Gildardo | | 126. | Gonzalez Reyes, Alejo |
| 86. | Fajardo Mogollon, Miguel Angel | | 127. | Gonzalez Rosas, Daniel |
| 87. | Ferral Cobos, Ruben | | 128. | Gonzalez Rosas, Israel |
| 88. | Ferral Diaz, Carlos | | 129. | Gonzalez Rosas, Javier |
| 89. | Ferral Diaz, Guillermo | | 130. | Hernandez Alvarado, Casto |
| 90. | Ferral Hernandez, Jose Guadalupe | | 131. | Hernandez Baltazar, Ventura Enrique |
| 91. | Ferral Ovando, Armando | | 132. | Hernandez Hernandez, Camilo |
| 92. | Figon Gonzalez, Epigmenio | | 133. | Hernandez Hernandez, Mateo |
| 93. | Figon Gonzalez, Reymundo | | 134. | Hernandez Perez, Benigno |
| 94. | Florencia Blanco, Alfonso | | 135. | Hernandez Perez, Saturnino |
| 95. | Florencia Miranda, Martin | | 136. | Hernandez Ramirez, Jaime |
| 96. | Franco Cruz, Jorge | | 137. | Hernandez Ramirez, Rafael |
| 97. | Franco Hernandez, Silvestre | | 138. | Hernandez Resendiz, Guadencio |
| 98. | Franco Reyes, Carlos Alberto | | 139. | Hernandez Reyes, Alejandro |
| 99. | Gallardo Cruz, Jose Alfredo | | 140. | Hernandez Reyes, Israel |
| 100. | Gallardo Reyes, Ciro | | 141. | Hernandez Reyes, Moises |
| 101. | Gallardo Reyes, Jose | | 142. | Hernandez Reyes, Rene |
| 102. | Gallardo Torres, Joaquin | | 143. | Hernandez Reyes, Ruben |
| 103. | Gallardo Torres, Manuel | | 144. | Hernandez Reyes, Silverio |
| 104. | Gallardo Torres, Miguel | | 145. | Hernandez Sosa, Demetria |
| 105. | Garcez Ferral, Ramiro | | 146. | Hernandez Torres, Antelmo Abad |
| 106. | Garcia Blanco, Jesus | | 147. | Huerta Lima, David |
| 107. | Garcia Blanco, Sergio | | 148. | Huerta Lima, Luis |
| 108. | Garcia Carrillo, Martina | | 149. | Ibarra Benavides, Luis |
| 109. | Garcia Hernandez, Nicolas | | 150. | Juarez Cruz, Julian |
| 110. | Garcia Perez, Hector | | 151. | Juarez Sanchez, Constantino |
| 111. | Garcia Romero, Sergio | | 152. | Leos Manlonado, Jorge |
| 112. | Garcia Salinas, Felix | | 153. | Licona Sobrevilla, Pedro Julian |
| 113. | Garcia Salinas, Hesiquio | | 154. | Licona Sobrevilla, Ramon |
| 114. | Garcia Sanchez, Elfego | | 155. | Lopez Benavides, Alvaro |
| 115. | Gomez Acosta, Aurelio | | 156. | Lopez Herrera, Cesar |
| 116. | Gomez Acosta, Ruben | | 157. | Lopez Reyes, Alvaro |
| 117. | Gomez Denavides, Meliton | | 158. | Lopez Roman, Gilberto |
| 118. | Gomez Espinoza, Arturo | | 159. | Lopez Roman, Ricardo |
| 119. | Gomez Espinoza, Lucio | | 160. | Loya Juarez, Maria |
| 120. | Gomez Espinoza, Rodrigo | | 161. | Macias Constantino, Julian |
| 121. | Gomez Martinez, Cleofe | | 162. | Macias Garcia, Amado |
| 122. | Gomez Martinez, Martin | | 163. | Macias Garcia, Antonio |
| 123. | Gomez Roman, Efrain | | 164. | Malerva Cruz, Antonio |

**B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.**

**"COOP PLAINTIFFS"**

| | |
|---|---|
| 165.  Malerva Cruz, Leonel | 206.  Mendoza Meza, Eugenia |
| 166.  Malerva Cruz, Martina | 207.  Mendoza Meza, Justino |
| 167.  Malerva del Angel, Oscar | 208.  Mendoza Meza, Urbano |
| 168.  Malerva Sobrevilla, Mauro | 209.  Mendoza Reyes, Abad |
| 169.  Mar Barrera, Rafael | 210.  Meraz Zamora, Alberto |
| 170.  Mar Ferral, Jesus | 211.  Meraz Zamora, Ignacio |
| 171.  Mar Hernandez, Jesus | 212.  Meza Aran, Delfino |
| 172.  Mar Maya, Marcela | 213.  Meza Aran, Julio |
| 173.  Mar Ortega, Manuel | 214.  Monroy Perez, Omar |
| 174.  Mar Perez, Franco | 215.  Morido Dominguez, Victor Aurelio |
| 175.  Mar Torres, Sotero | 216.  Nolasco Gomez, Cresencio |
| 176.  Marquez Mendoza, Crisoforo | 217.  Nolasco Gomez, Julio Cesar |
| 177.  Martinez Benitez, Antonio | 218.  Nolasco Gomez, Lucio |
| 178.  Martinez Benitez, Candelario | 219.  Nolasco Gomez, Raul |
| 179.  Martinez Benitez, Higinio | 220.  Nolasco Moreno, Faustino |
| 180.  Martinez Benitez, Jose | 221.  Nolasco Reyes, Feliciano |
| 181.  Martinez Bentidez, Marcial | 222.  Nunez Macias, Herminio |
| 182.  Martinez Cruz, Macario | 223.  Nunez Saldana, Adan |
| 183.  Martinez Cruz, Raul | 224.  Nunez Saldana, Enrique |
| 184.  Martinez Cruz, Santos | 225.  Nunez Saldana, Hilarion |
| 185.  Martinez Cruz, Severiano | 226.  Ochoa Vazquez, Alejandro |
| 186.  Martinez Esteban, Issac | 227.  Ortega Benavides, Jorge |
| 187.  Martinez Esteban, Raul | 228.  Ortega Benavides, Jose |
| 188.  Martinez Ferral, Alfonso Pilar | 229.  Ortega Mogollon, Perfecto |
| 189.  Martinez Ferral, Hector | 230.  Ortega Santiago, Vicente |
| 190.  Martinez Garces, Enedino | 231.  Osorio Rodrgiuez, Victor Manuel |
| 191.  Martinez Garces, Ernesto | 232.  Peralta Perez, Juan Carlos |
| 192.  Martinez Hernandez, Alfonso | 233.  Perez Constantino, Vicente |
| 193.  Martinez Hernandez, Marcos | 234.  Perez Copal, Zozimo |
| 194.  Martinez Reyes, Abel | 235.  Perez Mar, Francisco |
| 195.  Martinez Roman, Jose Alfredo | 236.  Perez Ruiz, Eleazar |
| 196.  Martir Figon, Benito | 237.  Ramirez Cruz, Santos |
| 197.  Martir Figon, Gustavo | 238.  Ramirez Gorozabe, Guadalupe |
| 198.  Martir Figon, Hector | 239.  Ramirez Martinez, Fernando |
| 199.  Martir Figon, Perfecto | 240.  Ramirez Martinez, Francisco Antonio |
| 200.  Maya Ramirez, Agustin | 241.  Ramirez Ortega, Luis Angel |
| 201.  Maya Ramirez, Florencio | 242.  Ramirez Ramirez, Lauro |
| 202.  Mendez Cruz, Manuel | 243.  Ramirez Reyes, Ismael |
| 203.  Mendoza Cruz, Ricardo | 244.  Ramirez Reyes, Rogelio |
| 204.  Mendoza Figon, Eulices | 245.  Ramirez Reyes, Santos |
| 205.  Mendoza Malerva, Abad | 246.  Ramirez Reyes, Teodoro |

**B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.**

**"COOP PLAINTIFFS"**

247. Ramirez Reyes, Tomas
248. Ramos del Rio, Francisco
249. Ramos Lopez, Heriberto
250. Ramos Lopez, Rafael
251. Ramos Mar, Fermin
252. Ramos Mar, Roberto
253. Ramos, Mario
254. Rangel Hernandez, Francisco
255. Rangel Jimenez, Francisco
256. Rangel Jimenez, Gabino
257. Rangel Santander, Marco Antonio
258. Rarmirez Gorozabi, Agustin
259. Reyes Benavides, Cesar
260. Reyes Casanova, Hector
261. Reyes Casanova, Inocencio
262. Reyes Casanova, Jose
263. Reyes Castro, Eleuterio
264. Reyes Franco, Nereo
265. Reyes Hernandez, Roberto
266. Reyes Medellin, Josue Eliseo
267. Reyes Medellin, Lazaro Arnoldo
268. Reyes Medellin, Pedro Alberto
269. Reyes Medellin, Silvestre Alfonso
270. Reyes Ramirez, Cesar
271. Reyes Roman, Enrique
272. Reyes Roman, Porfirio
273. Rodriguez Banda, Gabriel
274. Rodriguez Castillo, Diego
275. Roman Alejandre, Jose
276. Roman Baron, Reynaldo
277. Roman Barrios, Luis Rogelio
278. Roman Cobos, Felipe
279. Roman Cobos, Jeremias
280. Roman Cobos, Maximiliano
281. Roman Cobos, Sara
282. Roman Martinez, Arturo
283. Roman Ortega, Edmundo
284. Roman Perez, Mario
285. Rosas Garcia, Miguel Angel
286. Rosas Hernandez, Juan
287. Rosas Ribera, Celestino
288. Rosas Rivera, Carlos
289. Rubio Bautista, Raul
290. Rubio Mauricio, Gregorio
291. Salas Franco, Eugenio
292. Salas Gonzalez, Fernando
293. Salas Hernandez, Benito
294. Salas Mogollon, Santos
295. Saldana Granillo, Juan Manuel
296. Saldana Masias, Crispin
297. Saldana Masias, Saturnino
298. Santander Alvarado, Celerino
299. Santander Alvarado, Guillermo
300. Santander Alvarado, Honorio
301. Santander Isidro, Miguel
302. Sequera Lorenzo, Manuel
303. Sierra Aguilar, Mauricio
304. Sierra Perez, Jose Alberto
305. Sierra Perez, Luis Daniel
306. Silva Rosas, Felix
307. Sobrevilla Del Angel, Dolores
308. Sobrevilla Gallardo, Lorenzo
309. Sobrevilla Gallardo, Mariano
310. Sobrevilla Gallardo, Seberiano
311. Sobrevilla Hernandez, Adrian
312. Sobrevilla Hernandez, Agripino
313. Sobrevilla Hernandez, Apolinar
314. Sobrevilla Hernandez, Julio Cesar
315. Sobrevilla Malerva, Heriberto
316. Sobrevilla Malerva, Teodulo
317. Sobrevilla Saldana, Alfonso
318. Sobrevilla Saldana, Jaime
319. Sobrevilla Saldana, Mario
320. Soto Santander, Donaciano
321. Torres Ferral, Rogelio
322. Torres Isidro, Rogelio
323. Torres Ramirez, Gabino
324. Torres Roman, Ruben
325. Tovar Mar, Carlos Antonio
326. Valdez Maya, Jose Manuel
327. Valdez Villalobos, Felipe
328. Vazquez Cruz, Tomas

B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

329.  Velazquez Balderas, Cipriano
330.  Velazquez Hernandez, Ubaldo
331.  Vicencio Delgado, Pedro
332.  Vicencio Figon, Martin
333.  Vicencio Gonzalez, Cirino
334.  Vicencio Gonzalez, Julian
335.  Vicencio Santiago, Jose Luis
336.  Zamora Garcia, Filimon
337.  Zamora Mendoza, Edgar
338.  Zamora Mendoza, Luis Manuel
339.  Zamora Mendoza, Olivert
340.  Zarate Reyes, Albis
341.  Zarate Reyes, Cecilio
342.  Zarate Reyes, Eduardo
343.  Zarate Reyes, Gustavo
344.  Zarate Zarate, Ceferino

## B6 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA OSTIONEROS DEL SUR S.C. DE R.L.

### "COOP PLAINTIFFS"

1. Alejandre Valdez Isadora
2. Bautista Blanco Leonardo
3. Blanco Aquino Benigna
4. Blanco Aquino Eusebia
5. Blanco Flores Betzabe
6. Blanco Ortega Ofelia
7. Blanco Prisciliano Eugenio
8. Carvajal Antonio Alicia
9. Carvajal Antonio Zeferino
10. Carvajal Martinez Wenceslao
11. Castro Blanco Aristeo
12. Castro Jaonguitud Silverio
13. Castro Jonguitud Arturo
14. Castro Jongitud Evangelina
15. Castro Jongitud Maria Guadalupe
16. Castro Jongitud Maria Hilda
17. Castro Jongitud Reyes
18. Cayetano Perez Guadalupe
19. Cayetano Perez Lilia
20. Constantino Casanova Facundo
21. Constantino Gonzalez Mateo
22. Constantino Maya Calixto
23. Cruz Castro Gaudencio
24. Cruz del Angel Esmeralda
25. Cruz del Angel Jose Francisco
26. Cruz del Angel Juana Alberta
27. Cruz del Angel Lucas
28. Cruz Jongitud Maria Evodia
29. Cruz del Angel Martin
30. Cruz Jonguitud Ernesto
31. Cruz Jongitud Hector
32. Cruz Jonguitud Margarito
33. Cruz Martir Porfirio
34. Cruz Priciliano Simon
35. Cruz Santiago Aurelio
36. Cruz Sosa Armando
37. Cruz Sosa Erasmo
38. Del Angel Vicencio Marcelo
39. Espinoza Lugo Nora Hilda
40. Florencia Andres
41. Flores Mendoza Eliuth
42. Flores Valdez Fernando
43. Flores Valdez Jose Isabel
44. Flores Valdez Leobardo
45. Garcia Alejandre Valente
46. Garcia Alvarado Paulo
47. Garcia Saldaña Dario
48. Gonzalez Cruz Virginio
49. Gonzalez Estevez Ubaldo
50. Gonzalez Santiago Sebastiana
51. Hernadez Basilio Francisco
52. Hernadez Basilio Hilario
53. Jimenez Zapata Jose Luis
54. Jonguitud Florencia Andres
55. Jonguitud Gomez Petra
56. Lopez Cruz Feliciano
57. Lopez Palacios Ezequiel
58. Mar Peralta Roberto
59. Marquez del Angel Daniel
60. Martir Gonzalez Jose
61. Mogoyon Cruz Concepcion
62. Morales Lugo Artemio
63. Olares Reyes Esteban
64. Orihuela Gomez Eddy Asuncion
65. Ortega Olares Ramiro
66. Puga Marquez Higinio
67. Puga Sanchez Jose
68. Ramirez Blanco Abdon
69. Ramirez Gallardo Abel
70. Ramirez Gallardo Alejandro
71. Ramirez Gallardo Oscar
72. Ramirez Gallardo Ruben
73. Ramirez Huesca Natalio
74. Santiago Alvarado Eugenia
75. Santiago Estevez Francisco
76. Santiago Loaiza Matilde
77. Santiago Mogollon Miguel Angel
78. Santiago Mogollon Valentin
79. Valdez Del Angel Carolina
80. Valdez Del Angel Marcelo
81. Valdez Del Angel Saturnina
82. Victoriano de la Cruz Sabas
83. Yanes Angel Maria Guadalupe

B7 – LA SOCIEDAD DE PESCADORES INDIGENAS DE RANCHO NUEVO S.C.

"COOP PLAINTIFFS"

1.    Bernabe Facundo Pedro
2.    Bernabe Garcia Antonio
3.    Bernabe Morales Celso
4.    Bernabe Morales Roman
5.    Bernabe Perez Alejandro
6.    Bernabe San Martin Tirzo
7.    Cortez Bautista Alfredo
8.    Cortez Bautista Pablo
9.    Cortez Perez Isaac
10.   Facundo Olarte Salvador
11.   Hernandez Ramirez Juana
12.   Hernandez Ramirez Bonifacio
13.   Jimenez Santiago Luis
14.   Lopez Romero Juan
15.   Maldonado Salinas Veronica
16.   Montes Vazquez Mario
17.   Olarte Olarte Jorge
18.   Perez Olmedo Jose Roberto
19.   Ramirez Perez Gabriel
20.   Ramirez Perez Hector
21.   Ramirez Ramirez Pedro
22.   Santiago Maldonado Humberto
23.   Vazquez Avelino Octavio

B8 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA LA
AURORA BARRA DE CAZONES S.C.L. DE C.V.

"COOP PLAINTIFFS"

1. Barragan Garcia Abraham
2. Barragan Garcia Fidencio
3. Butron Rodriguez Froylan
4. Butron Rodriguez Hugo
5. Butron Santiago Hugo
6. Castillo Sosa Salomon
7. Fuentes Guzman Gilberto
8. Fuentes Hernandez Fortunato
9. Fuentes Hernandez Guillermo
10. Fuentes Osorio Alfonso
11. Fuentes Parra Brigido
12. Fuentes Parra Hermilo
13. Garcia Garces Pedro
14. Gomez Jimenez Isais
15. Gomez Moreno Victor
16. Irisson Santiago Luis Manuel
17. Irisson Stivalet Hipolito Agustin
18. Martinez Santiago Gilberto
19. Meregildo Martinez Candido
20. Morales Aparicio Jose
21. Morales Garcia Isaias
22. Moreno Santiago Dario
23. Moreno Santiago Fidencio
24. Moreno Santiago Lazaro
25. Perez Gonzalez Issac
26. Perez Morales Everardo
27. Perez Moreno Adrian
28. Santiago Garcia Santos
29. Santiago Hernandez Alejandro
30. Santiago Hernandez Julio
31. Santiago Hernandez Rafael
32. Santiago Parra Lucio
33. Santiago Perez Agustin
34. Santiago Perez Javier
35. Vargas Sosa David
36. Vargas Sosa Felipe

## B9 – LA SOCIEDAD COOPERATIVA DENOMINADA CAMARONEROS UNIDOS DE ALTAMAR S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

1. Aguilar Barron, Guadalupe
2. Arevalo Hernandez, Magdalena
3. Boza Lozada, Americo Alejandro
4. Campos Duarte, Alfonso
5. Chang Che, Jose del Carmen
6. Clemente Martinez, Coral
7. Cobos Cruz, Juan Manuel
8. Cobos Lorenzo, Nancy
9. Cobos Reyes, Juana
10. Cobos Reyes, Lazaro
11. Cobos Vazquez, Reyna Isabel
12. Colome Alamilla, Jose
13. Constantino Guzman, Agustin
14. Coronado Sumbia, Alvaro
15. Cruz Chavez, Hipolito
16. Cruz Rodriguez, Angela
17. del Angel Santiago, Nabor Manuel
18. Delgado Ramirez, Maria del Rocio
19. Espinoza Hernandez, Leonardo
20. Franco Cruz, Joel
21. Franco Silva, Daniel
22. Franco Zaleta, Joel
23. Garcia Percero, Fernando
24. Garcia Presa, Santa Teresa de Jesus
25. Garcia Rodriguez, Carlos
26. Gomez Roman, Esteban
27. Gonzalez Gonzalez, Pedro
28. Gonzalez Mariano, Maria del Carmen
29. Guzman Velazques, Jorge
30. Guzman Velazquez, Juan
31. Guzman Velazquez, Ponciano
32. Guzman Velazquez, Roberto
33. Hernandez Lugo, Jose Francisco
34. Hernandez Mendez, Veronica
35. Hernandez Reyes, Gregoria
36. Ibarra Romero, Ernesto Javier
37. Juarez Gomez, Carlos Fernando
38. Leyton Cruz, Gregorio
39. Leyton Cruz, Santana
40. Lopez Hernandez, Maria del Rosario
41. Loya Blanco, Cirilo
42. Lugo Hernandez, Efrain
43. Lugo Hernandez, Nerevda
44. Mar Reyes, Raul
45. Martinez Leyton, Concepcion
46. Mendez Morales, Santiago
47. Meza Leyton, Demetrio
48. Montejo Garcia, Miguel
49. Parada Mar, Catalina
50. Pelcastre Hernandez, Constantino
51. Pelcastre Hernandez, Maria Elena
52. Pelcastre Hernandez, Tranquilino
53. Perales Delago, Guillermo
54. Perez Garcia, David
55. Perez Villegas, Jaime
56. Pullido Gonzalez, Esperanza
57. Quiroz Cordoba, Abimael
58. Ramirez Cobos, Ana Maria
59. Riego Hernandez, Alba Elena
60. Romero Hernandez, Angel
61. Romero Mendoza, Angelica
62. Ruiz Cruz, Arcadio
63. Sanchez Mar, Irene
64. Santiago Rodriguez, Alberta
65. Serrano Salvador, Jacinto
66. Silos Benitez, Eulalio
67. Silva Rivera, Alfredo
68. Silva Rivera, Flora
69. Suarez Gonzalez, Alejandro
70. Tamariz, Pablo
71. Tiburcio Garcia, Rolando
72. Tolentino Castro, Silvia
73. Vargas de los Santos, Demetrio
74. Vazquez Sanchez, Fancundo
75. Venegas Perez, Antelmo
76. Zaleta Hernandez, Angelica

## B10 – LA SOCIEDAD COOPERATIVA DE PRODUCTORES Y PESCADORES DE SALADERO VERACRUZ S.C. DE. R.L.

### "COOP PLAINTIFFS"

1. Aran Gonzalez Manuel
2. Benitez Espinosa Raul
3. Casados Torres Jose Fernando
4. Castellanos Del Angel Camerino
5. Castellanos Cordova Gilberto
6. Cordoba Zalvaleta Juan
7. Cordoba Zavaleta Rene
8. Cruz Marquez Apolinar
9. Del Angel Aran Eusebio
10. Del Angel Aran Orlando
11. Del Angel Constantino Rolando
12. Del Angel Jeronimo Rodrigo
13. Espinoza Hernandez Aureo
14. Espinoza Solis Alberto
15. Espinoza Solis Vicente
16. Guerrero Cruz Antonia
17. Lee Roque Jeronimo Arminio
18. Meza Maya Sergio
19. Perez Aran Pedro
20. Perez Gallardo Bernardino
21. Perez Gallardo Jose Domingo
22. Perez Meza Roman
23. Perez Zequera Roman
24. Salas Hernandez Margarito
25. Salas Sosa Diego Armando
26. Sequera Hernandez Celestino
27. Sosa Gonzalez Ruben
28. Sosa Perez Guillermo
29. Sosa Perez Ruben
30. Soza Gonzalez Eduardo
31. Soza Gonzalez Rafael
32. Torres Rosas Francisco
33. Torres Zaleta Federico
34. Torres Zaleta Fernando
35. Torres Zaleta Filimon
36. Torres Zaleta Ismael

## B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

| | |
|---|---|
| 1. Alonso Coronel, Manuel | 38. Cruz Villalobos, Joaquin |
| 2. Barrios Maya, Esau | 39. Cruz Villalobos, Rosalino |
| 3. Bautista Deantes, Miguel | 40. del Angel Hernandez, Jose de Jesus |
| 4. Bautista Ramirez, Florencio | 41. del Angel Perez, Hugo |
| 5. Bernon Hernandez, Mauricio | 42. Delgado Mendoza, Luis Abel |
| 6. Casanova Casanova, Javier | 43. Delgado Mendoza, Nelson |
| 7. Casanova Casanova, Ruben | 44. Delgado Sosa, Abel |
| 8. Casanova Cruz, Anastacio | 45. Delgado Sosa, Eloy |
| 9. Casanova Polito, Arturo | 46. Delgado Sosa, Rene |
| 10. Casanova Vazquez, Ernesto | 47. Delgado Villalobos, Rene |
| 11. Constantino Casanova, Arnulfo | 48. Espinoza Alonso, Jose |
| 12. Constantino Casanova, Toribio | 49. Garcia Casanova, Rigoberto |
| 13. Copal Santiago, Rodolfo | 50. Garcia Deantes, Jose Luis |
| 14. Cruz Barrios, Hector Hugo | 51. Garcia Deantes, Ventura |
| 15. Cruz Cruz, Jose Alberto | 52. Garcia Delgado, Heradio |
| 16. Cruz Cruz, Jose Fausto | 53. Garcia Delgado, Lazaro |
| 17. Cruz Cruz, Manuel Antonio | 54. Garcia Hernandez, Victor Antonio |
| 18. Cruz Davila, Fermin | 55. Garcia Perez, Esteban |
| 19. Cruz del Angel, Fausto | 56. Garcia Perez, Fernando |
| 20. Cruz del Angel, Toribio | 57. Gomez Cruz, Jose Dolores |
| 21. Cruz Garcia, Crescenciano | 58. Gonzalez Perez, Leonel |
| 22. Cruz Gonzalez, Efren | 59. Hernandez Cruz, Ramon |
| 23. Cruz Gonzalez, Paciano | 60. Hernandez del Angel, Josefat |
| 24. Cruz Gonzalez, Said | 61. Lorenzo Cruz, Daniel |
| 25. Cruz Gonzalez, Tomas | 62. Lorenzo Cruz, Valente |
| 26. Cruz Hernandez, Edgar Eduardo | 63. Lorenzo Delgado, Tomas |
| 27. Cruz Hernandez, Francisco | 64. Lorenzo Medina, Sergio Valente |
| 28. Cruz Hernandez, Juan Francisco | 65. Mar del Angel, Serafin |
| 29. Cruz Hernandez, Natanael | 66. Mar Gonzalez, Marco Antonio |
| 30. Cruz Hernandez, Paciano | 67. Mar Mendoza, Fabian |
| 31. Cruz Medina, Hector | 68. Mar Mendoza, Tomas |
| 32. Cruz Medina, Javier | 69. Mar Padilla, Narciso |
| 33. Cruz Mendoza, Rosalio | 70. Martinez del Rosal, Bernardo |
| 34. Cruz Perez, German | 71. Martinez Lorenzo, Luis Enrique |
| 35. Cruz Perez, Marino Emmanuel | 72. Mascarenas Mellado, Carlos Saturnino |
| 36. Cruz Rodriguez, Damian | 73. Mascarenas Mellado, Hector |
| 37. Cruz Santiago, Pascual | 74. Mascarenas Mellado, Silvino |

B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 75. | Maya Aguilar, Jesus | | 112. | Ramirez Constantino, Felipe |
| 76. | Maya Aguilar, Silviano | | 113. | Ramirez Perez, Felipe |
| 77. | Maya Alonso, Pedro | | 114. | Ramirez Perez, Luis Miguel |
| 78. | Maya Cortez, Benito | | 115. | Reyes Santiago, Pablo |
| 79. | Maya Cortez, Lazaro | | 116. | Sanchez Gonzalez, Amado |
| 80. | Maya Cruz, Fernando | | 117. | Santos Barrios, Eliud |
| 81. | Maya Cruz, Ricardo | | 118. | Santos Barrios, Refugio |
| 82. | Maya Cruz, Ruben | | 119. | Santos Barrios, Romelio |
| 83. | Maya Morales, Alexis | | 120. | Santos Herrera, Adelaido |
| 84. | Maya Perez, Bernardo | | 121. | Santos Herrera, Benjamin |
| 85. | Maya Perez, Francisco | | 122. | Santos Ruiz, Efrain |
| 86. | Maya Perez, Jose Luis | | 123. | Santos Tovar, Efrain |
| 87. | Maya Perez, Teodulo | | 124. | Santos Tovar, Luis Guillermo |
| 88. | Maya Perez, Vicente | | 125. | Tiburcio Cruz, Jose Marcial |
| 89. | Maya Rodriguez, Vicente | | 126. | Vazquez Ramirez, Bernardo |
| 90. | Maya Santos, Pedro Cain | | 127. | Villalobos Constantino, Humberto |
| 91. | Maya Sosa, Silviano | | 128. | Villalobos Constantino, Jose Guadalupe |
| 92. | Maya Villalobos, Roberto | | 129. | Villalobos Cruz, Juan Diego |
| 93. | Mendoza Lorenzo, Francisco | | 130. | Villalobos Maya, Jaime |
| 94. | Medina Ruiz, Castulo | | 131. | Villalobos Maya, Ramiro |
| 95. | Medina Ruiz, Leonisia | | | |
| 96. | Mendoza Lorenzo, Pablo | | | |
| 97. | Mendoza Lorenzo, Petronilo | | | |
| 98. | Mendoza Mendoza, Juan Carlos | | | |
| 99. | Meza Torres, Florentino | | | |
| 100. | Morales Franco, Jaime | | | |
| 101. | Morales Ramirez, Cutberto | | | |
| 102. | Ortega Barrios, Antonio | | | |
| 103. | Ortega Perez, Rosalio | | | |
| 104. | Perez Alonzo, Benito | | | |
| 105. | Perez Morales, Josue | | | |
| 106. | Perez Perez, Elfego | | | |
| 107. | Perez Ramirez, Carlos | | | |
| 108. | Perez Ramirez, Cristobal | | | |
| 109. | Perez Villalobos, Gustavo | | | |
| 110. | Perez Villalobos, Juan Manuel | | | |
| 111. | Portales Hernandez, Jaime | | | |

## B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE LAS CHACAS S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

1   Aguilar Castaneda Santos
2   Aguilar Maya Roderick
3   Castan Gonzalez Gildardo
4   Cruz Benitez Narcizo
5   Cruz Flores Luciana
6   Cruz Roman Marcelo
7   Cruz Solano Jorge
8   Cruz Valdez Raymundo
9   Cruz Valdez Teodoro
10  De la Rosa Malpica Nefi
11  De Luna Ordonez Jorge Alberto
12  De Luna Ordonez Melquiades
13  De Luna Ordonez Porfirio
14  Espinoza Cruz Angel
15  Franco Zaleta Joel
16  Garcia Santes Agustin
17  Garcia Valdez Jose
18  Garcia Valdez Jose Obrero
19  Herrera Istepan Jose Alberto
20  Juarez Castillo Luis
21  Lima Benitez Carlos
22  Lima Noguera Carlos
23  Lima Ruiz Carlos Orlando
24  Maldonado Jiminez Eusebio
25  Maldonado Martinez Luis Ramon
26  Maldonado Morales Jose Luis
27  Maldonado Vargas Jose Luis
28  Maldonado Vargas Julio Cesar
29  Maldonado Vazquez Agustin
30  Martinez Casio Artemio
31  Martinez Ordonez Artemio
32  Maya Aguilar Leonardo
33  Mendoza Gonzalez Jesus Alberto
34  Molar Gonzalez Angel
35  Molar Gonzalez Emilio
36  Molar Gonzalez Fernando
37  Molar Gonzalez Francisca
38  Molar Gonzalez Santiago
39  Molar Narvaez Camilo
40  Ortega Palacios Mauro
41  Ortega Quinto Jorge Alberto
42  Perez Flores Angel
43  Perez Flores Arturo
44  Perez Flores Elidio
45  Rivera del Angel Jose Manuel

## B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE LAS CHACAS S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

| | |
|---|---|
| 46 | Rodriguez del Angel Macario |
| 47 | Tellez Cruz Rodolfo |
| 48 | Tellez Marquez Rodolfo |
| 49 | Ugalde Franco Paulino |
| 50 | Ugalde Lima Carlos Vidal |
| 51 | Valencia de Luna Miguel |

**B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.**

**"COOP PLAINTIFFS"**

---

1. Ahumada Garcia, Amancio
2. Alejandre Gonzalez, Alejandro
3. Arregoita Constantino, Higinio
4. Arregoita Mar, Anastacio
5. Arteaga Gonzalez , Ruben
6. Arteaga Mar, Eloy
7. Arteaga Marquez, Froylan
8. Arteaga Marquez, Pablo
9. Arteaga Marquez, Porfirio
10. Arteaga, Arnulfo
11. Barragan Constantino, Gonzalo
12. Barragan Constantino,Matias
13. Betancourt Betancourt, Miguel Angel
14. Cano Hernandez , Jose Alfredo
15. Casanova Gallardo, Marcelina
16. Castro, Mario
17. Constantino Armenta, Rigoberto
18. Constantino Casanova, Vicente
19. Cruz Alejandre, Saturnino
20. Cruz Blanco, Lazaro
21. Cruz Blanco, Leandro
22. Cruz Blanco, Trinidad
23. Cruz Casanova, Mariano
24. Cruz Cruz, Ernesto
25. Cruz Hernandez, Jose Mercedes
26. Cruz Mar, Policarpo
27. Cruz Mar, Rumualdo
28. Cruz Ortega Saturnino
29. Cruz Ortega, Hipolito
30. Cruz Perez, Dionicio
31. Cruz Sanchez, Juan Policarpo
32. Cruz Villarreal, Hugo
33. Deantes Hernandez, Nicolas
34. Del Angel Nunez, Alberto
35. Del Angel Nunez, Armando
36. Delgado Casanova, Jose de Jesus
37. Delgado Gallardo, Crisologo
38. Delgado Gallardo, Saturnino
39. Delgado Gonzalez, Javier
40. Escalante Casanova, Luciano
41. Estevez Meza, Felipe
42. Estevez Perez, Jose de Jesus
43. Estevez Ramirez, Felipe
44. Estevez Ramirez, Fernando
45. Estevez Ramirez, Jesus
46. Estevez Ramirez, Vicente
47. Figueroa Hernandez, Fernando
48. Flores Flores, Modesto
49. Garcia Alejandre, Manuel
50. Garcia del Angel Abelino
51. Garcia del Angel Humberto
52. Garcia del Angel Victor Manuel
53. Garcia Gonzalez Jorge Arturo
54. Garcia Gonzalez Juan Ramon
55. Garcia Gonzalez Rey David
56. Garcia Gonzlez Toribio
57. Garcia Hernandez Miguel Arcangel
58. Garcia Hernandez Silvano
59. Garcia Nunez Venustiano
60. Garcia Perez Guadencio
61. Garcia Portales Alonso
62. Gomez Armenta Ariel
63. Gomez Ruiz Adan
64. Gomez Ruiz Rodolfo
65. Gonzalez Arteaga  Javier
66. Gonzalez Arteaga Arnulfo
67. Gonzalez Arteaga Ruben
68. Gonzalez Barrios Andres
69. Gonzalez Barrios Nelson
70. Gonzalez Barrios Rosendo
71. Gonzalez Carvajal Cirilo
72. Gonzalez Constantino Domingo
73. Gonzalez Constantino Jose Gabriel
74. Gonzalez Cruz Luis
75. Gonzalez Deantes Cosme
76. Gonzalez Esteves Roque
77. Gonzalez Garcia Alfredo
78. Gonzalez Garcia Felipe
79. Gonzalez Garcia Marcelo
80. Gonzalez Garcia Roberto
81. Gonzalez Garcia Santiago
82. Gonzalez Gonzalez Efrain
83. Gonzalez Gonzalez Higinio
84. Gonzalez Gonzalez Jorge Luis
85. Gonzalez Gonzalez Juan
86. Gonzalez Gonzalez Mauricio
87. Gonzalez Gonzalez Pablo
88. Gonzalez Gonzalez Rafael
89. Gonzalez Hernandez Juan Vicente
90. Gonzalez Mar Flaviano
91. Gonzalez Mar Porfirio
92. Gonzalez Marquez Lorenzo
93. Gonzalez Perez Alonso

## B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA VERACRUZANA S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

94.    Gonzalez Perez Arturo
95.    Gonzalez Perez Roman
96.    Gonzalez Perez Victor
97.    Gonzalez Rivera Lorenzo
98.    Gonzalez Rodriguez Andres Noe
99.    Gonzalez Rodriguez Guadalupe
100.   Gonzalez Rodriguez Maria del Refugio
101.   Gonzalez Rodriguez Oscar
102.   Gonzalez Zaleta Cesareo
103.   Gonzalez Zaleta Juan
104.   Gonzalez Zaleta Maximo
105.   Gonzalez Zaleta Santiago
106.   Hernandez Ahumada Pedro
107.   Hernandez Alonso Jose Alberto
108.   Hernandez Casanova Jose Guadalupe
109.   Hernandez Casanova Leobardo
110.   Hernandez Castro Gabriel
111.   Hernandez Castro Juan Manuel
112.   Hernandez Castro Mario
113.   Hernandez Cruz Concepcion
114.   Hernandez Cruz Fidel
115.   Hernandez Cruz Jaime
116.   Hernandez Cruz Rene
117.   Hernandez Erasto
118.   Hernandez Garcia Gabriel
119.   Hernandez Garcia Jose Luis
120.   Hernandez Garcia Nereo
121.   Hernandez Garcia Ubaldo
122.   Hernandez Garcia Victor
123.   Hernandez Hernandez Arturo
124.   Hernandez Hernandez Fidel
125.   Hernandez Maya Perfecto
126.   Hernandez Maya Ruben
127.   Hernandez Mendoza Celestino
128.   Hernandez Mendoza Hugo Cesar
129.   Hernandez Mendoza Martin
130.   Hernandez Mendoza Noe
131.   Hernandez Mendoza Serafin
132.   Hernandez Morales Hugo Alejandro
133.   Hernandez Morales Julio Cesar
134.   Hernandez Ortega Julio
135.   Hernandez Ortega Ricardo
136.   Hernandez Perez Erasto
137.   Hernandez Perez Felipe Neri
138.   Hernandez Perez Jose Guadalupe
139.   Hernandez Perez Juan Manuel
140.   Hernandez Ramirez Andres

141.   Hernandez Ramirez Bonifacio
142.   Hernandez Saldana Eusebio
143.   Hernandez Saldana Teodulo
144.   Lara Amaya Alberto
145.   Ledezma Armenta Inocente Benjamin
146.   Lopez Barrios Antonio
147.   Maldonado Rivas Rogelio
148.   Maldonado Rivera Ignacio
149.   Malerva Villarreal Margarito
150.   Mar Blanco Nabor
151.   Mar Gallardo Epifanio
152.   Mar Gonzalez Rafael
153.   Mar Mendoza Carlos
154.   Mar Mendoza Jorge
155.   Mar Mendoza Salvador
156.   Mar Perez Arnulfo
157.   Mar Perez Baltazar
158.   Mar Perez Hermenegildo
159.   Mar Perez Ramon
160.   Mar Sanchez Daniel
161.   Mar Sanchez Israel
162.   Mar Sanchez Jorge Felix
163.   Mar Villalobos Artemio
164.   Mar Villalobos Leonardo
165.   Martinez Chavez Jose Carmen
166.   Martinez Hernandez Graciano
167.   Mendez Alvarado Anibal
168.   Mendez Alvarado Arturo
169.   Mendoza Nunez Nabor
170.   Mendoza Perez Antonio
171.   Morales Constantino Alfredo
172.   Morales Constantino Melchor
173.   Morales Constantino Nicolas
174.   Morales Constantino Oscar
175.   Morales Perez Eduardo
176.   Morales Torres Alvaro
177.   Morales Torres Nicolas
178.   Munoz Garcia Santiago
179.   Nunez Alvarado Alfredo
180.   Nunez Alvarado Bernardo
181.   Nunez Cruz Fidel
182.   Nunez Cruz Francisco
183.   Nunez Cruz Hugolino
184.   Nunez Delgado Ruben
185.   Nunez Diaz Luis
186.   Nunez Garcia Alvaro
187.   Nunez Garcia Ciro

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

188. Nunez Gonzalez Cutberto
189. Nunez Montes Jaime
190. Nunez Montes Roberto
191. Nunez Montes Salomon
192. Nunez Santiago Jose
193. Olivares Malerba Ubaldo
194. Olivares Segura Silvano
195. Ortega Mar Anacleto
196. Ortega Mar Fernando
197. Ortega Perez Jaime
198. Ortiz Casanova Armando
199. Pena Humberto
200. Perez Barrios Virgilio
201. Perez Cruz Armando
202. Perez Cruz Ascencion
203. Perez Escamilla Andres
204. Perez Escamilla Jaime
205. Perez Gonzalez Roberto Carlos
206. Perez Hernandez Fernando
207. Perez Hernandez Ismael
208. Perez Hernandez Tomas
209. Perez Mar Jose Eduardo
210. Perez Ortega Benito
211. Perez Ortega Roberto Ismael
212. Perez Torres Isaias
213. Perez Villalobos Roberto Carlos
214. Pertales Delgado Amadeo
215. Pimentel Cruz Magdaleno
216. Pimentel Cruz Noe
217. Pimentel Garcia Pedro
218. Pimentel Garcia Urbano
219. Pimentel Lopez Fermin
220. Pineyro del Angel Juan Antonio
221. Portales de Leon Perfecto
222. Portales Hernandez Yorchie
223. Puga Martinez Santiago
224. Puga Santiago Abel
225. Puga Santiago Anibal
226. Puga Santiago Gustavo
227. Puga Santiago Hector
228. Ramirez Cervantes Abraham
229. Ramirez Gonzalez Jose
230. Ramirez Gonzalez Jose Guadalupe
231. Reyes Flores Miguel
232. Reyes Santiago Guadalupe
233. Rivera Gonzalez Luis  Alberto
234. Rodriguez Acosta Andres

235. Rodriguez Zaleta Fidel
236. Salas Casanova Domingo
237. Salas Cruz Catalino
238. Salas Gonzalez Jose Guadalupe
239. Salas Reyes Aureliano
240. Salas Reyes Felix
241. Salas Reyes Joel
242. Salas Reyes Pedro
243. Salvador Garcia Abel
244. Salvador Garcia Angel
245. Salvador Garcia Rigoberto
246. Santiago Esteves Isabel
247. Segura Casanova Mauricio
248. Segura del Angel Jose Luis
249. Segura del Angel Juvencio
250. Segura Rios Angel
251. Segura Rocha Esteban
252. Segura Sanchez Emigdio
253. Sosa Garcia Venustiano
254. Sosa Perez Victor
255. Valdes del Angel Francisco Javier
256. Valdez Gonzalez Ciro
257. Vazquez Cruz Filemon
258. Vazquez Garcia Crecencio
259. Vazquez Sosa Hernan
260. Vazquez Villalobos Jose Luis
261. Vazquez Villalobos Noe
262. Villarreal Barrios Leonte
263. Villarreal Constantino David
264. Villarreal Martinez Toribio
265. Villarreal Olivares Carlos
266. Villarreal Rivera Guadalupe
267. Zaleta Barrios Miguel Angel
268. Zaleta Barrios Porfirio
269. Zaleta Cruz Alejandro
270. Zaleta Cruz Hermenegildo
271. Zaleta Cruz Natividad
272. Zaleta Gonzalez Jorge Luis
273. Zaleta Gonzalez Julian
274. Zaleta Gonzalez Lorenzo
275. Zaleta Lorenzo Efrain
276. Zaleta Ortgea Angel
277. Zaleta Salvador Irineo
278. Zaleta Salvador Leobardo

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 1. | Aran Castro, Sergio | | 42. | Lopez Florencio, Martin |
| 2. | Aran Meza, Marco Antonio | | 43. | Lopez Florencio, Roman |
| 3. | Castellanos Cobos, Luis | | 44. | Lopez Prianti, Jorge |
| 4. | Castellanos Villasana, Perfecta | | 45. | Lopez Prianti, Miguel Angel |
| 5. | Castro Cruz, Arturo | | 46. | Lopez Prianti, Paulino |
| 6. | Cruz Velazquez, Leoncio | | 47. | Mar Alejandre, Luis Alberto |
| 7. | Espinoza Cruz, Jesus | | 48. | Mar Hernandez, Jorge Luis |
| 8. | Espinoza Cruz, Sabino | | 49. | Mar Hernandez, Porfirio |
| 9. | Garcia Blanco, Juan | | 50. | Mar Jeronimo, Gustavo Alonso |
| 10. | Geronimo Zaleta, Jesus | | 51. | Martinez Casados, Juan |
| 11. | Gonzalez Aran, Benjamin | | 52. | Martinez Cruz, Juan Esteban |
| 12. | Gonzalez Aran, Hector Hugo | | 53. | Meza Casados, Julio Cesar |
| 13. | Gonzalez Blanco, Efrain | | 54. | Meza Cruz, Rene |
| 14. | Gonzalez Blanco, Francisco Javier | | 55. | Meza Gallardo, Arturo |
| 15. | Gonzalez Blanco, Israel | | 56. | Meza Gallardo, Gerardo |
| 16. | Gonzalez Blanco, Julio Cesar | | 57. | Meza Gallardo, Martimiano |
| 17. | Gonzalez Casados, Arnulfo | | 58. | Meza Gallardo, Pedro |
| 18. | Gonzalez Castellanos, Victor Manuel | | 59. | Meza Gonzalez, Candelario |
| 19. | Gonzalez Cruz, Cesar | | 60. | Meza Gonzalez, Felix |
| 20. | Gonzalez Cruz, Mauricio | | 61. | Meza Gonzalez, Guadalupe |
| 21. | Gonzalez Gonzalez, Amado | | 62. | Meza Gonzalez, Simon |
| 22. | Gonzalez Gonzalez, Ernesto | | 63. | Meza Gonzalez, Ventura |
| 23. | Gonzalez Gonzalez, Froylan | | 64. | Meza Hernandez, Ernesto |
| 24. | Gonzalez Gonzalez, Roman | | 65. | Meza Juarez, Julian |
| 25. | Gonzalez Meza, Filadelfo | | 66. | Meza Salas, Eulinto |
| 26. | Gonzalez Meza, Juan Carlos | | 67. | Meza Santiago, Irineo |
| 27. | Gonzalez Meza, Ricardo | | 68. | Meza Santiago, Javier |
| 28. | Gonzalez Ortiz, Abel | | 69. | Meza Torres, Ever |
| 29. | Gonzalez Rosas, Israel | | 70. | Meza Torres, Fernando |
| 30. | Hernandez Aran, Federico | | 71. | Meza Torres, Gregorio |
| 31. | Hernandez Aran, Felix | | 72. | Meza Torres, Hilario |
| 32. | Hernandez Aran, Fermin | | 73. | Meza Torres, Jose Manuel |
| 33. | Hernandez Aran, Filemon | | 74. | Meza Velazquez, Anselmo |
| 34. | Hernandez Aran, Genaro | | 75. | Meza Zequera, Abel |
| 35. | Hernandez Aran, Leonardo | | 76. | Perez Cobos, Doroteo |
| 36. | Hernandez Aran, Orlando | | 77. | Perez Cobos, Francisco |
| 37. | Hernandez Aran, Ramon | | 78. | Perez Cobos, Ramiro |
| 38. | Hernandez Aran, Rosendo | | 79. | Perez Lima, Saul |
| 39. | Hernandez Reyes, Jose Antonio | | 80. | Rodriguez Blanco, Antonio |
| 40. | Hernandez Santiago, Cirilo | | 81. | Salas Blanco, Heriberto |
| 41. | Lopez Aran, Antelmo | | 82. | Salas Gonzalez, Joel |

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

83.    Salas Gonzalez, Martin
84.    Salas Gonzalez, Teodolo
85.    Salas Hernandez, Hugo
86.    Torres Aran, Simon
87.    Torres Meza, Francisco
88.    Torres Meza, Orlando
89.    Torres, Manuel
90.    Velazquez Castellanos, Juan
91.    Villasana Castro, Alfredo
92.    Villasana Castro, Bonifacio
93.    Villasana Castro, Damaso

B15 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
SAN ANDRES S.C. DE R.L.

"COOP PLAINTIFFS"

1.    Cruz Constantino, Fernanda
2.    Cruz Garcia, Eleuterio
3.    Cruz, Andres
4.    Figon Alejandre, Guillermo
5.    Juarez Buatista, Sebastian
6.    Mar Cruz, Faustino
7.    Mar Mendoza, Abundio
8.    Mar Mendoza, Isidro
9.    Medina Perez, Blanca Estela
10.   Morales Cruz, Gualberto
11.   Morales Cruz, Omar
12.   Morales Perez, Esther
13.   Morales Perez, Jose Luis
14.   Morales Perez, Rodolfo
15.   Morales Zuniga, Filiberto
16.   Morales Zuniga, Gualberto
17.   Perez Garcia, Claudia
18.   Rosas Bautista, Pedro
19.   Santiago Hernandez, Gerardo

# B16 – LA SOCIDAD COOPERATIVA DE PRODUCCION PESQUERA DEL PUERTO DE TUXPAN DE BIENES Y SERVICIOS S.C.L. DE C.V.

## "COOP PLAINTIFFS"

1.   Aldana Mendoza Ramon
2.   Arias Mosqueda Agustin
3.   Bermudez Blanco Emilio
4.   Bermudez Cortez Cecilio
5.   Bermudez Cortez Samuel
6.   Blanco Reyes Aquilino
7.   Blanco Reyes Felipe
8.   Blasco Cruz Juan
9.   Blasco Cruz Noe
10.  Carbajal Ramos Victor
11.  Carbajal Reyes Victor Manuel
12.  Cruz Blasco Eulalio
13.  Cruz Guevara Alberto
14.  Cruz Guevara Fernando
15.  Cruz Herrera Juan
16.  Cruz Hidalgo Cosme
17.  Cruz Reyes Victor
18.  Cruz Rodriguez Alvaro
19.  Cruz Rodriguez Victor Manuel
20.  Escalante Hernandez Domingo
21.  Hernandez Cruz Eva
22.  Hernandez Cruz Francisco
23.  Hernandez Vicencio Maximino
24.  Herrera Reyes Jorge
25.  Inocencio Vicencio Clemente
26.  Inocencio Vicencio Francisco
27.  Jonguitud Valenzuela Angel
28.  Jonguitud Valenzuela Jesus
29.  Martinez Gallegos Juan Antonio
30.  Martinez Hernandez Anibal
31.  Martinez Hernandez Silvestre
32.  Martinez Leyton Rodrigo
33.  Martinez Reyes Juan Gabriel
34.  Mendoza Tellez Enrique (1)
35.  Mendoza Tellez Enrique (2)
36.  Mendoza Torres Sixto
37.  Munoz Martinez Albertano
38.  Munoz Reyes Jose
39.  Munoz Reyes Sebastian
40.  Navarrete Cruz Enrique
41.  Navarrete Cruz Julio
42.  Navarrete Cruz Pedro
43.  Perlestayn Reyes Rosalino
44.  Ponce Valdez Liliana
45.  Ramirez Juarez Gabino
46.  Ramirez Juarez Juan
47.  Ramirez Reyes Juan Manuel

48.  Rangel Hernandez Casimiro
49.  Reyes Amaro Leonardo
50.  Reyes Cruz Clemente
51.  Reyes Cruz Felix
52.  Reyes Cruz Patricio
53.  Reyes Cruz Toribio
54.  Reyes Cruz Valentin (1)
55.  Reyes Cruz Valentin (2)
56.  Reyes Cruz Venancio
57.  Reyes Cruz Zenaido
58.  Reyes Reyes Felipe
59.  Reyes Reyes Pedro
60.  Reyes Vicencio Gilberto
61.  Reyes Vicencio Lorenzo
62.  Reyes Vicencio Manuel
63.  Rivera Reyes Jaime
64.  Ruiz Castan Agustin
65.  Ruiz Cortez Jesus
66.  Sanchez Hidalgo Fortunato
67.  Solis Reyes Humberto
68.  Torres Leos Antonio
69.  Torres Leos Federico
70.  Trejo Leyton Espiridion
71.  Zaleta Reyes Miguel

# B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA OSTIONEROS DE SALADERO S.C.L.

## "COOP PLAINTIFFS"

1. Alarcon Cruz, Miguel Angel
2. Aran Blanco, Eleuterio
3. Aran Cruz, Tereso
4. Aran Hernandez, Paul
5. Aran Mar, Antonio
6. Aran Mar, Encarnacion
7. Aran Olvera, Ricardo
8. Aran Santiago, Pedro
9. Aran Valdez, Celestino
10. Aran Valdez, Miguel Angel
11. Aran Valdez, Octavio
12. Baena Aran, Jose Luis
13. Barranza Galindo, Gerardo
14. Bautista Blanco, Agustin
15. Bautista Cruz, Cirilo
16. Bautista Cruz, Gregorio
17. Bautista Cruz, Patricio
18. Bautista Cruz, Santos
19. Benites Palomares, Jose
20. Camarillo Castanon, Martin
21. Camarillo Cruz, Sergio
22. Camarillo Diaz, Rafael
23. Casados Aran, Aniceto
24. Casados Aran, Hector
25. Casados Aran, Juan
26. Casados Aran, Milton Carlos
27. Casados Casados, Delfino
28. Casados Casados, Jose Luis
29. Casados Casanova, Juan Alberto
30. Casados Meza, Alicia
31. Castellanos Hernandez, Angel
32. Castro Jeronimo, Josafat
33. Castro Sosa, Teofilo
34. Cobarrubias Casados, Cesar
35. Colunga Sanches, Vicente
36. Cruz Hernandez, Orlando
37. Cruz Juarez, Bibiano
38. Cruz Reyes, Librado
39. Cruz Ruiz, Juan Jose
40. Cruz Salvador, Alejandra
41. Cruz, Tereso
42. Deantes Valdes, Jose Lorenzo
43. del Angel Castro, Genaro
44. Escalante Cruz, Dionicia
45. Flores Castro, Bernabe
46. Flores Castro, Mario
47. Flores Jeronimo, Piedad
48. Flores Santiago, Alfredo
49. Flores Santiago, Efrain
50. Flores Santiago, Jose Antontio
51. Fransisco Fajardo, Aurelia
52. Geronimo Cruz, Andres
53. Gonzalez Castillo, Tomas
54. Gonzalez Reyes, Franco
55. Gonzalez Reyes, Maurilio
56. Gonzalez Rosas, Oscar
57. Guerrero Cruz, Alejandro
58. Guerrero Cruz, Emiliano
59. Hernandez Cruz, Clemente
60. Hernandez Cruz, Crispin
61. Hernandez Cruz, Jose Jacinto
62. Hernandez Espinoza, Bitiliano
63. Hernandez Lugo, Diego
64. Hernandez Ramiro, Margarito
65. Juarez Torres, Cesar
66. Lira Cruz, Cupertino
67. Lopez Meza, Agustin
68. Mar Aran, Esteban
69. Mar Aran, Jesus
70. Mar Aran, Juan
71. Mar Aran, Pedro
72. Mar Casanova, Jaime
73. Mar Lara, Juan Felipe
74. Mar Perez, Adolfo
75. Mar Perez, Daniel
76. Mar Perez, Meliton
77. Mar Salinas, Aurelio
78. Mar Salinas, Jesus
79. Mar Santiago, Francisco
80. Mar Torres, Joaquin
81. Mar Torres, Miguel Angel
82. Martinez Juarez, Angel
83. Martinez Mendez, Tomas
84. Meza del Angel, Margarito
85. Mora Casados, Manuel Abad
86. Mora Casados, Ruben
87. Narvaez Casados, Andres
88. Palomares Benites, Bernabe
89. Perez Mesa, Victorico
90. Ramirez Gonzalez, Victor Manuel
91. Reyes Gonzalez, Jose Alfredo
92. Reyes Guzman, Enrique (2)

## B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA OSTIONEROS DE SALADERO S.C.L.

### "COOP PLAINTIFFS"

93.   Reyes Guzman, Enrique (2)
94.   Rios Martinez, Jesus Herlindo
95.   Rosas Zaleta, Irineo
96.   Ruiz Casados, Sergio
97.   Ruiz Mar, Felipe
98.   Ruiz Mar, Primitivo
99.   Ruiz Torres, Guadalupe
100.   Santiago Flores, Lorenzo
101.   Santiago Gonzalez, Mario
102.   Santiago Hernandez, Francisco
103.   Sequera Casados, Antonio
104.   Solis Cruz, Marcial
105.   Sosa Escalante, Andres
106.   Sosa Gonzalez, Andres
107.   Torres Castellanos, Felipe
108.   Torres Cruz, Gustavo
109.   Torres Meza, Hector
110.   Torres Meza, Miguel Angel
111.   Torres Santos, Leonardo
112.   Torres Santos, Ramona
113.   Valdez Meza, Eleuterio
114.   Zaleta Rosas, German
115.   Zequera Casados, Sixto

## B18 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DE ALTURA JAROCHOS S.C. L.

### "COOP PLAINTIFFS"

1.    Castan Gonzalez Gildardo
2.    Cruz Benitez Narciso
3.    Cruz Solano Jorge
4.    Franco Zaleta Joel
5.    Herrera Istepan Jose Alberto
6.    Lima Benitez Carlos
7.    Lima Noguera Carlos
8.    Lima Ruiz Carlos Orlando
9.    Mendoza Gonzalez Jesus Alberto
10.   Ugalde Franco Paulino
11.   Ugalde Lima Carlos Vidal