**EXHIBIT "C"**

# PERMISIONARIO JOAQUIN DELGADO ORTIZ, ET AL
## "Concession Plaintiffs"

| | | |
|---|---|---|
| 1. | Permisionario Joaquin Delgado Ortiz | 213 Plaintiffs |
| 2. | Permisionario Claudio Gonzalez del Ángel | 10 Plaintiffs |
| 3. | Permisionario Reynaldo Lara Careaga | 14 Plaintiffs |
| 4. | Permisionario Jorge Nieto Gonzalez Congregacion Anahuac | 58 Plaintiffs |
| 5. | Permisionario Jorge Luis Baena Cruz | 15 Plaintiffs |
| 6. | Permisionario Aurelio Sanchez de San Luciano | 42 Plaintiffs |
| 7. | Permisionario Florencia Ortega Constantino | 14 Plaintiffs |
| 8. | Permisionario Rosalino Cruz y Pescadores de Camarón | 40 Plaintiffs |
| 9. | Permisionario Santiago del Ángel | 51 Plaintiffs |
| 10. | Permisionario Horacio Morales de la Isla de San Juan | 17 Plaintiffs |
| 11. | Permisionaria Dionicia Carballo Ponce la Laja Ozuluama | 13 Plaintiffs |
| 12. | Permisionario Jose Alfredo Gallardo Cortez Caso | 29 Plaintiffs |
| 13. | Permisionaria Maria Esther Castillo | 16 Plaintiffs |
| 14. | Permisionaria Graciela Ortega | 10 Plaintiffs |
| 15. | Permisionario Salustio Pérez Olares | 12 Plaintiffs |
| 16. | Permisionario de Pesca Flavio Alfredo Torres Eusebio Landeros Vega | 39 Plaintiffs |
| 17. | Permisionario de Pesca Cesar Gonzalez Casados Emanuel Cruz Guerrero | 3 Plaintiffs |
| 18. | Permisionario Genaro Gregorio Martinez Cantero | 1 Plaintiffs |
| 19. | Permisionaria Concepcion Guerrero Banda | 4 Plaintiffs |
| 20. | Permisionario Francisco Elioth Hernandez Segura | 2 Plaintiffs |
| 21. | Permisionario Horacio Morales Isla de Juan A Ramirez | 9 Plaintiffs |
| 22. | Permisionario Macario Mar Cruz | 1 Plaintiffs |
| 23. | Permisionario Isrrael Contreras Zaleta | 1 Plaintiffs |
| 24. | Permisionario Teodoro Gonzalez Gonzalez | 1 Plaintiffs |
| 25. | Permisionario Flavio Alfredo Torres Damian | 1 Plaintiffs |
| 26. | Permisionario Efren Balderas | 19 Plaintiffs |
| 27. | Permisionario Carmelo Estevez Martir | 10 Plaintiffs |
| 28. | Permisionario Martin Jaime Ortega Gil de San Jeronimo | 11 Plaintiffs |
| 29. | Permisionario Miguel Blanco Ortega | 2 Plaintiffs |
| 30. | Permisionario Horacio Morales Cruz | 1 Plaintiffs |
| 31. | Permisionario Jose Alfredo Martinez Gandara | 1 Plaintiffs |
| 32. | Permisionario Jose Luis Escudero Ramirez | 1 Plaintiffs |
| 33. | Permisionario Romualdo Flores Menindez | 1 Plaintiffs |
| 34. | Permisionario Efrain Cruz Lugo | 1 Plaintiffs |

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

## CONCESSION PLAINTIFFS

1. Acuna Garcia, Maria Antonia
2. Alfaro Mendez, Heriberto
3. Alfaro Mendez, Juan Carlos
4. Alfaro Ortiz, Feliciano
5. Alvarez Alvarez, Juliana
6. Alvarez Cordova, Maria Esther
7. Alvarez Cortez, Gabino
8. Alvarez Cortez, Julian
9. Alvarez Cortez, Victoria
10. Alvarez Guerrero, Ruben
11. Alvarez Martinez, Jose Gabino
12. Alvarez Martinez, Luz Esmeralda
13. Aquino Arteaga, Asiam
14. Armenta Delgado, Franco
15. Armenta Ponce, Eugenio
16. Armenta Segura, Rosa Albina
17. Arbizu Morales, Juana
18. Balleza Gomez, Guadalupe
19. Balleza Gomez, Ronaldo
20. Barrera Reyes, Justo
21. Barrios Zamilpa, Elvia Patricia
22. Barron Alejo, Socorro
23. Bautista Segura, Claudia
24. Casanova Delgado, Sara
25. Casanova Torres, Maria Guadalupe
26. Castan Lara, Paula
27. Castan Reyes, Francisco
28. Castan Reyes, Ramon
29. Cetina Sosa, Manuela Mirella
30. Constantino Cruz, Juan Gerardo
31. Cordoba Escamilla, Fernando
32. Cordoba Hernandez, Mercedes
33. Cordoba Hernandez, Reina
34. Cordova Hernandez, Guillermina
35. Cordova Ponce, Nayenci
36. Cordova Salazar, Margarita
37. Cortes Florentino, Isabel
38. Cruz Castan, Armando Enrique
39. Cruz Castan, Nora Hilda
40. Cruz Castan,Griselda
41. Cruz Garcia, Antonio
42. Cruz Gomez, Jesus
43. Cruz Gomez, Rafael
44. Cruz Hernandez, Josefina
45. Cruz Hernandez, Maria
46. Cruz Martinez, Susana
47. Cruz Morato, Luis Martin
48. Cruz Pardino Irma
49. Cruz Perez Rumauldo
50. Cruz Piedad, Jose Antonio
51. Cruz Rodriguez, Edilberto
52. Cruz Rodriguez, Reyes
53. Cruz, Josefa
54. Cuevas Martinez, Juan Felipe
55. Del Angel Briones, Maria del Pilar
56. Delgado Deantes, Juan Antonio
57. Delgado Delgado, Andres
58. Delgado Delgado, Ignacio
59. Delgado Gonzalez, Jesus Felipe
60. Delgado Gonzalez, Juan
61. Delgado Gonzalez, Lamberto
62. Delgado Ortiz, Diana Lizeth
63. Delgado Ortiz, Joaquin
64. Delgado Ortiz, Jorge Luis
65. Delgado Ortiz, Maribel
66. Delgado, Joaquin
67. Delgado, Mellado Silvia
68. Enriquez Cortes, Rosa Imelda
69. Escamilla Castillo, Amado
70. Escamilla Castillo, Consuelo
71. Escamilla Castillo, Patricio
72. Escamilla Cordoba, Maria del Pilar
73. Escobar Farfan, Denia
74. Escobar Salas, Concepcion
75. Ferral Dominguez, Abraham Ivan
76. Franco Martinez, Isaac
77. Franco Martinez, Norma
78. Gallardo Cruz, Julia Maria
79. Garcia Gonzalez, Amalia
80. Garcia Gonzalez, Obdulia
81. Garcia Resendiz, Anselmo
82. Garcia Resendiz, Andres
83. Garcia Hernandez, Juan
84. Garcia Resendiz, Reyna

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

## CONCESSION PLAINTIFFS

| | |
|---|---|
| 85. Gomez Gallardo, Guadalupe Jael | 128. Mellado Vega, Lazaro |
| 86. Gomez Gallardo, Michel Adrian | 129. Mendez Morales, Leticia |
| 87. Gomez Lorenzo, Clara | 130. Mendez Nunez, Maria Guadalupe |
| 88. Gomez Mellado, Ofelia | 131. Mendoza del Angel, Agustin |
| 89. Gomez Sanchez, Glafira | 132. Mendoza del Angel, Maria Elena |
| 90. Gomez Zavala, Joel | 133. Mendoza del Angel, Santos |
| 91. Gomez Zavala, Luz Maria | 134. Mendoza Garcia, Hortencia |
| 92. Gonzalez Arteaga, Hector Daniel | 135. Mireles Rangel, Avilene |
| 93. Gonzalez Chavez, Alejandro | 136. Mireles Rangel, Tomas |
| 94. Gonzalez Chavez, Maria Isabel | 137. Mireles, Tomas |
| 95. Gonzalez Constantino, Karla Yanira | 138. Monrroy Martinez, Jorge |
| 96. Gonzalez Figon, Gabina | 139. Morato Aquino, Fernando |
| 97. Gonzalez Gonzalez, Mariano | 140. Morato Franco, Fernando |
| 98. Gonzalez Perusquia, Cristian Rafael | 141. Morato Sobrevilla, Maria Guadalupe |
| 99. Gonzalez Sifuentes, Jose Francisco | 142. Mota Gonzalez, Sara |
| 100. Gonzalez, Mariano | 143. Nuera Cruz, Teresa |
| 101. Guerrero Resendis, Rosa Laura | 144. Olmedo Campos, Juana |
| 102. Hernandez Alvarez, Margarita | 145. Olmedo Campos, Leticia |
| 103. Hernandez Cruz, Apolonio | 146. Orduna Garcia, Maria Antonia |
| 104. Hernandez Cruz, Susana | 147. Ortiz Alvarado, Fernando |
| 105. Hernandez Morato, Jesus Manuel | 148. Ortiz Armenta, Apolinar |
| 106. Hernandez Morato, Juana Maria | 149. Ortiz Armenta, Maria Crisofora |
| 107. Ibarra del Angel, Leslie Edith | 150. Ortiz Armenta, Maria Isabel |
| 108. Ibarra Salazar Ignacio | 151. Ortiz Casanova, Alicia |
| 109. Juarez Mendez, Ariel | 152. Ortiz Hernandez, Margarita |
| 110. Lacio Juarez, Leobardo | 153. Ortiz Vera, Carlos Humberto |
| 111. Lambarria Hernandez, Joaquina | 154. Ortiz Vera, David |
| 112. Lito Desiderio, Yeni | 155. Ortiz Vera, Fernando |
| 113. Mar Segura, Nicolas | 156. Pena Gomez, Diego |
| 114. Mar Segura, Zoila | 157. Perez Hidalgo, Maria Leonor |
| 115. Martinez Alvares, Arcelia | 158. Perez Leal, Maria de la Luz |
| 116. Martinez Alvarez, Josefina | 159. Perez Mascarenas, Fredy |
| 117. Martinez Alvarez, Maria Felicitas | 160. Perez Perez, Carmen |
| 118. Martinez Malerva, Angel | 161. Piedad Hernandez, Dionicia |
| 119. Martinez Martinez, Austreberta | 162. Ponce Cruz, Elodia |
| 120. Martinez Quintanar, Angelica | 163. Ponce Lambarria, Benita |
| 121. Maya Gallardo, Hedilberto | 164. Pulido Bautista, Estanislada |
| 122. Maya Perez, Hilaria | 165. Quintanar Castan, Maria Luisa |
| 123. Mellado Perez, Evangelina | 166. Quintanar Castan, Luis David |
| 124. Mellado Perez, Maria del Rosario | 167. Quiroz Martinez, Angelica |
| 125. Mellado Perez, Martha Elena | 168. Quiroz Olvera, Santiago |
| 126. Mellado Perez, Silvia | 169. Ramirez Constantino, Roberto |
| 127. Mellado Segura, Martha Leticia | 170. Ramirez Roman, Alfonso |

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

## CONCESSION PLAINTIFFS

| | | | |
|---|---|---|---|
| 171. | Ramos Arvizu, Yahaira | 213. | Zaleta Ruiz, Blas |
| 172. | Ramos Castillo, Roberta | | |
| 173. | Ramos Mascarenas, Jose Ines | | |
| 174. | Rangel Alvarez, Maricela | | |
| 175. | Rangel Torres, Celia | | |
| 176. | Rangel Torres, Guadalupe | | |
| 177. | Rangel Vazquez, Demetria | | |
| 178. | Rangel Vazquez, Evelia | | |
| 179. | Reyes Zamora, Santa Ana | | |
| 180. | Rivera Castro, Maria Guadalupe | | |
| 181. | Rivera Cruz, Andres | | |
| 182. | Rivera Cruz, Evaristo | | |
| 183. | Rivera Cruz, Javita | | |
| 184. | Rivera Cruz, Julio | | |
| 185. | Rivera Cruz, Luis Alberto | | |
| 186. | Rivera Cruz, Miguel | | |
| 187. | Rivera Cruz, Miguel | | |
| 188. | Rivera Cruz, Teresa | | |
| 189. | Rivera Garcia, Odorico | | |
| 190. | Rivera Hernandez, Hector Miguel | | |
| 191. | Rodriguez Cruz, Paula | | |
| 192. | Roman Meza, Rigoberto | | |
| 193. | Ruiz Sanchez, Guillermina | | |
| 194. | Salazar Hernandez, Maria del Carmen | | |
| 195. | Salazar Hernandez, Santa Judith | | |
| 196. | Salazar Juarez, Maria de Jesus | | |
| 197. | Saldana Hernandez, Nancy | | |
| 198. | Sanchez Cordova, Julia Elisa | | |
| 199. | Sanchez Delgado, Agapito | | |
| 200. | Sanchez Garcia, Salvador Esmeraldo | | |
| 201. | Sanchez Garcia, Roberto | | |
| 202. | Sanchez Garcia, Yesenia Gabriela | | |
| 203. | Sanchez Ramirez, Salvador | | |
| 204. | Segura Reyes, Maria Enriqueta | | |
| 205. | Silva Sanchez, Cira | | |
| 206. | Sobrevilla Ortiz, Maria de la Luz | | |
| 207. | Sobrevilla Ortiz, Ubalda | | |
| 208. | Soto Rodriguez, Ma Rosalinda | | |
| 209. | Torres Garcia, German | | |
| 210. | Vera Cruz, Irma Estela | | |
| 211. | Zacarias Sobrevilla, Jesus | | |
| 212. | Zacarias Sobrevilla, Lazaro | | |

## C2 - PERMISIONARIO CLAUDIO GONZALEZ DEL ANGEL

## CONCESSION PLAINTIFFS

1   Alcantar del Angel, Alfredo
2   Del Angel Ruiz, Alejandrino
3   Gonzalez del Angel, Claudio
4   Gonzalez del Angel, Edgar Toribio
5   Gonzalez Gonzalez, Mariano
6   Martinez Alvarez, Maria Felicitas
7   Reyes Zamora, Santa Ana
8   Roman del Angel, Alfredo
9   Roman Miranda, Felipe
10  Sebastian Zaleta, Jose Eduardo

## C3 - PERMISIONARIO REYNALDO LARA CAREAGA

## CONCESSION PLAINTIFFS

1. Alejandre Salguero, Federico
2. Cruz Ovando, Eliuth
3. Ferral Diaz, Irma
4. Lara Careaga, Reynaldo
5. Lara Valenzuela, Cesar Augusto
6. Lara Valenzuela, Jorge Isaac
7. Lara Valenzuela, Reinaldo Arturo
8. Leandro Cardenas, Yanin
9. Morales Cobos, Olga
10. Perez Cruz, Maria Teresa
11. Roman Perez, Anita
12. Roman Perez, Juliana
13. Sobrevilla Hernandez, Severiana
14. Valenzuela Lopez, Rosalia

## C4 - PERMISIONARIO JORGE NIETO GONZALEZ CONG. ANAHUAC

## CONCESSION PLAINTIFFS

1. Acosta Mejia, Alejandro
2. Acosta Mejia, Luis Antonio
3. Castillo Nieto, Edgar Israel
4. Cruz Carrasco, Valente
5. Cruz Gomez, Eloy
6. Cruz Vicencio, Isabel
7. De Luna Ordonez, Ismael
8. Ender Diaz, Carlos Enrique
9. Ender Diaz, Jose Adan
10. Ender Diaz, Jose Maurilio
11. Ender Diaz, Miguel Angel
12. Gallardo Aguilar, Francisco
13. Gallardo Cruz, Aidee
14. Gallardo Cruz, Blanca Estela
15. Gallardo Cruz, Rosalba
16. Gallardo Martinez, Adalid
17. Gallardo Callejas, Jose Luis
18. Gomez Cruz, Juan Bernardo
19. Gonzalez Cruz, Bertha
20. Gonzalez Gallardo, Alexis Alfonso
21. Gonzalez Obando, Alfonso
22. Gonzalez Reyes, Genaro
23. Guerrero Alvarez, Benito
24. Guerrero Contreras, Benito
25. Hernandez Martinez, Roberto
26. Leon Casarin, Jose Alfredo
27. Mar Herrera, Tito
28. Martinez Briones, Gregorio
29. Martinez Briones, Jose Francisco
30. Martinez Hernandez, Aniceto
31. Martinez Hernandez, Rigoberto
32. Mejia Flores, Antolin
33. Melendez Reyes, Julian
34. Nieto Castillo, Luis Rey
35. Nieto Gonzalez, Agustin
36. Nieto Gonzalez, Bertha Alicia
37. Nieto Gonzalez, Jorge
38. Nieto Gonzalez, Mireya
39. Nieto Gonzalez, Rafael
40. Nieto Martinez, David
41. Nieto Rivera, Mauro
42. Nieto Rivera, Pedro
43. Ortega Malerva, Javier
44. Ovando Mendez, Benito
45. Ovando Ovando, Americo
46. Perez Hernandez, Sergio
47. Perez Huerto, Abisai
48. Perez Juarez, Francisco Javier
49. Porras Ender, Victor Manuel
50. Rivera Ahumada, Ricardo
51. Rodriguez Quiroz, Jesus
52. Rojas Aguilar, Clemente
53. Roman Gomez, Atanasio
54. Roman Nolasco, Francisco Javier
55. Salinas Nieto, Norma Alicia
56. Sanchez Gallardo, Jesus
57. Sanchez Gonzalez Julio Juan
58. Sobrevilla Ortega, Jose Guadalupe

## C5 - PERMISIONARIO JORGE LUIS BAENA

## CONCESSION PLAINTIFFS

1.      Baena Cruz, Jorge Luis
2.      Capitan Cruz, Diego
3.      Cruz Galindo Francisco
4.      Cruz Rodriguez, Guillermo
5.      Garcia Ramos, Salmai Patricia
6.      Gomez Ramos, Andres
7.      Hernandez Geronimo, Francisca
8.      Hernandez Parrilla, Francisco
9.      Hernandez Santiago, Juana
10.     Martinez Cruz, Alejandro
11.     Martinez Hernandez, Javier Alejandro
12.     Olazoran Ortega, Santos Paulino
13.     Rodriguez Santander, Rosa Maria
14.     Santander Leandro, Diana Maria
15.     Santander Leyton, Daniel

## C6 - PERMISIONARIO AURELIO SANCHEZ DE SAN LUCIANO

## CONCESSION PLAINTIFFS

| | |
|---|---|
| 1. Aguilar Alvarado, Maria Antonia | 22. Gonzalez Olivares, Anaisa |
| 2. Alejandre Salguero, Federico | 23. Lara Careaga, Reynaldo |
| 3. Blanco Clara, Inocencio | 24. Lara Valenzuela, Cesar Agusto |
| 4. Cruz Gonzalez, Maria del Pilar | 25. Lara Valenzuela, Jorge Isaac |
| 5. Cruz Ovando, Eliuth | 26. Lara Valenzuela, Reynaldo Arturo |
| 6. Ferral Diaz, Irma | 27. Leandro Cardenas, Yanin |
| 7. Garcia Alejandre, Erasmo | 28. Mar Gonzalez, Dolores Virginia |
| 8. Garcia Lara, Viola | 29. Martinez Parada, Gelacia |
| 9. Garcia, Margarita | 30. Martinez Ramirez, Enriqueta |
| 10. Gomez Ruiz, Ramiro | 31. Mata Mar, Dulce Maria del Rocio |
| 11. Gonzalez Aguilar, Felipe | 32. Meza Cruz, Lorena |
| 12. Gonzalez Aguilar, Omar | 33. Morales Cobos, Olga |
| 13. Gonzalez Aguilar, Roxana | 34. Pascual Cruz, Enriqueta |
| 14. Gonzalez Barrios, Erasmo | 35. Perez Cruz, Maria Teresa |
| 15. Gonzalez Escobar, Judith | 36. Roman Perez, Anita |
| 16. Gonzalez Garcia, Domitila | 37. Roman Perez, Juliana |
| 17. Gonzalez Garcia, Gumercindo | 38. Ruiz Rocha, Teresita |
| 18. Gonzalez Garcia, Laura | 39. Sanchez del Angel, Aurelio |
| 19. Gonzalez Garcia, Maria Teresa | 40. Sanchez Gonzalez, Uriel |
| 20. Gonzalez Garcia, Valentin | 41. Sobrevilla Hernandez, Severiana |
| 21. Gonzalez Mata, Felipa | 42. Valenzuela Lopez, Rosalia |

## C7 - PERMISIONARIO FLORENCIO ORTEGA CONSTANTINO

## CONCESSION PLAINTIFFS

1.    Escribano Lopez Felix Octavio
2.    Gallardo Juarez Roberto
3.    Hernandez Cruz Jose
4.    Hernandez Reyes Antonio
5.    Hernandez Reyes Jesus
6.    Hernandez Reyes Leonel
7.    Leandro Casanova Victor Manuel
8.    Leandro Hidalgo Guadalupe
9.    Leandro Malerva Luis Angel
10.   Mar Ferral Alejandro
11.   Mendez Carrillo Fernando
12.   Mendoza Constantino Adelaido
13.   Nolasco Bautista Efren
14.   Ortega Constantino Florencio

## C8 - PERMISIONARIO ROSALINO CRUZ DAVILA Y PELADORES DE CAMARON

## CONCESSION PLAINTIFFS

1. Barrios Santos, Oscarnel
2. Cruz Cruz, Rafael
3. Cruz Cruz, Rosa
4. Cruz Davila Filomena
5. Cruz Davila, Galindo
6. Cruz Davila, Rosalino
7. Cruz Maya, Claudia
8. Cruz Perez, Flavio Santos
9. Cruz Perez, Martha Leticia
10. Cruz Romero, Alma Alicia
11. Cruz Romero, Joaquina
12. Cruz Villalobos, Amanda
13. Cruz Zavala, Filomeno
14. Del Angel Hernandez, Amado
15. Del Angel Hernandez, Herlinda
16. Del Angel Pecero, Socorro
17. Franco Olivares, Alma Nelly
18. Garcia Hernandez, Salvador
19. Garcia Mar, Samuel
20. Garcia Mar, Sergio
21. Gonzalez Mar, Natanahel
22. Leiva Vite, Heriberto
23. Lira Romero, Lorena
24. Lorenzo Cruz, Irma
25. Manuel de la Cruz, Olivia
26. Mar Hernandez, Ivan Giovanni
27. Maya Malerva, Emilio
28. Maya Perez, Blanca Evelia
29. Mendoza Perez, Felipa
30. Meza Ferral, Ana Lidia
31. Meza Torres, Maria Rafaela
32. Nieto Nieto, Jose Andres
33. Perez Alonso, Catalina
34. Salas Cruz, Erika Maria
35. Sanchez Barrios, Filomena
36. Soto Maravilla, Leonor
37. Villalobos del Angel, Maria Guadalupe
38. Villalobos Maya, Sandra Lisset
39. Zuniga Sanchez, Filiberto
40. Zuniga, Reyes, Evaristo

## C9 - PERMISIONARIO SANTIAGO DEL ANGEL

## CONCESSION PLAINTIFFS

1. Aguirre Casanova, Madgdalena
2. Bautista Perez, Maria Magdalena
3. Bautista Perez, Miguel
4. Camacho del Angel, Elvia Liliana
5. Camacho del Angel, Santiago Eliud
6. Camacho del Angel, Sixto Haniel
7. Camacho Mata, Sixto
8. Candelario Flores, Gilberto
9. Deantes Perez, Nanci
10. Del Angel Hernandez, Omar Israel
11. Del Angel Perez Israel
12. Del Angel Perez, Abraham Santiago
13. Del Angel Perez, Maria Del Socorro
14. Del Angel Santiago, Catarino
15. Del Angel Santiago, Santiago
16. Diaz Bautista, Gabriela
17. Diaz Hernandez, Salvador
18. Enrique del Angel, Constantino
19. Garcia Hernandez, Yuridia
20. Garcia Perez, Hugo Alberto
21. Garcia Perez, Julio Cesar
22. Guzman del Angel, Jose Concepcion
23. Hernadez Soni, Norma
24. Hernandez Cardenas, Marlenne
25. Hernandez Cruz, Marcos
26. Hernandez Cruz, Sergio
27. Hernandez Hernandez, Norma Enedely
28. Hernandez Mar, Eduardo
29. Hernandez Ramirez, Julia
30. Hernandez Soni, Abigahil
31. Hernandez Soni, Otoniel
32. Hernandez Tovar, Sarai
33. Mar Hernandez, Wendy Viridiana
34. Medina Perez, Castulo
35. Medina Perez, Nora Hilda
36. Medina Perez, Vicente
37. Ortega Quinto, Jesus Alberto
38. Perez Hernandez, David
39. Perez Hernandez, Moises
40. Perez Mar, Luciana
41. Perez Santiago, Elvia
42. Perez Santiago, Socorro
43. Ramos Ramos, Maria del Carmen
44. Reyes Figon, Reyna
45. Rodriguez del Angel, Florencio
46. Salvador Cruz, Jose
47. Santiago Copal, Cresencio
48. Santos Barrios, Tomas
49. Soni Vicencio, Eleyser
50. Ventura Hernandez, Miguel
51. Ventura Salazar, Miguel

# C10 - PERMISIONARIO HORACIO MORALES DE LA ISLA DE SAN JUAN

## CONCESSION PLAINTIFFS

1. Blanco Reyes, Israel
2. Blanco Reyes, Javier
3. Cruz Cenobio, Antonino
4. Cruz Cenobio, Jose Ines
5. Figon Delgado, Benito
6. Hernandez Del Angel, Mercedes
7. Jimenez Perez, Eugenio
8. Juarez Bautista, Rosendo
9. Juarez Martir, Gregorio
10. Mendoza Cruz, Federico
11. Morales Cruz, Juan Fernando
12. Morales Gallardo, Heriberto
13. Morales Hernandez, Gerardo
14. Morales Perez, Armando
15. Perez Perez, Margarita
16. Perez Rivera, Adan
17. Reyes Hernandez, Jose

**C11 - PERMISIONARIA DIONICIA CARBALLO PONCE LA LAJA OZULUAMA**

**CONCESSION PLAINTIFFS**

1. Blanco Garcia Juana
2. Carballo Ponce Dionica
3. Cruz Del Angel Ana Gabriela
4. Cruz Garcia Florencio
5. Flores Castro Maria Isabel
6. Garcia Del Angel Nora Hilda
7. Gonzalez Carballo Juan Carlos
8. Gonzalez Estevez Elver Rudi
9. Gonzalez Estevez Maria Nory
10. Gonzalez Estevez Tomas Sangines
11. Martinez Castellanos Leova
12. Ramos Cruz Doroteo
13. Dioncia Carballo Ponce

# C12 - PERMISIONARIO JOSE ALFREDO GALLARDO CORTEZ CASO

## CONCESSION PLAINTIFFS

1.  Aguilar Carballo Feliciano
2.  Aguilar Villasana Yesenia Rubi
3.  Almendariz Villazana Reynaldo
4.  Armendariz Gomez Oscar
5.  Armendariz Gomez Tomas
6.  Almendarez Villasana Andres
7.  Barragan Tiburcio Leonardo
8.  Cabrera Echeverria Celestino
9.  Cruz Reyes Adolfo
10. Cruz Saldana Genaro
11. Cuervo Velazquez Galdino
12. Del Angel Torres Jose Luis
13. Gallardo Cortes Jose Alfredo
14. Gomez Nino Humberto
15. Gomez Tiburcio Luis Humberto
16. Gonzalez Morales Alfredo
17. Gonzalez Morales Jose Cruz
18. Gonzalez Villasana Jose
19. Guzman Lara Fidel
20. Lopez Flores Leonel
21. Mora Martinez Odilon
22. Tiburcio Lopez Josafat
23. Tiburcio Nunez Severiano
24. Venegas Castillo Guillermo
25. Villar Torres Hector
26. Villasana Sanchez Marcelino
27. Villazana Gomez Jose Luis
28. Villasana Gomez Petra
29. Martin Jaime Ortega

## C13 - PERMISIONARIA MARIA ESTHER CASTILLO

## CONCESSION PLAINTIFFS

1.  Bueno Ruiz Erika
2.  Bueno Ruiz Mirella
3.  Bueno Ruiz Neyva Guadalupe
4.  Bueno Ruiz Noe
5.  Bueno Ruiz Reyes Omar
6.  Castro Martinez Idalia
7.  Cuestas Rocha Imelda
8.  Martinez Castillo Maria Esther
9.  Martinez Perez Reyna
10. Millan Ortega Maria Magdalena
11. Perez Castillo Dalia Avilene
12. Perez Castillo Esperanza
13. Perez Cruz Genaro
14. Perez Millan Marcos Fernando
15. Ruiz Venegas Aurelia
16. Roque Bueno Dalia Avilenne

## C14 - PERMISIONARIA GRACIELA ORTEGA

## CONCESSION PLAINTIFFS

1. Cruz Basulto Jose Luis
2. Cruz Rivera Agustin
3. Garcia Alvarado Isidro
4. Garcia Gonzalez Jairo Hazael
5. Ortega Morato Blas Alberto
6. Ortega Morato Graciela
7. Ortega Morato Matilde
8. Palacios Ortega William
9. Palacios Palacios Joselito
10. Perez Castañeda Santos

## C15 - PERMISIONARIO SALUSTIO PEREZ OLARES

## CONCESSION PLAINTIFFS

1.      Casanova Garcia Anselmo
2.      Cruz Casanova Ruben
3.      Mar Casanova Fernando
4.      Olivera Cruz, Samuel
5.      Olivera Perez, Samuel
6.      Perez Castro Saul
7.      Perez Castro, Ramon
8.      Perez Del Angel Paciano
9.      Perez Olares Salustio
10.     Perez Vega Gilberto
11.     Perez Vega, Jose Juan
12.     Perez Vega, Juan Carlos

## C16 - PERMISIONARIO DE PESCA FLAVIO ALFREDO TORRES EUSEBIO LANDEROS VEGA

### CONCESSION PLAINTIFFS

1    Aguilar Monrroy Joaquin
2    Cobos Casados Isabel
3    Cobos Medina Juan Gilberto
4    Cruz Ravize Ruben
5    Cruz Reyes Victor Hugo
6    Delgado Del Angel Reyes
7    Delgado Gonzalez German
8    Francisco Avelino Daria
9    Gallardo Gonzalez Aide
10   Garcia Malerva Alfredo
11   Hernandez Vicencio Francisca
12   Landeros Vega Eusebio
13   Maldonado Morales Guadalupe
14   Maldonado Morales Jose Luis
15   Maldonado Vargas Jose Luis
16   Maldonado Vargas Julio Cesar
17   Maldonado Vazquez Agustin
18   Molar Gonzalez Angel
19   Molar Gonzalez Roberto
20   Molar Gonzalez Santiago
21   Molar Narvaez Camilo
22   Monrroy Martinez Octavio
23   Morales Silva Sara
24   Perez Flores Angel
25   Ravize Gomez Alejandra
26   Ravize Gomez Maria Alejandra
27   Reyes Guzman Antonio Domingo
28   Reyes Hernandez Antonio
29   Reyes Hernandez Gladis Del Rosario
30   Reyes Mateos Niceforo
31   Reyes Parrilla Hector
32   Reyes Vicencio Delfino
33   Rivera Del Angel Roque
34   Rivera Villalobos Celerino
35   Torres Damian Flavio Alfredo
36   Vega Roman Modesto
37   Vicencio Cruz Angela
38   Villalobos Ravize Carolina
39   Villalobos Ravize Maria Alejandra

**C17 - PERMISIONARIO DE PESCA CESAR GONZALEZ CASADOS EMANUEL
CRUZ GUERRERO**

**CONCESSION PLAINTIFFS**

1    Cruz Guerrero Emanuel
2    Cruz Ruiz Jose Manuel
3    Gonzalez Casados Cesar

## C18 - PERMISIONARIO GENARO GREGORIO MARTINEZ CANTERO

## CONCESSION PLAINTIFFS

1    Martinez Cantero, Genaro Gregorio

**C19 – PERMISIONARIA CONCEPCION GUERRERO BANDA**

**CONCESSION PLAINTIFFS**

1.    Banda Ramirez, Hortencia
2.    Escudero Cruz, Jose Alberto
3.    Guerrero Banda, Consepcion
4.    Nunez Guerrero, Mariela Adriana

**C20 – PERMISIONARIO FRANCISCO ELIOTH HERNANDEZ SEGURA**

**CONCESSION PLAINTIFFS**

1.    Hernandez Segura, Francisco Elioth
2.    Cesar Gonzalez Casados

## C21 – PERMISIONARIO HORACIO MORALES ISLA DE JUAN A RAMIREZ

## CONCESSION PLAINTIFFS

1.  Bruggeman Perez, Francisco
2.  Camacho Espriella, Jose Elias
3.  Cruz Olivares, Rebeca
4.  Garcia Hernandez, Florensia
5.  Morales Hernandez, Gilberto
6.  Pena Malerva, Luis Alberto
7.  Perez Cruz, Juana
8.  Perez Maya, Pablo
9.  Perez Santiago, Gaudencio

## C22 – PERMISIONARIO MACARIO MAR CRUZ

## CONCESSION PLAINTIFFS

1    Mar Cruz, Macario

## C23 – PERMISIONARIO ISRRAEL CONTRERAS ZALETA

## CONCESSION PLAINTIFFS

1    Contreras Zaleta, Isrrael

**C24 – PERMISIONARIO TEODORO GONZALEZ GONZALEZ**

**CONCESSION PLAINTIFFS**

1.      Gonzalez Gonzalez, Teodoro

**C25 – PERMISIONARIO FLAVIO ALFREDO TORRES DAMIAN**

**CONCESSION PLAINTIFFS**

1.      Torres Damian, Flavio Alfredo

**C26 – PERMISIONARIO EFREN BALDERAS**

**CONCESSION PLAINTIFFS**

1. Alvarez Nunez, Victor
2. Balderas Medina, Efren
3. Balderas Valdez, Benito
4. Balderas Valdez, Efren
5. Balderas Valdez, Lino
6. Castillo Rivera, Arnulfo
7. Cruz Perez, Guadalupe
8. Diaz Juarez, Francisco
9. Francisco Velasquez, Cipriano
10. Hernandez Alarcon, Enrique
11. Hernandez Bautista, Jose Oscar
12. Morato Cabrales, Guadalupe
13. Ramirez Martinez, Maximo
14. Sosa Sains, Tomas
15. Valdez Arteaga, Daniel
16. Valdez Arteaga, Japeth
17. Valdez Meraz, Agustin
18. Valdez Meraz, Octaviano
19. Valdez Rodriguez, Eliazar

## C27 – PERMISIONARIO CARMELO ESTEVEZ MARTIR

## CONCESSION PLAINTIFFS

1. Estevez Garcia, Ediel
2. Estevez Garcia, Raul
3. Estevez Martir, Carmelo
4. Garcia Constantino, Blanca
5. Hernandez Guadalupe, Juan Rosendo
6. Maya Constantino, Juan Carlos
7. Mendoza Garcia, German
8. Prisciliano Constantino, Jorge
9. Prisciliano Constantino, Sergio
10. Prisciliano Cruz, J Ricardo

**C28 – PERMISIONARIO MARTIN JAIME ORTEGA GIL DE SAN JERONIMO**

**CONCESSION PLAINTIFFS**

1.      Camarillo Diaz, Virginia
2.      Camarillo Garcia, Elizabeth
3.      Cruz Aran, Dan Huseim
4.      Cruz Garcia, Juan
5.      Del Angel Castro, Rogelio
6.      Gonzalez Cruz, Jael
7.      Gonzalez Cruz, Joel
8.      Hernandez Gonzalez, Edvino
9.      Lugo Bravo, Maria Del Rosario
10.     Lugo Bravo, Reyna Isabel
11.     Ortega Gil, Martin Jaime (45)

**C29 – PERMISIONARIO MIGUEL BLANCO ORTEGA**

**CONCESSION PLAINTIFFS**

---

1.      Ortega Gil, Martin Jaime (38)
2.      Blanco Ortega, Miguel

**C30 – PERMISIONARIO HORACIO MORALES CRUZ**

**CONCESSION PLAINTIFFS**

1.      Morales Cruz, Horacio

**C31 – PERMISIONARIO JOSE ALFREDO MARTINEZ GANDARA**

**CONCESSION PLAINTIFFS**

1.     Martinez Gandara, Jose Alfredo

**C32 – PERMISIONARIO JOSE LUIS ESCUDERO RAMIREZ**

**CONCESSION PLAINTIFFS**

1.     Escudero Ramirez, Jose Luis

**C33 – PERMISIONARIO ROMUALDO FLORES MENINDEZ**

**CONCESSION PLAINTIFFS**

1.      Flores Menindez, Romualdo

**C34 – PERMISIONARIO EFRAIN CRUZ LUGO**

**CONCESSION PLAINTIFFS**

1.      Cruz Lugo, Efrain