IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-MDL-02179<br><br>SECTION: J |
| This document relates to: Nos. 11-2526 and 10-2771 | § § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER OF DISMISSAL

CONSIDERING the Agreed Motion to Dismiss with Prejudice of Wyman Wheeler and Rebecca Wheeler,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice of Wyman Wheeler and Rebecca Wheeler, is granted and the claims asserted or which could have been asserted in this case on behalf of Plaintiffs, Wyman Wheeler and Rebecca Wheeler, individually, are hereby dismissed, with prejudice. Each party is to bear their own respective costs.

New Orleans, Louisiana this 17th day of January, 2013.

_____
United States District Judge