UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL No. 2179 |
| "DEEPWATER HORIZON" in the § | | |
| GULF OF MEXICO, § | | SECTION: J |
| on APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| Applies to: No. 10-2771, § | | |
| and All Cases § | | MAG. JUDGE SHUSHAN |
| § | | |
| § | | |

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING PSC'S MOTION TO COMPEL PRODUCTION [REC. DOC. 8229]**

On January 3, 2013, the PSC filed a letter seeking to compel production by Halliburton Energy Services, Inc. ("HESI") of certain documents allegedly relevant to Phase One proceedings. (Rec. Doc. 8183). The PSC's letter contended that HESI was required by PTO 16 to produce its Land-Offshore Cementing Work Methods (the "Manual") (which contains links to other embedded documents) as either an electronic image with associated text files or in native format in order to allow access to the embedded documents. The PSC also argued that its request was timely and did not seek to reopen Phase One discovery. The PSC requested that HESI be required to produce 19 of the documents embedded in the Manual.

On January 8, 2013, HESI responded to the PSC's letter. (Rec. Doc. 8219).[1] In its response, HESI stated that it had produced the Manual in compliance with PTO 16's requirement

---

[1] Contemporaneously with the filing of its Response Letter, HESI hand-delivered to the Court two computer discs each containing exhibits in support of its Response, three of which are designated as Highly Confidential and to be filed under seal. HESI's understanding is that one of these discs would be delivered to the Court Clerk. HESI also provided copies of these exhibits to counsel by posting to an FTP site. HESI incorporates the previously provided exhibits into this filing.

regarding associated text files, and that PTO 16 does not require that the Manual be produced as a native document. HESI also argued that the PSC marked the Manual (including references to the embedded documents) as a deposition exhibit as early as March 31, 2011, and that other parties had likewise consistently used the Manual as a deposition exhibit throughout Phase One discovery. HESI also noted that it had properly objected to the production of the documents embedded in the Manual, and that no party had filed a motion to compel the documents by the deadline to do so, August 28, 2011. Because it came long after the deadline for motions to compel, and was in violation of PTO 54, HESI requested that the Court deny the PSC's request.

On January 9, 2013, the PSC filed its Reply. (Rec. Doc. 8220). In its Reply, the PSC argued, for the first time, that production of the documents was required by paragraph 5 of PTO 16, and that despite HESI's timely objections to production of the embedded documents, HESI had nonetheless agreed to produce them. The PSC also clarified that it was limiting its request to require HESI to produce 18 of the embedded documents.

On January 14, 2013, Magistrate Judge Shushan granted the PSC's Motion to Compel Halliburton to Produce ESI "icon" Documents. Judge Shushan noted: (1) that the PSC did not raise any argument under paragraph 5 of PTO 16 until its Reply; (2) that the PSC did not argue until its Reply that HESI had agreed to produce the embedded document despite its discovery objections; (3) that the PSC was aware as early as March 2011 that it had not received the documents embedded in the Manual; and (4) that the PSC's argument on the timeliness of its motion to compel was weak. Nonetheless, Judge Shushan determined that HESI was required to produce the documents under paragraph 5 of PTO 16, and that despite its discovery objections,

HESI agreed to produce the documents.  Judge Shushan ordered HESI to produce the 19 icon documents requested by the PSC.

HESI respectfully disagrees with Judge Shushan's conclusion that it agreed to produce the embedded documents despite its discovery objections and her conclusion that the PSC's request was not time-barred, and respectfully submits that, on these issues, the Order is clearly erroneous and contrary to law.  Accordingly , HESI respectfully appeals those portions of the Order.

HESI explained in its Response before Judge Shushan why the PSC's late-filed motion to compel should be denied.  *See* Rec. Doc. 8219.  For its part, the PSC has presented its positions in its filings to Judge Shushan.  *See* Rec. Docs. 8183, 8220.  Accordingly, in support of this appeal, HESI respectfully incorporates by reference its Response filed with Judge Shushan.  *See* Rec. Doc. 8219.

In light of the briefing that took place before Judge Shushan, and to reduce the burden on this Court of reviewing further briefing, HESI submits that additional briefing or argument on this topic may not be needed to assist the Court's consideration of this appeal.  Accordingly, HESI is amenable to having the Court decide this appeal on the record compiled in the briefing before Judge Shushan.  If the Court determines additional briefing is needed, HESI will comply with providing any submissions the Court deems appropriate.

Dated: January 17, 2013

        Respectfully Submitted,

        **GODWIN LEWIS PC**

        **By:** \_\_\_\_ /s/ Donald E. Godwin_____
        Donald E. Godwin
        *Attorney-in-charge*
        State Bar No. 08056500
        Don.Godwin@GodwinLewis.com
        Bruce W. Bowman, Jr.
        State Bar No. 02752000
        Bruce.Bowman@GodwinLewis.com
        Jenny L. Martinez
        State Bar No. 24013109
        Jenny.Martinez@GodwinLewis.com
        Floyd R. Hartley, Jr.
        State Bar No. 00798242
        Floyd.Hartley@GodwinLewis.com
        Gavin E. Hill
        State Bar No. 00796756
        Gavin.Hill@GodwinLewis.com
        Renaissance Tower
        1201 Elm, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: (214) 939-4400
        Facsimile: (214) 760-7332
        and
        R. Alan York
        State Bar No. 22167500
        Alan.York@GodwinLewis.com
        Jerry C. von Sternberg
        State Bar No. 20618150
        Jerry.VonSternberg@GodwinLewis.com
        Misty Hataway-Coné
        State Bar No. 24032277
        Misty.Cone@GodwinLewis.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone: 713.595.8300
        Facsimile: 713.425.7594

        **ATTORNEYS FOR DEFENDANT**
        **HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Memorandum In Support Of Halliburton Energy Services, Inc.'s Objections To And Appeal From Magistrate Judge's Order Regarding PSC's Motion to Compel Production [Rec. Doc. 8229] has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 17th day of January, 2013.

        /s/ Donald E. Godwin
Donald E. Godwin