UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| 10-4252, 10-2771, 10-1243, 10-3066, 10- | * | |
| 1540, 10-1921, 10-2814, 10-4226, 10- | * | MAG. JUDGE SHUSHAN |
| 3169, 10-3184, 10-1156, 10-4229, 10- | * | |
| 4227 | | |

## ORDER

Because certain claims have been voluntarily dismissed, the following motions are now moot:

- Anadarko Petroleum Corporation ("Anadarko") and MOEX Offshore 2007 LLC's ("MOEX") Motion to Dismiss re 10-4252 (Rec. Doc. 1212[1]) and Halliburton Energy Services, Inc.'s ("Halliburton") Motion to Dismiss re 10-4252 (Rec. Doc. 1172). *Rendered moot by Order dismissing claims re 10-4252 & 10-2771 (Rec. Doc. 8155).*

- M-I L.L.C.'s ("M-I") Motion to Dismiss re 10-1243 (Rec. Doc. 1591) and Halliburton's Motion to Dismiss re 10-1243 (Rec. Doc. 1173). *Rendered moot by Dismissal Form re 10-1243 (Rec. Doc. 6385).*

- Anadarko and MOEX's Motion to Dismiss re 10-3066 (Rec. Doc. 1218) and Halliburton's Motion to Dismiss re 10-3066 (Rec. Doc. 1174). *Rendered moot by Order dismissing claims re 10-3066 (Rec. Doc. 1888).*

- M-I's Motion to Dismiss re 10-1540 (Rec. Doc. 1589), Anadarko, et al.'s Motion to Dismiss re 10-1540 (Rec. Doc. 1215), and Halliburton's Motion to Dismiss re 10-1540 (Rec. Doc. 1175). *Rendered moot by Dismissal Form re 10-1540 (Rec. Doc. 5145)*

- Anadarko's Motion to Dismiss re 10-1921 (Rec. Doc. 1210) and Halliburton's Motion to Dismiss re 10-1921 (Rec. Doc. 1180). *Rendered moot by Order dismissing claims re 10-1921 (Rec. Doc. 1889).*

---

[1] All citations are to docket no. 10-md-2179 unless noted otherwise.

- Halliburton's Motion to Dismiss re 10-2814 (Rec. Doc. 1182).  *Rendered moot by Order dismissing claims re 10-2814 (filed in docket 10-2814, Rec. Doc. 6).*

- Motion to Remand re 10-4226 (Rec. Doc. 868) and Halliburton's Motion to Dismiss re 10-4226 (Rec. Doc. 1187).  *Rendered moot by Orders dismissing claims re 10-4226 (Rec. Docs. 2724, 5807).*

- Motion to Remand re 10-3169 (Rec. Doc. 588) and Halliburton's Motion to Dismiss re 10-3169 (Rec. Doc. 1190).  *Rendered moot by Order dismissing claims re 10-3169 (Rec. Doc. 3624).*

- Motion to Remand re 10-3184 (Rec. Doc. 589) and Halliburton's Motion to Dismiss re 10-3184 (Rec. Doc. 1191).  *Rendered moot by Orders dismissing claims re 10-3184 (Rec. Docs. 3636, 3695).*

- M-I's Motion to Dismiss re 10-1156 (Rec. Doc. 1599).  *Rendered moot by Order dismissing claims re 10-1156 (Rec. Doc. 2755).*

- Motion to Remand re 10-4229 (Rec. Doc. 870) and Halliburton's Motion to Dismiss re 10-4229[2] (Rec. Doc. 1184).  *Rendered moot by Order dismissing claims re 10-4229 (Rec. Doc. 3637).*

- Motion to Remand re 10-4227 (Rec. Doc. 869) and Halliburton's Motion to Dismiss re 10-4227 (Rec. Doc. 1185).  *Rendered moot by Order dismissing claims re 10-4227 (Rec. Doc. 3633).*

Accordingly,

**IT IS ORDERED** that these motions (Rec. Docs. 1212, 1172, 1591, 1173, 1218, 1174, 1589, 1215, 1175, 1210, 1180, 1182, 868, 1187, 588, 1190, 589, 1191, 1599, 870, 1184, 869, 1185) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 17th day of January, 2013.

_____
United States District Judge

---

[2]  Note: Motion incorrectly references Case No. 10-4*4*29.