UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL                                     *        CIVIL ACTION NO.:  10-08888
BY THE OIL RIG "DEEPWATER HORIZON"                    *
In the Gulf of Mexico, on April 20, 2010.            *        MDL No. 2179
                                                      *
This Document Relates to 107587                       *
                                                      *        JUDGE CARL BARBIER
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through the undersigned counsel, comes Albert Nicaud and moves this Honorable Court for an Order substituting Christopher P. Ieyoub as counsel of record for Sea Trepid international, L.L.C. and removing Albert J. Nicaud, as Counsel of Record from the above captioned matter.

Respectfully submitted,

/S/ Albert J. Nicaud_____
**ALBERT J. NICAUD,#19261**
Nicaud & Sunseri
3000 18th Street
Metairie, Louisiana 70002
(504) 837-1304

/s/ Christopher P. Ieyoub_____
**CHRISTOPHER P. IEYOUB, #16978**
Plauche, Smith & Nieset
1123 Pithon Street
Lake Charles, LA  70601
(337) 436-0522

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 18, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.


<u>/s/ Albert J. Nicaud</u>
ALBERT J. NICAUD