UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | * | CIVIL ACTION NO.:  10-08888 |
| BY THE OIL RIG "DEEPWATER HORIZON" | * | |
| In the Gulf of Mexico, on April 20, 2010. | * | MDL No. 2179 |
| | * | |
| This Document Relates to 107587 | * | |
| | * | JUDGE CARL BARBIER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED that Christopher P. Ieyoub be and the same is hereby substituted as counsel of record for Sea Trepid International, L.L.C. in these proceedings.

**JUDGE**