UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | * | CIVIL ACTION NO.:  10-08888 |
| BY THE OIL RIG "DEEPWATER HORIZON" | * | |
| In the Gulf of Mexico, on April 20, 2010. | * | MDL No. 2179 |
| | * | |
| This Document Relates to 63973 | * | |
| | * | JUDGE CARL BARBIER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes Albert Nicaud, attorney for Tammany Specialty Services, L.L.C., and moves this Honorable Court to withdraw himself and all members of the firm of Nicaud & Sunseri, L.L.C. as attorneys of record in the above-captioned proceedings; that a copy of this Motion has been forwarded to all counsel of record and on further suggesting to this Honorable Court that movers desire that their names and that of the Law firm be removed from the record of these proceedings.  Plaintiff, Tammany Specialty Services, L.L.C. have terminated Counsels' representation in this matter.  Be it known that the last known address of Tammany Specialty Services, L.L.C. is 513 Pelican Ridge Drive, Madisonville, LA, 70447.

Respectfully submitted,

/s/ Albert J. Nicaud
**ALBERT J. NICAUD, #19261**
**JEFFREY M. SIEMSSEN, #31965**
Nicaud & Sunseri, L.L.C.
3000 18th Street
Metairie, Louisiana 70002
(504) 837-1304 - office
Attorneys for Tammany Specialty Services, L.L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

                /s/ Albert J. Nicaud_____
                ALBERT J. NICAUD