UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | * | CIVIL ACTION NO.: 10-08888 |
| BY THE OIL RIG "DEEPWATER HORIZON" | * | |
| In the Gulf of Mexico, on April 20, 2010. | * | MDL No. 2179 |
| | * | |
| This Document Relates to 63973 | * | |
| | * | JUDGE CARL BARBIER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

IT IS ORDERED that Albert J. Nicaud and the law firm of Nicaud & Sunseri, L.L.C. is hereby withdrawn as counsel of record for Tammany Specialty Services, L.L.C. in these proceedings.

**JUDGE**