**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>Section: J<br>Judge Barbier<br>Magistrate Judge Shushan |
| This document relates to:<br><br>Case No.: 2:10-cv-08888 [Rec. Doc. 70588] | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.2.11, Christopher A. Seeger, Esq. and the law firm of Seeger Weiss LLP respectfully move this Court for an order allowing them to withdraw as counsel of record for Plaintiff Bridget Neumann ("Plaintiff") and as grounds would state:

1. Plaintiff and the movants have terminated their relationship.

2. Plaintiff has been notified of counsel's intent to withdraw as counsel.

3. Plaintiff has been made aware of applicable deadlines and applicable pending court appearances.

4. Plaintiff will remain in the litigation.

5. The present address and telephone number of Plaintiff is the following:

    Bridget Neumann
    579 North County Road 470
    Lake Panasoffkee, FL 33538
    Tel: (813) 345-7455

6. This motion is made in good faith and will not prejudice any party.

WHEREFORE, Christopher A. Seeger, Esq. and the law firm of Seeger Weiss LLP respectfully request that this Honorable Court allow them to withdraw as counsel of record for Plaintiff Bridget Neumann in the above-captioned action.

                                            Respectfully submitted,

Dated: January 18, 2013              SEEGER WEISS LLP

                                            By: /s/Christopher A. Seeger
                                                 Christopher A. Seeger
                                          77 Water Street
                                          New York, New York 10005
                                          Tel.: (212) 584-0700
                                          Fax: (212) 584-0799
                                          Email: cseeger@seegerweiss.com