**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>Section: J<br>Judge Barbier<br>Magistrate Judge Shushan |
| This document relates to:<br><br>Case No.: 2:10-cv-08888 [Rec. Doc. 70588] | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel by Christopher A. Seeger, Esq. and the law firm of Seeger Weiss LLP.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.      That the Motion to Withdraw as Counsel by Christopher A. Seeger, Esq. and the law firm of Seeger Weiss LLP be and the same is hereby GRANTED.

2.      All correspondence and pleadings for the Plaintiff shall be mailed to:  Bridget Neumann, 579 North County Road 470, Lake Panasoffkee, FL 33538, Tel: (813) 345-7455.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of January, 2013.

_____
Honorable Carl J. Barbier
United States District Judge