## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>Section: J<br>Judge Barbier<br>Magistrate Judge Shushan |
| This document relates to:<br><br>Case No.: 2:10-cv-08888 [Rec. Doc. 70588] | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2013 the foregoing Motion to Withdraw as Counsel was served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

I FURTHER CERTIFY that Plaintiff Bridget Neumann has been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on January 18, 2013 her at the following address:

> Bridget Neumann
> 579 North County Road 470
> Lake Panasoffkee, FL 33538
> Tel: (813) 345-7455

Dated: January 18, 2013        /s/Christopher A. Seeger
                                                    Christopher A. Seeger