# CONFERENCE ATTENDANCE RECORD

DATE: 1-18-13                       TIME: ≅ 10:00

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

~~DISCOVERY STATUS    CONFERENCE~~ (circled)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jeff Breit | PSC |
| Carter Williams | TO |
| Muggie Broussard | Cameron |
| Geoff Gannaway | CAMERON |
| Robert E. Guidry | Anadarko |
| Ryan Babiuch | BP |
| Duke Williams | PSC |
| Anthony Irpino | PSC |
| Douglas Kraus | La. |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Rachel Clingman | TO |
| Don Haycraft | BP |
| Mike Brock | BP |
| Corrie Faris | BP |
| R. Kirby | TO |
| Deanna Chang | US |
| Rachel Hankey | US |
| Robin Laughter | PSC |
| Steve O'Rourke | US |
| Allan Kanner | LA |
| Jimmy Faircloth | LA |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Matthew Regan | BP |
| Brian Barr | PSC |
| Don Godwin | Halliburton |
| Alan York | " " |

## CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jenny Martinez | Halliburton |
| Gavin Hill | " " |
| Denise Scofield | MI |
| Hugh Tanner | MI |
| Jim Roy | PJC |
| Stu H_ | PSC |
| Kerry Miller | TO |
| Corey M__ | Monson |
| Winston Sinclair | Alabama |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Luther Strange | Alabama and States |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Brice Bauman | HESI |
| Gwen Richard | |
| Alison Batiste | |
| Lauren Mitchell | |
| Erika Toledo | |
| Sean Fleming | ✓ |
| | |
| | |
| | |

## MDL 2179 - Phase Two Discovery Conference - Telephone Participants

Sarah Himmelhoch

Robin Hanger

Nat Chakeris

Patrick O'keefe

Bill Stradley