

**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 1 6 2013

LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 13, 2012

Lyle W. Cayce
Clerk

No. 11-31178

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:10-CV-3895

IN RE: DEEPWATER HORIZON

--------------------------------------------------

In Re: In the Matter of the Complaint of Seacor Worldwide, Incorporated, As
Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor
Lee, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.;
SEACOR MARINE, L.L.C.; SEACOR WORLDWIDE, INCORPORATED, As
Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor
Lee Petitioning for Exoneration from or Limitation of Liability,

                    Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO
ALVARADO; BILLY BENSEL; ET AL,

                    Claimants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, CLEMENT, and HAYNES, Circuit Judges.

J U D G M E N T



This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that claimants-appellants pay to petitioner-appellee the costs on appeal to be taxed by the Clerk of this Court.


ISSUED AS MANDATE:   JAN 0 4 2013


A True Copy
    Attest    JAN 0 4 2013

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
           Deputy

New Orleans, Louisiana