```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 1 6 2013

LORETTA G. WHYTE
     CLERK
```

**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
December 13, 2012

Lyle W. Cayce
Clerk

No. 11-31180

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:10-CV-3897

IN RE: DEEPWATER HORIZON

-----

In Re: In the Matter of the Complaint of Siemens Financial, Incorporated, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Washington, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C.; SIEMENS FINANCIAL, INCORPORATED, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Washington Petitioning for Exoneration from or Limitation of Liability,

      Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

      Claimants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, CLEMENT, and HAYNES, Circuit Judges.

**JUDGMENT**

This cause was considered on the record on appeal and the briefs on

file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that claimants-appellants pay to petitioners-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JAN 04 2013

A True Copy
Attest   JAN 04 2013

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana