```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 1 6 2013

LORETTA G. WHYTE
      CLERK
```

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
December 13, 2012

Lyle W. Cayce
Clerk

No. 11-31181

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:10-CV-4168

IN RE: DEEPWATER HORIZON

---

In Re: In the Matter of the Complaint of Island Ventures, II, L.L.C., As Owner of the M/V Joe Griffin, for Exoneration from or Limitation of Liability

ISLAND VENTURES, II, L.L.C., As Owner of the M/V Joe Griffin, Petitioning for Exoneration from or Limitation of Liability,

      Petitioner - Appellee

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

      Claimants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, CLEMENT, and HAYNES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.



It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that claimants-appellants pay to petitioner-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:   JAN 04 2013

A True Copy
Attest   JAN 04 2013

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana