**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 04, 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 1 6 2013
LORETTA G. WHYTE
CLERK

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 11-31172, In Re: Deepwater Horizon

**Consolidated With**

**11-31178, 11-31179, 11-31180, 11-31181, 11-31183**

USDC No. 2:10-MD-2179
USDC No. 2:10-CV-1986
USDC No. 2:10-CV-3895
USDC No. 2:10-CV-3896
USDC No. 2:10-CV-3897
USDC No. 2:10-CV-4168
USDC No. 2:10-CV-4169

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 6 ) Volumes

Enclosed for the district court and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Lisotta*
Misty L. Lisotta, Deputy Clerk
504-310-7716

cc w/encl:
    Honorable Carl J. Barbier
    Mr. Lloyd N Frischhertz
    Mr. Jeremy Thomas Grabill
    Mr. Gary Alan Hemphill
    Mr. Michael J. Lyle
    Mr. F. Gerald Maples
    Mr. Robert P McCleskey Jr.
    Mr. Theodore E. Tsekerides

P.S. to Judge Barbier: A copy of the opinion was sent to your office via email the day it was filed.