UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

## ORDER

Transocean has made a Motion in Limine to preclude parties from introducing evidence (including but not limited to, testimony, documents, and expert opinions) concerning prior incidents unrelated to the Macondo Well in which Transocean's conduct was allegedly unsafe, negligent, or otherwise inappropriate pursuant to Amended Pre-Trial Order No. 54 [Doc. 8173].

Having considered the Motion submitted, the Court is of the opinion that its intervention in this case is necessary for good cause shown. Therefore, it is hereby:

1. **ORDERED, ADJUDGED, and DECREED** that Transocean's Motion is **GRANTED**, and Parties may not introduce evidence (including but not limited to, testimony, documents, and expert opinions) concerning prior incidents unrelated to the Macondo Well in which Transocean's conduct was allegedly unsafe, negligent, or otherwise inappropriate;

2. **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all relief not expressly granted is denied.

Signed this _____ day of _____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE SALLY SHUSHAN