```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 17 2013

LORETTA G. WHYTE
         CLERK
```

# United States Court of Appeals
## FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 15, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 12-30136    In Re: Deepwater Horizon
   USDC No. 2:10-MD-2179
   USDC No. 2:10-CV-1768
   USDC No. 2:10-CV-2454

The court has taken the following action in this case:

GRANTING motion to withdraw Allen Katz as counsel for Appellees Transocean Offshore Deepwater Drilling, Incorporated, Transocean Deepwater, Incorporated and Transocean Holdings, L.L.C.

Sincerely,

LYLE W. CAYCE, Clerk

By: Connie Brown
Connie Brown, Deputy Clerk
504-310-7671

Ms. Devorah Ancel
Mr. Adam Babich
Mr. Brad D. Brian
Mr. Jeffrey Bossert Clark Sr.
Ms. Rachel Giesber Clingman
Mr. John Michael Elsley
Mr. Marc David Fink
Mr. Richard Cartier Godfrey
Mr. Daniel O. Goforth
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Ms. Elizabeth A Larsen
Mr. Daniel Benjamin Levin
Mr. Kerry J. Miller
Mr. Joseph Nicholas Mole
Mr. Granta Y. Nakayama
Mr. Edwin G Preis Jr.
Mr. Steven Lynn Roberts
Mr. Daniel C. Snyder
Mr. Kent C. Sullivan
Mr. Charles M. Tebbutt
Ms. Loretta Whyte