**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  OIL SPILL BY THE OIL RIG                    MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

THIS DOCUMENT RELATES TO:

*In re the Complaint and Petition of Triton*
*Asset Leasing GmbH, et al, No. 10-2771*

*SDTX 2012-22886; Harley D. Allen, et al v.*
*BP American Production Company*

*NDFL 3 11-00189; Abbasi, et al v. Transocean*
*Deepwater, Inc. et al*
                                                    SECTION:  J

*4:11-cv-06055; Kevin Brannon, et al v.*
*BP American Production Company;*

*4:11-cv-06055; Harley D. Allen, et al v.*          JUDGE BARBIER
*BP American Production Company;*

*And*

*Unfiled Economic and Property Damages*
*Class Members*                                     MAG JUDGE SHUSAN


<u>NOTICE OF APPEAL TO THE UNITED STATES DISTRICT</u>
<u>COURT OF APPEALS FOR THE FIFTH CIRCUIT</u>


Notice is given that Plaintiffs represented by Brent Coon & Associates (hereinafter

referred to as "BCA Plaintiffs") as identified in **Exhibit 1** (List of Clients Represented by Brent

Coon & Associates as of January 18, 2013)[1] in the above styled actions filed within the United

States District Court for the Eastern District of Louisiana hereby appeal to the United States

Court of Appeals for the Fifth Circuit the following:

---

[1] Pursuant to FRCP 5.2 and in compliance with LAED/CM/ECF rules, BCA Plaintiffs will make available upon
request in writing an unredacted copy of Exhibit 1.

(1)     The final order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 8138 & 8139) approving the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430) which addressed the Defendants' Motion for Final Approval of *Deepwater Horizon*  Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114) and Plaintiffs' Memorandum in Support of the Final Approval of Economic and Property Damages Class Settlement  (Rec. Doc. 7101 or 7104), based on the pleadings and submissions of the parties, and which denies the Plaintiffs' their right to a Settlement Agreement that is fair, reasonable and adequate under the class action Federal Rule of Procedure 23, the Class Action Fairness Act of 2005, the Oil Pollution Act of 1990, and the Due Process Clause of the United States Constitution, entered in this action on December 21, 2012;

(2)     The final order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 8138 & 8139) approving the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430) which addressed the Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114 and 7114-1) and Plaintiffs' Memorandum in Support of the Final Approval of Economic and Property Damages Class Settlement  (Rec. Doc. 7101 or 7104), based on the pleadings and submissions of the parties,

and which dismissed with prejudice all "Released Claims" by or on behalf of the BCA Plaintiffs against any and all Released Parties, entered in this action on December 21, 2012;

(3)     The final order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 8138 & 8139) approving the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430) which addressed the Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114 and 7114-1) and Plaintiffs' Memorandum in Support of the Final Approval of Economic and Property Damages Class Settlement  (Rec. Doc. 7101 or 7104), based on the pleadings and submissions of the parties, and which dismissed with prejudice all "Related Claims" pending in the Eastern District of Louisiana by or on behalf of the BCA Plaintiffs, entered in this action on December 21, 2012;

(4)     The final order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 8138 & 8139) approving the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430) which addressed the Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114 and 7114-1) and Plaintiffs' Memorandum in Support of the Final Approval of Economic and Property Damages Class Settlement  (Rec.

Doc. 7101 or 7104), based on the pleadings and submissions of the parties, which requires that the BCA Plaintiffs who are Economic Class Members with "Related Claims" dismiss with prejudice all "Related Claims" pending in any federal or state court, forum or tribunal except for those within the Eastern District of Louisiana, entered in this action on December 21, 2012; and

(5)     The order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 7870) which denied and struck from the record the Plaintiffs' Motion for Leave to File Reply Memorandum Late and in Excess of Ordinary Page Limitations (Rec. Doc. 7863), based on the pleadings and submissions of the parties, entered in this action on the 8th day of November 2012.

**DATED on this the 18th day of January, 2012.**

Respectfully submitted,

BRENT COON & ASSOCIATES

*/s/ Brent* W. *Coon*_____
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701 Tel.:
(409) 835-2666 Fax: (409)
835-1912

*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on January 18, 2012.

*/s/ Brent* W. *Coon*_____

Brent W. Coon