# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE JUDGE |
| …………………………………………………... | : | SHUSHAN |

## BP'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF THE EPA SUSPENSION

BP hereby moves for an order precluding parties from introducing evidence referencing the EPA's temporary suspension of BP from entering into new federal contracts. BP's Motion is further supported by BP's Memorandum in Support of its Motion in Limine to Exclude Evidence of the EPA Suspension, which is fully incorporated by reference herein.

Dated:  January 18, 2013                                     Respectfully submitted,

                                                             /s / Don K. Haycraft

                                                             Don K. Haycraft (Bar #14361)
                                                             R. Keith Jarrett (Bar #16984)
                                                             LISKOW & LEWIS
                                                             One Shell Square
                                                             701 Poydras Street, Suite 5000
                                                             New Orleans, Louisiana 70139-5099
                                                             Telephone: (504) 581-7979
                                                             Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of January, 2013.

/s/  Don K. Haycraft