# EXHIBIT B



**Newsroom**
# News Releases issued by the Office of Administration and Resource Management

### BP Temporarily Suspended from New Contracts with the Federal Government

Release Date: 11/28/2012
Contact Information: Stacy Kika, kika.stacy@epa.gov, 202-564-0906, 202-564-4355

WASHINGTON - The U.S. Environmental Protection Agency (EPA) today announced that it has temporarily suspended BP Exploration and Production, Inc., BP PLC and named affiliated companies (BP) from new contracts with the federal government. EPA is taking this action due to BP's lack of business integrity as demonstrated by the company's conduct with regard to the Deepwater Horizon blowout, explosion, oil spill, and response, as reflected by the filing of a criminal information. On November 15, 2012, BP agreed to plead guilty to eleven counts of Misconduct or Neglect of Ship Officers, one count of Obstruction of Congress, one misdemeanor count of a violation of the Clean Water Act, and one misdemeanor count of a violation of the Migratory Bird Treaty Act, all arising from its conduct leading to the 2010 Deepwater Horizon disaster that killed 11 people and caused the largest environmental disaster in U.S. history.

For the Deepwater Horizon investigation, EPA was designated as the lead agency for suspension and debarment actions. Federal executive branch agencies take these actions to ensure the integrity of Federal programs by conducting business only with responsible individuals or companies. Suspensions are a standard practice when a responsibility question is raised by action in a criminal case.

The BP suspension will temporarily prevent the company and the named affiliates from getting new federal government contracts, grants or other covered transactions until the company can provide sufficient evidence to EPA demonstrating that it meets Federal business standards. The suspension does not affect existing agreements BP may have with the government.

Search this collection of releases | or search all news releases

Get news releases by email

View selected historical press releases from 1970 to 1998 in the EPA History website.

**Recent additions**

| | |
|---|---|
| 11/28/2012 | BP Temporarily Suspended from New Contracts with the Federal Government |
| 04/19/2011 | EPA Scores 100 Percent on Sustainability and Energy Goals |
| 09/12/2008 | EPA Tests Hydrogen Fuel Cell Vehicle under Real World Conditions |
| 09/11/2008 | EPA Administrator to Unveil Hydrogen Fuel Cell Vehicle in Agency's Fleet |
| 03/11/2008 | EPA Makes Selection Decision for Desktop Services |

Receive our News Releases Automatically by Email