UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE JUDGE |
| ………………………………………………... | : | SHUSHAN |

**BP'S MOTION *IN LIMINE* TO EXCLUDE
EVIDENCE RELATED TO THE SEC SETTLEMENT**

BP hereby moves for an order excluding from evidence all materials related to the SEC charges against, and settlement with, BP p.l.c.  BP's Motion is further supported by BP's Memorandum in Support of its Motion in Limine to Exclude Evidence Related to the SEC Settlement, which is fully incorporated by reference herein.

Dated:  January 18, 2013                              Respectfully submitted,


                                                      /s / Don K. Haycraft


                                                      Don K. Haycraft (Bar #14361)
                                                      R. Keith Jarrett (Bar #16984)
                                                      LISKOW & LEWIS
                                                      One Shell Square
                                                      701 Poydras Street, Suite 5000
                                                      New Orleans, Louisiana 70139-5099
                                                      Telephone: (504) 581-7979
                                                      Facsimile: (504) 556-4108

                                                      and

                                                      Richard C. Godfrey, P.C.
                                                      (richard.godfrey@kirkland.com)
                                                      J. Andrew Langan, P.C.
                                                      (andrew.langan@kirkland.com)

1

Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of January, 2013.

/s/  Don K. Haycraft