UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:  All Cases | § § | MAG. JUDGE SHUSHAN |

### HESI'S OBJECTIONS TO CERTAIN EXHIBITS IDENTIFIED ON THE PLAINTIFFS' COMBINED PHASE ONE EXHIBIT LIST DATED JANUARY 11, 2013

Halliburton Energy Services, Inc. ("HESI") respectfully submits its Objections to Certain Exhibits Identified on the Plaintiffs' Combined Phase One Exhibit List Dated January 11, 2013 as follows:

**Relevant Court Orders:** In Amended PTO 54, the Court expressly permitted the addition of thirty-five (35) exhibits without a showing of good cause. *See* Rec. Doc. 8173 at 2. The parties were also allowed to add documents or materials first produced after February 20, 2012 with good cause shown. *See id.* Pursuant to the Court's January 10, 2012 Order, the parties were required to identify all new exhibits added to their January 11, 2013 exhibit list. *See* Rec. Doc. 5128 at 4.

**The Plaintiffs' New, But Not Identified As "New," Exhibits:** In its exhibit list dated January 11, 2013, the Plaintiff identified its 35 "free" exhibits as "New (35)" and its exhibits added for good cause as "New (Good Cause)." In addition to the "New 35" and "New (Good Cause)" exhibits, however, the Plaintiff identified 125 new exhibits that do not appear to have been added for good cause. These exhibits are identified in Exhibit A. The new exhibits listed in Exhibit A were not identified as "New." Rather, they were simply added to the list without any basis or notation whatsoever. HESI objects to the Plaintiff 's addition of the exhibits

identified in Exhibit A to the Plaintiff's January 11, 2013 exhibit list because: (1) they are not identified as "New" as required by the Court's January 10, 2012 Order and (2) no good cause is shown to add these exhibits.[1]

---

[1] None of these exhibits are documents produced after February 20, 2012.  Many, but not all, of these exhibits appear to have been used in depositions that occurred after the Plaintiffs filed their January 13, 2012 exhibit list.  However, the Plaintiffs failed to differentiate between those used in such depositions and those not so used, making it difficult to determine any alleged basis for good cause.

**HESI'S OBJECTIONS TO CERTAIN EXHIBITS IDENTIFIED ON THE
PLAINTIFF'S COMBINED PHASE ONE EXHIBIT LIST DATED JANUARY 11, 2013      Page 2**

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
Alan.York@GodwinLewis.com
Misty Hataway-Coné
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:  (713) 425-7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing HESI's Objections to Certain Exhibits Identified on the Plaintiffs' Combined Phase One Exhibit List Dated January 11, 2013, has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 18th day of January, 2013.

*/s/ Donald E. Godwin*