UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | |
| *In re the Complaint and Petition of Triton Asset Leasing GmbH, et al, No. 10-2771* | |
| SDTX 2012-22886; *Harley D. Allen, et al v. BP American Production Company* | |
| NDFL 3 11-00189; *Abbasi, et al v. Transocean Deepwater, Inc. et al* | |
| | SECTION:  J |
| 4:11-cv-06055; *Kevin Brannon, et al v. BP American Production Company;* | |
| 4:11-cv-06055; *Harley D. Allen, et al v. BP American Production Company;* | JUDGE BARBIER |
| And | |
| Unfiled Economic and Property Damages Class Members | MAG JUDGE SHUSAN |

**PLAINTIFFS REPRESENTED BY BRENT COON & ASSOCIATES
MOTION FOR AN EXTENSION OF TIME TO SUBMIT SEAFOOD CLAIMS
TO THE SEAFOOD COMPENSATION PROGRAM, INSTANTER**

Comes now Plaintiffs represented by Brent Coon & Associates (hereinafter referred to as "Plaintiffs" or "BCA Seafood Claimants") in the above styled actions, respectfully move this Court under Rule 6(b)(1)(A) and Rule 23 of the Federal Rule of Civil Procedure to grant their Motion for Extension of Time, Instanter to file Seafood Claims to the Seafood Compensation Program as identified in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012.

(hereinafter referred to as "Settlement Agreement") *See* Rec. Doc. 6430. For the reasons set forth in the accompanying memorandum, the BCA Seafood Plaintiffs request that the submission deadline to file their Seafood Claims be extended to April 22, 2014—the same deadline afforded to all Economic Claims in this case under the Settlement Agreement.

        Respectfully submitted,

        /s/ Brent W. Coon
        Brent W. Coon
        Federal Bar No. 9308
        Texas Bar No. 04769750
        215 Orleans
        Beaumont, Texas 77701
        Tel.: (409) 835-2666
        Fax: (409) 835-1912

        *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on January 21, 2013.

        */s/ Brent* W. *Coon*
        Brent W. Coon