# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

MDL NO. 2179

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) Case No. 1:96CV01285-JR <br> ) |
| KEN SALAZAR, Secretary of the Interior, et al., | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

# Modification of December 7, 2009 Class Action Settlement Agreement

December 29, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELOUISE PEPION COBELL, et al., )<br> )<br>Plaintiffs, )<br> )<br>vs. )<br> )<br>KEN SALAZAR, Secretary of the Interior, et al., )<br> )<br>Defendants. )<br> ) | Case No. 1:96CV01285-JR |

# MODIFICATION OF DECEMBER 7, 2009 CLASS ACTION SETTLEMENT AGREEMENT

1. The December 7, 2009 Class Action Settlement Agreement ("Agreement") in this case was entered into by and between Elouise Pepion Cobell, Penny Cleghorn, Thomas Maulson and James Louis Larose (collectively, the "Named Plaintiffs"), on behalf of themselves and members of the Classes of individual Indians defined in this Agreement (collectively, "Plaintiffs"), on the one hand, and Ken Salazar, Secretary of the Interior, Larry Echohawk, Assistant Secretary of the Interior – Indian Affairs, and H. Timothy Geithner, Secretary of the Treasury and their successors in office, all in their official capacities (collectively, "Defendants"). Plaintiffs and Defendants are collectively referenced as the "Parties."

2. In the Agreement, the Parties agreed that the Settlement is contingent on the enactment of legislation to authorize or confirm specific aspects of the Settlement as set forth in the Agreement. The Parties further agreed that if such legislation is not enacted on or before the Legislation Enactment Deadline as defined in the Agreement, unless such date is mutually

agreed to be extended by the Parties, the Agreement shall automatically become null and void. Settlement Agreement, paragraph B.1.

3. The Agreement defines the Legislation Enactment Deadline as December 31, 2009, 11:59 p.m. Eastern time. Settlement Agreement, paragraph A.22.

4. It has become apparent to the Parties that in order for the Agreement to continue to be valid after December 31, 2009, the Legislation Enactment Deadline will need to be extended.

5. The Parties desire that this Agreement continue to be valid after December 31, 2009.

6. Accordingly, the Parties hereby mutually agree to extend the Legislation Enactment Deadline set forth in paragraph A.22 of the Agreement to February 28, 2010, 11:59 p.m. Eastern time.

## SIGNATURES

Wherefore, intending to be legally bound in accordance with the terms of this Modification of the December 7, 2009 Class Action Settlement Agreement, the Parties hereby execute this Modification:

FOR PLAINTIFFS:                                    FOR DEFENDANTS:

_____ 12/29/09                 _____ 12/29/09
Dennis M. Gingold, Class Counsel                   Robert E. Kirschman, Jr.
                                                   Deputy Director
                                                   Commercial Litigation Branch

_____ 12/29/09
Keith M. Harper, Class Counsel