UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: | SECTION: J |
| *All Cases* | JUDGE BARBIER |
| (This Document also applies to: *All Cases*) | MAGISTRATE SHUSHAN |

**PLAINTIFFS' OPPOSITION TO HESI'S OBJECTIONS TO CERTAIN EXHIBITS ON THE PLAINTIFFS' COMBINED PHASE ONE EXHIBIT LIST DATED JANUARY 11, 2013 [Doc 8297]**

NOW INTO COURT come Plaintiffs, in accord with the Court's Order of January 4, 2013 [Doc 8173], and respectfully submits the following opposition to Halliburton Energy Services, Inc.'s ("HESI") Objections To Certain Exhibits Identified On The Plaintiffs Combined Phase One Exhibit List Dated January 11, 2013 (Rec. Doc. 8297) as follows:

In the Court's January 16, 2012 Order (Rec. Doc. 5719), the Court recognized that, the then pending depositions of John Gagliano, Ronald Crook, Krishna Ravi , and Lt. Cmdr. Nathan Houck, would result in the creation of additional exhibits not listed in the parties' Phase One trial exhibit lists filed on January 13, 2012. *See* Rec. Doc. 5719 at 3. The parties were to notify the PSC of the additional exhibits from these depositions by February 16, 2012 to facilitate the PSC's preparation of an updated final master exhibit list to be filed by February 26, 2012. *See id.* However, due to the PSC/BP settlement and consequent trial continuance, this final exhibit list was never filed. Consequently, the Plaintiffs' additional exhibits from the post-January 13, 2012

depositions were not identified until the filing of the Plaintiffs' Combined Phase One Trial Exhibit List on January 11, 2013 (Rec. Doc. 8221-1).

Amended PTO 54, dated January 4, 2013, correctly states that the parties filed a list of Phase One trial exhibits on or before January 13, 2012. *See* Rec. Doc. 8173 at 2. Although several parties filed amended exhibits lists after that date, they did so absent any court order or pre-trial order requirement. Stated differently, the last court ordered exhibit list was filed on January 13, 2012. Thus, the Plaintiffs' January 11, 2013 filing of Plaintiffs' Combined Phase One Exhibit List (Rec. Doc. 8221-1) was the first and only Plaintiffs' Exhibit List required by the court after January 13, 2012 and filed after the exhibits at issue were created in the depositions of Gagliano, Crook, Ravi, and Houck.

Although PTO 54 allowed the addition of thirty-five (35) exhibits without showing "good cause," and permitted the parties to move for leave of court to add documents or materials **first produced** after February 20, 2012 to the Exhibit List with good cause shown, there is no reference to the exhibits used in the depositions taken subsequent to the parties' last filing of an Exhibit List. *See* Rec. Doc. 8173 at 2. Contrary to HESI's contention, no good cause is required for these documents.

As shown herein, the additional 102 exhibits on Plaintiffs' January 11, 2013 list, which HESI erroneously contends were added beyond the Plaintiffs' allotted 35 "free" exhibits and without any showing of good cause in accordance with PTO 54, were in fact permitted by the Court's February 16, 2012 Order without any showing of good cause. *See* Rec. Doc. at 3. Furthermore, the oversight of having not marked these exhibits as "new" (to the extent that such an error occurred given that they are not "new" exhibits) should not preclude the Plaintiffs from

including the documents on the Plaintiffs' Combined Phase One Exhibit List.  However, for the convenience of the parties, the 102 exhibits at issue and those constituting the PSC's "free" 35 are identified in Exhibit A attached hereto, with a notation of either the deponent or its status as a "new 35" exhibit.[1]

Dated:  January 21, 2013

Respectfully submitted,

| | |
|---|---|
|    /s/   Stephen J. Herman |    /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax. No. (504) 569-6024 | Fax No. (337) 233-2796 |
| Email: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

### PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, | WEITZ & LUXENBERG, PC |
| MITCHELL, ECHSNER & PROCTOR, PA | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY  10003 |
| Pensacola, FL 32502-5996 | Office:  (212) 558-5802 |
| Office:  (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail:  rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |
| | Rhon E. Jones |
| Jeffrey A. Breit | BEASLEY, ALLEN, CROW, METHVIN, |
| BREIT DRESCHER & IMPREVENTO | PORTIS & MILES, P. C. |
| Towne Pavilion Center II | 218 Commerce St., P.O. Box 4160 |
| 600 22nd Street, Suite 402 | Montgomery, AL 36104 |
| Virginia Beach, Virginia 23451 | Office:  (334) 269-2343 |
| Office:  (757) 670-3888 | Telefax: (334) 954-7555 |
| E-Mail: jbreit@bdbmail.com | E-Mail:  rhon.jones@beasleyallen.com |

---

[1] The 23 highlighted exhibits on Exhibit A were not from depositions referenced in the Court's January 16, 2012 Order or part of the PSC's "new 35." The PSC will remove these from the Plaintiffs' Combined Phase One Exhibit List if HESI persists in its objection to same.

Elizabeth J. Cabraser  
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA  94111-3339  
Office:  (415) 956-1000  
Telefax: (415) 956-1008  
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.  
COSSICH, SUMICH, PARSIOLA & TAYLOR  
8397 Highway 23, Suite 100  
Belle Chasse, LA  70037  
Office:  (504) 394-9000  
Telefax: (504) 394-9110  
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham  
CUNNINGHAM BOUNDS, LLC  
1601 Dauphin Street, P. O. Box 66705  
Mobile, AL  36660  
Office:  (251) 471-6191  
Telefax: (251) 479-1031  
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy  
MORGAN & MORGAN, P.A.  
188 East Capitol Street, Suite 777  
Jackson, MS 39201  
Office: (601) 949-3388  
Telefax: (601) 949-3399  
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.  
FAYARD & HONEYCUTT  
519 Florida Avenue, SW  
Denham Springs, LA  70726  
Office:  (225) 664-4193  
Telefax: (225) 664-6925  
E-Mail:  calvinfayard@fayardlaw.

Matthew E. Lundy  
LUNDY, LUNDY, SOILEAU & SOUTH, LLP  
501 Broad Street  
Lake Charles, LA  70601  
Office:  (337) 439-0707  
Telefax: (337) 439-1029  
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier  
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'  
618 Main Street  
Baton Rouge, LA  70801-1910  
Office:  (225) 344-3735  
Telefax: (225) 344-0522  
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow  
LEWIS, KULLMAN, STERBCOW & ABRAMSON  
601 Poydras Street, Suite 2615  
New Orleans, LA  70130  
Office:  (504) 588-1500  
Telefax:  (504) 588-1514  
E-Mail:  sterbcow@lksalaw.com

Scott Summy  
BARON & BUDD, P.C.  
3102 Oak Lawn Avenue, Suite 1100  
Dallas, TX  75219  
Office:  (214) 521-3605  
Telefax: (214) 599-1172  
E-Mail:  ssummy@baronbudd.com

Mikal C. Watts  
WATTS GUERRA CRAFT, LLP  
Four Dominion Drive, Building 3, Suite 100  
San Antonio, TX 78257  
Office: (210) 447-0500  
Telefax: (210) 447-0501  
E-Mail:  mcwatts@wgclawfirm.com

| | |
|---|---|
| Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  ervin@colson.com<br><br>Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Office: (843) 216-9159<br>Fax No. (843) 216-9290<br>E-Mail: jrice@motleyrice.com | Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP<br>435 Corporate Drive, Suite 101<br>Maison Grand Caillou<br>Houma, Louisiana 70360<br>Office: (985) 876-7595<br>Fax No. (985) 876-7594<br>E-Mail: duke@williamslawgroup.org |

## **CERTIFICATE OF SERVICE**

     We hereby certify that the above and foregoing Memorandum will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 21st day of January, 2013.

       /s/ Stephen J. Herman and James Parkerson Roy