| TREX | EXHIBIT DATE | BATES RANGE | SUBJECT / DESCRIPTION | NEW |
|---|---|---|---|---|
| TREX-01665 | 00/00/0000 | BP-HZN-2179MDL000964754 - BP-HZN-2179MDL000964763 | bp - Deepwater Horizon Containment and Response: Harnessing Capabilities and Lessons Learned | |
| TREX-02400 | 7/27/2010 | BP-HZN-2179MDL01447472 - BP-HZN-2179MDL01447474 | Email - From: Doug Suttles To: Kent Wells - Subject: RE: Oil Spill Response | |
| TREX-02450 | 3/30/2010 | NEX000207-NEX000208 | Letter to BP Exploration & Production Co. from Linda Nolan of Nexen Petroleum USA, Inc. - Agreement for Sale of Surplus 7" Casing and Associated Cementing Equipment | |
| TREX-03910 | 5/2/2010 | | CFD Analysis HORIZON BOP Stack Top Flow (Oil-Gas Flow) PowerPoint presentation, dated 5/2/10 by Anup Paul, Harbi Pordal, Christopher Matice | |
| TREX-03918 | 4/27/2010 | WW-MDL-00002312 - WW-MDL-00002316 | Email from K. Girlinghouse to B. Franklin attaching WWCI Project Memo-13 Capping Options Rev2.doc | |
| TREX-03919 | 4/27/2010 | BP-HZN-2179MDL01513949 - BP-HZN-2179MDL01513970 | Email from Franklin to Wellings, Blome & Patteson, Re: WWCI Project Memo-13 Capping Options Rev2, attaching BP - Well Capping Team - Rev. 1 presentation | |
| TREX-04312 | 2/6/2006 | TRN-INV-01262584 - TRN-INV-01262589 | Transocean Change Proposal Form re DWH "Auto Shear Circuit Not Working" | |
| TREX-04316 | 5/6/2010 | TRN-INV-01267421 - TRN-INV-01267425 | Transocean Operations Department Alert Response Sheet RIG dated May 6, 2010 | |
| TREX-04320 | 6/2/2010 | CAM_CIV_0210135 - CAM_CIV_0210136 | Email - From: Asbjorn Olsen To: Geoff Boughton and others - Subject: Re: Meeting Notes | |
| TREX-05051 | 6/11/2010 | BP-HZN-BLY00374760 - BP-HZN-BLY00374776 | Email - From: Roberta Wilson To: RV Anand and others - Subject: INFOR: Slide Pack to roll out during VP Lunches next week, with attachment | |
| TREX-05053 | 8/12/1999 | BP-HZN-2179MDL01426137 - BP-HZN-2179MDL01426257 | Report: Oil Spill Containment, Remote Sensing and Tracking for Deepwater Blowouts: Status of Existing and Emerging Technologies | |
| TREX-05054 | 12/00/2002 | | West Engineering Services, Inc. - Mini Shear Study for the U.S. Minerals Management Services | |
| TREX-05062 | 6/19/2010 | BP-HZN-2179MDL01436550 - BP-HZN-2179MDL01436554 | Email - From: Jasper Peijs To: David Rainey and others - Subject: RE: pictures of the plume | |
| TREX-05092 | 5/3/2010 | BP-HZN-2179MDL03676638 - BP-HZN-2179MDL03676653 | Email - From: Pierre Beynet To: Gordon Birrell and others - Subject: Forces on BOP stabbing on a flowing well, The forces are small of the order of 100 lb for 70,000 BOD + 700mmscf/day, with attachment | |
| TREX-05385 | 4/28/2010 | TRN-MDL-00799220 - TRN-MDL-00799239 | Document: Sub Sea Capping Stack | |
| TREX-05395 | 6/26/2010 | BP-HZN-2179MDL01513979 - BP-HZN-2179MDL01514000 | Email - From: Stephen Black To: Kent Well and others - Subject - DOE Team - Assessment Report - Flange Connector Spool Assembly and 3 Ram Capping Stack, with attachment | |
| TREX-05528 | 3/18/2010 | BP-HZN-2179MDL00289297 - BP-HZN-2179MDL00289298 | Email from Gregory Walz to Jake Skelton and others, dated March 18, 2010. Subject: RACI Chart - with attachments | New (35) |

| | | | | |
|---|---|---|---|---|
| TREX-05533 | 4/26/2010 | BP-HZN-BLY00396990 - BP-HZN-BLY00396994 | 26, 2010. Subject: Shear ram Closing Procedure - with attachments | |
| TREX-05658 | 11/3/2010 | TRN-INV-02546928 - TRN-INV-02546929 | Re-test the AMF card with the standard SEM test | |
| TREX-05661 | | TRN-INV-02509564 - TRN-INV-02509567 | AMF Sequence Test for SEM A & B | |
| TREX-05665 | | TRN-MDL-01527522 | MOC issues associated with installation of test rams | |
| TREX-05785 | 6/28/2010 | HAL_1229969 - HAL_1229970 | Email from Roland Chemali to Thomas Roth, Ronald Sweatman, James Bement, Subject: RE: Conversation with Jeff Mos of ExxonMobil - Livelink 20 KB | New (35) |
| TREX-05795 | 6/1/2010 | HAL_1152217 - HAL_1152218 | E-mail string, top one from Jan Erik Klungtveit to Roland Chemali and others, dated June 1, 2010 - Subject: FW: OH Log, with attachments | New (35) |
| TREX-05844 | 4/26/2010 | BP-HZN-2179MDL04412396 - BP-HZN-2179MDL04412400 | Wetzel and others, Subject: Worst Case Discharge Update for Macondo Relief Well - Updated on May 1, with Attachments, marked as CONFIDENTIAL | |
| TREX-05994 | | | Final Action Report on the SAR Case Study into the Mass Rescue of Personnel off the Offshore Drilling Unit DeepwaterHorizon | Houck |
| TREX-05995 | | | U.S. Coast Guard Addemdum to the United States National Search and Rexcue Supplement (September 2010) | Houck |
| TREX-05996 | 2/6/2003 | | Southeast Louisiana Area Contingency Plan Environmental Sensitivity Maps | Houck |
| TREX-05997 | | | Exhibit (12-1) Interview with Lt. Nathan Houck, USCG (October 5, 2010) | Houck |
| TREX-05998 | | HCG 172-000001 | Email from Houck, Nathan to Landry, Mary RADM on April 22, 2010 Re: update on attempts to shut the well | Houck |
| TREX-05999 | | HCG061-000191 | Exhibit (33-1) Chronology of Events | Houck |
| TREX-06330 | 7/13/2009 | BP-HZN-2179MDL01825685 - BP-HZN-2179MDL01825688 | Email from W. Bozenman to D. Rainey re: GoMX - Worst Case Discharge Claculation for MMS Filing attaching 2009 MMS WCD update | |
| TREX-07342 | 11/11/2010 | | Email - From: Mike Viator To: David Bolado and others - Subject: RE: Displace 3-D | New (35) |
| TREX-07442 | 1/9/2012 | | Report: Expert Report of Ronald J. Crook | Crook |
| TREX-07443 | 7/2/2001 | | Crook, Ronald J., et al., Drilling & Production - "Eight steps ensure successful cement jobs" Oil & Gas Journal - | Crook |
| TREX-07444 | Not Applicable | | Document: Cementing White Paper - Foamed vs. Conventional Cement: Cause and Effect of Tensile Fractures in Hydraulic Facturing Operations | Crook |
| TREX-07445 | 10/22/1998 | | Oct 22, 1998. Zonal Isolation Products and Processes Project Report | Crook |
| TREX-07446 | 11/15/1997 | | Halliburton Technology Bulletin; No. CMA-97-010, dated 12-15-97 | Crook |
| TREX-07447 | 4/23/1996 | | Research Notebook: No. 7802 of Bobby King - Cementing Materials | Crook |
| TREX-07448 | 11/12/2002 | | Document: U.S. Patent No. 6,478,868 B1 | Crook |
| TREX-07449 | 9/1/1998 | | Project Report: NAM HPHT Spacer/ Cement Slurry Design, by Ron Crook | Crook |

| | | | | |
|---|---|---|---|---|
| TREX-07450 | 8/26/1998 | | Project Report: DWFS Testing for Statoil (Gulf of Mexico), by Ron Crook | Crook |
| TREX-07459 | Not Applicable | | Document: Cementing, by Dwight K. Smith | Crook |
| TREX-07460 | | | Primary cementing: Optimizing for maximum displacement, by Richard C. Haut & Ronald K. Crook | Crook |
| TREX-07461 | | | SPE8253, Primary Cementing: The Mid Displacement Process, by Richard C. Haut & Ronald J. Crook | Crook |
| TREX-07462 | | | Spacers and Their Applications in Primary Cementing, by Ronald A. Crook, Wallace G. Darden & Jim L. Watson | Crook |
| TREX-07463 | 8/21/2010 | BP-HZN-BLY00105786 | Email from McKay to Corser & Brock, Subject: Centralizer graph, attaching centralizers graph with caliper Log.xls | Crook |
| TREX-07464 | 5/1/2010 | TRN-MDL-00621086 - TRN-MDL-00621192 | Isolating Potential Flow Zones During Well Construction - API Recommended Practice 65 - Part 2 - First Edition | Crook |
| TREX-07465 | 7/1/2004 | | Recommended Practice on Testing of Deepwater Horizon Well Cement Formulations - ANSI/API Recommended Practice 10B-3 - First Edition | Crook |
| TREX-07466 | 4/17/2010 | BP-HZN-2179MDL00315248 - BP-HZN-2179MDL00315253 | Email from Morel to Guide, FW: Lab tests, attaching Halliburton Lab Results - Primary 4/12/10 | Crook |
| TREX-07467 | 3/7/2010 | BP-HZN-MBI00109056 - BP-HZN-MBI00109057; BP-HZN-2179MDL00041811 | Email - From: Stuart Lacy To: Martin Albertin and others - Subject: Macondo cavings | Crook |
| TREX-07468 | | BP-HZN-2179MDL03052329 - BP-HZN-2179MDL03052330 | Email from LeBlanc, Shade dated: Jun 05 17:20:01 2009 Subject: BP-Halliburton Cement Account Rep | Gagliano |
| TREX-07469 | 6/11/2009 | BP-HZN-MBI00066224 - BP-HZN-MBI00066259 | Email from Gagliano to Morel & Hafle, Subject: Macondo BoD, attaching Halliburton Macondo BoD | Gagliano |
| TREX-07470 | | HAL_0116007 - HAL_0116016 | Halliburton 9 7/8" Casing dated November 5, 2009 Version: 1 | Gagliano |
| TREX-07471 | 1/15/2010 | BP-HZN-2179MDL01580110 - BP-HZN-2179MDL01580110 | Email from Morel to Guide, Cocales, Hafle & LeBleu, Subject: Macondo Decisions | Gagliano |
| TREX-07472 | 4/14/2010 | BP-HZN-2179MDL01305673 - BP-HZN-2179MDL01305692 | Email from Gagliano, Jesse to Hafle, Mark;  Morel Brian dated Apr 14 16:10:07 2010 Subject: OptiCem Report with attachment | Gagliano |
| TREX-07473 | 4/14/2010 | BP-HZN-2179MDL00311279 - BP-HZN-2179MDL00311298 | Email - From: Jesse Gagliano To: Gregory Walz - Subject: OptiCem Report, with attachment | Gagliano |
| TREX-07474 | 4/14/2010 | HAL_0010512 - HAL_0010514 | Email from Hafle, Mark to Gagliano, Jesse dated April 14, 2010 4:18 PM Subject: RE: OptiCem Report | Gagliano |
| TREX-07475 | 4/14/2010 | HAL_0010515 - HAL_0010517 | Email from Morel to Gagliano, RE: OptiCem Report, attaching OptiCem Circulating Pressure and Density at Reservoir Zone | Gagliano |
| TREX-07476 | 4/14/2010 | HAL_0010518 - HAL_0010520 | Email from Morel to Gagliano, RE: OptiCem Report, attaching OptiCem Circulating Pressure and Density at Reservoir Zone | Gagliano |
| TREX-07477 | 4/15/2010 | BP-HZN-MBI 00127261 - BP-HZN-MBI 00127265 | Email from Morel to Gagliano, Fw: 7" float collar, attaching Weatherford Item Navigator sheet | Gagliano |
| TREX-07478 | 4/14/2010 | BP-HZN-2179MDL03431749 - BP-HZN-2179MDL03431796 | Email from Leweke to Gagliano, Subject: Caliper Data, attaching Caliper Data | Gagliano |
| TREX-07479 | 4/15/2010 | BP-HZN-2179MDL00249864 - BP-HZN-2179MDL00249887 | Email - From: Jesse Gagliano To: Brian Morel and others - Subject: Revised OptiCem Report with additional Centralizers | Gagliano |

| | | | | |
|---|---|---|---|---|
| TREX-07480 | 4/16/2010 | HAL_0614416 - HAL_0614429 | Email - From: Brian Morel To: Jesse Gagliano and others - Subject: RE: Cement Procedure, with attachment | Gagliano |
| TREX-07481 | | HAL_0513707 - HAL_0513866 | Screen shots of Well Cat inputs - Highly Confidential | Gagliano |
| TREX-07483 | 3/7/2010 | HAL_0005082 - HAL_0005083 | Email from Hafle, Mark to Gagliano, Jesse dated March 07, 2010 2:20 PM Subject: Macondo 11-7/8 or 11-3/4 Expendable with attachment | Gagliano |
| TREX-07484 | 3/7/2010 | HAL_0005085 - HAL_0005090 | Email from Gagliano, Jesse to Hafle, Mark dated March 07, 2010 3:32 PM Subject: RE: Macondo 11-7/8 or 11-3/4 Expendable | Gagliano |
| TREX-07485 | 10/14/2011 | | Screen shot of Halliburton Advantage website page dated 10/14/2011 | Gagliano |
| TREX-07486 | 4/4/2010 | BP-HZN-2179MDL00302415 | Email from Guide, John to Sanders, Robert dated Apr 04 12:49:00 2010 Subject: RE: Any of you guys ever fish casing centralizers from a well - namely the wellhead? | Gagliano |
| TREX-07487 | | HAL_0675798 - HAL_0675827; HAL_0677643 - HAL_0677665 | Global Laboratory Best Practices Administrative - Volume 1 of 6 (previously marked 4347) | Gagliano |
| TREX-07488 | | | Foam Cementing on the Eldisk Field: A Case Study SPE/IADC 79912 | Gagliano |
| TREX-07489 | 12/7/2009 | BP-HZN-2179MDL00373785 | Email from Gagliano, Jesse to Hafle, Mark; Morel, Brian; Fleece, Trent; Gray, George dated Dec 07 20:31:48 2009 Subject: Bulk Cement & Chemical on Marianas | Gagliano |
| TREX-07490 | 01/2005 to 4/2010 | | Oversized spreadsheet depicting 14 Halliburton foam jobs in GoM between Jan. 2005 and April 2010 | Gagliano |
| TREX-07491 | 4/20/2010 | | Halliburton Experience with Foam Cement Using D-AIR 3000 in The Slurry In The GOM - 2005 - April 20, 2010 chart | Gagliano |
| TREX-07492 | | | Defendant Halliburton Energy Services, Inc.'s Objections and Responses to Co-Defendant Anadarko Petroleum Corporation's Interrogatories and Requests for Production | Gagliano |
| TREX-07493 | 2/1/2010 | HAL_0576857 - HAL_0576858 | Email - From: Christopher Haire To: Danny Mooney and others - Subject: daily report horizon, with attachment | Gagliano |
| TREX-07494 | 1/28/2010 | HAL_0023604 - HAL_0023613 | Email from Gagliano, Jesse to Cupit, Anthony; Haire, Christopher; Deepwater Horizon (BP); Fleming, Jason; Tabler, Vincent dated January 28, 2010 12:47 PM Subject: Macondo Well | Gagliano |
| TREX-07495 | 4/12/2010 | HAL_0535247 | Email from Forrest, Greg to FOUNDHELP - Tech Support dated Apr 12 16:37:27 2010 Subject: FW: OptiCem | Gagliano |
| TREX-07496 | 4/14/2010 | HAL_0010515 - HAL_0010517 | Email from Morel, Brian to Gagliano, Jesse dated April 14, 2010 4:19 PM Subject: RE: OptiCem Report | Gagliano |
| TREX-07497 | 4/14/2010 | HAL_0010518 - HAL_0010520 | Email from Morel, Brian to Gagliano, Jesse dated April 14, 2010 4:20 PM Subject: RE: OptiCem Report | Gagliano |
| TREX-07498 | 4/15/2010 | HAL_0010620 - HAL_0010642 | Email from Gagliano, Jesse to Hafle, Mark; Morel, Brian; Cocales, Brett; Walz, Gregory dated: April 15, 2010 3:35 PM Subject: OptiCem Report with attachment | Gagliano |
| TREX-07499 | 4/15/2010 | HAL_0010533 - HAL_0010536 | Email from Morel, Brian to Gagliano, Jesse dated April 15, 2010 8:39 AM Subject: FW: 7" float collar | Gagliano |
| TREX-07800 | | | Log of transmission reports generated by Dist. 8 | Houck |
| TREX-07801 | | | U.S. Coast Guard Deepwater Horizon Incident Response Summary | Houck |

| | | | | |
|---|---|---|---|---|
| TREX-07802 | | HCG 042-010010 | Interview Summary Form - ADM Mary Landry | Houck |
| TREX-07803 | | | U.S. Coast Guard Witness Statement sheet for John B. Evans | Houck |
| TREX-07804 | 4/22/2010 | SMIT_00318; SMIT_00312 | SMIT Salvage Daily Progress Report for April 22, 2010 | Houck |
| TREX-07805 | | SMIT_00508 | Salvage Report | Houck |
| TREX-07806 | | | Exhibit (22-1) Interview with LTJG Jayna McCarron | Houck |
| TREX-07851 | Not Applicable | | Log: 5" Combo Log MD | New (35) |
| TREX-07854 | | | Photo copy of a CD disc and a listing of the files on the disc by TAB no. and Bates No. | Houck |
| TREX-07855 | | HCG151-000002 - HCG151-000006 | Transcript of telephone conversation between Mr. Benton and Coast Guard     pgs. 105-110 | Houck |
| TREX-07856 | | HCG151-000186 - HCG151-000189 | Transcript of communication between Coast Guard and District Officer 8, unidentified male voice and unidentified female voice,  pgs. 57-60 | Houck |
| TREX-07857 | | HCG151-000257 - HCG151-000260 | Transcript of calls to various numbers until finally answerd by unidentified female voice   pgs. 25-28 | Houck |
| TREX-07858 | | HCG151-000492 - HCG151-000495 | Transcript of communication between ADMR. Landry and Lt. Houck  pgs. 125-128 | Houck |
| TREX-07859 | | HCG151-000460 - HCG151-000463 | Transcript of communication between Lt. Brisco and Lt. Houck  pgs. 93-96 | Houck |
| TREX-07860 | | HCG151-002882 - HCG151-002885 | Transcript of communication between unidentified male and female voice  pgs. 23-26 | Houck |
| TREX-07861 | | HCG151-002955 - HCG151-002958 | Transcript of communication between Mr. Simons and Mr. Cambreys pgs. 65-68 | Houck |
| TREX-07862 | | HCG151-002971 - HCG151-002974 | Transcript of communicatin between Lt. Kooper, PO Massey, and Lt. Hitt pgs. 81-84 | Houck |
| TREX-07863 | | HCG151-003646 - HCG151-003649 | Transcript of communication between unidentified male and female voice  pgs. 13-16 | Houck |
| TREX-07864 | | HCG151-003568 - HCG151-003574 | Transcript of communication between unidentified male voice 1 and 2 pgs. 95-101 | Houck |
| TREX-07865 | | HCG151-003743 - HCG151-00374 | Transcript of communication between     Lt. Cooper and unidentified male voice  pgs. 25-30 | Houck |
| TREX-07866 | | | Transcript of communication between Disctirct 8 Command Center , PO Padilla and Capt. Paridy  pgs. 85-94 | Houck |
| TREX-07867 | 4/15/2010 | HAL_0010559 - HAL_0010563 | Email from Bruce, Bill to Gagliano, Jesse dated April 15, 2010 11:01 AM Subject: Fw: 7" float collar - BP - Macondo Prospect | Gagliano |
| TREX-07867a | 4/20/10 - 00/00/10 | | SAR Transcripts from USCG, from 4/20/10 - 4/23/10. | Houck |
| TREX-07868 | 4/15/2010 | HAL_0010553 | Email - From: Jesse Gagliano To: Jesse Gagliano - Subject: FW: Caliper Data | Gagliano |
| TREX-07869 | 4/15/2010 | HAL_1007017 - HAL_1007020 | Email - From: Chip LaCombe To: Jesse Gagliano, with attachment | Gagliano |
| TREX-07870 | 4/15/2010 | | Email from Clawson, Bryan to Cocales, Brett dated April 15, 2010 4:11 PM Subject: RE: 7" Centralizer | Gagliano |

| | | | | |
|---|---|---|---|---|
| TREX-07871 | 4/18/2010 | HAL_0010819 - HAL_0010820 | Email - From: Vincent Tabler To: Jesse Gagliano - Subject: pipe tally, with attachment | Gagliano |
| TREX-07872 | | HAL_0989496 - HAL_0989499 | Halliburton Energy Services, Inc.'s Responses to Subpoena to Produce Documents Information or Objects | Gagliano |
| TREX-07873 | 4/13/2010 | HAL_0537684 | Email from Fuller, George to Irwin, Sustin; Gagliano, Jesse dated Apr 13 14:26:04 2010 Subject: RE: Cement Recommendations | Gagliano |
| TREX-07874 | | HAL_0537685 - HAL_0537695 | Reliability of Cement Bond Log Interpretations Compared to Physical Communication Tests Between Foundations SPE 101420 | Gagliano |
| TREX-07875 | | HAL_1277423 | File Produced Natively - Cement Slurry Tests Completed (PowerPoint presentation) | Gagliano |
| TREX-07876 | 00/00/2009 | BP-HZN-2179MDL00572673 ; BP-HZN-DHTF0154286 - BP-HZN-DHTF0154287; BP-HZN-2179MDL01160205 - BP-HZN-2179MDL01160216; BP-HZN-2179MDL000572673 | Email from Gagliano, Jesse to Fleece, Trent dated Oct 29 22:37:23 2009 Subject: Re: cement | Gagliano |
| TREX-07877 | | | Recommended Practice on Preparation and Testing of Foamed Cement Slurries at Atmospheric Pressure - ANSI/API Recommended Practice 10B-4 First Edition, July 2004 Identical to ISO 10426-4: 2003 | Gagliano |
| TREX-07878 | 2/7/2012 | | Rebuttal Expert Report of Dr. Kris Ravi to the Report of Ronald J. Crook Regarding Cementing Issues January 30, 2012 | Ravi |
| TREX-07881 | 6/2/2011 | | Letter from Greg Garrisson President of Oilfield Testing & Consulting, LLC to Mrs. Silva Murphy dated June 2, 2011 | Ravi |
| TREX-07884 | | | U.S. Steel Tubular Products Inc. 2011 Casing Product Table rev.0 | Ravi |
| TREX-07885 | | | No title - TREX-63173.xlsx | Ravi |
| TREX-07886 | | | BP's Shoe Track Design | Ravi |
| TREX-07887 | | | BP's Shoe Track Design (with handwritten notes) | Ravi |
| TREX-07888 | | | SPE 101727 - Reliable and Effective Downhole Cleaning System for Debris and Junk Removal | Ravi |
| TREX-07889 | | | Three Key Mechanisms Deliver Zonal Isolation | Ravi |
| TREX-07890 | | | Errors in Halliburton OptiCem Model Dated April 18, 2010; Source: 717a | Ravi |
| TREX-07892 | | | IADC/SPE 87194 - Foam Cement Engineering and Implemenation for Cememnt Sheath Integrity at High Temperature and High Pressure | Ravi |
| TREX-08526 | 5/25/2010 | HAL_1124000 - HAL_1124001 | E-mail from Richard Vargo to Erick Cunningham, et al., dated May 25, 2010. Subject: Halliburton Basis of Design Ver. 7 | |
| TREX-25246 | 8/2/2010 | BP-HZN-BLY00155820 - BP-HZN-BLY00155821 | EMAIL FROM JOHN SELIG TO MARK BLY RE:PLEASE READ MARK -- INCIDENT INVESTIGATION QUALITY CONTROL TIPS (IMPORTANCE: HIGH) | New (35) |