UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>    *All Cases* | § § | |

## ORDER

**[Regarding Phase One and Phase Two Discovery Materials
Provided to Defendants and their Counsel in Related Criminal Proceedings]**

WHEREAS, information has been produced during "Phase One" and "Phase Two" discovery, some of which has been identified by one or more MDL parties as "confidential" and "highly confidential" within the meaning of Pretrial Order 13;

WHEREAS, pursuant to the Court's Orders dated September 2, 2011 (Rec. doc. 3895) and December 16, 2011 (Rec. doc. 4938), agencies of the United States investigating the *Deepwater Horizon* incident, specifically, the Chemical Safety and Hazard Investigation Board ("CSB"), the United States Coast Guard ("USCG"), the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"), and the Joint Investigation Team ("JIT"), comprised of the USCG and BOEMRE, obtained information and data potentially subject to Pretrial Order 13, subject to the condition that said agencies treat the information and data in a manner consistent with the Trade Secrets Act, 18 U.S.C. § 1905, and the Freedom of Information Act ("FOIA"), as well as any other statutes or regulations governing disclosure of confidential business information by those agencies;

WHEREAS, the United States has filed criminal charges against certain individuals and may file further criminal charges alleging crimes related to the explosion and oil spill from the *Deepwater Horizon* and, in the course of prosecuting those criminal charges may be required to provide information within its custody that has been produced to the United States or its agencies under a claim of confidentiality under Pretrial Order 13.

IT IS HEREBY ORDERED that the United States may provide copies of documents necessary to prosecute the criminal charges and/or comply with any order or disclosure obligation arising from criminal charges related to the *Deepwater Horizon* to the Defendants in such criminal proceedings and the Defendants' counsel so long as the documents will be subject to a protective order in the criminal action that is no less stringent than the provisions of Pretrial Order 13.

New Orleans, Louisiana this 22nd day of January, 2013.

_____
CARL J. BARBIER
United States District Judge