IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: 2:10−cv−08888−CJB−SS. | * * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SUSHAN |

## ORDER

Considering the foregoing Motion for Leave to File Short Form Joinders of Gene Wade Hail and Florida's Finest Fishing, Inc., document numbers 122741 and 122742 respectively:

IT IS ORDERED that the motion is GRANTED and the short Form Joinders of Florida's Finest Fishing, Inc. and Gene W. Hail attached to the Motion for Leave to File Short Form Joinders, document numbers 122741 and 122742 respectively, are accepted by the Court and shall be considered as timely filed in the above entitled proceedings.

Signed in New Orleans, Louisiana, this ____ day of _____, 2013.

_____
HON. CARL BARBIER
UNITED STATES DISTRICT JUDGE