UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | * | MDL 2179 |
| BY THE OIL RIG "DEEPWATER HORIZON" | * | SECTION J |
| In the Gulf of Mexico, on April 20, 2010. | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: No. 10-8888, | * | MAG. JUDGE SHUSHAN |
| Rec. Doc. 107587 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED that Christopher P. Ieyoub be and the same is hereby substituted as counsel of record for Sea Trepid International, L.L.C. in these proceedings. Albert Nicaud is removed as counsel for Sea Trepid International, L.L.C.

New Orleans, Louisiana this 22nd day of January, 2013.

_____
United States District Judge