UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | * | MDL 2179 |
| BY THE OIL RIG "DEEPWATER HORIZON" | * | |
| In the Gulf of Mexico, on April 20, 2010. | * | SECTION J |
| | * | |
| This Document Relates to: No. 10-8888, | * | JUDGE BARBIER |
| Rec. Doc. 63973 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAG. JUDGE SHUSHAN |

## ORDER

IT IS ORDERED that Albert J. Nicaud and the law firm of Nicaud & Sunseri, L.L.C. is hereby withdrawn as counsel of record for Tammany Specialty Services, L.L.C. in these proceedings.

New Orleans, Louisiana this 22nd day of January, 2013.

_____
United States District Judge