UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>**Actions in B1 Pleading Bundle, and 12-970,** *Bon Secour Fisheries, Inc. et al.v. BP Exploration & Production Inc., et al.*(**REF: 10-7777**) | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN**<br><br>**NOTICE OF APPEAL OF 643 OBJECTORS TO DEEPWATER HORIZON SETTLEMENT AGREEMENT** |

**NOTICE APPEAL TO THE UNITED STATES DISTRICT**
**COURT OF APPEALS FOR THE FIFTH CIRCUIT**

PLEASE TAKE NOTICE THAT *643 Objectors to the Deepwater Horizon Settlement Agreement*, each of which are represented by Farrell & Patel, Attorneys At Law, as identified in the attached spreadsheet (**Ex. A**, **Redacted List of 643 Objectors to the Deepwater Horizon Settlement, hereafter "643 F&P Objector-Appellants"**),[1] hereby APPEAL to the United States Court of Appeals for the Fifth Circuit from 1) the final judgment entered in this action on the 21st day of December, 2012 (Rec. Doc. 8138 and 8139) by Judge Carl. J. Barbier, certifying a class for purposes of settlement and approving the Deepwater Horizon Economic and Property Damages Settlement Agreement, as Amended on May 2, 2012 (Rec. Doc. 6430); and 2) the Order entered in this action on October 26, 2012 by Judge Barbier (Rec. Doc. 7755) upholding the Magistrate Judge's Order of September 25, 2012 (Rec. Doc. 7480) denying Plaintiffs' request for limited discovery.

---

[1] This list is redacted under Fed.R.Civ.P. 5.2 and in compliance with LAED/CM/ECF rules, but shall, upon proper request and agreement, be made available in unredacted form.

1

Respectfully Submitted,

FARRELL & PATEL, ATTORNEYS AT LAW

/s/  Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq.
FLBN 71783
Farrell & Patel,
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
Office: 305-798-4177
Fax: 1-800-946-6711

Terry A. C. Gray, Esq.
FLBN: 100732
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL  33131
terrygray@floridaattorney.com

Sarah E. Spigener, Esq.
LABN 31975
Farrell & Patel,
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Office: 504-233-8585
Fax: 504-264-5953

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                /s/ Sarah E.  Spigener, Esq.