IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION J

This document relates to:

JUDGE BARBIER

12-970, Bon Secour Fisheries, Inc, et al.

v. BP Exploration & Production Inc.

and All Actions

MAGISTRATE JUDGE SHUSHAN

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Troy D. Morain and Stan P. Baudin, Class Members and Objectors to the *Deepwater Horizon* Economic and Property Damages Settlement As Amended on May 2, 2012 (Rec Doc. 6430) in the above captioned matter, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Judgment Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class, entered in this action on the 21st day of December, 2012 (Rec. Docs. 8138 & 8139), which overruled their timely filed objections regarding the improper classification of their properties on Grand Isle, Louisiana, under the Settlement, and instead found the Settlement to be fair, reasonable and adequate under Rule 23 of the Federal Rules of Civil Procedure.

Respectfully Submitted,


*/s/ Stan P. Baudin*
Stan P. Baudin – LSBA #22937
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appeal has been

served electronically via the Court's CM/ECF system and/or LexisNexis File & Serve, in

accordance with Pretrial Order No. 12, to all counsel of record in these proceedings.

Plaquemine, Louisiana, this 22nd day of January, 2013.


*/s/ Stan P. Baudin*
Stan P. Baudin