IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | ) MDL No. 2179<br>)<br>) Section:  J<br>) |
| This Document Relates To:<br>All cases;<br>12-970 | ) Judge Barbier<br>)<br>) Magistrate Shushan<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Gulf Organized Fisheries in Solidarity & Hope, Inc., Donald Dardar, and Thien Nguyen, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final order and judgment entered in this action on December 21, 2012 (Rec. Doc. 8139) granting final approval of the economic damages settlement, certifying the settlement class, and dismissing with prejudice all claims claims covered by the class settlement.

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Joel Waltzer | /s/ Robert Wiygul | /s/ Clay Garside |
| Joel Waltzer (LA #19268) | Robert Wiygul (LA #17411) | Clay Garside (LA Bar # 29873) |
| 3715 Westbank Expwy, Ste. 13 | 1011 Iberville Drive | 14399 Chef Menteur Hwy, Ste D |
| Harvey, LA 70058 | Ocean Springs, MS 39564 | New Orleans, LA 70129 |
| Office: (504) 340-6300 | Office: (228) 872-1125 | Office: (504) 254-4400 |
| Fax: (504) 340-6330 | Fax: (228) 872-1128 | Fax: (504) 254-1112 |
| joel@waltzerlaw.com | robert@waltzerlaw.com | clay@waltzerlaw.com |

## CERTIFICATE OF SERVICE

I certify that this motion has been served on All Counsel via Lexis Nexis File & Serve in accord with Pretrial Order No. 12 and via the CM/ECF with the Clerk of Court, U.S. Eastern District Court of La., in accord with the procedures established in MDL 2179, on this 22th day of January, 2013.

/s/ Clay Garside