OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

JANUARY 22, 2013

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MASTER DOCKET NO. 10-MD-2179 |

THIS DOCUMENT RELATES TO:  12-2665

| | |
|---|---|
| PEARL RIVER FISHERIES OF LOUISIANA, LLC, BAYOU CARLIN FISHERIES, INC. and BAYOU CADDY FISHERIES, INC. | CIVIL ACTION NO:  12-2665 |
| | SECTION "J" |
| Plaintiffs, | JUDGE CARL J. BARBIER |
| vs. | MAGISTRATE |
| BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP AMERICA INC., BP CORPORATION NORTH AMERICA INC. AND BP PRODUCTS NORTH AMERICA INC. | |
| Defendants. | |

Dear Madam:

    Please issue summons on the Complaint to the following:

    1.    BP EXPLORATION & PRODUCTION INC.
         Through its registered agent for service of process:
         CT Corporation System

        5615 Corporate Boulevard, Suite 400B
        Baton Rouge, Louisiana 70808

2.    BP AMERICA PRODUCTION COMPANY
      Through its registered agent for service of process:
      CT Corporation System
      5615 Corporate Boulevard, Suite 400B
      Baton Rouge, Louisiana 70808

3.    BP AMERICA INC.
      Through its registered agent for service of process:
      CT Corporation System
      5615 Corporate Boulevard, Suite 400B
      Baton Rouge, Louisiana 70808

4.    BP CORPORATION NORTH AMERICA INC.
      Through its registered agent for service of process:
      The Prentice-Hall Corporation System, Inc.
      320 Somerulos Street
      Baton Rouge, Louisiana 70802-6129

5.    BP PRODUCTS NORTH AMERICA INC.
      Through its registered agent for service of process:
      The Prentice-Hall Corporation System, Inc.
      320 Somerulos Street
      Baton Rouge, Louisiana 70802-6129

        Respectfully submitted,

        */s/ Miles P. Clements*
        Miles P. Clements, T.A. (Bar No. 4814)
        T. Patrick O'Leary (Bar. No. 30655)
        FRILOT, LLC
        1100 Poydras Street, Suite 3700
        New Orleans, LA 70163
        Phone:  (504) 599-8004
        Fax:  (504) 599-8104
        mclements@frilot.com
        poleary@frilot.com
        ***Attorneys for Plaintiffs,***
        ***Pearl River Fisheries of Louisiana, LLC, Bayou Carlin Fisheries, Inc. and Bayou Caddy Fisheries, Inc.***