

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 (2:10-MD-02179) SECTION J |
| This document relates to: Claims/ Actions in "B1" Pleading Bundle, | * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC.; FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY, on behalf of themselves and all others similarly situated, <br>   Plaintiffs, <br> v. <br> BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C., <br>   Defendants. | * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 12-970 (2:12-cv-970) <br><br> SECTION: J <br><br> JUDGE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SUSHAN |

## NOTICE OF APPEAL

Class Members Allpar Custom Homes, Inc., Sea Tex Marine Service, Inc., Ancelet's

Marina, L.L.C., J.G. Cobb Construction, Ltd., and Ships Wheel, all of whom timely filed

objections to the proposed settlement, hereby appeal to the United States Court of Appeals for

the Fifth Circuit from this Court's December 21, 2012 Order & Reasons Granting Final Approval

of the Economic and Property Damages Settlement (Document 8138) and the Order and Judgment (Document 8139).

Respectfully submitted

By: /s/ Kevin W. Grillo

Kevin W. Grillo
Texas Bar No. 08493500
Pena & Grillo, PLLC
1240 3rd Street
Corpus Christi, TX 78404
Office: 361-356-1882
Fax    361 356 1083.

## CERTIFICATE OF COMPLYANCE

I hereby certify that the original of the forgoing Notice of Appeal was furnished to the Clerk of the Court for service, pursuant to Rule 3(d)(1) F. R. App. P., using the U.S. District Court for the Eastern District of Louisiana's CM/ECF system.

/s/ Kevin W. Grillo

Kevin W. Grillo

2