UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: 2:11-cv-01398-CJB-SS Don Scott, et al. v. BP Exploration & Production Inc., et al. | * * * * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

*****************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Don Scott, Teddy Scott, Shirley Burnett, and Dickie Burnett, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of its voluntary dismissal of all claims asserted by it, without prejudice, in the above-entitled matter. Defendants are BP Exploration & Production Inc., BP America Production Company and XYZ Corporation (unknown BP contractors). Plaintiffs filed this lawsuit against BP and its subsidiaries on April 20, 2011 in the 24th Judicial District Court of Louisiana. This suit matter was removed to the Eastern District of Louisiana on June 13, 2011. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff "may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. Pro. 41(a)(1)(A)(i). This dismissal is unconditional, without prejudice, and does not require a court order. Fed. R. Civ. Pro. 41(a)(1)(A), 41(a)(1)(B).

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss all claims in the above-referenced matter without prejudice against all Defendants.

Respectfully submitted,

__/s/ Andrew K. Jacoby_____
**Gladstone N. Jones, III (No. 22221)**
**Eberhard D. Garrison (No. 22058)**
**Kevin E. Huddell (No. 26930)**
**Emma Elizabeth Antin Daschbach (No. 27358)**
**Andrew K. Jacoby (No. 32512)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Phone: (504) 523-2500
Fax: (504) 523-2508
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of January, 2013.

/s/_Andrew K. Jacoby_____
Andrew K. Jacoby