BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: )<br>)<br>OIL SPILL BY THE OIL RIG )<br>"DEEPWATER HORIZON" IN THE )<br>GULF OF MEXICO ON APRIL 20, )<br>2010 )<br>) | MDL Docket No. 2179 |

## NOTICE OF LIMITED OBJECTION

To:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E.
      Room G255, North Lobby
      Washington DC 2002-8004

Pursuant to the briefing schedule dated January 16, 2013, the plaintiffs, by and through undersigned counsel, hereby note the following limited objections to the Conditional Transfer Order which is Document 1182 in this action:

1. The plaintiffs have asserted state law claims based on economic and bodily injuries that occurred in the State of Florida on state lands and in state waters. These injuries would not have occurred but for their contracting with Defendants Plant Performance Services, LLC ("P2S") and its parent corporation, Fluor Enterprises, Inc. ("Fluor"), to be a part of a cleanup operation following the oil spill by the oil rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. The defendants believed at this time, without formal discovery, to be primarily responsible for the economic and bodily harm suffered by these plaintiffs are P2S and Fluor, entities which are understood not to have been subject to the MDL 2179 litigation previously. To the

extent the plaintiffs will be unable to obtain full relief or appropriate remedies in this forum for their valid state law claims, the plaintiffs object.

2. Approximately 200 other persons, who are witnesses to the claims of the current plaintiffs and who have experienced the same or substantially the same economic and bodily injuries for which Florida State law provides relief, were to be the subject of a motion to amend the state law complaint prior to removal and the conditional transfer order. To the extent the rights of these individuals will be adversely impacted by transfer, plaintiffs object.

3. The undersigned continues to evaluate whether a Motion for Remand has a reasonable likelihood of being granted. A limited objection for the purpose of avoiding waiver of the plaintiffs' right to seek remand is hereby noted.

WHEREFORE, the plaintiffs assert these limited objections to the Conditional Transfer Order which is Document 1182 in this action.

Respectfully submitted,

__s/Heather Fisher Lindsay_____
HEATHER FISHER LINDSAY
LINDSAY & ANDREWS, P.A.
Post Office Box 586
Milton, Florida  32572
(850) 623-3200
Facsimile:  (850) 623-0104
Florida Bar No.:  073441
ONE OF THE ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice is being furnished via the CM/ECF electronic service system to counsel for all served parties listed in the Attached Exhibit A on this 23rd day of January 2013 and that no party is represented by counsel not receiving access to electronic notifications from this system.

    _s/Heather Fisher Lindsay_
HEATHER FISHER LINDSAY
LINDSAY & ANDREWS, P.A.
Post Office Box 586
Milton, Florida 32572
(850) 623-3200
Facsimile: (850) 623-0104
Florida Bar No.: 073441
ONE OF THE ATTORNEYS FOR PLAINTIFFS

*EXHIBIT A*

| *Attorneys for O'Brien's Response Management, L.L.C* | *Attorneys for BP Exploration & Production, Inc. and BP America Production* |
|---|---|

P. Christine Deruelle (FBN 0540811)
christine.deruele@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Phone: (305) 577-3100
Fax: (305) 374-7159

OF COUNSEL:
Michael J. Lyle
Michael.lyle@weil.com
Eric C. Lyttle
WEIL, GOTSHAL & MANGES LLP
Eric.Lyttle@weil.com
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Phone: (202) 682-7157
Fax: (202) 857-0940

Theodore E. Tsekerides
Theodore.Tsekerides@weil.com
Sylvia E. Simson
Sylvia.Simson@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8218
Fax: (212) 310-8007

AKERMAN SENTERFITT
106 East College Avenue, Suite 1200
Tallahassee, FL 32301
Phone: (850) 224-9634
Fax: (850) 222-0103

J. Riley Davis
Florida Bar No: 118121
Thomas A. Range
Florida Bar No: 568651

OF COUNSEL:
KIRKLAND & ELLIS LLP
J. Andrew Langan, P.C.
Wendy L. Bloom
300 LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200

*Attorneys for Plant Performance Services, LLC d/b/a P2S, and Fluor Enterprises, Inc.*

Anne Marie Estevez
Fla. Bar No. 991694
John Butler Rosenquest IV
Fla. Bar No. 048431
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131
Phone: (305) 415-3330
Fax: (305) 415-3001