UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig DEEPWATER HORIZON in the GULF OF MEXICO on APRIL 20, 2010 | MDL 2:10-MD-02179 <br><br> SECTION "J" <br> JUDGE CARL J. BARBIER |
| RELATED TO | MAG. 1 |
| CIVIL ACTION 2:11-cv-01051 <br> GUY J. ADAMS, ET AL. | CIVIL JURY CASE |

**AMENDED MOTION AND PROPOSED ORDER FOR**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW INTO COURT, come plaintiffs, through undersigned counsel, who desires to voluntarily dismiss this action against all defendants, without prejudice, each party to bear its' own costs, but reserving the plaintiffs' rights to participate in the Economic and Property Damage Class Settlement administered by the Deepwater Horizon Economic Claims Center.

Respectfully submitted:

/S/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (Bar #17519)
Law Offices of Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-7272
Facsimile: (504) 525-9522
frank@damicolaw.net
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing AMENDED MOTION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 23rd day of January, 2013

/S/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.