UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>Section: J<br>Judge Barbier<br>Magistrate Judge Shushan |
| This document relates to:<br><br>Case No.: 2:10-cv-08888 [Rec. Doc. 70588] | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel by Christopher A. Seeger, Esq. and the law firm of Seeger Weiss LLP.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel by Christopher A. Seeger, Esq. and the law firm of Seeger Weiss LLP be and the same is hereby GRANTED.

New Orleans, Louisiana this 22nd day of January, 2013.

_____
United States District Judge