UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Working Group Conference on Friday, January 18, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### MDL 2185

Worldwide Court Reporters may provide MDL 2179 depositions to MDL 2185 requesting counsel subject to suitable arrangements with Worldwide and a confidentiality agreement. BP reported that the requesting counsel has signed a confidentiality agreement.

### Mandrel and Capping Stack

BP and Transocean agreed that Transocean could remove the mandrel from Michoud for its use. The issue of ownership of the capping stack was not resolved.

### PHASE ONE PREPARATION

1. **Listing Phase One and Phase Two Exhibits**.

The parties scheduled a meet-and-confer for January 22. The protocol proposed by BP and Halliburton for the listing of Phase One and Phase Two exhibits is deferred until January 25.

## 2. Additions to Exhibit Lists

Pursuant to Amended Pre-Trial Order No. 54 (Rec. doc. 8173), each party was granted leave to add up to 35 exhibits to its exhibit list without demonstrating "good cause." BP's proposed schedule for branding newly added exhibits as well as objections is adopted.

**January 18, 2013**   Deadline for parties to file oppositions to January 11, 2013 additions to exhibit lists on the grounds that there is no good cause for the addition, or the addition in some way conflicts with the Court's procedural orders.

**January 22, 2013**   Deadline for parties to file replies to any January 18, 2013 opposition to exhibit list additions.

**February 8, 2013**   Deadline for parties to file evidentiary or authenticity objections to January 11, 2013 additions to exhibit lists that the Court determines have been properly added for good cause or that are among the 35 other additions. Once the Court has decided which good-cause additions are proper based on the parties' challenges, this deadline will give the parties a chance to evaluate objections to those remaining exhibits.

**February 8, 2013**   Deadline for parties to provide branded copies of January 11, 2013 additions to exhibit lists to inData.

## 3. Cured Exhibits

The U.S. reported that they were unable to reach a solution with HESI on the issues with the cured exhibit list so they listed the documents as part of their 35. The Court confirmed that the deadline for objecting to the cured version of the exhibits is **Tuesday, January 22, 2013**.

## 4. Demonstratives.

Judge Barbier requests binders of all demonstrative aides to be used with each witness. Subject to objection, they will be introduced into evidence. The terms "demonstrative" and

"demonstrative aides" are used interchangeably in the order from the February 10, 2012 working group conference, rec. doc. 5719 at 6.[1]

At the pre-trial conference, the PSC sought to make a distinction between "graphics-type" demonstratives and demonstrative aides. At the working group conference, it attempted to distinguish between "demonstratives" and "demonstrative aides."

The order for the February 10, 2012 working group conference states:

A simple opening statement outline, excerpts from an exhibit or a written transcript of a deposition, or single video clip of a deposition are not demonstratives. A "montage" of video excerpts from depositions is a demonstrative.

Rec. doc. 5719 at 6.

That provision is hereby amended as follows:

A simple opening or closing statement outline, bullet points, exhibits or portions of an exhibit, or a portion of written transcript of a deposition, video clips of a deposition and the like are not "demonstrative" aides and need not be exchanged in advance of their use at trial. If they are excerpts from an exhibit or a written transcript of a deposition or a video clip of a deposition, they shall clearly identify their source by reference to the exhibit number, date of deposition and page number of the transcript.

If an aide is something newly created or based on an exhibit which has been manipulated in some way, that is a "demonstrative." All demonstratives must be exchanged in accord with Amended Pre-Trial Order No. 54. Rec. doc. 8173 at 3-4. All demonstratives based on an exhibit shall clearly identify their source by reference to the exhibit number.

---

[1] The Court's standard pretrial notice describes demonstratives as:

Any charts, graphs, models, schematic diagrams, and similar objects which, although not to be offered in evidence, respective counsel intend to use in opening statements and closing arguments.

5. **Phase One Glossary of Terms**

Glossaries of Terms were provided by Don Haycraft and forwarded to the court reporters. Andy Langan will obtain Worldwide's glossary of terms for Cathy Pepper and Judge Barbier. The glossaries will be reviewed to see if anything else needs to be added.

6. **Changes to Witness Lists**

    a. Frank Patton.

The U.S. objected (Rec. doc. 8233) to BP's request to add Patton to testify live at the trial (Rec. doc. 8181). BP's submitted its reply. This is under submission.

    b. Gregory Meche.

M-I's request to remove Meche from its Phase One Trial Witness List with a reservation of right to introduce his deposition was granted. Rec doc. 8246 at 4. M-I shall confirm that the deposition designations for Meche were completed and submitted to Judge Barbier.

    c. Jeff Wolfe.

The expert report of Jeff Wolfe will be admitted as his direct examination. Rec. doc. 8246 at 4. At the next conference, Transocean shall report on a procedure for completing deposition designations and a two page summary for Wolfe.

7. **Courtroom Connect.**

Courtroom Connect reports that all allotted space for the litigants have wi-fi.

8. **Courtroom Set-Up**.

A final technical walk through with attorneys and technical staff has been set for **Wednesday, February 20, 2013 at 9:30 a.m.**

4

9.  **Space Allotments.**

      PSC        1st Floor Judge McNamara's Chambers - C-107-A

      U.S.        1st Floor Senior Judges' Jury Room - C-103D

      LA        3rd Floor Attorney Conference Center - B-364

      BP        1st Floor Hale Boggs Bunker

      HESI        4th Floor Judge Moore's Chambers - B-419

      TO        3rd Floor Mag Judge Jury Room - B-320 (Jury Room B)

      CAMERON    1st Floor Senior Judges' Courtroom - C-102

      M-I        3rd Floor Attorney Conference Center - B-364

10. **Overflow Courtrooms.**

Judge Barbier requested that if a litigant has other people it will bring during the trial who cannot be accommodated through assigned seating in his courtroom, they should place them in the overflow courtrooms instead of taking up non-lawyer spectator space in his courtroom. The overflow courtrooms are:

    3rd Floor Courthouse - Room C-311 (Across from Judge Engelhardt's Courtroom)

    4th Floor Hale Boggs - Room B-407 (Previously Judge Moore's Courtroom)

11. **Realtime, Official Transcripts and Court Reporter Requests.**

Any requests to the court reporters should go to Betty DiMarco, 504-589-7721, betty_dimarco@laed.uscourts.gov

All persons wanting transcripts and realtime feeds will be required to sign a transcript order form and realtime disclaimer form. The latter will acknowledge that the realtime transcript is not the official transcript and it will not be used outside of the courthouse.

To order a realtime feed, requesting persons must contact Sumit Chatterjee with Courtroom Connect, (650) 814-5776, sumit@courtroomconnect.com

Before calling an expert witness, the court reporters will be provided with the executive summary, the *curriculum vitae* and the title sheet from the expert's deposition.

The court reporters shall be provided with the final witness lists before the start of the trial and the schedule for the coming week when such schedules are provided to Judge Barbier.

If possible, a list of the attorneys examining each witness will be presented to the court reporters before the start of the examination of each witness.

Transcripts of any video depositions played at trial shall be provided to the court reporters before playing the video. The transcript will go into the record. The court reporters will not transcribe a video deposition.

The attorneys examining a witness (direct and cross-examination) shall wear the lapel pin microphone which will be on the podium. Counsel shall speak slowly and clearly into the microphone.

**12.    Security.**

The contact information for U.S. Marshal Scott Perry is 504-589-4783, scott.perry@usdoj.gov.

Marshal Perry asks that attorneys and support staff enter through the Lafayette mall side of the building.

Each party shall prepare a list of possible trial attendees. The list shall identify with contact information one or more attendees as the inside contact and delivery receipt persons. The lists shall be provided to Marie Firmin, marie_firmin@laed.uscourts.gov.

The Marshal's Office requires "inside contact persons" so that if there is a need to contact someone inside the building (preferably in the assigned offices), it can do so. The Marshal's Office prefers that "inside contact persons" be people who are not regularly in the courtroom and who are available to answer the phone.

In order to stock up on things like soft drinks and water, the Marshal's Office has agreed that the parties may bring in cases of bottled water, soft drinks, and all food supplies, etc. on Friday afternoons for the coming week. The Marshal's Office requests that each party have a "delivery receipt person" be the point person for bringing things into courthouse. The first delivery of drinks, food items, etc. will be **Friday, February 22nd at 1:00 p.m.**

Relative to ordering lunch and having it delivered, the "delivery receipt persons" shall meet the deliverers outside so that they do not have to come through security. In the event that your delivery receipt person is not downstairs to meet the deliverer, the Court security personnel will attempt to contact someone at your office, but there are no guarantees. If there is one person per party accepting all deliveries, Court security personnel will become familiar with that person and speed up the process.

The courthouse is open from 7:00 a.m. to 6:00 p.m. All employees, attorneys and other representatives of the parties must be out of the building by 6:00 p.m. Court security personnel will try to make a sweep of the allotted space about ten minutes to 6:00 to make sure that this happens. If there is any problem, the Marshal's control room number is 504-589-6079. All trial attendees and persons working in the assigned spaces shall have this number.

**13.   Upcoming Phase One Pre-Trial Dates Through March 1, 2013.**

**January 25, 2013:**   Parties to submit opposition briefs to pre-trial motions and motions *in limine* submitted on January 18, 2013.

**January 28, 2013:**   Parties to submit reply briefs regarding pre-trial motions and motions *in limine* submitted on January 18, 2013.

**February 13, 2013:**   Parties to exchange "all demonstrative aides" that they "reasonably anticipate using in openings or during the first week of trial" that were not previously disclosed prior to the February 27, 2012 trial date or have been modified since.

**February 18, 2013:**   Deadline to object to the demonstrative aides exchanged on February 13, 2013.

**February 20, 2013:**   Good faith projection of witnesses appearing during the first week of trial due at noon.

**February 25, 2013:**   MDL 2179 Phase One trial to commence (8:00 a.m.).

**February 27, 2013:**   Good faith projection of witnesses appearing during the second week of trial due at noon.

**February 28, 2013:**   Phase One Marshaling Conference (4:00 p.m.).

**14.   Confidentiality Issues**.

The PSC reported that a meet-and-confer is scheduled among the parties and follow-up with inData to confirm that confidential information (for example personal data found in deposition transcripts) is redacted. The PSC will issue a letter on the status of these issues during the week of January 21.

**15.   Trial**

The trial of Phase One will begin on **Monday, February 25, 2013.**

## PHASE TWO

### Phase Two Document Production

1. **Open Document Production Issues Between BP and U.S.**

    The Court held a telephone conference with the U.S. and BP. There is one outstanding issue. BP and the U.S. will confer and involve the Court as necessary.

2. **Professor Ira Leifer and UCSB Document Production**.

    BP reported that: (a) as a result of the Fourth Supplemental Order it estimated that 800 documents will be released; (b) it had not received the UCSB privilege log; and (c) it contacted UCSB for alternative dates for Dr. Leifer's deposition if the document production problems are not resolved soon.

### Phase Two Fact Depositions

1. **Designees for the BP 30(b)(6) depositions**.

    On January 2, 2013, an order was issued regarding the Rule 30(b)(6) Deposition of BP and the testimony of three persons: (1) Robert Sanders; (2) Kevin Devers; and (3) Ellen Williams. Rec. doc. 8149. One issue was resolved with the deposition of Trevor Hill. The U.S. and BP are working to resolve the remaining issues. The U.S. did not have any objection to an extension of the January 18 deadline for an appeal of the January 2 order.

2. **Designees for the U.S. 30(b)(6) depositions**.

    On January 7, 2013, BP submitted a letter for additional Rule 30(b)(6) designees and testimony from the U.S. Rec. doc. 8283. The U.S. submitted its opposition. The deadline for BP's reply is January 21, 2013.

3. **Oceaneering**.

The U.S. reported that Oceaneering's document production is incomplete. The depositions of the designees, Anthony Harwin (ROV) and Kinton Lawler (deep sea technical solutions/subsea intervention), will be postponed. To expedite resolution of the privilege issues, BP is having narrow search terms (the names of attorneys) run against the documents.

4. **Secretary Chu**.

The arrangements for Secretary Chu's deposition are set.

| Witness | | Classification | Length | | Date |
|---|---|---|---|---|---|
| Week - January 21-25 | | | | | |
| BP (Fact) | Mark Patteson | Source Con. | 2 days | Houston | Jan. 23-24 |
| U.S. (Fact) | Sec. Chu | Source Con. | 1 day | Wash., D.C. | Jan. 24 |
| BP (Fact) | Mike Mason | Quant. | 2 days | N.O. | Jan. 24-25 |
| Week - January 28 - February 1 | | | | | |
| TO (Fact) | Steve Hand | Source Con. | 2 days | N.O. | Jan. 28-29 |
| UCSB | Professor Leifer | Quant. | 2 days | Bakersfield | Jan. 28-29 |
| BP (Fact) | Mike Levitan | Quant. | 2 days | N.O. | Jan. 30-31 |
| U.S. (Fact) | Ronald Dykhuizen | Quant. | 2 days | N.O. | Jan. 30-31 |
| U.S. (Fact) | Mark Havstad | Quant. | 2 days | N.O. | Jan. 30-31 |
| Week - February 4 -8 | | | | | |
| U.S. (Fact) | George Graettinger | Quant. | 2 days | Wash., D.C. | Feb. 6-7 |
| Oceaneering (30(b)(6)) | Anthony Harwin | ? | 1 day | Hous. | Feb ? |

Oceaneering (30(b)(6)) Kinton Lawler	?	2 day   Hous.	Feb. ?

**February 8 is the deadline for the completion of fact depositions.**

## OTHER ISSUES

1. **Orders from Phase One Which Should Be Applicable to Phase Two.**

On January 11, 2013, Anadarko distributed a proposed order regarding experts with a request for input from the parties. The first issue raised by the U.S. concerned footnote 1. It contends that the footnote contains a slight expansion of the privilege. Anadarko responded that the footnote is consistent with paragraph 20 of PTO No. 1. All parties shall review footnote 1 and report any objection to it. Footnote 1 is as follows:

> "Consideration Materials" shall not be deemed to include any draft of any expert report, or portion thereof; any communication between experts and attorneys; any communication between attorneys relating to an expert's work; or memoranda, correspondence, or notes reflecting, consisting of or regarding communications among experts and/or attorneys that might reflect the mental impressions or conclusions or litigation strategy of attorneys. The parties are not required to produce or exchange Privilege Logs regarding any such expert or attorney work product that might be withheld pursuant to such stipulation.

The second issue raised by the U.S. is whether the order imposes a fourth installment of the exhibit list. The U.S. will submit written comments on the proposed order.

2. **Phase Two Exhibit Objections**.

The parties shall notify the PSC (Anthony Irpino) of the identity of the participants with contact information for the meet-and-confer set for **Tuesday, January 22, 2013.** The Court recommended a group conference followed by break-off conferences between two parties.

The PSC suggested that the parties prepare a list of their exhibits with objections and the parties making the objection.

11

The Court had no objection to the parties extending the meet-and-confer process. BP proposed a schedule for conferring on the objections and setting 10 as the number that may be brought to the Court's attention. The parties were asked to consider the proposal.

**3.     Orders Proposed by the U.S.**

Anadarko requested some changes to the order proposed by the U.S. for requests by counsel for criminal defendants for documents, including documents identified as confidential under PTO No. 13. The Court will consider the proposed order and the changes sought by Anadarko and make a decision.

The U.S. has not circulated a proposed order clarifying that communications between the U.S. and the States, particularly the non-party States, are confidential.

**4.     Presentment**.

The PSC described April 20, 2013 as the most conservative date for making presentment. It made a proposal regarding presentment for certain claims. BP objected to the proposal. The proposal will be considered, but no decision will be made until BP and the States have a full opportunity to respond to the proposal.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| 01/25/13 | WGC meeting at 9:30 a.m. |
| 02/01/13 | No conference - Super Bowl on February 3 |
| 02/08/13 | No conference - Mardi Gras on February 12 |
| 02/15/13 | WGC meeting at 9:30 a.m. |
| 02/20/13 | Tech Final Walk Through at 9:30 a.m. |
| 02/22/13 | WGC meeting at 9:30 a.m. |

02/25/13        Commencement of trial of Phase One.

03/01/13        WGC meeting at 9:30 a.m.

03/08/13        WGC meeting at 9:30 a.m.

03/15/13        WGC meeting at 9:30 a.m.

03/22/13        No WGC Conference

03/29/13        No WGC Conference

04/05/13        No WGC Conference

04/12/13        WGC meeting at 9:30 a.m.

04/19/13        WGC meeting at 9:30 a.m.

04/26/13        WGC meeting at 9:30 a.m.

05/03/13        WGC meeting at 9:30 a.m.

05/10/13        WGC meeting at 9:30 a.m.

05/17/13        WGC meeting at 9:30 a.m.

05/24/13        WGC meeting at 9:30 a.m.

05/31/13        WGC meeting at 9:30 a.m.

06/07/13        WGC meeting at 9:30 a.m.

06/14/13        WGC meeting at 9:30 a.m.

06/21/13        WGC meeting at 9:30 a.m.

06/28/13        WGC meeting at 9:30 a.m.

07/05/13        No Conference

07/12/13        WGC meeting at 9:30 a.m.

07/19/13        WGC meeting at 9:30 a.m.

07/26/13	WGC meeting at 9:30 a.m.

08/02/13	No Conference

08/09/13	WGC meeting at 9:30 a.m.

08/16/13	WGC meeting at 9:30 a.m.

08/23/13	WGC meeting at 9:30 a.m.

08/29/13	Phase Two Final Pre-Trial Conference

09/09/13	Commencement of Phase Two Trial

**All Saturdays are email free days.**

New Orleans, Louisiana, this 23rd day of January, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge