**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

January 23, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re:    MDL 2179 — UCSB's "Fourth" Privilege Log

Dear Judge Shushan:

    We write concerning several issues with the University of California, Santa Barbara's ("UCSB") January 16, 2013 "Fourth Privilege Log." (Please note that to the extent that there are additional privilege logs beyond this "fourth" log, BP has yet to receive them.)

    UCSB's log indicates — on its face — that documents are being withheld from production on improper grounds. In addition, the log is confusing, and poorly organized, rendering it virtually impossible to determine whether other documents are being improperly withheld from production.

**Documents Withheld Based Improper Privilege Grounds**

    *Congressional Privilege*. Approximately one-third of the documents listed on UCSB's log are being withheld under an improper claim of "congressional privilege." (*See* Fourth Priv. Log of the Univ. of Cal., Santa Barbara (Attachment 1) at Entry Nos. 11, 13-14, 16-27, 29-52, 59, 61-62, 133-136, 143-143.)

    Significantly, there is no such thing as a claim of "congressional privilege." Moreover, even if there were such a privilege, UCSB could not invoke it because UCSB is not an arm of the legislative branch. (To the extent that UCSB is referring to privilege under the "speech or debate clause" of the Constitution, Art. 1, Section 6, this privilege does not apply to UCSB. The privilege is limited to members of Congress and their aides, and may only be invoked by them. *See Gravel v. U.S.*, 408 U.S. 606, 621-22 (1972).)

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
January 23, 2013
Page 2

Accordingly, this asserted "congressional privilege" provides no ground on which to withhold documents from production. Moreover, to the extent such documents have been provided to Congress, there can be no claim of attorney-client privilege as any confidentially as to those documents has been unambiguously waived. These documents clearly contain information relevant to the issues in this litigation, are responsive to BP's requests, and should be produced immediately.

*Private and Confidential Privilege*. In addition to commonly recognized privileges, BP respects this Court's decision to afford UCSB and Dr. Leifer additional protective considerations regarding "sensitive information." As discussed with the Court, BP has agreed to allow UCSB to redact certain portions of documents containing personal identifying information, information about personnel decisions, information regarding the academic performance of students, and work Dr. Leifer may have performed for BP competitors.

Unfortunately, however, UCSB appears to be employing these categories too liberally. (*See* Attachment 1, at Entry Nos. 64, 106-110, 112.) To the extent that these documents are responsive to the requests in BP's June 29 subpoena, UCSB has failed to provide a sound basis for withholding these documents. Accordingly, BP requests their immediate production.

**Incomplete Information**

Many entries on UCSB's privilege log contain missing or improperly redacted information that is needed for a complete evaluation of asserted claims of privilege or sensitivity.

BP has of course agreed that UCSB need not produce responsive documents related to the work Dr. Leifer performed for a competitor, or disclose the identity of that competitor. But it appears that many of UCSB's redactions go beyond what is necessary and appropriate. Indeed, UCSB has even redacted the recipients of correspondence, such as the name of the Congressman with whom Dr. Leifer communicated. It also appears, inexplicably, to have at times redacted Dr. Leifer's own email address. Complete analysis of claims of privilege necessarily requires basic information such as the author and recipients of the documents at issue.

*   *   *

For the foregoing reasons, BP respectfully challenges the adequacy of UCSB's privilege log and claims of privilege and other sensitivities asserted therein. BP is available to meet with the Court at its earliest convenience to discuss these issues, including appropriate use of *in camera* review to evaluate UCSB's claims of privilege.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 23, 2013
Page 3

                                                Respectfully Submitted,

                                                Robert R. Gasaway

Attachment

cc (via electronic mail):

Michael O'Keefe
Captain Suzanne E. Englebert
Michael Goldstein
Nancy Hamill
United States' MDL Counsel
Plaintiffs' Liaison Counsel
Defense Liaison Counsel
Joel M. Gross

# Attachment 1

Fourth Privilege Log of The University of California, Santa Barbara
in Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D.La.)
1/16/2013 (Revised)

| ENTRY NO. | PRIVILEGE DOC# | PRIVILEGE FAMLY RANGE | DOCUMENT TYPE | DATE | FROM | TO | CC | BCC | PRIVILEGE REASON | PRIVILEGE DESCRIPTION | WITHHELD OR REDACTED | PHASE | REDACTED DOCS BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UCSB00249924 | UCSB00249924-UCSB00249941 | Microsoft Outlook Message File | 12/27/2010 | Ira Leifer <ira.leifer@bubbleology.com> | ▉ | | | Personal UCSB Business/Private and Confidential | Email regarding UCSB employment | Withheld | Phase 2 | |
| 2 | UCSB00249925 | UCSB00249924-UCSB00249941 | MS Office 12 (2007) Word XML format | 12/27/2010 | | | | | Personal UCSB Business/Private and Confidential | Word document containing private information related to UCSB employment | Withheld | Phase 2 | |
| 3 | UCSB00251245 | UCSB00251245-UCSB00251247 | Microsoft Outlook Message File | 11/1/2010 | tcjgleason <tcjgleason@comcast.net> | Ira Leifer <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 4 | UCSB00253827 | UCSB00253825-UCSB00253858 | Microsoft Word 2003 | 11/16/2010 | | | | | BRI Proprietary Communication | Attachment to private confidential email, proposal for non-DWH spill related work | Withheld | Phase 2 | |
| 5 | UCSB00253860 | UCSB00253859-UCSB00253891 | Microsoft Word 2003 | 11/16/2010 | | | | | BRI Proprietary Communication | Attachment to private confidential email, proposal for non-DWH spill related work | Withheld | Phase 2 | |
| 6 | UCSB00254189 | UCSB00254188-UCSB00254191 | MS Office 12 (2007) Word XML format | 10/25/2010 | | | | | BRI Proprietary Communication | Attachment to private confidential email, proposal for non-DWH spill related work | Withheld | Phase 2 | |
| 7 | UCSB00254297 | UCSB00254296-UCSB00254300 | MS Office 12 (2007) Word XML format | 10/30/2010 | | | | | BRI Proprietary Communication | Attachment to private confidential email, proposal for non-DWH spill related work | Withheld | Phase 2 | |
| 8 | UCSB00255294 | UCSB00255294-UCSB00255296 | Microsoft Outlook Message File | 10/29/2010 | Morey, Mark <MOREYMS@nv.doe.gov> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Proprietary Communication | Email communication re: non-DWH spill related work | Withheld | Phase 2 | |
| 9 | UCSB00255295 | UCSB00255294-UCSB00255296 | PowerPoint 2007 | 10/29/2010 | | | | | BRI Proprietary Communication | Attachment to email communication re: non-DWH spill related work | Withheld | Phase 2 | |
| 10 | UCSB00255579 | UCSB00255579-UCSB00255579 | Microsoft Outlook Message File | 10/14/2010 | tcjgleason <tcjgleason@comcast.net> | ira.leifer <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 11 | UCSB00256490 | UCSB00256490-UCSB00256493 | Microsoft Outlook Message File | 9/28/2010 | Ira Leifer <ira.leifer@bubbleology.com> | ▉ | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 12 | UCSB00258538 | UCSB00258538-UCSB00258538 | Microsoft Outlook Message File | 9/3/2010 | tcjgleason <tcjgleason@comcast.net> | ira leifer <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 13 | UCSB00260927 | UCSB00260927-UCSB00260930 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | ▉ | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 14 | UCSB00260929 | UCSB00260927-UCSB00260930 | Adobe Acrobat (PDF) | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 15 | UCSB00263705 | UCSB00263703-UCSB00263705 | JPEG File Interchange | 8/8/2010 | | | | | Personal Privacy | Attachment to personal email with UCSB student, non-DWH spill related work | Withheld | Phase 2 | |
| 16 | UCSB00266186 | UCSB00266186-UCSB00266189 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | ▉ | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 17 | UCSB00266187 | UCSB00266186-UCSB00266189 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 18 | UCSB00267489 | UCSB00267489-UCSB00267492 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | ▉ | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 19 | UCSB00267490 | UCSB00267489-UCSB00267492 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 20 | UCSB00267491 | UCSB00267489-UCSB00267492 | Adobe Acrobat (PDF) | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |

Fourth Privilege Log of The University of California, Santa Barbara
in Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D.La.)
1/16/2013 (Revised)

| ENTRY NO. | PRIVILEGE DOC# | PRIVILEGE FAMLY RANGE | DOCUMENT TYPE | DATE | FROM | TO | CC | BCC | PRIVILEGE REASON | PRIVILEGE DESCRIPTION | WITHHELD OR REDACTED | PHASE | REDACTED DOCS BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | UCSB00268792 | UCSB00268792-UCSB00268795 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 22 | UCSB00268793 | UCSB00268792-UCSB00268795 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 23 | UCSB00270095 | UCSB00270095-UCSB00270098 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 24 | UCSB00270096 | UCSB00270095-UCSB00270098 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 25 | UCSB00270097 | UCSB00270095-UCSB00270098 | Adobe Acrobat (PDF) | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 26 | UCSB00271396 | UCSB00271396-UCSB00271399 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 27 | UCSB00271397 | UCSB00271396-UCSB00271399 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 28 | UCSB00272318 | UCSB00272318-UCSB00272320 | Microsoft Outlook Message File | 7/23/2010 | Killeen, Timothy L. <tkilleen@nsf.gov> | Ira Leifer <ira.leifer@bubbleology.com> | Shields, Theresa Marie <tmshield@nsf.gov>; Ransom, Barbara L. <bransom@nsf.gov>; Conover, David O <dconover@nsf.gov> | | Personal Privacy | Email from nsf staff re: research experiment | Redacted | Phase 2 | UCSB00272318-319 |
| 29 | UCSB00274867 | UCSB00274867-UCSB00274870 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 30 | UCSB00274868 | UCSB00274867-UCSB00274870 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 31 | UCSB00274869 | UCSB00274867-UCSB00274870 | Adobe Acrobat (PDF) | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 32 | UCSB00276062 | UCSB00276062-UCSB00276065 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 33 | UCSB00276063 | UCSB00276062-UCSB00276065 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 34 | UCSB00276064 | UCSB00276062-UCSB00276065 | Adobe Acrobat (PDF) | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 35 | UCSB00277257 | UCSB00277257-UCSB00277260 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 36 | UCSB00277258 | UCSB00277257-UCSB00277260 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 37 | UCSB00277259 | UCSB00277257-UCSB00277260 | Adobe Acrobat (PDF) | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 38 | UCSB00278452 | UCSB00278452-UCSB00278455 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 39 | UCSB00278453 | UCSB00278452-UCSB00278455 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 40 | UCSB00278454 | UCSB00278452-UCSB00278455 | Adobe Acrobat (PDF) | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 41 | UCSB00280022 | UCSB00280022-UCSB00280078 | Microsoft Outlook Message File | 8/19/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 42 | UCSB00280024 | UCSB00280022-UCSB00280078 | Adobe Acrobat (PDF) | 8/19/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 43 | UCSB00280078 | UCSB00280022-UCSB00280078 | Internet HTML | 8/19/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |

Fourth Privilege Log of The University of California, Santa Barbara
in Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D.La.)
1/16/2013 (Revised)

| ENTRY NO. | PRIVILEGE DOC# | PRIVILEGE FAMLY RANGE | DOCUMENT TYPE | DATE | FROM | TO | CC | BCC | PRIVILEGE REASON | PRIVILEGE DESCRIPTION | WITHHELD OR REDACTED | PHASE | REDACTED DOCS BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | UCSB00281048 | UCSB00281048-UCSB00281049 | Microsoft Outlook Message File | 8/7/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 45 | UCSB00281050 | UCSB00281050-UCSB00281055 | Microsoft Outlook Message File | 8/7/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 46 | UCSB00281051 | UCSB00281050-UCSB00281055 | Adobe Acrobat (PDF) | 8/7/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 47 | UCSB00282236 | UCSB00282236-UCSB00282452 | Microsoft Outlook Message File | 8/4/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 48 | UCSB00282237 | UCSB00282236-UCSB00282452 | Adobe Acrobat (PDF) | 8/4/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |
| 49 | UCSB00287850 | UCSB00287850-UCSB00287851 | Microsoft Outlook Message File | 7/9/2010 | | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 50 | UCSB00288012 | UCSB00288012-UCSB00288013 | Microsoft Outlook Message File | 7/8/2010 | | Ira Leifer <ira.leifer@bubbleology.com> | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 51 | UCSB00288017 | UCSB00288017-UCSB00288018 | Microsoft Outlook Message File | 7/8/2010 | | Ira Leifer <ira.leifer@bubbleology.com> | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 52 | UCSB00288121 | UCSB00288121-UCSB00288122 | Microsoft Outlook Message File | 7/9/2010 | | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 53 | UCSB00289936 | UCSB00289936-UCSB00289938 | Microsoft Outlook Message File | 7/23/2010 | Killeen, Timothy L. <tkilleen@nsf.gov> | Ira Leifer <ira.leifer@bubbleology.com> | Shields, Theresa Marie <tmshield@nsf.gov>; Ransom, Barbara L. <bransom@nsf.gov>; Conover, David O <dconover@nsf.gov> | | Personal Privacy | Email from nsf staff re: research experiment | Redacted | Phase 2 | UCSB00289936-937 |
| 54 | UCSB00297848 | UCSB00297848-UCSB00297848 | Microsoft Outlook Message File | 2/18/2011 | Ira Leifer <ira.leifer@bubbleology.com> | Matt Lundy <mlundy@lundylawllp.com> | | | Attorney/Client | Attorney/Client communication re: DWH spill related work | Withheld | Phase 2 | |
| 55 | UCSB00298289 | UCSB00298289-UCSB00298289 | Microsoft Outlook Message File | 2/18/2011 | Ira Leifer <ira.leifer@bubbleology.com> | Matt Lundy <mlundy@lundylawllp.com> | | | Attorney/Client | Attorney/Client communication re: DWH spill related work | Withheld | Phase 2 | |
| 56 | UCSB00300532 | UCSB00300532-UCSB00300532 | Microsoft Outlook Message File | 1/10/2012 | Tore Evensen <evensen_tore@yahoo.no> | Ira Leifer <ira.leifer@bubbleology.com> | | | Personal Privacy | Personal email, non-DWH spill related work | Withheld | Phase 2 | |
| 57 | UCSB00302819 | UCSB00302819-UCSB00302821 | Microsoft Outlook Message File | 1/4/2012 | Debbie Wittlin <DWittlin@socalip.com> | B031 (ira.leifer@bubbleology.com) <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 58 | UCSB00302820 | UCSB00302819-UCSB00302821 | Adobe Acrobat (PDF) | 1/4/2012 | | | | | Attorney/Client | Attachment to Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 59 | UCSB00311172 | UCSB00311172-UCSB00311175 | Microsoft Outlook Message File | 6/10/2010 | | ira leifer <ira.leifer@bubbleology.com> | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 60 | UCSB00311659 | UCSB00311659-UCSB00311665 | Microsoft Outlook Message File | 6/4/2010 | ira leifer <ira.leifer@bubbleology.com> | Rachel <Rachel@msnbc.com> | | roy.partain <roy.partain@bubbleology.com> | Personal Privacy | Email communication containing redacted personal information | Redacted | Phase 2 | UCSB00311659 |
| 61 | UCSB00311783 | UCSB311783-UCSB00311783 | Microsoft Outlook Message File | 6/9/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 62 | UCSB00311819 | UCSB00311819-UCSB00311820 | Microsoft Outlook Message File | 6/9/2010 | ira leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 63 | UCSB00312023 | UCSB00312023-UCSB00312025 | Microsoft Outlook Message File | 7/23/2010 | Killeen, Timothy L. <tkilleen@nsf.gov> | Ira Leifer <ira.leifer@bubbleology.com> | Shields, Theresa Marie <tmshield@nsf.gov>; Ransom, Barbara L. <bransom@nsf.gov>; Conover, David O <dconover@nsf.gov> | | Personal Privacy | Email from nsf staff re: research experiment | Redacted | Phase 2 | UCSB00312023-024 |

Fourth Privilege Log of The University of California, Santa Barbara
in Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D.La.)
1/16/2013 (Revised)

| ENTRY NO. | PRIVILEGE DOC# | PRIVILEGE FAMLY RANGE | DOCUMENT TYPE | DATE | FROM | TO | CC | BCC | PRIVILEGE REASON | PRIVILEGE DESCRIPTION | WITHHELD OR REDACTED | PHASE | REDACTED DOCS BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | UCSB00313183 | UCSB00313183-UCSB00313185 | Microsoft Outlook Message File | 7/12/2010 | Beilei Zhang <beilei@geog.ucsb.edu> | Ira Leifer <ira.leifer@bubbleology.com> | Dar Roberts <dar@geog.ucsb.edu> | | Personal UCSB Business/Private and Confidential | Email regarding travel for UCSB project | Withheld | Phase 2 | |
| 65 | UCSB00314607 | UCSB00314607-UCSB00314610 | Microsoft Outlook Message File | 7/27/2010 | Ira Leifer <ira.leifer@bubbleology.com> | Shields, Theresa Marie <tmshield@nsf.gov> | | | Personal Privacy | Email to nsf staff re: research experiment | Redacted | Phase 2 | UCSB00314607-608 |
| 66 | UCSB00314816 | UCSB00314816-UCSB00314818 | Microsoft Outlook Message File | 7/23/2010 | Killeen, Timothy L. <tkilleen@nsf.gov> | Ira Leifer <ira.leifer@bubbleology.com> | Shields, Theresa Marie <tmshield@nsf.gov>; Ransom, Barbara L. <bransom@nsf.gov>; Conover, David O <dconover@nsf.gov> | | Personal Privacy | Email from nsf staff re: research experiment | Redacted | Phase 2 | UCSB00314816-817 |
| 67 | UCSB00316752 | UCSB00316751-UCSB00316841 | Microsoft Word 2003 | 7/1/2010 | | | | | Personal Privacy | Redacted Personal info | Redacted | Phase 2 | UCSB00316752 |
| 68 | UCSB00317589 | UCSB00317589-UCSB00317591 | Microsoft Outlook Message File | 7/23/2010 | Killeen, Timothy L. <tkilleen@nsf.gov> | Ira Leifer <ira.leifer@bubbleology.com> | Shields, Theresa Marie <tmshield@nsf.gov>; Ransom, Barbara L. <bransom@nsf.gov>; Conover, David O <dconover@nsf.gov> | | Personal Privacy | Email from nsf staff re: research experiment | Redacted | Phase 2 | UCSB00317589-590 |
| 69 | UCSB00329491 | UCSB00329491-UCSB00329492 | Microsoft Outlook Message File | 10/8/2011 | Thomas Gleason <entechdev@gmail.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 70 | UCSB00329764 | UCSB00329764-UCSB00329765 | Microsoft Outlook Message File | 10/9/2011 | Ira Leifer <ira.leifer@bubbleology.com> | Thomas Gleason <entechdev@gmail.com> | | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 71 | UCSB00332317 | UCSB00332317-UCSB00332318 | Microsoft Outlook Message File | 9/21/2011 | Monica Pierfederici <monica.pierfederici@gmail.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | Personal Privacy | Personal email, non-DWH spill related work | Withheld | Phase 2 | |
| 72 | UCSB00332318 | UCSB00332317-UCSB00332318 | Microsoft Excel 97/98 | 9/21/2011 | | | | | Personal Privacy | Attachment to personal email, non-DWH spill related work | Withheld | Phase 2 | |
| 73 | UCSB00332627 | UCSB00332617-UCSB00332631 | Adobe Acrobat (PDF) | 9/4/2011 | | | | | BRI Business/Confidential/Privacy | Attachment to email re: billing invoice for non-DWH project for BP competitor | Withheld | Phase 2 | |
| 74 | UCSB00334896 | UCSB00334896-UCSB00334901 | Microsoft Outlook Message File | 8/23/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 75 | UCSB00334902 | UCSB00334902-UCSB00334910 | Microsoft Outlook Message File | 8/23/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 76 | UCSB00334904 | UCSB00334902-UCSB00334910 | Adobe Acrobat (PDF) | 8/23/2011 | | | | | BRI Business/Confidential/Privacy | Attachment to email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 77 | UCSB00334910 | UCSB00334902-UCSB00334910 | Adobe Acrobat (PDF) | 8/23/2011 | | | | | BRI Business/Confidential/Privacy | Attachment to email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 78 | UCSB00334979 | UCSB00334978-UCSB00334983 | Adobe Acrobat (PDF) | 8/27/2011 | | | | | BRI Business/Confidential/Privacy | Attachment to email re: billing invoice for non-DWH project for BP competitor | Withheld | Phase 2 | |
| 79 | UCSB00336351 | UCSB00336350-UCSB00336353 | Unknown format | 8/19/2011 | | | | | BRI Business/Confidential/Privacy | Invoice for travel related to project BP competitor | Withheld | Phase 2 | |
| 80 | UCSB00336634 | UCSB00336634-UCSB00336634 | Microsoft Outlook Message File | 8/2/2011 | ts.acsupport <ts.acsupport@thomson.com> | ira.leifer <ira.leifer@bubbleology.com> | | | Personal Privacy | Personal email, non-DWH spill related work | Withheld | Phase 2 | |
| 81 | UCSB00337471 | UCSB00337471-UCSB00337474 | Microsoft Outlook Message File | 8/4/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |

Fourth Privilege Log of The University of California, Santa Barbara
in Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D.La.)
1/16/2013 (Revised)

| ENTRY NO. | PRIVILEGE DOC# | PRIVILEGE FAMLY RANGE | DOCUMENT TYPE | DATE | FROM | TO | CC | BCC | PRIVILEGE REASON | PRIVILEGE DESCRIPTION | WITHHELD OR REDACTED | PHASE | REDACTED DOCS BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | UCSB00337475 | UCSB00337475-UCSB00337477 | Microsoft Outlook Message File | 8/4/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 83 | UCSB00337760 | UCSB00337760-UCSB00337765 | Microsoft Outlook Message File | 8/9/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 84 | UCSB00337848 | UCSB00337848-UCSB00337850 | Microsoft Outlook Message File | 8/10/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 85 | UCSB00337945 | UCSB00337945-UCSB00337954 | Microsoft Outlook Message File | 8/11/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 86 | UCSB00337961 | UCSB00337961-UCSB00337965 | Microsoft Outlook Message File | 8/11/2011 | Andrea Lupu <alupu@ucsd.edu> | Ira Leifer <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication, re non- DWH related work | Withheld | Phase 2 | |
| 87 | UCSB00337969 | UCSB00337969-UCSB00337982 | Microsoft Outlook Message File | 8/11/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 88 | UCSB00337983 | UCSB00337983-UCSB00337988 | Microsoft Outlook Message File | 8/11/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 89 | UCSB00337989 | UCSB00337989-UCSB00337995 | Microsoft Outlook Message File | 8/11/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 90 | UCSB00338017 | UCSB00338017-UCSB00338017 | Microsoft Outlook Message File | 8/1/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 91 | UCSB00338018 | UCSB00338018-UCSB00338019 | Microsoft Outlook Message File | 8/1/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 92 | UCSB00338047 | UCSB00338047-UCSB00338052 | Microsoft Outlook Message File | 8/1/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 93 | UCSB00338053 | UCSB00338053-UCSB00338057 | Microsoft Outlook Message File | 8/1/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 94 | UCSB00338089 | UCSB00338089-UCSB00338092 | Microsoft Outlook Message File | 8/1/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 95 | UCSB00345056 | UCSB00345056-UCSB00345057 | Microsoft Outlook Message File | 6/13/2011 | Ira Leifer <ira.leifer@bubbleology.com> | ira leifer | | | Personal Privacy | Email communication re: credit card payment | Withheld | Phase 2 | |
| 96 | UCSB00345057 | UCSB00345056-UCSB00345057 | Adobe Acrobat (PDF) | 6/13/2011 | | | | | Personal Privacy | Attachment to email communication re: credit card payment | Withheld | Phase 2 | |
| 97 | UCSB00357356 | UCSB00357356-UCSB00357358 | Microsoft Outlook Message File | 5/17/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira Leifer <Ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 98 | UCSB00357734 | UCSB00357733-UCSB00357739 | Microsoft Word 2003 | 5/19/2011 | | | | | BRI/UCSB Business/Confidential/Privacy | Attachment to personal email, re: UCSB research agreement for non-DWH spill related work | Withheld | Phase 2 | |
| 99 | UCSB00359208 | UCSB00359208-UCSB00359209 | Microsoft Outlook Message File | 5/26/2011 | Ira Leifer <ira.leifer@bubbleology.com> | ira leifer | | | Personal Privacy | Email communication re: credit card payment | Withheld | Phase 2 | |
| 100 | UCSB00359209 | UCSB00359208-UCSB00359209 | Adobe Acrobat (PDF) | 5/26/2011 | | | | | Personal Privacy | Attachment to email communication re: credit card payment | Withheld | Phase 2 | |

Fourth Privilege Log of The University of California, Santa Barbara
in Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D.La.)
1/16/2013 (Revised)

| ENTRY NO. | PRIVILEGE DOC# | PRIVILEGE FAMLY RANGE | DOCUMENT TYPE | DATE | FROM | TO | CC | BCC | PRIVILEGE REASON | PRIVILEGE DESCRIPTION | WITHHELD OR REDACTED | PHASE | REDACTED DOCS BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | UCSB00359388 | UCSB00359388-UCSB00359389 | Microsoft Outlook Message File | 5/22/2011 | Ira Leifer <ira.leifer@bubbleology.com> | ira leifer | | | Personal Privacy | Email communication re: credit card payment | Withheld | Phase 2 | |
| 102 | UCSB00359389 | UCSB00359388-UCSB00359389 | Adobe Acrobat (PDF) | 5/22/2011 | | | | | Personal Privacy | Attachment to email communication re: credit card payment | Withheld | Phase 2 | |
| 103 | UCSB00361532 | UCSB00361532-UCSB00361533 | Microsoft Outlook Message File | 4/16/2011 | Ira Leifer <ira.leifer@bubbleology.com> | ira leifer | | | Personal Privacy | Email communication re: credit card payment | Withheld | Phase 2 | |
| 104 | UCSB00361533 | UCSB00361532-UCSB00361533 | Adobe Acrobat (PDF) | 4/16/2011 | | | | | Personal Privacy | Attachment to email communication re: credit card payment | Withheld | Phase 2 | |
| 105 | UCSB00362281 | UCSB00362281-UCSB00362298 | Microsoft Outlook Message File | 4/13/2011 | Ira Leifer <Ira.leifer@bubbleology.com> | Joanne Gonzales <JGonzales@bbofcal.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 106 | UCSB00362924 | UCSB00362924-UCSB00362938 | Microsoft Outlook Message File | 4/28/2011 | Wilson, Nancy <nwilson@ucsd.edu> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | Personal UCSB Business/Private and Confidential | Email with UC personnel re: UC Research proposal | Withheld | Phase 2 | |
| 107 | UCSB00362925 | UCSB00362924-UCSB00362938 | Adobe Acrobat (PDF) | 4/28/2011 | | | | | Personal UCSB Business/Private and Confidential | Attachment to email with UC personnel re: UC Research proposal | Withheld | Phase 2 | |
| 108 | UCSB00362926 | UCSB00362924-UCSB00362938 | Plain Text | 4/28/2011 | | | | | Personal UCSB Business/Private and Confidential | Attachment to email with UC personnel re: UC Research proposal | Withheld | Phase 2 | |
| 109 | UCSB00362927 | UCSB00362924-UCSB00362938 | Adobe Acrobat (PDF) | 4/28/2011 | | | | | Personal UCSB Business/Private and Confidential | Attachment to email with UC personnel re: UC Research proposal | Withheld | Phase 2 | |
| 110 | UCSB00362933 | UCSB00362924-UCSB00362938 | Microsoft Word 2003 | 4/28/2011 | | | | | Personal UCSB Business/Private and Confidential | Attachment to email with UC personnel re: UC Research proposal | Withheld | Phase 2 | |
| 111 | UCSB00363485 | UCSB00363485-UCSB00363490 | Microsoft Outlook Message File | 4/13/2011 | Joanne Gonzales <JGonzales@bbofcal.com> | Ira.leifer@bubbleology.com <Ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 112 | UCSB00366026 | UCSB00366024-UCSB00366157 | Adobe Acrobat (PDF) | 3/15/2011 | | | | | Personal UCSB Business/Private and Confidential | Attachment to email with UC personnel re: UC Research proposal | Withheld | Phase 2 | |
| 113 | UCSB00366609 | UCSB00366609-UCSB00366610 | Microsoft Outlook Message File | 3/31/2011 | Robert Warzinski <Robert.Warzinski@NETL.DOE.GOV> | Ira Leifer <ira.leifer@bubbleology.com>; Amadeu Sum <asum@mines.edu>; Jonathan Levine <jlevine@mines.edu>; Brian Anderson <Brian.Anderson@UC.NETL.DOE.GOV> | Timur Abdukayumov <tabdukay@mymail.mines.edu>; Deepak Tapriyal <Deepak.Tapriyal@NETL.DOE.GOV>; Franklin Shaffer <Franklin.Shaffer@NETL.DOE.GOV>; George Guthrie <George.Guthrie@NETL.DOE.GOV>; Jamie Brown <Jamie.Brown@NETL.DOE.GOV>; Kelly Rose <Kelly.Rose@NETL.DOE.GOV>; Paul King <Paul.King@NETL.DOE.GOV>; Igor Haljasmaa <Igor.Haljasmaa@UR.NETL.DOE.GOV>; Ronald Lynn <Ronald.Lynn@UR.NETL.DOE.GOV> | | Personal BRI Businesss, Non-DWH, Private and Confidential | Personal email, non-DWH spill related work, project proposal | Withheld | Phase 2 | |
| 114 | UCSB00366610 | UCSB00366609-UCSB00366610 | Adobe Acrobat (PDF) | 3/31/2011 | | | | | Personal BRI Businesss, Non-DWH, Private and Confidential | Attachment to email re: project proposal, non-DWH spill related work | Withheld | Phase 2 | |

Fourth Privilege Log of The University of California, Santa Barbara
in Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D.La.)
1/16/2013 (Revised)

| ENTRY NO. | PRIVILEGE DOC# | PRIVILEGE FAMLY RANGE | DOCUMENT TYPE | DATE | FROM | TO | CC | BCC | PRIVILEGE REASON | PRIVILEGE DESCRIPTION | WITHHELD OR REDACTED | PHASE | REDACTED DOCS BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | UCSB00367594 | UCSB00367594-UCSB00367594 | Microsoft Outlook Message File | 3/9/2011 | Matt Lundy <mlundy@lundylawllp.com> | Ira Leifer <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication re: DWH spill related work | Withheld | Phase 2 | |
| 116 | UCSB00367704 | UCSB00367704-UCSB00367704 | Microsoft Outlook Message File | 3/11/2011 | Matt Lundy <mlundy@lundylawllp.com> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication re: DWH spill related work | Withheld | Phase 2 | |
| 117 | UCSB00370786 | UCSB00370786-UCSB00370786 | Microsoft Outlook Message File | 4/18/2012 | Steve Sereboff <SSereboff@socalip.com> | Ira Leifer (ira.leifer@bubbleology.com) <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 118 | UCSB00389509 | UCSB00389509-UCSB00389529 | Microsoft Outlook Message File | 7/23/2012 | Joanne Gonzales <JGonzales@bbofcal.com> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 119 | UCSB00389510 | UCSB00389509-UCSB00389529 | Adobe Acrobat (PDF) | 7/23/2012 | | | | | BRI Business/Confidential/Privacy | Attachment to email from insurance company providing insurance proposal | Withheld | Phase 2 | |
| 120 | UCSB00389518 | UCSB00389509-UCSB00389529 | Adobe Acrobat (PDF) | 7/23/2012 | | | | | BRI Business/Confidential/Privacy | Attachment to email from insurance company providing insurance proposal | Withheld | Phase 2 | |
| 121 | UCSB00390141 | UCSB00390141-UCSB00390161 | Microsoft Outlook Message File | 7/30/2012 | Joanne Gonzales <JGonzales@bbofcal.com> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 122 | UCSB00390142 | UCSB00390141-UCSB00390161 | Adobe Acrobat (PDF) | 7/30/2012 | | | | | BRI Business/Confidential/Privacy | Attachment to email from insurance company providing insurance proposal | Withheld | Phase 2 | |
| 123 | UCSB00390150 | UCSB00390141-UCSB00390161 | Adobe Acrobat (PDF) | 7/30/2012 | | | | | BRI Business/Confidential/Privacy | Attachment to email from insurance company providing insurance proposal | Withheld | Phase 2 | |
| 124 | UCSB00390162 | UCSB00390162-UCSB00390179 | Microsoft Outlook Message File | 7/30/2012 | Joanne Gonzales <JGonzales@bbofcal.com> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 125 | UCSB00390272 | UCSB00390272-UCSB00390277 | Microsoft Outlook Message File | | Joanne Gonzales <JGonzales@bbofcal.com> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 126 | UCSB00390274 | UCSB00390272-UCSB00390277 | Adobe Acrobat (PDF) | | | | | | BRI Business/Confidential/Privacy | Attachment to email from insurance company providing insurance accord | Withheld | Phase 2 | |
| 127 | UCSB00390283 | UCSB00390283-UCSB00390294 | Microsoft Outlook Message File | | Joanne Gonzales <JGonzales@bbofcal.com> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | BRI Business/Confidential/Privacy | Email from insurance company providing insurance binder agreement | Withheld | Phase 2 | |
| 128 | UCSB00390291 | UCSB00390283-UCSB00390294 | Adobe Acrobat (PDF) | | | | | | BRI Business/Confidential/Privacy | Attachment to email from insurance company providing insurance accord | Withheld | Phase 2 | |
| 129 | UCSB00390325 | UCSB00390325-UCSB00390325 | Microsoft Outlook Message File | | Nicole Abeloe <NAbeloe@socalip.com> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | Steve Sereboff <SSereboff@socalip.com> | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |
| 130 | UCSB00393763 | UCSB00393763-UCSB00393763 | Microsoft Outlook Message File | | Tom Boucher <Tom.Boucher@banksb.com> | ira.leifer@bubbleology.com <ira.leifer@bubbleology.com> | | | Personal BRI Businesss, Non-DWH, Private and Confidential | Personal email re: business loan, non-DWH spill related | Withheld | Phase 2 | |
| 131 | UCSB00396708 | UCSB00396708-UCSB00396708 | Microsoft Outlook Message File | 4/18/2012 | Steve Sereboff <SSereboff@socalip.com> | Ira Leifer (ira.leifer@bubbleology.com) <ira.leifer@bubbleology.com> | | | Attorney/Client | Attorney/Client communication not related to DWH | Withheld | Phase 2 | |

Fourth Privilege Log of The University of California, Santa Barbara
in Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D.La.)
1/16/2013 (Revised)

| ENTRY NO. | PRIVILEGE DOC# | PRIVILEGE FAMLY RANGE | DOCUMENT TYPE | DATE | FROM | TO | CC | BCC | PRIVILEGE REASON | PRIVILEGE DESCRIPTION | WITHHELD OR REDACTED | PHASE | REDACTED DOCS BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132 | UCSB00412792 | UCSB00412792-UCSB00412798 | Microsoft Outlook Message File | 6/4/2010 | ira leifer <ira.leifer@bubbleology.com> | Rachel <Rachel@msnbc.com> | | roy.partain <roy.partain@bubbleology.com> | Personal Privacy | Email communication containing redacted personal information | Redacted | Phase 2 | UCSB00412792 |
| 133 | UCSB00412916 | UCSB00412916-UCSB00412916 | Microsoft Outlook Message File | 6/9/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 134 | UCSB00412951 | UCSB00412951-UCSB00412952 | Microsoft Outlook Message File | 6/9/2010 | ira leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 135 | UCSB00413083 | UCSB00413083-UCSB00413086 | Microsoft Outlook Message File | 9/28/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 136 | UCSB00413087 | UCSB00413087-UCSB00413089 | Microsoft Outlook Message File | 9/27/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 137 | UCSB00414318 | UCSB00414318-UCSB00414320 | Microsoft Outlook Message File | 9/23/2010 | Ira Leifer <ira.leifer@bubbleology.com> | ira leifer | | | Personal Privacy | Email communication re: credit card payment | Withheld | Phase 2 | |
| 138 | UCSB00414319 | UCSB00414318-UCSB00414320 | Internet HTML | 9/23/2010 | | | | | Personal Privacy | Attachment to email communication re: credit card payment | Withheld | Phase 2 | |
| 139 | UCSB00414320 | UCSB00414318-UCSB00414320 | Adobe Acrobat (PDF) | 9/23/2010 | | | | | Personal Privacy | Attachment to email communication re: credit card payment | Withheld | Phase 2 | |
| 140 | UCSB00414321 | UCSB00414321-UCSB00414322 | Microsoft Outlook Message File | 9/23/2010 | Ira Leifer <ira.leifer@bubbleology.com> | ira leifer | | | Personal Privacy | Email communication re: credit card payment | Withheld | Phase 2 | |
| 141 | UCSB00414322 | UCSB00414321-UCSB00414322 | Adobe Acrobat (PDF) | 9/23/2010 | | | | | Personal Privacy | Attachment to email communication re: credit card payment | Withheld | Phase 2 | |
| 142 | UCSB00415728 | UCSB00415728-UCSB00415731 | Microsoft Outlook Message File | 8/26/2010 | Ira Leifer <ira.leifer@bubbleology.com> | | | | Congressional Privilege | Email with US Congressional Staff | Withheld | Phase 2 | |
| 143 | UCSB00415729 | UCSB00415728-UCSB00415731 | Internet HTML | 8/26/2010 | | | | | Congressional Privilege | Attachment to email with US Congressional Staff | Withheld | Phase 2 | |