# EXHIBIT A

| Trial Exhibit No. | Description of Exhibit | HESI's Objection(s) to the Exhibit | Other Parties' Objection(s) to the Exhibit | Exhibit not Designed by PSC | HESI's Motions in Limine |
|---|---|---|---|---|---|
| 000004A | Handwritten Notes | Hearsay (FRE 802) | BP- Hearsay within Hearsay (FRE 802); TO: 802 | | |
| 000151.c | BP Incident Investigation Team - Notes of Interview with John Guide | Hearsay (FRE 802) | BP - Hearsay within Hearsay (FRE 802) TO: 802 | | |
| 288 | Testimony of Senator Bob Graham and the Honorable William Reilly - Before the Committee on Energy and Natural Resources (Cured) | Relevance (FRE 401 & 402), Expert Opinion (FRE 702), Hearsay (FRE 802) | TO: 802 | | |
| 000299a* | Handwritten Notes on Interview of Mark Hafle | Hearsay (FRE 802) | BP - Hearsay (FRE 802); Hearsay within Hearsay (FRE 802) TO: 802 | | |
| 526 | Document: The transcript of The Joint United States Coast Guard/The Bureau of Ocean Energy Management | Hearsay (FRE 802) | BP - Hearsay (FRE 802); Hearsay within Hearsay (FRE 802); Inadmissible by statute (46 U.S.C. Sec 6308(a) Cameron: FRE 802 | X | |
| 1899 | Document: Part of an article regarding the status of BP's efforts to control the leaking oil | Incomplete (FRE 106), Hearsay (FRE 802) | | | |
| 002004b | Letter RE: Halliburton Sperry Drilling Guarantee | Relevance (FRE 401 & 402) | | | Docket No. 5139: Motion to Exclude Evidence Relating to Credit on the Kodiak No. 2 Well for Non-Productive Time Related to Downhole Tool Issues |
| 002004c | Letter To David Sims RE: Kodiak Guarantee | Relevance (FRE 401 & 402) | | | Docket No. 5139: Motion to Exclude Evidence Relating to Credit on the Kodiak No. 2 Well for Non-Productive Time Related to Downhole Tool Issues |
| 2156 | Document: Handwritten Notes from Lee Lambert Interview | Hearsay (FRE 802) | BP - Admissible only as an Admission by Transocean; Hearsay within Hearsay (FRE 802); TO: 802; CAM: 802 | X | |
| 2865 | JIT Testimony taken on October 6, 2010 PM Session | Hearsay (FRE 802) | BP - Inadmissible by Statute - 46 USC §6308(a) | | |
| 3567 | Report: Bly Report Excerpt, Deepwater Horizon Accident Investigation Report | Expert Opinion (FRE 702), Hearsay (FRE 802) | CAM - FRE 802; Lack of Foundation TO - FRE 802 | | |
| 4240 | BP Dynamic Simulations Deepwater Horizon Incident, Page: 13:59, Rev: Final, Date: Aug 29; two pages | Incomplete (FRE 106), Expert Opinion (FRE 702), Hearsay (FRE 802) | | | Docket No. 4894: Motion to Exclude Non-Governmental Reports |
| 4842 | Presentation: If Someone were to ask me what do I need to do to get a BAD cement job? This is what I would tell them | Relevance (FRE 401 & 402), Expert Opinion (FRE 702), Hearsay (FRE 802) | BP - FRE 802 - Hearsay; FRE 401 & 402 - Relevance generally; FRE 403 - Prejudicial | | |
| 5327 | Bureau of Ocean Energy Management Regulation and Enforcement Report Regarding the Causes of the April 20, 2010, Macondo Well Blowout dated September 14, 2011 | Expert Opinion (FRE 702), Hearsay (FRE 802) | BP - Excluded by MIL; FRE 802 - Hearsay; Other Government Reports CAM - FRE 802; Lack of Foundation | | |
| 5708 | Interviewing Form of Stephen Bertone | Hearsay (FRE 802) | BP - Admissible only as Admission by Transocean CAM - FRE 403; FRE 701; FRE 702; FRE 802 Foundation | X | |
| 7458 | 11-22-10 Powell letter to Sankar and Aiyar | Hearsay (FRE 802) | | | |
| 7678 | Chapter 3.4 Blowout Preventer (BOP), 1 page | Hearsay (FRE 802) | BP - Admissible only as Admission by Transocean CAM - Incomplete (portion of TO Report) | | |
| 7679 | Chapter 3.2 Temporary Abandonment, 1 page | Hearsay (FRE 802) | BP - Admissible only as Admission by Transocean; FRE 802 - Hearsay CAM - Incomplete (portion of TO Report) | | |

*HESI objected to Exhibit 299 in its January 20, 2012 objections. The PSC separated this exhibit into 2 subparts on its January 13, 2012 Exhibit List. HESI's objection to Exhibit 299 applies to all subparts.

# EXHIBIT A

| Trial Exhibit No. | Description of Exhibit | HESI's Objection(s) to the Exhibit | Other Parties' Objection(s) to the Exhibit | Exhibit not Designed by PSC | HESI's Motions in Limine |
|---|---|---|---|---|---|
| 7820 | Appendix G Report - Hydraulic Analysis of Macondo #252 Well Prior to Incident on April 20, 2010 | Expert Opinion (FRE 702), Hearsay (FRE 802) | BP - FRE 802 - Hearsay | | |
| 7821 | Appendix W Report - Dynamic Simulations Deepwater Horizon Incident BP | Expert Opinion (FRE 702), Hearsay (FRE 802), Violates Doc. No. 5560 | | | Docket No. 4894: Motion to Exclude Non-Governmental Reports |
| 7835 | Revised Expert Report of Donald J. Weintritt, P.E., LA and TX (Retired) | Relevance (FRE 401 & 402), Hearsay (FRE 802), Violates Doc. No. 5560 | BP - FRE 802 - Hearsay | | |
| 7907 | Expert report by Mr. Sabins, dated October 17, 2011, 115 pages | Relevance (FRE 401 & 402), Expert Opinion (FRE 702), Hearsay (FRE 802) | BP - Excluded by MIL<br>CAM - FRE 701; FRE 702; FRE 802 | | |
| 20346 | Board, SEEAC, or GORC Minutes Prior to April 20, 2010. | Hearsay (FRE 802) | BP: Excluded by MIL; Prior Adverse Proceedings Unrelated to Macondo; Prior Alleged Improper Conduct; Relevance (Not Relevant to Phase I); Relevance generally (FRE 401 & 402)<br>TO: Insufficiently Identified | | |
| 20954 | Drilling Fluid (mud) Displacement (PPT) | Hearsay (FRE 802) | | | |
| 20957 | Making the Case for Solids Laden Cement Systems, the Good, the Bad, and the Ugly (PPT) | Hearsay (FRE 802) | | | |
| 20999 | Letter R. Godfrey to Marine Board, September 22, 2010 RE: Casing Design Inaccuracies | Hearsay (FRE 802) | BP: Excluded by MIL; Inadmissible by Statute (46 U.S.C. Sec 6308(a); Other Government Reports<br>TO: 802 | | |
| 21012 | Circulation Summary | Hearsay (FRE 802) | TO: Insufficiently Identified | | |
| 21724 | Graphic: Possible Flow Path for Hydrocarbons (Version1) | Expert Opinion (FRE 702), Hearsay (FRE 802) | | | Docket No. 4523: Motion to Exclude National Commission Reports |
| 21725 | Graphic: Possible Flow Path for Hydrocarbons (Version2) | Expert Opinion (FRE 702), Hearsay (FRE 802) | | | Docket No. 4523: Motion to Exclude National Commission Reports |
| 21726 | Graphic: Summary of Halliburton Tests Showing Cement Unstable | Expert Opinion (FRE 702), Hearsay (FRE 802), Unresolved Authenticity Issues | | | Docket No. 4523: Motion to Exclude National Commission Reports |
| 21728 | Graphic: Macondo Well Schematic | Hearsay (FRE 802) | | | Docket No. 4523: Motion to Exclude National Commission Reports |
| 21736 | Macondo - Gas Hydrates Shallow Water Flows and Burst Disks | Relevance (FRE 401 & 402), Expert Opinion (FRE 702), Hearsay (FRE 802) | BP: Excluded by MIL; Hearsay (FRE 802); Hearsay within Hearsay (FRE 802); Inadmissible by Statute (46 USC §6308(a); Other Government Reports; Prejudicial (FRE 403) | | |
| 21738 | Transcript - Videotaped Deposition of Bill Abel, P.E.; August 10, 2001; Vol. 1 | Relevance (FRE 401 & 402), Hearsay (FRE 802) | BP: Excluded by MIL; Hearsay (FRE 802); Hearsay within Hearsay (FRE 802); Opinions outside 4 corners; Relevance (Not Relevant to Phase I); Relevance generally (FRE 401 & 402); CAM: 802 | | |
| 21924 | Mud removal and cement placement during primary cementing of an oil well | Expert Opinion (FRE 702), Hearsay (FRE 802) | BP: 802 | | |
| 22295 | Appendix P: BP/Deepwater Horizon Rheliant Displacement Procedure "Macondo" OSC-G 32306 (M-I SWACO) | Incomplete (FRE 106), Expert Opinion (FRE 702), Hearsay (FRE 802) | | | Docket No. 4894: Motion to Exclude Non-Governmental Reports |
| 22296 | Appendix Q: Summary of the Effect of Spacer Fluid Composition and Placement on the Negative-Pressure Test | Incomplete (FRE 106), Expert Opinion (FRE 702), Hearsay (FRE 802) | | | Docket No. 4894: HESI Motion to Exclude Non-Governmental Reports |

## EXHIBIT A

| Trial Exhibit No. | Description of Exhibit | HESI's Objection(s) to the Exhibit | Other Parties' Objection(s) to the Exhibit | Exhibit not Designed by PSC | HESI's Motions in Limine |
|---|---|---|---|---|---|
| 22300 | Deepwater Horizon Accident Investigation Report | Expert Opinion (FRE 702), Hearsay (FRE 802) | | | Docket No. 4894: Motion to Exclude Non-Governmental Reports |
| 22308 | National Commission Chief Counsel's Report | Expert Opinion (FRE 702), Hearsay (FRE 802) | BP: Excluded by MIL; 802; other Government Reports | | |
| 22334 | Interview Form for Wyman Wheeler | Expert Opinion (FRE 702), Hearsay (FRE 802) | BP: Admissible only as Admission by TO; 802 | | |
| 33248 | Jim Cowie Notes | Hearsay (FRE 802) | CAM: 701; 702; 802 | | |
| 42077 | SPE/IADC 37619, Habberman, J. P. et al "Reciprocating Cement Slurries After Placement by Applying Pressure Pulses in the Annulus, | Relevance (FRE 401 & 402), Hearsay (FRE 802) | | X | |
| 42078 | SPE 71387 Kunju, M. R. "Well Cementing Diagnosis From Top Cement Pulsation Record." | Relevance (FRE 401 & 402), Hearsay (FRE 802) | | X | |
| 42082 | Powerpoint Presentation - "Halliburton was Responsible for Designing Cement Slurry" | Incomplete (FRE 106), Expert Opinion by a Lay Witness (FRE 701), Expert Opinion (FRE 702), Hearsay (FRE 802) | | X | |
| 42138 | N2 Job Summaries | Incomplete (FRE 106), Hearsay (FRE 802), Unresolved Authenticity Issues | | X | |
| 42145 | Foam stability testing equipment | Incomplete (FRE 106) | | X | |
| 44073 | Scale Model of the Deepwater Horizon | Incomplete (FRE 106) | TO: Insufficiently Identified | X | |
| 47647 | deepwater_horizon_accident_investigation_report.mp4 | Expert Opinion (FRE 702), Hearsay (FRE 802) | TO: 802<br>CAM - 701; 702 | X | |
| 47847 | Letter from F. Bartlitt to Presidential Commission re Halliburton Cement Testing | Relevance (FRE 401 & 402), Expert Opinion (FRE 702), Hearsay (FRE 802) | | X | |
| 47870 | SPE 102185: Drochon, B., S. James, and B. Vidick, "The Search for Alternatives to Screen: Is Permeable Cement a Viable Option?" presentation at the 2006 SPE Annual Technical Conference and Exhibition, 24-27 September 2006. | Expert Opinion (FRE 702), Hearsay (FRE 802) | | X | |
| 50479 | Allegations made by The GOM Oil Spill Response Plan | Hearsay (FRE 802), Relevance (FRE 401 & 402) | BP: 802; 403<br>CAM: 802 | X | |
| 51206 | BP Incident Investigation Team - Notes of interview with Brett Cocales | Hearsay (FRE 802) | | X | |