

DALLAS  HOUSTON  PLANO
Plano office by Appointment Only

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332  Fax

**www.GodwinLewis.com**

DONALD E. GODWIN, SHAREHOLDER
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:    214.939.4412
DIRECT FAX:    214.939.4803
Don.Godwin@GodwinLewis.com

January 22, 2013

**<u>BY EMAIL</u>**

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B345
New Orleans, LA 70130

> Re:     In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on
>         April 20, 2010, MDL No. 2179

Dear Judge Shushan:

Halliburton Energy Services, Inc. ("HESI") respectfully requests clarification of an issue contained in the Court's Order Regarding PSC Motion to Call David Calvert (the "Calvert Order") (Rec. Doc. 8253).

In its letter brief to the Court, HESI pointed out that "During his deposition, and primarily in response to BP's questioning, Calvert, over HESI's objections, offered cementing opinions that he conceded were not included in his report and which were beyond the scope for which he was retained by Weatherford."  *See* Rec. Doc. 8234 at p. 2.  In its Calvert Order, the Court stated "At the trial of Phase One, Calvert will be permitted to offer opinions consistent with those set forth in his October 17, 2011 report and his December 2011 deposition."  *See* Rec. Doc. 8253 at p. 4.

The wording in the Order potentially conflicts with Judge Barbier's prior Order Regarding BP's Motion in Limine to Preclude Expert Opinion Testimony Not Disclosed in the Expert's Rule 26(a) Written Report (the "Limine Order") (Rec. Doc. 5505).  In the Limine Order, Judge Barbier stated "The Court reaffirms its prior orders restricting expert opinion to the four corners of the expert's written report."  *Id*. at p. 2.

HESI does not believe that the Court intended in its Calvert Order to expand the potential scope of Calvert's anticipated Phase One trial testimony beyond the scope of Judge Barbier's Limine Order, and further believes that the reference in the Calvert Order to "opinions consistent with . . . his December 2011 deposition" would be limited by the scope of opinions actually contained in Calvert's report.  Nonetheless, out of an abundance of caution, HESI asks the Court

Magistrate Judge Sally Shushan
January 22, 2013
Page 2

to clarify this issue so that all parties are aware of the scope of testimony that Calvert will be allowed to provide at trial.

Respectfully submitted,

*Donald E. Godwin*

Donald E. Godwin