# EXHIBIT B

01-58655
TB/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG    )     MDL NO. 2179
"DEEPWATER HORIZON" in the    )
GULF OF MEXICO, on    )     SECTION: J
APRIL 20, 2010    )
                   )     JUDGE BARBIER
                   )
                   )     MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Roland Chemali
### VOLUME 1

NOVEMBER 3, 2011

## *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group●Court Reporting●Video Production●Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1    know what I'm going to do, I'm just going to
 2    put your sheet in front of you, and that way,
 3    I don't have to keep leaning over the table.
 4         A.    Okay.  Do I give you -- or you
 5    have it?
 6         Q.    You -- you've got it.  So 5932?
 7         A.    32, 5932.
 8         Q.    Just go seriatim, as they say.
 9         A.    Sure.
10         (Exhibit Number 5932 marked.)
11         A.    5932 is in front of me.
12         Q.    Thank you.
13         A.    27 -- tab 27.
14         Q.    All right.  And what is
15    exhibit 5932, for the record?
16         A.    5932 was a comment from me to
17    help people who were working on the relief
18    well to understand the -- some of the
19    resistivity readings they were getting to
20    help them home onto the Macondo well, the
21    blown-out well.
22         Q.    All right.  So 5932 is -- is a
23    different inquiry than ascertaining a
24    hydrocarbon zone?
25         A.    Right.  Absolutely.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.    As it's more related to the
2    relief well?
3    A.    Absolutely, yeah.
4    Q.    All right.  And you indicated
5    that what we need is RT-Scanner preferably
6    after processing.  That should give dip and
7    anisotropy.
8    Did you ever receive that
9    information?
10    A.    I did.
11    Q.    Okay.  Were you able to use any
12    of that information for looking at the
13    hydrocarbon zones and the -- and whether or
14    not they were, in fact, hydrocarbon-bearing
15    zones?
16    A.    Again, no, because it was
17    resistivity only.
18    Q.    Okay.
19    A.    So it -- it kind of reinforced
20    some feelings, but not -- not significantly.
21    Q.    And why don't you jump ahead to
22    tab 30?
23    A.    I did get the -- yeah.  Uh-huh.
24    MR. LANCASTER:  And that will be 5933.
25    (Exhibit Number 5933 marked.)

PURSUANT TO CONFIDENTIALITY ORDER

1     A.      Uh-huh.  5933 is in front me,

2     tab 30.

3          Q.      Okay.  And take a minute to look

4     at it and then tell us what 5933 is.

5          A.      It is a -- an e-mail from Greg

6     Navarette from Halliburton, whom I probably

7     know him, sending the RT-Scanner data

8     wireline from Schlumberger to me and to

9     the -- Shanjun Li who was a scientist looking

10    at that for helping with the relief well.

11         Q.      Okay.  And so we see on

12    exhibit 5933, Mr. Naverette writes to

13    Mr. Mitchell --

14         A.      Uh-huh.

15         Q.      -- and yourself and others,

16    attached are the processed RT-Scanner files

17    for Schlumberger?

18         A.      Uh-huh.

19         Q.      Right?

20         A.      Correct.

21         Q.      All right.  Did you -- since you

22    had this longstanding request for wireline

23    data, neutron density log, other data, did

24    you ever use this occasion to go back to

25    Mr. Navarette or Mr. Mitchell and say, since

1    we're able to get the RT-Scanner files, can

2    we also now get the wireline information?

3             A.      I don't recall.

4             Q.      Okay.  And --

5             A.      But, I mean, there are only so

6    many times you can ask for something.

7             Q.      Okay.  All right.  Let me see if

8    I can find laminated sands.  All right.  So

9    we got that.

10                    All right.  You said that you

11   have worked with CMR before; is that right?

12            A.      With MRI and possibly CMR, yeah.

13   So I have seen some CMR logs.

14            Q.      All right.

15            A.      Yes, I have recently.

16            Q.      And MRI, CMR, it's similar

17   technology to the MRI that's used on human

18   bodies, isn't it?

19            A.      The -- to a certain way.

20            Q.      Okay.

21            A.      They don't do it point-by-point

22   imaging like the MRI on the human body, but

23   they use the same phenomenon.

24            Q.      All right.  Do you know what the

25   bound fluid cutoff is on a CMR?

**PURSUANT TO CONFIDENTIALITY ORDER**