# EXHIBIT C
# (UNDER SEAL)

From: Greg Navarette <Greg.Navarette@halliburton.com>
Sent: Mon Jul 26 10:30:02 2010
To: Ian Mitchell (Houston) <Ian.Mitchell@Halliburton.com>; Harvey Mueller <Harvey.Mueller@Halliburton.com>
Cc: Shanjun Li <Shanjun.Li@Halliburton.com>; Roland Chemali <Roland.Chemali@Halliburton.com>; David Hinz
<David.Hinz@Halliburton.com>
Subject: RE: ADR ranging test
Importance: Normal
Attachments: BP_MC252_OCSG_32306_001_ST00BP01_R1D1_RTS-Rv-Rh.las;
BP_MC252_OCSG_32306_001_ST00BP01_R1D1_RTS-Dips.pds;
BP_MC252_OCSG_32306_001_ST00BP01_R1D1_RTS-Dips-half_ft-sample-rate.las;
BP_MC252_OCSG_32306_001_ST00BP01_R1D1_RTS-LSA-14-inch-wide.pds;
BP_MC252_OCSG_32306_001_ST00BP01_R1D1_RTS-LSA.las;
BP_MC252_OCSG_32306_001_ST00BP01_R1D1_RTS-LSA-RES_SUM.las

5933

Exhibit No. _____
Worldwide Court
Reporters, Inc.

Attached are the processed RT-Scanner files for sclumberger.

## Greg Navarette
## Halliburton/Sperry Drilling

(281) 758-2396 Home
(713) 430-6191 Cell
(281) 504-0938 Westlake 4 Office
(281) 871-6204 Halliburton Office
(281) 871-7462 Halliburton Fax
greg.navarette@halliburton.com

**From:** Ian Mitchell (Houston)
**Sent:** Thursday, July 22, 2010 1:48 PM
**To:** Greg Navarette; Harvey Mueller
**Cc:** Shanjun Li; Roland Chemali; David Hinz
**Subject:** RE: ADR ranging test

Harvey

Greg will put you in touch with touch with the relevant G&G person who can provide you with all the data you need.
They had already expressed interested in talking to someone to better understand what we had seen with the ADR data
and this may be an opportunity to discuss these issues to both our benefit.

Regards, Ian

**From:** Roland Chemali
**Sent:** Thursday, July 22, 2010 1:37 PM
**To:** Harvey Mueller; David Hinz; Ian Mitchell (Houston)
**Cc:** Shanjun Li
**Subject:** RE: ADR ranging test

All,

I saw that in the list of tools run by Schlumberger for BP there was a ZAIT which I believe is the code name for
Rt-Scanner. I also noticed an OBMI and multiple cores. I will talk to Ian and see if he can get hold of the data
and deliver it to you..
Best regards,
Roland Chemali
Chief Petrophysicist

Halliburton Sperry Drilling
3000 North Sam Houston Parkway
Cell: +1-281-684-9349
Office:+1-281-871-4257

**From:** Roland Chemali
**Sent:** Thursday, July 22, 2010 1:17 PM
**To:** Harvey Mueller; David Hinz; Ian Mitchell (Houston)
**Cc:** Shanjun Li
**Subject:** RE: ADR ranging test

Shanjun,

Halliburton ran only LWD tools in the Macondo well. Schlumberger had the wireline. The well was near vertical with inclination values almost always smaller than 1 degree (I can give you more detail if necessary). We ran EWR-M5 so we cannot estimate anisotropy or structural dip from LWD.

Schlumberger ran an extensive wireline program. I don't know if we have access to it, but it would be through Ian Mitchell. What we need is Rt-Scanner preferably after processing. That should give dip and anisotropy. Another helpful measurement is OBMI to assess laminations. It is not necessary but it could confirm the laminated nature of the formation in the vicinity of the zone of interest.

If we do not have Rt-Scanner in this well, then let me know, we may be able to get it from nearby wells.


Best regards,
Roland Chemali
Chief Petrophysicist
Halliburton Sperry Drilling
3000 North Sam Houston Parkway
Cell: +1-281-684-9349
Office:+1-281-871-4257

**From:** Harvey Mueller
**Sent:** Thursday, July 22, 2010 1:04 PM
**To:** Roland Chemali; David Hinz; Ian Mitchell (Houston)
**Cc:** Shanjun Li
**Subject:** FW: ADR ranging test

Roland, Dave, Ian,

Shanjun Li in Mike Bittar's group is doing some modeling to understand the **ADR-TT** response in the Macondo relief well. Can one of you assist with any information regarding his questions below?

Thanks,

--- *Harvey*


**From:** Shanjun Li
**Sent:** Thursday, July 22, 2010 11:41 AM
**To:** Harvey Mueller; Gary Althoff
**Cc:** Christopher Golla; Hsu-Hsiang Wu

Confidential                                         HAL_0635318

**Subject:** RE: ADR ranging test

Hi, All,

We are studying some effects, such as anisotropy, Ecc, dipping of formation and boundary, on the distance computation from ADR-TT tool to casing, and want to find a method to do correction. Can we get the formation resistivity distribution of the drilling well and drilling well dip angle, and relative geology information, such as strike angle of formation?

Thanks and have a nice day,

Shanjun

---

**From:** Harvey Mueller
**Sent:** Thursday, July 22, 2010 9:32 AM
**To:** Gary Althoff
**Cc:** Christopher Golla; Hsu-Hsiang Wu; Shanjun Li
**Subject:** ADR ranging test

Gary,

The fiberglass casing in QQ is ~23 ft long by 8 1/8 ID, sealed on bottom.

6 ¾ ADR antenna section is 7.19 OD which would give ~½ inch annulus.  Max OD is 7.43 so it will fit.

4 ¾ ADR antenna section is 5.12 OD which would give ~1 ½ inch annulus, closer to the 1.72 inch annulus for 6 ¾ ADR in 10 5/8 borehole.

The center tank currently has 1.1 ohm-m water in it.

Will this fit the test criteria?

----------------------------------------------------------------------
Harvey, Mueller
ESG-Tech Prof-Technical Svcs, Sr
Halliburton
Halliburton Technology
Office Phone: 281.871.4371
Cell:281.224.7680

Confidential