

**DALLAS** HOUSTON PLANO
Plano office by Appointment Only

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332 Fax

**www.GodwinLewis.com**

CAROLYN R. RAINES, SHAREHOLDER
DIRECT DIAL:     214.939.4452
DIRECT FAX:      214.527.3137
Carolyn.Raines@GodwinLewis.com

January 21, 2013

**VIA EMAIL**

| | |
|---|---|
| Stephen J. Herman<br>MDL 2179 Plaintiffs Liaison Counsel<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA  70113-1116 | General Luther Strange<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL  36130 |
| James P. Roy<br>MDL 2179 Plaintiffs Liaison Counsel<br>Domengeauz Wright Roy & Edwards<br>556 Jefferson Street<br>P. O. Box 3668<br>Lafayette, LA  70502 | R. Michael Underhill<br>U.S. Department of Justice<br>P. O. Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3463 |
| Don K. Haycraft<br>MDL 2179 Defense Liaison Counsel<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139-5099 | J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 |

RE:    *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; United States District Court Eastern District of Louisiana; MDL No. 2179
**Deposition of Roland Chemali, taken November 3, 2011**

Dear Counsel:

It has come to the attention of Halliburton's counsel that Roland Chemali recently located on his computer certain emails from July 2010 attaching portions of Schlumberger's Rt Scanner and other log files.  Mr. Chemali immediately brought this to Halliburton counsel's attention because he realized that he testified in his November 3, 2011 deposition to the effect that he had not received such logs until two days before his deposition.

**GODWIN LEWIS PC**

All Counsel
January 21, 2013
Page 2

      Mr. Chemali explained to counsel that in the months immediately after the Macondo incident, he requested, internally at Halliburton, certain Macondo wireline logs to assist him in trying to understand the nature and location of hydrocarbon zones in the Macondo Well. However, Mr. Chemali did not receive copies of those logs at that time, and he ended that early effort to evaluate the Macondo hydrocarbon zones.  However, in July 2010, other Halliburton personnel involved in the relief well/intercept efforts requested Mr. Chemali's assistance in understanding the "electrical anisotropy" around the Macondo well.  That request came in email form and attached Rt-Scanner and other logs.  However, by the time Mr. Chemali was available to provide assistance, he was told that his assistance was no longer required.  The emails and attached logs remained on his computer from that time until present.  Consistent with his deposition testimony, Mr. Chemali never analyzed these logs (received in July 2010) for purposes of identifying the hydrocarbon zones in the Macondo Well.

      Recently, Mr. Chemali was asked by another customer to make a presentation related to measuring "dip and anisotropy."  This presentation was unrelated to Macondo.  In searching his computer for past data on the topic, Mr. Chemali discovered the July 2010 emails and attached logs referenced above.  Mr. Chemali then contacted counsel for Halliburton to convey that his deposition testimony—to the effect that he never received such logs until two days before his deposition—was technically inaccurate.  Significantly, Mr. Chemali's omission and correction have no bearing on his review of the location and nature of the hydrocarbon zones in the Macondo Well.  Nevertheless, out of an abundance of caution, counsel for Halliburton submits the foregoing as a revision to the following portions of Mr. Chemali's deposition transcript:  page 22, lines 17-19; page 24, lines 12-13; page 87, line 23; and page 194, line 18.

      Halliburton's counsel and vendor are analyzing Chemali's custodial file to determine if any responsive, non-privilege documents were inadvertently not produced and will provide a supplemental production if necessary.

                                                    Sincerely,

                                                    Carolyn R. Raines

Enclosures

cc:    Donald Godwin
       Bruce Bowman
       R. Alan York
       Jenny Martinez
       Gavin Hill
       Floyd Hartley
       Worldwide Court Reporters (*via email*)