# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Mark J. Nomellini
To Call Writer Directly:
(312) 862-2410
mark.nomellini@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

January 18, 2013

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Re: MDL 2179 – BP's Objections to Transocean's Third Supplemental and Amended Exhibit List

Dear Magistrate Judge Shushan:

BP opposes the following "trial exhibits" (really multiple, separate documents masquerading as single "exhibits") included for the first time on Transocean's Third Supplemental and Amended Exhibit List:

| Trial Exhibit Number | Number of Different Bates Ranges Listed | Number of Families Included in Bates Range |
|---|---|---|
| TREX-52638 | 6 | 6 |
| TREX-52657 | 18 | 96 |
| TREX-52659 | 11 | 11 |
| TREX-52663 | 6 | 46 |
| TREX-52667 | 11 | 335[1] |

---

[1] Two of the listed Bates ranges in this trial exhibit come from the same document family.

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 18, 2013
Page 2

| | | |
|---|---|---|
| TREX-52669 | 5 | 5 |
| TREX-52666 | See discussion below. | See discussion below. |
| TREX-52668 | See discussion below | See discussion below. |
| Total for these 8 "exhibits" | 57 | 499 |
| Total for all 33 "exhibits" included on Transocean list | 76, plus 8 other documents without Bates labeling | |

These exhibits improperly combine multiple documents produced before February 20, 2012, circumventing the Court's restriction on adding only 35 new trial exhibits without good cause. See Amended PTO 54, Rec. Doc. 8173, p. 2 ("Each party may add up to 35 exhibits to its Exhibit List without showing 'good cause'").  The 35 exhibit limit should not be surprising to Transocean – it was negotiated among the parties, and approved by the Court.

By our count, Transocean has listed several hundred document families on its list of 33 new "exhibits," spread out over more than 75 non-contiguous bates ranges, each of which is associated with at least one family.  For example, TREX-52667 lists as two of its 11 multiple Bates ranges ABSDWH001217 through ABSDWH004096, and OSE212-040531 through OSE212-040600; TREX-52667 also includes 335 separate families.

Transocean has indicated that it will point to examples from various parties' exhibit lists (including, perhaps, BP's) that include multiple families or non-contiguous bates ranges.  But there are not any on BP's list--as there are on Transocean's in the examples above--that include 11 bates ranges and 335 families (as in TREX-52667), or that were cobbled together for the obvious purpose of avoiding the 35-document limit.

TREX-52666 and TREX-52668 are also improper because they reference and rely upon the improper additions discussed above.  These exhibits do, however, illustrate BP's point that Transocean is trying to shoehorn scores of new, separate documents into its list of 35 "exhibits." For example, on p. 6 of TREX-52666, Transocean lists as separate and distinct documents 24 of the documents that it has tried to bundle together in one exhibit as one bates range of 11 inside of TREX-52667. *See* Exhibit A.  So, when Transocean wanted to refer to these documents on a graphic, it referred to them separately, but when Transocean put together its list of 35, it

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 18, 2013
Page 3


"bundled" up these exhibits into the single-exhibit, 11 bates ranges-containing, 335 family compilation that is TREX-52667.  BP has no objection to parties using proper demonstratives or other appropriate methods to summarize documents, but they must be summaries of documents that have been properly added to the exhibit list, and not summaries of documents that are not properly added to the exhibit list (because, while they purported to be on Transocean's "list of 35," Transocean added more than 35 non-good cause additions).

During the parties' meet-and-confer on Thursday, January 17, Transocean argued that documents do not have to be admissible to be included in summaries.  But what is at issue here is not whether the underlying documents are admissible, but simply whether they were properly included on the exhibit list.

BP requests that the Court order Transocean to withdraw these new trial exhibits from its trial exhibit list and/or make other adjustments such that it is only adding 35 new trial exhibits without good cause.  Quite simply, allowing Transocean to list <u>hundreds</u> of new, separate documents in the space of six "trial exhibits" makes a mockery of the negotiated and approved limit of 35 new trial exhibits.  This should not be permitted.

                                                                        Respectfully submitted,

                                                                        /s/ Mark Nomellini

                                                                        Mark Nomellini

cc (via electronic mail):

       Andrew Langan
       Don K. Haycraft
       R. Michael Underhill
       Steven O'Rourke
       Sarah D. Himmelhoch
       Steve Herman
       Anthony Irpino

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 18, 2013
Page 4

       Defense Liaison Counsel
       Corey Maze
       Luther Strange

# **Exhibit A**

TREX-52666

## Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010)

| No. | Title / Description | Entity | Date | Inspector(s) Name(s) | Trial Exhibit Number | Bates Numbers (Document Descriptions) |
|---|---|---|---|---|---|---|
| 1 | Renewal Examination for Certificate of Compliance | USCG | August 16, 2005 | Lawrence Sohl, CWO Carrera, and Lt. Walter Hoppe | TREX-05585 | DHCIT_TPY-0169130- DHCIT_TPY-0169131 (U.S. Department of Homeland Security / United States Coast Guard Activity Summary Report) |
| 2 | Annual Exam for MODU Certificate of Compliance | USCG | August 8, 2006 | Walter Hoppe, Lt Sohl, and LT Hoppe | TREX-05586 | DHCIT_TPY-0169138 - DHCIT_TPY-0169140 (U.S. Department of Homeland Security / United States Coast Guard Activity Summary Report) |
| 3 | Renewal Examination for Certificate of Compliance | USCG | August 7, 2007 | John K. Authement, A. Wachowiak, and C. Brown | TREX-05587 | DHCIT_TPY-0169145 - DHCIT_TPY-0169146 (U.S. Department of Homeland Security / United States Coast Guard Activity Summary Report) |
| 4 | Reinspection for Certificate of Compliance | USCG | October 15, 2008 | M. G. Odom and Allen W. Hughey, CWO Carpenter, CWO Hughey, and Ltjg Dudek | TREX-05589 and TREX-05590 | DHCIT_TPY-0169155 - DHCIT_TPY-0169157 (U.S. Department of Homeland Security / United States Coast Guard Activity Summary Report) and DHCIT_TPY-0232826- DHCIT_TPY-0232829 (U.S. Department of Homeland Security / United States Coast Guard Certificate of Compliance) |
| 5 | Renewal Examination for Certificate of Compliance | USCG | July 27, 2009 | M. G. Odom, Mr. Cal Brown, CWO2 Jay Willimon | TREX-05571 | HCG161-040009- HCG161-040012(U.S. Department of Homeland Security / United States Coast Guard Certificate of Compliance) |
| 6 | Cargo Gear Survey | ABS | January 26-27, 2005 | Charles G. Barthel | TREX-03075 | ABSDWH003476 - ABSDWH003477 |
| 7 | Annual Automation Survey 4 | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 8 | Annual Hull Survey 4 | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 9 | Annual IOPP Annex I Survey 4 | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 10 | Annual Load Line Survey 4 | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 11 | Annual Machinery Survey 4 | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 12 | Annual Survey - Drilling System 4 | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 and ABSDWH010724 |
| 13 | Change of Flag Survey | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 14 | IL092 Compliance Survey - Marshall Islands Statement of Compliance | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 15 | Survey for Compliance - Class | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 16 | Other Survey (Statutory) - Sewage Survey for Change of Flag | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 17 | Other Survey (Statutory)- Survey on behalf of Marshall Islands | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 18 | Other Survey (Statutory)- Annual Survey of Four (4) shipboard elevators | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 19 | Other Survey (Statutory)- FSVAD - Flag State Verification | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 20 | Survey for Compliance - Statutory | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 |
| 21 | Other Survey (class) - Annual DPS-3 Survey | ABS | March 23 - April 4, 2005 | William Haynie | TREX-03081 | ABSDWH003481- ABSDWH003498 and ABSDWH010723 |
| 22 | Cargo Gear Survey | ABS | March 7-16, 2005 | Charles G. Barthel | TREX-03081 | ABSDWH003478 - ABSDWH003480 |
| 23 | Damage - Repair Survey (Special) | ABS | March 7-16, 2005 | Charles G. Barthel | TREX-03081 | ABSDWH003478 - ABSDWH003480 |
| 24 | Survey for Compliance (Special) | ABS | March 7-16, 2005 | Charles G. Barthel | TREX-03081 | ABSDWH003478 - ABSDWH003480 |
| 25 | International Tonnage Certificate (1969) | ABS | April 1, 2005 | | | ABSDW011035 |
| 26 | Other Survey (Statutory)- Compliance with Reg. III/20.11 SOLAS | ABS | May 23-25, 2005 | Craig Graham | TREX-03075 | TRN-MDL-00171760 - TRN-MDL-00171761 and ABSDWH003499 - ABSDWH003500 |
| 27 | International Oil Pollution Prevention Certificate | ABS | March 27, 2005 | William Haynie | | ABSDWH010684 - ABSDWH010687 |
| 28 | International Sewage Pollution Prevention Certificate | ABS | March 27, 2005 | | | ABSDWH002991 - ABSDWH002993 |
| 29 | Flag State Verification and Acceptance Document | ABS | March 27, 2005 | | | ABSWHO002996 - ABSDWH002998 |
| 30 | Report of Safety Inspection for MODU/MOU and Interim MODU Safety Certificate | ABS | March 27, 2005 | | | ABSDWH002999 - ABSDWH003001 and ABSDWH011024 |

## Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010)

| No. | Title / Description | Entity | Date | Inspector(s) Name(s) | Trial Exhibit Number | Bates Numbers (Document Descriptions) |
|---|---|---|---|---|---|---|
| 31 | Document of Compliance International Labor Organziation Convention No. 92 Concerning Crew Accomodations on Board Ship | ABS | March 27, 2005 | William Haynie | | ABSDWH010688 |
| 32 | Certificate of Classification | ABS | June 6, 2005 (Certificate) and March 27, 2005 (Interim Certificate) | Unknown | TREX-03075 | TRN-MDL-00171621 (ABS Certificate of Classification) ABSDWH010674 (Interim Class Certifcate) |
| 33 | Annual Automation Survey 5 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171679 - TRN-MDL-00171686 |
| 34 | Annual Machinery Survey 5 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171679 - TRN-MDL-00171686 |
| 35 | Cargo Gear Survey and Certificate of Test and Examination of Cranes or Hoists and Their Accessory Gear: Retesting Surveys | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 and TRN-MDL-00171762 - TRN-MDL-00171763 |
| 36 | Extension Survey (Class) - Drydocking Survey | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171679 - TRN-MDL-00171686 |
| 37 | Extension Survey (class) - special continuous Survey Machinery 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171679 - TRN-MDL-00171686 |
| 38 | Extension Survey (class) - Special periodical Survey Hull 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171679 - TRN-MDL-00171686 |
| 39 | Extension Survey (statutory) -Renewal Load Line Survey 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 40 | Extension Survey (Statutory) - Renewal Survey - MODU 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 41 | IL0133 Compliance Survey | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 42 | IL092 Compliance Survey | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 43 | Other Survey (Statutory) - Renewal for the IMO Dynamic Positioning Flag State Verification and acceptance document | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 44 | Other Survey (Statutory) - Marshall Islands Annual Safety Inspection | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 45 | Other Survey (Statutory) - Annual Elevator Survey | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 46 | Renewal IOPP Annex I Survey 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 47 | Renewal ISPP Annex IV Survey 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 48 | Renewal Load Line Survey 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 49 | Special Continuous Survey Machinery 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171679 - TRN-MDL-00171686 |
| 50 | Special Periodical Survey - Automation 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171679 - TRN-MDL-00171686 |
| 51 | Special Periodical Survey - Hull 1 | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171679 - TRN-MDL-00171686 |
| 52 | Survey for Compliance - Statutory | ABS | December 28, 2005- January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171710 - TRN-MDL-00171716 |
| 53 | International Oil Pollution Prevention Certificate | ABS | January 2, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171824- TRN-MDL-00171827 |
| 54 | Document of Compliance Republic of the Marshall Islands | ABS | January 2, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171737 |
| 55 | Interim Class Certificate | ABS | January 2, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171620 |
| 56 | International Sewage Pollution Prevention Certificate | ABS | January 2, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171852- TRN-MDL-00171854 |
| 57 | Document of Compliance Republic of The Marshall Islands International Labor Organization Convention No. 133 Concerning Crew Accomodations on Board Ship | ABS | January 2, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171737 |
| 58 | Short Term International Load Line Certificate | ABS | January 2, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00027320 - TRN-MDL-00171844 |
| 59 | Flag Sate Verification and Acceptance | ABS | January 2, 2006 | | TREX-03074 | TRN-MDL-011000254 |
| 60 | International Oil Pollution Certificate | ABS | January 2, 2006 | | | ABSDWH001543 - ABSDWH001546 |
| 61 | Report of Safety Inspection for MODU | ABS | January 2, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171776 - TRN-MDL-00171778 |
| 62 | Supplement to the International Oil Pollution Prevention Certificate | ABS | January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171818- TRN-MDL-00171821 |
| 63 | Cargo Gear Re-Testing Certificate | ABS | January 18, 2006 | | TREX-03074 | TRN-MDL-01100254 |
| 64 | Flag Verification and Acceptance Document | ABS | January 18, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171859 - TRN-MDL-00171863 |
| 65 | Survey for Compliance - Statutory | ABS | March 11- April 26, 2006 | Gee Martin | | ABSDWH001217- ABSDWH001224 |
| 66 | Annual Automation Survey 5 | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171669 - TRN-MDL-00171675 |

## Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010)

| No. | Title / Description | Entity | Date | Inspector(s) Name(s) | Trial Exhibit Number | Bates Numbers (Document Descriptions) |
|---|---|---|---|---|---|---|
| 67 | Annual Hull Survey 5 | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171669 - TRN-MDL-00171675 |
| 68 | Annual Machinery Survey 5 | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171669 - TRN-MDL-00171675 |
| 69 | Cargo Gear Survey | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171676- TRN-MDL-00171678 |
| 70 | Elevator - Initial Survey | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171676- TRN-MDL-00171678 |
| 71 | Lightweight Survey | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171676- TRN-MDL-00171678 |
| 72 | Renewal Load Line Survey 1 | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171676- TRN-MDL-00171678 |
| 73 | Renewal Survey - MODU 1 | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171676- TRN-MDL-00171678 |
| 74 | Special Continuous Survey Machinery 1 | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171669 - TRN-MDL-00171675 |
| 75 | Special Periodical Survey - Automation 1 | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171669 - TRN-MDL-00171675 |
| 76 | Special Periodical Survey - Hull 1 | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171669 - TRN-MDL-00171675 |
| 77 | Survey for Compliance - Class | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171669 - TRN-MDL-00171675 |
| 78 | Survey for Compliance - statutory | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171676- TRN-MDL-00171678 |
| 79 | UWILD Drydocking Survey | ABS | May 30- June 12, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171669 - TRN-MDL-00171675 |
| 80 | Interim Class Certificate | ABS | June 11, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171618 - TRN-MDL-00171619 |
| 81 | Mobile Offshore Drilling Unit Safety Certificate (1989) | ABS | June 11, 2006 | Gee Martin | TREX-03075 | TRN-MDL-0171767 |
| 82 | Shipboard Elevator Certificate | ABS | June 11, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171858 |
| 83 | International Load Line Certificate | ABS | June 11, 2006 | Gee Martin | TREX-03075 | TRN-MDL-00171836 - TRN-MDL-00171838 |
| 84 | Certificate of Classification | ABS | June 28, 2006 (Certificate) | Unknown | TREX-03075 | TRN-MDL-00171614- TRN-MDL-00171615 (ABS Certificate of Classification) |
| 85 | Annual Automation Survey 1 | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171626- TRN-MDL-00171647 and TRN-MDL-00171648 - TRN-MDL-00171668 |
| 86 | Annual Hull Survey 1 | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171626- TRN-MDL-00171647 and TRN-MDL-00171648 - TRN-MDL-00171668 |
| 87 | Annual IOPP Annex 1 Survey 1 | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171717- TRN-MDL-00171722 and TRN-MDL-00171723- TRN-MDL-00171728 |
| 88 | Annual Load Line Survey 1 | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171717- TRN-MDL-00171722 and TRN-MDL-00171723- TRN-MDL-00171728 |
| 89 | Annual Machinery Survey 1 | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171626- TRN-MDL-00171647 and TRN-MDL-00171648 - TRN-MDL-00171668 |
| 90 | Annual Survey - MODU 1 | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171717- TRN-MDL-00171722 and TRN-MDL-00171723- TRN-MDL-00171728 |
| 91 | Cargo Gear Survey and Certificate | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171717- TRN-MDL-00171722 and TRN-MDL-00171723- TRN-MDL-00171728 and TRN-MDL-00171756- TRN-MDL-00171757 (Certificate) |
| 92 | Elevator Survey | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171717- TRN-MDL-00171722 and TRN-MDL-00171723- TRN-MDL-00171728 |
| 93 | Flag State Inspection | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171717- TRN-MDL-00171722 and TRN-MDL-00171723- TRN-MDL-00171728 |
| 94 | Other Survey (Statutory) - Flag State Verification and Acceptance Document Annual Survey | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171717- TRN-MDL-00171722 and TRN-MDL-00171723- TRN-MDL-00171728 |
| 95 | Other Survey (Statutory) - Examination and Test of Lifeboat On Load Release Gears and Davit Winch Brakes | ABS | December 28, 2006- January 2, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171717- TRN-MDL-00171722 and TRN-MDL-00171723- TRN-MDL-00171728 |
| 96 | International Oil Pollution Prevention Certificate | ABS | December 4, 2007 | | TREX-03074 | TRN-MDL-01100254 |
| 97 | International Oil Pollution Prevention Certificate - Supplement Form A (HSSC) | ABS | December 4, 2007 | | TREX-03074 | TRN-MDL-01100254 |
| 98 | Cargo Gear Re-Testing Certificate | ABS | December 4, 2007 | | TREX-03074 | ABSDWH001562 - ABSDWH001563 and TRN-MDL-01100254 |
| 99 | Report of Safety Inspection for MODU/MOU | ABS | January 1, 2007 | Gee Martin | TREX-03075 | TRN-MDL-00171768 - TRN-MDL-00171770 |
| 100 | Statement of Fact Survey | ABS | February 28- March 2, 2007 | Roy Arinjit | | ABSDWH003798- ABSDWH003799 |

## Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010)

| No. | Title / Description | Entity | Date | Inspector(s) Name(s) | Trial Exhibit Number | Bates Numbers (Document Descriptions) |
|---|---|---|---|---|---|---|
| 101 | Damage - Repair Survey (class) | ABS | April 6 - 20, 2007 | Roy Arinjit | | ABSDWH003801- ABSDWH003804 |
| 102 | Cargo Gear Annual Certification | ABS | April 6 - 20, 2007 | Roy Arinjit | | ABSDWH03801- ABSDWH03804 |
| 103 | Other Survey (statutory) - Load testing of No. 4 lifeboat | ABS | October 1, 2007 | Roy Arinjit | | ABSDWH003807- ABSDWH003808 |
| 104 | Other (Statutory)- Damage - Repair Survey (Statutory) | ABS | October 13-15, 2007 | Roy Arinjit | | ABSDWH003810 - ABSDWH003811 |
| 105 | Annual Automation Survey 2 | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 106 | Annual Hull Survey 2 | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 107 | Annual Load Line Survey 2 | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 108 | Annual Machinery Survey 2 | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 109 | Cargo Gear Survey | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 110 | Damage - Repair Survey (class) | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 111 | Elevator Survey | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 112 | Flag State Inspection- Marshall Islands Annual Safety Inspection | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 113 | Intermediate IOPP Annex I Survey 2 | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 114 | Intermediate Survey - MODU 2 | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 115 | Other Survey (Statutory) - FSVAD Annual Survey | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 116 | Special Continuous Survey - Hull 2 | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 117 | Special Continuous Survey - Machinery 2 | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 118 | Survey for Compliance - Statutory | ABS | November 26 - December 5, 2007 | Gee Martin | | ABSDWH003813- ABSDWH003828 |
| 119 | Other Survey (Statutory)- Issuance of Exemption Certificate for Immersion Suits | ABS | May 23, 2008 | Gee Martin | | ABSDWH003891 - ABSDWH003892 |
| 120 | Damage - Repair Survey (class) | ABS | June 2-3, 2008 | Evan C. Hafford | | ABSDWH003903 and ABSDWH001217 - ABSDWH001224 |
| 121 | Survey for Compliance - Statutory | ABS | June 2-3, 2008 | Evan C. Hafford | | ABSDWH003902- and ABSDWH001217 - ABSDWH001224 |
| 122 | Annual Automation Survey 3 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 123 | Annual Hull Survey 3 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 124 | Annual IOPP Annex I Survey 3 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 125 | Annual Load Line Survey 3 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 126 | Annual Machinery Survey 3 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 127 | Annual Survey - MODU 3 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 128 | Cargo Gear Survey | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 129 | Elevator Survey | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 130 | Other Survey (Statutory) - Installation and testing of LRIT, VDR, and SSAS | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 131 | Other Survey (Statutory) - Marshall Islands Flag Annual Safety Inspections | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 132 | Other Survey (Statutory)- annual Survey for Endorsement of the FSVAD | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 133 | Special Continuous Survey - Hull 2 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 134 | Special Continuous Survey - Machinery 2 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 135 | Special Periodical Survey -Automation 2 | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 136 | Survey for Compliance - Class | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 137 | Survey for Compliance - Statutory | ABS | December 5-8, 2008 | Gee Martin | | ABSDWH003904- ABSDWH003922 |
| 138 | Cargo Gear Annual Certification | ABS | December 8, 2008 | | TREX-03074 | TRN-MDL-011000254 |
| 139 | SOLAS Exemption Certificate | ABS | May 23, 2008 | Gee Martin | | TRN-INV-01961066 - TRN-INV-01961067 |
| 140 | Extension Survey (Class) - Drydocking Survey | ABS | March 19 -20, 2009 | William Haynie | | ABSDWH003979- ABSDWH003980 |
| 141 | Other Survey (Statutory)- Witness all four life boat load and release gear test | ABS | May 11 -27, 2009 | Venkata Raj Chinni | | ABSDWH003983 - ABSDWH003984 |

# Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010)

| No. | Title / Description | Entity | Date | Inspector(s) Name(s) | Trial Exhibit Number | Bates Numbers (Document Descriptions) |
|---|---|---|---|---|---|---|
| 142 | Other Survey (Class) - Witness DP trials after upgrading | ABS | September 1-13, 2009 | Venkata Raj Chinni and Joseph Edward McDurmon | | ABSDWH003986 - ABSDWH003996 |
| 143 | Survey for Compliance - Statutory | ABS | September 1-13, 2009 | Venkata Raj Chinni and Joseph Edward McDurmon | | ABSDWH003986 - ABSDWH003996 |
| 144 | UWILD Drydocking Survey | ABS | September 1-13, 2009 | Venkata Raj Chinni and Joseph Edward McDurmon | | ABSDWH003986 - ABSDWH003996 |
| 145 | Class Certification | ABS | October 19, 2009 (Certificate) | | TREX-50324 | TRN-MDL-00272528 - TRN-MDL-00272531 and ABSDWH011447 (Confirmation of Class Certification 2009) |
| 146 | Other Survey (Statutory) - Marshall Island flag annual Inspection | ABS | December 14-18, 2009 | Amaury Maza and Roy Arinjit | | ABSDWH004022- ABSDWH004031 |
| 147 | Annual Safety Inspection for MODU | ABS | December 17, 2009 | Amaury Maza | TREX-03075 | TRN-MDL-01101586 - TRN-MDL-01101589 (Email and Report of Safety Inspection for MODU/MOU) |
| 148 | Cargo Gear Survey and Certificate of Annual Thorough Examination of Gear that does not Require to be Periodically Heat-Treated, and for Annual Inspection of Cargo Gear or Cranes | ABS | February 22-23, 2010 | Amaury Maza | | ABSDWH004088- ABSDWH004096 and TRN-MDL-00272526 |
| 149 | Survey for Compliance - Special | ABS | February 22-23, 2010 | Amaury Maza | | ABSDWH004088- ABSDWH004096 |
| 150 | Survey for Compliance -Statutory | ABS | February 22-23, 2010 | Amaury Maza | | ABSDWH004088- ABSDWH004096 |
| 151 | DNV Survey Report Intermediate ISM Audit | DNV | June 29, 2005 | David McKay | TREX-01777 | TRN-USCG_MMS-00027982 - TRN-USCG_MMS-00027991 (DNV Intermediate ISM Audit) |
| 152 | DNV ISPS Code Certification Renewal ISM Audit and Renewal Scope ISPS Audit and Safety Management Certificate and International Ship Security Certificate | DNV | May 15-16, 2007 | David McKay | TREX-01778 and TREX-1786 and TREX-01775 and TREX -01776 | TRN-HCEC-00116167 - TRN-HCEC-00116171 (Renewal ISM Audit and Renewal Scope ISPS Audit) and TRM-USCG_MMS-00043710 (Safety Management Temporary Certificate) and TRN-HCJ-00128051 - TRN-HCJ-00128052 (Permanent Safety Management Certificate) and TRN-HCEC-00116175 - TRN-HCEC-00116178 (International Ship Security Certificate) |
| 153 | Drilling Inspection | MMS | June 21, 2005 | Inspector 53 | | OSE212-040531 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 154 | Drilling Inspection | MMS | July 21, 2005 | Inspectors 53 and 56 | | OSE212-040532 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 155 | Drilling Inspection and H2S Environmental Inspection | MMS | August 17, 2005 | Inspectors 56 and 106 | | OSE212-040533 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 156 | Drilling Inspection | MMS | October 18, 2005 | Inspectors 106 and 167 | | OSE212-040534 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 157 | Drilling Inspection | MMS | November 22, 2005 | Inspector 194 | | OSE212-040535 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 158 | Drilling Inspection | MMS | November 29, 2005 | Inspectors 106 and 194 | | OSE212-040536 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 159 | Drilling Inspection | MMS | January 3, 2006 | Inspectors 106 and 194 | | OSE212-040537 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 160 | Drilling Inspection | MMS | February 15, 2006 | Inspector 99 | | OSE212-040538 - OSE212-040539 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 161 | Drilling Inspection | MMS | March 29, 2006 | Inspectors 16 and 99 | | OSE212-040540 - OSE212-040541 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 162 | Drilling Inspection | MMS | April 18, 2006 | Inspectors 32 and 99 | | OSE676-040542 - OSE676-040543 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 163 | Drilling Inspection | MMS | June 12, 2006 | Inspector 56 | | OSE212- 040544 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 164 | Drilling Inspection | MMS | July 18, 2006 | Inspectors 167 and 194 | | OSE212-040545 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 165 | Drilling Inspection | MMS | August 29, 2006 | Inspectors 32 and 99 | | OSE212-040546 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |

## Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010)

| No. | Title / Description | Entity | Date | Inspector(s) Name(s) | Trial Exhibit Number | Bates Numbers (Document Descriptions) |
|---|---|---|---|---|---|---|
| 166 | Drilling Inspection | MMS | September 26, 2006 | Inspectors 99 and 122 | | OSE212-040547- OSE212-040548 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 167 | Drilling Inspection | MMS | October 11, 2006 | Inspectors 99 and 105 | | OSE212-040549 - OSE212-040550 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 168 | Drilling Inspection and EPA Inspections | MMS | November 14, 2006 | Inspectors 32 and 61 | | OSE212-040551- OSE212-040552 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 169 | Drilling Inspection | MMS | December 13, 2006 | Inspectors 34 and 61 | | OSE212-040553 - OSE212-040554 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 170 | Drilling Inspection and Letters from MMS and BP | MMS | March 20, 2007 | Inspectors 194 and 202 | | OSE212-040555 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) and OSE212-040556 - OSE212-040562 (Letter from MMS and BP) |
| 171 | Drilling Inspection | MMS | April 6, 2007 | Inspectors 56 and 108 | | OSE212-040563 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 172 | Drilling Inspection and Accident Investigation | MMS | June 5, 2007 | Inspectors 32, 61, 99, and 105 | | OSE212-040564 - OSE212- 040565 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 173 | Drilling Inspection | MMS | July 11, 2007 | Inspectors 32, 61, 99, and 105 | | OSE212-040566- OSE212-040567 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 174 | Drilling Inspection | MMS | August 8, 2007 | Inspectors 32, 61, 99, and 105 | | OSE212-040568 - OSE212-040569 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 175 | Drilling Inspection | MMS | September 19, 2007 | Inspectors 61 ,99, and 103 | | OSE212-040570- OSE212-040571 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 176 | Drilling Inspection | MMS | October 29, 2007 | Inspector 202 | | OSE212-040572 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 177 | Drilling Inspection | MMS | November 9, 2007 | Inspector 108 | | OSE212- 040573 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 178 | Drilling Inspection | MMS | January 11, 2008 | Inspector 202 | | OSE212-040574 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 179 | Drilling Inspection | MMS | February 8, 2008 | Inspector 202 | | OSE212-040575 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 180 | Drilling Inspection | MMS | March 12, 2008 | Inspector 202 | | OSE212-040576 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 181 | Drilling Inspection | MMS | August 15, 2008 | Inspector 53 | | OSE212-040577 - OSE212-040578 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 182 | Drilling Inspection | MMS | October 28, 2008 | Inspector 53 | | OSE212-040579 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 183 | Drilling Inspection | MMS | November 18, 2008 | Inspector 53 | | OSE212-040580- OSE212-040581 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 184 | Drilling Inspection | MMS | January 27, 2009 | Inspectors 70, 162, and 211 | | OSE212-040582 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 185 | Drilling Inspection | MMS | February 27, 2009 | Inspectors 70 and 211 | | OSE212-040583 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 186 | Drilling Inspection | MMS | March 24, 2009 | Inspectors 89, 169, and 218 | | OSE212-040586 - OSE212-040587 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 187 | Drilling Inspection | MMS | April 27, 2009 | Inspectors 89, 124, and 218 | | OSE212-040588 - OSE212-040589 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 188 | Drilling Inspection | MMS | June 9, 2009 | Inspectors 121, 189, 218 | | OSE212-040590 - OSE212-040591 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |

## Summary: *Deepwater Horizon* Audits / Inspections / Surveys / Certifications (2005-2010)

| No. | Title / Description | Entity | Date | Inspector(s) Name(s) | Trial Exhibit Number | Bates Numbers (Document Descriptions) |
|---|---|---|---|---|---|---|
| 189 | Drilling Inspection | MMS | July 22, 2009 | Inspectors 89 and 218 | | OSE212-040592 - OSE212-040593 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 190 | Drilling Inspection | MMS | September 28, 2009 | Inspectors 53, 216, and 221 | | OSE212-040594 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 191 | Drilling Inspection | MMS | October 20, 2009 | Inspector 221 | | OSE212-040595 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 192 | Drilling Inspection | MMS | November 12, 2009 | Inspector 202 | | OSE212-040596 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 193 | Drilling Inspection | MMS | February 17, 2010 | Inspectors 53 and 166 | | OSE212-040597 - OSE212-040598 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 194 | Drilling Inspection | MMS | March 3, 2010 | Inspector 53 | | OSE212-040599 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 195 | Drilling Inspection | MMS | April 1, 2010 | Inspector 166 | TREX-05332 | OSE212-040600 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 196 | Visual Inspection of the Rig, Equipment and Systems according to the Safety Critical Checklist and Management System Audit as developed by BHP Biliton and ModuSpec | Moduspec ModuSpec | March 11-15, 2005 | Kamesh Chittella, Mike Gautier (dw/js/ss) | TREX-00081 | MODUI 01 2 010353 - MODUSI 01 2 010391 (Report of Survey BHP Safety Critical Equipment prepared for BHP Billiton by ModuSpec USA) |
| 197 | Condition Survey of the Well Control Equipment, Maintenance System, and Spare Parts Related to the Subsea Systems | Moduspec ModuSpec | April 3-12, 2005 | Joe Spencer (dw/jh/ss) | TREX-00080 | MODUSI 01 2 010105 - MODUI 01 2 010171 (Report of Survey prepared for BHP Americas by Moduspec USA) |
| 198 | Dropped Objects Audit of the Derrick and Elevated Moonpool Equipment | Moduspec ModuSpec | April 15-18, 2005 | Peter Sierdsma, Kenneth Eagles, Joe Spencer (dw/ pk / hh) | | MODUSA 000386 - MODUSA 000452 (Report of Survey prepared for BHP Billiton Americas by ModuSpec USA) |
| 199 | Condition Survey of the Primary Assets of the Rig including Drilling Equipment, Mud System, Marine Equipment, Hull, Structure, Power Plant, Electrical Equipment, and Safety Equipment | Moduspec ModuSpec | October 17 - 31, 2005 | Peter Sierdsma, Alan D. Schneider, and Gary Eastveld (West Surveyor) | TREX-00089 | MODUSI 01 2 009517 - MODUSI 01 2 009575 (Report of Survey Prepared for Transocean by ModuSpec USA) |
| 200 | Condition Assessment of the Primary Assets of the Rig including Drilling Equipment, Mud System, Well Control Equipment, Marine Equipment, Hull, Structure, Power Plant, Electrical Equipment, and Safety Equipment | Moduspec ModuSpec | April 1-14, 2010 | Alan D. Schneider, Kris Millsap, John Kingsland, Jerry Kilcrease, Victor R. Martinez (PSI/jaf/PSK/ADS/jaf) | TREX-00088 | MODUSI 01 0 000001 - MODUSI 01 0 000345 (Rig Condition Assessment prepared for Transocean USA by ModuSpec USA) |
| 201 | Technical Rig Audit | BP | January 17-21, 2005 | Kevin Davies, John Wickham, and Richard Cox | TREX-06165 | BP-HZN-2179MDL01797388 - BP-HZN-2179MDL01797450 (Deepwater Horizon Technical Rig Audit January 2005) |
| 202 | Marine Assurance Audit and DP Proving Trials | BP | May 6-11, 2007 | Kevin Davies, Richard Cox, and Lawrence Barclay | TREX-03404 | BP-HZN-CEC035424 - BP-HZN-CEC035479 (Deepwater Horizon Marine Assurance Audit and DP Proving Trials May 2007) |
| 203 | Rig Containment Survey | BP | August 17-20,2009 | Dave Cox | TREX-00777 | BP-HZN-BLY00109641- BP-HZN-BLY00109675 (Rig Audit Support Deepwater Horizon Containment Survey) |
| 204 | Rig Audit to Assess Marine Assurance in Accordance with National and International Regulations and Follow Up Rig Audit, Marine Assurance Audit | BP | September 13-17, 2009 | Kevan Davies, Gordon Richard, Richard Cox, and Barry Hayward | TREX-04377 | BP-HZN-2179MDL01270743 - BP-HZN-2179MDL01270920 (Email with attachment: CMID Annex (BP Requirements for MODUS with Guidance Notes) ) |
| 205 | Minimum Safe Manning Certificate | Republic of the Marshall Islands | August 25, 2010 and September 17, 2009 | | TREX-50394 | TO-DHTF-00889992 |
| 206 | Republic of Marshall Islands Office of the Maritime Administrotor Continuous Synopsis Record (CSR) Document | Republic of the Marshall Islands | September 24, 2009 | | | TRN-MDL-01101596 |
| 207 | Certificate of Insurance or Other Financial Security in Respect of Civil Liability for Bunker Oil Pollucition Damage | Republic of the Marshall Islands | November 4, 2009 | | | TRN-MDL-01101593 - TRN-MDL-01101595 |
| 208 | RMI Permanent Certificate of Registry | Republic of the Marshall Islands | March 4, 2010 | | | TRN-MDL-01101597 |